UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                         :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
:
Debtors.                          :        (Jointly Administered)
:
----------------------------------------------------------------------x        Ref. Docket No. 4085

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK       )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On June 23, 2009, I caused to be served the "REQUEST OF THE ROYAL BANK OF SCOTLAND PLC AND AFFILIATES FOR ADJOURNMENT OF DEBTORS' MOTION FOR ESTABLISHMENT OF DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF FORM AND MANNER OF NOTICE THEREOF, AND APPROVAL OF PROOF OF CLAIM FORM," dated June 23, 2009 [Docket No. 4085], by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A",  and

b) enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "B".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Paul Belobritsky
Sworn to before me this                     Paul Belobritsky
24th day of June, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
basilumari@andrewskurth.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com

davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
eagle.sara@pbgc.gov
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov

efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com

hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmanmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@willkie.com
jkurtzman@klehr.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com

jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com

Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com

matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
pprewitt@lockelord.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com

steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Additional Parties
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
shai.waisman@weil.com

**EXHIBIT "B"**

| Claim Name | Address Information |
|---|---|
| ADORNO & YOSS LLP | ATTN: STEVEN D. GINSBURG, ESQ.,(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC),2525 PONCE DE LAON BLVD., SUITE 400, MIAMI, FL 33134 |
| ADORNO & YOSS LLP | ATTN: CHARLES M. TATELBAUM, ESQ.,(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC),350 E. LAS OLAS BLVD, SUITE 1700, FORT LAUDERDALE, FL 33301 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 1 BRYANT PARK,ONE BRYANT PARK, NEW YORK, NY 100366715 |
| ALLEN & OVERY LLP | ATTN: LISA KRAIDIN,(COUNSEL TO BANK OF CHINA),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN,(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY,AND BANK OF TAIWAN),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| ALLEN & OVERY LLP | ATTN: DANIEL GUYDER,(COUNSEL TO AOZORA BANK, LTD.),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO,(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS),1900 MAIN STREET, 5TH FLOOR, IRVINE, CA 92614-7321 |
| ANDREWS KURTH LLP | ATTN: BASIL A. UMARI, ESQ.,(COUNSEL TO ANA FERNANDA CANALES GONZALEZ AND,ROCIO GONZALEZ DE CANALES),600 TRAVIS, SUITE 4200, HOUSTON, TX 77002 |
| AOZORA BANK, LTD. | ATTN: SUSAN MINEHAN, SENIOR COUNSEL,1-3-1 KUDAN MINAMI,CHIYODA-KU, TOKYO, 102-8660 JAPAN |
| AOZORA BANK, LTD. | ATTN: KOJI NOMURA, JOINT GENERAL MANAGER,FINANCIAL INSTITUTIONS DIVISION,1-3-1 KUDAN MINAMI,CHIYODA-KU, TOKYO,  102-8660 JAPAN |
| ARENT FOX LLP | ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH,(COUNSEL TO THE VANGUARD GROUP, INC.),1675 BROADWAY, NEW YORK, NY 10019 |
| ARENT FOX LLP | ATTN: CHRISTOPHER J. GIAIMO, ESQ.,(COUNSEL TO GEORGETOWN UNIVERSITY),1050 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036 |
| ARMSTRONG TEASDALE LLP | ATTN: STEVEN COUSINS & SUSAN EHLERS,(COUNSEL TO AMEREN ET AL.),ONE METROPOLITAN SQUARE, SUITE 2600, SAINT LOUIS, MO 63102-2720 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN AND FRANK N. WHITE,171 17TH STREET NW, SUITE 2100, ATLANTA, GA 30363-1031 |
| ARNOLD & PORTER LLP | ATTN: CHARLES A. MALLOY,(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC),555 12TH ST., NW, WASHINGTON, DC 20004 |
| ASSISTANT UNITED STATES ATTORNEY, SDNY | ATTN: ROBERT YALEN, ESQ.,86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007 |
| AT&T SERVICES INC. | LAW GROUP COUNSEL,ATTN: JAMES W. GRUDUS,ONE AT&T WAY, ROOM 3A218, BEDMINSTER, NJ 07921 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL,120 BROADWAY, 24TH FLOOR, NEW YORK, NY 10271 |
| BANKRUPTCY CREDITORS' SERVICE, INC. | ATTN: PETER A. CHAPMAN,572 FERNWOOD LANE, FAIRLESS HILLS, PA 19030 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN (MASS. BBO# 564729),155 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 |
| BERGER & MONTAGUE, P.C. | ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN,SWITZENBAUM AND DAVID ANZISKA,(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY),1622 LOCUST STREET, PHILADELPHIA, PA 19103 |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | 4280 PROFESSIONAL CENTER DR STE 350,222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900, PALM BEACH GARDENS, FL 334104280 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: JOHN P. "SEAN" COFFEY, ESQ.,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: DAVID R. STICKNEY, ESQ.,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),12481 HIGH BLUFF DRIVE, SUITE 300, SAN DIEGO, CA 92130 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN,(COUNSEL TO PAYREEL, INC.),4582 SOUTH ULSTER STREET PARKWAY,SUITE 1650, DENVER, CO 80237 |
| BIEGING SHAPIRO & BURRUS LLP | ATTN: DUNCAN E. BARBER, JULIE M. WILLIAMSON AND,STEVEN T. MULLIGAN,(COUNSEL TO |

| Claim Name | Address Information |
| --- | --- |
| BIEGING SHAPIRO & BURRUS LLP | IRONBRIDGE ASPEN, MOUNTAIN AND HOMES),4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650, DENVER, CO 80237 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK,(COUNSEL TO PUTNAM INVESTMENTS, LLC),399 PARK AVENUE, NEW YORK, NY 10022 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND,STEVEN WILAMOWSKY,(COUNSEL TO HARBINGER, HARBERT &UBS FIN SER ET AL),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND,STEVEN WILAMOWSKY,399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND,JOSHUA DORCHAK,(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN,WILAMOWSKY AND CAROL WEINER LEVY,(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: MARK W. DEVENO,(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY),ONE STATE STREET, HARTFORD, CT 06103 |
| BINGHAM MCCUTCHEN LLP | ATTN: P. SABIN WILLETT,(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS,INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS),ONE FEDERAL PLAZA, BOSTON, MA 02110-1726 |
| BLANK ROME LLP | ATTN: ANDREW ECKSTEIN, ESQ.,(COUNSEL TO THOMSON REUTERS),THE CHRYSLER BUILDING, 405 LEXINGTON AVE, NEW YORK, NY 10174 |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC | ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES,(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY),1600 DIVISION STREET, SUITE 700,P.O. BOX 340025, NASHVILLE, TN 37203 |
| BRACEWELL & GIULIANI LLP | ATTN: KURT A. MAYR,(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL,FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA),225 ASYLUM STREET, SUITE 2600, HARTFORD, CT 06103 |
| BRESLOW & WALKER, LLP | ATTN: ROY H. CARLIN, PC,(COUNSEL TO PT. BANK NEGARA INDONESIA (PERSARO)),767 THIRD AVENUE, NEW YORK, NY 10017 |
| BRICE, VANDER LINDEN & WERNICK, P.C. | ATTN: HILARY B. BONIAL,(COUNSEL TO LITTON LOAN SERVICING, LP),PO BOX 829009, DALLAS, TX 75382-9009 |
| BRIGGS & MORGAN, P.A. | ATTN: MICHAEL D. GORDON,(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION),2200 IDS CENTER,80 SOUTH EIGHTH STREET, MINNEAPOLIS, MN 55402 |
| BROOKFIELD PROPERTIES ONE WFC CO. LLC | ATTN: MONICA LAWLESS,(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC),THREE WORLD FINANCIAL CENTER,200 VESEY STREET, NEW YORK, NY 10281-1021 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ.,(COUNSEL TO BUSINESS OBJECTS AMERICAS),6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ.,(COUNSEL TO FRICTIONLESS COMMERCE, INC.),6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.,(COUNSEL TO ORACLE CREDIT CORPORATION),333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: CHRISTOPHER P. SCHUELLER, ESQ.,(COUNSEL TO GREENBRIAR MINERALS, LLC),620 EIGHTH AVENUE, 23RD FLOOR, NEW YORK, NY 10018 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: TIMOTHY P. PALMER, ESQ.,(COUNSEL TO GREENBRIAR MINERALS, LLC),ONE OXFORD CENTRE,301 GRANT STREET, 20TH FLOOR, PITTSBURGH, PA 15219-1410 |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | ATTN: ERIC B. FISHER AND ROBERT SIDORSKY,(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.),380 MADISON AVENUE,22ND FLOOR, NEW YORK, NY 10017 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.,ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD,ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: ISRAEL DAHAN,(COUNSEL TO FXCM HOLDINGS LLC),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.,(COUNSEL TO CREDIT |

