UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
THE GREAT ATLANTIC AND PACIFIC TEA                         :    Case No. 10-24549
COMPANY, INC., *et al.*,[1]                                :
                                                           :
                                                           :    (Jointly Administered)
          Debtors.                                         :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On October 15, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic mail upon the parties on the service lists attached hereto as **Exhibit A** and the party on the service list attached hereto as **Exhibit B**, and via First Class Mail upon the parties on the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Presentment of Agreed Order Modifying the Plan Injunction to Allow Claimant Sharon Cavolo to Proceed Against Non-Debtor Parties; Presentment to be Held on October 29, 2013, at 10:00 a.m. (prevailing Eastern Time)** [Docket No. 4328]

Dated: October 25, 2013

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th of October, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Great Atlantic & Pacific Tea Company, Inc. (0974); 2008 Broadway, Inc. (0986); AAL Realty Corporation (3152); Adbrett Corporation (5661); Amsterdam Trucking Corporation (1165); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Bergen Street Pathmark, Inc. (1604); Best Cellars DC Inc. (2895); Best Cellars Inc. (9550); Best Cellars Licensing Corp. (2896); Best Cellars Massachusetts, Inc. (8624); Best Cellars VA Inc. (1720); Bev, Ltd. (9046); Borman's Inc. (9761); Bridge Stuart, Inc. (8652); Clay-Park Realty Co., Inc. (0902); Compass Foods, Inc. (0653); East Brunswick Stuart, LLC (9149); Farmer Jack's of Ohio, Inc. (5542); Food Basics, Inc.(1210); Gramatan Foodtown Corp. (5549); Grape Finds At DuPont, Inc. (9455); Grape Finds Licensing Corp. (7091); Greenlawn Land Development Corp. (7062); Hopelawn Property I, Inc. (6590); Kohl's Food Stores, Inc. (2508); Kwik Save Inc. (8636); Lancaster Pike Stuart, LLC (9158); LBRO Realty, Inc. (1125); Lo-Lo Discount Stores, Inc. (8662); Mac Dade Boulevard Stuart, LLC (9155); McLean Avenue Plaza Corp. (5227); Milik Service Company, LLC (0668); Montvale Holdings, Inc. (6664); North Jersey Properties, Inc. VI (6586); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge, LLC (5965); SEG Stores, Inc. (4940); Shopwell, Inc. (3304); Shopwell, Inc. (1281); Spring Lane Produce Corp. (5080); Super Fresh/Sav-A-Center, Inc. (0228); Super Fresh Food Markets, Inc. (2491); Super Market Service Corp. (5014); Super Plus Food Warehouse, Inc. (9532); Supermarkets Oil Company, Inc. (4367); The Food Emporium, Inc. (3242); The Old Wine Emporium of Westport, Inc. (0724); The South Dakota Great Atlantic & Pacific Tea Company, Inc (4647); Tradewell Foods of Conn., Inc. (5748); Upper Darby Stuart, LLC (9153); and Waldbaum, Inc. (8599). The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645

