## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| **Lehman Brothers Special Financing, Inc** | Case No. 08-13888 |
| ("the Debtors") | Claim No.: <u>3638</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED), IN THE AMOUNT OF $946,113.09, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**      Fairway Fund Limited (formerly Man Mac 1 Limited)
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
 United Kingdom

PLEASE TAKE NOTICE that the transfer of <u>$946,113.09</u> of the above-captioned  general unsecured claim has been transferred to:

**Transferee:**      C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

(FOR CLERK'S OFFICE USE ONLY):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS SPECIAL
FINANCING, INC.

Debtor

Case No. 08-13888

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Fairway Fund Limited ("Assignor") that
are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against
the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $946,113.09 | 3638 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The
signature of Assignor on this document is evidence of the transfer of the claims and all rights
thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the
Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as
an unconditional assignment and the Assignee herein as the valid owner of the Claim. You
are hereby requested to make all future payments and distributions, and to give all notices and
other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address:     c/o CarVal Investors UK Limited
             Knowle Hill Park
             Fairmile Lane
             Cobham
             Surrey KT11 2PD
             United Kingdom
             BY CARVAL INVESTORS UK LIMITED

Signature: _____
Name:      DAVID SHORT
Title:     OPERATIONS MANAGER
Date:      _____

ASSIGNOR:  Fairway Fund Limited (formerly Man
           Mac 1 Limited)
Address:   c/o Prime Brokerage & Trading, Man
           Inves, Lower Thames Street
           Attention: Kirsten Rogers
           London, EC3R 6DU
           United Kingdom

Signature: _____
Name:      _____
Title:     _____
Date:      _____

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM 08/13555 |
|---|---|

| Name of Debtor: LEHMAN BROTHERS SPECIAL FINANCING INC | Case Number: 08/13888 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Fairway Fund Limited (Formerly Man-Mac 1 Limited)

Name and address where notices should be sent:
Fairway Limited c/o Prime Brokerage & Trading, Man Investments Limited, Sugar Quay, Lower Thames Street, EC3R6DU. Attention: Kirsten Rogers:+44 2071443239

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)

Filed on:

Name and address where payment should be sent (if different from above):
Bank:Citibank, New York, ABA No:021-000-089, Account Name: Credit Suisse Securities USA LLC, Account No:40804003, Sub A/C: Fairway Fund Limited. Sub A/C:736FRO

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $    946113.09

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Swap Claim under ISDA
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$                    Annual Interest Rat

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $                    Basis for perfection:

Amount of Secured Claim: $                    Amount Unsecured: $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited ... this proof of claim.

**7. Documents:** Attach redacted copies o...                    ...notes, purchase orders, invoices, itemized statements of ru...                    ...ity agreements. You may also attach a summary. Attach r...                    ...ion of a security interest. You may also attach a...

DO NOT SEND ORIGINAL DOCUMEN...                    ...D AFTER
SCANNING.

If the documents are not available, please explain

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000003638

Date: 30/3/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

M.B. Collins
Director

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Claim Search

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

**646 282 2400**

Client Home              Filed Claims & Schedules       Key Documents         Docket              Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

| Claim # | 3638 | | Name Starts With | | | Debtor | | |
| Schedule # | | | Total Claim Value | Equals | | Scope | Claims and Schedules |
| | | | Claim Date Range | | to | | |
| Order By | Creditor Name | | | Results Per Page | 10 | | Search | Clear |

◀ Page 1 of 1 ▶                                          Page [ ] Go

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---------|-----------|---------------|------|-------------------|---|
| ⊟ | 3638 | | FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 C/O PRIME BROKERAGE & TRADING, MAN INVES LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON, EC3R6DU  Debtor: LEHMAN BROTHERS HOLDINGS, INC. | 3/31/2009 | $946,113.09  Claim Unsecured Amount:  $946,113.09 | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor