# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC** <br><br> **Lehman Brothers Special Financing, Inc** <br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-13555 (JMP) Jointly Administered <br><br> Case No. 08-13888 <br><br><br> Claim No.: <u>Sched</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, JMG CAPITAL PARTNERS, LP, IN THE AMOUNT OF $3,976,108.00, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**   JMG Capital Partners, LP
c/o JMG Capital Management, LLC
11601 Wilshire Boulevard, Suite 2180
Los Angeles, CA 00925

PLEASE TAKE NOTICE that the transfer of <u>$3,976,108.00</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**   C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS SPECIAL
FINANCING, INC.

Debtor

Case No. 08-13888

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of JMG Capital Partners, LP ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,976,108.00 | |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

ASSIGNOR: JMG Capital Partners, LP
Address: c/o JMG Capital Management, LLC
11601 Wilshire Boulevard, Suite 2180
Los Angeles, California 90025

BY CARVAL INVESTORS UK LIMITED
Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 9th July 2009

Signature: _____
Name: Jonathan Glow
Title: Member Manager
Date: 7-6-09