UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :   Chapter 11 Case No.
In re                                                        :
                                                             :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                      :
                                                             :   (Jointly Administered)
                                            Debtors.         :
                                                             :
------------------------------------------------------------ x

### THIRD SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF KATHERINE A. BURROUGHS, ON BEHALF OF DECHERT LLP

STATE OF CONNECTICUT    )
                        ) ss:
COUNTY OF HARTFORD      )

Katherine A. Burroughs, being duly sworn, upon her oath, deposes and says:

1. I am a partner in the law firm of Dechert LLP ("Dechert"), which has offices in several locations, including one located at 1095 Avenue of the Americas, 28th Floor, New York, New York 10036.

2. I submit this affidavit to supplement the affidavits that I caused to be filed in these cases on January 22, 2009 [Docket No. 2599], April 14, 2009 [Docket No. 3361] and June 24, 2009 [Docket No. 4154] (the "Disclosure Affidavits").

3. As previously disclosed in the Disclosure Affidavits, Dechert represents the above-captioned debtors (the "Debtors") as ordinary course professionals with respect to certain real estate matters (the "Real Estate Matters").

4. Certain of the Real Estate Matters involve restructuring loans where one of the Debtors is lender or agent and an unrelated third party is the borrower under the loan documents

15171297

(the "Loan Documents"). Certain of the Loan Documents provide that the non-Debtor borrower pay all of the Debtors' legal expenses upon the closing of the transaction. Accordingly, Dechert has received, and will receive, payments directly from the unrelated borrower under the Loan Documents.

5. In the event that the Debtors' legal fees are paid by third parties, Dechert does not intend to seek payment for those fees from the Debtors' estates.

By: _____

Subscribed and sworn to before me
this 10th day of July, 2009

_____
Notary Public

ANN MARIE COTHARIN
Notary Public
State of Connecticut
Commission Expires August 31, 2009

2