**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
In re:                                                      )
                                                            )
LEHMAN BROTHERS HOLDINGS INC., et al.    )    Chapter 11
                                                            )
                                                            )    Case No. 08-13555
Debtors.                                                    )
                                                            )    (Jointly Administered)
                                                            )
———————————————————————— x

STATE OF NEW YORK         )
                          ) SS.:
COUNTY OF NEW YORK        )

### AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On July 13, 2009, I caused a true copy of the *Limited Objection Of The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, To Debtors Motion Pursuant To Section 1121(D) Of The Bankruptcy Code Requesting Second Extension Of Exclusive Periods For The Filing Of And Solicitation Of Acceptances For Chapter 11 Plans and exhibit thereto*, dated July 10, 2009, in the above-captioned matter to be served by United States Mail or hand delivery upon the addresses set forth in the attached service list.

/s/ Rebecca Chaikin
Rebecca Blake Chaikin

Sworn to before me this
13th day of July, 2009

/s/ Michael Makinde          Michael Makinde
Michael Makinde              Notary Public, State of New York
Notary Public                No. 1MA6192562
                             Qualified in New York County
                             Commission Expires September 2, 2012

## SERVICE LIST

**Via United States Mail:**

**Weil Gotshal & Manges LLP**
Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

**Milbank, Tweed, Hadley & McCloy LLP**
Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza,
New York, NY 10005

**Boies, Schiller & Flexner LLP**
Attn: Jonathan D. Schiller and Jack G. Stern
575 Lexington Avenue, 7th Floor
New York, NY 10022

**Jones Day**
Attn: Robert W. Gaffey, William J. Hine, and Tracy Schaffer
222 East 41st Street
New York, NY 10017

**Office of the United States Trustee for the Southern District of New York**
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
Attn: Susheel Kirpalani
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Cleary Gottlieb Steen & Hamilton LLP**
Attn: Lisa Schweitzer & Lindsee Granfield
One Liberty Plaza
New York, NY 10006

**Via Hand Delivery:**

**Chambers of the Honorable James M. Peck**
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY 10004