STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
Dina Kolker
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Basso Capital Management, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*      :    Case No. 08-13555 (JMP)
                                                             :
                                       Debtors.              :    (Jointly Administered)
                                                             :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          : ss.:
COUNTY OF NEW YORK   )

  Mark R. Wojcik, being duly sworn, affirms and says:

  1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

  2.  On July 10, 2009, affiant caused to be served true and correct copies of the *Objection of Basso Capital Management, L.P. to Debtors' Notice of Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption of Open Trade*

*Confirmations with Three Basso Funds* (Docket No. 4322) via Facsimile and/or Hand

Delivery upon the parties listed on the Service List.

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
13th day of July, 2009

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

## Service List

*Via Hand Delivery*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via Facsimile*
Harvey Miller, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
Facsimile: (212) 310-8934

*Via Facsimile*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 822-5770
Facsimile: (212) 822-5567
Facsimile: (212) 822-5287