JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    Case No. 08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING THIRD APPLICATION OF THE EXAMINER FOR**
**ORDER AUTHORIZING THE RETENTION OF CERTAIN CONTRACT**
**ATTORNEYS TO PERFORM SPECIFIC DOCUMENT REVIEW TASKS**
***NUNC PRO TUNC* AS OF JUNE 11, 2009 [DOCKET 4239]**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

   Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code

and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management

Procedures [Docket No. 2837], dated February 13, 2009 (the "Amended Case Management

Order"), the undersigned hereby certifies as follows:

1. On June 30, 2009, Anton R. Valukas, the Examiner (the "Examiner") appointed for Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned bankruptcy cases, filed the Third Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of June 11, 2009 (the "Application"). [Docket No. 4239]. On July 8, 2009, the Examiner filed a Notice of Filing of Additional Affidavits of Disinterestedness in Connection with the Application. [Docket No. 4296].

2. Notice of the Application was served, in accordance with the procedure set forth in the Amended Case Management Order, on (i) the Debtors; (ii) the U.S. Trustee; (iii) the attorneys for the Official Committee of Unsecured Creditors (the "Creditors' Committee"); (iv) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (v) all parties who have requested notice in these chapter 11 cases.

3. In accordance with the Amended Case Management Order, July 10, 2009 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a response to the Application (the "Objection Deadline"). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

4. The Objection Deadline has now passed and, to the best of my knowledge, no objections or other responsive pleadings to the Motion have been filed with the Court on the dockets of the above-referenced cases in accordance with the procedures set forth in the

2

Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Application served on the Examiner's counsel.

5. Accordingly, for the reasons set forth in the Motion, the Debtors respectfully request that the proposed Order, annexed hereto as Exhibit A, and unmodified since its filing, be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: July 13, 2009
New York, New York

Respectfully submitted,


By: */s/ Patrick J. Trostle*
    Patrick J. Trostle

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :     Case No. 08-13555 (JMP)
                                                            :
                        Debtors.                            :     (Jointly Administered)
------------------------------------------------------------------------x

**ORDER AUTHORIZING THE EXAMINER TO RETAIN
ADDITIONAL CONTRACT ATTORNEYS TO PERFORM SPECIFIC
DOCUMENT REVIEW TASKS *NUNC PRO TUNC* AS OF JUNE 11, 2009**

Upon the Third Application of the Examiner for Order Authorizing the Retention of Certain Contract Attorneys to Perform Specific Document Review Tasks *Nunc Pro Tunc* as of June 11, 2009 (the "Application") filed by Anton R. Valukas, the examiner (the "Examiner") appointed in the above-captioned bankruptcy cases, and the Court having reviewed the Application and the Affidavits of Disinterestedness (the "Affidavits") of the proposed additional contract attorneys (the "Additional Attorneys") in support thereof; and the Court being satisfied that (a) except as otherwise set forth in the Affidavits, each Additional Attorney does not represent any interests adverse to the Debtors or their estates with respect to which they are to be engaged; (b) each Additional Attorney is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code; (c) the employment of the Additional Attorneys is necessary and in the best interest of the Examiner, the Debtors and their estates; (d) adequate notice of the Application has been provided in accordance with the procedures set forth in the amended order entered February 13, 2009, governing case management and administrative procedures [Docket No. 2837] to (i) the Court; (ii) counsel for the Debtors; (iii) the United States Trustee for Region 2; (iv) counsel for the Official Committee of Unsecured Creditors; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the United States

Attorney for the Southern District of New York; and (viii) all parties who have requested notice in these chapter 11 cases; and (e) it appearing that no other or further notice of the Application need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED

1. The Application is granted to the extent provided herein.

2. The Examiner is authorized to retain the Additional Attorneys, *nunc pro tunc*, as of June 11, 2009, to perform specific document review tasks.

3. The Examiner and Jenner & Block shall be reimbursed for the expenses related to the retention of the Additional Attorneys, which are to be determined pursuant to standards equivalent to those set forth in 11 U.S.C. §§ 330 and 331, upon the filing of the appropriate applications for allowance of interim or final compensation in accordance with the procedures established in these cases including the Order Appointing a Fee Committee and Approving a Fee Application Protocol [Docket No. 3651] and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165].

4. This Court shall have exclusive jurisdiction with respect to any claim or controversy arising from or related to the implementation of this Order.

Dated: July __, 2009
    New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE