UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **Case No. 08 – 13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Merrill Lynch Japan Securities Co. Ltd.
Name of Transferee

Name and Address where notices to Transferee should be sent:

Merrill Lynch Japan Securities Co. Ltd.
Nihonbashi 1-chome Building
1-4-1 Nihonbashi, Chuo-ku
Tokyo 103-8230, Japan

Phone: +81-3-6225-7790
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above

Phone: Same as above
Last Four Digits of Acct #: Same as above

The Shiga Bank, Ltd.
Name of Transferor

Name and Address of Transferor:

The Shiga Bank, Ltd.
1-38, Hamamachi
Otsu-City
Shiga 520-8686, Japan

Phone: +81-77-521-2374
Last Four Digits of Acct. #: N/A

Court Claim # (if known): 1403[1]
Amount of Claim: $5,756,957.66[2]
Date Claim Filed: December 22, 2008

---

1 A copy of Claim No. 1403 is attached hereto as Exhibit A.

2 Claim No. 1403 is in the amount of $40,155,563.98 or ¥3,503,171,402 at the exchange rate of ¥87.24. Only ¥502,236,986 or $5,756,957.66 at the exchange rate of ¥87.24 of Claim No. 1403 was transferred to the transferee. Evidence of the transfer is attached hereto as Exhibit B.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____________________ Date: July 13, 2009
Masahito Amano
Managing Director, General Counsel

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>**EXHIBIT A**</u>

<u>**Claim No. 1403**</u>

B 10 (Official Form 10) (12/07)

**UNITED STATES BANKRUPTCY COURT** Southern District of New York

**PROOF OF CLAIM**

Name of Debtor:
Lehman Brothers Holdings Inc.

Case Number:
08-13555

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
THE SHIGA BANK,LTD.

Name and address where notices should be sent:

THE SHIGA BANK,LTD.
1-38,Hamamachi,Otsu-City,Shiga 520-8686,Japan

Telephone number: +81-77-521-2374

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
(*If known*)

Filed on:_______________

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 40,155,563.98
(¥3,503,171,402. AT THE EXCHANGE RATE OF ¥87.24)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 2 Notes (JP584117A5A9 & JP584117C768)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** __________

**3a. Debtor may have scheduled account as:** __________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:$**________ **Annual Interest Rate**__%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**________ **Basis for perfection:** ________

**Amount of Secured Claim: $**________ **Amount Unsecured: $**________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies o[...]s, purchase orders, invoices, itemized statements of r[...]agreements. You may also attach a summary. Attach [...]f a security interest. You may also attach a

DO NOT SEND ORIGINAL DOCUMEN[...]TER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000001403

Date: 12/18/2008

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Keizo Mabe Director

FOR COURT USE ONLY

FILED / RECEIVED

DEC 22 2008

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Security Information

| | | | |
|---|---|---|---|
| Security Name: | | Lehman Brothers Holdings Inc. Japanese Yen Bonds-Fifth Series(2005) | |
| ISIN Code: | | JP584117A5A9 | |
| Note Currency: | | JPY | |
| Coupon Rate(%): | | 1.15 | |
| Maturity: | | 26-Oct-10 | |
| Quantity: | (JPY) | 500,000,000 | |
| Interest: | (JPY) | 2,236,986 | 26-Apr-08 To 15-Sep-08 |
| Net Amount: | (JPY) | 502,236,986 | ･･･(1) |
| | | | |
| Security Name: | | Lehman Brothers Holdings Inc. Japanese Yen Floating Rate Bonds-First Series(2007) | |
| ISIN Code: | | JP584117C768 | |
| Note Currency: | | JPY | |
| Coupon Rate(%): | | 1.1213 | |
| Maturity: | | 5-Jun-12 | |
| Quantity: | (JPY) | 3,000,000,000 | |
| Interest: | (JPY) | 934,416 | 5-Sep-08 To 15-Sep-08 |
| Net Amount: | (JPY) | 3,000,934,416 | ･･･(2) |
| | | | |
| Total Amount: (1)+(2)= | (JPY) | 3,503,171,402 | |
| | (US$) | 40,155,563.98 | (Forex Rate: 87.24) |

作成日:2008/10/17

# 振替口座簿記録事項証明書(基準日残高)

株式会社滋賀銀行 御中

口座管理機関
資産管理サービス信託銀行株式会社

振替口座簿に下記の通り記録されている事を証明いたします。

記

基準日 : 2008年9月15日

口座番号 : 2380101
口座名称 : 株式会社滋賀銀行(公社債口)
口座区分 : 自己口(保有口1)

