**QUINN EMANUEL URQUHART**
**OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Robert K. Dakis (RD0626)

**QUINN EMANUEL URQUHART**
**OLIVER & HEDGES, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone number (213) 443-3000
Eric D. Winston

*Special Counsel to Official Committee Of Unsecured*
*Creditors Of Lehman Brothers Holdings Inc., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | Chapter 11 Case |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | No. 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------- | x | |

**APPLICATION FOR ADMISSION PRO HAC VICE OF ERIC D. WINSTON**

Eric D. Winston, a member in good standing of the bar of the State of California, the 9th Circuit Court of Appeals and the 10th Circuit Court of Appeals, requests admission *pro hac vice,* before the Honorable James M. Peck, as special counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Quinn Emanuel Urquhart Oliver & Hedges, LLP has an office in this district at 51 Madison Avenue, 22nd Floor, New York, NY 10010. My address is:

>Eric D. Winston
>Quinn Emanuel Urquhart Oliver & Hedges, LLP
>865 S. Figueroa Street, 10th Floor
>Los Angeles, California 90017
>Telephone number (213) 443-3000
>Email address: ericwinston@quinnemanuel.com

The $25.00 filing fee has been submitted to the court with this motion for *pro hac vice* admission.

Dated: July 13, 2009        \_\_/s/ Eric D. Winston_____
      Los Angeles, CA        Eric D. Winston

                              Quinn Emanuel Urquhart Oliver & Hedges, LLP
                              865 S. Figueroa Street, 10th Floor
                              Los Angeles, California 90017
                              Telephone: (213) 443-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                      :    Chapter 11 Case
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.                       :    No. 08-13555 (JMP)
                                                            :
                                                            :    Jointly Administered
                          Debtors.                          :
------------------------------------------------------------ x

## ORDER ADMITTING ERIC D. WINSTON PRO HAC VICE

Upon the Application for Admission Pro Hac Vice of Eric D. Winston Pursuant to Local Rule 2090-1(b), filed July 13, 2009 (the "Application"); due and sufficient notice of the Application having been served upon the Office of the United States Trustee; and the Court, having received no opposition or objection to the Application, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Application is granted in its entirety; and,

**IT IS FURTHER ORDERED** that Eric D. Winston is admitted, *pro hac vice*, to appear and practice before this Court as Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Dated: July __, 2009
       New York, New York

                                                        _____
                                                        United States Bankruptcy Judge