**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Robert K. Dakis (RD0626)

**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone number (213) 443-3000
Erica P. Taggart

*Special Counsel to Official Committee Of Unsecured
Creditors Of Lehman Brothers Holdings Inc., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
| | |
|---|---|
| In re: | : Chapter 11 Case |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : No. 08-13555 (JMP) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

---------------------------------------------------------- x

## APPLICATION FOR ADMISSION PRO HAC VICE OF ERICA P. TAGGART

Erica P. Taggart, a member in good standing of the bar of the State of California, the United States Court of Appeals for the Federal Circuit, the Supreme Court of the State of California and the United States District Courts for the Northern District, Central District, Eastern District and Southern District of California, requests admission *pro hac vice,* before the Honorable James M. Peck, as special counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11

proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Quinn Emanuel Urquhart Oliver & Hedges, LLP has an office in this district at 51 Madison Avenue, 22nd Floor, New York, NY 10010.  My address is:

>Erica P. Taggart
>Quinn Emanuel Urquhart Oliver & Hedges, LLP
>865 S. Figueroa Street, 10th Floor
>Los Angeles, California 90017
>Telephone number (213) 443-3000
>Email address: ericataggart@quinnemanuel.com

The $25.00 filing fee has been submitted to the court with this motion for *pro hac vice* admission.

Dated: July 13, 2009                    /s/ Erica P. Taggart
       Los Angeles, CA                  Erica P. Taggart

                                        Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                        865 S. Figueroa Street, 10th Floor
                                        Los Angeles, California 90017
                                        Telephone: (213) 443-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | No. 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---

## ORDER ADMITTING ERICA P. TAGGART PRO HAC VICE

Upon the Application for Admission Pro Hac Vice of Erica P. Taggart Pursuant to Local Rule 2090-1(b), filed July 13, 2009 (the "Application"); due and sufficient notice of the Application having been served upon the Office of the United States Trustee; and the Court, having received no opposition or objection to the Application, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Application is granted in its entirety; and,

**IT IS FURTHER ORDERED** that Erica P. Taggart is admitted, *pro hac vice*, to appear and practice before this Court as Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Dated: July __, 2009
       New York, New York

_____
United States Bankruptcy Judge