**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al* : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2009, I caused to be served the following documents upon the parties listed on "Exhibit A" attached hereto by priority overnight mail via Federal Express:

3. "Supplement To Motion For An Order (A) Compelling Payment Of Post-Petition Rent And Charges; (B) Granting Relief From The Automatic Stay; And (C) Compelling Assumption Or Rejection Of Leases" [Docket No. 4376].

/s/ *Krikor J. Meshefejian*__
Krikor J. Meshefejian

Sworn to me before this
13th day of July, 2009
*/s/ Marguerite Hardin*_____
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

**COUNSEL FOR DEBTORS**
WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY  10153

**OFFICE OF THE UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

**COUNSEL FOR BW VCM KALAKAUA, LLC**
YAMAMOTO & SETTLE
ATTN: SCOTT W. SETTLE
700 BISHOP STREET, SUITE 200
HONOLULU, HAWAII 96813

**INTERESTED PARTY**
PAMI, LLC
1271 AVENUE OF THE AMERICAS
35th FLOOR
NEW YORK, NEW YORK 10020