**Folio Investing**

FOLIOfn Investments, Inc.  p 703-245-4000
8180 Greensboro Drive  f 703-245-4800
8th Floor  folioinvesting.com
McLean, VA 22102

07/07/09

Re: Claim Number: 800000426

FOLIOfn Investments, Inc. opposes the denial of the above referenced claim for the following reasons, and with consideration paid to the supporting documents provided:

1. Lehman Brothers Inc. ("LBI") was clearing, through DTCC, using broker code 0074.
2. Broker code 0074 was the other side of a trade failing settlement on 8/27/08 with FOLIO, using DTCC broker code 0728. The fail ticket, provided by DTCC, is attached. Broker 0074 is stated as the other side for 23 shares vs. $2047. On 8/27/08 FOLIO essentially collateralized this obligation, through DTCC settlement, with $2047, to LBI, in lieu of a future delivery of 23 shares of cusip 92925E108.
3. The 23 shares of cusip 92925E108 converted to 11 shares of cusip 832110100 on 8/29/08. The open fail was therefore converted to 11 shares of cusip 832110100 vs. $2047. The $56.10 paid per shares as part of the reorg was picked up by LBI, from FOLIO, prior to them closing their doors and rejecting our delivery of 11 shares vs. $2047 (reference attachment 2).
4. The current market value of the 11 shares of cusip 832110100 is approximately $271.81. FOLIO can sell these shares, but FOLIO is owed a cash payment for the difference between the open fail of $2047 and the market value of the 11 shares.
5. Our fail must be listed within the open broker to broker fail list provided by LBI. Please review this list for an open fail vs. broker 0728.

Attached are:
1. The fail ticket provided by DTCC.
2. The charge from 0074 picking up the reorg cash payout.
3. The reorg details showing the conversion between cusips.
4. Notice of Trustee's Determination of Claim.

Sincerely,

Sean Preston
FOLIOfn Investments Inc.
703-245-5769


JUL - 8 2009

Member FINRA / SIPC

MEMBER NAME: FOLIO (FN) INVESTMENTS, INC.

MEMBER NO: 0728     PAGE 2

| MKT SYMBOL | SEC CUSIP | SECURITY DESCRIPTION | CONTRA BROKER | PURCHASED QUANTITY | SELL QUANTITY | DEBIT VALUE | | CREDIT VALUE | SETTLEMENT DATE | SXM STS | ISSUE DATE | AO/TT SP/NP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RO PDA | 71361V303 | PERDIGAO S.A. ADS (E | 0695 | 9 | | 432.00 | | 48.00 | 08/27/08 | | 08/25/08 | |
| CONTROL NO: 012402541921 AUTO DO IND: N | | | | | | | | | | | | |
| OC SMBI | 83169Y108 | SMART BALANCE IN COM | | 2 | | 11.88 | | | | | | |
| NET | | | | 2 | | 11.88 | | | | | | |
| RO SMBI | 83169Y108 | SMART BALANCE IN COM | 0005 | 2 | | 12.00 | | 6.00 | 08/25/08 | | | |
| CONTROL NO: 012402549807 AUTO DO IND: N | | | | | | | | | | | | |
| OC TVC | 880591300 | TENNESSE VALLEY AUTH | | | 247 | | | 6,286.15 | 08/25/08 | | | |
| NET | | | | | 247 | | | 6,286.15 | | | | |
| DO TVC | 880591300 | TENNESSE VALLEY AUTH | 0141 | | 40 | | @ | 1,000.00 | 08/25/08 | | | |
| CONTROL NO: 012402552712 AUTO DO IND: N | | | | | | | | | | | | |
| DO TVC | 880591300 | TENNESSE VALLEY AUTH | 0161 | | 7 | 25.00 | @ | 175.00 | 08/25/08 | | | |
| CONTROL NO: 012402552696 AUTO DO IND: N | | | | | | | | | | | | |
| DO TVC | 880591300 | TENNESSE VALLEY AUTH | 0534 | | 200 | 25.00 | @ | 5,000.00 | 08/25/08 | | | |
| CONTROL NO: 012402552455 AUTO DO IND: N | | | | | | | | | | | | |
| OC WHQA | 92925E108 | W-H ENERGY SERVICES | | 23 | | | | 4,223.22 | | | | |
| NET | | | | 23 | | | | 2,111.61 | | | | |
| DO WHQA | 92925E108 | W-H ENERGY SERVICES | 0074 | | 46 | 2,111.61 | @ | 2,111.61 | 08/25/08 | | | |
| CONTROL NO: 012402557254 AUTO DO IND: N | | | | | 23 | | | | | | | |
| | | | | | 23 | | | | | | | |
| OC GIW | 96779T101 | WILBER CORPss, Inc. | | 17 | | 143.65 | | | | | | |
| NET | | | | 17 | | 143.65 | | | | | | |
| RO GIW | 96779T101 | WILBER CORPss, Inc. | 0100 | 17 | | 140.25 | @ | 8.25 | 08/25/08 | | | |
| CONTROL NO: 012402557986 AUTO DO IND: N | | | | | | | | | | | | |

