# STATE OF WASHINGTON
## DEPARTMENT OF LABOR AND INDUSTRIES

July 6, 2009

Vito Genna, Clerk U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK NY 10004-1408

    RE:    LEHMAN BROTHERS HOLDINGS INC.
    Case #:    08-13555

The Department of Labor and Industries wishes to withdraw its claim, NO CASEZ 99 in the amount of $673.52, filed on 12/30/2008 in the above-referenced bankruptcy matter.

Sincerely,

Paula Ann Romines
Revenue Agent 3
Dept. of Labor and Industries
P.O. Box 44171
Olympia, WA 98504-4171
(360) 902-4687



RECEIVED
JUL 1 0 2009



STATE OF WASHINGTON

# DEPARTMENT OF LABOR AND INDUSTRIES

July 6, 2009

Vito Genna, Clerk U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK NY 10004-1408

RE: LEHMAN BROTHERS HOLDINGS INC.
Case #: 08-13555

The Department of Labor and Industries wishes to withdraw its claim, NO CASEZ 99 in the amount of $673.52, filed on 12/30/2008 in the above-referenced bankruptcy matter.

Sincerely,

Paula Ann Romines
Revenue Agent 3
Dept. of Labor and Industries
P.O. Box 44171
Olympia, WA 98504-4171
(360) 902-4687