Here is my written statement, literally.

In early Sept. of 2008, I received a letter telling me that Lehman Bros. had not been able to send me my account statements, because the USPS deemed them undeliverable.

1. I do not recall a direct relationship between me & Lehman Bros. Unless it was by default because they bought or managed another company.

2. The letter had a case # but no information on the type or nature of the account, and no amount of money owed to L.B. or to me.

3. I sent the required information to verify my identity shortly before Lehman Bros. ceased doing business, so, I am not able to provide you with additional proof that I had an account, except that L.B. thought so, and, I have included copies of the letters.

4. I also wondered how they could find me to send the letter but couldn't get the address right for the account statements to be delivered.

5. We did have a very poor mailman for a number of years, but other than this lack of ability, I cannot figure out why the mail was not delivered.

6. If there is money owed to me, I could sure use it. If I owe money, I would like to reimburse you.

over,

7. I have searched my files (I confess, I keep everything) but could not find anything. I have lived at this address 3124 GULFSTREAM RD, ORLANDO, FL, 32805 for over 12 years, (since Feb. '97). Before Orlando, I lived in Michigan.

8. I may have an association with L.B. because they bought a company that managed money matters for an old employer of mine, Shared Medical Systems (SMS) out of Malvern, PA. They were bought out by SIEMENS. Anyway, I have a vague recollection of some retirement or stock money from a company whose name I cannot remember. They were trying to give me money, but I had never heard of them and I ignored their letters for awhile, but I never returned them. Anyway, "not the brightest bulb in the pack" but I thought it was a scam at the time and now I cannot find their letters. I am still looking for those.

Sincerely,

Pat O'Reilly
Patricia Marie O'Reilly

Thank you in advance.