WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :    **08-13555 (JMP)**
:
Debtors.                                        :    **(Jointly Administered)**
:
---------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 14, 2009 AT 2:00 P.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Debtors Motion to Compel Performance of Metavante Corporations Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 3691]**

    Response Deadline:    June 16, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of Metavante Corporation **[Docket No. 3951]**

Related Documents:

B. Statement of Official Committee of Unsecured Creditors **[Docket No. 3958]**

C. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion **[Docket No. 4326]**

D. Debtors' Reply **[Docket No. 4359]**

E. Committee's Joinder **[Docket No. 4373]**

Status:  This matter is going forward.

Dated:  July 14, 2009
        New York, New York

/s/ Robert J. Lemons
Lori R. Fife
Richard W. Slack
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession