OFFICE OF CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
148 Martine Avenue, 6th Floor
White Plains, NY 10601
Telephone: 914-995-3630
Facsimile: 914-995-3132
Melissa-Jean Rotini, Esq.

*Attorneys for the County of Westchester*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE:                                                                          **Chapter 11**

    LEHMAN BROTHERS HOLDINGS, *ET AL*,             **Case No.: 08-13555 (JMP)**

                         Debtors.                            **NOTICE OF APPEARANCE**

------------------------------------------------------------------x

PLEASE TAKE NOTICE that the Westchester County appears herein by its counsel, the Office of the Westchester County Attorney, Charlene M. Indelicato, and demands pursuant to §102(1), §342, and/or §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and/or 9010, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, telephone number, and electronic mail:

        OFFICE OF CHARLENE M. INDELICATO
        WESTCHESTER COUNTY ATTORNEY
        Attn: Melissa-Jean Rotini, Esq.
        148 Martine Avenue, 6th Floor
        White Plains, NY 10601
        Telephone:  914-995-3630
        Facsimile:   914-995-3132
        E-Mail:        MJR1@westchestergov.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may effect or seek to affect, in any way any rights or interest of the County of Westchester with respect to the debtor(s) or any property or proceeds in which the debtor(s) may claim an interest.

Please take further notice that the submission of this notice and demand constitutes a "special appearance" and is neither intended to be, nor shall it be deemed a consent to, or waiver of, the right to challenge jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right the County of Westchester expressly reserves without prejudice.

Dated: July 14, 2009
White Plains, New York

CHARLENE M. INDELICATO
Westchester County Attorney

/s/ Melissa-Jean Rotini
By: Melissa-Jean Rotini
Assistant County Attorney, of Counsel
148 Martine Avenue
White Plains, New York 10601
Phone: 914-995-3630
Fax: 914-995-3132
Email: mjr1@westchestergov.com