WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                                    **Debtors.**    :    **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :
                                                    :    **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :    **08-01420 (JMP) (SIPA)**
                                    **Debtor.**     :
                                                    :
-------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON JULY 15, 2009 AT 10:00 A.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTERS</u>:

1.    Debtors' Motion for Authorization and Approval of Settlement Agreement with Kojaian Affiliates **[Docket No. 4160]**

Response Deadline:    July 10, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward and Debtors will submit a Modified Order for the Court's approval.

2.    Amended Motion of LB 2080 Kalakaua Owners LLC to Sell Certain Property **[Docket No. 4230]**

Response Deadline:    July 8, 2009.

Responses Received:    None.

Related Documents:

A.    Notice of Extension of Deadline to Submit a Higher Offer **[Docket No. 4290]**

B.    Statement of Kalaimoku-Kuhio Development Corp. to Amended Motion  **[Docket No. 4306]**

Status:  This matter is going forward.

II.    <u>**CONTESTED MATTERS**</u>:

3.    Motion of Kalaimoku-Kuhio Development Corp. for an Order Compelling Payment of Post-Petition Rent and Charges and Relief from the Automatic Stay **[Docket No. 3768]**

<u>Response Deadline</u>:    June 21, 2009

<u>Responses Received</u>:

    A.    Debtors' Objection **[Docket No. 4061]**

<u>Related Documents</u>:

    B.    Reply of Kalaimoku-Kuhio Development Corp. **[Docket No. 4078]**

    C.    Movant's Statement - Supplement To Motion **[Docket No. 4376]**

<u>Status</u>:  This matter is going forward.

4.    Motion of DNB Nor Bank ASA for Allowance and Payment of Administrative Expense Claim and Allowing Setoff of Such Claim **[Docket No. 4054]**

<u>Response Deadline</u>:    July 10, 2009 at 4:00 p.m.

<u>Responses Received</u>:

    A.    Debtors' Objection **[Docket No. 4321]**.

    B.    Objection of Official Committee of Unsecured Creditors **[Docket No. 4323]**.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter is going forward.

5.    Motion of Levine Leichtman Capital Partners Deep Value Fund, L.P. for an Order Compelling Debtors' Performance **[Docket No. 4059]**

<u>Response Deadline</u>:    July 10, 2009 at 4:00 p.m.

<u>Responses Received</u>:

    A.    Debtors' Objection **[Docket No. 4300]**.

Related Documents:

       B.     Reply to Debtors' Objection **[Docket No. 4387]**

Status:  This matter is going forward.

6.    Debtors' Motion to Assume the Open Trade Confirmations with Three Basso Funds **[Docket No. 4249]**

Response Deadline:    July 10, 2009 at 4:00 p.m.

Responses Received:

       A.     Objection of Basso Capital Management, L.P. **[Docket No. 4322]**

Related Documents:

       B.     Debtors' Reply **[Docket No. 4388]**

Status:  This matter is going forward.

7.    Motion of Lai Mei Chan, et al. for Relief from Derivative Procedures Orders and Objection to Debtors' Motion for an Order **[Docket No. 3565]**

Response Deadline:  July 10, 2009 at 4:00 p.m.

Responses Received:

       A.     Debtors Objection and Reply **[Docket No. 4324]**.

Related Documents:    None.

Status:  This matter is going forward.

8.      Motion of Official Committee of Unsecured Creditors to Direct the Examiner to Comply with Court's Order Directing Appointment of an Examiner **[Docket No. 4262]**

Response Deadline:    July 10, 2009 at 4:00 p.m.

Responses Received:

      A.      Objection of The Walt Disney Company to Committee Motion Dated July 1, 2009 for Order in Respect of Examiner **[Docket No. 4319]**

Related Documents:

      B.      Examiner's Response **[Docket No. 4320]**

Status:  This matter is going forward.

9.      Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans **[Docket No. 4253]**

Response Deadline:    July 10, 2009 at 4:00 p.m.

