DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                :
In re                           :    Chapter 11 Case No.
                                :
LEHMAN BROTHERS HOLDINGS INC.,  :    08-13555 (JMP)
*et al.*                        :
        Debtors.                :    (Jointly Administered)
                                :
----------------------------------------------------------- x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

Laura Saal, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

2. On the 10th of July, 2009, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via Federal Express delivery and served upon the parties listed in the service list attached hereto as Exhibit B, at the addresses set forth therein via electronic mail:

- Objection of Ad Hoc Group of Lehman Brothers Creditors to Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans [Docket No. 4318]

*Laura Saal*
Laura Saal

Sworn to before me the
14 day of July, 2009

_____
Notary Public

HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, ~~2008~~ 2012

<u>**Exhibit A**</u>
**Via First Class Mail**

Office of the US Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Andy Velez-Rivera, Esq.
      Paul Schwartzberg, Esq.
      Brian S. Masumoto, Esq.
      Linda Rifkin, Esq.
      Tracy Hope Davis, Esq.

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
      Shai Y. Waisman, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York  10006
Attn: Lindsee P. Grandfield, Esq.
      Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Attn: Robinson B. Lacy, Esq.
      Hydee R. Feldstein, Esq.

Milbank Tweed  Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.

## Exhibit B
### Via Electronic Mail

'ddunne@milbank.com'; 'dodonnell@milbank.com'; 'efleck@milbank.com'; 'lori.fife@weil.com'; 'shai.waisman@weil.com'; 'lgranfield@cgsh.com'; 'lschweitzer@cgsh.com'

NY3 3029153.1