WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                                                  :
                    Debtors.                              :   (Jointly Administered)
                                                                  :
-------------------------------------------------------------------x

**SECOND NOTICE OF ADJOURNMENT OF**
**AMENDED MOTION OF LB 2080 KALAKAUA OWNERS LLC**
**PURSUANT TO BANKRUPTCY CODE SECTIONS 363 AND 365 AND**
**BANKRUPTCY RULES 6004 AND 6006 FOR APPROVAL (i) TO SELL CERTAIN**
**REAL AND PERSONAL PROPERTY LOCATED IN HONOLULU, HAWAII,**
**(ii) TO REJECT OR ASSUME AND ASSIGN EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES IN CONNECTION THEREWITH, AND (iii) RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Amended Motion of LB 2080 Kalakaua Owners LLC ("LB 2080"), Pursuant to Bankruptcy Code Sections 363 and 365 and Bankruptcy Rules 6004 and 6006 for Approval (i) to Sell Certain Real and Personal Property Located in Honolulu, Hawaii, (ii) to Reject or Assume and Assign Executory Contracts and Unexpired Leases in Connection Therewith, and (iii) Related Relief [Docket No. 4230] (the "Motion"), which was scheduled for July 15, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to August 5, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: July 14, 2009
   New York, New York

               /s/ Shai Y. Waisman
               Shai Y. Waisman

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Debtors
               and Debtors in Possession