Jennifer M. Jackson (P67126)
Assistant Attorney General, State of Michigan
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
Telephone:  (517) 373-1162
Facsimile:  (517) 373-2060

*Co-Counsel for Michigan State Housing Development Authority*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jennifer M. Jackson, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Michigan State Housing Development Authority, a public body corporate, in the above-referenced bankruptcy proceeding.  I certify that I am a member in good standing of the bar in the State of Michigan, the bar of the U.S. District Court for the Eastern District of Michigan, and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  July 15, 2009                           Respectfully submitted,

                                                /s/ Jennifer M. Jackson
                                                Jennifer M. Jackson (P67126)
                                                Assistant Attorney General, State of Michigan
                                                Michigan Department of Attorney General
                                                State Operations Division
                                                P.O. Box 30754
                                                Lansing, MI  48909
                                                E-mail Address:  jacksonj5@michigan.gov
                                                Telephone:  (517) 373-1162

2008-3041652-A/pro hac vice – jmj

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                             )
In re:                                       )          Chapter 11
                                             )
LEHMAN BROTHERS HOLDINGS INC., *et al.*      )          Case No. 08-13555 (JMP)
                                             )
                              Debtors.       )          (Jointly Administered)
_____)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer M. Jackson, to be admitted, *pro hac vice*, to represent the Michigan State Housing Development Authority (the "Client"), a public body corporate in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, the bar of the U.S. District Court for the Eastern District of Michigan, and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jennifer M. Jackson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July _____, 2009

New York, New York

                                        /s/ _____
                                        THE HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

2008-3041652-A/order granting phv jmj

2