

**SBM** ATTORNEY

STATE BAR OF MICHIGAN  2008—2009
306 Townsend, Lansing, MI 48933-2012  800-968-1442

**Jennifer M. Jackson**
Member Number
**P67126**



MEMBER SERVICES AND SAVINGS
Ethics Helpline ...................................................... (877) 558-4760
Lawyers and Judges Assistance Program ........... (800) 996-5522
Practice Management Resource Center ................ (800) 341-9715
Michigan Law Online Free Legal Research ................ (877) 229-4350
Midwest Transaction Group Credit Card Processing (888) 599-2209
Paul Goebel Group Insurance ................................... (800) 632-4591
Staples Business Advantage Office Supplies .......... (800) 693-9900 x439
Go Next Vacation Travel Programs .............................. (800) 842-9023
AVIS AWD#A 601500   Budget BCD#Z 806400   Hertz CDP# 82329
www.michbar.org ............................................... (888) SBM-FORU