| | |
|---|---|
| WHITE & CASE LLP | Wachovia Financial Center, Suite 4900 |
| 1155 Avenue of the Americas | 200 South Biscayne Blvd. |
| New York, New York 10036-2787 | Miami, Florida 33131 |
| (212) 819-8200 | (305) 371-2700 |
| Gerard Uzzi | Thomas E Lauria (admitted *pro hac vice*) |
| J. Christopher Shore | |
| Lisa Thompson | |

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.  08-13555 (JMP)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      )     s.s.:
NEW YORK COUNTY       )

       Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

       On the 10th day of July, 2009, deponent caused a copy of the Statement *of Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion, Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance of Metavante Corporation's Obligations Under and Executory Contract and to Enforce the Automatic Stay* (related document(s)[3691]) to be served by Overnight FedEx Mail on the parties shown on the attached Service List.

        */s/ Lyudmyla Polyova*
       Lyudmyla Polyova

Sworn to before me this
14th day of July, 2009

*/s/ Elizabeth Anne Arundel*
_____
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

## SERVICE LIST
## STANDARD PARTIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005