Michael F. Murphy (P29213)
Assistant Attorney General, State of Michigan
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
Telephone:  (517) 373-1162
Facsimile:  (517) 373-2060

*Co-Counsel for Michigan State Housing Development Authority*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Michael F. Murphy, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Michigan State Housing Development Authority, a public body corporate, in the above-referenced bankruptcy proceeding.  I certify that I am a member in good standing of the bar in the State of Michigan; the bar of United States District Court, Eastern District of Michigan; the bar of United States District Court, Western District of Michigan; the bars of the Bankruptcy Courts of both the Eastern and Western Districts of Michigan; and the United States Court of Appeals for the Sixth Circuit.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  July 15, 2009                                Respectfully submitted,

                                        /s/ Michael F. Murphy
                                        Michael F. Murphy (P29213)
                                        Assistant Attorney General, State of Michigan
                                        Michigan Department of Attorney General
                                        State Operations Division
                                        P.O. Box 30754
                                        Lansing, MI  48909
                                        E-mail Address:  murphymf@michigan.gov
                                        Telephone:  (517) 373-1162

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Michael F. Murphy, to be admitted, ***pro hac vice***, to represent the Michigan State Housing Development Authority (the "Client"), a public body corporate in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan; the bar of United States District Court, Eastern District of Michigan; the bar of United States District Court, Western District of Michigan; the bars of the Bankruptcy Courts of both the Eastern and Western Districts of Michigan; and the United States Court of Appeals f the Sixth Circuit; it is hereby

**ORDERED**, that Michael F. Murphy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July _____, 2009
New York, New York

/s/ _____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

3