# SBM  ATTORNEY

STATE BAR OF MICHIGAN   2008—2009
◼ 306 Townsend, Lansing, MI 48933-2012 ◼ 800-968-1442

**Michael F. Murphy**
Member Number
**P29213**



