**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                   :
              Debtors.                             :    (Jointly Administered)
                                                   :
---------------------------------------------------------------------x    Ref. Docket No. 4363

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

       1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On July 13, 2009, I caused to be served the "CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THIRD APPLICATION OF THE EXAMINER FOR ORDER AUTHORIZING THE RETENTION OF CERTAIN CONTRACT ATTORNEYS TO PERFORM SPECIFIC DOCUMENT REVIEW TASKS NUNC PRO TUNC AS OF JUNE 11, 2009 [DOCKET 4239]," dated July 13, 2009 [Docket No. 4363], by causing true and correct copies to be delivered by facsimile to those parties listed on the attached Exhibit "A".

       3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Paul Belobritsky
                                           Paul Belobritsky

Sworn to before me this
15th day of July, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| Weil; Attn: Harvey Miller, Richard Krasnow | 212-310-8007 |
| Weil; Attn: Lori Fife, Shai Waisman, J Marcus | 212-310-8007 |
| Milbank; Attn: D Dunne, D O'Donnell, E Fleck | 212-530-5219 |