UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
              Debtors.                              :    (Jointly Administered)
                                                    :
                                                    :
-----------------------------------------------------------------x

### ORDER GRANTING MOTION TO EXPAND THE SCOPE OF RETENTION OF SIMPSON THACHER & BARTLETT LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE, PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon consideration of the Motion, dated June 19, 2009 (the "Motion")[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to sections 327(e) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to expand the scope of retention of Simpson Thacher & Bartlett LLP ("Simpson Thacher") as special counsel to the Debtors, *nunc pro tunc* to May 19, 2009 (the "Engagement Date"); and upon the Affidavit of Mary Elizabeth McGarry, a partner of Simpson Thacher (the "Affidavit"), filed in support of the Motion; and the Court having previously approved the retention and employment of Simpson Thacher as special counsel to the Debtors by order dated November 21, 2008 [Docket No. 1658] and the expansion of the scope of Simpson Thacher's retention by order dated April 9, 2009 [Docket No. 3315] (the "Expansion Order"); and the Court having jurisdiction to

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Motion.

consider the Motion, and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered on March 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is approved; and it is further

ORDERED that pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the Debtors are hereby authorized to expand the scope of the employment and retention of Simpson Thacher as special counsel to the Debtors on the terms set forth in the Motion and this order, effective *nunc pro tunc* to the Engagement Date for the Additional Corporate Matters identified in the Motion; and it is further

ORDERED that the Expansion Order is modified to authorize the retention of Simpson Thacher as special counsel to the Debtors with respect to the Insurance Matters *nunc pro tunc* to December 16, 2008; and it is further

ORDERED that Simpson Thacher shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 3102] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651].

Dated: New York, New York
       July 16, 2009

                                      *s/ James M. Peck*
                                UNITED STATES BANKRUPTCY JUDGE