UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,              Case No. 08-13555 (JMP)

                                    Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF TARA L. ELGIE

UPON the motion of Tara L. Elgie dated June 11, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Tara L. Elgie is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         July 16, 2009

                                                        *s/ James M. Peck*
                                                        UNITED STATES BANKRUPTCY JUDGE