Michael C. Lambert
GILMARTIN, POSTER & SHAFTO LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 425-3220
Facsimile: (212) 425-3130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS, INC.,
et al.,
     Debtors.
-----------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

## VERIFIED STATEMENT OF GILMARTIN, POSTER & SHAFTO LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

  Gilmartin, Poster & Shafto LLP ("GP&S") submits this verified statement in accordance with Federal Rule of Bankruptcy Procedure 2019 and states as follows:

  1. GP&S represents the following creditors (collectively, "Creditors") in the above-captioned jointly-administered chapter 11 cases of Lehman Brothers Holdings, Inc., et al. (collectively, the "Debtors"), who may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors:

    Pietro Ferrero
    c/o Gilmartin, Poster & Shafto LLP
    845 Third Avenue
    New York, NY 10022

    Versorgungswerk der Apothekerkammer Nordrhein
    Benrather Str. 8
    40213 Düsseldorf
    Germany

2. The Creditors each requested that GP&S represent them in connection with the Debtors' chapter 11 cases.

3. The specific nature and amounts of the claims held by the Creditors will be, or have been, set forth in proofs of claims or other pleadings filed in the Debtors' chapter 11 cases.

4. GP&S holds no claims against or interests in any of the Debtors.

5. Neither this Verified Statement nor the filing of this Verified Statement shall operate as an appearance by any of the Creditors, nor is this submission intended to establish that any of the Creditors have submitted to the jurisdiction of this Court.

6. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. GP&S reserves the right to revise and supplement this Verified Statement.

Dated: July 16, 2009

GILMARTIN, POSTER & SHAFTO LLP

By: /s/ Michael C. Lambert
845 Third Avenue
New York, New York 10022
*Attorneys for Creditors Pietro Ferrero and Versorgungswerk der Apothekerkammer Nordrhein*