LOCKE LORD BISSELL & LIDDELL LLP
Allen C. Wasserman, Esq.  (AW-4771)
3 World Financial Center
New York, New York  10281-2101
Telephone:  212-415-8300
Fax: 212-303-2754

*Attorneys for Stephen N. Hurley*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
In re                                                                   :     **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                             :     **08-13555 (JMP)**
                                                                        :
             Debtors.                                                   :     **Jointly Administered**
                                                                        :
                                                                        :
------------------------------------------------------------------------X


**NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE AND SERVICE OF
ALL PLEADINGS AND DOCUMENTS**


    **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b) and §1109(b) of the Bankruptcy Code, Allen C. Wasserman appeared as counsel for Stephen N. Hurley ("Hurley") in the above captioned Bankruptcy action.

    **PLEASE FURTHER TAKE NOTICE** that, Allen C. Wasserman, as counsel for Hurley, hereby requests that all notifications filed with Bankruptcy Court in the above-captioned Bankruptcy Proceeding no longer be sent to him or his firm by e-mail or mail.

    **PLEASE FURTHER TAKE NOTICE** that this request supersedes the REQUEST FOR NOTICE AND SERVICE OF ALL PLEADINGS AND DOCUMENTS which was filed in the above-captioned Bankruptcy Proceeding on December 3, 2008.

    **PLEASE FURTHER TAKE NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,

1

telegraph, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way rights or interests of any creditor or party interest in this case, including Hurley, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Hurley.

**PLEASE FURTHER TAKE NOTICE** that Hurley intends that neither this Notice nor any later appearance, pleading, claim or suit shall waive: (a) the right of Hurley to have final orders and non-core matters entered only after _de novo_ review by a District Court Judge; (b) the right of Hurley to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of Hurley to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Hurley is or may be entitled.

Dated: New York, New York
July 17, 2008

Locke Lord Bissell & Liddell LLP

By: /s/ Allen C. Wasserman
Allen C. Wasserman (AW-4771)
Locke Lord Bissell & Liddell LLP
3 World Financial Center, 20th Floor
New York, New York 10281-2101
Telephone: 212-415-8300
Fax: 212-303-2754

_Counsel for Stephen N. Hurley_

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Request for Notice and Service of All Pleadings and Documents was served upon the all parties in interest via ECF on this the 17th day of July 2009.

                                /s/
                                Casey B. Howard