## BANCA CARIGE
Cassa di Risparmio di Genova e Imperia

Iscritta all'Albo delle Banche e Capogruppo del Gruppo Banca Carige iscritto all'Albo dei Gruppi Bancari

**DIREZIONE GENERALE**

N. CO/ 706 /2009
Uff. Legal Department
Sigle RS

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Attn: Shai Y. Waisman, Esq.**

Alvarez & Marsal North America, LLC
600 Lexington Avenue, 6th Floor
New York, NY 10022

Epiq Bankruptcy Solutions, LLC,
Attn: LBHI Security Inquiry,
757 Third Avenue
3rd Floor, New York, NY 10017



Clerk of the U.S. Bankruptcy Court
Attn: Lehman Brothers Holdings
Claims Processing
One Bowling Green
New York, New York 10004

Genova, July 8 2009

**Object: Banca Carige S.p.A - Securities not in the Lehman Programs Securies' List, as of July 6, 2009.**

Dear Sirs,

We, Banca Carige S.p.A., are writing as creditors of Lehman Brothers Holdings Inc. (U.S.A.) on behalf of ourselves and Our Customers which, exactly like we did, purchased securities issued or guaranteed by Lehman Brothers Holdings Inc. (U.S.A.).

We refer to the "Order Pursuant To Section 502(B)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(C)(3) Establishing The Deadline For Filing Proofs Of Claim, Approving The Form And Manner Of Notice Thereof And Approving The Proof Of Claim Form" dated July 2, 2009 in which United States Bankruptcy Judge, James Peck ordered that "the Debtors, the Creditors' Committee, the account holders or holders of any Lehman Program Security that identify themselves in writing to the Debtors, and the trustees for Lehman Brothers Treasury Co. B.V. and other applicable foreign proceedings will work in good faith to agree on a list of "Lehman Programs Securities" by no later than July 13, 2009".

**BANCA CARIGE** Società per Azioni
Via Cassa di Risparmio, 15 - 16123 Genova

Capitale Sociale € 1.373.921.815 i.v. al 4.10.2006
Sede Legale in Genova, Via Cassa di Risparmio, 15
Codice Fiscale, Partita I.V.A. e



## BANCA CARIGE
Cassa di Risparmio di Genova e Imperia

We hereby request to include in the Lehman Programs Securities' List, as of July 6, 2009, the following securities:

| ISIN | DESCRIPTION | CURRENCY | ISSUER | TYPE | PROGRAM | ISSUE DATE | MATURITY DATE |
|---|---|---|---|---|---|---|---|
| XS0128857413 | EUR LEHMAN 6,375 11 | EUR | LEHMAN BROS HOLDINGS (USA) | FIXED RATE SENIOR NOTE | EMTN 15 Md | 10/05/2001 | 10/05/2011 |
| XS0179304869 | EUR LEHMAN TV 03-08 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 18 Md | 03/11/2003 | 03/11/2008 |
| XS0183944643 | EUR LEHM 4,75% 04/14 | EUR | LEHMAN BROS HOLDINGS (USA) | FIXED RATE SENIOR NOTE | EMTN 60 Md | 16/01/2004 | 16/01/2014 |
| XS0189741001 | EUR LEHM FRN 04/11 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 18 Md | 05/04/2004 | 05/04/2011 |
| XS0193035358 | EUR LEHM FRN 04/09 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 45 Md | 17/05/2004 | 21/05/2009 |
| XS0205185456 | EUR LEHM B FRN 2009 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 25 Md | 09/11/2004 | 09/11/2009 |
| XS0210414750 | GBP LEHM 5% 05-10 | GBP | LEHMAN BROS HOLDINGS (USA) | FIXED RATE SENIOR NOTE | EMTN 25 Md | 26/01/2005 | 26/01/2010 |
| XS0213899510 | EUR LEHM 4% 05/15 | EUR | LEHMAN BROS HOLDINGS (USA) | FIXED RATE SENIOR NOTE | EMTN 25 Md | 23/02/2005 | 09/03/2015 |
| XS0224346592 | EUR LEHM B FRN 2012 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 25 Md | 05/07/2005 | 20/07/2012 |
| XS0272543900 | EUR LEHM FRN 06/11 | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 60 Md | 18/10/2006 | 25/10/2011 |

mod. 026 A

**BANCA CARIGE**
Cassa di Risparmio di Genova e Imperia

| XS0282937985 | EUR LEH BR.07-14 FRN | EUR | LEHMAN BROS HOLDINGS (USA) | FLOATING RATE SENIOR NOTE | EMTN 60 Md | 11/01/2007 | 05/02/2014 |
|---|---|---|---|---|---|---|---|
| XS0326006540 | LEHMAN BR 5,375 12 | EUR | LEHMAN BROS HOLDINGS (USA) | FIXED RATE SENIOR NOTE | EMTN 100 Md | 10/10/2007 | 17/10/2012 |

We await a reply concerning this issue at Your earliest convenience.

If You have any questions or if You need further explanation, please contact Mr. Riccardo Schiavina, Legal Department, through the following email address: riccardo.schiavina@carige.it

Yours faithfully,

(Giuseppe Formica)
HEAD OF THE
LEGAL DEPARTMENT