WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
            Debtors.                                :    **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

### NOTICE OF LEHMAN BROTHERS HOLDINGS INC.'S ASSUMPTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AT 1271 AVENUE OF THE AMERICAS

**PLEASE TAKE NOTICE** that, pursuant to the Order Pursuant to Section 365 of the Bankruptcy Code Authorizing Debtors to Assume Unexpired Lease of Nonresidential Real Property, dated June 26, 2009 [Docket No. 4178], on July 17, 2009, Lehman Brothers Holdings Inc. ("LBHI") assumed that certain Lease, dated as of April 5, 2007 (the "Lease"), by and between Rockefeller Center North, Inc. ("Rockefeller") and LBHI, as modified by that certain amendment to the Lease by and between LBHI and Rockefeller, dated as of July 17, 2009.

Dated: July 17, 2009
       New York, New York

                                            /s/ Shai Y. Waisman
                                            Shai Y. Waisman

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession