**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                        :

In re                                        :          Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*  :          08-13555 (JMP)

                Debtors.            :          (Jointly Administered)

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA         )
                                        ) ss:
COUNTY OF LOS ANGELES     )

       I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 17, 2009, I caused to be served the following documents upon the parties listed on "Exhibit 1" attached hereto by first class U.S. mail, postage prepaid:

   "Notice of Proposed Order Granting, In Part, Motion Of Kalaimoku-Kuhio Development Corp. (A) Compelling Payment Of Post-Petition Rent And Charges; (B) Granting Relief From The Automatic Stay; And (C) Compelling Assumption Or Rejection Of Leases" [Docket No. 4444].

                                                                           /s/ *Krikor J. Meshefejian*
                                                                             Krikor J. Meshefejian

Sworn to me before this
17th day of July, 2009
*/s/ Marguerite Hardin*
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

**COUNSEL FOR DEBTORS**
WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY  10153

**OFFICE OF THE UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

**INTERESTED PARTIES**
PAMI, LLC
1271 AVENUE OF THE AMERICAS
35th FLOOR
NEW YORK, NEW YORK 10020

YAMAMOTO & SETTLE
ATTN: SCOTT W. SETTLE
700 BISHOP STREET, SUITE 200
HONOLULU, HAWAII 96813