David J. Adler, Esquire (#DA0048)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | Chapter 11 |
| In re: | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | (Jointly Administered) |
| Debtor. | **Related Docket No. 4298** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                                              ) SS
COUNTY OF NEW CASTLE   )

Jared F. Schierbaum, being duly sworn, deposes and says:

1.     I am not a party to this action, am over eighteen years of age, and am employed by McCarter & English, LLP, 405 N. King Street, Wilmington, DE 19801.

2.     I caused to be served copies of the following document on the persons set forth on the July 7, 2009 version of the Rule 2002 Service List;

- **Notice of Adjournment of Occidental Energy Marketing, Inc., And Occidental Power Services, Inc.'s Motion  To Effectuate Setoff And Settle Outstanding Derivative Contracts And For Related Relief; (Filed July  8, 2009) [Docket No. 4298].**

3.    I caused such service to be made on the parties and in the manner set forth on the attached Service List.

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this _13th_ day of July, 2009.

_____
Notary Public

**FRANCIS J. ROGERS**
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 17, 2011

ME1 8785017v.1

**HAND DELIVERY (Received on July 9, 2009)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
ATTN: HONORABLE JAMES M. PECK
NEW YORK, NY 10004

**E-MAIL (Sent on July 8, 2009)**

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, DENNIS O'DONNELL,
EVAN FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
Fax: 212-530-5219
Email: ddunne@milbank.com; efleck@milbank.com;
dodonnell@milbank.com

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W. SUITE 800
ATTN: KENNETH J. CAPUTO
WASHINGTON, DC 20005-2215
Email: kcaputo@sipc.org

WEIL, GOTSHAL & MANGES LLP
ATTN:  RICHARD KRASNOW, LORI FIFE,
SHAI WAISMAN, JACQUELINE MARCUS
(COUNSEL TO:  LEHMAN BROTHERS HOLDINGS, INC.)
767 FIFTH AVENUE
NEW YORK, NY 10153
Email: richard.krasnow@weil.com; lori.fife@weil.com;
shai.waisman@weil.com; jacqueline.marcus@weil.com

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004
Fax: 212-668-2255

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
Email: danna.drori@usdoj.gov

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
Fax: 212-637-2717, 212-637-2686
Email: Robert.yalen@usdoj.gov

SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
NEW YORK, NY 10007
Email: cohena@sec.gov; newyork@sec.gov; jacobsonn@sec.gov

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE GAUCH
DIVSION OF MARKET REGULATION
450 5TH STREET NW
WASHINGTON, DC 20549-1001
Email: gauchb@sec.gov

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301
Fax: 866-821-4198
Email: ctatelbaum@adorno.com

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
2525 PONCE DE LAON BLVD., SUITE 400
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134
Fax: 305-356-4791
Email: adg@adorno.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY 10036
Fax: 212-872-1002
Email: mstamer@akingump.com; pdublin@akingump.com;
mlahaie@akingump.com

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
Fax: 212-610-6399
Email: lisa.kraidin@allenovery.com

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
Fax: 212-610-6399
Email: Ken.Coleman@allenovery.com

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
Fax: 212-610-6399
Email: daniel.guyder@allenovery.com

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321
Fax: 949-553-8354
Email: mgreger@allenmatkins.com; jtimko@allenmatkins.com

AOZORA BANK LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN
Fax: 81-3-3263-9872
Email: s.minehan@aozorabank.co.jp

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN
Email: k4.nomura@aozorabank.co.jp

ARENT FOX LLP
ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-484-3990
Email: hirsch.robert@arentfox.com;
angelich.george@arentfox.com

ARENT FOX LLP
ATTN: CHRISTOPHER J. GIAIMO, ESQ.
(COUNSEL TO GEORGETOWN UNIVERSITY)
1052 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
Fax: 202-857-6395
Email: giaimo.christopher@arentfox.com

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720
Fax: 314-621-5065
Email: scousins@armstrongteasdale.com;
sehlers@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031
Fax: 404-873-8121
Email: dladdin@agg.com, frank.white@agg.com

ARNOLD & PORTER
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-715-1399
Email: anthony_boccanfuso@aporter.com

ARNOLD & PORTER
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
555 12TH STREET, NW
WASHINGTON, DC 20004
Fax: 202-942-5999
Email: charles_malloy@aporter.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
Email: jg5786@att.com

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271
Fax: 212-416-6009
Email: neal.mann@oag.state.ny.us

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030
Fax: 215-945-7001
Email: peter@bankrupt.com

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
Fax: 617-422-0383
Email: ffm@bostonbusinesslaw.com

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Fax: 215-875-4604
Email: cbrotstein@bm.net

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ATTN: MICHAEL J. PUCILLO, WENDY H. ZOBERMAN AND
ANNE F. O'BERRY
222 LAKEVIEW AVENUE, ESPERANTE BLDG.
SUITE 900
WEST PALM BEACH, FL 33401
Fax: 561-835-0322
Email: mpucillo@bermanesq.com; wzoberman@bermanesq.com;
aoberry@bermanesq.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
Fax: 212-554-1444
Email: sean@blbglaw.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
Fax: 858-793-0323
Email: davids@blbglaw.com

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237
Fax: 720-488-7711
Email: dbarber@bsblawyers.com

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN AND HOMES)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237
Fax: 720-488-7711
Email: dbarber@bsblawyers.com; smulligan@bsblawyers.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN,
JOSHUA DORCHAK
399 PARK AVENUE
NEW YORK, NY 10022-4689
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com; joshua.dorchak@bingham.com;

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com;
steven.wilamowsky@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS
INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726
Fax: 617-951-8736
Email: sabin.willett@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com,
robert.dombroff@bingham.com,
steven.wilamowsky@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
ONE STATE STREET
HARTFORD, CT 06103
Fax: 860-240-2800
Email: mark.deveno@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
JOSHUA DORCHAK
399 PARK AVENUE
NEW YORK, NY 10022-4689
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com; joshua.dorchak@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com;
steven.wilamowsky@bingham.com;
carol.weinerlevy@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC)
399 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-752-5378
Email: jeffrey.sabin@bingham.com;
joshua.dorchak@bingham.com

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR
THOMSON REUTERS PLC & THOMSON REUTERS CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
Fax: 212-332-3728
Email: elobello@blankrome.com

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN: ROGER G. JONES
(COUNSEL TO:  FRANKLIN AMERICAN MORTGAGE CO.)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
Fax: 615-252-6323
Email: RJones@BoultCummings.com

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN
(COUNSEL TO:  FRANKLIN AMERICAN MORTGAGE CO.)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
Fax: 615-252-6307
Email: AMcMullen@BoultCummings.com

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103
Fax: 860-246-3201
Email: kurt.mayr@bgllp.com

BRESLOW & WALKER, LLP
ATTN: ROY H. CARLIN, PC
(COUNSEL TO PT. BANK NEGARA INDONESIA (PERSARO))
767 THIRD AVENUE
NEW YORK, NY 10017
Fax: 212-888-4955
Email: rcarlin@breslowwalker.com

