

**World's First CMMi-Level 5**
**Highest Quality in Software Engineering**

**POLARIS**
power of precision

July 13, 2009

Lehman Brothers Holdings Inc
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Re: Claim # 72

Dear sir/madam:

Please be advised our claim # 72 filed with the bankruptcy court has been fully satisfied by Barclays since they bought over the contract. There are no pending claims and we wish to withdraw our above mentioned claim number from any settlement considerations.

Thanking you.

Yours truly,

(Vinay Garg)
Controller

POLARIS SOFTWARE LAB INDIA LIMITED, Woodbridge Place, 517 Route 1 South, Suite 2103, Iselin, NJ 08830, USA. Ph.: 732 590 8100 Fax: 732 404 1188

**Corporate Headquarters:** Regd.Office: POLARIS SOFTWARE LAB LIMITED, Polaris House, 244, Anna Salai, Chennai-600 006. INDIA. Ph.: 91 44 2852 4154 Fax: 91 44 2852 3280
**Indian Operations:** Chennai, Hyderabad, Mumbai, Gurgaon.
**Asia Pacific Operations:** Manama (Bahrain): 973 1753 0437 Riyadh (KSA): 966 1464 5373 Singapore: 65 6333 1344 Sydney(Australia): 61 2 9267 1955
Tokyo (Japan): 81 3 5405 9410
**European Operations:** Frankfurt (Germany): +49 (0) 69-69 86 16-0 Wicklow (Ireland): 353 1 287 6745 London (UK): 44 (0) 20 7531 5500
Neuchatel (Switzerland): 41 0 32 724 9210 Vincennes (France): 00 33 1536 69300
**North American Operations:** Naperville (Illinois): 1 630 527 6714 Fremont (CA): 1 510 745 9986 Iselin (NJ) : 1 732 590 8100
Jersey City (NJ): 1 732 590 8151 Toronto (Canada): 1 416 865 3365

www.polaris-america.com

POLARIS SOFTWARE
517 ROUTE 1 SOUTH
ISELIN, NJ 08830

LEHMAN BROS HOLDINGS INC
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE 3RD FLOOR
NEW YORK, NY 10017

RECEIVED
JUL 17 2009

