**Hearing Date: August 5, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: July 31, 2009 at 4:00 p.m. (prevailing Eastern time)**

Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

- and -

Paul S. Aronzon
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street
Los Angeles, CA 90017

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                              :
In re:                                        :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                   Debtors.                   :   (Jointly Administered)
                                              :
------------------------------------------------------------ x
```

**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 328(a)
AND 1103, FED. R. BANKR. P. 2014, 2016(a), AND 5002, AND
LOCAL RULE 2014-1 AUTHORIZING RETENTION AND
EMPLOYMENT OF RICHARD SHELDON, QUEEN'S COUNSEL
FOR LIMITED PURPOSES *NUNC PRO TUNC* TO JUNE 23, 2009**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") appointed in

the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in

possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman")

hereby moves this Court for an order, substantially in the form attached hereto as <u>Exhibit A</u>, authorizing the Committee to retain and employ Richard Sheldon, Queen's Counsel ("<u>Richard Sheldon</u>"), as special U.K. counsel for the Committee, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), Rules 2014, 2016(a), and 5002 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (as amended, the "<u>Local Rules</u>"), <u>nunc</u> <u>pro</u> <u>tunc</u> to June 23, 2009, and respectfully represents as follows:

## BACKGROUND

1.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its affiliates and subsidiaries, including Lehman Brothers Special Financing Inc. ("<u>LBSF</u>"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On September 17, 2008, the United States Trustee appointed the Committee.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the Standing Order of the Referral of Cases to Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984.  The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014, 2016(a), and 5002, and Local Rule 2014-1.

### The High Court Litigation

3.      The filing of LBSF's chapter 11 petition constituted an event of default under a series of transactions known as the Dante Programme.  The Dante Programme, which was implemented in 2002, is an investment program structured and marketed by Lehman

Brothers International, Europe ("LBIE") pursuant to which each transaction was a credit default swap between the Issuer and LBSF, as a swap counterparty.  Each series of notes was supported by collateral security under the trustee, The Bank of New York Corporate Trustee Services Ltd. ("BNYT").

4.        Two litigation claims have arisen recently in the U.K. High Court of Justice, Chancery Division (the "High Court") regarding the Dante Programme default:  (i) the claim of Perpetual Trustee Company Ltd. v. BNYT (Claim No. HC 09 C 01612) (the "Perpetual Claim"), concerning notes issued by the special purpose vehicle Saphir Finance plc; and (ii) the claim of Belmont Park Investments v. BNYT (Claim No. HC 09 C 01931) (the "Belmont Claim"), concerning notes issued by the special purpose vehicles Beryl Finance Ltd. ("Beryl") and Zircon Finance Ltd. ("Zircon").  In each of these claims (together, the "Current Claims"), the noteholders seek to obtain substantially the entire benefit of the collateral from the transactions.

5.        On May 20, 2009, LBSF submitted applications to the High Court to be joined to the Perpetual Claim and the Belmont Claim as a second defendant.  On May 22, 2009, the High Court entered an order granting LBSF's application to be joined to the Perpetual Claim. On June 19, 2009, the High Court entered an order granting LBSF's application to be joined to the Belmont Claim.  The two Current Claims are now sub judice.

## RETENTION OF RICHARD SHELDON

### Services to be Provided by Richard Sheldon

6.        The Committee respectfully submits that it is necessary to employ and retain Richard Sheldon pursuant to section 1103(a) of the Bankruptcy Code to render the following services, among others, as directed by the Committee:

(a)     advise the Committee with respect to all aspects of English law that are relevant to the Current Proceedings and similar proceedings that may arise;

(b)     advise the Committee with respect to any claims and defenses that may be available to LBSF in English law in respect of the Perpetual Claim and the Belmont Claim, and in respect of present or future claims in connection with other transactions within the Dante Programme or similar transactions that may arise;

(c)     to the extent necessary or advisable, represent the interests of the Committee in the Current Proceedings and/or similar proceedings that may arise; and

(d)     perform such other legal services as may be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

7.      Richard Sheldon is well qualified to represent the Committee. Specifically, Richard Sheldon has extensive expertise in the fields of English corporate (and specifically banking) law, corporate insolvency matters, the enforcement of foreign judgments in the United Kingdom, and general English commercial litigation.  Richard Sheldon, called to the Bar (Gray's Inn) in 1979, is a member of the leading commercial/insolvency barristers' chambers, 3/4 South Square.  In 2003, he was authorized to sit as a Deputy Judge of the High Court, and since 2004 he has been a Bencher of Gray's Inn.  He is highly recommended in the professional directories, and he has litigated multiple cases in the High Court, including a recent case presenting similar issues, WW Realisation 8 Ltd.

8.      Richard Sheldon is familiar with certain Lehman entities and these chapter 11 cases, given former representations advising (i) a creditor in connection with an application to the Bermuda court by the provisional liquidator for directions as to the correctness of the accounting treatment of assets in the accounts of Lehman Re Ltd., (ii) potential parties in interest in connection with claims they may have against LBIE, and (iii) counsel to the Debtors, on behalf of LBHI, as to the position of the U.K. administrators of LBIE.  Further, he recently worked with Richard Snowden, Q.C., who was retained as advisor to Weil, Gotshal & Manges

LLP to assist, at Richard Snowden's request, at court and in preparation for these Perpetual and

Belmont hearings held July 8 to July 10, 2009 in the High Court.  Other representative matters

include acting for (i) creditors in Telewest (representing bondholders) and Powerhouse

(representing landlords), (ii) Jarvis plc and MyTravel plc in connection with their restructurings,

(iii) the administrators of Landsbanki Guernsey Ltd. and Luton Town FC, and (iv) claimants in

SPhinX (a Cayman hedge fund liquidation) and Federal Mogul (representing asbestos claimants).

In selecting its special U.K. counsel, the Committee selected Richard Sheldon based on his

special expertise in the aforementioned areas.

### Disclosure Concerning Conflicts of Interest

9.    To the best of the Committee's knowledge, information, and belief, based

on (and other than as set forth in) the Affidavit of Richard Sheldon (the "Sheldon Affidavit," a

copy of which is annexed hereto as Exhibit B), and in connection with these cases, Richard

Sheldon does not represent any other entity having an adverse interest in connection with these

cases.  The Sheldon Affidavit also sets forth, pursuant to Bankruptcy Rule 2014(a), information

regarding Richard Sheldon's connections with the Debtors, their creditors, and other known

parties-in-interest.  As is customary in the arrangement of counsel in the United Kingdom,

Richard Sheldon and all other members in his chambers are self-employed, independent

barristers who commonly act against one another in cases and owe no duty to disclose case

information to those with whom they share the administrative expenses of their chambers.  Thus,

while another member of Richard Sheldon's chambers, Gabriel Moss, Q.C., is acting on behalf

of Perpetual Trustee Company Ltd. in these proceedings, his presence does not represent a

conflict of interest.  Additionally, appropriate and customary technical and physical safeguards

have been erected to maintain the confidentiality of information, and the Committee has sought

and received assurances as to their suitability and comprehensiveness.  The Committee is satisfied that Richard Sheldon's chambers has sufficient administrative experience with respect to maintenance of confidentiality to effect the safeguards and will work with counsel's clerk to ensure a high standard of physical and electronic security.

### Effective Date of Retention

10.    Given the rapid pace at which the Current Proceedings are progressing, the Committee requests that Richard Sheldon's retention be approved, nunc pro tunc to June 23, 2009, which is the date on which Richard Sheldon began performing services on behalf of the Committee.

### Compensation of Richard Sheldon

11.    Richard Sheldon intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the guidelines promulgated by the Office of the United States Trustee and the local rules and orders of this Court, and pursuant to any additional procedures that may be or have already been established by the Court in these cases.

12.    Richard Sheldon will be compensated at an hourly rate for work of this nature, which is based on his level of experience, and which will also be subject to a discount. At present, Richard Sheldon's discounted hourly rate, in pounds sterling, is £650 per hour and is subject to a 15 percent value-added tax.  This discounted rate is subject to periodic adjustments in the ordinary course of Richard Sheldon's business.  For a practitioner of his eminence, this rate represents good value and is comparable to offers from other leading sets of chambers.  The Committee anticipates that Richard Sheldon will be the only professional who will present invoices to the estates in connection with this representation.

## NOTICE

13.     Notice of this Application has been given to counsel for the Debtors, the United States Trustee, and all other parties that have requested receipt of notices in these cases. In light of the nature of the relief requested herein, the Committee requests that such notice be deemed adequate and sufficient.

## NO PRIOR REQUEST

14.     No previous request for the relief sought herein has been made to this or any other Court.

## WAIVER OF MEMORANDUM OF LAW

15.     Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Committee respectfully requests that the Court waive the requirement for a memorandum of law in support of this Application, but the Committee reserves the right to file a brief in reply to any objection to this Application.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE**, the Committee respectfully requests that the Court enter an

order, substantially in the form annexed hereto as Exhibit A, (a) authorizing the Committee to

retain Richard Sheldon and (b) granting such further relief as is just and proper.

Dated: New York, New York
      July 20, 2009

<div style="margin-left:3em">

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., et al.**

Mizuho Corporate Bank, Ltd.
Designated Signatory for Official Committee of
Unsecured Creditors

By:    /s/ Noel P. Purcell
Name: Noel P. Purcell
Title: Senior Vice President


Wilmington Trust Company, as Indenture Trustee
Designated Signatory for Official Committee of
Unsecured Creditors

By:    /s/ Julie Becker
Name: Julie Becker
Title: Vice President

</div>

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                       :
In re:                                                 :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,   :    08-13555 (JMP)
                                                       :
                          Debtors.                     :    (Jointly Administered)
                                                       :
------------------------------------------------------------- x

<div align="center">

**ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103, FED. R.
BANKR. P. 2014, 2016(a), AND 5002, AND LOCAL RULE 2014-1
AUTHORIZING RETENTION AND EMPLOYMENT
OF RICHARD SHELDON, QUEEN'S COUNSEL,
FOR LIMITED PURPOSES, BY THE OFFICIAL COMMITTEE OF
<u>UNSECURED CREDITORS, *NUNC PRO TUNC* TO JUNE 23, 2009</u>**

</div>

Upon the Application, dated July 20, 2009 (the "<u>Application</u>"), the Official

Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 cases of

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors, as debtors in possession

(collectively, the "<u>Debtors</u>"), for an order authorizing the Committee, pursuant to sections 328(a)

and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the

"<u>Bankruptcy Code</u>"), rules 2014, 2016(a), and 5002 of the Federal Rules of Bankruptcy

procedure (the "<u>Bankruptcy Rules</u>"), and rule 2014-1 of the Local Bankruptcy Rules for the

Southern District of New York (as amended, the "<u>Local Rules</u>"), to employ and retain Richard

Sheldon, Q.C. ("<u>Richard Sheldon</u>") for limited purposes, as counsel to the Committee, <u>nunc pro</u>

<u>tunc</u> to June 23, 2009; and the Court having considered the Affidavit of Richard Sheldon, Q.C.

("<u>Richard Sheldon</u>") sworn to July 17, 2009 (the "<u>Sheldon Affidavit</u>"), in connection with the

Application; and the Court having jurisdiction to consider the Application and the relief

requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to

Bankruptcy Judges of the United States District Court for the Southern District of New York

(Ward, Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Application having been provided, and it appearing that no other or further notice need be

provided; and the Court having reviewed the Application; and the Court having determined that

the legal and factual bases set forth in the Application establish just cause for the relief granted

herein and that Richard Sheldon represents no interest adverse to the Debtors' estates or to any

class of creditors or equity security holders in the matters upon which Richard Sheldon is to be

engaged and Richard Sheldon is disinterested within the meaning of 11 U.S.C. § 101(14); and

upon all of the proceedings had before the Court, and after due deliberation and sufficient cause

appearing therefore, it is hereby

### ORDERED, ADJUDGED AND DECREED that:

1.      The Application is granted, nunc pro tunc to June 23, 2009.

2.      Richard Sheldon's employment is necessary and would be in the best

interest of the Debtors' estates, creditors, and other parties in interest; Richard Sheldon's hourly

rates set forth in the Sheldon Affidavit are reasonable.

3.      Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code,

Bankruptcy Rules 2014, 2016(a), and 5002, and Local Rule 2014-1, the Committee is authorized

to employ and retain Richard Sheldon, nunc pro tunc to June 23, 2009, as counsel for the

Committee, on the terms set forth in the Application and the Sheldon Affidavit, as provided

herein.

4.    Richard Sheldon shall be compensated upon appropriate application in

accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local

Rules, and any interim compensation procedures order entered in these cases.

5.    The Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

Dated: New York, New York
         August __, 2009

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
------------------------------------------------------------- x

**AFFIDAVIT OF RICHARD SHELDON IN SUPPORT OF APPLICATION OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER**
**PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014,**
**2016(a), AND 5002, AND LOCAL RULE 2014-1 AUTHORIZING**
**RETENTION AND EMPLOYMENT OF RICHARD SHELDON, QUEEN'S**
**COUNSEL, FOR LIMITED PURPOSES, BY THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO JUNE 23, 2009**

RICHARD SHELDON, Q.C., being duly sworn, declares, pursuant to 28 U.S.C.

§ 1746:

1.      I am a member of chambers of 3-4 South Square, Gray's Inn, a

professional association with its office located at 3-4 South Square, Gray's Inn, London, WC1R

5HP.  I submit this Affidavit pursuant to sections 328(a) and 1103(b) of title 11 of the United

States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014, 2016(a),

and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), in support of the application, dated July 20, 2009 (the "Application"), of the Official

Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter

11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors in

possession (collectively, the "Debtors"), for an order pursuant to sections 328 and 1103 of the

Bankruptcy Code, Bankruptcy Rules 2014, 2016(a), and 5002, and Local Rule 2014-1,

authorizing the employment and retention of Richard Sheldon, Q.C. ("Richard Sheldon"), for limited purposes, as counsel to the Committee, nunc pro tunc to June 23, 2009.

2.        Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[1]  Capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3.        I have extensive experience and knowledge in the fields of English corporate (and specifically banking) law, corporate insolvency matters, the enforcement of foreign judgments in the United Kingdom, and general English commercial litigation.  I was called to the Bar (Gray's Inn) in 1979.  I am a member of the leading commercial/insolvency barristers' chambers, 3/4 South Square.  In 2003, I was authorized to sit as a Deputy Judge of the High Court, and I have been a Bencher of Gray's Inn since 2004.  I am highly recommended in the professional directories, and I have litigated multiple cases in the High Court, including a recent case presenting similar issues, WW Realisation 8 Ltd.

