UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,     Case No. 08-13555 (JMP)

                          Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ADRIENNE WALKER

        UPON the motion of Adrienne Walker dated July 14, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

        **ORDERED**, that Adrienne Walker is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           July 21, 2009

                                                *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE