Howard S. Beltzer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel: (212) 309-6000
Fax: (212) 309-6001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re:                                    :
                                          :        Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,    :
                                          :        Case No.  08-13555 (JMP)
                Debtors.                  :
                                          :        (Jointly Administered)
-------------------------------------------------------------------x
```

**AMENDED STATEMENT OF MORGAN, LEWIS & BOCKIUS LLP PURSUANT**
**TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Howard S. Beltzer, on behalf of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), in

connection with the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), hereby submits this amended statement (the "Amended Statement") pursuant to Rule

2019 of the Federal Rules of Bankruptcy Procedure and represents as follows:

1.       Morgan Lewis is counsel to the entities listed on Exhibit 1 hereto (collectively,

the "Entities").

2.       Each of the Entities may hold claims against and/or interests in the Debtors

arising out of agreements, law or equity pursuant to its respective relationship with the Debtors.

The amounts of the claims held by each of the Entities have not yet been determined.

3.       The following are the facts and circumstances in connection with Morgan Lewis's

employment in these cases:  each of the Entities separately requested that Morgan Lewis

DB1/63241533.4

represent them in connection with the Debtors' Chapter 11 cases. Morgan Lewis may undertake

additional representations of other parties in interest, and to the extent Morgan Lewis does so,

this Amended Statement will be further amended as appropriate.

4.      Upon information and belief, Morgan Lewis does not possess any claims against

or interests in the Debtors.[1]

5.      Neither this Amended Statement nor the filing of this Amended Statement shall

constitute an appearance by any of the Entities,[2] nor have any of the Entities submitted to the

jurisdiction of this Court by this submission.

6.      The undersigned certifies that this statement is true and accurate, to the best of his

knowledge and belief. Morgan Lewis reserves the right to revise and supplement this Amended

Statement as appropriate.

Dated: New York, New York
       July 21, 2009

                              **MORGAN, LEWIS & BOCKIUS LLP**

                              By:/s/ Howard S. Beltzer
                                 Howard S. Beltzer

                              101 Park Avenue
                              New York, NY 10178
                              Tel: (212) 309-6000
                              Fax: (212) 309-6001

_____

[1] However, Morgan Lewis has filed a proof of claim against an affiliate of the Debtors, Lehman Brothers Inc., which
is subject to a Securities Investor Protection Act proceeding before this Court, in the amount of approximately $1
million for legal services rendered. In addition, certain members of Morgan Lewis, in their individual capacities,
hold claims against and/or equity interests in the Debtors.

[2] Several of the Entities have filed notices of appearance and/or pleadings in the Debtors' Chapter 11 Cases.

DB1/63241533.4