# EXHIBIT 1

| CLIENT | ADDRESS |
|---|---|
| AP Moller – Maersk A/S and affiliated entities | 50 Esplanaden<br>Copenhagen, Denmark |
| Apollo Advisors LP | Apollo Management, L.P.<br>9 W. 57th Street<br>New York, New York 10019 |
| Blue Rock Advisors, Inc.,<br>as General Partner of Blue Rock Core Equity<br>Portable Alpha Fund I, L.P. | 445 East Lake Street<br>Suite 230<br>Wayzata, MN 55391 |
| BNP Paribas and affiliated entities | 787 Seventh Avenue<br>New York, New York 10019 |
| The Clifton Group Investment Management Company | 3600 Minnesota Drive<br>Suite 325<br>Edina, MN 55435 |
| Cognizant Technology Solutions US Corporation | 500 Frank W. Burr Boulevard<br>Teaneck, New Jersey 07666 |
| Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas<br>Deutsche Bank National Trust Company<br>Global Transaction Banking<br>Trust & Securities Services<br>Alternative & Structured Finance Services<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705 |
| Deutsche Investment Management Americas, Inc. | 345 Park Avenue<br>NYC 20--#1661<br>New York NY 10154 |
| District of Columbia Retirement Board | 900 7th Street, NW<br>2nd Floor<br>Washington DC 20001 |
| Fischer Francis Trees & Watts | 200 Park Avenue<br>46th Floor<br>New York, NY 10166 |

DB1/63241533.4

| | |
|---|---|
| Intercall, Inc. | c/o West Teleservices Corp.<br>11808 Miracle Hill Drive<br>Omaha, Nebraska 68154 |
| Jefferies & Company Inc. | 520 Madison Avenue<br>12th Floor<br>New York, NY 10022 |
| Hotspot FXr LLC and Hotspot FXi, LLC and affiliated entities | c/o Knight Capital Group, Inc.<br>545 Washington Boulevard<br>Jersey City, New Jersey 07310 |
| Level Global Investors and affiliated entities | 888 Seventh Avenue<br>27th Floor<br>New York, New York 10019 |
| Logan Circle Partners LP | 1717 Arch Street<br>Philadelphia, PA 19103 |
| Meteor Asset Management Limited | 68 Lombard Street<br>London EC3V 9LJ<br>England |
| Nestle in the USA Pension Trust | 777 W. Putnam Avenue<br>Greenwich, CT 06830 |
| Northrop Grumman Corporation | 1840 Century Park East<br>Los Angeles, CA 90067-2199 |
| Och-Ziff Capital Management Group | 9 West 57th Street<br>Suite 39<br>New York, NY 10019 |
| Oriental Financial Group Inc. | 270 Munoz Riveria Ave.<br>9th Floor<br>Hato Rey<br>San Juan, Puerto Rico 00918 |
| Prudential Investment Management | Prudential Insurance Company of America<br>100 Mulberry Street<br>2 Gateway Center, 4th Floor<br>Newark NJ 07102 |
| SunCal Companies and affiliated entities | 2392 Morse Avenue<br>Irvine, CA 92614 |

DB1/63241533.4

| | |
|---|---|
| Sentinel Trust Company LBA | 2001 Kirby Dr.<br>Suite 1200<br>Houston, TX 77019 |
| SPNY Capital LP | 499 Park Avenue<br>10th Floor<br>New York, NY 10022 |
| University of Florida Investment Corporation as Investment Advisor for University of Florida Foundation, Inc. | 235 South Main Street<br>Suite 206<br>Gainsville FL 32601 |