UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                           :
                                                                 :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :
                                                                 :   Case No. 08-13555 (JMP)
                                      Debtors.                   :
                                                                 :   (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2009, a true and correct copy of the foregoing *Amended Statement of Morgan, Lewis & Bockius LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* was served electronically through the Court's ECF System on parties requesting electronic service and by first class mail to the following persons at the following addresses:

*Courtesy Copy:*
Honorable James M. Peck
Courtroom 601
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

*The Debtors:*
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*U.S. Trustee:*
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

*Debtors' Counsel:*
Harvey R. Miller, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

DB1/63306838.1

*Counsel to Creditors' Committee:*
Paul Arozon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

*Counsel to Creditors' Committee:*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

*Special Counsel to Creditors' Committee:*
Robert K. Dakis, Esq.
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Counsel to SIPA Trustee:*
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, New York 10004

*Counsel to Barclays Capital, Inc.:*
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006

*Counsel to Barclays Capital, Inc.:*
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

*Counsel to Examiner:*
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908


Dated: New York, New York                                    /s/ Kim Raulsome
       July 21, 2009                                                   Kim Raulsome

DB1/63306838.1