

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

Department of Revenue
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 574-8915

July 16, 2009

U. S. Bankruptcy Court
1 Bowling Green, Room 614
New York, NY 10004-1408

RE:  Lehman Brothers Holdings, Inc.                    #08-13555

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax

has been satisfied in full and is hereby withdrawn.

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Paul Guertin, Chief
Compliance & Collections

JUL 2 1 2009