UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>            Debtor.<br><br>In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>            Debtors. | Case No. 08-01420 (JMP)<br>SIPA<br><br><br>Chapter 11<br>Case No. 08-13555 (JMP)<br>Jointly Administered<br><br>CERTIFICATE OF SERVICE |

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 22nd of July 2009, the Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Confidentiality Stipulation and Protective Order Between the Examiner, Debtors, Trustee, Creditors' Committee and Barclays Capital Inc. was served by facsimile transmission upon:

                              Dennis F. Dunne, Esq.
                              Dennis O'Donnell, Esq.
                              Evan Fleck, Esq.
                              Milbank, Tweed, Hadley & McCloy
                              Fax No. (212) 530-5219

                              Robert W. Gaffey
                              William J. Hine
                              Jayant W. Tambe
                              Benjamin Rosenblum
                              Jones Day
                              Fax No. (212) 755-7306

Jonathan Schiller, Esq.
Hamish P.M. Hume, Esq.
Jack G. Stern, Esq.
Boies, Schiller & Flexner LLP
Fax No. (212) 446-2350

James C. Tecce, Esq.
Susheel Kirpalani, Esq.
Eric Kay, Esq.
Quinn Emanuel
Fax No. (212) 849-7100

James B. Kobak, Esq.
David Wiltenberg, Esq.
Jeff Margolin, Esq.
Hughes Hubbard & Reed LLP
Fax No. (212) 422-4726

Patrick Trostle, Esq.
Jenner & Block
Fax No. (212) 909-0835

Robert L. Byman, Esq.
Jenner & Block
Fax No. (312) 840-7679

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
Fax No. (212) 310-8007

Kenneth J. Caputo
SIPC
Fax No. (202) 371-6728

Dated: New York, New York
July 23, 2009

        /s/Richard V. Conza
        Richard V. Conza