| Claim Name | Address Information |
| --- | --- |
| CADWALADER, WICKERSHAM & TAFT LLP | SUISSE),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD,(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND,L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD R. HAWKINS, JR., ESQ.,(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV,LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN),ONE WOLRD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: MARK C. ELLENBERG,1201 F STREET N.W., SUITE 1100, WASHINGTON, DC 20004 |
| CADWALDER, WICKERSHAM & TAFT, LLP | ATTN: HOWARD R. HAWKINS, JASON JURGENS &,ELLEN M. HALSTEAD, ESQ.,(COUNSEL TO WESTLB AG, NEW YORK BRANCH),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON,(COUNSEL TO HYPO INVESTMENKBANK AG),EIGHTY PINE STREET, NEW YORK, NY 10005 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL,PO BOX 942707, SACRAMENTO, CA 94229-2707 |
| CB RICHARD ELLIS, INC | ATTN: WANDA N. GOODLOE, ESQ.,200 PARK AVENUE, 17TH FLOOR, NEW YORK, NY 10166 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW,ROSENBLATT,(COUNSEL TO GLG PARTNERS LP),30 ROCKEFELLER PLAZA, NEW YORK, NY 10012 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES E. SPIOTTO, ANN E. ACKER,FRANLIN H. TOP, & JAMES HEISER,111 WEST MONROE STREET, CHICAGO, IL 60603 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES HEISER,(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC),111 WEST MONROE STREET, CHICAGO, IL 60603 |
| CLEARY GOTTLIEB LLP | JAMES BROMLEY,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LISA SCHWEITZER/LINDSEE GRANFIELD,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER,(COUNSEL TO BARCLAYS CAPITAL, INC.),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ.,(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC,AND D.E. SHAW OCULUS PORTFOLIOS, LLC),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL,(COUNSEL TO HELLMAN & FRIEDMAN LLC),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZI JR., ESQ.,(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS,EUROPEAN PERFORMANCE FUND LIMITED),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JEFFREY A. ROSENTHAL,(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD,AND EVERGREEN, ET AL.),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY,(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND,J. ARON & COMPANY),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLIFFORD CHANCE US LLP | ATTN: JENNIFER C. DE MARCO,31 WEST 52ND STREET, NEW YORK, NY 10019 |
| CLIFFORD CHANCE US LLP | ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS,(COUNSEL TO CALYON AND CALYON SECURITIES),31 WEST 52ND STREET, NEW YORK, NY 10019-6131 |
| CLIFFORD CHANCE US LLP | ATTN: ADNREW BROZMAN AND WENDY ROSENTHAL,(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA,LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE),31 WEST 52ND STREET, NEW YORK, NY 10019-6131 |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | ATTN: PETER PEARLMAN AND JEFFREY HERRMANN,(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF,TREASURY, DIVISION OF INVESTMENT),PARK 80 PLAZA WEST-ONE, SADDLE BROOK, NJ 07663 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ.,(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH),900 THIRD AVENUE, 16TH FLOOR, NEW YORK, NY 10022 |
| COMMODITY FUTURES TRADING COMMISSION | TERRY S ARBIT,THREE LAFAYETTE CENTRE,1155 21ST ST, NW, WASHINGTON, DC 20581 |
| COMMODITY FUTURES TRADING COMMISSION | ROBERT B WASSERMAN,THREE LAFAYETTE CENTRE,1155 21ST ST, NW, WASHINGTON, DC 20581 |
| CONTINENTAL AIRLINES, INC. | ATTN: JEFF WITTIG,1600 SMITH,DEPT. HQ56G, HOUSTON, TX 77019 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | ATTN: ETHAN SCHWARTZ,411 WEST PUTNAM AVENUE,SUITE 425, GREENWICH, CT 06830 |

| Claim Name | Address Information |
|---|---|
| COUNTY OF SAN MATEO | ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL,(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF,MONTEREY),400 COUNTY CENTER, REDWOOD CITY, CA 94063-1662 |
| COVINGTON & BURLING LLP | COUNSEL FOR WILMINGTON TRUST COMPANY,ATTN M HOPKINS, D COFFINO, A RABOY,THE NEW YORK TIMES BUILDING, NEW YORK, NY 10018 |
| CRAVATH, SWAINE & MOORE LLP | ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.,WORLDWIDE PLAZA,825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CROCKER KUNO PLLC | ATTN: JOANNE K. LIPSON AND J. TODD TRACY,(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL,TRANSIT AUTHORITY),720 OLIVE WAY, SUITE 1000, SEATTLE, WA 98101 |
| CROWE & DUNLEVY, P.C. | ATTN: JUDY HAMILTON MORSE,(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY),20 NORTH BROADWAY, SUITE 1880, OKLAHOMA CITY, OK 73102 |
| CROWELL & MORING LLP | ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS,(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED,SERVICES COMPANY),590 MADISON AVENUE, NEW YORK, NY 10022 |
| CUMMINGS & LOCKWOOD LLC | ATTN: JOHN F. CARBERRY, ESQ.,(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC),SIX LANDMARK SQUARE, STAMFORD, CT 06901 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER, ABRAHAM GESSER,JAMES I. MCCLAMMY,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY,(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT,CORP., AND BANQUE PRIVEE SAINT DOMINIQUE),450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| DAY PITNEY LLP | ATTN: RONALD S. BEACHER, ESQ.,(COUNSEL TO SILVER POINT CAPITAL, LP),7 TIMES SQUARE, NEW YORK, NY 10036-7311 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO & MAUREEN CRONIN,919 THIRD AVENUE, NEW YORK, NY 10022 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO AND MAUREEN A. CRONIN,(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC),919 THIRD AVENUE, NEW YORK, NY 10022 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND IVA UROIC,(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.),1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| DEILY, MOONEY & GLASTETTER, LLP | ATTN: MARTIN A. MOONEY, ESQ.,(COUNSEL TO DCFS TRUST),8 THURLOW STREET, ALBANY, NY 12203 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND,TIMOTHY Q. KARCHER,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN,& WILLIAM C. HEUER,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6092 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN,(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS),1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6092 |
| DIAMOND MCCARTHY LLP | ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN,(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &,MARINE INSURANCE COMPANY, LTD.),909 FANNIN, SUITE 1500, HOUSTON, TX 77010 |
| DLA PIPER LLP (US) | ATTN: THOMAS R. CALIFANO AND JOHN P. MCNICHOLAS,(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S,LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS),1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1104 |
| DLA PIPER LLP (US) | ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS.,(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH),1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1104 |
| DLA PIPER LLP (US) | ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER,(COUNSEL TO RIVER CAPITAL ADVISORS, INC.),203 NORTH LASALLE STREET, SUITE 1900, CHICAGO, IL 60601 |
| DLA PIPER LLP (US) | ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN,(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S,LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS),550 SOUTH HOPE STREET, SUITE 2300, LOS ANGELES, CA 90071 |
| DRESDNER BANK A.G. | ATTN: JOSEPH SCORDATO, ESQ,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL,(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG),500 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-1047 |
| DRINKER BIDDLE & REATH LLP | ATTN: STEPHANIE WICKOUSKI, ESQ,(COUNSEL TO PARSEC TRADING CORP.),140 BROADWAY, |