# EXHIBIT A

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| 1199SEIU Healthcare | Suzanne Hepner | shepner@levyratner.com | Official Committee of Unsecured Creditors |
| Acadia Realty Trust | Robert Masters | rmasters@acadiarealty.com | Counsel to RD Branch Associates LP, Acadia Cordtlandt LLC, Crossroads Joint Venture, LLC, Crossroads II, LLC, BTS Boonton LLC, and RD Elmwood Associates, LP (Acadia Landlords) |
| Akerman Senterfitt LLP | Keith N Costa & Kathlyn Schwartz | kathlyn.schwartz@akerman.com | Counsel to Charles Persico and Joseph Baratta |
| AllinghamSpillane LLC | Attn Daniel K Readyoff | dreadyoff@asctlaw.com | Counsel to Marvin Payton |
| American Continental Properties Inc | Attn Alvise Casellati | acasellati@acpg.com | Counsel to ACP Cumberland Associates, LLC, ACP Pennsville Associates, LLC and Rockland Center Associates, LLC (ACP Creditors) |
| Arent Fox LLP | Mary Joanne Dowd | dowd.mary@arentfox.com | Counsel to The Fresh Market, Inc |
| Arlene Gordon Oliver PC | Attn Arlene Gordon Oliver | ago@gordonoliverlaw.com | Counsel to The Plaza at Deptford LP |
| Arnall Golden Gregory LLP | Darryl S Laddin & Frank N White | dladdin@agg.com; frank.white@agg.com | Counsel to Cellco Partnership dba Verizon Wireless and the Wholly Owned Subsidiaries of Verizon Communications Inc |
| Arnold & Porter LLP | Michael J Canning & Anthony D Boccanfuso | michael_canning@aporter.com; anthony_boccanfuso@aporter.com | Counsel to Atlantic Center Fort Greene Associates LP and FC Castle Center Associates II LLC (Forest City Entities) |
| Assistant Attorney General for the State of New York | Neal S Mann | neal.mann@oag.state.ny.us | Counsel to New York State Department of Taxation and Finance |
| Attorney General of Pennsylvania | Carol E Momjian | cmomjian@attorneygeneral.gov | Counsel to the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Barry Corrado Grassi & Gibson PC | Stephen W Berry | sbarry@capelegal.com | Counsel to Rita Andre |
| Becker & Wasvary PLLC | Carl G Becekr & Mark K Wasvary | cbecker@beckerlawplc.com; markwasvary@hotmail.com | Counsel to Carl G Becker |
| Becker Glynn Melamed & Muffly LLP | Chester B Salomon | csalomon@beckerglynn.com | Counsel to Gary A Schonwald, Successor Shareholder Representative of Best Cellars Inc Shareholders under October 2, 2007 Merger Agreement, Joshua A Wesson, Daniel Dickson & M&H Fine Wines LLC |
| Belkin Burden Wenig & Goldman LLP | Joshua G Losardo | jlosardo@bbwg.com | Counsel to the Board of Managers of Trump Palace |
| Berkowitz Lichtstein Kuritsky Giasullo & Gross LLC | Stewart M Leviss Esq | sleviss@blkgg.com | Counsel to Joanice Silva |
| Brach Eichler LLC | David J Klein | bringel@armstrong-capital.com | Counsel to Armstrong Sutton Plaza LLC |
| Brown & Whalen PC | Rodney A Brown | info@brownwhalen.com; rbrown@brownwhalen.com | Counsel to Pine Grove Plaza Limited Partnership |
| Brown Rudnick LLP | Andrew P Strehle & Angelo Thalassinos | astrehle@brownrudnick.com; athalassinos@brownrudnick.com | Counsel to Wells Fargo, as successor trustee and Collateral agent for the Debtors' prepetition unsecured notes & the Ad Hoc Consortium of Certain Holders of A&P 11 3/8% Senior Secured Notes |
| Brown Rudnick LLP | Edward S Weisfelner & Daniel J Saval & Neal DAmato | eweisfelner@brownrudnick.com; dsaval@brownrudnick.com | Counsel to Wells Fargo, as successor trustee and Collateral agent for the Debtors' prepetition unsecured notes & the Ad Hoc Consortium of Certain Holders of A&P 11 3/8% Senior Secured Notes |
| Brown Stone Nimeroff LLC | Jami B Nimeroff | jnimeroff@bsnlawyers.com; cmhannan@bsnlawyers.com | Counsel to CBP Enterprises LLC |
| Buchalter Nemer PC | Jeffrey K Garfinkle Esq | jgarfinkle@buchalter.com | Counsel to MCKesson Corporation and its subsidiary NDCHealth Corporation (NDCHealth) (Member of Official Committee of Unsecured Creditors) |
| Buchalter Nemer PC | Shawn M Christianson Esq | schristianson@buchalter.com | Counsel to Oracle America In and Oracle Credit Corporation |
| Burris Logistics | Rachael Keys | rkeys@burrislogistics.com | Counsel to Burris Logistics |
| Carella Byrne Cecchi Olstein Brody & Agnello PC | John M Agnello & Jeffrey A Cooper & Marc D Miceli | jagnello@carellabyrne.com; jcooper@carellabyrne.com; | Counsel to La Cena Fine Foods Ltd |
| Central States, Southeast and Southwest Areas Pension Fund | Robert A Coco | rcoco@centralstates.org | Counsel to Central States, Southeast and Southwest Areas Pension Fund (Member of Official Committee of Unsecured Creditors) |
| Central States, Southeast and Southwest Areas Pension Fund | Timothy C Reuter Esq | treuter@centralstates.org | Counsel to Central States, Southeast and Southwest Areas Pension Fund (Member of Official Committee of Unsecured Creditors) |
| Certliman Balin Adler & Hyman LLP | Attn Jaspreet S Mayall | jmayall@certilmanbalin.com | Counsel to 655 Montauk LLC Successor in Interest to Nathan L Serota, Sheradel Associates LP, Hamilton Plaza Associates, M&K Real Estate Associates LLC, Feinrose Associates & CBP Enterprises |
| Cherry Street LLC | Gary Ginsburg Esq | gginsburgesq@yahoo.com | Counsel to Landlord Cherry Street LLC |
| Ciardi Ciardi & Astin | Daniel K Astin Esq | dastin@ciardilaw.com | Counsel to Ivie & Associates Inc |
| CLARK HILL PLC | David M. Blau & Paul S. Magy | dblau@clarkhill.com; pmagy@clarkhill.com | Counsel to Ramco-Gershenson Properties, L.P., Ramco/West Acres, LLC, Cedar-Stadium Plaza, LLC, PMF Sterling Heights Properties, LLC, PMF Macomb Properties, LLC, Pontiac Mall Limited Partnership, Orchard Square Shopping Center, LLC, Imlay Plaza, LLC, Pinetree Properties LLC, Northville Retail Center Joint Venture, CSC Colonial Commons Subtenant, LLC and Nottingham Commercial, LLC |
| Clemente Mueller PA | Jonathan D Clemente Esq & Andrea Kitzis Smith Esq | asmith@cm-legal.com | Counsel to N Providence LLC |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Cohen Weiss and Simon LLP | Bruce H Simon | blevine@cwsny.com | Counsel to the United Food and Commercial Workers International Union (UFCW) (Member of Official Committee of Unsecured Creditors |
| Cohen Weiss and Simon LLP | Richard M Seltzer | rseltzer@cwsny.com | Counsel to the United Food and Commercial Workers International Union (UFCW) (Member of Official Committee of Unsecured Creditors |
| Cohen Weiss and Simon LLP | Thomas N Ciantra | tciantra@cwsny.com | Counsel to the United Food and Commercial Workers International Union (UFCW) (Member of Official Committee of Unsecured Creditors |
| Cohn Lifland Pearlman Herrmann & Knopf LLP | Peter S Pearlman Esq | psp@njlawfirm.com | Liaison Counsel to the Pension Funds consisting of the City of New Haven Employees' Retirement System and Plumbers and Pipefitters Local 502 and 633 Pension Trust Fund on behalf of 'the 'Putative Class' |
| Cole Schotz Meisel Forman & Leonard PC | Attn Ilana Volkov Esq | ivolkov@coleschotz.com | Counsel to Pal-Pike Associates, LLC, Farmland Dairies LLC, Pompton Lake Hye Partners, & Park Ridge Hye Partners, & Mary Beth Realty Associates |
| Cole Schotz Meisel Forman & Leonard PC | David M Bass Esq | dbass@coleschotz.com | Counsel to UFCW Local 464A |
| Cole Schotz Meisel Forman & Leonard PC | Jill B Bienstock | jbienstock@coleschotz.com | Counsel to Bay Plaza Community Center LLC & Market Square I LLC |
| Cole Schotz Meisel Forman & Leonard PC | Laurence May | lmay@coleschotz.com | Counsel to Bay Plaza Community Center LLC & Market Square I LLC |