氏名又は名称 : 株式会社滋賀銀行
住所 : 滋賀県大津市浜町1番38号

(単位:千円)

| 項番 | 銘柄コード | 銘柄名称 | 課税区分 | 残高 | 内)凍結分 | 実質残高 | 備考 |
|---|---|---|---|---|---|---|---|
| 1 | JP584117A5A9 | Lehman 5回 K SB | 源泉徴収不適用 | *500,000 | *0 | *500,000 | |

以上

内)凍結分は社債権者集会用内容証明書の交付対象残高及び裁判所の差押命令による差押残高として振替及び抹消の制限を受けるものを指します。
実質残高は定時償還債の場合には定時償還後の残高となります。

<Attention>

This translation has been prepared solely for reference purpose, shall not have any binding force.

The original Japanese text will be definitive in case of any divergence in the meaning.

作成日:2008/10/17
*Making Date:2008/10/17*

# 振替口座簿記録事項証明書(基準日残高)
## *Transfer Account Book Recorded Matters Certification*
## *[TRANSLATION]*

株式会社滋賀銀行　　御中
*To: The Shiga Bank, Ltd.*

口座管理機関
*Account Management Institution*

資産管理サービス信託銀行株式会社
*Trust & Custody Services Bank, Ltd.*

振替口座簿に下記の通り記録されている事を証明いたします。
*We hereunder certify the records of Transfer Account Book.*

記

基準日 : 2008年9月15日
*Date : as of 15th of September, 2008*

口座番号 : 2380101
*Account No. : 2380101*

口座名称 : 株式会社滋賀銀行(公社債口)
*Account Name : The Shiga Bank, Ltd. (Public & Corporate Bonds Account)*

口座区分 : 自己口(保有口1)
*Account Classifications : Own Account (Holding Account 1)*

氏名又は名称 : 株式会社滋賀銀行
*Name : The Shiga Bank, Ltd.*

住所 : 滋賀県大津市浜町1番38号
*Address : 1-38, Hama-cho, Otsu, Shiga*

(単位:千円)
*Unit: thousand of yen*

| 項番<br>*Ref No.* | 銘柄コード<br>*Issue code* | 銘柄名称<br>*Security Name* | 課税区分<br>*Taxation Classification* | 残高<br>*Nominal Amount* | 内)凍結分<br>*Detail) Freezing Amount* | 実質残高<br>*Actual Amount* | 備考<br>*Remarks* |
|---|---|---|---|---|---|---|---|
| 1<br>*1* | JP584117A5A9<br>*JP584117A5A9* | Lehman 5回 K SB<br>*Lehman Brothers Holdings Inc. Japanese Yen Bonds - Fifth Series (2005)* | 源泉徴収不適用<br>*Withholding Tax Not Applicable* | *500,000<br>**500,000* | *0<br>**0* | *500,000<br>**500,000* | |

以上

内)凍結分は社債権者集会用内容証明書の交付対象残高及び裁判所の差押命令による差押残高として振替及び抹消の制限を受けるものを指します。
実質残高は定時償還債の場合には定時償還後の残高となります。

*Details) "The Freezing Amounts" indicates that the ownership of the bond is restricted due to court order, etc.*
*In case of Fixed Date Redemption Corporation Bonds, "Actual Amount" means current amount after amortization.*

作成日:2008/10/17

# 振替口座簿記録事項証明書(基準日残高)

株式会社滋賀銀行 御中

口座管理機関

資産管理サービス信託銀行株式会社

振替口座簿に下記の通り記録されている事を証明いたします。

記

基準日 : 2008年9月15日

口座番号 : 2380101
口座名称 : 株式会社滋賀銀行(公社債口)
口座区分 : 自己口(保有口1)

氏名又は名称 : 株式会社滋賀銀行
住所 : 滋賀県大津市浜町1番38号

(単位:千円)

| 項番 | 銘柄コード | 銘柄名称 | 課税区分 | 残高 | 内)凍結分 | 実質残高 | 備考 |
|---|---|---|---|---|---|---|---|
| 1 | JP584117C768 | Lehman 1回 K SB | 源泉徴収不適用 | *3,000,000 | *0 | *3,000,000 | |

以上

内)凍結分は社債権者集会用内容証明書の交付対象残高及び裁判所の差押命令による差押残高として振替及び抹消の制限を受けるものを指します。
実質残高は定時償還債の場合には定時償還後の残高となります。

<Attention>

*This translation has been prepared solely for reference purpose, shall not have any binding force.*

*The original Japanese text will be definitive in case of any divergence in the meaning.*