BOND

*Handwritten annotations:*
- "now 119 shares of SIT vs #2047"
- "They picked up feez money prior to receivership"
- (arrow markings and "25" / "850" notations)

```
 _ Menu _ ACTD _ ART _ PEND _ POS _ RMCI _ SETP _      _ Help
@5IV/SETP/MD01                                            Date: 10/09/2008
Q0000728-16                                               Time: 08:26:23
                       THE DEPOSITORY TRUST COMPANY       BUSINESS DAY: 09/19/2008
                         ACTIVITY HISTORY DETAILS
=====================================================================================
CUSIP: 92925E108   ISSUE: 1-010       ISSUER:              PTA: N  Src: POLS
       W-H ENERGY SERVICES                         CP:            Signon: 0000074-NM
Part: 0728 FOLIO INV         Coll Grp: 0728   Inbound-Cmpnt: DQF1 Stat: Made
Date: 09/19/2008             Contra Part#: 0074 LEHMAN BRO Acct: 000
Time: 14:02:47               Contra Coll Grp: 0074  O/G: O   Jrnl: Orig Batch: 004-993
Quantity: 1                  3rd Party:                      Action: -
   Amt: $1,290.30            Trd/Set Dt: 09/19/08             Valued: V
Trans #: 002D9D-27
Actv/Sub: 014 PO - Payor
Bill-Ctg:
=====================================================================================
                             Reason-CD: 788 FAIL PAIR OFF
=====================================================================================
ATTN SHAWN 703 245 5769      Text comments 1-2
=====================================================================================
OLD PRICE=     1.00 NEW PRICE=     2.00 ADJ=       .00 PAY DATE=00/00/00
=====================================================================================
                             Text comments 3-4
=====================================================================================
SETTLE DATE=09/19/08 RECORD DATE=00/00/00 CONTRA DATE=00/00/00 RSN CD=S8
=====================================================================================
   5/17:Xref  6/18:Prv-Scr  10/22:Prv  11/23:Next  12/24:Accts
```

pick-up of $6.10 per share × 23 shares of: 92925E108

Interactive Data

home | portal | 360View

w4folio (Sean Preston, FOLIOfn Invest...

360View is a service of Interactive Data Pricing and Reference Data

Update Registration

Retrieve | WatchList Add | WatchList Next

| Basic Info | Issue Details | Pricing/ Evaluations | Corporate Actions | Cross Reference | Security News |

Dividends/Splits | Reorganization Data

Retrieve History

**Security ID:** 92925E108

| | |
|---|---|
| Issuer | W-H ENERGY SVCS INC COM |
| Category | US/Canadian Equity |
| Identifier (with Check Digit) | 92925E108 |
| Exceptional Issue Status | Merged |

Reorganization Document

Entered 07/14/09 00:03

| Date of Update | Type of Announcement | Deal # | Status | |
|---|---|---|---|---|
| 29 Aug 2008 | Completion | 1107902 | | Update to Merger |
| | | | **Deal #:** | 1 |
| CUSIP | | 92925E108 | **Security Type** | Common Stock |
| Voluntary/Mandatory | | Mandatory Action | | |
| Cash | | 56.10000 | | Combination of cash and common stock of the initiating company is exchanged for shares of the target company. |
| Rate | | 0.48000 | | Combination of cash and common stock of the initiating company is exchanged for shares of the target company. |

ENT:08/29/08:(2008)
DEAL#: 1: TEXT#:1107902: REMARKS:COMPLETION : IND:CUM1C: EFF:08/25/08:(2008)
TARGET:92925E108: :W H ENERGY: INIT:832110100: :SMITH INTE: EXP:99/99/99:(9999)
CASH: 56.10000: :C: PROTECT: : T.AGENT: : INFO: : WDR:99/99/99:(9999)
RATE: 0.48000: :C: : 1.00000:M:DTC: : PRATE: 0.000000: PRO:99/99/99:(9999)
OPT:01: 'W H ENERGY SERVICES, INC.' UPDTEXT:1092443:
'SMITH INTERNATIONAL, INC.'
ANNOUNCED THAT THEY HAVE COMPLETED THE ACQUISITION OF
W H ENERGY SERVICES, INC., EFFECTIVE AUGUST 25, 2008.
TERMS: FOR EACH W H ENERGY COMMON SHARE, HOLDERS WILL RECEIVE
$56.10 PER SHARE IN CASH AND 0.48 OF A SHARE OF SMITH INTERNATIONAL
COMMON STOCK.
FOR FURTHER INFORMATION CONTACT:
W H ENERGY SERVICES, INC. ATTN: SHAWN M. HOUSLEY
TEL. 713-974-9071 (INVESTOR RELATIONS) **"

08-1355md

Handwritten annotations:
- $1290.30 picked up by court on 9/14/09
- Ticker: SII
- CUSIP: 832110100

James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

In re Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

June 12, 2009

**VIA UPS OVERNIGHT**

FOLIOFN INVESTMENTS INC
8000 TOWERS CRESCENT DR 15TH FL
VIENNA, VA 22182

Re: Claim Number(s): 800000426

Dear Claimant:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of Lehman Brothers Inc. ("LBI") is being conducted by James W. Giddens, Trustee (the "Trustee") under the Securities Investor Protection Act of 1970, as amended ("SIPA") pursuant to an order entered on September 19, 2008 by the United States District Court for the Southern District of New York. You have submitted the above-referenced claim(s) (the "Claim") as a customer claim in this proceeding. This Notice is applicable only to the claim(s) and/or accounts identified above. If you filed other claims, additional notices will be issued.

The Trustee has made the following determination regarding your Claim:

Your Claim is DENIED. Your Claim included no evidence indicating you had any relationship with LBI. Furthermore, our research does not indicate that the cash and/or securities you claimed were held in a customer account with LBI.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you MUST file your written opposition, setting forth (i) the claim number; (ii) a detailed statement of the reasons for your objection to the Trustee's determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.