Responses Received:

      A.      Debtors' Omnibus Reply **[Docket No. 4387]**

      B.      Objection of Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 4318]**

      C.      Limited Objection of The Bank of New York Mellon Trust Company, N.A. **[Docket No. 4331]**

      D.      Statement of Committee **[Docket No. 4378**]

Related Documents:

      E.      Bridge Order Extending the Exclusive Periods **[Docket No. 4261]**

Status:  This matter is going forward.

**B.      Adversary Proceedings:**

10.    Lehman Brothers Special Financing Inc. v. Harrier Finance Ltd **[Case No. 09-01241]**

**Pre-Trial Conference / Motion Granting Authority to Intervene as Plaintiff**

Related Documents:

      A.      Adversary Complaint **[Docket No. 1]**

      B.      Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. for Entry of an Order Granting Authority to Intervene as Plaintiff **[Docket No. 5]**

      C.      Motion of Harrier Finance Limited, a.k.a. Rathgar Capital Corporation to Dismiss Adversary Proceeding **[Docket No. 8]**

      D.      Memorandum of Law in Support **[Docket No. 9]**

      E.      Declaration of Amanda J. Gallagher in Support **[Docket No. 10**

Status:  This matter is going forward.

11.    LBSF & LBHI v. American Family Life Assurance Company of Columbus, et al. **[Case No. 09-01261]**

**Pre-Trial Conference**

Related Documents:

      A.      Adversary Complaint **[Docket No. 1]**

      B.      Answer of American Family Life Assurance Company of Columbus **[Docket No. 7]**

      C.      Answer of American Family Life Assurance Company of Columbus **[Docket No. 11]**

      D.      Answer of BNY Corporate Trustee Services Limited, et al. **[Docket No. 12]**

      E.      Reply of LBSF to First Amended Counterclaims **[Docket No. 20]**

      F.      Joinder to Reply of First Amended Counterclaim **[Docket No. 22]**

Status:  This matter is going forward.

12.     Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Limited **[Case No. 09-01242]**

    **Pre-Trial Conference / Motions to Intervene**

    <u>Related Documents</u>:

        A.     Adversary Complaint **[Docket No. 1]**

        B.     Letter to the Honorable James M. Peck filed by Ralph I. Miller on behalf of Lehman Brothers Special Financing Inc. **[Docket No. 5]**

        C.     Plaintiff Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment **[Docket No. 6]**

        D.     Motion to Intervene of Ka Kin Wong, et al. **[Docket No. 7]**

        E.     Motion to Dismiss the Complaint or, Alternatively, Staying Adversary Proceeding of BNY Corporate Trustee Services Limited **[Docket No. 13]**

        F.     Declaration of Michael J. Venditto in Support of Motion for Dismissal of Complaint **[Docket No. 14]**

        G.     Declaration of Sanjay Jobanputra in Support of Motion for Dismissal of Complaint **[Docket No. 15]**

        H.     Motion of Official Committee of Unsecured Creditors to Intervene as Plaintiff in Adversary Proceeding **[Docket No. 19]**

        I.     Omnibus Response of BNY Corporate Trustee Services Limited **[Docket No. 22]**

        J.     Lehman Brothers Special Financing Inc.'s Memorandum of Law in Opposition to Class Movants Intervention Motion **[Docket No. 24]**

        K.     Committee's Reply to Omnibus Response **[Docket No. 25]**

        L.     Corrected Memorandum of Law In Support of Motion for Dismissal of Complaint **[Docket No. 27]**

        M.     Movants' Reply to Plaintiff's Opposition to Class Movants' Motion to Intervene **[Docket No. 28]**

<u>Status</u>:  This matter is going forward.