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
PO BOX 829009
DALLAS, TX 75382-9009
Fax: 972-643-6698
Email: notice@bkcylaw.com

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
Fax: 612-977-8650
Email: mgordon@briggs.com

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
NEW YORK REGION
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
Fax: 212-417-7195
Email: Monica.Lawless@brookfieldproperties.com

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
Fax: 856-853-9933
Email: dludman@brownconnery.com

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
Fax: 856-853-9933
Email: dludman@brownconnery.com

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO: ORACLE USA, INC.)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
Fax: 415-227-0770
Email: schristianson@buchalter.com

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018
Fax: 212-440-4401
Email: christopher.schueller@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410
Fax: 412-562-1041
Email: timothy.palmer@bipc.com

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO: CGD)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017
Fax: 212-818-0494
Email: fishere@butzel.com, sidorsky@butzel.com

CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
ATTN: HOWARD R. HAWKINS JR, HANH V. HUYNH
& ELLEN M. HALSTEAD
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com; hanh.huynh@cwt;
ellen.halstead@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
AND GARY TICOLL, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: deryck.palmer@cwt.com; john.rapisardi@cwt.com;
gary.ticoll@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com; ellen.halstead@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Email: israel.dahan@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004
Fax: 202-862-2400
Email: mark.ellenberg@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com, hanh.huynh@cwt.com,
ellen.halstead@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com; ellen.halstead@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)
ONE WOLRD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
Fax: 212-504-6666
Email: howard.hawkins@cwt.com; jason.jurgens@cwt.com;
ellen.halstead@cwt.com

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
EIGHTY PINE STREET
NEW YORK, NY 10005
Fax: 212-269-5420
Email: sgordon@cahill.com; jlevitin@cahill.com

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
P.O. BOX 942707
SACRAMENTO, CA 94229-2707
Fax: 916-795-3659
Email: Thomas_Noguerola@calpers.ca.gov

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166
Fax: 212-984-6655
Email: wanda.goodloe@cbre.com

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012
Fax: 212-541-5369
Email: dlemay@chadbourne.com, hseife@chadbourne.com,
arosenblatt@chadbourne.com

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL 60603
Fax: 312-701-2361
Email: spiotto@chapman.com; acker@chapman.com;
heiser@chapman.com

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603
Fax: 312-701-2361
Email: heiser@chapman.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD, ESQ &
LISA M. SCHWEITZER, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: lgranfield@cgsh.com; lschweitzer@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI JR., ESQ.
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS
EUROPENA PERFORMANCE FUND LIMITED)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
AND EVERGREEN, ET. AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
(COUNSEL TO GOLDMAN, SACH & CO., AT AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
Fax: 212-225-3999
Email: MAOFILING@CGSH.COM

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019
Fax: 212-878-8375
Email: jennifer.demarco@cliffordchance.com

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
Fax: 212-878-8375
Email: Andrew.Brozman@cliffordchance.com;
Sara.Tapinekis@cliffordchance.com

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND WENDY ROSENTHAL
(COUNSELT TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
Fax: 212-878-8375
Email: andrew.brozman@cliffordchance.com;
wendy.rosenthal@cliffordchance.com

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663
Fax: 201-845-9423
Email: psp@njlawfirm.com; jwh@njlawfirm.com

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY AND JOHN H. DRUCKER
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022
Fax: 212-752-8393
Email: Lmay@coleschotz.com; Jdrucker@coleschotz.com

COMMODITY FUTURES TRADING COMMISSION
ATTN: TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
Fax: 202-418-5524
Email: tarbit@cftc.gov

COMMODITY FUTURES TRADING COMMISSION
ATTN: ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
Fax: 202-418-5547
Email: rwasserman@cftc.gov

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019
Fax: 713-324-5161
Email: jeff.wittig@coair.com

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830
Email: eschwartz@contrariancapital.com

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662
Fax: 650-363-4034
Email: mmurphy@co.sanmateo.ca.us

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
Fax: 212-841-1010
Email: mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019
Fax: 212-474-3700
Email: RLevin@cravath.com; RTrust@cravath.com

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101
Fax: 206-624-8598
Email: jlipson@crockerkuno.com; ttracy@crockerkuno.com

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102
Fax: 405-239-6651
Email: judy.morse@crowedunlevy.com

CROWELL & MORING LLP
ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022
Email: woconnor@crowell.com; bzabarauskas@crowell.com

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
Fax: 203-708-3933
Email: jcarberry@cl-law.com

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER,
JAMES I. MCCLAMMY
(COUNSEL TO:  NATIXIS ENTITIES)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
Fax: 212-450-3800
Email: karen.wagner@dpw.com; avi.gesser@dpw.com;
james.mcclammy@dpw.com

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER & JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY 10017
Fax: 212-450-3800
Email: karen.wagner@dpw.com; james.mcclammy@dpw.com

DEALY & SILBERSTEIN, LLP
ATTN: MILO SILBERSTEIN, WILLIAM J. DEALY, ESQS.
(COUNSEL TO: MELVYN J. COLBY)
225 BROADWAY, SUITE 1405
NEW YORK, NY 10007
Fax: 212-385-2117
Email: msilberstein@dealysilberstein.com;
wjd@dealysilberstein.com

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-909-6836
Email: mcto@debevoise.com; macronin@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-909-6836
Email: mcto@debevoise.com; macronin@debevoise.com

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Fax: 212-698-3599
Email: glenn.siegel@dechert.com; iva.uroic@dechert.com

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203
Email: mmooney@deilylawfirm.com

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
Fax: 212-259-6333
Email: mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
Fax: 212-259-6333
Email: pwright@dl.com; esmith@dl.com

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
& WILLIAM C. HEUER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
Fax: 212-259-6333
Email: mbienenstock@dl.com;igoldstein@dl.com;wheuer@dl.com

DEWEY & LEBOEUF LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
Fax: 212-259-6333
Email: mbienenstock@dl.com; igoldstein@dl.com

DEWEY & LEBOUEF LLP
ATTN: P. BRUCE WRIGHT, ELIZABETH PAGE SMITH,
SARAH L. TRUM
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
Fax: 212-259-6333
Email: pwright@dl.com; esmith@dl.com; strum@dl.com;

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
Fax: 713-333-5199
Email: ADiamond@DiamondMcCarthy.com;
SLoden@DiamondMcCarthy.com

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
203 NORTH LASALLE ST., STE 1900
CHICAGO, IL 60601
Fax: 312-251-2170
Email: timothy.brink@dlapiper.com;
matthew.klepper@dlapiper.com

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
Fax: 212-335-4501; 212-884-8565; 212-884-8690
Email: thomas.califano@dlapiper.com

DLA PIPER LLP (US)
ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN
(COUNSEL TO LAHDE CAP MGMT, WESPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
Fax: 213-330-7701
Email: karol.denniston@dlapiper.com;
deborah@saltzman@dlapiper.com

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS.
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
Fax: 212-335-4501
Email: william.m.goldman@dlapiper.com;
john.mcnicholas@dlapiper.com