4.        I am familiar with certain Lehman entities and these chapter 11 cases, given my former representations advising (i) a creditor in connection with an application to the Bermuda court by the provisional liquidator for directions as to the correctness of the accounting treatment of assets in the accounts of Lehman Re Ltd., (ii) potential parties in interest in connection with claims they may have against Lehman Brothers International, Europe ("LBIE"), and (iii) counsel to the Debtors, on behalf of LBHI, as to the position of the U.K. administrators

---

[1]        Certain of the disclosures set forth herein relate to matters within the knowledge of other attorneys or clerks at 3-4 South Square, Gray's Inn and are based on information provided by them.

of LBIE. Further, I recently worked with Richard Snowden, Q.C., who was retained as advisor to Debtors' counsel, to assist, at Richard Snowden's request, at court and in preparation for these Perpetual and Belmont hearings held July 8 to July 10, 2009 in the High Court. Other representative matters include acting for (i) creditors in Telewest (representing bondholders) and Powerhouse (representing landlords), (ii) Jarvis plc and MyTravel plc in connection with their restructurings, (iii) the administrators of Landsbanki Guernsey Ltd. and Luton Town FC, and (iv) claimants in SPhinX (a Cayman hedge fund liquidation) and Federal Mogul (representing asbestos claimants).

## SERVICES TO BE RENDERED

5.      The Committee has requested that I render the following services, among others, in connection with these Chapter 11 cases:

(a)     advise the Committee with respect to all aspects of English law that are relevant to the said proceedings and similar proceedings that may arise;

(b)     advise the Committee with respect to any claims and defenses that may be available to LBSF in English law in respect of the Perpetual Claim and the Belmont Claim, and in respect of present or future claims in connection with other transactions within the Dante Programme or similar transactions that may arise;

(c)     to the extent necessary or advisable, represent the interests of the Committee in the said proceedings;

(d)     perform such other legal services as may be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

6.      Subject to Court approval of the Application, I am willing to serve as the Committee's counsel and to perform the services described above.

## RICHARD SHELDON'S CONNECTIONS WITH DEBTORS AND OTHER PARTIES

7.      Except as otherwise set forth herein, I (i) do not have any connection with the Debtors, the Debtors' creditors, or any other party in interest, or its respective attorneys and

3

accountants and (ii) pursuant to 11 U.S.C. § 1103(b), do not represent any other entity having an adverse interest to the Committee in connection with these cases.

        8.     In connection with its proposed retention by the Committee in these cases, clerks attendant to my chambers and I researched my client database for the last three years to determine whether I had any relationships with the following entities:

      (a)    the Debtors and their non-Debtor affiliates;

      (b)    the 100 largest unsecured creditors of the Debtors on a consolidated basis;

      (c)    current and former officers and directors of the Debtors;

      (d)    the Debtor's publicly disclosed equity holders;

      (e)    the agent for senior secured lenders;

      (f)    counterparties to material contracts;

      (g)    bidders for the Debtors' equity or assets; and

      (h)    other actual or potential parties in interest in these cases.[2]

A list of the names of each of the entities searched is annexed hereto as <u>Schedule 1</u> and incorporated herein.  Based on the aforementioned searches, to the best of my knowledge, insofar as I have been able to ascertain, I have connections with the following three potential parties in interest noted previously to be former clients:  (i) a creditor in connection with an application to the Bermuda court by the provisional liquidator for directions as to the correctness of the accounting treatment of assets in the accounts of Lehman Re Ltd., (ii) potential parties in interest in connection with claims they may have against LBIE, and (iii) counsel to the Debtors,

---

[2]    To conduct these searches, I have utilized a list of names provided by the Committee's counsel and the Debtors' list of 100 largest creditors on a consolidated basis.  A list of all names searched is attached hereto as <u>Schedule 1</u>.

on behalf of LBHI, as to the position of the U.K. administrators of LBIE.  Notwithstanding these prior representations, I am a "disinterested person" as that term is used under the Bankruptcy Code.

9.    I am not, nor have I ever been a creditor, an insider, or an equity security holder of the Debtors.

10.    I am not, nor was I, within three years before the commencement of these cases, a director, officer or employee of the Debtors.

11.    As is customary in the arrangement of counsel in the United Kingdom, all members in my chambers and I are independent, self-employed barristers who commonly act against one another in cases and owe no duty to disclose case information to those with whom we share the administrative expenses of our chambers.  Thus, while another member of my chambers, Gabriel Moss, Q.C., is acting on behalf of Perpetual Trustee Company Ltd. in these proceedings, his presence does not establish a conflict of interest.  Additionally, appropriate and customary technical and physical safeguards have been erected to maintain the confidentiality of information, and my chambers has sufficient administrative experience, with respect to maintenance of confidentiality, to effect the safeguards and to ensure a high standard of physical and electronic security.

12.    The Debtors have a tremendous volume of  relationships and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict, including the efforts outlined above, I am unable to state with certainty whether one of my clients or an affiliated entity holds a claim or otherwise is a party in interest in these chapter 11 cases.  If I discover any information that is contrary to or pertinent to the statements made herein, I will promptly disclose such information to the Committee, the Court and the United States Trustee.

## PROFESSIONAL COMPENSATION

13.     As of the date of this Affidavit, I have received no compensation for my work on behalf of the Committee.

14.     Subject to the Court's approval, I will charge for my legal services on a discounted hourly basis in accordance with my ordinary and customary hourly rates for work of this nature in effect on the date services are rendered.[3]  This rate may change from time to time in accordance with my established billing practices and procedures.  I will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

15.     The hourly rate set forth herein is my discounted hourly rate for work of this nature and is subject to a 15 percent value-added tax.  This rate is set at a level designed to compensate me fairly for my work and to cover fixed and routine overhead expenses.

16.     It is my policy to charge my clients for all disbursements and expenses incurred in the rendition of services.  These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings.

17.     I intend to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code,

---

[3]     The discounted hourly rate, in pounds sterling, charged by me is currently £650 per hour, subject to a 15 percent value-added tax.

the Bankruptcy Rules and the Local Rules of this Court, and pursuant to any additional

procedures that have been and may be established by the Court in this case.

18.     Other than as set forth above, there is no proposed arrangement between

the Committee and me for compensation to be paid in these cases.  I have no agreement with any

other entity to share any compensation received.

19.     My proposed employment is not prohibited by or improper under Rule

5002 of the Bankruptcy Rules.  I am not related, and to the best of my knowledge, no attorney at

my chambers is related, to any United States Bankruptcy Judge or District Court Judge for the

Southern District of New York or to the United States Trustee for such district or any employee

in the office thereof.

20.     I will file supplemental declarations regarding this retention if any

additional relevant information comes to my attention.

21.     I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on July [17], 2009
In London, England

/s/ [                              ]
Richard Sheldon, Q.C.

Sworn before me
Solicitor at 5 Raymond
Building Grays Inn
WC1R 5D this
17th July 2009

John C. Vernor-Miles
Commissioner For Oaths
Vernor-Miles & Noble
5 Raymond Buildings
London WC1R 5DD

**Schedule 1 to Affidavit of Richard Sheldon, Q.C.,**
**Disclosure of Richard Sheldon, Q.C.**
**<u>Potential Parties in Interest</u>**

**<u>50 Largest Bond Holders</u>**

- Advanced Series Trust
- AETNA Life Insurance Company
- AIG Annuity Insurance Company
- ALFA Mutual Fire Insurance Company
- Allianz Life Insurance Company of North America
- Alpha Mutual Fund Management
- American Family Life Assurance Company
- American Life Insurance Company
- AXA Equitable Life Insurance Company
- Barclays Global Fund Advisors
- BBVA Gestion SA SGIIC (Spain)
- Blackrock Advisors
- Capital Research and Management
- Continental Casualty Company
- Federated Investors
- Fidelity Management and Research
- Franklin Advisors Inc.
- Franklin Templeton Investments
- Guardian Life Insurance Company
- Hartford Life Insurance Company
- ING Investment LLC
- Jackson National Life Insurance
- John Hancock Investment Management Services
- John Hancock Life Insurance Company
- Liberty National Life Insurance Company
- Loomis Sayles & Company L.P.
- Medical Liability Mutual Insurance Company
- Metlife Insurance Company of Connecticut
- Metropolitan Life Insurance
- Metropolitan West Capital Management
- NATIXIS Asset Management Advisors
- Northwest Mutual Life Insurance Company
- Phillips Hager & North Investment Management
- PIMCO Advisors L.P.
- PIMCO Funds Global Investors
- Principal Life Insurance Company
- Prudential Financial Inc.
- Prudential Insurance Company of America
- Riversource Life Insurance Company
- Sun Life Assure Co. of Canada
- T. Rowe Price Associates
- Teachers Insurance and Annuity Association
- Thrivent Financial for Lutherans
- Transamerica Life Insurance Company
- UBS Investment KAG
- Van Kampen Asset Management
- Vanguard Group Incorporated
- Western Asset Management Company
- Zurich American Insurance Company

## 100 Largest Unsecured Creditors other than Bondholders

Including holders of claims for borrowed money or similar indebtedness (actual, contingent, liquidated or unliquidated), claims on account of guarantees and legal judgments

- 1221 Avenue of the Americas
- 125 Broad Street
- 1301 Properties Owner L.P.
- 55 Broadway
- 767 Fifth Ave
- Allen & Overy
- Anjarlekar & Associates
- ANZ Banking Group Limited
- Aozora
- Ashurst Morris Crisp
- Australia and New Zealand Banking Group Limited
- Banctec Ltd.

## Bank Lenders

- Bank of America Plaza STE 3500
- Bank of China, New York Branch
- Bank of Taiwan, New York Agency
- Bats Trading, Inc.
- Bloomberg Finance L.P.
- Bloomberg L.P.
- BNP Paribas
- Broadridge Securities Processing
- Caldwalader, Wickersham, and Taft
- Canary Warf Management Limited
- CB Richard Ellis Client Account RE Gloa
- CDW Direct LLC
- Chuo Mitsui Trust & Banking
- Citibank, N.A.
- Citibank, N.A., Hong Kong Branch
- Clifford Chance
- Commonwealth Bank of Australia, Tokyo Branch
- Compucenter (UK) Ltd.
- CW Lending II Limited
- Davis, Polk and Wardwell
- Dell Marketing L.P.
- Deutsche Borsche AG
- Dimension Data
- DnB NOR Bank ASA
- Drowst Trading, LLC
- Ernst & Young
- Ernst & Young Private Limited
- Fidessa Plc.
- First Commercial Bank Co., Ltd., New York Agency
- FT Interactive Data
- Haworth Singapore PTE Ltd.
- Henegan Construction Co., Inc.
- Hewlett Packard AP (Hong Kong) Limited
- HSBC Bank
- Hua Nan Commercial Bank, Ltd.
- IBM Corporation
- ICAP Securities Limited
- Information Builders Inc.
- J.P. Morgan Chase
- JQ Network PTD Limited
- KBC Bank
- Kim & Chang
- Kingston Communications PLC
- Linklaters
- Linklaters, S.L.
- Lloyds Bank
- London & European Title Insurance Services Ltd.

- London Borough of Tower Hamlets Rates
- Mace Limited
- McKee Nelson LLP
- Metlife
- Microsoft Licensing, GP
- Millennium Developers Pvt Ltd
- Mizuho Corporate Bank Ltd.
- Mizuho Corporate Bank, Ltd.
- Morse Group Limited
- Morse Service Holdings Limited
- National Bank of Australia
- National Commerce Bank
- Network Appliance
- Nippon Life Insurance Co.
- NYSE Market, Inc.
- Origin HR Consulting Limited
- Paul Weiss
- Pricoa Relocation UK Limited
- Reuters America Inc.
- Reuters Ltd.
- RR Donnelley & Sons
- Shinkin Central Bank
- Shinsei Bank Ltd.
- Shinsei Bank, Limited
- Sidley Austin
- Standard & Poors
- Standard and Poors Corp.
- Standard Chartered Bank
- Sumitomo Mitsubishi Banking Corp
- Sungard Securities Finance Inc.
- Svenska Handelsbanken
- Swapswire Limited
- Taipei Fubon Bank, New York Agency
- Tata Consultancy Services
- The Bank of New York
- The Bank of Nova Scotia
- The Bank of NY Mellon
- The British Land Company PLC
- The Royal Bank of Scotland, PLC
- Thompson Financial
- TIBCO Software, Inc.
- UFJ Bank Limited
- Vertex Mortgage Services
- Virtx
- Wilmington Trust Company
- WIPRO Infotech Enterprise Solutions
- YXIME
- ZKB (Zurcher Kantonalbank)

## Significant Lessors and Lessees

- 1111 Brickell Office, LLC
- 125 High Street L.P.
- 1301 Properties Owner L.P.Archipelago Holdings, Inc.
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- BNC Mortgage
- Clifford Chance US LLP
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Crescent TC Investors L.P.
- CT Tower Investments Inc.
- Deutsche Bank Securities, Inc.
- Deutsche Bank Securities, Inc.
- Eastrich No. 167 Corporation
- Guggenheim Concourse, L.P.
- Huron Consulting Group, Inc.
- HWA 555 Owners, LLC
- JDJ Properties, Inc.
- MCPR Unit V LP, S.E. c/o MCPR Unit R LP
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC

- Palm Beach Centre 1, LLC
- Rock Forty Ninth LLC
- San Diego - Frazee, LLC
- SP4 190 S. LaSalle, L.P.
- Telwares, Inc.
- The Irvine Company
- WA-Columbia Center Property LLC
- WPGH, LLC

## **Significant Leases**

- 101 Hudson Leasing Associates
- 101 Hudson Leasing Associates
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land Trust
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crown Point, L.L.C.
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- JBC Funds 200 West Monroe LLC
- Legacy III Centennial, LLC
- Legacy III Centennial, LLC
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP
- Normandy Real Estate Partners

- One William Street Capital Management, L.P.
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- Stillwater Development, LLC
- Sunray Investments

- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- WA 555 Owners, LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC

## Secured Creditors

- Danske Bank
- Fenway
- J.P. Morgan Chase
- MetLife

- SMBC
- State Street
- Swedbank

## Government and State Regulatory Agencies

### U.S. Regulation

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)

- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

# Members of Ad Hoc or Unofficial Creditors' Committees

**Formed prior to the Commencement Date, to the extent known at the Commencement Date**

**The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc., Gas Project Revenue Bonds**

- Allstate Insurance Co.
- Capital Research Management Co.
- Franklin Advisors L.P.