| Claim Name | Address Information |
| --- | --- |
| DRINKER BIDDLE & REATH LLP | 39TH FL, NEW YORK, NY 10005-1116 |
| DRINKER BIDDLE & REATH LLP | ATTN: KRISTIN K. GOING, ESQ.,(COUNSEL TO PARSEC CORP.),1500 K ST, NW - SUITE 1100, WASHINGTON, DC 20005-1209 |
| DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER, ESQUIRE,(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND,NATIONAL AGRICULTURAL COOPERATIVE FEDERATION),1540 BROADWAY, NEW YORK, NY 10036-4086 |
| DUFFY & ATKINS LLP | ATTN: TODD E. DUFFY AND JAMES E. ATKINS,(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION,AND COAST ELECTRIC POWER ASSOCIATION),SEVEN PENN PLAZA, SUITE 420, NEW YORK, NY 10001 |
| EATON CORPORATION | ATTN: GLOBAL TRADE CREDIT DEPARTMENT,EATON CENTER,1111 SUPERIOR AVENUE, CLEVELAND, OH 44114-2584 |
| EMMET, MARVIN & MARTIN, LLP | ATTN: EDWARD P. ZUJKOWSKI, ESQ.,(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING,GROUP LIMITED),120 BROADWAY, NEW YORK, NY 10271 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: ANDREW J. ENTWISTLE,(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF,THE NY STATE COMMON RETIREMENT FUND),280 PARK AVENUE, 26TH FLOOR WEST, NEW YORK, NY 10017 |
| EPSTEIN BECKER & GREEN, P.C. | ATTN: KENNETH J. KELLEY, ESQ.,(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.),250 PARK AVENUE, NEW YORK, NY 10177 |
| EPSTEIN BECKER & GREEN, P.C. | ATTN: DAVID B. TATGE, ESQ.,(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.),1227 25TH STREET, N.W.,SUITE 700, WASHINGTON, DC 20037 |
| EZRA BRUTZKUS GUBNER LLP | ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ,(COUNSEL TO THE CITY OF LONG BEACH),21650 OXNARD STREET, SUITE 500, WOODLAND HILLS, CA 91367 |
| FARRELL FRITZ, P.C. | ATTN: LOUIS A. SCARCELLA,(COUNSEL TO HEGEMON FUND I, LLC),1320 REXCORP PLAZA, UNIONDALE, NY 11556-1320 |
| FEDERAL RESERVE BANK OF NEW YORK | ATTN: SHARI LEVENTHAL,ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES,33 LIBERTY STREET, NEW YORK, NY 10045-0001 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP, | ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH,(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT,SYSTEM),400 CAPITOL MALL, SUITE 1450, SACRAMENTO, CA 95814 |
| FILARDI LAW OFFICES LLC | ATTN: CHARLES J. FILARDI JR.,(COUNSEL TO FEDERAL EXPRESS CORPORATION),65 TRUMBULL STREET, NEW HAVEN, CT 06510 |
| FIRST TRUST PORTFOLIOS L.P. | ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL,(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST,ADVISORS LP AND BONDWAVE LLC),120 E. LIBERTY DRIVE, SUITE 400, WHEATON, IL 60187 |
| FOLEY & LARDNER LLP | ATTN: DOUGLAS S. HEFFER,(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL),90 PARK AVENUE, NEW YORK, NY 10016 |
| FOLEY & LARDNER LLP | ATTN: JOANNE LEE,(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL),321 N. CLARK STREET,SUITE 2800, CHICAGO, IL 60654 |
| FRASER STRYKER PC LLO | ATTN: MICHAEL L. SCHLEICH, ESQ.,(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.),500 ENERGY PLAZA,409 17TH STREET, OMAHA, NE 68102 |
| FREDERIC DORWART, LAWYERS | ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS,(COUNSEL TO BANK OF OKLAHOMA, N.A.),124 EAST FOURTH STREET, TULSA, OK 74103 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER & DEVON J. EGGERT,(COUNSEL TO ACCENTURE LLP),311 SOUTH WACKER DRIVE, SUITE 3000, CHICAGO, IL 60606-6677 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ.,AND MITCHELL EPNER, ESQ.,(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA),ONE NEW YORK PLAZA, NEW YORK, NY 10004-1980 |
| FRIEDMAN DUMAS & SPRINGWATER LLP | ATTN: ELLEN A. FRIEDMAN, ESQ.,(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY),150 SPEAR STREET, SUITE 1600, SAN FRANCISCO, CA 94105 |
| FULBRIGHT & JAWORSKI L.L.P. | ATTN: DAVID A. ROSENZWEIG,(COUNSEL TO AT&T INC.),666 FIFTH AVENUE, NEW YORK, NY 10103 |
| FULTON BANK | ATTN: JOHN R. MERVA, ESQ.,ASSOCIATE COUNSEL & VP,ONE PENN CENTER PO BOX 4887, LANCASTER, PA 17604 |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO,(COUNSEL TO PYRRHULOXIA, LP),1000 LOUISIANA, SUITE 3400, |

| Claim Name | Address Information |
|---|---|
| GARDERE WYNNE SEWELL LLP | HOUSTON, TX 77002-5011 |
| GENOVESE, JOBLOVE & BATTISTA, P.A. | ATTN: ROBERT F. ELGIDELY,(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG),BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400, MIAMI, FL 33131 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO, ESQ.,(COUNSEL TO STANDARD & POOR'S),ONE GATEWAY CENTER, NEWARK, NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP | ATTN: MICHAEL ROSENTHAL & JANET WEISS,200 PARK AVENUE, NEW YORK, NY 10166-0193 |
| GILMARTIN, POSTER & SHAFTO LLP | ATTN: ANDREAS SEUFFERT, ESQ.,(COUNSEL TO PIETRO FERRERO),845 THIRD AVENUE, NEW YORK, NY 10022 |
| GODFREY & KAHN, S.C. | ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG,(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &,ILSLEY TRUST COMPANY, N.A.),780 NORTH WATER STREET, MILWAUKEE, WI 53202 |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | ATTN: JONATHAN L. FLAXER, ESQ.,(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP),437 MADISON AVENUE, NEW YORK, NY 10022 |
| GOULSTON & STORRS, P.C. | ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN,400 ATLANTIC AVENUE, BOSTON, MA 02110-3333 |
| GREEN TREE SERVICING LLC | ATTN: BRIAN COREY, GENERAL COUNSEL,345 ST. PETER STREET, SAINT PAUL, MN 55102-1639 |
| GREENBERG TRAURIG, LLP | ATTN: JOHN W. WEISS, ESQ.,(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON,BEHALF OF NOMURA HOLDINGS, INC.),200 PARK AVENUE, NEW YORK, NY 10166 |
| GREER, HERZ & ADAMS, LLP | ATTN: FREDERICK BLACK AND TARA B. ANNWEILER,(COUNSEL TO: AMERICAN NATIONAL INSURANCE COMPANY),ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX 77550 |
| GSEF AL NAWRAS (CAYMAN) LIMITED | C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES,DUBAI INTERNATIONAL CAPITAL LLC,DIFC BUILDING 2, 4TH FLOOR,SHEIKH ZAYED ROAD, PO BOX 72888, DUBAI, UNITED ARAB EMIRATES |
| HAHN & HESSEN LLP | ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH,(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG),488 MADISON AVENUE,15TH FLOOR, NEW YORK, NY 10022 |
| HAHN & HESSEN LLP | ATTN: ROSANNE THOMAS MATZAT, ESQ.,(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,AND POWEREX CORP.),488 MADISON AVE, NEW YORK, NY 10022 |
| HALPERIN BATTAGLIA RAICHT, LLP | ATTN: WALTER BENZIJA AND JULIE D DYAS,(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.),555 MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10022 |
| HERRICK, FEINSTEIN LLP | ATTN: ANDREW C. GOLD,(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND,LYON CAPITAL VENTURES),TWO PARK AVENUE, NEW YORK, NY 10016 |
| HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST,(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA),2 PARK AVENUE, NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL,11311 CHINDEN BLVD,MAILSTOP 314, GARDEN CITY, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST,2125 E. KATELLA AVE,SUITE 400, ANAHEIM, CA 92806 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL,300 HANOVER ST., M/S 1050, PALO ALTO, CA 94304 |
| HODGSON RUSS LLP | ATTN: GARRY M. GRABER AND DEBORAH J. PIAZZA,(COUNSEL TO DEERE & COMPANY),60 E. 42ND STREET, 37TH FLOOR, NEW YORK, NY 10165 |
| HODGSON RUSS LLP | ATTN: DEBORAH J. PIAZZA AND MAUREEN T. BASS,(COUNSEL TO GESCONSULT S.A. SG LLC),60 E. 42ND STREET, 37TH FLOOR, NEW YORK, NY 10165 |
| HODGSON RUSS LLP | ATTN: STEPHEN H. GROSS,(COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING),60 EAST 42ND STREET, 37TH FLOOR, NEW YORK, NY 10165-0150 |
| HOGAN & HARTSON LLP | ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN,(COUNSEL TO KRAFT FOODS, INC.),875 THIRD AVENUE, NEW YORK, NY 10022 |
| HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN, ESQ.,(COUNSEL TO PRICEWATERHOUSECOOPERS LLP),195 BROADWAY, 24TH FLOOR, NEW YORK, NY 10007 |
| HOLLAND & KNIGHT LLP | ATTN: BARBRA PARLIN, ARTHUR ROSENBERG AND,FRANCOIS JANSON,195 BROADWAY, 24TH FLOOR, NEW YORK, NY 10007-3189 |