| Cole Schotz Meisel Forman & Leonard PC | Michael D Sirota Esq | msirota@coleschotz.com | Counsel to UFCW Local 464A |
| Cole Schotz Meisel Forman & Leonard PC | Michael D Warner Esq & Emily S Chou Esq | mwarner@coleschotz.com; echou@coleschotz.com | Counsel to Kellogg Sales Company dba Kellogg Snacks aka Keebler Company |
| Connell Foley LLP | Stephen V Falanga | sfalanga@connellfoley.com | Counsel to Wildwood Grocery Owners LLC |
| Contrarian Capital Management LLC | John Hallowell | jhallowell@contrariancapital.com | Counsel to Contrarian Capital Management LLC |
| Copeland Cook Taylor & Bush PA | Danny E Ruhl | druhl@cctb.com | Counsel to Pike Mart LLC |
| Copeland Cook Taylor & Bush PA | William H Leech | bleech@cctb.com | Counsel to Pike Mart LLC |
| Covington & Burling LLP | Michael B Hopkins & Ronald A Hewitt | rhewitt@cov.com; mhopkins@cov.com | Counsel to Wilmington Trust Company (Indenture Trustee) |
| Cozen OConner | Neal D Colton Esq | ncolton@cozen.com | Counsel to Honickman Related Companies |
| Cullen and Dykman LLP | Matthew G Roseman Esq | mroseman@cullenanddykman.com | Counsel to Richard Brewer |
| Curtin & Heefner LLP | Robert A Badman & Robert Szwajkos | rab@curtinheefner.com; rsz@curtinheefner.com | Counsel to New Hope Centers, A Limited Partnership |
| Cynamic Industries, LLC | Gregg Hill, Vice President | ghill@cynamicindustries.com | Cynamic Industries, LLC |
| Dahiya Law Offices LLC | Karamvir S Dahiya Esq | karam@legalpundit.com | Counsel to Phyllis Atkinson |
| David Frankel Deputy Attorney General | Richard J. Hughes Justice Complex | david.frankel@dol.lps.state.nj.us | Attorney for Department of Environmental Protection |
| Davis Polk & Wardwell LLP | Donald S. Bernstein | donald.bernstein@davispolk.com | Counsel to the Agent for the Debtors' Postpetition Secured Lenders |
| Davis Polk & Wardwell LLP | Lynn Poss | ap.service@davispolk.com | Counsel to JPMorgan Chase Bank NA & JP Morgan Securities LLC |
| Decotiis Fitzpatrick & Cole LLP | Russel J Passamano Esq | rpassamano@decotiislaw.com | Counsel to Hudson News Distributors LLC |
| Dell'Italaia Affinito & Santola | David P Affinito | dasbarristers@gmail.com | Counsel to Anna Betances |
| Dilworth Paxton LLP | Scott J Freedman | sfreedman@dilworthlaw.com | Counsel to Amoroso's Banking Company |
| DLA Piper LLP | Richard M Kremen & David B Misler | richard.kremen@dlapiper.com; | Counsel to Klag Realty LLP and Southgate Shopping Center LLP |
| DLA Piper LLP | Thomas R Califano & Vincent J Roldan | thomas.califano@dlapiper.com | Counsel to Klag Realty LLP and Southgate Shopping Center LLP |
| DLA Piper LLP US | Mark J Friedman | mark.friedman@dlapiper.com | Counsel to Continental Realty Corporation |
| Drazin & Warshaw PC | Brian D Drazin Esq | bddrazin@drazinandwarshaw.com | Counsel to Interested Party |
| Drinker Biddle & Reath LLP | Robert K Malone | robert.malone@dbr.com | Counsel Calip Dairies Inc |
| Duane Morris LLP | Lawrence J Kotler | ljkotler@duanemorris.com | Counsel to Ansonia Commercial LLP |
| Edward J Fallman | | ejfallman@aol.com | Counsel to Allegheny Plaza Associates I Limited Partnership and Springfield Realty Associates |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com | Counsel to Goya Foods Inc |
| Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg Esq | deisenberg@ermanteicher.com | Counsel to Pine Grove Plaza Limited Partnership and Belleville Square Limited Partnership |
| Erman Teicher Miller Zucker & Freedman PC | Earle I Erman | eerman@ermanteicher.com | Counsel to Pine Grove Plaza Limited Partnership and Belleville Square Limited Partnership |
| Ewall & Ewall | Steven B Ewall | lawewall@me.com | Counsel to Raleigh Kingsberry |
| Fafinski Mark & Johnson PA | Connie A Lahn | connie.lahn@fmjlaw.com | Counsel to General Mills Inc |
| Farrell Fritz PC | Patrick Collins | pcollins@farrellfritz.com | Counsel to Cord Meyer Development LLC |
| Farrell Fritz PC | Ted A Berkowitz & Louis A Scarcella | tberkowitz@farrellfritz.com; lscarcella@farrellfritz.com | Counsel to King Kullen Grocery Co., Inc. |
| Foley & Lardner LLP | Robert A Burka | rburka@foley.com | Counsel to Robert A Burka & Paul S Burka Trustees dba Apex Real Estate Company |
| Fong & Wong PC | Robert Wong | rww@fwatty.com | Counsel to New Lucky House Corporation |
| Fox Rothschild LLP | Martha B Chovanes | mchovanes@foxrothchild.com | Counsel to Plainfield Tobacco and Candy, Inc. trading as Resnick Distributors |
| Fox Rothschild LLP | Michael G Menkowitz esq | mmenkowitz@foxrothchild.com | Counsel to Schmidts Retail LP |
| Frank Gecker LLP | Joseph D Frank & Jeremy C Kleinman | jfrank@fgllp.com; jkleinman@fgllp.com | Counsel to Western Union North America, Integrated Payment Systems & Pepsi Beverages Company (Pepsi) |
| Friedman & Wolf | William Anspach & Jae W Chun | wanspach@friedmanwolf.com; jchun@friedmanwolf.com | Counsel to the Local 338 Health and Welfare Fund; the Local 338 Retirement Fund; the Local 338 Benefits Funds; and the Retail, Wholesale and Department Store Union Industry Pension Fund |
| Frost Brown Todd LLC | Douglas L Lutz | dlutz@fbtlaw.com | Counsel to Gator Monument Partners LLP |
| G Wesley Simpson PC | G Wesley Simpson | gwspc@hotmail.com; csmesq@gmail.com | Counsel to Allison Mosely, Curtis Arthur & Lisa Anderson |
| Gabila & Sons Manufacturing Inc | Stacey E Ziskin Esq | stacey@gabila.org | Counsel to Gabila & Sons Manufacturing Inc |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Ganfer & Shore LLP | William A Jaskola Esq | wjaskola@ganfershore.com | Counsel to 360 East 72nd Street Owners Inc & 251 East 51st Street Corp. |
| Garcia & Stallone Esqs | Joseph F Garcia | jfg@garciastallone.com | Counsel to Elvira M Thompson |
| Garfunkel Wild PC | Burton S Weston & Afsheen Shah | bweston@garfunkelwild.com; ashah@garfunkelwild.com | Counsel to Wheatley Plaza Associates |
| Gary J Robbins Esq | | grobbins@lviusa.com | Counsel to Lane-Valente Industries, Inc. & Lane Valente Refrigeration Inc. |
| Gleich Siegel & Farkas | Stephan B Gleich | s.gleich@nylawfirm.com | Counsel to Cenmor Associates, Staltac Associates and SPA 77 N LP |
| Godlesky & Sywilok | John W Sywilok | sywilokattorney@sywilok.com | Counsel to Ronald Realty Co |
| Goetz Fitzpatrick LLP | Gary M Kushner Esq | gkushner@goetzfitz.com | Counsel to Vaccaro Trusts (JBS) |
| Gohn Hankey & Stichel LLP | Jan I Berlage | jberlage@ghsllp.com | Counsel to Creditor MOR Mt Airy Limited Partnership and MOR Crestwood Limited Partnership |
| Golan & Christie LLP | Barbara L Yong & Caren A Lederer | blyong@golanchristie.com; calederer@golanchristie.com | Counsel to Click Clack US Inc |
| Goldberg Segalla LLP | Jeffrey A Carlino | jcarlino@goldbergsegalla.com | Counsel to Voortman Cookies Limited |
| Goldberg Weprin Finkel Goldstein LLP | Harvey L Goldstein Esq | hgoldstein@gwfglaw.com | Counsel to Turco's North LLC |
| Goldberg Weprin Finkel Goldstein LLP | Kevin J Nash | knash@gwfglaw.com; kjnash@finkgold.com | Counsel to Triangle 17 Center LLC, Bruckner Plaza Shopping Center LLC & Cross Bronx Plaza LLC |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Dallas L Albaugh Esq | dalbaugh@golenbock.com | Symphony IRI Group, as Successor-in-Interest to Information Resources Inc |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer & Michael S Weinstein | jflaxer@golenbock.com; mweinstein@golenbock.com | Counsel to Carnegie Hill 87th Street Corp |