作成日：2008/10/17
*Making Date:2008/10/17*

# 振替口座簿記録事項証明書(基準日残高)
## *Transfer Account Book Recorded Matters Certification*
## *[TRANSLATION]*

株式会社滋賀銀行　　　御中
*To: The Shiga Bank, Ltd.*

口座管理機関
*Account Management Institution*

資産管理サービス信託銀行株式会社
*Trust & Custody Services Bank, Ltd.*

振替口座簿に下記の通り記録されている事を証明いたします。
*We hereunder certify the records of Transfer Account Book.*

記

基準日　：　2008年9月15日
*Date : as of 15th of September, 2008*

口座番号　：　2380101
*Account No. : 2380101*

口座名称　：　株式会社滋賀銀行(公社債口)
*Account Name : The Shiga Bank, Ltd. (Public & Corporate Bonds Account)*

口座区分　：　自己口(保有口1)
*Account Classifications : Own Account ( Holding Account 1 )*

氏名又は名称　：　株式会社滋賀銀行
*Name : The Shiga Bank, Ltd.*

住所　：　滋賀県大津市浜町1番38号
*Address : 1-38, Hama-cho, Otsu, Shiga*

(単位：千円)
*Unit: thousand of yen*

| 項番<br>*Ref No.* | 銘柄コード<br>*Issue code* | 銘柄名称<br>*Security Name* | 課税区分<br>*Taxation Classification* | 残高<br>*Nominal Amount* | 内)凍結分<br>*Detail) Freezing Amount* | 実質残高<br>*Actual Amount* | 備考<br>*Remarks* |
|---|---|---|---|---|---|---|---|
| 1 | JP584117C768 | Lehman 1回 K SB | 源泉徴収不適用 | *3,000,000 | *0 | *3,000,000 | |
| *1* | *JP584117C768* | *Lehman Brothers Holdings Inc. Japanese Yen Floating Rate Bonds - first Series(2007)* | *Withholding Tax Not Applicable* | **3,000,000* | **0* | **3,000,000* | |

以上

内)凍結分は社債権者集会用内容証明書の交付対象残高及び裁判所の差押命令による差押残高として振替及び抹消の制限を受けるものを指します。
実質残高は定時償還債の場合には定時償還後の残高となります。

*Details) "The Freezing Amounts" indicates that the ownership of the bond is restricted due to court order, etc.*
*In case of Fixed Date Redemption Corporation Bonds, "Actual Amount" means current amount after amortization.*

# SECURITY DESCRIPTION

LEHMAN BROS HLDG LEH1.15 10/26/10 D E F A U L T E D

**ISSUER INFORMATION**

Name LEHMAN BROTHERS HOLDINGS
Type Finance-Invest Bnkr/Brkr
Market of Issue Samurai

**SECURITY INFORMATION**

Country US Currency JPY
Collateral Type Sr Unsecured
Calc Typ( 130)** IN DEFAULT **
Maturity 10/26/2010 Series 5BR
NORMAL
Coupon 1.15 Defaulted
S/A NL/365
Announcement Dt 10/14/05
Int. Accrual Dt 10/26/05
1st Settle Date 10/26/05
1st Coupon Date 4/26/06
Iss Pr 100.0000

HAVE PROSPECTUS

**IDENTIFIERS**

Common 029514844
ISIN JP584117A5A9
BB Number EF1339821

**RATINGS**

Moody's B3 *-
S&P NR
Fitch NR
DBRS D

**ISSUE SIZE**

Aggr Amt Iss/Out *
JPY 42,000,000.00 (M)/
JPY 42,000,000.00 (M)
Min Piece/Increment
100000000/ 100000000
Par Amount 100000000

**BOOK RUNNER/EXCHANGE**

LEH

1) Additional Sec Info
2) ALLQ
3) Corporate Actions
4) Cds Spreads/RED Info
5) Ratings
6) Custom Notes
7) Covenant/Default
8) Identifiers
9) Fees/Restrictions
10) Prospectus
11) Sec. Specific News
12) Involved Parties
13) Issuer Information
14) Pricing Sources
15) Related Securities
16) Issuer Web Page

65) Old DES
66) Send as Attachment

SPREAD: 18BP OVER ¥SWAP.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
H233-921-2 04-Dec-2008 19:07:35