13.    Wong, et al. v. LBSF, et al. **[Case No. 09-01120]**

**Pre-Trial Conference / Motion to Stay Discovery**

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Answer to Complaint of The Bank of New York Mellon**[Docket No. 11]**

    C.    HSBC USA, Inc's Motion to Dismiss the Class Action Complaint, Abstain or Stay the Adversary Proceeding **[Docket No. 13]**

    D.    Appendix of Unreported Authorities **[Docket No. 15]**

    E.    Memorandum of Law in Support of Motion to Dismiss **[Docket No. 16]**

    F.    Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 17]**

    G.    Plaintiffs' Report Pursuant to Fed. R. Civ. P. 26(f) **[Docket No. 20]**

    H.    Defendant Lehman Brothers Special Financing Inc.'s Notice of Motion and Motion to Stay Discovery Pending Determination of Its Motion to Dismiss the Complaint **[Docket No. 31]**

    I.    Motion to Dismiss of Scott Aitken, et al. **[Docket No. 37]**

    J.    Declaration of Patricia Farren in Support of the Motion to Dismiss **[Docket No. 38]**

    K.    Memorandum of Law in Support of the Motion to Dismiss **[Docket No. 39]**

    L.    Plaintiffs' Opposition to Motion to Stay Discovery **[Docket No. 42]**

    M.    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion to Stay Discovery **[Docket No. 43]**

    N.    LBSF's Reply to Plaintiff's Opposition **[Docket No. 44]**

Status:  This matter is going forward.

14.    Olivia Bam v. Barclays Capital Inc. **[Case No. 09-01130]**

**Motion To Dismiss Adversary Proceeding**

Related Documents:

A.    Amended Adversary Complaint **[Docket No. 11]**

B.    Motion of Barclays Capital Inc. To Dismiss Amended Complaint **[Docket No. 14]**

C.    Memorandum of Law in Support of Barclays Capital Inc.'s Motion To Dismiss Amended Complaint **[Docket No. 15]**

D.    Declaration of Darrell S. Cafasso in Support of Motion To Dismiss **[Docket No. 16]**

E.    Plaintiff's Memorandum of Law in Opposition to Barclays Capital Inc.'s Motion To Dismiss Amended Complaint **[Docket No. 17]**

F.    Reply Memorandum of Law in Support of Barclays Capital Inc.'s Motion To Dismiss Amended Complaint **[Docket No. 19]**

Status:  This matter is going forward.

III.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc.**

15.    State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-01743]**

Pre-Motion Conference

Response Deadline:    November 28, 2008.

Responses Received:  None.

Related Documents:

A.    Motion for Relief from Rule 7056 Notice Period and Pre-Motion Conference **[Docket No. 18]**

Status:  This matter is adjourned to August 5, 2009.

16.     Motion of Occidental Energy Marketing, Inc., et al. to Effectuate Setoff and Settle Outstanding Derivative Contracts **[Docket No. 4238]**

Response Deadline:    July 30, 2009 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is adjourned to August 5, 2009.

17.     Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract [**Docket No. 3755**]

Response Deadline:    June 19, 2009 at 5:00 p.m.

Responses Received:

        A.      Debtors' Objection **[Docket No. 4055]**

Related Documents:    None.

Status:  This matter is adjourned to August 5, 2009.

18.     Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

Response Deadline:    April 1, 2009 at 4:00 p.m.

Responses Received:

        A.      Debtors' Objection **[Docket No. 3387]**

        B.      Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

        C.      Declaration of Alan Worden **[Docket No. 3184]**

Status:  This matter is adjourned to August 5, 2009.

19.     Motion of Official Committee of Unsecured Creditors of Lehman Brothers
        Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A.
        **[Docket No. 566]**

        Response Deadline:     March 6, 2009 at 4:00 p.m.

        Responses Received:

                A.      Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]** &
                        Statement of the Informal Noteholder Group **[Docket No. 887]**

        Related Documents:

        B.      Stipulation and Consent Order **[Docket No. 1402]**

        Status:  This matter is adjourned to August 26, 2009.

20.     Debtors Motion for Authorization to Assume Certain Aircraft Lease Agreements
        and to Consummate Certain Related Transactions **[Docket No. 3218]**

        Response Deadline:     April 17, 2009 at 4:00 p.m.