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
Fax: 212-208-6118
Email: joseph.scordato@dkib.com

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
Fax: 973-360-9831
Email: robert.malone@dbr.com, douglas.mcgill@dbr.com

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116
Fax: 212-248-3141
Email: stephanie.wickouski@dbr.com

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209
Fax: 202-842-8465
Email: kristin.going@dbr.com

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086
Fax: 215-689-2746
Email: LJKotler@duanemorris.com

DUFFY AND ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELETRIS POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001
Fax: 212-500-7972
Email: tduffy@duffyandatkins.com; jim@atkinslawfirm.com

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584
Fax: 216-479-7086
Email: sandyscafaria@eaton.com

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
120 BROADWAY
NEW YORK, NY 10271
Fax: 212-238-3100
Email: ezujkowski@emmetmarvin.com

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017
Email: aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177
Email: kkelly@ebglaw.com

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037
Email: dtatge@ebglaw.com

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
Fax: 818-827-9099
Email: sgubner@ebg-law.com; cweber@ebg-law.com

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320
Fax: 516-227-0777
Email: lscarcella@farrellfritz.com

FEDERAL HOME LOAN MORTGAGE CORP
GEORGE KIELMAN
ASSOCIATE GENERAL COUNSEL FOR LITIGATION
8200 JONES BRANCH DRIVE - MS 202
MC LEAN, VA 22102
Fax: 703-903-4160
Email: GEORGE_KIELMAN@FREDDIEMAC.COM

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001
Fax: 212-720-8709
Email: shari.leventhal@ny.frb.org

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTN: S. FELDERSTEIN, P. PASCUZZI & H. ESTIOKO
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814
Fax: 916-329-7435
Email: sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; hestioko@ffwplaw.com

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
Fax: 866-849-2040
Email: charles@filardi-law.com

FIRST TRUST PORTFOLIOS L.P.
ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187
Fax: 630-517-7246
Email: pwirt@ftportfolios.com

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
90 PARK AVENUE
NEW YORK, NY 10016
Fax: 212-682-2329
Email: dheffer@foley.com

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654
Fax: 312-832-4700
Email: jlee@foley.com

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE 68102
Fax: 402-341-8290
Email: MSchleich@fraserstryker.com

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103
Fax: 918-583-8251
Email: sory@fdlaw.com; jhiggins@fdlaw.com

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
Fax: 312-360-6520
Email: ahammer@freebornpeters.com;
deggert@freebornpeters.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ.
AND MITCHELL EPNER, ESQ.
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980
Fax: 212-859-4000
Email: peter.simmons@friedfrank.com;
brian.pfeiffer@friedfrank.com; mitchell.epner@friedfrank.com

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105
Fax: 415-834-1077
Email: efriedman@friedumspring.com

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: ANNE E. BEAUMONT
(COUNSEL TO MALAYSIAN AIRLINE SYSTEM)
1633 BROADWAY, 46TH FLOOR
NEW YORK, NY 10019-6708
Fax: 212-833-1250
Email: abeaumont@fklaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103
Fax: 212-318-3400
Email: drosenzweig@fulbright.com

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604
Fax: 717-295-9194
Email: jmerva@fult.com

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011
Fax: 713-276-5555
Email: jmelko@gardere.com

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERCIA TOWER, 100 S.E. 2ND ST, STE 400
MIAMI, FL 3285
Fax: 305-349-2310
Email: relgidely@gjb-law.com; jgenovese@gjb-law.com;
pbattista@gjb-law.com; dcimo@gjb-law.com

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
Fax: 973-596-0545
Email: dcrapo@gibbonslaw.com

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
200 PARK AVENUE
NEW YORK, NY 10166-0193
Fax: 212-351-6258,212-351-5234
Email: mrosenthal@gibsondunn.com; jweiss@gibsondunn.com

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
845 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-425-3130
Email: aseuffert@lawpost-nyc.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
Fax: 414-273-5198
Email: tnixon@gklaw.com; jherzog@gklaw.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN: JONATHAN L. FLAXER, ESQ.
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
437 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-754-0330
Email: jflaxer@golenbock.com

GOULSTON & STORRS, P.C.
ATTN: DOUGLAS B. ROSNER & GREGORY O. KADEN
400 ATLANTIC AVENUE
BOSTON, MA 02210
Fax: 617-574-4112
Email: drosner@goulstonstorrs.com; gkaden@goustonstorrs.com

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER,.GREG KADEN
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
Fax: 617-574-4112
Email: jwallack@goulstonstorrs.com,
drosner@goulstonstorrs.com, gkaden@goulstonstorrs.com

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
Fax: 651-293-5746
Email: brian_corey@gtservicing.com

GREENBERG TRAURIG, LLP
ATTN: JOHN W. WEISS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166
Fax: 212-801-6400
Email: weissjw@gtlaw.com

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK, TARA B. ANNWEILER
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550
Fax: 409-766-6424
Email: tannweiler@greerherz.com

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES
Email: Nasreen.Bulos@dubaiic.com

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
488 MADISON AVE.,15TH FLOOR
NEW YORK, NY 10022
Fax: 212-478-7400
Email: jschwartz@hahnhessen.com; jorbach@hahnhessen.com

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
Fax: 212-478-7400
Email: rmatzat@hahnhessen.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
Fax: 212-765-0964
Email: wbenzija@halperinlaw.net, jdyas@halperinlaw.net

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
TWO PARK AVENUE
NEW YORK, NY 10016
Fax: 212-592-1500
Email: agold@herrick.com

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
2 PARK AVENUE
NEW YORK, NY 10016
Fax: 212-592-1500
Email: sselbst@herrick.com

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021
Fax: 208-396-3958
Email: ramona.neal@hp.com

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304
Fax: 650-852-8617
Email: anne.kennelly@hp.com

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806
Email: ken.higman@hp.com

HODGSON RUSS LLO
ATTN: DEBORAH J. PIAZZA AND MAUREEN T. BASS
(COUNSEL TO GESCONSULT S.A. SG LLC)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
Fax: 212-972-1677
Email: DPiazza@HodgsonRuss.com; MBass@HodgsonRuss.com

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150
Fax: 212-972-1677
Email: SGross@HodgsonRuss.com

HODGSON RUSS LLP
ATTN: GARRY M. GRABER AND DEBORAH J. PIAZZA
(COUNSEL TO DEERE & COMPANY)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
Fax: 212-972-1677
Email: GGraber@HodgsonRuss.com; DPiazza@HodgsonRuss.com

HOGAN & HARTSON LLP
ATTN: IRA S. GREENE & DENA C. KAUFMAN
875 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-918-3100
Email: isgreene@hhlaw.com;dckaufman@hhlaw.com

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
875 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-918-3100
Email: isgreene@hhlaw.com; sagolden@hhlaw.com;
dckaufman@hhlaw.com

HOLLAND & KNIGHT LLP
ATTN: BARBRA PARLIN, ARTHUR ROSENBERG, AND
FRANCOIS JANSON
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189
Fax: 212-385-9010
Email: barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com;
francois.janson@hklaw.com