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

**Informal LBHI Bondholder Group**

- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

# Significant Stockholders

**If Debtor is a corporation, any significant stockholders (greater than 5%)**

- AXA and related parties 7.25%
- Clearbridge Advisors, LLC and related parties 6.33%
- FMR LLC and related parties 5.87%

# Directors and Officers

**Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee**

## Current Board of Directors

- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

## Current Officers

- Alex Kirk
- Bryan Marsal
- Christian Meissner
- David Coles
- David Goldfarb
- Eric Felder
- George H. Walker
- Gerald A Donini
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- James Fogarty
- Jasjit S. Bhattal
- Michael Geband
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Scott J. Freidheim
- Stephen M. Lessing
- Thomas A. Russo

## Former Officers

- Christopher O'Mera
- Erin Callen
- Jonathan Beyman
- Jospeh M. Gregory

## Underwriting Investment Bankers

**For Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date**

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Accountants

**Employed or retained during the two years prior to the Commencement Date**

- Deloitte & Touch USA LLP
- Ernst & Young
- PWC (PricewaterhouseCoopers)

## Related Entities

- 737 Portfolio Services LLC
- 737 Portfolio Trust
- Area Assignor Corp. (dissolved)
- Area Depository Corporation (dissolved)
- Area GP Corporation
- Aristos LLC
- ASB LLC
- Bixen Limited
- BK I Realty Inc. (dissolved)
- BK II Properties Inc.
- BK III Properties Inc.
- Blue Jay Realty Corporation
- Bromley LLC
- Brookson Corp.
- Brookwood Energy & Properties Inc.
- Canope Credit Corp.
- Central Funding (Concord) Corporation (dissolved)
- Clarks Summit I, LLC
- Clarks Summit II, LLC
- CP1 Real Estate Services Inc.
- CP4 Real Estate Services Inc. (dissolved)
- Dimont Corporation
- DL Mortgage Corp.
- DRA Management, Inc. (dissolved)
- Eagle Energy Management, LLC
- Eagle Energy Partners I, L.P.
- East Dover Limited
- Edibrook Corp.
- EHP/GP Inc. (dissolved)
- Embarcadero Aircraft Securitization Trust
- Equipment Management Inc.
- Equity Strategies Loans LLC
- Equity Strategy Loans LLC
- First Ward Properties Inc.
- Flight Sim I LLC
- Flight Sim II LLC
- Flight Sim III LLC
- Flight Sim IV LLC
- Flight Sim V Inc.
- FRAH Special Services Inc.

- Fundo De Investimento Multimercado Credito Privado Navigator Investimento
- GA Dekalb Inc.
- Global Principal Strategies Loans Inc.
- GRA Finance Corporation Ltd.
- GRA Finance Corporation Ltd.
- Growth Partners Inc. (dissolved)
- Hydrocarbon Capital II LLC
- IL Lombard Inc. (dissolved)
- Ivanhoe Lan Pty Limited
- Jet Aircraft Leasing Inc. (dissolved)
- Jet Partners, LLC
- JFM Aviation Once LLC
- KM-I Real Estate Company VII (sold)
- Laminar Holdings LLC
- LB Alberta Holdings Inc.
- LB GPS Lightfoot LLC
- LB I Group Inc.
- LB I Group Inc.
- LB India Holdings Mauritius I Limited
- LB India Holdings Mauritius II Limited
- LB India Holdings Mauritius III Limited
- LB Investment Corp., Inc.
- LB Investment Holding Company Limited (dissolved)
- LB Leasing Inc.
- LB Maritim Investor GmbH
- LB Memphis Brownestone LLC
- LB Military Housing LLC
- LB Note Corp.
- LB Ohana, LLC
- LB Skypower Inc.
- LB Trade Corp.
- LB3 GmbH
- LB-NL Holdings (Cayman) Limited
- LB-NL Holdings I Inc.
- LB-NL Holdings L.P.
- LB-NL U.S. Investor Inc.

- LBQ Hong Kong Funding Ltd.
- LBQ Hong Kong Services Limited
- LCP LTU LLC
- LCPI Properties Inc.
- LCPI Properties Inv.
- Leesburg ACG LLC
- Lehman ABS Corporation
- Lehman Aircraft Securitization Holdings LLC
- Lehman Asset Backed Caps Inc.
- Lehman Brother Venture Capital 2003 Partnership
- Lehman Brothers (Israel) Inc.
- Lehman Brothers (Spain) S.A.
- Lehman Brothers 1999 Venture Managers' Partnership L.P.
- Lehman Brothers 1999 Vernture GP Partnership L.P.
- Lehman Brothers AIM Holding II LLC
- Lehman Brothers Alternative Investment Management LLC
- Lehman Brothers Argentina S.A.
- Lehman Brothers Asset Management Asia, Inc. (dissolved)
- Lehman Brothers Asset Securitization LLC
- Lehman Brothers Capital Partners I, L.P.
- Lehman Brothers Capital Partners II, L.P.
- Lehman Brothers Capital Partners IV, L.P.
- Lehman Brothers CDO 2003 L.P.
- Lehman Brothers CDO Associates (Cayman), Ltd.
- Lehman Brothers CDO Associates 2003 L.P.
- Lehman Brothers CDO Associates 2004 L.P.
- Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
- Lehman Brothers Commodity Service Inc.

- Lehman Brothers Communications Partnership
- Lehman Brothers de Chile, S.A. (dissolved)
- Lehman Brothers de Chile, S.A. (dissolved)
- Lehman Brothers de Venezuela C.A. (inactive)
- Lehman Brothers de Venezuela C.A. (inactive)
- Lehman Brothers Derivative Finance LLC
- Lehman Brothers Derivative Products Inc.
- Lehman Brothers Diversified Private Equity Fund 2004, L.P.
- Lehman Brothers Energy Canada, ULC
- Lehman Brothers Europe Inc.
- Lehman Brothers European Mezzanine 2002 Associates L.P.
- Lehman Brothers European Mezzanine 2002 L.P.
- Lehman Brothers European Venture Capital Associates L.P.
- Lehman Brothers European Venture Capital L.P.
- Lehman Brothers Finance (Japan) Inc.
- Lehman Brothers Financial Products Inc.
- Lehman Brothers Fund of Funds Associates L.P.
- Lehman Brothers Fund of Funds L.P.
- Lehman Brothers Global Asset Management K.K. (liquidated)
- Lehman Brothers Healthcare Venture Capital Associates L.P.
- Lehman Brothers Healthcare Venture Capital L.P.
- Lehman Brothers Holdings Inc.
- Lehman Brothers Holdings International Inc.
- Lehman Brothers Inc.
- Lehman Brothers International Services, Inc.
- Lehman Brothers Investment Holding Company Inc.
- Lehman Brothers Investment Management Asia Limited
- Lehman Brothers LBO Inc.
- Lehman Brothers MBG Associates III LLC
- Lehman Brothers MBG Associates L.P.
- Lehman Brothers MBG Capital Partners 1998 (C) L.P.
- Lehman Brothers MBG Finders 1999 (A) L.P.
- Lehman Brothers MBG Finders 1999 (B) L.P.
- Lehman Brothers MBG Finders 2000 (B) L.P.
- Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
- Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
- Lehman Brothers MBG Partners 1998 (A) L.P.
- Lehman Brothers MBG Partners 1998 (B) L.P.
- Lehman Brothers MBG Partners 1998 (C) L.P.
- Lehman Brothers MBG Partners 1999 (A) L.P.
- Lehman Brothers MBG Partners 1999 (B) L.P.
- Lehman Brothers MBG Partners 1999 (C) L.P.
- Lehman Brothers MBG Partners L.P.
- Lehman Brothers MBG Venture Capital Partners 1997
- Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
- Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
- Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.

- Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
- Lehman Brothers MLP Associates, L.P.
- Lehman Brothers MLP Partners, L.P.
- Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
- Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
- Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
- Lehman Brothers Offshore Investment Partnership L.P.
- Lehman Brothers Offshore Investment Partnership-Japan L.P.
- Lehman Brothers Offshore Long/Short Fund, Ltd.
- Lehman Brothers Offshore Long/Short Master Fund Ltd.
- Lehman Brothers Offshore Partners Ltd.
- Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
- Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
- Lehman Brothers Overseas Inc.
- Lehman Brothers Participation Fund Associates, L.P.
- Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
- Lehman Brothers Secondary Fund of Funds Associates L.P.
- Lehman Brothers Secondary Fund of Funds L.P.
- Lehman Brothers Securities Taiwan Limited
- Lehman Brothers South Asia Limited (Inactive)
- Lehman Brothers Special Financing Inc.
- Lehman Brothers Sudamerica S.A.
- Lehman Brothers Uruguay S.A.
- Lehman Brothers VC Partners L.P.
- Lehman Brothers Venture Associates Inc.
- Lehman Brothers Venture Bankers' Partnership L.P.
- Lehman Brothers Venture Capital Partners I, L.P.
- Lehman Brothers Venture GP Partnership L.P.
- Lehman Brothers Venture Partners L.P.
- Lehman CMO Inc.
- Lehman Commercial Paper Inc.
- Lehman Commodities Services, Inc.
- Lehman Insurance Company
- Lehman Loan Funding I LLC
- Lehman Finance, S.A.
- Lehman Mortgage Holdings Canada II Inc. (inactive)
- Lehman Mortgage Company of Canada (surrendered)
- Lehman Mortgage Company of Canada (surrendered)
- Lehman Mortgage Holdings Canada I Inc. (inactive)
- Lehman Municipal ABS Corp.
- Lehman OPC LLC
- Lehman Pass-Through Securities Inc.
- Lehman Queens Center Inc. (inactive)
- Lehman Queens Limited Inc. (inactive)
- Lehman Realty & Development Corp.
- Lehman Receivables Corp. (dissolved)
- Lehman Risk Management, Inc. (dissolved)
- Lehman Structured Financings, Inc.
- Lehman Structured Securities Corp.
- Lehman Syndicated Loan Inc.
- Lehman VIP Holdings Inc.
- Lehman VIP Investment LDC
- Lehman VIP Investment LDC
- Liberty Corner Inc. (sold)

11

- Liberty GP II Inc. (sold)
- Libro Companhia Securitizadora de Creditos
- Long Point Funding Pty Ltd.
- LPTG Inc.
- LPTG Intermediate LLC
- LPTG Intermediate LLC
- LPTG LLC
- LPTG LLC
- LW-LP Inc.
- LW-LP Properties Inc.
- M&L Debt Investments Holdings Pty Limited
- M&L Debt Investments Pty Limited
- Mast Depositor Corp
- MBR/GP Corp.
- Merit, LLC
- Metro Realty Corporation (dissolved)
- Morganberry Corporation
- Newark Properties One Inc.
- Nexity Investment Partnership L.P.
- NL Funding, L.P.
- NL GP Inc.
- Northstar Equipment Leasing Income Inc. (dissolved)
- NPC Inc. (dissolved)
- O.M.B. Limited Partner Ltd.
- OSD Corp.
- PAC Aircraft Management Inc.
- Pentaring, Inc.
- Pindar Pty Ltd.
- QP80 Real Estate Services Inc.
- Quality Pork Partners, Inc.
- Real Estate Investors Inc. (dissolved)

- Real Estate Services I Inc. (dissolved)
- Real Estate Services VII Inc. (dissolved)
- Reliance Energy E&P, LLC
- RIBCO LLC
- RIBCO LLC
- RIBCO SPC, Inc.
- Rock Hill Real Estate, Inc.
- Sambar Properties Inc.
- SASCO ARC Corporation
- Scranzay, Inc.
- Select Asset Inc.
- Senior Income Fund Inc. (dissolved)
- Serafino Investments Pty Limited
- Shearson Lehman Brothers Capital Partners II, L.P.
- Shearson Lehman Hutton Capital Partners II
- Skratook LLC
- Small Business Assets I LLC
- Stamford Investment Realty Inc.
- STRATUS I Inc.
- Structure Asset Securities Corporation II
- Structured Asset Securities Corporation
- Structured Options Inc.
- STUIE CORP.
- TAL Europe, LLC
- Tallus
- Townsend Analytics Japan Ltd.
- Townsend Analytics, Ltd.
- TX Tower Inc. (sold)
- West Dover, LLC

## Former Lehman Brothers Holdings Inc. Entities

- 314 Commonwealth Ave. Inc.
- Aegis Finance LLC
- Alnwick Investments (UK) Limited
- Alnwick Investments (UK) Ltd. Kingdom

- Appalachian Asset Management Corp.
- ARS Holdings I LLC
- Aurora Loan Services LLC
- Ballybunion Investments No. Ltd.

- Ballybunion Investments No. 2 Ltd.
- Ballybunion Investments No. 3 Ltd.
- Ballybunion Partnership
- Bamburgh Investments (UK) Ltd.
- Banque Lehman Brothers S.A.
- Blixen U.S.A.
- Blue Way Finance Corporation U.A.
- BNC Holdings Inc.
- Brasstown Entrada I SCA
- Brasstown LLC
- Brasstown Mansfield I SCA
- Capital Analytics II, L.P.
- Capstone Mortgage Services Ltd.
- CIMT Limited
- Cohort Investments Limited
- Commonwealth Ave. Inc.
- Dynamo Investments Ltd.
- Eldon Street Holdings Limited
- ELQ Holdings B.V.
- ELQ Hypothekan N.V.
- Entrada II Sarl
- Erin Asset
- e-Valuate, L.P.
- Executive Monetary Management, Inc.
- Falcon Holdings I LLC
- Falcon Holdings II Inc.
- Falcon Investor I-X Inc.
- Falcon LB Sarl
- Furno & Del Castano CapitalPartners LLP
- Gainsborough Investments BV
- GKI Korea Development Limited
- Global Korea Investments Ltd.
- Global Thai Property Fund
- Hills Funding One, Ltd.
- Kayenta L.P
- Kenilworth Investments Ltd.
- L.B.C. YK
- L.B.C. YK Hearn Street Holdings Limited
- LB Leaseco I
- LB LLC
- LB 745 Leaseco I LLC

- LB 745 LLC
- LB Alpha Finance Cayman Limited
- LB Asia Issuance Company Ltd.
- LB Asset Management Ltd.
- LB Australia and Asia Investments Limited
- LB Beta Finance Cayman Limited
- LB Capital Investments Ltd.
- LB Delta (Cayman) No Ltd.
- LB Delta (Cayman) No 1 Ltd.
- LB Delta Funding
- LB Holdings Intermediate Ltd.
- LB Holdings Intermediate 1 Ltd.
- LB Holdings Intermediate 2 LtdLB I Group Inc
- LB India Holdings Cayman I Limited
- LB India Holdings Cayman II Limited
- LB Investments (UK) Limited
- LB Lease & Finance No. Ltd.