| Claim Name | Address Information |
|---|---|
| HOLLAND & KNIGHT LLP | ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG,(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU,QUEBEC),195 BROADWAY, NEW YORK, NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: JOHN J. MONAGHAN, ESQ.,(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.),10 ST. JAMES AVENUE, BOSTON, MA 02116 |
| HOLLAND & KNIGHT LLP | RICHARD E. LEAR, ESQ.,2099 PENNSYLVANIA AVE, NW, SUITE 100, WASHINGTON, DC 20006 |
| HOLME ROBERTS & OWEN LLP | ATTN: BRADFORD E. DEMPSEY, ESQ.,(COUNSEL TO M. ARTHUR GENSLER JR & ASSOC, GENSLER,ARCHITECTURE, DESIGN & PLANNING, COSTELLO MAIONE),1700 LINCOLN, SUITE 4100, DENVER, CO 80203 |
| HOLME ROBERTS & OWEN LLP | ATTN: ERIC E. JOHNSON, ESQ.,(COUNSEL TO NATIONAL CINEMEDIA, INC.),1700 LINCOLN STREET, SUITE 4100, DENVER, CO 80203 |
| HUGHES HUBBARD & REED LLP | ATTN: JAMES W. GIDDENS,JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1482 |
| HUNTON & WILLIAMS LLP | ATTN: RICHARD P. NORTON,(COUNSEL TO GENWORTH FINANCIAL, INC.),200 PARK AVENUE, NEW YORK, NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN: SCOTT H. BERNSTEIN,(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC,VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS),200 PARK AVENUE, 53RD FLOOR, NEW YORK, NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN: KEVIN M. ECKHARDT,(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC,VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS),1111 BRICKELL AVENUE, SUITE 2500, MIAMI, FL 33131 |
| HUNTON & WILLIAMS LLP | ATTN: MICHELLE A. MENDEZ,(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE,CROSS AND BLUE SHIELD OF ILLINOIS),1445 ROSS AVENUE, SUITE 3700, DALLAS, TX 75202 |
| INFOSPACE, INC. | ATTN: ALEJANDRO C. TORRES, ESQ.,GENERAL COUNSEL,601 108TH AVENUE, NE, BELLEVUE, WA 98004 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | ATTN: CORY L. WEISS, ESQ.,(COUNSEL TO 50 BROADWAY REALTY CORP. LLC),250 PARK AVENUE, NEW YORK, NY 10177 |
| INTERNAL REVENUE SERUICE | OFFICE OF CHIEF COUNSEL,ATTN: TOBY R. ROSENBERG,33 MAIDEN LANE, 14TH FLOOR, NEW YORK, NY 10038 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH,ATTN: DISTRICT DIRECTOR,290 BROADWAY, NEW YORK, NY 10007 |
| INTERSIL CORPORATION | ATTN: DOUGLAS BALOG, ESQ.,ASSOCIATE GENERAL COUNSEL,1650 ROBERT A. CONLON BLVD., NE,M/S 62A309, PALM BEACH, FL 32905 |
| INVESCO AIM MANAGEMENT GROUP, INC. | ATTN: TERESA A. OXFORD, ESQ.,(COUNSEL TO AIM FUNDS AND AIM ADVISORS),11 GREENWAY PLAZA, SUITE 100, HOUSTON, TX 77046-1173 |
| IRELL & MANELLA LLP | ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN,(COUNSEL TO "PARTY-IN-INTEREST"),840 NEWPORT CENTER DRIVE, SUITE 400, NEWPORT BEACH, CA 92660 |
| IVEY, BARNUM, AND O'MARA, LLC | ATTN: MELISSA ZELEN NEIER, ESQ.,(COUNSEL TO DUKE ENERGY OHIO, INC.),170 MASON STREET, GREENWICH, CT 06830 |
| JAY HURST, ASSISTANT ATTORNEY GENERAL | (COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF,THE STATE OF TEXAS),BANKRUPTCY & COLLECTIONS DIVISION,P.O. BOX 12548, AUSTIN, TX 78711-2548 |
| JENNER & BLOCK LLP | ATTN: PATRICK J. TROSTLE,(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER),919 THIRD AVENUE, 37TH FLOOR, NEW YORK, NY 10022-3908 |
| JENNER & BLOCK LLP | ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN,(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER),919 THIRD AVENUE, 37TH FLOOR, CHICAGO, IL 60611-7603 |
| JENNINGS, STROUSS & SALMON, P.L.C. | ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR,(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.),THE COLLIER CENTER, 11TH FLOOR,201 EAST WASHINGTON STREET, PHOENIX, AZ 85004-2385 |
| JOSEPH L. FOX, ESQ. | (COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ),60 EAST 42ND STREET, SUITE 2231, NEW YORK, NY 10165 |
| JOSEPH N. CORDARO | ASSISTANT UNITED STATES ATTORNEY,SOUTHERN DISTRICT OF NEW YORK,86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007 |

| Claim Name | Address Information |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN,1633 BROADWAY, NEW YORK, NY 10019 |
| KATSKY KORINS LLP | ATTN: STEVEN H. NEWMAN, ESQ.,(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO,TPA OWNER LLC),605 THIRD AVENUE, 16TH FLOOR, NEW YORK, NY 10158 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND,LAUREN ATTARD,425 PARK AVENUE, NEW YORK, NY 10022 |
| KAYE SCHOLER LLP | ATTN: ANA M. ALFONSO,(COUNSEL TO BANK OF AMERICA, N.A.),425 PARK AVENUE, NEW YORK, NY 10022 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF AND LAUREN ATTARD,(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,GALLIARD CAP, BANCO POPULAR, POPULAR GESTION),425 PARK AVENUE, NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ.,BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.,101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL, ESQ.,(COUNSEL TO TATA AMERICAN INTERNATIONAL,CORPORATION ANDD TATA CONSULTANCY SERVICES LTD),101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: BENJAMIN BLAUSTEIN, ESQ.,(COUNSEL TO THE JUILLIARD SCHOOL),101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: MARK W. PAGE, ESQ.,(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND,IGI RESOURCES),333 WEST WACKER DRIVE, 26TH FLOOR, CHICAGO, IL 60606 |
| KIRKLAND & ELLIS LLP | ATTN: ISKENDER H. CATTO, ESQ.,(COUNSEL TO PACIFIC SUMMIT ENERGY LLC),CITIGROUP CENTER,153 EAST 53RD STREET, NEW YORK, NY 10022-4611 |
| KIRKLAND & ELLIS LLP | ATTN: RICHARD L. WYNNE, ESQ.,(COUNSEL TO KAPALUA BAY, LLC),777 SOUTH FIGUEROA STREET, 37TH FLOOR, LOS ANGELES, CA 90017 |
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP, | ATTN: JEFFREY KURTZMAN, ESQ.,(COUNSEL TO PJM INTERCONNECTION, L.L.C.),260 S. BROAD STREET, PHILADELPHIA, PA 19102 |
| KLEIN SOLOMON LLP | ATTN: JAY B. SOLOMON,(COUNSEL TO HOPE GREENFIELD),275 MADISON AVE, 11TH FL, NEW YORK, NY 10016 |
| KLESTADT & WINTERS, LLP | ATTN: JOHN E. JURELLER, JR.,(COUNSEL TO OVERSTOCK.COM),292 MADISON AVENUE, 17TH FLOOR, NEW YORK, NY 10017 |
| KOBRE & KIM LLC | ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C,LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY,800 THIRD AVENUE, NEW YORK, NY 10022 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND,AMY CATON,(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA),1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND,GORDON Z. NOVOD,(COUNSEL TO RUTGER SCHIMMELPENNINCK),1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| LANDMAN CORSI BALLAINE & FORD, P.C. | ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE,(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN,CONSERVATORSHIP),120 BROADWAY, 27TH FLOOR, NEW YORK, NY 10271-0079 |
| LANE POWELL PC | ATTN: CHARLES R. EKBERG,1420 FIFTH AVENUE,SUITE 4100, SEATTLE, WA 98101-2338 |
| LATHAM & WATKINS LLP | ATTN: KEITH A. SIMON,(COUNSEL TO FANNIE MAE),885 THIRD AVENUE, NEW YORK, NY 10022 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. HELLER & J. DOUGLAS BACON,SEARS TOWER, SUITE 5800,233 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| LATHAM & WATKINS LLP | ATTN: RICHARD A. LEVY,(COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.),SEARS TOWER, SUITE 5800,233 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| LATHAM & WATKINS LLP | ATTN:  PETER M. GILHULY,(COUNSEL TO:  NETAPP, INC.; ASURION CORPORATION),355 SOUTH GRAND AVENUE, LOS ANGELES, CA 90071-1560 |
| LATHAM & WATKINS LLP | ATTN:  PETER M. GILHULY,(COUNSEL TO: ASURION CORPORATION),355 SOUTH GRAND AVENUE, LOS ANGELES, CA 90071-1560 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | ATTN: GABRIEL DEL VIRGINIA, ESQ.,(COUNSEL TO THE TAARP GROUP, LLP),641 LEXINGTON AVENUE, 21ST FLOOR, NEW YORK, NY 10022 |
| LAW OFFICES OF NEIL MOLDOVAN, P.C. | ATTN: ELLEN ZWEIG,(COUNSEL TO ANITA BRYANT),ONE OLD COUNTRY ROAD, SUITE 270, |