| Gordon Feinblatt Rothman Hoffberger & Hollander LLC | Lawrence D Coppel | lcoppel@gfrlaw.com | Counsel to LVM Limited Partnership, Fairground Plaza Associates LLLP, and Goldman Klein Limited Partnership |
| Goulston & Storrs PC | Christine D Lynch | clynch@goulstonstorrs.com | Counsel to Levin Properties LP, Arlona Limited Partnership and Levin Management Corporation |
| Green & Levine LLP | Tamara Kagan Levine | tlevine@greenlevine.com | Counsel to Old Stonington Associates LLC |
| Greenbaum Rowe Smith & Davis LLP | Attn Nancy Isaacson Esq | nisaacson@greenbaumlaw.com | Counsel to The Beverage Works Company, Inc |
| Greenbaum Rowe Smith & Davis LLP | Robert S Underhill | runderhill@greenbaumlaw.com | Counsel to Tropical Cheese Industries Inc & the Estate of Arthur Efros |
| Greenberg Traurig LLP | Daniel J Ansell & Heath B Kushnick & Kenneth A Philbin & Hal Beerman | anselld@gtlaw.com; kushnickh@gtlaw.com; philbink@gtlaw.com; beermanh@gtlaw.com | Counsel to ACP Cumberland Associates, LLC, ACP Pennsville Associates, LLC and Rockland Center Associates, LLC (ACP Creditors) |
| Greer Herz & Adams LLP | Frederick Black & Tara B Annweiler | tannweiler@greerherz.com | Counsel to American National Insurance Company |
| Grocery Haulers Inc | Jay Sabin | jsabin@groceryhaulers.com | Counsel to Grocery Haulers Inc |
| Grueneberg Law Group LLC | Rudi R Grueneberg Esq | rgrueneberg@rglawgroup.com | Counsel to Dietz & Watson Inc |
| Halperin Battaglia Raicht LLP | Alan D Halperin | ahalperin@halperinlaw.net | Counsel to OfficeMax Incorporated |
| Hamburger Maxson Yaffe Knauer & Mcnally LLP | Lane T Maxson & William P Caffrey Jr | lmaxson@hmylaw.com; wcaffrey@hmylaw.com | Counsel to 333 Earle Ovington Boulevard SPE LLC |
| Harvard Row Investments LLC | Jay N Siefman Esq | jay@siefman.com | Counsel to Harvard Row Investments LLC |
| Haynes and Boone LLP | Lawrence Mittman & Jonathan Hook | lawrence.mittman@haynesboone.com; jonathan.hook@haynesboone.com | Counsel to Citibank NA and CitiFinancial Services Inc |
| Heller Draper Hayden Patrick & Horn LLC | Bernard H Berins | bberins@hellerdraper.com | Counsel to Eagle Enterprise of Jefferson, Inc |
| Hellring Lindeman Goldstein & Siegal LLP | Stephen L Dreyfuss | sldreyfuss@hlgslaw.com | Counsel to D'Artagnan, Inc. |
| Herrick Feinstein LLP | Paul Rubin & Hanh B Huynh | prubin@herrick.com; hhuynh@herrick.com | Counsel to J.H.W. Construction Corp., North Brunswick Shopping Plaza Associates, LLC, Bernards Plaza Associates, LLC, Harwill Homes, Inc., Howell Friendship Real Estate Corp., Old Bridge Plaza Associates, LLC and FI Associates |
| Herrick Feinstein LLP | Stephen B Selbst, Scott Tross, William R Fried, Jamie K Sussner & Kerry K Jardine | sselbst@herrick.com; stross@herrick.com; jsussner@herrick.com; wfried@herrick.com; | Counsel to Grocery Haulers Inc |
| Hinman Howard & Kattell LLP | Attn Stuart Sugarman | ssugarman@hhk.com | Counsel to New York Community Bancorp Inc and New York Community Bank (NYCB) |
| Hodgson Russ LLP | Garry M Graber Esq | ggraber@hodgsonruss.com | Counsel to Dora's Naturals, Inc. |
| Hofheimer Gartlir Gross LLP | Allen M Levin & Nicholas B Malito | nmalito@hgg.com; | Counsel to Marvin L Lindner Associates LLC |
| Hofheimer Gartlir Gross LLP | Scott R Kipnis & Nicholas B Malito | skipnis@hgg.com; nmalito@hgg.com | Counsel to Androse Associates of Allaire LLC |
| HOP Energy LLC | c/o Aaron A Romney | aaromney@zeislaw.com | Counsel to HOP Energy LLC |
| Howard & Howard Attorneys PLLC | Mark A Bogdanowicz Esq | mbogdanowicz@howardandhoward.com | Symphony IRI Group, as Successor-in-Interest to Information Resources Inc |
| Itkowitz & Harwood | Attn Jay B Itkowitz | jitkowitz@itkowitz.com | Counsel to Joseph Angelone (Landlord) |
| Ivie & Associates Inc | Kevin T White Esq | kevin.white@ivieinc.com | Counsel to Ivie & Associates Inc |
| Jaspan Schlesinger LLP | Shannon A Scott | sscott@jaspanllp.com | Counsel to AVR-Portchester LLC, Smithrose Associates LLC & AVR-CP Two LLC & Milrock Inc |
| JD Thompson Law | Judy Thompson | jdt@jdthompsonlaw.com | Counsel to Carl G Becker |
| Johnson Hearn Vinegar Gee & Glass PLLC | Jean Winborne Boyles Esq | jboyles@jhvgglaw.com | Counsel to Royal Oaks Corp., Inc |
| Jones Walker Waechter Poitevent Carrere & Denergre LLP | R Patrick Vance | pvance@joneswalker.com | Counsel to White III LLC |
| JP Morgan Chase Bank NA | c/o Howard J Grossman | howard.j.grossman@chase.com | Counsel to JPMorgan Chase Bank NA |
| Kandel Klitenic Kotz & Betten LLP | Attn Alan Betten | abetten@k3blaw.com | Counsel to Broadneck Development Corporation |
| Kasowitz Benson Torres & Friedman LLP | Jeffrey R Gleit & Julia A Balduzzi | jgleit@kasowitz.com; jbalduzzi@kasowitz.com | Counsel to BBU Inc on Behalf of Itself and Its US Affiliates |
| Katsky Korins LLP | Steven H Newman & Mark Walfish | snewman@katskykorins.com; mwalfish@katskykorins.com | Counsel to M Plaza LP and Bradhurst Development Company LLC |
| Katten Muchin Rosenman LLP | Jeff J Friedman | jeff.friedman@kattenlaw.com | Counsel to Creditor Eric Claus |
| Katten Muchin Rosenman LLP | Thomas H Leanse & Dustin P Branch | thomas.leanse@kattenlaw.com; dustin.branch@kattenlaw.com | Counsel to Landlords The Hutensky Group, Centro Properties Group, Alecta Real Estate Investment, LLC and Federal Realty Investment Trust |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Keesal Young & Logan PC | David D Piper & Michael T West | david.piper@kyl.com; michael.west@kyl.com | Counsel to Core-Mark Midcontinent Inc |
| Kelley Drye & Warren LLP | James S Carr & Jason R Adams | kdwbankruptcydepartment@kelleydrye.com | Counsel to Grocery Haulers Inc |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | kdwbankruptcydepartment@kelleydrye.com | Counsel to Basser-Kaufman, Developers Diversified Realty Corp., Philips International, Regency Centers, L.P., and Equity One, Inc. |
| Kenneth R Schuster & Associates PC | Stephen J Devine Esq | Sdevine@schusterlaw.com | Counsel to Linda Reusch, Margie O Brien, Richard Taylor, Kevin Preacher, Brenda Minchella & Estrella urham |
| Kerr & Katz LLP | Kenneth J Katz | kkatz@kerrkatz.com | Counsel to Amili Inc |
| Klehr Harrison Harvey Branzburg LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com | Counsel to Richard I Rubin Co., Inc. |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com; jcorneau@klestadt.com | Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Krentsel & Guzman LLP | Anthony Hirschberger | ahirschberger@kglawteam.com | Counsel to Joyce Sposato, Cynthia Bell, Donna Sada & Denise Bentivegna |
| Kroll McNamara Evans & Delehanty LLP | Douglas M Evans Esq | devans@kmelaw.com | Counsel to UB Ironbound LP and Urstadt Biddle Properties Inc |
| Kupelian Ormond & Magy PC | David M Blau & Paul S Magy | dblau@clarkhill.com; pmagy@clarkhill.com | Counsel to Ramco-Gershenson Properties LP, Ramco/West Acres LLC, and Cedar-Stadium Plaza, LLC, PMF Sterling Heights Properties, LLC, PMF Macomb Properties, LLC and Pontiac Mall Limited Partnership (Landlords) |
| L'Abbate Balkan Colavita & Contini LLP | John D McKenna | jmckenna@lbcclaw.com | Counsel to Discover Property & Casualty Insurance Company |
| Lamm Rubenstone LLC | Deirdre M Richards | drichards@lammrubenstone.com | Counsel to General Electric Capital Corporation |
| Lasser Hochman LLC | Richard L Zucker | rzucker@lasserhochman.com | Counsel to Interested Party |
| Latham & Watkins | Attn Robert Klyman | robert.klyman@lw.com | Counsel to the Investors |
| Lathrop & Gage LLP | Stephen K Dexter Esq | sdexter@lathropgage.com | Counsel to Americraft Carton Inc |