# SECURITY DESCRIPTION

EHMAN BROS HLDG LEH 0 06/05/12    D E F A U L T E D

| ISSUER INFORMATION | IDENTIFIERS | |
|---|---|---|
| Name LEHMAN BROTHERS HOLDINGS | Common 030432762 | 1) Additional Sec Info |
| Type Finance-Invest Bnkr/Brkr | ISIN JP584117C768 | 2) Floating Rates |
| Market of Issue Samurai | BB Number EG4790002 | 3) ALLQ |
| **SECURITY INFORMATION** | **RATINGS** | 4) Corporate Actions |
| Country US Currency JPY | Moody's B3 *- | 5) Cds Spreads/RED Info |
| Collateral Type Sr Unsecured | S&P NR | 6) Ratings |
| Calc Typ( 130)** IN DEFAULT ** | Fitch NR | 7) Custom Notes |
| Maturity 6/ 5/2012 Series 1 | DBRS D | 8) Covenant/Default |
| NORMAL | **ISSUE SIZE** | 9) Identifiers |
| Coupon 0 Defaulted | Amt Issued/Outstanding | 10) Fees/Restrictions |
| QUARTLY ACT/360 | JPY 50,000,000.00 (M)/ | 11) Prospectus |
| Announcement Dt 5/24/07 | JPY 50,000,000.00 (M) | 12) Sec. Specific News |
| Int. Accrual Dt 6/ 5/07 | Min Piece/Increment | 13) Involved Parties |
| 1st Settle Date 6/ 5/07 | 100000000/ 100000000 | 14) Issuer Information |
| 1st Coupon Date 9/ 5/07 | Par Amount 100000000 | 15) Pricing Sources |
| Iss Pr 100.0000 | **BOOK RUNNER/EXCHANGE** | 16) Related Securities |
| | LEH | 17) Issuer Web Page |
| HAVE PROSPECTUS | NOT LISTED | 65) Old DES |
| | | 66) Send as Attachment |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
H233-921-2 04-Dec-2008 19:10:54

Corp **DES**

_EHMAN BROS HLDG LEH 0 06/05/12 D E F A U L T E D

# Floating Rate Index History

| | | | | | |
|---|---|---|---|---|---|
| Benchmark | JP LIBOR | Next Coupon Date | 12/ 5/08 | Float Page | 1/ 2 |
| Bench Freq | QUARTLY | Prev Coupon Date | 9/ 5/08 | Margin | |
| Fix Frequency | QUARTLY | Cap | Floor | Cur Cpn | 1.1213 |
| Paying Agent | | Cpn Conv | Mod-Adj | Lockout | |
| Pay Calendars | JN EN | Refix Calendars | EN | Days Prior | 2 |

| Accrual Start | Rate | Accrual Start | Rate |
|---|---|---|---|
| 12/ 5/08 | | | |
| 9/ 5/08 | 1.12130 | | |
| 6/ 5/08 | 1.15000 | | |
| 3/ 5/08 | 1.19750 | | |
| 12/ 5/07 | 1.21500 | | |
| 9/ 5/07 | 1.19380 | | |
| 6/ 5/07 | 0.92130 | | |

MENU to return to main DES page. PGFWD to see graph of rates

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
H233-921-2 04-Dec-2008 19:12:53

# AUTHORIZED SIGNATURES

JULY 2008

THE SHIGA BANK, LTD.

Shiga, Japan

# THE SHIGA BANK, LTD.

July, 2008.

To Our Correspondents:

Dear Sirs,

We take pleasure in handing you herewith the List of Specimen Signatures of the directors, auditors and officers duly authorized to sign on behalf of this Bank.

Please note that all documents emanating from this Bank require only one signature appearing herein.

This List of Specimen Signature supersedes all other previously issued.

We shall appreciate your acknowledgement.

Yours faithfully,

Yoshio Daido

Yoshio Daido

President

**DIRECTORS**

| | |
|---|---|
| Hideki **NATSUHARA**<br>Director | Susumu **OTA**<br>Director |
| Seizo **NAKAI**<br>Director | Norio **INOUE**<br>Director |
| Keizo **MABE**<br>Director | Yukio **NISHIZAWA**<br>Director |
| Ikuo **YOSHIDA**<br>Director | Shojiro **TAKAHASHI**<br>Director |
| Shigeru **TAMURA**<br>Director | Shinichi **KODAMA**<br>Director |





EMS 国際スピード郵便

日本郵便 NIPPON
*1200
大津中央 OTSU
通用当日限り
*20*
19・12・08

CUSTOMS DECLARATION CN22

May be opened officially

Postal administration: JAPAN

Gift / Documents / Commercial sample / Other

EMS 国際スピード郵便 書類用(Business Papers) 日本郵便 JAPAN POST GROUP

・職権により開くことができる。
May be opened officially.