        Responses Received:

                A.      Objection of Official Committee of Unsecured Creditors **[Docket
                        No. 3395]**

        Related Documents:     None.

        Status:  This matter has been adjourned to September 16, 2009.

21.     Motion of Official Committee of Unsecured Creditors for Reconsideration of
        Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain
        Postpetition Financing **[Docket No. 434]**

        Response Deadline:     May 7, 2009 at 5:00 p.m.

        Responses Received:  None.

        Related Documents:     None.

        Status:  This matter has been adjourned to September 16, 2009.

**B.      Adversary Proceedings**

22.      Motion for Summary Judgment of Deutsche Bank AG **[Case No. 08-01706, Docket No. 12]**

Response Deadline:    April 24, 2009.

Responses Received:

       A.      Lehman Brothers Holdings Inc.'s Memorandum of Law in Opposition to Deutsche Bank AG's Motion for Summary Judgment **[Docket No. 20]**

       B.      Lehman Brothers Holdings Inc.'s Response to Deutsche Bank AG's Rule 7056-1 Statement of Facts **[Docket No. 21]**

Related Documents:

       C.      Memorandum of Law in Support of Summary Judgment Motion Declaration of Anthony J. Albanese **[Docket No. 13]**

       D.      Declaration of Patrick McKenna in Support of Summary Judgment Motion Declaration of Anthony J. Albanese **[Docket No. 14]**

       E.      Declaration of Jared R. Clark in Support of Summary Judgment Motion Declaration of Anthony J. Albanese **[Docket No. 15]**

       F.      Declaration of Anthony J. Albanese **[Docket No. 22]**

       G.      Reply Memorandum of Law in Further Support of Deutsche Bank AG's Motion Declaration of Anthony J. Albanese **[Docket No. 24]**

Status:  This matter is adjourned to August 5, 2009.

23.      Neuberger Berman, LLC v. PNC Bank, National Association, Lehman Brothers Inc., and Lehman Brothers Commercial Corporation **[Case No. 09-1258]**

**Pre-Trial Conference / Motion for Interpleader
Motion to Deposit Funds / Motion to Dismiss**

       A.      Adversary Complaint **[Docket No. 1]**

       B.      Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with Interpleader Complaint **[Docket No. 2]**

C.   Lehman Brothers Commercial Corporations Response to the Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with the Interpleader Complaint **[Docket No. 7]**

D.   Amended Motion of Lehman Brothers Commercial Corp. for an Extension of Time to Answer Plaintiffs Complaint for Interpleader filed by Richard W. Slack on behalf, Lehman Brothers Inc. **[Docket No. 9]**

E.   Trustee's Response to Motion for Authorization to Deposit Funds with the Clerk of the Court in Connection with Interpleader Complaint of Neuberger Berman LLC **[Docket No. 11]**

F.   Trustee's Response to Defendant Lehman Brothers Commercial Corporation's Amended Motion for an Extension of Time to Answer Plaintiff's Complaint for Interpleader **[Docket No. 12]**

G.   Motion of PNC Bank, National Association for an Order Dismissing the Case for Lack of Jurisdiction **[Docket No. 14]**

H.   PNC Bank, National Association's Objection to the Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with the Interpleader Complaint  **[Docket No. 16]**

Status:  This matter is adjourned to August 5, 2009.

24.   Lehman Brothers Special Financing Inc. v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

**Pre-Trial Conference**

Related Documents:

A.   Adversary Complaint **[Docket No. 1]**

B.   Answer of Metropolitan West Asset Management, LLC, et al. **[Docket No. 5]**

Status:  This matter is adjourned to August 5, 2009.