HOLLAND & KNIGHT LLP
ATTN: RICHARD E. LEAR, ESQ.
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006
Fax: 202-955-5564
Email: richard.lear@hklaw.com

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189
Fax: 212-385-9010
Email: francoise.janson@hklaw.com

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
10 ST. JAMES AVENUE
BOSTON, MA 02116
Email: john.monaghan@hklaw.com

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPER LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007
Fax: 212-385-9010
Email: barbra.parlin@hklaw.com

HOLME ROBERTS & OWEN LLP
ATTN: ERIC JOHNSON
1700 LINCOLN, SUITE 4100
DENVER, CO 80203
Fax: 303-866-0200
Email: eric.johnson@hro.com

HUNTON & WILLIAMS LLP
ATTN: PETER S. PARTEE SR. & SCOTT H. BERNSTEIN
200 PARK AVENUE
NEW YORK, NY 10166
Fax: 212-309-1100
Email: ppartee@hunton.com; sbernstein@hunton.com

HUNTON & WILLIAMS LLP
ATTN: J.R. SMITH
951 EAST BYRD STREET
RIVERFRONT PLAZA, EAST TOWER
RICHMOND, VA 23219
Fax: 804-788-8218
Email: jrsmith@hunton.com

HUNTON & WILLIAMS LLP
ATTN: PETER S. PARTEE, SCOTT H. BERNSTEIN
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166-0136
Fax: 212-309-1100
Email: ppartee@hunton.com; sbernstein@hunton.com;

HUNTON & WILLIAMS LLP
ATTN: JASON W. HARBOUR
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
Fax: 804-788-8218
Email: jharbour@hunton.com;

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202
Fax: 214-740-7151
Email: mmendez@hunton.com

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
(COUNSEL TO GENWORTH FINANCIAL, INC.)
200 PARK AVENUE
NEW YORK, NY 10166
Fax: 212-309-1100
Email: rnorton@hunton.com

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166
Fax: 212-309-1100
Email: sbernstein@hunton.com

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKWELL AVENUE, SUITE 2500
MIAMI, FL 33131
Fax: 305-810-2460
Email: keckhardt@hunton.com

INFOSPACE, INC.
ATTN: ALEJANDRO C. TORRESM, ESQ.
GENERAL COUNSEL
601 108TH AVENUE, NE
BELLEVUE, WA 98004
Email: alex.torres@infospace.com

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177
Fax: 212-907-9681
Email: cweiss@ingramllp.com

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038
Email: toby.r.rosenberg@irscounsel.treas.gov;
mimi.m.wong@irscounsel.treas.gov

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905
Fax: 321-729-1036
Email: dbalog@intersil.com

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173
Fax: 713-993-9185
Email: teresa.oxford@invescoaim.com

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830
Fax: 203-661-9462
Email: mneier@ibolaw.com

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
Email: jay.hurst@oag.state.tx.us

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
Fax: 212-891-1699
Email: ptrostle@jenner.com

JENNER & BLOCK LLP
BYNAM (COUSNEL TO ANTON R. VALUKAS, THE
EXAMINER)
Fax: 312-527-0484
Email: dmurray@jenner.com; rbynam@jenner.com

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WEASHINGTON STREET
PHOENIX, AZ 85004-2385
Fax: 602-495-2654
Email: bspector@jsslaw.com; gspilsbury@jsslaw.com

JODY OWEN
Email: jowen769@yahoo.com

JOSEPH L. FOX, ESQ.
(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)
60 EAST 42ND STREET, SUITE 2231
NEW YORK, NY 10165
Email: jfox@joefoxlaw.com

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
Fax: 212-637-2686
Email: Joseph.Cordaro@usdoj.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019
Fax: 212-506-1800
Email: dfriedman@kasowitz.com, drosner@kasowitz.com,
aglenn@kasowitz.com

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158
Email: snewman@katskykorins.com

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF
SCOTT TALMADGE
LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-836-6157
Email: lattard@kayescholer.com

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE,
LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-836-6157
Email: lattard@kayescholer.com

KAYE SCHOLER LLP
ATTN: ANA M. ALFONSO
425 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-836-8689
Email: aalfonso@kayescholer.com

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF AND LAUREN ATTARD
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
425 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-836-6157
Email: lattard@kayescholer.com

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ., HOWARD
S. STEEL, ESQ.101 PARK AVENUE
(COUNSEL TO:  TULLETT PREBON)
101 PARK AVENUE
NEW YORK, NY 10178
Fax: 212-808-7897
Email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
333 WEST WACKER DRIVE, 26TH FL
CHICAGO, IL 60606
Fax: (312) 857-7095
Email: mpage@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
Fax: 212-808-7897
Email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
Fax: 212-808-7897
Email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN: ISKENDER H. CATTO, ESQ.
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
CITIGROUP CENTER
153 EAST 53RD STREET
NEW YORK, NY 10022-4611
Fax: 212-446-4900
Email: icatto@kirkland.com

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD)
275 MADISON AVE, 11TH FL
NEW YORK, NY 10016
Email: jay@kleinsolomon.com

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSELT TO:  OVERSTOCK.COM, INC.)
292 MADISION AVENUE, 17TH FLOOR)
NEW YORK, NY 10017
Fax: 212-972-2245
Email: jjureller@klestadt.com

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, STEVEN W
PERLSTEIN AND IAN N LEVY
(COUNSEL TO:  ESSEX, 4KIDS, NORTHGATE, & ABM)
800 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-488-1220
Email: michael.kim@kobrekim.com;
robert.henoch@kobrekim.com;  steven.perlstein@kobrekim.com;
ian.levy@kobrekim.com

KOBRE & KIM LLP
ATTN:  ANDREW C. LOURIE (AL-0630)
(COUNSEL TO:  ESSEX, 4KIDS, NORTHGATE, & ABM)
1919 M STREET, N.W.
WASHINGTON, DC 20036
Fax: 202-664-1920
Email: andrew.lourie@kobrekim.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND
AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Fax: 212-715-8000
Email: tmayer@kramerlevin.com; boneill@kramerlevin.com;
acaton@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND
GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Fax: 212-715-8000
Email: tmayer@kramerlevin.com; pbentley@kramerlevin.com;
gnovod@kramerlevin.com

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079
Fax: 212-238-4848
Email: MLandman@lcbf.com; WBallaine@lcbf.com;
SRee@lcbf.com

LANE POWELL PC
ATTN: CHARLES R. EKBERG
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338
Fax: 206-289-1544
Email: ekbergc@lanepowell.com

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
885 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-751-4864
Email: keith.simon@lw.com

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
Fax: 312-993-9767
Email: david.heller@lw.com; douglas.bacon@lw.com

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560
Fax: 213-891-8763
Email: peter.gilhuly@lw.com

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560
Fax: 213-891-8763
Email: peter.gilhuly@lw.com

LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
(COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
Fax: 312-993-9767
Email: richard.levy@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022
Fax: 212-371-0460
Email: gabriel.delvirginia@verizon.net

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY 11514
Fax: 516-294-4019
Email: ezweig@optonline.com

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
Fax: 214-521-1738
Email: sheehan@txschoollaw.com

LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT
VERTRETEN DURCH IHREN VORSTAND
(MICHAEL BONACKER, HANS-MARTIN BURY, HELMUT OLIVIER
DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER)
RATHENAUPLATZ 1
60313 FRANKFURT AM MAIN
GERMANY
Fax: +49 (0) 69/15 307 6599
Email: michael.bonacker@lehman.com; martin.bury@lehman.com;
helmut.olivier@lehman.com; patrick.schmitz-morktramer@lehman.com;
christian.spieler@lehman.com

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036
Email: wswearingen@llf-law.com

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 HUDSON ST
NEW YORK, NY 100131413
Fax: 212-355-9592
Email: sfineman@lchb.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
Email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201
Fax: 469-221-5002
Email: dallas.bankruptcy@pulicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760
Fax: 512-443-5114
Email: austin.bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: ELIZABETH FREEMAN
(COUNSEL TO DYNEGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS STREET
HOUSTON, TX 77002-3095
Fax: 713-223-3717
Email: efreeman@lockelord.com

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND
DANIEL B. BESIKOF
345 PARK AVENUE
NEW YORK, NY 10154
Fax: 212-407-4990
Email: wcurchack@loeb.com; vrubinstein@loeb.com;
dbesikof@loeb.com

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECA N. NEDD
590 MADISON AVE
NEW YORK, NY 10022
Fax: 212-909-0660
Email: Robin.Keller@Lovells.com; omeca.nedd@lovells.com

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
590 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-909-0660
Email: chris.donoho@lovells.com

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-909-0660
Email: robin.keller@lovells.com

LOVELLS LLP
ATTN: MATTHEW P. MORRIS, ESQ.
(COUNSEL TO CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-909-0660
Email: matthew.morris@lovells.com

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020
Fax: 212-262-7402
Email: ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2481
Email: ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN
65 LIVINGSTON AVE.
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: krosen@lowenstein.com, vdagostino@lowenstein.com,
ehorn@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
Fax: 212-262-7400
Email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON TEELE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
Fax: 212-262-7400
Email: metkin@lowenstein.com; twheeler@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: JEFFREY PROL, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: jprol@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: JEFFREY PROL, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: jprol@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: JEFFREY PROL, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: jprol@lowenstein.com

LOWENSTEIN SNADLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON LEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
Fax: 973-597-2400
Email: metkin@lowenstein.com; steele@lowenstein.com

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203
Fax: 716-842-5376
Email: mwarren@mtb.com

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801
Fax: 302-888-1119
Email: jhuggett@margolisedelstein.com

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ.
AMIT TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ; JEFFREY G. TOUGAS, ESQ;
AMIT TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: BTRUST@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ; FREDERICK D. HYMAN, ESQ.;
JEFFREY G. TOUGAS, ESQ.; AMIT K. TREHAN, ESQ.
WASHINGTON MUTUAL
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: fhyman@mayerbrown.com; atrehan@mayerbrown.com

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: btrust@mayerbrown.com; jtougas@mayerbrown.com;
atrehan@mayerbrown.com

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: btrust@mayerbrown.com; fhyman@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com;

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: agolianopoulos@mayerbrown.com

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60606
Fax: 312-701-7711
Email: tkiriakos@mayerbrown.com, mmickey@mayerbrown.com

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: btrust@mayerbrown.com; fhyman@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019
Fax: 212-262-1910
Email: swolowitz@mayerbrown.com; btrust@mayerbrown.com

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203
Fax: 205-254-1999
Email: jlamar@maynardcooper.com

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753
Fax: 516-364-0612
Email: KReynolds@mklawnyc.com

MCCALLA RAYMER, LLC
ATTN: MATTHEW DYER
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102
Fax: 866-761-0279
Email: matthew.dyer@prommis.com

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102-4096
Fax: 973-624-7070
Email: eglas@mccarter.com

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801
Fax: 302-984-6399
Email: kmayer@mccarter.com

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801
Fax: 302-984-6399
Email: wtaylor@mccarter.com

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096
Fax: 312-984-7700
Email: ncoco@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
(COUNSEL TO MARIE PAPILLON)
340 MADISON AVENUE
NEW YORK, NY 10173-1922
Fax: 212-547-5444
Email: gravert@mwe.com

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
1345 AVENUE OF THE AMERICAS, 7TH FL
NEW YORK, NY 10105
Fax: 212-548-2150
Email: phayden@mcguirewoods.com; sfox@mcguirewoods.com

MCGUIREWOODS LLP
ATTN: DION W. HAYES
901 EAST CARY STREET
RICHMOND, VA 23219
Fax: 804-775-1061
Email: dhayes@mcguirewoods.com

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102
Fax: 703-712-5050
Email: dswan@mcguirewoods.com; kmisken@mcguirewoods.com

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219
Fax: 804-698-2186
Email: jmaddock@mcguirewoods.com;
jsheerin@mcguirewoods.com

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER AND KEVIN FRITZ
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017
Fax: 212-655-3535
Email: jmr@msf-law.com; kaf@msf-law.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME, ESQ.
900 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY 11530
Email: tslome@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
Fax: 516-741-6706
Email: amarder@msek.com; jmazermarino@msek.com

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202
Email: harrisjm@michigan.gov

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT, BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN
GERMANY
Fax: +49 (0) 69/7 17 01 - 40410
Email: michael.frege@cms-hs.com

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: PAUL ARONZON & GREGORY A. BRAY
601 SOUTH FIGUEROA STREET 30TH FL
LOS ANGELES, CA 90017
Fax: 213-629-5063
Email: paronzon@milbank.com;gbray@milbank.com

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
Fax: 573-751-7232
Email: sdnyecf@dor.mo.gov, steve.ginther@dor.mo.gov

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828
Fax: 843-579-8727
Email: davidwheeler@mvalaw.com

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0600
Fax: 212-309-6001
Email: Nherman@morganlewis.com

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN
Fax: +81 3 6212 8216
Email: nissay_10259-0154@mhmjapan.com

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY
GARDEN CITY, NY 11530
Email: lberkoff@moritthock.com

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: jwishnew@mofo.com, lmarinuzzi@mofo.com

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI ,LORENZO MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: jpintarelli@mofo.com, lmarinuzzi@mofo.com

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. ,GARY LEE, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: lmarinuzzi@mofo.com; glee@mofo.com

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO 100-6529,
JAPAN
Fax: +81 3 3214 6512
Email: twatanabe@mofo.com

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: KOstad@mofo.com; TGoren@mofo.com

MORRISON & FOERSTER LLP
ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: GLee@mofo.com; JPintarelli@mofo.com

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: lnashelsky@mofo.com

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
Fax: 212-468-7900
Email: BMiller@mofo.com