- LB Lomond Investments Limited
- LB Russia Holdings Inc.
- LB Russia Holdings LLC
- LB SF No. Ltd.
- LB SPV SCA
- LB UK Financing Limited
- LB UK RE Holdings Ltd.
- LB Vin Co Inc.
- LBA Funding (Cayman) Limited
- LBAC Holdings I Inc.
- LBASC LLC
- LBCCA Holdings I Inc.
- LBCCA Holdings I LLC
- LBCCA Holdings II Inc.
- LBCCA Holdings II LLC
- LBHK Funding (Cayman) No. Ltd.
- LBHK Funding (Cayman) No. 1 Ltd
- LBHK Funding (Cayman) No. 2 Ltd.
- LBHK Funding (Cayman) No. 4 Ltd
- LBO Funding (Cayman) Limited
- LBO Investments Limited
- LBQ Funding (UK)
- LBS Holdings SARL

- LCPI Properties Inc.
- Lehman Aircraft Securitization Holdings Inc.
- Lehman ALI Inc.
- Lehman Brothers (PTG) Limited
- Lehman Brothers AIM Holding III LLC
- Lehman Brothers Asia Capital Company
- Lehman Brothers Asia Capital Company Kong
- Lehman Brothers Asia Holdings Limited
- Lehman Brothers Asia Limited
- Lehman Brothers Asia Pacific (Singapore) Pte. Ltd.
- Lehman Brothers Asset Management (Europe) Ltd.
- Lehman Brothers Asset Management France
- Lehman Brothers Asset Management Inc.
- Lehman Brothers Asset Management, LLC
- Lehman Brothers Australia Granica Pty Limited
- Lehman Brothers Australia Holdings Pty Limited.
- Lehman Brothers Australia Limited
- Lehman Brothers Bancorp Inc
- Lehman Brothers Bancorp UK Holdings Limited
- Lehman Brothers Bank, FSB
- Lehman Brothers Bankhaus Aktiengesellschaft
- Lehman Brothers Canada Inc.
- Lehman Brothers Capital GmbH, Co.
- Lehman Brothers Capital Private Limited
- Lehman Brothers Co-Investment Associates LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Commercial Corporation
- Lehman Brothers Commercial Corporation Asia Limited
- Lehman Brothers Commercial Mortgage K.K.
- Lehman Brothers Commodity Services Inc.
- Lehman Brothers do Brasil Ltda
- Lehman Brothers Equity Finance (Cayman) Limited
- Lehman Brothers Europe Limited
- Lehman Brothers Europe Limited
- Lehman Brothers Finance S.A.
- Lehman Brothers Fixed Income Securities Private Limited
- Lehman Brothers Futures Asia Limited
- Lehman Brothers Futures Asset Management Corp.
- Lehman Brothers Global Investments LLC
- Lehman Brothers Holdings Capital Trust IV
- Lehman Brothers Holdings Japan Inc.
- Lehman Brothers Holdings Plc.
- Lehman Brothers Holdings Scottish LP
- Lehman Brothers Hy Opportunities Inc.
- Lehman Brothers Hy Opportunities Korea Inc.
- Lehman Brothers Inc.
- Lehman Brothers Insurance Agency L.L.C
- Lehman Brothers International (Europe)
- Lehman Brothers Investment Korea Inc.
- Lehman Brothers Investments PTE Ltd.
- Lehman Brothers Japan Inc.
- Lehman Brothers Limited
- Lehman Brothers Luxembourg Investments Sarl
- Lehman Brothers Management LLC

14

- Lehman Brothers Offshore Real Estate Associates, Ltd
- Lehman Brothers OTC Derivatives Inc.
- Lehman Brothers P.A. LLC
- Lehman Brothers Pacific Holdings Pte. Ltd.
- Lehman Brothers Private Equity Advisers
- Lehman Brothers Private Equity Advisers LLC
- Lehman Brothers Private Fund Advisers L.P.
- Lehman Brothers Private Fund Advisers LPD
- Lehman Brothers Private Fund Management L.P.
- Lehman Brothers Private Funds Investment Company GP, LLC
- Lehman Brothers Private Funds Investment Company LP, LLC
- Lehman Brothers Securities Asia Limited
- Lehman Brothers Securities N.V.
- Lehman Brothers Securities Private Limited
- Lehman Brothers Services India Private Limited
- Lehman Brothers Singapore PTE Ltd.
- Lehman Brothers South East Asia Investments PTE Limited
- Lehman Brothers Spain Holdings Limited
- Lehman Brothers Special Financing Inc.
- Lehman Brothers Treasury Co. B.V.
- Lehman Brothers Trust Company of Delaware
- Lehman Brothers Trust Company, National Association
- Lehman Brothers U.K. Holdings (Delaware) Inc.
- Lehman Brothers U.K. Holdings Ltd.
- Lehman Brothers U.K. Holdings Ltd.

- Lehman Brothers UK Investments Limited
- Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
- Lehman Capital Investments Ltd.
- Lehman (Cayman Islands) Ltd.
- Lehman Commercial Mortgage Conduit Ltd.
- Lehman Crossroads Corporate Investors II, L.P.
- Lehman Crossroads Corporate Investors, L.P.
- Lehman Crossroads Investment Advisers, L.P.
- Lehman Crossroads Investment Company, L.P.
- Lehman Re Ltd.
- Lehman Risk Advisors Inc.
- Lehman Risk Services (Bermuda) Ltd.
- Lehman Structured Assets Inc.
- Lehman Syndicated Loan Funding Inc.
- LIBRO Holdings I Inc.
- Lincoln Capital Fixed Income Management Company, LLC
- Longmeade Limited
- Louise Y.K.
- LUBS Inc.
- Lunar Constellation Limited Partnership
- MABLE Commercial Funding Limited
- Maewha K-STARS Ltd.
- MBAM Investor Limited
- MICT Limited
- MMP Funding Corp.
- Nai Harn Hotel 1 Company Limited
- Nale Trust
- Neuberger & Berman Agency, Inc.
- Neuberger Berman Asset Management, LLC
- Neuberger Berman Inc.
- Neuberger Berman Investment Services, LLC

- Neuberger Berman Management Inc.
- Neuberger Berman Pty Ltd.
- Neuberger Berman, LLC
- New Century Finance Co., Ltd.
- OCI Holdings Limited
- OOO Lehman Brothers
- Opal Finance Holdings Ireland Limited
- Pentaring Inc.
- Phuket Hotel 1 Holdings Company Limited.
- Pike International Y.K.
- Pindar Pty Ltd.
- Portsmouth Investment Company Pty Ltd.
- Preferred Group Limited
- Preferred Holdings Limited
- Preferred Mortgages Limited
- Principal Transactions Inc.
- Property Asset Management Inc.
- Real Estate Private Equity Inc.
- REPE LBREP II LLC
- REPE LBREP III LLC
- Resetfan Limited
- Revival Holdings Limited
- Sage Partners, LLC
- SAIL Investor Pte Ltd.
- Security Assurance Advisers, L.P.
- SkyPower Corporation
- SOGKI Development Inc.
- Southern Pacific Funding
- Southern Pacific Funding 5 Ltd.
- Southern Pacific Mortgage Limited
- SPML Mortgage Funding Limited
- SPML Mortgage Funding Limited
- Stockholm Investments Limited
- Storm Funding Ltd.
- Storm Funding Ltd.
- Sunrise Finance Co., Ltd.
- Thayer Group Limited
- Thayer Properties (Jersey) Ltd.
- Thayer Properties Limited
- The Main Office Management Company, L.P.
- TMIC Limited
- Wharf Reinsurance Inc.
- Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
- Woori-LB First Asset Securitization Specialty Co., Ltd.
- Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
- Woori-LB Sixth Asset Securitization Specialty Co., Ltd
- Y.K Tower Funding
- Y.K. Park Funding

## <u>Affiliations of Outside Directors</u>

**Henry Kaufman (current)**

(1) president of Henry Kaufman & Company
(2) member (and the chairman emeritus) of: (a) Board of Trustees of the Institute of International Education, (b) Board of Trustees of New York University, (c) Board of Trustees of the Animal Medical Center, (d) International Advisory Committee of the Federal Reserve Bank of New York, (e) Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan, (f) Board of Governors of Tel-Aviv University treasurer (and former trustee) of The Economic Club of New York

(3) member (and the chairman emeritus) of Board of Overseers of the Stern School of Business of New York University

**John D. Macomber (current)**

(1) director of Collexis Holdings, Inc., and Stewart & Stevenson LLC
(2) chairman of Council for Excellence in Government
(3) vice chairman of Atlantic Council
(4) trustee of Carnegie Institution of Washington and Folger Library

**John F. Akers**

(1) director of W.R. Grace & Co

**Marsha Johnson Evans**

(1) director of: (a) Weight Watchers International, Inc., (b) Huntsman Corporation, (c) Office Depot, Inc., (d) Naval Academy Foundation, (e) America's Development Foundation.
(2) advisory board of: (a) LPGA, (b) Pew Partnership for Civic Change

**Michael L. Ainslie**

(1) director of: (a) The St. Joe Company, (b) Lehman Brothers Bank, FSB
(2) trustee of Vanderbilt University
(3) member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.

**Roger S. Berlind**

(1) governor of The Broadway League

**Roland A. Hernandez (current)**

(1) director of: (a) MGM Mirage, (b) The Ryland Group, Inc., (c) Sony Corporation, (d) Vail Resorts, Inc.
(2) advisory board of: (a) David Rockefeller Center for Latin American Studies at Harvard University, (b) Harvard Law School
(3) President's Council on International Activities – Yale University

**Sir Christopher Gent**

(1) director of Ferrari SpA
(2) senior advisor to: (a) Bain & Company, Inc., (b) Reform


**Thomas H. Cruikshank**


## Professionals Employed by the Company

- Akerman Senterfitt
- Alvarez & Marsal
- Andrew & Kurth
- Baker & McKenzie LLP
- Ballard Spahr Anders & Ingersoll, LLP
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- Brand Law Group, PC
- Burns, White & Hickton
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cederquist
- Click & Null, P.C.
- Conway and Mrowiec
- Cox Castle Nicholson
- Davies Ward Phillips & Vineberg
- Dechert LLP
- DLA Piper
- Einstein Malanchuk LLP
- Ernst & Young
- Foster, Graham, Milstein & Calisher, LLP
- Freshfields Bruckhaus Deringer
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith Ltd.
- Herrick & Feinstein
- Hogan & Hartson
- Houser & Allison, APC
- Hunton & Williams LLP
- Jeffer, Mangels, Butler & Marmaro
- Jones Day
- Kepley Brouscious & Biggs
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins, LLP
- Lazard
- Lewis and Roca LLP
- LS Horizon Ltd.
- McKee Nelson
- McKenna Long & Aldridge LLP
- Menter, Rudin & Trivelpiece, P.C.
- Miller Canfield Paddock Stone
- MM Arizona Holdings LLC
- NBP Clems
- Oh-Ebashi LPC & Partners
- Paul, Hastings, Janofsky & Walker LLP
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Reilly Pozner & Connelly LLP
- Schulte, Roth, & Zabel LLP
- Sidley Austin
- Sills Cummis & Gross P.C.

- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Meagher & Flom LLP
- Squire, Sanders & Dempsey L.L.P.,
- Stroock, Stroock & Lavan
- Thacher Proffitt & Wood LLP
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Weil Gotshal& Mages LLP
- White & Case
- Willkie Farr & Gallagher LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank, Ltd.
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Vanguard Group Inc.
- Wilmington Trust Company

## Former Committee Members

- RR Donnelley & Sons
- The Royal Bank of Scotland, plc

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP
- The Wilson Law Firm, P.C.

## 100 Largest Holders of Trade Debt

- 1221 Avenue of the Americas
- 125 Broad Street
- 1301 Properties Owner L.P.
- 1301 Properties Owner L.P.
- 2027 Collections Center Drive
- 425 Lexington Ave.
- 515 South Flower Street
- 55 Broadway
- 767 Fifth Ave
- 77 West Wacker
- Allen & Overy
- Anjarlekar & Associates
- ANZ Banking Group Limited
- Ashurst Morris Crisp
- Australia and New Zealand Banking Group Limited

- Banctec Ltd.
- Bank of America Plaza STE 3500
- Bank of Taiwan, New York Agency
- Bank One Plaza
- Bats Trading, Inc.
- Bloomberg Finance L.P.
- Bloomberg L.P.
- Broadridge Securities Processing
- BT Americas, Inc.
- Caldwalader, Wickersham, and Taft
- Canary Warf Management Limited
- CB Richard Ellis Client Account RE Gloa
- CDW Direct LLC
- Centrale Attivita Finanziarie SPA
- Clifford Chance
- Compucenter (UK) Ltd.
- Cushman and Wakefield, Inc.
- Davis Polk and Wardwell
- Dell Marketing L.P.
- Department 0723
- Dept. 7247-6838
- Deutsche Borsche AG
- Dimension Data
- DnB NOR Bank ASA
- Drowst Trading, LLC
- Elyo Services Limited
- Ernst & Young
- Ernst and Young Private Limited
- Fidessa Plc.
- File No. 72497
- First Commercial Bank Co., Ltd, New York Agency
- FT Interactive Data
- Hatfield Philips International Limited
- Haworth Singapore PTE Ltd.
- Henegan Construction Co., Inc.
- Hewlett Packard AP (Hong Kong) Limited
- HSBC Bank
- IBM Corporation
- ICAP Securities Limited
- Information Builders Inc.
- Intuition Publishing
- IPC Information Systems Inc.
- JQ Network PTD Limited
- Kim & Chang
- Kingston Communications PLC
- Lancaster Office Cleaning Co.
- Linklaters
- Linklaters, S.L.
- London & European Title Insurance Services Ltd.
- London Borough of Tower Hamlets Rates
- London Eastern Railway Limited
- Mace Limited
- McKee Nelson LLP
- Meridian IT, Inc.
- Microsoft Licensing, GP
- Millennium Developers PVT Ltd.
- Morse Group Limited
- Morse Service Holdings Limited
- National Bank of Australia
- National Commerce bank
- Net One Systems
- Network Appliance
- NYSE Market, Inc.
- Origin HR Consulting Limited
- P.O. Box 60000
- Paul Weiss
- Pricoa Relocation UK Limited
- Reuters America Inc.
- Reuters Ltd.
- Standard & Poors
- Standard and Poors Corp.
- Standard Chartered Bank
- Sungard Securities Finance Inc.
- Sungard Securities Finance Ltd.
- Swapswire Limited
- Taipei Fubon Bank, New York Agency
- Tata Consultancy Services
- The British Land Company PLC
- Thompson Financial
- TIBCO Software, Inc.