| Claim Name | Address Information |
|---|---|
| LAW OFFICES OF NEIL MOLDOVAN, P.C. | CARLE PLACE, NY 11514 |
| LAW OFFICES OF ROBERT E. LUNA, PC | ATTN: ANDREA SHEEHAN, ESQ.,4411 N. CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT | VERTRETEN DURCH IHREN VORSTAND,(MICHAEL BONACKER,HANS-MARTIN BURY, HELMUT OLIVIER,DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER),RATHENAUPLATZ 1, 60313 FRANKFURT AM MAIN,   GERMANY |
| LEVI LUBARSKY & FEIGENBAUM LLP | ATTN: WALTER E. SWEARINGEN,(COUNSEL TO PETER J. AND MARY JANE DAPUZZO),1185 AVENUE OF THE AMERICAS, 17TH FLOOR, NEW YORK, NY 10036 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | 250 HUDSON ST,780 THIRD AVENUE, 48TH FLOOR, NEW YORK, NY 100131413 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN,(COUNSEL TO HARRIS COUNTY),2323 BRYAN STREET, SUITE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER,2323 BRYAN STREET,SUITE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS,(COUNSEL TO MCLENNAN COUNTY),1949 SOUTH I.H. 35,PO BOX 17428, AUSTIN, TX 78760 |
| LOCKE LORD BISSELL & LIDDELL LLP | ATTN: ALLEN C. WASSERMAN, ESQ.,(COUNSEL TO STEPHEN N. HURLEY),885 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10022 |
| LOCKE LORD BISSELL & LIDDELL LLP | ATTN: PATRICIA WILLIAMS PREWITT,(COUNSEL TO DYNERGY POWER MARKETING, INC.),3400 JPMORGAN CHASE TOWER,600 TRAVIS TOWER, HOUSTON, TX 77002-3095 |
| LOEB & LOEB LLP | ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND,DANIEL B. BESIKOF,(COUNSEL TO THOMAS COOK AG),345 PARK AVENUE, NEW YORK, NY 10154 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER AND OMECCA N. NEDD,(COUNSEL TO QVT FINANCIAL LP & INSTITUTO,DE CREDITO OFICIAL),590 MADISON AVE, NEW YORK, NY 10022 |
| LOVELLS LLP | ATTN: CHRISTOPHER R. DONOHO, III,(COUNSEL TO STANDARD CHARTERED BANK),590 MADISON AVENUE, NEW YORK, NY 10022 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER, ESQ.,(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND,INSTITUTO CREDITO OFICIAL),590 MADISON AVENUE, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE,(COUNSEL TO FACTIVA, INC.),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN,(COUNSEL TO AVAYA INC.),65 LIVINGSTON AVE., ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE,POWER, LP),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ATKIN AND S. JASON TEELE,(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING,AND TRADING),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:  JEFFREY PROL, ESQ.,(COUNSEL TO FUBON SECURITIES CO., FUBON INSURANCE,INSURANCE CO., TAIPEI FUBON COMMERCIAL BANK CO.),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE,(COUNSEL TO FACTIVA, INC.),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ.,(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND,RELIANT ENERGY POWER SUPPLY, LLC),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER,(COUNSEL TO BINDING COMPANY, INC.),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE,POWER, LP),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING,AND TRADING),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SNADLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON LEE,(COUNSEL TO ALAMEDA CNTY, GOVT OF |

| Claim Name | Address Information |
|---|---|
| LOWENSTEIN SNADLER PC | GUAM, N.IRELAND,GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| MANUFACTURERS AND TRADER TRUST COMPANY | ATTN: MARK W. WARREN, ESQ.,(COUNSEL TO M&T BANK),ONE M&T PLAZA, 12TH FLOOR, BUFFALO, NY 14203 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ.,750 SHIPYARD DRIVE, SUITE 102, WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.,1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN,1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, FREDERICK D. HYMAN,JEFFREY G. TOUGAS, AMIT K. TRHAN,1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: ANTONIA GOLIANOPOULOS, ESQ.,(COUNSEL TO SP4 190 S. LASALLE, L.P.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS,AMIT K. TREHAN,(COUNSEL TO NATIONAL BANK OF CANADA ET AL.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: STEVEN WOLOWITZ AND BRIAN TRUST,(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY,(COUNSEL TO SP4 190 S. LASALLE, L.P.),71 S. WACKER DRIVE, CHICAGO, IL 60606 |
| MAYNARD COOPER & GALE, PC | ATTN: JAYNA PARTAIN LAMAR,(COUNSEL TO REGIONS BANK),1901 SIXTH AVENUE NORTH,2400 REGIONS/HARBERT PLAZA, BIRMINGHAM, AL 35203 |
| MCBREEN & KOPKO | ATTN: KENNETH A. REYNOLDS, ESQ.,(COUNSEL TO EXECUTIVE FLITEWAYS, INC.),500 NORTH BROADWAY, SUITE 129, JERICHO, NY 11753 |
| MCCALLA RAYMER, LLC | ATTN: MATTHEW DYER,(COUNSEL TO AMERICA'S SERVICING COMPANY),1544 OLD ALABAMA ROAD, ROSWELL, GA 30076-2102 |
| MCCARTER & ENGLISH, LLP | ATTN: EDUARDO J. GLAS, ESQ.,FOUR GATEWAY CENTER,100 MULBERRY STREET, NEWARK, NJ 07102-4096 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHERINE L. MAYER, ESQ.,RENAISSANCE CENTRE,405 NORTH KING STREET, WILMINGTON, DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, ESQ,(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.),405 NORTH KING STREET,RENAISSANCE CENTER, 8TH FLOOR, WILMINGTON, DE 19801 |
| MCDERMOTT WILL & EMERY LLP | ATTN: GARY O. RAVERT,(COUNSEL TO MARIE PAPILLON),340 MADISON AVENUE, NEW YORK, NY 10173-1922 |
| MCDERMOTT WILL & EMERY LLP | ATTN: NATHAN F. COCO,(COUNSEL TO MARIE PAPILLON),227 WEST MONROE STREET, SUITE 4400, CHICAGO, IL 60606-5096 |
| MCGUIREWOODS LLP | ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX,1345 AVENUE OF THE AMERICAS, 7TH FLOOR, NEW YORK, NY 10105 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN AND KENNETH M. MISKEN,(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS),1750 TYSONS BLVD., SUITE 1800, MC LEAN, VA 22102 |
| MCGUIREWOODS LLP | ATTN: DION W. HAYES,ONE JAMES CENTER,901 EAST CARY STREET, RICHMOND, VA 23219 |
| MCGUIREWOODS LLP | ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN,(COUNSEL TO CSX TRANSPORTATION, INC.),ONE JAMES CENTER,901 EAST CARY STREET, RICHMOND, VA 23219 |
| MEISTER SEELIG & FEIN LLP | ATTN: JAMES M. RINGER AND KEVIN FRITZ,(COUNSEL TO ROSSLYN INVESTORS I, LLC),2 GRAND CENTRAL TOWER, 19TH FLOOR,140 EAST 45TH STREET, NEW YORK, NY 10017 |
| MEYER SUOZZI ENGLISH & KLEIN | ATTN: THOMAS R. SLOME, ESQ.,(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC),900 STEWART AVENUE, SUITE 300 PO BOX 9194, GARDEN CITY, NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: ALAN E. MARDER AND JIL MAZER-MARINO,(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS),990 STEWART AVENUE, SUITE 300, GARDEN CITY, NY 11530 |
| MICHAEL A. COX, ATTORNEY GENERAL | ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL,(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY),CADILLAC PLACE, STE. 10-200,3030 W. GRAND BLVD., |

| Claim Name | Address Information |
|---|---|
| MICHAEL A. COX, ATTORNEY GENERAL | DETROIT, MI 48202 |
| MICHAEL C. FREGE | IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER,DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS,AKTIENGESELLSCHAFT,BARCKHAUSSTR. 12-16, 60325 FRANKFURT AM MAIN,   GERMANY |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS DUNNE, WILBUR FOSTER, JR,DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.,1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | ATTN: PAUL ARONZO & GREGORY BRAY,601 SOUTH FIGUEROA STREET, 30TH FL, LOS ANGELES, CA 90017 |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, | ATTN: STEVEN A. GINTHER,P.O. BOX 475, JEFFERSON CITY, MO 65105-0475 |
| MOORE & VAN ALLEN PLLC | ATTN: DAVID B. WHEELER, ESQ.,(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA),40 CALHOUN STREET, SUITE 300,POST OFFICE BOX 22828, CHARLESTON, SC 29413-2828 |
| MORGAN, LEWIS & BOCKLIUS LLP | ATTN: NEIL E. HERMAN, ESQ.,(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS),101 PARK AVENUE, NEW YORK, NY 10178-0600 |
| MORI HAMADA & MATSUMOTO | ATTN: KEN MIURA, ESQ.,(COUNSEL TO NIPPON LIFE INSURANCE COMPANY),MARUNOUCHI KITAGUCHI BUILDING,1-6-5 MARUNOUCHI, CHIYODA-KU, TOKYO 100-8222,   JAPAN |
| MORITT HOCK HAMROFF & HOROWITZ LLP | ATTN: LESLIE A. BERKOFF,(COUNSEL TO THE HOTCHKISS SCHOOL),400 GARDEN CITY, GARDEN CITY, NY 11530 |
| MORRISON & FOERSTER LLP | ATTN: TSUGUMICHI WATANABE, ESQ.,SHIN-MARUNOUCHI BUILDING, 29TH FLOOR,5-1, MARUNOUCHI 1 -CHOME,CHIYODA-KU, TOKYO,  100-6529 JAPAN |
| MORRISON & FOERSTER LLP | ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI,(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI,(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.,(COUNSEL TO NIPPON LIFE INSURANCE COMPANY),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.,(COUNSEL TO CB RICHARD ELLIS, INC.),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ,(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LARREN M. NASHELSKY,(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER, LLP | ATTN: BRETT H. MILLER, ESQ,(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP,OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON COHEN LLP | ATTN: MICHAEL R. DAL LAGO, ESQ.,(COUNSEL TO CARMIGNAC GESTION),909 THIRD AVENUE, NEW YORK, NY 10022 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: KEVIN M. LIPPMAN,(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS),3800 LINCOLN PLAZA,500 NORTH AKARD STREET, DALLAS, TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: RUSSELL L. MUNSCH,(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS),ONE AMERICAN CENTER,600 CONGRESS AVENUE, SUITE 2900, AUSTIN, TX 78701-3057 |
| NAGASHIMA OHNO & TSUNEMATSU | ATTN: MASAKI KONISHI, ESQ.,(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.),KIOICHO BUILDING 3-12, KIOICHO,CHIYODA-KU, TOKYO 102-0094,   JAPAN |
| NATIONWIDE FUND ADVISORS | ATTN: ERIC E. MILLER, ESQ.,SVP/GENERAL COUNSEL,1200 RIVER ROAD - SUITE 1000, CONSHOHOCKEN, PA 19428 |
| NEWEDGE USA, LLC | ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL,COUNSEL, NEWEDGE,550 WEST JACKSON BLVD, SUITE 500, CHICAGO, IL 60661 |
| NIXON PEABODY LLP | ATTN: DENNIS J. DREBSKY,(COUNSEL TO COUNTY OF SAN MATEO AND MONTEREY),437 MADISON AVENUE, NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | ATTN: VICTOR G. MILIONE,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS),437 MADISON AVENUE, NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN,(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS),100 SUMMER |