| Law Office of Ethan Ganc | Ethan D Ganc Esq | ethan@ethanganclegal.com | Counsel to Robert Soles |
| Law Office of Michael H Landis LLC | Michael H Landis | mlandis@mlandislaw.com | Counsel to Grays Ferry Partners LP fka Grays Ferry Shopping Center Associates |
| Law Office of Richard R Rio | Richard R Rio Esq | rrio@richardriolaw.com; rrriolaw@aol.com | Counsel to Joanice Silva |
| Law Office of Robert D Ferber | Robert D Ferber | isroffam@aol.com | Counsel to Michelle Harvey |
| Law Office of Robert M Cipriano | Robert M Cipriano | rmcipesq@aol.com | Counsel to Stephanie Porfert |
| Law Office of Robert Steckman PC | Robert M Steckman | robert@steckmanlaw.com | Counsel to Eli Ali LLC |
| Law Offices of E Peter Shin | Attn E Peter Shin Esq | peters1027@aol.com | Counsel to Best Choice Card & Gift Corp |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz Esq | abramowitz@larypc.com | Counsel to WDP Enterprises at Valley Stream LLC |
| LeClair Ryan PC | Ilan Markus | ilan.markus@leclairryan.com | Counsel to Landlords Closter-Grocery, LLC, Closter-Multi Owner-Grocery, LLC, NW-East Meadow Grocery, LLC, Benenson East Meadow, LLC, Greenwich Grocery Owners, LLC, Benenson Greenwich Grocery, LLC, Kenilworth-Grocery, LLC, Benenson Kenilworth, LLC, NW-Midland Park Grocery, LLC, GVD Commercial Properties, Inc., New Canaan-Grocery, LLC, Southampton Grocery Owners, LLC, Benenson Howard Beach LLC, Benenson Belle Harbor LLC, 400 N Center St Co LLC, and 555 SW 4th Ave Co LLC |
| LeClair Ryan PC | Niclas A Ferland | niclas.ferland@leclairryan.com | Counsel to Closter-Grocery LLC, Closter-Multi Owner-Grocery LLC, NW-East Meadow LLC, Benenson East Meadow LLC, Greenwich Grocery Owners LLC, Benenson Greenwich Grocery LLC, Kenilworth-Grocery LLC, Benenson Kenilworth LLC, NW-Midland Park Grocery LLC, GVD Commercial Properties Inc, New Canaan Grocery LLC, Southampton Grocery Owners LLC, Benenson Howard Beach LLC, Benenson Belle Harbor LLC, 400 N Center St Co LLC, 592 Ft Washington Avenue Co LLC, & 555 SW 4th Ave Co LLC |
| Lindabury McCormick Estabrook & Cooper PC | Scott C Pyfer | spyfer@lindabury.com | Counsel to Vestal Development Co |
| Litchfield Cavo LLP | c/o Marc S Edrich Esq | edrich@litchfieldcavo.com | Counsel to Security Life of Denver Insurance Company |
| Lowenstein Sandler PC | Ira M Levee Esq | ilevee@lowenstein.com | Counsel to the Pension Funds consisting of the City of New Haven Employees' Retirement System and Plumbers and Pipefitters Local 502 and 633 Pension Trust Fund on behalf of 'the 'Putative Class' |
| Lowenstein Sandler PC | Ira M Levee Esq | ilevee@lowenstein.com | Counsel to the Pension Funds consisting of the City of New Haven Employees' Retirement System and Plumbers and Pipefitters Local 502 and 633 Pension Trust Fund on behalf of 'the 'Putative Class' |
| Lowenstein Sandler PC | Kenneth A Rosen & Sharon l Levine & Paul Kizel | krosen@lowenstein.com; slevine@lowenstein.com; pkizel@lowenstein.com | Counsel to the Official Committee of Unsecured Creditors |
| Lowenstein Sandler PC | S Jason Teele | steele@lowenstein.com | Counsel to Michaels Stores Inc |
| Lowenstein Sandler PC | S Jason Teele | steele@lowenstein.com | Counsel to Michaels Stores Inc |
| Macco & Stern LLP | Michael J Macco Esq | mmacco@maccosternlaw.com; pcorey@maccosternlaw.com | Counsel to Violetta Villamar & Maria Quiroz |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Maddin Hauser Wartell Roth & Heller PC | Michael S Leib | msl@maddinhauser.com | Counsel to Walden Properties Inc, Ypsilanti Real Estate Holdings LLC, AC I Sterling Heights LLC, Chesterfield Development Company LLC & Riverbend Commons LLC |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Maraziti Falcon and Healey LLP | Albert I Tesley Esq | atelsey@mfhenvlaw.com | Counsel to Downs Realty LLC |
| McBreen & Kopko | Kenneth A Reynolds | kreynolds@mklawnyc.com | Counsel to Nissin Foods Company, Inc |
| McCarter & English LLP | Charles A Stanziale Jr & Michael J Reynolds | cstanziale@mccarter.com; mreynolds@mccarter.com | Counsel to Calandra's Italian & French Bakery Inc |
| McCarter & English LLP | Joseph Lubertazzi Jr Esq | jlubertazzi@mccarter.com | Counsel to US Bank National Association as Trustee Successor in interest to Bank of America NA as Trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2008-C1 Commercial Mortgage Pass-Through Certificates Series 2008-1 |
| McCusker Anselmi Rosen & Carvelli PC | Bruce S Rosen | brosen@marc-law.com | Counsel to West Milford Shopping Plaza LLC |
| McElroy Deutsch Mulvaney & Carpenter LLP | Nicole Leonard | nleonard@mdmc-law.com | Counsel to Charles Ritter Incorporated |
| Meland Russin & Budwick PA | James C Moon | jmoon@melandrussin.com | Counsel to Pescanova, Inc. |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com | Counsel to Inland US Management LLC & Hobart Food Equipment Group |
| Meyer Suozzi English Klein PC | Edward J LoBello & Patricia McConnell | elobello@msek.com; pmcconnell@msek.com | Counsel to the Amalgamated Meat Cutters and Retail Food Store Employees Union Local 342 Pension Fund |
| Meyner and Landis LLP | Meredith I Friedman Esq | mfriedman@meyner.com | Counsel to Primary One, LLC |
| Michigan LARA UIA | Roland Hwang | hwangr@michigan.gov | Counsel to Unemployment Tax Office of the State of Michigan Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency |
| Milbank Tweed Hadley & McCloy LLP | Dennis F Dunne & & Matthew S Barr & Abhilash M Raval | ddunne@milbank.com; araval@milbank.com; mbarr@milbank.com | Counsel to the Official Committee of Unsecured Creditors |
| Miller Canfield Paddock & Stone PLC | Eric D Carlson Esq | carlson@millercanfield.com | Counsel to Rozen LLC dba River Oaks Commercial Properties |
| Miller Nash LLP | John R Knapp Jr | john.knapp@millernash.com | Counsel to Technibilt Ltd |
| Morgan Lewis & Bockius LLp | Neil E Herman Esq | nherman@morganlewis.com | Counsel to Kimco Realty Corporation (Member of Official Committee of Unsecured Creditors) |
| Moritt Hock & Hamroff LLP | Theresa A Driscoll & Leslie A Berkoff | tdriscoll@moritthock.com; lberkoff@moritthock.com; ; | Counsel to Victoria Packing Corp |
| Morritt Hock & Hamroff LLP | Leslie A Berkoff Esq | lberkoff@moritthock.com | Counsel to Denise M Sheehan, James P Sheehan, Victoria Simion, Paul Simion, Milijana Palushaj, Mark Palushaj, Nancy Vasquez & Theresa Gentile |
| Munsch Hardt Kopf & Harr PC | Joseph J Wielebinski | jwielebinski@munsch.com | Counsel to Garelick Farms, LLC and Tuscan/Lehigh Dairies, Inc |
| Navesink Center LLC | c/o Lawrence Weinstein | joyce9167@verizon.net; eweinstein98@gmail.com | Counsel to Navesink Center LLC |
| Newman & Simpson LLP | Attn John B Newman | jnewman@newmansimpson.com | Counsel to Naval Crest Associates LLC |
| Norris Mclaughlin & Marcus PA | Attn Gary N Marks | gnmarks@nmmlaw.com | Counsel to E Windsor LLC |
| Norris Mclaughlin & Marcus PA | Deana L Koestel Esq | dlkoestel@nmmlaw.com | Counsel to the Calbert Realty LLC |
| Norris Mclaughlin & Marcus PA | Melissa A Pena | mapena@nmmlaw.com | Counsel to Mutual Redevelopment Houses Inc & the Calbert Realty LLC |
| Novick Edelstein Lubell Reisman Wasserman & Leventhal PC | Ramona Goodman Esq | ramona@novickedelstein.com | Counsel to Sunshine Lake Shore Association LLC |
| Office of the Attorney General IN | Bankruptcy Dept | constituent@atg.in.gov | Indiana Attorney General |
| Office of the Attorney General MD | Bankruptcy Dept | oag@oag.state.md.us | Maryland Attorney General |