1 JAPAN

EMSに関するお問い合わせは http://www.post.japanpost.jp/ フリーコール 0120-5931-55 (平日8:00~22:00 土日休日9:00~22:00)

3 お問い合わせ番号 Item number EF 383872488 JP

5 受付時刻 Time mailed 時(Hour) 14 分(Minute) 40

総重量 Total gross weight 116.5 g

郵便料金 1200 / 料金 / 合計金額 Postage paid 1200 円(Yen)

大枠内に強くお書きください。(五連複写式です。) Please write in bold letters within the frames. You are making 4 copies.

8 From (ご依頼主)

4 受付年月日 Date mailed 2008. 12. 19

Name THE SHIGA BANK, LTD.

Address 1-38, Hamamachi, Otsu-City, Shiga

JAPAN

9 Postal code (郵便番号) 520-8686

7 ご依頼主電話番号／FAX番号 Telephone No./Fax No.
81-77-521-2374
FAX 81-77-521-2869

12 TO (お届け先)

Name Lehman Brothers Holdings Clams Processing

Address c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076

Destination country (国名) U.S.A

13 TEL·FAX

RECEIVED DEC 22 2008

BY:

*EF383872488JP*

ご記入前に裏面の注意事項をよくお読みください。
Before completing this form you should read carefully the instructions overleaf.

Proof of Delivery

4

The Fastest and Most Reliable International Postal Service

JP POST 日本郵便 〒

**EXHIBIT B**

**Evidence of Transfer**

平成21年7月1日

東京都中央区日本橋一丁目4番1号　日本橋一丁目ビルディング
メリルリンチ日本証券株式会社　御中

株式会社　証券保管振替機構

# 振替口座簿記録事項証明書

（一般債振替制度）

貴社口座の下記内容に関する振替口座簿記録事項は、別紙の振替口座簿写しのとおりであることを証明いたします。

記

| 証明対象 | | 証明日又は証明期間 | 証明事項 | 別紙（枚数） |
|---|---|---|---|---|
| 口座区分 | 銘柄 | | | |
| 全口座区分 | JP584117A5A9 | 自平成21年6月26日<br>至平成21年6月26日 | 口座処理明細 | 機構加入者別<br>口座処理明細表（1） |

以　上

SB10090
請求対象日：2009年 6月26日

# 機構加入者別口座処理明細表 S B

（振替口座簿写し）

株式会社 証券保管振替機構

ページ： 1

機構NO. 1

請求日：2009年 6月29日

メリル日本証券
（12792）

| 口座区分名称 | 銘柄名<br>（ISINコード）<br>処理時刻 | 通貨 | 金額 増加 | 金額 減少 | 増減事由 DVP区分<br>相手方名称<br>（相手方コード） 相手方口座名称<br>社内処理用項目<br>メッセージ1<br>メッセージ2 |
|---|---|---|---|---|---|
| 00保有口 | Lehman 5回 K SB<br>（JP584117A5A9）<br>9:44:15 | JPY | 500,000,000 | | 振替（受方） DVP<br>資産管理信託銀行<br>（00325） 60顧客口 |
| | | * | * * 以下余白 * | * * | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

平成21年7月1日

東京都中央区日本橋一丁目4番1号　日本橋一丁目ビルディング
メリルリンチ日本証券株式会社　御中

株式会社　証券保管振替機構

# 振替口座簿記録事項証明書

（一般債振替制度）

貴社口座の下記内容に関する振替口座簿記録事項は、別紙の振替口座簿写しのとおりであることを証明いたします。

記

| 証明対象 | | 証明日又は証明期間 | 証明事項 | 別紙（枚数） |
|---|---|---|---|---|
| 口座区分 | 銘柄 | | | |
| 全口座区分 | JP584117A5A9 | 自平成21年6月26日<br>至平成21年6月26日 | 口座残高 | 機構加入者別<br>口座残高表（1） |

以　上

SB10080
請求対象日　：2009年 6月26日

# 機構加入者別口座残高表 [S B]

（振替口座簿写し）

株式会社　証券保管振替機構

ページ：　1

機構NO.　3

請求日：2009年 6月29日

メリル日本証券
(12792)

| 口座区分名称 | 銘柄名(ISINコード) | 通貨 | 残高 名目残高 実質残高 (ファクター) | 内渋結分 差押分 | 差押以外分 |
|---|---|---|---|---|---|
| 00保有口 | Lehman 5回 K SB (JP584117A5A9) | JPY | 500,000,000 | 0 | 0 |
| | ＊＊＊ 以下余白 ＊＊＊ | | | | |