25.   Aliant Bank v. Lehman Brothers Special Financing, Inc. et al **[Case No. 08-01751]**

Pre-Trial Conference

Related Documents:

A. Adversary Complaint **[Docket No. 1]**

B. Motion of Aliant Bank for an Order Directing Lehman Brothers Special Financing to Immediately Return to Aliant the Swap Collateral **[Docket No. 2]**

C. Disclosure Statement of Plaintiff Aliant Bank Pursuant to Rule 7007.1-1 **[Docket No. 4]**

D. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 11]**

E. Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 12]**

F. Answer to Complaint of JPMorgan Chase **[Docket No. 13]**

G. Declaration of Lawrence N. Chanen in Opposition to the Motion of Aliant Bank **[Docket No. 15]**

H. Objection of Lehman Brothers Special Financing Inc. **[Docket No. 17]**

I. Federal National Mortgage Association's Response **[Docket No. 19]**

J. Notice of Withdrawal Without Prejudice of Aliant Bank's Motion **[Docket No. 23]**

K. Stipulation of Dismissal Without Prejudice of Adversary Proceeding as to Federal National Mortgage Association Only **[Docket No. 26]**

Status:  This matter has been adjourned to August 5, 2009.

**C.     Lehman Brothers Inc.:**

26.    Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

Responses Received:

A. Objection of William Kuntz, III **[Docket No. 1074]**

      B.      Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc.'s Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No. 08-13555, Docket No. 3699]**

Related Documents:

      C.      Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

      D.      Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

      E.      Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

      F.      Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York state Comptroller. (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

      G.      Notice of Adjournment **[Case No. 08-13555, Docket No. 3575]**

      H.      Notice of Adjournment **[Docket No. 1257]**

Status:  This matter has been adjourned to August 5, 2009.

27.      HWA555 Owners LLC v. Lehman Brothers Inc.  **[Adv. No. 09-01160]**

**Motion to Dismiss Adversary Complaint**

Response Deadline:  June 29, 2009 at 4:00 p.m.

Related Filings:

  A.  Adversary Complaint **[Docket No. 1]**

  B.  Notice of Motion to Dismiss Complaint.  **[Docket No. 7]**

  C.  Memorandum of Law of the Trustee in Support of His Motion to Dismiss Adversary Complaint **[Docket No. 8]**

  D.  Opposition to the Trustee's Motion to Dismiss the Adversary Complaint **[Docket No. 11]**

  Status:  This matter is adjourned to August 5, 2009.

28.  Notice of Motion of Markit Group Limited for Relief From Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

  Responses Received:

    A.  Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1059]**

    B.  Objection of Trustee to Motion of Markit Group Limited for Relief from Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1123]**

  Related Documents:

    C.  Notice of Adjournment **[Docket No. 409]**

    D.  Notice of Adjournment **[Docket No. 488]**

    E.  Notice of Adjournment **[Docket No. 574]**

    F.  Notice of Adjournment **[Docket No. 708]**

    G.  Notice of Adjournment **[Docket No. 846]**

    H.  Notice of Adjournment **[Docket No. 978]**

    I.  Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

    J.  Notice of Adjournment **[Docket No. 1066]**

    K.  Reply in Further Support of the Motion of Markit Group Limited for Relief from Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1139]**

          L.        Notice of Adjournment **[Docket No. 1223]**

          M.      Notice of Adjournment **[Docket No. 1268]**

<u>Status</u>:  This matter has been adjourned to August 5, 2009.

## IV.   <u>WITHDRAWN/DISMISSED MATTERS</u>:

29.   Western Digital v. LBHI **[Case No. 09-01269]**

Pre-Trial Conference

<u>Related Documents</u>:

          A.       Adversary Complaint **[Docket No. 1]**

          B.       Notice of Dismissal **[Docket No. 5]**

<u>Status</u>:  This matter has been dismissed by Plaintiff.

30.   Ceradyne v. LBHI **[Case No. 09-01270]**

Pre-Trial Conference

<u>Related Documents</u>:

          A.       Adversary Complaint **[Docket No. 1]**

          B.       Notice of Dismissal **[Docket No. 5]**

<u>Status</u>:  This matter has been dismissed by Plaintiff.

Dated:  July 14, 2009
        New York, New York

/s/ Harvey R. Miller
Harvey R. Miller
Lori R. Fife
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated:  July 14, 2009
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.