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
909 THIRD AVENUE
NEW YORK, NY 10022
Fax: 212-735-8708
Email: bankruptcy@morrisoncohen.com

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057
Fax: (512) 391-6149
Email: rmunsch@munsch.com

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659
Fax: (214) 978-4335
Email: Klippman@munsch.com

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN
Fax: 81-3-5213-2268
Email: masaki_konishi@noandt.com

NATIONWIDE FUND ADVISORS
ATTN: ERIC E. MILLER, ESQ.
SVP/GENERAL COUNSEL
1200 RIVER ROAD - SUITE 1000
CONSHOHOCKEN, PA 19428
Fax: 484-530-1323
Email: Millee12@nationwide.com

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661
Fax: 312-762-1175
Email: susan.schultz@newedgegroup.com

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-940-3111
Email: ddrebsky@nixonpeabody.com

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
100 SUMMER STREET
BOSTON, MA 02110
Fax: 617-345-1300
Email: adarwin@nixonpeabody.com

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
437 MADISON AVENUE
NEW YORK, NY 10022
Fax: 212-940-3111
Email: vmilione@nixonpeabody.com

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY)
100 SUMMER STREET
BOSTON, MA 02110
Fax: 866-382-5868
Email: mberman@nixonpeabody.com

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
Fax: 212-940-3111
Email: vmilione@nixonpeabody.com

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281
Fax: 646-587-9505
Email: bankruptcymatters@us.nomura.com

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022
Fax: 212-616-2101
Email: info2@normandyhill.com

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019
Email: krubin@ozcap.com

OFFICE OF THE ATTORNEY GENERAL
ATTN: CHRISTOPHER J. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
Fax: (215)560-2202
Email: crmomjian@attorneygeneral.gov

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
Fax: 651-297-8265
Email: jeremy.eiden@state.mn.us

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552
Fax: 202-906-6353
Email: dirk.roberts@ots.treas.gov

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311
Fax: 201-413-5863
Email: martin.davis@ots.treas.gov

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FLOOR
NEW YORK, NY 10281-1008
Email: akantesaria@oppenheimerfunds.com

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924
Email: akantesaria@oppenheimerfunds.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
Fax: 212-506-5151
Email: rdaversa@orrick.com; crogers@orrick.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR., WESTON T. EGUCHI AND
COURTNEY M. ROGERS
(COUNSEL TO THE BANK OF NOVA SCOTIA)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
Fax: 212-506-5151
Email: rdaversa@orrick.com; weguchi@orrick.com;
crogers@orrick.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706
Fax: 202-339-8500
Email: jguy@orrick.com

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
Fax: 202-339-8500
Email: jguy@orrick.com; korr@orrick.com; dfelder@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.
GUY AND DEBRA L. FELDER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
Fax: 202-339-8500
Email: rfrankel@orrick.com; rwyron@orrick.com;
jguy@orrick.com; dfelder@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
AND COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
Fax: 212-506-5151
Email: lmcgowen@orrick.com; rdaversa@orrick.com;
crogers@orrick.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
WILLIAM M. SILVERMAN, ESQ., PETER FELDMAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
Fax: 212-682-6104
Email: wsilverm@oshr.com; pfeldman@oshr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
230 PARK AVENUE
NEW YORK, NY 10169-0075
Fax: 212-682-6104
Email: wsilverm@oshr.com; pfeldman@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
Email: chipford@parkerpoe.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
Fax: 212-336-2222
Email: dwdykhouse@pbwt.com; bguiney@pbwt.com

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
Fax: 212-230-7689
Email: harveystrickon@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022
Email: thomaskent@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
Fax: 212-757-3990
Email: sshimshak@paulweiss.com; ddavis@paulweiss.com;
chammerman@paulweiss.com

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: HOWARD J. WEG AND DEVID B. SHEMANO
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067
Fax: 310-552-3101
Email: hweg@pwkllp.com; dshemano@pwkllp.com

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
Fax: 312-259-7926
Email: kressk@pepperlaw.com; kovskyd@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276
Fax: 609-452-1147
Email: wisotska@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ.
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
Fax: 215-981-4750
Email: lawallf@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
Fax: 302-421-8390
Email: meltzere@pepperlaw.com; schannej@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430
Fax: 817-860-6509
Email: arlbank@pbfcm.com

PFEIFER & REYNOLDS, LLP
ATTN: MICHAEL R. PFEIFER, JAMES P. FINERTY AND
LIBBY WONG
(COUNSEL TO NBGI, INC.)
765 THE CITY DRIVE SOUTH, SUITE 300
ORANGE, CA 92868
Fax: 714-703-9303
Email: mpfeifer@pfeiferlaw.com; jfinerty@pfeiferlaw.com;
lwong@pfeiferlaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
1540 BROADWAY
NEW YORK, NY 10036-4039
Fax: 212-858-1500
Email: david.crichlow@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443
Fax: 213-629-1033
Email: bill.freeman@pillsburylaw.com;
mark.houle@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: PATRICK J. POTTER
(COUNSEL TO PYRRHULOXIA, LP)
2300 N. STREET, NW
WASHINGTON, DC 20037
Fax: 202-663-8007
Email: patrick.potter@pillsburylaw.com

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
1065 AVENUE OF THE AMERICAS, 18TH FL
NEW YORK, NY 10018
Fax: 212-593-0353
Email: splatzer@platzerlaw.com

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
Fax: 816-753-1536
Email: dflanigan@polsinelli.com

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
Email: jbird@polsinelli.com

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Fax: 302-252-0921
Email: cward@polsinelli.com

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997
Fax: 973-538-5146
Email: jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022
Fax: 973-994-1705
Email: fbp@ppgms.com; lml@ppgms.com

PROFUNDS ADVISORS LLC
ATTN: BARRY PERSHKOW
7501 WISCONSIN AVENUE
SUITE 1000
BETHESDA, MD 20814
Email: bpershkow@profunds.com

PROSKAUER ROSE, LLP
ATTN: JEFFREY W. LEVITAN, MICHAEL T. MERVIS, ESQ.
(COUNSEL TO:  MARKIT GROUP LIMITED)
1585 BROADWAY
NEW YORK, NY 10036-8299
Fax: 212-969-2900
Email: jlevitan@proskauer.com; mmervis@proskauer.com

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-798-6352
Email: rfleischer@pryorcashman.com;
mjacobs@pryorcashman.com

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
410 PARK AVENUE
NEW YORK, NY 10022
Fax: 212-798-6352
Email: rfleischer@pryorcashman.com,
mjacobs@pryorcashman.com, drose@pryorcashman.com

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902
Fax: 203-961-0039
Email: roberts@pursuitpartners.com

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY, ROBERT DAKIS
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
Fax: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com;
jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com;
robertdakis@quinnemanuel.com

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039
Fax: 973-597-9119
Email: jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022
Fax: 212-521-5450
Email: prachmuth@reedsmith.com

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
Fax: 302-778-7575
Email: kgwynne@reedsmith.com; jfalgowski@reedsmith.com