- Vertex Mortgage Services

20

- Virtx
- WIPRO Infotech Enterprise Solutions
- YXIME
- ZKB (Zurcher Kantonalbank)

## **Competitors**

- Bank of America Securities LLC
- Barclays Capital Inc.
- BNP Paribas Securities Corp.
- Cantor Fitzgerald & Co.
- Citigroup Global Markets Inc.
- Credit Suisse Securities (USA) LLC
- Daiwa Securities America Inc.
- Deutsche Bank Securities Inc.
- Dresdner Kleinwort Securities LLC
- Goldman, Sachs & Co.
- Greenwich Capital Markets, Inc.
- HSBC Securities (USA) Inc.
- J.P. Morgan Securities Inc.
- Merrill Lynch Governmental Securities Inc.
- Mizuho Securities USA Inc.
- Morgan Stanley & Co., Incorporated
- UBS Securities LLC

## **Litigation and Non-Litigation Claimants**

- 262 Annuity Fund
- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et., al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bader and Yakaitis P.S.P. and Trust, et., al. v. Michael L. Ainslie, et. al.
- BHL Capital Partners L.P.
- Breakaway Solutions Inc.
- City of Cleveland
- City of Cleveland, Ohio
- David Trent
- Electronic Trading Group, LLC
- Elizabeth Foster
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc., Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- In re Short Sale Antitrust Litigation.
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Mark Montag

- Mary Helbeyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local
- Overstock.com, Inc., et., al. v. Morgan Stanley & Co., Inc., et., al.
- Research Analyst Independence Litigations
- Wright et al. v. Lehman Brothers Holdings Inc. et., al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Utilities

- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Interstate Gas
- NEORSD
- NSTAR Electric
- NYC Water Board
- The Hess Corporation

## Potential Parties in Interest

- 13D Research Inc.
- 1407 Broadway Real Estate LLC
- 2027 Collections Center Drive
- 25 Broad LLC
- 250 East Borrower LLC
- 4086 Advisors
- 4Cast Inc.
- 4Kids Entertainment, Inc.
- 50 Broadway Realty Corp. LLC
- A.M. McGregor Home
- Aaron Guth
- AB Bankas
- Aberdeen Asset Management Inc.
- Abm Industries, Inc.
- ABN Ambro Holding N.V.
- AboveNet Communications Inc.
- Abu Dhabi National Energy Company
- Accel Capital Corporation
- Accellent Inc.
- Accenture LLP
- Access Data
- ACCLARA
- Account Temps
- Accredited Home Lenders, Inc.
- Accuride Corporation
- ACI Operations Pty Limited
- Acorn Partners LP
- Activant Solutions Inc.
- Acts Aero Tech Support
- Adagio IV CLO Limited
- ADV Portfolio Tech
- Advanced Graphic Printing, Inc.
- AES Corporation
- AEW Capital Management, LP
- AG First Farm Credit Bank
- AGA Medical Corporation
- Agribank
- Aida Sarmast
- AIG CDS, Inc.
- AIG Financial Products Corp.
- AIG Global Investment Corporation
- AIM Advisors
- AIM Funds
- Airclaims Limited
- Aircraft Finance Trust

- Airlie CDO I
- AIRLIE LCDO (AVIV LCDO 2006-3)
- AIRLIE LCDO (Pebble Creek 2007-1)
- Alabama Power Company
- Alameda County (CA) Employees' Retirement Association
- Alan J. Worden
- Alcoa Inc.
- Alenco
- Alex E. Rhinehart
- Algoma Stell Inc.
- Aliant Bank
- Alix Partners LLP
- Allegheny Energy
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alliance Imaging, Inc.
- Alliance Laundry Holdings LLC
- Alliance Laundry Systems
- Alliance Resource Operating Partners, L.P.
- Alliant Energy Corporation
- Allianz
- Allianz Global Investors AG
- Allied Holdings, Inc.
- Allied Waste Industries Inc.
- Allied World Assurance Company Limited
- Allison Transmission, Inc.
- Allsport Management SA
- Alltel Communications
- Alltel Corp.
- Alpha D2 Limited
- Alpha III
- Altos Hornos de Mexico SA de CV
- Altova, Inc.
- Altra Group, Inc.
- Amadeus Holdings Limited
- AMBAC
- Amber Capital Investment Management
- Ameren Corporation
- Ameren et., al.
- Amerenergy Resources Generating Company / Ameren Resources Gen Co
- America's Servicing Company
- American Airlines 1st Lien
- American Airlines Inc.
- American Axle & Manufacturing Inc.
- American Electric Power Company Inc.
- American European Insurance Company
- American Intlgrp Inc.
- American National Insurance Company
- American Transmission Company LLC A-2
- AmeriSourceBergen Corporation
- Amgen Inc.
- ANC Rental Corporation
- Andrew Fischtal
- Andrew Yeung
- Anita Bryant
- Ann Cairns
- Ann Lee
- Antero Resources Corporation
- Anthony Victor Lomas
- ANZ Securities, Inc.
- AON Consulting
- Apax Summer Bidco Limited
- Apollo Management Holdings, L.P.
- Appleby Global
- Arab Bank
- Aracruz
- Aramark Corporation
- Arapahoe County Attorney's Office
- Arapahoe County Treasurer
- Arapahoe International Limited
- Area Giochi Holding S.p.A
- ARINC Incorporated
- Arizona Public Service Company
- ArvinMeritor, Inc.

- Arysta Lifescience
- AS Propulsion Capital BV
- Asbury Atlantic
- Asbury-Solomons
- Ashmore Energy International / AEI
- Asset Backed Management Corp.
- Assicurazioni
- Assurant, Inc.
- Asurion Corporation
- AT&T
- Atlas Pipeline Partners
- Atmos Energy Corporation
- Atrium Companies Inc.
- Audio Visual Services Corporation
- Autodesk Inc.
- Automated Securities Clearance LLC
- Automobile Club Insurance Association
- A-V Services, Inc.
- Avago Technologies Finance Pte. Ltd.
- Avaya Inc.
- Aveos
- Avio
- Avista Corp.
- AVIV LCDO 2006-1
- AVIV LCDO 2006-2
- Aviva Life and Annuity Company
- AVR Acquisitions B.V.
- AVR Industrial Waste B.V.
- AVR Industrie N.V.
- Axon Financial
- B & G Foods
- BAE Systems Holdings Inc.
- Ball Corporation
- Ball Packaging Products Canada Corp. Inc.
- Ballyrock ABS CDO 2007-1 Limited
- Banca Italease S.p.A.
- Banca Sai
- Banco Santander
- Banesco Holding C.A.
- Banif-Banco

- Bank of America Mellon
- Bank of China
- Bank of Montreal
- Bank of New York Mellon
- Bank of New York Trust Co., N.A.
- Bank Pekao
- Bankruptcy Creditors' Service, Inc.
- Banque Privee Saint Dominique
- Bar & Karrer AG
- Bats Holdings, Inc.
- Bausch and Lomb
- Bay Harbour Management LC
- Bay Harbour Master Ltd.
- Bayview Financial, L.P.
- Bayview Opportunity Master Fund, L.P.
- BBVA Securities Inc.
- BCM Ireland Holdings Limited
- BCV Investments SCA
- BEA Systems, Inc.
- Bedell Cristin
- Beig Midco Limited
- Beig Pikco Limited
- Bel Air Investment Advisors LLC
- Belmont Holdings Corp.
- Berkman Wechsler Bloom & Co., Law Offices
- Berry Plastics Corporation
- Best Buy
- Best Karpet
- BHCO Master
- BHCO Master Ltd.
- BHM Exit Financing Facility
- BHM Exit Term Loan
- BHM Technologies, LLC
- BIM
- Binding Company, Inc.
- Biogen Iden Inc.
- Biomet, Inc.
- Black Lion Beverages III B.V.
- BlackRock
- Blackrock Financial Management
- Blackstone / Blackstone Capital partners V L.P.

- Block Financial Corporation
- BLT 39 LLC
- BMO Capital Markets Corp.
- BNC Mortgage Loan Trust
- BNY Capital Markets, Inc.
- BNY Corporate Trustee Services Ltd.
- Boardwalk Pipelines, LP
- Bondwave LLC
- Bonten Media Group, Inc.
- Booz Allen Hamilton Inc.
- Bortstein Legal LLC
- Boston Generating, LLC
- BP Canada
- BP Energy
- BP North America
- BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
- Bracewell & Giuliani LLP
- BRE Bank S.A.
- BreitBurn Operating L.P.
- Bremer Financial Corporation A-3
- Brickman Group
- British Airways Plc
- British Sky Broadcasting Group plc
- BRM Group, Ltd.
- Broadridge Processing Solutions, Inc.
- Brockton Contributory Retirement System
- Brookfield Properties One WFC Co. LLC
- Brookfield Properties One WFC Co. LLC
- Brooks Family Partnership, LLC
- Brownstein Hyatt Farber Schreck, LLP
- Bryant University
- Buckeye Partners, L.P.
- Buffets, Inc.
- Building Materials - Wells
- Buildings Materials Holdings
- Bulboaca & Associatii
- Burger King Corporation
- Burleson, ISD
- Business Objects Americas
- Cableuropa S.A.U.
- Cablevision Systems Corp.
- Cabrera Capital Markets, LLC
- Cadwalader, Wickersham & Taft LLP
- Cains
- Caisse De Depot et Placement du Quebec
- Caixa Geral De Depositos, S.A.
- Caja de Ahorros y Monte de Piedad de Madrid
- California Ind. Systems Operator Corp.
- California Public Employees Retirement System
- Calyon
- Calyon Securities
- Cammell Laird Holdings Plc
- Campbell Soup Company
- Canadian Imperial Bank
- Canadian National Resources Limited
- Canary Wharf Management Limited
- Cap Gemini Financial Services USA, Inc
- Capital Automotive L.P.
- Capital IQ, Inc.
- Capmark Financial Group Inc.
- Carbone S.A.R.L.
- Caribe Media Inc.
- Carlos Manalac
- Carlsberg Breweries
- Carlton Comm Ltd.
- Carlton Willard
- Carmignac Gestion
- Carolina First Bank
- Carrollton-Farmers Branch Independent School District
- Cascade Investment LLC
- Casema Mezzanine
- Casema/Euribor
- Cassels Brock & Blackwell LLP

- Castex Energy 1995, L.P.
- Castex Energy 2007 L.P.
- Cattolica Assicurazioni S.p.A
- Cavalier Telephone
- CB Richard Ellis, Inc.
- CBI Italian Receivables
- CBI-Italian NPL
- CBR Textile GMBH
- CBS Corp.
- CCMP Acquisition
- CD Representative
- CDC IXIS Financial Guaranty Services Inc.
- CDW Corporation
- CEAGO ABS CDO 2007-1, LLC
- CEAGO ABS CDO 2007-1, Ltd.
- Cebridge 2nd Lien PIK
- Cedar Fair
- Cede & Co.
- CEI/Kensington Ltd.
- Cellcap Securities Limited
- Centennial Cellular Corp.
- Centennial Communications Corp.
- Center Energy Resources Corp.
- Centerpoint Energy Resource
- Centra Park, LLC
- Central CATV Inc.
- Central Illinois Light Company
- Central Illinois Public Service Company
- Centurytel, Inc.
- Cenveo Corporation
- Cequel Comm
- Cereita Lawrence
- Cessna
- CFIP Fund
- CFS Holding NV
- Charise Carroll
- Charles Schwab & Co., Inc.
- Chart Industries, Inc.
- Charter Communications
- Chequer Finance 1 S.A.
- Chequer Finance 2 S.A.
- Chequer Finance 3 S.A.

- Chesapeake Appalachia, L.L.C.
- Chesapeake Energy Corp.
- Cheung Kong Bond Finance Limited
- Chevron Natural Gas
- Chicago Board Options Exchange, Incorporated
- Chicago Mercantile Exchange
- Chiomenta Studio Legale
- Choctaw Investors B.V.
- Chorion (Project Planet) PIK
- Christine Searl
- Chun IP
- Chuo Mitsui Trust and Banking Co.
- CIBC World Market.
- CIBC World Markets Inc.
- CIFG
- CIFG Services, Inc.
- Cilcorp Inc.
- Cinemark USA, Inc. A-4
- Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
- CIT Group (Master)
- Citic International Financial Holdings
- Citigroup, Inc.
- Citrus Corporation
- City of Auburn
- City of Burbank
- City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
- City Of Farmers Branch
- City of Fremont
- City of Milwaukee, Wisconsin
- City of San Buenaventura
- City of South San Francisco
- City of Tuolumne
- CKX Inc.
- Claire's Stores, Inc.
- Cleveland Barrett
- Clio European CLO B.V.
- Clondalkin Acquisition B.V.
- CME Group Inc.
- CNX Gas Co.

26

- Coast Electric Power Association
- Coditel Sarl
- Cognizant Technology Solutions
- Cognizant Technology Solutions US Corporation
- Colfax Corporation
- Collins & Aikman Products
- Collins Building Services, Inc.
- Colonial Realty Limited Partnership
- Commerzbank A.G. (New York and Grand Cayman Branches)
- Commerzbank Capital Markets Corp.
- Community Health System
- Community Trust Bancorp Inc.
- Compagnie Financiere Trdaition SA
- Computer Associates International Inc.
- Computer Financial Consultants Inc.
- Concord Development Properties Ltd.
- Conocophillips
- Conseco Inc.
- Consolidated Container Company LLC
- Constellation Energy Group, Inc.
- Constellation PL
- Continental AG / Continental Aktiengesellschaft
- Continental Airlines Inc.
- Contrarian Capital Management, LLC
- Convenience Food System
- Converteam
- Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
- Cooper-Standard Automotive Inc.
- Corrections Corporation of America
- CorrectNet, Inc.
- Cortefiel, S.A.
- Costello Maione Schuch Inc.
- Coughlin Stoia Geller Rudman & Robbins, LLP

- Counsel To Australia And New Zealand Banking
- County of Monterey (CA)
- County of San Mateo (CA)
- Covanta Energy Corporation
- Coventry Health Care, Inc.
- Coviden Intl
- Cox Communications, Inc.
- Cox Enterprises, Inc.
- Cox Radio, Inc.
- CPQ Midco II Corporation
- CRA Rogerscasey, LLC
- Credit Agricole
- Credit Suisse
- Crimson Exploration Inc.
- CRJ 200 Whole Loan
- CROSSMAR, Inc.
- Crossmark Investment Advisers, LP
- Crossroads Investment Advisors
- Crown Americas, Inc.
- Crown Castle
- CSC Holdings
- CSG Systems International, Inc.
- Cura Fixed Fund
- Currenex
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- Customer Asset Protection
- CWT Senior
- Dae Aviation Holdings, Inc.
- Dallas County
- Dan Yoram Schwarzmann
- Dana Holding Corporation
- Danaher Corporation
- Daniel Ehrmann
- Danish Holdco
- Darden Restaurants Inc.