| Claim Name | Address Information |
|---|---|
| NIXON PEABODY, LLP | STREET, BOSTON, MA 02110 |
| NIXON PEABODY, LLP | ATTN: MARK N. BERMAN,(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY),100 SUMMER STREET, BOSTON, MA 02110 |
| NIXON PEABODY, LLP | ATTN: VICTOR G. MILIONE,(COUNSEL TO BRYANT UNIVERSITY),100 SUMMER STREET, BOSTON, MA 02110 |
| NOMURA HOLDING AMERICA, INC | ATTN: PENNY TEHRANI,TWO WORLD FINANCIAL CENTER,BUILDING B, 22ND FLOOR, NEW YORK, NY 10281 |
| NORMANDY HILL CAPITAL LP | ATTN: MATTHEW A. CANTOR, ESQ.,(COUNSEL TO NORMANDY HILL CAPITAL, LP),150 EAST 52ND STREET, 10TH FLOOR, NEW YORK, NY 10022 |
| OCH-ZIFF | ATTN: KEN RUBIN,9 W 57TH STREET, 39TH FLOOR, NEW YORK, NY 10019 |
| OFFICE OF ATTORNEY GENERAL | ATTN: CHRISTOPHER R. MOMJIAN,(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA,DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT),21 S. 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA 19107-3603 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL | ATTN: JEREMY D. EIDEN, ESQ.,(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT),445 MINNESOTA STREET, SUITE 900, SAINT PAUL, MN 55101-2127 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DANNA DRORI,ONE ST. ANDREWS PLAZA, NEW YORK, NY 10007 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| OFFICE OF THRIFT SUPERVISION | ATTN: DIRK S. ROBERTS,(DEPUTY CHIEF COUNSEL, LITIGATION),1700 G STREET, N.W., WASHINGTON, DC 20552 |
| OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION | ATTN: MARTIN JEFFERSON DAVIS,(SENIOR TRIAL ATTORNEY),HARBORSIDE FINANCIAL CENTER PLAZA FIVE, JERSEY CITY, NJ 07311 |
| OPPENHEIMERFUNDS, INC. | 2 WORLD FINANCIAL CENTER,225 LIBERTY STREET, 16TH FL, NEW YORK, NY 10281-1008 |
| OPPENHEIMERFUNDS, INC. | CHIEF COMPLIANCE OFFICER,6803 SOUTH TUCSON WAY, ENGLEWOOD, CO 80112-3924 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS,(COUNSEL TO TELECOM ITALIA CAPITAL S.A.),666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., WESTON T. EGUCHI AND,COURTNEY M. ROGERS,(COUNSEL TO THE BANK OF NOVA SCOTIA),666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, ESQ.,(COUNSEL TO THE BANK OF NOVA SCOTIA),1152 15TH STREET, NW, WASHINGTON, DC 20005-1706 |
| ORRICK, HARRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND,DEBRA L. FELDER,(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP),1152 15TH STREET, N.W., WASHINGTON, DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.,AND COURTNEY M. ROGERS,(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION),666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.,GUY AND DEBRA L. FELDER,(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION),1152 15TH STREET, N.W., WASHINGTON, DC 20005-1706 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN,(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD),230 PARK AVENUE, NEW YORK, NY 10169-0075 |
| PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV,(COUNSEL TO DUKE ENERGY OHIO, INC.),THREE WACHOVIA CENTER,401 S. TRYON STREET, SUITE 3000, CHARLOTTE, NC 28202 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY,(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS),1133 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-6710 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HARVEY A. STRICKON (HS5210),75 EAST 55TH STREET, NEW YORK, NY 10022-3205 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN,(COUNSEL TO 605 THIRD AVENUE FEE LLC),75 EAST 55TH STREET, NEW YORK, NY 10022 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND,CLAUDIA L. HAMMERMAN,(COUNSEL TO CITIGROUP, INC.),1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| PEITZMAN, WEG & KEMPINSKY LLP | ATTN: HOWARD J. WEG AND DEVID B. SHEMANO,(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,AND POWEREX CORP.),10100 SANTA MONICA BLVD., SUITE 1450, LOS ANGELES, CA 90067 |