| Office of the Attorney General MI | Bankruptcy Dept | miag@michigan.gov | Michigan Attorney General |
| Office of the Attorney General PA | Carol E Momjian | cmomjian@attorneygeneral.gov | Pennsylvania Attorney General |
| Office of the Attorney General SC | Bankruptcy Dept | info@scattorneygeneral.com | South Carolina Attorney General |
| Office of the Attorney General UT | Bankruptcy Dept | uag@utah.gov | Utah Attorney General |
| Office of the New York State Attorney General Environmental Protection Bureau | Janice A Dean | janice.dean@ag.ny.gov | Counsel to the State of New York |
| Office of the United States Trustee | Susan Golden & Richard Morrissey | Susan.Golden@usdoj.gov; Richard.Morrissey@usdoj.gov | United States Trustee Southern District of New York |
| O'Rourke & Degen PLLC | Ronald D Degen & Scott G Goldfinger | rdegen@odlegal.com; sgoldfinger@odlegal.com | Counsel to Dunkin' Donuts Franchised Restaurants LLC |
| Outten & Golden LLP | Adam Klein & Cara Greene & Rene Roupinian | atk@outtengolden.com; ceg@outtengolden.com; rroupinian@outtengolden.com | Counsel to Benedetto LaMarca, Dolores Guiddy & Stephen Tedesco |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com | Counsel to Selden Plaza LLC |
| Peisner Girsh Schaefer & Sfouggatakis | Kenneth G Gerard | kgerard@peisnerlaw.com | Counsel to P and A Maintenance Corp |
| Pepper Hamilton LLP | Francis J Lawall | lawallf@pepperlaw.com | Counsel to Teachers REA LLC |
| Pepper Hamilton LLP | Henry J Jaffe & John H Schanne II | jaffeh@pepperlaw.com; schannej@pepperlaw.com | Counsel to Manoa Associates |
| Platzer Dwergold Karlin Levine Goldberg & Jaslow LLP | Attn Henry G Swergold | hswergold@platzerlaw.com | Counsel to North Rochelle Realty |
| Platzer Swergold Karlin Levine Goldberg & Jaslow LLP | Clifford A Katz | ckatz@platzerlaw.com | Counsel to Shrub Oak Partners LLC |
| Podvey Meanor PC | Robert K Scheinbaum | rscheinbaum@podvey.com | Counsel to Epicure Foods Corporation |
| Polsinelli Shughart PC | Christopher A Ward | cward@polsinelli.com | Counsel to Vermont Bread Company (VBC) |
| Polsinelli Shughart PC | Jason A Nagi | jnagi@polsinelli.com | Counsel to Vermont Bread Company (VBC) & Millwood Center LLC and 380 Downing Drive LLC |
| Porzio Bromberg & Newman PC | John S Mairo Esq & Michael J Naporano Esq | jsmairo@pbnlaw.com; mjnaporano@pbnlaw.com | Counsel to Valley Circle Inc and Pleasant Circle Associates LLC |
| Price Meese Shulman & Darmino | Reginald Jenkins Jr | rjenkins@pricemeese.com | Counsel to Price Meese Shulman & Darmino PC |
| Pryor & Mandelup LLP | A Scotte Mandelup Esq | asm@pryormandelup.com | Counsel to R Kenneth Barnard, Chapter 7 Trustee |
| Pryor & Mandelup LLP | Robert L Pryor Esq | rlp@pryormandelup.com | Counsel to RNG Floral Inc |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Ravin Greenberg LLC | Howard Greenberg & Chad B Friedman | cfriedman@ravingreenberg.com | Counsel to Pine Plaza Associates LLC |
| Reich Reich & Reich PC | Jeffrey A Reich | reichlaw@aol.com | Counsel to Anthony Associates LP & West Lake Associates LLC |
| Richards Layton & Finger PA | John H Knight | knight@rlf.com | Counsel to Burris Logistics |
| Riemer & Braunstein, LLP | David S. Berman, Esquire | dberman@riemerlaw.com | Counsel to the Agent for the Debtors' Prepetion Secured Lenders (Bank of America) |
| Rivkin Radler LLP | Barry I Levy Esq | barry.levy@rivkin.com | Counsel to United Food and Commercial Workers Union Local 371 and 371 Amalgamated Welfare Trust Fund |
| Rivkin Radler LLP | Matthew V Spero Esq | matthew.spero@rivkin.com | Counsel to Great Neck Plaza LP & United Food and Commercial Workers Union Local 371 and 371 Amalgamated Welfare Trust Fund |
| Rivkin Radler LLP | Stuart I Gordon Esq | stuart.gordon@rivkin.com | Counsel to Great Neck Plaza LP & United Food and Commercial Workers Union Local 371 and 371 Amalgamated Welfare Trust Fund |
| Robbins Geller Rudman & Dowd LLP | Samuel H Rudman Esq | srudman@rgrdlaw.com | Lead Counsel to the Pension Funds consisting of the City of New Haven Employees' Retirement System and Plumbers and Pipefitters Local 502 and 633 Pension Trust Fund on behalf of 'the 'Putative Class' |
| Robert P Ianelli | | rianelli@ianelli.com | Counsel to Joann Csaszar & Frederick Csaszar |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel | fbr@robinsonbrog.com | Counsel to 255 Mall LLC and Feil Clark Terminal Associates LLC |
| Roe Taroff Taitz & Portman LLP | Steven Taitz | s.taitz@rttplaw.com | Counsel to Huntington-Grocery, LLC |
| Ropes & Gray LLP | Anne H Pak & Jose Raul Alcantar Willagran | anne.pak@ropesgray.com | Counsel to Attorneys for WE APP I LLC, WE APP Ozone Park LLC, WE APP Wilmington LLC, WE APP Lawnside LLC, WE APP Baldwin LLC, WE APP Seaford LLC and WE APP Upper Darby LLC |
| Ropes & Gray LLP | Steven T Hoort | steven.hoort@ropesgray.com | Counsel to the TJX Companies Inc |
| Rosen & Associates PC | Sanford P Rosen & Jeffrey S Davis | srosen@rosenpc.com; jdavis@rosenpc.com | Counsel to Direct Source Seafood LLC |
| Rosenberg Calica & Birney LLP | Attn Robert M Calica & Robert J Howard | rcalica@rcblaw.com; rhoward@rcblaw.com | Counsel to Rudeth Realty LLC & Manarco Realty LLC |
| Ruskin Moscou Faltischek PC | Jeffrey A Wurst & Daniel L McAuliffe | jwurst@rmfpc.com; dmcauliffe@rmfpc.com | Counsel to Gould Long Island City Corp |
| Sabin Bermant & Gould LLP | Richard M Constantine Esq | rconstantine@sabinfirm.com | Counsel to Samuel I Newhouse Jr (Si Newhouse), Donald E. Newhouse, The Star-Ledger and Newark Morning Ledger Co. |
| Salmon Ricchezza Singer & Turchi LLP | Ronald L Daugherty Esq | rdaugherty@srstlaw.com | Counsel to Maglio Sausage Company |
| Saul Ewing LLP | Mark Minuti | mminuti@saul.com | Counsel to CVS Pharmacy, Inc and Affiliates |
| Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@njlegalink.com | Counsel to Old Bridge Municipal Utilities Authority |
| Schafer and Weiner PLLC | Ryan D Heilman | rheilman@schaferandweiner.com | Counsel to Mount Clemens Investment Group, LLC |
| Schulte Roth & Zabel LLP | Adam C Harris & Brian C Tong | adam.harris@srz.com; brian.tong@srz.com | Counsel to RD Branch Associates LP, Acadia Cordtlandt LLC, Crossroads Joint Venture, LLC, Crossroads II, LLC, BTS Boonton LLC, and RD Elmwood Associates, LP (Acadia Landlords) |
| Securities and Exchange Commission | Northeast Regional | secbankruptcy@sec.gov | Securities and Exchange Commission |
| Seward & Kissell LLP | John R Ashmead Esq | ashmead@sewkis.com | Counsel to Wells Fargo Bank, National Association, as Successor Trustee and Collateral Agent |
| Shapiro Croland Reiser Apfel & Di Iorio LLP | John P Di Iorio | jdiiorio@shapiro-croland.com | Counsel to Warren 2001 LLC & Pheasant Run 2001 (SPE), LLC |
| Shapiro Croland Reiser Apfel & Di Iorio LLP | Robert P Shapiro | rshapiro@shapiro-croland.com | Counsel to Warren 2001 LLC & Pheasant Run 2001 (SPE), LLC |
| SIMON PROPERTY GROUP INC | RONALD M TUCKER ESQ | rtucker@simon.com | Counsel to Simon Property Group Inc |
| Sirlin Gallogly & Lesser PC | Dana S Plon | dplon@sirlinlaw.com | Counsel to Carol VanStuart Corp. |
| Skadden Arps Slate Meagher & Flom LLP | George A Zimmerman | George.Zimmerman@skadden.com | Counsel to C&S Wholesale Grocers Inc (Member of Official Committee of Unsecured Creditors) |
| Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Amos U Priester IV | apriester@smithlaw.com | Counsel to Pepsi Bottling Ventures LLC and Meadowbrook Distributing Corp |
| Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Anna B Osterhout | aosterhout@smithlaw.com | Counsel to Pepsi Bottling Ventures LLC and Meadowbrook Distributing Corp |
| Sol Kodsi Esq | | sol@kodsilaw.com | Counsel to Premier Plumbing & Heating Specialist Inc |
| Solotoff & Solotoff | Attn Lawrence Solotoff | lsolotoff@aol.com | Counsel to Anna Maria Egan-Jack |
| Stark & Stark | Timothy P Duggan | tduggan@stark-stark.com | Counsel to Klingensmith Associates LLC |
| Stark & Stark PC | Attn Thomas S Onder | tonder@stark-stark.com | Counsel to Personal Injury Claimants Valerie Banks-Perry, Claire Baney & Kim Woods |
| State of Michigan Department of the Treasury | Bill Schuette & Juandisha M Harris | harrisj12@michigan.gov | Counsel to the State of Michigan, Department of the Treasury |
| State of Michigan Department of the Treasury | Victoria A Reardon | reardonv@michigan.gov | Counsel to the State of Michigan, Department of the Treasury |
| Stevens & Lee | Ronald L Glick | rlg@stevenslee.com | Counsel to Woodruff Energy |
| Stevens & Lee PC | Constantine D Pourakis | cp@stevenslee.com | Counsel to United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Health and Welfare Fund & UFCW Local 1776 and Participating Employers Health and Welfare Fund (Member of Official Committee of Unsecured Creditors) |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Stevens & Lee PC | John C Kilgannon | jck@stevenslee.com | Counsel to United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Health and Welfare Fund & UFCW Local 1776 and Participating Employers Health and Welfare Fund (Member of Official Committee of Unsecured Creditors) |
| Stradley Ronan Stevens & Young LLP | Steven J White | swhite@stradley.com | Counsel to InterDigital Communications LLC fka InterDigital Inc |
| Strook & Strook & Lavan LLP | Attn Denise K Wildes Esq | dwildes@strook.com | Counsel to Mark Twain Owners' Corp |
| Strook & Strook & Lavan LLP | Kristopher M Hansen & Erez E Gilad & Marianne S Mortimer | khansen@strook.com; egilad@strook.com; jgoldstein@strook.com | Counsel to the Holders of the 5.125% Convertible Senior Notes Due 2011 and the 6.75% Convertible Senior Notes Due 2012 |
| Sullivan Papain Block McGrath & Cannavo PC | Deanne M Caputo | dcaputo@triallaw1.com | Counsel to Olive Cunningham |
| Sullivan Papain Block McGrath & Cannavo PC | Thomas J McManus | tmcmanus@triallaw1.com | Counsel to Regina Hurvitz & Harry Hurvitz |
| Sullivan Ward Asher & Patton PC | Wallace M Handler & Kevin S Toll | whandler@swappc.com | Counsel to BLS Properties & Sullivan, Ward, Asher |
| Tarter Krinsky & Drogin LLP | Scott S Markowitz & Ira R Abel | iabel@tarterkrinsky.com | Counsel to 18718 Borman LLC |
| Taubman Nadis & Neuman PC | Phillip J Neuman | pneuman@tnnlaw.com | Counsel to Ashley Livonia A&P LLC and Real Estate Strategies Group LLC |
| The Law Office of Rachel Blumenfeld | Attn Rachel Blemenfeld | rblmnf@aol.com | Counsel to Reisman's Bros. Bakery |
| The Law Offices of Joseph Monaco PC | | jmonaco@monaco-law.com | Counsel to Personal Injury Claimant |
| Thomas A McCarter PC | Attn Stephen G Mayhew Esq | thomasmccarterlaw@gmail.com | Counsel to Ivonne Tolentino, Reyna Villacis, Carlota Reyes, Montez Musely & Nieves Valasquez |
| Tisdale Law Offices LLC | Thomas Tisdale | ttisdale@tisdale-law.com | Counsel to Core-Mark Midcontinent Inc |
| Trenk DiPasquale Webster Della Fera & Sodono PC | Richard D Trenk | rtrenk@trenklawfirm.com | Counsel to Two Paragon Drive LLC |
| Troutman Sanders LLP | Hollace T Cohen | hollace.cohen@troutmansanders.com | Counsel to Loehmann's Operating Co |
| Tucker Arensberg PC | Jordan S Blask Esq | jblask@tuckerlaw.com | Counsel to Farmingdale-Grocery LLC & Daniel G Kamin Gardiner LLC |
| Updike Kelly & Spellacy PC | Edward J Pontacoloni | epontacoloni@uks.com | Counsel to Ada Urgo and John Urgo |
| US Attorney General | US Department of Justice | askdoj@usdoj.gov | United States Attorney General Deptartment of Justice |
| Wachtel & Masyr LLP | Evan S Weintraub Esq | weintraub@wmllp.com | Counsel to Charles Plaza LLC |
| Wachtel & Masyr LLP | Steven J Cohen Esq | cohen@wmllp.com | Counsel to Charles Plaza LLC |
| Wasserman Jurista & Stolz PC | Steven Z Jurista Esq | sjurista@wjslaw.com | Counsel to Danpar Associates Limited Partnership, Indian Head Plaza Associates, Levco Route 46 Associates, Mandelbaum & Krupnick, & Ironbound Plaza Associates LLC |
| Weinberg Gross & Pergament LLP | Marc A Pergament | mpergament@wgplaw.com | Counsel to Howard Plaza Realty LLC, Sacco of Farmingdale LLC, Sacco of Massapequa LLC |
| Weiss & Zarett PC | Michael D Brofman Esq | mbrofman@weisszarett.com | Counsel to Levittown Mews Associates LP, South-Whit Shopping Center Associates & Bande Development Co |
| Wells Fargo Bank National Association | | james.r.lewis@wellsfargo.com | Successor Trustee and Collateral Agent |
| Westerman Ball Ederer Miller & Sharfstein LLP | Thomas A Draghi & Mickee M Hennessy | tdraghi@westermanllp.com; mhennessy@westermanllp.com | Counsel to CJAM Associates LLC (CJAM) |
| White and Williams LLP | Sedgwick M Jeanite Esq | jeanites@whiteandwilliams.com | Counsel to Jonathan B Schultz of Onyx Equities LLC as Court Appointed Property Receiver |
| Whiteford Taylor & Preston LLP | Brent C Strickland & Stephen B Gerald | bstrickland@wtplaw.com; sgerald@wtplaw.com | Counsel to Talles Robbins Rehoboth LLC and Pelican Square LLC |
| Whyte Hirschboeck Dudek SC | Patrick B Howell | phowell@whdlaw.com | Counsel to Roundy's Supermarkets Inc |
| Wildman Harrold Allen & Dixon LLP | Jonathan W Young | young@wildman.com | Counsel to OfficeMax Incorporated |
| Wildman Harrold Allen and Dixon LLP | David J Fischer & Joy L Monahan & Mary O Olson | fischer@wildman.com; monahan@wildman.com; | Counsel to Broadspire Services, Inc and Crawford & Company |
| Williams Williams Rattner & Plunkett PC | Jerome B Greenbaum | jbg@wwrplaw.com | Counsel to Southgate LLC |
| Willig Williams & Davidson | John A Zurzola | jzurzola@wwdlaw.com | Counsel to UFCW Local 1776 and Participating Employers Retirement and Savings Plan, UFCW Local 1776 Housing Trust Fund, and UFCW Central Pennsylvania and Regional Health & Welfare Fund |
| Wilmington Trust Company | Attn: Michael G. Oller, Jr. CCTS | mikeoller@wilmingtontrust.com | Wilmington Trust Company (Indenture Trustee - (1) 6 3/4% Unsecured Convertible Senior Notes Due 2012; (2) 9 3/8% Unsecured Quarterly Interest Notes Due 2039; (3) 5 1/8% Unsecured Convertible Senior Notes Due 2011; and (4) 9 1/8% Unsecured Senior Notes Due 2011) (Member of Official Committee of Unsecured Creditors) |
| Windels Marx Lane & Mittendorf LLP | Howard L Simon Esq | hsimon@windelsmarx.com | Counsel to National Realty & Development Corp & Grand Street Realty LLC |
| Windels Marx Lane & Mittendorf LLP | Leslie S Barr | lbarr@windelsmarx.com | Counsel to Woodbridge Realty Associates LLC & Riveroak/Cofinance-Carteret Inc |
| Windels Marx Lane & Mittendorf LLP | Mark A Slama | mslama@windelsmarx.com | Counsel to Riveroak/Cofinance-Carteret Inc |
| Windels Marx Lane & Mittendorf LLP | Rodman E Honecker Esq | rhonecker@windelsmarx.com | Counsel to Woodbridge Realty Associates LLC |
| Winne Banta Hetherington Basralian & Kahn | Gary S Redish Esq | gredish@winnebanta.com | Counsel to KMC Associates LLC |
| Wisconsin Department of Justice | F Mark Bromley AAG | bromleyfm@doj.state.wi.us | Counsel to the State of Wisconsin Department of Workforce Development - Workers Compensation Division |