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022
Fax: 212-521-5450
Email: lalshibib@reedsmith.com

REED SMITH LLP
ATTN: ERIC A. SCHAFFER, ESQ.
435 SIXTH AVENUE
PITTSBURGH, PA 15219
Fax: 412-288-3063
Email: eschaffer@reedsmith.com

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
599 LEXINGTON AVE.
NEW YORK, NY 10022
Fax: 212-521-5450
Email: mvenditto@reedsmith.com

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND
RIZWAN A. QURESHI
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
Fax: 212-521-5450
Email: jlscott@reedsmith.com; dgrimes@reedsmith.com;
rqureshi@reedsmith.com

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192
Fax: 206-389-1708
Email: jshickich@riddellwilliams.com

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
RHEAUME
THREE CENTER PLAZA
BOSTON, MA 02108
Fax: 617-692-3466
Email: gmoss@riemerlaw.com; abraunstein@riemerlaw.com;
arheaume@riemerlaw.com

ROBERT TELLER
5520 SHARON VIEW ROAD
CHARLOTTE, NC 28226
Email: bt@luckydognc.com

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120
Fax: 253-439-3284
Email: ecohen@russell.com

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168
Fax: 212-202-4930
Email: fred.berg@rvblaw.com

SAINT JOSEPH'S UNIVERSITY
ATTN: MARIANNE SCHIMELFENIG, ESQ.
OFFICE OF THE GENERAL COUNSEL
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395
Fax: 610-660-3142
Email: mschimel@sju.edu

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
620 FIFTH AVENUE
NEW YORK, NY 10020
Fax: 212-632-5555
Email: cmontgomery@salans.com;lwhidden@salans.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
230 PARK AVENUE
NEW YORK, NY 10169
Fax: 212-818-9606
Email: cbelmonte@ssbb.com; tbrock@ssbb.com;
pbosswick@ssbb.com; asnow@ssbb.com

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
Fax: 215-972-1853
Email: aisenberg@saul.com

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606
Fax: 312-258-5600
Email: egeekie@schiffhardin.com

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087
Fax: 610-667-7056
Email: jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: NICHOLAS J. LEPORE, III, ESQUIRE
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286
Fax: 215-751-2205
Email: nlepore@schnader.com

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Fax: 212-480-8421
Email: cohenr@sewkis.com

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO: SEWARD & KISSEL LLP)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Fax: 212-480-8421
Email: ashmead@sewkis.com

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO: GLOBAL THEMATIC OPPORTUNITIES FUND
LP, CFIP MASTER FUND, LTD., TURNBERRY LEVERAGED
CREDIT MASTER FUND, L.P., AND TANG CAPITAL
PARTNERS, L.P.)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Fax: 212-480-8421
Email: ashmead@sewkis.com

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534
Fax: 609-737-6808
Email: removed per 1/13/09 e-mail request

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
Fax: 212-848-7179
Email: fsosnick@shearman.com; jgarrity@shearman.com;
ned.schodek@shearman.com

SHELL ENERGEY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
Fax: 713-767-5699
Email: ann.reynaud@shell.com

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
Fax: 713-265-3070
Email: jennifer.gore@shell.com

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
655 THIRD AVENUE, 20TH FLOOR
20TH FLOOR
NEW YORK, NY 10017
Fax: 646-218-4600
Email: jhs7@att.net

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112
Fax: 212-332-3888
Email: cshulman@sheppardmullin.com;
rreid@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
Fax: 212-332-3888
Email: mcadermartori@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
Fax: 212-332-3888
Email: rreid@sheppardmullin.com; bwolfe@sheppardmullin.com

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919
Fax: 860-251-5218
Email: bankruptcy@goodwin.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
FOUR TIMES SQUARE
NEW YORK, NY 10036
Fax: 212-735-2000
Email: Sally.Henry@skadden.com

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES AND JILLIAN GUTMAN MANN
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
Fax: 212-768-6800
Email: fyates@sonnenschein.com;
jgutmanmann@sonnenschein.com

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606
Fax: 312-876-7934
Email: pmaxcy@sonnenschein.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202
Fax: 513-361-1201
Email: slerner@ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E. MEYERSON AND PETER A. ZISSER
(COUNSEL TO CAISSE DEPOT ET PLACEMENT DU QUEBEC)
1095 AVENUE OF THE AMERICAS, 31ST FLOOR
NEW YORK, NY 10036
Fax: 212-872-9815
Email: smayerson@ssd.com

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030
Fax: 703-691-4942
Email: r.stahl@stahlzelloe.com

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010
Fax: 212-667-0797
Email: Marc.Chait@standardchartered.com

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO: OVERSTOCK.COM, INC.)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111
Fax: 415-981-4343
Email: echang@steinlubin.com

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017
Fax: 212-681-4041
Email: eobrien@sbchlaw.com

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
750 SEVENTH AVENUE
NEW YORK, NY 10019
Fax: 212-506-3950
Email: jlovi@steptoe.com; lromansic@steptoe.com

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067
Fax: 310-734-3300
Email: ritkin@steptoe.com; kpiper@steptoe.com

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022
Fax: 212-319-8505
Email: cs@stevenslee.com; cp@stevenslee.com

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022
Fax: 212-319-8505
Email: apo@stevenslee.com; cp@stevenslee.com

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ.
1150 18TH STREET, NW
SUITE 800
WASHINGTON, DC 20036
Fax: 202-785-9163
Email: dclark@stinson.com

STRADLEY RONON STEVENS & YOUNG LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN
LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
Fax: 215-564-8120
Email: ppatterson@stradley.com; mcordone@stradley.com;
mdorval@stradley.com

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN:  MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
Fax: 215-564-8120
Email: mcordone@stradley.com

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A. PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
Fax: 215-564-8120
Email: ppatterson@stradley.com; mcordone@stradley.com

STREUSAND & LANDON LLP
ATTN: G. JAMES LANDON AND RICHARD D. VILLA
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701
Fax: 512-236-9904
Email: Landon@StreusandLandon.com;
Villa@StreusandLandon.com

STREUSAND & LANDON LLP
ATTN: SABRINA L. STREUSAND, ESQ.
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701
Fax: 512-236-9904
Email: Streusand@StreusandLandon.com

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038
Fax: 212-806-6006
Email: lhandelsman@stroock.com; dwildes@stroock.com

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPITAL AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038
Fax: 212-806-6006; 212-806-2627
Email: holsen@stroock.com

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038
Fax: 212-806-6006
Email: mspeiser@stroock.com; smillman@stroock.com

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACY & HYDEE R. FELDSTEIN, ESQS
125 BROAD STREET
NEW YORK, NY 10004
Fax: 212-558-3588
Email: lacyr@sullcrom.com; fedsteinh@sullcrom.com

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE, HYDEE R. FELDSTEIN
125 BROAD STREET
NEW YORK, NY 10004
Fax: 212-558-3588
Email: lacyr@sullcrom.com, feldsteinh@sullcrom.com