- Darryl Steinberg
- Data Down Link Corporation
- David A. Rosenfeld
- David C. Cimo
- David C. Walton
- David H. Arlington Oil and Gas, Inc.
- Davis & Gilbert LLP

- Dayco
- DBP NPLS
- DCFS Trust
- DCI Umbrella Fund PLC
- De Brauw Blackstone Westbroek
- DE Shaw
- Debitel (Netherlands) Holding B.V.
- Declan Kelly
- Deer Park Road Corporation
- Deere & Company
- Del Monte Corporation
- Delaware Management Holdings, Inc.
- Delaware River Port Authority
- Delek Benelux B.V.
- Delek Luxembourg Holding Sarl
- Delphi
- Delta Airlines A-5
- Demann
- Denise Troise
- Deutsche Bank Securities Inc.
- Deutsche Bank Trust Company Americas
- Deutsche Telekom AG
- Dexia Belgique
- Dexia Deutschland
- Dexia Local
- Dexia Luxemburg
- DG3 Holdings LLC
- DHS Drilling Company
- Diageo Finance PLC
- Dido Erste Vermoegensverwaltun GS
- Digicel International Finance Limited
- Direct Energy Business LLC
- Direct Energy LLC
- Discover Financial Services
- Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTE, LTD.
- Diversified Software Systems, Inc.
- Division Water

- DK Acquisition Partners
- Dollar General Corporation
- Dominion
- Dominion Resources Inc.
- Domtar Inc.
- Dorsey & Whitney LLP
- Dovenmuehle Mortgage Inc.
- Drake Management LLC
- Dresdner Bank A.G.
- Dresdner Kleinwort Group Holdings LLC
- Dresser, Inc.
- Dubai International Capital LLC
- Duff & Phelps
- Duke Corporate Education
- Duke Energy Ohio, Inc.
- Dun & Bradstreet
- Duncan Energy Parnters L.P.
- Dynegy Holdings, Inc.
- Dynergy Power Marketing, Inc.
- DZ Financial Markets LLC
- E. Todd Whittemore
- E.On AG
- Eagle Rock Energy Partners, L.P.
- East 46th Borrower LLC
- Eaton Corporation
- Ebay Inc.
- E-Capital Profits Limited
- Edam Acquisition Holdings B.V.
- Edgen Murray
- Edison International
- Edison Mission Energy
- Edscha A.G.
- Educational Management Corp.
- Edward D. Jones & Co., LP
- Edward Grieb
- EHMD, LLC
- El Paso Corporation
- El Paso Pipeline Partners
- Electrabel
- Electrabel S.A.
- Electricite de France
- Elliott Associates, L.P.
- Elliott International L.P.

- EMC Corporation
- EMI Entertainment World, Inc.
- Emigrant Bank
- Enbridge (U.S.) Inc.
- Enbridge Energy Partners
- Endemol Mezz
- Endemol Sen
- Enel SPA
- Energy America LLC
- Energy XXI Gulf Coast, Inc.
- EnergyCo Marketing and Trading
- EnergyCo, LLC
- E-NET Corporation
- Enron Corp.
- Entegra Holdings LLC
- Entegra TC LLC
- Entegra TC LLC
- Entergy Corp.
- Enterprise GP Holdings L.P.
- Enterprise Products LLC
- Enterprise Products Operating L.P.
- Enterprise Products Operating, LLC
- Envirosolutions Real Property Holdings, Inc.
- EPCO Holdings Inc.
- Equitable Resources, Inc.
- ERP Operating Limited Partnership
- Escaline S.a.r.l.
- E-Source, Inc.
- Essex Equity Holdings USA, LLC
- Etihad Airways
- European Bank For Reconstruction
- Evergreen Law Group
- Evergreen Solar, Inc.
- Evergreen, Et. Al
- Exco Partners Operating Partnership L.P.
- Exco Resources Inc.
- Executive Fliteways, Inc.
- Exegy Incorporated
- Express Energy Services Holding, LP
- Extendicare Health Services Inc.
- Exterran Holdings, Inc.

- EXUM RIDGE CBO 2006-1
- EXUM RIDGE CBO 2006-2
- EXUM RIDGE CBO 2006-4
- EXUM RIDGE CBO 2006-5
- EXUM RIDGE CBO 2007-1
- EXUM RIDGE CBO 2007-2
- EZE Castle
- FA Sub 3 Limited
- Factiva, Inc.
- Fadesa Inmobiliaria, S.A.
- Faegre & Benson
- Fairpoint Communications, Inc.
- Falcon Senior
- Fannie Mae
- FCAR
- Federal Express Corporation
- Federal Home Loan
- Federal Home Loan Bank of Atlanta
- Federal Home Loan Bank of Pittsburgh
- Federazione Italiana del Consorzi Agrari S.r.l.
- Federconsorzi
- Ferretti
- Fidelity Capital Markets Services A-6
- Fidelity Investments
- Financial Security Assurance
- Financiere Daunou
- Financiers CVT
- Finartex
- Finmeccanica Finance SA
- FINOVA Loan Administration
- Fir Tree Capital Opportunity Master Fund, L.P.
- Fir Tree Value Master Fund, L.P.
- Fire & Police Pension of Colorado
- First Chemical Holding
- First Chemical Mexxanine
- First Chemical Senior
- First Choice Power, LP
- First Commercial Bank Co., Ltd. New York Agency
- First Data Corporation

- First Franklin Mortgage Lona Trust 2006-FFA
- First Trust Advisors L.P.
- First Trust Portfolios L.P.
- FirstBank of Puerto Rico
- FirstEnergy Corp
- Firth Rixson Mezz
- Flextronics International Ltd
- Florida Gas Transmission Company, LLC
- Florida Power & Light Company
- Fondiaria
- Fondo Latinoamericano De Reservas
- Ford Motor Company
- Ford Motor Credit
- Fortis Group
- Fortress Investment Group LLC
- FPL Energy Power Marketing, Inc.
- FPL Group Capital Inc.
- FR Acquisitions Corporation (Europe) Limited
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Francine Kittredge
- Francisco Perez
- Franklin American Mortgage Company
- Fred Hutchinson Cancer Research Center
- Fred Telling
- Freenet
- Freescale Semiconductor, Inc.
- Fresenius Medical Holdings Inc.
- Frictionless Commerce, Inc.
- Fried Frank
- Friedman, Billings, Ramsey & Group, Inc.
- Frontier Drilling
- Frost & Sullivan
- Fubon Insurance Co.
- Fubon Securities Co.
- Fulbright & Jaworski L.L.P.
- Fulton Bank
- Fusion Funding Limited
- Fusion Funding Luxembourg, S.A.R.L.
- FX Alliance, LLC
- Fxcm Holdings LLC
- FXCM Holdings, LLC
- Gables Marquis
- Gala
- Gala Group Finance Limited
- Gala Mezz
- Galleon Buccaneer's Offshore Ltd
- Gaming Invest Sarl
- Gartner UK Limited
- Gartner, Inc.
- Gaston Christian School, Inc.
- Gate Gourmet
- G-BNWE Aircraft Pty Ltd
- G-BNWF Aircraft Pty Ltd
- G-BNWG Aircraft Pty Ltd
- G-BNWJ Aircraft Pty Ltd
- G-BNWK Aircraft Pty Ltd
- G-BNWK Aircraft Pty Ltd.
- G-BNWL Aircraft Pty Ltd
- G-BNWS Aircraft Pty Ltd
- G-BNWT Aircraft Pty Ltd
- GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services
- GE Corporate Financial Services
- Gemstone CDO VI Corp
- Gemstone CDO VI Ltd
- GenenTech, Inc.
- General Electric Capital Corp
- General Mills, Inc.
- General Nutrition Centers, Inc.
- Genovese Joblove & Battista, P.A.
- Gensler Architecture, Design And Planning, P.C.
- Gentiva Health Services, Inc.
- Genworth Financial inc.
- Genworth Financial, Inc.
- Georgetown University
- Georgia Gulf
- Georgia Pacific Corporation
- Georgia-Pacific Expansion S.A.S

- Gerald Pietroforte
- German Association of Savings Banks
- Gesconsult S.A. SG LLC
- Ginn Clubs
- Givaudan S.A.
- GL Trade
- Glg Partners LP
- Global Cash Access, Inc.
- Global Thematic
- Globe Pub Management Limited
- GM Canada Foreign Trust
- GMAC LLC
- GMAC Residential Capital
- GMAC-IM
- GMAM Investment Funds Trust
- Godiva Chocolatier, Inc.
- Goldman Sachs Credit Partners
- Government of Guam Retirement Fund
- Government of Singapore
- Grace Wang
- Graham Packaging Company, L.P.
- Graphic Packaging International Corp
- Great Lakes Dredge & Dock Corporation
- Greektown Holdings LLC
- Green Tree Servicing Inc.
- Green Tree Servicing LLC
- Green Valley Ranch Gaming LLC A-7
- Greenbriar Minerals, LLC
- Greenbrier Minerals, LLC
- Greenpoint Mortgage Funding Trust Series
- Greenwich Insurance Company
- Greg Georgas & Mark Grock/ Greg Georgas et., al.
- Grupo Iusacell
- GS European Performance Fund Limited
- GSEF Al Nawras (Cayman) Limited
- Gulf Stream Asset Management

- Gwen J. Zeisler
- H3C Holdings Ltd
- Halbis Distressed Opportunity Master Fund Ltd.
- Hale Avenue Borrower LLC
- Halliburton Company
- Hanger Orthopedic Group, Inc.
- Hank's Living Trust
- Hanover Moving & Storage Co. Inc
- Harbert
- Harbinger Capital Partners
- Harbinger Capital Partners Special Situations Fund LP
- Harbison Station Apts L.P.
- HarbourView CDO III, Limited
- Harrah's Operating Co. Inc.
- Harris County
- Harris Nesbit Corp.
- Hawaiian Telcom Communications, Inc.
- Hawaiian Telcom Holdco, Inc.
- Hawaiian Telcom IP Service Delivery Investment, LLC
- Hawaiian Telcom IP Service Delivery Research, LLC
- Hawaiian Telcom IP Video Investment, LLC
- Hawaiian Telcom IP Video Research, LLC
- Hawaiian Telcom Services Company, Inc.
- Hawaiian Telcom, Inc.
- Hawker Beechcraft
- HBK Investments LP
- HCA Inc.
- HD Supply
- Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
- Heating Finance PLC
- Hellman & Friedman
- Henry Schein, Inc.
- Herbert Smith CIS LLP
- Herbst Gaming, Inc.

- Heritage Fields
- Hexion
- HFF I, LLC
- Highbridge LD Acquisition LLC
- Highbridge Principal Strategies – Mezzanine Partners
- Highmount Exploration & Production LLC
- Hilite German GMBH & Co. KG
- Hilite Intl 2nd Lien
- Hilliard Farber & Co., Inc
- HMH Publishers LLC
- HMH Publishing Mezzanine
- Hope Greenfield
- Horizon Merger Corporation
- Houghton Mifflin Harcourt Publishers Inc.
- Howard W. Tomlinson
- HSBC Finance Corporation
- HSBC Realty Credit
- Hudson CLO 3 B.V.
- Hughes Hubbard
- Huish Detergents Inc. (Huish)
- Huntsman International LLC
- HVB Capital Markets, Inc.
- Hypo Investment Bank Ag
- Iasis Healthcare LLC
- Ibertravel Vacations (MEZZ)
- Ibertravel Vacations Holding LS
- IBM
- ICAP North America Inc.
- Iconix Brand Group, Inc.
- Icopal
- Idaho Housing and Finance Association
- Idearc Inc.
- IGI Resources
- IGS
- Illinois National Insurance
- Illinois Power Company
- Illuminating
- IM US Hold Inverness Medical
- IMO Carwash

- Imperial Tobacco Entertainment Finance Limited
- Incapital LLC
- Independence Holding Co.
- INEOS Group Limited
- Inergy, L.P.
- INF SRVS
- Infineon Technologies AG
- Infonxx Inc.
- Informal Group Of Taiwan Financial Institutions
- Infospace Inc.
- ING Bank, FSB
- ING Financial Markets LLC
- ING Groep
- ING Real Estate Finance
- Innovia Films (Holding 3) Limited
- Institutional Benchmarks
- Institutional Benchmarks
- Instituto de Credito Oficial
- Intechra LLC
- Intelsat (Bermuda), Ltd.
- Intelsat Corporation (FKA Panamsat)
- Intelsat Jackson (FKA Bermuda) A-8
- Intelsat Subsidiary Holding Company
- Interactive Data Corp.
- Intercall Inc.
- Interface Cable Assemblies and Services Corp. a/k/a ICAS
- Intergen N.V.
- Interline Brands, Inc.
- Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters
- Internal Revenue Service
- International Lease Finance Corporation
- International Transmission Company
- Intersil Corporation
- Interstate Brands Corporation
- Interstate Fibernet, Inc.

32

- Interstate Power and Light Company
- Intesa
- IntraLinks, Inc.
- Inverness Medical Innovations Inc.
- INVESCO CLO
- INVESCO Real Estate
- Investcorp, Et. Al.
- Investment Corporation PTE, LTD.
- Iowa Telecommunications Services, Inc.
- Iridium Satellite LLC
- Iris Software, Inc.
- Iron Mountain Incorporated
- Iron Mountain Information Management
- Island Medical Group
- Islavista Spain S.A.
- ISS Holding
- iStar Financial Inc.
- Italease Finance S.p.A.
- ITC Holdings Corporation
- ITC Midwest LLC
- ITC Transco
- Iusacell
- J. Aron & Company
- J.P. Morgan Chase Bank, N.A.
- JA Solar Holdings Co., LTD.
- Jack McCarthy
- Jacquelyn Soffer
- James Brogan
- James J. Sullivan
- James W. Giddens
- Janet Crawshaw
- Jarden Corporation
- Jason C. Davis
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffrey Soffer
- Jeffry Ciongoli
- Jenner and Block LLP
- Jerry A. Grundhofer
- JFB Firth Rixson, Inc.
- JFK International Air Terminal LLC
- Jin Liu

- Jo Anne Buzzo
- Joanne Chormanski
- John J. Genovese
- John M. Skoba
- John Suckow
- Johnson County Arlington ISD
- Jonathan Harris
- Joseph Cordaro
- Journal Register
- JSC Rosgosstrakh
- Jung Development Co., Ltd.
- Jung Developments (Infinity 2) Inc.
- Jung Developments Inc.
- Ka Kin Wong
- Kabel Deutschland
- Kahrl Roberts & Wutcher LLP
- Kapalua Bay, LLC
- Karen B. Corrigan
- Karim Kano
- Kaupthing Bank
- KBC Financial Products UK Limited
- KBC Financial Products USA, Inc.