| Claim Name | Address Information |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL,SARA B. EAGLE, COLIN B. ALBAUGH,OFFICE OF THE CHIEF COUNSEL,1200 K STREET, N.W., WASHINGTON, DC 20005 |
| PEPPER HAMILTON LLP | ATTN: AUDREY D. WISOTSKY, ESQ.,301 CARNEGIE CENTER, SUITE 400, PRINCETON, NJ 08543-5276 |
| PEPPER HAMILTON LLP | ATTN: FRANCIS J. LAWALL, ESQ.,(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS),3000 TWO LOGAN SQUARE,EIGHTEENTH AND ARCH STREETS, PHILADELPHIA, PA 19103-2799 |
| PEPPER HAMILTON LLP | ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II,(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS),HERCULES PLAZA, SUITE 5100,1313 MARKET STREET, P.O. BOX 1709, WILMINGTON, DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: KAY STANDRIDGE KRESS,DEBORAH KOVSKY-APAP,100 RENAISSANCE CENTER, SUITE 3600, DETROIT, MI 48243 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA,P.O. BOX 13430, ARLINGTON, TX 76094-0430 |
| PFEIFER & REYNOLDS, LLP | ATTN: MICHAEL R. PFEIFER, JAMES P. FINERTY AND,LIBBY WONG,(COUNSEL TO NBGI, INC.),765 THE CITY DRIVE SOUTH, SUITE 380, ORANGE, CA 92868 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ.,(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.),1540 BROADWAY, NEW YORK, NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: PATRICK J. POTTER,(COUNSEL TO PYRRHULOXIA, LP),2300 N. STREET, NW, WASHINGTON, DC 20037 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE,(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.),725 SOUTH FIGUEROA STREET, SUITE 2800, LOS ANGELES, CA 90017-5443 |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW, | ATTN: SYDNEY G. PLATZER,1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A WARD,(COUNSEL TO BATS HOLDINGS, INC.),222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE 19801 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: DANIEL J. FLANIGAN,(COUNSEL TO EHMD, LLC),700 W. 47TH STREET, SUITE 1000, KANSAS CITY, MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: JAMES E BIRD,(COUNSEL TO BATS HOLDINGS, INC.),700 W. 47TH STREET, SUITE 1000, KANSAS CITY, MO 64112 |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN,(COUNSEL TO ALIANT BANK),100 SOUTHGATE PARKWAY, MORRISTOWN, NJ 07962-1997 |
| POST & SCHELL, P.C. | ATTN: BRIAN W. BISIGNANI, ESQ.,(COUNSEL TO AON CONSULTING),17 NORTH 2ND STREET, 12TH FLOOR, HARRISBURG, PA 17101-1601 |
| POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A. | ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE,(COUNSEL TO DUKE CORPORATE EDUCATION),575 MADISON AVENUE, NEW YORK, NY 10022 |
| PROFUNDS ADVISORS LLC | ATTN: BARRY PERSHKOW,7501 WISCONSIN AVENUE,SUITE 1000, BETHESDA, MD 20814 |
| PRYOR CASHMAN LLP | ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS,(COUNSEL TO CD REPRESENTATIVE),410 PARK AVENUE, NEW YORK, NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE,(COUNSEL TO WSG DEVELOPMENT CO.),410 PARK AVENUE, NEW YORK, NY 10022 |
| PURSUIT PARTNERS | ATTN: LISA ROBERTS,333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR, STAMFORD, CT 06902 |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND,SCOTT C. SHELLEY, ROBERT DAKIS,51 MADISON AVE, 22ND FLOOR, NEW YORK, NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC | ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY,(COUNSEL TO SOMERSET PROPERTIES SPE, LLC),293 EISENHOWER PARKWAY SUITE 100, LIVINGSTON, NJ 07039 |
| REED SMITH LLP | ATTN: J. ANDREW RAHL, ESQ.,599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: LUMA AL-SHIBIB,599 LEXINGTON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO,(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.),599 LEXINGTON AVE., NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND,RIZWAN A. QURESHI,(COUNSEL TO YARPA |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | INVESTMENTI S.G.R. S.P.A.-RP3),599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI,1201 N. MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ.,(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.),435 SIXTH AVENUE, PITTSBURGH, PA 15219 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSPEH E. SHICKICH,1001 4TH AVENUE SUITE 4500, SEATTLE, WA 98154-1192 |
| RIEMER & BRAUNSTEIN LLP | ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER,RHEAUME,(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK),THREE CENTER PLAZA, BOSTON, MA 02108 |
| RUSSELL INVESTMENTS | ATTN: ELIOT COHEN,909 A STREET, TACOMA, WA 98402-5120 |
| RUSSELL R. JOHNSON III | (COUNSEL TO DUKE ENERGY OHIO, INC.),2258 WHEATLANDS DRIVE, MANAKIN SABOT, VA 23103 |
| RUSSIN VECCHI BERG & BERNSTEIN LLP | ATTN: J. FRED BERG JR, ESQ.,(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC),380 LEXINGTON AVENUE, SUITE 1518, NEW YORK, NY 10168 |
| SAINT JOSEPH'S UNIVERSITY | OFFICE OF THE GENERAL COUNSEL,ATTN:  MARIANNE SCHIMELFENIQ, ESQ.,(COUNSEL TO SAINT JOSEPH'S UNIVERSITY),5600 CITY AVENUE, PHILADELPHIA, PA 19131-1395 |
| SALANS | ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN,(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK,PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT),620 FIFTH AVENUE, NEW YORK, NY 10020 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK,TIMOTHY T. BROCK, & ABIGAIL SNOW,(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM),230 PARK AVENUE, NEW YORK, NY 10169 |
| SAUL EWING LLP | ATTN: ADAM H. ISENBERG, ESQ.,(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY),CENTRE SQUARE WEST,1500 MARKET STREET, 38TH FLOOR, PHILADELPHIA, PA 19102 |
| SCHIFF HARDIN LLP | ATTN: EUGENE J. GEEKIE, JR.,(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.,AND NISOURCE FINANCE CORP.),6600 SEARS TOWER, CHICAGO, IL 60606 |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),280 KING OF PRUSSIA ROAD, WAYNE, PA 19087 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: NICHALOS J. LEPORE, III, ESQ.,(COUNSEL TO PJM INTERCONNECTION, LLC),1600 MARKET STREET, SUITE 3600, PHILADELPHIA, PA 19103-7286 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE L. GAUCH,DIVISION OF MARKET REGULATION,450 5TH STREET, NW, WASHINGTON, DC 20549-1001 |
| SECURITIES INVESTOR PROTECTION CORPORATION | 805 15TH STREET, N.W.,SUITE 800, WASHINGTON, DC 20005-2215 |
| SEWARD & KISSEL LLP | ATTN: RONALD L. COHEN, ESQ.,(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD),ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ.,(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL),ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ,AND NED S. SCHODEK, ESQ.,(COUNSEL TO BANK OF AMERICA, N.A.),599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SHELL ENERGY NORTH AMERICA (US), L.P. | ATTN: ANN REYNAUD,909 FANNIN, PLAZA LEVEL 1, HOUSTON, TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER GORE,910 FANNIN, PLAZA LEVEL 1, HOUSTON, TX 77010 |
| SHENWICK & ASSOCIATES | ATTN: JAMES H. SHENWICK, ESQ.,655 THIRD AVENUE, 20TH FLOOR,20TH FLOOR, NEW YORK, NY 10017 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN SHULMAN & RUSSELL RIED ESQS,(COUNSEL FOR THE BANK OF NEW YORK MELLON),30 ROCKEFELLER PLAZA 24TH FLOOR, NEW YORK, NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: MALANI J. CADEMARTORI, ESQ.,(COUNSEL TO NORTON GOLD FIELDS LIMITED),30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: RUSSELL L. REID AND BLANKA K. WOLFE,(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK),30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112 |

| Claim Name | Address Information |
|---|---|
| SHIPMAN & GOODWIN LLP | ATTN: JULIE A. MANNING, ESQ.,(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER,FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS),ONE CONSTITUTION PLAZA, HARTFORD, CT 06103-1919 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SALLY MCDONALD HENRY,(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO,MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT), NEW YORK, NY 10036 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: D. FARRINGTON YATES AND JILLIAN GUTMAN MANN,(COUNSEL TO DR. MICHAEL C. FREGE),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: PATRICK C. MAXCY, ESQUIRE, (COUNSEL TO DR. MICHAEL C. FREGE),8000 SEARS TOWER,233 WACKER DRIVE, CHICAGO, IL 60606 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | ATTN: SANDRA E. MAYERSON AND PETER A. ZISSER,(COUNSEL TO CAISSE DEPOT ET PLACEMENT DU QUEBEC),1095 AVENUE OF THE AMERICAS, 31ST FLOOR, NEW YORK, NY 10036 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | ATTN: STEPHEN D. LERNER,(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.),221 E. FOURTH STREET, SUITE 2900, CINCINNATI, OH 45202 |
| STAHL ZELLOE, P.C. | ATTN: RICHARD J. STAHL, ESQ.,(COUNSEL TO THE TAARP GROUP, LLP),11350 RANDOM HILLS ROAD, SUITE 700, FAIRFAX, VA 22030 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT,1 MADISON AVENUE, 3RD FLOOR, NEW YORK, NY 10010 |
| STEIN & LUBIN LLP | ATTN: EUGENE CHANG,(COUNSEL TO OVERSTOCK.COM),600 MONTGOMERY STREET, 14TH FLOOR, SAN FRANCISCO, CA 94111 |
| STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. | ATTN: EDMOND P. O'BRIEN,(COUNSEL TO SLG 220 NEWS OWNER LLC),675 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10017 |
| STEPTOE & JOHNSON LLP | ATTN: JOHN H. LOVI AND LARA E. ROMANSIC,(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD,AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.),750 SEVENTH AVENUE, NEW YORK, NY 10019 |
| STEPTOE & JOHNSON LLP | ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER,(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD,AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.),2121 AVENUE OF THE STARS, SUITE 2800, LOS ANGELES, CA 90067 |
| STEVENS & LEE, P.C. | ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS,485 MADISON AVE, 20TH FLOOR, NEW YORK, NY 10022 |
| STEVENS & LEE, P.C. | ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS,(COUSEL TO ROYAL BANK OF AMERICA),485 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| STINSON MORRISON HECKER LLP | ATTN: DARRELL W. CLARK, ESQ.,(COUNSEL TO EXEGY INCORPORATED),1150 18TH STREET, NW,SUITE 800, WASHINGTON, DC 20036 |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL,(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND,DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN,LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.),2600 ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: MICHAEL J. CORDONE, ESQ.,(COUNSEL TO SAINT JOSEPH'S UNIVERSITY),2600 ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE,(COUNSEL TO AIM FUNDS AND AIM ADVISORS),2600 ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103-7098 |
| STREUSAND & LANDON LLP | ATTN: G. JAMES LANDON AND RICHARD D. VILLA,(COUNSEL TO VIGNETTE EUROPE LIMITED),816 CONGRESS AVENUE, SUITE 1600, AUSTIN, TX 78701 |
| STREUSAND & LANDON LLP | ATTN: SABRINA L. STREUSAND, ESQ.,(COUNSEL TO DELL MARKETING, L.P.),816 CONGRESS AVENUE, SUITE 1600, AUSTIN, TX 78701 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES,(COUNSEL TO STAMFORD ASSOCIATES L.P.),180 MAIDEN LANE, NEW YORK, NY 10038 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: HAROLD A. OLSEN,(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,BASSO CAPITAL, MAGNETAR CAPTIAL AND MITSUI & CO.),180 MAIDEN LANE, NEW YORK, NY 10038 |
| STROOCK & STROOK & LAVAN LLP | ATTN: MARK A. SPEISER & SHERRY J. MILLMAN,180 MAIDEN LANE, NEW YORK, NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN,(COUNSEL TO BARCLAYS CAPITAL, INC.),125 BROAD STREET, NEW YORK, NY 10004 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: MARK D. SHERRILL,(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK, |