Exhibit A
Master and 2002 Service Lists
Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Wolff & Samson PC | Karen L Gilman | kgilman@wolffsamson.com | Counsel to Westchester Fire Insurance Company , Marsag LP, Eatontown 36 LLC, Sebastian Parsippany LLP, ARC International Fund II LLP, Montclair Grove LLC, Partners Development LLC, Lane Valley Road LLC, Hike Enterprises, Tamara Enterprises, West Milford Shopping Plaza & Lyons Plaza LLC |
| Wollmuth Maher & Deutsch LLP | Paul R Defilippo Esq | pdefilippo@wmd-law.com | Counsel to Village Super Market Inc |
| Young Conaway Stargatt & Taylor LLP | Curtis J Crowther | ccrowther@ycst.com | Counsel to College Square LLLP |
| Zeichner Ellman & Krause LLP | Mark W Schlussel & Peter Janovsky & Michael Davis | mschlussel@zeklaw.com; pjanovsky@zeklaw.com; mdavis@zeklaw.com | Counsel to 380 Yorktown Food Corp |
| Zeisler & Zeisler PC | Stephen M Kindseth | skindseth@zeislaw.com | Counsel to Bridgemarket Associates, LP; Counsel to 700 Suffolk Ltd Partnership |

# EXHIBIT B

Exhibit B

Served via Electronic Mail

| COMPANY | CONTACT | EMAIL | PARTY DESCRIPTION |
|---|---|---|---|
| Hecht, Kleeger & Damashek, PC | Jeffrey Koenig | Koenig@lawyer1.com | Counsel to Sharon Cavolo |

# EXHIBIT C

Master and 2002 Service Lists
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bank of America, N.A. | Christine Hutchinson | 100 Federal Street | | Boston | MA | 02110 |
| Blank Rome LLP | Bonnie Glantz Fatell Esq | 1201 Market St Ste 800 | | Wilmington | DE | 19801 |
| Calip Dairies Inc | Attn Leo Glynn | 701 Zerega Ave | | Bronx | NY | 10473 |
| Ciardi Ciardi & Astin | Rick A Steinberg Esq | 100 Church St 8th Fl | | New York | NY | 10007 |
| Construction Maintenance Plus Inc | c o Michael Celano | 2301 East Edgar Rd Bld 5 | PO Box 1517 | Linden | NJ | 07036- |
| Dewey & LeBoeuf LLP | Sidney P Levinson & Jason R Wolf | 333 S Grand Ave Ste 2600 | | Los Angeles | CA | 90071 |
| Duanne Morris LLP | William S Katchen | One Riverfront Plaza | 1037 Raymond Blvd Ste 1800 | Newark | NJ | 07102 |
| Goya Foods Inc | Carlos G Ortiz | Vice President and General Counsel | 100 Seaview Dr | Secaucus | NJ | 07094 |
| Harbert Credit Opportunities Fund | Heather L Barlow | 555 Madison Ave 16th Fl | | New York | NY | 10022 |
| HSBC Finance Corporation | | P. O. Box 829009 | | Dallas | TX | 75382-9009 |
| Hunton & Williams LLP | Michael S Held | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 |
| Huron Consulting Group | Elaine Lane | 550 W Van Buren | | Chicago | IL | 60607 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19114-0326 |
| Jackson Walker LLP | Emily S Donahue | 901 Main St Ste 6000 | | Dallas | TX | 75202 |
| K&L Gates LLP | Jeffrey N Rich | 599 Lexington Ave | | New York | NY | 10022-6030 |
| Kimco Realty Corporation | Attn Raymond Edwards VP | 3333 New Hyde Park Rd Ste 211 | | New Hyde Park | NY | 11042 |
| Law Offices of John J Guadagno | John J Guadagno | 136 E Main St | | East Islip | NY | 11730 |
| Law Offices of Sherri Benmorits | | 325 Broadway Ste 402 | | New York | NY | 10007 |
| Liberty Plaza Properties LLC | Alan Hammerschlag | 4733 Bethesda Ave | | Bethesda | MD | 20814 |
| Litchfield Cavo LLP | Attn Beth A Saydak | 420 Lexington Ave Ste 2104 | | New York | NY | 10170 |
| McKesson Pharmaceutical | Attn Jennifer Schineller VP | One Post St | | San Francisco | CA | 94104 |
| McLane Graf Raulerson & Middleton PA | Joseph A Foster Esq | 900 Elm St | PO Box 326 | Manchester | NH | 03105 |
| Office of the Attorney General CT | Bankruptcy Dept | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General DE | Bankruptcy Dept | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General FL | Bankruptcy Dept | The Capitol PL 01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General GA | Bankruptcy Dept | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Office of the Attorney General IL | Bankruptcy Dept | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Attorney General LA | Bankruptcy Dept | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General MA | Bankruptcy Dept | One Ashburton Place | | Boston | MA | 02108 |
| Office of the Attorney General MS | Bankruptcy Dept | Walters Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General NC | Bankruptcy Dept | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General NJ | Bankruptcy Dept | PO Box 080 | | Trenton | NJ | 08625-0080 |
| Office of the Attorney General NY | Bankruptcy Dept | 120 Broadway | | New York | NY | 10007 |
| Office of the Attorney General NY | Bankruptcy Dept | The Capitol | | Albany | NY | 12224-0341 |
| Office of the Attorney General OH | Bankruptcy Dept | 30 E Broad St 17th Fl | | Columbus | OH | 43215 |
| Office of the Attorney General OR | Bankruptcy Dept | Oregon Dept of Justice | 1162 Court St NE | Salem | OR | 97301-4096 |
| Office of the Attorney General PA | Bankruptcy Dept | 16th Fl Strawberry Sq | | Harrisburg | PA | 17120 |
| Office of the Attorney General RI | Bankruptcy Dept | 150 S Main St | | Providence | RI | 02903 |

Master and 2002 Service Lists
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Office of the Attorney General VA | Bankruptcy Dept | 900 E Main St | | Richmond | VA | 23219 |
| Office of the Attorney General WI | Bankruptcy Dept | PO Box 7857 | | Madison | WI | 53707-7857 |
| Office of the Attorney General WV | Bankruptcy Dept | State Capital Complex | Bldg 1 Rm E 26 | Charleston | WV | 25305 |
| Office of the Attorney General WY | Bankruptcy Dept | 123 Capitol Bldg | 200 W 24th St | Cheyenne | WY | 82002 |
| Office of US Attorney SDNY | Preet Bharara | 1 St Andrews Plaza | Claims Unit Rm 417 | New York | NY | 10007 |
| Pension Benefit Guaranty Corporation | Attn Dana Cann | 1200 K St NW | | Washington | DC | 20005 |
| Polsinelli Shughart PC | Monika J Machen | 161 N Clark St Ste 4200 | | Chicago | IL | 60601 |
| Ricoh Business Solutions | Jennifer Orenstein | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | Macon | GA | 31210 |
| Saul Ewing LLP | Monique A Bair | Centre Square West | 1500 Market St 38th Fl | Philadelphia | PA | 19102 |
| Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 |
| Seyburn Kahn Ginn Bess & Serlin PC | Terrance A Hiller Jr | 2000 Town Center Ste 1500 | | Southfield | MI | 48075 |
| Squire Sanders & Dempsey US LLP | Attn Peter A Zisser esq | 30 Rockefeller Plaza 23rd Fl | | New York | NY | 10112 |
| Stern Lavinthal Frankenberg & Norgaard LLC | Gary K Norgaard | 184 Grand Ave | | Englewood | NJ | 07631 |
| THE HONORABLE ROBERT D DRAIN | Chambers of Judge Drain | 300 Quarropas Street | | White Plains | NY | 10601-4140 |
| United Food & Commercial Workers International Union CLC | Attn Anthony M Perrone | 1775 K St NW | | Washington | DC | 20006-1598 |
| US Department of Justice SDNY | | 86 Chambers St | | New York | NY | 10007 |
| White & Case LLP | Frank L Eaton | Southeast Financial Center | 200 S Biscayne Blvd Ste 4900 | Miami | FL | 33131 |
| Wilmington Trust Company | Patrick Healy | Rodney Square North | 1100 N Market St | Wilmington | DE | 19890-1605 |

In re The Great Atlantic Pacific Tea Company, Inc.
Case No. 10-24549                               Page 2 of 2                                                        10/15/2013

# EXHIBIT D

Exhibit D
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Hecht, Kleeger & Damashek, PC | Jeffrey Koenig | 19 West 44th Street | Suite 1500 | New York | NY | 10036 |