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
TWO HOUSTON CENTER
919 FANNIN, SUITE 2200
HOUSTON, TX 77010
Fax: 713-654-1301
Email: paul.turner@sutherland.com

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
(COUNSEL TO SHELL, AGBANK, AVIVA, AGRIBANK, KRAFT,
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004
Fax: 202-637-3593
Email: mark.sherrill@sutherland.com

TEITELBAUM & BASKIN LLP
ATTN: JAY TEITELBAUM
(COUNSEL TO: CLEARBRIDGE ADVISORS, LLC)
3 BARKER AVENUE, 3RD FLOOR
WHITE PLAINS, NY 10601
Fax: 914-437-7672
Email: jteitelbaum@tblawllp.com

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207
Fax: 615-741-3334
Email: agbanknewyork@ag.tn.gov; Marvin.Clements@ag.tn.gov

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286
Fax: 212-635-6590
Email: ranjit.mather@bnymellon.com,
robert.bailey@bnymellon.com

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
Fax: 212-782-6420
Email: mmorreale@us.mufg.jp

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN
Fax: 81-3-5232-8879
Email: akihiko_yagyuu@chuomitsui.jp,
CMTB_LC11@chuomitsui.jp

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN
Fax: 03-6256-3079
Email: yamashiro@sumitomotrust.co.jp

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326
Fax: 404-266-7459
Email: efile@willaw.com

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
Fax: 212-751-3113
Email: ira.herman@tklaw.com; demetra.liggins@tklaw.com

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499
Fax: 832-397-8260
Email: rhett.campbell@tklaw.com

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002
Fax: 713-654-1799
Email: rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533
Fax: 214-880-3293
Email: david.bennett@tklaw.com

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101
Fax: 314-552-7000
Email: mbossi@thompsoncoburn.com

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND
NED BANNON, CORPORATE COUNSEL
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
Fax: 212-319-1745
Email: amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com;
nbannon@tishmanspeyer.com

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044
Fax: 860-277-2158
Email: oipress@travelers.com

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA,PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174
Fax: 212-704-6288
Email: hollace.cohen@troutmansanders.com;
paul.deutch@troutmansanders.com

TROUTMAN SANDERS LLP
ATTN: PAUL H. DEUTCH, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON BUILDING
NEW YORK, NY 10174
Fax: 212-704-6288
Email: paul.deutch@troutmansanders.com

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND
MICHAEL A. SHINER
1500 ONE PPG PLACE
PITTSBURGH, PA 15222
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com; btupi@tuckerlaw.com;
mshiner@tuckerlaw.com

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124
Fax: 303-566-1010
Email: linda.boyle@twtelecom.com

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
222 N. LASALLE STREET
CHICAGO, IL 60601-1003
Fax: 312-609-5005
Email: dlipke@vedderprice.com

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
Fax: 212-407-7799
Email: ezavalkoff-babej@vedderprice.com

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019
Fax: 212-407-7799
Email: mjedelman@vedderprice.com

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
ROCKEFELLER CENTER
1270 AVE OF THE AMERICAS, 25TH FL
NEW YORK, NY 10020
Fax: 212-307-5598
Email: easmith@venable.com

VENABLE LLP
ATTN: LISA BITTLE TANCREDI, ESQ.
(COUNSEL TO DELTA AIRLINES, INC.)
750 EAST PRATT STRET, SUITE 900
BALTIMORE, MD 21202
Fax: 410-244-7742
Email: lbtancredi@venable.com

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020
Fax: 212-307-5598
Email: easmith@venable.com

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103
Fax: 212-237-0100
Email: sabramowitz@velaw.com

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760
Fax: 713-615-5841
Email: jwest@velaw.com

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
Fax: 212-237-0100
Email: dkleiner@velaw.com

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKER STREET
LONDON EC2Y 9UE,
UK
Fax: +1.713.615.5675
Email: jeldredge@velaw.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: A. WOLF, H. NOVIKOFF, J. FELTMAN
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
Fax: 212-403-2249
Email: arwolf@wlrk.com; hsnovikoff@wlrk.com;
jafeltman@wlrk.com;

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
Fax: 212-403-2000
Email: hsnovikoff@wlrk.com; rgmason@wlrk.com;
jafeltman@wlrk.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
Fax: 212-403-2245
Email: arwolf@wlrk.com

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO: OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Fax: 212-354-8113
Email: ehollander@whitecase.com

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
Fax: 212-354-8113
Email: pnichols@whitecase.com

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
WACHOVIA FINANCIAL CTR,SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
Fax: 305-358-5744
Email: tmacwright@whitecase.com; avenes@whitecase.com

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Fax: 212-354-8113
Email: ehollander@whitecase.com; azylberberg@whitecase.com;
dbaumstein@whitecase.com; rgraham@whitecase.com

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL
(COUNSEL TO: GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN
GERMANY
Fax: + 49 69 29994 1444
Email: mruetzel@whitecase.com; ukreppel@whitecase.com;
kstahl@whitecase.com

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
Fax: 305-358-5744
Email: tlauria@whitecase.com

WHITE & CASE LLP
ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA
THOMPSON
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
Fax: 212-354-8113
Email: guzzi@whitecase.com; cshore@whitecase.com;
lthompson@whitecase.com

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402
Email: szuch@wiggin.com

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO, JAMIE KETTEN
NEW YORK, NY 10019-6099
Fax: 212-728-8111
Email: mabrams@willkie.com; schapman@willkie.com;
bromano@willkie.com; jketten@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
Fax: 212-728-8111
Email: mabrams@willkie.com;schapman@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
Fax: 212-728-8111
Email: rnetzer@willkie.com; dkozusko@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
Fax: 212-728-8111
Email: mabrams@willkie.com

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022
Fax: 212-415-0513
Email: jmcginley@wilmingtontrust.com

WILMINGTON TRUST FSB
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 554021544
Fax: 952-921-2175
Email: Jbecker@wilmingtontrust.com

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
Fax: 212-294-4700
Email: cschreiber@winston.com

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
Fax: 312-558-5700
Email: dmcguire@winston.com; mkjaer@winston.com

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193
Fax: 212-294-4700
Email: dneier@winston.com

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
Fax: 973-530-2234, 973-530-2212
Email: dravin@wolffsamson.com, rnies@wolffsamson.com

YOUNG WILLIAMS P.A.
ATTN: ROBERT L. HOLLADAY, JR.
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS 39201
Fax: 601-355-6136
Email: Robert.Holladay@youngwilliams.com

ZEISLER & ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
558 CLINTON AVENUE
BRIDGEPORT, CT 06605
Fax: 203-367-9678
Email: gschiller@zeislaw.com

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
919 MARKET STREET, SUITE 990
PO BOX 1028
WILMINGTON, DE 19899
Fax: 302-427-8242
Email: bankr@zuckerman.com

HUGHES HUBBARD & REED LLP
ATTN: CHRISTOPHER K. KIPLOK
JEFFREY S. MARGOLIN
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
Fax: 212-422-4726
Email: margolin@hugheshubbard.com;
kiplok@hugheshubbard.com