- KBC Investments Cayman Islands V Limited
- KBC Investments Limited
- KBR Holdings, LLC
- KDP Investment Advisors, Inc.
- Keane, Inc.
- Kellerhals Hess
- Kelson Finance LLC
- Kelson Holding LLC
- Kerasotes Theatres Inc.
- Key Energy Services, Inc.
- Keystone Inc.
- KGB
- KGT Inc.
- Kimberly-Clark Corporation
- Kinder Morgan Energy Partners L.P.
- Kirch Holding GMBH & Co. KG
- KKR Private Equity Investors L.P.
- Klavins & Slaidins A-9
- Kleopatra Lux 2 Mezz
- Kleopatra Lux 2 S.A.R.L
- Kleopatra Senior

- Knight Capital Group
- Knight Debtco Ltd.
- Korea Investment & Securities Co., LTD
- KPMG
- KPMG, LLP
- Kraft Foods Inc.
- Kristine Smith
- Kubber Investments
- Laboratory Corporation of America Holdings
- LAHDE Capital Management
- Lai Mei Chan
- Lake Las Vegas Resort (Laslas)
- Lan Dale Asset Purchasing
- Lana Franks
- Landale Liquidity Facility
- Landamerica Financial Group, Inc.
- Landsource
- Lanxess AG
- Las Vegas Resort
- Las Vegas Sands, LLC
- LaSalle Bank National Association
- LaSalle Global Trust Services
- Latshaw Drilling Company, LLC
- Lavena Holding GMBH 3
- Lavena Holding GMBH 4
- Lavena Mezz
- Lavena Senior
- LB 2080 Kalakaua Owners LLC
- LB Co-Investment Partners Cayman AIV I LP
- LB Merchant Banking Partners III Cayman AIV LP
- LB Offshore GP Holdings (PE) Ltd
- LB Offshore Investment Partners II LP
- LB Secondary OPP Offshore Fund II LP
- LB Secondary OPP Offshore Fund LP
- LB VC Partners LP (VC Fund II)
- LBAYK
- LBREP Lakeside SC Master I, LLC
- LBREP/L-SUNCAL MASTER I LLC.
- LBT Loan Funding
- LBT Varlik Yonetim Anonim Sirketi
- LeaseDimensions
- Legal & General Group Plc
- Legendre Holdings 17 SA
- Lehman Brothers Alpha Funds PLC
- Lehman Brothers Bankhaus AG
- Lehman Brothers European Mezzanine LB S.A.R.L
- Lehman Brothers First Trust Income Opportunity Fund Inc.
- Lehman Brothers High Yield Bond Fund
- Lehman Brothers Income Funds
- Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
- Lehman Brothers Merchant Banking Partners IV LP
- Lehman Brothers Private Equity Funds
- Lehman Mortgage Trust
- Lehman XS Trust
- Leo C. Trautman, Jr.
- Leticia Chau
- Level 3 Financing, Inc.
- Lewtan Technologies, Inc.
- Lexington Insurance Company
- Lexis Nexis
- LFIGXG LLC
- LH 1440 LLC
- Liberator Bidco Limited
- Liberator Jr Mezz
- Liberator Mezz
- Liberator Senior Facilities Dtd
- Liberty Global Inc.
- Liberty Mutual Group Inc.
- Libra CDO LLC
- Libra CDO Ltd
- Lim Finance II, Inc.
- Lincoln National Corporation
- Lincoln Variable Insurance

- Lincore Limited
- Linda Demizio
- Linda Klang
- Linden Advisors LP
- Linn Energy, LLC
- LiquidPoint
- Liquidpoint
- LKQ Corporation
- Lloyds TSB Bank plc
- Local Insight Media
- Local Insight Regatta Holdings, Inc.
- Local Media Finance LLC
- Locke Lord Bissell & Liddell LLP
- Loop Capital markets, LLC
- Los Angeles City Employees' Retirement System
- Luboja & Thau, LLP
- Lufthansa AG
- Lukoil Finance Limited
- LW Securities, Ltd.
- Lyon Capital Ventures
- Lyondell
- LyondellBasell Industries
- M&B Maher
- M. Arthur Gensler Jr and Assoc, Inc.
- M. Brian Maher & Basil Maher
- M. Brian Maher and Basil Maher
- M.B.H. Emprunteur
- M.R. Beal & Company
- Mach Gen LLC
- Mack-Cali Realty LP
- Mackinaw Power Holdings, LLC
- Macquarie A-10
- Madeline Dimodica
- Madeline L. Shapiro
- Main Street Natural Gas, Inc.
- Malaysian Airline System
- Man Group Finance Inc.
- Mansfield ISD
- Manzoni/Prêt D?Acquisition VLM
- Mapco Express, Inc.
- Maples and Calder
- Maples Finance Limited
- Marathon Oil Company

- Marble Care
- Margolis Edelstein
- Maria DeSouza
- Marina Bay-2nd Deal
- Marina District Finance Company, Inc.
- Mark IV
- Mark L. Zusy
- Mark Mazzatta
- Mark T. Millkey
- Market Place Apts
- Marriott International Inc.
- Marsha Kosseff
- Marshall & Ilsley Trust Company, N.A.
- Marshall Funds, Inc.
- Martha Solinger
- Martin Winter
- Massachusetts Mutual Life Insurance
- Massachusetts Water Resources Authority
- Materis SAS
- Maximilian Coreth
- MC Communications, LLC
- McJunkin Corporation
- McJunkin Red Man Holdings Corporation
- Mclennan County
- Medassets
- Medco Health Solutions Inc.
- MEG Energy Corp.
- MEG Energy Corp.
- Meitar, Liquornik, Geva & Leshman Brandwein
- Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
- MEP II S.A.R.L.
- Mercer Marsh & McLennan Companies
- Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
- Merit Floors Inc.

- Merlin Entertainments Group Luxembourg 3 S.a.R.L.
- Merlin Italian SNR
- Merlin Row SNR
- Metavante Corporation
- Metropolitan Transit Authority
- Metropolitan West Asset Management, LLC
- Metropolitan West Total Return Bond Fund
- MF Global Finance / MF Global Finance Europe Limited
- MF Global Ltd. / Man Financial
- Michael John Andrew Jervis
- Michael Karfunkel
- Michael Stores
- Michele McHugh-Mazzatta
- Michigan Electric Transmission Co.
- Microsoft Corporation
- Microsoft Licensing
- Midamerican Energy Company
- Midcontinent Express Pipeline LLC
- MidCountry Bank
- Midwest Independent System Operator
- Midwest Realty Advisors, LLC
- Milano
- Millennium Automotive Group
- Millennium International, Ltd.
- Minardi Capital Corp
- Minera Del Norte S.A.
- Minnesota State Board of Investment
- Mirant Corporation
- Mirant North America, LLC
- Miron Berenshteyn
- Missouri Department Of Revenue, Bankruptcy Unit
- Misys IQ LLC
- Misys PLC
- Mitsubishi UFJ, Ltd.
- Mitsui Company
- Mizuho Corporate Bank
- Mizuho Financial Group
- MKP Capital Management, LLC
- MKP Vela CBO, LLC
- MKP Vela CDO Ltd
- MMOR Consulting
- Moana Properties
- Moderna Finance
- Momo-o, Matsuo & Namba
- Monique Miller Fong
- Monument Realty LLC
- Moody's Corp.
- Moody's Investors Service
- Morgan Stanley & Co.
- Morrison & Foerster LLP
- Motors Insurance Corp.
- Mountain Drilling Company
- Movie Gallery, Inc.
- MSN
- MSS Distressed & Opportunities 2
- MSS Distressed & Opportunities 2
- MSTD, Inc.
- Mueller Water Products Inc.
- Muriel Siebert & Co., Inc.
- Myung Soo Jung
- N.V. Luchthaven Schipol
- Na'alehu Ventures
- nabCapital Securities LLC
- Nakilat Inc.
- Namrun Finance S.A.
- Nasdaq OMX
- Nathan W. Bear A-11
- National Bank of Canada
- National Cinemedia, Inc.
- National Rural Utilities Cooperative Finance Corporation
- Nationwide Fund Advisors
- Natixis Bleichroeder Inc.
- Natixis Entities
- Natixis Environment & Infrastructures
- NautaDutilh N.V.
- NCAT-New Center Asset Trust
- Neff Corp.
- Neggio Holding 3 GMBH
- Neill Poole
- Nelnet, Inc.

- NetApp, Inc.
- Neuberger Berman Advisers Management
- Neuberger Berman Income Opportunity Fund Inc.
- Nevada Power Company
- New Center Asset Trust
- New Edge
- New England Power Company
- New Generation Funding Trust 15, 16, 37, 38, 39 and 83
- New Holdco BV
- New Jersey Housing and Mortgage Finance Agency
- New South Federal Savings Bank
- New York Life Insurance Co
- New York Life Investment Management LLC
- New York State Office of Unclaimed Funds
- Newedge USA, LLC
- Newell Rubbermaid Inc.
- Newpage Corporation
- Newport Global Advisors LP
- NFI Luxco SCA
- NIBC Bank NV
- Nokia Corporation
- Nomura Holding America Inc.
- Nomura Holdings Inc.
- Normandy Hill Capital, L.P.
- Nortek Holdings, Inc.
- Northcrest, Inc.
- NorthEast
- Northern Ireland Governmental Officers Superannuation Committee
- Northern State Power Company
- Northgate Minerals Corporation
- Northrup Grumman
- Northwest Airlines, Inc.
- Norton Gold Fields Limited
- Norton Rose LLP
- Novara
- Novartis Finance Corporation
- NPD Group Inc.
- NPL
- NRG Energy, Inc.
- NSG Holdings LLC
- nTAG Interactive Corporation
- NTL Cable Plc
- NTL Communications Ltd
- Nuance Communications, Inc.
- NuStar Logistics, L.P.
- NY State Department Of Taxation and Finance
- Nybron Refi
- Nycomed Germany Holding GMBH
- Nycomed Holding A/S
- NYSE Euronext, Inc.
- O'Reilly Automotive, Inc.
- Occidental Energy Marketing, Inc.
- Occidental Power Services, Inc.
- Oceania Cruises, Inc.
- Oceania Vessel Finance, Ltd.
- Och-Ziff
- OCM Mezzanine Fund II Holdings, L.P.
- Office Of The United States Attorney
- Office of Thrift Supervision
- Office of Thrift Supervision, Northeast Region
- OGE Energy Corp.
- Ogier
- OHP Opportunity Limited Partnership
- OI Canada Corporation
- Oklahoma Gas And Electric Company
- Oklahoma Municipal Power Authority
- Omnicare, Inc.
- OMX Timber Finance Investments
- Oncor
- OneBeacon US Holdings
- Opal Leasing Limited
- Open Solutions Inc.
- Openwave Systems Inc.

- Operating Engineers Local 3 Trust Fund
- Oracle Corporation
- Oracle Credit Corporation
- Orangina
- Orbitz Worldwide
- Orion Cable
- Osterreichische
- Oversea-Chinese Banking Corp. Ltd.
- Owens & Minor, Inc.
- Owens Illinois Inc.
- Oz Management LP
- Pacific Coast Cap. Partners, LLC
- Pacific Gas & Electric Company
- Pacific International Finance Limited
- Pacific International Limited
- Pacific Investment Management LLC
- Pacific Life Insurance Company
- PacifiCorp
- Pages Jaunes Groupe
- Pamela Tibbetts
- PanAmSat Corporation
- Pangea Ltd A-12
- Panton Fund
- Park Place Apartments L.P.
- Parker Drilling Company
- Parmalat Participacoes Do Brasil Ltda
- Parmalat Participacoes Promissory Note
- Parsec Corp.
- Parsec Trading Corp.
- Partnerre Ltd.
- Patrick J. Coughlin
- Patrick W. Daniels
- Paul J. Battista
- Payreel, Inc.
- Peabody Energy Corporation
- Pebble Creek 2007-2, LLC
- Pebble Creek 2007-2, LTD
- Pebble Creek LCDO 2006-1
- Pebble Creek LCDO 2007, LLC
- Pebble Creek LCDO 2007-3

- Pecos Investors LLC
- Pekin & Pekin
- Penn Convention Center Authority
- Penn National Gaming
- Pension Benefit Guaranty Corporation
- Pension Plan and Trust
- Pentwater Capital Management, LP
- Pepsi Bottling Group, Inc.
- Perstorp AB
- Pertus Sechzehnt GmbH
- Pertus Sechzehnte GBMH
- Peter J. and Mary Jane Dapuzzo
- Petsec Energy Inc.
- PGA Holdings, Inc.
- PGRS 1407 BWAY LLC
- Pharmerica Corporation
- Philip Morris International Inc
- Philips Electronics NV
- PHS Group PLC
- PHS Senior
- Pietro Ferrero
- Pinnacle Entertainment, Inc.
- Pinnacle Foods Finance LLC
- Pinnacle West Capital Corp.
- Pipeline Data, LLC
- Piper Jaffray & Co.
- Pivotal Promontory
- PJM Interconnection, L.L.C.
- Planet Acquisition Holdco 1 Ltd
- Planet Acquisition Holdco 2 Ltd
- Plastech Engineered Products, Inc.
- Plinius Investments B.V.
- Plumbers and Pipefitters National Pension Fund
- PNM Resources, Inc.
- PNMR Services Co.
- Police and Fire Retirement System of the City of Detroit
- Popolare
- Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244

- Portfolio Green German CMBS GMBH
- Portland General Electric Company
- Powerex Corp.
- PQ Corporation
- Precis Corporation
- Precision Partners
- Primedia Inc.
- Principal Financial Group, Inc.
- Profunds Advisors LLC 424
- Project Cabellero
- Project Knight Senior
- ProSiebenSat.
- Protection One Alarm Monitoring, Inc.
- Providence Equity Partners
- PSEG Power LLC
- Psychiatric Solutions Inc.
- PT Bank Negara Indonesia
- PT Mnc Sky Vision
- PTG Grande Asset DEB KF
- PTG Tanco Kingfisher
- Public Service Company of Colorado
- Public Service Enterprise Group Incorporated
- Public Service of North Carolina
- Puget Sound Energy Inc.
- Pursuit Capital Partners Master
- Pursuit Capital Partners Master (Cayman) Ltd.
- Pursuit Opportunity Fund I Master Ltd.
- Pursuit Partners
- Pyrrhuloxia, LP
- Qantas Aircraft Leases
- Qatar Liquefied Gas Company Limited
- QVC, Inc.
- QVT Financial LP
- Qwest Services Corporation
- R3
- Raja & Tann
- Ras Laffan Liquefied Natural Gas Company Limited (II)

- RasGas
- Raymond James & Associates, Inc.
- RBC Dain Rauscher Inc.
- RBS Greenwich Capital
- Reddy Ice Corporation
- Regal Cinemas, Inc.