| Claim Name | Address Information |
|---|---|
| SUTHERLAND ASBILL & BRENNAN LLP | KRAFT,PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS),1275 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20004 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: PAUL B. TURNER,(COUNSEL TO SHELL TRADING & SHELL ENERGY N. AMER.),TWO HOUSTON CENTER,919 FANNIN, SUITE 2200, HOUSTON, TX 77010 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.,PO BOX 20207, NASHVILLE, TN 37202-0207 |
| THE BANK OF NEW YORK MELLON | ATTN: RANJIT MATHER, ROBERT BAILEY,ONE WALL STREET, 11TH FLOOR, NEW YORK, NY 10286 |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. | ATTN: MONIQUE L. MORREALE,1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD | 33-1, SHIBA 3-CHOME,MINATO-KU, TOKYO 105-8574,    JAPAN |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER,GRANTOKYO, SOUTH TOWER,1-9-2, MARUNOUCHI, CHIYODA-KU, TOKYO 100-6611,    JAPAN |
| THE WILSON LAW FIRM PC | ATTN: L. MATT WILSON, ESQ.,(COUNSEL TO GREG GEORGAS & MARK GROCK),950 EAST PACES FERRY ROAD,SUITE 3250 ATLANTA PLAZA, ATLANTA, GA 30326 |
| THOMPSON & KNIGHT LLP | ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS,919 THIRD AVENUE, 39TH FLOOR, NEW YORK, NY 10022-3915 |
| THOMPSON & KNIGHT LLP | ATTN: DAVID M. BENNETT,(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP),1722 ROUTH STREET,SUITE 1500, DALLAS, TX 75201-2533 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER,(COUNSEL TO CHEVRON NATURAL GAS),333 CLAY STREET, SUITE 3300, HOUSTON, TX 77002 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL,333 CLAY STREET, SUITE 3300, HOUSTON, TX 77002-4499 |
| THOMPSON COBURN LLP | ATTN: MARK V. BOSSI,(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR,RENTAL USA HO),ONE US BANK PLAZA, SAINT LOUIS, MO 63101 |
| TISHMAN SPEYER PROPERTIES, LP | ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND,NED BANNON, CORPORATE COUNSEL,45 ROCKEFELLER PLAZA, NEW YORK, NY 10111 |
| TRAVELERS | NATIONAL ACCOUNTS,ATTN: OLGA PRESS, ACCOUNT RESOLUTION,1 TOWER SQUARE - 5MN, HARTFORD, CT 06183-4044 |
| TROUTMAN SANDERS LLP | ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH,(COUNSEL TO BANK OF CHINA,PT BANK NEGARA INDONESIA,NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL),405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| TUCKER ARENSBURG, P.C. | ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND,MICHAEL A. SHINER,(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH),1500 ONE PPG PLACE, PITTSBURGH, PA 15222 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DRIVE, #400, LITTLETON, CO 80124 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK,ATTN: THE HONORABLE JAMES M. PECK,ONE BOWLING GREEN, COURTROOM 601, NEW YORK, NY 10004 |
| VEDDER PRICE P.C. | ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.,(COUNSEL TO NEWEDGE USA, LLC),1633 BROADWAY, 47TH FLOOR, NEW YORK, NY 10019 |
| VEDDER PRICE P.C. | ATTN: DOUGLAS J. LIPKE, ESQ.,(COUNSEL TO NEWEDGE USA, LLC),222 N. LASALLE STREET, CHICAGO, IL 60601-1003 |
| VEDDER PRICE PC | ATTN: MICHAEL J. EDELMAN,1633 BROADWAY, 4TH FLOOR, NEW YORK, NY 10019 |
| VENABLE LLP | ATTN: EDWARD A. SMITH, ESQ.,(COUNSEL TO DELTA AIR LINES, INC.),1270 AVENUE OF THE AMERICAS, 25TH FLOOR, NEW YORK, NY 10020 |
| VENABLE LLP | ATTN: LISA BITTLE TANCREDI, ESQ.,(COUNSEL TO DELTA AIR LINES, INC.),750 EAST PRATT STREET, SUITE 900, BALTIMORE, MD 21202 |
| VINSON & ELKINS L.L.P. | ATTN: STEVEN M. ABRAMOWITZ,(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED),666 FIFTH AVENUE, 27TH FLOOR, NEW YORK, NY 10103 |
| VINSON & ELKINS L.L.P. | ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ,(COUNSEL TO CONTINENTAL AIRLINES, INC.),1001 FANNIN STREET, SUITE 2500, HOUSTON, TX 77002-6760 |
| VINSON & ELKINS LLP | ATTN: DOV KLEINER, ESQ.,(COUNSEL TO SHINSEI BANK LIMITED),666 FIFTH AVENUE, 26TH FLOOR, NEW YORK, NY 10103 |
| VINSON & ELKINS RLLP | ATTN: JEFFREY E. ELDREDGE,(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED),CITY POINT, 33RD FLOOR,ONE ROPEMAKED STREET, LONDON EC2Y 9UE,    UK |

| Claim Name | Address Information |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ,AND JOSHUA A. FELTMAN, ESQ,51 WEST 52ND STREET, NEW YORK, NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: AMY WOLF, ESQ.,(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP),51 WEST 52ND STREET, NEW YORK, NY 10019-6150 |
| WEIL GOTSHAL & MANGES LLP | ATTN: RICHARD P. KRASNOW, LORI R. FIFE,SHAI Y. WAISMAN, JACQUELINE MARCUS,(COUNSEL TO THE DEBTORS),767 FIFTH AVENUE, NEW YORK, NY 10153 |
| WHITE & CASE LLP | ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL,(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS),BOCKENHEIMER LANDSTRASSE 20, 60323 FRANKFURT AM MAIN,   GERMANY |
| WHITE & CASE LLP | ATTN: EVAN C. HOLLANDER, ESQ.,(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA,OVERSEAS FUND, LTD.),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WHITE & CASE LLP | ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND,RICHARD GRAHAM,1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WHITE & CASE LLP | ATTN: PHILIP JOHN NICHOLS,(COUNSEL TO DNB NOR BANK ASA),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2787 |
| WHITE & CASE LLP | ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA,THOMPSON,(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2787 |
| WHITE & CASE LLP | ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES,WACHOVIA FINANCIAL CENTER,SUITE 4900,200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA,(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS),WACHOVIA FINANCIAL CENTER, SUITE 4900,200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131 |
| WIGGIN AND DANA LLP | ATTN: SHARYN B. ZUCH,(COUNSEL TO HOTCHKISS SCHOOL),185 ASYLUM STREET, HARTFORD, CT 06103-3402 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, SHELLEY CHAPMAN,BENITO ROMANO, JAMIE KETTEN,787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS,(COUNSEL TO GREEN TREE SERVICING INC.),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.,(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND,FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, ESQ.,(COUNSEL TO MARSHALL WACE LLP),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILMINGTON TRUST COMPANY | ATTN JAMES J MCGINLEY,520 MADISON AVE, 33RD FL, NEW YORK, NY 10022 |
| WILMINGTON TRUST FSB | 50 S 6TH ST STE 1290, MINNEAPOLIS, MN 554021544 |
| WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER,(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC),200 PARK AVENUE, NEW YORK, NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER,(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND,PIPER JAFFRAY & CO.),200 PARK AVENUE, NEW YORK, NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER,(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC),35 WEST WACKER DRIVE, CHICAGO, IL 60601 |
| WOLFF & SAMSON PC | ATTN: DAVID N. RAVIN & ROBERT E. NIES,(COUNSEL TO MACK-CALI REALTY LP),THE OFFICES AT CRYSTAL LAKE,ONE BOLAND DRIVE, WEST ORANGE, NJ 07052 |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR, ESQ.,(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ),ONE GATEWAY CENTER, 9TH FLOOR, NEWARK, NJ 07102 |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR, ESQ.,(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ),500 FIFTH AVENUE, NEW YORK, NY 10110 |
| YOUNG WILLIAMS P.A. | ATTN: ROBERT L. HOLLADAY, JR.,(COUNSEL TO INTECHRA LLC),PO BOX 23059,210 E. CAPITOL STREET., SUITE 2000, JACKSON, MS 39201 |
| ZEISLER & ZEISLER, P.C. | ATTN: GREGORY B. SCHILLER, ESQ.,(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.),558 CLINTON AVENUE, BRIDGEPORT, CT 06605 |
| ZUCKERMAN SPAEDER LLP | ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI,(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF,TREASURY, DIVISION OF INVESTMENT),919 MARKET STREET, SUITE 990,PO BOX 1028, WILMINGTON, DE 19899 |

**Claim Name**                          **Address Information**

┌─────────────────────────────────────┐
│ **Total Creditor Count 433**          │
└─────────────────────────────────────┘