- Regency Gas Services LP
- Regent Seven Seas Cruises
- Region Marche
- Regions
- Regulated Utilities
- Reliance Globalcom Services, Inc.
- Reliant Energy Inc. A-13
- Reliant Energy Power Supply, LLC
- Reliant Energy Services, Inc.
- Renal Advantage, Inc.
- Rent-A-Center, Inc.
- Rentokil
- Republic Waste
- Residential Funding Company LLC
- Resona Holdings
- Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
- Rexnord Corporation
- Reynolds American
- Reynolds American Defined Benefit Master Trust
- RFG Holding (France) SAS
- RFG Midco A/S
- RH Donnelley
- Richard McKinney
- Richards, Layton & Finger, P.A.
- Rick Fleischman
- River Capital Advisors Inc.
- Rizal Commercial Banking Corporation
- RJ Reynolds Tobacco Holdings, Inc.
- RJO Holdings Corp.
- RMC
- Robert J. Leist
- Robert M. Rothman
- Robert Teller

- Rockefeller Center Management Corporation
- Rockefeller Center North, Inc.
- Rockefeller Group Development Corporation
- Rock-Forty Ninth LLC, Rockefeller Center et., al.
- Rockies Express Pipeline LLC
- Ronald Profili
- Ronn A. Pisapia
- Rony Seikaly
- Roofing Holding Inc.
- Royal & Sun Alliance Insurance Group Plc
- Royal Bank of America
- Royal Bank of Canada
- Royal Bank of Scotland
- RSA Insurance Group Plc
- Russell Investment Group, Inc.
- Rutger Schimmelpenninck
- RWE AG
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Saad Investments Company Limited
- SABMiller / SAB Miller
- SABMiller Finance B.V.
- Sabre Holdings Corporation
- Sacher Funding Ltd.
- Sailfish Structured Investment Management (G4), LLC
- Saint Joseph's University
- Salem Five Cents Savings Bank
- Salt Lake Neighborhood Housing Services, Inc.
- Salvatore Barbuzza
- Samir Tabet
- Samuel H. Rudman
- Sandridge Energy, Inc.
- Santander Investment Securities Inc.
- Sarah Coombs
- SBA Comm
- SBA Senior Finance
- Schefenacker AG
- Schieder Moebel Holding GMBH
- Scotia Capital (USA) Inc.
- Scott Aitken
- Sears Holdings Corp.
- Sears Roebuck Acceptance Corp.
- SEB Enskilda, Inc.
- Securities Investor Protection Corporation
- Semcrude LP
- SemGroup Energy Partners, L.P.
- Sempra Energy Solutions
- Sengent, Inc. – d/b/a ClariFI
- Sentinel Management Group, Inc.
- Sequa Corporation
- Serena Software, Inc.
- Serpering Investments B.V.
- Service Corp Int'l
- SG Americas Securities LLC
- SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
- SGS International, Inc.
- Shareholders of Novastar Financial, Inc.
- Shawnda D. Merriman
- Shea-Edwards Limited Partnership
- Shell Energy North America (US) L.P.
- Shell Trading (US) Company
- Sheridan Holdings, Inc.
- Sherrill-Lubinksi Corporation
- SHPS, Inc.
- Siebert Capital Markets
- Siemens AG
- Sierra Pacific Power Company
- Silicon Graphics Inc.
- Silver Sprints Apts
- Simpson Meadows
- Sinclair Television Group, Inc.
- Sing Heung
- Singapore Airlines
- Sisal Mezz
- Sisal S.p.A

- Sistema Universitario Ana G. Mendez
- Siu Lui Ching
- Six Flags Theme Parks Inc. A-14
- Sixth Gear
- SLM Corporation
- SMBC Capital Markets
- Smith Dollar
- Snell & Wilmer
- Societe Generale
- Soffer Turnberry/South Strip, LLC
- Sola Ltd.
- Solo Cup Company
- Solutia Inc.
- Somers Dublin Ltd. A/C KBC Pledged
- Somerset Properties SPE, LLC
- Sonnenschein Nath & Rosenthal
- Sourcecorp, Inc.
- South Mississippi Power Association
- Southern California Edison
- Southern Community Bank and Trust
- Southern Community Financial Corporation
- Southern Company
- Southwestern Public Service Company
- Sovereign Securities Corporation, LLC
- Spanish Broadcasting Systems, Inc.
- Spectra Energy Capital, LLC (f/k/a Duke Capital)
- Spectra Energy Partners OLP, LP
- Spiegel Inc.
- Sprint Nextel Corp.
- Stahl Acquisition BV
- Stallion Oilfield Services Ltd.
- Stamford Associates L.P.
- Stamford Law Corporation
- Stan Mehaffey
- Standard Chartered Bank
- Standard Credit Group LLC
- Standard Life Bank Plc
- Standard Pacific
- Star Tribune Co.
- Starwood Hotels & Resorts
- State Board of Administration of Florida
- State of Michigan, Department of Treasury
- Statler Arms Garage LLC
- Steingass
- Stephen Gott
- Stephen Green
- Stephen N. Hurley
- Steven Anthony Pearson
- STF THSRC
- Stone Tower Capital LLC
- Stone Tower Debt Advisors LLC
- Stony Brook Court
- Structure Consulting Group, LLC
- Structure Tone Inc.
- Structure Tone Inc.
- Structured Adjustable Rate Mortgage Loan Trust
- Structured Asset Securities Corporation Mortgage Loan Trust
- Structured Products Transaction Management Group
- SuccessFactors, Inc.
- Sullivan & Company Marketing
- Sumitomo Mitsui Banking Corp.
- Sumitomo Mitsui Brussels Branch
- Sumitomo Mitsui Financial Group
- Sumitomo Trust & Banking
- Summit Systems, Inc.
- Sun Guard, ET AL.
- Sun Microsystems, Inc.
- Sun Trust Banks, Inc.
- SunAmerica Asset Management
- SunGard
- Sungard Data Systems Inc.
- Sunoco Inc.
- Sunoco Logistics Partners Operations, LP
- Sunshine Holdings Limited
- SunTrust Robinson Humphrey, Inc.

- Supervalu Inc.
- Susan Sayers
- Svenska Handelsbanken AB
- Swedbank
- Swift Transportation Co., Inc.
- Swiss Reinsurance Company
- Sylvia Lewis
- Symetra Financial Corporation
- Synagro Technologies, Inc.
- Synatech
- Syncora
- Syncora Holdings Ltd.
- Syniverse Holdings Inc.
- Syniverse Technologies
- Systema
- T&W Funding Company
- Taipei Fubon Commercial Bank Co.
- Tangoe, Inc.
- Targa Resources, Inc.
- Target Corporation
- Tarrant County
- Tata American International
- Tata Consultancy Services
- TD Securities (USA) LLC
- TD Security
- TDS Investor Corporation
- Team Finance LLC
- Teamsters Allied Benefit Funds
- Technical & Scientific Application, Inc.
- Telecom Italia Capital S.A.
- Telefonica Europe B.V.
- Telefonica, S.A.
- Tembec
- Tembec Industries Inc.
- Templeton Global
- Tennessee Department of Revenue
- Teppco Partners, L.P. A-15
- Terry L. Gentry
- Tesoro Corporation
- Teva Hungary Pharmaceutical Marketing Private Limited Company
- Teva Pharmaceutical Works Company

- TFS
- Thalia CLO
- Thalia Credit FAC
- The Adelphia Recovery Trust
- The Bank of Tokyo-Mitsubishi UFJ, Ltd.
- The Blackstone Group
- The Carlyle Group
- The Central Puget Sound Regional Transit Authority
- The Chuo Mitsui Trust And Banking Co., Ltd.
- The City of Long Beach
- The Clorox Company
- The Hartford Financial Services Group, Inc.
- The Hertz Corporation
- The Home Depot, Inc.
- The Hotchkiss School
- The Informal Noteholder Group
- The Joint Administrators of the Lehman European Group Administration Companies
- The Juilliard School
- The Kiyo Bank
- The Kyoei Fire and Marine Insurance Company Ltd.
- The Lightstone Group
- The Liverpool Limited Partnership
- The McGraw-Hill Companies, Inc.
- The Neiman Marcus Group, Inc.
- The Options Clearing Corporation
- The Pemex Project Funding Master Trust
- The Pension Fund Group
- The Provisional French Administrator to Banque Lehman Brothers
- The Rhodes Companies, LLC
- The Sports Authority, Inc.
- The TAARP Group, LLP
- The Vanguard Group, Inc.
- The Walt Disney Company / Disney
- The Williams Companies

- Thomas Cook AG
- Thomas Hommel
- Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
- Thomson Reuters Plc & Thomson Reuters Corp.
- ThruPoint, Inc.
- Ticknor Corner LLC
- Tiger Asia Fund, L.P.
- Tiger Asia Overseas Fund, Ltd.
- Time Warner
- Tishman Speyer Properties, L.P.
- Tobacco Settlement Financing Corporation
- TomTom N.V.
- Toronto-Dominion Bank
- Total Gas & Power Limited
- TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
- Town Sports International, Inc.
- Toys R Us
- Tozzini Freire Advogados
- TPF Generation Holdings, LLC
- Trademarks LLC
- Tradeweb Markets LLC
- Trading Technologies International
- Tradition (North America) Inc.
- Tradition Asiel Securities Inc.
- Tradition Services S.A. DE C.V. Mex
- Training the Street, Inc.
- Trans World Airlines Inc.
- Transamerica Asset Funding Corp. I
- TransCanada Pipelines Limited
- Transdigm Inc
- Transocean Inc.
- Travelers National Accounts
- Travelport 2nd A&R
- Travelport Holdings Ltd.
- Travelport Inc.
- Tribune Company
- Tri-State Generation And Transmission Association, Inc.
- Tronox Worldwide
- Tronox Worldwide LLC
- Trophy Hunter Investments Ltd.
- Trophy Hunterr Investments
- Tropicana Entertainment
- Troutman Sanders LLP
- True Friend 4th Securitization Specialty Co.
- TRW Automotive Holdings Corp.
- TRW Automotive Inc.
- Tullett Prebon Holdings Corporation
- Turnberry Associates
- Turnberry Fund
- Turnberry Retail Holding, L.P.
- Turnberry/Centra Crossroads, LLC
- Turnberry/Centra Development, LLC
- Turnberry/Centra Office Sub, LLC
- Turnberry/Centra Quad, LLC
- Turnberry/Centra Sub, LLC
- Turnberry/South Strip, LP
- Tuxedo Reserve Owner LLC
- Tuxedo TPA Owner LLC
- TW Telecom Inc.
- TXU / Texas Utilities
- TXU Energy Company
- Tyco Electronics
- Tyco International Group S.A.
- U.S. AgBank
- U.S. Shipping Partners L.P.
- UBS Financial Services
- UBS Financial Services of Puerto Rico
- UBS International Inc.
- Unclaimed Property Recovery Service, Inc.
- Unicredito Italiano
- Union Bank of California, N.A.
- United Air Lines
- United Bank Of California, N.A.
- United Components, Inc.
- United of Omaha Life Insurance
- United Parcel Service, Inc. / UPS

- United States Steel Corporation / US Steel Corp
- United Surgical Partners International, Inc.
- UnitedHealth Group Inc A-16
- University of Pittsburgh
- Univision Communications Inc.
- UPC Broadband Holding B.V.
- UPC Media
- US Airways Group, Inc.
- US Bank Natl Assoc.
- US Bank, National Association
- US Investigations Services, Inc.
- USAA Capital Corporation
- USI Holdings Corp.
- USPF Holdings, LLC
- Utah Housing Corporation
- Utendahl Capital Partners, L.P.
- Valero Energy Corporation
- Van Der Moolen Specialists
- Van Gansewinkel Holding B.V.
- Varel Funding Corp.
- Varig S.A. (Vicao Aerea Rio-Grandense)
- VBS Investment Bank
- Venetian Macau Limited
- Venise Acquisition
- Venoco, Inc.
- Venstar Leasing
- Verde CDO
- Verint Systems Inc.
- Verizon Communications Inc.
- Verso Paper Holding LLC
- Vertex Mortgage Services
- Vertrue Incorporated
- Veyance Technologies, Inc.
- Vignette Europe Limited
- Virginia Electric And Power Company
- Virtix
- Visteon Corporation
- VITA
- Vodafone Group Plc
- Vollers Excavating & Construsion,Inc
- Vornado Realty L.P.
- Vought Aircraft Industries, Inc.
- Wachovia Bank
- Wachovia Securities Ltd.
- Wall St Concepts
- Walmart Stores
- Warburg Pincus Equity Partners L.P.
- Washington Metro
- Washington Mutual Bank
- Washington Mutual, Inc.
- Washington State Tobacco Settlement Authority
- Waterfall European CLO S.A.
- WCCV
- WCI Capital Corp.
- WCI Communities
- WDAC Intermediate
- Weetabix Mills
- Wellmont Health System
- Wellpoint Inc
- Wells Fargo & Co.
- Wells Fargo Bank Minnesota
- Wells Fargo Bank, N.A.
- Wendy M. Uvino
- Werra Papier
- Wesco Aircraft Hardware Corp.
- West Corporation
- Westar Energy, Inc.
- WestLB AG, New York Branch
- Westport Capital Management
- Wexford Capital LLC
- Whippoorwill Associates Inc
- White Marlin CDO 2007-1
- White Mountains Insurance Group, Ltd.
- William Capital Group, L.P.
- William Fox
- William Gordon
- William Olshan
- William P. White
- Williams Partners L.P.
- Wilmar Landco LLC

- Wilmington Trust FSB
- Wimar Opco
- Wind Telecommunicazioni S.P.A.
- Windwalker Hawaii
- Winstar
- Wintergreen Orchard House
- Wisconsin Electric Power Company
- Wisconsin Energy Corporation
- Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
- Wisconsin Power And Light Company
- WMG Acquisition Corp.
- Wolf Hollow 2nd Lien
- Wolf Hollow I LP
- Wolters Kluwer NV
- Woodmark
- World Directories
- World Directories Acquisition Corp.
- WSG Development Co.
- WWK Hawaii
- Wyeth
- Xcel Energy Inc.
- Xerox Corporation
- XL Capital
- XL Specialty Insurance Company A-17
- XLCA Admin, LLC
- XLCDS, LLC
- Yankee Candle Company, Inc.
- Yarpa Investmenti S.G.R. S.p.A. – RP3 Fund
- Yellowstone Club
- Yellowstone Mtn Club
- Yildiz Holdings, Inc.
- Yin Ying Leung
- Young Broadcasting
- YPSO France S.A.S.
- YPSO Senior
- Yuksung Korea Co., Ltd.
- Yuma Hospital District
- Yvonne Stich
- Zahniser Trus
- Zephyrus Investments LLC