**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :          **08-13555 (JMP)**
                                          :
            **Debtors.**                  :          **(Jointly Administered)**
                                          :
----------------------------------------------------------------------x          **Ref. Docket Nos. 4453**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

            HERB BAER, being duly sworn, deposes and says:

            1.        I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue,
New York, New York 10017.  I am over the age of eighteen years and am not a party to the
above-captioned action.

            2.        I caused to be served the "Notice of Debtors' Motion Pursuant to Section 105(a) of
the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute
Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts," dated July
20, 2009, to which was attached the "Motion Pursuant to Section 105(a) of the Bankruptcy Code
and General Order M-143 for Authorization to Implement Alternative Dispute Resolution
Procedures for Affirmative Claims of Debtors Under Derivative Contracts," dated July 20, 2009
[Docket No. 4453], by causing true and correct copies to be:

> a) delivered by email to those parties listed on the attached Exhibit "A", on July 20,
>    2009,
>
> b) delivered by facsimile to those parties listed on the attached Exhibit "B", on July 20,
>    2009,
>
> c) enclosed securely in separate postage-prepaid envelopes and delivered by
>    overnight mail to those parties listed on the attached Exhibit "C", July 20, 2009,
>
> d) delivered by email to those parties listed on the attached Exhibit "D", on July 21,
>    2009, and
>
> e) enclosed securely in separate postage-prepaid envelopes and delivered by
>    overnight mail to those parties listed on the attached Exhibit "E", July 21, 2009.

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this
23rd day of July, 2009

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198819
Qualified In Kings County
Commission Expires January 5, 2013

# Exhibit "A"

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com

bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com

dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efreeman@lockelord.com
efriedman@friedumspring.com
egeekie@schiffhardin.com

eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gauchb@sec.gov
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com

info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmannmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com

jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com

kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com

pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com

s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com

tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# Exhibit "B"

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

# Exhibit "D"

Email Addresses

accountsreceivable@midwestiso.org
adefranco@globeop.com
administrator@wcgmanagement.com
agm.isda@sbi.co.in
agoldman@canyonpartners.com
alastair.barrie@rbs.com
alexander.m.hunt@jpmchase.com
amoncure@law.nyc.gov
amopps@lehman.com
andrew.marsland@santandergbm.com
andrew@lahdecap.com
angela.mckillen@sympnonyasset.com
anlima@feib.com.tw
ashley.leblanc@bnymellon.com
atencion.clientes@grupobbva.com
audrey.byrne@barclaysglobal.co
aviva.amrami@bnhp.co.il
bachoffice@dpfs.nl
basmah.parvez@bankofny.com
Bbisson@WilmingtonTrust.com
bbresnahan@drakemanagement.com
bdonley@barbnet.com
bgiswap.confirms2@barclaysglobal.com
bo_finanza@bancacrasti.it
bor@utsystem.edu
brencourtconfirms@citco.com
brian.peterson@statestreet.com
bstandish@vgvilla.com
burde1da@cmich.edu
carl.baker@credit-suisse.com
CDN@bnymellon.com
central_credit_admin@jefferies.com
cfslondon@asberdeenasset.com
christophergoodson@synovus.com
cigerwu@feib.com.tw
citadelagreementnotice@citadelgroup.com
ckispert@spu.edu
ClientRelations@ercot.com
Collins@argonaut.bm
contact@orbeo.com
contact@rabobank.com
contractdefault@carlsoncapital.com
craca.monteiro@santander.pt
c-steven.park@db.com
CT_Repacks_TMG_LDN@bankofny.com
CT_REPACKS_TMG_LDN@bnymellon.com
CTQ@bnymellon.com
CTRepacksLDN@bankofny.com
customerservice@mid.org
danb@owlcreeklp.com
data@hfr.com
david.fleming@hsh.nordbank.com
david.lewis@roundtableimc.com
David.Ward@wellsfargo.com

david@bamlp.com
dawn.zanotti@usbank.com
debra.l.avidon@jpmorgan.com
defaults@ioniccap.com
defaults@magnetar.com
DFisher@WilmingtonTrust.com
dhutchinson@uscentral.org
Diamondback-Ops@diamondbackcap.com
DiMartino@blackstone.com
djohnston@tremont.com
edward.greco@dbzco.com
egeekie@schiffhardin.com
ehamley@capitalfiduciary.co.uk
eike.westermann@bremerlandesbank.de
elaine.mah@bnymellon.com
Ellen.Matheeussen@kbc.be
email@australiansuper.com
eric.personne@lyxor.com
ewilms@wilmingtontrust.com
fees@hsbc.com
filetransfer@olympiacapital.com
fm.nl.utrecht.gsam@rabobank.com
fmdata@apollocm.com
frank.engel@wgzbank.de
FUS@TMF-Group.com
fwhite@deerfieldcapital.com
gary.skilton@ahss.org
gbitew@globeop.com
generalcounsel@fsa.com
gerard.adsuar@eads.net
greg.sonis@eidesiscapital.com
gRinat@elliottmgmt.com
gsam.confirms@communicator.com
hatziavraam@babisvovos.gr
heiko.ludwig@hsh-nordbank.com
henningm@omb.nyc.gov
henrice@nationwide.com
HFIS_Docs@ml.com
hfischer@bassocap.com
hfops@guggenheimadvisors.com
hk_structured@standardandpoors.com
Howard.topf@db.com
igunes@mfcglobalus.com
info@aigpb.com
info@alliance-pipeline.com
info@bsinversion.com
info@chathamasset.com
info@coastasset.com
info@dzbank.ie
info@optbank.ru
info@swissgrid.ch
info@wspv.com
ISDA_Notices@moorecap.com
james.kerr@cba.com.au

jan.kopp@aareal-bank.com
jared.schmidt@gs.com
jbrennan@prismapartners.com
jdriggers@oakhilladvisors.com
jenelle@spmllc.com
jennifer.cupo@citi.com
jgately@standish.com
jgriffin@fortressinv.com
jhanlon@pharofund.com
jim.jendra@lasallegts.com
jkelty@marinercapital.com
jllorenh@notes.banesto.es
Joe.elston@virtusllc.com
john.hannon@citi.com
john.spinney@brcap.com
john.toohey@aig.com
JOLYJF@CMCIC.FR
jpmaam.finance@jpmorgan.com
jpmaam.ops@jpmorgan.com
JPMAAM_Alpha_Swap_Group@jpmorgan.com
jreagan@asurion.com
jshin@brigadiercapital.com
jsitek@wilmingtontrust.com
jutta.glitz@commerzbank.com
jwong@jarden.com
kad@quantumcredit.net
karen.king@silverlake.com
karin.reitermayr@atel.ch
kathy.kiefer@wellpoint.com
kcharleston@loomissayles.com
kenneth.topping@gs.com
kevin.preston@bnymellon.com
kipco@kipco.com
kristina@aipfunds.com
LegalNotices@qvt.com
lha@fortress.com
lnelson@spmllc.com
lsilva@canyonpartners.com
lzhou@traxispartners.com
marc.morelle@univreditgroup.de
marie.mooney@prudential.com
marion.oberhausen@commerzbank.com
mark.cernicky@avivausa.com
matthew.massier@lasallegts.com
mcousins@orix.com
mel_sfsurveillance@standardandpoors.com
mh68@ntrs.com
mhadlock@diamondbackcap.com
mike.helberg@avmltd.com
MKostolansky@acuitycap.com
MMagner@eatonvance.com
mmcnulty@vancott.com
mneal@pressganey.com
moore.confirms@communicator.com
mpradko@convexitycapital.com

msa@mdstad.com
mvandeve@ps-ltd.com
nab.london.confirmations@eu.nabgroup.com
nicole.fouquet@bnpparibas.com
Nirmala@hlbb.hongleong.com.my
noelle@jmgcapital.com
novation.message@kfw.de
npa.pm@nykredit.dk
nrobertson@bankatharrington.com
nroggeman@evanstoncap.com
nylimsecops_derivatives@nylim.com
Operations@KLSDiversified.com
Ops@FPPartners.com
opsgsa@gadvisors.net
otccollateral@globeop.com
otcdox@black-river.com
pamliu@feib.com.tw; 013@feib.com.tw
pancare@aipfunds.com
Patrick.T.Brooke@wheaton.edu
pdroth@marathonoil.com
pernelle.deklauman@nib.int
Peter.Hayden@bnymellon.com
petra.schleifer@volkswbank.com
plandauer@ufico.ufl.edu
prcc@hpcl.co.in
psawant@globeop.com
ptosin@bankofny.com
PTrojano@Standish.com
ptrojano@standish.com
rdoucette@gweiss.com
reto.ramstein@atel.ch
rich.ferrara@socgen.com
rich.vanecek@gs.com
Richard.goldman@plinthos.com
rjmanilla@kresge.org
rmaclean@unum.com
robert.l.cook@jpmorgan.com
robert.trautmann@peoples.com
robert.waddell@statestreet.com
rrepak@carlsoncapital.com
rsallis@comptroller.nyc.gov
rthirion@etihad.ae
Sales@jasolar.com
salvatore.lentini@gs.com
scott.silberstein@ge.com
seongsw@kbstar.co.kr
service@yuanta.com
shawn.teel@bnymellon.com
simona.locatelli@abaxbank.com
sj.daniel.park@samsung.com
springer@lahdecap.com
sten.holmberg@nib.int
steven.carlino@socgen.com
steven.lozner@bingham.com
Surveillance@cifg.com

swaps@canyonpartners.com
swaps@convexitycapital.com
terry.heimes@nelnet.net
Thomas.musarra@us.hsbc.com
thompson_don@jpmorgan.com
tmola@ancilla.org
todd.kornfeld@credit-suisse.com
Treasury.MiddleOffice@Genworth.com
twhite@floor32.com
ulrike.klingner@bremerlandesbank.de
usdocgroup@barclaysglobal.com
vnaik@ohpny.com
webmaster-e@transcanada.com
wes.higgins@dacfunds.com
wjs@castle-creek.com
wrankel@scogcap.com
wsulliva@ps-ltd.com

**Company & Corresponding Email Addresses**

**1**

1@1.com

**53**

amanda.crowley@53.com
amy.clayton@53.com
amy.denn@53.com
andrew.arton@53.com
andrew.diebold@53.com
andrew.strickland@53.com
angie.marlow@53.com
anthony.dagostino@53.com
anthony.roberts@53.com
badams@53.com
barbara.wylie@53.com
barry.smith@53.com
bernd.klink@53.com
biff.black@53.com
bob.bradley@53.com
bob.luckey@53.com
brenda.clem@53.com
brett.hofstrom@53.com
brian.bulger@53.com
brian.finley@53.com
bryan.batory@53.com
carlos.gutierrez@53.com
carol.svihl@53.com
chie.nicholson@53.com
chris.hagedorn@53.com
chris.marshall@53.com
chris.plageman@53.com
chuck.zubek@53.com
craig.reesey@53.com
dan.popowics@53.com
dan.statsick@53.com
dan.whitney@53.com
dave.withrow@53.com
david.byrns@53.com
david.fissel@53.com
david.hammerly@53.com
david.luebke@53.com
david.mannarino@53.com
david.mason@53.com
denise.rader@53.com
dennis.mullins@53.com
dino.lucarelli@53.com
doug.macleod@53.com
geoffrey.zeller@53.com
gev.nentin@53.com
greg.vogele@53.com
herbert.huesman@53.com
jason.schwartz@53.com
jeff.mcpeek@53.com
jeffrey.krumpelman@53.com
jennifer.trowbridge@53.com

**Company & Corresponding Email Addresses**

jennifera.johnson@53.com
jeremy.scacco@53.com
jilla.thompson@53.com
jim.chartrand@53.com
joel.ashman@53.com
john.hancock@53.com
john.hoeting@53.com
john.marian@53.com
john.meyer@53.com
jon.fisher@53.com
kathleen.vogelsang@53.com
keith.behymer@53.com
ken.weddle@53.com
kevin.clements@53.com
laura.coffey@53.com
mahesh.sankaran@53.com
mark.demos@53.com
mark.fleming@53.com
mark.gargano@53.com
mark.graft@53.com
mark.laurent@53.com
mark.long@53.com
marty.hargrave@53.com
marvin.hartsfield@53.com
matt.mcallister@53.com
matthew.cannan@53.com
melissa.asfahl@53.com
michael.crinai@53.com
michael.gilmore@53.com
michael.hidbrader@53.com
michael.wayton@53.com
michaelj.martin@53.com
mirko.mikelic@53.com
mitchell.stapely@53.com
nancy.infelise@53.com
nancy.judy@53.com
nathan.bullock@53.com
nathan.steuber@53.com
neal.arnold@53.com
patty.younker@53.com
paul.cox@53.com
peter.kwiatkowski@53.com
richard.chin@53.com
ronald.trubisky@53.com
ross.hazlett@53.com
ryan.english@53.com
ryanj.haartman@53.com
sarah.quirk@53.com
scott.billeadeau@53.com
scott.brandt@53.com
scott.bucker@53.com
scott.mlynek@53.com
scott.richter@53.com
selwyn.crews@53.com

**Company & Corresponding Email Addresses**

shari.kempf@53.com
stephen.johnson@53.com
steve.folker@53.com
steven.capouch@53.com
steven.thesing@53.com
sunil.reddy@53.com
tayfun.tuzun@53.com
terry.burns@53.com
tim.kerr@53.com
veronica.cobb@53.com
veronica.hairston@53.com
wendi.mcparland@53.com

**111**

111@111.com

**123**

123@123.com
testing@123.com

**888**

888@888.com

**1838**

dsugimoto@1838.com
emiller@1838.com
hvandenberg@1838.com
jdoyle@1838.com
jlisle@1838.com
jmoore@1838.com
mzercoe@1838.com
rholt@1838.com
rmcnavish@1838.com
srobbins@1838.com

**4086**

alison.mainord@4086.com
allen.tso@4086.com
brian.hamel@4086.com
brian.milligan@4086.com
bryan.higgins@4086.com
chad.landrum@4086.com
charles.liao@4086.com
craig.lehman@4086.com
david.polson@4086.com
dean.ramsamooj@4086.com
doug.fox@4086.com
edwin.ferrell@4086.com
eric.johnson@4086.com
james.klusmeier@4086.com
jason.riehle@4086.com
jay.small@4086.com
jeffrey.cicirelli@4086.com
jeffrey.hobbs@4086.com
jesse.horsfall@4086.com
john.nasser@4086.com
joseph.bargdill@4086.com
kathleen.thygesen@4086.com
keith.howard@4086.com

**Company & Corresponding Email Addresses**

kimberly.malik@4086.com
kristen.walker@4086.com
kurt.williams@4086.com
laura.spinosa@4086.com
mathew.anderson@4086.com
matt.hall@4086.com
michael.duncan@4086.com
michael.dunlop@4086.com
mike.konrad@4086.com
nael.wahaidi@4086.com
nick.detmer@4086.com
pangding.zhu@4086.com
patrick.hoehne@4086.com
richard.matas@4086.com
richard.xie@4086.com
robert.cook@4086.com
ryan.avrett@4086.com
ryan.jasper@4086.com
stewart.day@4086.com
tim.powell@4086.com
trey.harrison@4086.com
tyler.gentry@4086.com
vishal.mahajan@4086.com
willie.brown@4086.com
zackery.sizemore@4086.com

**95599**

zhangguoxing@95599.sh.cn

**apr**

oliver.beckmann@apr.unicreditgroup.eu

**sun**

a.chen@sun.com
andrea.williams@sun.com
brad.vollmer@sun.com
huijun.che@sun.com
matt.miller@sun.com
navneet.govil@sun.com
paul.ziots@sun.com
peter.bellia@sun.com
shanker.trivedi@corp.sun.com
siytangco@sun.com
umemoto@sun.com

**hauck-aufhaeuser**

harald.ruppelt@ hauck-aufhaeuser.de

**1stnatbank**

rares@1stnatbank.com

**1stsource**

bauerb@1stsource.com
bythrow@1stsource.com
giffordp@1stsource.com
jackson-j@1stsource.com
ribonib@1stsource.com
shive@1stsource.com
simont@1stsource.com

**1x2y3z**

## Company & Corresponding Email Addresses

123@1x2y3z.cot

**212ventures**
aguira@212ventures.com

**3bg**
d.baumgartner@3bg.at
d.krammer@3bg.at

**3com**
dette_lazo@3com.com
kristin_stokan@3com.com

**3suissesinternational**
plorthioir@3suissesinternational.fr

**6thaveinvest**
chris.phalen@6thaveinvest.com
christi.fletcher@6thaveinvest.com
david.logeman@6thaveinvest.com
david.toussaint@6thaveinvest.com
elaine.miller@6thaveinvest.com
james.schmank@6thaveinvest.com
laurissa.palmberg@6thaveinvest.com
mark.lamb@6thaveinvest.com
rich.king@6thaveinvest.com
sara.gragg@6thaveinvest.com
steve.bowser@6thaveinvest.com
suchitra.ram@6thaveinvest.com
therese.metcalf@6thaveinvest.com
troy.mcmaster@6thaveinvest.com

**720capital**
krista@720capital.com

**7bridgescap**
bruce.falbaum@7bridgescap.com
ian.johnston@7bridgescap.com
joy.belle@7bridgescap.com

**a**
n.a@n.a.com

**aa**
aa@aa.ss
ajdennis@aa.com
eric.briggle@aa.com
erin.sistrunk@aa.com
geraldine.lim@aa.com
kenji.hashimoto@aa.com
michael.schafer@aa.com
mike.fields@aa.com
patrick.sporl@aa.com
peter.warlick@aa.com
sarah.heatley@aa.com
sharon.chandler@aa.com

**aaa**
222@aaa.com
aaaa@aaa.com
tcruise@aaa.com

**aaamichigan**
dasarafian@aaamichigan.com
rcsaranen@aaamichigan.com

## Company & Corresponding Email Addresses
rdselvey@aaamichigan.com

**aaa-net**
christian_gresch@aaa-net.com
daniel.vock@aaa-net.com
philip_hjelmer@aaa-net.com
rene.kluser@aaa-net.com
rolf_angehrn@aaa-net.com

**aaib**
habdalla@aaib.com

**aaibank**
araouf@aaibank.com

**aal**
glen_vanic@aal.org
jerry_scheel@aal.org
joel_johnson@aal.org
john_fruit@aal.org
john_grelsch@aal.org

**aam**
adrian.zbinden@aam.ch
aleksandra.prondzinsky@aam.de
andreas.giger@aam.ch
beat.diggelmann@aam.ch
benedikt.henne@aam.de
brigitte.denzel@aam.de
carina.zimmerman@aam.de
christian-wolf_schaefer@aam.de
claude_alain.berard@aam.ch
claudia-kristin.fortmann@aam.de
daniel.knuchel@aam.ch
ernst.lust@aam.de
gabriele.lauerer@aam.de
hans-fredo.list@aam.de
helmut.osterauer@aam.de
helmut.wenninger@aam.de
helmut.wimmer@aam.de
ilka.heckenmueller@aam.de
jean-claude.wolferstatter@aam.de
josef.helmes@aam.de
klaus.konrad@aam.de
markus.bill@aam.ch
martin.wuermli@aam.ch
matthias.geissbuehler@aam.ch
maxence-louis.mormede@aam.de
maximilian.zimmerer@aam.de
michael.seedorff@aam.de
norbert.faget@aam.de
pascal.hildbrand@aam.ch
rainer.duffner@aam.de
ralf.schiller@aam.de
richard.winkler@aam.ch
roland.bart@aam.ch
tatjana.schmied-woerle@aam.de
thierry.boutin@aam.de
thomas.guetle@aam.de

## Company & Corresponding Email Addresses

thomas.heinrich@aam.de
torsten.reich@aam.de
ursula.denzel@aam.de
werner.blank@aam.de
werner.huber@aam.ch
yoshiko.saba@aam.de

### aamcompany

aaron.diefenthaler@aamcompany.com
bob.bennett@aamcompany.com
cpriebe@aamcompany.com
dan.byrnes@aamcompany.com
dogdon@aamcompany.com
ehenderson@aamcompany.com
greg.bell@aamcompany.com
hmccaffrey@aamcompany.com
hstarrett@aamcompany.com
jason.mcrae@aamcompany.com
jbonomo@aamcompany.com
jenny.campuzano@aamcompany.com
joel.cramer@aamcompany.com
john.mcelravey@aamcompany.com
jschaefer@aamcompany.com
jtay@aamcompany.com
kadams@aamcompany.com
ktracey@aamcompany.com
lladewski@aamcompany.com
lori.waite@aamcompany.com
mbravo@aamcompany.com
michael.ashley@aamcompany.com
michael.mclaughlin@aamcompany.com
mohammed.ahmed@aamcompany.com
mquinn@aamcompany.com
mshelstad@aamcompany.com
pat.mcgeever@aamcompany.com
rnuttall@aamcompany.com
robert.salzman@aamcompany.com
sedwards@aamcompany.com
stewart.foley@aamcompany.com
tkurisu@aamcompany.com
tom.carroll@aamcompany.com
tyra.lydon@aamcompany.com

### aareal-bank

albert.overbeck@aareal-bank.com
annette.keil@aareal-bank.com
bach.bernd@aareal-bank.com
dermot.hardy@aareal-bank.com
fexil.mellinger@aareal-bank.com
jonathan.arthurs@aareal-bank.com
jutta.friedrich@aareal-bank.com
marin.amrhein@aareal-bank.com
michael.hamp@aareal-bank.com
michael.schrimpf@aareal-bank.com
michaela.lorenz@aareal-bank.com
mohan.menon@aareal-bank.com

## Company & Corresponding Email Addresses

nastaran.samiee@aareal-bank.com
oliver.herzog@aareal-bank.com
pani.gunawardene@aareal-bank.com
patrick.trouet@aareal-bank.com
peter.schott@aareal-bank.com
ralf.dallendoerfer@aareal-bank.com
stanley.mathew@aareal-bank.com
stefan.gundlach@aareal-bank.com
tammo.diemer@aareal-bank.com
tanja.stephan@aareal-bank.com
thomas.zwilling@aareal-bank.com
tim.schmelzer@aareal-bank.com
tobias.engel@aareal-bank.com

**aareal-capital**
jwong@aareal-capital.com

**abacuscapitalfund**
jc@abacuscapitalfund.com

**abank**
barbaros.ozuyilmaz@abank.com.tr
murat.ozer@abank.com.tr
omer.gencal@abank.com.tr
sevgi.aytekin@abank.com.tr

**a-bank**
ab1700@a-bank.co.jp
ab1947@a-bank.co.jp
ab2186@a-bank.co.jp

**abasesores**
jpadilla@abasesores.es

**abb**
alex.hall@ch.abb.com
alexis.owtscharov@ch.abb.com
andre.ersoy@ch.abb.com
ann.falken@se.abb.com
ann.larsson@ch.abb.com
ann-sofie.joensson@ch.abb.com
christer.x.eriksson@se.abb.com
christoph.avenarius@ch.abb.com
constantinos.tsolakas@ch.abb.com
daniel.dubach@ch.abb.com
daniel.hagmann@us.abb.com
even.bakke@ch.abb.com
henry.withinshaw@gb.abb.com
ian.keller@ch.abb.com
jan.westring@se.abb.com
joerg.hotz@ch.abb.com
johan.gunnarson@se.abb.com
john.krum@ch.abb.com
kaj.kvaavik@se.abb.com
kiran.dave@ch.abb.com
lorraine.schneider@ch.abb.com
marco.caderas@ch.abb.com
mario.stefania@ch.abb.com
markus.metzger@ch.abb.com
michael.johansson@se.abb.com

**Company & Corresponding Email Addresses**

michel.gerber@ch.abb.com
mikael.karrsten@se.abb.com
nicole.seiler@ch.abb.com
nrupesh.mastakar@ch.abb.com
olivier.mathys@ch.abb.com
pawel.skala@ch.abb.com
philippe.agiman@ch.abb.com
robert.dufour@us.abb.com
thomas.krum@ch.abb.com

**abbey**

antonio.osorio@abbey.com
jhennessy@abbey.com
jonny.gordon@abbey.com
kevin.dorey@abbey.com
michael.odonnell@abbey.com
milen.mateev@abbey.com
mitchell.humphreys@abbey.com
rob.reid@abbey.com
roger.neath@abbey.com
ronny.maiti@abbey.comuk
sam.ingham@abbey.com
steve.moir@abbey.com

**abbeylife**

john.burgum@abbeylife.co.uk
matthew.robertson@abbeylife.com

**abbeynational**

barry.naisbitt@abbeynational.co.uk
john.reynolds@abbeynational.co.uk
rohith.chandra-rajan@abbeynational.co.uk

**abbott**

dan.potratz@abbott.com
natalie.szczerbak@abbott.com
randy.selgrad@abbott.com
robert.reiser@abbott.com
tina.ventura@abbott.com

**abc**

abc@abc.com

**ab-capital**

philip@ab-capital.com

**abc-arbitrage**

d.hoey@abc-arbitrage.com
j.delaire@abc-arbitrage.com
x.chauderlot@abc-arbitrage.fr
x.gille@abc-arbitrage.com

**abcchina**

luyizhou@abcchina.com

**abchina**

chanowec@abchina.com.hk
fubingtao@abchina.com
funglail@abchina.com.hk
fupengyu@abchina.com
jiyanmin@abchina.com
kwokantc@abchina.com
kwokantc@abchina.com.hk

**Company & Corresponding Email Addresses**

lamkook@abchina.com.hk
leedavid@abchina.com.hk
lilinn@abchina.com
limingg@abchina.com
luoxiaojinghan@abchina.com
mengyun@abchina.com
nganricl@abchina.com.hk
shining@abchina.com
smy@abchina.com.sg
tanshus@abchina.com.hk
wangxia@abchina.com
wongkak@abchina.com.hk
wuquoqiang@abchina.com
xiaojun@abchina.com.sg
yuxiaochen@abchina.com
zhangyun@abchina.com
zhouqianjbcq@abchina.com
zhubing@abchina.com

**abcnyoffice**
frankcao@abcnyoffice.com

**abcsz**
cindyzy@abcsz.com.cn

**aberdeen**
tony.oregan@aberdeen.com.au

**aberdeen-asseet**
caroline.espinal@aberdeen-asseet.com

**aberdeenasset**
michael.degernes@aberdeenasset.com

**aberdeen-asset**
adam.hartley@aberdeen-asset.com
adithep.vanabriksha@aberdeen-asset.com.sg
adrienne.cryle@aberdeen-asset.com
alan.cockburn@aberdeen-asset.com
alex.calder@aberdeen-asset.com
alex.ross@aberdeen-asset.com
ali.bakar@aberdeen-asset.com
alistair.watson@aberdeen-asset.com
allen.ang@aberdeen-asset.com
alton.gwee@aberdeen-asset.com
amardeep.nahal@aberdeen-asset.com
ambrose.tan@aberdeen-asset.com
andrew.gillan@aberdeen-asset.com
andrew.norris@aberdeen-asset.com
andrew.preston@aberdeen-asset.com
andrew.stanners@aberdeen-asset.com
andrew.woo@aberdeen-asset.com
angus.kerr@aberdeen-asset.com
anna.rounsefell@aberdeen-asset.com
annette.fraser@aberdeen-asset.com
anthony.fletcher@aberdeen-asset.com
anthony.michael@aberdeen-asset.com
april.fraser@aberdeen-asset.com
arash.pezeshkpour@aberdeen-asset.com
barry.cohen@aberdeen-asset.com

**Company & Corresponding Email Addresses**

ben.ritchie@aberdeen-asset.com
bertie.thomson@aberdeen-asset.com
bharat.joshi@aberdeen-asset.com
bill.bovingdon@aberdeen-asset.com
bill.greehalgh@aberdeen-asset.com
bradley.hounsom@aberdeen-asset.com
bradshaw.crombie@aberdeen-asset.com
brett.diment@aberdeen-asset.com
brian.marshall@aberdeen-asset.com
carmen.chang@aberdeen-asset.com
caroline.hayes@aberdeen-asset.com
charles.luke@aberdeen-asset.com
charles.tan@aberdeen-asset.com
chris.chapman@aberdeen-asset.com
chris.langford@aberdeen-asset.com
christopher.gagnier@aberdeen-asset.com
christopher.wong@aberdeen-asset.com
chua.chee-keong@aberdeen-asset.com
claire.wooldridge@aberdeen-asset.com
clare.denholm@aberdeen-asset.com
colin.crosby@aberdeen-asset.com
colm.mcdonagh@aberdeen-asset.com
craig.mcconnell@aberdeen-asset.com
curt.starer@aberdeen-asset.com
daniel.gilley@aberdeen-asset.com
daniel.lim@aberdeen-asset.com
daniel.taylor@aberdeen-asset.com
david.binnie@aberdeen-asset.com
david.boyle@aberdeen-asset.com
david.briggs@aberdeen-asset.com
david.brighouse@aberdeen-asset.com
david.lai@aberdeen-asset.com
david.michael@aberdeen-asset.com
david.mullock@aberdeen-asset.com
david.simmons@aberdeen-asset.com
david.todd@aberdeen-asset.com
david.watt@aberdeen-asset.com
david.yates@aberdeen-asset.com
deborah.gillam@aberdeen-asset.com
derek.fulton@aberdeen-asset.com
derek.mccole@aberdeen-asset.com
devan.kaloo@aberdeen-asset.com
dominic.delaforce@aberdeen-asset.com
donald.amstad@aberdeen-asset.com
doug.thomson@aberdeen-asset.com
dqm@aberdeen-asset.com
duncan.hayban@aberdeen-asset.com
edward.conroy@aberdeen-asset.com
edwin.gutierrez@aberdeen-asset.com
emdebt@aberdeen-asset.com
esther.chan@aberdeen-asset.com
euan.borland@aberdeen-asset.com
ewa.nicholls@aberdeen-asset.com
fabrice.connin@aberdeen-asset.com

**Company & Corresponding Email Addresses**

finoa.tidswell@aberdeen-asset.com
flavia.cheong@aberdeen-asset.com
gareth.nicholson@aberdeen-asset.com
gary.lequesne@aberdeen-asset.com
gavin.goodhand@aberdeen-asset.com
geoff.burton@aberdeen-asset.com
geoffrey.trzepacz@aberdeen-asset.com
gillian.henderson@aberdeen-asset.com
graeme.arnold@aberdeen-asset.com
graeme.sharp@aberdeen-asset.com
hannah.winterhalder@aberdeen-asset.com
harry.melandri@aberdeen-asset.com
hayden.richmond@aberdeen-asset.com
hugh.young@aberdeen-asset.com
humaira.sanders@aberdeen-asset.com
humaira.sheikh@aberdeen-asset.com
ian.winship@aberdeen-asset.com
investment_team@aberdeen-asset.com
jack.fan@aberdeen-asset.com
james.athey@aberdeen-asset.com
james.gegg@aberdeen-asset.com
james.laing@aberdeen-asset.com
james.thompson@aberdeen-asset.com
james.thorneley@aberdeen-asset.com
james.wilson@aberdeen-asset.com
jamie.cumming@aberdeen-asset.com
jamie.day@aberdeen-asset.com
jane.shakespeare@aberdeen-asset.com
jeremy.mercer@aberdeen-asset.com
jeremy.whitley@aberdeen-asset.com
joanne.irvine@aberdeen-asset.com
joel.karsch@aberdeen-asset.com
john.a.murphy@aberdeen-asset.com
john.bocchino@aberdeen-asset.com
john.boyle@aberdeen-asset.com
john.conlon@aberdeen-asset.com
john.dolder@aberdeen-asset.com
john.plumpton@aberdeen-asset.com
john.zembsch@aberdeen-asset.com
jonathan.allison@aberdeen-asset.com
jonathan.cocks@aberdeen-asset.com
joseph.mcfadden@aberdeen-asset.com
judy.mathieson@aberdeen-asset.com
justin.tan@aberdeen-asset.com
kasarin.chakkaphak@aberdeen-asset.com.sg
kathy.xu@aberdeen-asset.com
keith.patton@aberdeen-asset.com
ken.brown@aberdeen-asset.com
kenneth.akintewe@aberdeen-asset.com
kerry.ireland@aberdeen-asset.com
kevin.daly@aberdeen-asset.com
kevin.magda@aberdeen-asset.com
kristy.fong@aberdeen-asset.com
kwok.chern-yeh@aberdeen-asset.com

**Company & Corresponding Email Addresses**

kyvan.tang@aberdeen-asset.com
larry.dunne@aberdeen-asset.com
lauren.flett@aberdeen-asset.com
lee.dobinson@aberdeen-asset.com
lei.keng@aberdeen-asset.com
leonardo.dacosta@aberdeen-asset.com
lesya.paisley@aberdeen-asset.com
lisa.maclachlan@aberdeen-asset.com
lorraine.dyer@aberdeen-asset.com
louw.mattheus@aberdeen-asset.com
luis.lopez@aberdeen-asset.com
mamoon.hussain@aberdeen-asset.com
mandy.pike@aberdeen-asset.com
marcus.watzlaff@aberdeen-asset.com
maria.papathanasiou@aberdeen-asset.com.au
mark.butler@aberdeen-asset.com
mark.gordon-james@aberdeen-asset.com
mark.khoo@aberdeen-asset.com
mark.murray@aberdeen-asset.com
mark.wilson@aberdeen-asset.com
martin.connaghan@aberdeen-asset.com
martin.gilbert@aberdeen-asset.com
martin.turnbull@aberdeen-asset.com
masaru.ogawa@aberdeen-asset.com
matt.eva@aberdeen-asset.com
matthew.cobon@aberdeen-asset.com
matthew.lynes@aberdeen-asset.com
matthew.peters@aberdeen-asset.com
maureen.webb@aberdeen-asset.com
max.wolman@aberdeen-asset.com
michael.degernes@aberdeen-asset.com
michael.hall@aberdeen-asset.com
michael.pike@aberdeen-asset.com
michael.siviter@aberdeen-asset.com
michael.warren@aberdeen-asset.com
michael.wilcox@aberdeen-asset.com
michelle.calcutt@aberdeen-asset.com
mikko.ala-ilomaki@aberdeen-asset.com
monica.langa@aberdeen-asset.com
munib.madni@aberdeen-asset.com.au
natalie.tam@aberdeen-asset.com
natalie.winter@aberdeen-asset.com
nate.rupp@aberdeen-asset.com
neil.horner@aberdeen-asset.com
neil.steedman@aberdeen-asset.com
neil.williamson@aberdeen-asset.com
niall.smith@aberdeen-asset.com
nicholas.hornsby@aberdeen-asset.com
nicholas.yeo@aberdeen-asset.com
nick.bishop@aberdeen-asset.com
nick.coombes@aberdeen-asset.com
nick.laxton@aberdeen-asset.com
nicola.mckenzie@aberdeen-asset.com
nicola.wimpory@aberdeen-asset.com

## Company & Corresponding Email Addresses

nik.hart@aberdeen-asset.com
nima.tayebi@aberdeen-asset.com
nurain.mussani@aberdeen-asset.com
pascal.masse@aberdeen-asset.com.sg
patrick.o'donnell@aberdeen-asset.com
paul.magura@aberdeen-asset.com
paul.reed@aberdeen-asset.com
peter.becker@aberdeen-asset.com
peter.birnie@aberdeen-asset.com
peter.elston@aberdeen-asset.com
peter.hames@aberdeen-asset.com
peter.matovu@aberdeen-asset.com
peter.scottgraham@aberdeen-asset.com
phil.webster@aberdeen-asset.com
philip.payne@aberdeen-asset.com
pruksa.iamthongthong@aberdeen-asset.com
rahul.kalia@aberdeen-asset.com
ray.elston@aberdeen-asset.com
rebecca.morris@aberdeen-asset.com
rich.smith@aberdeen-asset.com
richard.dyson@aberdeen-asset.com
richard.spalton@aberdeen-asset.com
rita.mcavoy@aberdeen-asset.com
robert.guzman@aberdeen-asset.com
robert.minter@aberdeen-asset.com
robert.penaloza@aberdeen-asset.com
rod.davidson@aberdeen-asset.com
roger.curtis@aberdeen-asset.com
romney.fox@aberdeen-asset.com
rosie.mcmellin@aberdeen-asset.com
ross.martin@aberdeen-asset.com
ross.watson@aberdeen-asset.com
roy.budge@aberdeen-asset.com
russell.clements@aberdeen-asset.com
samuel.etheridge@aberdeen-asset.com
sarah.shand@aberdeen-asset.com
sarita.bajaj@aberdeen-asset.com
scott.bennett@aberdeen-asset.com
sharon.watson@aberdeen-asset.com
sheena.yellop@aberdeen-asset.com
shelly.moledina@aberdeen-asset.com
sheryl.harrison@aberdeen-asset.com
simon.bell@aberdeen-asset.com
simon.hancock@aberdeen-asset.com
simon.kirton@aberdeen-asset.com
simon.melville@aberdeen-asset.com
stacey.seah@aberdeen-asset.com
stefan.martin@aberdeen-asset.com
stella.panu@aberdeen-asset.com
stephen.docherty@aberdeen-asset.com
stephen.hobbis@aberdeen-asset.com
stephen.morris@aberdeen-asset.com
steve.robinson@aberdeen-asset.com.au
steven.frech@aberdeen-asset.com

**Company & Corresponding Email Addresses**

steven.kaye@aberdeen-asset.com
stewart.methven@aberdeen-asset.com
stuart.campbell@aberdeen-asset.com
stuart.gray@aberdeen-asset.com
stuart.james@aberdeen-asset.com.au
stuart.marshall@aberdeen-asset.com
stuart.overend@aberdeen-asset.com
susan.brewster@aberdeen-asset.com
tan.chew-may@aberdeen-asset.com
technology.research@aberdeen-asset.com
ted.leschke@aberdeen-asset.com.au
tessa.mondesir@aberdeen-asset.com
tessa.thostrup@aberdeen-asset.com
tha.sisopha@aberdeen-asset.com
thomas.flaherty@aberdeen-asset.com
thu-ha.chow@aberdeen-asset.com
tom.hooper@aberdeen-asset.com
tom.huelin@aberdeen-asset.com
tony.dickin@aberdeen-asset.com
tracey.johnstone@aberdeen-asset.com
tracy.reed@aberdeen-asset.com
trade.queries@aberdeen-asset.com
trevor.chown@aberdeen-asset.com
uk.research@aberdeen-asset.com
usresearch@aberdeen-asset.com
victoria.brown@aberdeen-asset.com
victoria.winckle@aberdeen-asset.com
warren.bates@aberdeen-asset.com
wendy.priest@aberdeen-asset.com
winnie.man@aberdeen-asset.com
wolfgang.kuhn@aberdeen-asset.com
yoojeong.oh@aberdeen-asset.com
yoon-chou.chong@aberdeen-asset.com.sg
yueh.ee-leen@aberdeen-asset.com
yusof.shahreza@aberdeen-asset.com

**aberdeen-asst**
graeme.sinclair@aberdeen-asst.com

**aberdeenpropertyinvestors**
joel.cann@aberdeenpropertyinvestors.com

**abfoods**
michael.winterburn@abfoods.com

**abgsc**
arne.sunde@abgsc.no
eyvind.width@abgsc.no
jens.sefland@abgsc.no
knut.steen@abgsc.no
odd.gjerdsjo@abgsc.no
ole.rustad@abgsc.no
ove.lange@abgsc.no
tor.nygaard@abgsc.no

**abimltd**
barnett@abimltd.com
bgraney@abimltd.com
dhiotis@abimltd.com

**Company & Corresponding Email Addresses**

egordon@abimltd.com
jquingert@abimltd.com
mbrown@abimltd.com

**abnambro**

gerben.jorritsma@nl.abnambro.com

**abnamro**

adi.sorber@nl.abnamro.com
adrian.mollison@uk.abnamro.com
alan.barry@nl.abnamro.com
alan.bridges@uk.abnamro.com
alan.telford@abnamro.com
alec.anderson@uk.abnamro.com
alex.dacosta@uk.abnamro.com
alex.khosrowpour@uk.abnamro.com
alexander.luehr@ch.abnamro.com
alexandre.santos@nl.abnamro.com
amanda.pearson@au.abnamro.com
amy.walkington@abnamro.com
andre.smits@lu.abnamro.com
andrew.a.king@uk.abnamro.com
andrew.fleming@gb.abnamro.com
andrew.king@au.abnamro.com
andy.booth@uk.abnamro.com
aneesh.menon@ae.abnamro.com
anton.wouters@nl.abnamro.com
antonio.perez@ch.abnamro.com
arjan.palthe@nl.abnamro.com
arjen.dibbets@nl.abnamro.com
arjen.pasma@nl.abnamro.com
arjen.prinsen@nl.abnamro.com
arjen.soederhuizen@nl.abnamro.com
arjen.vanderlinden@abnamro.com
arjo.blok@nl.abnamro.com
armand.creemers@be.abnamro.com
arnold.van.os@nl.abnamro.com
astrid.smit@nl.abnamro.com
aymeric.forest@uk.abnamro.com
azela.alfonso@nl.abnamro.com
bas.iserief@abnamro.com
beat.haller@ch.abnamro.com
ben.callan@uk.abnamro.com
bernard.janssen@nl.abnamro.com
bert.oldenkamp@nl.abnamro.com
bert.schouws@nl.abnamro.com
bert.van.den.berg@nl.abnamro.com
bert-jan.de.ruiter@uk.abnamro.com
bertus.franssens@nl.abnamro.com
boris.broeders@nl.abnamro.com
brad.wheatland@hk.abnamro.com
bruce.graham@uk.abnamro.com
bruce.lohman@abnamro.com
bruno.de.scorbiac@fr.abnamro.com
can.kumru@nl.abnamro.com
carmelina.carluzzo@it.abnamro.com

## Company & Corresponding Email Addresses

carsten.nerge@de.abnamro.com
catherine.a.lewis@uk.abnamro.com
cecile.roze@nl.abnamro.com
charles.longden@abnamro.com
charles.ullerich@abnamro.com
chris.brils@uk.abnamro.com
chris.elias@uk.abnamro.com
chris.sinclair@lu.abnamro.com
christine.mcgoey@uk.abnamro.com
clayton.trible@abnamro.com
coleen.north@abnamro.com
colin.gallagher@uk.abnamro.com
cor.brinkers@be.abnamro.com
daan.potjer@uk.abnamro.com
daniel.bley@abnamro.com
daniel.hemmant@uk.abnamro.com
daniel.james@uk.abnamro.com
daniel.roelfsema@nl.abnamro.com
daniel.strumphler@abnamro.com
daniela.meier@uk.abnamro.com
daniele.lombardo@ch.abnamro.com
daphne.chan@sg.abnamro.com
darren.ripton@uk.abnamro.com
david.catherall@uk.abnamro.com
david.kiddie@bg.abnamro.com
david.morrow@uk.abnamro.com
david.sullivan@uk.abnamro.com
davide.garulli@it.abnamro.com
dean.neamos@abnamro.com
derek.ramage@lu.abnamro.com
didier.duret@ch.abnamro.com
diederik.kolfschoten@nl.abnamro.com
donggeng.gong@abnamro.com
edward.niehoff@nl.abnamro.com
edwin.simon@nl.abnamro.com
eileen.mcguire@abnamro.com
elio.fattorini@nl.abnamro.com
elizabeth.imrie@uk.abnamro.com
emmanuel.vergeynst@lu.abnamro.com
eriko.okamota@jp.abnamro.com
erin.palmer@abnamro.com
erwin.faas@nl.abnamro.com
fei.chen@nl.abnamro.com
fernando.losada@abnamro.com
fokke.de.vries@nl.abnamro.com
frank-karel.snepvangers@uk.abnamro.com
frans.bedaux@nl.abnamro.com
fred.weenig@nl.abnamro.com
friso.rengers@nl.abnamro.com
gary.smith@uk.abnamro.com
gary.southgate@uk.abnamro.com
george.turner@uk.abnamro.com
ger.leijs@nl.abnamro.com
geraldien.leegwater@nl.abnamro.com

**Company & Corresponding Email Addresses**

gerard.langerhorst@nl.abnamro.com
gerard.peters@nl.abnamro.com
gerco.goote@nl.abnamro.com
gerrit.jan.ten.doesschate@nl.abnamro.com
gerrit.schuurman@nl.abnamro.com
gertjan.nijhuis@nl.abnamro.com
giles.fitpatrick@uk.abnamro.com
govert.eijsvoogel@nl.abnamro.com
grace.kanzaki@abnamro.com
greg.guthrie@uk.abnamro.com
guy.lutz@ch.abnamro.com
habib.ferchichi@ch.abnamro.com
han.de.jong@nl.abnamro.com
han.mesters@nl.abnamro.com
hans.oostindien@nl.abnamro.com
hatem.jerad@ae.abnamro.com
heinz.giger@ch.abnamro.com
herman.barten@nl.abnamro.com
howard.burdett@uk.abnamro.com
hp.van.asselt@abnamro.com
hugh.scott-barrett@abnamro.com
hugo.westerink@nl.abnamro.com
ian.duckworth@uk.abnamro.com
ingmar.kaptein@nl.abnamro.com
isabelle.mayor@ch.abnamro.com
ivo.klein@nl.abnamro.com
jaap.veerman@nl.abnamro.com
jack.kelly@uk.abnamro.com
jacques.de.marnix@fr.abnamro.com
james.hughes@uk.abnamro.com
james.wagenhofer@abnamro.com
jan.harmsen@uk.abnamro.com
jan.lamme@nl.abnamro.com
jason.ng@abnamro.com
jason.walsh@abnamro.com
jean.paul.van.straalen@nl.abnamro.com
jean-marie.schmit@lu.abnamro.com
jeff.brown@uk.abnamro.com
jeff.micallef@lu.abnamro.com
jeffrey.fina@abnamro.com
jeremy.tisdall@uk.abnamro.com
jeroen.harderwijk@nl.abnamro.com
jochem.in.t.velt@nl.abnamro.com
john.chozen@abnamro.com
john.galakis@nl.abnamro.com
john.oakes@abnamro.com
john.townley@uk.abnamro.com
jon.cunliffe@uk.abnamro.com
jon.t.ender@abnamro.com
joost.bergsma@uk.abnamro.com
joost.strickx@lu.abnamro.com
joris.tolenaar@nl.abnamro.com
joseph.van.den.heuvel@nl.abnamro.com
kaj.martensen@nl.abnamro.com

**Company & Corresponding Email Addresses**

kapui.cheung@uk.abnamro.com
karen.gillham@uk.abnamro.com
karl.guha@nl.abnamro.com
kazuya.ohmura@nl.abnamro.com
kees.van.den.berg@nl.abnamro.nl
kellie.lacey@uk.abnamro.com
kenneth.leighton@abnamro.com
kevin.n.smith@uk.abnamro.com
khing-an.liem@nl.abnamro.com
kim.suchy@abnamro.com
kirsi.hirvonen@nl.abnamro.com
kurt.baur@uk.abnamro.com
lachlan.cooper@hk.abnamro.com
lance.hill@uk.abnamro.com
laurence.hennico@lu.abnamro.com
laurence.lefebure@fr.abnamro.com
leigh.gordon@abnamro.com
lidy.knigge@nl.abnamro.com
loes.pals@nl.abnamro.com
lorenzo.moruzzi@uk.abnamro.com
lorna.matheson@nl.abnamro.com
louise.bulley@uk.abnamro.com
lucien.carton@nl.abnamro.com
luigi.leo@nl.abnamro.com
luiz.f.felix@nl.abnamro.com
maarten.roest@nl.abnamro.com
malcolm.david.smith@uk.abnamro.com
mami.tazaki@jp.abnamro.com
marc.borghans@abnamro.com
marc.breij@nl.abnamro.com
marcel.dubbeld@nl.abnamro.com
marcel.husmann@nl.abnamro.com
marcos.nogues@abnamro.com
margaret.tan@nl.abnamro.com
maria.coello.de.llobet@nl.abnamro.com
maria.fregosi@abnamro.com
marja.kooistra@lu.abnamro.com
mark.carton@uk.abnamro.com
mark.olson@uk.abnamro.com
mark.p.sheppard@au.abnamro.com
martein.osch@nl.abnamro.com
martin.caramians@au.abnamro.com
mary.ras@abnamro.com
mathias.hultgren@uk.abnamro.com
matthew.auxier@abnamro.com
matthew.grange@uk.abnamro.com
melanie.splain@abnamro.com
menno.sloterdijk@nl.abnamro.com
mesut.ellialtioglu@tr.abnamro.com
michael.gasparac@abnamro.com
michael.gordon@au.abnamro.com
michael.victoros@uk.abnamro.com
michel.gely@ch.abnamro.com
michiel.lodewijk@nl.abnamro.com

## Company & Corresponding Email Addresses

mika.nishimura@abnamro.com
morris.disston@ae.abnamro.com
nancy.droppelman@abnamro.com
nanda.weeber@nl.abnamro.com
nathalie.demirdjian@fr.abnamro.com
nick.cannon@uk.abnamro.com
nick.murphy@nl.abnamro.com
nicole.seed@uk.abnamro.com
nigel.clarke@uk.abnamro.com
nils.lorenzen@abnamro.com
nippi.kochhar@ch.abnamro.com
nitin.phase@abnamro.com
oscar.volder@jp.abnamro.com
oskar.volder@nl.abnamro.com
paolo.braghieri@it.abnamro.com
paolo.danna@uk.abnamro.com
patrick.ohara@abnamro.com
paul.abberley@uk.abnamro.com
paul.groenewoud@nl.abnamro.com
paul.stilwell@uk.abnamro.com
paul.wojtyla@abnamro.com
pauline.marshall-lee@uk.abnamro.com
penelope.wordsworth@uk.abnamro.com
peter.berg@nl.abnamro.com
peter.cole@uk.abnamro.com
peter.van.apeldoorn@nl.abnamro.com
peter.van.dashorst@nl.abnamro.com
phillip.miller@abnamro.com
piero.pinto@ch.abnamro.com
pierre.lequeux@uk.abnamro.com
pieter.maarten.mann@nl.abnamro.com
pim.van.mourik.broekman@nl.abnamro.com
r.duncan@uk.abnamro.com
ragheed.moghrabi@ae.abnamro.com
ralph.axford@uk.abnamro.com
raphael.kassin@uk.abnamro.com
ray.bell@uk.abnamro.com
rayna.butler@uk.abnamro.com
reine.gunnarsson@uk.abnamro.com
richard.goddard@it.abnamro.com
richard.murphy@ch.abnamro.com
rishma.moennasing@nl.abnamro.com
rob.van.de.wijngaert@nl.abnamro.com
robert.mann@abnamro.com
robert.napoli@abnamro.com
robert.timmers@lu.abnamro.com
robert.walker@abnamro.com
robert.willemsen@nl.abnamro.com
robin.savchuk@nl.abnamro.com
roel.barnhoorn@ch.abnamro.com
roger.groebli@sg.abnamro.com
rolf.smit@nl.abnamro.com
ronald.van.loon@uk.abnamro.com
rory.mason@uk.abnamro.com

## Company & Corresponding Email Addresses

roy.smale@nl.abnamro.com
saaish.sukumaran@ae.abnamro.com
san.lie@nl.abnamro.com
sander.boelen@nl.abnamro.com
sandra.tordin@ch.abnamro.com
sarah.russell@nl.abnamro.com
sascha.wullschleger@abnamro.com
saurabh.singh@uk.abnamro.com
scott.a.moore@abnamro.com
scott.newhall@abnamro.com
shabbir.rashid@nl.abnamro.com
shweta.ahluwalia@uk.abnamro.com
simon.ballard@uk.abnamro.com
simon.blundell@uk.abnamro.com
simon.forster@uk.abnamro.com
simon.meijlink@nl.abnamro.com
simon.newman@uk.abnamro.com
siukee.chan@nl.abnamro.com
sonia.bendt@nl.abnamro.com
specialsituations@uk.abnamro.com
stacey.gray@abnamro.com
stephane.buricod@ch.abnamro.com
stephane.gutbub@fr.abnamro.com
steven.dryborough@nl.abnamro.com
steven.sherman@abnamro.com
steven.winpenny@abnamro.com
stewart.fleming@abnamro.com
stewart.meijer@abnamro.com
stratos.nikolakakis@nl.abnamro.com
swee.leong@uk.abnamro.com
sylvio.de.castro@nl.abnamro.com
tanneke.lyppens@nl.abnamro.com
theo.de.kort@nl.abnamro.com
therese.collins@lu.abnamro.com
thomas.dolan@abnamro.com
thomas.vorlaufer@nl.abnamro.com
thomas.winkler@abnamro.com
tim.ball@abnamro.com
tim.olijerhoek@nl.abnamro.com
timothy.stoll@abnamro.com
tjemme.van.der.meer@nl.abnamro.com
toby.rackliff@uk.abnamro.com
tom.holland@abnamro.com
tristan.hockin@uk.abnamro.com
valentin.schmid@nl.abnamro.com
vincent.mooijer@nl.abnamro.com
walden.thompkins@uk.abnamro.com
walid.majdalani@nl.abnamro.com
wietze.reehoorn@nl.abnamro.com
wilfred.bakker@nl.abnamro.com
william.higgins@uk.abnamro.com
william.mcandrews@abnamro.com
wouter.van.der.veen@nl.abnamro.com
yoko.katai@abnamro.com

## Company & Corresponding Email Addresses

**abnamrocapital**
  diederik.van.rappard@abnamrocapital.com
**abnamromellon**
  ed.burmester@abnamromellon.com
  kunj.shah@abnamromellon.com
  mark.gjertsen@abnamromellon.com
  oliver.wootton@abnamromellon.com
  paul.faulkner@abnamromellon.com
  ross.bayley@abnamromellon.com
**abnamroprime**
  smccullagh@abnamroprime.com
**abnamrousa**
  alek.gasiel@abnamrousa.com
  chris.mika@abnamrousa.com
  eric.nilles@abnamrousa.com
  fred.engimann@abnamrousa.com
  peter.fasone@abnamrousa.com
  shaker_sundaram@abnamrousa.com
  steve.smart@abnamrousa.com
**abnanro**
  roberto.lemple@abnanro.com
**aboc**
  mkarnes@aboc.com
**abocn**
  zh.chenhy@intl.abocn.com
  zh.chugq@intl.abocn.com
  zh.guishan@intl.abocn.com
  zh.lirsh@intl.abocn.com
  zh.makai@intl.abocn.com
  zh.wanghy@intl.abocn.com
  zh.yanch@intl.abocn.com
  zh.zhangh@intl.abocn.com
  zh.zhangzhj@abocn.com
  zh.zlu@intl.abocn.com
  zh.zzg@intl.abocn.com
  zhbliu@intl.abocn.com
  zhcy@intl.abocn.com
  zhdb@intl.abocn.com
  zhfm@intl.abocn.com
  zhfz@intl.abocn.com
  zhgndf@intl.abocn.com
  zhhgf@intl.abocn.com
  zhhrm@intl.abocn.com
  zhihm@intl.abocn.com
  zhliq@intl.abocn.com
  zhliyj@intl.abocn.com
  zhlqp@intl.abocn.com
  zhlsq@intl.abocn.com
  zhlxi@intl.abocn.com
  zhmlq@iintl.abocn.com
  zhpxd@intl.abocn.com
  zhqm@intl.abocn.com
  zhsf@intl.abocn.com
  zhsj@intl.abocn.com

**Company & Corresponding Email Addresses**

zhwgs@intl.abocn.com
zhwv@intl.abocn.com
zhwxue@intl.abocn.com
zhwzk@intl.abocn.com
zhzq@intl.abocn.com
zhzxf@intl.abocn.com

**abocsz**
feiyin@abocsz.com

**abp**
b.van.poppen@abp.nl
c.pennekamp@abp.nl
f.van.weegberg@abp.nl
jwf.mingels@abp.nl
klaas.reedijk@abp.nl
klass.reedjik@abp.nl
m.lucas@abp.nl
m.pereboom@abp.nl
o.peters@abp.nl
otis.spencer@abp.nl

**abpinvestments**
francijn.de.ruijter@abpinvestments.nl
frank.de.kleijn@abpinvestments.nl
frits.jetten@abpinvestments.nl
sjacco.schouten@abpinvestments.nl

**abrir**
tivan.bovington@abrir.ch

**absbc**
mpeden@absbc.org

**absig**
maarvig@absig.com

**accelacommunications**
clare_obrien@accelacommunications.com

**accival**
jortega@accival.com.mx
jramirez@accival.com.mx
mgarciac@accival.com.mx
rcastelazo@accival.com.mx

**accor**
anthony.pallier@accor.com
cohen_benjamin@accor.fr
daniel_philippe@accor.fr
drejeau_michele@accor.fr
eliane.rouyer@accor.com
espalioux_jean-marc@accor.fr
mabrut_jean-francois@accor.fr
martine.gadby@accor.com
pernot_eric@accor.fr
solene.zammito@accor.com
stern_jacques@accor.fr
tgaches@accor.fr

**accor-hotels**
beaucamps_jacques@accor-hotels.com
karaoglanian_christian@accor-hotels.com

**accredohealth**

**Company & Corresponding Email Addresses**

  dstevens@accredohealth.com

**aceandcompany**

  lgrande@aceandcompany.com

**acecapitalre**

  tkrushman@acecapitalre.com

**aceguarantyre**

  pbonner@aceguarantyre.com

**achmea**

  andre.kleimeer@achmea.nl
  dave.piguillet@achmea.com
  eric.kok@achmea.nl
  erik.prakken@achmea.nl
  frank.smeltink@achmea.nl
  gerard.bonekamp@achmea.nl
  jan.grootendorst@achmea.nl
  jan.maurits.de.vries@achmea.nl
  marco.kemper@achmea.nl
  marieke.van.kamp@achmea.nl
  ralph.hardenberg@achmea.com
  roger.somers@achmea.nl
  rudi.kramer@achmea.nl
  ruud.van.gogh@achmea.nl
  sander.van.riel@achmea.nl
  wouter.de.bever@achmea.nl

**ackermancapital**

  david@ackermancapital.com

**acm-adam**

  andreas.keck@acm-adam.de
  volker.blau@acm-adam.de

**acml**

  aaron.hoffman@acml.com
  alan_horowitz@acml.com
  albert_degulis@acml.com
  aleksandr_yesilevich@acml.com
  alex_van_voorhees@acml.com
  alfred_harrison@acml.com
  algis_remeza@acml.com
  alison_martier@acml.com
  althea_stewart@acml.com
  amit_deshpande@acml.com
  ana_faircloth@acml.com
  ana_lanzana@acml.com
  andrew_horoszczak@acml.com
  angel_fernandez-ruiz@acml.com
  angel_salazar@acml.com
  angelo_lovallo@acml.com
  anna_tsu@acml.com
  anthony_tammaro@acml.com
  anthony_xuereb@acml.com
  anton_tabakh@acml.com
  arif_husain@acml.com
  armando_velasquez@acml.com
  aryeh_glatter@acml.com
  barry_levine@acml.com

**Company & Corresponding Email Addresses**

ben_ghalmi@acml.com
benjamin_wang@acml.com
bill_oliver@acml.com
brad.gustafson@acml.com
brad_gustafson@acml.com
brian_phillips@acml.com
cara_hourican@acml.com
carmine_soldiviero@acml.com
charles_kim@acml.com
charles_southgate@acml.com
charlie_nanick@acml.com
chima_joseph@acml.com
chris_kligopoulos@acml.com
chris_nikolich@acml.com
chris_sebolt@acml.com
chris_verlingo@acml.com
christian_diclementi@acml.com
christine_aurelio@acml.com
christine_kopelman@acml.com
clifton_grant@acml.com
connie_moscon@acml.com
corinne_hill@acml.com
corinne_perkins@acml.com
cort_ingram@acml.com
cosmo_valente@acml.com
cristina_fernandez-alepuz@acml.com
damian.barrera@acml.com
dan_nordby@acml.com
daniel_loughney@acml.com
daniel_robbins@acml.com
daniel_rudnitsky@acml.com
daniella_gordon@acml.com
darren_williams@acml.com
dave_frederick@acml.com
david_goss@acml.com
david_jerome@acml.com
david_tarifi@acml.com
david_wolfson@acml.com
deirdre_kehoe@acml.com
demi_psyllos@acml.com
donna_podd@acml.com
donna_strick@acml.com
douglas_peebles@acml.com
dutch_handke@acml.com
ed_baker@acml.com
edward_rayner@acml.com
elba_maldonado@acml.com
elizabeth_zimler@acml.com
elvin_santiago@acml.com
emily_wiener@acml.com
erika_hibino@acml.com
fabrice_pellous@acml.com
fernando.grisales@acml.com
firstname_surname@acml.com

**Company & Corresponding Email Addresses**

fortuna_disanto@acml.com
frances_dunn@acml.com
gaiti_ali@acml.com
geoffrey_hauck@acml.com
george_king@acml.com
george_vatore@acml.com
gershon_distenfeld@acml.com
gina_griffin@acml.com
gina_toth@acml.com
gregory_gaare@acml.com
guy_davidson@acml.com
haji_young@acml.com
henry_lee@acml.com
hiroyo_tanuki@acml.com
holly_sze@acml.com
ian_chitterer@acml.com
ilya_figelman@acml.com
ilya_siegelman@acml.com
ira_nicholson@acml.com
jacinta_saldanah@acml.com
jack_koltes@acml.com
jack_plym@acml.com
james_conner@acml.com
james_macri@acml.com
james_menapace@acml.com
jamie_kiggen@acml.com
janet_walsh@acml.com
jasmine_ng@acml.com
jason_goldstein@acml.com
jason_ley@acml.com
jason_moshos@acml.com
jason_pappalardi@acml.com
jdicapua@acml.com
jean_vandewalle@acml.com
jennifer_mui@acml.com
jenny_wong@acml.com
jeremy_alford@acml.com
jill_iannetta@acml.com
jim_kennedy@acml.com
jim_pendergast@acml.com
jim_reilly@acml.com
jj_mckoan@acml.com
joe_mantineo@acml.com
joe_rice@acml.com
joel_serebransky@acml.com
joelle_boucher@acml.com
john_bergia@acml.com
john_chiodi@acml.com
john_giaquinta@acml.com
john_granholm@acml.com
john_huang@acml.com
john_tylor@acml.com
jon_thiel@acml.com
jonathan_nye@acml.com

## Company & Corresponding Email Addresses

jonnathan_wong@acml.com
joran_laird@acml.com
joseph_laspina@acml.com
joseph_rosenblum@acml.com
josh_lisser@acml.com
jovany_larroche@acml.com
jsmith@acml.com
judi_devivo@acml.com
judy_eng@acml.com
julia_igoshin@acml.com
justin_egan@acml.com
jvandewalle@acml.com
kaivan_gill@acml.com
karen_sesin@acml.com
kathleen_corbet@acml.com
kathy_d'ornellas@acml.com
kdunlap@acml.com
kenneth_diaz@acml.com
krisha_rangarajan@acml.com
lauren_kelly@acml.com
lawrence_kreicher@acml.com
lawrence_shaw@acml.com
li_ying_lu@acml.com
liliana_dearth@acml.com
lisa_wagemann@acml.com
loesch_matthew@acml.com
loretta_roland@acml.com
lorna_schmidt@acml.com
marcin_zdunek@acml.com
maria_cona@acml.com
marion_nankin@acml.com
mark_chui@acml.com
mark_gordon@acml.com
mark_hamilton@acml.com
mark_howard@acml.com
mark_pease@acml.com
marlin_goldstein@acml.com
martin_reeves@acml.com
martin_scott@acml.com
mary_hishke@acml.com
matthew_droessler@acml.com
matthew_kennedy@acml.com
matthew_minnetian@acml.com
matthew_murray@acml.com
matthew_sheridan@acml.com
maureen_halasz@acml.com
may_lawyer@acml.com
mdigiacomo@acml.com
megan_mosher@acml.com
michael_b_lee@acml.com
michael_davis@acml.com
michael_depalma@acml.com
michael_mon@acml.com
michael_ning@acml.com

## Company & Corresponding Email Addresses

michael_o'brien@acml.com
michael_reilly@acml.com
mink_uaamnuichai@acml.com
minneapolis_reception@acml.com
myles_glaser@acml.com
nagaraj.katti@acml.com
nancy_northrop@acml.com
natalie_hahn@acml.com
nazmi_ressas@acml.com
neil_mack@acml.com
nelson_jantzen@acml.com
nils_mellquist@acml.com
nina_tannebaum@acml.com
noam_lefkovitz@acml.com
pamela.maharaj@acml.com
pamella_maharaj@acml.com
panniballe@acml.com
paola_bonoldi@acml.com
patrick_condello@acml.com
paul_denoon@acml.com
paul_gulberg@acml.com
paul_jenkel@acml.com
paul_zoschke@acml.com
peter_cornax@acml.com
peter_zhang@acml.com
phuong_pham@acml.com
polina_kurdiavko@acml.com
rahul_patel@acml.com
rajen_jadav@acml.com
ranji_nagaswami@acml.com
raymond_papera@acml.com
richard_newitter@acml.com
richard_ronan@acml.com
richard_taylor@acml.com
rmassenberg@acml.com
robert_felvinci@acml.com
robert_feng@acml.com
robert_haynes@acml.com
robert_heisterberg@acml.com
robert_joseph@acml.com
robert_schick@acml.com
ron_diamond@acml.com
russell_brody@acml.com
sabya_roy@acml.com
samantha_foster@acml.com
samantha_lau@acml.com
sarah_dimling@acml.com
sarah_percy-dove@acml.com
sarah_ringle@acml.com
saurin_shah@acml.com
scott_dimaggio@acml.com
scott_wallace@acml.com
scott_weiner@acml.com
sharon_wizik@acml.com

**Company & Corresponding Email Addresses**

shawn_keegan@acml.com
shawna_millman@acml.com
sheila_davies@acml.com
shirley_lam@acml.com
shoshana_zysberg@acml.com
shrut_vakil@acml.com
simon_liu@acml.com
soyoung_lee@acml.com
stacey_rubin@acml.com
stephanie_simon@acml.com
stephen_pelensky@acml.com
steve_hussey@acml.com
steven_miller@acml.com
steven_phillips@acml.com
steven_zhu@acml.com
su-ho_lee@acml.com
sunhee_oh@acml.com
susan_zelmanovich@acml.com
su-tung_lee@acml.com
tamara_molinary@acml.com
tdiller@acml.com
terence_cuddihy@acml.com
terry_hults@acml.com
theodore_kuck@acml.com
tim_i_murphy@acml.com
tom_kamp@acml.com
tyler_smith@acml.com
vicki_fuller@acml.com
vicky_hughes@acml.com
viktoria_grinberg@acml.com
vladimir_vladimirov@acml.com
vladislav_iordanov@acml.com
walid_khalfallah@acml.com
wayne_oliver@acml.com
william_lee@acml.com
xiaowei_jiang@acml.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
zoila_serrano@acml.com

**acorncapitalmgt**
camundsen@acorncapitalmgt.com
stewart@acorncapitalmgt.com
walker@acorncapitalmgt.com

**acqcap**
research.wolfman@acqcap.com

**acsinc**
fmaybank@acsinc.net

**activest**
alexandra.reiter@activest.de
andreas.fehrenbach@activest.de
andreas.koenig@activest.de
andreas.marcinkowski@activest.de
andreas.schaefer@activest.de
anja.seyfried@activest.de

**Company & Corresponding Email Addresses**

armin.lang@activest.de
bojka.nikolic@activest.de
bruno.tretter@activest.de
carolin.gerstmayer@activest.de
conrad.mattern@activest.de
daniel.kerbach@activest.de
dieter.volk@activest.de
dorothea.mueller@activest.de
elke.luger@activest.de
frank.grehl@activest.de
frank.sauer@activest.de
frank.wolfert@activest.de
guido.graupner@activest.de
herbert.ruf@activest.de
holger.schick@activest.de
ina.riskin@activest.de
joerg.dehning@activest.de
juergen.euba@activest.de
juergen.rauhaus@activest.de
karl.thiele@activest.de
kathrin.sick@activest.de
klaus.mutzl@activest.de
kristina.mimietz-paul@activest.de
maike.metzner@activest.de
marc.maenner@activest.de
marcin.fieika@activest.de
marco.salaorno@activest.de
martin.demmel@activest.de
matthias.mirwald@activest.de
michael.schmid@activest.de
natalie.schmutte@activest.de
peter.raab@activest.de
peter.winzinger@activest.de
reinhard.huber@activest.de
simone.kerbach@activest.de
stefan.amenda@activest.de
stefan.mueller@activest.de
susanne.hagen@activest.de
ulla.peplinsky@activest.de
wolfgang.kirschner@activest.de

**acuity**
ptures@acuity.com
ryan.degnitz@acuity.com
wendy.schuler@acuity.com

**adam-global**
matthias.teig@adam-global.com

**adamsexpress**
bridgeman@adamsexpress.com
chmn@adamsexpress.com
church@adamsexpress.com
hooper@adamsexpress.com
kohler@adamsexpress.com
prue@adamsexpress.com
schiminger@adamsexpress.com

## Company & Corresponding Email Addresses

stonesifer@adamsexpress.com
swindell@adamsexpress.com
truta@adamsexpress.com
weaver@adamsexpress.com

### adam-us

lb_global_daily@adam-us.com
lb_global_weekly@adam-us.com
michael.neary@adam-us.com

### adb

bngwe@adb.org
bylim@adb.org
cbobin@adb.org
chundu@adb.org
dcsotelo@adb.org
echen@adb.org
hjdelacruz@adb.org
ihaley@adb.org
jianzhuang@adb.org
jmann@adb.org
kandes@adb.org
ktayman@adb.org
mdelosreyes@adb.org
mhowe@adb.org
mirazal@adb.org
mjordan@adb.org
mmanrique@adb.org
mpajarillo@adb.org
mtang@adb.org
nllave@adb.org
perquiaga@adb.org
rberjamin@adb.org
ssm@adb.org
vavante@adb.org
wschang@adb.org
ynishimiya@adb.org

### adbi

ahashimoto@adbi.org

### adbl

hmontgomery@adbl.org

### adcb

adrian.hodges@adcb.com
alaa@adcb.com
rohan.ketkar@adcb.com
shaima.a@adcb.com
vikas.vijayan@adcb.com
walter.pompliano@adcb.com

### adcouncil

okuttiamu@adcouncil.ae

### adelga

ch.haechler@adelga.ch

### adelphia

ecorey@adelphia.net
jberlinger@adelphia.net
jcbeard@adelphia.net

**Company & Corresponding Email Addresses**

**adelphi-capital**

alder@adelphi-capital.com
burke-smith@adelphi-capital.com
dollmann@adelphi-capital.com
guest@adelphi-capital.com
hakan@adelphi-capital.com
henderling@adelphi-capital.com
hogstrom@adelphi-capital.com
jack@adelphi-capital.com
jongen@adelphi-capital.com
licence@adelphi-capital.com
malde@adelphi-capital.com
nicolson@adelphi-capital.com
talbot@adelphi-capital.com
tyler@adelphi-capital.com
winssinger@adelphi-capital.com
zekany@adelphi-capital.com

**adfsd**

sfds@adfsd.com

**adia**

aak.na@adia.ae
aak.pr@adia.ae
aam.na@adia.ae
aar.na@adia.ae
abh.pr@adia.ae
abt.eu@adia.ae
aby.pr@adia.ae
ade.na@adia.ae
adr.tr@adia.ae
afg.ia@adia.ae
age.na@adia.ae
ahm.tr@adia.ae
als.em@adia.ae
ama.cdu@adia.ae
ama.pd@adia.ae
ameeriabdulla@adia.ae
amu.na@adia.ae
amu.pr@adia.ae
and.eu@adia.ae
ans.it@adia.ae
aot.tr@adia.ae
arb.em@adia.ae
arq.na@adia.ae
ash.na@adia.ae
ash.tr@adia.ae
auc.eu@adia.ae
aya.na@adia.ae
bcr.eu@adia.ae
bfd.ie@adia.ae
bharat@adia.co.uk
brp.ad@adia.ae
bxu.em@adia.ae
carey@adia.co.uk
chr.pr@adia.ae

## Company & Corresponding Email Addresses

cjf.tr@adia.ae
claude@adia.co.uk
cyw.em@adia.ae
dac.tr@adia.ae
dag.em@adia.ae
dah.pd@adia.ae
daw.ia@adia.ae
dbm.cdu@adia.ae
dds.eu@adia.ae
dhh.tr@adia.ae
dkg.tr@adia.ae
dkp.em@adia.ae
dma.em@adia.ae
dmh.na@adia.ae
dob.em@adia.ae
fab.tr@adia.ae
fak.cdu@adia.ae
fba.tr@adia.ae
fjr.tr@adia.ae
fkm.tr@adia.ae
fmk.tr@adia.ae
gah.na@adia.ae
gfw.tr@adia.ae
gk@adia.ae
gph.ie@adia.ae
has.eu@adia.ae
hek.cdu@adia.ae
hma.eu@adia.ae
hma.na@adia.ae
hmd.pe@adia.ae
hmm.em@adia.ae
hom.tu@adia.ae
hsb.tr@adia.ae
hsd.eu@adia.ae
hum.eu@adia.ae
iac.tr@adia.ae
ian@adia.co.uk
ihs.na@adia.ae
ika.na@adia.ae
iman@adia.co.uk
ivs.tr@adia.ae
jag.em@adia.ae
jag.ie@adia.ae
james@adia.co.uk
jar.ef@adia.ae
jbr.na@adia.ae
jbs.tr@adia.ae
jki.na@adia.ae
jkk.na@adia.ae
jpv.ef@adia.ae
jpv.tu@adia.ae
jsb.eu@adia.ae
jsd.eu@adia.ae
jsm.tr@adia.ae

**Company & Corresponding Email Addresses**

jth.na@adia.ae
jwi.pr@adia.ae
kak.pr@adia.ae
kan.eu@adia.ae
kaq.pr@adia.ae
kar.eu@adia.ae
kha.eu@adia.ae
khalifa@adia.co.uk
khm.na@adia.ae
khu.na@adia.ae
kjb.ex@adia.ae
kmo.eu@adia.ae
kpa.tr@adia.ae
kra.tr@adia.ae
ksm.eu@adia.ae
kss.ex@adia.ae
lag.cdu@adia.ae
lbs.eu@adia.ae
lis.tr@adia.ae
ljm.eu@adia.ae
mab.eu@adia.ae
mab.ie@adia.ae
mab.na@adia.ae
mae.tr@adia.ae
maf.na@adia.ae
mah.tr@adia.ae
mah.tr@adia.tr
maj.cdu@adia.ae
maj.ef@adia.ae
malkhoori@adia.co.uk
mam.na@adia.ae
map.tr@adia.ae
mbe.tr@adia.ae
mbq.pr@adia.ae
mda.eu@adia.ae
mdk.pr@adia.ae
mfe.tr@adia.ae
mgk.tr@adia.ae
mhd.tr@adia.ae
mic.tr@adia.ae
mii.na@adia.ae
mjr.it@adia.ae
mjs.eu@adia.ae
mkl.em@adia.ae
mko.eu@adia.ae
mmm.em@adia.ae
mmm.pr@adia.ae
mob.tr@adia.ae
mot.eu@adia.ae
mrk.ad@adia.ae
msh.ef@adia.ae
msh.tr@adia.ae
mss.tr@adia.ae
mth.tr@adia.ae

**Company & Corresponding Email Addresses**

mtl.tr@adia.ae
mts.tr@adia.ae
mut.tr@adia.ae
nas.ex@adia.ae
ncp.cdu@adia.ae
neil@adia.co.uk
nem.ef@adia.ae
nha.pr@adia.ae
nicholas@adia.co.uk
nid.tu@adia.ae
nwd.tr@adia.ae
ofa.eu@adia.ae
pal.na@adia.ae
paz.na@adia.ae
pjk.tu@adia.ae
pog.cdu@adia.ae
rab.na@adia.ae
rah.cdu@adia.ae
rak.tr@adia.ae
ray.it@adia.ae
raz.cdu@adia.ae
rbk.tr@adia.ae
rgn.tr@adia.ae
ril.tr@adia.ae
rjh.eu@adia.ae
rmd.tr@adia.ae
rnh.eu@adia.ae
ruj.tr@adia.ae
rwk.cdu@adia.ae
sag.em@adia.ae
sah.eu@adia.ae
sakis@adia.co.uk
san.eu@adia.ae
sar.em@adia.ae
saz.tr@adia.ae
sba.cdu@adia.ae
sdo.em@adia.ae
shb.pr@adia.ae
shd.ex@adia.ae
sma.pr@adia.ae
smh.eu@adia.ae
smm.ef@adia.ae
smm.tr@adia.ae
smp.ia@adia.ae
sms.eu@adia.ae
smz.tr@adia.ae
squ.tr@adia.ae
squ.tr@adia.co.ae
sri.cdu@adia.ae
sud.ad@adia.ae
sum.pr@adia.ae
syr.na@adia.ae
tar.pr@adia.co.ae
tbc@adia.ae

## Company & Corresponding Email Addresses

thh.tr@adia.ae
thv.na@adia.ae
tnw.tr@adia.ae
tok.pr@adia.ae
vim.tr@adia.ae
wak.ef@adia.ae
yab.tr@adia.ae
zoa.tr@adia.ae

**adib**

amalik@adib.co.ae
peter@adib.co.ae

**adic**

abbas@adic.co.ae
agarwal@adic.co.ae
alfaheem@adic.co.ae
asifali@adic.co.ae
atrinkl@adic.co.ae
george@adic.co.ae
gopinath@adic.co.ae
i.alqubaisi@adic.ae
jassem@adic.co.ae
m.wiggins@adic.ae
n.azar@adic.ae
nmclouglin@adic.co.ae
perihanss@adic.co.ae
rrasheed@adic.co.ae
zayedalmansoori@adic.co.ae
zidany@adic.ae

**adidas**

friedrich.meierjohann@adidas.de
herbert.hainer@adidas.de
klaus.koehler@adidas.de
natalie.knight@adidas.de
robin.stalker@adidas.de

**adidas-group**

dennis.weber@adidas-group.com
hendric.junker@adidas-group.com
john-paul.omeara@adidas-group.com

**adig**

andrea.thielen@adig.lu
cord.rodewald@adig.lu
hans-peter.rathjens@adig.de
stephan.christmann@adig.lu
thomas.nummer@adig.lu

**adi-gestion**

lfaurie@adi-gestion.com

**adk**

n86025@adk.jp
oshimo@adk.jp
ta99018@adk.jp

**adlerbank**

christoph.hegglin@adlerbank.ch
harry.kohli@adlerbank.ch

**admin**

## Company & Corresponding Email Addresses
arnie.combe@admin.utah.edu
dphillips@admin.rochester.edu

### adp
bill_krause@adp.com
chris_backer@adp.com
doug_deschutter@adp.com
fran_migliocco@adp.com

### adpomr
oconnorj@adpomr.com
silversd@adpomr.com
sloand@adpomr.com

### adr
itri.u@adr.it

### adriatica
nboure@adriatica.com.ve

### advancefinancial
cfo@advancefinancial.com

### advanta
ldickson@advanta.com
mcoco@advanta.com

### advantuscapital
andrew.schleiger@advantuscapital.com
annmarie.stanina@advantuscapital.com
christopher.sebald@advantuscapital.com
corinne.whelan@advantuscapital.com
craig.stapleton@advantuscapital.com
dale.berg@advantuscapital.com
dave.kuplic@advantuscapital.com
david.graetzer@advantuscapital.com
david.land@advantuscapital.com
dean.dibias@advantuscapital.com
james.ziegler@advantuscapital.com
janahan.rajaratnam@advantuscapital.com
jen.oconnor@advantuscapital.com
jennifer.defiebre@advantuscapital.com
jim.kragenbring@advantuscapital.com
joe.gogola@advantuscapital.com
johanna.denboer@advantuscapital.com
johanna.e.anderson@advantuscapital.com
jon.thompson@advantuscapital.com
jorja.iwaszko@advantuscapital.com
joseph.betlej@advantuscapital.com
joseph.scanlan@advantuscapital.com
joshua.klaetsch@advantuscapital.com
karen.maw@advantuscapital.com
kathleen.parker@advantuscapital.com
kathleen.posus@advantuscapital.com
kaycee.brookshaw@advantuscapital.com
kenneth.dicke@advantuscapital.com
lena.harhaj@advantuscapital.com
lisa.perrin@advantuscapital.com
lowell.bolken@advantuscapital.com
lynne.mill@advantuscapital.com
merlin.erickson@advantuscapital.com

## Company & Corresponding Email Addresses

michael.andersonadvantus@advantuscapital.com
nathan.ellsworth@advantuscapital.com
phillip.brown@advantuscapital.com
robb.phillips@advantuscapital.com
robert.diedrich@advantuscapital.com
robert.phillips@advantuscapital.com
robert.thompson@advantuscapital.com
sean.timonen@advantuscapital.com
shannon.willenbring@advantuscapital.com
shawn.anderson@advantuscapital.com
steve.ross@advantuscapital.com
steven.lane@advantuscapital.com
terri.jonesadvantus@advantuscapital.com
thomas.houghton@advantuscapital.com

### advest
brian.goldstein@advest.com
george.kirkwood@advest.com
joseph.blair@advest.com
michael.schwager@advest.com
nicole.payne@advest.com

### advisorscap
rkmann@advisorscap.com

### ae-gis
alcober@ae-gis.com
daly@ae-gis.com
ortega@ae-gis.com
research@ae-gis.com
stow@ae-gis.com

### aego
mbrizee@aego.nl

### aegon
abani@aegon.nl
abby.glennie@aegon.co.uk
alastair.campbell@aegon.co.uk
alastair.duffy@aegon.co.uk
alistair.byrne@aegon.co.uk
alistair.haig@aegon.co.uk
amaatman@aegon.nl
ameinema2@aegon.nl
amentink@aegon.nl
andrew.dove@aegon.co.uk
andrew.fleming@aegon.com
andrew.gibb@aegon.co.uk
andrew.mckaig@aegon.co.uk
andrew.munro@aegon.co.uk
aocko@aegon.nl
awidyoko@aegon.nl
awynaendts@aegon.nl
bbolk@aegon.nl
ben.mills@aegon.co.uk
bettina.roster@aegon.co.uk
brendan.mcfadyen@aegon.co.uk
bruce.naysmith@aegon.co.uk
bsnijders@aegon.nl

## Company & Corresponding Email Addresses

btimmerman@aegon.nl
carol.thomson@aegon.co.uk
charles.henderson@aegon.co.uk
chris.madsen@aegon.com
christophe.ferrand@aegon.co.uk
christopher.maginnis@aegon.co.uk
chuegen@aegon.nl
cmmurison@aegon.co.uk
colette.clements@aegon.co.uk
colette.walker@aegon.co.uk
colin.black@aegon.co.uk
colin.finlayson@aegon.co.uk
colin.graham@aegon.co.uk
colin.purdie@aegon.co.uk
corrie.lough@aegon.co.uk
daniel.mckernan@aegon.co.uk
darragh.lenihan@aegon.co.uk
david.griffiths@aegon.co.uk
david.pringle@aegon.co.uk
david.roberts@aegon.co.uk
david.sheasby@aegon.co.uk
ddiepbrink@aegon.nl
dmilner@aegon.nl
donald.phillips@aegon.co.uk
doudenhoven@aegon.nl
douglas.jones@aegon.co.uk
douglas.scott@aegon.co.uk
dstraker@aegon.nl
dvdmars@aegon.nl
ebeije@aegon.nl
ebogaard@aegon.nl
ebracke@aegon.nl
edreus@aegon.nl
ehylarides@aegon.nl
elaine.crichton@aegon.co.uk
elaine.morgan@aegon.co.uk
elarson@aegon.nl
eleseman@aegon.nl
emassie@aegon.nl
enapel@aegon.nl
erinlu@aegon.com.tw
euan.mcneil@aegon.co.uk
fbortst@aegon.nl
fmeijer@aegon.nl
gareth.hewie@aegon.co.uk
gareth.turtle@aegon.co.uk
gligtenberg@aegon.nl
gmoerman@aegon.nl
gordon.happell@aegon.co.uk
gregory.turnbullschwartz@aegon.co.uk
heggens@aegon.nl
helen.webster@aegon.co.uk
hfigee@aegon.nl
hvbeek@aegon.nl

**Company & Corresponding Email Addresses**

iain.buckle@aegon.co.uk
iain.fulton@aegon.co.uk
iain.wells@aegon.co.uk
ian.wagstaff@aegon.co.uk
indra.tan@aegon.com
ivanderveen@aegon.nl
jamie.murdoch@aegon.co.uk
jboers@aegon.nl
jbouterse@aegon.nl
jcoene@aegon.nl
jhawillemsen@aegon.nl
jheyns@aegon.nl
jkohler@aegon.nl
jmlaidlaw@aegon.co.uk
john.kirchin@aegon.co.uk
john.mcneill@aegon.co.uk
jpoot@aegon.nl
jrol@aegon.nl
jslijkerman@aegon.nl
june.walker@aegon.co.uk
jvijverberg@aegon.nl
jweemhoff@aegon.nl
jwilkinson@aegon.nl
kerry.logan@aegon.co.uk
kevin.lyster@aegon.co.uk
kevin.telfer@aegon.co.uk
kirsten.stirling@aegon.co.uk
krigter@aegon.nl
laura.gallacher@aegon.co.uk
ljousma@aegon.nl
louise.smith@aegon.co.uk
lynsey.selkirk@aegon.co.uk
mahnaz.sharif@aegon.co.uk
manso.alfonso@aegon.es
mario.matkovic@aegon.com
mark.kedar@aegon.co.uk
mark.love@aegon.co.uk
mark.peden@aegon.co.uk
martin.gibson@aegon.co.uk
masmoredjo@aegon.nl
matthijs.pinxteren@aegon.com
maweede@aegon.nl
mboom@aegon.nl
mbottenberg@aegon.nl
mcombe@aegon.nl
mdavidse@aegon.nl
melanie.mitchell@aegon.co.uk
mentzinger@aegon.nl
mheemelaar@aegon.nl
mhoefnagel@aegon.nl
michael.bach.nielsen@aegon.co.uk
michael.barrett@aegon.co.uk
michiel.vankatwijk@aegon.com
mlansink@aegon.nl

**Company & Corresponding Email Addresses**

mnaaktgeboren@aegon.nl
mregnault-stoel@aegon.nl
mswaak@aegon.nl
mvdheide@aegon.nl
name.surname@aegon.co.uk
nicola.brown@aegon.co.uk
norman.dalgleish@aegon.co.uk
nschuitmaker@aegon.nl
nswagers@aegon.nl
pamela.kerkhoff@aegon.co.uk
paul.roberts@aegon.co.uk
pauline.stewart@aegon.co.uk
pbajema@aegon.nl
pblange@aegon.nl
perea.ignacio@aegon.es
peter.hadden@aegon.co.uk
peter.pih@aegon.co.uk
phborghuis@aegon.nl
philip.haworth@aegon.co.uk
philip.milburn@aegon.co.uk
philippa.matthews@aegon.co.uk
pjansen@aegon.nl
plaar@aegon.nl
rboersma@aegon.nl
rbosch@aegon.nl
rcroonen@aegon.nl
rhona.stewart@aegon.co.uk
rkouwenberg@aegon.nl
rmlukassen@aegon.nl
robert.cecchi@aegon.co.uk
ross.bradley@aegon.co.uk
rpriestly@aegon.co.uk
rruijter@aegon.nl
rschapers@aegon.nl
russell.hogan@aegon.co.uk
rvanaart@aegon.nl
rvandermark@aegon.nl
rwolters@aegon.nl
ryan.smith@aegon.co.uk
sandyshiau@aegon.com.tw
scott.jamieson@aegon.co.uk
simon.cairns@aegon.co.uk
simon.carter@aegon.co.uk
simon.holman@aegon.co.uk
stephen.adams@aegon.co.uk
stephen.jones@aegon.co.uk
thoefakker@aegon.nl
tom.copeland@aegon.co.uk
tom.crombie@aegon.co.uk
tom.robertson@aegon.co.uk
tsmid@aegon.nl
walmeloo@aegon.nl
wendy.hay@aegon.co.uk
wildeboerschut@aegon.nl

## Company & Corresponding Email Addresses

william.dinning@aegon.co.uk
wschouten@aegon.nl
ykeuter@aegon.nl
yvonne.christie@aegon.co.uk

### aegon-cnooc

gracegao@aegon-cnooc.com
hectorxu@aegon-cnooc.com
jennieyang@aegon-cnooc.com
seanliu@aegon-cnooc.com

### aegonglobal

dhayes@aegonglobal.com

### aegonusa

aaalderks@aegonusa.com
abrumm@aegonusa.com
abuss@aegonusa.com
achawla@aegonusa.com
ahazen@aegonusa.com
akanduri@aegonusa.com
aklocke@aegonusa.com
amarcus@aegonusa.com
amcintos@aegonusa.com
awillian@aegonusa.com
awirtz@aegonusa.com
awolfe@aegonusa.com
bbarnhart@aegonusa.com
bbeman@aegonusa.com
bcox@aegonusa.com
bddoyle@aegonusa.com
belliott@aegonusa.com
bgiles@aegonusa.com
bgoddard@aegonusa.com
bgray@aegonusa.com
bhansen@aegonusa.com
bhenricksen@aegonusa.com
bherman@aegonusa.com
bkies@aegonusa.com
bko@aegonusa.com
bkramer@aegonusa.com
bmcantrell@aegonusa.com
bmiller@aegonusa.com
bmorris@aegonusa.com
bmurphy@aegonusa.com
broby@aegonusa.com
bscoles@aegonusa.com
bscook@aegonusa.com
bsmedley@aegonusa.com
bstertzbach@aegonusa.com
btong@aegonusa.com
btvedt@aegonusa.com
ccovington@aegonusa.com
cfagenbaum@aegonusa.com
cfong@aegonusa.com
cfoster@aegonusa.com
cfowler@aegonusa.com

**Company & Corresponding Email Addresses**

chaker@aegonusa.com
chjohnso@aegonusa.com
cjperry@aegonusa.com
cleung@aegonusa.com
clthompson@aegonusa.com
cnorris@aegonusa.com
cnyedlik@aegonusa.com
cschadt@aegonusa.com
cwinkler@aegonusa.com
cyeary@aegonusa.com
dcambridge@aegonusa.com
dcfoster@aegonusa.com
dguarino@aegonusa.com
dhalfpap@aegonusa.com
dhopewell@aegonusa.com
djuvane@aegonusa.com
dkolsrud@aegonusa.com
dlanghoff@aegonusa.com
dlevans@aegonusa.com
dlindaue@aegonusa.com
dludke@aegonusa.com
dmdurbin@aegonusa.com
dmenge@aegonusa.com
dpfox@aegonusa.com
drthompson@aegonusa.com
dslade@aegonusa.com
dvolz@aegonusa.com
dvorwald@aegonusa.com
dweih@aegonusa.com
dwirtjes@aegonusa.com
eberberich@aegonusa.com
edaniell@aegonusa.com
eeden@aegonusa.com
efurnish@aegonusa.com
egoodman@aegonusa.com
epeters@aegonusa.com
eroeder@aegonusa.com
esandberg@aegonusa.com
evining@aegonusa.com
fcollecchia@aegonusa.com
fcollechia@aegonusa.com
fhoward@aegonusa.com
fpires@aegonusa.com
frybinski@aegonusa.com
gcamburn@aegonusa.com
gcreed@aegonusa.com
gdryden@aegonusa.com
gklein@aegonusa.com
gkneeland@aegonusa.com
gpodhajs@aegonusa.com
hcburnett@aegonusa.com
hschaefer@aegonusa.com
ir@aegonusa.com
jarich@aegonusa.com

**Company & Corresponding Email Addresses**

jbailey@aegonusa.com
jbaskin@aegonusa.com
jbaylor@aegonusa.com
jbraverman@aegonusa.com
jbreaux@aegonusa.com
jbrown@aegonusa.com
jdeans@aegonusa.com
jdeverell@aegonusa.com
jemoore@aegonusa.com
jerb@aegonusa.com
jewhitehead@aegonusa.com
jfelderman@aegonusa.com
jfergus@aegonusa.com
jfrey@aegonusa.com
jhamilto@aegonusa.com
jjohanse@aegonusa.com
jkcameron@aegonusa.com
jkuhn@aegonusa.com
jlcoleman@aegonusa.com
jlemke@aegonusa.com
jmccloud@aegonusa.com
jmccorkle@aegonusa.com
jmcglaun@aegonusa.com
jmead@aegonusa.com
jnosek@aegonusa.com
jrabineau@aegonusa.com
jrank@aegonusa.com
jrdemoss@aegonusa.com
jrickels@aegonusa.com
jschaeffer@aegonusa.com
jschloss@aegonusa.com
jsong@aegonusa.com
jsrosen@aegonusa.com
jtchong@aegonusa.com
jthurm@aegonusa.com
kbakker@aegonusa.com
kbeaman@aegonusa.com
kbormann@aegonusa.com
kbuese@aegonusa.com
kcasey@aegonusa.com
kedgarton@aegonusa.com
kfoss@aegonusa.com
kgesling@aegonusa.com
kgiles@aegonusa.com
khalvorson@aegonusa.com
kjlewis@aegonusa.com
kjsmith@aegonusa.com
kkrousie@aegonusa.com
kpatrick@aegonusa.com
kpurnell@aegonusa.com
krwright@aegonusa.com
kstrobel@aegonusa.com
kturnquist@aegonusa.com
kvanourny@aegonusa.com

**Company & Corresponding Email Addresses**

kwbuese@aegonusa.com
kweigel@aegonusa.com
lfindlay-mittan@aegonusa.com
litang@aegonusa.com
lksmith@aegonusa.com
llayman@aegonusa.com
lmcdonald@aegonusa.com
lolds@aegonusa.com
lpapkin@aegonusa.com
lschumac@aegonusa.com
lstarr@aegonusa.com
lstomp@aegonusa.com
lswantz@aegonusa.com
ltan@aegonusa.com
mcoppens@aegonusa.com
mdunn@aegonusa.com
mevans@aegonusa.com
mfeitz@aegonusa.com
mfloyd@aegonusa.com
mfuller@aegonusa.com
mherp@aegonusa.com
milerisoy@aegonusa.com
mimurray@aegonusa.com
mjheenan@aegonusa.com
mldoyle@aegonusa.com
mleonberger@aegonusa.com
mlodh@aegonusa.com
mmgallagher@aegonusa.com
mmonson@aegonusa.com
mmorell@aegonusa.com
mparrish@aegonusa.com
mpgilbert@aegonusa.com
mradke@aegonusa.com
mreilly@aegonusa.com
msimpson@aegonusa.com
murban@aegonusa.com
mwoode@aegonusa.com
mzinkula@aegonusa.com
njoss@aegonusa.com
nkangpan@aegonusa.com
nliang@aegonusa.com
nmadsen@aegonusa.com
nrahman@aegonusa.com
opina@aegonusa.com
pgilman@aegonusa.com
pnims@aegonusa.com
rbansal@aegonusa.com
rbiesiot@aegonusa.com
rchandran@aegonusa.com
rdscott@aegonusa.com
rflugum@aegonusa.com
rfrazier@aegonusa.com
rgoel@aegonusa.com
rjmurphy@aegonusa.com

**Company & Corresponding Email Addresses**

rmann@aegonusa.com
rmelcher@aegonusa.com
rmeyer@aegonusa.com
rperry@aegonusa.com
rseifert@aegonusa.com
sgilkes@aegonusa.com
sgoedkin@aegonusa.com
sgutke@aegonusa.com
shassenstab@aegonusa.com
sinagarajan@aegonusa.com
sjohanse@aegonusa.com
skapuganti@aegonusa.com
skassev@aegonusa.com
slange@aegonusa.com
sledger@aegonusa.com
smukhopadhyaya@aegonusa.com
sopp@aegonusa.com
sperchik@aegonusa.com
ssidhu@aegonusa.com
stenley@aegonusa.com
ststone@aegonusa.com
tfranklin@aegonusa.com
tfuhs@aegonusa.com
thartlage@aegonusa.com
tkellenberger@aegonusa.com
tknight@aegonusa.com
tljohnson@aegonusa.com
tmanthe@aegonusa.com
troetlin@aegonusa.com
twerner@aegonusa.com
wpattison@aegonusa.com
xuwang@aegonusa.com
xye@aegonusa.com
yfeng@aegonusa.com
yxiong@aegonusa.com
zhussain@aegonusa.com

**aeltus**

bakerc@aeltus.com
barnesp1@aeltus.com
burdeshawj@aeltus.com
burroughsc@aeltus.com
coted@aeltus.com
cubbagek@aeltus.com
fernandezm@aeltus.com
grangerh@aeltus.com
irvingz@aeltus.com
jensena@aeltus.com
jjkrementowski@aeltus.com
kochenn@aeltus.com
martine@aeltus.com
meyerl@aeltus.com
migliorej@aeltus.com
o'neill@aeltus.com
pihls@aeltus.com

## Company & Corresponding Email Addresses

pincherak@aeltus.com
powellk@aeltus.com
raimundik@aeltus.com
richardj@aeltus.com
royr@aeltus.com
swankp@aeltus.com
taylorr@aeltus.com
tenbroecka@aeltus.com
whitney@aeltus.com
zarwanskim@aeltus.com

### aero
benoit.debains@onair.aero

### aesb
tstress@aesb.net

### aetna
alexanderm@aetna.com
antonellip@aetna.com
bakere@aetna.com
barrassof@aetna.com
bitela@aetna.com
bjl@aetna.com
bouchardj@aetna.com
callawayt@aetna.com
cardonepl@aetna.com
caseykj@aetna.com
chirichellala@aetna.com
coyner@aetna.com
diaza@aetna.com
donahuemj@aetna.com
fairchildt@aetna.com
fisherm4@aetna.com
gagnesl@aetna.com
garberm@aetna.com
glynnj1@aetna.com
gruessnerjc@aetna.com
hendersontd@aetna.com
holtta@aetna.com
holttg@aetna.com
jamiesont@aetna.com
jenkinsonje@aetna.com
kulasgf@aetna.com
larryr@aetna.com
latorrej@aetna.com
lawtonth@aetna.com
lloydj@aetna.com
luke.smith@aetna.com
maslind@aetna.com
mccarthysd@aetna.com
mehtahv@aetna.com
notarok@aetna.com
oadespr@aetna.com
ostashenta@aetna.com
pappasd@aetna.com
paquettehc@aetna.com

**Company & Corresponding Email Addresses**

paskiewiczse@aetna.com
petersena@aetna.com
pottert@aetna.com
ricciot@aetna.com
rosadom@aetna.com
rowlandj1@aetna.com
saltzmangk@aetna.com
schulerg@aetna.com
scotts@aetna.com
stricklandss@aetna.com
thibodeaub@aetna.com
trimania@aetna.com
vartelasaj@aetna.com
velascodj@aetna.com
vittnergg@aetna.com
winfield.bell@aetna.com

**aexp**

albert.t.chang@aexp.com
arnaud.j.heymann@aexp.com
arthur.h.berman@aexp.com
babar.m.mufti@aexp.com
beryl.c.lee@aexp.com
betty.p.wee@aexp.com
biswaroop.t.baura@aexp.com
carol.schwartz@aexp.com
charles.w.johnson@aexp.com
christopher.j.hall@aexp.com
christopher.palazzolo@aexp.com
corinna.yau@aexp.com
daniel.o.mosca@aexp.com
david.a.allright@aexp.com
david.l.yowan@aexp.com
dennis.a.harhalakis@aexp.com
ershad.e.hossain@aexp.com
hk.treasury@aexp.com
hockchan.h.sen@aexp.com
james.c.chu@aexp.com
jorge.c.alvarez@aexp.com
liana.s.ho@aexp.com
lilian.l.ting@aexp.com
maureen.ryan@aexp.com
miquel.n.alonso@aexp.com
nicolas.w.roth@aexp.com
paul.r.cannon@aexp.com
raymond.b.seymour@aexp.com
ringo.r.leo@aexp.com
samuel.perruchoud@aexp.com
simon.b.byrne@aexp.com
solon.b.saoulis@aexp.com
stephane.m.varin@aexp.com
tanny.t.sethi@aexp.com
warren.w.yang@aexp.com
wendy.k.tsang@aexp.com

**afa**

**Company & Corresponding Email Addresses**

anders.algotsson@afa.se.
bengt.kileus@afa.se
carina.swerin@afa.se
dan.bergman@afa.se
fredrik.bergvall@afa.se
fredrik.nilert2@afa.se
jonas.nilsson@afa.se
krister.jorneskog@afa.se
owen.winrow@afa.se
peter.nygren@afa.se
stefan.guter@afa.se
torsten.gyllensvard@afa.se

**afaforsakring**

bengt.eke@afaforsakring.se
fi@afaforsakring.se
per.svensson@afaforsakring.se

**afcmb**

mwm@afcmb.com

**afcmerchantbank**

roystontan@afcmerchantbank.com

**afdb**

a.osakwe@afdb.org
a.oteh@afdb.org
f.mwase@afdb.org
g.henricksen@afdb.org
j.dicoum@afdb.org
j.nguessan@afdb.org
l.borji@afdb.org
o.carrolaggi@afdb.org
o.eweck@afdb.org
s.nalletamby@afdb.org
s.sekioua@afdb.org
t.julin@afdb.org
y.abdoulaye@afdb.org
y.hassan@afdb.org

**afh**

neerajsehgal@uae.afh.com.sg
pallavsinha@uae.afh.com.sg

**aflac**

adobson@aflac.com
ccampbell@aflac.com
ccoakley@aflac.com
cgeeslin@aflac.com
cmckinney@aflac.com
dharris@aflac.com
dyoung@aflac.com
ggantt@aflac.com
jharris@aflac.com
jhill4@aflac.com
jjeffery@aflac.com
kjanke@aflac.com
mandrews@aflac.com
mchapman@aflac.com
mkeim@aflac.com

## Company & Corresponding Email Addresses

msmith@aflac.com
rdruica@aflac.com
rmullens@aflac.com
sclemmons@aflac.com
swoods@aflac.com

**aflic**
ngaffney@aflic.com

**afz**
jinguji@afz.crane.jal.co.jp

**ag**
ulf.steinborn@ag.man.de

**ag-am**
amargolius@ag-am.com
bdeitelzweig@ag-am.com
bzimmerman@ag-am.com
cchang@ag-am.com
cfasciano@ag-am.com
cjoei@ag-am.com
cmarino@ag-am.com
crupinski@ag-am.com
dbalsan@ag-am.com
dbrown@ag-am.com
dbuono@ag-am.com
dmacmillan@ag-am.com
dtroxell@ag-am.com
edonovan@ag-am.com
ftaveras@ag-am.com
gscacco@ag-am.com
jflomenhaft@ag-am.com
jgould@ag-am.com
jrhodes@ag-am.com
jseveral@ag-am.com
knelson@ag-am.com
lchai@ag-am.com
lkagan@ag-am.com
mbergen@ag-am.com
mcook@ag-am.com
mevans@ag-am.com
modonnell@ag-am.com
mrivera@ag-am.com
ncharran@ag-am.com
omorgan@ag-am.com
phermann@ag-am.com
psheehy@ag-am.com
pwen@ag-am.com
rlewis@ag-am.com
seames@ag-am.com
shager@ag-am.com
slee@ag-am.com
slurito@ag-am.com
soh@ag-am.com
tbuckley@ag-am.com
wpotter@ag-am.com

**agamwestfcb**

**Company & Corresponding Email Addresses**

martin.kelly@agamwestfcb.com
russell.booth@agamwestfcb.com

**agc**

barry_nielson@agc.com
collin_chance@agc.com
david_medrano@agc.com
james_lee@agc.com
judith_gullota@agc.com
kathryn_spicker@agc.com
michael_bubnis@agc.com
michelle_amrine@agc.com
mike_obley@agc.com
neal_waggoner@agc.com
robert_kase@agc.com
stephanie.goldman@agc.com
susan_hendrix@agc.com

**agf**

alice.popescu@agf.com
alpha.ba@agf.com
ani.markova@agf.com
annie.liu@agf.com
becky.tsang@agf.com
bob.lyon@agf.com
caterina.prato@agf.com
charleso@agf.com
chrisb@agf.com
chrishu@agf.com
cindy.gedney@agf.com
coulter.wright@agf.com
dalia.stanikaite@agf.fr
duvall@agf.fr
enghockong@agf.com.sg
eric.gibouleau@agf.com
erik.olesen@agf.com
eunice.dong@agf.com
grayma@agf.fr
imhoff@agf.fr
irina.chistyakova@agf.com
jamie.horvat@agf.com
jean.charbonneau@agf.com
jean_marc.cornet@agf.be
jeff.corbett@agf.com
jiri.baert@agf.be
kathleen.coussement@agf.be
koeke@agf.fr
koenraad.goethals@agf.be
laurie.kozlan@agf.com
lehman@agf.fr
lloyd.goldstein@agf.com
luco@agf.fr
martin.hubbes@agf.com
michel.leroy@agf.be
natasha.trainor@agf.com
nicole.demaeghdt@agf.be

**Company & Corresponding Email Addresses**

pascal.michez@agf.be
patricia.perez-coutts@agf.com
patrizia.fiorino@agf.com
phil.stafford@agf.com
philiju@agf.fr
pier.riches@agf.fr
pierre_alain.rucquois@agf.be
prohin@agf.fr
richard.dolhun@agf.com
robert.armstrong@agf.com
ronald.tsang@agf.com
rosh.panesar@agf.com
sharina.sanny@agf.com
stephane.willem@agf.be
stephanie.maher@agf.com
stephen.way@agf.com
steve.rogers@agf.com
stijn.vanvuchelen@agf.be
tanya.peterson@agf.com
terry.chong@agf.com
tony.genua@agf.com
toutaio@agf.fr
tristan.sones@agf.com
viald@agf.fr
wai.tong@agf.com
xccobn@agf.be
zoran.vojvodic@agf.com

**agfg**

andrew_kandolha@agfg.com
april_norris@agfg.com
betsy_taylor@agfg.com
brian_fox@agfg.com
cochs@agfg.com
david_tooley@agfg.com
david_wagenseller@agfg.com
diana_brockman@agfg.com
don_paullo@agfg.com
douglas_allen@agfg.com
evelyn_williams@agfg.com
gordon_massie@agfg.com
james_roth@agfg.com
john_fleming@agfg.com
judy_cao@agfg.com
julia_tucker@agfg.com
julie_cowart@agfg.com
karen_green@agfg.com
kathy_gentry@agfg.com
leon_olver@agfg.com
lisa_sacerdote@agfg.com
lorri_white@agfg.com
mark_pauly@agfg.com
mei_markentell@agfg.com
mei_merkentell@agfg.com
mistura_longe@agfg.com

## Company & Corresponding Email Addresses

rey_stroube@agfg.com
rick_conway@agfg.com
scott_dunglinson@agfg.com
scott_inglis@agfg.com
scott_platzer@agfg.com
ted_etlinger@agfg.com
tom_schlotzhauer@agfg.com
victoria_franklin@agfg.com

**agfinance**
bbinyon@agfinance.com

**agfirst**
bgoff@agfirst.com
dkirkpatrick@agfirst.com
fmorant@agfirst.com
jlay@agfirst.com
maddy@agfirst.com
mmcdermott@agfirst.com
rarnold@agfirst.com
tskipper@agfirst.com

**agip**
claudio.capsoni@agip.it

**agippetroli**
mauro.risi@agippetroli.eni.it

**agribank**
anna.kincannon@agribank.com
azhang@agribank.com
dberdah@agribank.com
kevin.rust@agribank.com

**aguil**
juhan.sartor@aguil.se

**agusta**
g.torchio@it.agusta.com
l.luzi@it.agusta.com
l.orlando@it.agusta.com

**ah**
musserjj@ah.org

**ahb-ag**
h-ggrossmann@ahb-ag.de
mgajdic@ahb-ag.de
wbledau@ahb-ag.de

**ahbr**
andreas.wuermeling@ahbr.de
anja.hohaus@ahbr.de
guido.damian@ahbr.de
heinz-rudolf.sabel@ahbr.de
jana.ritter@ahbr.de
klaus.winde@ahbr.de
leo.cremer@ahbr.de
mustafa.sari@ahbr.de
peter.liwowski@ahbr.de
stephan.welfonder@ahbr.de
susanne.jakob@ahbr.de
susanne.noetling@ahbr.de
werner.lorentz@ahbr.de

## Company & Corresponding Email Addresses

wernher.e.kielmann@ahbr.de

### ahliunited
james.forster@ahliunited.com
tim.clemmey@ahliunited.com

### ahold
huib.wurfbain@corp.ahold.nl

### ahorro
aalvarez@ahorro.com
agarcia@ahorro.com
aojinaga@ahorro.com
aojinaga@bcn.ahorro.com
edlopez@ahorro.com
emartinez@ahorro.com
emeijide@ahorro.com
epardo@ahorro.com
fnavarro@ahorro.com
fsainz@ahorro.com
jclaveria@ahorro.com
jgarcia@bcn.ahorro.com
jgarciac@ahorro.com
jpc@ahorro.com
jrguerra@ahorro.com
jruz@ahorro.com
jtruzman@ahorro.com
mamorales@ahorro.com
mbasurte@ahorro.com
msanchez@ahorro.com
msierra@ahorro.com
nconesa@bcn.ahorro.com
parranz@ahorro.com
pgarcia@ahorro.com
sascha@ahorro.com
slibkind@ahorro.com
znodal@ahorro.com

### ahorrocorporacion
ablanco@ahorrocorporacion.com
asanchez@ahorrocorporacion.com
asanchezp@ahorrocorporacion.com
emestre@ahorrocorporacion.com
jcpernas@ahorrocorporacion.com
jflowy@ahorrocorporacion.es
jnavarra@ahorrocorporacion.com
jsolis@ahorrocorporacion.com
mdmanterola@ahorrocorporacion.com
nangulo@ahorrocorporacion.com
nmanon@ahorrocorporacion.com
paldaya@ahorrocorporacion.com

### ahss
david.martin@ahss.org
gary.skilton@ahss.org
jeff.pearson@ahss.org

### aib
adrienne.m.gaynor@aib.ie
aidan.j.donnelly@aib.ie

## Company & Corresponding Email Addresses

aine.j.shannon@aib.ie
alan.f.burke@aib.ie
alex.m.mcknight@aib.ie
amanda.j.tinney@aib.ie
andrew.m.whelan@aib.ie
andrew.r.clark-hutchison@aib.ie
annemarie.flynn@aib.ie
annette.m.croke@aib.ie
arnaud.x.heck@aib.ie
barbara.a.sorohan@aib.ie
barry.j.ahearne@aib.ie
barry.j.o'dwyer@aib.ie
barry.w.pitcher@aib.ie
bernard.p.killelea@aib.ie
brendan.h.lynch@aib.ie
brian.a.hand@aib.ie
brian.g.holohan@aib.ie
brian.g.muldoon@aib.ie
brian.g.o'kelly@aib.ie
brian.p.mcgirr@aib.ie
bryan.p.maher@aib.ie
caitriona.a.seery@aib.ie
caroline.j.molloy@aib.ie
cathal.b.mcardle@aib.ie
catherine.a.flavin@aib.ie
chris.a.curley@aib.ie
chris.curley@aib.ie
christopher.palmer@aib.ie
ciaran.p.mccarron@aib.ie
cj.berry@aib.ie
cliona.brennock@aib.ie
conor.j.byrne@aib.ie
conor.l.mallen@aib.ie
conor.m.martin@aib.ie
conor.p.o'donovan@aib.ie
cormac.t.treanor@aib.ie
cormac.w.heffernan@aib.ie
craig.z.lynch@aib.ie
dara.m.mckenna@aib.ie
dara.r.marnell@aib.ie
darragh.p.crowley@aib.ie
dave.b.mcevoy@aib.ie
david.e.love@aib.ie
david.j.lock@aib.ie
david.j.o'neill@aib.ie
david.m.burns@aib.ie
david.p.coyne@aib.ie
david.p.mcguinness@aib.ie
declan.a.mullen@aib.ie
declan.j.cooling@aib.ie
declan.j.fitzgerald@aib.ie
deirdre.m.breheny@aib.ie
denis.murphy@aib.ie
denis.r.culligan@aib.ie

**Company & Corresponding Email Addresses**

denise.brown@aib.ie
desmond.k.bevan@aib.ie
donal.f.murphy@aib.ie
duncan.k.farquhar@aib.ie
dwayne.p.mcnicholas@aib.ie
eamon.b.brennan@aib.ie
eamonn.c.hackett@aib.ie
eamonn.s.boylan@aib.ie
eavan.k.o'connell@aib.ie
eddie.h.o'neill@aib.ie
emer.m.murphy@aib.ie
eoin.m.maher@aib.ie
eric.k.blake@aib.ie
eugene.j.kelly@aib.ie
finbar.m.dowling@aib.ie
frank.j.o'kennedy@aib.ie
frank.oconner@aib.ie
frank.p.mcardle@aib.ie
gabrielle.g.croke@aib.ie
gary.p.phelan@aib.ie
gavan.m.barlow@aib.ie
gavin.m.barlow@aib.ie
gerard.t.o'brien@aib.ie
gerrard.j.buckley@aib.ie
gerry.g.gleeson@aib.ie
glenn.n.clarke@aib.ie
glynis.s.webb@aib.ie
graham.m.fagan@aib.ie
grainne.m.o'brien@aib.ie
helen.m.shaughnessy@aib.ie
ian.f.cooke@aib.ie
imelda.s.sexton@aib.ie
ingrid.lacey@aib.ie
jacqui.m.gleeson@aib.ie
james.r.mckeever@aib.ie
jeff.c.kay@aib.ie
jim.p.arigho@aib.ie
jj.walsh@aib.ie
joe.a.naughton@aib.ie
joe.p.simpson@aib.ie
johanne.s.fagan@aib.ie
john.b.hynes@aib.ie
john.d.foy@aib.ie
john.g.lowry@aib.ie
john.s.mccarthy@aib.ie
joseph.m.harrigan@aib.ie
joseph.naughton@aib.ie
karen.j.birt@aib.ie
karl.j.cooke@aib.ie
keith.w.grehan@aib.ie
ken.j.rouse@aib.ie
ken.v.murnaghan@aib.ie
kerry.m.maccarthy@aib.ie
kim.r.martin@aib.ie

**Company & Corresponding Email Addresses**

lance.r.graham@aib.ie
laurence.c.endersen@aib.ie
leanna.m.larkin@aib.ie
lee.p.o'halloran@aib.ie
linda.m.buckley@aib.ie
lore.a.hayes@aib.ie
lorraine.murphy@aib.ie
louisa.a.kinirons@aib.ie
louise.a.frazer@aib.ie
louise.m.mcguigan@aib.ie
malcolm.macdonald@aib.ie
margaret.g.donnellon@aib.ie
mark.j.tuite@aib.be
mark.r.seavers@aib.ie
martin.j.edmonds@aib.ie
mary.f.daly@aib.ie
mary.j.moloney@aib.ie
matthew.c.baker@aib.ie
michael.a.lanning@aib.ie
michael.h.ryan@aib.ie
michael.j.hegarty@aib.ie
michael.j.mchale@aib.ie
michael.t.grace@aib.ie
michael.v.morris@aib.ie
michelle.m.mcgreal@aib.ie
niall.m.monks@aib.ie
niall.p.fitzpatrick@aib.be
niamh.o'neill@aib.ie
nick.j.treble@aib.ie
oihana.g.gotxi@aib.ie
padraig.j.odalaigh@aib.ie
padraig.m.oconnell@aib.ie
pat.o'connor@aib.ie
patrick.d.drurybyrne@aib.ie
patrick.k.cunneen@aib.ie
patrick.l.barry@aib.ie
paul.a.brophy@aib.ie
paul.a.gallagher@aib.ie
paul.a.mclaughlan@aib.ie
paul.f.cahill@aib.ie
paul.g.doorley@aib.ie
paul.lovett@aib.ie
paula.m.dowdall@aib.ie
pedro.a.yaguez@aib.ie
peter.j.shortt@aib.ie
philip.p.ashbrook@aib.ie
rachel.f.naughton@aib.ie
ray.g.fitzpatrick@aib.ie
ray.m.o'neill@aib.ie
raymond.g.tierney@aib.ie
richard.j.wall@aib.ie
robert.j.maunsell@aib.ie
robert.m.gallagher@aib.ie
rod.j.mckenzie@aib.ie

## Company & Corresponding Email Addresses

roisin.a.magee@aib.ie
roland.j.emmans@aib.ie
rosalind.j.jones@aib.ie
russell.j.lee@aib.ie
ruth.m.hogan@aib.ie
samantha.m.cunningham@aib.ie
scott.p.townsend@aib.ie
sean.c.callanan@aib.ie
shane.a.gargan@aib.ie
shane.forster@aib.ie
shane.o'neill@aib.ie
sinead.m.neeson@aib.ie
siobhan.m.tuite@aib.ie
stuart.a.norman@aib.ie
sue.p.bowley@aib.ie
suzanne.m.doyle@aib.ie
terry.a.mccabe@aib.ie
tim.j.emmott@aib.ie
tim.m.cahill@aib.ie
tim.t.bennett@aib.ie
tom.c.lynch@aib.ie
tom.l.maginn@aib.ie
tony.p.gargan@aib.ie
tony.t.farrell@aib.ie
trevor.a.courtney@aib.ie
triona.m.o'mahony@aib.ie
vinny.a.butler@aib.ie
yann.l.mitchell@aib.ie

**aibbny**
aidan.g.egan@aibbny.ie
aidan.m.hickey@aibbny.ie
aisling.t.kelly@aibbny.ie
alan.p.mccormick@aibbny.ie
alan.p.raftery@aibbny.ie
alison.j.harris@aibbny.ie
anna.e.szklarczyk@aibbny.ie
aoife.m.doyle@aibbny.ie
aoife.m.naughton@aibbny.ie
aoife.m.rooney@aibbny.ie
audrey.m.oconnell@aibbny.ie
avril.t.waldie@aibbny.ie
barbara.a.sorohan@aibbny.ie
brian.t.duffy@aibbny.ie
caroline.j.edge@aibbny.ie
caroline.m.delaney@aibbny.ie
cathal.p.o'leidhin@aibbny.ie
ceri.b.burchell@aibbny.ie
charlotte.m.oleary@aibbny.ie
ciaran.e.roche@aibbny.ie
claire.c.dorris@aibbny.ie
clare-anne.a.white@aibbny.ie
clodagh.m.mcclean@aibbny.ie
colin.d.o'connor@aibbny.ie
colm.a.ryan@aibbny.ie

## Company & Corresponding Email Addresses

corrado.j.morellicarroll@aibbny.ie
cynthia.r.bell@aibbny.ie
darryl.e.bannon@aibbny.ie
deirdre.c.hanlon@aibbny.ie
deirdre.m.gallagher@aibbny.ie
della.v.kilduff@aibbny.ie
denise.d.flynn@aibbny.ie
diane.k.keane@aibbny.ie
edel.m.downey@aibbny.ie
elaine.a.bryan@aibbny.ie
elaine.m.crehan@aibbny.ie
elias.a.salami@aibbny.ie
emily.m.o'connell@aibbny.ie
enda.c.sheridan@aibbny.ie
eoin.j.edwards@aibbny.ie
eoin.p.o'connor@aibbny.ie
eugene.a.ferriss@aibbny.ie
evonne.p.kelly@aibbny.ie
fiona.a.lavelle@aibbny.ie
fiona.e.foley@aibbny.ie
garret.m.mcginley@aibbny.ie
geraldine.m.green@aibbny.ie
glg.partners.aibbny@aibbny.ie
graham.m.fagan@aibbny.ie
ian.b.fagan@aibbny.ie
ian.c.mcdonald@aibbny.ie
james.a.murphy@aibbny.ie
james.c.dunne@aibbny.ie
jd.d.dwane@aibbny.ie
jennifer.m.o'loughlin@aibbny.ie
jim.p.o'neill@aibbny.ie
john.d.mulligan@aibbny.ie
john.j.griffiths@aibbny.ie
john.k.griffith@aibbny.ie
kevin.j.tuite@aibbny.ie
leo.m.donegan@aibbny.ie
lisa.a.byrne@aibbny.ie
lisa.c.walkin@aibbny.ie
lisa.m.wren@aibbny.ie
louise.b.milner@aibbny.ie
luke.d.thomas@aibbny.ie
margaret.m.mulhall@aibbny.ie
marian.w.dennigan@aibbny.ie
mark.p.levins@aibbny.ie
martin.j.thompson@aibbny.ie
maura.n.fenton@aibbny.ie
maurice.tracey@aibbny.ie
michael.a.donohoe@aibbny.ie
michelle.c.moroney@aibbny.ie
michelle.c.nugent@aibbny.ie
neil.m.browne@aibbny.ie
niall.g.o'brien@aibbny.ie
niamh.m.morrissey@aibbny.ie
oisin.p.tracey@aibbny.ie

## Company & Corresponding Email Addresses

olivia.m.tracey@aibbny.ie
padraig.t.hogan@aibbny.ie
paul.a.mclaughlin@aibbny.ie
paul.a.sheehan@aibbny.ie
paul.o.morley@aibbny.ie
robert.d.blake@aibbny.ie
robert.d.mcdonnell@aibbny.ie
ruth.m.mcnamara@aibbny.ie
sinead.a.fennell@aibbny.ie
sinead.b.dunne@aibbny.ie
sinead.m.tynan@aibbny.ie
siobhan.a.broderick@aibbny.ie
sonia.m.carey@aibbny.ie
sophia.m.long@aibbny.ie
stephen.a.bennett@aibbny.ie
stephen.a.boyle@aibbny.ie
stephen.m.quinn@aibbny.ie
stephen.r.carey@aibbny.ie
suzanne.mccarthy@aibbny.ie
thomas.w.cotter@aibbny.ie
trevor.j.cobbe@aibbny.ie
una.m.kane@aibbny.ie
william.e.greene@aibbny.ie

**aibbyn**

isabelle.m.monahan@aibbyn.ie

**aibgovett**

julian.cooke@aibgovett.co.uk
nadine.salkeld@aibgovett.co.uk
philip.letts@aibgovett.co.uk

**aibla**

john.farrace@aibla.com

**aibny**

allen.klein@aibny.com
antonio.nevada@aibny.com
hilary.c.patterson@aibny.com
keith.e.hamilton@aibny.com
marcia.meeker@aibny.com
rima.terradista@aibny.com

**aicm**

dthompson@aicm.com
gcopeland@aicm.com
jmurray@aicm.com
jreddy@aicm.com

**aig**

aaron.gold@aig.com
adam.chu@aig.com
adam.siper@aig.com
adeel.shafiqullah@aig.com
adrian.slaughter@aig.com
alan.pryor@aig.com
alessia.falsarone@aig.com
alex.piccolo@aig.com
alex_chen@aig.com
alexandra.passy@aig.com

**Company & Corresponding Email Addresses**

alexis.taylor@aig.com
alison.brown@aig.com
alison.odornan@aig.com
allison.emmert2@aig.com
alyson.holsclaw@aig.com
amanda.andersen@aig.com
amir.debourou@aig.com
amir.isufi@aig.com
amit.agrawal@aig.com
amit.mahajan@aig.com
anders.faergemann@aig.com
andre.minassian@aig.com
andressa.tezine@aig.com
andrew.bouffard@aig.com
andrew.lewis@aig.com
andrew.parower@aig.com
andrew-db.chan@aig.com
anik.sen@aig.com
anna.lunden@aig.com
anthony.king@aig.com
anthony.luu@aig.com
anu.sachdeva@aig.com
ardavan.mobasheri@aig.com
art.jameison@aig.com
asel.delgado@aig.com
benjamin.tell@aig.com
benjamin-ts.wong@aig.com
billw.fish@aig.com
bradley.schwab@aig.com
brady.mcloone@aig.com
brendan.buckley@aig.com
brett.bonet@aig.com
brian.mok@aig.com
brian.pollak@aig.com
brian.schreiber@aig.com
brian.sikkenga@aig.com
bryan.petermann@aig.com
bryan-cm.wong@aig.com
carla.cantreva@aig.com
carlissa.li@aig.com
catherine_barnett@aig.com
cathy.mannarino@aig.com
catrin.gustafsson@aig.com
chantal.brennan@aig.com
charlene.hamrah@aig.com
charlie.carlton@aig.com
cheri-sk.wong@aig.com
cheryl.mcdermott@aig.com
chiara.mastrodomenico@aig.com
chris.casey@aig.com
chris.coffman@aig.com
chris.eger@aig.com
chris.harner@aig.com
christian.manni@aig.com

**Company & Corresponding Email Addresses**

christina-sm.fung@aig.com
christine.dziadul@aig.com
christine.onyung@aig.com
christopher.cramer@aig.com
christopher.lui@aig.com
christopher.malfant@aig.com
christopher.young@aig.com
corinne.conry@aig.com
craig.mitchell@aig.com
cynthia-xx.chen@aig.com
damian.geistkemper@aig.com
dan.koontz@aig.com
dan.neuger@aig.com
dan.purser@aig.com
dan.pursur@aig.com
dana.burns@aig.com
daniel.fernandez-cos@aig.com
daniel.hung@aig.com
danielcozzi@aig.com
danielle.ferry@aig.com
danny.zoba@aig.com
david.ladue@aig.com
david.molnar@aig.com
david.murray@aig.com
david.nordin@aig.com
david.oldow@aig.com
david.warshawsky@aig.com
deb.gellman@aig.com
debbie.adami@aig.com
deborah.medenica@aig.com
deepak.seeburrun@aig.com
dennis.diraffaele@aig.com
derek.yeung@aig.com
dianne.reed@aig.com
dinah.brown@aig.com
dmitri.savin@aig.com
domenick.fumai@aig.com
don.mcclatchy@aig.com
donj.mchugh@aig.com
doug.erwin@aig.com
doug.kocis@aig.com
doug.lee@aig.com
douglas.jones@aig.com
duncan.vise@aig.com
dusty.granet@aig.com
edward-cp.fang@aig.com
eileen.casey@aig.com
eileen-sh.pang@aig.com
email@aig.com
emilie.sumera@aig.com
eric.alani@aig.com
eric.alfuth@aig.com
fidelma.mcmahon@aig.com
filippo.arcieri@aig.com

## Company & Corresponding Email Addresses

florence.wong@aig.com
florent.vallespir@aig.com
fouad.hashem@aig.com
frank.hochheimer@aig.com
gary.sparago@aig.com
geoffrey.cornell@aig.com
george.coheleach@aig.com
george.colwell@aig.com
gerald.herman@aig.com
graeme.bencke@aig.com
greg.braun@aig.com
greg.matthews@aig.com
greg.spilberg@aig.com
gregg.hammer@aig.com
guillermo.donadini@aig.com
gus.robertson@aig.com
guy.antonelli@aig.com
hachidai.ueda@aig.com
hans.danielsson@aig.com
hao.wu@aig.com
harold.singleton@aig.com
harry.carrel@aig.com
helen.lee@aig.com
hutch.bryan@aig.com
indraneel.karlekar@aig.com
irem.sukan@aig.com
irina.bogatcheva@aig.com
iris.clay@aig.com
isaac-ww.lo@aig.com
j.chan@aig.com
jaclyn.roster@aig.com
jacob.mase@aig.com
james.dowling@aig.com
james.tsang@aig.com
jamie.tucker@aig.com
janine.miller@aig.com
jason.dangelo@aig.com
jason.d'angelo@aig.com
jasona.weiss@aig.com
jayne.winthrop@aig.com
jdavid.moore@aig.com
jeff.agne@aig.com
jeff.swiatek@aig.com
jeffrey.smart@aig.com
jennifer.brown3@aig.com
jenny.tung@aig.com
jeremy.baldwin@aig.com
jeremy.burton@aig.com
jermey.baldwin@aig.com
jerome.muldowney@aig.com
jerry.mccarron@aig.com
jihui.zhang@aig.com
jim.ferguson@aig.com
jim.hentges@aig.com

**Company & Corresponding Email Addresses**

jim.kurtz@aig.com
jimmy.ng@aig.com
jing.ning@aig.com
jk.kang@aig.com
joanna.awad@aig.com
joanna.moon@aig.com
joe.zaid@aig.com
joey.javier@aig.com
johanna.brodbeck@aig.com
john.barden@aig.com
john.brandon@aig.com
john.dunlevy@aig.com
john.king@aig.com
john.pollock@aig.com
john.toohey@aig.com
john.yovanovic@aig.com
jorge.perez@aig.com
jose.aragon@aig.com
joseph.hartswell@aig.com
joseph.myers@aig.com
joseph.philips@aig.com
joshua.gatmaitan@aig.com
julia.dorn@aig.com
julian.maizels@aig.com
julian.temes@aig.com
justin.kim@aig.com
kaitlin.yount@aig.com
kan.zheng@aig.com
karyn.baumeister@aig.com
kate.faraday@aig.com
kaye.handley@aig.com
kei.sasaki@aig.com
keisha.graham@aig.com
keith.chen@aig.com
keith.dionis@aig.com
keithd.duffy@aig.com
kelly.hubert@aig.com
kenneth.lo@aig.com
kenneth.weliczka@aig.com
kevin.fernandez@aig.com
kevin.taylor@aig.com
kirstine.mcmillan@aig.com
krassimir.katev@aig.com
kurt.daum@aig.com
kurt.fredland@aig.com
kwee-peng.ong@aig.com
lan.cai@aig.com
laura.ortiz@aig.com
lei.jing@aig.com
lewis.gibofsky@aig.com
lila.jordan@aig.com
lin.shi@aig.com
loc.mcnew@aig.com
lori.cinciva@aig.com

**Company & Corresponding Email Addresses**

lorri.white@aig.com
louis.messina@aig.com
magali.azemabarac@aig.com
marc.kasher@aig.com
marco.nascimento@aig.com
margaret.wasnak@aig.com
maria.berenguer@aig.com
maria.giannitelli@aig.com
marieline.carter@aig.com
mark.girolamo2@aig.com
mark.gross@aig.com
mark.hutchings@aig.com
markus.schoemer@aig.com
markus.schomer@aig.com
marlene.mora@aig.com
marlys.appleton@aig.com
matt.meyer@aig.com
matthew.buhse@aig.com
matthew.dahlman@aig.com
matthew.hendricksen@aig.com
matthew.lo@aig.com
matthew.loftus@aig.com
matthew.mcloughlin@aig.com
matthew.walsh@aig.com
matthew.walton@aig.com
meg.sullivan@aig.com
melanie.davis@aig.com
michael.baek@aig.com
michael.butche@aig.com
michael.buthe@aig.com
michael.chua@aig.com
michael.emechebo@aig.com
michael.fara@aig.com
michael.fioribello@aig.com
michael.hennessy@aig.com
michael.kloss@aig.com
michael.kolster@aig.com
michael.lanier@aig.com
michael.rieger@aig.com
michael.rimell@aig.com
michael.rinell@aig.com
michael.thorp@aig.com
michael.yang@aig.com
michaelj.kelly@aig.com
michele.varvaro@aig.com
michelle.delrosario@aig.com
michelle.hennigar@aig.com
michelle.murrin-johns@aig.com
mikhail.samonov@aig.com
mohammad.shah@aig.com
mohit.marria@aig.com
monika.machon@aig.com
nancy.mariani@aig.com
nanette.johnson@aig.com

**Company & Corresponding Email Addresses**

natasha.smirnova@aig.com
nathan.margolis@aig.com
nellie.wong@aig.com
nick-hy.wan@aig.com
nicole.lemmo@aig.com
nikos.ermorfopoulos@aig.com
nikos.evmorfopoulos@aig.com
nixon.mak@aig.com
owen.carter@aig.com
paolo.zapparoli@aig.com
patrick.mcginnis@aig.com
patrick.pace@aig.com
paul.gately@aig.com
paul.narayanan@aig.com
peter.adamczyk@aig.com
peter.defazio@aig.com
peter.hu2@aig.com
peter.soo@aig.com
peter.stevenson@aig.com
poh-kin.cheong@aig.com
qasim.ahmedbhai@aig.com
quan.wen@aig.com
rachel.kolsky@aig.com
rajeev.mittal@aig.com
ralph.green@aig.com
randy.o'toole@aig.com
raphael.castellanos@aig.com
raphael.davis@aig.com
ravi.kamath@aig.com
raymond-mf.lau@aig.com
rebecca.coulson@aig.com
rebecca.todd@aig.com
regina.harrington@aig.com
renee.chrostowski@aig.com
rich.mercante@aig.com
richard.biegen@aig.com
richard.greenwood@aig.com
richard.scott@aig.com
richard.thompson@aig.com
rick.scott@aig.com
rita.osea@aig.com
rob.vandenassem@aig.com
robert.emes@aig.com
robert.hinchliffe@aig.com
robert.mcdonald@aig.com
robert.morello@aig.com
robert.torretti@aig.com
robin.thorn@aig.com
robin.weise@aig.com
rocky.mould@aig.com
roger.gorham@aig.com
ronald.anderson@aig.com
ronald.joe@aig.com
rosemarie.seery@aig.com

**Company & Corresponding Email Addresses**

russell.taylor@aig.com
ryan.fulmer@aig.com
sally.ritter@aig.com
sara.grohl@aig.com
sarah.collett@aig.com
scott.foushee@aig.com
scott.kruger@aig.com
scott.nielsen3@aig.com
scott.storey@aig.com
sean.lyng@aig.com
sharonm.smith@aig.com
shawn.parry@aig.com
shawn.perry@aig.com
sheedsa.ali@aig.com
shintaro.yoshida@aig.com
shirley.loh@aig.com
siang.tan@aig.com
silke.halvorson@aig.com
simon.hillard@aig.com
sita.japsi@aig.com
sonia.hamstra@aig.com
soo-feng.lee@aig.com
soo-thiam.tan@aig.com
sophia.zhao@aig.com
stacy.curtin@aig.com
stella.magklivera@aig.com
stella.yukhaev@aig.com
stephen.detommaso@aig.com
stephen.mathai-davis@aig.com
stephen.webster@aig.com
steven.cook@aig.com
steven.palmer@aig.com
steven.rosen@aig.com
stewart-kc.thong@aig.com
stuartc.beharry@aig.com
sudarshan.rajan@aig.com
sudhir.sharma@aig.com
suzannah.grady@aig.com
tara.innes@aig.com
tara.waterhouse@aig.com
tatiana.iliczewa@aig.com
ted.holliday@aig.com
terence-cm.shiu@aig.com
tetsuaki.kajitani@aig.com
thomas.craven@aig.com
thomas.marx@aig.com
tiffany.tian@aig.com
tim.campion@aig.com
tim.grant@aig.com
tim.lindvall@aig.com
tim.tucker@aig.com
tom.denkler@aig.com
tom.okeefe@aig.com
tom.o'keeffe@aig.com

**Company & Corresponding Email Addresses**

travis.white@aig.com
trevor.cox@aig.com
urs.gisiger@aig.com
victor.kolvites@aig.com
victoriay.chin@aig.com
vincent.chun@aig.com
vinti.khanna@aig.com
vivian-pt.tsai@aig.com
vladimir.karlov@aig.com
walter.josiah@aig.com
warren.geiger@aig.com
wasan.alsaleh@aig.com
wayne.klein@aig.com
wilbur.matthews@aig.com
william.dooley@aig.com
william.mills2@aig.com
win.neuger@aig.com
yuki.matsumura@aig.com
yunkyung.kim@aig.com
zhan.liu@aig.com
zishan.cheema@aig.com

**aigag**
brian_steinbrueck@aigag.com

**aigfpc**
andersen@aigfpc.com
assets@aigfpc.com
benson@aigfpc.com
clayton@aigfpc.com
dring@aigfpc.com
evelyn@aigfpc.com
fewings@aigfpc.com
forster@aigfpc.com
frost@aigfpc.com
goodwin@aigfpc.com
hildyard@aigfpc.com
hishikawa@aigfpc.com
homscheid@aigfpc.com
jacobs@aigfpc.com
jim.haas@aigfpc.com
ka@aigfpc.com
kanaan@aigfpc.com
kissina@aigfpc.com
kowalishin@aigfpc.com
maclean@aigfpc.com
martin@aigfpc.com
mccormack@aigfpc.com
meir@aigfpc.com
oliveira@aigfpc.com
phil.kassin@aigfpc.com
portugal@aigfpc.com
ptrager@aigfpc.com
robinson@aigfpc.com
ryan@aigfpc.com
steele@aigfpc.com

**Company & Corresponding Email Addresses**

stonebraker@aigfpc.com
taylor@aigfpc.com
teasel@aigfpc.com
ward@aigfpc.com
wayne@aigfpc.com
whelan@aigfpc.com
wilkinson@aigfpc.com

**aig-huatai**

jack.lee@aig-huatai.com

**aigi**

ppancholi@aigi.com
steve_richardson@aigi.com

**aigpb**

b.zimmermann@aigpb.com
christian.mueri@aigpb.com
claude.blank@aigpb.com
daniel.nikolovski@aigpb.com
daniel.weber@aigpb.com
david.hanschke@aigpb.com
diego.camossi@aigpb.com
dieter.buchholz@aigpb.com
ernesa.skenderi@aigpb.com
fabian.baumann@aigpb.com
forex@aigpb.com
gerard.cella@aigpb.com
gerold.wirth@aigpb.com
gertrud.furrer@aigpb.com
guido.kruedenscheidt@aigpb.com
heiner.speich@aigpb.com
inicolay@aigpb.com
jan.sommerhalder@aigpb.com
juerg.bollinger@aigpb.com
julia.balandina@aigpb.com
lawrence.sautter@aigpb.com
luzia.raffainer@aigpb.com
monica.tschannen-hug@aigpb.com
orun.palit@aigpb.com
p.schaad@aigpb.com
patricia.manente@aigpb.com
r.pfyl@aigpb.com
roman.petix@aigpb.com
s.belser@aigpb.com
sales.bischofberger@aigpb.com
sebastian.miele@aigpb.com
simon.maeder@aigpb.com
werner.huerlimann@aigpb.com

**aigprivatebank**

andreas.keller@aigprivatebank.com
gerdalois.schaedler@aigprivatebank.com

**aigtc**

msteinberg@aigtc.com

**aimcapital**

daniel_siegel@aimcapital.com

**aimco**

**Company & Corresponding Email Addresses**

dietmar.sollbach@aimco.ab.ca

**aimfunds**

adrienne_evans@aimfunds.com
amy_pitts@aimfunds.com
betty_eng@aimfunds.com
borge_endresen@aimfunds.com
brad_warden@aimfunds.com
christopher_lee@aimfunds.com
david_bass@aimfunds.com
dean_pancoast@aimfunds.com
emily_abernethy@aimfunds.com
eric_lane@aimfunds.com
franklin_rubin@aimfunds.com
gary_beauchamp@aimfunds.com
gerrian_neeley@aimfunds.com
hal_barr@aimfunds.com
harry_breda@aimfunds.com
jason.holzer@aimfunds.com
jason_mclean@aimfunds.com
jennifer_sloan@aimfunds.com
joe_hagler@aimfunds.com
julia_nolen@aimfunds.com
kelley_welch@aimfunds.com
linda_rodriguez@aimfunds.com
luann_katz@aimfunds.com
lynn_bernard@aimfunds.com
marie_jordon@aimfunds.com
mark_mcmeans@aimfunds.com
mark_wehring@aimfunds.com
marko_zrno@aimfunds.com
mason_winfield@aimfunds.com
matt_dennis@aimfunds.com
michael_marek@aimfunds.com
muri_sadler@aimfunds.com
nick_white@aimfunds.com
patty_hoopes@aimfunds.com
philip.ferguson@aimfunds.com
samuel_murray@aimfunds.com
sara_mcclelland@aimfunds.com
scott_pierce@aimfunds.com
shannon_harkins@aimfunds.com
sharon_copper@aimfunds.com
steve_cao@aimfunds.com
steve_mahan@aimfunds.com
susan_drake@aimfunds.com
susan_smith@aimfunds.com

**aiminvestment**

gary.russell@aiminvestment.com
john.segner@aiminvestment.com

**aiminvestments**

abel.garcia@aiminvestments.com
alex.qian@aiminvestments.com
ali.siddiqui@aiminvestments.com
amy.earle@aiminvestments.com

**Company & Corresponding Email Addresses**

andres.cook@aiminvestments.com
andrew.lees@aiminvestments.com
angelica.wilson@aiminvestments.com
angie.wilson@aiminvestments.com
ann.srubar@aiminvestments.com
barrett.sides@aiminvestments.com
bart.glenn@aiminvestments.com
ben.hock@aiminvestments.com
blake.cmajdalka@aiminvestments.com
bob.alley@aiminvestments.com
brenda.hanson@aiminvestments.com
brendang@aiminvestments.com
brent.lium@aiminvestments.com
brently.bates@aiminvestments.com
bret.stanley@aiminvestments.com
brian.jurkash@aiminvestments.com
brian.nelson@aiminvestments.com
canon.coleman@aiminvestments.com
carolyn.gibbs@aiminvestments.com
cecelia.figueroa@aiminvestments.com
charles.grob@aiminvestments.com
charles.hebert@aiminvestments.com
christian.remmert@aiminvestments.com
christopher.calton@aiminvestments.com
christopher.lee@aiminvestments.com
cindy.brien@aiminvestments.com
clarissa.perez-machado@aiminvestments.com
clas.olsson@aiminvestments.com
clay.manley@aiminvestments.com
clint.dudley@aiminvestments.com
colleen.ziegler@aiminvestments.com
damon.hall@aiminvestments.com
daniel.seigle@aiminvestments.com
danny.harvey@aiminvestments.com
darren.hughes@aiminvestments.com
dat.nguyen@aiminvestments.com
david.gluch@aiminvestments.com
davis.paddock@aiminvestments.com
dean.dillard@aiminvestments.com
deborah.brown@aiminvestments.com
derek.izuel@aiminvestments.com
derek.taner@aiminvestments.com
donna.anderson@aiminvestments.com
doug.asiello@aiminvestments.com
doug.grant@aiminvestments.com
duy.nguyen@aiminvestments.com
dwane.bacak@aiminvestments.com
edward.kolczynski@aiminvestments.com
eric.reed@aiminvestments.com
esther.chance@aiminvestments.com
evan.snyder@aiminvestments.com
fritz.meyer@aiminvestments.com
geoffrey.keeling@aiminvestments.com
glen.hayashi@aiminvestments.com

## Company & Corresponding Email Addresses

glen.hilton@aiminvestments.com
hal.clark@aiminvestments.com
hau.pham@aiminvestments.com
henry.wu@aiminvestments.com
jake.borbridge@aiminvestments.com
james.jacoby@aiminvestments.com
jan.friedli@aiminvestments.com
jay.cunningham@aiminvestments.com
jean.onken@aiminvestments.com
jeff.reed@aiminvestments.com
jeffrey.galloway@aiminvestments.com
jerry.chao@aiminvestments.com
jim.colquitt@aiminvestments.com
joel.soroos@aiminvestments.com
john.kim@aiminvestments.com
john.schoel@aiminvestments.com
john.thornton@aiminvestments.com
jonathan.edwards@aiminvestments.com
jonathan.harrington@aiminvestments.com
jonathan.mcadams@aiminvestments.com
jonathan.mueller@aiminvestments.com
jonathan.sellers@aiminvestments.com
joshua.goldstein@aiminvestments.com
juan.hartsfield@aiminvestments.com
juliet.ellis@aiminvestments.com
karen.hunter@aiminvestments.com
karen.kelley@aiminvestments.com
karoline.carlson@aiminvestments.com
kathleen.roberts@aiminvestments.com
kellie.veazey@aiminvestments.com
ken.oberg@aiminvestments.com
kenneth.zinner@aiminvestments.com
kevin.cronin@aiminvestments.com
kristina.junco@aiminvestments.com
larry.billimek@aiminvestments.com
latricia.dickson@aiminvestments.com
laurie.brignac@aiminvestments.com
leslie.mclain@aiminvestments.com
leslie.reyes@aiminvestments.com
linda.tagen@aiminvestments.com
linda.tran@aiminvestments.com
linn.wright@aiminvestments.com
lyman.missimer@aiminvestments.com
maria.escamilla@aiminvestments.com
mark.gilley@aiminvestments.com
mark.jason@aiminvestments.com
mark.mcdonnell@aiminvestments.com
mark.williamson@aiminvestments.com
marques.mercier@aiminvestments.com
marty.flanagan@aiminvestments.com
mary.cunningham@aiminvestments.com
matthew.seinsheimer@aiminvestments.com
meggan.walsh@aiminvestments.com
mia.hosty@aiminvestments.com

## Company & Corresponding Email Addresses

michael.chapman@aiminvestments.com
michael.dominey@aiminvestments.com
michael.morris1@aiminvestments.com
michael.simon@aiminvestments.com
michael.yellen@aiminvestments.com
michaele.brown@aiminvestments.com
mike.cole@aiminvestments.com
monika.degan@aiminvestments.com
nakia.brown@aiminvestments.com
nancy.hamrick@aiminvestments.com
nitin.vaidya@aiminvestments.com
patrick.lewis@aiminvestments.com
paul.rasplicka@aiminvestments.com
pei.weng@aiminvestments.com
peter.ehret@aiminvestments.com
phil.taylor@aiminvestments.com
rachel.bruner@aiminvestments.com
richard.nield@aiminvestments.com
robert.graham@aiminvestments.com
robert.lee@aiminvestments.com
robert.lloyd@aiminvestments.com
robert.shelton@aiminvestments.com
robert.shoss@aiminvestments.com
roberta.tucker@aiminvestments.com
ronald.sloan@aiminvestments.com
roseanne.dillon@aiminvestments.com
ryan.amerman@aiminvestments.com
scot.johnson@aiminvestments.com
scott.roberts@aiminvestments.com
scott.zuehlke@aiminvestments.com
stephen.satter@aiminvestments.com
stuart.coco@aiminvestments.com
sunaina.murthy@aiminvestments.com
susan.pawlak.olson@aiminvestments.com
teresam.perez@aiminvestments.com
tien.sanlucas@aiminvestments.com
tim.beyer@aiminvestments.com
tim.moore@aiminvestments.com
tonya.kiel@aiminvestments.com
traci.andress@aiminvestments.com
tyler.dann@aiminvestments.com
warren.tennant@aiminvestments.com
william.oneil@aiminvestments.com
yvonne.pennock@aiminvestments.com

## airbus

andreas.sperl@airbus.com
arthur.gazarian@airbus.fr
christian.streiff@airbus.com
claude-henri.hereus@airbus.com
dana.lockhart@airbus.com
derek.davies@airbus.com
etienne.de-coninck@airbus.fr
glen.fukushima@airbus.com
gustav.humbert@airbus.com

**Company & Corresponding Email Addresses**

harald.wilhelm@airbus.com
john.leahy@airbus.com
jurgen.thomas@airbus.fr
laurent.rouaud@airbus.com
martina.fricke@airbus.com
michel.guerard@airbus.com
noel.forgeard@airbus.fr
paul.mason@airbus.fr
philippe.delmas@airbus.com
philippe.gossard@airbus.com
philippe.jarry@airbus.com
yann.ballet@airbus.fr

**airtouch**

chris.christensen@airtouch.com

**aizawa**

tetsuo_akaike@aizawa.co.jp

**aj**

asmith@aj.co.nz
jmorrow@aj.co.nz
ssolly@aj.co.nz

**ajinomoto**

kouichi_okamoto@ajinomoto.com
ryou_sugie@ajinomoto.com

**akb**

andreas.muehlemann@akb.ch
andreas.zollinger@akb.ch
baotoan.tran@akb.ch
beat.zihnder@akb.ch
christian.gwerder@akb.ch
daniel.buser@akb.ch
dieter.widmer@akb.ch
hernani.defaria@akb.ch
kurt.baer@akb.ch
liana.steinmann@akb.ch
markus.bucher@akb.ch
peter.pastor@akb.ch
raphael.donati@akb.ch
regula.simsalazic@akb.ch
robert.baumann@akb.ch
ronald.born@akb.ch
sascha.haudenschild@akb.ch
stefan.pluess@akb.ch

**akbank**

ahmet.yavuz@akbank.com
bahadir.cakmakli@akbank.com
burak.suren@akbank.com
eyup.engin@akbank.com
ibrahim.toprak@akbank.com
muammer.cakir@akbank.com
murat.ural@akbank.com
rtoygar@akbank.com.tr

**akbprivatbank**

andre.kuehni@akbprivatbank.ch

**akk**

## Company & Corresponding Email Addresses

orelj@akk.hu

### aktia
andreas.bergman@aktia.fi
antti.rikka@aktia.fi
jani.laitinen@aktia.fi
johan.hamstrom@aktia.fi
john.juslin@aktia.fi
jonne.sandstrom@aktia.fi
juuso.rantala@aktia.fi
lars.grandell@aktia.fi
marco.granskog@aktia.fi
maria.tuomolin@aktia.fi
mikael.westerlund@aktia.fi
miska.kuhalampi@aktia.fi
saku.santavirta@aktia.fi
satu.linden@aktia.fi
tom.lehto@aktia.fi

### akzonobel
bastiaan.vanderheyden@akzonobel.com
bob.puijin@akzonobel.com
ellen.aberson@akzonobel.com
frits.wielaard@akzonobel.com
investor.relations@akzonobel.com
rob.horlings@akzonobel.com
robert.gray@akzonobel.com
roderick.ritchie@akzonobel.com
wendy.bruns@akzonobel.com

### alabamafuel
rhare@alabamafuel.com

### alahli
a.alsharief@alahli.com
a.baaghil@alahli.com
a.elkhraijy@alahli.com
a.farid@alahli.com
a.gusti@alahli.com
h.attar@alahli.com
h.bafaqeeh@alahli.com
h.fairag@alahli.com
kh.alamoudi@alahli.com
m.aijazi@alahli.com
p.peters@alahli.com
r.darwish@alahli.com
s.abdowaise@alahli.com
s.alshamlan@alahli.com
t.alkhereiji@alahli.com
t.khoujah@alahli.com

### alaska
apcm@alaska.net
cjhodel@alaska.com

### alaskapermfund
aloney@alaskapermfund.com
bjohnson@alaskapermfund.com
blow@alaskapermfund.com
ccummins@alaskapermfund.com

**Company & Corresponding Email Addresses**

clavallee@alaskapermfund.com
cphillips@alaskapermfund.com
erichter@alaskapermfund.com
jburger@alaskapermfund.com
jma@alaskapermfund.com
jparise@alaskapermfund.com
kbuckland@alaskapermfund.com
kemberton@alaskapermfund.com
kganapuram@alaskapermfund.com
lflores@alaskapermfund.com
mbell@alaskapermfund.com
mtsu@alaskapermfund.com
mwood@alaskapermfund.com
phendry@alaskapermfund.com
rshafer@alaskapermfund.com
season@alaskapermfund.com
tputman@alaskapermfund.com

**alaskausa**
n.lowe@alaskausa.org
n.west@alaskausa.org

**alaskausatrust**
s.swanson@alaskausatrust.com

**al-bank**
bjarne.kogut@al-bank.dk
jan.andersen@al-bank.dk

**albertinisim**
cpetrolati@albertinisim.it
smaltese@albertinisim.it

**alberto**
wdavidson@alberto.com

**alcatel**
claire.pedini@alcatel.fr
constant.van_aerschot@alcatel.fr
daniel.geistodt-kiener@alcatel.fr
david.lequain@alcatel.fr
eric.gaillard@alcatel.fr
frederic.doucet@alcatel.fr
jacques.molgo@alcatel.fr
jean-francois.pigeon@alcatel.com.cn
jean-michel.gagnier@alcatel.fr
marc.de_font-reaulx@alcatel.fr
nelly.surriah@alcatel.fr
ottomane@alcatel.fr
patrick.lepvrier@alcatel.fr
philippe.barberot@alcatel.fr
raphael.fabre@alcatel.fr
serge.tchuruk@alcatel.fr
thierry.albrand@alcatel.fr

**alcatel-lucent**
arhenderson@alcatel-lucent.com
christophe.weiss@alcatel-lucent.com
francois.brun@alcatel-lucent.com
jdebono@alcatel-lucent.com
maria.alcon@alcatel-lucent.com

## Company & Corresponding Email Addresses

mitta.men_sam@alcatel-lucent.com

### alcoa

andrew.logsdon@alcoa.com
cynthia.holloway@alcoa.com
david.deloub@alcoa.com
fred.lamberth@alcoa.com
margaret.aupke@alcoa.com
paula.werner@alcoa.com
ricardo.sayao@alcoa.com
ron.barin@alcoa.com
susan.atkins@alcoa.com
william.oplinger@alcoa.com
william.plummer@alcoa.com

### aldenglobal

bruce.chin@aldenglobal.com

### alecta

anders.bjorklund@alecta.com
bo.selling@alecta.com
erik.callert@alecta.com
erik.sprinchorn@alecta.com
johan.staff@alecta.com
john.esk@alecta.com
leif.tornvall@alecta.com
liselott.ledin@alecta.com
marcus.luttgen@alecta.com
martin.nilsson@alecta.com
mikael.wiberg@alecta.com
olof.grenmark@alecta.com
paul.klinkert@alecta.com
per.frennberg@alecta.com
per.frenneberg@alecta.com
peter.van.berlekom@alecta.com
petra.klaffert@alecta.com
robert.runge@alecta.com
rosemarie.westman@alecta.com
staffan.rasjo@alecta.com
tomas.persson@alecta.com
tony.persson@alecta.com
torbjorn.arenbo@alecta.com
ulrika.torell@alecta.com

### alenia

gzappa@alenia.finmeccanica.it

### alettibank

leopoldo.avesani@alettibank.it

### alexanderkey

bill.lynch@alexanderkey.com
bob.priddy@alexanderkey.com
bruce.arnett@alexanderkey.com
chris.lynch@alexanderkey.com
david.lanshe@alexanderkey.com
dianna.bruce@alexanderkey.com
garry.clay@alexanderkey.com
george.turner@alexanderkey.com
georgia.pitts@alexanderkey.com

## Company & Corresponding Email Addresses

jennie.edlin@alexanderkey.com
joseph.gallivan@alexanderkey.com
keith.dull@alexanderkey.com
kyndra.chaffin@alexanderkey.com
lisa.gamble@alexanderkey.com
lisa.rose@alexanderkey.com
rhett.lambert@alexanderkey.com
stokes.grymes@alexanderkey.com
susan.stevens@alexanderkey.com
tammy.wright@alexanderkey.com
tracy.rosson@alexanderkey.com
will.o'rielly@alexanderkey.com

### alfacapital
jane@alfacapital.co.uk
jekstrom@alfacapital.ru
ron@alfacapital.co.uk

### alfains
ldavis@alfains.com
mwilber@alfains.com
srutledge@alfains.com

### alfransi
rirani@alfransi.com.sa

### alfredberg
andreas.hansen@alfredberg.se
dan.falkeborn@alfredberg.se
fredrik.kallstrom@alfredberg.se
gabriel.wetter@alfredberg.se
hartvig.rygaard@alfredberg.se
henrik.segerberg@alfredberg.se
mattias.larsson@alfredberg.se
niklas.bergstrom@alfredberg.se
olof.gabrils@alfredberg.se
staffan.fredholm@alfredberg.se
stefan.gothenby@alfredberg.se

### alger
achu@alger.com
acrawford@alger.com
ajaveri@alger.com
akim@alger.com
asilverberg@alger.com
bcostello@alger.com
bschulz@alger.com
cbonello@alger.com
cwalsh@alger.com
dahnow@alger.com
dchung@alger.com
df@alger.com
dkilpatrick@alger.com
dmeythaler@alger.com
erichards@alger.com
fhernandez@alger.com
gadams@alger.com
gregoryp@alger.com
hliebes@alger.com

**Company & Corresponding Email Addresses**

hyarbrough@alger.com
jcurry@alger.com
jkiang@alger.com
jmcpeake@alger.com
kchen@alger.com
kcollins@alger.com
kcurtis@alger.com
kgluckman@alger.com
kmartens@alger.com
lvigus@alger.com
mdenny@alger.com
mdimeglio@alger.com
mhersom@alger.com
mherson@alger.com
mmelnyk@alger.com
pferguson@alger.com
ppirsch@alger.com
rkerr@alger.com
rott@alger.com
rtanuku@alger.com
schawla@alger.com
spatel@alger.com
spavone@alger.com
sstroud@alger.com
sthumm@alger.com
syang@alger.com
tkontos@alger.com
udahl@alger.com
udyal@alger.com

**alger-ny**

jgreenwald@alger-ny.com
jlisiewski@alger-ny.com
nhoang@alger-ny.com
pkelly@alger-ny.com
zkarabell@alger-ny.com

**alico**

diego.alvarez@alico.com.ar

**alinpa**

kassandra.wipf@alinpa.com
robert.karas@alinpa.com

**alitalia**

ciamei.maria.adelaide@alitalia.it
de_metrio_giulio@alitalia.it
ghellini.sargenti.barbara@alitalia.it
pellas_roberto@alitalia.it
pocobelli.fabrizio@alitalia.it
tolloni.francesca@alitalia.it
voinich.vladimiro@alitalia.it

**allamerica**

rswidey@allamerica.com

**allampapir**

horvathj@allampapir.hu

**alleanza**

alberto.maturi@mail.alleanza.it

## Company & Corresponding Email Addresses

alberto.santoro@alleanza.it
gianluca.sanmartino@alleanza.it
gianluca.serafini@alleanza.it
ludovico.beretta@alleanza.it
stefano.negri@alleanza.it

### alleanzaassicurazioni

lucadivenosa@mail.alleanzaassicurazioni.it
mario.basciani@mail.alleanzaassicurazioni.it
tiziana.nart@mail.alleanzaassicurazioni.i

### allegiancecapital

amawhorter@allegiancecapital.com
azimmerman@allegiancecapital.com
cgunster@allegiancecapital.com
dhewlett@allegiancecapital.com
efrei@allegiancecapital.com
iondan@allegiancecapital.com
jbroscius@allegiancecapital.com
jdemichele@allegiancecapital.com
jpattalino@allegiancecapital.com
jyang@allegiancecapital.com
jyoung@allegiancecapital.com
klam@allegiancecapital.com
lbenedetto@allegiancecapital.com
mspitler@allegiancecapital.com
mstandish@allegiancecapital.com
mtorline@allegiancecapital.com
nmegli@allegiancecapital.com
rmestaz@allegiancecapital.com
snguyen@allegiancecapital.com
ssegesser@allegiancecapital.com
sshukr@allegiancecapital.com
wmawhorter@allegiancecapital.com
xwang@allegiancecapital.com

### allegiantgroup

alex.vallecillo@allegiantgroup.com
andrew.shipman@allegiantgroup.com
aneet.deshpande@allegiantgroup.com
benita.smith@allegiantgroup.com
calvin.zhang@allegiantgroup.com
chen.chen@allegiantgroup.com
cynthia.cole@allegiantgroup.com
ed.johnson@allegiantgroup.com
hitesh.patel@allegiantgroup.com
jacky.chow@allegiantgroup.com
jeff.hertel@allegiantgroup.com
joe.famoso@allegiantgroup.com
john.abunassar@allegiantgroup.com
julie.liu@allegiantgroup.com
kathleen.olesinski@allegiantgroup.com
keith.erwin@allegiantgroup.com
kevin.crotty@allegiantgroup.com
larry.eakin@allegiantgroup.com
lijun.shi@allegiantgroup.com
margaret.krebs@allegiantgroup.com

**Company & Corresponding Email Addresses**

martin.schulz@allegiantgroup.com
michael.halloran@allegiantgroup.com
michael.santelli@allegiantgroup.com
mike.rawson@allegiantgroup.com
ori.elan@allegiantgroup.com
patty.giudice@allegiantgroup.com
patty.mullen@allegiantgroup.com
paul.hayes@allegiantgroup.com
paul.kleinaitis@allegiantgroup.com
rebecca.berridge@allegiantgroup.com
richard.stevenson@allegiantgroup.com
rob.roquitte@allegiantgroup.com
scott.camp@allegiantgroup.com
steve.greiner@allegiantgroup.com
tarik.adam@allegiantgroup.com

**allete**

dausman@allete.com
pcutshall@allete.com

**allfonds**

theofana.weinreich@allfonds.de
thomas.kolle@allfonds.de

**allfonds-bkg**

andreas.menke@allfonds-bkg.de
frederik.mehlitz@allfonds-bkg.de
gerd.rendenbach@allfonds-bkg.de
herwig.maertel@allfonds-bkg.de
martin.hinkofer@allfonds-bkg.de
oliver.schlick@allfonds-bkg.de
peter.sedlmeier@allfonds-bkg.de
thomas.leopold@allfonds-bkg.de
uwe.ehrismann@allfonds-bkg.de
wilfried.hauck@allfonds-bkg.de
wolfgang.gzuk@allfonds-bkg.de

**alliance**

dburns@alliance.com

**alliancebernstein**

aadithya_thayyar@alliancebernstein.com
abhay.joshi@alliancebernstein.com
adegoke.adediran@alliancebernstein.com
adorno.raina@alliancebernstein.com
ajit.ramachandran@alliancebernstein.com
aku.patel@alliancebernstein.com
alan.connery@alliancebernstein.com
alan.levi@alliancebernstein.com
alex.chang@alliancebernstein.com
alexander.moseley@alliancebernstein.com
allison.boxer@alliancebernstein.com
amanda.kraus@alliancebernstein.com
amy.boothe@alliancebernstein.com
amy.judd@alliancebernstein.com
amy.raskin@alliancebernstein.com
andrew.kehnle@alliancebernstein.com
andrew.potter@alliancebernstein.com
andrew.reiss@alliancebernstein.com

**Company & Corresponding Email Addresses**

annie.tsao@alliancebernstein.com
anthony.chan@alliancebernstein.com
anupam.sanyal@alliancebernstein.com
aolivares@alliancebernstein.com
artem.staviskiy@alliancebernstein.com
aslihan.denizkurdu@alliancebernstein.com
avien.pillay@alliancebernstein.com
ben.buchan@alliancebernstein.com
benjamin.sklar@alliancebernstein.com
bernice.adorno@alliancebernstein.com
bill.baird@alliancebernstein.com
bin.sun@alliancebernstein.com
blindenbaum@alliancebernstein.com
brett.winton@alliancebernstein.com
brian.brugman@alliancebernstein.com
brian.maguire@alliancebernstein.com
brian.mullen@alliancebernstein.com
brian.peters@alliancebernstein.com
brian.rasizer@alliancebernstein.com
bruce.aronow@alliancebernstein.com
bruce.calvert@alliancebernstein.com
bruegsegger@alliancebernstein.com
bryan.sullivan@alliancebernstein.com
bryan.tucker@alliancebernstein.com
byran.cass@alliancebernstein.com
byron.smith@alliancebernstein.com
candice.reddan@alliancebernstein.com
carey.toh@alliancebernstein.com
carl.sells@alliancebernstein.com
carol.davis@alliancebernstein.com
caroline.galligan@alliancebernstein.com
catherine.wood@alliancebernstein.com
cesar.cotillo@alliancebernstein.com
chad.fisher@alliancebernstein.com
charles.duddy@alliancebernstein.com
chris.noone@alliancebernstein.com
chris.wilson@alliancebernstein.com
christopher.carter@alliancebernstein.com
christopher.costanza@alliancebernstein.com
christopher.farina@alliancebernstein.com
christopher.kotowicz@alliancebernstein.com
christopher.toub@alliancebernstein.com
cindy.frick@alliancebernstein.com
clarie.luk@alliancebernstein.com
clive.burstow@alliancebernstein.com
coreen.simonowicz@alliancebernstein.com
court.ingraham@alliancebernstein.com
craig.ayers@alliancebernstein.com
damian.barrera@alliancebernstein.com
dane.leone@alliancebernstein.com
daniel.bloomgarden@alliancebernstein.com
daniel.hewitt@alliancebernstein.com
daria.k@alliancebernstein.com
daryl.clements@alliancebernstein.com

**Company & Corresponding Email Addresses**

david.condon@alliancebernstein.com
david.drishpon@alliancebernstein.com
david.lynch@alliancebernstein.com
david.randell@alliancebernstein.com
david.robinson@alliancebernstein.com
david.steigerwald@alliancebernstein.com
david.weingast@alliancebernstein.com
david.wheeler@alliancebernstein.com
day.bishop@alliancebernstein.com
debra.ackerman@alliancebernstein.com
dennis.shen@alliancebernstein.com
diana.akerman@alliancebernstein.com
dinesha.vittaldas@alliancebernstein.com
dinnie.andrew@alliancebernstein.com
dmitry.rakhlin@alliancebernstein.com
dokyoung.lee@alliancebernstein.com
dora.mintz@alliancebernstein.com
doug.wilson@alliancebernstein.com
douglas.keller@alliancebernstein.com
douglas.wagner@alliancebernstein.com
dounia.elias@alliancebernstein.com
dustin.margolis@alliancebernstein.com
dyan.lelo-schwartz@alliancebernstein.com
edward.dombrowski@alliancebernstein.com
edward.lupo@alliancebernstein.com
ehab.amiri@alliancebernstein.com
eli.casdin@alliancebernstein.com
elizabeth.alvarez@alliancebernstein.com
elizabeth.armstrong@alliancebernstein.com
elizabeth.bakarich@alliancebernstein.com
elke.beigel@alliancebernstein.com
eric.glass@alliancebernstein.com
eric.goldstein@alliancebernstein.com
eric.hewitt@alliancebernstein.com
eric.rosenberg@alliancebernstein.com
eric.traugott@alliancebernstein.com
erik.lam@alliancebernstein.com
erin.fuller@alliancebernstein.com
evan.sauer@alliancebernstein.com
feng.sha@alliancebernstein.com
filomena.cambareri@alliancebernstein.com
frank.accovelli@alliancebernstein.com
frank.arlia@alliancebernstein.com
frank.caruso@alliancebernstein.com
frank.suozzo@alliancebernstein.com
fred.cohen@alliancebernstein.com
gaetano.dimicelli@alliancebernstein.com
gareth.jenkins@alliancebernstein.com
gary.johnson@alliancebernstein.com
gaurav.bana@alliancebernstein.com
ge.zhang@alliancebernstein.com
gehan.wanduragala@alliancebernstein.com
gian.kull@alliancebernstein.com
gino.boscutti@alliancebernstein.com

**Company & Corresponding Email Addresses**

girish.jain@alliancebernstein.com
greg.eckersley@alliancebernstein.com
greg.raskin@alliancebernstein.com
greg.rosenberg@alliancebernstein.com
gtomlinson@alliancebernstein.com
guy.thornewill@alliancebernstein.com
haibo.chen@alliancebernstein.com
hanh.huynh@alliancebernstein.com
harel.sender@alliancebernstein.com
harry.sun@alliancebernstein.com
heath.bogin@alliancebernstein.com
heather.hurley@alliancebernstein.com
helen.davies@alliancebernstein.com
ian.gordon@alliancebernstein.com
ian.kirwan@alliancebernstein.com
ioulia.vorona@alliancebernstein.com
irma.tome@alliancebernstein.com
isabel.buccatelli@alliancebernstein.com
izak.swanepoel@alliancebernstein.com
jack.kelley@alliancebernstein.com
jacqueline.wilhelmy@alliancebernstein.com
jade.mondschein@alliancebernstein.com
jake.pham@alliancebernstein.com
james.barrineau@alliancebernstein.com
james.devins@alliancebernstein.com
james.grigg@alliancebernstein.com
james.russo@alliancebernstein.com
james.wallin@alliancebernstein.com
jamie.carter@alliancebernstein.com
jane.schneirov@alliancebernstein.com
jaroslaw.morawiec@alliancebernstein.com
jason.appleson@alliancebernstein.com
jeffery.zieba@alliancebernstein.com
jeffrey.bencik@alliancebernstein.com
jeffrey.phlegar@alliancebernstein.com
jeffrey.stakel@alliancebernstein.com
jenna.lee@alliancebernstein.com
jennie.nilsson@alliancebernstein.com
jennie.phelon@alliancebernstein.com
jennifer.swanson@alliancebernstein.com
jenny.norris@alliancebernstein.com
jenny.solis@alliancebernstein.com
jeremy.hyatt@alliancebernstein.com
jeremy.sterngold@alliancebernstein.com
jessica.lee@alliancebernstein.com
jiong.yu@alliancebernstein.com
joe.carson@alliancebernstein.com
joe.huang@alliancebernstein.com
john.colan@alliancebernstein.com
john.detweiler@alliancebernstein.com
john.downey@alliancebernstein.com
john.fogarty@alliancebernstein.com
john.hart@alliancebernstein.com
john.marino@alliancebernstein.com

## Company & Corresponding Email Addresses

john.schiavetta@alliancebernstein.com
john.talbert@alliancebernstein.com
john.taylor@alliancebernstein.com
jon.denfeld@alliancebernstein.com
jonathon.hansson@alliancebernstein.com
jorge.puente@alliancebernstein.com
jorgen.kjaersgaard@alliancebernstein.com
josee.kui@alliancebernstein.com
joseph.brennan@alliancebernstein.com
joseph.dona@alliancebernstein.com
joseph.elegante@alliancebernstein.com
joseph.ferretti@alliancebernstein.com
joseph.fersedi@alliancebernstein.com
joseph.grisejr@alliancebernstein.com
joseph.hayek@alliancebernstein.com
joseph.logiudice@alliancebernstein.com
judah.rifkin@alliancebernstein.com
judy.yu@alliancebernstein.com
julia.laskaris@alliancebernstein.com
julia.truong@alliancebernstein.com
kailun.zhou@alliancebernstein.com
karen.hales@alliancebernstein.com
katerina.alexandraki@alliancebernstein.com
katherine.boening@alliancebernstein.com
katie.horne@alliancebernstein.com
kcolangelo@alliancebernstein.com
keith.chan@alliancebernstein.com
keith_gertsen@alliancebernstein.com
kevin.chen@alliancebernstein.com
kevin.huttner@alliancebernstein.com
kevin.klare@alliancebernstein.com
kewjin.yuoh@alliancebernstein.com
kim.williams@alliancebernstein.com
kirstie.mcdonald@alliancebernstein.com
komal.misra@alliancebernstein.com
kumar.kirpalani@alliancebernstein.com
kyu.chay@alliancebernstein.com
larry.bertan@alliancebernstein.com
larry.lubitz@alliancebernstein.com
lauren.knight@alliancebernstein.com
laurent.douillet@alliancebernstein.com
leon.zhu@alliancebernstein.com
lewis.sanders@alliancebernstein.com
lida.eslami@alliancebernstein.com
linda.giuliano@alliancebernstein.com
lindsay_weinschenk@alliancebernstein.com
lipkee.lu@alliancebernstein.com
lisa.elm@alliancebernstein.com
lisa.lau@alliancebernstein.com
lisa.shalett@alliancebernstein.com
liyu.li@alliancebernstein.com
louiza.ferrara@alliancebernstein.com
luke.lyons@alliancebernstein.com
madhusudan.bagree@alliancebernstein.com

**Company & Corresponding Email Addresses**

malcolm.lochhead@alliancebernstein.com
manasa.rao@alliancebernstein.com
mandy.lam@alliancebernstein.com
marc.coumeri@alliancebernstein.com
mariko.iwabe@alliancebernstein.com
marisa.grant@alliancebernstein.com
mark.attalienti@alliancebernstein.com
mark.chandros@alliancebernstein.com
mark.lawrence@alliancebernstein.com
mark.mackenzie@alliancebernstein.com
mark.polidore@alliancebernstein.com
mark.rule@alliancebernstein.com
mary.chase@alliancebernstein.com
mathew.bate@alliancebernstein.com
matt.loesch@alliancebernstein.com
matthew.bloom@alliancebernstein.com
matthew.bray@alliancebernstein.com
matthew.rothschild@alliancebernstein.com
matthew.scott@alliancebernstein.com
matthew.sigel@alliancebernstein.com
matthew.trapasso@alliancebernstein.com
maxwell.burns@alliancebernstein.com
maxwell.mcalister@alliancebernstein.com
mdaley-smith@alliancebernstein.com
megumi.noguchi@alliancebernstein.com
melissa.kurtz@alliancebernstein.com
michael.canter@alliancebernstein.com
michael.cetta@alliancebernstein.com
michael.coffee@alliancebernstein.com
michael.curcio@alliancebernstein.com
michael.depalma@alliancebernstein.com
michael.doherty@alliancebernstein.com
michael.genovese@alliancebernstein.com
michael.herskovitz@alliancebernstein.com
michael.j.coe@alliancebernstein.com
michael.jin@alliancebernstein.com
michael.levy1@alliancebernstein.com
michael.sohr@alliancebernstein.com
michael.valentino@alliancebernstein.com
michele.patri@alliancebernstein.com
michelle.chan@alliancebernstein.com
michelle.davis@alliancebernstein.com
mie.koshiishi@alliancebernstein.com
mike.chen@alliancebernstein.com
monika.nalewajko@alliancebernstein.com
nabeel.chohan@alliancebernstein.com
nagaraj.katti@alliancebernstein.com
nancy.talt@alliancebernstein.com
nantha.suppiah@alliancebernstein.com
natalie.lyon@alliancebernstein.com
nathan.dupree@alliancebernstein.com
nermis.rosario@alliancebernstein.com
nghi.pham@alliancebernstein.com
nicholas.chan@alliancebernstein.com

## Company & Corresponding Email Addresses

nicholas.thompson@alliancebernstein.com
nickeel.shah@alliancebernstein.com
nilakshi.ambekar@alliancebernstein.com
nita.patel@alliancebernstein.com
nmanolakakis@alliancebernstein.com
noreen.cahalan@alliancebernstein.com
norman.fidel@alliancebernstein.com
olalekan.akinyanmi@alliancebernstein.com
oren.isacoff@alliancebernstein.com
owen.beelders@alliancebernstein.com
pamela.tublin@alliancebernstein.com
pankaj.nevatia@alliancebernstein.com
patrick.baumann@alliancebernstein.com
patrick.mcdonough@alliancebernstein.com
paul.jo@alliancebernstein.com
paul.read@alliancebernstein.com
paul.rissman@alliancebernstein.com
paul.sullivan@alliancebernstein.com
paul.vogel@alliancebernstein.com
perri.henderson@alliancebernstein.com
peter.eliot@alliancebernstein.com
petter.stensland@alliancebernstein.com
pujan.amin@alliancebernstein.com
qaisar.hasan@alliancebernstein.com
rachel.campbell@alliancebernstein.com
rafael.bernal@alliancebernstein.com
rajat.ahuja@alliancebernstein.com
rajen.jadav@alliancebernstein.com
rajesh.agarwal@alliancebernstein.com
randi.abada@alliancebernstein.com
raymond.napolitano@alliancebernstein.com
regina.circosta@alliancebernstein.com
research.vadim@alliancebernstein.com
richard.brink@alliancebernstein.com
richard.derose@alliancebernstein.com
richard.mercier@alliancebernstein.com
richard.troyer@alliancebernstein.com
richard.weiss@alliancebernstein.com
rick.vallieres@alliancebernstein.com
rie.shibuya@alliancebernstein.com
rishi.sadarangani@alliancebernstein.com
robert.absey@alliancebernstein.com
robert.alster@alliancebernstein.com
robert.ardente@alliancebernstein.com
robert.ashton@alliancebernstein.com
robert.dickerson@alliancebernstein.com
robert.felvinci@alliancebernstein.com
robert.ginsberg@alliancebernstein.com
robert.marcus@alliancebernstein.com
rohit.pandey@alliancebernstein.com
roland.spurr@alliancebernstein.com
ronald.clark@alliancebernstein.com
rosanna.castro@alliancebernstein.com
rustem.shaikhutdinov@alliancebernstein.com

**Company & Corresponding Email Addresses**

ryan.foster@alliancebernstein.com
samantha.bacon@alliancebernstein.com
samuel.atanasio@alliancebernstein.com
samuel.wilamowsky@alliancebernstein.com
sandra.curtis@alliancebernstein.com
sanem.bilgin@alliancebernstein.com
sanjeev.shah@alliancebernstein.com
sanjiv.tumkur@alliancebernstein.com
sara.kellersman@alliancebernstein.com
scampbell-reid@alliancebernstein.com
scott.bryant@alliancebernstein.com
scott.mcelroy@alliancebernstein.com
scott.schweizer@alliancebernstein.com
sean.foley@alliancebernstein.com
selamawit.thomas@alliancebernstein.com
shahnawaz.buch@alliancebernstein.com
shigeki.abe@alliancebernstein.com
shigeki_katoh@alliancebernstein.com
shoshana.zysberg@alliancebernstein.com
song.li@alliancebernstein.com
spasupuleti@alliancebernstein.com
stephanie.foster@alliancebernstein.com
stephen.flynn@alliancebernstein.com
stephen.lee@alliancebernstein.com
stephen.tong@alliancebernstein.com
steve.beinhacker@alliancebernstein.com
steven.chubak@alliancebernstein.com
steven.nussbaum@alliancebernstein.com
suhas.ghorpadkar@alliancebernstein.com
surakij.saengtawesin@alliancebernstein.com
susan.buchsbaum@alliancebernstein.com
sweta.asnotkar@alliancebernstein.com
swetha.ramachandran@alliancebernstein.com
syed.hasnain@alliancebernstein.com
tanya.odom@alliancebernstein.com
tassos.los@alliancebernstein.com
tassos.stassopoulos@alliancebernstein.com
terence.chang@alliancebernstein.com
terence.cordner@alliancebernstein.com
theresa.pope@alliancebernstein.com
thomas.sabram@alliancebernstein.com
thomas.zottner@alliancebernstein.com
tiffany.hewlin@alliancebernstein.com
tilak.silva@alliancebernstein.com
tim.mccarthy@alliancebernstein.com
timothy.bacik@alliancebernstein.com
timothy.moss@alliancebernstein.com
tom.schmitt@alliancebernstein.com
tommy.bardong@alliancebernstein.com
tony.su@alliancebernstein.com
tracy.calev@alliancebernstein.com
uto.shinohara@alliancebernstein.com
valli.srikanthapalan@alliancebernstein.com
venita.olson@alliancebernstein.com

**Company & Corresponding Email Addresses**

victor.baghat@alliancebernstein.com
victor.bhagat@alliancebernstein.com
vidya.rajappa@alliancebernstein.com
vik.chopra@alliancebernstein.com
vincent.dupont@alliancebernstein.com
vincent.fannon@alliancebernstein.com
vivian.lee@alliancebernstein.com
waitak.wong@alliancebernstein.com
walter.vester@alliancebernstein.com
way.king@alliancebernstein.com
wen-tse.tseng@alliancebernstein.com
william.johnston@alliancebernstein.com
william.parker@alliancebernstein.com
william.perkins@alliancebernstein.com
william.sidford@alliancebernstein.com
wim.steemers@alliancebernstein.com
winnie.choi@alliancebernstein.com
wonie.leong@alliancebernstein.com
xihua.chen@alliancebernstein.com
yan.vinokur@alliancebernstein.com
yong.chang@alliancebernstein.com
yoshiki.takeda@alliancebernstein.com
yun.chen@alliancebernstein.com
yvette.elliott@alliancebernstein.com
zafrin.rahman@alliancebernstein.com
zev.halstuch@alliancebernstein.com
zoe.goodman@alliancebernstein.com

**allianceberstein**
frank.bruttomesso@allianceberstein.com

**alliancecapital**
thomas.socha@alliancecapital.com

**alliance-leicester**
philip.hemsley@alliance-leicester.co.uk
stuart.dawkins@alliance-leicester.co.uk

**alliance-mortgage**
mkoster@alliance-mortgage.com
rpolatty@alliance-mortgage.com

**alliance-unichem**
geoff_cooper@alliance-unichem.com

**allianz**
agnieszka.kulinska@ids.allianz.com
albrecht.duernhoefer@allianz.de
andreas.gruber@allianz.de
anja.bickert@allianz.com
apolitis@allianz.gr
birgit.brenninger-dofczek@ids.allianz.com
carsten.renner@ids.allianz.com
christian.lamprecht@allianz.de
christian.mayert@allianz.de
christian.willinsky@allianz.com
claus.gramlich@allianz.es
clemens.weichs@allianz.de
cornelia.demirel@ids.allianz.com
cornelia.paape@ids.allianz.com

**Company & Corresponding Email Addresses**

cothe@allianz.gr
dieter.klose@allianz.de
dieter.ross@ids.allianz.com
dirk.diederich@allianz.com
elke.pfeiffer@allianz.de
emmanuelle.bressier@ids.allianz.com
evelin.skultety@allianz.de
extern.barta@allianz.de
extern.kroll_tobias@allianz.com
felix.streitferdt@allianz.de
fernanda.ojea@allianz.es
financial-risk@allianz.com
fmichali@allianz.gr
george.chrissikos@allianz.gr
gunther.hahn@ids.allianz.com
hank.boot@allianz.de
hans-ronald.schieb@ids.allianz.com
ioannis.capras@allianz.de
jaime.moreno@allianz.es
james.conrad@allianz.de
jochen.hausmann@allianz.de
joerg.baldauf@allianz.com
joerg.biebel@allianz.de
joerg.ladwein@allianz.de
joseph.emgelhart@allianz.de
juergen.maier@allianz.de
juergen.voss@allianz.de
jurij.ovsepyan@ids.allianz.com
karin.deiser@allianz.com
katya.dimova@ids.allianz.com
kees.van.der.pot@allianz.nl
lisa.kotschi@allianz.de
margareta.balser@ids.allianz.com
martin.opfermann@allianz.de
martin.zimmermann@ids.allianz.com
martina.nebelung@ids.allianz.com
masha.delgoshaei@allianz.com
matthias.raab@allianz.de
meinrad.ege@allianz.com
michael.flad@allianz.de
michael.greser@allianz.de
michael.hehn@allianz.de
michael.kolbeck@allianz.de
michaela.gerl@ids.allianz.com
monica.aguilar@allianz.de
nadja.heiden@ids.allianz.com
oliver.schmidt@allianz.de
paul.achleitner@allianz.com
peter.widmann@allianz.de
reiner.laakmann@ids.allianz.com
roland.spaeth@allianz.de
rolf.klubmann@allianz.de
rolf.klussmann@allianz.de
roman.hederer@allianz.com

**Company & Corresponding Email Addresses**

roswitha.radke@ids.allianz.com
sandra.kehrmann@allianz.de
sigrid.koller-savir@ids.allianz.com
skoutoumanos@allianz.gr
slavomir.nagy@ids.allianz.com
sotirios.koutoumanos@allianz.gr
stefan.sanne@allianz.de
stefanie.lehner@allianz.de
stephan.simonidis@ids.allianz.com
stephan.theissing@allianz.de
susanne.reis@ids.allianz.com
susanne.wild@allianz.de
sylvia@allianz.de
theodoros.gikos@allianz.gr
thomas.kirchherr@ids.allianz.com
thomas.krotz@ids.allianz.com
thomas.puetter@allianz.de
thomas.vogg@ids.allianz.com
thomas.weigl@ids.allianz.com
tuantu.schmucker@allianz.de
udo.riese@allianz.de
ulrich.gauss@allianz.de
ulrich.sperber@ids.allianz.com
ulrike.kohlmann-kreutz@allianz.de
ute.hildebrand@ids.allianz.com
ute.zeptner@ids.allianz.com
veit.trunk@ids.allianz.com
vnikiforakis@allianz.gr
volker.neuhaus@allianz.de
wigbert.boehm@allianz.com
wojciech.zawada@allianz.com
wolfgang.dietl@ids.allianz.com

**allianzcapitalpartners**
robert.frost@allianzcapitalpartners.com
**allianzcornhill**
alan.rowe@allianzcornhill.co.uk
forough.long@allianzcornhill.co.uk
sean.molony@allianzcornhill.co.uk
tim.burge@allianzcornhill.co.uk
**allianzgi**
andreas.fruschki@allianzgi.de
andreas.schroeter@allianzgi.de
andreas.schulze@allianzgi.de
andreas.seitz@allianzgi.de
armin.kayser@allianzgi.de
astrid.weigl@allianzgi.de
bernd.vonwahlert@allianzgi.de
bianca.schnieder@allianzgi.de
bianca.wolf@allianzgi.de
bjoern.mehrmann@allianzgi.de
boesseri@allianzgi.de
christian.schlimm@allianzgi.de
christian.schneider@allianzgi.de
christina.weiss@allianzgi.com

**Company & Corresponding Email Addresses**

christoph.mast@allianzgi.de
connie.schuemann@allianzgi.de
daniele.patti@allianzgi.de
dirk.martin@allianzgi.de
eva-ulrike.feldkord@allianzgi.de
felix.schnella@allianzgi.de
frank.hansen@allianzgi.de
gunnar.miller@allianzgi.de
harald.sporleder@allianzgi.de
heike.unger@allianzgi.de
heinrich.ey@allianzgi.de
ioannis.papassavvas@allianzgi.de
isabell.albus@allianzgi.de
jan.faltin@allianzgi.de
javier.latorre@allianzgi.de
joerg.devries-hippen@allianzgi.de
joerg.herlan@allianzgi.de
johannes.reinhard@allianzgi.de
juergen.hawlitzky@allianzgi.de
juergen.hildebrand@allianzgi.de
lutz.kalthoff@allianzgi.de
mahnaz.rashidi@allianzgi.com
marcel.preisach@allianzgi.de
marie.rupp@allianzgi.de
markus.golinski@allianzgi.de
marzena.lange@allianzgi.de
matthias.born@allianzgi.de
michael.heldmann@allianzgi.de
michael.konstantinov@allianzgi.de
michael.puhle@allianzgi.de
michael.stamos@allianzgi.de
michael.verhofen@allianzgi.de
natalyia.shevchenko@allianzgi.de
oliver.flade@allianzgi.de
pascal.traccucci@allianzgi.com
patrick.fuchs@allianzgi.de
petra.kuehl@allianzgi.de
philipp.federspieler@allianzgi.de
rainer.muench@allianzgi.de
ralf.stromeyer@allianzgi.de
reinhold.gerbig@allianzgi.de
robert.hofmann@allianzgi.de
sascha.becker@allianzgi.de
stefan.hofrichter@allianzgi.de
stefan.liebl@allianzgi.de
stephanie.schmueck@allianzgi.de
stev.zaumseil@allianzgi.de
tbc@allianzgi.com
thomas.kurzmann@allianzgi.de
thomas.sprey@allianzgi.de
thomas.voges@allianzgi.com
thorsten.winkelmann@allianzgi.de
ulrich.lind@allianzgi.de
wilhelm.heinrichs@allianzgi.de

**Company & Corresponding Email Addresses**

**allianzgi-us**
michael.allen@allianzgi-us.com

**allianzhfp**
xiao.zhang@allianzhfp.com

**allianzinvestors**
clark.biggers@allianzinvestors.com
david.frederick@allianzinvestors.com
kevin.curtiss@allianzinvestors.com
renee.hui@allianzinvestors.com

**alliedcapital**
gakins@alliedcapital.com
rcorry@alliedcapital.com

**allmerica**
cauger@allmerica.com
ecapellari@allmerica.com
ehiatt@allmerica.com
hstcyr@allmerica.com
jkavanaugh@allmerica.com
jnunley@allmerica.com
jocdonohue@allmerica.com
jomdyer@allmerica.com
kwambach@allmerica.com
llibby@allmerica.com
pkane@allmerica.com
rboateng@allmerica.com
rlitchfield@allmerica.com
thardy@allmerica.com
trobey@allmerica.com

**allstate**
aanand@allstate.com
ablaker@allstate.com
abobe@allstate.com
achung@allstate.com
adick@allstate.com
agallow@allstate.com
ageryol@allstate.com
agoody@allstate.com
alimbach@allstate.com
alippitt@allstate.com
anthony.scalfani@allstate.com
anthony.sclafani@allstate.com
aparthas@allstate.com
arei2@allstate.com
asawhney@allstate.com
ashiliwa@allstate.com
aurganus@allstate.com
basher@allstate.com
bbodett@allstate.com
bbrown1@allstate.com
bchaltas@allstate.com
bchi4@allstate.com
bealey@allstate.com
bfarrell@allstate.com
bgedemer@allstate.com

**Company & Corresponding Email Addresses**

bhartig@allstate.com
bharvey@allstate.com
blockhar@allstate.com
blockwoo@allstate.com
brho3@allstate.com
bschmidt@allstate.com
bsmith7@allstate.com
bviscuso@allstate.com
bwydick@allstate.com
cachtel@allstate.com
cballing@allstate.com
ccazolas@allstate.com
cfeijoo@allstate.com
cfiorito@allstate.com
cgoergen@allstate.com
ckiel@allstate.com
ckrak@allstate.com
cmeier@allstate.com
cmires@allstate.com
cpncomb@allstate.com
csarna@allstate.com
csmith4@allstate.com
cstrack@allstate.com
csylla@allstate.com
dabbs@allstate.com
dan.zaldivar@allstate.com
david.xia@allstate.com
dbrown03@allstate.com
dbusiel@allstate.com
dcarnes@allstate.com
ddupont@allstate.com
deven@allstate.com
dgoacher@allstate.com
dhong@allstate.com
dlaskows@allstate.com
dlisi@allstate.com
dmainka@allstate.com
dmeacock@allstate.com
dobrien@allstate.com
dpuckett@allstate.com
drivera1@allstate.com
dseevers@allstate.com
dsirovy@allstate.com
dtang@allstate.com
dwalsh@allstate.com
dwebb@allstate.com
dwelch@allstate.com
dyang1@allstate.com
dzang@allstate.com
ealvarad@allstate.com
ecook@allstate.com
ekogan@allstate.com
evasilie@allstate.com
gadashek@allstate.com

## Company & Corresponding Email Addresses

ggurl@allstate.com
gkalchev@allstate.com
gkalmano@allstate.com
gkopacz@allstate.com
gmitkoe@allstate.com
gmitkove@allstate.com
gragusa@allstate.com
gshaner@allstate.com
gsvoboda@allstate.com
hfields@allstate.com
hmck3@allstate.com
htan@allstate.com
jason.weinberg@allstate.com
jbaumsta@allstate.com
jbrinati@allstate.com
jcannon@allstate.com
jcicirel@allstate.com
jdavid@allstate.com
jfitzpat@allstate.com
jglacy@allstate.com
jgos1@allstate.com
jgreffin@allstate.com
jhughes@allstate.com
jkunkle@allstate.com
jlee@allstate.com
jmallory@allstate.com
jschleif@allstate.com
jwalker@allstate.com
jwinter1@allstate.com
jzinkula@allstate.com
kbivens@allstate.com
kchung1@allstate.com
kdrza@allstate.com
kheard@allstate.com
kkuag@allstate.com
kmullark@allstate.com
kodom@allstate.com
kpatel2@allstate.com
kroth@allstate.com
kseiler@allstate.com
kszersze@allstate.com
kurt.rust@allstate.com
lahrens@allstate.com
ldewine@allstate.com
ljhangia@allstate.com
lkendzer@allstate.com
lmoews@allstate.com
lskiera@allstate.com
matthew.peters@allstate.com
mblankfi@allstate.com
mbubnis@allstate.com
mcloghes@allstate.com
mfiocchi@allstate.com
mhanu@allstate.com

**Company & Corresponding Email Addresses**

mhawley@allstate.com
mjanik@allstate.com
mkelley1@allstate.com
mkobs@allstate.com
mlopes@allstate.com
mlutz@allstate.com
mmoran1@allstate.com
mpalermo@allstate.com
mpittman@allstate.com
mprindiv@allstate.com
mquilico@allstate.com
mschulz@allstate.com
mvarner@allstate.com
mvicik@allstate.com
mvitek@allstate.com
mzeifert@allstate.com
nbailey@allstate.com
nidhi.bhatia@allstate.com
npeplins@allstate.com
npetrie@allstate.com
pamos@allstate.com
pbrill@allstate.com
pchrist1@allstate.com
pfaustma@allstate.com
phecht@allstate.com
phoros@allstate.com
pkroger@allstate.com
pwilson@allstate.com
randers1@allstate.com
rblock@allstate.com
rfischer@allstate.com
rhopps@allstate.com
rjostes@allstate.com
rlehnher@allstate.com
rmartin@allstate.com
rmendel@allstate.com
rob.ipsen@allstate.com
robyn.richards@allstate.com
rpullie@allstate.com
rscheun@allstate.com
rsimonso@allstate.com
rzhab@allstate.com
rzubak@allstate.com
sboyina@allstate.com
scoulter@allstate.com
sflahert@allstate.com
sfollmer@allstate.com
sfrenkel@allstate.com
shanifor@allstate.com
she@allstate.com
skarasic@allstate.com
skensing@allstate.com
skolderu@allstate.com
sluaa@allstate.com

## Company & Corresponding Email Addresses

smallman@allstate.com
smarron@allstate.com
smcguinn@allstate.com
spe12@allstate.com
ssmith10@allstate.com
svbalach@allstate.com
tjensen@allstate.com
tmullen@allstate.com
tnapholtz@allstate.com
tnapholz@allstate.com
tokes@allstate.com
tzellmer@allstate.com
vhitchco@allstate.com
wgrady@allstate.com
woconnor@allstate.com
wwu@allstate.com
zfuchs@allstate.com
zkecm@allstate.com
zmian@allstate.com

**almal**
mhayat@almal.com.kw

**alpha**
capitalmarket@alpha.gr
capitalmarkets@alpha.gr
currencymarkets@alpha.gr
dpapaioannou@alpha.gr
earzinos@alpha.gr
ekatopodi@alpha.gr
gfarmaki@alpha.gr
ggeorgiou@alpha.gr
gmichalopoulos@alpha.gr
kkostoulas@alpha.gr
marketanalysis@alpha.gr
mchatzi@alpha.gr
myannopoulos@alpha.gr
nparliaris@alpha.gr
psgardelis@alpha.gr
sbranis@alpha.gr
straka@alpha.gr
structuredproducts@alpha.gr
syndications@alpha.gr
vpsaltis@alpha.gr

**alphabank**
dimitrsi.kakounis@alphabank.gr

**alphacapinc**
nrodgers@alphacapinc.com

**alphatrust**
d.dalipis@alphatrust.gr
e.ontopoulou@alphatrust.gr

**alpinvest**
gerald.chaney@alpinvest.com
jason.block@alpinvest.com

**alpitour**
ivan.marabotto@alpitour.it

## Company & Corresponding Email Addresses

marco.perucca@alpitour.it
maurizio.d'accardi@alpitour.it
stefano.bianchi@alpitour.it
tiziana.costa@alpitour.it

### alpshk
jchan@alpshk.com
paul.chan@alpshk.com

### alrajhibank
alkhudairy@alrajhibank.com.sa
asalrajhi@alrajhibank.com.sa

### alstom
cedrick.cornec@chq.alstom.com
etienne.demoulin@chq.alstom.com
hunter.jamieson@chq.alstom.com
kylie.blackwood@chq.alstom.com
milagros.battle@chq.alstom.com
sandra.oliveira@chq.alstom.com
vanessa.marom@chq.alstom.com
zhong.zheng@power.alstom.com

### alternative-assets
cla@alternative-assets.com

### alticor
amway butch steffes (butch.steffes@alticor.com)

### altria
angela.r.thompson@altria.com
barry.hammond@eu.altria.com
debbie.grillo@altria.com
gerald.filippone@altria.com
maria.blitz@eu.altria.com
mark.werner@altria.com
peter.brunner@eu.altria.com
sandra.hind@altria.com
victor.pena@altria.com
will.graves@altria.com

### alum
ssheen@alum.wellesley.edu
whu@alum.mit.edu

### alumni
aceh91@alumni.gsb.columbia.edu
cbergmann01@alumni.gsb.columbia.com
michaeldevlin@alumni.haas.org

### am
akane-sekiya@am.mufg.jp
akio_ichikawa@am.sumitomolife.co.jp
akio-kajita@am.mufg.jp
akira_hurugoori@am.sumitomolife.co.jp
atsuo-kamitsuji@am.mufg.jp
atusi_matuura@am.sumitomolife.co.jp
ayako-mizuno@am.mufg.jp
aya-yamazaki@am.mufg.jp
daisuke-nakamura@am.mufg.jp
eiiti_yamamoto@am.sumitomolife.co.jp
eizaburou_konisi@am.sumitomolife.co.jp
eizirou_ueno@am.sumitomolife.co.jp

## Company & Corresponding Email Addresses

eturou_yamamoto@am.sumitomolife.co.jp
fumihito-iwabuchi@am.mufg.jp
fumio-motokawa@am.mufg.jp
hajime-nozaki@am.mufg.jp
hazime_isii@am.sumitomolife.co.jp
hideaki_sugita@am.sumitomolife.co.jp
hidekazu_kimura@am.sumitomolife.co.jp
hideki_teranishi@am.sumitomolife.co.jp
hidenobu_takiguti@am.sumitomolife.co.jp
hideo-namiki@am.mufg.jp
hideo-shimomura@am.mufg.jp
hirohiko-sato@am.mufg.jp
hirohumi_miyahara@am.sumitomolife.co.jp
hirohumi-yagi@am.mufg.jp
hiroko_muramatu@am.sumitomolife.co.jp
hiromi_nisino@am.sumitomolife.co.jp
hiromichi-tsuyukubo@am.mufg.jp
hiromi-kitamura@am.mufg.jp
hiroo_huzita@am.sumitomolife.co.jp
hiroshi-hayashi@am.mufg.jp
hiroshi-miyamoto@am.mufg.jp
hiroshi-morohoshi@am.mufg.jp
hirosi_nagai@am.sumitomolife.co.jp
hiroyasu_nakano@am.sumitomolife.co.jp
hiroyuki_suetugu@am.sumitomolife.co.jp
hiroyuki_tomiyama@am.sumitomolife.co.jp
hiroyuki-kajii@am.mufg.jp
hisanori_sugahara@am.sumitomolife.co.jp
hisato_doi@am.sumitomolife.co.jp
hitoshi-kawamura@am.mufg.jp
ichitaro-akita@am.mufg.jp
ituo_wakao@am.sumitomolife.co.jp
iwao_matsumoto@am.sumitomolife.co.jp
junichi-ito@am.mufg.jp
junya-ota@am.mufg.jp
kaoru_kinouti@am.sumitomolife.co.jp
katsushi-ishikawa@am.mufg.jp
kayo-yoshinaga@am.mufg.jp
kazuharu-konishi@am.mufg.jp
kazuhiko_hirohasi@am.sumitomolife.co.jp
kazuhiro_wada@am.sumitomolife.co.jp
kazuhisa-yanagawa@am.mufg.jp
kazuko_iwai@am.sumitomolife.co.jp
kazuya_oomura@am.sumitomolife.co.jp
kazuyoshi-fukushima@am.mufg.jp
kazuyuki_yamasina@am.sumitomolife.co.jp
kazuyuki-terao@am.mufg.jp
keisuke_utiyama@am.sumitomolife.co.jp
keisuke-fujii@am.mufg.jp
keisuke-shirasuka@am.mufg.jp
keita_itou@am.sumitomolife.co.jp
keitaro-irie@am.mufg.jp
ken_yamaguti@am.sumitomolife.co.jp
kenichi-katsumata@am.mufg.jp

## Company & Corresponding Email Addresses

kenji-hama@am.mufg.jp
kenji-nishikawa@am.mufg.jp
kenji-sekiguchi@am.mufg.jp
kenshi-kuraya@am.mufg.jp
ken-yamauchi@am.mufg.jp
kimiko-kurosu@am.mufg.jp
kiyoshi-ishigane@am.mufg.jp
kiyosi_matumoto@am.sumitomolife.co.jp
koh-hatazawa@am.mufg.jp
koji-uchida@am.mufg.jp
kosuke-kitamura@am.mufg.jp
kosuke-tsuchida@am.mufg.jp
kouhei_hasimoto@am.sumitomolife.co.jp
kouhei_satou@am.sumitomolife.co.jp
kouiti_hukuzumi@am.sumitomolife.co.jp
kouta_kanno@am.sumitomolife.co.jp
maki-iijima@am.mufg.jp
makoto-ito@am.mufg.jp
mamoru-oizumi@am.mufg.jp
masaaki_katou@am.sumitomolife.co.jp
masaaki_yoshimura@am.sumitomolife.co.jp
masahiko_okada@am.sumitomolife.co.jp
masahiko_tazima@am.sumitomolife.co.jp
masahiro_hagiwara@am.sumitomolife.co.jp
masahiro_koseki@am.sumitomolife.co.jp
masakazu_simoyama@am.sumitomolife.co.jp
masamichi-takigawa@am.mufg.jp
masanori-iijima@am.mufg.jp
masao-tsuji@am.mufg.jp
masaru_hitotuya@am.sumitomolife.co.jp
masaru_onodera@am.sumitomolife.co.jp
masaru-myojin@am.mufg.jp
masaru-shibuta@am.mufg.jp
masaya_honziyou@am.sumitomolife.co.jp
masayuki_hori@am.sumitomolife.co.jp
masayuki_murata@am.sumitomolife.co.jp
masayuki_yoshihara@am.sumitomolife.co.jp
masayuki-umetani@am.mufg.jp
mayumi-okutani@am.mufg.jp
miho-mochizuki@am.mufg.jp
mikio_sugisaki@am.mufg.jp
minako-shibata@am.mufg.jp
minoru-takata@am.mufg.jp
mitihisa_tanimoto@am.sumitomolife.co.jp
mituo_masuda@am.sumitomolife.co.jp
muneo_morita@am.sumitomolife.co.jp
nao_okamoto@am.sumitomolife.co.jp
naoki_adati@am.sumitomolife.co.jp
naoki-nagata@am.mufg.jp
naoki-shoji@am.mufg.jp
naoki-todo@am.mufg.jp
naoto_kashiyama@am.sumitomolife.co.jp
naoto-kojima@am.mufg.jp
naoyoshi-sato@am.mufj.jp

## Company & Corresponding Email Addresses

nobuki_yasuda@am.sumitomolife.co.jp
nobuo_kawamura@am.sumitomolife.co.jp
nobusige_tanaka@am.sumitomolife.co.jp
nobuyuki-kobayashi@am.mufg.jp
norihiro-aonuma@am.mufg.jp
norihiro-takada@am.mufg.jp
norio_kisimoto@am.sumitomolife.co.jp
osamu_kosaka@am.sumitomolife.co.jp
osamu_seki@am.sumitomolife.co.jp
osamu_takimura@am.sumitomolife.co.jp
rie-katoh@am.mufg.jp
rieko-mino@am.mufg.jp
riyouta_inami@am.sumitomolife.co.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryosuke-tanaka@am.mufg.jp
satoru-takano@am.mufg.jp
satoshi-kamata@am.mufg.jp
satoshi-suzuki@am.mufg.jp
satosi_oohara@am.sumitomolife.co.jp
shingo-takenaga@am.mufg.jp
shinichiro-hidaka@am.mufg.jp
shinji-nishiyama@am.mufg.jp
shinya-suzuki@am.mufg.jp
shohei_hara@am.sumitomolife.co.jp
shuichi-wada@am.mufg.jp
shunsuke-imai@am.mufg.jp
singo_tahara@am.sumitomolife.co.jp
siniti_kawaguti@am.sumitomolife.co.jp
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
sumiyoshi-matsuzaki@am.mufg.jp
sunao-yokokawa@am.mufg.jp
suntarou_tanaka@am.sumitomolife.co.jp
susumu_aramaki@am.sumitomolife.co.jp
tadakazu_izumi@am.sumitomolife.co.jp
tadashi-uchida@am.mufg.jp
tadato-sekine@am.mufg.jp
taiyo-ogino@am.mufg.jp
takahiro_mori@am.sumitomolife.co.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
takashi-fujimaki@am.mufg.jp
takashi-miyazaki@am.mufg.jp
takasi_sakanoue@am.sumitomolife.co.jp
takatoshi-itoshima@am.mufg.jp
takato-yoshida@am.mufg.jp
takayuki-akiyama@am.mufg.jp
takehiro_hamada@am.sumitomolife.co.jp

## Company & Corresponding Email Addresses

takeshi_nagai@am.sumitomolife.co.jp
takeshi-hanai@am.mufg.jp
takeshi-iwakata@am.mufg.jp
takeshi-nakamura@am.mufg.jp
takeshi-nishioka@am.mufg.jp
takeshi-watanabe@am.mufg.jp
takesi_kasimura@am.sumitomolife.co.jp
takesi_kasiwara@am.sumitomolife.co.jp
takesi_oosaki@am.sumitomolife.co.jp
takeyoshi-suzuki@am.mufg.jp
takumi-morita@am.mufg.jp
takurou_kurumisawa@am.sumitomolife.co.jp
taro-iida@am.mufg.jp
tetupei_kanehiro@am.sumitomolife.co.jp
tihiro_uematu@am.sumitomolife.co.jp
tohru-hashizume@am.mufg.jp
tomoaki-kota@am.mufg.jp
tomohiro_kunisue@am.sumitomolife.co.jp
tomokazu-kojima@am.mufg.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
toshihisa_itinose@am.sumitomolife.co.jp
toshiro_ohchi@am.sumitomolife.co.jp
toshiyuki-kurabayashi@am.mufg.jp
toshiyuki-sato@am.mufg.jp
tosio_huzimura@am.sumitomolife.co.jp
tosio_kobayasi@am.sumitomolife.co.jp
voicemail@am.com
wataru-fukumoto@am.mufg.jp
yasuaki-sumimoto@am.mufg.jp
yasuhiro_nonaka@am.sumitomolife.co.jp
yasuhiro_saitou@am.sumitomolife.co.jp
yasuhiro-tabei@am.mufg.jp
yasuhito_inukai@am.sumitomolife.co.jp
yasuko-tada@am.mufg.jp
yasunori_murakami@am.sumitomolife.co.jp
yasuo-sasai@am.mufg.jp
yasutaka_kouti@am.sumitomolife.co.jp
yasutaka-inoue@am.mufg.jp
yasuyuki-ochi@am.mufg.jp
yoichiro-higasa@am.mufg.jp
yoichiro-yasui@am.mufg.jp
yoshinobu-kanda@am.mufg.jp
yoshitomo_baba@am.sumitomolife.co.jp
yoshiyuki-sato@am.mufg.jp
yoshiyuki-tsuruoka@am.mufg.jp
yosihiro_gake@am.sumitomolife.co.jp
yosihisa_inoue@am.sumitomolife.co.jp
yosimiti_takahasi@am.sumitomolife.co.jp
yosinobu_douzono@am.sumitomolife.co.jp
yosiomi_nanba@am.sumitomolife.co.jp
yositeru_hata@am.sumitomolife.co.jp
yosuke-kushiki@am.mufg.jp

## Company & Corresponding Email Addresses

yousuke_mitomori@am.sumitomolife.co.jp
yuichi-muraki@am.mufg.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yuji-sujino@am.mufg.jp
yukie-osagawa@am.mufg.jp
yukiko-sano@am.mufg.jp
yuki-sogo@am.mufg.jp
yu-nishikawa@am.mufg.jp
yusuke-akashi@am.mufg.jp
yuuitirou_katou@am.sumitomolife.co.jp
yuuya_kurihara@am.sumitomolife.co.jp
ziyun_nakazima@am.sumitomolife.co.jp
ziyuniti_suzuki@am.sumitomolife.co.jp

**amagerbanken**

joachim.rahbek@amagerbanken.dk
mads.simonsen@amagerbanken.dk
michael.baagoee@amagerbanken.dk
michael.seilund@amagerbanken.dk
mikael.ludvigsen@amagerbanken.dk
niels.pryts@amagerbanken.dk
poul.bentsen@amagerbanken.dk

**amalgamatedbank**

lawrenceadolf@amalgamatedbank.com
michellefrazier@amalgamatedbank.com
vincentsalerno@amalgamatedbank.com

**amashin**

hidetoshi.kawamoto@amashin.co.jp
hirotaka.yamashita@amashin.co.jp
kokusai@amashin.co.jp
masaji.kurihara@amashin.co.jp

**amat**

mark_friedrich@amat.com
meyer_alec@amat.com
ping_pw_wu@amat.com
randy_banes@amat.com
randy_webb@amat.com
robert_c_chen@amat.com
robert_friess@amat.com

**amb**

ansgar.puellen@amb.de
ludger.buesken@amb.de
manfred.oedingen@amb.de
oliver.weiler@amb.de

**ambac**

acaine@ambac.com
akrasniqi@ambac.com
akung@ambac.com
amerenyi@ambac.com
bhu@ambac.com
bschofield@ambac.com
clachnicht@ambac.com
dadams@ambac.com
dbarlow@ambac.com

**Company & Corresponding Email Addresses**

dgleeson@ambac.com
drubin@ambac.com
dsalz@ambac.com
ffong-lopez@ambac.com
ggal@ambac.com
gmoy@ambac.com
hamemiya@ambac.com
ibruce@ambac.com
jlam@ambac.com
jnabi@ambac.com
jramos@ambac.com
jwen@ambac.com
maspinelli@ambac.com
mcush@ambac.com
mgerity@ambac.com
mshtilman@ambac.com
naloe@ambac.com
plivingstone@ambac.com
pmccormick@ambac.com
puebel@ambac.com
rdonovan@ambac.com
rkumasaki@ambac.com
rpersaud@ambac.com
rselvaggio@ambac.com
sgordon@ambac.com
tgandolfo@ambac.com
tstevens@ambac.com
ttravers@ambac.com
yikeda@ambac.com
yliu@ambac.com

**amback**
drenfield-miller@amback.com

**ambac-uk**
cparker@ambac-uk.com

**ambaresearch**
avinashl@ambaresearch.com
mallikarjunh@ambaresearch.com
pradeepak@ambaresearch.com
rashik@ambaresearch.com

**ambeacon**
darryl.graham@ambeacon.com
mylinh.tran@ambeacon.com

**amb-generali**
dr.claus.braeutigam@amb-generali.de
dr.markus.schmidt@amb-generali.de
frederic.poizat@amb-generali.de
katja.segbers@amb-generali.de
peregrin.ward@amb-generali.de

**ambgf**
jeremy.gutbrod@ambgf.de
markus.irngartinger@ambgf.de
michael.winker@ambgf.de
stephan.stockert@ambgf.de

**ambro**

**Company & Corresponding Email Addresses**

ggallo@notes.ambro.it

**amcm**
benson_ao@amcm.gov.mo
cesar_i@amcm.gov.mo
eric_leong@amcm.gov.mo
silva_noruega@amcm.gov.mo
stanley_tang@amcm.gov.mo
veronica_kuan@amcm.gov.mo
wineo_lam@amcm.gov.mo
winnie_ian@amcm.gov.mo

**amcore**
jeff.lorenzen@amcore.com

**amd**
alice.xu@amd.com
ugur.guner@amd.com

**amdahl**
yvonne_garza@amdahl.com

**amec1**
dwilliams@amec1.com
mgerber@amec1.com

**americancentrury**
gerred_howe@americancentrury.com

**americancentury**
a3a@americancentury.com
ab8@americancentury.com
alex_tedder@americancentury.com
alia_rasheed@americancentury.com
alk@americancentury.com
andrew_weinman@americancentury.com
angie_halteman@americancentury.com
anthony_han@americancentury.com
arnie_douville@americancentury.com
atteberry_chris@americancentury.com
b3m@americancentury.com
bart_wyrick@americancentury.com
bbg@americancentury.com
ben_giele@americancentury.com
bill_koeler@americancentury.com
bla@americancentury.com
bob_puff@americancentury.com
brad_eixmann@americancentury.com
brad_jackson@americancentury.com
brendan_healy@americancentury.com
brent_puff@americancentury.com
brian_brady@americancentury.com
brian_ertley@americancentury.com.
brian_woglom@americancentury.com
bryan_unterhalter@americancentury.com
c2k@americancentury.com
c3k@americancentury.com
c9a@americancentury.com
c9p@americancentury.com
cgb@americancentury.com
chad_baumler@americancentury.com

**Company & Corresponding Email Addresses**

chris_bouffar@americancentury.com
chris_brown@americancentury.com
chris_schaefer@americancentury.com
christine_chien@americancentury.com
christine_silman@americancentury.com
christy_turner@americancentury.com
cm@americancentury.com
cmv@americancentury.com
connie_song@americancentury.com
cr8@americancentury.com
cv2@americancentury.com
d2a@americancentury.com
d2u@americancentury.com
daniel_baker@americancentury.com
david_hollond@americancentury.com
david_ledgerwood@americancentury.com
dgr@americancentury.com
diw@americancentury.com
dri@americancentury.com
dyl@americancentury.com
eff@americancentury.com
emw@americancentury.com
enrique_chang@americancentury.com
f2l@americancentury.com
fei_zou@americancentury.com
francisco_bido@americancentury.com
fred_mohl@americancentury.com
g3n@americancentury.com
ga3@americancentury.com
gavin_fleischman@americancentury.com
gdm@americancentury.com
geoff_burger@americancentury.com
geoff_wise@americancentury.com
ghb@americancentury.com
gina_sanchez@americancentury.com
glenn_fogle@americancentury.com
grace_huang@americancentury.com
greg_walsh@americancentury.com
greg_woodhams@americancentury.com
h2c@americancentury.com
hannah_chiang@americancentury.com
hln@americancentury.com
ht@americancentury.com
indraneel_das@americancentury.com
irina_torelli@americancentury.com
j2z@americancentury.com
j5p@americancentury.com
james_pitman@americancentury.com
janan_boehme@americancentury.com
je1@americancentury.com
jeff_bourke@americancentury.com
jeff_brewer@americancentury.com
jeff_john@americancentury.com
jeff_otto@americancentury.com

**Company & Corresponding Email Addresses**

jeff_tyler@americancentury.com
jennifer_anastasia@americancentury.com
jesse_singh@americancentury.com
jill_mcknight@americancentury.com
jim_doran@americancentury.com
jim_stowers@americancentury.com
jkn@americancentury.com
joe_kong@americancentury.com
joe_reiland@americancentury.com
joe_sterling@americancentury.com
john_rabroker@americancentury.com
john_small@americancentury.com
john_sykora@americancentury.com
jon_brickman@americancentury.com
jon_lewis@americancentury.com
jpx@americancentury.com
js5@americancentury.com
jtg@americancentury.com
judy_bustamante_beard@americancentury.com
justin_brown@americancentury.com
jw1@americancentury.com
jxk@americancentury.com
kan@americancentury.com
kct@americancentury.com
keith_creveling@americancentury.com
keith_lee@americancentury.com
kevin_sid@americancentury.com
ks4@americancentury.com
kurt_borgwardt@americancentury.com
kurt_stalzer@americancentury.com
l5b@americancentury.com
lcs@americancentury.com
ld4@americancentury.com
lisa_banhart@americancentury.com
lisa_quan@americancentury.com
lmx@americancentury.com
lon_west@americancentury.com
lt5@americancentury.com
lynette_pang@americancentury.com
m1b@americancentury.com
m2p@americancentury.com
m8m@americancentury.com
marc_scott@americancentury.com
maria_eaton@americancentury.com
marilyn_castro@americancentury.com
mark_kopinski@americancentury.com
mark_mallon@americancentury.com
matt_dennis@americancentury.com
matt_ferretti@americancentury.com
matt_ison@americancentury.com
matt_spain@americancentury.com
matt_titus@americancentury.com
matt_weight@americancentury.com
matthew_hurni@americancentury.com

## Company & Corresponding Email Addresses

mdy@americancentury.com
melissa_fong@americancentury.com
mhk@americancentury.com
mho@americancentury.com
mht@americancentury.com
michael_keyser@americancentury.com
michael_li@americancentury.com
michael_liss@americancentury.com
michael_mow@americancentury.com
michael_orndorff@americancentury.com
michelle_werth@americancentury.com
miguel_castillo@americancentury.com
mt7@americancentury.com
nathan_maccombs@americancentury.com
nymorningmail@americancentury.com
p2h@americancentury.com
pam_godwin@americancentury.com
paras_shah@americancentury.com
pat_srinivas@americancentury.com
pg4@americancentury.com
phil_davidson@americancentury.com
philip_sundell@americancentury.com
pierson_cheng@americancentury.com
pl4@americancentury.com
prabha_ramakrishnan@americancentury.com
preeti_chadha@americancentury.com
prescott_legard@americancentury.com
rajesh_gandhi@americancentury.com
randy_merk@americancentury.com
raymond_kong@americancentury.com
rob_bove@americancentury.com
rob_wilson@americancentury.com
rvg@americancentury.com
s3f@americancentury.com
s5c@americancentury.com
s7m@americancentury.com
sbp@americancentury.com
scott_marolf@americancentury.com
scott_moore@americancentury.com
scott_renze@americancentury.com
spl@americancentury.com
spt@americancentury.com
sr2@americancentury.com
stafford_southwick@americancentury.com
steve_lurito@americancentury.com
steve_roth@americancentury.com
ted_harlan@americancentury.com
terry_foster@americancentury.com
thomas_telford@americancentury.com
thomas_vaiana@americancentury.com
thp@americancentury.com
tim_miller@americancentury.com
toby_markes@americancentury.com
todd_peters@americancentury.com

## Company & Corresponding Email Addresses

trevor_gurwich@americancentury.com
vdd@americancentury.com
vinay_thapar@americancentury.com
vivenne_hsu@americancentury.com
wade_slome@americancentury.com
zili_zhang@americancentury.com

**americanexpress**
aspahr@americanexpress.com

**americanfundadvisors**
marc@americanfundadvisors.com
rleavitt@americanfundadvisors.com

**americangeneral**
nicholas.ramussen@americangeneral.com

**americansb**
wpatenaude@americansb.com

**americo**
craig.smyth@americo.com
daniel.skelton@americo.com
eric.petersen@americo.com
eric.swearingen@americo.com
greg.hamilton@americo.com
mark.fallon@americo.com
mark.rooney@americo.com
rob.tilton@americo.com
roxanne.newman@americo.com
steve.myers@americo.com
todd.myers@americo.com
troy.peterson@americo.com

**amerisure**
dgraf@amerisure.com
kclement@amerisure.com
mlong@amerisure.com

**ameritas**
aiaequity@ameritas.com
awhite@ameritas.com
bfmorrow@ameritas.com
czehr@ameritas.com
gina.simpson@ameritas.com
jmikus@ameritas.com
jthompson@ameritas.com
marterburn@ameritas.com
phenry@ameritas.com
tudell@ameritas.com

**ameritech**
jbruce@ameritech.net

**amersham**
peter.loescher@amersham.com

**amerus**
pang.yang@amerus.com

**amervest**
bkrasnojenov@amervest.com
buybonds@amervest.com
sskim@amervest.com

**amfam**

## Company & Corresponding Email Addresses

bkepley@amfam.com
cbreunig@amfam.com
dsebald@amfam.com
hraymond@amfam.com
jjohns13@amfam.com
jsalzwed@amfam.com
phannifa@amfam.com
pnelso3@amfam.com
pschoenh@amfam.com
rvoge@amfam.com

### amfin

beffler@amfin.com
bhogan@amfin.com
ceng@amfin.com
ddickman@amfin.com
dmarcian@amfin.com
dmeyer@amfin.com
dvanderh@amfin.com
dvonderh@amfin.com
jagruber@amfin.com
jberding@amfin.com
jmaney@amfin.com
jschuber@amfin.com
kdragan@amfin.com
pbyrne@amfin.com
rmiller@amfin.com
sgroves@amfin.com
tdattilo@amfin.com
tkeitel@amfin.com
tshipp@amfin.com

### amfpension

anders.fagerlund@amfpension.se
anders.ljungqvist@amfpension.se
bengt.bjorken@amfpension.se
bjorn.bargholtz@amfpension.se
bo.johansson@amfpension.se
christer.alteskog@amfpension.se
christian.brunlid@amfpension.se
fredrik.lindstedt@amfpension.se
fredrik.nordtrom@amfpension.se
fredrik.thor@amfpension.se
helena.nordell@amfpension.se
henrik.oh@amfpension.se
jens.barnevik@amfpension.se
john.hernander@amfpension.se
jonas.romlin@amfpension.se
lars.aberg@amfpension.se
lars.bokenberger@amfpension.se
magnus.rostlund@amfpension.se
magnus.sjoberg@amfpension.se
mats.guldbrand@amfpension.se
peder.hasslev@amfpension.se
rickard.alte@amfpension.se
sten.lengroth@amfpension.se

**Company & Corresponding Email Addresses**

stephanie.gabrielsson@amfpension.se
susan.karlfeldt@amfpension.se
ulf.alexandersson@amfpension.se
ulf.arvidsson@amfpension.se
ulf.forsberg@amfpension.se
urban.persson@amfpension.se

**amfpensions**

stefan.nydahl@amfpensions.se

**amg**

bernhard.leitner@amg.co.at
christina.stimac@amg.co.at
clemens.aschenbrenner@amg.co.at
gerald.fuchs@amg.co.at
hannes.roubik@amg.co.at
joerg.moshuber@amg.co.at
josef.kerschbaumer@amg.co.at
martin.mayer@amg.co.at
oliver.prinz@amg.co.at
ronald.huebler@amg.co.at
stephan.lukesch@amg.co.at
thomas.rosenmayr@amg.co.at
walter.hausner@amg.co.at

**amgam**

anne.marks@amgam.de
birgitte.olsen@amgam.de
dana.deusing@amgam.de
hartmut.wagener@amgam.de
heinz-josef.stenten@amgam.de
herbert.wertz@amgam.de
johannes.braun@amgam.de
kai.teschner@amgam.de
klaus.wiener@amgam.de
manfred.skibowski@amgam.de
marianna.gurmann@amgam.de
ralf.wieseler@amgam.de
sascha.mergner@amgam.de
thorsten.runde@amgam.de

**amgcapitalpartners**

matt.gale@amgcapitalpartners.com

**amg-invest**

andreas.marz@amg-invest.de
gabi.eckard@amg-invest.de
heinz.gawlak@amg-invest.de
martin.chapman@amg-invest.de
susanne.didas@amg-invest.de
susanne.ward@amg-invest.de

**am-gruppe**

andreas.voss@am-gruppe.de
britta.lindhorst@am-gruppe.de
mwolburg@am-gruppe.de
rleon@am-gruppe.de

**am-gruppo**

moschitzki@am-gruppo.de

**amherstsecurities**

## Company & Corresponding Email Addresses

gregg@amherstsecurities.com
lindae@amherstsecurities.com
stevea@amherstsecurities.com

### amica

bbenson@amica.com
bpacheco@amica.com
jburke@amica.com
mmedeiros@amica.com
pmoonan@amica.com
pruggieri@amica.com
srush@amica.com
vbenson@amica.com

### amigroup

dicksonj@amiam.amigroup.com

### amip

alevy@amip.com

### amoco

methompson@amoco.com
mldamsma@amoco.com

### ampega

carsten.hagedorn@ampega.de

### ampegagerling

andreas.bayer@ampegagerling.de
eberhard.massenbach@ampegagerling.de
ignacio.carnicero@ampegagerling.de
marco.neuhaus@ampegagerling.de
michael.kebbel@ampegagerling.de
norbert.frei@ampegagerling.de
oliver.jepsen@ampegagerling.de
oliver.kroll@ampegagerling.de
peter.hielscher@ampegagerling.de
stefan.heinemann@ampegagerling.de
stefan.thiel@ampegagerling.de
thorsten.woelbern@ampegagerling.de

### amph

cbrown@amph.com
kjaskol@amph.com

### amphenderson

nat.vallabh@amphenderson.co.nz
nigel.croke@amphenderson.co.nz

### amphenol

jmercadante@amphenol.com

### amrcorp

gyeong_kim@amrcorp.com
mike_lenz@amrcorp.com
patricia_delgadillo@amrcorp.com
samuel_silver@amrcorp.com
t_f_bacon@amrcorp.com

### amre

jpangallozzi@amre.com
sweng@amre.com

### amresco

tharrigan@amresco.com

### amrinvest

## Company & Corresponding Email Addresses

nancy.eckl@amrinvest.com

### ams
david_sharman@ams.com

### amsjv
cbersanetti@amsjv.it
l.mastrodomenico@amsjv.it

### amtrust
adonatelli@amtrust.com
elasota@amtrust.com
kzaverdinos@amtrust.com
opolishchuk@amtrust.com
tatanosoff@amtrust.com
vrai@amtrust.com

### amwestka
gert_fricke@amwestka.de
s_moeckel@amwestka.de

### analyst
shimon@analyst.co.il

### analyticasset
casnis@analyticasset.com
tsantiago@analyticasset.com
vraby@analyticasset.com

### anb
akahmed@anb.com.sa
arahmed@anb.com.sa
brian.wood@anb.com
cjagdish@anb.com.sa
faltarouti@anb.com.sa
krashad@anb.com.sa
maylen@anb.com.sa
saleem@anb.com.sa

### anblondon
fayoub@anblondon.com
mbrisbourne@anblondon.com

### anchorage
cowlescm@ci.anchorage.ak.us
priceta@ci.anchorage.ak.us

### anchorcapital
brice@anchorcapital.com
bscuzarella@anchorcapital.com
cpohl@anchorcapital.com
dwatson@anchorcapital.com
jnuzzo@anchorcapital.com
smeade@anchorcapital.com
ssiegfriedt@anchorcapital.com
thollingworth@anchorcapital.com
whickey@anchorcapital.com

### andbanc
alexandra.beisiegel@andbanc.com
andres.pomar@andbanc.com
antoni.banon@andbanc.com
antonio.melero@andbanc.com
carles.lluch@andbanc.com
guillermo.carrascosa@andbanc.com

## Company & Corresponding Email Addresses

javier.uriguen@andbanc.com
jessica.morillon@andbanc.com
jordi.martret@andbanc.com
jordi.riera@andbanc.com
josepantoni.cerdan@andbanc.com
miquel.noguer@andbanc.com
oscar.gelabert@andbanc.com
pere.riba@andbanc.com
santiago.mora@andbanc.com
sergi.aguado@andbanc.com
sonia.vidal@andbanc.com
thais.carne@andbanc.com

### anderson
sebastian.edwards@anderson.ucla.edu

### andornet
jcodina@andornet.ad

### andrew
gczamara@andrew.cmu.edu

### androscogginbank
lsoucy@androscogginbank.com
mleavitt@androscogginbank.com
motterson@androscogginbank.com

### anfis
adrian.bradshaw@anfis.co.uk
alison.kennedy@anfis.co.uk
andrew.fraser@anfis.co.uk
anne.nelson@anfis.co.uk
bill.bulloch@anfis.co.uk
brian.adamson@anfis.co.uk
carolan.dobson@anfis.co.uk
clare.williams@anfis.co.uk
david.smith@anfis.co.uk
dmacn1@anfis.co.uk
euan.matheson@anfis.co.uk
gillian.bailey@anfis.co.uk
gillian.mccall@anfis.co.uk
gordon.bennett@anfis.co.uk
judith.childerstone@anfis.co.uk
judith.mercer@anfis.co.uk
kenneth.macpherson@anfis.co.uk
kenneth.wood@anfis.co.uk
lynne.provan@anfis.co.uk
marie.louise.boyle@anfis.co.uk
matt.fletcher@anfis.co.uk
morven.beattie@anfis.co.uk
nick.cox-johnson@anfis.co.uk
scott.love@anfis.co.uk
stephen.porteous@anfis.co.uk
steven.barton@anfis.co.uk
tony.p.irwin@anfis.co.uk
wmack3@anfis.co.uk

### angelogordon
acox@angelogordon.com
aelliott@angelogordon.com

**Company & Corresponding Email Addresses**

aong@angelogordon.com
aroulac@angelogordon.com
asolomon@angelogordon.com
bmartin@angelogordon.com
bpattelli@angelogordon.com
brush@angelogordon.com
cbrescio@angelogordon.com
cbrunn@angelogordon.com
cfong@angelogordon.com
chwang@angelogordon.com
cperilman@angelogordon.com
cshelton@angelogordon.com
csweat@angelogordon.com
dbajpai@angelogordon.com
dhonovich@angelogordon.com
dhowe@angelogordon.com
dkamin@angelogordon.com
dleone@angelogordon.com
dlieber@angelogordon.com
dpound@angelogordon.com
droberts@angelogordon.com
dstohr@angelogordon.com
dtroxell@angelogordon.com
ekressler@angelogordon.com
gbaiera@angelogordon.com
gfink@angelogordon.com
ggeorgalas@angelogordon.com
grepace@angelogordon.com
gschultz@angelogordon.com
gwolf@angelogordon.com
jahern@angelogordon.com
jangelo@angelogordon.com
jcarmel@angelogordon.com
jcaylo@angelogordon.com
jfraser@angelogordon.com
jlieberman@angelogordon.com
jmalley@angelogordon.com
jrorke@angelogordon.com
jwekselblatt@angelogordon.com
kbarket@angelogordon.com
kconcannon@angelogordon.com
kfarina@angelogordon.com
klally@angelogordon.com
ktse@angelogordon.com
lvaidya@angelogordon.com
mchuong@angelogordon.com
mdalleva@angelogordon.com
mfrazier@angelogordon.com
mgroves@angelogordon.com
mhaggar@angelogordon.com
michaelgordon@angelogordon.com
mkanner@angelogordon.com
mkutzin@angelogordon.com
mlewin@angelogordon.com

**Company & Corresponding Email Addresses**

mloigman@angelogordon.com
mmalbari@angelogordon.com
mmanzolillo@angelogordon.com
mmcnamara@angelogordon.com
mnelson@angelogordon.com
mprince@angelogordon.com
mroth@angelogordon.com
msheerin@angelogordon.com
mswotes@angelogordon.com
mtzavelis@angelogordon.com
mwojtusiak@angelogordon.com
nfreilich@angelogordon.com
nfriedlich@angelogordon.com
onunez@angelogordon.com
pavellone@angelogordon.com
plewis@angelogordon.com
plissman@angelogordon.com
rjaffe@angelogordon.com
sbekele@angelogordon.com
sbertner@angelogordon.com
sehrlich@angelogordon.com
sgupte@angelogordon.com
sheanly@angelogordon.com
skalra@angelogordon.com
ssaabneh@angelogordon.com
tarden@angelogordon.com
tboyce@angelogordon.com
tdurkin@angelogordon.com
tfuller@angelogordon.com
thutfilz@angelogordon.con
tmilovanov@angelogordon.com
tpulver@angelogordon.com

**angloamerican**
pwhitcutt@angloamerican.co.uk
sinnell@angloamerican.co.uk
tredman@angloamerican.co.za

**angloirishbank**
alandillon@angloirishbank.ie
alanhenry@angloirishbank.ie
alanmaher@angloirishbank.ie
amandacullen@angloirishbank.ie
andrewcurtin@angloirishbank.ie
andrewodonohoe@angloirishbank.ie
bernarddaly@angloirishbank.ie
brianhanrahan@angloirishbank.ie
brianlynch@angloirishbank.ie
briano'leary@angloirishbank.ie
carmelphelan@angloirishbank.ie
ciarankelleher@angloirishbank.ie
ciaranmcardle@angloirishbank.com
colinclarke@angloirishbank.ie
colmo'neill@angloirishbank.ie
conorhorgan@angloirishbank.ie
conormckeating@angloirishbank.ie

## Company & Corresponding Email Addresses

conorspencer@angloirishbank.ie
dannyryan@angloirishbank.ie
davidbradley@angloirishbank.ie
davidconlon@angloirishbank.ie
davidhanley@angloirishbank.ie
davidjobling@angloirishbank.co.uk
davidmcevoy@angloirishbank.ie
davidrussell@angloirishbank.ie
deirdreceannt@angloirishbank.com
deniseholmes@angloirishbank.ie
dermotkieran@angloirishbank.ie
desnolan@angloirishbank.ie
donalquaid@angloirishbank.ie
eamonnreilly@angloirishbank.ie
emmagrist@angloirishbank.ie
frankwall@angloirishbank.ie
jasondrennan@angloirishbank.ie
jimbarry@angloirishbank.ie
johnbowe@angloirishbank.ie
keithcox@angloirishbank.ie
maevemoran@angloirishbank.ie
mariadunphy@angloirishbank.ie
marietheresegibson@angloirishbank.ie
markmahony@angloirishbank.ie
matthewcullen@angloirishbank.com
mattmoran@angloirishbank.ie
mauraoneill@angloirishbank.ie
mauriceharty@angloirishbank.ie
michaelmcloughlin@angloirishbank.ie
mikedarcy@angloirishbank.ie
niall.tuite@angloirishbank.ie
nicholafarrell@angloirishbank.ie
ornagleeson@angloirishbank.ie
pathinkson@angloirishbank.ie
patrickgleeson@angloirishbank.ie
paulinemccabe@angloirishbank.ie
peterwalsh@angloirishbank.ie
ray.lennon@angloirishbank.ie
risteardbrennan@angloirishbank.ie
robskelly@angloirishbank.ie
ronancostello@angloirishbank.ie
ronanwhite@angloirishbank.ie
roryoconnor@angloirishbank.ie
rowanomahony@angloirishbank.ie
shanebuckley@angloirishbank.ie
simonbyrne@angloirishbank.ie
stevelowe@angloirishbank.ie

### anheuser-busch

chetan.goyal@anheuser-busch.com
david.marlette@anheuser-busch.com
john.einwalter@anheuser-busch.com
lisa.thibodeau@anheuser-busch.com
monika.patel@anheuser-busch.com

### anhyp

## Company & Corresponding Email Addresses

lvanuffe@anhyp.be

### ankerbank
fabrizio.mancini@ankerbank.ch

### ansaldo
dipaolol@ansaldo.com
peranzonib@ansaldo.com

### ansbachermm
michael.allen@ansbachermm.com

### antar
ignacio.portillo@antar.es
josemario.dominguezoutomuro@antar.es

### anthem
baird.blake@anthem.com
david.cooper@anthem.com
francois.otieno@anthem.com
joe.eppers@anthem.com
michael.koetters@anthem.com
michael.tushan@anthem.com
mike.hall@anthem.com

### anthemcapital
wgust@anthemcapital.com

### anthos
dvprooije@anthos.nl
ftenbrink@anthos.nl
hkiekens@anthos.nl
rhelderman@anthos.nl
rjschreuder@anthos.nl
rscholman@anthos.nl
stolboom@anthos.nl

### antonveneta
alessandro.laveder@antonveneta.it
alessandro.mileto@antonveneta.it
andrea.dardi@antonveneta.it
cinzia.iacobone@antonveneta.it
cristiano.casini@antonveneta.it
distribuzione.pd@antonveneta.it
enrico.vagnoni@antonveneta.it
fabiano.fossali@antonveneta.it
fabio.bencich@antonveneta.it
flavio.borghese@antonveneta.it
francesco.ceci@antonveneta.it
francesco.tam@antonveneta.it
gennaro.vicidomini@antonveneta.it
gianluca.caniato@antonveneta.it
gianluca.demarchi@antonveneta.it
giorgio.grossi@antonveneta.it
giuseppe.semerano@antonveneta.it
lorenzo.denovellis@antonveneta.it
luca.quivelli@antonveneta.it
luca.triani@antonveneta.it
manlio.liprino@antonveneta.it
marivi.mellina.bares@antonveneta.it
massimo.carducci@antonveneta.it
maurizio.spadaccino@antonveneta.it

## Company & Corresponding Email Addresses

paolo.lodi@antonveneta.it
pasquale.galassi@antonveneta.it
pierluigi.benettin@antonveneta.it
pietro.lai@antonveneta.it
rita.boscolo@antonveneta.it
salvatore.liprino@antonveneta.it
stefano.tommasi@antonveneta.it

### ants
philip.mcduell@ants.co.uk

### anz
adamsm@anz.com
andrew.waller@anz.com
branstong@anz.com
brenton.smith@anz.com
christian.hains@anz.com
coughlas@anz.com
croyd@anz.com
david.leadsom@anz.com
david.roughley@anz.com
david.wilkinson@anz.com
ellism1@anz.com
fiddamam@anz.com
georgeg2@anz.com
glenn.mackersy@anz.com
irvingt@anz.com
jarvisj@anz.com
ming.wo@anz.com
newburyj@anz.com
nunnj@anz.com
pjm1@anz.com
powells@anz.com
smithpe@anz.com
stewart.morton@anz.com
tim.everist@anz.com
tony.allen@anz.com
woodl@anz.com
yiannisa@anz.com

### aoins
lindberg.mike@aoins.com
ward.ian@aoins.com

### aol
aanisa@aol.com
adoley7@aol.com
agavilan10@aol.com
ajsteamboat@aol.com
amsllc55@aol.com
awwray@aol.com
banknegara@aol.com
bdoby1013@aol.com
bdrchjb@aol.com
berkbowen@aol.com
bethbyrnes@aol.com
bijutsu@aol.com
blindtner@aol.com

## Company & Corresponding Email Addresses

bnmnyro@aol.com
bodiva@aol.com
bonbish@aol.com
botnewyork@aol.com
bronnenbergj@aol.com
chakoeller@aol.com
chantigny@aol.com
cjbrandon1@aol.com
clehman990@aol.com
ctbnya@aol.com
danireda@aol.com
davecole7@aol.com
davidnic@aol.com
dbmbla2@aol.com
deatherly@aol.com
drurgento@aol.com
drx17@aol.com
edoganton@aol.com
egbandceb@aol.com
ekass73388@aol.com
ellmacc@aol.com
eppy211@aol.com
erichaussman@aol.com
fdsfdsaf@aol.com
fparkes704@aol.com
fyicgopc@aol.com
gannong@aol.com
gennellj@aol.com
gikamran@aol.com
gkdimit@aol.com
gkoltek@aol.com
gpalmieri9@aol.com
gregfort@aol.com
gwagmbh@aol.com
hagstromr@aol.com
hanilbk@aol.com
hdoley@aol.com
home@aol.com
huananbkny@aol.com
ianarnof@aol.com
jbernardo111@aol.com
jeffperry45@aol.com
jfhedgefund@aol.com
jimkoulos@aol.com
jmnjm@aol.com
joneshenrylee@aol.com
jpccfa@aol.com
jphcpa@aol.com
karkruger@aol.com
kellym1536@aol.com
lava285@aol.com
lbotla@aol.com
lisa@aol.com
lisap@aol.com

**Company & Corresponding Email Addresses**

lpcgsi@aol.com
marko379@aol.com
mc2401@aol.com
mccluj@aol.com
mikemclare@aol.com
mkmartino@aol.com
pabornstein@aol.com
paullundmark@aol.com
pbabyak002@aol.com
philyang@aol.com
piyaratana@aol.com
pkhatau@aol.com
prtmaletta@aol.com
pspessoa@aol.com
rstew10446@aol.com
salbashir@aol.com
samho@aol.com
saz16@aol.com
sconnery@aol.com
seabirdiv@aol.com
serpiccioli@aol.com
shochfam@aol.com
slbus@aol.com
smoojoy@aol.com
snewland6@aol.com
ssmith7731@aol.com
steve@aol.com
tinireen@aol.com
vmaultsby@aol.com
wbest768@aol.com
weisowl4@aol.com
wmtramirez@aol.com
wpan562118@aol.com

**aoltw**
mackereth.ruckman@aoltw.com
**aon**
andrew_ward@aon.com
brian.lawrence@aon.com
chi_man_wong@aon.nl
clare.hennings@aon.co.uk
greg_r_briskey@aon.com
john.griffiths@aon.co.uk
john_lagedrost@aon.com
keith_c_lemmer@aon.com
nigel.sedgwick@aon.co.uk
robert.jurkowski@aon.co.uk
robert_johnigan@aon.com
tiffany_rockette@asc.aon.com
william_r_anderson@aon.com
**aozora-apf**
michaelcheung@aozora-apf.com
**aozorabank**
a.iisaka@aozorabank.co.jp
a.kawase@aozorabank.co.jp

**Company & Corresponding Email Addresses**

a.morishima@aozorabank.co.jp
a.nitabaru@aozorabank.co.jp
a.pui@aozorabank.co.jp
a.sakai@aozorabank.co.jp
a1.satou@aozorabank.co.jp
a2.nakajima@aozorabank.co.jp
azbk001@aozorabank.co.jp
c.iida@aozorabank.co.jp
e.kobayashi@aozorabank.co.jp
f.hiura@aozorabank.co.jp
f.smyth@aozorabank.co.jp
h.funatsu@aozorabank.co.jp
h.kajitani@aozorabank.co.jp
h.kuroda@aozorabank.co.jp
h.mizukami@aozorabank.co.jp
h.nakaya@aozorabank.co.jp
h2.kinoshita@aozorabank.co.jp
j.fiorello@aozorabank.co.jp
j.hata@aozorabank.co.jp
j.mccloskey@aozorabank.co.jp
j.mudie@aozorabank.co.jp
k.furuta@aozorabank.co.jp
k.horikawa@aozorabank.co.jp
k.hosono@aozorabank.co.jp
k.otake@aozorabank.co.jp
k.ozaki@aozorabank.co.jp
k.yamakoshi@aozorabank.co.jp
k2.ono@aozorabank.co.jp
k3.nomura@aozorabank.co.jp
k4.tanaka@aozorabank.co.jp
l.millstein@aozorabank.co.jp
m.horiba@aozorabank.co.jp
m.kakuchi@aozorabank.co.jp
m.matsuura@aozorabank.co.jp
m.nagatomi@aozorabank.co.jp
m.nirei@aozorabank.co.jp
m.noguchi@aozorabank.co.jp
m.ohara@aozorabank.co.jp
m.segawa@aozorabank.co.jp
m.takada@aozorabank.co.jp
m.yanagi@aozorabank.co.jp
m1.harada@aozorabank.co.jp
n.terashima@aozorabank.co.jp
n.tokuda@aozorabank.co.jp
n1.sugimoto@aozorabank.co.jp
r.abe@aozorabank.co.jp
r4.tanaka@aozorabank.co.jp
refd@aozorabank.co.jp
s.hashiguchi@aozorabank.co.jp
s.hosobuchi@aozorabank.co.jp
s.kyoutaki@aozorabank.co.jp
s1.tanaka@aozorabank.co.jp
s2.yamaguchi@aozorabank.co.jp
s4.nakamura@aozorabank.co.jp

## Company & Corresponding Email Addresses

t.amano@aozorabank.co.jp
t.inaba@aozorabank.co.jp
t.okuda@aozorabank.co.jp
t.osawa@aozorabank.co.jp
t.oyama@aozorabank.co.jp
t.umino@aozorabank.co.jp
t.uzawa@aozorabank.co.jp
t.yamada@aozorabank.co.jp
t.yanagiya@aozorabank.co.jp
t1.hasegawa@aozorabank.co.jp
t1.katou@aozorabank.co.jp
t1.murakami@aozorabank.co.jp
t1.takeuchi@aozorabank.co.jp
t2.takahashi@aozorabank.co.jp
t3.matsui@aozorabank.co.jp
y.hanayama@aozorabank.co.jp
y.hijikata@aozorabank.co.jp
y.inagaki@aozorabank.co.jp
y.kashiwagi@aozorabank.co.jp
y.kuroda@aozorabank.co.jp
y.nishio@aozorabank.co.jp
y1.hamada@aozorabank.co.jp
y1.matsuura@aozorabank.co.jp
y1.sugimoto@aozorabank.co.jp

### aozora-invmgmt
a.pui@aozora-invmgmt.com
h.noeding@aozora-invmgmt.com
m.vasilache@aozora-invmgmt.com

### aozorobank
f.sacasa@aozorobank.co.jp

### ap1
anders.palmer@ap1.se
andreas.wollheim@ap1.se
anna-lena.winberg@ap1.se
carin.mansson@ap1.se
carl.lundstromer@ap1.se
carlfredrik.karner@ap1.se
cecilia.thomasson-blomquist@ap1.se
claes.nordengren@ap1.se
daniel.chapuis@ap1.se
elisabeth.kruth@ap1.se
erik.akesson@ap1.se
fredrik.aglo@ap1.se
gunnel.lindkvist@ap1.se
gustaf.hagerud@ap1.se
hans.gustafson@ap1.se
helena.kardell@ap1.se
jesper.sandin@ap1.se
johan.setterblad@ap1.se
jonas.jansson@ap1.se
juan.suarez@ap1.se
maria.hedin@ap1.se
mats.larsson@ap1.se
olof.jonasson@ap1.se

## Company & Corresponding Email Addresses

ossian.ekdahl@ap1.se
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
per.lundborg@ap1.se
per.snarberg@ap1.se
richard.koch@ap1.se
sofi.eriksson@ap1.se
stefan.bergsten@ap1.se
tony.karlsson@ap1.se

**ap3**
ac.hormgard@ap3.se
anders.augusen@ap3.se
anette.hellstom@ap3.se
bengt.hansson@ap3.se
bengt.hellstrom@ap3.se
claudia.stanghellini@ap3.se
david.stillberger@ap3.se
eskil.svensson@ap3.se
hans.ericsson@ap3.se
hans.lindberg@ap3.se
inge.andersson@ap3.se
jannis.asdres@ap3.se
jerk.matero@ap3.se
kerim.kaskal@ap3.se
klas.akerback@ap3.se
lars.orest@ap3.se
lena.djurberg@ap3.se
magnus.eriksson@ap3.se
matthias.buhr-berg@ap3.se
nalini.bonnier@ap3.se
olle.bastmark@ap3.se
per.colleen@ap3.se
peter.lundkvist@ap3.se
sofie.emilsson-nilvall@ap3.se
stig.jonsson@ap3.se
ulrica.slane-sens@ap3.se
urban.eriksson@ap3.se

**ap4**
leif.hassel@ap4.se

**apam**
jonathan@apam.com
steveg@apam.com
trent@apam.com

**apcm**
bert@apcm.net
bill@apcm.net
chris@apcm.net
julee@apcm.net
randy@apcm.net

**apexfcu**
dave@apexfcu.com
steve@apexfcu.com

**apfs**
michael.crilley@apfs.com

## Company & Corresponding Email Addresses

### apfund1-3
mats.wallander@apfund1-3.se

### apicil
nicolas.pernet@apicil.com
patrick.delestra@apicil.com

### apicorp-arabia
dmoretto@apicorp-arabia.com
hfarid@apicorp-arabia.com
zraja@apicorp-arabia.com

### apioil
a.canestrelli@apioil.com
c.capizzi@apioil.com
f.ambrogi@apioil.com
f.nico@apioil.com
l.valeri@apioil.com
m.sigismondi@apioil.com
s.asta@apioil.com
s.cardello@apioil.com
t.rea@apioil.com

### apk
alfred.ungerboeck@apk.at
christian.boehm@apk.at
gerhard.neustaedter@apk.at
guenther.schiendl@apk.at
katharina.leeb@apk.at

### apl
rochard.kock@apl.se

### aplusmgmt
lance@aplusmgmt.com

### apoasset
a.backhaus@apoasset.de
a.dittmer@apoasset.de
a.tansley@apoasset.de
a.weber@apoasset.de
f.jansen@apoasset.de
k.kricks-brunnlieb@apoasset.de
m.hoppe@apoasset.de
m.momberg@apoasset.de
m.tetzlaff@apoasset.de
r.heussen@apoasset.de
u.noetges@apoasset.de
w.valder@apoasset.de

### apobank
andrea.schubert@apobank.de
andreas.wengler@apobank.de
bjoern.magnussen@apobank.de
boris.hussmann@apobank.de
christian.riedel@apobank.de
claus.wilsing@apobank.de
elke.frevert@apobank.de
ferenc.schmidt@apobank.de
frank.altrock@apobank.de
frank.kaup@apobank.de
frank.roggow@apobank.de

## Company & Corresponding Email Addresses

frank.schubert@apobank.de
guenter.nieden@apobank.de
horst.luszczyk@apobank.de
ines.rueberg@apobank.de
iven.gernetzke@apobank.de
joerg-peter.cauko@apobank.de
lothar.schroeder@apobank.de
marckai.freitag@apobank.de
martin.sachs@apobank.de
michael.franz@apobank.de
michael.grimm@apobank.de
mirko.engels@apobank.de
oliver.may@apobank.de
peter.nowaczyk@apobank.de
peter.staehler@apobank.de
rainald.brune@apobank.de
ralf.hoss@apobank.de
richard.ipesch@apobank.de
simon.piel@apobank.de
thorsten.hotz@apobank.de
ute.rehwald@apobank.de
uwe.krause@apobank.de
uwe.zeidler@apobank.de
viktor.heese@apobank.de

**apoireland**
andre.krzyzowski@apoireland.com

**apollocapital**
aschweibold@apollocapital.com
berry@apollocapital.com
fzappaterra@apollocapital.com
jfrank@apollocapital.com
jperri@apollocapital.com
jrochwerg@apollocapital.com
jscheir@apollocapital.com
jvanek@apollocapital.com
kpicache@apollocapital.com
mclellan@apollocapital.com
rbittencourt@apollocapital.com
rdennis@apollocapital.com
shines@apollocapital.com
sjoshi@apollocapital.com
slunat@apollocapital.com
tfuzesi@apollocapital.com

**apollodif**
jcoccaro@apollodif.com
jkorval@apollodif.com
kang@apollodif.com
katz@apollodif.com
manglani@apollodif.com
mtu@apollodif.com
schneider@apollodif.com

**apolloic**
abehrman@apolloic.com
aburke@apolloic.com

**Company & Corresponding Email Addresses**

adelia@apolloic.com
bagaria@apolloic.com
bkatz@apolloic.com
dalton@apolloic.com
evelazquez@apolloic.com
hosseinzadeh@apolloic.com
imazzella@apolloic.com
jbriones@apolloic.com
jmann@apolloic.com
reynolds@apolloic.com
ruberton@apolloic.com
sack@apolloic.com
taker@apolloic.com
tpowell@apolloic.com

**apollolp**

africk@nyc.apollolp.com
ament@nyc.apollolp.com
benjamin@nyc.apollolp.com
bpatel@apollolp.com
constantino@apollolp.com
dbellissimo@apollolp.com
dennis@apollolp.com
ejohnson@apollolp.com
gklavdianos@apollolp.com
katz@co.apollolp.com
kcrowe@apollolp.com
parker@apollolp.com
penn@nyc.apollolp.com
pentikis@nyc.apollolp.com
ppawlowski@apollolp.com
press@apollolp.com
rowan@nyc.apollolp.com
seminara@apollolp.com
tstromstedt@apollolp.com
wildauer@nyc.apollolp.com

**apollorealestate**

jbeaman@apollorealestate.com
jkelley@apollorealestate.com
jmoy@apollorealestate.com
mcosgrove@apollorealestate.com
wurwarg@apollorealestate.com

**apollotrust**

jimd@apollotrust.com

**aposcapital**

isender@aposcapital.com

**apothcap**

alan@apothcap.com
jerel@apothcap.com
kari@apothcap.com
mike@apothcap.com
rick@apothcap.com
ryan@apothcap.com
tom@apothcap.com

**apple**

**Company & Corresponding Email Addresses**

  aya@apple.com
  jkurniawan@apple.com
  millerm@apple.com
  mshapiro@apple.com
  todorov@apple.com
  tomei@apple.com

**apple-bank**

  dvanhorne@apple-bank.com
  sfriedman@apple-bank.com

**appletonpartners**

  aclough@appletonpartners.com
  btracy@appletonpartners.com
  jladge@appletonpartners.com
  jnoonan@appletonpartners.com

**ar**

  paula.bujia@ar.schroders.combb

**arabbank**

  amer.matar@arabbank.co.uk
  andrew.simmons@arabbank.co.uk
  angela.al-alaiwat@arabbank.com.bh
  barry.jaggs@arabbank.co.uk
  bryan.goh@arabbank.co.uk
  christopher.cheong@arabbank.com.sg
  colin.couchman@arabbank.co.uk
  david.wyatt@arabbank.co.uk
  diana.lim@arabbank.com.sg
  ggattiker@arabbank.ch
  ian.greenwood@arabbank.co.uk
  john.tan@arabbank.com.sg
  karim.dashti@arabbank.com
  kheiry.amr@arabbank.co.uk
  lynette.boey@arabbank.com.sg
  mcchee@arabbank.com.sg
  stuart.davies@arabbank.co.uk
  vlehmann@arabbank.ch

**arabbanking**

  abdelrahman.tarzi@arabbanking.com
  ahmed.abbas@arabbanking.com
  akeel.ghaith@arabbanking.com
  amitabh.arolkar@arabbanking.com
  amr.ghadallah@arabbanking.com
  aref.barbeer@arabbanking.com
  arif.mumtaz@arabbanking.com
  ayman.zaidan@arabbanking.com
  bill.harrington@arabbanking.com
  david.siegel@arabbanking.com
  emad.alsaudi@arabbanking.com
  essam.elwakil@arabbanking.com
  faris.hayek@arabbanking.com
  grant.mcdonald@arabbanking.com
  ian.wright@arabbanking.com
  karim.dashti@arabbanking.com
  mahmood.zewam@arabbanking.com
  mohsin.qassim@arabbanking.com

## Company & Corresponding Email Addresses

mujeebu.rahman@arabbanking.com
mukund.ballal@arabbanking.com
na@arabbanking.com
osama.mohamed@arabbanking.com
pradeep.mehra@arabbanking.com
robert.fitzsimons@arabbanking.com
saamer.azzuz@arabbanking.com
talal.alghalib@arabbanking.com
talha.karim@arabbanking.com

### arabbankusa
ecaravanos@arabbankusa.com
wghazar@arabbankusa.com

### aragon
ahahnel@aragon.se
eheneskog@aragon.se
mlarsson@aragon.se

### aramea-ag
thomas.pergande@aramea-ag.de

### arbella
kevin.drew@arbella.com

### arbor
safsd@arbor.com

### arborcapital
cbick@arborcapital.com
cronan@arborcapital.com

### arborresearch
charles.carmody@arborresearch.com
tmilani@arborresearch.com

### arcafondi
alessandra.casati@arcafondi.it
amelia.benevento@arcafondi.it
andrea.dalsanto@arcafondi.it
andrea.zavolta@arcafondi.it
angelo.vanelli@arcafondi.it
attilio.ferrari@arcafondi.it
benedetta.rospigliosi@arcafondi.it
carlo.mogni@arcafondi.it
cinzia.pedemonte@arcafondi.it
daniele.savare@arcafondi.it
daniele.zujani@arcafondi.it
davide.digioia@arcafondi.it
davide.guglielminotti@arcafondi.it
dennis.montagna@arcafondi.it
diego.dargenio@arcafondi.it
elena.daverio@arcafondi.it
enzo.salvati@arcafondi.it
fabrizio.petrineschi@arcafondi.it
federico.mosca@arcafondi.it
franca.ruta@arcafondi.it
francesco.cordua@arcafondi.it
francesco.merli@arcafondi.it
giada.vello@arcafondi.it
giampaolo.novelli@arcafondi.it
giovanni.radicella@arcafondi.it

## Company & Corresponding Email Addresses

giuliano.palumbo@arcafondi.it
giuseppe.novelli@arcafondi.it
laura.cereda@arcafondi.it
laura.gabaglio@arcafondi.it
linda.trovato@arcafondi.it
lorenzo.foroni@arcafondi.it
luca.piano@arcafondi.it
luca.soria@arcafondi.it
marco.cassani@arcafondi.it
marco.mauri@arcafondi.it
marco.migliorin@arcafondi.it
marco.pellini@arcafondi.it
marco.vicinanza@arcafondi.it
marina.leone@arcafondi.it
marisa.pastore@arcafondi.it
maristella.savino@arcafondi.it
marzio.lanzoni@arcafondi.it
massimiliano.fumagalli@arcafondi.it
massimiliano.liberatore@arcafondi.it
massimo.bigoni@arcafondi.it
miranda.agosti@arcafondi.it
paola.spinella@arcafondi.it
paolo.guglielmini@arcafondi.it
paolo.mazzocca@arcafondi.it
patrizia.bianchi@arcafondi.it
pierluigi.spagnolo@arcafondi.it
raffaele.medugno@arcafondi.it
roberta.marconcini@arcafondi.it
roberto.occhipinti@arcafondi.it
settimio.stigliano@arcafondi.it
simone.binismaghi@arcafondi.it
simone.facchinato@arcafondi.it
stefano.ghetti@arcafondi.it
theresa.liu@arcafondi.it
tiziana.rossi@arcafondi.it
valter.nosenzo@arcafondi.it

**arcasim**
f.marcon@arcasim.it
f.pozzoli@arcasim.it

**archipel**
christopher.palm@archipel.se
claes-erik.rydberg@archipel.se
keith.goodman@archipel.se

**architas-mm**
caspar.rock@architas-mm.com

**arco**
janderson@arco.com
jmiller@arco.com
nreynol@mail.arco.com

**arcocapital**
jcanto@arcocapital.com

**ardsley**
andrea@ardsley.com
aneta@ardsley.com

## Company & Corresponding Email Addresses

anne@ardsley.com
ben@ardsley.com
bob@ardsley.com
charlie@ardsley.com
dot@ardsley.com
george@ardsley.com
james@ardsley.com
jan@ardsley.com
jeffk@ardsley.com
joe@ardsley.com
kirk@ardsley.com
michael@ardsley.com
noel@ardsley.com
pam@ardsley.com
phil@ardsley.com
robyn@ardsley.com
sharon@ardsley.com
spencer@ardsley.com
steve@ardsley.com
todd@ardsley.com
tom@ardsley.com

**aresiaavc**
claudio.arenas@aresiaavc.fr

**argentaria**
g.sandovala@argentaria.es
panabitarte@argentaria.es

**argyle-investment**
marcfreeman@argyle-investment.com
robing@argyle-investment.com
tonym@argyle-investment.com

**ariel**
arogers@ariel.com

**arielcapital**
cwatters@arielcapital.com
gleong@arielcapital.com
mmcguire@arielcapital.com

**arielinvestments**
aparikh@arielinvestments.com
atodd@arielinvestments.com
aweitz@arielinvestments.com
cbobrinskoy@arielinvestments.com
ccargie@arielinvestments.com
cmccann@arielinvestments.com
emojica@arielinvestments.com
jalletto@arielinvestments.com
jmiller@arielinvestments.com
jtyler@arielinvestments.com
kkuhrt@arielinvestments.com
lwyatt@arielinvestments.com
mdonelson@arielinvestments.com
mhobson@arielinvestments.com
msauer@arielinvestments.com
rgoldsborough@arielinvestments.com
rkohn@arielinvestments.com

| Company & Corresponding Email Addresses |
|---|
| scarollo@arielinvestments.com |
| tfidler@arielinvestments.com |

**arig**
devanand.t@arig.com.bh
tholoor.t@arig.com.bh

**arizona**
maxwell@eller.arizona.edu

**ark**
eg@ark.demon.co.uk
jh@ark.demon.co.uk
pete.iaconis@ark.com

**arkwright**
paul_lafleche@arkwright.com

**armfinancial**
toconnor@armfinancial.com

**arnerbank**
alessandro.censi@arnerbank.ch
domenico.fazio@arnerbank.ch
giacomo.picchetto@arnerbank.ch
gianmarco.mondani@arnerbank.ch
marco.accorroni@arnerbank.ch
maura.bettosini@arnerbank.ch
michael.tornese@arnerbank.ch
mirko.borghi@arnerbank.ch
niccolo.badoglio@arnerbank.ch
nico.cacciabue@arnerbank.ch
nicola.bravetti@arnerbank.ch
nicola.senni@arnerbank.ch
stefano.dedola@arnerbank.ch
tristan.brenner@arnerbank.ch

**arosmaizels**
christer.backstrom@arosmaizels.com

**arrowpointcap**
daniel.kyritsis@arrowpointcap.com
keping.liu@arrowpointcap.com

**art-allianz**
bernhard.arbogast@art-allianz.ch
jflynn@art-allianz.com
pbarnaby@art-allianz.com
thomas.schatzmann@art-allianz.ch
tlamb@art-allianz.com
wseery@art-allianz.com

**artemisinvest**
jac@artemisinvest.com
jci@artemisinvest.com
jit@artemisinvest.com
llm@artemisinvest.com
rsg@artemisinvest.com
sjb@artemisinvest.com

**artesia**
alain_engel@artesia.be
koen_godfried@artesia.be
wim_melyn@artesia.be

**artesiabc**

## Company & Corresponding Email Addresses

jeffrey.van.impe@artesiabc.be
kathleen.de.boever@artesiabc.be
peter.grijseels@artesiabc.be
propequities@artesiabc.be
roger.osullivan@artesiabc.be

### artesiamortgage
peterb@artesiamortgage.com

### artisanpartners
adriane.collimore@artisanpartners.com
jim.kieffer@artisanpartners.com

### arvest
bakers@arvest.com
jcalvin@arvest.com
jcornett@arvest.com
sphillips@arvest.com

### asagu-life
d0143@asagu-life.co.jp

### asahi-life
d0132@asahi-life.co.jp
d0137@asahi-life.co.jp
d0138@asahi-life.co.jp
d0139@asahi-life.co.jp
d0141@asahi-life.co.jp
d0203@asahi-life.co.jp
d0309@asahi-life.co.jp
hosoi_koutarou@mail.asahi-life.co.jp
hotta_koji@mail.asahi-life.co.jp
inoue_yoshihisa@mail.asahi-life.co.jp
kaga_ichio@mail.asahi-life.co.jp
karukomi_kazutaka@mail.asahi-life.co.jp
kawakami_kazuhiro@mail.asahi-life.co.jp
kikuchi_hirofumi@mail.asahi-life.co.jp
masuda_kaoru@mail.asahi-life.co.jp
mori_hideaki@emai.asahi-life.co.jp
murata_toshiaki@mail.asahi-life.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
sekiguchi_hiroshi@mail.asahi-life.co.jp
tamaru_manabu@mail.asahi-life.co.jp
toki_shinichi@mail.asahi-life.co.jp
tsuji_masanao@mail.asahi-life.co.jp
uchimura_nobuaki@mail.asahi-life.co.jp
yokoyama_makoto@mail.asahi-life.co.jp

### asatsu-dk
n173224@asatsu-dk.co.jp

### asbai
aaron.mo@asbai.com
abhay.deshpande@asbai.com
alan.barr@asbai.com
alan.sista@asbai.com
alana.baldassari@asbai.com
allen.sista@asbai.com
andrew.gundlach@asbai.com
anita.krishnamoorthy@asbai.com
bethany.klein@asbai.com

## Company & Corresponding Email Addresses
bridget.gagen@asbai.com
charles.devaulx@asbai.com
debbie.lusman@asbai.com
edgardo.khafif@asbai.com
edward.dwek@asbai.com
george.ross@asbai.com
ian.mcgonigle@asbai.com
ira.gorsky@asbai.com
jason.dahl@asbai.com
john.napolitano@asbai.com
jonathan.spitzer@asbai.com
kerry.byrne@asbai.com
kevin.mcgovern@asbai.com
kim.silberman@asbai.com
kimberly.greene@asbai.com
larry.ioffredo@asbai.com
mark.wright@asbai.com
matt.lamphier@asbai.com
maureen.maydick@asbai.com
oanh.nguyen@asbai.com
paul.dowicz@asbai.com
phillip.marriott@asbai.com
rachel.benepe@asbai.com
reginald.luly@asbai.com
ren.richmond@asbai.com
robert.folino@asbai.com
robert.hordon@asbai.com
sheryl.finch@asbai.com
sibel.karantay@asbai.com
thibaut.pizenberg@asbai.com
vinodh.nalluri@asbai.com

### asbcm
akennedy@asbcm.com
akowell@asbcm.com
bcharles@asbcm.com
bwasilewski@asbcm.com
dmulvey@asbcm.com
dritt@asbcm.com
eodonoghue@asbcm.com
herrigo@asbcm.com
hfoster@asbcm.com
jedwards@asbcm.com
lballard@asbcm.com
lburleigh@asbcm.com
llocher@asbcm.com
shudson@asbcm.com
srichey@asbcm.com
tmccubbin@asbcm.com

### asbinc
charles.edward@asbinc.com
colin.morris@asbinc.com
despende.abhey@asbinc.com
edward.charles@asbinc.com
frank.woglam@asbinc.com

## Company & Corresponding Email Addresses

leslie.teicholz@asbinc.com
meghan.horrigan@asbinc.com
robert.hordon@asbinc.com

### asbnet
ccontreras@asbnet.com
pschwob@asbnet.com
ptravezan@asbnet.com

### asbonline
mepps@asbonline.com

### asda
robert.mcwilliam@asda.co.uk

### asdas
asdasda@asdas.com

### aseansec
wtang@aseansec.og

### asglp
agilbert@asglp.com
bblodgett@asglp.com
dmitry@asglp.com
twitt@asglp.com

### ashland
treasuryinvestments@ashland.com

### ashmorebrazil
eclopes@ashmorebrazil.com.br
tcjacinto@ashmorebrazil.com.br

### ashmoregroup
alex.cawley@ashmoregroup.com
andrew.edmonson@ashmoregroup.com
andrew.grijns@ashmoregroup.com
brent.dejong@ashmoregroup.com
bronwyn.hill@ashmoregroup.com
cathy.campbell@ashmoregroup.com
cemil.urganci@ashmoregroup.com
claire.sowry@ashmoregroup.com
dawn.porter@ashmoregroup.com
edward.cole@ashmoregroup.com
fernando.assad@ashmoregroup.com
graham.pearse@ashmoregroup.com
herbert.saller@ashmoregroup.com
irfan.janmohamed@ashmoregroup.com
jan.dehn@ashmoregroup.com
jerome.booth@ashmoregroup.com
joanna.kalmer@ashmoregroup.com
joanne.baxter@ashmoregroup.com
jules.green@ashmoregroup.com
ousmene.mandeng@ashmoregroup.com
peter.drew@ashmoregroup.com
ricardo.xavier@ashmoregroup.com
robin.forrest@ashmoregroup.com
seumas.dawes@ashmoregroup.com
sheena.popat@ashmoregroup.com
sue.smith@ashmoregroup.com

### asiandevbank
ihaley@mail.asiandevbank.org

## Company & Corresponding Email Addresses
jlimandibrata@mail.asiandevbank.org
mkubota@mail.asiandevbank.org

**asiaonline**
sdkang@asiaonline.net

**asiaparibas**
swee-chiew.tan@asiaparibas.com

**asrs**
adelk@asrs.state.az.us
johnld@asrs.state.az.us
michaelv@asrs.state.az.us

**assegurances**
gvera@assegurances.sanostra.es
jgomezd@assegurances.sanostra.es
mfleixac@assegurances.sanostra.es

**asset**
ann.dewar@aberdeen.asset.com

**assetmanagement**
daniel.gloor@assetmanagement.za.ch
francisca.riederer@assetmanagement.zh.ch

**asso**
jacques.gerbi@magdebourg.asso.fr

**associatedbank**
allen.larson@associatedbank.com
annette.guyekordus@associatedbank.com
bob.nuthals@associatedbank.com
chan.barden@associatedbank.com
dave.fisher@associatedbank.com
david.hoff@associatedbank.com
deborah.hoeft@associatedbank.com
dennis.olsta@associatedbank.com
diane.lightfield@associatedbank.com
greg.dahlman@associatedbank.com
jason.herried@associatedbank.com
jennifer.nixon@associatedbank.com
joe.selner@associatedbank.com
john.thayer@associatedbank.com
joseph.dutkiewicz@associatedbank.com
kim.hilgers@associatedbank.com
kristen.oxenford@associatedbank.com
lloyd.francis@associatedbank.com
mark.heaselden@associatedbank.com
mark.hilgendorf@associatedbank.com
mark.tumpach@associatedbank.com
michael.mahlik@associatedbank.com
mike.hochholzer@associatedbank.com
mike.spalding@associatedbank.com
pat.fry@associatedbank.com
pat.hogan@associatedbank.com
patricia.baker@associatedbank.com
steve.hoffman@associatedbank.com
steve.pipp@associatedbank.com
susan.farrell@associatedbank.com
susie.anderson@associatedbank.com
thomas.toerpe@associatedbank.com

## Company & Corresponding Email Addresses

val.glytas@associatedbank.com

**assurant**

cindy.landreth@assurant.com

**astonbank**

a.gentili@astonbank.com
g.supino@astonbank.com
l.serra@astonbank.com
r.colangelo@astonbank.com
s.rivellini@astonbank.com

**aston-bond**

a.fabiani@aston-bond.com
c.costa@aston-bond.com
c.negro@aston-bond.com
f.guffanti@aston-bond.com
l.bruni@aston-bond.com
l.schettino@aston-bond.com
m.gualdani@aston-bond.com
m.pecchi@aston-bond.com
s.vigoni@aston-bond.com
vcosta@aston-bond.com

**astoriafederal**

ffusco@astoriafederal.com
lharper@astoriafederal.com
tlucifero@astoriafederal.com

**astra**

rina.andriani@ai.astra.co.id

**asv**

awiele@asv.de

**atag**

baumannp@atag.com
maderb@atag.com
weibeld@atag.com

**atalanta**

baruch@atalanta.com

**atalantasosnoff**

agm@atalantasosnoff.com
asn@atalantasosnoff.com
cbs@atalantasosnoff.com
cg@atalantasosnoff.com
dts@atalantasosnoff.com
gmk@atalantasosnoff.com
jpm@atalantasosnoff.com
jvs@atalantasosnoff.com
kwn@atalantasosnoff.com
mgm@atalantasosnoff.com
mts@atalantasosnoff.com
pak@atalantasosnoff..com
rfr@atalantasosnoff.com
rma@atalantasosnoff.com
rn@atalantasosnoff.com
sgd@atalantasosnoff.com
wmk@atalantasosnoff.com

**atgsystems**

jspagoletti@atgsystems.com

**Company & Corresponding Email Addresses**

ntritton@atgsystems.com

**atlanti**

atlanti@atlanti.ch

**atlanticasset**

acheng@atlanticasset.com
amoran@atlanticasset.com
apellicci@atlanticasset.com
bbayer@atlanticasset.com
bschmauch@atlanticasset.com
bsegura@atlanticasset.com
ccole@atlanticasset.com
ccomito@atlanticasset.com
dmcmillan@atlanticasset.com
dtrotter@atlanticasset.com
ehunt@atlanticasset.com
fsheikh@atlanticasset.com
gcapasso@atlanticasset.com
jpratt@atlanticasset.com
jsellers@atlanticasset.com
mdineen@atlanticasset.com
mmogavero@atlanticasset.com
sarnone@atlanticasset.com
ssaurack@atlanticasset.com

**atlanticinvestment**

berson@atlanticinvestment.net
brenner@atlanticinvestment.net
canaan@atlanticinvestment.net
capasso@atlanticinvestment.net
carlson@atlanticinvestment.net
chang@atlanticinvestment.net
gevert@atlanticinvestment.net
graziosa@atlanticinvestment.net
hanford@atlanticinvestment.net
hardwick@atlanticinvestment.net
huey@atlanticinvestment.net
ivanova@atlanticinvestment.net
jenckes@atlanticinvestment.net
kobuse@atlanticinvestment.net
krasne@atlanticinvestment.net
meek@atlanticinvestment.net
orourke@atlanticinvestment.net
roepers@atlanticinvestment.net
sawwan@atlanticinvestment.net
siddiqui@atlanticinvestment.net
vanpraagh@atlanticinvestment.net
yamada@atlanticinvestment.net

**atlanticinvestments**

mito@atlanticinvestments.net
moy@atlanticinvestments.net

**atlantico**

jcabanas@atlantico.com

**atlascopco**

erik.johnsen@se.atlascopco.com
hans.ola.meyer@atlascopco.se

## Company & Corresponding Email Addresses

mattias.olsson@atlascopco.com

### atlasventure
jbesse@atlasventure.fr

### atofina
stephane.everaerts@atofina.com

### atrs
wayne.greathouse@atrs.state.ar.us

### att
akondo@yhc.att.ne.jp
carol.gould@att.com
cmlockhart@att.com
jsboyd-secu@att.net
ktakashi@cba.att.ne.jp
leskarpru@att.net
lightninglou@worldnet.att.net
normkurland@att.net
ozawa@tkg.att.ne.jp
rangelica@ems.att.com
rochelle@att.com
sskell@att.blackberry.net
w.bethke@worldnet.att.net

### attbi
bbtracy@attbi.com

### au
istewart@westpac.au.com

### aua
fritz.otti@aua.com
harold.weilbold@aua.com

### auburn
moorec5@mail.auburn.edu

### augustus
adrian.owens@augustus.co.uk
alex.mcknight@augustus.co.uk
andrew.bourke@augustus.co.uk
andrew.snowball@augustus.co.uk
ben.helm@augustus.co.uk
chris.hood@augustus.co.uk
clare.hepburn@augustus.co.uk
daniel.sheard@augustus.co.uk
edward.dove@augustus.co.uk
haroon.shaikh@augustus.co.uk
james.mcalevey@augustus.co.uk
johannes.wagner@augustus.co.uk
kelly.shea@augustus.co.uk
marcus.norwood@augustus.co.uk
mark.banford-lawrence@augustus.co.uk
mark.dragten@augustus.co.uk
michael.allen@augustus.co.uk
michael.hepburn@augustus.co.uk
paul.mcnamara@augustus.co.uk
steven.wright@augustus.co.uk
tim.haywood@augustus.co.uk
victoria.friend@augustus.co.uk
william.wallis@augustus.co.uk

## Company & Corresponding Email Addresses

**augutus**
thomas.oshea@augutus.co.uk

**aul**
chris.pahlke@aul.com
dave_sapp@aul.com
jason_w_bear@aul.com
kent_adams@aul.com
kristin_n_bevington@aul.com
maryann_kriener@aul.com

**auna**
rodolfo.martin@auna.es

**auscal**
avatankha@auscal.com
cfox@auscal.com

**autogrill**
alberto.de-vecchi@autogrill.net
claudio.demolli@autogrill.net
nicola.toffolatti@autogrill.net
rocco.caruso@autogrill.net

**autostrade**
atschopp@autostrade.it
eangrisani@autostrade.it
gcastellucci@autostrade.it
msonego@autostrade.it
pcordova@autostrade.it
vgamberale@autostrade.it

**av**
andrepeter.horovitz@erstebank.av

**available**
not@available.com

**avatar-associates**
ceddy@avatar-associates.com
fbrimberg@avatar-associates.com
lseibert@avatar-associates.com
nbendig@avatar-associates.com
nepstein@avatar-associates.com
ttheodore@avatar-associates.com

**avenir**
peter.ramsay@avenir.fi

**averagp**
chrispaul@averagp.com

**aviva**
alain_grandjean@aviva.fr
alban_tourrade@aviva.fr
andrew.moss@aviva.com
bernard_guillaume@aviva.fr
charles_afriat@aviva.fr
christine_mithouard@aviva.fr
daphne_heinz@aviva.fr
david_butler@aviva.com
denis_lehman@aviva.fr
fernley.dyson@aviva.com
francoise_labbe@aviva.fr
frederic_tassin@aviva.fr

## Company & Corresponding Email Addresses

gordon.harpin@aviva.com
jean.francois_boulier@aviva.fr
jean-pierre_salles@aviva.fr
john_westby@aviva.com
jonathan.macdonald@aviva.com
laurence_aubin@aviva.fr
laurent_bellity@aviva.fr
marc_lecointe@aviva.fr
neil.macguire@aviva.com
olivier_riottot@aviva.fr
pascal_heurtault@aviva.fr
paul_gagey@aviva.fr
philippe_vibertguigue@aviva.fr
stephane_echardour@aviva.fr
susan_sharrockyates@aviva.com
xavier_nicolas@aviva.fr

### avmltd

andrew.white@avmltd.com
angela.hillebrand@avmltd.com
baldemar.mejia@avmltd.com
bill.kantor@avmltd.com
bill.mccauley@avmltd.com
bob.hart@avmltd.com
bob.koets@avmltd.com
brandon.pellegrino@avmltd.com
brian.arsenault@avmltd.com
cameron.cohen@avmltd.com
cbenso@avmltd.com
chad.hladik@avmltd.com
chris.hite@avmltd.com
chris.matchett@avmltd.com
collateral@avmltd.com
daniel.dow@avmltd.com
dave.vealey@avmltd.com
david.allen@avmltd.com
david.mauroner@avmltd.com
david.sukoff@avmltd.com
deep.kumar@avmltd.com
eugenio.perez@avmltd.com
fowler.hatley@avmltd.com
gabe.anuar@avmltd.com
gail.schaumann@avmltd.com
garth.friesen@avmltd.com
greg.babij@avmltd.com
heather.mendenhall@avmltd.com
hiroshi.utsumi@avmltd.com
isaac.gamble@avmltd.com
jack.lin@avmltd.com
jason.prest@avmltd.com
jerry.dupont@avmltd.com
jim.sherman@avmltd.com
joey.boaen@avmltd.com
john.cieslowski@avmltd.com
john.johnson@avmltd.com

## Company & Corresponding Email Addresses

karim.basta@avmltd.com
kathleen.williams@avmltd.com
lester.coyle@avmltd.com
lincoln.power@avmltd.com
lisa.wu@avmltd.com
luis.cota@avmltd.com
matt.rhodes@avmltd.com
michelle.habyan@avmltd.com
monty.agarwal@avmltd.com
mreger@avmltd.com
pat.doyle@avmltd.com
paul.kanitra@avmltd.com
paulina.czabaj@avmltd.com
priya.ramanathan@avmltd.com
raymond.wong@avmltd.com
robert.arnold@avmltd.com
ron.tagoff@avmltd.com
rose.siciliano@avmltd.com
sabita.kumar@avmltd.com
sam.pearlman@avmltd.com
sanjiv@avmltd.com
sara.alexander@avmltd.com
scott.schneider@avmltd.com
scott.wyler@avmltd.com
sophie.bakalar@avmltd.com
terri.jackson@avmltd.com
treasuries@avmltd.com
trent.redman@avmltd.com

### avon
frank.sassano@avon.com
irene.moshouris@avon.com
suzanna.quinn@avon.com

### awbank
dkelleher@awbank.net

### axa
akihiro.matsuyama@axa.co.jp
akira.saida@axa.co.jp
blaise.bourgeois@axa.com
boris.moutier@axa.co.jp
christophe.demain@axa.be
christophe.lambert@axa.be
denis.vanbauwel@axa.be
eddy.vansantvoort@axa.be
elizabeth.baker@axa.co.jp
erik.maes@axa.be
etienne.bouaslaurent@axa.com
hidemasa.funada@axa.co.jp
hiroshi.yokouchi@axa.co.jp
izumi.uematsu@axa.co.jp
jean.sorasio@axa.co.jp
jun.onuma@axa.co.jp
junichi.saito@axa.co.jp
katsuaki.oshima@axa.co.jp
katsuhiko.oka@axa.co.jp

## Company & Corresponding Email Addresses

katsuhiro.egi@axa.co.jp
kazuya.sato@axa.co.jp
kenichiro.watanabe@axa.co.jp
kristel.devos@axa.be
kyoko.tominaga@axa.co.jp
laurent.cezard@axa.com
lieven.goosens@axa.be
lionel.derome@axa.be
martine.magnee@axa.be
masahiko.saito@axa.co.jp
michael.short@axa.co.jp
michael.vandenbroeck@axa.be
minoru.watanabe@axa.co.jp
moriyuki.ito@axa.co.jp
nadine.soetaert@axa.be
naoki.katsuta@axa.co.jp
naoto.nakagawa@axa.co.jp
nobuyuki.sekioka@axa.co.jp
paul.sampson@axa.co.jp
paul.schonen@axa.be
perrine.debellefroid@axa.be
peter.strobl@axa.at
rebecca.antoniou@axa.com
rodolphe.sagehomme@axa.be
satoshi.morita@axa.co.jp
serge.vandeuren@axa.be
serge.wibaut@axa.be
shin.futamata@axa.co.jp
takashi.fujimoto@axa.co.jp
tetsuomi.kawabuchi@axa.co.jp
tomokata.nakaoji@axa.co.jp
tomokazu.yoshida@axa.co.jp
tomoko.matsuda@axa.co.jp
ton.kennedie@axa.be
toshiyuki.murakami@axa.co.jp
toyokuni.tanaka@axa.co.jp
tskeshi.sugaya@axa.co.jp
veronique.limpens@axa.be
virginie.cayatte@axa.com
wim.malyster@axa.be
yoichiro.fukuro@axa.co.jp
yoshio.ito@axa.co.jp
yu.yanagisawa@axa.co.jp
yuko.nobuhara@axa.co.jp
yumi.igarashi@axa.co.jp

### axacs

caroline.portel@axacs.com
jane.graham@axacs.com
jennifer.lawn@axacs.com
kevin.max@axacs.com
maud.suarez@axacs.com
robert.walsh@axacs.com

### axa-financial

brian.firstman@axa-financial.com

**Company & Corresponding Email Addresses**

nicholas.liolis@axa-financial.com
william.goodwin@axa-financial.com

**axaframlington**

amanda.prince@axaframlington.com
andy.smith@axaframlington.com
anu.narula@axaframlington.com
caroline.wingfield@axaframlington.com
gemma.game@axaframlington.com
jeremy.gleeson@axaframlington.com
lesley.couzens@axaframlington.com
mark.tinker@axaframlington.com
matthew.lovatt@axaframlington.com
maura.brady@axaframlington.com
mauro.cecchi@axaframlington.com
nathalie.mbwaki@axaframlington.com
neil.denman@axaframlington.com
paul.middleton@axaframlington.com
stephen.kelly@axaframlington.com
tim.short@axaframlington.com

**axa-franceassurance**

alexandra.handjian@axa-franceassurance.fr
elisabeth.thiolas@axa-franceassurance.fr
vincent.godemel@axa-franceassurance.fr

**axa-im**

aarnout.snouck@axa-im.com
abdou.tall@axa-im.com
adam.ward@axa-im.com
adrian.wallwork@axa-im.com
ahmed.eltobgui@axa-im.com
alain.robert@axa-im.com
alex.lloyd@axa-im.com
alexandre.lacote@axa-im.com
alexandre.menendez@axa-im.com
alexandre.thierry@axa-im.com
alexis.andrieu@axa-im.com
alison.hockley@axa-im.com
amane.zouhairi@axa-im.com
amaury.boyenval@axa-im.com
anas.elmaizi@axa-im.com
ando.rakotobe@axa-im.com
andrea.dacquin@axa-im.com
andrea.stanton@axa-im.com
andrew.dales@axa-im.com
andrew.rydon@axa-im.com
andrew.wilmont@axa-im.com
andy.wace@axa-im.com
angela.oosterling@axa-im.com
anita.barczewski@axa-im.com
anita.barjenvski@axa-im.com
anna.stephan@axa-im.com
anne.gagliardini@axa-im.com
anne.ollier@axa-im.com
anne.rainguez@axa-im.com
annelise.lengrand@axa-im.com

**Company & Corresponding Email Addresses**

annemarie.eckart@axa-im.com
antoine.beaugendre@axa-im.com
antoine.decrepy@axa-im.com
antoine.esposito-morrone@axa-im.com
antoine.josserand@axa-im.com
antoine.massoud@axa-im.com
arnaud.bourgoin@axa-im.com
arnaud.maricourt@axa-im.com
arnaud.mounier@axa-im.com
arnaud.sankou@axa-im.com
arnault.maurel@axa-im.com
ashley.goldblatt@axa-im.com
aurelien.billard@axa-im.com
aurelien.lafaye@axa-im.com
aurore.martin@axa-im.com
aurore.wannesson-raynaud@axa-im.com
axel.botte@axa-im.com
axelle.favre@axa-im.com
barbara.atlas@axa-im.com
benjamin.komarnicki@axa-im.com
benoit.robaux@axa-im.com
benoit.soler@axa-im.com
benoit.trioux@axa-im.com
berenger.joseph@axa-im.com
bertrand.frehel@axa-im.com
bill.roden@axa-im.com
boutaina.zangui@axa-im.com
brenda.clarke@axa-im.com
brian.kirkland@axa-im.com
brian.mcmillan@axa-im.com
bruce.davidson@axa-im.com
bruno.guiot@axa-im.com
bruno.nierat@axa-im.com
camille.leguelvont@axa-im.com
camille.leguelvout@axa-im.com
caroline.tixier@axa-im.com
catherine.ancel@axa-im.com
chandima.mendis@axa-im.com
charles.carey@axa-im.com
charles.dautresme@axa-im.com
charlotte.brettel@axa-im.com
chris.ford@axa-im.com
christelle.curt@axa-im.com
christine.linxe@axa-im.com
christoph.fritsch@axa-im.com
christoph.metz@axa-im.com
christophe.bessagnet@axa-im.com
christophe.duverger@axa-im.com
christophe.florin@axa-im.com
christophe.herpet@axa-im.com
christophe.roupie@axa-im.com
christopher.iggo@axa-im.com
chrysoula.zervoudakis@axa-im.com
claire.doreau@axa-im.com

**Company & Corresponding Email Addresses**

claire.jiang@axa-im.com
corinne.gaborieau@axa-im.com
cynthia.voorhees@axa-im.com
cyril.benier@axa-im.com
cyril.mace@axa-im.com
damien.maisonniac@axa-im.com
daniel.benin@axa-im.com
daniel.cohen@axa-im.com
daniel.dewar@axa-im.com
daniel.leon@axa-im.com
daniel.mouen@axa-im.co.uk
daniel.pailler@axa-im.com
daniel.stegmeier@axa-im.com
daniele.chekroun@axa-im.com
david.benarous@axa-im.com
david.boutrou@axa-im.com
david.dyer@axa-im.com
david.finch@axa-im.com
david.sebanjeantet@axa-im.com
dean.batley@axa-im.com
deborah.shire@axa-im.com
delphine.delaveau@axa-im.com
denis.gould@axa-im.com
denis.znamenskiy@axa-im.com
diane.bruno@axa-im.com
didier.boublil@axa-im.com
didier.simonetti@axa-im.com
dominique.carrel-billiard@axa-im.com
donald.brydon@axa-im.com
duncan.archer@axa-im.com
duncan.freestone@axa-im.com
edward.robinet@axa-im.com
ekaterina.findlow@axa-im.com
elaine.dunne@axa-im.com
elena.harder@axa-im.com
eleonore.bunel@axa-im.com
elie.illouz@axa-im.com
emile.gosset@axa-im.com
emma.blundell@axa-im.com
emmanuel.bulle@axa-im.com
emmanuel.philis@axa-im.com
emmanuel@axa-im.com
eric.havard-duclos@axa-im.com
erwan.boscher@axa-im.com
eva.mulder@axa-im.com
farah.bouzida@axa-im.com
faycal.haddad@axa-im.com
firstname.surname@axa-im.com
florent.deixonne@axa-im.com
florian.grandcolas@axa-im.com
florina.minciu@axa-im.com
foule.diabiancel@axa-im.com
franck.mongison@axa-im.com
francois.brochard@axa-im.com

## Company & Corresponding Email Addresses

francois.klitting@axa-im.com
francois.touati@axa-im.com
francoisxavier.aubry@axa-im.com
francoisxavier.foucault@axa-im.com
franz.wenzel@axa-im.com
frederic.atlan@axa-im.com
frederic.bach@axa-im.com
frederic.bonard@axa-im.com
frederic.goudonneix@axa-im.com
frederic.suhit@axa-im.com
frederic.tempel@axa-im.com
gaelle.philippe@axa-im.com
gautier.bonnecuelle@axa-im.com
ghita.biaz@axa-im.com
gilles.dauphine@axa-im.com
gilles.guibout@axa-im.com
gordon.calver@axa-im.com
greg.wilks@axa-im.com
gregory.chemama@axa-im.com
guillaume.boulanger@axa-im.com
guillaume.dambrine@axa-im.com
guillaume.defrance@axa-im.com
guillaume.legal@axa-im.com
guillaume.pothier@axa-im.com
guillaume.robiolle@axa-im.com
hadiza.lair@axa-im.com
harinder.dhillon@axa-im.com
heras.mendaza@axa-im.com
herve.aubree@axa-im.com
herve.lievore@axa-im.com
herve.mangin@axa-im.com
ian.stephenson@axa-im.com
idir.louadj@axa-im.com
igrassin@axa-im.co.uk
ines.prevot-leygonie@axa-im.com
irina.topa-serry@axa-im.com
isabelle.pajot@axa-im.com
isabelle.philippon@axa-im.com
isabelle.tufenkjian@axa-im.com
iva.alexandrova@axa-im.com
jalel.kallel@axa-im.com
jamal.benerroua@axa-im.com
james.ogilvy@axa-im.com
james.pitt@axa-im.com
jamie.grant@axa-im.com
jasper.hennessey@axa-im.com
javier.carrallo@axa-im.co.uk
jayne.forbes@axa-im.com
jeanlouis.laforge@axa-im.com
jeanmarc.buis@axa-im.com
jeanmarc.maringe@axa-im.com
jeanmarc.piques@axa-im.com
jean-michel.tricot@axa-im.com
jeanne.follet@axa-im.com

**Company & Corresponding Email Addresses**

jeanphilippe.levilain@axa-im.com
jeanpierre.hellebuyck@axa-im.com
jeanpierre.leoni@axa-im.com
jenny.keeling@axa-im.com
jerome.broustra@axa-im.com
jerome.buret@axa-im.com
jerome.gaidet@axa-im.com
jerome.vierling@axa-im.com
jessica.matheron@axa-im.com
jim.goudie@axa-im.com
jim.stride@axa-im.com
joanna.munro@axa-im.com
joanna.turner@axa-im.com
joelle.selmer@axa-im.com
john.coultrap@axa-im.com
john.devlin@axa-im.com
john.madziyire@axa-im.com
jonathan.newman@axa-im.com
jong.frochaux@axa-im.com
julia.roulet@axa-im.com
julian.harris@axa-im.com
julian.webber@axa-im.com
julie.lamirel@axa-im.com
julien.creismeas@axa-im.com
julien.fourtou@axa-im.com
julien.petitpas@axa-im.com
kais.marrakchi@axa-im.com
karim.flitti@axa-im.com
kathy.nelson@axa-im.com
katia.giraud@axa-im.com
keith.robinson@axa-im.com
khiem.le@axa-im.com
kostas.nicolaou@axa-im.com
lars.meisinger@axa-im.com
laurence.devivier@axa-im.com
laurent.gaetani@axa-im.com
laurent.gueunier@axa-im.com
laurent.jacquemin@axa-im.com
laurent.riera@axa-im.com
laurent.talon@axa-im.com
lee.sanders@axa-im.com
lee.shepherd@axa-im.com
leila.bouraoui@axa-im.com
lenaig.pichavant@axa-im.com
lionel.cohen@axa-im.com
lionel.pernias@axa-im.com
lise.fauconnier@axa-im.com
lorraine.zafrani@axa-im.com
louis.dupouy@axa-im.com
lucio.sarno@axa-im.com
lucy.bonmartel@axa-im.com
lysiane.azizian@axa-im.com
magda.branet@axa-im.com
malick.niang@axa-im.com

## Company & Corresponding Email Addresses

malika.kourdi@axa-im.com
marc.basselier@axa-im.com
marie.chaperon@axa-im.com
marie.zedda@axa-im.com
mariefrance.boucher@axa-im.com
marion.lemorhedec@axa-im.com
mark.benstead@axa-im.com
martin.deux@axa-im.com
martine.legal@axa-im.com
mathieu.cranz@axa-im.com
matthew.fosterjohn@axa-im.com
matthew.huddart@axa-im.com
matthieu.bonte@axa-im.com
matthieu.declermont@axa-im.com
matthieu.guignard@axa-im.com
matthieu.martinmevel@axa-im.com
matthieu.stanic@axa-im.com
matthieu.tonneau@axa-im.com
matthieuemmanuel.levilion@axa-im.com
maud.chevroton@axa-im.com
maud.debreuil@axa-im.com
maud.klemberg@axa-im.com
maurizio.carulli@axa-im.com
megan.sobr@axa-im.com
mehdi.benjelloun@axa-im.com
melissa.mcdonald@axa-im.com
michael.aflalo@axa-im.com
michael.victoros@axa-im.com
michel.aubenas@axa-im.com
michel.fryszman@axa-im.com
michel.vannier@axa-im.com
mikael.pacot@axa-im.com
milan.stupar@axa-im.com
mohamed.darrazi@axa-im.com
mohamed.maalej@axa-im.com
mohamed.sellami@axa-im.com
myriam.elhachadi@axa-im.com
nadege.arbez@axa-im.com
nadine.tremollieres@axa-im.com
natasha.eagleton@axa-im.com
natasja.huysmans@axa-im.com
nathalie.frizzole@axa-im.com
nathalie.hirsbein@axa-im.com
nathalie.retif@axa-im.com
nathalie.savey@axa-im.com
neil.sutherland@axa-im.com
nick.murphy@axa-im.com
nick.waters@axa-im.com
nicolas.moreau@axa-im.com
nicole.montoya@axa-im.com
nora.zamit@axa-im.com
olaf.k.toelke@axa-im.com
olive.mccarron@axa-im.com
olivier.caillaux@axa-im.com

**Company & Corresponding Email Addresses**

olivier.cotelli@axa-im.com
olivier.delamotte@axa-im.com
olivier.dieudonne@axa-im.com
olivier.eugene@axa-im.com
olivier.levrier@axa-im.com
olivier.mouton@axa-im.com
othman.elmaoula@axa-im.com
parcdoinvest@axa-im.com
pascal.christory@axa-im.com
pascale.sagnier@axa-im.com
patrick.mabille@axa-im.com
paul.squires@axa-im.com
paul.vickars@axa-im.com
paula.jouandet-dahlen@axa-im.com
peggy.pirson@axa-im.com
perry.beaumont@axa-im.com
peter.andres@axa-im.com
philippe.argou@axa-im.com
philippe.berthelot@axa-im.com
philippe.descheemaeker@axa-im.com
philippe.oizon@axa-im.com
philippe.ruffat@axa-im.com
philippe.zhang@axa-im.com
pierre.biscay@axa-im.com
pierre.dallemagne@axa-im.com
pierreemmanuel.juillard@axa-im.com
pierrefrancois.demontserrat@axa-im.com
pierreyves.gauthier@axa-im.com
raphael.gallardo@axa-im.com
renaud.champion@axa-im.com
renaud.desferet@axa-im.com
renaudlatreille@axa-im.com
richard.fry@axa-im.com
richard.marwood@axa-im.com
robert.deguigne@axa-im.com
robert.kyprianou@axa-im.com
robert.tramonti@axa-im.com
rolando.rodrigues@axa-im.com
romain.larreur@axa-im.com
romain.riegert@axa-im.com
roy.dosramos@axa-im.com
russell.penn@axa-im.com
said.oumar@axa-im.com
salma.baho@axa-im.com
sam.chantana@axa-im.com
samer.helou@axa-im.com
samir.essafri@axa-im.com
sanda.molotcovroustel@axa-im.com
sandrine.richard@axa-im.com
sanjay.chawla@axa-im.com
sarah.lu@axa-im.com
sebastian.parishorvitz@axa-im.com
sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com

**Company & Corresponding Email Addresses**

sebastien.maillard@axa-im.com
serge.pizem@axa-im.com
shawn.france@axa-im.com
sheryl.asch@axa-im.com
simon.rechatin@axa-im.com
sophie.lemenestrel@axa-im.com
sophie.munier@axa-im.com
stefan.wolpert@axa-im.com
stellos.pantelitdakis@axa-im.com
stephane.boussidan@axa-im.com
stephane.jourdan@axa-im.com
stephane.lepriol@axa-im.com
stephanie.ferrieu@axa-im.com
stephanie.timsit@axa-im.com
steve.chapman@axa-im.com
stuart.talliss@axa-im.com
sunjay.mulot@axa-im.com
sylvain.desouza@axa-im.com
sylvie.lecomte@axa-im.com
tamsin.barth@axa-im.com
thedora.zemek@axa-im.com
thibaud.devitry@axa-im.com
thibaut.ferret@axa-im.com
thierry.vidal@axa-im.com
thomas.coudert@axa-im.com
thomas.jondeau@axa-im.com
tim.smith@axa-im.com
tim.withey@axa-im.com
timothe.rauly@axa-im.com
tina.heath@axa-im.com
tina.jeffery-heath@axa-im.com
tony.bauchet@axa-im.com
tony.lee@axa-im.com
tony.lockwood@axa-im.com
tony.smith@axa-im.com
tracy.small@axa-im.com
valerie.nannettedan@axa-im.com
van.dupuy@axa-im.com
victor.donev@axa-im.com
vincent.berrada@axa-im.com
vincent.demartel@axa-im.com
vincent.megard@axa-im.com
vincent.solnik@axa-im.com
virginie.derue@axa-im.com
vivienne.blackwell@axa-im.com
warren.stock@axa-im.com
william.sebban@axa-im.com
williams.riveramontalban@axa-im.com
xavier.galiez@axa-im.com
xavier.hoche@axa-im.com
yann.cordier@axa-im.com
yann.couellan@axa-im.com
yannick.leserviget@axa-im.com
**axa-multimanager**

## Company & Corresponding Email Addresses

simon.reynolds@axa-multimanager.com

**axa-pm**

gerald.servais@axa-pm.be

**axa-slim**

alison.bradley@axa-slim.co.uk
jason_maud@axa-slim.co.uk
loretta.allen@axa-slim.co.uk
mark.harvey@axa-slim.co.uk
muriel.l'homme@axa-slim.co.uk
stuart.fowler@axa-slim.co.uk
vantil.charles@axa-slim.co.uk

**axa-uk**

jean.drouffe@axa-uk.co.uk

**axa-winterthur**

steven.kaufmann@axa-winterthur.ch

**axelero**

judit.nemenyi@axelero.hu

**axelspringer**

frank.ecker@axelspringer.de
ute.schweizer@axelspringer.de

**axia-advisors**

dbonnier@axia-advisors.com
dglaymon@axia-advisors.com
grozenberg@axia-advisors.com
mmonnelly@axia-advisors.com
mwallis@axia-advisors.com
skleinwort@axia-advisors.com
ysiew@axia-advisors.com

**ay**

harada_yasushi@ay.smbc.co.jp
katsurada_hiroshige@ay.smbc.co.jp
komatsu_shin@ay.smbc.co.jp
matsumoto_naohiro@ay.smbc.co.jp

**ayco**

kgrimmer@ayco.com
scutting@ayco.com

**azasrs**

danielk@azasrs.gov
daveu@azasrs.gov
ericr@azasrs.gov
garyd@azasrs.gov
lupitab@azasrs.gov
mattd@azasrs.gov
sarahw@azasrs.gov

**azemos**

n.craven@azemos.ch

**azfund**

andrea.chiappini@azfund.com
andrea.ciaccio@azfund.com
claudio.basso@azfund.com
ivan.migliozzi@azfund.com
massimo.guiati@azfund.com
matteo.solfanelli@azfund.com
raffaella.sommariva@azfund.com

## Company & Corresponding Email Addresses

saverio.papagno@azfund.com
stefano.delpapa@azfund.com

### azgrp

patrick.ruoss@azgrp.ch

### azimut

alessandro.capeccia@azimut.it
alessandro.tonni@azimut.it
andrea.aliberti@azimut.it
chiara.roccaro@azimut.it
cinzia.peccenati@azimut.it
claudio.milito@azimut.it
fausto.artoni@azimut.it
gherardo.spinola@azimut.it
giorgio.frattini@azimut.it
giuseppe.pastorelli@azimut.it
guido.casella@azimut.it
luca.ottolini@azimut.it
marco.bellini@azimut.it
maria.grazia.filippi@azimut.it
ms@azimut.it
pietro.belotti@azimut.it
pietro.giuliani@azimut.it
roberto.bolgiani@azimut.it
sergio.gambazza@azimut.it
stefano.piloni@azimut.it

### azl-group

angelique.palmen@azl-group.com
dave.persoon@azl-group.com
dick.veldman@azl-group.com
henry.reynders@azl-group.com
j.muyrers@azl-group.com
john.van.den.berg@azl-group.com
marton.bloemer@azl-group.com
ralph.poulssen@azl-group.com
sander.huizinga@azl-group.com

### azoa

acameron@azoa.com
afinucane@azoa.com
bcoley@azoa.com
cb@azoa.com
cdudley@azoa.com
edimiceli@azoa.com
gbrown@azoa.com
gtall@azoa.com
jdulude@azoa.com
jfields@azoa.com
jweber@azoa.com
ljtyler@azoa.com
markdoehla@azoa.com
pcornell@azoa.com
rclark@azoa.com
schevalier@azoa.com
sueg@azoa.com
tkellis@azoa.com

## Company & Corresponding Email Addresses

wkurtz@azoa.com

### aztreasury

cpetkiewicz@aztreasury.gov
dales@aztreasury.gov
phumbert@aztreasury.gov

### b

a@b.com

### ba

ian.howick@ba.com
karen.schoenig@ba.com

### baa

alun_thomas@baa.co.uk
marcela_zeman@baa.co.uk
maureen_spence@baa.co.uk
russell_walls@baa.co.uk

### babsoncapital

aberman@babsoncapital.com
adasgupta@babsoncapital.com
adurland@babsoncapital.com
aforcier@babsoncapital.com
agibeau@babsoncapital.com
ajaiswal@babsoncapital.com
akleeman@babsoncapital.com
akulig@babsoncapital.com
alampert@babsoncapital.com
amees@babsoncapital.com
amusgnug@babsoncapital.com
apriljones@babsoncapital.com
bctieste@babsoncapital.com
bfitzgerald@babsoncapital.com
bgearing@babsoncapital.com
bjefferis@babsoncapital.com
bpeachey@babsoncapital.com
bsylvester@babsoncapital.com
caustin@babsoncapital.com
cbailey@babsoncapital.com
ccampbell@babsoncapital.com
cconsedine@babsoncapital.com
ccorley@babsoncapital.com
clombardi@babsoncapital.com
cnoreen@babsoncapital.com
croberts@babsoncapital.com
csanford@babsoncapital.com
dainsworth@babsoncapital.com
dbradin@babsoncapital.com
dcanuel@babsoncapital.com
dcoutu@babsoncapital.com
ddavis@babsoncapital.com
ddickey@babsoncapital.com
decheverria@babsoncapital.com
dhill@babsoncapital.com
dnagle@babsoncapital.com
dquirk@babsoncapital.com
dscaletta@babsoncapital.com

**Company & Corresponding Email Addresses**

dschwartz@babsoncapital.com
dsecrest@babsoncapital.com
dstevenson@babsoncapital.com
dtrevallion@babsoncapital.com
echang@babsoncapital.com
ejan@babsoncapital.com
ekung@babsoncapital.com
emarder@babsoncapital.com
emast@babsoncapital.com
eonukwugha@babsoncapital.com
epartlan@babsoncapital.com
eward@babsoncapital.com
fma@babsoncapital.com
fmason@babsoncapital.com
gbuchanan@babsoncapital.com
gtakacs@babsoncapital.com
hhill@babsoncapital.com
hkumar@babsoncapital.com
hmccrystal@babsoncapital.com
hodgett@babsoncapital.com
hpatel@babsoncapital.com
hyates@babsoncapital.com
idalton@babsoncapital.com
ihu@babsoncapital.com
jainsworth@babsoncapital.com
jbanas@babsoncapital.com
jbosworth@babsoncapital.com
jcaggiano@babsoncapital.com
jdepalma@babsoncapital.com
jdominick@babsoncapital.com
jfields@babsoncapital.com
jgallic@babsoncapital.com
jgebhard@babsoncapital.com
jgurski@babsoncapital.com
jkeers@babsoncapital.com
jkim@babsoncapital.com
jlohman@babsoncapital.com
jlonski@babsoncapital.com
jmccolley@babsoncapital.com
jmeehan@babsoncapital.com
jnolan@babsoncapital.com
jpedro@babsoncapital.com
jpowell@babsoncapital.com
jprince@babsoncapital.com
jrazzano@babsoncapital.com
jreddick@babsoncapital.com
jsamuel@babsoncapital.com
jsanford@babsoncapital.com
jshannon@babsoncapital.com
jtaber@babsoncapital.com
jwallis@babsoncapital.com
jwheeler@babsoncapital.com
jwillard@babsoncapital.com
kjames@babsoncapital.com

**Company & Corresponding Email Addresses**

kmauer@babsoncapital.com
kwoytowicz@babsoncapital.com
kylemorin@babsoncapital.com
lcampbell@babsoncapital.com
lkomanduri@babsoncapital.com
llamoureux@babsoncapital.com
lmaro@babsoncapital.com
lmoynihan@babsoncapital.com
lnicaretta@babsoncapital.com
lrichards@babsoncapital.com
lsavard@babsoncapital.com
mackerman@babsoncapital.com
marcabraham@babsoncapital.com
marclevine@babsoncapital.com
maudino@babsoncapital.com
mfarrell@babsoncapital.com
mfreno@babsoncapital.com
mhermsen@babsoncapital.com
mnatcharian@babsoncapital.com
mpatel@babsoncapital.com
mricco@babsoncapital.com
msiegel@babsoncapital.com
mswanson@babsoncapital.com
mturner@babsoncapital.com
nbarker@babsoncapital.com
nellestad@babsoncapital.com
pboehm@babsoncapital.com
pbogle@babsoncapital.com
pdaryani@babsoncapital.com
philipshea@babsoncapital.com
pjoyce@babsoncapital.com
pkenna@babsoncapital.com
pkirk@babsoncapital.com
ppolny@babsoncapital.com
pszczygiel2@babsoncapital.com
rbaumbach@babsoncapital.com
rbirla@babsoncapital.com
rchullani@babsoncapital.com
rcourtemanche@babsoncapital.com
rcrandall@babsoncapital.com
rfaulkner@babsoncapital.com
rgallagher@babsoncapital.com
rgonzalez@babsoncapital.com
rkathuria@babsoncapital.com
rogums@babsoncapital.com
rtaylor@babsoncapital.com
sboxer@babsoncapital.com
sehrenberg@babsoncapital.com
shale@babsoncapital.com
skwon@babsoncapital.com
slibera@babsoncapital.com
smontagna@babsoncapital.com
srivers@babsoncapital.com
ssnyder@babsoncapital.com

## Company & Corresponding Email Addresses

tdias2@babsoncapital.com
tduski@babsoncapital.com
tgore@babsoncapital.com
tli@babsoncapital.com
tmcdonnell@babsoncapital.com
tpiacentini@babsoncapital.com
tschulze@babsoncapital.com
tsnipe@babsoncapital.com
tzatko@babsoncapital.com
vgallagher@babsoncapital.com
vladyzhets@babsoncapital.com
vmuscolino@babsoncapital.com
vsoo@babsoncapital.com
wweiner@babsoncapital.com
yshen@babsoncapital.com
zoemcke@babsoncapital.com
zsummerscale@babsoncapital.com

### ba-ca

alexander.merwart@ba-ca.group-treasury.co.at
amandus.pernold@ba-ca.com
andrea.vaz-koenig@ba-ca.com
andreas.fleischmann@ba-ca.grou
andreas.madl@ba-ca.com
andreas.moran@ba-ca.com
andrew.hopson@ba-ca.com
bettina.janoschek@ba-ca.com
brigitte.pewal@ba-ca.com
bruno.einheimler@ba-ca.group-treasury.co.at
christian.karall@ba-ca.com
christian.rakos@ba-ca.com
christine.gruber@ba-ca.com
christine.tilscher@ba-ca.com
christoph.pfeiffer@ba-ca.com
daniel.probst@ba-ca.com
david.penstone@ba-ca.com
dieter.market@ba-ca.com
dominik.stepan@ba-ca.com
edoardo.fugini@ba-ca.com
eva.maerzendorfer@ba-ca.group-treasury.co.at
felix.dornaus@ba-ca.com
franz.fuxa@ba-ca.com
franz.gruber@ba-ca.com
franz.madl@ba-ca.com
franz.teizer@ba-ca.com
fridrich.galavics@ba-ca.group-treasury.co.at
gerald.podhorsky@ba-ca.com
gottfried.ransmayr@ba-ca.group-treasury.co.at
guido.schaffarik@ba-ca.com
gunter.schnaitt@ba-ca.com
hanne.moesenbacher@ba-ca.com
harald.kreuzmair@ba-ca.group-treasury.co.at
heikki.valli@ba-ca.com
heinz.meidlinger@ba-ca.com
herbert.pauritsch@ba-ca.com

## Company & Corresponding Email Addresses

hugo.neuhold@ba-ca.com
johannes.voelkl@ba-ca.com
juergen.sattler@ba-ca.com
karl.gorbach@ba-ca.com
karlheinz.mistlbachner@ba-ca.com
katrin.pranckl@ba-ca.com
ludwig.fischer@ba-ca.com
marco.roemer@ba-ca.com
mario.castellitz@ba-ca.com
martin.ligezinski@ba-ca.com
martin.neuhold@ba-ca.com
mathias.freistetter@ba-ca.com
matthias.gorisek@ba-ca.com
michael.aschauer@ba-ca.com
michael.eichelberger@ba-ca.com
michael.greilinger@ba-ca.com
michael.kastner@ba-ca.com
michael.meyer@ba-ca.com
michael.schneider@ba-ca.com
nikolas.besemer@ba-ca.com
oliver.dittrich@ba-ca.com
patrick.pfleger@ba-ca.com
peter.scherhammer@ba-ca.com
peter.schuster@ba-ca.com
peter-m.weber@ba-ca.com
renate.kienbacher@ba-ca.com
robert.bruckner@ba-ca.com
robertoliver.fuerst@ba-ca.group-treasury.co.at
roman.samer@ba-ca.com
rudolf.sellinger@ba-ca.group-treasury.co.at
sharif.el-hamalawi@ba-ca.group-treasury.co.at
silvia.lafer-stuppnig@ba-ca.com
stefan.mandl@ba-ca.com
stephan.hans@ba-ca.com
sven.trahan@ba-ca.com
thomas.benesch@ba-ca.com
thomas.burian@ba-ca.com
thomas.kundegraber@ba-ca.com
thomas.rauch@ba-ca.com
thomas.rosmanitz@ba-ca.com
uwe.schluetter@ba-ca.group-treasury.co.at
werner.mueller@ba-ca.group-treasury.co.at
wilhelm.holzer@ba-ca.com
wojciech.mazurkiewicz@ba-ca.com
wolfgang.rattay@ba-ca.com

### bacai

andrew.russell@us.bacai.com
bob.biringer@us.bacai.com
christina.schoen@us.bacai.com
dave.harnish@us.bacai.com
david.yewer@us.bacai.com
ernst .rumpf@at.bacai.com
eva .mayr@at.bacai.com
gary.kearns@us.bacai.com

## Company & Corresponding Email Addresses

gerald .gabriel@at.bacai.com
hans.liska@at.bacai.com
markus.holzer@at.bacai.com
patrick.oneil@us.bacai.com
steve.kalin@us.bacai.com
thomas.sommer@at.bacai.com
tyler.mccarthy@us.bacai.com
ulf.lichtenberg@at.bacai.com
warren.seidel@us.bacai.com
wayne.gladen@uk.bacai.com

### backbayadvisors
treed@backbayadvisors.com

### backbaymgmt
rbarnes@backbaymgmt.com

### baclaysglobal
diane.misra@baclaysglobal.com

### bae
julian.donlad@bae.co.uk

### baerbms
esther.bruessow@baerbms.com

### baesystems
andrew.wrathall@baesystems.com
andy.mann@baesystems.com
clare.freeman@baesystems.com
david.adam2@baesystems.com
david.brent@baesystems.com
david.cryer@baesystems.com
gareth.j.edwards@baesystems.com
george.rose@baesystems.com
helen.cottrell@baesystems.com
keith.shapley@baesystems.com
latha.visvendran@baesystems.com
lee.bambridge@baesystems.com
louise.desouza@baesystems.com
mark.venner@baesystems.com
martin.leonard@baesystems.com
neil.easterbrook@baesystems.com
paul.allison@baesystems.com
raj.patara@baesystems.com
roger.wiltshire@baesystems.com
sejal.jobanputra@baesystems.com
simon.davis@baesystems.com
steve.pardoe@baesystems.com
victoria.todd@baesystems.com

### bahn
annete.goeke@bahn.de
hartwig.schneidereit@bahn.de
swetlana.laube@bahn.de

### bailliegifford
alistair.smith@bailliegifford.com
alistair.way@bailliegifford.com
amy.dymock@bailliegifford.com
andrew.millington@bailliegifford.com
andrew.stobart@bailliegifford.com

## Company & Corresponding Email Addresses

andrew.strathdee@bailliegifford.com
andrew.telfer@bailliegifford.com
angela.kail@bailliegifford.com
angus.franklin@bailliegifford.com
anna.sloan@bailliegifford.com
anzelm.cydzic@bailliegifford.com
atait@bailliegifford.co.uk
ben.griffiths@bailliegifford.co.uk
ben.lloyd@bailliegifford.com
ben.thompson@bailliegifford.com
brian.lum@bailliegifford.com
brokernotes@bailliegifford.com
cara.fairgrieve@bailliegifford.com
catrina.jack@bailliegifford.com
cave.zigaroudinia@bailliegifford.com
charles.plowden@bailliegifford.com
chris.barker@bailliegifford.com
chris.huckle@bailliegifford.com
christina.bloor@bailliegifford.com
christophe.liegeois-williams@bailliegifford.com
christopher.mcgoldrick@bailliegifford.com
claire.paterson@bailliegifford.com
clare.macdonald@bailliegifford.com
craig.collins@bailliegifford.com
craig.irving@bailliegifford.com
daryl.salmon@bailliegifford.com
david.clarke@bailliegifford.com
david.henderson@bailliegifford.com
david.walton@bailliegifford.com
derek.martin@bailliegifford.com
donald.farquharson@bailliegifford.com
douglas.brodie@bailliegifford.com
ecocomments@bailliegifford.com
elaine.morrison@bailliegifford.com
emacdonald@bailliegifford.co.uk
ewan.maclean@bailliegifford.com
firstname.surname@bailliegifford.com
franklin.adatsi@bailliegifford.com
gareth.roberts@bailliegifford.com
gary.robinson@bailliegifford.com
gary.summers@bailliegifford.com
george.gray@bailliegifford.com
gerard.callahan@bailliegifford.com
gordon.brown@bailliegifford.com
gordon.drysdale@bailliegifford.com
graham.black@bailliegifford.com
gsmith@bailliegifford.co.uk
guy.cameron@bailliegifford.com
hamish.dingwall@bailliegifford.com
harvey.hammonds@bailliegifford.com
iain.campbell@bailliegifford.com
imccombie@bailliegifford.co.uk
james.dow@bailliegifford.com
james.squires@bailliegifford.com

**Company & Corresponding Email Addresses**

janderson@bailliegifford.co.uk
joe.faraday@bailliegifford.com
john.bates@bailliegifford.com
john.burke@bailliegifford.com
john.macdougall@bailliegifford.com
julian.goldberg@bailliegifford.com
kate.leggate@bailliegifford.com
kate.speakman@bailliegifford.com
kave.sigaroudinia@bailliegifford.com
kenneth.barker@bailliegifford.com
kirsteen.lothian@bailliegifford.com
lee.curtis@bailliegifford.com
lee.demarco@bailliegifford.com
linda.ward@bailliegifford.com
mark.hunter@bailliegifford.com
market.data@bailliegifford.com
martin.o'brien@bailliegifford.com
matsue.williams@bailliegifford.com
matthew.brett@bailliegifford.com
mbrewis@bailliegifford.co.uk
michael.donlevy@bailliegifford.com
michael.gallagher@bailliegifford.com
michael.gush@bailliegifford.com
michael.macphee@bailliegifford.com
mike.brooks@bailliegifford.com
mleeming@bailliegifford.com
mmaccoll@bailliegifford.co.uk
mrobertson@bailliegifford.co.uk
murqyhart@bailliegifford.com
nell.opel@bailliegifford.com
nicholas.thomas@bailliegifford.com
olaf.meier@bailliegifford.com
paul.faulkner@bailliegifford.com
pglasgow@bailliegifford.co.uk
philip.annen@bailliegifford.com
phollis@bailliegifford.co.uk
researchreports@bailliegifford.com
robert.baltzer@bailliegifford.com
robert.blaikie@bailliegifford.com
robert.fullerton@bailliegifford.com
roderick.snell@bailliegifford.com
roldfield@bailliegifford.co.uk
rosemary.quinn@bailliegifford.com
rsneller@bailliegifford.co.uk
sally.greig@bailliegifford.com
sarah.mcqueen@bailliegifford.com
sarah.whitley@bailliegifford.com
scott.nisbet@bailliegifford.com
sonia.kowal@bailliegifford.com
spencer.adair@bailliegifford.com
srodger@bailliegifford.co.uk
stephen.paice@bailliegifford.com
steven.dutaut@bailliegifford.com
steven.galbraith@bailliegifford.com

**Company & Corresponding Email Addresses**

steven.hay@bailliegifford.com
susan.thomson@bailliegifford.com
tamas.bakacs@bailliegifford.com
thomas.cotts@bailliegifford.com
thomas.coutts@bailliegifford.com
thomas.slater@bailliegifford.com
tim.campbell@bailliegifford.com
tim.george@bailliegifford.com
toby.ross@bailliegifford.com
tom.record@bailliegifford.com
uk@bailliegifford.com
william.sutcliffe@bailliegifford.com
yang.gao@bailliegifford.com
zaki.sabir@bailliegifford.com

**bakerinvest**
andre@bakerinvest.com
**bakernye**
rnye@bakernye.com
sschmidt@bakernye.com
tamato@bakernye.com
**balbny**
bstuelpnagel@balbny.com
**baloise**
jutta.schaetzle-schmidt@baloise.ch
marco.di_liberto@baloise.ch
stephan.gamper@baloise.ch
thomas.leitner@baloise.ch
tina.wegmueller@baloise.ch
**bamcaimi**
giorgio.flego@bamcaimi.it
**baminvest**
amcnee@baminvest.co.uk
sdickson@baminvest.co.uk
**banamex**
abrachet@banamex.com
adrian.garza@banamex.com
afont@banamex.com
agcastrore@banamex.com
bnaskerianzrod@banamex.com
dgarduno@banamex.com
frjcastabar@banamex.com
gsantos@banamex.com
jaleman@banamex.com
jmdelave@banamex.com
jorvananos@banamex.com
josalaza@banamex.com
kwilliam@banamex.com
pamacunatam@banamex.com
perla.pulido@banamex.com
pnewman@banamex.com
rgonzalez@banamex.com
rgonzalezba@banamex.com
**banca**
alberto.gianfala@banca.mps.it

**Company & Corresponding Email Addresses**

antonio.cesarano@banca.mps.it
armando.dantonio@banca.mps.it
barbara.favoro@banca.mps.it
berthold.biehler@banca.mps.it
calldesk@banca.mps.it
candy.leung@banca.mps.it
chiara.gallo@banca.mps.it
claudia.benci@banca.mps.it
claudio.calusi@banca.mps.it
claudio.giannoni@banca.mps.it
daniele.pirondini@banca.mps.it
doriana.fragnelli@banca.mps.it
enrico.vignoli@banca.mps.it
fabrizio.delongis@banca.mps.it
francesca.assi@banca.mps.it
gennaro.miccoli@banca.mps.it
gherardo.divaira@banca.mps.it
giancarlo.pompei@banca.mps.it
gianfranco.bassi@banca.mps.it
gianluca.baldassarri@banca.mps.it
gianluca.sanna@banca.mps.it
gianni.contenta@banca.mps.it
giovanni.fulci@banca.mps.it
giuseppe.migliorati@banca.mps.it
giuseppe.toscani@banca.mps.it
jason.cheng@banca.mps.it
loredana.pecchiai@banca.mps.it
luca.pesaro@banca.mps.it
luca.sabetta@banca.mps.it
lucio.pensatori@banca.mps.it
luigi.cammilli@banca.mps.it
mara.nardi@banca.mps.it
marcello.deluca@banca.mps.it
marcello.vitale@banca.mps.it
marialuisa.delfavero@banca.mps.it
mario.fabiani@banca.mps.it
massimo.molinari@banca.mps.it
massimo.petricci@banca.mps.it
maurizio.ravezzi@banca.mps.it
michele.dimarco@banca.mps.it
monica.porcari@banca.mps.it
nicolas.kanaris@banca.mps.it
nicoletta.geremia@banca.mps.it
paolo.perego@banca.mps.it
patrick.cheung@banca.mps.it
riccardo.tomasi@banca.mps.it
roberto.desiderio@banca.mps.it
roberto.menchetti@banca.mps.it
serge.sondak@banca.mps.it
simone.freschi@banca.mps.it
stefano.alliata@banca.mps.it
victor.diiorio@banca.mps.it

**bancaakros**

alberto.bassani@bancaakros.it

**Company & Corresponding Email Addresses**

alberto.modorati@bancaakros.it
alberto.poretti@bancaakros.it
alessandro.sidoti@bancaakros.it
alfredo.larghi@bancaakros.it
andrea.accarisi@bancaakros.it
andrea.lucini@bancaakros.it
claudio.zanoli@bancaakros.it
domenico.petrillo@bancaakros.it
duccio.galletti@bancaakros.it
elisabetta.priano@bancaakros.it
emanuela.carpita@bancaakros.it
enzo.chiesa@bancaakros.it
fabio.cardona@bancaakros.it
fabrizio.caputi@bancaakros.it
filippo.zamparelli@bancaakros.it
forex@bancaakros.it
franco.autizi@bancaakros.it
giuseppina.torno@bancaakros.it
gualtiero.castiglioni@bancaakros.it
laura.altamura@bancaakros.it
laura.bisconcin@bancaakros.it
lavinia.delvecchio@bancaakros.it
luciano.vailati@bancaakros.it
luigi.capone@bancaakros.it
marcello.cerati@bancaakros.it
marco.accorsi@bancaakros.it
marco.re@bancaakros.it
marco.turrina@bancaakros.it
marta.canesi@bancaakros.it
massimo.lomonte@bancaakros.it
matteo.colombo@bancaakros.it
maurizio.morini@bancaakros.it
nicolo.braendli@bancaakros.it
orlando.cappello@bancaakros.it
paolo.tradati@bancaakros.it
piero.grilli@bancaakros.it
pierpaolo.rossi@bancaakros.it
pippo.ghezzi@bancaakros.it
ramzi.bouzayane@bancaakros.it
raul.dani@bancaakros.it
rocco.zoccali@bancaakros.it
rosemary.maltus-smith@bancaakros.it
salvatore.fruscione@bancaakros.it
sara.caselunghe@bancaakros.it
silvia.baroncini@bancaakros.it
silvia.gambarini@bancaakros.it
silvia.zitolo@bancaakros.it
stefano.canepa@bancaakros.it
tiziano.bregagnollo@bancaakros.it
tranquillo.capozzoli@bancaakros.it
tullio.grilli@bancaakros.it
vaifro.zullato@bancaakros.it
valentina.vicinanza@bancaakros.it
**bancacrasti**

## Company & Corresponding Email Addresses

fabrizio.carbone@bancacrasti.it
lina.spensatellu@bancacrasti.it
salvatore.aliotta@bancacrasti.it
stefania.goggiano@bancacrasti.it

### bancadellarete

mdoniselli@bancadellarete.it
pgnemmi@bancadellarete.it

### bancadipiacenza

finance.dep@bancadipiacenza.it

### bancaditalia

filippo.giovannelli@bancaditalia.it
franco.panfili@bancaditalia.it
gerardo.palazzo@bancaditalia.it
gioia.guarini@bancaditalia.it
marco.fattore@bancaditalia.it
maurilio.pantaloni@bancaditalia.it
maurizio.cassi@bancaditalia.it
valentina.maddalena@bancaditalia.it

### bancaetruria

danilo.grossi@bancaetruria.it
martina.dellemonache@bancaetruria.it

### bancaeuromobiliare

augusto.coen@bancaeuromobiliare.it
piero.serafini@bancaeuromobiliare.it

### bancafideuram

abagella@bancafideuram.it
abrusa@bancafideuram.it
amaturi@bancafideuram.it
avacca@bancafideuram.it
dalbani@bancafideuram.it
dcurti@bancafideuram.it
dgobbetti@bancafideuram.it
dmiano@bancafideuram.it
fcolombo@bancafideuram.it
gserafini@bancafideuram.it
mcuccia@bancafideuram.it
mmantelli@bancafideuram.it
rmodafferi@bancafideuram.it
ssiano@consulenti.bancafideuram.it

### bancagenerali

alessandro.surian@bancagenerali.it
carlo.talpo@bancagenerali.it
erbi.giuseppe@bancagenerali.it
giorgio.girelli@bancagenerali.it
gregorio.milanesi@bancagenerali.it
massimiliano.vlacci@bancagenerali.it
massimo.gois@bancagenerali.it
maurizio.gasparri@bancagenerali.it
patrizia.masutti@bancagenerali.it
pierpaolo.franca@bancagenerali.it
stefano.furlanich@bancagenerali.it

### bancagesfid

andrea.sigon@bancagesfid.com
carlo.gallina@bancagesfid.com

## Company & Corresponding Email Addresses

graziano.deli@bancagesfid.com

### banc-agricol

fixedincome@banc-agricol.ad

### bancaimius

amorosoj@bancaimius.com

### bancaintesa

adimaggio@bancaintesa.us
alanza@bancaintesa.us
alberto.gallati@bancaintesa.it
alessandro.d'agata@bancaintesa.it
alessandro.danna@bancaintesa.it
alessiagiorgiasisti@bancaintesa.it
alessio.garbella@bancaintesa.it
andrea.bianchi@bancaintesa.co.uk
andrea.galeandro@bancaintesa.it
anna.peluso@bancaintesa.it
anna.viviani@bancaintesa.it
antonella.pesatori@bancaintesa.it
antonio.granito@bancaintesa.it
arnaud.deblay@bancaintesa.co.uk
aurelio.caldarola@bancaintesa.it
bali.kochar@bancaintesa.co.uk
barbara.annibaldi@bancaintesa.it
carlo.antonioli@bancaintesa.co.uk
carlo.ghiardelli@bancaintesa.it
carlo.messina@bancaintesa.it
claudio.marazzi@bancaintesa.it
cristiana.corno@bancaintesa.it
cristina.cattaneo@bancaintesa.it
daniele.cassarino@bancaintesa.it
darren.phillips@bancaintesa.co.uk
david.pasi@bancaintesa.it
davide.bevilacqua@bancaintesa.it
davide.stegani@bancaintesa.it
dleung@bancaintesa.com.hk
elena.giannini@bancaintesa.it
elisabetta.pellichero@bancaintesa.it
elisabetta.valentino@bancaintesa.it
emanuele.ceruti@bancaintesa.it
fangeletti@bancaintesa.com.hk
federico.viola@bancaintesa.it
gcorrias@bancaintesa.us
george.brown@bancaintesa.it
gianni.movia@bancaintesa.it
giuseppe.floreno@bancaintesa.it
gregorio.defelice@bancaintesa.it
hctang@bancaintesa.com.hk
james.wohler@bancaintesa.it
jchisholm@bancaintesa.us
jmctague@bancaintesa.us
jtout@bancaintesa.us
lcupido@bancaintesa.us
lodovico.pignatti@bancaintesa.co.uk
lprotto@bancaintesa.us

## Company & Corresponding Email Addresses

luca.facchiniprovera@bancaintesa.it
luca.magnani@bancaintesa.it
lucia.buelloni@bancaintesa.it
luciano.fusi@bancaintesa.it
mailto:henry@bancaintesa.com.hk
marcello.bertoldi1@bancaintesa.it
marco.gastoni@bancaintesa.it
marco.passafiume@bancaintesa.it
marcodelfrate@bancaintesa.it
margherita.martelli@bancaintesa.it
marialuisa.fascendini@bancaintesa.it
mario.proverbio@bancaintesa.it
mario.recchia@bancaintesa.it
mario.vaccarino@bancaintesa.it
massimo.ciampolini@bancaintesa.it
mauro.pernigo@bancaintesa.it
mcastagna@bancaintesa.us
mchrist@bancaintesa.us
michele.fassio@bancaintesa.it
noemi.oslo@bancaintesa.co.uk
paola.giudici@bancaintesa.it
paola.pietrasanta@bancaintesa.it
paolo.comboni@bancaintesa.co.uk
paolo.magri@bancaintesa.it
paolo.taranta@bancaintesa.it
pier.satta@bancaintesa.it
pierluigi.ricchiuti@bancaintesa.it
piero.maiocchi@bancaintesa.it
ppastorino@bancaintesa.us
renato.demarchi@bancaintesa.it
riccardo.lugli@bancaintesa.co.uk
riccardo.mazzi@bancaintesa.it
riccardo.parasporo@bancaintesa.it
roberto.puggioni@bancaintesa.it
roberto.sandei@bancaintesa.it
roberto.villa@bancaintesa.it
robertoranieri@bancaintesa.it
rony.hamaui@bancaintesa.it
rossella.merciai@bancaintesa.it
samuelearico@bancaintesa.it
sebastiano.chiarantano@bancaintesa.it
serena.turrisi@bancaintesa.it
sergio.moro@bancaintesa.it
silvio.sganzerla@bancaintesa.it
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.forti@bancaintesa.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.didomizio@bancaintesa.it
stefano.gambaro@bancaintesa.it
stefano.risi@bancaintesa.it
susanna.cinelli@bancaintesa.it
tchun@bancaintesa.us

## Company & Corresponding Email Addresses

teresa.carelli@bancaintesa.it
thomas.shine@bancaintesa.it
valentina.carluccio@bancaintesa.it
valerio.romano@bancaintesa.it
valerio.zuccolo@bancaintesa.it
vincenzo.zappia@bancaintesa.it
vittorio.maggiolini@bancaintesa.it
walter.ambrogi@bancaintesa.co.uk
zachary.barton@bancaintesa.co.uk

**bancaintessa**
giuseppe.botto@bancaintessa.it

**bancaja**
bcastillo@bancaja.es

**bancalombarda**
alfonso.gasparini@bancalombarda.it
alistair.newell@bancalombarda.it
andrea.riva@bancalombarda.it
angelantonio.reale@bancalombarda.it
angelo.cardone@bancalombarda.it
antonio.bovo@bancalombarda.it
bruno.durbano@bancalombarda.it
catherine.bertrand@bancalombarda.it
cristian.terri@bancalombarda.it
dario_giorgi@bancalombarda.it
egidio_boni@bancalombarda.it
elisabetta.grassi@bancalombarda.it
enzo.maggiolini@bancalombarda.it
ettore_bianchi@bancalombarda.it
francesco.bugini@bancalombarda.it
giuseppe.palmieri@bancalombarda.it
guglielmo.paolo.morini@bancalombarda.it
lorenzo_demedici@bancalombarda.it
miriam.pola@bancalombarda.it
raffaello.soardi@bancalombarda.it
riccardo.zucchini@bancalombarda.it
rosetta_rosati@bancalombarda.it
stefano.poli@bancalombarda.it

**bancamarch**
acid@bancamarch.es
bmontesinos@bancamarch.es
bripoll@bancamarch.es
frcardona@bancamarch.es
jdelpalacio@bancamarch.es
mribot@bancamarch.es
rciruelos@bancamarch.es
rgasco@bancamarch.es
rjuan@bancamarch.es
rpalou@bancamarch.es
rperaza@bancamarch.es
tbermejo@bancamarch.es

**bancamarche**
andrea.angeli@bancamarche.it
andrea.castellani@bancamarche.it
cecilia.benvenuto@bancamarche.it

## Company & Corresponding Email Addresses

fabrizio.sperandini@bancamarche.it
francesco.serpilli@bancamarche.it
gianluigi.damone@bancamarche.it
giuliano.balducci@bancamarche.it
katia.strappa@bancamarche.it
massimiliano.benedetto@bancamarche.it
maurizio.bocchini@bancamarche.it
pierfranco.giorgi@bancamarche.it
pierluigi.biondi@bancamarche.it
simone.soldini@bancamarche.it
tesoreria.gruppo@bancamarche.it

### bancamps

lucio.nocerino@bancamps.it
maurizio.garrone@bancamps.it
stephen.shea@bancamps.it

### bancaprofilo

alessandro.gandola@bancaprofilo.it
alessandro.pastres@bancaprofilo.it
andrea.prampolini@bancaprofilo.it
arnaldo.grimaldi@bancaprofilo.it
christoph.krucken@bancaprofilo.it
corrado.pachera@bancaprofilo.it
daniele.caroni@bancaprofilo.it
daniele.grimaldi@bancaprofilo.it
enrico.marchiori@bancaprofilo.it
enrico.michelotti@bancaprofilo.it
esedra.chiacchella@bancaprofilo.it
fabio.cantatore@bancaprofilo.it
francesco.donato@bancaprofilo.it
gianluca.tonon@bancaprofilo.it
giuseppe.agogliati@bancaprofilo.it
giuseppe.distefano@bancaprofilo.it
guido.pardini@bancaprofilo.it
ignino.napoli@bancaprofilo.it
laura.angioni@bancaprofilo.it
lorenzo.romano@bancaprofilo.it
luca.ratti@bancaprofilo.it
mario.bozzano@bancaprofilo.it
maurizio.lojacono@bancaprofilo.it
nicoletta.garola@bancaprofilo.it
nicolo.nunziata@bancaprofilo.it
pietro.tenuta@bancaprofilo.it
rachele.dellera@bancaprofilo.it
raffaele.lovero@bancaprofilo.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.nembri@bancaprofilo.it
riccardo.ratti@bancaprofilo.it
roberto.petz@bancaprofilo.it
sabrina.girelli@bancaprofilo.it
walter.azzurro@bancaprofilo.it

### bancareale

igor.calcio@bancareale.it
umberto.brinatti@bancareale.it

## Company & Corresponding Email Addresses

### bancaroma
24055@bancaroma.it
26356@bancaroma.it
32355@bancaroma.it
32386@bancaroma.it
arcadio.pasqual@bancaroma.it
cassanelli@bancaroma.it
credit@bancaroma.co.uk
giovanni.camerota@bancaroma.it
guglielmo.mazzarino@bancaroma.it
luca.manzoni@bancaroma.it
romano.razzi@bancaroma.it
romeo.collina@bancaroma.it
spina@bancaroma.it
stefano.migliore@bancaroma.it
tamara.haegi@bancaroma.it

### bancasara
alberto.crespi@bancasara.it
marco.riva@bancasara.it

### bancasempione
acremonini@bancasempione.ch
awalter@bancasempione.ch
csartori@bancasempione.ch
fcasari@bancasempione.ch
gbianchi@bancasempione.ch
gbortone@bancasempione.ch
gnadalin@bancasempione.ch
llepori@bancasempione.ch
mlepori@bancasempione.ch
mmaetzler@bancasempione.ch
mvalsangiacomo@bancasempione.ch
ptomasina@bancasempione.ch
rbracchi@bancasempione.ch
sbertoldo@bancasempione.ch
skever@bancasempione.ch

### banchemarche
risk.management@banchemarche.it

### banco
hans.lofgreen@banco.se
jonas.lindstrom@banco.se

### bancobpi
antonio.alberto.camboa@bancobpi.pt
antonio.domingues.catana@bancobpi.pt
carla.brito.fonseca@bancobpi.pt
dirint@bancobpi.pt
francisco.magalhaes.carneiro@bancobpi.pt
goncalo.jose.santos@bancobpi.pt
isabel.castelo.branco@bancobpi.com
joao.antas.martins@bancobpi.pt
jorge.filipe.nunes@bancobpi.pt
jose.luis.borges@bancobpi.pt
luis.camara.pestana@bancobpi.pt
nuno.costa.antunes@bancobpi.pt
pedro.noronha.camara@bancobpi.pt

## Company & Corresponding Email Addresses

tiago.miguel.santos@bancobpi.pt
vanda.alves.oliveira@bancobpi.pt

**bancodinapoli**

c.paone@bancodinapoli.it
g.mimms@bancodinapoli.it
g.quercioli@bancodinapoli.it
m.depasca@bancodinapoli.it
v.rippa@bancodinapoli.it

**bancodisicilia**

astella@bancodisicilia.it
avirga@bancodisicilia.it
dandria@bancodisicilia.it
gsimone@bancodisicilia.it
investment.it@bancodisicilia.it
lgugliara@bancodisicilia.it
lvinci@bancodisicilia.it
mbiondo@bancodisicilia.it
origination@bancodisicilia.it
rcorona@bancodisicilia.it
sfontana@bancodisicilia.it
tbc@bancodisicilia.it
vtumminello@bancodisicilia.it

**bancogalicia**

charles.kinsky@bancogalicia.co
daniel.llambias@bancogalicia.com.ar
diego.rivas@bancogalicia.com.ar
luis.m.ribaya@bancogalicia.com
pablo.caputto@bancogalicia.com.ar
pablo.leon@bancogalicia.com.ar
pablo.magnanini@bancogalicia.com

**bancogui**

aaguirre@bancogui.com
abastarr@bancogui.com
aeuba@bancogui.es
aeuba@bg.bancogui.com
aurrutia@bancogui.com
dtorress@bancogui.com
elarroque@bancogui.com
igoyeneche@bancogui.com
mgurrutx@bancogui.com
pmarazue@bancogui.es
secheber@bancogui.com

**bancoinversion**

aeg@bancoinversion.es
afg@bancoinversion.es
asg@bancoinversion.es
bfm@bancoinversion.es
ccf@bancoinversion.es
era@bancoinversion.es
fcs@bancoinversion.es
gcc@bancoinversion.es
gvg@bancoinversion.es
jpe@bancoinversion.es
rpm@bancoinversion.es

## Company & Corresponding Email Addresses

**bancomadrid**

cpulido@bancomadrid.com
dpurena@bancomadrid.com
lregalado@bancomadrid.com

**bancomello**

elramel@bancomello.pt
fbicho@bancomello.pt

**bancomercantilny**

ralvarez@bancomercantilny.com

**bancomext**

asosa@bancomext.gob.mx
cdesenti@bancomext.gob.mx
esalgado@bancomext.gob.mx
frodrigv@bancomext.gob.mx
mrodrigs@bancomext.gob.mx
msiliceo@bancomext.gob.mx

**bancone**

dave_sivinski@bancone.com
franklin_ayers@bancone.com
john.d.hines@bancone.com
mona_roberts@bancone.com
rick_smith@bancone.com

**bancopastor**

aburgazj@bancopastor.es
amunozc@bancopastor.es
bmartineza@bancopastor.es
fbotellap@bancopastor.es
fdurantep@bancopastor.es
fosterloh@bancopastor.es
fromero@bancopastor.es
ghernandezg@bancopastor.es
jmmajadass@bancopastor.es
jmpernas@bancopastor.es
lesteban@bancopastor.es
mlrodriguezt@bancopastor.es
mmelcona@bancopastor.es
mtcalderonc@bancopastor.es
osolanillas@bancopastor.es
purrutiaj@bancopastor.es
rmartosl@bancopastor.es
tbradshaw@bancopastor.es
tcalzadas@bancopastor.es

**bancopopolare**

soulsbyp@bancopopolare.it

**banco-privado**

acordeiro@banco-privado.pt
agaribaldi@banco-privado.pt
cosorio@banco-privado.pt
cpunto@banco-privado.pt
fgoncalves@banco-privado.pt
fsoares@banco-privado.pt
gpestana@banco-privado.pt
jleite@banco-privado.pt
jperalta@banco-privado.pt

## Company & Corresponding Email Addresses

jquadrado@banco-privado.pt
mptrindade@banco-privado.pt
nparames@banco-privado.pt
pcgomes@banco-privado.pt
plopes@banco-privado.pt
pribeiro@banco-privado.pt
rbarbara@banco-privado.pt

### bancoprofilo
matteo.michelazzi@bancoprofilo.it

### bancorio
dagarcia@bancorio.com.ar
eallen@bancorio.com.ar
fsaraniti@bancorio.com.ar
ptorretta@bancorio.com.ar

### bancosantander
spalacio@bancosantander.com.com

### bancosardegna
luca_giovanni_fort@bancosardegna.it
mario_santagostino_bietti@bancosardegna.it
virginio_codegoni@bancosardegna.it

### bancourquijo
arroyovalentin@bancourquijo.com
belmontejc@bancourquijo.com
benguriag@bancourquijo.com
bergazcristina@bancourquijo.com
corderorebeca@bancourquijo.com
i_romero@bancourquijo.es
j_guiroga@bancourquijo.es
jc_sanchez@bancourquijo.es
l_rquejido@bancourquijo.es
l_ussia@bancourquijo.es
m_beato@bancourquijo.es
m_novoa@bancourquijo.es
m_sainz@bancourquijo.es
martinezsylvia@bancourquijo.com
merinocarlos@bancourquijo.com
p_hernandez@bancourquijo.es
pernasmonica@bancourquijo.com
r_parra@bancourquijo.es
r_portillo@bancourquijo.es
s_leon@bancourquijo.es
y_ussia@bancourquijo.es
zamoraantonio@bancourquijo.com

### bancoval
clara.laguna@bancoval.es
federico.vries@bancoval.es
ignacio.diaz@bancoval.es
julian.denicolas@bancoval.es
roberto.ambres@bancoval.es
roberto.hauyon@bancoval.es
victor.macein@bancoval.es

### bancozaragozano
fgomez@bancozaragozano.es
flozano@bancozaragozano.es

**Company & Corresponding Email Addresses**

fperez@bancozaragozano.es
igarrido@bancozaragozano.es
tornos@bancozaragozano.es

**bancsabadell**

ajramjacinto@bancsabadell.com
andreujordi@bancsabadell.com
balcellsa@bancsabadell.com
banyeres@bancsabadell.com
bentuej@bancsabadell.com
cervantesanna@bancsabadell.com
delgadoe@bancsabadell.com
dominguezjosemaria@bancsabadell.com
fernandezbravoangel@bancsabadell.com
fernandezcastanonana@bancsabadell.com
houghton@bancsabadell.com
iglesiasc@bancsabadell.com
iglesiasjordi@bancsabadell.com
latre@bancsabadell.com
lletjosr@bancsabadell.com
lopezcorcueracristina@bancsabadell.com
lopezvallefranciscojavier@bancsabadell.com
martijai@bancsabadell.com
martrats@mail.bancsabadell.com
maymusa@bancsabadell.com
navalon@bancsabadell.com
palavecinos@bancsabadell.com
pascualj@bancsabadell.com
perezj@mail.bancsabadell.es
portilloramonmaria@bancsabadell.com
puigd@bancsabadell.com
rodriguezso@bancsabadell.com
serranoe@bancsabadell.com
serranos@bancsabadell.com
serrap@bancsabadell.com
serretx@bancsabadell.com
suarezj@bancsabadell.com
suauf@bancsabadell.com
tortp@bancsabadell.com
trujillanojaime@bancsabadell.com
vadjaraganian@mail.bancsabadell.es
valenzuelaj@bancsabadell.com
vicentemariasalud@bancsabadell.com
vilam@bancsabadell.com

**banesto**

aalfonso@notes.banesto.es
ablancoc@notes.banesto.es
acervanm@notes.banesto.es
aescolar@notes.banesto.es
afernandez@notes.banesto.es
agarciac@notes.banesto.es
agmujic@notes.banesto.es
aguitian@notes.banesto.es
ajimeneb@notes.banesto.es
ajuarros@notes.banesto.es

**Company & Corresponding Email Addresses**

alazaroc@notes.banesto.es
amercado@notes.banesto.es
aperezma@notes.banesto.es
apozasco@notes.banesto.es
aromeros@notes.banesto.es
atorresb@notes.banesto.es
bgimenez@notes.banesto.es
c.ruiz@bfondos.banesto.es
carodrig@notes.banesto.es
catetiwa@notes.banesto.es
ccaminom@notes.banesto.es
ccervera@notes.banesto.es
cgilcapa@notes.banesto.es
dmarting@notes.banesto.es
dpineiro@notes.banesto.es
earrimad@notes.banesto.es
ebarreda@notes.banesto.es
ecamacod@notes.banesto.es
erigolro@notes.banesto.es
esaiz@notes.banesto.es
etusetmo@notes.banesto.es
fbarranc@notes.banesto.es
fcarrets@notes.banesto.es
fdiezcal@notes.banesto.es
fjimenez@notes.banesto.es
fleyungo@notes.banesto.es
fmorosan@notes.banesto.es
fsimpson@notes.banesto.es
gbarquin@notes.banesto.es
giucarna@notes.banesto.es
gmadrazo@notes.banesto.es
gperezri@notes.banesto.es
gvaquell@notes.banesto.es
igarciag@notes.banesto.es
ipindado@notes.banesto.es
isisogar@notes.banesto.es
iturmcgl@notes.banesto.es
iurquiza@notes.banesto.es
ivazquez@notes.banesto.es
iylleraa@notes.banesto.es
jaltitis@notes.banesto.es
jasenjoh@notes.banesto.es
jbertolo@notes.banesto.es
jblancod@notes.banesto.es
jcampilb@notes.banesto.es
jcantera@notes.banesto.es
jcarrion@notes.banesto.es
jdelibes@notes.banesto.es
jdezagor@notes.banesto.es
jdomingu@notes.banesto.es
jechaide@notes.banesto.es
jexposit@notes.banesto.es
jgarita@notes.banesto.es
jgonzare@notes.banesto.es

**Company & Corresponding Email Addresses**

jhoyosoc@notes.banesto.es
jjohanss@notes.banesto.es
jlgarcia@notes.banesto.es
jmartins@notes.banesto.es
jovillan@notes.banesto.es
jsantmar@notes.banesto.es
justogomez@notes.banesto.es
jvildoso@notes.banesto.es
jvillaro@notes.banesto.es
lostolaz@notes.banesto.es
lrequejo@notes.banesto.es
lutrerai@notes.banesto.es
lvelasco@notes.banesto.es
m.sanchez@bfondos.banesto.es
malcaide@notes.banesto.es
mcorralm@notes.banesto.es
mdiazgan@notes.banesto.es
mestebaran@notes.banesto.es
mfcorral@notes.banesto.es
mmenensa@notes.banesto.es
mperezar@notes.banesto.es
mradar@notes.banesto.es
msanchez@notes.banesto.es
msandar@notes.banesto.es
msantiaa@notes.banesto.es
ogalbisb@notes.banesto.es
omartinr@notes.banesto.es
pgomezca@notes.banesto.es
plamasle@notes.banesto.es
psanfeli@notes.banesto.es
rcubashu@notes.banesto.es
rdepablo@notes.banesto.es
rdevegar@notes.banesto.es
rpicardo@notes.banesto.es
sboubran@notes.banesto.es
sgamezma@notes.banesto.es
slopezsa@notes.banesto.es
smarquez@notes.banesto.es
tgarciaf@notes.banesto.es
tlangela@notes.banesto.es
tmelguiz@notes.banesto.es
tvillanu@notes.banesto.es
vramirez@notes.banesto.es
**banet**
chiban2@banet.net
**bank**
aigars.egle@bank.lv
daira.brunere@bank.lv
ilmars@bank.lv
karlis@bank.lv
michael.bauernfeind@bhf.bank.com
roberts.grava@bank.lv
toms.silins@bank.lv
vadims.zaicevs@bank.lv

## Company & Corresponding Email Addresses

vilnis.barons@bank.lv

### bankamerica

bill.holmes@bankamerica.com
blanton.y.keh@bankamerica.com
david.b.gebler@bankamerica.com
elsie.fletcher@bankamerica.com
elzie.h.whitlow_jr@bankamerica.com
gonzalo.santillan@bankamerica.com
gracie.c.matsuda@bankamerica.com
kimberlee.h.kelly@bankamerica.com
rick.i.davis@bankamerica.com
sean.epp@bankamerica.com
stephen.p.scharre@bankamerica.com
steve.l.vielhaber@bankamerica.com
wendy.e.norman@bankamerica.com
william.a.sellier@bankamerica.com

### bankatlantic

akoymen@bankatlantic.com
aleibman@bankatlantic.com
amitchell@bankatlantic.com
bhorton@bankatlantic.com
fdiaz@bankatlantic.com
gmartone@bankatlantic.com
lguary@bankatlantic.com
lsarrica@bankatlantic.com
mufen@bankatlantic.com
rlang@bankatlantic.com
rwatson@bankatlantic.com

### bankaudi

d_morand@bankaudi.ch
m_rastaldi@bankaudi.ch
o_gugi@bankaudi.ch
t_kienler@bankaudi.ch

### bankaustria

investor.relations@bankaustria.com
perry.lok@hk.bankaustria.com

### bank-banque-canada

aandree@bank-banque-canada.ca
ffurlan@bank-banque-canada.ca
isemerdjiev@bank-banque-canada.ca
jdeleon@bank-banque-canada.ca
jkiff@bank-banque-canada.ca
mschuster@bank-banque-canada.ca
mwhittingham@bank-banque-canada.ca
pdemerse@bank-banque-canada.ca
pfarahmand@bank-banque-canada.ca
sbordeleau@bank-banque-canada.ca
sguilbault@bank-banque-canada.ca
tmacklem@bank-banque-canada.ca
wspeckert@bank-banque-canada.ca

### bank-bgld

zawodskyc@bank-bgld.at

### bankbii

arrachman@bankbii.com

## Company & Corresponding Email Addresses

bkurniawan@bankbii.com
bnawangsidi@bankbii.com
edij@bankbii.com
fhmuhsinin@bankbii.com
fnirawan@bankbii.com
rchandra@bankbii.com
rdwi@bankbii.com
smurti@bankbii.com
swsukianto@bankbii.com

**bankcalumet**
mpeterson@bankcalumet.com
tquinn@bankcalumet.com

**bankcnb**
jbower@bankcnb.com

**bankcoop**
andreas.hinck@bankcoop.ch
esther.eglin@bankcoop.ch
gregory.wyss@bankcoop.ch
luciano.danninger@bankcoop.ch
martin.voelkle@bankcoop.ch
sacha.vicente@bankcoop.ch
stephan.schwarz@bankcoop.ch

**bankersbank**
lhelligrath@bankersbank.com

**bankersbankusa**
inv@bankersbankusa.com
sdevine@bankersbankusa.com

**bankerstrust**
elena.a.matthews@bankerstrust.com
joann.fisher@bankerstrust.com
kbeyer@bankerstrust.com
takeshi.fukushima@bankerstrust.com

**bankerstust**
peter.c.barcia@bankerstust.com

**bankfinancial**
eferguson@bankfinancial.com

**bankgesellscaft**
andreas.wein@ib.bankgesellscaft.de

**bankgesellschaft**
alexander.plenk@ib.bankgesellschaft.de
andreas.pehla@bankgesellschaft.de
arnd.muehle@ib.bankgesellschaft.de
avallone@ibuk.bankgesellschaft.de
britta.nitze@ib.bankgesellschaft.de
ccollins@ibuk.bankgesellschaft.de
christian.markwart@ib.bankgesellschaft.de
christian.orquera@ib.bankgesellschaft.de
christine.schulz@ib.bankgesellschaft.de
conny.ricklemoser@ib.bankgesellschaft.de
daniel.schmidt@bankgesellschaft.de
david.youle@ib.bankgesellschaft.de
dirk.brauers@ib.bankgesellschaft.de
dirk.kipp@ib.bankgesellschaft.de
dirk.scheunemann@bankgesellschaft.de

## Company & Corresponding Email Addresses

dkolter@ibuk.bankgesellschaft.de
franz.muehl@bankgesellschaft.de
gerald.klein@ib.bankgesellschaft.de
guenter.senftleben@ib.bankgesellschaft.de
hagen.sinodoru@ib.bankgesellschaft.de
hans.huff@ib.bankgesellschaft.de
ir@bankgesellschaft.de
jan.bockelmann@bankgesellschaft.de
jens.hoffmann@bankgesellschaft.de
joerg.wenz@ib.bankgesellschaft.de
kathrin.eichmann@bankgesellschaft.de
kerstin.junker@ib.bankgesellschaft.de
lilie.hesse@ib.bankgesellschaft.de
lothar.falk@bankgesellschaft.de
markus.papenroth@ib.bankgesellschaft.de
martin.mueller@bankgesellschaft.de
matthias.drescher@ib.bankgesellschaft.de
matthias.rapp@bankgesellschaft.lu
michael.anschuetz@ib.bankgesellschaft.de
michael.riedel@bankgesellschaft.de
michael.schickling@bankgesellschaft.de
mjacoby@ibuk.bankgesellschaft.de
nathan.kohlhoff@ib.bankgesellschaft.de
niels.mogensen@bankgesellschaft.de
nils.weber@ib.bankgesellschaft.de
norbert.wieneke@ib.bankgesellschaft.de
olaf.krueger@bankgesellschaft.de
oliver.guenter@ib.bankgesellschaft.de
phanrott@ibuk.bankgesellschaft.de
ralf.hallmann@ib.bankgesellschaft.de
reinout.schalkwijk@ib.bankgesellschaft.de
renee.boukhelf@ib.bankgesellschaft.de
ronald.borowski@ib.bankgesellschaft.de
sborg@ibuk.bankgesellschaft.de
sebastian.doering@ib.bankgesellschaft.de
sebastian.stein@ib.bankgesellschaft.de
simon.scholes@ib.bankgesellschaft.de
skopf@ibuk.bankgesellschaft.de
sminzlaff@ibuk.bankgesellschaft.de
sstuart-smith@ibuk.bankgesellschaft.de
stefan.kind@bankgesellschaft.lu
uneuhauss@ibuk.bankgesellschaft.de
uwe.jech@ib.bankgesellschaft.de
viktor.schneider@ib.bankgesellschaft.de
volker.hergert@ib.bankgesellschaft.de
xenia.loesch@ib.bankgesellschaft.de

### bankgesselscaft
bernard.debecker@ib.bankgesselscaft.de

### bankhaus-loebbecke
diego.viviani@bankhaus-loebbecke.de
hans.jakob@bankhaus-loebbecke.de
horst.buschmann@bankhaus-loebbecke.de
johannes.ciesla@bankhaus-loebbecke.de

### bankhnb

**Company & Corresponding Email Addresses**
jcarpenter@bankhnb.com

**bankinter**
abejarb@bankinter.es
ajschez@bankinter.es
amadariaga@bankinter.es
amsaez@bankinter.es
apedrosl@bankinter.es
apier@bankinter.es
bkrf@bankinter.es
brguez@bankinter.es
buriartev@bankinter.es
cencinas@bankinter.es
cglezgc@bankinter.es
clastrag@bankinter.es
dblancom@bankinter.es
ddiez@bankinter.es
dperez@bankinter.es
eeorellana@bankinter.es
elinos@bankinter.es
epalomarma@bankinter.es
ezaldiva@bankinter.es
fcasas@bankinter.es
fra@bankinter.es
fsalido@bankinter.es
ialonso@bankinter.es
iblanco@bankinter.es
jaramirez@bankinter.es
javas@bankinter.es
jbcollado@bankinter.es
jflopez@bankinter.es
jgalindoh@bankinter.es
jjprietoa@bankinter.es
jperalgu@bankinter.es
lmartinma@bankinter.es
martola@bankinter.es
mhpascual@bankinter.es
mlopezso@bankinter.es
na@bankinter.com
rbrenes@bankinter.es
rmorenom@bankinter.es
savilespa@bankinter.es
sguerrerog@bankinter.es
stapia@bankinter.es

**bankinvest**
aa@bankinvest.dk
ada@bankinvest.dk
afv@bankinvest.dk
anc@bankinvest.dk
ap@bankinvest.dk
arb@bankinvest.dk
bde@bankinvest.dk
bjt@bankinvest.dk
cgt@bankinvest.dk
chh@bankinvest.dk

**Company & Corresponding Email Addresses**

chs@bankinvest.dk
cm@bankinvest.dk
cohn@bankinvest.dk
cs@bankinvest.dk
dad@bankinvest.dk
dbr@bankinvest.dk
dfn@bankinvest.dk
ers@bankinvest.dk
evk@bankinvest.dk
fmb@bankinvest.dk
fp@bankinvest.dk
heo@bankinvest.dk
hgr@bankinvest.dk
hhs@bankinvest.dk
hlh@bankinvest.dk
idb@bankinvest.dk
jab@bankinvest.dk
jfn@bankinvest.dk
jht@bankinvest.dk
jlh@bankinvest.dk
jrh@bankinvest.com
jrn@bankinvest.dk
jwk@bankinvest.dk
jz@bankinvest.dk
kan@bankinvest.dk
keg@bankinvest.dk
kel@bankinvest.dk
kin@bankinvest.dk
kjh@bankinvest.dk
lav@bankinvest.dk
ljk@bankinvest.dk
lrr@bankinvest.dk
lsj@bankinvest.dk
mam@bankinvest.dk
mh@bankinvest.dk
mha@bankinvest.dk
mhc@bankinvest.dk
nbt@bankinvest.dk
ngp@bankinvest.dk
nln@bankinvest.dk
nmv@bankinvest.dk
pam@bankinvest.dk
pch@bankinvest.dk
pha@bankinvest.com
plc@bankinvest.dk
ran@bankinvest.dk
rha@bankinvest.dk
rol@bankinvest.dk
sb@bankinvest.dk
sbe@bankinvest.dk
shr@bankinvest.dk
smc@bankinvest.dk
smo@bankinvest.dk
spo@bankinvest.dk

## Company & Corresponding Email Addresses

sti@bankinvest.dk
thp@bankinvest.dk
ths@bankinvest.dk
tht@bankinvest.dk
thv@bankinvest.dk
tos@bankinvest.dk
tsc@bankinvest.dk
tt@bankinvest.dk

**bankisrael**
andrew@bankisrael.gov.il
barrytp@bankisrael.gov.il
davidhof@bankisrael.gov.il
eranf@bankisrael.gov.il
janet_as@bankisrael.gov.il
kettyc@bankisrael.gov.il
meravp@bankisrael.gov.il
oleg@bankisrael.gov.il
sylviap@bankisrael.gov.il
talbiber@bankisrael.gov.il

**bankleumi**
arthur.rosenbach2@bankleumi.co.il
ayelet.shabat@bankleumi.co.il
dgabb@bankleumi.co.uk
haimabraham@bankleumi.co.il
herb.small@bankleumi.co.il
itai.ben-zeev@bankleumi.co.il
jcousins@bankleumi.co.uk
lexcell@bankleumi.co.uk
liora.caplan@bankleumi.co.il
mleslie@bankleumi.co.uk

**bankleumiusa**
gbucher@bankleumiusa.com
treasury@bankleumiusa.com

**bankmuscat**
deepak@bankmuscat.com
ganeshs@bankmuscat.com
krishnans@bankmuscat.com

**bankoa**
jgallastegui@bankoa.es
jhoyos@bankoa.es
palcorta@bankoa.es

**bankofameirca**
katherine.p.orrell@bankofameirca.com

**bankofamerica**
adam.g.florence@bankofamerica.com
adam.r.bailey@bankofamerica.com
adrian.hyde@bankofamerica.com
alain.louissaint@bankofamerica.com
alan.h.johnson@bankofamerica.com
alberto.boquin@bankofamerica.com
alex.j.mason@bankofamerica.com
alex.jarrett@bankofamerica.com
alexandra.i.tyson@bankofamerica.com
alisa.chintakananda@bankofamerica.com

**Company & Corresponding Email Addresses**

alison.l.warren@bankofamerica.com
allen.cheng@bankofamerica.com
amanda.clarke@bankofamerica.com
amit.k.jain@bankofamerica.com
amy.clay@bankofamerica.com
andrei.pastor@bankofamerica.com
andrew.l.brunson@bankofamerica.com
andrew.rudolph@bankofamerica.com
andrew.sarnie@bankofamerica.com
angela.c.jones@bankofamerica.com
aninda.mitra@bankofamerica.com
anna.aroutiounova@bankofamerica.com
anthony.p.paquette@bankofamerica.com
anusha.prasad@bankofamerica.com
april.haley@bankofamerica.com
bartlomiej.pastwa@bankofamerica.com
ben.floyd@bankofamerica.com
ben.james@bankofamerica.com
bernadette.mazzella@bankofamerica.com
beth.harris@bankofamerica.com
bill.brown@bankofamerica.com
bob.davee@bankofamerica.com
bob.farzin@bankofamerica.com
bob.j.debenedet@bankofamerica.com
bob.voreyer@bankofamerica.com
brad.owensby@bankofamerica.com
bradley.j.brown@bankofamerica.com
brendan.d.connaughton@bankofamerica.com
brendan.sullivan@bankofamerica.com
brent.dellinger@bankofamerica.com
brian.j.smith@bankofamerica.com
brian.lyszczarz@bankofamerica.com
brian.r.whitaker@bankofamerica.com
brian.staunton@bankofamerica.com
brian.zwerner@bankofamerica.com
camille.zerbinos@bankofamerica.com
carl.w.wong@bankofamerica.com
chandrak.x.katuri@bankofamerica.com
charels.welch@bankofamerica.com
charles.fletcher@bankofamerica.com
charles.law@bankofamerica.com
charles.pelham@bankofamerica.com
charles.r.bingham@bankofamerica.com
chi.ly@bankofamerica.com
chin-chun.lai@bankofamerica.com
chirag.hansjee@bankofamerica.com
chitt.swamidasan@bankofamerica.com
christian.romon@bankofamerica.com
christine.l.sustakowsky@bankofamerica.com
christopher.m.slattery@bankofamerica.com
christopher.rulla@bankofamerica.com
chuck.fletcher@bankofamerica.com
claire.gasperetti@bankofamerica.com
claire.m.croft@bankofamerica.com

**Company & Corresponding Email Addresses**

clare.c.jansson@bankofamerica.com
claudia.zaffaroni@bankofamerica.com
clinton.eubanks@bankofamerica.com
colin.y.kim@bankofamerica.com
conrad.j.lautenbacher@bankofamerica.com
cristy.barton@bankofamerica.com
dan.lane@bankofamerica.com
dan.malouff@bankofamerica.com
dan.w.caldwell@bankofamerica.com
daniel.b.boorstein@bankofamerica.com
daniel.holtzman@bankofamerica.com
dave.m.metzger@bankofamerica.com
david.berry@bankofamerica.com
david.kagno@bankofamerica.com
david.n.joffe@bankofamerica.com
david.oakley@bankofamerica.com
david.powell.osborn@bankofamerica.com
derek.m.power@bankofamerica.com
desiree.lucic@bankofamerica.com
dewitt.w.king@bankofamerica.com
dominic.malleo@bankofamerica.com
donald.canfield@bankofamerica.com
dong.li@bankofamerica.com
dorothy.halsey@bankofamerica.com
doug.maxham@bankofamerica.com
douglas.redmond@bankofamerica.com
duncan.king@bankofamerica.com
edward.brunni@bankofamerica.com
edward.yu@bankofamerica.com
eileen.perrin@bankofamerica.com
elaine.gehnich@bankofamerica.com
elizabeth.k.verell@bankofamerica.com
eric.borden@bankofamerica.com
eric.burgess@bankofamerica.com
eric.fales@bankofamerica.com
eric.g.clause@bankofamerica.com
eric.hiller@bankofamerica.com
eric.rizza@bankofamerica.com
eric.williamson@bankofamerica.com
ermina.latic-selimagic@bankofamerica.com
eynour.boutia@bankofamerica.com
farah.zakir@bankofamerica.com
felicia.f.ofori@bankofamerica.com
frank.abraham@bankofamerica.com
gareth.coombs@bankofamerica.com
garfield.johnson@bankofamerica.com
georgia.raphael@bankofamerica.com
gerhard.seebacher@bankofamerica.com
giles.crosthwaite@bankofamerica.com
greg.hackworth@bankofamerica.com
greg.mellone@bankofamerica.com
greg.rickards@bankofamerica.com
gregory.m.towner@bankofamerica.com
grey.duddleston@bankofamerica.com

**Company & Corresponding Email Addresses**

guy.berger@bankofamerica.com
han.wang@bankofamerica.com
hank.j.delvecchio@bankofamerica.com
hanying.ye@bankofamerica.com
harvey.hirschhorn@bankofamerica.com
helen.odomirok@bankofamerica.com
henry.d.kirkland@bankofamerica.com
hiroki.gomi@bankofamerica.com
hitesh.k.mistry@bankofamerica.com
ian.banwell@bankofamerica.com
ian.d.cassese@bankofamerica.com
iftikhar.ali@bankofamerica.com
indhira.urrutia@bankofamerica.com
jacob.dowden@bankofamerica.com
james.b.freeze@bankofamerica.com
james.carey@bankofamerica.com
james.e.cook@bankofamerica.com
james.j.hollis@bankofamerica.com
jameson.r.miller@bankofamerica.com
jamie.pasterick@bankofamerica.com
janet.mullen@bankofamerica.com
janice.r.piggee@bankofamerica.com
janine.hofer@bankofamerica.com
jeff.brown@bankofamerica.com
jeff.t.willoughby@bankofamerica.com
jeffrey.alvino@bankofamerica.com
jeffrey.l.moering@bankofamerica.com
jeffrey.roach@bankofamerica.com
jennifer.helle@bankofamerica.com
jeremy.d.preddy@bankofamerica.com
jim.e.michaels@bankofamerica.com
jo.parker@bankofamerica.com
jo_anne.maarten@bankofamerica.com
joesepha.s.chong@bankofamerica.com
john.birnstengel@bankofamerica.com
john.d.lutkehaus@bankofamerica.com
john.desroches@bankofamerica.com
john.j.regan@bankofamerica.com
john.kapustiak@bankofamerica.com
john.lake@bankofamerica.com
john.muller@bankofamerica.com
john.p.sargent@bankofamerica.com
john.philbin@bankofamerica.com
jon.barnes@bankofamerica.com
jon.centurino@bankofamerica.com
jonathan.eckersley@bankofamerica.com
jonathan.moulds@bankofamerica.com
jonathan.noonan@bankofamerica.com
joseph.d.cauthen@bankofamerica.com
joseph.igoe@bankofamerica.com
joseph.ofei@bankofamerica.com
joyce.ollunga@bankofamerica.com
joyce.r.starks@bankofamerica.com
julie.a.hansen@bankofamerica.com

**Company & Corresponding Email Addresses**

julie.r.bean@bankofamerica.com
kareena.sweat@bankofamerica.com
kathleen.a.o'hara-maddox@bankofamerica.com
keith.wright@bankofamerica.com
kelly.evans@bankofamerica.com
kelly.shephard@bankofamerica.com
kevin.b.choi@bankofamerica.com
kevin.c.walsh@bankofamerica.com
kevin.d.burns@bankofamerica.com
kevin.m.young@bankofamerica.com
kevin.stitt@bankofamerica.com
kimberlee.h.kelly@bankofamerica.com
kip.constantinou@bankofamerica.com
kit.x.lam@bankofamerica.com
konstantin.tcherepachenets@bankofamerica.com
krishan.grover@bankofamerica.com
kristin.young@bankofamerica.com
kristofer.ostberg@bankofamerica.com
kurtis.kimmerling@bankofamerica.com
lane.herrington@bankofamerica.com
laurence.coley@bankofamerica.co.uk
laurie.cang@bankofamerica.com
lawrence.morgenthal@bankofamerica.com
lee.d.turner@bankofamerica.com
lee.mcentire@bankofamerica.com
lee.stafford@bankofamerica.com
leo.mizuhara@bankofamerica.com
letitia.c.lai@bankofamerica.com
leyla.pakzad@bankofamerica.com
li.zhang@bankofamerica.com
lily.lai@bankofamerica.com
linus.wright@bankofamerica.com
lisa.margosian@bankofamerica.com
liz.hamilton@bankofamerica.com
lorraine.elliot@bankofamerica.com
louisa.sans@bankofamerica.com
ltuyau@bankofamerica.com
lynda.holmes@bankofamerica.com
lynn.baldwin@bankofamerica.com
Lynn.M.Lauderdale@Bankofamerica.com
lynn.reaser@bankofamerica.com
maciej.ombach@bankofamerica.com
mandy.norton@bankofamerica.com
marc.abraham@bankofamerica.com
maria.s.massetti@bankofamerica.com
marika.d.economos@bankofamerica.com
mark.cauthen@bankofamerica.com
mark.kehe@bankofamerica.com
mark.raskopf@bankofamerica.com
mark.supert@bankofamerica.com
marshall.stuckey@bankofamerica.com
matt.antunes@bankofamerica.com
matt.dellabitta@bankofamerica.com
matthew.a.wilson@bankofamerica.com

**Company & Corresponding Email Addresses**

matthew.alder@bankofamerica.com
matthew.bellucci@bankofamerica.com
matthew.brennan@bankofamerica.com
matthew.l.lemere@bankofamerica.com
matthew.moore@bankofamerica.com
meghan.a.nagle-peterson@bankofamerica.com
melinda.crosby@bankofamerica.com
meredith.burns@bankofamerica.com
michael.brosnan@bankofamerica.com
michael.fulginiti@bankofamerica.com
michael.n.duignan@bankofamerica.com
michael.p.nichols@bankofamerica.com
michelle.cherry@bankofamerica.com
mickey.l.nguyen@bankofamerica.com
mike.allison@bankofamerica.com
mike.dillon@bankofamerica.com
mike.vandenberg@bankofamerica.com
mitch.nadel@bankofamerica.com
monica.g.maguire@bankofamerica.com
mtietz@bankofamerica.com
natacha.moreau@bankofamerica.com
nate.negrin@bankofamerica.com
neal.jordan@bankofamerica.com
nicole.s.guest@bankofamerica.com
nikhil.shah@bankofamerica.com
nima.pirzadeh@bankofamerica.com
nobuaki.tanabe@bankofamerica.com
norman.lovitch@bankofamerica.com
patrick.j.grune@bankofamerica.com
patrick.s.bright@bankofamerica.com
patrick.wang@bankofamerica.com
paul.d.rivers@bankofamerica.com
peter.d.clapham@bankofamerica.com
peter.g.hammersley@bankofamerica.com
peter.young@bankofamerica.com
phillip.edwards@bankofamerica.com
pkruger@bankofamerica.com
premdulari.thakkar@bankofamerica.com
qfmodel@bankofamerica.com
qiufang.cao@bankofamerica.com
rafael.e.amoros@bankofamerica.com
rafael.silveira@bankofamerica.com
ravi.mudan@bankofamerica.com
reg.brown@bankofamerica.com
richard.gibson@bankofamerica.com
richard.honeck@bankofamerica.com
richard.p.grammer@bankofamerica.com
richard.s.cohen@bankofamerica.com
rinesh.mehta@bankofamerica.com
rob.rivest@bankofamerica.com
robb.staszewski@bankofamerica.com
robert.d.mclaughlin@bankofamerica.com
robert.d.reeves@bankofamerica.com
robert.e.stilwell@bankofamerica.com

**Company & Corresponding Email Addresses**

robert.lucenti@bankofamerica.com
robert.miller@bankofamerica.com
robert.scillwell@bankofamerica.com
rohinton.karanjia@bankofamerica.com
rolf.johansen@bankofamerica.com
roy.s.kim@bankofamerica.com
rupal.mehta@bankofamerica.com
russell.condrich@bankofamerica.com
ryan.c.karaian@bankofamerica.com
ryan.m.metcalf@bankofamerica.com
ryan.t.monahan@bankofamerica.com
sal.mirran@bankofamerica.com
samantha.abner-wallace@bankofamerica.com
samuel.burick@bankofamerica.com
sara.shea@bankofamerica.com
sarah.l.mcavoy@bankofamerica.com
scott.e.ross@bankofamerica.com
scott.terada@bankofamerica.com
sean.p.kelly@bankofamerica.com
shane.brashears@bankofamerica.com
shannon.ackermann@bankofamerica.com
sharada.kalanidhi@bankofamerica.com
sharon.herrmann@bankofamerica.com
shelly.bansal@bankofamerica.com
shirley.heller@bankofamerica.com
simon.bruce@bankofamerica.com
simon.c.wilcox@bankofamerica.com
simon.park@bankofamerica.com
simon.shephard@bankofamerica.com
simon.yee@bankofamerica.com
sohail.gani@bankofamerica.com
srinivas.preethi@bankofamerica.com
stacey.a.almond@bankofamerica.com
stanton.vandenberg@bankofamerica.com
steph.allen@bankofamerica.com
stephen.campisi@bankofamerica.com
stephen.j.salmon@bankofamerica.com
steven.beck@bankofamerica.com
steven.l.randall@bankofamerica.com
sudhanshu.x.khandelwal@bankofamerica.com
susan.chevalier@bankofamerica.com
susan.h.quigley@bankofamerica.com
suzie.demer@bankofamerica.com
svetlana.bukharina@bankofamerica.com
tendayi.kapfidze@bankofamerica.com
terence.p.dillon@bankofamerica.com
teresa.g.bowlin@bankofamerica.com
teresa.g.jones@bankofamerica.com
tim.li@bankofamerica.com
timothy.martin@bankofamerica.com
tom.avazian@bankofamerica.com
tony.hamer@bankofamerica.com
tsuyoshi.takara@bankofamerica.com
vanessa.a.cesario@bankofamerica.com

## Company & Corresponding Email Addresses

vladimir.valenta@bankofamerica.com
walter.j.muller@bankofamerica.com
waseem.b.abourjeili@bankofamerica.com
wayne.rosenwinkel@bankofamerica.com
weijiang.gu@bankofamerica.com
wendy.j.gorman@bankofamerica.com
william.bishop@bankofamerica.com
william.bogolin@bankofamerica.com
william.wrest@bankofamerica.com
yan.jan@bankofamerica.com
yassir.benjelloun@bankofamerica.com
yoshihiko.asano@bankofamerica.com
yumiko.kawahara@bankofamerica.com
zach.wagner@bankofamerica.com
zachary.harl@bankofamerica.com
zahid.mustafa@bankofamerica.com

### bankofamierca
krishna.m.mangallampalli@bankofamierca.com

### bankofbermuda
amethyst.farier@bankofbermuda.com
caroline.wilks@bankofbermuda.com
claire.donaldson@bankofbermuda.com
david.senogles@bankofbermuda.com
derek.cauldwell@bankofbermuda.com
diazfm@bankofbermuda.com
francois.vandermerwe@bankofbermuda.com
frosth@bankofbermuda.com
hugh.burnaby@bankofbermuda.com
iris.chau@bankofbermuda.com
jerry.hsieh@bankofbermuda.com
john.monaghan@bankofbermuda.com
kerry.davison@bankofbermuda.com
klivancm@bankofbermuda.com
laura.lake@bankofbermuda.com
michael.davidson@bankofbermuda.com
natasha.sideris@bankofbermuda.com
neil.hossack@bankofbermuda.com
pangvl@bankofbermuda.com
rasheed.boykin@bankofbermuda.com
scottl@bankofbermuda.com
sebastian.dunn@bankofbermuda.com
tanisha.augustus@bankofbermuda.com
triblecj@bankofbermuda.com
tsaimy@bankofbermuda.com
weltonwh@bankofbermuda.com

### bankofcanada
gding@bankofcanada.ca
jandreou@bankofcanada.ca
kinn@bankofcanada.ca
morr@bankofcanada.ca
nlafhel@bankofcanada.ca
rhannah@bankofcanada.ca
rmiller@bankofcanada.ca
wbarker@bankofcanada.ca

## Company & Corresponding Email Addresses

zantia@bankofcanada.ca

### bankofcanton

rsnyder@bankofcanton.com

### bank-of-china

dpassmore@bank-of-china.com
heguangbei@bank-of-china.com
rloewy@bank-of-china.com
stanley.cheang@bank-of-china.com
wangzeyu@bank-of-china.com
yangzhiming@bank-of-china.com

### bankofcyprus

agamemnon.loutsios@cy.bankofcyprus.com
akefalea@bankofcyprus.gr
demetris.papallis@cy.bankofcyprus.com
theodoros.alepis@cy.bankofcyprus.com

### bankofengland

adam.fitzjohn@bankofengland.co.uk
alex.brazier@bankofengland.co.uk
amit.kara@bankofengland.co.uk
andrew.bailey@bankofengland.co.uk
andrew.harley@bankofengland.co.uk
andrew.hauser@bankofengland.co.uk
andrew.shankland@bankofengland.co.uk
ben.may@bankofengland.co.uk
benjamin.martin@bankofengland.co.uk
bjorn-erik.orskaug@bankofengland.co.uk
charles.bean@bankofengland.co.uk
chris.salmon@bankofengland.co.uk
chris.yeates@bankofengland.co.uk
chris.young@bankofengland.co.uk
christopher.hackworth@bankofengland.co.uk
colin.miles@bankofengland.co.uk
craig.shute@bankofengland.co.uk
crispin.ovenden@bankofengland.co.uk
danny.smith@bankofengland.co.uk
dave.barley@bankofengland.co.uk
david.rule@bankofengland.co.uk
david.wall@bankofengland.co.uk
dominic.bryant@bankofengland.co.uk
duncan.reid@bankofengland.co.uk
enzo.cassino@bankofengland.co.uk
fabio.cortes@bankofengland.co.uk
firstname.surname@bankofengland.co.uk
frances.hill@bankofengland.co.uk
george.speight@bankofengland.co.uk
glenn.hoggarth@bankofengland.co.uk
guillermo.felices@bankofengland.co.uk
hammer@bankofengland.co.uk
howard.jones@bankofengland.co.uk
iain.de.weymarn@bankofengland.co.uk
information.manager@bankofengland.co.uk
james.o'connor@bankofengland.co.uk
james.proudman@bankofengland.co.uk
james.talbot@bankofengland.co.uk

**Company & Corresponding Email Addresses**

jan.groen@bankofengland.co.uk
janette.parry@bankofengland.co.uk
jennifer.greenslade@bankofengland.co.uk
joanne.cutler@bankofengland.co.uk
joanne.perez@bankofengland.co.uk
joe.ganley@bankofengland.co.uk
john.henderson@bankofengland.co.uk
jonathan.rand@bankofengland.co.uk
kate.barker@bankofengland.co.uk
katie.farrant@bankofengland.co.uk
laura.piscitelli@bankofengland.co.uk
m.bell@bankofengland.co.uk
marilyne.tolle@bankofengland.co.uk
mark.cornelius@bankofengland.co.uk
martin.brooke@bankofengland.co.uk
martin.hammer@bankofengland.co.uk
mary.harris@bankofengland.co.uk
matthew.tong@bankofengland.co.uk
melanie.lund@bankofengland.co.uk
mervyn.king@bankofengland.co.uk
michael.cross@bankofengland.co.uk
michelle.morris@bankofengland.co.uk
misa.tanaka@bankofengland.co.uk
neal.hatch@bankofengland.co.uk
neil.george@bankofengland.co.uk
neil.rossiter@bankofengland.co.uk
nicholas.vause@bankofengland.co.uk
nicola.stead@bankofengland.co.uk
nigel.jenkinson@bankofengland.co.uk
olaf.weeken@bankofengland.co.uk
ole.rummel@bankofengland.co.uk
paul.fisher@bankofengland.co.uk
paul.mikhailoff@bankofengland.co.uk
paul.tucker@bankofengland.co.uk
peter.andrews@bankofengland.co.uk
peter.brierley@bankofengland.co.uk
peter.westaway@bankofengland.co.uk
philip.thomas@bankofengland.co.uk
richard.lambert@bankofengland.co.uk
richard.wellington@bankofengland.co.uk
rishi.kansagra@bankofengland.co.uk
rob.wood@bankofengland.co.uk
ronald.johannes@bankofengland.co.uk
sarah.stevens@bankofengland.co.uk
simon.wells@bankofengland.co.uk
simon.whitaker@bankofengland.co.uk
stuart.cole@bankofengland.co.uk
stuart.davies@bankofengland.co.uk
sumita.ghosh@bankofengland.co.uk
thomas.belsham@bankofengland.co.uk
thomas.smith@bankofengland.co.uk
tim.taylor@bankofengland.co.uk
tim.young@bankofengland.co.uk
trevor.baxter@bankofengland.co.uk

## Company & Corresponding Email Addresses

ukteam@bankofengland.co.uk
ursel.baumann@bankofengland.co.uk
vicky.read@bankofengland.co.uk
vincenzo.cassino@bankofengland.co.uk

**bankofindia**

pharikishan@bankofindia.com

**bankofisrael**

chavir@bankofisrael.gov.il
doesnthaveone@bankofisrael.com

**bankofjordan**

aal-khatib@bankofjordan.com.jo

**bankofnewyork**

bnedzi@bankofnewyork.com
danlong@bankofnewyork.com
roderick_p._abad@lnotes5.bankofnewyork.com

**bankofny**

aaiello@bankofny.com
aedinmcgowan@bankofny.com
afroede@bankofny.com
agould@bankofny.com
aguity@bankofny.com
ahauser@bankofny.com
ajmoses@bankofny.com
alhernandez@bankofny.com
allanmurphy@bankofny.com
alun.k.evans@bankofny.com
amschwartz@bankofny.com
andrew_demko@lnotes3.bankofny.com
andymcintosh@bankofny.com
anwalker@bankofny.com
aschaeffer@bankofny.com
astepanoffdargery@bankofny.com
ayuen@bankofny.com
bgtan@bankofny.com
bliechmann@bankofny.com
bmckenna@bankofny.com
bmschmidt@bankofny.com
bocallaghan@bankofny.com
borben@bankofny.com
brallen@bankofny.com
brian.c.dignam@bankofny.com
brigit.ryan@bankofny.com
bruane@bankofny.com
bschoenfeld@bankofny.com
btong@bankofny.com
bwiese@bankofny.com
carrie.a.grant@bankofny.com
catherine.e.white@bankofny.com
cdudley@bankofny.com
celciahe@bankofny.com
cercolano@bankofny.com
cert@bankofny.com
cfelix@bankofny.com
chlee@bankofny.com

## Company & Corresponding Email Addresses

chouston@bankofny.com
cimoy@bankofny.com
ckolanovic@bankofny.com
claire.a.healy@bankofny.com
cliona.okeefe@bankofny.com
cmcdonnell@bankofny.com
cneill@bankofny.com
colano.claudio@bankofny.com
crenaut@bankofny.com
csearle@bankofny.com
csmart@bankofny.com
ctwohig@bankofny.com
dannytsui@bankofny.com
darena@bankofny.com
davechan@bankofny.com
david_moffat@lnotes3.bankofny.com
dcoluccio@bankofny.com
dcooper@bankofny.com
dcrimmins@bankofny.com
ddivietri@bankofny.com
deanne_steele@lnotes5.bankofny.com
delchaar@bankofny.com
dgeraghty@bankofny.com
dgiglio@bankofny.com
dgrandison@bankofny.com
dgranelli@bankofny.com
dgross@bankofny.com
dhewitson@bankofny.com
dhquinn@bankofny.com
dkhare@bankofny.com
dkrisko@bankofny.com
dlocricchio@bankofny.com
dosullivan@bankofny.com
dpinnella@bankofny.com
drooney@bankofny.com
dsauber@bankofny.com
dstephan@bankofny.com
dzaman@bankofny.com
e.siano@bankofny.com
eamills@bankofny.com
ebadger@bankofny.com
edesalvio@bankofny.com
ehamley@bankofny.com
elmartinez@bankofny.com
emooney@bankofny.com
eoconnell@bankofny.com
euwright@bankofny.com
evonsauers@bankofny.com
faustin@bankofny.com
fbarnao@bankofny.com
fionnan.d.o'sullivan@bankofny.com
flilly@bankofny.com
fmonasterio@bankofny.com
fpolito@bankofny.com

## Company & Corresponding Email Addresses

fryan@bankofny.com
fvasta@bankofny.com
gabrielle.a.o'sullivan@bankofny.com
gbarry@bankofny.com
gclunie@bankofny.com
gcolaluca@bankofny.com
gcolonias@bankofny.com
geraldine.m.kidney@bankofny.com
gfabrizio@bankofny.com
gmalanga@bankofny.com
gmannes@bankofny.com
goodfellow@bankofny.com
gosborne@bankofny.com
gslotosch@bankofny.com
gtollinchi@bankofny.com
gvalentine@bankofny.com
gvellahn@bankofny.com
gwarnke@bankofny.com
himre@bankofny.com
hochen@bankofny.com
hrauser@bankofny.com
hsamuel@bankofny.com
hsingh@bankofny.com
iclanford@bankofny.com
ifinnegan@bankofny.com
io'neill@bankofny.com
iwilkins@bankofny.com
janetlawlor@bankofny.com
jasonchiu@bankofny.com
jbarbera@bankofny.com
jboffa@bankofny.com
jcadunzi@bankofny.com
jciacciarelli@bankofny.com
jcipriani@bankofny.com
jducey@bankofny.com
jefoley@bankofny.com
jfarr@bankofny.com
jfollosco@bankofny.com
jfoote@bankofny.com
jgrosse@bankofny.com
jisherwood@bankofny.com
jkblair@bankofny.com
jkeenan@bankofny.com
jlandau@bankofny.com
jleinberger@bankofny.com
jlmera@bankofny.com
jlrogers@bankofny.com
jluster@bankofny.com
jlwolf@bankofny.com
jmcauliffe@bankofny.com
jmulchy@bankofny.com
jmurphy@bankofny.com
jnajar@bankofny.com
jnoss@bankofny.com

**Company & Corresponding Email Addresses**

joan.e.blume@bankofny.com
jonathanjones@bankofny.com
josefpitera@bankofny.com
joywong@bankofny.com
jpeck@bankofny.com
jpobrien@bankofny.com
jquinn@bankofny.com
jrejas@bankofny.com
jrgannon@bankofny.com
jrgonzalez@bankofny.com
jrhodes@bankofny.com
jrusso@bankofny.com
jschnorr@bankofny.com
jscordia@bankofny.com
jspirgel@bankofny.com
jswatkins@bankofny.com
jtempleton@bankofny.com
jtessler@bankofny.com
jthompson@bankofny.com
juday@bankofny.com
julie.m.coleman@bankofny.com
jungkyunghan@bankofny.com
jvaitukaitis@bankofny.com
jvricella@bankofny.com
jwilkinson@bankofny.com
katarzyna.traczynska@bankofny.com
kbannon@bankofny.com
kboulmetis@bankofny.com
kcorrado@bankofny.com
kdean@bankofny.com
kdobaczewska@bankofny.com
kelvinlim@bankofny.com
kevbrennan@bankofny.com
kevwells@bankofny.com
khickman@bankofny.com
khrogers@bankofny.com
kkent@bankofny.com
klau@bankofny.com
klopian@bankofny.com
klshaw@bankofny.com
kmcdermott@bankofny.com
kpeetz@bankofny.com
kradigan@bankofny.com
kshen@bankofny.com
ksprauer@bankofny.com
kteng@bankofny.com
kurtwilliamson@bankofny.com
kzyla@bankofny.com
ldato@bankofny.com
ldunn@bankofny.com
llavalle@bankofny.com
llocke@bankofny.com
lmannix@bankofny.com
loverby@bankofny.com

**Company & Corresponding Email Addresses**

lrhi@bankofny.com
ltemsic@bankofny.com
lynda.m.finn@bankofny.com
lzhang@bankofny.com
macook@bankofny.com
mailto:cfai@bankofny.com
makong@bankofny.com
maprahamian@bankofny.com
mark.l.nugent@bankofny.com
markreed@bankofny.com
martigas@bankofny.com
martinsmith@bankofny.com
mbice@bankofny.com
mcocanougher@bankofny.com
mcranwell@bankofny.com
mdas@bankofny.com
mepstein@bankofny.com
mespinosa@bankofny.com
messman@bankofny.com
mfenner@bankofny.com
michelesmith@bankofny.com
michellewong@bankofny.com
mimasters@bankofny.com
miriam.e.mccann@bankofny.com
mkessler@bankofny.com
mlaboy@bankofny.com
mlancaster@bankofny.com
mleeman@bankofny.com
mmccabe@bankofny.com
mmcgrane@bankofny.com
mmcmorrow@bankofny.com
mmekolites@bankofny.com
moloughlin@bankofny.com
mpacifico@bankofny.com
mparekh@bankofny.com
mrusseljones@bankofny.com
msabino@bankofny.com
mscaduto@bankofny.com
msheehy@bankofny.com
mshmleva@bankofny.com
msmolinsky@bankofny.com
mswintek@bankofny.com
munger@bankofny.com
mweisbuch@bankofny.com
mworos@bankofny.com
mwrigley@bankofny.com
ncalvert@bankofny.com
nikkybeatty@bankofny.com
nkane@bankofny.com
nlaidlaw@bankofny.com
nradia@bankofny.com
nramsey@bankofny.com
nyan@bankofny.com
oowersgibbs@bankofny.com

## Company & Corresponding Email Addresses

owright@bankofny.com
ozhilaev@bankofny.com
pabplanalp@bankofny.com
patrickbyrne@bankofny.com
pbianco@bankofny.com
pcasey@bankofny.com
pdanderson@bankofny.com
pharland@bankofny.com
phew@bankofny.com
phillord@bankofny.com
pleung@bankofny.com
ppereira@bankofny.com
psaitta@bankofny.com
pstack@bankofny.com
ptadie@bankofny.com
pwilson@bankofny.com
qlei@bankofny.com
rbattle@bankofny.com
rbhasin@bankofny.com
rchan@bankofny.com
rfronapfel@bankofny.com
rgeorge@bankofny.com
rgill@bankofny.com
rgoldstein@bankofny.com
rherr@bankofny.com
richardbarns@bankofny.com
riesposito@bankofny.com
rkehoe@bankofny.com
rklingman@bankofny.com
rmattessich@bankofny.com
rmclawrence@bankofny.com
rmcwalters@bankofny.com
rmignemi@bankofny.com
rmulligan@bankofny.com
rnelson@bankofny.com
rpierson@bankofny.com
rrinaudo@bankofny.com
rtweed@bankofny.com
rwang@bankofny.com
rzayas@bankofny.com
sahlner@bankofny.com
samahogg@bankofny.com
sbrennan@bankofny.com
schr@bankofny.com
scotanderson@bankofny.com
sdetraglia@bankofny.com
sdtorgeson@bankofny.com
sgrace@bankofny.com
shammond@bankofny.com
shchen@bankofny.com
sheath@bankofny.com
shreenapatel@bankofny.com
sjoseph@bankofny.com
skline@bankofny.com

## Company & Corresponding Email Addresses

slawler@bankofny.com
slistor@bankofny.com
smilazzo@bankofny.com
smost@bankofny.com
soolee@bankofny.com
sparkes@bankofny.com
spegram@bankofny.com
srobinson@bankofny.com
ssahgal@bankofny.com
sswitzer@bankofny.com
stephen_conlon@lnotes3.bankofny.com
strusso@bankofny.com
swadams@bankofny.com
swetter@bankofny.com
tbd@bankofny.com
tberntsen@bankofny.com
tbosh@bankofny.com
tbrobbey@bankofny.com
tbulitt@bankofny.com
tbullitt@bankofny.com
tbuthorn@bankofny.com
tconnolly@bankofny.com
tegan@bankofny.com
tford@bankofny.com
tfrangione@bankofny.com
tgibbons@bankofny.com
thomaslee@bankofny.com
tkane@bankofny.com
tkeaney@bankofny.com
tmccormick@bankofny.com
tnobile@bankofny.com
tprice@bankofny.com
tprose@bankofny.com
tskim@bankofny.com
tszczesny@bankofny.com
tthresher@bankofny.com
vecamp@bankofny.com
vfitzpatrick@bankofny.com
viannone@bankofny.com
waiyeung@bankofny.com
wambrosia@bankofny.com
wambrosio@bankofny.com
wbaird@bankofny.com
wbwelch@bankofny.com
william_blank@lnotes5.bankofny.com
williamklam@bankofny.com
wlemberg@bankofny.com
wpkelly@bankofny.com
ytheis@bankofny.com
yyeong@bankofny.com

**bankofscotland**

andrew_hodder@bankofscotland.co.uk
bill_boland@bankofscotland.com
brian_watters@bankofscotland.com

## Company & Corresponding Email Addresses

catherine_more@bankofscotland.co.uk
colin_mackie@bankofscotland.co.uk
colin_swanson@bankofscotland.co.uk
ian_crowther@bankofscotland.co.uk
ian_macdonald@bankofscotland.co.uk
jacky_ah_fong@bankofscotland.co.uk
joelle_antmann@bankofscotland.co.uk
john_carlson@bankofscotland.co
josephine_sullivan@bankofscotland.co.uk
kristin_yeatman@bankofscotland.co.uk
martin_davidson-gay@bankofscotland.co.uk
martyn_drake@bankofscotland.co.uk
neil_r_forest@bankofscotland.co.uk
steve_morrison@bankofscotland.co.uk
stuart_gibson@bankofscotland.co.uk
tom_raeside@bankofscotland.co.uk

### bankofscotlandusa
michaelelwell@bankofscotlandusa.com

### bankofthewest
alexandra.linden@bankofthewest.com
cfernandes@bankofthewest.com
cvuong@bankofthewest.com
david.lockwood@bankofthewest.com
david.sway@bankofthewest.com
dmallone@bankofthewest.com
gary.tichota@bankofthewest.com
jdworak@bankofthewest.com
jfield@bankofthewest.com
jho@bankofthewest.com
jim.tyler@bankofthewest.com
jsteinkirchner@bankofthewest.com
kto@bankofthewest.com
maria.bagley@bankofthewest.com
matt.carvalho@bankofthewest.com
peter.guastamachio@bankofthewest.com
richard.aubrey@bankofthewest.com
rick.yee@bankofthewest.com
tani.girton@bankofthewest.com
teaira.adams@bankofthewest.com

### bankone
alan_turner@bankone.com
alison_sites@mail.bankone.com
amy_m_miller@bankone.com
andrea_kantor@bankone.com
anita_glencoe@bankone.com
arthur_apodaca@bankone.com
barb_glenn@bankone.com
barb_miller@bankone.com
barbara_browning@bankone.com
beth_a_harp@bankone.com
brad_r_stauffer@bankone.com
brent_brendle@bankone.com
brett_keske@bankone.com
brian_bergere@bankone.com

## Company & Corresponding Email Addresses

brian_jordan@bankone.com
chris_s_page@bankone.com
christopher_e_parr@bankone.com
christopher_mercy@bankone.com
christopher_nauseda@bankone.com
chuck_grebus@bankone.com
clark_pleiss@bankone.com
clifford_hayden@bankone.com
daniel_f_gibbons@bankone.com
darryl_jenkins@bankone.com
dave_farrell@bankone.com
david_e_charlesworth@bankone.com
david_j_espinoza@bankone.com
denise_r_farnum@bankone.com
donald_g_clark@bankone.com
donald_moore@bankone.com
douglas_goodwin@bankone.com
douglas_s_swanson@bankone.com
duane_r_huff@bankone.com
elizabeth_roche@bankone.com
erin_aland@bankone.com
eve_l_benton@bankone.com
francine_atiyeh@bankone.com
gary_s_gage@bankone.com
gerard_lewis@bankone.com
gregory_e_reed@bankone.com
howard_c_hunt@bankone.com
ingrid_thomas@bankone.com
iris_foster-denieuwe@bankone.com
jack_lanphar@bankone.com
jeff_starrick@bankone.com
jeffrey_p_hatton@bankone.com
jennifer_m_anderson@bankone.com
jennifer_tabak@bankone.com
jeryne_a_peterson@mail.bankone.com
jimmie_irby@bankone.com
joel_c_seiboldt@bankone.com
john_d_nicely@mail.bankone.com
john_i_blakely@mail.bankone.co
john_keisler@bankone.com
john_s_jenkins@bankone.com
john_sajdak@bankone.com
john_ward@bankone.com
joseph_m_szabo@bankone.com
joycelyn_byers@bankone.com
karen_t_montgomery@bankone.com
kathleen_laird@bankone.com
kelly_m_mercy@bankone.com
ken_selle@bankone.com
kent_wentworth@bankone.com
kevin_mortimer@bankone.com
kimberly_a_bingle@bankone.com
ku_shin@bankone.com
kwang_lee@bankone.com

**Company & Corresponding Email Addresses**

larry_a_lonis@bankone.com
leonidas_mata@bankone.com
les_dixon@bankone.com
lisa_tesarik@bankone.com
lynn_yturri@bankone.com
malinda_h_distefano@bankone.com
mark_beeson@bankone.com
mark_d_wheeler@bankone.com
mark_e_davis@bankone.com
mark_hurrelbrink@bankone.com
mark_j_degrazia@bankone.com
mark_jackson@bankone.com
mary.a.downing@bankone.com
mary_f_willcox@bankone.com
mary_grant@bankone.com
matt_kelbick@bankone.com
matt_quagliara@bankone.com
matthew_constancio@bankone.com
michael_j_jarvis@bankone.com
michael_sais@bankone.com
michael_stoffregen@bankone.com
michael_w_davis@bankone.com
mike_mcclinchie@bankone.com
mounir_mikhail@bankone.com
myra_a_almase@bankone.com
nahrain_yacoub@bankone.com
nelson_ho@bankone.com
oliver_glenn@bankone.com
paddy_clerkin@bankone.com
paige_h_kurtz@bankone.com
patrick_keedy@bankone.com
patrick_morrissey@bankone.com
patrick_watson@bankone.com
paul_j_martinez@bankone.com
paul_j_nolte@bankone.com
paul_swoboda@bankone.com
peter_d_simons@bankone.com
peter_donofrio@bankone.com
randy_nemecek@bankone.com
rene_noel@bankone.com
ricardo_cipicchio@bankone.com
robert_bodenlos@bankone.com
robert_f_manning@bankone.com
robert_l_haworth@bankone.com
roger_craig@bankone.com
roger_hale@mail.bankone.com
rose_czerny@bankone.com
ross_galitsky@bankone.com
sandra_ballard@bankone.co
scott_grimshaw@bankone.com
scott_j_thomas@bankone.com
seth_r_cochran@bankone.com
sherry_wentworth@mail.bankone.com
shudong_huang@bankone.com

**Company & Corresponding Email Addresses**

spencer_l_klein@bankone.com
stanley_a_kaniecki@bankone.com
stephen_deibel@bankone.com
stephen_k_mayes@bankone.com
steve_gowsoski@bankone.com
steve_w_bright@bankone.com
steven_cutler@bankone.com
sue_arnold@bankone.com
susan_parekh@bankone.com
suzanne_knox@bankone.com
thad_paskell@bankone.com
thomas_a_benson@bankone.com
thomas_i_poz@bankone.com
tim_holihen@mail.bankone.com
tim_thiebout@bankone.com
tim_w_bond@bankone.com
timothy_w_eisel@mail.bankone.com
tj_kravits@bankone.com
toby_maczka@bankone.com
tom_donne@bankone.com
tom_h_cartwright@bankone.com
ward_highstone@bankone.com
wendy_fletcher@mail.bankone.co
william_k_lynch@bankone.com
william_lafferty@bankone.com
william_t_norris@bankone.com

**bankpime**
emonge@bankpime.es
esalles@bankpime.es
esoler@bankpime.es
pdelafuente@bankpime.es

**bankpng**
apatrick@bankpng.gov.pg

**bankpyme**
fburgues@bankpyme.es
isust@bankpyme.es
jnin@bankpyme.es
lporrata@bankpyme.es
mramos@bankpyme.es
rafael.rabat@bankpyme.es
xdorca@bankpyme.es

**banksterling**
chip.kiesewetter@banksterling.com
poakes@banksterling.com
raffaele@banksterling.com
ria.sugay@banksterling.com

**bank-trust**
ccarpenter@bank-trust.com

**bank-von-ernst**
etz@bank-von-ernst.ch

**bankwinter**
gerald.siegmund@bankwinter.com

**banqueaudi**
charles.khairallah@banqueaudi.com

**Company & Corresponding Email Addresses**

jean.cheval@banqueaudi.com

**banque-bpsd**

bmillet@banque-bpsd.fr
gaelle.saintdrenant@banque-bpsd.fr
jerome.tavernier@banque-bpsd.fr
philippe.perrody@banque-bpsd.fr
sandrine.bastide@banque-bpsd.fr
thierry.rigaudiere@banque-bpsd.fr

**banquecial**

patrick.denhiere@banquecial.fr

**banquecramer**

alain.sierro@banquecramer.ch
francoise.maret@banquecramer.ch
jacques.fedorowsky@banquecramer.ch
janine.belahbib@banquecramer.ch
jose.persoz@banquecramer.ch

**banque-diamantaire**

christophe.clabots@banque-diamantaire.ch
fabrice.bock@banque-diamantaire.ch
flavien.giacometti@banque-diamantaire.ch
joakim.bunzli@banque-diamantaire.ch
philippe.gross@banque-diamantaire.ch

**banquedorsay**

alternative@banquedorsay.fr
arnaud.delatour@banquedorsay.fr
bo_derivatives@banquedorsay.fr
bo_treasury@banquedorsay.fr
brice.moucheboeuf@banquedorsay.fr
carole.muhlbach@banquedorsay.fr
celine.cabanac@banquedorsay.fr
cfleury.westam@banquedorsay.fr
eric.duhamel@banquedorsay.fr
fgirard.westam@banquedorsay.fr
frederic.guesnerot@banquedorsay.fr
gdetanquedec.westam@banquedorsay.fr
georges.culino@banquedorsay.fr
guillaume.chieusse@banquedorsay.fr
gwenael.lecarvennec@banquedorsay.fr
jean-philippe.marchand@banquedorsay.fr
laurent.viegnes@banquedorsay.fr
monique.tin@banquedorsay.fr
olivier.combescure@banquedorsay.fr
olivier.mulin@banquedorsay.fr
philippe.andrieu@banquedorsay.fr
philippe.martin@banquedorsay.fr
pierre.toussain@banquedorsay.fr
rozanne.moraux@banquedorsay.fr
spance.westam@banquedorsay.fr
xsimler.westam@banquedorsay.fr
yannick.gounon@banquedorsay.fr
yannig.pariset@banquedorsay.fr

**banque-france**

aattie@banque-france.fr
abdel.benzerroug@banque-france.fr

## Company & Corresponding Email Addresses

alain.gueritee@banque-france.fr
alexandre.chailloux@banque-france.fr
annabel.chevalier@banque-france.fr
anne-marie.rieu@banque-france.fr
arnaud.dirassen@banque-france.fr
arthur.divisia@banque-france.fr
benoit.mojon@banque-france.fr
bruno.deborne@banque-france.fr
bruno.estecahandy@banque-france.fr
christian.nesi@banque-france.fr
claire.decrevoisier@banque-france.fr
david.olivan@banque-france.fr
denis.jourde@banque-france.fr
didier.leroi@banque-france.fr
edouard.vidon@banque-france.fr
elewi@banque-france.fr
elisabeth.pauly@banque-france.fr
emmanuelle.assouan@banque-france.fr
emmanuelle.olleon@banque-france.fr
florent.lecinq@banque-france.fr
georges.choisi@banque-france.fr
georges.nguyen@banque-france.fr
guy.levy-rueff@banque-france.fr
herve.gonsard@banque-france.fr
herve.thoumiand@banque-france.fr
imene.rahmouni@banque-france.fr
jean-matthieu.vermosen@banque-france.fr
lionel.pawlak@banque-france.fr
luc.riedweg@banque-france.fr
marie.prouille@banque-france.fr
natacha.isslame-rocher@banque-france.fr
nathalie.klein@banque-france.fr
nathalie.rouille@banque-france.fr
olivier.debandt@banque-france.fr
philippe.mongars@banque-france.fr
pierre.cousseran@banque-france.fr
pierre.jaillet@banque-france.fr
remy.lecat@banque-france.fr
sebastien.levy@banque-france.fr
valerie.bour@banque-france.fr
vincent.legroux@banque-france.fr

**banque-hervet**
alexandre.villey@banque-hervet.fr
dominique.serrault@banque-hervet.fr
pierre.diot@banque-hervet.fr

**banquepiguet**
mmenoud@banquepiguet.com

**banquepopulaire**
damien.martin@sudouest.banquepopulaire.fr

**banquetransatlantique**
martinfk@banquetransatlantique.com

**banque-vernes**
mmoinoin@banque-vernes.fr

**banque-vernes-artesia**

**Company & Corresponding Email Addresses**

ogasquet@banque-vernes-artesia.fr

**banque-worms**

johann.ropers@banque-worms.fr

**banrep**

acabrale@banrep.gov.co
calvargu@banrep.gov.co
ccamergo@banrep.gov.co
dcifuepa@banrep.gov.co
djarapin@banrep.gov.co
frontbdlr@banrep.gov.co
jbohmsil@banrep.gov.co
juribees@banrep.gov.co
mrochaco@banrep.gov.co
mruizgil@banrep.gov.co
sclavive@banrep.gov.co
sgalvema@banrep.gov.co

**bansabadell**

franquescarlos@bansabadell.com

**bansel**

dario.esposito@int.bansel.it
info@bansel.it

**banvenez**

daniel_lens@banvenez.com
richard_kemp@banvenez.com

**banxico**

adominguez@banxico.org.mx
aehernandeza@banxico.org.mx
aesparza@banxico.org.mx
alejandro_aguilar@banxico.org.mx
alfonso_martin@banxico.org.mx
amartina@banxico.org.mx
apalerm@banxico.org.mx
asordo@banxico.org.mx
atarassiouk@banxico.org.mx
avinieg@banxico.org.mx
cesar_espinosa@banxico.org.mx
csamano@banxico.org.mx
dmargoli@banxico.org.mx
ecampos@banxico.org.mx
elobato@banxico.org.mx
frubli@banxico.org.mx
gcasillas@banxico.org.mx
gerardo.garcia@banxico.org.mx
gguemez@banxico.org.mx
glozano@banxico.org.mx
gschuster@banxico.org.mx
hvaldes@banxico.org.mx
iperalta@banxico.org.mx
jarroyo@banxico.org.mx
jcarrera@banxico.org.mx
jduclaud@banxico.org.mex
jking@banxico.org.mx
jmurillo@banxico.org.mx
jrgarcia@banxico.org.mx

## Company & Corresponding Email Addresses

lajimene@banxico.org.mx
larias@banxico.org.mx
ldiez-canedo@banxico.org.mx
lprieto@banxico.org.mx
mbarbere@banxico.org.mx
mherrera@banxico.org.mx
mjimenez@banxico.org.mx
mrico@banxico.org.mx
mzarur@banxico.org.mx
ncastro@banxico.org.mx
rfuente@banxico.org.mx
rgoldberg@banxico.org.mx
rmedinaa@banxico.org.mx
rodrigo.velasco@banxico.org.mx
rogelio_arellano@banxico.org.mx
rorozco@banxico.org.mx
rramired@banxico.org.mx
rvelascol@banxico.org.mx
vmartine@banxico.org.mx

### bapensions

angela.bishop@bapensions.com
caroline.heagney@bapensions.com
graham.kirk@bapensions.com
henrik.munk-nielsen@bapensions.com
joanne.melville@bapensions.com
john.matthews@bapensions.com
justin.hatch@bapensions.com
max.irwin@bapensions.co.uk
michelle.m-smith@bapensions.com
peter.hill@bapensions.com
rebecca.stokes@bapensions.co.uk
sonal.kothari@bapensions.com
stephen.taylor@bapensions.co.uk
thomas.keir@bapensions.com
vincent.au@bapensions.com
yuen.lo@bapensions.com

### bapfim

glencora.senior@bapfim.co.uk
paulaprice@bapfim.co.uk
richard.morgan@bapfim.co.uk
simongordon@bapfim.co.uk

### bapfin

firstnamesurname@bapfin.co.uk
guyhayes@bapfin.co.uk

### bapr

eugenio.mantello@bapr.it
giuseppe.ini@bapr.it
nicola.cosola@bapr.it

### barbnet

ajesse@barbnet.com
astevens@barbnet.com
atanna@barbnet.com
balsikafi@barbnet.com
bdonley@barbnet.com

**Company & Corresponding Email Addresses**

beasterling@barbnet.com
bmcveigh@barbnet.com
boleary@barbnet.com
breimann@barbnet.com
bwanger@barbnet.com
cbode@barbnet.com
cchapple@barbnet.com
crobertson@barbnet.com
dchochrek@barbnet.com
dflowers@barbnet.com
dhampton@barbnet.com
dking@barbnet.com
dsparks@barbnet.com
dstackpole@barbnet.com
dsun@barbnet.com
dwilson@barbnet.com
eray@barbnet.com
fbadini@barbnet.com
gbrown@barbnet.com
gimbruce@barbnet.com
gsiegfried@barbnet.com
guylay@barbnet.com
jasher@barbnet.com
jdefrino@barbnet.com
jesquibel@barbnet.com
jford@barbnet.com
jmarion@barbnet.com
jolesky@barbnet.com
jreed@barbnet.com
jweiser@barbnet.com
kcoe@barbnet.com
kketner@barbnet.com
kmccarty@barbnet.com
mcaufield@barbnet.com
mcha@barbnet.com
mchambers@barbnet.com
mpitts@barbnet.com
ncouch@barbnet.com
psmith@barbnet.com
rsharp@barbnet.com
sdale@barbnet.com
sgupta@barbnet.com
slking@barbnet.com
swoods@barbnet.com
swoolf@barbnet.com
tchristman@barbnet.com
tguylay@barbnet.com
tmajors@barbnet.com
vscarola@barbnet.com
warnold@barbnet.com
wrutkoske@barbnet.com

**barcap**

aaron.chilton@barcap.com
abhinandan.deb@barcap.com

## Company & Corresponding Email Addresses

alexander.kretschmann@barcap.com
alison.gent@barcap.com
alison.mcguigan@barcap.com
andrea.decarolis@barcap.com
andrew.wise@barcap.com
andrew.yuen@barcap.com
andy.cope@barcap.com
andy.payne@barcap.com
asim.gunduz@barcap.com
barry.cole@barcap.com
barry.mitchinson@barcap.com
bill.hughes@barcap.com
boris.tadic@barcap.com
brand.richey@barcap.com
carol.bradshaw@barcap.com
caroline.searles@barcap.com
catherine.mcclen@barcap.com
christoph.schon@barcap.com
colin.bermingham@barcap.com
daniel.brookman@barcap.com
david.head@barcap.com
edward.kyritz@barcap.com
eric.jaeger@barcap.com
geir.espeskog@barcap.com
george.karvounis@barcap.com
gleb.sandmann@barcap.com
glenda.kao@barcap.com
graham.rainbow@barcap.com
herleif.haavik@barcap.com
hughes.geslin@barcap.com
ian.hunter@barcap.com
jackie.reid@barcap.com
jae.ahn@barcap.com
jason.kastner@barcap.com
jean.chan@barcap.com
jenny.chung@barcap.com
jerry.williams@barcap.com
jesse.mcdougall@barcap.com
jim.murphy@barcap.com
jinki.hong@barcap.com
john.hopper@barcap.com
john.kerslake@barcap.com
john.mahon@barcap.com
john.porter@barcap.com
jon.gresham@barcap.com
joshi.dhiren@barcap.com
joshua.farber@barcap.com
k.richards@barcap.com
karam.deol@barcap.com
karl.nolson@barcap.com
katja.werner@barcap.com
keith.davies@barcap.com
kenneth.baynes@barcap.com
kevin.aepli@barcap.com

**Company & Corresponding Email Addresses**

kevin.thompson@barcap.com
kirk.harrison@barcap.com
laurent.fransolet@barcap.com
leanne.rouse@barcap.com
lina.taher@barcap.com
luc.paillard@barcap.com
malika.muhammad@barcap.com
marc.aylett@barcap.com
marc.slakmon@barcap.com
martin.juillard@barcap.com
matthew.hegarty@barcap.com
matthieu.chauvel@barcap.com
maurizio.alfano@barcap.com
melissa.curry@barcap.com
michael.stanley@barcap.com
michele.yap@barcap.com
mike.wojtowicz@barcap.com
mirko.milojevic@barcap.com
nagi.bedawi@barcap.com
nathaly.molle@barcap.com
nick.leyhane@barcap.com
oban.breathnach@barcap.com
oliva.stefania@barcap.com
oscar.wu@barcap.com
panayiotis.teklos@barcap.com
pat.quilty@barcap.com
patricia.jamal@barcap.com
patricia.moore@barcap.com
paul.smith3@barcap.com
peter.kaufmann@barcap.com
peter.lindstrom@barcap.com
peter.spence@barcap.com
phil.sheridan@barcap.com
philip.rosenstrach@barcap.com
phyllis.chang@barcap.com
quan.lee@barcap.com
ramal.chatterjee@barcap.com
ravin.onakan@barcap.com
regis.loeb@barcap.com
richard.hughes4@barcap.com
robert.white@barcap.com
rupesh.tailor@barcap.com
sarah.mcgill@barcap.com
scott.tindle@barcap.com
sean.hodgson@barcap.com
sebastien.dimeo@barcap.com
silvia.suarez@barcap.com
simon.long@barcap.com
stephen.stretton@barcap.com
stuart.urquhart@barcap.com
sudeep.sarma@barcap.com
theresa.martino@barcap.com
thorsten.knoth@barcap.com
thorsten.polleit@barcap.com

**Company & Corresponding Email Addresses**

tim.spencer@barcap.com
tim.stephens@barcap.com
trevor.mundt@barcap.com
vincent.dumontoy@barcap.com
wing.chau@barcap.com
zhiwei.feng@barcap.com
zulekha.lakhani@barcap.com

**barclayglobal**

paul.harrison@barclayglobal.com

**barclayi**

bbolen@barclayi.com
cbeal@barclayi.com
jeckert@barclayi.com
tbattle@barclayi.com

**barclays**

alain.pavan@bpb.barclays.com
alessio.falino@barclays.co.uk
almudena.benedit@barclays.com
ana.damaia@barclays.co.uk
andrew.fisher@barclays.co.uk
andrew.k.reid@barclays.com
anne-cecile.de-laulanie@barclays.co.uk
anthony.brooks@barclays.co.uk
arnab.roychowdhury@barclays.co.uk
ayesha.akbar@barclays.co.uk
ben.gee@barclays.com
carlos.perez.parada@barclays.com
chantal.dubo@barclays.co.uk
christophe.servoin@barclays.fr
claire.bennison@barclays.co.uk
colin.lunnon@barclays.co.uk
daniel.krimholtz@barclays.co.uk
david.breach@barclays.co.uk
david.ferguson@barclays.co.uk
david.harbage@barclays.co.uk
david.liston@barclays.com
debbie.cozens@barclays.co.uk
debbie.sager@barclays.com
dimitrios.tzililis@barclays.co.uk
doug.challis@barclays.co.uk
eduardo.ratier@barclays.co.uk
eleanore.dachicourt@barclays.co.uk
frederic.isaac@barclays.fr
gael.dalpan@bpb.barclays.com
gary.kelly@barclays.co.uk
harriet.phillips@barclays.co.uk
helen.eydens@barclays.com
henri.riey@barclays.co.uk
howard.wimpory@barclays.co.uk
hugh.graham@barclays.co.uk
ian.hodges@barclays.co.uk
jacobo.penaranda@barclays.co.uk
jaime.amselem@barclays.com
james.cure@barclays.co.uk

**Company & Corresponding Email Addresses**

jean-marc.divoux@barclays.co.uk
jean-paul.trotet@barclays.co.uk
jean-philippe.scholler@barclays.fr
jeremy.wilson@barclays.co.uk
jerry.stock@barclays.co.uk
jim.kean@barclays.co.uk
jim.wood-smith@barclays.co.uk
john.hopper@barclays.com
john.young@barclays.co.uk
jon.lowes@barclays.co.uk
jose.castellon@barclays.co.uk
jose-manuel.uribarren@barclays.co.uk
justin.simler@barclays.co.uk
karen.aubouy@bpb.barclays.com
luan.huynh@barclays.com
manuel.pareja@barclays.co.uk
mark.santall@barclays.co.uk
mark.winter@barclays.co.uk
marta.de.juan@barclays.com
martin.kensett@barclays.co.uk
max.zaltsman@barclays.com
melanie.brown@barclays.com
michael.green@barclays.co.uk
nassim.cheurfi@barclays.fr
olivier.stul@barclays.fr
patrick.buxton@barclays.co.uk
paul.beach@barclays.co.uk
peter.goshawk@barclays.co.uk
peter.hanlon@barclays.co.uk
philippe.lencou@barclays.co.uk
pierre.bose@barclays.co.uk
polin.foo@barclays.com
rachid.jdidi@barclays.co.uk
richard.o'connell@barclays.co.uk
richard.schreuder@barclays.co.uk
richard.taylor1@barclays.co.uk
roberto.protei@barclays.co.uk
robin.perry@barclays.co.uk
roland.brunner@bpb.barclays.com
romaine.tavernier@bpb.barclays.com
ross.ferguson@barclays.co.uk
scott.goodfellow@barclays.co.uk
sid.malik@bpb.barclays.com
simon.cawdery@barclays.co.uk
simon.chatterton@barclays.co.uk
simon.clark@barclays.co.uk
simon.clark@barclays.co.uk
simon.gunning@barclays.co.uk
stephane.zeisel@barclays.com
steven.moss@barclays.co.uk
stuart.taylor1@barclays.co.uk
william.hughes@barclays.co.uk

**barclaysasia**

darren.tong@barclaysasia.com

**Company & Corresponding Email Addresses**

jason.tang@barclaysasia.com

**barclayscapital**

aisling.coleman@barclayscapital.com
albert.desclee@barclayscapital.com
andrew.day@barclayscapital.com
andy.cope@barclayscapital.com
anil.saddi@barclayscapital.com
arpan.patel@barclayscapital.com
arup.ghosh@barclayscapital.com
bcsa-research@barclayscapital.com
ben.murison@barclayscapital.com
benedict.redmond@barclayscapital.com
cabot.henderson@barclayscapital.com
candy.baffour-awuah@barclayscapital.com
cave.montazeri@barclayscapital.com
christophe.thomas@barclayscapital.com
clarke.smith@barclayscapital.com
david.tattan@barclayscapital.com
dhvani.gupta@barclayscapital.com
dominick.emmanuelli@barclayscapital.com
eamonn.long@barclayscapital.com
fabrizio.boaron@barclayscapital.com
francis.liwanag@barclayscapital.com
franck.lacour@barclayscapital.com
gianmarco.cappellari@barclayscapital.com
graham.rennison@barclayscapital.com
jan.wassenaar@barclayscapital.com
jason.rogers@barclayscapital.com
jasper.boersma@barclayscapital.com
jeffrey.marcus@barclayscapital.com
jesse.mcdougall@barclayscapital.com
jim.adkin@barclayscapital.com
johan.lindqvist@barclayscapital.com
john.cahill@barclayscapital.com
john.wake@barclayscapital.com
joseph.bechara@barclayscapital.com
khenghoe.ng@barclayscapital.com
kristof.kaldau@barclayscapital.com
laurent.barocas@barclayscapital.com
laurent.perriat@barclayscapital.com
lee.phillips2@barclayscapital.com
marc.ohayon@barclayscapital.com
mark.dearlove@barclayscapital.com
mark.merzon@barclayscapital.com
martin.lewis@barclayscapital.com
massimo.todaro@barclayscapital.com
michael.nelson2@barclayscapital.com
miguel.bacal@barclayscapital.com
natasha.jhunjhunwala@barclayscapital.com
nathan.bance@barclayscapital.com
navneet.kaur@barclayscapital.com
nick.parkhouse@barclayscapital.com
oscarhuettner@barclayscapital.com
paul.pollington@barclayscapital.com

## Company & Corresponding Email Addresses

philippe.henry@barclayscapital.com
ralf.kalt@barclayscapital.com
rene.casis@barclayscapital.com
robert.bradbury@barclayscapital.com
rohan.tawadey@barclayscapital.com
shunsuke.kabaya@barclayscapital.com
simon.polbennikov@barclayscapital.com
smadar.mishan@barclayscapital.com
stefan.schmid@barclayscapital.com
szeyee.chan@barclayscapital.com
tadashi.tago@barclayscapital.com
thomas.pietrobelli@barclayscapital.com
thomas.tan@barclayscapital.com
timothy.keenan@barclayscapital.com
tom.kellet@barclayscapital.com
victoria.chittock@barclayscapital.com
victoria.sharpe@barclayscapital.com
vijay.s.chauhan@barclayscapital.com
vladimir.portnykh@barclayscapital.com
wim.boekema@barclayscapital.com

### barclayscorporate
tony.kemp@barclayscorporate.com

### barclaysglobal
adam.levi@barclaysglobal.com
adam.townsend@barclaysglobal.com
adi.behari@barclaysglobal.com
adil.syed@barclaysglobal.com
agnes.hong@barclaysglobal.com
ahmed.talhaoui@barclaysglobal.com
akhlaq.chowdhury@barclaysglobal.com
alan.hall@barclaysglobal.com
alan.stuart-grant@barclaysglobal.com
alex.claringbull@barclaysglobal.com
alex.dale@barclaysglobal.com
alex.kown@barclaysglobal.com
alex.lanwarne@barclaysglobal.com
alex.rivera@barclaysglobal.com
alexandra.sheridan@barclaysglobal.com
alexandre.germak@barclaysglobal.com
ali.almufti@barclaysglobal.com
ali.jahansouz@barclaysglobal.com
alice.keegan@barclaysglobal.com
alistair.harding-smith@barclaysglobal.com
allan.lane@barclaysglobal.com
almond.goduti@barclaysglobal.com
amanda.cox@barclaysglobal.com
amy.ho@barclaysglobal.com
amy.sakaldasis@barclaysglobal.com
amy.whitelaw@barclaysglobal.com
amy@barclaysglobal.com
anand.iyer@barclaysglobal.com
anand.sinha@barclaysglobal.com
ananth.madhavan@barclaysglobal.com
andrea.dericcardis@barclaysglobal.com

**Company & Corresponding Email Addresses**

andrea.wastell@barclaysglobal.com
andrew.berry@barclaysglobal.com
andrew.dales@barclaysglobal.com
andrew.dalgleish@barclaysglobal.com
andrew.essig@barclaysglobal.com
andrew.harrison@barclaysglobal.com
andrew.spencer@barclaysglobal.com
andrew.wealls@barclaysglobal.com
andrew.widdows@barclaysglobal.com
andrew.winn@barclaysglobal.com
andy.burrell@barclaysglobal.com
andy.hartley@barclaysglobal.com
andy.hunt@barclaysglobal.com
angie.au-yeung@barclaysglobal.com
anisha.hirani@barclaysglobal.com
ann.liu@barclaysglobal.com
anna.hawley@barclaysglobal.com
anne.matlock@barclaysglobal.com
anthony.eggington@barclaysglobal.com
anthony.fashana@barclaysglobal.com
anthony.liu@barclaysglobal.com
anthony.panter@barclaysglobal.com
anthony.pryor@barclaysglobal.com
armen.anjargholi@barclaysglobal.com
arvind.bhandari@barclaysglobal.com
aubrey.basdeo@barclaysglobal.com
audrey.leeman@barclaysglobal.com
axel.lomholt@barclaysglobal.com
aydin.uysal@barclaysglobal.com
barry.widdows@barclaysglobal.com
ben.meng@barclaysglobal.com
ben.ming@barclaysglobal.com
benjamin.brodsky@barclaysglobal.com
benjamin.imelhaine@barclaysglobal.com
benoy.thomas@barclaysglobal.com
bernie.tew@barclaysglobal.com
bgi.firesearch@barclaysglobal.com
bgikm.operations@barclaysglobal.com
bin.zeng@barclaysglobal.com
bing.yan@barclaysglobal.com
binu.george@barclaysglobal.com
blake@barclaysglobal.com
brandi.gaudet@barclaysglobal.com
brenda.vales@barclaysglobal.com
brendan.galloway@barclaysglobal.com
brent.canada@barclaysglobal.com
brent.hicks@barclaysglobal.com
brett.sadler@barclaysglobal.com
brian.crane@barclaysglobal.com
brian.lysiak@barclaysglobal.com
brian.zalaznick@barclaysglobal.com
bruce.lavine@barclaysglobal.com
bryan.cameron@barclaysglobal.com
bryan.jacobi@barclaysglobal.com

**Company & Corresponding Email Addresses**

bryan.smith@barclaysglobal.com
burke.treidler@barclaysglobal.com
calvin.huang@barclaysglobal.com
calvin.lee@barclaysglobal.com
carl.gilchrist@barclaysglobal.com
carla.monge@barclaysglobal.com
carmen.turner@barclaysglobal.com
carol.lee@barclaysglobal.com
carolyn.lantz@barclaysglobal.com
carter.lyons@barclaysglobal.com
cayman.seacrest@barclaysglobal.com
celeste.wong@barclaysglobal.com
chad.jacobs@barclaysglobal.com
chad.meuse@barclaysglobal.com
chad.reed@barclaysglobal.com
chalida.meas@barclaysglobal.com
changhwan.sung@barclaysglobal.com
charles.griffith@barclaysglobal.com
charles.lee@barclaysglobal.com
charles.lenfest@barclaysglobal.com
charles.xie@barclaysglobal.com
chinte.liu@barclaysglobal.com
chip.stevens@barclaysglobal.com
chris.barr@barclaysglobal.com
chris.bliss@barclaysglobal.com
chris.brown2@barclaysglobal.com
chris.sutton@barclaysglobal.com
christian.willard@barclaysglobal.com
christina.polischuk@barclaysglobal.com
christoffer.jonsson@barclaysglobal.com
christopher.muth@barclaysglobal.com
christopher.shayne@barclaysglobal.com
christopher.stevenson@barclaysglobal.com
cindy.andresen@barclaysglobal.com
cindy.bernhardt@barclaysglobal.com
claire.simpson@barclaysglobal.com
clay.armistead@barclaysglobal.com
cliff.wood@barclaysglobal.com
clinton.newman@barclaysglobal.com
cole.feinberg@barclaysglobal.com
connie.fischer@barclaysglobal.com
corby.robinson@barclaysglobal.com
corin.frost@barclaysglobal.com
craig.peters@barclaysglobal.com
creighton.jue@barclaysglobal.com
crystal.kwok@barclaysglobal.com
curtis.ruoff@barclaysglobal.com
dagmar.nikles@barclaysglobal.com
dale.hogan@barclaysglobal.com
dan.ransenberg@barclaysglobal.com
dan.rosenbaum@barclaysglobal.com
dana.jensen@barclaysglobal.com
daniel.bergstresser@barclaysglobal.com
daniel.gallegos@barclaysglobal.com

## Company & Corresponding Email Addresses

daniel.mayston@barclaysglobal.com
daniel.morillo@barclaysglobal.com
daniel.saieh@barclaysglobal.com
daniel.simpson@barclaysglobal.com
daniel.veiner@barclaysglobal.com
danny.meidan@barclaysglobal.com
darren.wills@barclaysglobal.com
darren.winstone@barclaysglobal.com
david.buttle@barclaysglobal.com
david.campbell@barclaysglobal.com
david.castellanos@barclaysglobal.com
david.chapman@barclaysglobal.com
david.clark@barclaysglobal.com
david.geffen@barclaysglobal.com
david.lahorgue@barclaysglobal.com
david.lonergan@barclaysglobal.com
david.piazza@barclaysglobal.com
david.semaya@barclaysglobal.com
david.webb@barclaysglobal.com
dean.shenton@barclaysglobal.com
debbie.mah@barclaysglobal.com
denise.olding@barclaysglobal.com
derek.walker@barclaysglobal.com
dhruv.mallick@barclaysglobal.com
diane.hsiung@barclaysglobal.com
diane.shew@barclaysglobal.com
dina.ting@barclaysglobal.com
dion.roseman@barclaysglobal.com
dominic.constanza@barclaysglobal.com
dominic.pegler@barclaysglobal.com
donal.o'neill@barclaysglobal.com
donny.tjandra@barclaysglobal.com
douglas.graham@barclaysglobal.com
downchr@barclaysglobal.com
duncan.fergusson@barclaysglobal.com
duncan.fraser@barclaysglobal.com
duncan.smith@barclaysglobal.com
dylan.hughes@barclaysglobal.com
eben.vanwyk@barclaysglobal.com
ed.corallo@barclaysglobal.com
ed.oetinger@barclaysglobal.com
eddy.vataru@barclaysglobal.com
edric.saito@barclaysglobal.com
edward.wandasiewicz@barclaysglobal.com
edward.wright@barclaysglobal.com
eleanor.defreitas@barclaysglobal.com
eloy.prieto@barclaysglobal.com
emma.ritchie@barclaysglobal.com
eri.ito@barclaysglobal.com
eric.bak@barclaysglobal.com
eric.clothier@barclaysglobal.com
eric.fifer@barclaysglobal.com
eric.kisslinger@barclaysglobal.com
eric.neis@barclaysglobal.com

**Company & Corresponding Email Addresses**

eric.steffen@barclaysglobal.com
eric.wong@barclaysglobal.com
ernie.chow@barclaysglobal.com
evariste.verchere@barclaysglobal.com
eve.scrivener@barclaysglobal.com
extella.jones@barclaysglobal.com
ferian.juwano@barclaysglobal.com
ferian.juwono@barclaysglobal.com
fernando.cabrales@barclaysglobal.com
fiona.colley@barclaysglobal.com
Fiona.Harrington@barclaysglobal.com
fixincome.bgieurope@barclaysglobal.com
florian.bardong@barclaysglobal.com
frank.yu@barclaysglobal.com
frank.zhang@barclaysglobal.com
fred.dopfel@barclaysglobal.com
fred.goetzke@barclaysglobal.com
freddy.huynh@barclaysglobal.com
frederic.favre@barclaysglobal.com
fredrik.axsater@barclaysglobal.com
garth.flannery@barclaysglobal.com
gary.clark@barclaysglobal.com
gary.downie@barclaysglobal.com
gearoid.neligan@barclaysglobal.com
geoff.keith@barclaysglobal.com
george.madrigal@barclaysglobal.com
george.oconnor@barclaysglobal.com
george.poyiadjis@barclaysglobal.com
gerald.garvey@barclaysglobal.com
gerard.vanleusden@barclaysglobal.com
giancarlo.agurto@barclaysglobal.com
glenn.smith@barclaysglobal.com
gordon.readey@barclaysglobal.com
grace.zhang@barclaysglobal.com
graeme.carnochan@barclaysglobal.com
graeme.dewar@barclaysglobal.com
graham.dewar@barclaysglobal.com
graham.hepher@barclaysglobal.com
grainne.carey@barclaysglobal.com
greg.asher@barclaysglobal.com
gregg.murrell@barclaysglobal.com
gregory.nutt@barclaysglobal.com
gregory.savage@barclaysglobal.com
haiwei.li@barclaysglobal.com
hannah.skeates@barclaysglobal.com
hanqing.tian@barclaysglobal.com
haydn.davies@barclaysglobal.com
heather.degarmo@barclaysglobal.com
heather.rooke@barclaysglobal.com
hedi.katz@barclaysglobal.com
heidi.dallamore@barclaysglobal.com
helen.eun@barclaysglobal.com
helen.zha@barclaysglobal.com
helena.kent@barclaysglobal.com

## Company & Corresponding Email Addresses

henrietta.pacquement@barclaysglobal.com
holly.smith@barclaysglobal.com
hongleng.chuah@barclaysglobal.com
howard.wu@barclaysglobal.com
howe.ng@barclaysglobal.com
hubert.dejesus@barclaysglobal.com
hubert.lee@barclaysglobal.com
hugh.cutler@barclaysglobal.com
hussein.safa@barclaysglobal.com
ian.williams@barclaysglobal.com
ignacio.blanch@barclaysglobal.com
indranil.barari@barclaysglobal.com
inma.pena@barclaysglobal.com
ittiphan.jearkjirm@barclaysglobal.com
ivania.dobles@barclaysglobal.com
jabaz.mathai@barclaysglobal.com
jaime.lee@barclaysglobal.com
jalal.akhavein@barclaysglobal.com
james.attwell@barclaysglobal.com
james.galliland@barclaysglobal.com
james.lim@barclaysglobal.com
james.middleton@barclaysglobal.com
james.pomery@barclaysglobal.com
james.templeman@barclaysglobal.com
jamie.gurton@barclaysglobal.com
jane.leung@barclaysglobal.com
jane.montana@barclaysglobal.com
janet.chow@barclaysglobal.com
janet.oram@barclaysglobal.com
janine.guillot@barclaysglobal.com
jason.draut@barclaysglobal.com
jason.gordon@barclaysglobal.com
jason.lamacchia@barclaysglobal.com
jason.strofs@barclaysglobal.com
jatin.vara@barclaysglobal.com
javier.rodriguez@barclaysglobal.com
jay.vyas@barclaysglobal.com
jayesh.patel@barclaysglobal.com
jeff.clapp@barclaysglobal.com
jeff.geib@barclaysglobal.com
jeff.hilton@barclaysglobal.com
jeff.hord@barclaysglobal.com
jeff.lenamon@barclaysglobal.com
jeff.shen@barclaysglobal.com
jenelle.dito@barclaysglobal.com
jennifer.barker@barclaysglobal.com
jennifer.gurr@barclaysglobal.com
jennifer.hole@barclaysglobal.com
jennifer.hsui@barclaysglobal.com
jennifer.kwai@barclaysglobal.com
jenny.bright@barclaysglobal.com
jenny.murkes@barclaysglobal.com
jermaine.pierre@barclaysglobal.com
jerry.millendorf@barclaysglobal.com

**Company & Corresponding Email Addresses**

jesper.madsen@barclaysglobal.com
jess.nuttridge@barclaysglobal.com
jesse.cox@barclaysglobal.com
jianming.kou@barclaysglobal.com
jihwan.choi@barclaysglobal.com
jim.amorella@barclaysglobal.com
jim.chan@barclaysglobal.com
jim.chin@barclaysglobal.com
jim.gilliland@barclaysglobal.com
jim.hwang@barclaysglobal.com
jim.keagy@barclaysglobal.com
jim.lewis@barclaysglobal.com
jim.millard@barclaysglobal.com
jim.wang@barclaysglobal.com
jimmy.huang@barclaysglobal.com
jiten.samani@barclaysglobal.com
joanne.edwards@barclaysglobal.com
joel.silva@barclaysglobal.com
johannes.pretorius@barclaysglobal.com
john.blackmoresquires@barclaysglobal.com
john.buck@barclaysglobal.com
john.cheng@barclaysglobal.com
john.dewey@barclaysglobal.com
john.ho@barclaysglobal.com
john.maskell@barclaysglobal.com
john.pirone@barclaysglobal.com
john.ricci@barclaysglobal.com
john.schardin@barclaysglobal.com
john.scruggs@barclaysglobal.com
john.simpson@barclaysglobal.com
john.sulski@barclaysglobal.com
jonathan.baker@barclaysglobal.com
jonathan.burrows@barclaysglobal.com
jonathan.cohen@barclaysglobal.com
jonathan.curry@barclaysglobal.com
jonathan.graves@barclaysglobal.com
jonathan.howe@barclaysglobal.com
jonathan.lamb@barclaysglobal.com
jonathan.lansing@barclaysglobal.com
jonathan.ligon@barclaysglobal.com
jonathan.masse@barclaysglobal.com
jonathan.morgan@barclaysglobal.com
jonathan.mundy@barclaysglobal.com
jonathan.pye@barclaysglobal.com
jonathan.sissen@barclaysglobal.com
jonathan.willis@barclaysglobal.com
joselle.duncan@barclaysglobal.com
joseph.caminiti@barclaysglobal.com
joseph.kippels@barclaysglobal.com
joseph.linhares@barclaysglobal.com
josephine.chu@barclaysglobal.com
josh.taft@barclaysglobal.com
joshua.margulies@barclaysglobal.com
juan.medina-mora@barclaysglobal.com

## Company & Corresponding Email Addresses

judy.wong@barclaysglobal.com
juhee.khetrapal@barclaysglobal.com
julia.belford@barclaysglobal.com
julia.wu@barclaysglobal.com
julian.fischer@barclaysglobal.com
julian.marks@barclaysglobal.com
juliana.hastings@barclaysglobal.com
julie.hillier@barclaysglobal.com
julie.winterburn@barclaysglobal.com
jung.cho@barclaysglobal.com
junmin.hu@barclaysglobal.com
justin.herlihy@barclaysglobal.com
justin.louis@barclaysglobal.com
justin.rozek@barclaysglobal.com
kalpana.bhat@barclaysglobal.com
kaori.ono@barclaysglobal.com
karen.chaltikian@barclaysglobal.com
karen.temple@barclaysglobal.com
kari.sigurdsson@barclaysglobal.com
karim.khiar@barclaysglobal.com
karl.cheng@barclaysglobal.com
kasey.tu@barclaysglobal.com
kate.jones@barclaysglobal.com
kathy.taylor@barclaysglobal.com
katrina.gil@barclaysglobal.com
kaushal.shah@barclaysglobal.com
kaushik.saha@barclaysglobal.com
kayma.croker-liburd@barclaysglobal.com
ked.hogan@barclaysglobal.com
keiko.kimura@barclaysglobal.com
keith.berry@barclaysglobal.com
keith.kelsall@barclaysglobal.com
kelly.torok@barclaysglobal.com
ken.kroner@barclaysglobal.com
ken.millman@barclaysglobal.com
ken.zhu@barclaysglobal.com
keshava.shastry@barclaysglobal.com
ketan.gada@barclaysglobal.com
kevin.franklin@barclaysglobal.com
kevin.kneafsey@barclaysglobal.com
kevin.koch@barclaysglobal.com
kevin.mcnulty@barclaysglobal.com
kevin@barclaysglobal.com
khanh.nguyen@barclaysglobal.com
khoabane.phoofolo@barclaysglobal.com
kimia.zabetian@barclaysglobal.com
kirk.leung@barclaysglobal.com
konstantin.nemnov@barclaysglobal.com
krishan.gopaul@barclaysglobal.com
kristin.bradbury@barclaysglobal.com
kristopher.heck@barclaysglobal.com
kunal.ghosh@barclaysglobal.com
kurt.klimenko@barclaysglobal.com
kurt.won@barclaysglobal.com

**Company & Corresponding Email Addresses**

kyo.koyama@barclaysglobal.com
lachlan.french@barclaysglobal.com
larry.zhang@barclaysglobal.com
lathrus@barclaysglobal.com
laura.algera@barclaysglobal.com
laura.gill@barclaysglobal.com
laura.henderson-leather@barclaysglobal.com
laura.nemeth@barclaysglobal.com
laura.peres@barclaysglobal.com
laura.woo@barclaysglobal.com
lauritz.ringdal@barclaysglobal.com
lech.panowicz@barclaysglobal.com
lee.sterne@barclaysglobal.com
leeann.auer@barclaysglobal.com
lei.fu@barclaysglobal.com
leland.clemons@barclaysglobal.com
leon.barzman@barclaysglobal.com
leslie.gambon@barclaysglobal.com
li.huang@barclaysglobal.com
liang.qiao@barclaysglobal.com
lilian.wan@barclaysglobal.com
lin.cui@barclaysglobal.com
linus.svensson@barclaysglobal.com
lise-lotte.smith@barclaysglobal.com
lorna.potts@barclaysglobal.com
lotta.smith@barclaysglobal.com
louise.holmes@barclaysglobal.com
lu.dalessandro@barclaysglobal.com
lucy.charmeton@barclaysglobal.com
lucy.thompson@barclaysglobal.com
lucy.watts@barclaysglobal.com
luke.squires@barclaysglobal.com
luke.tieman@barclaysglobal.com
lysa.nickels@barclaysglobal.com
lysa.nicklas@barclaysglobal.com
malcolm.smith@barclaysglobal.com
manjunath.boraiah@barclaysglobal.com
manus.stapleton@barclaysglobal.com
manvendra.gupta@barclaysglobal.com
marc.knowles@barclaysglobal.com
marc.mander@barclaysglobal.com
marcel.bahoshy@barclaysglobal.com
marco.merz@barclaysglobal.com
marcus.rudler@barclaysglobal.com
marcus.tom@barclaysglobal.com
mariana.egan@barclaysglobal.com
mariela.jobson@barclaysglobal.com
mark.brandreth@barclaysglobal.com
mark.britten-jones@barclaysglobal.com
mark.butterworth@barclaysglobal.com
mark.coppejans@barclaysglobal.com
mark.easterbrook@barclaysglobal.com
mark.ferrari@barclaysglobal.com
mark.finley@barclaysglobal.com

**Company & Corresponding Email Addresses**

mark.fitzgerald@barclaysglobal.com
mark.friebel@barclaysglobal.com
mark.haberecht@barclaysglobal.com
mark.khalil@barclaysglobal.com
mark.nordio@barclaysglobal.com
mark.r.fitzgerald@barclaysglobal.com
mark.reshke@barclaysglobal.com
mark.sodergren@barclaysglobal.com
mark.stephenson@barclaysglobal.com
mark.talbot@barclaysglobal.com
mark.taylor@barclaysglobal.com
mark.taylor2@barclaysglobal.com
marsha.jong@barclaysglobal.com
martin.humphries@barclaysglobal.com
martin.white@barclaysglobal.com
masaru.yamazaki@barclaysglobal.com
matt.timm@barclaysglobal.com
matt.tucker@barclaysglobal.com
matthew.annable@barclaysglobal.com
matthew.cramer@barclaysglobal.com
matthew.crawford@barclaysglobal.com
matthew.farrar@barclaysglobal.com
matthew.hurd@barclaysglobal.com
matthew.lau@barclaysglobal.com
matthew.lee@barclaysglobal.com
matthew.o'hara@barclaysglobal.com
matthew.potts@barclaysglobal.com
matthew.scanlan@barclaysglobal.com
max.kozlov@barclaysglobal.com
meiliu.nystedt@barclaysglobal.com
michael.a.clark@barclaysglobal.com
michael.chong@barclaysglobal.com
michael.evan@barclaysglobal.com
michael.gallagher@barclaysglobal.com
michael.gates@barclaysglobal.com
michael.harper@barclaysglobal.com
michael.korzeniowski@barclaysglobal.com
michael.melvin@barclaysglobal.com
michael.sobel@barclaysglobal.com
michael.sullivan@barclaysglobal.com
michael.wong@barclaysglobal.com
michael.woodward@barclaysglobal.com
michael@barclaysglobal.com
michele.patron@barclaysglobal.com
michelle.tran@barclaysglobal.com
mike.andrews@barclaysglobal.com
mike.kleyn@barclaysglobal.com
mike.lee@barclaysglobal.com
mike.rawson@barclaysglobal.com
mike.rierson@barclaysglobal.com
mike.shearer@barclaysglobal.com
minder.cheng@barclaysglobal.com
ming.chow@barclaysglobal.com
minhton.ha@barclaysglobal.com

**Company & Corresponding Email Addresses**

miriam.bilekova@barclaysglobal.com
mital.bhayani@barclaysglobal.com
mohan.subbiah@barclaysglobal.com
moises.silva@barclaysglobal.com
monika.garcia@barclaysglobal.com
monika.lindeman@barclaysglobal.com
monir.ahmad@barclaysglobal.com
morgan.lee@barclaysglobal.com
morrine.thompson@barclaysglobal.com
mustufa.khan@barclaysglobal.com
muzahir.degani@barclaysglobal.com
naozer.dadachanji@barclaysglobal.com
natalie.pickering@barclaysglobal.com
navneet.arora@barclaysglobal.com
neil.ambler@barclaysglobal.com
neil.vassar@barclaysglobal.com
neill.carter@barclaysglobal.com
nelson.ramos@barclaysglobal.com
nicholas.craze@barclaysglobal.com
nicholas.du.cros@barclaysglobal.com
nick.baturin@barclaysglobal.com
nick.cherney@barclaysglobal.com
nick.cox@barclaysglobal.com
nick.pierce@barclaysglobal.com
nicolaas.marais@barclaysglobal.com
nicole.tranmer@barclaysglobal.com
niels.johnson@barclaysglobal.com
nil.barari@barclaysglobal.com
norman.lee@barclaysglobal.com
oleg.puzyrko@barclaysglobal.com
olena.datsenko@barclaysglobal.com
olessia.burner@barclaysglobal.com
oliver.mcmahon@barclaysglobal.com
olivia-leslie.loubiere@barclaysglobal.com
orlando.montalvo@barclaysglobal.com
pamela.young@barclaysglobal.com
pankaj.shah@barclaysglobal.com
paras.fancy@barclaysglobal.com
parul.shah@barclaysglobal.com
patricia.keogh@barclaysglobal.com
patrick.dunne@barclaysglobal.com
patrick.hoban@barclaysglobal.com
patrick.leung@barclaysglobal.com
patrick.oconnor@barclaysglobal.com
paul.battams@barclaysglobal.com
paul.chin@barclaysglobal.com
paul.cummins@barclaysglobal.com
paul.ebner@barclaysglobal.com
paul.henderson@barclaysglobal.com
paul.lacoursiere@barclaysglobal.com
paul.leonard@barclaysglobal.com
paul.saks@barclaysglobal.com
paul.wallace@barclaysglobal.com
paul.whitehead@barclaysglobal.com

**Company & Corresponding Email Addresses**

peter.christiansen@barclaysglobal.com
peter.cramer@barclaysglobal.com
peter.dabrowski@barclaysglobal.com
peter.day@barclaysglobal.com
peter.knez@barclaysglobal.com
peter.stanfield@barclaysglobal.com
peter.tsang@barclaysglobal.com
peter.wilson@barclaysglobal.com
peter.wood@barclaysglobal.com
phil.schade@barclaysglobal.com
philip.chen@barclaysglobal.com
philip.hsin@barclaysglobal.com
philip.lawson@barclaysglobal.com
philip.westpfel@barclaysglobal.com
phillip.boustridge@barclaysglobal.com
phillip.chen@barclaysglobal.com
pooja.malik@barclaysglobal.com
prashant.gupta@barclaysglobal.com
rachel.baratiak@barclaysglobal.com
ralph.smith@barclaysglobal.com
randall.malcolm@barclaysglobal.com
ranjit.attalia@barclaysglobal.com
ravi.goutam@barclaysglobal.com
reiko.tokukatsu@barclaysglobal.com
rene.casis@barclaysglobal.com
rhonda.vitanye@barclaysglobal.com
richard.brightman@barclaysglobal.com
richard.chen@barclaysglobal.com
richard.flint@barclaysglobal.com
richard.may@barclaysglobal.com
richard.meese@barclaysglobal.com
richard.sloan@barclaysglobal.com
richard.tsai@barclaysglobal.com
richard@barclaysglobal.com
rick.castro@barclaysglobal.com
rima.el-kawa@barclaysglobal.com
rob.bechard@barclaysglobal.com
rob.buckmaster@barclaysglobal.com
rob.gulden@barclaysglobal.com
robert.broadwell@barclaysglobal.com
robert.cosgrove@barclaysglobal.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.ginis@barclaysglobal.com
robert.shackleton@barclaysglobal.com
robert.shimell@barclaysglobal.com
rodolfo.martell@barclaysglobal.com
roger.lynch@barclaysglobal.com
roman.gutkovich@barclaysglobal.com
roman.swaton@barclaysglobal.com
ron.kahn@barclaysglobal.com
ronald.ratcliffe@barclaysglobal.com
rory.tobin@barclaysglobal.com
ross.james@barclaysglobal.com

**Company & Corresponding Email Addresses**

rowman.caguyong@barclaysglobal.com
rupert.lescott@barclaysglobal.com
russ.koesterich@barclaysglobal.com
russell.graham@barclaysglobal.com
russell.vernick@barclaysglobal.com
ryan.braniff@barclaysglobal.com
ryan.burkett@barclaysglobal.com
ryan.kim@barclaysglobal.com
ryan.martin@barclaysglobal.com
ryu.tsujikawa@barclaysglobal.com
sally.yu@barclaysglobal.com
salvatore.zeolla@barclaysglobal.com
sam.lloyd@barclaysglobal.com
sam.patel@barclaysglobal.com
sam.pulsford@barclaysglobal.com
samantha.bartlett@barclaysglobal.com
sameer.jain@barclaysglobal.com
sameer.parab@barclaysglobal.com
sami.mesrour@barclaysglobal.com
samuel.tung@barclaysglobal.com
sandra.guerrero@barclaysglobal.com
sanjay.soni@barclaysglobal.com
sanjay.yadav@barclaysglobal.com
sarah.curry@barclaysglobal.com
savio.rodrigues@barclaysglobal.com
scott.clifford@barclaysglobal.com
scott.cowling@barclaysglobal.com
scott.dohemann@barclaysglobal.com
scott.evans@barclaysglobal.com
scott.ireland@barclaysglobal.com
scott.radell@barclaysglobal.com
scott.richardson@barclaysglobal.com
scott.williamson@barclaysglobal.com
sean.hanley@barclaysglobal.com
sean.wills@barclaysglobal.com
seanna.johnson@barclaysglobal.com
sebastien.betermier@barclaysglobal.com
sebastien.guglietta@barclaysglobal.com
seth.weingram@barclaysglobal.com
shannon.vigil@barclaysglobal.com
shaun.ong@barclaysglobal.com
shawn.steel@barclaysglobal.com
sheila.cullinane@barclaysglobal.com
sherri.shaffer@barclaysglobal.com
sherry.ly@barclaysglobal.com
sid.swaminathan@barclaysglobal.com
simon.brailey@barclaysglobal.com
simon.huang@barclaysglobal.com
simon.martin@barclaysglobal.com
simon.morley@barclaysglobal.com
simon.n.williams@barclaysglobal.com
simon.pottinger@barclaysglobal.com
siva.sivasubramaniam@barclaysglobal.com
sonia.valencia@barclaysglobal.com

**Company & Corresponding Email Addresses**

spencer.lee@barclaysglobal.com
spyros.skoulakis@barclaysglobal.com
sriram.reddy@barclaysglobal.com
stan.beckers@barclaysglobal.com
stefan.wills@barclaysglobal.com
stephanie.selinger@barclaysglobal.com
stephanie.yardley@barclaysglobal.com
stephen.bozeman@barclaysglobal.com
stephen.corliss@barclaysglobal.com
stephen.kim@barclaysglobal.com
stephen.lee@barclaysglobal.com
stephen.rafferty@barclaysglobal.com
stephen.rogers@barclaysglobal.com
stephen.schumm@barclaysglobal.com
steve.barrilleaux@barclaysglobal.com
steve.carnaby@barclaysglobal.com
steven.angelich@barclaysglobal.com
steven.cornew@barclaysglobal.com
steven.schoenfeld@barclaysglobal.com
steven.tze@barclaysglobal.com
stuart.burrows@barclaysglobal.com
stuart.doyle@barclaysglobal.com
stuart.forsyth@barclaysglobal.com
stuart.jarvis@barclaysglobal.com
stuart.owen@barclaysglobal.com
surj.sandher@barclaysglobal.com
susanna.jacob@barclaysglobal.com
suzy.ramos@barclaysglobal.com
tamzin.dossantos@barclaysglobal.com
tarik.ben-saud@barclaysglobal.com
ted.chen@barclaysglobal.com
teresa.kong@barclaysglobal.com
teresa.tan@barclaysglobal.com
terry.nercessian@barclaysglobal.com
thomas.burroughs@barclaysglobal.com
thomas.mcfarren@barclaysglobal.com
thomas.sponholtz@barclaysglobal.com
tibor.szikszai@barclaysglobal.com
tim.foord@barclaysglobal.com
tim.mcleod@barclaysglobal.com
tim.webb@barclaysglobal.com
tim.wong@barclaysglobal.com
timothy.murray@barclaysglobal.com
timothy.welch@barclaysglobal.com
tina.chen@barclaysglobal.com
ting.so@barclaysglobal.com
toby.warburton@barclaysglobal.com
tom.mccutchen@barclaysglobal.com
tom.mccuthen@barclaysglobal.com
tom.mcutchen@barclaysglobal.com
tom.nicholas@barclaysglobal.com
tom.parker@barclaysglobal.com
tom.stephens@barclaysglobal.com
tracy.clark@barclaysglobal.com

## Company & Corresponding Email Addresses

trent.larcombe@barclaysglobal.com
trevor.oliver@barclaysglobal.com
trevor.whelan@barclaysglobal.com
trisha.fitzpatrick@barclaysglobal.com
u-wen.kok@barclaysglobal.com
vicky.eatwell@barclaysglobal.com
victor.wong@barclaysglobal.com
vijay.rao@barclaysglobal.com
vincent.demartel@barclaysglobal.com
vincent.zhao@barclaysglobal.com
vinod.chandrashekaran@barclaysglobal.com
vishal.gupta@barclaysglobal.com
vishal.patel@barclaysglobal.com
vivian.wong@barclaysglobal.com
vroy@barclaysglobal.com
wei.li@barclaysglobal.com
wendy.beller@barclaysglobal.com
wendy.elwell@barclaysglobal.com
will.tanaka@barclaysglobal.com
william.barnes@barclaysglobal.com
william.flanagan@barclaysglobal.com
william.riley@barclaysglobal.com
william.stumpf@barclaysglobal.com
win.robbins@barclaysglobal.com
xiaoli.dang@barclaysglobal.com
xiaowei.li@barclaysglobal.com
yan.du@barclaysglobal.com
yan.ge@barclaysglobal.com
yang.chen@barclaysglobal.com
yared.woudneh@barclaysglobal.com
yasuhide.ogata@barclaysglobal.com
yoko.kondo@barclaysglobal.com
york.deavers@barclaysglobal.com
youngju.lee@barclaysglobal.com
zachary.moore@barclaysglobal.com
zifan.tang@barclaysglobal.com
zlatko.martinic@barclaysglobal.com

**barclaysmail**
bpb.gardanow@barclaysmail.com

**barclayswealth**
bonnie.smith@barclayswealth.com
paul.singer@barclayswealth.com
paul.stappard@barclayswealth.com
thuyquynh.dang@barclayswealth.com

**barep**
alain.casiraghi@barep.com
brice.tropper@barep.com
cedric.chone@barep.com
cyril.furtak@barep.com
cyril.lesmier@barep.com
daniel.pyc@barep.com
edouard.gomis@barep.com
eric.laplagne@barep.com
gilles.barret@barep.com

## Company & Corresponding Email Addresses

irene.luu@barep.com
ishay.emkies@barep.com
jamil.hallak@barep.com
kristell.agaesse@barep.com
laurent.kenigswald@barep.com
loic.henry@barep.com
marc.serafini@barep.com
nathalie.mariel@barep.com
nicolas-t.robin@barep.com
ollivier.courcier@barep.com
pierre.court@barep.com
romain.feraud@barep.com
sami.kermiche@barep.com
thierry.de-rycke@barep.com
wei.sun@barep.com

### barilla

a.colferai@barilla.it
c.mora@barilla.it
d.zoni@barilla.it
e.x@mail.barilla.it
e.zambini@barilla.it
f.barigazzi@barilla.it
f.poschi@barilla.it
l.russo@barilla.it
n.marcheselli@barilla.it
p.testi@barilla.it
v.ogliengo@barilla.it

### baring-asset

alan.leung@baring-asset.com
bob.cecere@baring-asset.com
chris.lees@baring-asset.com
crispin.cripwell@baring-asset.com
dan.savyckyj@baring-asset.com
jessica.lawrence@baring-asset.com
kazuhiro.okamura@baring-asset.com
kenji.hoki@baring-asset.com
kristina.burkey@baring-asset.com
maki.ohnuma@baring-asset.com
maria.perrone@baring-asset.com
mary.dunbrack@baring-asset.com
mieko.oketa@baring-asset.com
misako.yamashita@baring-asset.com
nabil.hamadeh@baring-asset.com
nobufusa.nabeshima@baring-asset.com
rosaly.lentini@baring-asset.com
thomas.melvin@baring-asset.com
tim.dowd@baring-asset.com
timothy.malloy@baring-asset.com
tsutomu.iwasawa@baring-asset.com
urban.larson@baring-asset.com
yoko.yoshimoto@baring-asset.com

### barings

andrew.lamb@barings.com
arisa.hata@barings.com

## Company & Corresponding Email Addresses

atsushi.yamazaki@barings.com
john-paul.burke@barings.com
joji.maki@barings.com
manabu.tamaru@barings.com
mariko.isonuma@barings.com
shunji.ochiai@barings.com
susan.o'brien@barings.com
toyokazu.kaneko@barings.com
wataru.nishimura@barings.com

**barlcaysglobal**
gregg.murrell@barlcaysglobal.com

**barlcyas**
bishwa.limbu@barlcyas.co.uk

**barmenia**
frank.sievert@barmenia.de
petra.nithammer@barmenia.de

**barrettassociates**
rvoccolai@barrettassociates.com

**barrow**
zturnage@barrow.com

**barrowhanley**
amcgowan@barrowhanley.com
askipwith@barrowhanley.com
bchambers@barrowhanley.com
bquinn@barrowhanley.com
cmartin@barrowhanley.com
dganucheau@barrowhanley.com
dhardin@barrowhanley.com
dhodges@barrowhanley.com
dpetruzzelli@barrowhanley.com
eolson@barrowhanley.com
firesearch@barrowhanley.com
jbarrow@barrowhanley.com
jfahrenbruch@barrowhanley.com
jgilday@barrowhanley.com
jharloe@barrowhanley.com
jskinner@barrowhanley.com
lropp@barrowhanley.com
megenes@barrowhanley.com
mgiambrone@barrowhanley.com
mluchsinger@barrowhanley.com
mwetherington@barrowhanley.com
pandrews@barrowhanley.com
rengland@barrowhanley.com
rnixon@barrowhanley.com
rwrighton@barrowhanley.com
slantis@barrowhanley.com
smcdonald@barrowhanley.com
tculler@barrowhanley.com

**barrpart**
catherine@barrpart.com

**bart**
sschroe@bart.gov

**bartlett1898**

## Company & Corresponding Email Addresses

clenihan@bartlett1898.com
dfrancis@bartlett1898.com
eprofancik@bartlett1898.com
jdowden@bartlett1898.com
jkiss@bartlett1898.com
jwalburg@bartlett1898.com
kdowning@bartlett1898.com
kschlachter@bartlett1898.com
mmellis@bartlett1898.com
tsteele@bartlett1898.com

**bartlettinvestors**

jim@bartlettinvestors.com

**basf**

joachim.gauglitz@basf.com
ute.kaller@basf.com

**basf-ag**

klaus.jessen@basf-ag.de
klaus-j.boehm@basf-ag.de

**basler**

beat.wernli@basler.ch
pascal.netz@basler.ch
sylvia.foerster@basler.ch

**bass-net**

bbarrett@bass-net.com
clundy@bass-net.com
dcarrell@bass-net.com
kiverson@bass-net.com
ldafoe@bass-net.com
learle@bass-net.com
mcross@bass-net.com
phudson@bass-net.com

**bat**

charlotte_fink@bat.com
daniel_lui@bat.com
david_booth@bat.com
david_swann@bat.com
edwin_koeckhoven@bat.com
elizabeth_carlson@bat.com
gemma_hewitt@bat.com
leonardo_senra@bat.com
michael_prideaux@bat.com
nina_bainbridge@bat.com
paresh_aatkar@bat.com
paul_harrison@bat.com
paul_rhodes@bat.com
rachael_brierley@bat.com
ralph_edmondson@bat.com
sarah_youngson@bat.com
sean_whelan@bat.com
sharon_woodcock@bat.com

**batelco**

ndhanky@batelco.com.bh
taictwo@batelco.com.bh

**batlantico**

**Company & Corresponding Email Addresses**

agfatlant.lgonzalez@batlantico.es
jesus.asenjo@batlantico.es
jorge.martin@batlantico.es
luis.navia@batlantico.es
mcampanario@batlantico.es

**baupost**

abeer@baupost.com
bspector@baupost.com
byh@baupost.com
cab@baupost.com
cnelson@baupost.com
cnn@baupost.com
dan@baupost.com
distressed@baupost.com
dlr@baupost.com
dmn@baupost.com
dtn@baupost.com
esp@baupost.com
fks@baupost.com
gac@baupost.com
hsp@baupost.com
jaf@baupost.com
jag@baupost.com
jcc@baupost.com
jdf@baupost.com
jfm@baupost.com
jhd@baupost.com
jlc@baupost.com
kcr@baupost.com
ket@baupost.com
lag@baupost.com
lsvetlana@baupost.com
mck@baupost.com
mf@baupost.com
mfd@baupost.com
mj@baupost.com
rab@baupost.com
rcarona@baupost.com
richard@baupost.com
rmunger@baupost.com
sam@baupost.com
scd@baupost.com
snathan@baupost.com
sth@baupost.com
tcm@baupost.com
vpa@baupost.com
wagner@baupost.com

**bawag**

alexandra.primetzhofer@bawag.com
alfred.mittermann@bawag.com
anna-katharina.zimmel@bawag.com
christian.buettner@bawag.com
christina.stauber@bawag.com
d.balaz@bawag.com

## Company & Corresponding Email Addresses

daniel.jakowitsch@bawag.com
elisabeth.kaufmann@bawag.com
helmut.flieh@bawag.com
horst.lechner@bawag.com
ig@bawag.com
invest@bawag.com
johannes.nagy@bawag.com
johannes.stattmann@bawag.com
klaus.peternell@bawag.com
manfred.heller@bawag.com
manfred.rack@bawag.com
mariko.bamer@bawag.com
peter.muellauer@bawag.com
reno.kroboth@bawag.com
thomas.hackl@bawag.com
thomas.kraus@bawag.com
thomas.ruthner@bawag.com
ulrike.kunz@bawag.com
ursula.federsel@bawag.com
walter.windt@bawag.com

### bawagpsk

andrea.haberl@bawagpsk.com
bernhard.herzig@bawagpsk.com
harald.raffay@bawagpsk.com
michael.kastner@bawagpsk.com
philip.reading@bawagpsk.com
regina.oppitz-pfannhauser@bawagpsk.com
tamara.albrecht@bawagpsk.com
wolfgang.buresch@bawagpsk.com

### bawagpskfonds

daniel.stoessl@bawagpskfonds.at
gerhard.andert@bawagpskfonds.at
silvia.cova@bawagpskfonds.at

### bawgpsk

christian.koellich@bawgpsk.com

### bayer

cecilia.scully.b@bayer.com
christian.sarto.b@bayer.com
john.aratruda.b@bayer.com
robert.schoenleber@bayer.com

### bayer-ag

christian.held.ch@bayer-ag.de
frank.rittgen.fr@bayer-ag.de
gabriele.horst.gh@bayer-ag.de
marc-oliver.klemm@bayer-ag.de
markus.ritzauer.mr@bayer-ag.de
michael.kaltenborn.mk@bayer-ag.de
ralph-froehlich.rf@bayer-ag.de
roland.backes.rb@bayer-ag.de
stephan.schneider.ss1@bayer-ag.de
stephanie.kroesche.sk@bayer-ag.de
verena-jeanette.fister-rech.vf@bayer-ag.de

### bayerhealthcare

jutta.merzdorf@bayerhealthcare.com

## Company & Corresponding Email Addresses

martinbeuck@bayerhealthcare.com

### bayerischerueck

agostino_galvagni@bayerischerueck.com
claudia_weir@bayerischerueck.com
stefan_bulla@bayerischerueck.com
udo_martinsohn@bayerischerueck.com

### bayermaterialscience

mario.seesko@bayermaterialscience.com
thomas.binz@bayermaterialscience.com

### bayernhb

bschinabeck@bayernhb.de
mwenzel@bayernhb.de

### bayernib

rudolf.hanisch@bayernib.de

### bayerninvest

andreas.kampe@bayerninvest.de
christian.weber@bayerninvest.de
dominik.jahnke@bayerninvest.de
frank.hermann@bayerninvest.de
helmut.schmitt@bayerninvest.de
holger.kammel@bayerninvest.de
joerg.marienhagen@bayerninvest.de
juergen.geib@bayerninvest.de
narciso.quijano@bayerninvest.de
tom.heineke@bayerninvest.de

### bayern-invest

azak@bayern-invest.de
christian.mardeck@bayern-invest.de
gcordon@bayern-invest.de
hboscheinen@bayern-invest.de
ilocher@bayern-invest.de
mjust@bayern-invest.de
peer.emmrich@bayern-invest.de
rainer.schoellkopf@bayern-invest.de
robert.grund@bayern-invest.de
sdavid@bayern-invest.de
ssteiger@bayern-invest.de
ssteiner@bayern-invest.de
werner.mueller@bayern-invest.de

### bayernlb

alexander.berger@bayernlb.de
alexander.hill@bayernlb.de
alexander.krebs@bayernlb.com
alfred.anner@bayernlb.de
alfred.mundner@bayernlb.com
andreas.engesser@bayernlb.de
andreas.h.schmidt@bayernlb.de
andreas.vambrie@bayernlb.de
antoine.caudrillier@bayernlb.de
assem.el-alami@bayernlb.de
beate.schuster@bayernlb.de
bernhard.birgmann@bayernlb.de
bernhard.lehner@bayernlb.de
bernhard.steege@bayernlb.de

## Company & Corresponding Email Addresses

christian.fuechsl@bayernlb.de
christian.trost@bayernlb.com
christiane.hoppe-oehl@bayernlb.com
claus-peter.deglmann@bayernlb.com
conrad.clarke@bayernlb.co.uk
emmanuel.ballande@bayernlb.de
ernst.wittmann@bayernlb.de
florian.dittmer@bayernlb.de
florian.drexler@bayernlb.com
frank.burschel@bayernlb.de
frank.greisel@bayernlb.com
georg.haas@bayernlb.de
georg.huber1@bayernlb.com
gerhard.gribkowsky@bayernlb.de
hans-christoph.groscurth@bayernlb.de
harald.kaiser@bayernlb.de
harald.tanzer@bayernlb.de
hartmut.deglmann@bayernlb.de
herbert.marxen@bayernlb.com
holger.fertig@bayernlb.de
iris.kaltenhaeuser@bayernlb.de
irmin.haucke@bayernlb.de
irmin.hauke@bayernlb.com
jens.hennesser@bayernlb.de
jochen.geus@bayernlb.de
joerg.angele@bayernlb.de
joerg.babelotzky@bayernlb.de
johann.geiginger@bayernlb.de
john.lam@bayernlb.de
john-douglas.shires@bayernlb.de
josef.gruber@bayernlb.de
juergen.adamitza@bayernlb.de
juergen.wollitzer@bayernlb.de
klaus.wrobel@bayernlb.de
marius.bergander@bayernlb.com
markus.gaugenrieder@bayernlb.de
markus.steilen@bayernlb.com
martin.blasi@bayernlb.com
martina.steinberg@bayernlb.de
michael.hoffmann@bayernlb.de
nathan.evans@bayernlb.de
nicholas.atkinson@bayernlb.de
peter.posch@bayernlb.de
petra.friedrich@bayernlb.com
philip.chu@bayernlb.de
reiner.gesellmann@bayernlb.de
reiner.grupp@bayernlb.com
richarda.heubisch@bayernlb.de
rolf.maier@bayernlb.com
ronald.striegl@bayernlb.de
roswitha.droeber@bayernlb.de
rudolf.hofbauer@bayernlb.de
stefan.magerl@bayernlb.de
susanne.cubera@bayernlb.de

## Company & Corresponding Email Addresses

tanja.wienckol@bayernlb.com
thomas.brenner@bayernlb.de
thomas.thieken@bayernlb.com
till.menges@bayernlb.de
timothy.tan@bayernlb.de
tobias.strelow@bayernlb.de
ulrike.brocke@bayernlb.de
volker.karioth@bayernlb.de
winfried.freygang@bayernlb.de

### bayernlbny

bvonstuelpnagel@bayernlbny.com
canderson@bayernlbny.com
cdowd@bayernlbny.com
gstampfel@bayernlbny.com
jalbeck@bayernlbny.com
jcampagna@bayernlbny.com
jlafronz@bayernlbny.com
jlopez@bayernlbny.com
mtorres@bayernlbny.com
phealy@bayernlbny.com
rsauer@bayernlbny.com
sfielitz@bayernlbny.com
sschulman@bayernlbny.com
tagbabiaka@bayernlbny.com
twoodmaska@bayernlbny.com
uvonwietersheim@bayernlbny.com

### bayharbour

amorro@bayharbour.com
jrevitz@bayharbour.com
jstout@bayharbour.com
kcellar@bayharbour.com
mfang@bayharbour.com
mherring@bayharbour.com
mthompson@bayharbour.com
pwainman@bayharbour.com
sgreenwald@bayharbour.com
sjain@bayharbour.com
smayse@bayharbour.com
ssanchez@bayharbour.com
ssozio@bayharbour.com
svandyke@bayharbour.com
thughes@bayharbour.com
tkovalsky@bayharbour.com
wleamon@bayharbour.com

### baylbny

espinosa@baylbny.com
pobermann@baylbny.com
rgregory@baylbny.com

### bbandt

apulliam@bbandt.com
bbaker@bbandt.com
bboughner@bbandt.com
bcarl@bbandt.com
beppard@bbandt.com

## Company & Corresponding Email Addresses

bfolger@bbandt.com
bgressette@bbandt.com
bguyler@bbandt.com
bmillikan@bbandt.com
cbreswitz@bbandt.com
ccampbell@bbandt.com
ckard@bbandt.com
crogers@bbandt.com
cwoschenko@bbandt.com
darthur@bbandt.com
dharrell-cayton@bbandt.com
dishee@bbandt.com
dlburnette@bbandt.com
dmaness@bbandt.com
dnolan@bbandt.com
dtjohnson@bbandt.com
efarls@bbandt.com
enell@bbandt.com
eraymond@bbandt.com
fmaybank@bbandt.com
geoff.williams@bbandt.com
ggore@bbandt.com
gguess@bbandt.com
gmckenzie@bbandt.com
gtowner@bbandt.com
iflores@bbandt.com
jbnicholson@bbandt.com
jbresnahan@bbandt.com
jcallahan@bbandt.com
jclancy@bbandt.com
jcwillis@bbandt.com
jellington@bbandt.com
jfoltz@bbandt.com
jforeman@bbandt.com
jkvantas@bbandt.com
jlowden@bbandt.com
jlowry@bbandt.com
jluke@bbandt.com
jmcclung@bbandt.com
jschappe@bbandt.com
kkapoor@bbandt.com
kkarlawish@bbandt.com
kmcnair@bbandt.com
ko'hara@bbandt.com
lfalchetta@bbandt.com
lgarland@bbandt.com
ljennette@bbandt.com
llamonica@bbandt.com
lrallen@bbandt.com
lthaxton@bbandt.com
marian.lane@bbandt.com
mary.turner@bbandt.com
mbfisher@bbandt.com
mbond@bbandt.com

## Company & Corresponding Email Addresses

mbrowning@bbandt.com
mgarey@bbandt.com
mmarley@bbandt.com
mskorich@bbandt.com
mvandyke@bbandt.com
psorento@bbandt.com
rhughes@bbandt.com
rlwilson@bbandt.com
rmann@bbandt.com
rrimkus@bbandt.com
rsong@bbandt.com
ryan.bierds@bbandt.com
scislo@bbandt.com
shawn.gibson@bbandt.com
siannini@bbandt.com
sowens@bbandt.com
speterfy@bbandt.com
srjohnson@bbandt.com
stephen.morgan@bbandt.com
tbehl@bbandt.com
tcliborne@bbandt.com
tcrawford@bbandt.com
tnicholson@bbandt.com
tpollack@bbandt.com
wbrundige@bbandt.com
yonjae.kwon@bbandt.com

### bbandtcm

jezell@bbandtcm.com
nfitzgerald@bbandtcm.com
rlambert@bbandtcm.com

### bbbank

detlef.lang@bbbank.de
markus.merkel@bbbank.de

### bbbsa

a.oddin@bbbsa.ch
b.desgardins@bbbsa.ch
e.vanraes@bbbsa.ch
g.grospierre@bbbsa.ch
invest@bbbsa.ch
jp.burki@bbbsa.ch
p.chandon-moet@bbbsa.ch
p.honegger@bbbsa.ch
p.kopitz@bbbsa.ch

### bbc

charlotte.lancaster@bbc.co.uk
clare.davidson@bbc.co.uk
dharshini.david@bbc.co.uk
emily.young@bbc.co.uk
evan.davis@bbc.co.uk
hannah.thomson@bbc.co.uk
jenny.scott@bbc.co.uk
jonty.bloom@bbc.co.uk
paul.mason.01@bbc.co.uk
stephanie.flanders@bbc.co.uk

**Company & Corresponding Email Addresses**

steve.schifferes@bbc.co.uk

**bbg**

howard.atkinson@bbg.co.uk
jadwiga.bialkowska@bbg.co.uk
jaswinder.sandher@bbg.co.uk
jessica.robinson@bbg.co.uk
kevin.burley@bbg.co.uk
mark.winter@bbg.co.uk
peter.j.green@bbg.co.uk
rosemary.thorne@bbg.co.uk
tim.bending@bbg.co.uk
tony.cowley@bbg.co.uk
tristan.allen@bbg.co.uk

**bbh**

andrew.myerson@bbh.com
andrew.randak@bbh.com
andrew.schonfeld@bbh.com
andrew.tucker@bbh.com
andy.denham@bbh.com
aneta.manceva@bbh.com
angela.uttaro@bbh.com
annie.yip@bbh.com
antoine.dieulot@bbh.com
arlene.chua@bbh.com
ates.civitci@bbh.com
ben.neumann@bbh.com
bill.buchanan@bbh.com
bill.vautin@bbh.com
bob.obrien@bbh.com
bradley.mitchell@bbh.com
brian.fox@bbh.com
brian.ventura@bbh.com
caitlin.mckillop@bbh.com
carlos.deleon@bbh.com
charles.izard@bbh.com
charles.miller@bbh.com
cherie.jeffries@bbh.com
chris.romaglino@bbh.com
christian.bolanos@bbh.com
christine.donovan@bbh.com
christoph.krey@bbh.com
christopher.benedict@bbh.com
christopher.elias@bbh.com
christopher.kinney@bbh.com
craig.knocke@bbh.com
cynthia.racine@bbh.com
daniel.andrade@bbh.com
daniel.montoya@bbh.com
daniel.silver@bbh.com
daniel.tse@bbh.com
daryl.armstrong@bbh.com
david.goggins@bbh.com
david.gorski@bbh.com
david.lee@bbh.com

## Company & Corresponding Email Addresses

david.weibe@bbh.com
douglas.mark@bbh.com
ellen.morton@bbh.com
emlen.harmon@bbh.com
eric.szostek@bbh.com
evan.siamantouras@bbh.com
fanie.gouws@bbh.com
fergal.delaney@bbh.com
francois.marlier@bbh.com
frank.votta@bbh.com
galen.lockwood@bbh.com
gary.simonelli@bbh.com
gfa.dublin-boston@bbh.com
glen.mceachern@bbh.com
glenn.baker@bbh.com
gloria.wong@bbh.com
gordon.wan@bbh.com
gregory.steier@bbh.com
guillaume.engles@bbh.com
hadley.clark@bbh.com
harry.martin@bbh.com
hayley.xuereb@bbh.com
henry.blagden@bbh.com
j.vonsceiver@bbh.com
jake.a.gehret@bbh.com
james.evans@bbh.com
james.naklicki@bbh.com
james.strecker@bbh.com
james.tsang@bbh.com
jason.crawford@bbh.com
jason.hutt@bbh.com
jason.markowitz@bbh.com
jay.vansciver@bbh.com
jeff.barry@bbh.com
jeff.idler@bbh.com
jeff.oneill@bbh.com
jeffrey.adams@bbh.com
jerry.cubbin@bbh.com
jim.bertles@bbh.com
jim.heizer@bbh.com
jim.phillips@bbh.com
jingbo.zhang@bbh.com
john.ackler@bbh.com
john.brownlie@bbh.com
john.driscoll@bbh.com
john.herdje@bbh.com
john.mcdevitt@bbh.com
john.neff@bbh.com
john.nelson@bbh.com
johnpaul.drew@bbh.com
jonathan.adams@bbh.com
jorge.ibarra-rivera@bbh.com
joseph.mirsky@bbh.com
joseph.panchamsingh@bbh.com

## Company & Corresponding Email Addresses

judith.pressat@bbh.com
julie.anderson@bbh.com
justin.cleator@bbh.com
karen.bottar@bbh.com
kate.fuller@bbh.com
katrina.lee@bbh.com
kay.strozewski@bbh.com
keith.becconsall@bbh.com
ken.lynch@bbh.com
kevin.hardage@bbh.com
kim.sarmotta@bbh.com
kirk.belinfanti@bbh.com
kristen.hayes@bbh.com
larry.stein@bbh.com
laurent.dorleac@bbh.com
lawrence.reis@bbh.com
leighton.waters@bbh.com
li.lei@bbh.com
lisa.snider@bbh.com
lori.guenther@bbh.com
lucien.norbrun@bbh.com
lucy.west@bbh.com
luke.mccabe@bbh.com
luke.morosanu@bbh.com
madison.tse@bbh.com
maria.di.vito@bbh.com
marina.yu@bbh.com
mark.curnin@bbh.com
mark.emrich@bbh.com
mark.payson@bbh.com
marla.sims@bbh.com
mary.messner@bbh.com
matthew.erlich@bbh.com
matthew.hyman@bbh.com
matthew.olivo@bbh.com
maureen.kelly@bbh.com
medeya.benidze@bbh.com
meg.browne@bbh.com
melissa.correia@bbh.com
michael.beckerman@bbh.com
michael.carbery@bbh.com
michael.keller@bbh.com
michael.kenneally@bbh.com
michael.liberti@bbh.com
michael.meehan@bbh.com
michael.perkons@bbh.com
michael.r.keller@bbh.com
michael.ryan@bbh.com
michael.schuster@bbh.com
michael.townson@bbh.com
michael.walsh@bbh.com
mlgsfa@bbh.com
mortimer.kelly@bbh.com
nathaniel.lee@bbh.com

## Company & Corresponding Email Addresses

neel.panchal@bbh.com
neil.hohmann@bbh.com
nick.bennenbraek@bbh.com
omar.ahmedgas@bbh.com
pascal.felici@bbh.com
paul.huang@bbh.com
pearse.mcdowell@bbh.com
philip.dipaolo@bbh.com
philippe.eger@bbh.com
ray.reid@bbh.com
raymond.humphrey@bbh.com
regina.lombardi@bbh.com
richard.marshall@bbh.com
richard.meek@bbh.com
richard.wilmarth@bbh.com
robert.bakanauskas@bbh.com
robert.dunlap@bbh.com
robert.matayev@bbh.com
roger.binggeli@bbh.com
ron.habakus@bbh.com
sabine.weiler@bbh.com
salim.khanachet@bbh.com
sally-ann.dunphy@bbh.com
sarah.shoukimas@bbh.com
scott.clemons@bbh.com
scott.hill@bbh.com
scott.schultz@bbh.com
scott.winslow@bbh.com
shane.cook@bbh.com
shane.rein@bbh.com
sk.shin@bbh.com
stela.sejdini@bbh.com
stephen.nazzaro@bbh.com
stephen.whitman@bbh.com
teresa.tupper@bbh.com
thomas.murphy@bbh.com
thomas.stawicki@bbh.com
thomas.waters@bbh.com
tim.harth@bbh.com
todd.woodacre@bbh.com
tommy.pace@bbh.com
tripp.blum@bbh.com
vadim.mezrin@bbh.com
valerie.beale@bbh.com
vincent.tedaldi@bbh.com
vineet.theodore@bbh.com

**bbhc**
rwitmer@bbhc.com

**bb-invest**
juergen.wetzel@bb-invest.de
kathrin.spanek@bb-invest.de
matthias.reichenbach@bb-invest.de
oliver.borgis@bb-invest.de
sven.krause@bb-invest.de

## Company & Corresponding Email Addresses

**bbinvestments**
felixbaker@bbinvestments.com
graskin@bbinvestments.com
julianbaker@bbinvestments.com

**bbk**
afuenteb@bbk.es
imartinm@bbk.es
jrobredo@bbk.es

**bbkonline**
fatimab@bbkonline.com
hussain_albanna@bbkonline.com
jalal@bbkonline.com
rohit.chawdhry@bbkonline.com
sathar@bbkonline.com

**bbk-zentrale**
hans-helmut.kotz@bbk-zentrale.de

**bbl**
anne.gruz@bbl.fr
brian.haeck@bbl.be
david.goldenberg@bbl.be
elisabeth.jonlet@bbl.be
equity.research@bbl.br
eric.vidal@bbl.fr
frank.fogiel@bbl.be
gaetan.couvreur@bbl.be
gilles.carlier@bbl.be
gunter.klaffke@bbl.be
gwenaelle.vanhoutte@bbl.be
ilya.de-lannoy@bbl.be
jeanmarie.louis@bbl.be
kevin.o'connell@bbl.be
lasusulu-teresa.peters@bbl.be
marc.eichinger@bbl.fr
patrick.gerard@bbl.fr
peter.zerhouni@bbl.be
phillipe.gilson@bbl.be
raymond.reece@bbl.fr
sandy.schoemaker@bbl.be
severine.delen@bbl.be
tamar.joulia@bbl.be

**bblam**
fabien.madar@bblam.fr

**bbls**
annika.cortellini@bbls.ch
anthony.cohen@bbls.ch
arno.dursel@bbls.ch
christian.borga@bbls.ch
franco.diguardo@bbls.ch
gabriele.odone@bbls.ch
josette.tapponier@bbls.ch
koen.vanderbracht@bbls.ch
matthias.kortmoller@bbls.ch
mervyn.putz@bbls.ch
valerie.schneider@bbls.ch

**Company & Corresponding Email Addresses**

victor.kaelin@bbls.ch

**bblusa**

cwhelan@bblusa.com

**bbmbank**

luisg@bbmbank.com.br

**bbnb**

lgockley@bbnb.com

**bbva**

ck.cheam@bbva.com.hk
david.sasson@bbva.com.hk
j.davila3@gfbemail.bbva.bancomer.com
jeffrey.chu@bbva.com.hk

**bbvany**

jblanco@bbvany.com

**bbvapartners**

pedro.canamera@bbvapartners.com

**bbvapr**

anido@bbvapr.com
marizmen@bbvapr.com
riccolon@bbvapr.com
tania.middelhof@bbvapr.com

**bbvauk**

ana.corvalan@bbvauk.com
herky.dialdas@bbvauk.com
luis.azofra@bbvauk.com
rafael.canada@bbvauk.com

**bbvnet**

jregueiro@bbvnet.com

**bbvsecurities**

bosco.eguilior@bbvsecurities.com

**bbwest**

lmartin@bbwest.com

**bc**

amarsh@bc.pitt.edu
egavin@bc.pitt.edu
plawrence@bc.pitt.edu
sgilbert@bc.pitt.edu
vince_hannity@bc.com

**bcb**

afonso.barros@bcb.gov.br
alexandre.mendes@bcb.gov.br
antonio.francisco@bcb.gov.br
armando.amaral@bcb.gov.br
aroldo.junior@bcb.gov.br
benjamin.tabak@bcb.gov.br
candiota@bcb.gov.br
carolina.cascelli@bcb.gov.br
conrado.costa@bcb.gov.br
danielle.nunes@bcb.gov.br
dineuzita.souza@bcb.gov.br
emanuel.werner@bcb.gov.br
fabia.carvalho@bcb.gov.br
fabio.andaku@bcb.gov.br
felipe.ribeiro@bcb.gov.br

**Company & Corresponding Email Addresses**

fernando.cavalcanti@bcb.gov.br
fernando.gomes@bcb.gov.br
francisco.pinto@bcb.gov.br
gleizer@bcb.gov.br
gustavo.bussinger@bcb.gov.br
gustavo.ottoni@bcb.gov.br
isabela.maia@bcb.gov.br
jluiz.fernandes@bcb.gov.br
jose.barros@bcb.gov.br
julio.kumai@bcb.gov.br
junia.oliveira@bcb.gov.br
lffigueiredo@bcb.gov.br
linaldo@bcb.gov.br
lucia.pinheiro@bcb.gov.br
luis.pontes@bcb.gov.br
marcelo.martinelli@bcb.gov.br
marcio.ayrosa@bcb.gov.br
marcio.mattos@bcb.gov.br
max.meira@bcb.gov.br
michel.gomes@bcb.gov.br
nazim@bcb.com.my
nicolau.arbex@bcb.gov.br
otto.lobo@bcb.gov.br
paulo.cacella@bcb.gov.br
regis.salgado@bcb.gov.br
regis.varao@bcb.gov.br
renato.jansson@bcb.gov.be
renato.jansson@bcb.gov.br
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br
rizal@bcb.com.my
sara.gomes@bcb.gov.br
sergio.goldenstein@bcb.gov.br
simone.burello@bcb.gov.br
suzana.simasmachado@bcb.gov.b
vanessa.simbalista@bcb.gov.br
veronica.marino@bcb.gov.br
vinicius.silva@bcb.gov.br

**bcbsfl**

frederick.briggs@bcbsfl.com
joseph.janocko@bcbsfl.com
lisa.ermin@bcbsfl.com
quent.herring@bcbsfl.com
sara.johnson@bcbsfl.com

**bcbsm**

drummel@bcbsm.com
jkearney@bcbsm.com
nlaurin@bcbsm.com
promano@bcbsm.com

**bcbsma**

elizabeth.cohen@bcbsma.com
john.mohr@bcbsma.com

**bcbsnc**

## Company & Corresponding Email Addresses

steve.cherrier@bcbsnc.com

**bccr**

quirosaa@bccr.fi.cr

**bcee**

a.crochet@bcee.lu
a.forman@bcee.lu
a.kohll@bcee.lu
h.thome@bcee.lu
investment.fim@bcee.lu
josney@bcee.lu
m.baily@bcee.lu
m.morth@bcee.lu
m.polfer@bcee.lu
p.vinciarelli@bcee.lu
r.dejulian@bcee.lu
r.werdel@bcee.lu
repodesk.fim@bcee.lu
srv.cam@bcee.lu
srv.cri@bcee.lu
structuredfinance.fim@bcee.lu
y.bodson@bcee.lu

**bcentral**

arado@bcentral.cl
jlizana@bcentral.cl
jmeyer@bcentral.cl
jureta@bcentral.cl
lcaviere@bcentral.cl
mreyes@bcentral.cl
psmartin@bcentral.cl
rfaulkner@bcentral.cl
rfernand@bcentral.cl
rgomez@bcentral.cl

**bcf**

isaura.costa@bcf.pt

**bcge**

cedric.goris@bcge.ch
daniel.hostettler@bcge.cg
francois.julia@bcge.ch
marc.hollistein@bcge.ch
neil.carnegie@bcge.ch
ozren.bakaric@bcge.ch
pascal.devanthery@bcge.ch
renato.tondina@bcge.ch
thierry.deslarzes@bcge.ch

**bci**

acohen@bci.it
agiangregorio@bci.it
buzzi@bci.it
bvalbuzzi@bci.it
bzittucro@bci.it
camitie@bci.it
cmarchiori@bci.it
cpalmieri@bci.it
ddegliesposti@bci.it

## Company & Corresponding Email Addresses

ebermant@bci.it
esaldarini@bci.it
fmanna@bci.it
fmoglia@bci.it
fnassetti@bci.it
gcaprini@bci.it
gcoladangelo@bci.it
gdainotto@bci.it
gdisalvo@bci.it
gmaselli@bci.it
jamagsila@bci.it
jdickerhof@bci.it
jparascandola@bci.it
kleung@bci.it
lsteve@bci.it
ltruflandier@bci.it
marnaboldi@bci.it
mbonelli@bci.it
mcerrina@bci.it
msantini@bci.it
mtrevisan@bci.it
nrossano@bci.it
pagani@bci.ch
pbattistella@bci.it
qfu@bci.it
sbonanomi@bci.it
securities@bci.ch
tferrazzo@bci.it
vconti@bci.it
vdelucia@bci.it
vwolflercalvo@bci.it
ysakurai@bci.it

**bcif**
adupeloux@bcif.fr
dalleaume@bcif.fr

**bcihongkong**
info@bcihongkong.com.hk
sbertasi@bcihongkong.com

**bcl**
francesca.barberis@bcl.ch
mattia.agostinetti@bcl.ch

**bcml**
dnilkodem@bcml.com

**bcmnet**
balk@bcmnet.nl
boelen@bcmnet.nl
dekrijger@bcmnet.nl
tol@bcmnet.nl
wolters@bcmnet.nl

**bcp**
adangelo@bcp.it
antonio.pintocoelho@bcp.pt
cmeglio@bcp.it
cpalomba@bcp.it

## Company & Corresponding Email Addresses

dario.soarez@bcp.it
diogo.lacerda@bcp.pt
flamanna@bcp.it
joao.cunhamartins@bcp.pt
jose.pereirasilva@bcp.pt
lcruz@bcp.pt
lgallifuoco@bcp.it
luis.piteira@bcp.pt
mafalda.oliveira@bcp.pt
maria.monteiroalmeida@bcp.pt
mario.afonso@bcp.pt
miguel.duarte@bcp.pt
nuno.almeidaalves@bcp.pt
rcapasso@bcp.it
rciotola@bcp.it
susana.teixeira@bcp.pt

### bcp-bank

amadeo.cubeles@bcp-bank.com
atalay.kendirli@bcp-bank.com
cengiz.akandil@bcp-bank.com
davut.celik@bcp-bank.com
francois.nordhof@bcp-bank.com
kerrar.kulak@bcp-bank.com
ozlem.ustundag@bcp-bank.com
sergey.reynov@bcp-bank.com

### bcra

apratgay@bcra.gov.ar
rmare@bcra.gov.ar

### bct

dgfpe.dfe@bct.gov.tn

### bcv

ad@bcv.ch
agim.xhaja@bcv.ch
alexandre.zannoni@bcv.ch
andi.kabili@bcv.ch
andre.zumwald@bcv.ch
andreas.wismer@bcv.ch
beat.rohner@bcv.ch
benoit.berger@bcv.ch
bernard.ravussin@bcv.ch
bertrand.joel.sager@bcv.ch
bogdan.velickovic@bcv.ch
cedric.hefti@bcv.ch
charles-andre.castella@bcv.ch
christel.clapasson@bcv.ch
christian.protti@bcv.ch
christian.zanone@bcv.ch
claudio.bernasconi@bcv.ch
daniel.isler@bcv.ch
david.martinella@bcv.ch
david.sueur@bcv.ch
dominique.marguet@bcv.ch
dominique.tschanz@bcv.ch
eric.jolliet@bcv.ch

**Company & Corresponding Email Addresses**

eric.vauthey@bcv.ch
etienne.weber@bcv.ch
fernando.martins.da.silva@bcv.ch
florence.rochat@bcv.ch
francois.simond@bcv.ch
frederic.nicola@bcv.ch
frederic.sonney@bcv.ch
fund.selection@bcv.ch
funda.savci@bcv.ch
gerard.doerr@bcv.ch
gilbert.rod@bcv.ch
gilles.corbel@bcv.ch
gregory.priolo@bcv.ch
hassan.zein@bcv.ch
isabelle-caroline.weber@bcv.ch
jean.chevalley@bcv.ch
jean-luc.maillard@bcv.ch
jean-marie.coquoz@bcv.ch
jean-philippe.barras@bcv.ch
jessica.guignard@bcv.ch
johan.pea@bcv.ch
jonas.enstrom@bcv.ch
jose.antonio.galeano@bcv.ch
josianne.nanchen@bcv.ch
julie.mardelle@bcv.ch
krystian.laszewski@bcv.ch
laurent.mauron@bcv.ch
laurent.mudry@bcv.ch
lsparra@bcv.org.ve
luc.byrde@bcv.ch
marc.aellen@bcv.ch
marco.pasquali@bcv.ch
marion.buchel@bcv.ch
martine.rognon@bcv.ch
max.roth@bcv.ch
michel.aubry@bcv.ch
michel.cachin@bcv.ch
michel.grimaldi@bcv.ch
mlago@bcv.org.ve
nadine.donze.jobin@bcv.ch
nicolas.burki@bcv.ch
nicolas.di.maggio@bcv.ch
nicolas.tissot@bcv.ch
nils.tuchschmid@bcv.ch
olivier.balsiger@bcv.ch
olivier.cavaleri@bcv.ch
olivier.gisimondo@bcv.ch
olivier.groux@bcv.ch
olivier.matter@bcv.ch
pablo.orgeira@bcv.ch
pascal.dux@bcv.ch
patricia.bochud@bcv.ch
philippe.besson@bcv.ch
philippe.gabella@bcv.ch

## Company & Corresponding Email Addresses

philippe.zufferey@bcv.ch
pierre.delaly@bcv.ch
pierre-antoine.bellon@bcv.ch
pierre-yves.piccand@bcv.ch
rafael.fucinos@bcv.ch
raphael.motta@bcv.ch
raphael.schindelholz@bcv.ch
rene-pierre.giavina@bcv.ch
richard.christinat@bcv.ch
richardo.rodriques@bcv.ch
sacha.mingard@bcv.ch
sandra.pernet@bcv.ch
santo.di.pollina@bcv.ch
serge.lignot@bcv.ch
sergio.del.gottardo@bcv.ch
settlement.securities.lending@bcv.ch
sonia.pernot@bcv.ch
sylvain.bornand@bcv.ch
taner.alicehic@bcv.ch
thierry.favre@bcv.ch
thierry.lambert@bcv.ch
thierry.reymond@bcv.ch
ulrich.luthy@bcv.ch
valentin.burki@bcv.ch
veronique.haefliger@bcv.ch
vincent.mottier@bcv.ch
vincent.servan@bcv.ch
yann.rossier@bcv.ch
yves.chappuis@bcv.ch
yves.crausaz@bcv.ch

**bcvs**
didier.rion@bcvs.ch
fabrice.constantin@bcvs.ch

**bd**
nizam.broachi@bd.com

**bdc**
clement.albert@bdc.ca

**bde**
acollantes@bde.es
afranzoni@bde.es
alberola@bde.es
ameson@bde.es
buisan@bde.es
cesar.roa@bde.es
cjimenez@bde.es
dgsupof4glam@bde.es
frestoy@bde.es
jccaballero@bde.es
jose.garcia@bde.ed
jose.jimenez@bde.es
jsaurina@bde.es
juan_luis.vega@bde.es
maria.nieto@bde.es
martinez@bde.es

**Company & Corresponding Email Addresses**

   mesa.operaciones@bde.es
   msainz@bde.es
   santiago.fernandez-de-lis@bde.es

**bdf-gestion**
   faubin@bdf-gestion.com

**bdg**
   daniele.falck@bdg.ch
   doris.pittet@bdg.ch
   marc.gemoets@bdg.ch
   martina.burysek@bdg.ch

**bdl**
   astrid.moll@bdl.lu
   benoit.elvinger@bdl.lu
   claude.dionysius@bdl.lu
   franck.heinen@bdl.lu
   georges.engel@bdl.lu
   guy.wagner@bdl.lu
   helene.duchatellier@bdl.lu
   ivan.bouillotmontero@bdl.lu
   joel.reuland@bdl.lu
   leon.kirch@bdl.lu
   marc.guiot@bdl.lu
   olivier.valentin@bdl.lu
   pierre.stoll@bdl.lu
   roger.diedenhofen@bdl.lu
   sammy.skovronek@bdl.lu
   theo.meder@bdl.lu

**bdroma**
   alessandro.paoli@us.bdroma.com
   claudio.perna@uk.bdroma.com
   g.orgera@hk.bdroma.com
   jonathan.bloom@us.bdroma.com
   margaret.delay@us.bdroma.com
   peter.scharf@uk.bdroma.com
   terence.ip@hk.bdroma.com
   tradingroom@us.bdroma.com
   vincent.wright@uk.bdroma.com

**bea**
   tr@bea.com

**bear**
   aalbert@bear.com
   aantonelli@bear.com
   achiesi@bear.com
   aheadley@bear.com
   aherr@bear.com
   ahsieh@bear.com
   akoul@bear.com
   amoolji@bear.com
   amoyer@bear.com
   anath@bear.com
   asenapaty@bear.com
   ashaw@bear.com
   bass@bear.com
   bemorris@bear.com

## Company & Corresponding Email Addresses

besterson@bear.com
bgrossman@bear.com
bng@bear.com
bosman@bear.com
bschmidt@bear.com
bslater@bear.com
carroyo@bear.com
cgordon@bear.com
cjsmith@bear.com
claporta@bear.com
dadler@bear.com
david.cook@bear.com
dbyatt@bear.com
dchiesi@bear.com
ddelgado1@bear.com
ddunne@bear.com
ddwu@bear.com
dfreedman@bear.com
dleccese@bear.com
doh1@bear.com
drudnitsky@bear.com
dsteiker@bear.com
dwoodwar@bear.com
dworth@bear.com
esimonova@bear.com
fgaldi@bear.com
fteitscheid@bear.com
gbetts@bear.com
gcorona@bear.com
gjones@bear.com
gkarkambasis@bear.com
gkulaligil@bear.com
gmiller@bear.com
gramadi@bear.com
gwilliams@bear.com
hcohen@bear.com
hzhou@bear.com
ibitner@bear.com
iedelblum@bear.com
jacobsen@bear.com
jalexander@bear.com
jasimon@bear.com
jbagaglio@bear.com
jberg@bear.com
jbogen@bear.com
jdifucci@bear.com
jdorfman@bear.com
jdowd@bear.com
jdreyes@bear.com
jdriscoll@bear.com
jgarrett@bear.com
jgeissinger@bear.com
jgraves@bear.com
jkamil@bear.com

## Company & Corresponding Email Addresses

jli5@bear.com
jlopez@bear.com
jmassey@bear.com
jmccluskey@bear.com
jmcginley@bear.com
jpatel@bear.com
jpetrides@bear.com
jprin@bear.com
jqiao@bear.com
jquinn1@bear.com
jriccardo@bear.com
jschori@bear.com
jshi@bear.com
jtuck@bear.com
kcavazzi@bear.com
kluyombya@bear.com
knguyentaylor@bear.com
ksharkey@bear.com
ktimony@bear.com
lcastagna@bear.com
lferreira@bear.com
lfields@bear.com
lhoughton@bear.com
lridley@bear.com
lwasserman@bear.com
maria.napoli@bear.com
mbelani@bear.com
mferguson@bear.com
mfong1@bear.com
mgilfillan@bear.com
mgomez2@bear.com
mguarasci@bear.com
mhiggins@bear.com
mkurland@bear.com
mlupin@bear.com
mnapoli@bear.com
mnervi@bear.com
mreidlinger@bear.com
mrosen@bear.com
mschneider@bear.com
mshin@bear.com
msosland@bear.com
mstpierre@bear.com
myuan@bear.com
npostyn@bear.com
nrosenzweig@bear.com
pclark@bear.com
peter.wong@bear.com
phamptian@bear.com
pkapoor@bear.com
pkazlowski@bear.com
plinekin@bear.com
pramakrishnan@bear.com
rbrown@bear.com

**Company & Corresponding Email Addresses**

rbuch@bear.com
rcasey1@bear.com
rfeldmann@bear.com
rgbrown@bear.com
rklein@bear.com
rkurtz@bear.com
rmeeker@bear.com
rnatale@bear.com
rojones@bear.com
rreitzes@bear.com
rrosenthal@bear.com
rskloff@bear.com
schoi@bear.com
sdelle@bear.com
sdoherty@bear.com
sfarneti@bear.com
sfriscia@bear.com
sgayle@bear.com
sgroban@bear.com
skhanna1@bear.com
smerves@bear.com
smiller3@bear.com
sneller@bear.com
spark@bear.com
sriccio@bear.com
ssill@bear.com
tgalbraith@bear.com
thad.davis@bear.com
thuang@bear.com
tlord@bear.com
tsycoff@bear.com
tzaldivar@bear.com
umoran@bear.com
vbaliga@bear.com
vdeswal@bear.com
vfeygin1@bear.com
vpacillo@bear.com
wmachol@bear.com
ychang@bear.com
ygrant@bear.com
ylee3@bear.com

**bearbull**
d.casai@bearbull.ch
jb@bearbull.ch
nk@bearbull.ch

**bearmeasurisk**
twong@bearmeasurisk.com

**bearstearns**
ddelahanty@bearstearns.com
tsable@bearstearns.com

**beazer**
pplaia@beazer.com

**bechtel**
dguthrie@bechtel.com

## Company & Corresponding Email Addresses

jbennett@bechtel.com
jxseto@bechtel.com
nlee@bechtel.com
pfmurph1@bechtel.com
sjeung@bechtel.com

### becu
kthurman@becu.org

### bedrift
torstein.moland@bedrift.telenor.no

### beeboutconsulting
tbeebout@beeboutconsulting.com

### befreeinvestments
john@befreeinvestments.com

### belga
steve.van.reempts@belga.be

### belgacom
benny.loix@belgacom.be
bernard.caroyez@belgacom.be
christine.carbonez@is.belgacom.be
christophe.cogels@belgacom.be
christophe.van.nevel@belgacom.be
delphine.hochstrass@belgacom.be
frank.claus@belgacom.be
ingvild.van.lysebetten@belgacom.be
john.goossens@belgacom.be
kamran.ghassempour@belgacom.be
koen.d.hauwe@belgacom.be
luc.rooms@belgacom.be
marc.paquot@is.belgacom.be
marc.speeckaert@is.belgacom.be
mark.rigolle@belgacom.be
marleen.deloof@belgacom.be
nancy.goossens@belgacom.be
nicolas.bonheure@belgacom.be
peter.berrie@belgacom.be
pierre.henin@belgacom.be
ray.stewart@belgacom.be
raymonde.jacobs@belgacom.be
sandra.lievens@belgacom.be
scott.alcott@belgacom.be
soo.lim.goh@belgacom.be
valerie.kibieta@belgacom.be

### bellatlantic
barney.fox@bellatlantic.com
bblfbal@bellatlantic.com
iacovacc@bellatlantic.net

### bellevue
bm@bellevue.ch
bteta@bellevue.ch
larpino@bellevue.ch
obenz@bellevue.ch
randeregg@bellevue.ch
rrudin@bellevue.ch
sanderwald@bellevue.ch

**Company & Corresponding Email Addresses**

**bellmortgage**
  trath@bellmortgage.net

**bellsouth**
  allison.mitchamore@bellsouth.com
  arlene.yokley@bellsouth.com
  arnald.capriles@bellsouth.com
  barry.boniface@bellsouth.com
  brett.lokhorst@bellsouth.com
  cash.investments@bellsouth.com
  ganttw@bellsouth.net
  gareth.young@bellsouth.com
  gkschaefer@bellsouth.net
  kdannell@bellsouth.net
  keith.cornelius@bellsouth.com
  keith.cowan@bellsouth.com
  kevin.mccormack@bellsouth.com
  paige.mckinley@bellsouth.com
  steve.carmichael@bellsouth.com
  steve.trabucco@bellsouth.com
  watsonfl@bellsouth.net

**bellsouthtips**
  lobrien@bellsouthtips.com

**belvederetrust**
  mpandya@belvederetrust.com

**bencap**
  mhoben@bencap.com

**benchmark**
  kmousu@benchmark.at
  mueller@benchmark.at

**beneficialsavingsbank**
  jconners@beneficialsavingsbank.com
  jmccauley@beneficialsavingsbank.com
  mdigiovanni@beneficialsavingsbank.com
  rquintiliana@beneficialsavingsbank.com

**benetton**
  csoligo@benetton.it
  mborelli@benetton.it
  mpasin@benetton.it
  mspadott@benetton.it
  pier.francesco.facchini@benetton.it
  scunei@benetton.it

**benfinancial**
  gerry.lee@benfinancial.com
  jason.miller@benfinancial.com

**benlife**
  matt.willes@benlife.com
  sterling.russell@benlife.com

**bennettmgmt**
  gvadasdi@bennettmgmt.com
  jbennett@bennettmgmt.com
  sdonahue@bennettmgmt.com

**berbens**
  hwp@berbens.nl

**bergenbrunswig**

**Company & Corresponding Email Addresses**

debi.gold@bergenbrunswig.com

**bergencapital**

dennis@bergencapital.com

**berkeley**

roh2@ci.berkeley.ca.us

**berkeleycm**

bbrewington@berkeleycm.com
jpmarion@berkeleycm.com

**berkeleydelta**

bcullen@berkeleydelta.com
cgoldsmith@berkeleydelta.com
dgarza@berkeleydelta.com
ialperstein@berkeleydelta.com
mryan@berkeleydelta.com

**berkeleyvc**

bcox@berkeleyvc.com
jencinger@berkeleyvc.com
jlandau@berkeleyvc.com
kcolotla@berkeleyvc.com
rgrimm@berkeleyvc.com

**berliner**

martin.rottmann@berliner.volksbank.de

**berliner-volksbank**

alexander.braune@berliner-volksbank.de
alexander.stuwe@berliner-volksbank.de
herr.meisner@berliner-volksbank.de
ibcr@berliner-volksbank.de
markus.becker@berliner-volksbank.de
martin.locke@berliner-volksbank.de
martin.rottmann@berliner-volksbank.de

**bermuda**

slatter@bermuda.sl.slb.com

**bernstein**

ajit.ketkar@bernstein.com
al.caesar@bernstein.com
alit@bernstein.com
allen.hunt@bernstein.com
andrew.chin@bernstein.com
andrew.hong@bernstein.com
angie.brudevold@alliance.bernstein.com
anish.tawakley@bernstein.com
anthony.chung@bernstein.com
antonyshynkg@bernstein.com
asotz@bernstein.com
atsushi.horikawa@bernstein.com
avinash.agarwal@bernstein.com
bakalb@bernstein.com
baricauarc@bernstein.com
bartletttb@bernstein.com
behzad@bernstein.com
belova@bernstein.com
benjamin.gigot@bernstein.com
bgrand@bernstein.com
boreenka@bernstein.com

**Company & Corresponding Email Addresses**

boyles@bernstein.com
brewerc@bernstein.com
bryan.wolff@bernstein.com
camerons@bernstein.com
chiangwh@bernstein.com
christopherdh@bernstein.com
clementsja@bernstein.com
cohenfs@bernstein.com
connollyck@bernstein.com
correnzar@bernstein.com
coyleme@bernstein.com
crhis.braendli@bernstein.com
daniel.grasman@bernstein.com
davisem@bernstein.com
dawsonpm@bernstein.com
diane.won@bernstein.com
djl@bernstein.com
dunstanm@bernstein.com
engmc@bernstein.com
evanst@bernstein.com
fays@bernstein.com
feeneyp@bernstein.com
felix.malpartida@bernstein.com
findleys@bernstein.com
frithp@bernstein.com
fuminori.asaki@bernstein.com
gerberjm@bernstein.com
girodt@bernstein.com
gokhan.ates@bernstein.com
gpaul@bernstein.com
gregory@bernstein.com
gyimesisj@bernstein.com
hamish.fitzsimons@bernstein.com
harry.hummel@bernstein.com
hejz@bernstein.com
hiranotz@bernstein.com
hudsonmj@bernstein.com
huttonpw@bernstein.com
ian.martin@bernstein.com
inagakimz@bernstein.com
inalkc@bernstein.com
ishigatz@bernstein.com
itay.moshenberg@bernstein.com
jacksonjz@bernstein.com
jesse.liu@bernstein.com
joe.nastasi@bernstein.com
john.lin@bernstein.com
john.mahedy@bernstein.com
john_pagliuca@bernstein.com
johnsonra@bernstein.com
johnsonsl@bernstein.com
joneshr@bernstein.com
joshua.duhl@bernstein.com
kakyz@bernstein.com

## Company & Corresponding Email Addresses

kameyamadz@bernstein.com
kapoorak@bernstein.com
katerina.alexandraki@bernstein.com
katzcs@bernstein.com
kenneallys@bernstein.com
kent_hargis@bernstein.com
kingnj@bernstein.com
kranzs@bernstein.com
larsondc@bernstein.com
lavia@bernstein.com
levinemd@bernstein.com
lilian.quah@bernstein.com
littletc@bernstein.com
lomaxb@bernstein.com
loughlinfa@bernstein.com
macgregorjw@bernstein.com
macs@bernstein.com
mandelljr@bernstein.com
marisga@bernstein.com
martini@bernstein.com
marxcw@bernstein.com
marzianotc@bernstein.com
mcisaacg@bernstein.com
mckinleycs@bernstein.com
mcmanussf@bernstein.com
meyncl@bernstein.com
mfedak@bernstein.com
mistryd@bernstein.com
molinahz@bernstein.com
moloffn@bernstein.com
mylnikova@bernstein.com
neil.abraham@bernstein.com
nelson@bernstein.com
newkirkrd@bernstein.com
nicoll@bernstein.com
ogatakz@bernstein.com
oharakz@bernstein.com
paul@bernstein.com
pauljg@bernstein.com
pearcesd@bernstein.com
philippidespz@bernstein.com
phillipsjd@bernstein.com
powellgl@bernstein.com
prasad.inampudi@bernstein.com
rajeev.eyunni@bernstein.com
raphael.fiorentino@bernstein.com
rastogirk@bernstein.com
reisja@bernstein.com
reissja@bernstein.com
richard.bei@bernstein.com
richard.weaver@bernstein.com
robert.ryman@bernstein.com
robertsonpl@bernstein.com
romualdo@bernstein.com

**Company & Corresponding Email Addresses**

rosemary.candido@bernstein.com
rossjm@bernstein.com
rscetlin@bernstein.com
sarah.jones@bernstein.com
scaliapd@bernstein.com
schlusslerdc@bernstein.com
schorrc@bernstein.com
sejase@bernstein.com
sellersml@bernstein.com
servoy@bernstein.com
sheenaw@bernstein.com
shri.singhvi@bernstein.com
simmskf@bernstein.com
smithja@bernstein.com
spencergt@bernstein.com
steven.malin@bernstein.com
strugazowaz@bernstein.com
stuart.rae@bernstein.com
stuart.robinson@bernstein.com
susrut.kesari@bernstein.com
suzukis@bernstein.com
sveta.obin@bernstein.com
tanakatz@bernstein.com
tariq.hilaly@bernstein.com
taylorj@bernstein.com
testanisa@bernstein.com
tewarip@bernstein.com
tomaror@bernstein.com
tothgm@bernstein.com
townsendjc@bernstein.com
turenchalkea@bernstein.com
tzewai.yiu@bernstein.com
underwoodm@bernstein.com
valerie.brown@bernstein.com
venkataramanaz@bernstein.com
vidulichbz@bernstein.com
viral.patel@bernstein.com
vlad.byalik@bernstein.com
vnair@bernstein.com
wallack@bernstein.com
warnersd@bernstein.com
weineraj@bernstein.com
westobya@bernstein.com
wilenskygj@bernstein.com
wongsk@bernstein.com
wrightd@bernstein.com
yuendz@bernstein.com
yuet@bernstein.com
yunn@bernstein.com

**berstein**

andradeem@berstein.com
dauriahs@berstein.com

**bertelsmann**

gonzalo.mahou@bertelsmann.de

## Company & Corresponding Email Addresses

matthias.ritter@bertelsmann.de
oliver.herrgesell@bertelsmann.de
roger.schweitzer@bertelsmann.de
stefan.glaeser@bertelsmann.de
stephan.scheller@bertelsmann.de
stephanie.staar@bertelsmann.de
thomas.hesse@bertelsmann.de
verena.volpert@bertelsmann.de

**bertrandfaure**
gimbert@bertrandfaure.com

**besci**
ricardo.pires@besci.co.uk

**bescl**
fabrizia.capurro@bescl.co.uk
gavin.ramsden@bescl.co.uk
guy.harris@bescl.co.uk
malcolm.morris@bescl.co.uk
steve.holley@bescl.co.uk

**bessemer**
aird@bessemer.com
andrews@bessemer.com
aw@bessemer.com
barkus@bessemer.com
bradshaw-mack@bessemer.com
bryan-levin@bessemer.com
callies@bessemer.com
campanile@bessemer.com
cave@bessemer.com
chen@bessemer.com
christie@bessemer.com
comunale@bessemer.com
craik@bessemer.com
davies@bessemer.com
derose@bessemer.com
desaintphalle@bessemer.com
dornick@bessemer.com
eilenberg@bessemer.com
ferris@bessemer.com
gabriel@bessemer.com
hagey@bessemer.com
hall@bessemer.com
hayesh@bessemer.com
healyt@bessemer.com
hoo@bessemer.com
koh@bessemer.com
lauber@bessemer.com
lester@bessemer.com
liss@bessemer.com
luk@bessemer.com
mandrekar@bessemer.com
message@bessemer.com
miller@bessemer.com
misrahi@bessemer.com
morrisroe@bessemer.com

**Company & Corresponding Email Addresses**

nebus@bessemer.com
okeeffe@bessemer.com
parker@bessemer.com
parkerg@bessemer.com
ritter@bessemer.com
roman@bessemer.com
rutledge@bessemer.com
sanders@bessemer.com
scullyp@bessemer.com
shaw@bessemer.com
shelly@bessemer.com
shore@bessemer.com
sicignano@bessemer.com
sledge@bessemer.com
stahl@bessemer.com
stern@bessemer.com
stjohn@bessemer.com
tang@bessemer.com
thomas@bessemer.com
tobin@bessemer.com
tolentino@bessemer.com
tremblay@bessemer.com
waters@bessemer.com
whiteford@bessemer.com
wilcox@bessemer.com
woolley@bessemer.com
yearty@bessemer.com

**best**
qed@best.com

**besv**
pbruneau@besv.fr

**betafundsltd**
bfl@betafundsltd.co.uk

**bethlehem**
plee@bethlehem.com

**bethpagefcu**
bclarke@bethpagefcu.com

**beutel-can**
a_sweeney@beutel-can.com
c_weisberg@beutel-can.com
d_gregoris@beutel-can.com

**beutelgoodman**
amorgan@beutelgoodman.com
botton@beutelgoodman.com
emendum@beutelgoodman.com
gfortin@beutelgoodman.com
givory@beutelgoodman.com
glatremoille@beutelgoodman.com
jblack@beutelgoodman.com
kcparker@beutelgoodman.com
mthomson@beutelgoodman.com
ppalozzi@beutelgoodman.com
sarpin@beutelgoodman.com
sclements@beutelgoodman.com

## Company & Corresponding Email Addresses

smcnamara@beutelgoodman.com

### beverlynational

james.rich@beverlynational.com
lisa.austin@beverlynational.com

### bezeq

alan@bezeq.co.il
aribr@bezeq.com
ir@bezeq.com
shimonse@bezeq.com
tobifi@bezeq.com

### bfcm

andercr@bfcm.creditmutuel.fr
caosacsa@bfcm.creditmutuel.fr

### bfg-bank

stepahan.bingold@bfg-bank.lu

### bfg-hyp

dieter.koch@bfg-hyp.de
drew.patrick@bfg-hyp.de
edmund.kunnen@bfg-hyp.de

### bfg-invest

ludger.vossenberg@bfg-invest.de
martin.hochstein@bfg-invest.de

### bfm

jcucunato@bfm.com
jfigurel@bfm.com

### bfsinvest

ben.morris@bfsinvest.co.uk

### bft

abonningues@bft.fr
aduplan@bft.fr
bnicolai@bft.fr
brousseau@bft.fr
cclavieras@bft.fr
ccrozat@bft.fr
cdecourcel@bft.fr
clegroux@bft.fr
clepic@bft.fr
cmagnier@bft.fr
drager@bft.fr
dtoledano@bft.fr
epierrot@bft.fr
fmasson@bft.fr
fmichel@bft.fr
gaubry@bft.fr
ggeloen@bft.fr
gmanseau@bft.fr
hdoumenc@bft.fr
ibeyer@bft.fr
ilazarov@bft.fr
imarquine@bft.fr
jlevy@bft.fr
ldeleotard@bft.fr
mzatarain@bft.fr
ndelabie@bft.fr

## Company & Corresponding Email Addresses

odorgeval@bft.fr
pjpalaysi@bft.fr
sbouras@bft.fr
skrall@bft.fr
sreveau@bft.fr
swapsvaluation@bft.fr
vformery@bft.fr
wbuntrock@bft.fr
wgueriri@bft.fr
wlyons@bft.fr

**bftx**
cak@bftx.org

**bfusa**
kellyjack@bfusa.com

**bgbank**
avi@bgbank.dk
cmf@bgbank.dk
cwil@bgbank.dk
erje@bgbank.dk
lhas@bgbank.dk
pigl@bgbank.dk
stefan.bungarten@bgbank.bk
tti@bgbank.dk

**bgcfx**
agadd@bgcfx.com
iwilk@bgcfx.com
ktaylor@bgcfx.com
lknight@bgcfx.com
lmoncur@bgcfx.com
mgoater@bgcfx.com
mlockey@bgcfx.com
spryor@bgcfx.com
walsford@bgcfx.com

**bgcpartners**
jmullings@bgcpartners.com
ralec@bgcpartners.com

**bgf**
adalberto.a.gonzalez@bgf.gobierno.pr
anibal.rivera@bgf.gobierno.pr
emilio.torres@bgf.gobierno.pr
gabriel.torres@bgf.gobierno.pr
iraida.l.figueroa@bgf.gobierno.pr
jennifer.perez@bgf.gobierno.pr
omar.alvarez@bgf.gobierno.pr
rafael.a.martinez@bgf.gobierno.pr
rafael.rodriquez@bgf.gobierno.pr

**bgfoods**
amyc@bgfoods.com
stacied@bgfoods.com

**bg-group**
andrew.bonfield@bg-group.com
becky.biddulph@bg-group.com
david.black@bg-group.com
david.boyd@bg-group.com

**Company & Corresponding Email Addresses**

denise.wilson@bg-group.com
eloise.southward@bg-group.com
frank.chapman@bg-group.com
henry.coolidge@bg-group.com
kathie.cox@bg-group.com
kim.howell@bg-group.com
marcy.emerton@bg-group.com
martin.houston@bg-group.com
michael.hollewand@bg-group.com
michael.sellers@bg-group.com
rachel.english@bg-group.com
ritu.dattani@bg-group.com
sally.williams@bg-group.com
sylvia.radbourn@bg-group.com
tim.ashley@bg-group.com

**bgi**

katiek@bgi.com
paul.bottoms@bgi.com

**bgi-group**

aimeeg@bgi-group.com
alanh@bgi-group.com
allysonr@bgi-group.com
amandab@bgi-group.com
benx@bgi-group.com
billt@bgi-group.com
bryong@bgi-group.com
dariou@bgi-group.com
deana@bgi-group.com
dorrisek@bgi-group.com
erinb@bgi-group.com
grega@bgi-group.com
gregk@bgi-group.com
irenam@bgi-group.com
jamiec@bgi-group.com
jasonb@bgi-group.com
johno@bgi-group.com
justinh@bgi-group.com
karenw@bgi-group.com
keitht@bgi-group.com
kristinh@bgi-group.com
martyn@bgi-group.com
mattb@bgi-group.com
michaelc@bgi-group.com
michellew@bgi-group.com
nickiw@bgi-group.com
patrickm@bgi-group.com
paulv@bgi-group.com
randyj@bgi-group.com
robertt@bgi-group.com
ronj@bgi-group.com
ryanm@bgi-group.com
stacyy@bgi-group.com
timh@bgi-group.com
xiaofeiy@bgi-group.com

**Company & Corresponding Email Addresses**

**bg-int**
yvonne.barton@bg-int.com

**bginvestment**
marco.scardovi@bginvestment.lu

**bgl**
alain.jemming@bgl.lu
andres.feal@bgl.lu
anthony.smith-meyer@bgl.lu
audrey.rossi@bgl.lu
emmanuel.grimee@bgl.lu
isabelle.chalon@bgl.lu
jacques.bofferding@bgl.lu
laurent.kremer@bgl.lu
laurent.terrens@bgl.lu
marc.rollmann@bgl.lu
pierre.harpes@bgl.lu
raphael.krings@bgl.lu
robert.scharfe@bgl.lu
yvon.antoni@bgl.lu

**bglobal**
alain.cubeles@bglobal.com
anita.higgins@bglobal.com
judith.robertson@bglobal.com
leona.bridges@bglobal.com
mike.williams@bglobal.com

**bgm**
dschancy@bgm.com

**bg-northamerica**
elizabeth.spomer@bg-northamerica.com

**bgpi**
arnaud.boualet@bgpi.com
boris.marchand@bgpi.com
emmanuel.lanos@bgpi.com
gael.desprezdelamorlais@bgpi.com
gilles.raynaud@bgpi.com
guila.israel@bgpi.com
jeancharles.delaire@bgpi.com
jerome.fourtanier@bgpi.com
lionel.daguzan@bgpi.com
marieaude.montegon@bgpi.com
marieeve.poulain@bgpi.com
normand.allaire@bgpi.com
sarah.beraud@bgpi.com
sebastien.vernhes@bgpi.com
stephane.delacotardiere@bgpi.com
tristan.blondel@bgpi.com

**bgsgr**
corrado.cominotto@bgsgr.it
donatella.pianciamore@bgsgr.it
elena.leonardi@bgsgr.it
elisabetta.rubino@bgsgr.it
francesca.battistelli@bgsgr.it
gianluigi.costanzo@bgsgr.it
marcello.civitella@bgsgr.it

## Company & Corresponding Email Addresses

marco.cappelleri@bgsgr.it
marino.dolfini@bgsgr.it

### bgu
sverre.schaanning@bgu.lu

### bh
dwzjdzi@bh.com.pl

### bh-corp
bhc@bh-corp.com

### bhf
eva.spitzlay@bhf.com
sven.marzahn@bhf.com

### bhf-bank
ann.castro@bhf-bank.com
annett.solty@bhf-bank.com
antje.fricke@bhf-bank.com
anuschka.prokot@bhf-bank.com
astrid.doerr@bhf-bank.com
christian.lueer@bhf-bank.com
christine.hanser@bhf-bank.com
christine.schweikert@bhf-bank.com
claudia.himmelreich@bhf-bank.com
dagmar.brosch@bhf-bank.com
detlef.kosior@bhf-bank.com
dirk.schmidtmann@bhf-bank.com
dirk.werthmann@bhf-bank.com
erik.niehus@bhf-bank.com
esther.hontke@bhf-bank.com
esther.kuna@bhf-bank.com
frank.oberhoff@bhf-bank.com
fx-derivatives@bhf-bank.com
gerd.mueller@bhf-bank.com
gregor.bruckner@bhf-bank.com
gregor.kott@bhf-bank.com
holger.schmidt@bhf-bank.com
holger.seib@bhf-bank.com
ingo.schneider@bhf-bank.com
isabelle.sutter@bhf-bank.com
joachim.maedler@bhf-bank.com
josef.holzer@bhf-bank.com
juergen.schmidt@bhf-bank.com
juergen_paul.frank@bhf-bank.com
karl-heinrich.mengel@bhf-bank.com
klaus-dieter.stassen@bhf-bank.com
lars.rickert@bhf-bank.com
martin.eisele@bhf-bank.com
martina.schroeder@bhf-bank.com
matthias.grabbe@bhf-bank.com
michael.mueller-bishop@bhf-bank.com
michaela.loew@bhf-bank.com
nadja.guillaume@bhf-bank.com
rick.marquez@bhf-bank.com
roger.princelle@bhf-bank.com
roland.ziegler@bhf-bank.com
sabine.koenig@bhf-bank.com

## Company & Corresponding Email Addresses

sandra.panzner@bhf-bank.com
sigrid.assmann@bhf-bank.com
stephanie.heinrichs@bhf-bank.com
thomas.andreas@bhf-bank.com
thomas.dzaack@bhf-bank.com
thomas.etzel@bhf-bank.com
thomas.heil@bhf-bank.com
thomas.schroe06@bhf-bank.com
thomas.wintertoller@bhf-bank.com
thorsten.mehltretter@bhf-bank.com
till.schneider@bhf-bank.com
ursula.prior@bhf-bank.com

**bhf-us**
cheitzman@bhf-us.com

**bhimail**
brigitte.fotsch@bhimail.ch
ruedi.brunner@bhimail.ch

**bhw**
bernd.begemann@bhw.de
ibertomeuyca@bhw.de
igerland@bhw.de

**bi**
a_suhendar@bi.go.id
achmadrayadi@bi.co.id
agustina@bi.go.id
ardhayadi@bi.go.id
dalia@bi.go.id
delfianto@bi.go.id
donny@bi.go.id
dzulverdi@bi.go.id
ediana@bi.go.id
esusianto@bi.go.id
halamsyah@bi.go.id
hariyadi@bi.go.id
hartadi@bi.go.id
hendy_s@bi.go.id
hjmm@bi.go.id
m.suharnanto@bi.go.id
marwoto@bi.go.id
narendra@bi.go.id
pjacobs@bi.go.id
rkusumastuti@bi.go.id
ronald_dp@bi.go.id
ruth_c@bi.go.id
safarina@bi.go.id
stigor@bi.go.id
suhari@bi.go.id
t_ameriana@bi.go.id
tavianto@bi.go.id
timbul_budi@bi.go.id
titierni@bi.go.id
wahyu_tl@bi.go.id
y.maris@bi.go.id
yan_haikal@bi.go.id

**Company & Corresponding Email Addresses**

zainal@bi.go.id

**bia**

amarni.kamaruddin@bia.com.bn
azmi.rahman@bia.com.bn
don.hamid@bia.com.bn
hashnann.rahman@bia.com.bn
hazlina.abdullah@bia.com.bn
khairuddin.abdulhami@bia.com.bn
khairul.omar@bia.com.bn
marzdiah.abubakar@bia.com.bn
matusin.apong@bia.com.bn
mokhzani.abubakar@bia.com.bn
mozart.brahim@bia.com.bn
noorsurainah.tengah@bia.com.bn
noorul.julaihi@bia.com.bn
rossthenee.nendaroh@bia.com.bn
sofian.jani@bia.com.bn
syukri.jais@bia.com.bn

**bialondon**

nabilah.abdullah@bialondon.co.uk
zaliha.morshidi@bialondon.co.uk

**bigfoot**

edhannon@bigfoot.com
paul_touradji@bigfoot.com

**biglobe**

daishiniigata@msi.biglobe.ne.jp
yb-mmd@msa.biglobe.ne.jp

**bigplanet**

shizuokala@bigplanet.com

**bigpond**

indecs@bigpond.com

**biharko**

gerardo.arcos@biharko.es

**bii**

anapangestu@bii.co.id

**bil-dexia**

alain.billo@bil-dexia.com
antoine-pierre.degrammont@bil-dexia.com
claude.schettgen@bil-dexia.com
frederic.flament@bil-dexia.com
henry.munster@bil-dexia.com
luc.hernoux@bil-dexia.com
romain.grethen@bil-dexia.com

**billiton**

agolding@billiton.com

**bimbank**

a.beatrici@bimbank.it
a.dolsa@bimbank.it
c.pepino@bimbank.it
f.bosazzo@bimbank.it
f.martina@bimbank.it
f.paggi@bimbank.it
m.abate@bimbank.it
m.covelli@bimbank.it

**Company & Corresponding Email Addresses**

m.pugnaloni@bimbank.it
p.piazzolla@bimbank.it
r.giancola@bimbank.it
w.tisi@bimbank.it

**bimcor**

aubry.l@bimcor.ca
bascunan.m@bimcor.ca
davis.r@bimcor.ca
destounis.s@bimcor.ca
gagnon.h@bimcor.ca
hillel.d@bimcor.ca
kousinioris.g@bimcor.ca
sutherland.b@bimcor.ca
toner.m@bimcor.ca

**bimsgr**

a.midolo@bimsgr.it
c.vanzan@bimsgr.it
fdagostino@bimsgr.it
m.villani@bimsgr.it
p.boretto@bimsgr.it

**biomail**

john.king@biomail.com
padraic.walsh@biomail.com

**bip**

olivier.meyers@bip.lu

**bipielle**

a.chiappa@bipielle.it
a.foffano@bipielle.it
a.gasparri@bipielle.it
a.invernizzi@bipielle.it
a.luciani@bipielle.it
a.rovelli@bipielle.it
an.susani@bipielle.it
b.guiney@bipielle.co.uk
b.marrazzo@bipielle.it
c.speziali@bipielle.it
d.darbisi@bipielle.it
d.mcelroy@bipielle.co.uk
e.provenzano@bipielle.it
f.dalcerri@bipielle.it
g.debattista@bipielle.it
g.favero@bipielle.it
g.fratti@bipielle.it
g.garrone@bipielle.it
g.malerbi@bipielle.it
k.royer@bipielle.co.uk
l.dellatorrepuliga@bipielle.it
l.segala@bipielle.it
m.bottoni@bipielle.it
m.giavardi@bipielle.it
m.macor@bipielle.it
m.santonocito@bipielle.it
m.vaniglia@bipielle.it
p.lucchini@bipielle.it

## Company & Corresponding Email Addresses

p.monti@bipielle.it
r.biffi@bipielle.it
r.paghini@bipielle.it
rpedrazzini@bipielle.it
s.bernardinello@bipielle.it
s.canova@bipielle.it
u.bernardini@bipielle.it
u.colombo@bipielle.it
v.folli@bipielle.it

### bipiemmesgr

antonio.bergamasco@bipiemmesgr.com
jim.valencia@bipiemmesgr.com

### birchhilladvisors

jstiles@birchhilladvisors.com

### bis

alex.joia@bis.org
andrea.foresti@bis.org
andrew.jameson@bis.org
andy.lui@bis.org
anna.cobau@bis.org
bruce.bowlin@bis.org
bruno.tissot@bis.org
charlotte.devoise-lambert@bis.org
chris.aylmer@bis.org
david.archer@bis.org
david.bolder@bis.org
dietrich.domanski@bis.org
dimitrios.karampatos@bis.org
dirk.baumesiter@bis.org
eli.remolona@bis.org
eriko.kawai@bis.org
feng.zhu@bis.org
frank.packer@bis.org
fxg@bis.org
gabriele.galati@bis.org
greg.sutton@bis.org
henri.bernard@bis.org
ingo.fender@bis.org
jacob.gyntelberg@bis.org
jacob.nelson@bis.org
jayesh.odedra@bis.org
jean-francois.rigaudy@bis.org
jeffery.amato@bis.org
jesper.wormstrup@bis.org
jhuvesh.sobrun@bis.org
joachim.coche@bis.org
jonine.mostert@bis.org
laurent.franquet@bis.org
luis.bengoechea@bis.org
madhusudan.mohanty@bis.org
marc.bentin@bis.org
marc.henrard@bis.org
maria.caspar@bis.org
maurizio.luisi@bis.org

## Company & Corresponding Email Addresses

melissa.fiorelli@bis.org
michael.chiun@bis.org
michael.chui@bis.org
mikael.charoze@bis.org
miklos.endreffy@bis.org
miranda.tam@bis.org
naohiko.baba@bis.org
nicole.scherrer@bis.org
oliver.schmidt@bis.org
palle.andersen@bis.org
patricia.coghlan@bis.org
patrick.mcguire@bis.org
patrizia.baudino@bis.org
peter.hoerdahl@bis.org
philip.wooldridge@bis.org
prakash@bis.org
rafael.garza@bis.org
rafael.schmidt@bis.org
ramon.moreno@bis.org
robert.scott@bis.org
roland.sehmke@bis.org
serge.jeanneau@bis.org
service.creditresearch@bis.org
susanne.kaufmann@bis.org
sweta.saxena@bis.org
tanguy.saure-jarrosson@bis.org
thomas.liu@bis.org
tim.salter@bis.org
tomasz.jakubczyk@bis.org
vandermeulen@bis.org
wolfgang.gehlen@bis.org
xinyi.li@bis.org
yuichi.shigeno@bis.org

**bisys**
chung.yu@bisys.com
ron.helm@bisys.com

**biver**
salamercati@biver.it

**bjurman**
gabjurman@bjurman.com
otbarry@bjurman.com
ptbradford@bjurman.com

**bkb**
alfred.ritter@bkb.ch
amh@bkb.ch
andrea.guth@bkb.ch
anja.lange@bkb.ch
bbyi@bkb.com
bfshannahan@bkb.ch
cae@bkb.ch
cdr@bkb.ch
elmar.sieber@bkb.ch
enrico.bastianon@bkb.ch
gabriel.degen@bkb.ch

## Company & Corresponding Email Addresses

hans-peter.kellenberger@bkb.ch
konstantin.katsalis@bkb.ch
ktz@bkb.ch
mwmcguirk@bkb.com
oliver.tschan@bkb.ch
peter.amport@bkb.ch
ralph.blickisdorf@bkb.ch
rchilson@bkb.com
roger.sitzler@bkb.ch
roland.king@bkb.ch
sfrois@bkb.com
silke.waterstraat@bkb.ch
skrishnaswamy@bkb.com
stefan.kunzmann@bkb.ch
stefan.schmeling@bkb.ch
tjkennelly@bkb.com
urs.wiesendanger@bkb.ch
vikas.sharma@bkb.ch
wolgang.jakob@bkb.ch

### bks
dieter.dreier@bks.at
robert.krassnig@bks.at

### blabal
gill.andrerson@bof.blabal.com

### blabla
charn@blabla.com
erosemary@blabla.com
katerina@blabla.com
patricia@blabla.com

### blackcanyoncapital
cfarrell@blackcanyoncapital.com
pshields@blackcanyoncapital.com

### blackndecker
bbuilder@blackndecker.com

### black-river
alan.rodhouse@black-river.com
chris.goodwin@black-river.com
gary.jarrett@black-river.com
gavin.kaparis@black-river.com
james.clifford@black-river.com
keita.miyamoto@black-river.com
lance.wolkow@black-river.com
mark.mitchell@black-river.com
peter.doyle@black-river.com
peter.james@black-river.com
robert_grillo@black-river.com
wally.cisewski@black-river.com
wei.guo@black-river.com

### blackrock
a_cohen@blackrock.com
aaron.halfacre@blackrock.com
aaron.kohli@blackrock.com
adam.avigdori@blackrock.com
adam.bowman@blackrock.com

## Company & Corresponding Email Addresses

adam.ryan@blackrock.com
adrian.tovar@blackrock.com
adrian.wooldridge@blackrock.com
adrian_woodridge@blackrock.com
aesserian@blackrock.com
agolbin@blackrock.com
aimee.kaiser@blackrock.com
ajones@blackrock.com
akrol@blackrock.com
alain.bourrier@blackrock.com
alan.fegan@blackrock.com
alasdair.riach@blackrock.com
albert.cheung@blackrock.com
aldo.roldan@blackrock.com
alethea.leung@blackrock.com
alex.bates@blackrock.com
alex.brown@blackrock.com
alex.mcdougall@blackrock.com
alex.shehovsov@blackrock.com
alex.zabik@blackrock.com
alex_popplewell@blackrock.com
alexander.reiss@blackrock.com
alexis.demones@blackrock.com
alice.gaskell@blackrock.com
alina.ulkina@blackrock.com
alister_vandermaas@blackrock.com
alvaro.ramirez@blackrock.com
amanda.forrest@blackrock.com
amar.bashir@blackrock.com
amit.j.patel@blackrock.com
amol.pinge@blackrock.com
ana.boksay@blackrock.com
anders_hansen@blackrock.com
andrea.hawkins@blackrock.com
andreas.zoellinger@blackrock.com
andres_balcazar@blackrock.com
andrew.beashel@blackrock.com
andrew.defino@blackrock.com
andrew.gordon@blackrock.com
andrew.greenby@blackrock.com
andrew.jones@blackrock.com
andrew.kaufman@blackrock.com
andrew.krull@blackrock.com
andrew.leger@blackrock.com
andrew.mckinlay@blackrock.com
andrew.singer@blackrock.com
andrew.thut@blackrock.com
andrew.ulland@blackrock.com
andrew.warwick@blackrock.com
andrew.wessel@blackrock.com
andrew.williamson-jones@blackrock.com
andrew.wilton@blackrock.com
andrew_belshaw@blackrock.com
andrew_bolton@blackrock.com

**Company & Corresponding Email Addresses**

andrew_dyson@blackrock.com
andrew_oliver@blackrock.com
andrew_robbins@blackrock.com
andy.chang@blackrock.com
andy.damm@blackrock.com
andy_warwick@blackrock.com
angela.yu@blackrock.com
ann.repke@blackrock.com
anne.osborne@blackrock.com
annette.morales@blackrock.com
anthony.forcione@blackrock.com
anthony.heyman@blackrock.com
anthony_lee@blackrock.com
antonia.lloyd@blackrock.com
aphillips@blackrock.com
arpita_bose@blackrock.com
ashley_neal@blackrock.com
ashum@blackrock.com
atif_malik@blackrock.com
austin.park@blackrock.com
awizon@blackrock.com
ayorks@blackrock.com
aziz.bakar@blackrock.com
barbara.frankowicz@blackrock.com
barbara.stolting@blackrock.com
bbattista@blackrock.com
becky_chan@blackrock.com
benaifer_patell@blackrock.com
benjamin.freeburg@blackrock.com
benjamin.moyer@blackrock.com
bennett.golub@blackrock.com
bernard.frojmovich@blackrock.com
bethany.angeles@blackrock.com
betty.williams@blackrock.com
biju.thuruthimattam@blackrock.com
bill.zola@blackrock.com
bob.doll@blackrock.com
bob.hodgson@blackrock.com
bob.shearer@blackrock.com
boris.paucinac@blackrock.com
bradley.snyder@blackrock.com
brenda.su@blackrock.com
brendan.connaughton@blackrock.com
brepasy@blackrock.com
brett.buchness@blackrock.com
brett.shaver@blackrock.com
brian.beades@blackrock.com
brian.hall@blackrock.com
brian.hird@blackrock.com
brian.smith@blackrock.com
brian.woo@blackrock.com
brian.yang@blackrock.com
brian_murdock@blackrock.com
brita.steffelin@blackrock.com

**Company & Corresponding Email Addresses**

brogers@blackrock.com
brooke.williams@blackrock.com
bruce_hamilton@blackrock.com
bryan.burrough@blackrock.com
bryan.krause@blackrock.com
bweinste@blackrock.com
caitlin.esterbrook@blackrock.com
cameron.watt@blackrock.com
carl.lee@blackrock.com
carmen.appel@blackrock.com
carol.stoliar@blackrock.com
carol_greenwood@blackrock.com
caroline_wild@blackrock.com
carrie.king@blackrock.com
catherine_hockings@blackrock.com
cathryn_tracy@blackrock.com
cfofana@blackrock.com
charles_prideaux@blackrock.com
charlotte.mills@blackrock.com
cheryl.deguzman@blackrock.com
chiafen.yeh@blackrock.com
chirayu.patel@blackrock.com
chorvath@blackrock.com
chris.doty@blackrock.com
chris.greener@blackrock.com
chris.mecray@blackrock.com
chris.milner@blackrock.com
chris.morahan@blackrock.com
chris.parliman@blackrock.com
chris.rhine@blackrock.com
chris_littlejohns@blackrock.com
chris_turner@blackrock.com
christian.holder@blackrock.com
christine.garvey@blackrock.com
christine.jurinich@blackrock.com
christopher.allen@blackrock.com
christopher.coolidge@blackrock.com
christopher.leddy@blackrock.com
christopher.linsky@blackrock.com
christopher.stavrakos@blackrock.com
christopher.strickland@blackrock.com
christopher_wray@blackrock.com
cindy.librera@blackrock.com
clare.ormerod@blackrock.com
clare_wheeler@blackrock.com
claude.blocry@blackrock.com
claude_tache@blackrock.com
clinsky@blackrock.com
clinton.soose@blackrock.com
cmarshal@blackrock.com
cmejia@blackrock.com
coldren@blackrock.com
colin.graham@blackrock.com
corey.benjamin@blackrock.com

**Company & Corresponding Email Addresses**

cpatel@blackrock.com
craig.tavender@blackrock.com
cristina.barish@blackrock.com
croson@blackrock.com
csylwest@blackrock.com
curt.engler@blackrock.com
curtis.arledge@blackrock.com
cvoelker@blackrock.com
cyanoshi@blackrock.com
cynthia_wu@blackrock.com
dan.chamby@blackrock.com
dan.hanson@blackrock.com
dan.mcauley@blackrock.com
dan.rice@blackrock.com
daniel.chen@blackrock.com
daniel.fleishman@blackrock.com
daniel.hanson@blackrock.com
daniel.mckernan@blackrock.com
daniel.neumann@blackrock.com
daniel.shannon@blackrock.com
daniel.shaykevich@blackrock.com
daniel.tubbs@blackrock.com
danna_achour@blackrock.com
danny.arnouk@blackrock.com
dapeng.hu@blackrock.com
darren.mazzuca@blackrock.com
darrin.sanfillippo@blackrock.com
dausten@blackrock.com
david.antonelli@blackrock.com
david.bai@blackrock.com
david.barenborg@blackrock.com
david.burt@blackrock.com
david.byrket@blackrock.com
david.curtin@blackrock.com
david.dalzell@blackrock.com
david.delbos@blackrock.com
david.gardner@blackrock.com
david.goldman@blackrock.com
david.hudson@blackrock.com
david.midura@blackrock.com
david.reed@blackrock.com
david.reid@blackrock.com
david.rogal@blackrock.com
david.sayles@blackrock.com
david.shaw@blackrock.com
david.taerstein@blackrock.com
david.watson@blackrock.com
david_buckle@blackrock.com
david_tovey@blackrock.com
ddonahue@blackrock.com
denis.walsh@blackrock.com
denise.darling@blackrock.com
dennis.stattman@blackrock.com
desmond.cheung@blackrock.com

**Company & Corresponding Email Addresses**

devan.marshall@blackrock.com
dfearins@blackrock.com
dforan@blackrock.com
dheike@blackrock.com
dhiren.shah@blackrock.com
diane.litwin@blackrock.com
diane.newman@blackrock.com
dkrohnert@blackrock.com
dnichola@blackrock.com
doare@blackrock.com
dominic_herbert@blackrock.com
dongchan.lee@blackrock.com
doug_shaw@blackrock.com
douglas.whang@blackrock.com
dparish@blackrock.com
dschoenhofen@blackrock.com
dsefcik@blackrock.com
ebergman@blackrock.com
ebisso@blackrock.com
ed.donofrio@blackrock.com
edgar.allen@blackrock.com
edward.andrews@blackrock.com
edward.booth@blackrock.com
edward.dowd@blackrock.com
edward.rzeszowski@blackrock.com
edward_green@blackrock.com
edwin.davison@blackrock.com
eileen.leary@blackrock.com
eileen.mulcaire@blackrock.com
eingold@blackrock.com
ekincaid@blackrock.com
elena.georgiades@blackrock.com
elise.baum@blackrock.com
emily.clarke@blackrock.com
emmanuel_raymond@blackrock.com
epellicciaro@blackrock.com
eric.alarcon@blackrock.com
eric.gold@blackrock.com
eric.mimeault@blackrock.com
eric.mitofsky@blackrock.com
eric.sontag@blackrock.com
eric.stern@blackrock.com
eric.trepanier@blackrock.com
erik.moss@blackrock.com
erin.xie@blackrock.com
esherman@blackrock.com
estevens@blackrock.com
evans@blackrock.com
evy_hambro@blackrock.com
ewen.cameron-watt@blackrock.com
felix_mason@blackrock.com
fergie.may@blackrock.com
filip.polasz@blackrock.com
fiona.bensusan@blackrock.com

## Company & Corresponding Email Addresses

fiona_ellard@blackrock.com
firstname_lastname@blackrock.com
francesca.lograsso@blackrock.com
francine.perrone@blackrock.com
fred.herrmann@blackrock.com
fred.lieblich@blackrock.com
fred.weinberger@blackrock.com
gabriel.rivera@blackrock.com
gareth.williams@blackrock.com
garo.norian@blackrock.com
garrett.falzone@blackrock.com
gary.low@blackrock.com
gary_chappenden@blackrock.com
gavin.quinn@blackrock.com
gemma_schirrmacher@blackrock.com
geoff_campbell@blackrock.com
george.eckerd@blackrock.com
george.ferguson@blackrock.com
george.mishkin@blackrock.com
georgia.lygerakis@blackrock.com
geraldine.gunn@blackrock.com
gheineke@blackrock.com
ghena_zhang@blackrock.com
golbie.kamarei@blackrock.com
gordon.fraser@blackrock.com
gperillo@blackrock.com
gpucci@blackrock.com
grace.gu@blackrock.com
graham.birch@blackrock.com
graham.radford@blackrock.com
gregory.basil@blackrock.com
griff.noble@blackrock.com
guy.lakonishok@blackrock.com
guy.wynter@blackrock.com
h.brian.diener@blackrock.com
habtamu.bekele@blackrock.com
halsey.morris@blackrock.com
hampus.lundh@blackrock.com
hans.kamminga@blackrock.com
harry.radovich@blackrock.com
heena_patel@blackrock.com
heidi.laukkanen@blackrock.com
helen.chan@blackrock.com
helen_hope@blackrock.com
hoerner@blackrock.com
holly.abitz@blackrock.com
howard.berkowitz@blackrock.com
howard.downs@blackrock.com
hugo.tudor@blackrock.com
hutch@blackrock.com
ian.cowan@blackrock.com
ian.jamieson@blackrock.com
ian_frost@blackrock.com
ihussain@blackrock.com

**Company & Corresponding Email Addresses**

ila.eckhoff@blackrock.com
imittet@blackrock.com
imran.sattar@blackrock.com
irene.yip@blackrock.com
ivan.larin@blackrock.com
jabari.magnus@blackrock.com
jack.hattem@blackrock.com
jacob.silady@blackrock.com
jacqueline.jacques@blackrock.com
james.bristow@blackrock.com
james.keenan@blackrock.com
james.kumpf@blackrock.com
james.mclaren@blackrock.com
james_macmillan@blackrock.com
james_macpherson@blackrock.com
james_tomlins@blackrock.com
janak.patel@blackrock.com
jason.feinstein@blackrock.com
jason.kritzer@blackrock.com
jason.lewis@blackrock.com
jason.smith@blackrock.com
jason.stuart@blackrock.com
jason_byrom@blackrock.com
javier.revelo@blackrock.com
jay.buckley@blackrock.com
jbaumgar@blackrock.com
jbeil@blackrock.com
jdemarco@blackrock.com
jdorgan@blackrock.com
jean.rosenbaum@blackrock.com
jeff.gary@blackrock.com
jeffrey.berman@blackrock.com
jeffrey.lindsey@blackrock.com
jeffrey.russo@blackrock.com
jennie_nilsson@blackrock.com
jennifer.driscoll@blackrock.com
jennifer.ibrahim@blackrock.com
jennifer.ni@blackrock.com
jeremy.medland@blackrock.com
jeremy_cunningham@blackrock.com
jhoffman@blackrock.com
jill.giovanello@blackrock.com
jing.zhou@blackrock.com
jjacobs@blackrock.com
jkeenan@blackrock.com
jlott@blackrock.com
jmarkows@blackrock.com
jmcginle@blackrock.com
jmoreno@blackrock.com
jo_howley@blackrock.com
joan_nimon@blackrock.com
jody@blackrock.com
joe.plonski@blackrock.com
joel.heymsfeld@blackrock.com

**Company & Corresponding Email Addresses**

john.basler@blackrock.com
john.burger@blackrock.com
john.c.hamilton@blackrock.com
john.coyle@blackrock.com
john.davis@blackrock.com
john.gallagher@blackrock.com
john.lee@blackrock.com
john.ng@blackrock.com
john.stefanelli@blackrock.com
john.vibert@blackrock.com
john_leonard@blackrock.com
john_morcombe@blackrock.com
john_powell@blackrock.com
jon.gilman@blackrock.com
jonathan_eng@blackrock.com
jonathan_harris@blackrock.com
jonathan_mackay@blackrock.com
jonathon_green@blackrock.com
jordan.schreiber@blackrock.com
joseph.rodgers@blackrock.com
joseph.yallop@blackrock.com
joshua.friedberg@blackrock.com
joshua.zwick@blackrock.com
jpruskowski@blackrock.com
jsweeney@blackrock.com
jswu@blackrock.com
jtillman@blackrock.com
juan.vasquez@blackrock.com
judy.rice@blackrock.com
juliana.garbalinska@blackrock.com
julien_reynolds@blackrock.com
justine.anderson@blackrock.com
jwells@blackrock.com
jwing@blackrock.com
jypark@blackrock.com
karen.boka@blackrock.com
karen.e.hogan@blackrock.com
karen.morely@blackrock.com
karen.uzzolino@blackrock.com
karina.saade@blackrock.com
karol.chrystowski@blackrock.com
kashif.riaz@blackrock.com
kate.brady@blackrock.com
kate.oconnor@blackrock.com
katharine_dryer@blackrock.com
kathleen.anderson@blackrock.com
kathleen.baum@blackrock.com
kathleen.mckenzie@blackrock.com
katie.ng@blackrock.com
kbannon@blackrock.com
kbouchard@blackrock.com
keating.hagmann@blackrock.com
keith.meixell@blackrock.com
keith@blackrock.com

## Company & Corresponding Email Addresses

kelli.joyce@blackrock.com
kelly.campbell@blackrock.com
kelvin.sze@blackrock.com
kenichi_yoshida@blackrock.com
kenny.chow@blackrock.com
kent.hogshire@blackrock.com
kenzy.haslam@blackrock.com
kevin.holt@blackrock.com
kevin.rendino@blackrock.com
kevin.schiatta@blackrock.com
kevin_ironmonger@blackrock.com
khill@blackrock.com
kim.fahey@blackrock.com
kim.moore@blackrock.com
kim.zapata@blackrock.com
kim_simmonds@blackrock.com
kirincic@blackrock.com
kishore.yalamanchili@blackrock.com
kjonas@blackrock.com
klingert@blackrock.com
kmaloney@blackrock.com
kmooney@blackrock.com
kochansk@blackrock.com
kolsen@blackrock.com
konrad.ledochowski@blackrock.com
kristina.koutrakos@blackrock.com
kurt.dodds@blackrock.com
kurt.schansinger@blackrock.com
kurtis.stein@blackrock.com
kyle.barden@blackrock.com
kyle.johnston@blackrock.com
kyle.macmillens@blackrock.com
kyle.mcclements@blackrock.com
kyle_mallen@blackrock.com
lance.deluca@blackrock.com
lauren.gallagher@blackrock.com
laurent_ducoin@blackrock.com
lawrence.kissko@blackrock.com
lee_alexander@blackrock.com
leon.roisenberg@blackrock.com
leonard.fabiano@blackrock.com
lfink@blackrock.com
liliana_colla@blackrock.com
linda.gardner@blackrock.com
linda.hastings@blackrock.com
linda.zhang@blackrock.com
lindsay.campbell@blackrock.com
lindsay.watson@blackrock.com
lingxiao.zhang@blackrock.com
lisa.gill@blackrock.com
lisa.odonnell@blackrock.com
lisa.walker@blackrock.com
lleskosk@blackrock.com
lorna_wace@blackrock.com

**Company & Corresponding Email Addresses**

lorraine.hopkins@blackrock.com
lou.gitlin@blackrock.com
louise_a_taylor@blackrock.com
louise_murray@blackrock.com
luca.simoncelli@blackrock.com
lucy.hill@blackrock.com
luis.yance@blackrock.com
luke_chappell@blackrock.com
luke_hodges@blackrock.com
lutz-peter.wilke@blackrock.com
lydia_vitalis@blackrock.com
madeline_dobson@blackrock.com
malcolm.mcdonald@blackrock.com
manavy@blackrock.com
marc.beale@blackrock.com
marc.rovers@blackrock.com
marco.carraro@blackrock.com
marcus_chandler@blackrock.com
margaret.dannunzio@blackrock.com
margaret_leontopoulou@blackrock.com
maria.gentilucci@blackrock.com
marie.sheehan@blackrock.com
mark.goodwin@blackrock.com
mark.lyttleton@blackrock.com
mark.marinella@blackrock.com
mark.schnell@blackrock.com
mark.stubbelfield@blackrock.com
mark.williams@blackrock.com
mark_rimmer@blackrock.com
marta.edmonds@blackrock.com
martha.gonzalez@blackrock.com
martin.fransson@blackrock.com
martin_ohare@blackrock.com
mary.stepnowski@blackrock.com
mary.warner@blackrock.com
maryann.sonnenfeld@blackrock.com
mason.woodworth@blackrock.com
matt.litwin@blackrock.com
matthew.jessel@blackrock.com
matthew.massimi@blackrock.com
matthew.mcneely@blackrock.com
matthew.rodriguez@blackrock.com
matthew.weinstein@blackrock.com
matthew_renirie@blackrock.com
maureen.kolodziej@blackrock.com
mbkelly@blackrock.com
mccabe@blackrock.com
mdichek@blackrock.com
medgington@blackrock.com
megan.gaul@blackrock.com
melanie.rotunno@blackrock.com
melissa.dunn@blackrock.com
melvin.rosa@blackrock.com
mgarfin@blackrock.com

## Company & Corresponding Email Addresses

mgriffin@blackrock.com
mhuebsch@blackrock.com
michael.carey@blackrock.com
michael.constantis@blackrock.com
michael.gargano@blackrock.com
michael.heilbronn@blackrock.com
michael.jarzyna@blackrock.com
michael.khankin@blackrock.com
michael.kim@blackrock.com
michael.mesard@blackrock.com
michael.ridloff@blackrock.com
michael_krautzberger@blackrock.com
michel.vandersanden@blackrock.com
michelle.dressel@blackrock.com
michelle.hall@blackrock.com
michelle.lynch@blackrock.com
michelle.mustafa@blackrock.com
michelle.zhang@blackrock.com
michelle_scrimgeour@blackrock.com
mike.oberdorf@blackrock.com
mikyung.kim@blackrock.com
mitchell.mcdermott@blackrock.com
mitesh.patel@blackrock.com
mkotecha@blackrock.com
mkotecha2@blackrock.com
mkraeger@blackrock.com
mluongo@blackrock.com
mlustig@blackrock.com
mmacelhi@blackrock.com
mmagerman@blackrock.com
mmarra@blackrock.com
morten_andersen@blackrock.com
mreilly@blackrock.com
murali.balaraman@blackrock.com
mwarner@blackrock.com
narayan.gopalon@blackrock.com
nathalie.esposito@blackrock.com
navann.ty@blackrock.com
ndenny@blackrock.com
neal.lofthouse@blackrock.com
ned.hole@blackrock.com
neil.kothari@blackrock.com
neil_lupton@blackrock.com
neil_weller@blackrock.com
nelson.flores@blackrock.com
nicholas.denny@blackrock.com
nicholas.mcleod-clarke@blackrock.com
nicholas.zamarelli@blackrock.com
nicholas.zamparelli@blackrock.com
nick.osborne@blackrock.com
nick_coats@blackrock.com
nick_little@blackrock.com
nick_moakes@blackrock.com
nicola.muirhead@blackrock.com

**Company & Corresponding Email Addresses**

nicole.everett@blackrock.com
nigel.drake@blackrock.com
nigel.foster@blackrock.com
nigel_ridge@blackrock.com
nigel_tupper@blackrock.com
nikhil.uppal@blackrock.com
noel_montaigue@blackrock.com
noriaki_matsui@blackrock.com
nugzari.jakobishvili@blackrock.com
nweiner@blackrock.com
oded.levin@blackrock.com
oliver_ruppert@blackrock.com
oona.elliott@blackrock.com
owen_murfin@blackrock.com
pablo_delamata@blackrock.com
pacosta@blackrock.com
panos_ferendinos@blackrock.com
paola.mejia@blackrock.com
patrick.dolan@blackrock.com
patrick.donnelly@blackrock.com
patrick.edelmann@blackrock.com
paudet@blackrock.com
paul.clarke@blackrock.com
paul.donohoe@blackrock.com
paul.etheridge@blackrock.com
paul.rudland@blackrock.com
paul.shuttleworth@blackrock.com
paul_clifton@blackrock.com
paul_hauff@blackrock.com
paul_walker-duncalf@blackrock.com
paul_walton@blackrock.com
paula.croson@blackrock.com
pcroson@blackrock.com
peter.carragher@blackrock.com
peter.chan@blackrock.com
peter.gailliot@blackrock.com
peter.hayes@blackrock.com
peter.leffler@blackrock.com
peter.mathern@blackrock.com
peter.sanderson@blackrock.com
peter.wong@blackrock.com
peter_gibbs@blackrock.com
pfisher@blackrock.com
phil_doherty@blackrock.com
philip.brides@blackrock.com
philip.chew@blackrock.com
philip.wan@blackrock.com
phillip.soccio@blackrock.com
pierre_sarrau@blackrock.com
pjuran@blackrock.com
plamen.monovski@blackrock.com
pmccabe@blackrock.com
poppy.allonby@blackrock.com
priya.malhotra@blackrock.com

**Company & Corresponding Email Addresses**

pschwartzman@blackrock.com
quintin.price@blackrock.com
rachel.kinney@blackrock.com
rahn@blackrock.com
rajah.menon@blackrock.com
rajiv.lapasia@blackrock.com
ralph.cox@blackrock.com
ralph.divino@blackrock.com
rbrown@blackrock.com
reginald.leese@blackrock.com
renee.eick@blackrock.com
ren-raw.chen@blackrock.com
rfriedbe@blackrock.com
rganesh@blackrock.com
rhallisey@blackrock.com
richard.hoerner@blackrock.com
richard.mejzak@blackrock.com
richard.urwin@blackrock.com
richard.williams@blackrock.com
richard_dell@blackrock.com
richard_plackett@blackrock.com
richard_pooley@blackrock.com
richard_turnill@blackrock.com
riginos_dimitriou@blackrock.com
rking@blackrock.com
rkushel@blackrock.com
rmiron@blackrock.com
rmollett@blackrock.com
rmorgan@blackrock.com
rmowrer@blackrock.com
rnewsome@blackrock.com
robert.burns@blackrock.com
robert.capaldi@blackrock.com
robert.cobb@blackrock.com
robert.daly@blackrock.com
robert.degennaro@blackrock.com
robert.iverson@blackrock.com
robert.kapito@blackrock.com
robert.macarthur@blackrock.com
robert.martorelli@blackrock.com
robert_fairbairn@blackrock.com
robert_willsdon@blackrock.com
robin_batchelor@blackrock.com
roderick.mckenzie@blackrock.com
roland_arnold@blackrock.com
rolanda.raichel@blackrock.com
ron.cheng@blackrock.com
ron.dvari@blackrock.com
ronan_connolly@blackrock.com
rory_hill@blackrock.com
rory_verenicoll@blackrock.com
rpaul@blackrock.com
rschlosst@blackrock.com
rshea@blackrock.com

**Company & Corresponding Email Addresses**

rsion@blackrock.com
rui.zhao@blackrock.com
russell.maddox@blackrock.com
ruth.fitter@blackrock.com
rvillacorta@blackrock.com
rwartell@blackrock.com
ryan.szakacs@blackrock.com
ryan.witko@blackrock.com
sacha.bacro@blackrock.com
saiyi_he@blackrock.com
salvatore.parascandola@blackrock.com
sam.bapasola@blackrock.com
sam.riter@blackrock.com
samantha.burden@blackrock.com
samuel.kidston@blackrock.com
sandra.borland@blackrock.com
sandra.sullivan@blackrock.com
sandy.christie@blackrock.com
sanjay.roy@blackrock.com
sarah.melvin@blackrock.com
sarah_coole@blackrock.com
sberkley@blackrock.com
scott.amero@blackrock.com
scott.bluth@blackrock.com
scott.condron@blackrock.com
scott.skowronski@blackrock.com
scott.thiel@blackrock.com
scott.wetzel@blackrock.com
scott_e_barber@blackrock.com
sdalal@blackrock.com
sean.carney@blackrock.com
selig.sechzer@blackrock.com
sfamilet@blackrock.com
sfleming@blackrock.com
shane.jackson@blackrock.com
shaun.jamieson@blackrock.com
shawn.tesoro@blackrock.com
shea.harvey@blackrock.com
sheide@blackrock.com
shirley.yu@blackrock.com
simon.young@blackrock.com
simon_clements@blackrock.com
simon_flood@blackrock.com
simon_mcclure@blackrock.com
skunt@blackrock.com
smanning@blackrock.com
smehta@blackrock.com
smmannin@blackrock.com
smoeller@blackrock.com
sochong.yi@blackrock.com
sophia.zhao@blackrock.com
sorin.roibu@blackrock.com
sriram.sumaithangi@blackrock.com
sspodek@blackrock.com

## Company & Corresponding Email Addresses

sswitzky@blackrock.com
stacy.turnof@blackrock.com
stephan.bassas@blackrock.com
stephanie.limond@blackrock.com
stephen.meschenmoser@blackrock.com
stephen.miller@blackrock.com
stephen.scinicariello@blackrock.com
stephen_jury@blackrock.com
stephen_penfold@blackrock.com
stepnauski@blackrock.com
steve_yardley@blackrock.com
steven.dalzell@blackrock.com
steven.goulden@blackrock.com
steven.kleiman@blackrock.com
steven.siem@blackrock.com
stewart_edginton@blackrock.com
stuart.reeve@blackrock.com
stuart_meldrum@blackrock.com
stuart_niman@blackrock.com
suemeng.chan@blackrock.com
sukhbir.gill@blackrock.com
sunil.krishnan@blackrock.com
suraj.kripalani@blackrock.com
susan.wagner@blackrock.com
swalker@blackrock.com
swigmore@blackrock.com
syeo@blackrock.com
tallal.malik@blackrock.com
tasos.bouloutas@blackrock.com
tate_josserand@blackrock.com
tatiana.spineanu@blackrock.com
tcolwell@blackrock.com
terry.bray@blackrock.com
tharris@blackrock.com
thomas.biscardi@blackrock.com
thomas.callan@blackrock.com
thomas.downey@blackrock.com
thomas.holl@blackrock.com
thomas.kolimago@blackrock.com
thomas.musmanno@blackrock.com
thomas.orourke@blackrock.com
thomas.steffens@blackrock.com
tim.martin@blackrock.com
tim_aylott@blackrock.com
timothy.johnson@blackrock.com
timothy.noonan@blackrock.com
timothy.rezvan@blackrock.com
timothy.routledge@blackrock.com
tkieran@blackrock.com
tobias_astor@blackrock.com
todd.bocabella@blackrock.com
todd.burnside@blackrock.com
todd.hurtubise@blackrock.com
tom.burke@blackrock.com

**Company & Corresponding Email Addresses**

tom.cullen@blackrock.com
tom.mayo@blackrock.com
tom.mondelaers@blackrock.com
tony.hubbard@blackrock.com
tony_stenning@blackrock.com
tracy.lau@blackrock.com
tracy.ossowski@blackrock.com
travis.stevenson@blackrock.com
tricia.ho@blackrock.com
trina_yeung@blackrock.com
tucker.morrissey@blackrock.com
tunde.bey@blackrock.com
unnati.patel@blackrock.com
v_cooney@blackrock.com
vashik_vajner@blackrock.com
vikas.goyal@blackrock.com
vikram_lunavat@blackrock.com
viola.dunne@blackrock.com
vish.acharya@blackrock.com
vivek.gupta@blackrock.com
vsantiago@blackrock.com
vvairavamurthy@blackrock.com
w_lavelle@blackrock.com
walter.mello@blackrock.com
warren.chang@blackrock.com
wayne.archambo@blackrock.com
wayne.kircher@blackrock.com
wendy.held@blackrock.com
wesley.dearsley@blackrock.com
wfrey@blackrock.com
whenderson@blackrock.com
whitney.wright@blackrock.com
will.landers@blackrock.com
william.degale@blackrock.com
william.moore@blackrock.com
willie.hartleyrussell@blackrock.com
winnie.pun@blackrock.com
wkwong@blackrock.com
wmcfarla@blackrock.com
xavier.goss@blackrock.com
xiang.liu@blackrock.com
xlchen@blackrock.com
ychaudhary@blackrock.com
yevgeny.gelfand@blackrock.com
ygeyman@blackrock.com
yingchu.ni@blackrock.com
yookan.lee@blackrock.com
young.yoo@blackrock.com
ytong@blackrock.com
yudhveer.chaudhry@blackrock.com
yuri.rios@blackrock.com
yzhong@blackrock.com
zachary.alpern@blackrock.com
**blackrockkelso**

## Company & Corresponding Email Addresses

mbl@blackrockkelso.com
sun@blackrockkelso.com

### blair

pfranke@blair.com

### blaylicklp

drj@blaylicklp.com

### blaylockabacus

cplouche@blaylockabacus.com
jmartin@blaylockabacus.com
nharris@blaylockabacus.com
slockman@blaylockabacus.com

### blaylockco

dogrady@blaylockco.com
tdevane@blaylockco.com

### blaylocklp

asiegel@blaylocklp.com
cplister@blaylocklp.com
cwoolridge@blaylocklp.com
dkraebel@blaylocklp.com
dutter@blaylocklp.com
emac@blaylocklp.com
gswenson@blaylocklp.com
jdmoitra@blaylocklp.com
jwakim@blaylocklp.com
lbuckland@blaylocklp.com
pdecat@blaylocklp.com
r@blaylocklp.com
snusim@blaylocklp.com

### blb

andrea.mueller@blb.de
andreas.hannappel@blb.de
andreas.martin@blb.de
barbara.dietrich@blb.de
bernhard.kriwanek@blb.de
carsten.raun@blb.de
christian.gastager@blb.de
dieter.brugmer@blb.de
elaine.murphy@blb.de
gerold.brandt@blb.de
gottfried.scheer@blb.de
hans-peter.goth@blb.de
hartmant@blb.de
heimo.scherer@blb.de
helmut.fause@blb.de
ines.schmid@blb.de
jean-francois.bouglon@blb.de
jeanie.auyeung@blb.de
jochen.lueck@blb.de
joerg.lappoehn@blb.de
johannes.geiginger@blb.de
juergen.rothhammer@blb.de
kelvin.lee@blb.de
marco.raffaelli@blb.de
martin.hindelang@blb.de

## Company & Corresponding Email Addresses

martin.rost@blb.de
martin.schmucker@blb.de
michael.pietzek@blb.de
monika.wollensak@blb.de
nadine.hengmigh@blb.de
ngci@blb.be
nicolas.queme@blb.de
richard.neuner@blb.de
robert.schoetz@blb.de
roberto.falaschi@blb.de
roland.schneiter@blb.ch
rolf.shaefer@blb.co.uk
silvia.chin@blb.de
simone.schmid@blb.de
stefan.strassburg@blb.de
stephan.schmidbauer@blb.de
thomas.bachmeier@blb.de
thomas.fischer@blb.de
thomas.hartmann@blb.de
thomas.werkle@blb.de
ulrich.mattonet@blb.de
uwe.flossmann@blb.de
yon.ibrahim@blb.de
yusuf.bilgic@blb.de

**blbabson**
rabel@blbabson.com

**blbarg**
rbarbosa@blbarg.com

**blblon**
bernhard.russ@blblon.co.uk
russell.williams@blblon.co.uk
simon.whitfield@blblon.co.uk

**blcvm**
abrahama@blcvm.com

**blenheiminv**
brichardson@blenheiminv.com
cakins@blenheiminv.com
gpark@blenheiminv.com
hsardanis@blenheiminv.com
jgazzini@blenheiminv.com
jliu@blenheiminv.com
jwohlmacher@blenheiminv.com
kfallon@blenheiminv.com
kmag@blenheiminv.com
lfucha@blenheiminv.com
mgriffin@blenheiminv.com
ppuglisi@blenheiminv.com
rbiswas@blenheiminv.com
sengstrom@blenheiminv.com
sgao@blenheiminv.com
sklein@blenheiminv.com
tkooyker@blenheiminv.com
tomk@blenheiminv.com
tross@blenheiminv.com

**Company & Corresponding Email Addresses**

**blfram**
ivan.bouillot@blfram.lu
luc.bauler@blfram.lu

**blkb**
beat.vonwyl@blkb.inet.ch
ives.kupferschmid@blkb.inet.ch
lukas.ladner@blkb.inet.ch
patrick.greiner@blkb.inet.ch
patrick.schneeberger@blkb.inet.ch
rolf.rudin@blkb.inet.ch

**bll**
adaw@bll.co.il
bibi@bll.co.il
boazg@bll.co.il
carinew@bll.co.il
cedricj@bll.co.il
chaim_f@bll.co.il
chemik@bll.co.il
einats@bll.co.il
eitanr@bll.co.il
eyalr@bll.co.il
galiam@bll.co.il
gilbu@bll.co.il
grosman@bll.co.il
hagit@bll.co.il
hanochf@bll.co.il
ilanv@bll.co.il
inbalb@bll.co.il
int.deals@bll.co.il
israel_s@bll.co.il
itaif@bll.co.il
jennifer@bll.co.il
lironr@bll.co.il
menaheme@bll.co.il
michelmi@bll.co.il
nuritk@bll.co.il
oferhi@bll.co.il
ofern@bll.co.il
ronyy@bll.co.il
sandrap@bll.co.il
yosefl@bll.co.il
yosig@bll.co.il
zeevn@bll.co.il

**bllomberg**
dwoolaghan@bllomberg.net
ptschaar@bllomberg.net

**blockrock**
james_lenton@blockrock.com

**blomberg**
foog@blomberg.net
henning@blomberg.net
olange@blomberg.net

**blommberg**
dcezd@blommberg.net

**Company & Corresponding Email Addresses**

**bloombeg**
rwonghk@bloombeg.net

**bloomber**
p.bronzi5@bloomber.net

**bloomberg**
02dw@bloomberg.net
3310430@bloomberg.net
38linares@bloomberg.net
7584@bloomberg.net
a.blazquez@bloomberg.net
a.hepper@bloomberg.net
a.lau@bloomberg.net
a.p.mills@bloomberg.net
a_zahrani@bloomberg.net
a026824@bloomberg.net
a142158@bloomberg.net
a377388@bloomberg.net
aaigprop@bloomberg.net
aajawi@bloomberg.net
aaldakheel@bloomberg.net
aal-rabaian@bloomberg.net
aalvarez9@bloomberg.net
aamiludin@bloomberg.net
aarondavison@bloomberg.net
aavigliano@bloomberg.net
aawny@bloomberg.net
abaiona1@bloomberg.net
abances@bloomberg.net
abaraviera@bloomberg.net
abarbieri@bloomberg.net
abezzetto@bloomberg.net
abianco1@bloomberg.net
abidin@bloomberg.net
abk@bloomberg.net
aboutry@bloomberg.net
abouwman@bloomberg.net
aboychuk@bloomberg.net
abraga@bloomberg.net
abroderick@bloomberg.net
abtahir@bloomberg.net
abutt@bloomberg.net
acarrasco@bloomberg.net
acatignani@bloomberg.net
acecconi@bloomberg.net
achamberlain@bloomberg.net
acimoli@bloomberg.net
aconroy@bloomberg.net
acorso1@bloomberg.net
adalloglio@bloomberg.net
adam24@bloomberg.net
adarbari@bloomberg.net
adasilva74@bloomberg.net
adaugherty3@bloomberg.net
adavies@bloomberg.net

**Company & Corresponding Email Addresses**

adecaro3@bloomberg.net
adeflandre@bloomberg.net
adellaflora@bloomberg.net
ademarco@bloomberg.net
adenis1@bloomberg.net
ades@bloomberg.net
adimo@bloomberg.net
adivot@bloomberg.net
adixon@bloomberg.net
adjebsen@bloomberg.net
adonnelly4@bloomberg.net
adromer1@bloomberg.net
adsilver1031@bloomberg.net
advisser@bloomberg.net
advstef@bloomberg.net
aecon@bloomberg.net
aeggler@bloomberg.net
aelman@bloomberg.net
aezra@bloomberg.net
afahlen1@bloomberg.net
afarina1@bloomberg.net
afdlr2@bloomberg.net
afell4@bloomberg.net
aferoze1@bloomberg.net
aferrari6@bloomberg.net
afischer@bloomberg.net
afitzpatrick@bloomberg.net
afornoni@bloomberg.net
agaddi1@bloomberg.net
agamba3@bloomberg.net
agartner@bloomberg.net
agauzia@bloomberg.net
ageel@bloomberg.net
agies@bloomberg.net
aglossop2@bloomberg.net
agonzales@bloomberg.net
agurski@bloomberg.net
ahansen1@bloomberg.net
ahauser@bloomberg.net
ahuegli@bloomberg.net
aiscoleman@bloomberg.net
ajardon.bbl@bloomberg.net
ajolliffe@bloomberg.net
ajoseph1@bloomberg.net
akamm@bloomberg.net
akeirle1@bloomberg.net
akemp5@bloomberg.net
akfischer1@bloomberg.net
akg@bloomberg.net
akhalid@bloomberg.net
aklinger1@bloomberg.net
akluge@bloomberg.net
akohashi@bloomberg.net
akorsgaard@bloomberg.net

**Company & Corresponding Email Addresses**

akousteni1@bloomberg.net
alacourciere@bloomberg.net
alain.muller@bloomberg.net
alanna@bloomberg.net
aleeming2@bloomberg.net
alegere@bloomberg.net
alesniewski@bloomberg.net
alexkrol@bloomberg.net
alexmendes@bloomberg.net
alexmoiseev@bloomberg.net
alexopo@bloomberg.net
alfcan@bloomberg.net
alfedu@bloomberg.net
aliman@bloomberg.net
alismith@bloomberg.net
alle@bloomberg.net
alm4113@bloomberg.net
al-mutaweh@bloomberg.net
alopeza@bloomberg.net
alorusso@bloomberg.net
alqua@bloomberg.net
alyusuf@bloomberg.net
alzahrani@bloomberg.net
am16@bloomberg.net
ama02@bloomberg.net
ama0911ny@bloomberg.net
amainord@bloomberg.net
amajekod@bloomberg.net
amalacchia@bloomberg.net
amansour@bloomberg.net
amarquardt7@bloomberg.net
amarsh@bloomberg.net
amatsuya@bloomberg.net
amazzoleni@bloomberg.net
ambri@bloomberg.net
amckay1@bloomberg.net
amerville@bloomberg.net
amesser1@bloomberg.net
ametzger@bloomberg.net
amikhailov@bloomberg.net
amills@bloomberg.net
aminassian@bloomberg.net
amitus@bloomberg.net
amn002@bloomberg.net
amoffat2@bloomberg.net
amoolji3@bloomberg.net
amor@bloomberg.net
amousny@bloomberg.net
amunoz@bloomberg.net
anassira@bloomberg.net
anazmi@bloomberg.net
andebe@bloomberg.net
andream@bloomberg.net
andrejs@bloomberg.net

## Company & Corresponding Email Addresses

andrevh@bloomberg.net
andyofee@bloomberg.net
angulez@bloomberg.net
anguscrozier@bloomberg.net
angushui@bloomberg.net
anhsu@bloomberg.net
annearend@bloomberg.net
ansteven@bloomberg.net
anupch@bloomberg.net
aobrien@bloomberg.net
aolegario@bloomberg.net
aorr8@bloomberg.net
apagnoni@bloomberg.net
apatel2@bloomberg.net
apeat@bloomberg.net
apenbrin@bloomberg.net
apexmom@bloomberg.net
apiozzi@bloomberg.com
apoestges1@bloomberg.net
arangaraj@bloomberg.net
arfas@bloomberg.net
arielj@bloomberg.net
arisj@bloomberg.net
armin.seng@bloomberg.net
arnbourdon@bloomberg.net
arnie@bloomberg.net
aroberts@bloomberg.net
arosenbach@bloomberg.net
arossi75@bloomberg.net
arthurm@bloomberg.net
arusso14@bloomberg.net
aryan7@bloomberg.net
asacre@bloomberg.net
asahi06@bloomberg.net
asakurai@bloomberg.net
asanchezbalc@bloomberg.net
asanotakuya@bloomberg.net
asc@bloomberg.net
ascherd@bloomberg.net
aschmitt@bloomberg.net
aschneider1@bloomberg.net
askayer@bloomberg.net
aslk@bloomberg.net
asma@bloomberg.net
asouter3@bloomberg.net
asp23@bloomberg.net
aspanish@bloomberg.net
aspriggs@bloomberg.net
astatti1@bloomberg.net
asteele@bloomberg.net
asten@bloomberg.net
astoria1@bloomberg.net
asultan@bloomberg.net
atalanta@bloomberg.net

**Company & Corresponding Email Addresses**

atantazzi@bloomberg.net
athorsson@bloomberg.net
atruppia1@bloomberg.net
atrzepala@bloomberg.net
atters@bloomberg.net
attila@bloomberg.net
atuazon@bloomberg.net
atunzi@bloomberg.net
ausland@bloomberg.net
aval@bloomberg.net
avalsensi@bloomberg.net
avanloo1@bloomberg.net
avanotti@bloomberg.net
avondale@bloomberg.net
avonderrecke@bloomberg.net
avu2@bloomberg.net
awebb12@bloomberg.net
awebb123@bloomberg.net
awhite1@bloomberg.net
awoods4@bloomberg.net
aza@bloomberg.net
azimmermann3@bloomberg.net
azizaziz@bloomberg.net
b.roma@bloomberg.net
babd@bloomberg.net
bagger91@bloomberg.net
bahmann@bloomberg.net
baldrich@bloomberg.net
banai@bloomberg.net
bang@bloomberg.net
baohochang@bloomberg.net
baprg@bloomberg.net
barkerm@bloomberg.net
barretst@bloomberg.net
basterra@bloomberg.net
batiyyah1@bloomberg.net
battili@bloomberg.net
baumgs@bloomberg.net
baunaz@bloomberg.net
bbajic@bloomberg.net
bbarry2@bloomberg.net
bbeck@bloomberg.net
bblbprtf@bloomberg.net
bbogers1@bloomberg.net
bborander@bloomberg.net
bbowden@bloomberg.net
bbwhite@bloomberg.net
bcervin@bloomberg.net
bchoo3@bloomberg.net
bcimc@bloomberg.net
bclouser1@bloomberg.net
bcmccarthy1@bloomberg.net
bcole7@bloomberg.net
bcpi@bloomberg.net

**Company & Corresponding Email Addresses**

bdecker4@bloomberg.net
bdelcour.bbl@bloomberg.net
bdmts@bloomberg.net
bdoran@bloomberg.net
bdurnez@bloomberg.net
beard@bloomberg.net
beckmannn@bloomberg.net
bedwial.tods@bloomberg.net
befitzy@bloomberg.net
behling@bloomberg.net
belenminayo@bloomberg.net
benjamin_ng@bloomberg.net
benjaminlu@bloomberg.net
benmalone@bloomberg.net
bentonj@bloomberg.net
berryd@bloomberg.net
bettencourt@bloomberg.net
bfahy@bloomberg.net
bfalk2@bloomberg.net
bfarquhar@bloomberg.net
bfeldst@bloomberg.net
bfinnerty@bloomberg.net
bgaines@bloomberg.net
bgaither2@bloomberg.net
bgiordano@bloomberg.net
bgordon@bloomberg.net
bgray5@bloomberg.net
bgumprecht@bloomberg.net
bhellen@bloomberg.net
bhfgruppe@bloomberg.net
bhoaire@bloomberg.net
biallas@bloomberg.net
biancullip@bloomberg.net
bichisao@bloomberg.net
biddi@bloomberg.net
bigmacneil@bloomberg.net
billobrien@bloomberg.net
billwan@bloomberg.net
bimicheal@bloomberg.net
binarellip@bloomberg.net
binkert@bloomberg.net
biqwa@bloomberg.net
bisik@bloomberg.net
bittch.lndb@bloomberg.net
bives@bloomberg.net
bjun@bloomberg.net
bkellaway@bloomberg.net
bkelly15@bloomberg.net
bkok@bloomberg.net
bkonig@bloomberg.net
bkshah@bloomberg.net
blairlog@bloomberg.net
blamonda@bloomberg.net
blawson3@bloomberg.net

## Company & Corresponding Email Addresses

bleidich@bloomberg.net
blieberman@bloomberg.net
blud@bloomberg.net
blumenthal@bloomberg.net
bmaher@bloomberg.net
bmalone@bloomberg.net
bmcg1@bloomberg.net
bmeaden@bloomberg.net
bmiller@bloomberg.net
bmiller7@bloomberg.net
bmorton@bloomberg.net
bnangle@bloomberg.net
boc.tse@bloomberg.net
bodo@bloomberg.net
boeseler@bloomberg.net
bohringer@bloomberg.net
bojan@bloomberg.net
bokobu@bloomberg.net
bokok@bloomberg.net
bolesn@bloomberg.net
boln@bloomberg.net
bondb@bloomberg.net
bondsales@bloomberg.net
bop@bloomberg.net
botard@bloomberg.net
bpanganiban@bloomberg.net
bpapa1@bloomberg.net
bpineau@bloomberg.net
bpizlm@bloomberg.net
bpp@bloomberg.net
bradyb@bloomberg.net
brandy99@bloomberg.net
branis@bloomberg.net
bria@bloomberg.net
brianlinde@bloomberg.net
brkandjoe@bloomberg.net
brobertson2@bloomberg.net
brossak@bloomberg.net
brunetti@bloomberg.net
bsanders@bloomberg.net
bsargent1@bloomberg.net
bsarmago@bloomberg.net
bschotanus@bloomberg.net
bschulz2@bloomberg.net
bshah@bloomberg.net
bshanahan1@bloomberg.net
bshigezawa@bloomberg.net
bshirley1@bloomberg.net
bsmith@bloomberg.net
bsnyder@bloomberg.net
bstaub1@bloomberg.net
bsudameris@bloomberg.net
bterlesky1@bloomberg.net
btpbull@bloomberg.net

**Company & Corresponding Email Addresses**

bubbabutt@bloomberg.net
buchanan1@bloomberg.net
buhlen@bloomberg.net
bullrun@bloomberg.net
bvanbuuren@bloomberg.net
bwahlig@bloomberg.net
bwann@bloomberg.net
bwkjr@bloomberg.net
bwong8@bloomberg.net
bxorourke@bloomberg.net
byusof@bloomberg.net
bzachhuber@bloomberg.net
c.behrens@bloomberg.net
c.kipfer@bloomberg.net
caezar@bloomberg.net
cahills2@bloomberg.net
caitrionam@bloomberg.net
cala@bloomberg.net
camjim@bloomberg.net
campana2@bloomberg.net
camtom@bloomberg.net
cannavaro@bloomberg.net
cansell1@bloomberg.net
cantputt@bloomberg.net
capecchi@bloomberg.net
capex@bloomberg.net
carberry@bloomberg.net
carcoraci@bloomberg.net
caris_cheung@bloomberg.net
carolinne.mueller@bloomberg.net
caron@bloomberg.net
caseri.lndb@bloomberg.net
casmith@bloomberg.net
castler@bloomberg.net
cater@bloomberg.net
catf@bloomberg.net
catfood@bloomberg.net
catmou@bloomberg.net
cazpaul@bloomberg.net
cbaldoni@bloomberg.net
cbbaer@bloomberg.net
cbergel@bloomberg.net
cbierbaum2@bloomberg.net
cbolger@bloomberg.net
cbreman2@bloomberg.net
ccaringer1@bloomberg.net
ccbidanne@bloomberg.net
cceresa1@bloomberg.net
cclemente@bloomberg.net
ccleuty@bloomberg.net
ccoenegracht@bloomberg.net
ccyoung@bloomberg.net
cdambrosio@bloomberg.net
cdangerf1@bloomberg.net

**Company & Corresponding Email Addresses**

cday6@bloomberg.net
cdec82@bloomberg.net
cdemonte@bloomberg.net
cdinsmore@bloomberg.net
cdouple@bloomberg.net
cdquigley@bloomberg.net
ceca1@bloomberg.net
cecho@bloomberg.net
cen1@bloomberg.net
ceresio@bloomberg.net
cfloristan@bloomberg.net
cfloros@bloomberg.net
cgigante@bloomberg.net
cgorman10@bloomberg.net
cgorman99@bloomberg.net
cgranger@bloomberg.net
cguilherme@bloomberg.net
champton7@bloomberg.net
changg@bloomberg.net
chanover1@bloomberg.net
chardie@bloomberg.net
charris8@bloomberg.net
chbn@bloomberg.net
chicagobear@bloomberg.net
chiew@bloomberg.net
chigman@bloomberg.net
chipbailey@bloomberg.net
chi-ster@bloomberg.net
chkun@bloomberg.net
chomann@bloomberg.net
choprak75@bloomberg.net
chrisrooke@bloomberg.net
chrisspencer@bloomberg.net
chsia1@bloomberg.net
chwicki@bloomberg.net
chyang@bloomberg.net
cianmurphy@bloomberg.net
citaku@bloomberg.net
ckamm@bloomberg.net
ckandimaa1@bloomberg.net
ckelley14@bloomberg.net
ckuan@bloomberg.net
clandolt@bloomberg.net
claud@bloomberg.net
cldorsch@bloomberg.net
clerch@bloomberg.net
clm@bloomberg.net
clmartin@bloomberg.net
clmmsm@bloomberg.net
cloew@bloomberg.net
cloy@bloomberg.net
cm@bloomberg.net
cmaccettella@bloomberg.net
cmadden3@bloomberg.net

**Company & Corresponding Email Addresses**

cmanning@bloomberg.net
cmartini@bloomberg.net
cmays@bloomberg.net
cmcbride@bloomberg.net
cmoleux@bloomberg.net
cmurtagh@bloomberg.net
cmuth1@bloomberg.net
cnapoliello@bloomberg.net
cnbeur@bloomberg.net
cnolan3@bloomberg.net
coadp@bloomberg.net
coastal@bloomberg.net
colemano@bloomberg.net
combesth@bloomberg.net
comericabill@bloomberg.net
compt2@bloomberg.net
comsecurity@bloomberg.net
conelius@bloomberg.net
conorc@bloomberg.net
corbinpd@bloomberg.net
cosmo@bloomberg.net
coster@bloomberg.net
cpbergel@bloomberg.net
cpengel@bloomberg.net
cpezzini@bloomberg.net
cpickering@bloomberg.net
cpmccue@bloomberg.net
cquallen2@bloomberg.net
creardon@bloomberg.net
creedie2@bloomberg.net
crichens2@bloomberg.net
crodrig.bbl@bloomberg.net
csalomon@bloomberg.net
csammons@bloomberg.net
csanford@bloomberg.net
csawneyj@bloomberg.net
cschidlo@bloomberg.net
cseip@bloomberg.net
cseregni@bloomberg.net
cshilling@bloomberg.net
csitu2@bloomberg.net
csmckane@bloomberg.net
csosey@bloomberg.net
cstavrakos@bloomberg.net
csterling3@bloomberg.net
csupadulya@bloomberg.net
csweeney1@bloomberg.net
ctegan@bloomberg.net
ctomassini@bloomberg.net
ctuffy1@bloomberg.net
cuar@bloomberg.net
cuniberti@bloomberg.net
cvalentini@bloomberg.net
cvechhi@bloomberg.net

**Company & Corresponding Email Addresses**

cviner@bloomberg.net
cviscardi@bloomberg.net
cvonroten@bloomberg.net
cvorobieff2@bloomberg.net
cwalker@bloomberg.net
cwarren2@bloomberg.net
cwilmot@bloomberg.net
cwolfenden2@bloomberg.net
cyn@bloomberg.net
czagler@bloomberg.net
czobbi@bloomberg.net
d.fowler1@bloomberg.net
d.kitayama@bloomberg.net
d.rino@bloomberg.net
dabbott@bloomberg.net
dabees@bloomberg.net
daberius@bloomberg.net
daehong@bloomberg.net
dainav@bloomberg.net
dallen15@bloomberg.net
danclose@bloomberg.net
danielchoy@bloomberg.net
daniellzw@bloomberg.net
danmurphy78@bloomberg.net
darongreene@bloomberg.net
darren@bloomberg.net
darynf@bloomberg.net
dasc@bloomberg.net
datack@bloomberg.net
daudley@bloomberg.net
davchoy@bloomberg.net
davejsy@bloomberg.net
daventf@bloomberg.net
davesand@bloomberg.net
david.w@bloomberg.net
davidbarron1@bloomberg.net
davidcox007@bloomberg.net
dbalas@bloomberg.net
dball1@bloomberg.net
dbarnao@bloomberg.net
dbarnes4@bloomberg.net
dbender3@bloomberg.net
dbernz@bloomberg.net
dbevan1@bloomberg.net
dbianchi@bloomberg.net
dbigelow4@bloomberg.net
dbilley@bloomberg.net
dboccardi@bloomberg.net
dbrennand2@bloomberg.net
dbrezzo@bloomberg.net
dbriand1@bloomberg.net
dbruneau@bloomberg.net
dbsg@bloomberg.net
dcaderas@bloomberg.net

**Company & Corresponding Email Addresses**

dcantania@bloomberg.net
dcapeloto@bloomberg.net
dcascio@bloomberg.net
dcbpl@bloomberg.net
dchang2005@bloomberg.net
dchesir@bloomberg.net
dcomerford1@bloomberg.net
dcoombs@bloomberg.net
dcoratti1@bloomberg.net
ddb21150@bloomberg.net
ddb26146@bloomberg.net
ddb41432@bloomberg.net
ddb46456@bloomberg.net
ddb61475@bloomberg.net
ddb65018@bloomberg.net
ddb65440@bloomberg.net
ddb70078@bloomberg.net
ddeacon@bloomberg.net
ddelechat1@bloomberg.net
ddepner@bloomberg.net
ddesaul@bloomberg.net
ddevaraj@bloomberg.net
ddichio2@bloomberg.net
ddijkstaal@bloomberg.net
ddipierro@bloomberg.net
ddocanto1@bloomberg.net
ddurbin@bloomberg.net
deanlane@bloomberg.net
deanna@bloomberg.net
debon@bloomberg.net
debourbon@bloomberg.net
debrauwer@bloomberg.net
debykanner@bloomberg.net
dejerez@bloomberg.net
deknoppper@bloomberg.net
delalu@bloomberg.net
demarsin@bloomberg.net
demchenko@bloomberg.net
demetrick@bloomberg.net
demrick@bloomberg.net
denisebrowne@bloomberg.net
denks@bloomberg.net
denniswong@bloomberg.net
derivati@bloomberg.net
desmetv@bloomberg.net
desouter@bloomberg.net
dfedynak@bloomberg.net
dfinazzi@bloomberg.net
dfinn7@bloomberg.net
dfitzpat@bloomberg.net
dfont1@bloomberg.net
dfox5@bloomberg.net
dfswazey@bloomberg.net
dgenovese@bloomberg.net

## Company & Corresponding Email Addresses

dgps@bloomberg.net
dgruwez.bbl@bloomberg.net
dhill2@bloomberg.net
dhobart@bloomberg.net
dianev@bloomberg.net
didikaki@bloomberg.net
dilbar@bloomberg.net
dipole@bloomberg.net
dischoenfeld@bloomberg.net
diwinet@bloomberg.net
djager@bloomberg.net
djarnot1@bloomberg.net
djetten@bloomberg.net
djohnston@bloomberg.net
djsanford@bloomberg.net
dkbarnes@bloomberg.net
dkelly@bloomberg.net
dkersch@bloomberg.net
d-kimoto@bloomberg.net
dkopp@bloomberg.net
dkroeger@bloomberg.net
dkurfess@bloomberg.net
dl2005@bloomberg.net
dlkendall@bloomberg.net
dloudon@bloomberg.net
dm@bloomberg.net
dmagnetto@bloomberg.net
dmalick@bloomberg.net
dmangone2@bloomberg.net
dmanoux1@bloomberg.net
dmarsh1@bloomberg.net
dmatthius1@bloomberg.net
dmcmahon5@bloomberg.net
dmgreenhalgh@bloomberg.net
dmike1@bloomberg.net
dmoix@bloomberg.net
dmulroy@bloomberg.net
dnah@bloomberg.net
dnb2dr@bloomberg.net
dnjr@bloomberg.net
dnout@bloomberg.net
dogren@bloomberg.net
dohanlon@bloomberg.net
doma@bloomberg.net
domocats@bloomberg.net
donjr@bloomberg.net
donmccabe@bloomberg.net
donovan3@bloomberg.net
dooleyco@bloomberg.net
doreendlg@bloomberg.net
dorisyu@bloomberg.net
dosh@bloomberg.net
dpaleokr@bloomberg.net
dpalicki@bloomberg.net

**Company & Corresponding Email Addresses**

dpalin1@bloomberg.net
dparra@bloomberg.net
dpierce@bloomberg.net
dplynch@bloomberg.net
draburn@bloomberg.net
drader1@bloomberg.com
dreed@bloomberg.net
dreister@bloomberg.net
drej@bloomberg.net
drichter2@bloomberg.net
drosenfelder@bloomberg.net
drovelli2@bloomberg.net
drub@bloomberg.net
dsalomon@bloomberg.net
dschiff1@bloomberg.net
dschimizzi@bloomberg.net
dserio1@bloomberg.net
dsitzer@bloomberg.net
dsmith1978@bloomberg.net
dss6@bloomberg.net
dstarr1@bloomberg.net
dtconnor@bloomberg.net
dtoy3@bloomberg.net
dudley@bloomberg.net
dullman@bloomberg.net
duncanmeares@bloomberg.net
dupree@bloomberg.net
dushuyi@bloomberg.net
duyx@bloomberg.net
dvillani@bloomberg.net
dw1@bloomberg.net
dwgilbert@bloomberg.net
dwhitmore@bloomberg.net
dyhe@bloomberg.net
dynamike1@bloomberg.net
dzuccariello@bloomberg.net
e.malik@bloomberg.net
e.stecher@bloomberg.net
eanderhub@bloomberg.net
earfvidsson@bloomberg.net
eawatt@bloomberg.net
ebague@bloomberg.net
ebarca@bloomberg.net
ebernhardt31@bloomberg.net
eblee2@bloomberg.net
ebr@bloomberg.net
ebrandt1@bloomberg.net
ebryce@bloomberg.net
ebuck@bloomberg.net
ecesari@bloomberg.net
eceynar@bloomberg.net
echele@bloomberg.net
echiu6@bloomberg.net
eckertj@bloomberg.net

**Company & Corresponding Email Addresses**

eckhoff@bloomberg.net smtp eck
edbevin@bloomberg.ne
eddd@bloomberg.net
edeka@bloomberg.net
edereus@bloomberg.net
edobbinscm@bloomberg.net
edoherty1@bloomberg.net
edonald2@bloomberg.net
eemmer@bloomberg.net
eenglberger@bloomberg.net
egbersd@bloomberg.net
eggqiang@bloomberg.net
egraham4@bloomberg.net
ehampton@bloomberg.net
eharty1@bloomberg.net
eherc@bloomberg.net
ehuq@bloomberg.net
eimfeld@bloomberg.net
eitan@bloomberg.net
eitan-m@bloomberg.net
ejfraser@bloomberg.net
elaveggi@bloomberg.net
elazcano@bloomberg.net
elinasunan@bloomberg.net
elisan@bloomberg.net
ellaluo@bloomberg.net
elwood@bloomberg.net
emacdonald@bloomberg.net
emartinez@bloomberg.net
emcelvaney@bloomberg.net
emcmillan@bloomberg.net
emilykramer@bloomberg.net
emmaward@bloomberg.net
emoretti1@bloomberg.net
emosca71@bloomberg.net
emw@bloomberg.net
endress@bloomberg.net
eobrien4@bloomberg.net
epr@bloomberg.net
epremiani@bloomberg.net
eragnini@bloomberg.net
erappa1@bloomberg.net
erbend@bloomberg.net
ereidy@bloomberg.net
erempicci@bloomberg.net
ericchw@bloomberg.net
erikzak@bloomberg.net
erose@bloomberg.net
eryan@bloomberg.net
esaul@bloomberg.net
eschmitt002@bloomberg.net
eschmitz@bloomberg.net
estahr@bloomberg.net
estanis@bloomberg.net

## Company & Corresponding Email Addresses

estowell@bloomberg.net
estrahl@bloomberg.net
etang@bloomberg.net
etic@bloomberg.net
etournier@bloomberg.net
eugenesg@bloomberg.net
ev1@bloomberg.net
evstan@bloomberg.net
eward5@bloomberg.net
ewoodland@bloomberg.net
exped@bloomberg.net
eyeoh2@bloomberg.net
ezral@bloomberg.net
ezuaiter@bloomberg.net
f.b.petersen@bloomberg.net
f.gianatasio@bloomberg.net
f_ferrario@bloomberg.net
faahant@bloomberg.net
fabrizioc@bloomberg.net
faith.liu@bloomberg.net
falsallal@bloomberg.net
fantoni@bloomberg.net
farel@bloomberg.net
farisnab@bloomberg.net
farook@bloomberg.net
fatb@bloomberg.net
fateh@bloomberg.net
fazi@bloomberg.net
fbailey@bloomberg.net
fbaldan@bloomberg.net
fbarreto@bloomberg.net
fbelak1@bloomberg.net
fbento7@bloomberg.net
fberg1@bloomberg.net
fbosazzi@bloomberg.net
fcapanna@bloomberg.net
fcappelli@bloomberg.net
fciarniello1@bloomberg.net
fciut@bloomberg.net
fcontarin@bloomberg.net
fcoraggio@bloomberg.net
fcorti1@bloomberg.net
fcuito@bloomberg.net
fdaini@bloomberg.net
fdiaz@bloomberg.net
felefante@bloomberg.net
felli@bloomberg.net
ffloren@bloomberg.net
fharleman1@bloomberg.net
fhatt1@bloomberg.net
fhjones1@bloomberg.net
fhusken@bloomberg.net
ficig@bloomberg.net
filpil@bloomberg.net

## Company & Corresponding Email Addresses

fimktg2@bloomberg.net
finch@bloomberg.net
finddbpjc@bloomberg.net
fiorentino9@bloomberg.net
fjansen3@bloomberg.net
fjungbluth@bloomberg.net
flafortezza@bloomberg.net
fleuriet@bloomberg.net
fmach@bloomberg.net
fmach1@bloomberg.net
fmamc@bloomberg.net
fmanzanilla@bloomberg.net
fmertens3@bloomberg.net
fmonterisi@bloomberg.net
folksam@bloomberg.net
fondicri@bloomberg.net
fondsdipo@bloomberg.net
fong10@bloomberg.net
fongma@bloomberg.net
forget@bloomberg.net
forsterr@bloomberg.net
forza@bloomberg.net
fourhands@bloomberg.net
foxdavid@bloomberg.net
fpanelli@bloomberg.net
fpitts@bloomberg.net
fpotente@bloomberg.net
fqueguineur@bloomberg.net
francesb@bloomberg.net
frandim.lndb@bloomberg.net
frang@bloomberg.net
frankieboy@bloomberg.net
frankteri@bloomberg.net
fredac@bloomberg.net
fredkutten@bloomberg.net
frepoe@bloomberg.net
frmdpt@bloomberg.net
frmhorgen@bloomberg.net
frocca3@bloomberg.net
fruehn@bloomberg.net
fsocoloff@bloomberg.net
fsoriano@bloomberg.net
fthach@bloomberg.net
fting3@bloomberg.net
ftl@bloomberg.net
fufei@bloomberg.net
fujicap02@bloomberg.net
fundsop@bloomberg.net
furbinati@bloomberg.net
gabegoh@bloomberg.net
galferez@bloomberg.net
gallagm@bloomberg.net
galmaller@bloomberg.net
gamackay1@bloomberg.net

**Company & Corresponding Email Addresses**

ganderko@bloomberg.net
ganghu@bloomberg.net
gantly@bloomberg.net
garoffe@bloomberg.net
gashton1@bloomberg.net
gastonasa@bloomberg.net
gates@bloomberg.net
gaubeccr@bloomberg.net
gawad@bloomberg.net
gbanbury@bloomberg.net
gbiro@bloomberg.net
gbruzzi1@bloomberg.net
gbuechler@bloomberg.net
gc001@bloomberg.net
gcg@bloomberg.net
gcianci3@bloomberg.net
gcollett1@bloomberg.net
gcolonna@bloomberg.net
gcowie@bloomberg.net
gcristini@bloomberg.net
gcrofton1@bloomberg.net
gdefrutos@bloomberg.net
gdellerba@bloomberg.net
gdevoeght1@bloomberg.net
geissmann@bloomberg.net
genejets@bloomberg.net
genep@bloomberg.net
georgek@bloomberg.net
geppley@bloomberg.net
gerejoh.lndb@bloomberg.net
germain1@bloomberg.net
gerri@bloomberg.net
gesmadrid1@bloomberg.net
gexton@bloomberg.net
gezichella@bloomberg.net
gfluyt.bbl@bloomberg.net
gfm@bloomberg.net
ggrassi@bloomberg.net
ggrim1@bloomberg.net
ggrogan1@bloomberg.net
gguerisoli@bloomberg.net
ghanot@bloomberg.net
ghara@bloomberg.net
ghaviv@bloomberg.net
gheher3@bloomberg.net
ghsu@bloomberg.net
gianni1@bloomberg.net
giglig@bloomberg.net
gilf@bloomberg.net
gillespie@bloomberg.net
gioner@bloomberg.net
giorgiov@bloomberg.net
giri@bloomberg.net
gjallott@bloomberg.net

## Company & Corresponding Email Addresses

gjames4@bloomberg.net
gjerzyk@bloomberg.net
gjunesch@bloomberg.net
gjupp1@bloomberg.net
gkimmes@bloomberg.net
gklement@bloomberg.net
gkuchinski@bloomberg.net
gladysl@bloomberg.net
glambrin1@bloomberg.net
glassandro@bloomberg.net
glevante@bloomberg.net
glr@bloomberg.net
gluca@bloomberg.net
gmaiatsky@bloomberg.net
gmarquardt@bloomberg.net
gmcconnell2@bloomberg.net
gmcdon@bloomberg.net
gmillar@bloomberg.net
gmilone@bloomberg.net
gmolina@bloomberg.net
gn55@bloomberg.net
gniemczyk@bloomberg.net
gnnietode@bloomberg.net
golablue@bloomberg.net
gonzas@bloomberg.net
gonzfit@bloomberg.net
gopalakm@bloomberg.net
gordonr1@bloomberg.net
gorham@bloomberg.net
gormic@bloomberg.net
gospel@bloomberg.net
goulden@bloomberg.net
goutmezguine@bloomberg.net
govie@bloomberg.net
gpetruzelli@bloomberg.net
gpisano@bloomberg.net
gpoesger@bloomberg.net
gpostic2@bloomberg.net
gpuricelli@bloomberg.net
gradym@bloomberg.net
graghuraman3@bloomberg.net
graimundo@bloomberg.net
gregd@bloomberg.net
griffin21@bloomberg.net
grigg_j@bloomberg.net
grosello1@bloomberg.net
grosenbauer@bloomberg.net
grosetti@bloomberg.net
grossi5@bloomberg.net
gsccir@bloomberg.net
gstamnos@bloomberg.net
gstiel1@bloomberg.net
gtmcgraw@bloomberg.net
gtom@bloomberg.net

**Company & Corresponding Email Addresses**

gtomolillo@bloomberg.net
gtranchik@bloomberg.net
guding@bloomberg.net
gunsbourg@bloomberg.net
gutblas@bloomberg.net
guyvcraene@bloomberg.net
gvaneeten1@bloomberg.net
gvouters1@bloomberg.net
gwafford@bloomberg.net
gwanningen@bloomberg.net
gwisbey1@bloomberg.net
gwuelser@bloomberg.net
gyang@bloomberg.net
gylow@bloomberg.net
h1.watanabe@bloomberg.net
hackett@bloomberg.net
hagenp@bloomberg.net
haigka.lndb@bloomberg.net
haileyferg@bloomberg.net
halek@bloomberg.net
hallerph@bloomberg.net
hanauerjbh@bloomberg.net
hanzawah@bloomberg.net
harijs@bloomberg.net
harriscd@bloomberg.net
hartk@bloomberg.net
haselhoff@bloomberg.net
hasnal@bloomberg.net
hayata@bloomberg.net
hbachman2@bloomberg.net
hbadawy@bloomberg.net
hbaensch@bloomberg.net
hbrans@bloomberg.net
hbrueren@bloomberg.net
hdana@bloomberg.net
hdepree@bloomberg.net
heffernanm@bloomberg.net
heilert@bloomberg.net
heins1@bloomberg.net
heischmann@bloomberg.net
hermiek@bloomberg.net
hfallegger@bloomberg.net
hgeron@bloomberg.net
hgloor@bloomberg.net
hhknudsen@bloomberg.net
highbury@bloomberg.net
hillocks@bloomberg.net
hirano@bloomberg.net
hiromasu@bloomberg.net
hkanda@bloomberg.net
hkfundho@bloomberg.net
hkusumoto1@bloomberg.net
hlair@bloomberg.net
hlbdesa@bloomberg.net

## Company & Corresponding Email Addresses

hlbjbart@bloomberg.net
hlbjwend@bloomberg.net
hlbjwhit@bloomberg.net
hlbmschw@bloomberg.net
hlbscho@bloomberg.net
hleung3@bloomberg.net
hmatch@bloomberg.net
hmatsubara@bloomberg.net
hmavis@bloomberg.net
hmessiter1@bloomberg.net
hmizukaki@bloomberg.net
hmyers1@bloomberg.net
hnancy@bloomberg.net
hnobuyuki@bloomberg.net
hon-wai.wong@bloomberg.net
hoorn@bloomberg.net
hotntot@bloomberg.net
hourfali@bloomberg.net
howardj22@bloomberg.net
hpeterson@bloomberg.net
hprielipp1@bloomberg.net
hprose2@bloomberg.net
hsauve1@bloomberg.net
hsbcmyp@bloomberg.net; yuen.peng.mok@hsbcpb.com
hschreider1@bloomberg.net
hseun@bloomberg.net
hsinyiw@bloomberg.net
hspencer@bloomberg.net
hsteindorfer@bloomberg.net
htat@bloomberg.net
hthirumalai@bloomberg.net
htomita1@bloomberg.net
huaruor@bloomberg.net
hubbard1@bloomberg.net
huber2u@bloomberg.net
hueifung@bloomberg.net
hufner@bloomberg.net
hughes@bloomberg.net
hugop@bloomberg.net
hugues@bloomberg.net
humaidan@bloomberg.net
huntg@bloomberg.net
huntjr@bloomberg.net
hunzikst@bloomberg.net
hussmann@bloomberg.net
hutta@bloomberg.net
hvliu@bloomberg.net
hvoelker@bloomberg.net
hwangcs@bloomberg.net
hwiegmann@bloomberg.net
i.rigo@bloomberg.net
ianctaylor@bloomberg.net
iansilva@bloomberg.net
ibetz@bloomberg.net

**Company & Corresponding Email Addresses**

ibjhattori@bloomberg.net
ibkny@bloomberg.net
iblanco@bloomberg.net
ibmc@bloomberg.net
icbctky@bloomberg.net
icolquhoun2@bloomberg.net
idotan@bloomberg.net
igribbin1@bloomberg.net
iiandiorio@bloomberg.net
ijimenez@bloomberg.net
ikbtrading3@bloomberg.net
ikebk@bloomberg.net
ikim12@bloomberg.net
ikook@bloomberg.net
ilubelza@bloomberg.net
imccann3@bloomberg.net
immerzeel@bloomberg.net
imunoz@bloomberg.net
ingaalam@bloomberg.net
ingbakker@bloomberg.net
ingsveldt@bloomberg.net
investcash@bloomberg.net
ipedersen@bloomberg.net
irene.koh@bloomberg.net
irishs@bloomberg.net
ishikure@bloomberg.net
ismas@bloomberg.net
istubbe@bloomberg.net
iturkington@bloomberg.net
ivandijk@bloomberg.net
ivy@bloomberg.net
j.hodgkins@bloomberg.net
j.koestle@bloomberg.net
j.litschke@bloomberg.net
jabaldwin@bloomberg.net
jackaman@bloomberg.net
jackchen67@bloomberg.net
jacooper@bloomberg.net
jacquerioz@bloomberg.net
jagudo@bloomberg.net
jakewill75@bloomberg.net
jalvarado@bloomberg.ne
jamarke@bloomberg.net
james.pennell@bloomberg.com
jamescap@bloomberg.net
jamesk08@bloomberg.net
jameswhite@bloomberg.net
janders2@bloomberg.net
jandrews2@bloomberg.net
jant@bloomberg.net
jarechederra@bloomberg.net
jarmita@bloomberg.net
jarocki@bloomberg.net
jas.mahil@bloomberg.net

**Company & Corresponding Email Addresses**

jas192bv@bloomberg.net
jax@bloomberg.net
jaydawgz@bloomberg.net
jayn@bloomberg.net
jba1@bloomberg.net
jba53@bloomberg.net
jbadwan@bloomberg.net
jbaik3@bloomberg.net
jbarak@bloomberg.net
jbarbollag@bloomberg.net
jbarnea@bloomberg.net
jbaumhoegger@bloomberg.net
jbelbeck1@bloomberg.net
jbj@bloomberg.net
jblackin@bloomberg.net
jbonatucci@bloomberg.net
jbradshaw3@bloomberg.net
jbrown35@bloomberg.net
jburellseb@bloomberg.net
jburke@bloomberg.net
jburke83@bloomberg.net
jbyron2@bloomberg.net
jcadogan@bloomberg.net
jcanman@bloomberg.net
jcantrell2@bloomberg.net
jcantwell2@bloomberg.net
jcao11@bloomberg.net
jcha@bloomberg.net
jchan21@bloomberg.net
jchang3@bloomberg.net
jchap@bloomberg.net
jchen154@bloomberg.net
jchyde@bloomberg.net
jcolbert@bloomberg.net
jcoyle007@bloomberg.net
jcparsons@bloomberg.net
jcrone3@bloomberg.net
jdaniels1@bloomberg.net
jdearce@bloomberg.net
jdsimon@bloomberg.net
jepp@bloomberg.net
jerometeo@bloomberg.net
jess@bloomberg.net
jessiem@bloomberg.net
jewong@bloomberg.net
jfeaster@bloomberg.net
jfeeley2@bloomberg.net
jferriero@bloomberg.net
jfhowell@bloomberg.net
jfina@bloomberg.net
jfinkler1@bloomberg.net
jfitzpatri11@bloomberg.net
jforbes1@bloomberg.net
jforde@bloomberg.net

## Company & Corresponding Email Addresses

jfrankel@bloomberg.net
jgallop@bloomberg.net
jgent@bloomberg.net
jgilmore6@bloomberg.net
jgiro@bloomberg.net
jgoglia@bloomberg.net
jgould@bloomberg.net
jgovender@bloomberg.net
jgpjr@bloomberg.net
jgrott@bloomberg.net
jgruvel@bloomberg.net
jhackstein@bloomberg.net
jhakansson1@bloomberg.net
jhazarika@bloomberg.net
jheffernan2@bloomberg.net
jhgrossman@bloomberg.net
jhuther@bloomberg.net
jif@bloomberg.net
jillmahon@bloomberg.net
jilvento@bloomberg.net
jimgilmartin@bloomberg.net
jimgreek@bloomberg.net
jimlin@bloomberg.net
jingminl@bloomberg.net
jitu@bloomberg.net
jiunn@bloomberg.net
jjacks@bloomberg.net
jjahn@bloomberg.net
jjansen7@bloomberg.net
jjara@bloomberg.net
jjbc@bloomberg.net
jjcardello@bloomberg.net
jjsullivan@bloomberg.net
jjuara1@bloomberg.net
jjwalshboi@bloomberg.net
jkabel2@bloomberg.net
jkapadia@bloomberg.net
jkarr1@bloomberg.net
jkeuppens@bloomberg.net
jkhuang@bloomberg.net
jkirshbaum2@bloomberg.net
jkkang@bloomberg.net
jkok@bloomberg.net
jkopensky1@bloomberg.net
jkosaka@bloomberg.net
jkox@bloomberg.net
jkruni@bloomberg.net
jlabusch@bloomberg.net
jlalex@bloomberg.net
jlanigan@bloomberg.net
jlantz7@bloomberg.net
jlarizza@bloomberg.net
jlarregola@bloomberg.net
jlarroche@bloomberg.net

**Company & Corresponding Email Addresses**

jleberon@bloomberg.net
jlee126@bloomberg.net
jlee254@bloomberg.net
jleitch@bloomberg.net
jlemchak@bloomberg.net
jlernercig@bloomberg.net
jlombardero@bloomberg.net
jltartack@bloomberg.net
jltissot@bloomberg.net
jmahoney9@bloomberg.net
jmandrews@bloomberg.net
jmandy@bloomberg.net
jmangion@bloomberg.net
jmann1@bloomberg.net
jmardon@bloomberg.net
jmarrone@bloomberg.net
jmartinriva@bloomberg.net
jmas@bloomberg.net
jmbbt@bloomberg.net
jmcarthy@bloomberg.net
jmcdonald@bloomberg.net
jmcdonnell5@bloomberg.net
jmiller49@bloomberg.net
jmilton@bloomberg.net
jmonahan@bloomberg.net
jmoroney5@bloomberg.net
jmueller6@bloomberg.net
jmuench1@bloomberg.net
jnadler1@bloomberg.net
jnash2@bloomberg.net
jnewman14@bloomberg.net
jnjuni@bloomberg.net
jnmbs@bloomberg.net
jnward@bloomberg.net
jochi9@bloomberg.net
joedoherty@bloomberg.net
joegolf@bloomberg.net
joehong320@bloomberg.net
joelkim@bloomberg.net
joemueller@bloomberg.net
joerg2@bloomberg.net
joergstumpf@bloomberg.net
johar@bloomberg.net
johnkennedy1@bloomberg.net
johnniep@bloomberg.net
johnnyluga@bloomberg.net
jokrings@bloomberg.net
jolintang@bloomberg.net
jom@bloomberg.net
jomah@bloomberg.net
jomatha@bloomberg.net
jonallen@bloomberg.net
jonesd@bloomberg.net
joostdegraaf@bloomberg.net

## Company & Corresponding Email Addresses

jorleans2@bloomberg.net
jorvre@bloomberg.net
joyli@bloomberg.net
jpankratz@bloomberg.net
jparker2@bloomberg.net
jparsons@bloomberg.net
jpeterson5@bloomberg.net
jpickens@bloomberg.net
jpotgieter2@bloomberg.net
jpt1@bloomberg.net
jpxhonneux@bloomberg.net
jramirez7@bloomberg.net
jreitler@bloomberg.net
jricome@bloomberg.net
jrlh@bloomberg.net
jrmac@bloomberg.net
jrmahoney@bloomberg.net
jrmyers@bloomberg.net
jrolander@bloomberg.net
jroth@bloomberg.net
jrpercival@bloomberg.net
jrugen@bloomberg.net
jrutig@bloomberg.net
jsanderson2@bloomberg.net
jsankovic@bloomberg.net
jsauvez@bloomberg.net
jsaz@bloomberg.net
jschoenmaker@bloomberg.net
jschouwey@bloomberg.net
jschultz14@bloomberg.net
jsivigny2@bloomberg.net
jslankas@bloomberg.net
jsmith58@bloomberg.net
jsoutter@bloomberg.net
jstebner@bloomberg.net
jsteeds@bloomberg.net
jtanguis@bloomberg.net
jtattwood@bloomberg.net
jtavolieri@bloomberg.net
jtighe@bloomberg.net
jtoda@bloomberg.net
jtroiano@bloomberg.net
jtyler1@bloomberg.net
judicwk@bloomberg.net
judysun8@bloomberg.net
juiying@bloomberg.net
jukoh@bloomberg.net
jukuntz@bloomberg.net
julia26@bloomberg.net
juline@bloomberg.net
julirch@bloomberg.net
jullrich1@bloomberg.net
justinhill@bloomberg.net
jvanderbom1@bloomberg.net

**Company & Corresponding Email Addresses**

jvega1@bloomberg.net
jvelazquez@bloomberg.net
jvhbxl@bloomberg.net
jvhuni@bloomberg.net
jvinchur4@bloomberg.net
jwaghorn1@bloomberg.net
jwagner@bloomberg.net
jweidman@bloomberg.net
jwells10@bloomberg.net
jwinderl@bloomberg.net
jwiviott@bloomberg.net
jwong102@bloomberg.net
jwooley@bloomberg.net
jwreisert@bloomberg.net
jyoung777@bloomberg.net
jyounglee@bloomberg.net
k.adachi@bloomberg.net
k.hasukawa@bloomberg.net
k.hirn@bloomberg.net
k.rogers@bloomberg.net
kabdulaziz@bloomberg.net
kaburakimcb@bloomberg.net
kagobank2@bloomberg.net
kagobank3@bloomberg.net
kagobank4@bloomberg.net
kainala@bloomberg.net
kakichi@bloomberg.net
kalee@bloomberg.net
kalmgren2@bloomberg.net
kandrade2@bloomberg.net
kapbhogaita@bloomberg.net
karene@bloomberg.net
karmstrong4@bloomberg.net
karolya@bloomberg.net
karonsen@bloomberg.net
kathy.wang@bloomberg.net
kavindi@bloomberg.net
kazfujita5@bloomberg.net
kbabuji@bloomberg.net
kbalt@bloomberg.net
kbermudez@bloomberg.net
kcangemi1@bloomberg.net
kchandler5@bloomberg.net
kcronin1@bloomberg.net
kcunningham3@bloomberg.net
kdahlgren@bloomberg.net
kdbasia@bloomberg.net
kdirussa2@bloomberg.net
kdolan@bloomberg.net
kebldn@bloomberg.net
keesvandena@bloomberg.net
kefalonia@bloomberg.net
kelli.coster@bloomberg.net
kellygolds@bloomberg.net

**Company & Corresponding Email Addresses**

kenley@bloomberg.net
kenli@bloomberg.net
kenwong@bloomberg.net
kerg@bloomberg.net
kersch@bloomberg.net
kessig@bloomberg.net
kevinccb@bloomberg.net
kevingaffney@bloomberg.net
kevinmaher@bloomberg.net
kfitz2@bloomberg.net
kfritscher@bloomberg.net
kfujii@bloomberg.net
kgouka@bloomberg.net
kh1hall@bloomberg.net
khairuzin@bloomberg.net
khayashi55@bloomberg.net
khazell@bloomberg.net
khcheong@bloomberg.net
khochwald@bloomberg.net
khopkins@bloomberg.net
khorsley1@bloomberg.net
kic@bloomberg.net
kikogol@bloomberg.net
kim-jee@bloomberg.net
kingdm@bloomberg.net
kishy@bloomberg.net
kitou1@bloomberg.net
kjaco@bloomberg.net
kjeld10@bloomberg.net
kjohnston2@bloomberg.net
kjwhite@bloomberg.net
kkaplony@bloomberg.net
kkara@bloomberg.net
kkaretnick@bloomberg.net
kkashimoto@bloomberg.net
klausnaefken@bloomberg.net
klf@bloomberg.net
kljubina@bloomberg.net
klmcgrath@bloomberg.net
klosken@bloomberg.net
klpatric@bloomberg.net
kmarcus2@bloomberg.net
kmarmara@bloomberg.net
kmaynard@bloomberg.net
kmcgovern3@bloomberg.net
kmosako@bloomberg.net
kmurray@bloomberg.net
kmyler@bloomberg.net
k-nakagawa@bloomberg.net
knaoshi@bloomberg.net
kobake@bloomberg.net
kochs@bloomberg.net
koe1@bloomberg.net
komatsui@bloomberg.net

## Company & Corresponding Email Addresses

koopse@bloomberg.net
kordasstef@bloomberg.net
kosako@bloomberg.net
kosc0016@bloomberg.net
koshimizuibj@bloomberg.net
kousa@bloomberg.net
kperschetz@bloomberg.net
krantz@bloomberg.net
kroney@bloomberg.net
krueger@bloomberg.net
krupaco@bloomberg.net
ksawa@bloomberg.net
ksbb@bloomberg.net
ksheffield1@bloomberg.net
kshinsaka@bloomberg.net
kslade@bloomberg.net
ksmith214@bloomberg.net
ksmolanoff@bloomberg.net
kstangberg@bloomberg.net
kstrobl@bloomberg.net
ktjon@bloomberg.net
kuchiyama2@bloomberg.net
kuc-krueger@bloomberg.net
kwaldmann@bloomberg.net
kwenberg@bloomberg.net
kwest2@bloomberg.net
kwhitney1@bloomberg.net
kwosepka@bloomberg.net
kxburke@bloomberg.net
kyaguchi@bloomberg.net
kyano@bloomberg.net
kyoshin@bloomberg.net
labdelli@bloomberg.net
labinet@bloomberg.net
labow@bloomberg.net
lajeunesse@bloomberg.net
lambski@bloomberg.net
l-aoyama@bloomberg.net
larryfeig@bloomberg.net
lasmond@bloomberg.net
lauer@bloomberg.net
lawrence@bloomberg.net
lazard123@bloomberg.net
lbbw-options@bloomberg.net
lberg@bloomberg.net
lbeuzit1@bloomberg.net
lbonhomme2@bloomberg.net
lbonofiel4@bloomberg.net
lbuhain1@bloomberg.net
lcrowe@bloomberg.net
ldavis14@bloomberg.net
ldeclerck@bloomberg.net
ldevito@bloomberg.net
ldibernardo@bloomberg.net

**Company & Corresponding Email Addresses**

ldimanche@bloomberg.net
leder2@bloomberg.net
ledgerbond@bloomberg.net
leestak@bloomberg.net
leestep@bloomberg.net
leeweesim@bloomberg.net
leftie@bloomberg.net
lehmanns@bloomberg.net
leowge@bloomberg.net
leroberts@bloomberg.net
lewbund@bloomberg.net
lewislau@bloomberg.net
lfilidi@bloomberg.net
lfung7@bloomberg.net
lgarcia7@bloomberg.net
lgaskins@bloomberg.net
lgiacomini@bloomberg.net
lgianola@bloomberg.net
lgiovannone@bloomberg.net
lgq@bloomberg.net
lgrassol@bloomberg.net
lh16@bloomberg.net
lhammouche@bloomberg.net
lhawk@bloomberg.net
lheaney@bloomberg.net
lheylinbb@bloomberg.net
liciwu@bloomberg.net
lilei@bloomberg.net
lilia@bloomberg.net
limcs1@bloomberg.net
linge@bloomberg.net
linnemeyer@bloomberg.net
lisalin@bloomberg.net
lisao@bloomberg.net
littlefield@bloomberg.net
liujia@bloomberg.net
liun6@bloomberg.net
lixinli@bloomberg.net
lkerr2@bloomberg.net
llu888@bloomberg.net
llunab@bloomberg.net
lmartinsson1@bloomberg.net
lmikkel@bloomberg.net
lnicholson@bloomberg.net
lnitsch@bloomberg.net
lnoto2@bloomberg.net
loic.rougier@bloomberg.net
longueville@bloomberg.net
loschiavo@bloomberg.net
lousarno@bloomberg.net
lpaolone2@bloomberg.net
lpapso@bloomberg.net
lpauly@bloomberg.net
lpendic@bloomberg.net

**Company & Corresponding Email Addresses**

lplavigne@bloomberg.net
lquijano1@bloomberg.net
lroberi@bloomberg.net
lrong@bloomberg.net
lsalvatico@bloomberg.net
lschroeder@bloomberg.net
lschroeter@bloomberg.net
lschwa@bloomberg.net
lsimoncini2@bloomberg.net
lslechta@bloomberg.net
lsottile@bloomberg.net
ltornetta@bloomberg.net
luderosa@bloomberg.net
lugraziani@bloomberg.net
lwargo@bloomberg.net
lwells4@bloomberg.net
lwilliams11@bloomberg.net
lyon75@bloomberg.net
lyongc@bloomberg.net
lyonsb@bloomberg.net
m.colombo.71@bloomberg.net
m.naka@bloomberg.net
m.salden@bloomberg.net
m.vantol@bloomberg.net
m_bouriss@bloomberg.net
m6byrne@bloomberg.net
macnultya@bloomberg.ne
mad1@bloomberg.net
magazzotti@bloomberg.net
magtan@bloomberg.net
mahtani@bloomberg.net
maiqbal@bloomberg.net
mak3rd@bloomberg.net
makasaka@bloomberg.net
malene@bloomberg.net
mally@bloomberg.net
mamato1@bloomberg.net
mamooney@bloomberg.net
mancio@bloomberg.net
mandreas@bloomberg.net
manfred@bloomberg.net
marchant@bloomberg.net
marchlon@bloomberg.net
marcussenp@bloomberg.net
mardini@bloomberg.net
marinuccim@bloomberg.net
markacox@bloomberg.net
markjr@bloomberg.net
markjw74@bloomberg.net
markmueller@bloomberg.net
markyang@bloomberg.net
maroun@bloomberg.net
marting@bloomberg.net
martinka@bloomberg.net

## Company & Corresponding Email Addresses

maryho@bloomberg.net
masaton@bloomberg.net
mastromarchi@bloomberg.net
matcohen@bloomberg.net
mateos@bloomberg.net
matsou@bloomberg.net
matthieu@bloomberg.net
matwill@bloomberg.net
matza@bloomberg.net
mauromi@bloomberg.net
max.casella@bloomberg.net
maxdemori@bloomberg.net
maxim.tishin@bloomberg.net
maxwell@bloomberg.net
maynat@bloomberg.net
mazanoni@bloomberg.net
mazzillim@bloomberg.net
mazzoni@bloomberg.net
mbaggiani1@bloomberg.net
mbaker4@bloomberg.net
mbarnes7@bloomberg.net
mbartos1@bloomberg.net
mbenson3@bloomberg.net
mbertrand3@bloomberg.net
mbholloway@bloomberg.net
mbittle@bloomberg.net
mbocchi@bloomberg.net
mbok2@bloomberg.net
mbottenberg@bloomberg.net
mboulade@bloomberg.net
mboyadj@bloomberg.net
mbrennan@bloomberg.net
mbronner1@bloomberg.net
mbudenz1@bloomberg.net
mburlison@bloomberg.net
mburrello@bloomberg.net
mcardieri@bloomberg.net
mcassia1@bloomberg.net
mcastenr@bloomberg.net
mcc@bloomberg.net
mcgorrianc@bloomberg.net
mcgovernm@bloomberg.net
mcimperman@bloomberg.net
mcipriano1@bloomberg.net
mcleand@bloomberg.net
mcmanusl@bloomberg.net
mcollard@bloomberg.net
mconner@bloomberg.net
mcontini@bloomberg.net
mcroad@bloomberg.net
mcwhirtt@bloomberg.net
mddl@bloomberg.net
mdebellis@bloomberg.net
mdellovio@bloomberg.net

## Company & Corresponding Email Addresses

mdwek@bloomberg.net
mdz@bloomberg.net
medgington@bloomberg.net
meganmc@bloomberg.net
mehale2@bloomberg.net
melfver1@bloomberg.net
mellosales@bloomberg.net
meln@bloomberg.net
melodyh@bloomberg.net
melvin1@bloomberg.net
memcgloin@bloomberg.net
mennellaf@bloomberg.net
menoud@bloomberg.net
mercerj2@bloomberg.net
meru@bloomberg.net
metezade@bloomberg.net
metzgerd@bloomberg.net
mezzaale@bloomberg.net
mfanari@bloomberg.net
mfancett@bloomberg.net
mfelix1@bloomberg.net
mflanner@bloomberg.net
mfraser4@bloomberg.net
mfroio@bloomberg.net
mfuchs2@bloomberg.net
mgatherer@bloomberg.net
mghirga@bloomberg.net
mgodsey@bloomberg.net
mgrohovaz@bloomberg.net
mguggemos@bloomberg.net
mgulisano1@bloomberg.net
mgunawardana@bloomberg.net
mgunn4@bloomberg.net
mguzman-quin@bloomberg.net
mhaddad5@bloomberg.net
m-hager@bloomberg.net
mharding@bloomberg.net
mhayes11@bloomberg.net
mhcbca@bloomberg.net
mhchang@bloomberg.net
mhdhi@bloomberg.net
mhigashiura1@bloomberg.net
mholliday1@bloomberg.net
mhori1@bloomberg.net
mhsu2@bloomberg.net
michaelgros@bloomberg.net
michaelos@bloomberg.net
michem@bloomberg.net
micjam@bloomberg.net
mielert@bloomberg.net
mifferrer@bloomberg.net
migliano@bloomberg.net
mike.srba@bloomberg.net
mikeburns@bloomberg.net

**Company & Corresponding Email Addresses**

mike-lupin@bloomberg.net
mikeprendi@bloomberg.net
miketcnj@bloomberg.net
milaine@bloomberg.net
miltonh@bloomberg.net
mimaier@bloomberg.net
minako@bloomberg.net
minghsu@bloomberg.net
minsel@bloomberg.net
mirat@bloomberg.net
mischneider@bloomberg.net
mitter@bloomberg.net
miyatakemcb@bloomberg.net
mjackson6@bloomberg.net
mjakelich@bloomberg.net
mjf@bloomberg.net
mjpgreen@bloomberg.net
mkaal@bloomberg.net
mkapnick3@bloomberg.net
mkassimir@bloomberg.net
mkemer@bloomberg.net
mkirkwood@bloomberg.net
mkonishi1@bloomberg.net
mkraeger@bloomberg.net
mkreer@bloomberg.net
mkruemmel@bloomberg.net
mkrzyzanska@bloomberg.net
mkwek2@bloomberg.net
mlantz@bloomberg.net
mlarsson8@bloomberg.net
mlclending@bloomberg.net
mldad1@bloomberg.net
mlee11@bloomberg.net
mleininger@bloomberg.net
mleonori@bloomberg.net
mlevine@bloomberg.net
mlevy32@bloomberg.net
mlin8@bloomberg.net
mlindberg3@bloomberg.net
mlupin3@bloomberg.net
mmbal@bloomberg.net
mmcginnity@bloomberg.net
mmegret@bloomberg.net
mmelson@bloomberg.net
mmeyer20@bloomberg.net
mmiah@bloomberg.net
mminogue4@bloomberg.net
mminovi@bloomberg.net
mmiranda6@bloomberg.net
mmitchell@bloomberg.net
mmoore15@bloomberg.net
mmoore45@bloomberg.net
mmorandi1@bloomberg.net
mmoulin@bloomberg.net

## Company & Corresponding Email Addresses

mmurrone@bloomberg.net
mmusso@bloomberg.net
mnahari@bloomberg.net
mnapp@bloomberg.net
mneyland@bloomberg.net
mnorman3@bloomberg.net
mnovo@bloomberg.net
moaoki@bloomberg.net
moatj@bloomberg.net
mockard@bloomberg.net
mohdr@bloomberg.net
mohdtariq@bloomberg.net
momer@bloomberg.net
monk1@bloomberg.net
monks@bloomberg.net
montalto@bloomberg.net
moonstar@bloomberg.net
morava@bloomberg.net
morrissbrian@bloomberg.net
morrock@bloomberg.net
morte@bloomberg.net
mortenroed@bloomberg.net
moschb@bloomberg.net
moseltin@bloomberg.net
mosti@bloomberg.net
mpadhy1@bloomberg.net
mpellemeier@bloomberg.net
mpicozzi@bloomberg.net
mpietronico@bloomberg.net
mplage1@bloomberg.net
mpolcari@bloomberg.net
mprice1@bloomberg.net
mproche@bloomberg.net
mrackham2@bloomberg.net
mracz@bloomberg.net
mreutter@bloomberg.net
mrgossel@bloomberg.net
mriordan@bloomberg.net
mrissanen1@bloomberg.net
mrobinson13@bloomberg.net
mrodrig23@bloomberg.net
mrubashkin@bloomberg.net
mrudler@bloomberg.net
msadow@bloomberg.net
msalamone@bloomberg.net
msample@bloomberg.net
msaurino@bloomberg.net
mschramm4@bloomberg.net
mschuepbach@bloomberg.net
mschuessler@bloomberg.net
mscorpio@bloomberg.net
msi3@bloomberg.net
msimeoni@bloomberg.net
mskinner1@bloomberg.net

## Company & Corresponding Email Addresses

msledge@bloomberg.net
msobolewski1@bloomberg.net
msowell@bloomberg.net
mspecht@bloomberg.net
mstephens@bloomberg.net
msundberg3@bloomberg.net
mswezey@bloomberg.net
msyp@bloomberg.net
mtafur@bloomberg.net
mtaliercio@bloomberg.net
mtassinari@bloomberg.net
mteichmann@bloomberg.net
mtmorrissey@bloomberg.net
mtphillips@bloomberg.net
mtsui@bloomberg.net
mtunno@bloomberg.net
muerto@bloomberg.net
muhl@bloomberg.net
muldall@bloomberg.net
mumemoto@bloomberg.net
mvc1@bloomberg.net
mvreeland@bloomberg.net
mwaghe1@bloomberg.net
mwakida@bloomberg.net
mwallacerepo@bloomberg.net
mwalz1@bloomberg.net
mweeks@bloomberg.net
mweilheimer@bloomberg.net
mwendorf@bloomberg.net
mwhigham@bloomberg.net
mwil@bloomberg.net
mwiniarczyk@bloomberg.net
mwinkelman@bloomberg.net
mwmo@bloomberg.net
mwpowell@bloomberg.net
myeo6@bloomberg.net
myoshimoto@bloomberg.net
n.ivanov@bloomberg.net
nabbott@bloomberg.net
naka@bloomberg.net
nakagawaumd@bloomberg.net
nakazeki@bloomberg.net
nakhoul@bloomberg.net
naldridge2@bloomberg.net
nalgiero@bloomberg.net
nal-rifai@bloomberg.net
nanisimov@bloomberg.net
nascar@bloomberg.net
naveen@bloomberg.net
navity@bloomberg.net
nbb@bloomberg.net
nbca@bloomberg.net
nbcbond@bloomberg.net
nbehbehani22@bloomberg.net

## Company & Corresponding Email Addresses

nbonus@bloomberg.net
nbromley@bloomberg.net
nchapman5@bloomberg.net
ncogswel@bloomberg.net
ndey2@bloomberg.net
ndusart@bloomberg.net
nealquinn@bloomberg.net
nedpascual@bloomberg.net
nedwards6@bloomberg.net
nedwardz@bloomberg.net
negsofidsim@bloomberg.net
newcombm@bloomberg.net
newlann@bloomberg.net
nfistarol@bloomberg.net
ngray@bloomberg.net
nharris1@bloomberg.net
nicholasdyte@bloomberg.com
nick.bundy@bloomberg.net
nickhay@bloomberg.net
nickrja@bloomberg.net
nicomancini@bloomberg.net
nicwilliams3@bloomberg.net
nigelr@bloomberg.net
nije@bloomberg.net
nirajpshah@bloomberg.net
nishinon@bloomberg.net
nitamizu@bloomberg.net
niwamatsu@bloomberg.net
njones16@bloomberg.net
nkimmel@bloomberg.net
nkinas7@bloomberg.net
nluccioni@bloomberg.net
nmeek2@bloomberg.net
nod008@bloomberg.net
nong1@bloomberg.net
nooza@bloomberg.net
norai@bloomberg.net
nordlblux1@bloomberg.net
normanm@bloomberg.net
norrisha@bloomberg.net
npaul@bloomberg.net
npavlidis@bloomberg.net
npegoraro@bloomberg.net
npilgrim@bloomberg.net
npn@bloomberg.net
nprazeres@bloomberg.net
npuetz@bloomberg.net
nroberson@bloomberg.net
nsequeira@bloomberg.net
nshibata@bloomberg.net
n-shito@bloomberg.net
nsimar@bloomberg.net
nsoderstrom1@bloomberg.net
nsomich1@bloomberg.net

**Company & Corresponding Email Addresses**

nspiezio4@bloomberg.net
nsulikow@bloomberg.net
ntesta@bloomberg.net
nthibault@bloomberg.net
ntsi@bloomberg.net
nupton@bloomberg.net
nwakabayashi@bloomberg.net
nwenger@bloomberg.net
nwilkes@bloomberg.net
nyang8@bloomberg.net
nyf@bloomberg.net
o.david@bloomberg.net
oadams1@bloomberg.net
oalharbi@bloomberg.net
oambrosetti@bloomberg.net
obetz@bloomberg.net
obirch@bloomberg.net
obutt@bloomberg.net
ochiai@bloomberg.net
ochsners@bloomberg.net
ockerhausen@bloomberg.net
oclementin@bloomberg.net
ocon@bloomberg.net
odahan@bloomberg.net
odaiuto@bloomberg.net
oecevit@bloomberg.net
ofavell@bloomberg.net
ofouchet1@bloomberg.net
ofredon@bloomberg.net
ogood@bloomberg.net
okojvk@bloomberg.net
oku@bloomberg.net
oliverhill@bloomberg.net
omoeller@bloomberg.net
onohid@bloomberg.net
onslow@bloomberg.net
openninga@bloomberg.net
orenart@bloomberg.net
origerc1@bloomberg.net
oscare@bloomberg.net
osiniakov@bloomberg.net
othioune@bloomberg.net
ovdheuvel@bloomberg.net
p.maggi@bloomberg.net
p.mann@bloomberg.net
pacheco@bloomberg.net
palegre1@bloomberg.net
palgreen@bloomberg.net
palmewar@bloomberg.net
paltichieri@bloomberg.net
panquetil@bloomberg.net
paolop@bloomberg.net
paoreilly@bloomberg.net
parchment@bloomberg.net

**Company & Corresponding Email Addresses**

parens@bloomberg.net
parlavecchia@bloomberg.net
parrotdad@bloomberg.net
paslos3@bloomberg.net
passar@bloomberg.net
pastres@bloomberg.net
pathurley@bloomberg.net
patrikh@bloomberg.net
patty13@bloomberg.net
paulc@bloomberg.net
paulcallan@bloomberg.net
paulfuji@bloomberg.net
paulzack@bloomberg.net
pavitabile@bloomberg.net
pbalakrishna@bloomberg.net
pbbgl@bloomberg.net
pberg3@bloomberg.net
pbolovis@bloomberg.net
pbrain1@bloomberg.net
pbrunell@bloomberg.net
pbsabo@bloomberg.net
pburge@bloomberg.net
pbush@bloomberg.net
pcardon@bloomberg.net
pcarlsen@bloomberg.net
pcasati@bloomberg.net
pcastellano@bloomberg.net
pcolaco1@bloomberg.net
pcollins11@bloomberg.net
pcolwell@bloomberg.net
pcunningham1@bloomberg.net
pdalzell@bloomberg.net
pdearce@bloomberg.net
pdeazambuja@bloomberg.net
pdebraine1@bloomberg.net
pdesury@bloomberg.net
pdf77@bloomberg.net
pdifiore@bloomberg.net
pdillinger@bloomberg.net
pdolci@bloomberg.net
pduddy@bloomberg.net
pecc1@bloomberg.net
pechon@bloomberg.net
perttuh@bloomberg.net
petad@bloomberg.net
peterjan.de.koning@bloomberg.net
peterkelly@bloomberg.net
peterrot@bloomberg.net
petrounakou@bloomberg.net
pfewell@bloomberg.net
pfullerton@bloomberg.net
pgieren@bloomberg.net
pgoodman@bloomberg.net
pgorman4@bloomberg.net

**Company & Corresponding Email Addresses**

pgorman9@bloomberg.net
pgpking@bloomberg.net
pgrice1@bloomberg.net
pgu1@bloomberg.net
phenry@bloomberg.net
phermann3@bloomberg.net
phguan@bloomberg.net
phillipphil@bloomberg.net
phommeyer3@bloomberg.net
phong7@bloomberg.net
phsaini@bloomberg.net
pibor@bloomberg.net
pic1@bloomberg.net
pieper@bloomberg.net
piergiova@bloomberg.net
piffaretti@bloomberg.net
pillions@bloomberg.net
piqbal@bloomberg.net
pirro@bloomberg.net
piyushg@bloomberg.net
pjn@bloomberg.net
pjvdlinden@bloomberg.net
pkeogan@bloomberg.net
pkruis@bloomberg.net
pkvarn@bloomberg.net
pkz@bloomberg.net
plarkin@bloomberg.net
plebois@bloomberg.net
plecocq@bloomberg.net
plepetit@bloomberg.net
ploffredi@bloomberg.net
ploux@bloomberg.net
plyons2@bloomberg.net
pmaccrone@bloomberg.net
pmagida@bloomberg.net
pmaiorana@bloomberg.net
pmattocks@bloomberg.net
pmatzelle2@bloomberg.net
pmc1111@bloomberg.net
pmeritt@bloomberg.net
pmilora@bloomberg.net
pmortg@bloomberg.net
pnoel@bloomberg.net
ppafort@bloomberg.net
ppalfrey@bloomberg.net
pperrott1@bloomberg.net
ppertusi3@bloomberg.net
pphilen@bloomberg.net
ppillmore@bloomberg.net
ppuig@bloomberg.net
ppv@bloomberg.net
prealdeasua@bloomberg.net
preite@bloomberg.net
priveebond@bloomberg.net

## Company & Corresponding Email Addresses

pro9@bloomberg.net
prolt@bloomberg.net
prook@bloomberg.net
prusso@bloomberg.net
pscalisi@bloomberg.net
pschleiffer@bloomberg.net
pschmidt10@bloomberg.net
pschulten2@bloomberg.net
pschulze8@bloomberg.net
psjarvis@bloomberg.net
pstern1@bloomberg.net
pstern2@bloomberg.net
pstoll1@bloomberg.net
psullivan18@bloomberg.net
pthacker@bloomberg.net
ptschuetsche@bloomberg.net
pulin@bloomberg.net
punt@bloomberg.net
puraye@bloomberg.net
pvanderelst@bloomberg.net
pvkane@bloomberg.net
pwhelan1@bloomberg.net
pwilshin@bloomberg.net
pwinfield@bloomberg.net
pwirrer@bloomberg.net
pwynn@bloomberg.net
pyrsch@bloomberg.net
pzlatkovic@bloomberg.net
pzywot@bloomberg.net
qiansheng@bloomberg.net
qnb@bloomberg.net
quekmm@bloomberg.net
qwu@bloomberg.net
qzhang8@bloomberg.net
r.carroll-freile@bloomberg.net
r.scholten@bloomberg.net
r.temperley@bloomberg.net
r.verhoeven@bloomberg.net
r1champion@bloomberg.net
rach@bloomberg.net
rafalinde@bloomberg.net
rafzac@bloomberg.net
ragrimonti@bloomberg.net
rahman@bloomberg.net
rahmanm@bloomberg.net
rainman@bloomberg.net
raivo@bloomberg.net
ramm58@bloomberg.net
ramzans@bloomberg.net
ranastas@bloomberg.net
rangehrn@bloomberg.net
rapper@bloomberg.net
raroberson@bloomberg.net
raschini@bloomberg.net

**Company & Corresponding Email Addresses**

ravasi@bloomberg.net
ravi.i@bloomberg.net
rbafx@bloomberg.net
rbecker2@bloomberg.net
rbourgeois@bloomberg.net
rcamponovo@bloomberg.net
rcasey1@bloomberg.net
rcordier@bloomberg.net
rcoyle1@bloomberg.net
rcuomo1@bloomberg.net
rcuta1@bloomberg.net
rdauria@bloomberg.it
rdeustachio@bloomberg.net
redli@bloomberg.net
reeve1@bloomberg.net
reiji@bloomberg.net
reim@bloomberg.net
reimmat.ffdb@bloomberg.net
reinhardt44@bloomberg.net
remo.caderas@bloomberg.net
retaildwr@bloomberg.net
reynote@bloomberg.net
rfeiss@bloomberg.net
rferber@bloomberg.net
rfolmer@bloomberg.net
rfornes@bloomberg.net
rfrederes@bloomberg.net
rgadala@bloomberg.net
rgatten1@bloomberg.net
rgengelb@bloomberg.net
rgiliberti1@bloomberg.net
rgiudice4@bloomberg.net
rgomes1@bloomberg.net
rguimara@bloomberg.net
rhabursky@bloomberg.net
rharvey1@bloomberg.net
rhenderson12@bloomberg.net
rhimmo@bloomberg.net
rhofmann@bloomberg.net
rhossli2@bloomberg.net
rhowells@bloomberg.net
richarda@bloomberg.net
richardhill@bloomberg.net
rickboesch@bloomberg.net
rickp@bloomberg.net
rickylaw@bloomberg.net
riskbotm@bloomberg.net
riva@bloomberg.net
rjaamereno@bloomberg.net
rjameson@bloomberg.net
rjandrasits@bloomberg.net
rjensen3@bloomberg.net
rjrpng@bloomberg.net
rkalra@bloomberg.net

**Company & Corresponding Email Addresses**

rkamali@bloomberg.net
rkaneko@bloomberg.net
rkarlsson1@bloomberg.net
rkazemi@bloomberg.net
rkoop@bloomberg.net
rkusmierski@bloomberg.net
rkuze@bloomberg.net
rlangston@bloomberg.net
rleonard3@bloomberg.net
rlindberg@bloomberg.net
rllewellin@bloomberg.net
rlowe@bloomberg.net
rmahmud@bloomberg.net
rmaura@bloomberg.net
rmediobanca@bloomberg.net
rmirco@bloomberg.net
rn02472@bloomberg.net
rnegi@bloomberg.net
rnoel@bloomberg.net
robbid@bloomberg.net
robbins@bloomberg.net
robbishop@bloomberg.net
roberttw@bloomberg.net
rodrigues@bloomberg.net
rogsuen@bloomberg.net
rohmann@bloomberg.net
roja@bloomberg.net
romanenko.i@bloomberg.net
ronan1@bloomberg.net
ronbrandon@bloomberg.net
rory1@bloomberg.net
roscroft@bloomberg.net
rosenga@bloomberg.net
rosminah@bloomberg.net
rostern@bloomberg.net
rotert@bloomberg.net
rothwep@bloomberg.net
rowedon@bloomberg.net
rpalliser1@bloomberg.net
rpaschke@bloomberg.net
rperfetto@bloomberg.net
rpettafor@bloomberg.net
rpettifour@bloomberg.net
rpotito@bloomberg.net
rppalang@bloomberg.net
rreisenbuechler@bloomberg.net
rrscholl@bloomberg.net
rsach@bloomberg.net
rsajkoski@bloomberg.net
rsandbergen2@bloomberg.net
rsaper@bloomberg.net
rsaussier1@bloomberg.net
rsharp3@bloomberg.net
rshawger@bloomberg.net

## Company & Corresponding Email Addresses

rshea3@bloomberg.net
rshep@bloomberg.net
rshino@bloomberg.net
rsora@bloomberg.net
rstarr4@bloomberg.net
rstiles3@bloomberg.net
rstopiak@bloomberg.net
rtfernandez@bloomberg.net
ruizdan@bloomberg.net
rumit@bloomberg.net
rurso1@bloomberg.net
russenberger@bloomberg.net
ruyalves@bloomberg.net
rvaldivia@bloomberg.net
rvannoort1@bloomberg.net
rvrodrigo@bloomberg.net
rvturner@bloomberg.net
rward7@bloomberg.net
rwendt@bloomberg.net
rwijgerse@bloomberg.net
rwilliams@bloomberg.net
rwindle@bloomberg.net
rwoodard11@bloomberg.net
ryandan@bloomberg.net
ryanpowers@bloomberg.net
ryhanen@bloomberg.net
ryiu1@bloomberg.net
ryugin@bloomberg.net
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.diop@bloomberg.net
saad@bloomberg.net
saeedmirza@bloomberg.net
safra@bloomberg.net
sagabond@bloomberg.net
sahn7@bloomberg.net
saiz@bloomberg.net
sajjad@bloomberg.net
sakeda@bloomberg.net
saksak1@bloomberg.net
saku1@bloomberg.net
sakumi@bloomberg.net
sal.esposito@bloomberg.net
salawwad@bloomberg.net
salbert@bloomberg.net
salbrecht1@bloomberg.net
salesservi1@bloomberg.net
salesservi2@bloomberg.net
sallang@bloomberg.net
salwabil1@bloomberg.et
sambrogi1@bloomberg.net
samhopkins@bloomberg.net
sandysm@bloomberg.net
sansman.hkdb@bloomberg.net

**Company & Corresponding Email Addresses**

santamrm@bloomberg.net
sarah.garvan@bloomberg.net
sartigaud@bloomberg.net
sartorim@bloomberg.net
sattpy@bloomberg.net
saurabhsinha@bloomberg.net
saurav@bloomberg.net
saxelsson1@bloomberg.net
sayac@bloomberg.net
sbastien1@bloomberg.net
sbauer@bloomberg.net
sbeck4@bloomberg.net
sbeirne@bloomberg.net
sbkelly@bloomberg.net
sbrambilla@bloomberg.net
sburge2@bloomberg.net
sbuschmann1@bloomberg.net
scalnan@bloomberg.net
scarlsson1@bloomberg.net
scfried@bloomberg.net
schorng@bloomberg.net
schuepbach@bloomberg.net
schung16@bloomberg.net
schurch1@bloomberg.net
schuthel@bloomberg.net
scollett@bloomberg.net
sconaghan1@bloomberg.net
scs3@bloomberg.net
scullen@bloomberg.net
sdabbah@bloomberg.net
sdandrea@bloomberg.net
sdangoor1@bloomberg.net
sdewhurst@bloomberg.net
sdigiorgi1@bloomberg.net
sdilbone@bloomberg.net
sdob1@bloomberg.net
sdonaghue@bloomberg.net
sdroyles@bloomberg.net
sdupslaff@bloomberg.net
sdwang1@bloomberg.net
seamus78@bloomberg.net
seanmac8@bloomberg.net
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
seifried.s@bloomberg.net
selfd@bloomberg.net
sengleong@bloomberg.net
sfdd@bloomberg.net
sfillaut@bloomberg.net
sfiresto1@bloomberg.net
sfoley3@bloomberg.net
sforde@bloomberg.net
sgarton@bloomberg.net

**Company & Corresponding Email Addresses**

sgiacchini1@bloomberg.net
sginsbach@bloomberg.net
sginzburg1@bloomberg.net
sgordon32@bloomberg.net
sgriggs1@bloomberg.net
sguihan@bloomberg.net
sguinoiseau@bloomberg.net
shaggerty19@bloomberg.net
shags@bloomberg.net
shall3@bloomberg.net
shanna2@bloomberg.net
shansen5@bloomberg.net
sharonbell@bloomberg.net
shaunl@bloomberg.net
shd_stef@bloomberg.net
sheekeen@bloomberg.net
sheky@bloomberg.net
shelms@bloomberg.net
shenkar@bloomberg.net
sheps@bloomberg.net
shimamimcb@bloomberg.net
shimizut1@bloomberg.net
shinton2@bloomberg.net
shinyat@bloomberg.net
shizintl@bloomberg.net
shochu02@bloomberg.net
shoconnell@bloomberg.net
sholt1@bloomberg.net
shong8@bloomberg.net
shoufu@bloomberg.net
sicdb@bloomberg.net
sicpl@bloomberg.net
sidi@bloomberg.net
sieder@bloomberg.net
silkcut@bloomberg.net
simma.lndb@bloomberg.net
sinirene@bloomberg.net
sionoid@bloomberg.net
sisaacsl@bloomberg.net
sit3@bloomberg.net
sjagst@bloomberg.net
sjlake@bloomberg.net
sjmiller@bloomberg.net
sjmonissen@bloomberg.net
sjs1@bloomberg.net
sjs53@bloomberg.net
skatz2@bloomberg.net
skawabe@bloomberg.net
skayser@bloomberg.net
skhatri@bloomberg.net
skippyc@bloomberg.net
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net

**Company & Corresponding Email Addresses**

skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skorn@bloomberg.net
skowronski.d@bloomberg.net
skrilcic@bloomberg.net
skyhawk@bloomberg.net
slampman@bloomberg.net
slawekp@bloomberg.net
slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net
slcasey@bloomberg.net
sleguti@bloomberg.net
slesieur@bloomberg.net
slfoo@bloomberg.net
slolli@bloomberg.net
smatsuno@bloomberg.net
smayor1@bloomberg.net
smcbeth@bloomberg.net
smcdowell@bloomberg.net
smcfeely@bloomberg.net
smelluish2@bloomberg.net
smelzer@bloomberg.net
smessina@bloomberg.net
smezic@bloomberg.net
smiserey@bloomberg.net
smithandy@bloomberg.net
smithbb1@bloomberg.net
smithgary@bloomberg.net
smontobbio@bloomberg.net
smorley@bloomberg.net
smuspratt1@bloomberg.net
smyojin@bloomberg.net
snarui@bloomberg.net
snjnara@bloomberg.net
snlnxn@bloomberg.net
snoss1@bloomberg.net
snowbond@bloomberg.net
soccer5@bloomberg.net
someya1@bloomberg.net
sondrioev@bloomberg.net
sondriolb@bloomberg.net
songjinzhi@bloomberg.net
songjo@bloomberg.net
sophied@bloomberg.net
spalmer7@bloomberg.net
spar1@bloomberg.net
spei1@bloomberg.net
spena@bloomberg.net
spencert@bloomberg.net
speng7@bloomberg.net
sperotto@bloomberg.net
spersico@bloomberg.com

**Company & Corresponding Email Addresses**

spham1@bloomberg.net
sphilebrown@bloomberg.net
spmmam@bloomberg.net
spr1@bloomberg.net
srad@bloomberg.net
srock@bloomberg.net
srodgers3@bloomberg.net
srossi@bloomberg.net
srossi5@bloomberg.net
srudland2@bloomberg.net
ssabbagh4@bloomberg.net
ssampaoli@bloomberg.net
ssanders@bloomberg.net
ssangiovann1@bloomberg.net
ssanny@bloomberg.net
sschmidt14@bloomberg.net
sschumm@bloomberg.net
sseaby@bloomberg.net
ssheng@bloomberg.net
ssimmons15@bloomberg.net
ssjoholm@bloomberg.net
sspada@bloomberg.net
ssutton@bloomberg.net
sszorzoli@bloomberg.net
standardfed@bloomberg.net
st-antoine@bloomberg.net
stavri@bloomberg.net
stcmmuni@bloomberg.net
stephensm@bloomberg.net
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stevencario@bloomberg.net
stigfal@bloomberg.net
stodagishi@bloomberg.net
stopyra@bloomberg.net
stpang@bloomberg.net
str@bloomberg.net
stricknerg@bloomberg.net
stripsbob@bloomberg.net
strueber@bloomberg.net
stuarta@bloomberg.net
studee@bloomberg.net
stufi@bloomberg.net
suchun.ma@bloomberg.net
suezz@bloomberg.net
sugarkit@bloomberg.net
suikboon@bloomberg.net
sulbrich@bloomberg.net
sunlu@bloomberg.net
supportfi@bloomberg.net
surline@bloomberg.net
svalverde@bloomberg.net
svkwok@bloomberg.net

**Company & Corresponding Email Addresses**

swangseb@bloomberg.net
swicken@bloomberg.net
swillmes@bloomberg.net
swpark@bloomberg.net
swsi@bloomberg.net
swteo@bloomberg.net
sxrogers@bloomberg.net
syafiq@bloomberg.net
sysun@bloomberg.net
szauske@bloomberg.net
szmidt@bloomberg.net
t.hempel@bloomberg.net
t.leonard@bloomberg.net
t.miyazaki@bloomberg.net
t318142@bloomberg.net
t320781@bloomberg.net
tacrr@bloomberg.net
tada.ino@bloomberg.net
tadams2@bloomberg.net
tafat@bloomberg.net
taic@bloomberg.net
taitjam@bloomberg.net
takumatsuda@bloomberg.net
tamyg@bloomberg.net
tanaken@bloomberg.net
tandersen@bloomberg.net
tandl@bloomberg.net
tartwell@bloomberg.net
tata1@bloomberg.net
tb2@bloomberg.net
tbc2@bloomberg.net
tbeben@bloomberg.net
tblack@bloomberg.net
tboettger1@bloomberg.net
tbouchard1@bloomberg.net
tboy1@bloomberg.net
tbruseh@bloomberg.net
tcampbell14@bloomberg.net
tcappella@bloomberg.net
tchester@bloomberg.net
tchrestman@bloomberg.net
tcon@bloomberg.net
tcquek@bloomberg.net
tcurrier2@bloomberg.net
tdemeyer@bloomberg.net
tdesouza@bloomberg.net
tdickin@bloomberg.net
tdjones@bloomberg.net
tedfarrell@bloomberg.net
tegreen5@bloomberg.net
templetonrio@bloomberg.net
temurray1@bloomberg.net
tenomoto2@bloomberg.net
tepper@bloomberg.net

**Company & Corresponding Email Addresses**

terraze@bloomberg.net
terrymorgan@bloomberg.net
tetdan@bloomberg.net
tfarm@bloomberg.net
tfelker@bloomberg.net
tferrer@bloomberg.net
tfukushima3@bloomberg.net
tgaylord1@bloomberg.net
thaiss@bloomberg.net
thannafin@bloomberg.net
thayere@bloomberg.net
thefriedster@bloomberg.net
theokraan@bloomberg.net
thias@bloomberg.net
thierrydiana@bloomberg.net
thoffmann@bloomberg.net
thomas_mann@bloomberg.net
thowes@bloomberg.net
thschneider@bloomberg.net
thutchinson@bloomberg.net
thyge@bloomberg.net
tiend@bloomberg.net
tifkuo1@bloomberg.net
tilsond@bloomberg.net
tim1@bloomberg.net
timalb@bloomberg.net
timbsi@bloomberg.net
timothys@bloomberg.net
tironi@bloomberg.net
tisch@bloomberg.net
titoli1@bloomberg.net
titschrivero@bloomberg.net
tiwamoto@bloomberg.net
tjab@bloomberg.net
tjester@bloomberg.net
tjones8@bloomberg.net
tjthomas@bloomberg.net
tkcho@bloomberg.net
tkearney4@bloomberg.net
tkihara@bloomberg.net
tklingman@bloomberg.net
tlamar@bloomberg.net
tlindemann@bloomberg.net
tlunde2@bloomberg.net
tlynch12@bloomberg.net
tmcginnis@bloomberg.net
tmckee@bloomberg.net
tmeichl1@bloomberg.net
tmermagen@bloomberg.net
tmomose@bloomberg.net
tmorgan55@bloomberg.net
tmueller8@bloomberg.net
tmullin1@bloomberg.net
tmurphy01@bloomberg.net

**Company & Corresponding Email Addresses**

tnak@bloomberg.net
tobruns@bloomberg.net
tohnakamura@bloomberg.net
tohpat@bloomberg.net
tokaigolf@bloomberg.net
tokugin@bloomberg.net
tomaszp@bloomberg.net
tomaszw@bloomberg.net
tomin@bloomberg.net
tomin2@bloomberg.net
tomin4@bloomberg.net
tomriva@bloomberg.net
t-onaka@bloomberg.net
tonychan07@bloomberg.net
tonydoyle@bloomberg.net
took@bloomberg.net
topfund@bloomberg.net
toronia@bloomberg.com
torresmi@bloomberg.net
tosato@bloomberg.net
towerdoug@bloomberg.net
tpalumbo@bloomberg.net
tpantas1@bloomberg.net
tpastorello@bloomberg.net
tperez5@bloomberg.net
tperman@bloomberg.net
tradetower@bloomberg.net
treasurytop@bloomberg.net
trekatz@bloomberg.net
tribs@bloomberg.net
tridgway@bloomberg.net
trjv@bloomberg.net
trkevhan@bloomberg.net
tromanow@bloomberg.net
trossano@bloomberg.net
trothe@bloomberg.net
trotte@bloomberg.net
trussardi@bloomberg.net
tsabu@bloomberg.net
tshishido@bloomberg.net
tsidorenko@bloomberg.net
tsikora2@bloomberg.net
tsilva1@bloomberg.net
tstudds4@bloomberg.net
tsullivan6@bloomberg.net
tsutsui@bloomberg.net
tswadling@bloomberg.net
tswift@bloomberg.net
tsygl3@bloomberg.net
ttatekawa@bloomberg.net
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttresigne1@bloomberg.net
ttsyjm5@bloomberg.net

**Company & Corresponding Email Addresses**

tullke.lndb@bloomberg.net
tune@bloomberg.net
turner8@bloomberg.net
twain@bloomberg.net
twania@bloomberg.net
twinklmann@bloomberg.net
tzh@bloomberg.net
tzul@bloomberg.net
u.gormanns@bloomberg.net smtp
u22863cgak@bloomberg.net
uberner@bloomberg.net
ubk@bloomberg.net
ubpce@bloomberg.net
uebepa.ffdb@bloomberg.net
uebrva@bloomberg.net
uecgto@bloomberg.net
uechve@bloomberg.net
ufugmann@bloomberg.net
ujsung@bloomberg.net
ulriksenh@bloomberg.net
v2@bloomberg.net
valbano@bloomberg.net
valcourthere@bloomberg.net
vanreeth@bloomberg.net
varnold@bloomberg.net
vbonte1@bloomberg.net
vbosch@bloomberg.net
vboukhantsev@bloomberg.net
vchiu2@bloomberg.net
veehoo@bloomberg.net
velasco@bloomberg.net
vfumagalli@bloomberg.net
vgor1@bloomberg.net
vhouxelle@bloomberg.com
vicknesan@bloomberg.net
victor.koh@bloomberg.net
virwin@bloomberg.net
visser81@bloomberg.net
vittof@bloomberg.net
vmat@bloomberg.net
vmilev@bloomberg.net
vmurray48@bloomberg.net
vnatu@bloomberg.net
vocfra@bloomberg.net
volkanarslan@bloomberg.net
vols1@bloomberg.net
voutlaw1@bloomberg.net
vpanteri@bloomberg.net
vpb-weh@bloomberg.net
vtanqueray@bloomberg.net
vtlux1@bloomberg.net
vwillard@bloomberg.net
w090689@bloomberg.net
waelchli@bloomberg.net

## Company & Corresponding Email Addresses

wakeup@bloomberg.net
wallaby@bloomberg.net
walshkm@bloomberg.net
walter7557@bloomberg.net
walzak@bloomberg.net
wang.hoimin@bloomberg.net
wangtong@bloomberg.net
wangyanboc@bloomberg.net
wareshmd@bloomberg.net
wassup@bloomberg.net
wasylnbpp@bloomberg.net
wawalker@bloomberg.net
waynef@bloomberg.net
wboustead1@bloomberg.net
wby@bloomberg.net
wchambers@bloomberg.net
wcheng4@bloomberg.net
wchun1@bloomberg.net
wdenehy1@bloomberg.net
wdnewby@bloomberg.net
wdunbar@bloomberg.net
websterh@bloomberg.net
weemeng1@bloomberg.net
weidenbach@bloomberg.net
weigelt@bloomberg.net
well3@bloomberg.net
wellerwu@bloomberg.net
wells@bloomberg.net
wernerc@bloomberg.net
wfowler4@bloomberg.net
wfrazier2@bloomberg.net
wgilder1@bloomberg.net
wgzmarkets@bloomberg.net
whalas@bloomberg.net
whartford@bloomberg.net
whbivs@bloomberg.net
willow2@bloomberg.net
wilson.wong@bloomberg.net
winkworthg@bloomberg.net
winstar@bloomberg.net
winstonlu@bloomberg.net
wispy@bloomberg.net
wjf3@bloomberg.net
wkasmc@bloomberg.net
wkuan1@bloomberg.net
wlan@bloomberg.net
wlee20@bloomberg.net
wmaloney@bloomberg.net
wmccleary1@bloomberg.net
wmendes@bloomberg.net
wobrien9@bloomberg.net
wongvicky@bloomberg.net
woschenko@bloomberg.net
wpace1@bloomberg.net

**Company & Corresponding Email Addresses**

wpaul@bloomberg.net
wpaulini@bloomberg.net
wplei@bloomberg.net
wramette@bloomberg.net
wrighte@bloomberg.net
wsadozai@bloomberg.net
wsalvage@bloomberg.net
wshare1@bloomberg.net
wusaibbrun@bloomberg.net
wweibel@bloomberg.net
wwindy@bloomberg.net
wwong81@bloomberg.net
wzbkih@bloomberg.net
wzbpzf@bloomberg.net
xanthopoulos@bloomberg.net
xbmarvin@bloomberg.net
xhzhao@bloomberg.net
xiaojian@bloomberg.net
xmeng@bloomberg.net
xqyuan@bloomberg.net
xxu15@bloomberg.net
xyli@bloomberg.net
yab2@bloomberg.net
yabing@bloomberg.net
yal-hassawi@bloomberg.net
yam.r@bloomberg.net
yanan@bloomberg.net
yariv@bloomberg.net
yasinleen@bloomberg.net
yastakeda@bloomberg.net
yasugi@bloomberg.net
yati@bloomberg.net
ybierre@bloomberg.net
ycb0142@bloomberg.net
ydenisov@bloomberg.net
yeisen@bloomberg.net
yfairouz@bloomberg.net
yfujimoto@bloomberg.net
yichou@bloomberg.net
yingdai@bloomberg.net
yjyoon55@bloomberg.net
ykonishi3@bloomberg.net
ykuru1@bloomberg.net
ymarhic2@bloomberg.net
ymbk2@bloomberg.net
ymiteva2@bloomberg.net
ynwen@bloomberg.net
yoelm@bloomberg.net
yoni.s@bloomberg.net
yozaki2@bloomberg.net
yravai-mans@bloomberg.net
yshilo@bloomberg.net
yting@bloomberg.net
ytomballe@bloomberg.net

## Company & Corresponding Email Addresses

yuanchen@bloomberg.net
zaccaro1@bloomberg.net
zafarkhan@bloomberg.net
zapin@bloomberg.net
zc@bloomberg.net
zdalloul@bloomberg.net
zdichynec@bloomberg.net
zeevdani@bloomberg.net
zeidan1@bloomberg.net
zenaya.lndb@bloomberg.net
zorrozoe@bloomberg.net
zshao@bloomberg.net
ztsong@bloomberg.net
zubeldia@bloomberg.net
zweverink@bloomberg.net
zwojczakowsk@bloomberg.net
zwokczakowsk@bloomberg.net

**bloombet**
scaruso@bloombet.net

**bloomerg**
bseton@bloomerg.net
rmr@bloomerg.net

**blooomberg**
tgraffeo@blooomberg.net

**blpk**
r.weiss@blpk.ch

**blubonnetsavings**
sstuckey@blubonnetsavings.com

**bluebonnetsavings**
chollon@bluebonnetsavings.com
cratliff@bluebonnetsavings.com
kthiebaud@bluebonnetsavings.com
ssmith@bluebonnetsavings.com

**bluefintrading**
mike@bluefintrading.com

**blueskygroup**
marcel.blom@blueskygroup.nl
mark.geene@blueskygroup.nl
peter.bajema@blueskygroup.nl
ramon.tol@blueskygroup.nl

**bluevalor**
claude.braginsky@bluevalor.com

**bluewin**
arne@bluewin.ch
h.j.baumann@bluewin.ch
martin.klement@bluewin.ch
rolf.biland.abpk@bluewin.ch
sun7@bluewin.ch
valcourt@bluewin.ch

**blvk**
laurent.dutoit@blvk.ch
margrit.teuscher@blvk.ch
martin.willi@blvk.ch
theo.tillmann@blvk.ch

## Company & Corresponding Email Addresses

### blx
atmendez@blx.com
eho@blx.com
jcadley@blx.com
mmejia@blx.com
schen@blx.com
ubidkar@blx.com
vmojica@blx.com

### bma
bahar@bma.gov.bh
buhijji@bma.gov.bh

### bmb
albert.kittaneh@bmb.com.bh
mahran.najeeb@bmb.com.bh

### bmc
brian_huddleston@bmc.com
chet_fenner@bmc.com
corey_walsh@bmc.com
derrick_vializ@bmc.com
kip_noser@bmc.com

### bmo
al.abusharif@bmo.com
alan.mcintyre@bmo.com
amanda.bernhard@bmo.com
andrew.jones2@bmo.com
andy.kanfer@bmo.com
annmarie.brown@bmo.com
anthony.zarmakoupis@bmo.com
barney.bonekamp@bmo.com
barry.monks@bmo.com
bart.gromada@bmo.com
bart.steenbergen@bmo.com
ben.carter@bmo.com
besnik.skenderi@bmo.com
betty.au@bmo.com
brad.reid@bmo.com
bret.blanton@bmo.com
bryan.wilson@bmo.com
charles.horn@bmo.com
chris.luke@bmo.com
christine.tekker@bmo.com
christophe.campagne@bmo.com
christopher.currer@bmo.com
craig.ingram@bmo.com
craig.leveille@bmo.com
dale.richardson@bmo.com
dan.atack@bmo.com
dave.gaudette@bmo.com
david.binning@bmo.com
david.mansfield@bmo.com
david.oelke@bmo.com
derek.shewring@bmo.com
donna.morlock@bmo.com
douglas.blythe@bmo.com

## Company & Corresponding Email Addresses

ed.solari@bmo.com
edward.harvey@bmo.com
elena.perez@bmo.com
elie.azar@bmo.com
eric.bergstrom@bmo.com
eric.lindstrom@bmo.com
ernie.porchetta@bmo.com
ezio.dadalt@bmo.com
farhad.shishbiradaran@bmo.com
finbarr.farrell@bmo.com
firas.askari@bmo.com
florence.chen@bmo.com
francis.kestler@bmo.com
frank.jones@bmo.com
frankie.li@bmo.com
gary.lipinski@bmo.com
geethan.rayan@bmo.com
gene.jong@bmo.com
geoffrey.mcconnell@bmo.com
gerald.moore@bmo.com
greg.walker@bmo.com
henry.sanchez@bmo.com
hitesh.dharamshi@bmo.com
ian.clare@bmo.com
ian.jones@bmo.com
ilona.nichols@bmo.com
jack.kane@bmo.com
jackie.morris@bmo.com
james.schuler@bmo.com
jason.park@bmo.com
jean.gagnon@bmo.com
jeanne.mancheff@bmo.com
jennifer.richards@bmo.com
jerry.connor@bmo.com
jo.carral@bmo.com
joanne.wright@bmo.com
joel.prussky@bmo.com
joel.salloum@bmo.com
john.kaslyn@bmo.com
john.kwan@bmo.com
john.mcauliffe@bmo.com
jolway.li@bmo.com
jonathan.jacob@bmo.com
jordon.lupu@bmo.com
joseph.tamboli@bmo.com
jude.swampilli@bmo.com
justin.london@bmo.com
karin.walchshofer@bmo.com
kolin.mccarter@bmo.com
kulvinder.sindhu@bmo.com
leilani.rutherford@bmo.com
lem.seabrook@bmo.com
linda.park@bmo.com
linda.watts@bmo.com

## Company & Corresponding Email Addresses

lori.marchildon@bmo.com
lorne.gavsie@bmo.com
lovisa.mccallum@bmo.com
manuel.delossantos@bmo.com
mark.tuite@bmo.com
martin.deschenes@bmo.com
mel.mistry@bmo.com
michael.rowe@bmo.com
mike.fisher@bmo.com
mike.leong@bmo.com
monica.bonar@bmo.com
monique.srivastava@bmo.com
mukesh.sharma@bmo.com
naeff.waqar@bmo.com
nancy.braun@bmo.com
nicholas.chan@bmo.com
nicholas.neary@bmo.com
nick.howell@bmo.com
ovidiu.sandu@bmo.com
owen.oneill@bmo.com
paul.knobl@bmo.com
paul.secchia@bmo.com
peter.kruslak@bmo.com
philippe.sarfati@bmo.com
piper.kerr@bmo.com
prudy.lo@bmo.com
radu.tunaru@bmo.com
rahul.garga@bmo.com
rajeev.patil@bmo.com
raymond.fung@bmo.com
rebecca.scharffe@bmo.com
rejeev.patel@bmo.com
richard.mcclorey@bmo.com
richard.moreland@bmo.com
richard.muruve@bmo.com
rick.brown@bmo.com
rina.yoo@bmo.com
rob.johnston@bmo.com
rob.white@bmo.com
robert.digangi@bmo.com
robert.kaplan@bmo.com
robert.nigro@bmo.com
robin.das@bmo.com
rod.wilmer@bmo.com
rohit.kapur@bmo.com
ron.bailey@bmo.com
sam.chui@bmo.com
scott.purdy@bmo.com
shawn.robb@bmo.com
simon.gellett@bmo.com
simon.watkins@bmo.com
simon_broxham@bmo.com
snehal.pathak@bmo.com
soren.christensen@bmo.com

## Company & Corresponding Email Addresses

stevan.maglic@bmo.com
steve.matsuo@bmo.com
steve.santa-maria@bmo.com
steve.turley@bmo.com
sue.devereux@bmo.com
susan.chang-hong@bmo.com
sylvain.fritsch@bmo.com
thomas.dzakowic@bmo.com
timothy.dorey@bmo.com
timothy.hanson@bmo.com
tom.kotsopoulos@bmo.com
uri.snir@bmo.com
valentine.dsouza@bmo.com
vipul.kadakia@bmo.com
walt.ebner@bmo.com
wei.he@bmo.com

### bmonb

abid.chaudry@bmonb.com
alan.stoddart@bmonb.com
amanda.lickorish@bmonb.com
anthony.harris@bmonb.com
bish.koziol@bmonb.com
bob.galvin@bmonb.com
bob.nguyen@bmonb.com
brian.archdekin@bmonb.com
carmine.difederico@bmonb.com
darren.campbell@bmonb.com
dave.kucera@bmonb.com
david.leschied@bmonb.com
david.sloper@bmonb.com
dennis.foley@bmonb.com
desmond.solomon@bmonb.com
divyesh.chotalia@bmonb.com
doris.lem@bmonb.com
franco.carelli@bmonb.com
fundingdesk@bmonb.com
gary.bramfitt@bmonb.com
gary.hulbert@bmonb.com
godefroy.tessier@bmonb.com
greg.zaludek@bmonb.com
helen.corbett@bmonb.com
james.kent@bmonb.com
james.wong@bmonb.com
jamie.weiss@bmonb.com
jamie.wise@bmonb.com
jim.halliday@bmonb.com
joanne.newman@bmonb.com
katrina.rempel@bmonb.com
keith.edwards@bmonb.com
kevin.fong@bmonb.com
kyle.macgregor@bmonb.com
lino.morra@bmonb.com
lou.galassini@bmonb.com
mark.geller@bmonb.com

## Company & Corresponding Email Addresses

nels.anderson@bmonb.com
nick.linder@bmonb.com
omerdugas@bmonb.com
pacronin@bmonb.com
pam.gilkes@bmonb.com
patrick.kearns@bmonb.com
paul.rhude@bmonb.com
peter.marchant@bmonb.com
puneet.kohli@bmonb.com
rick.bryan@bmonb.com
shael.kalef@bmonb.com
sonnie.ayere@bmonb.com
spencer.pitcher@bmonb.com
stephen.church@bmonb.com
steveproctor@bmonb.com
stuart.kraft@bmonb.com
tim.wong@bmonb.com
todd.houghton@bmonb.com
tom.ormesher@bmonb.com
tony.decrescentiis@bmonb.com
tony.sevsek@bmonb.com

### bmond

martin.davies@bmond.com

### bms

anup.marda@bms.com
bruce.wendel@bms.com
carly.ferraro@bms.com
darren.alkins@bms.com
dima.sakkab@bms.com
gladys.fung@bms.com
graham.brazier@bms.com
jack.geltosky@bms.com
james.foley@bms.com
jason.woerz@bms.com
jeffrey.ives@bms.com
john.beecham@bms.com
kate.pingitore@bms.com
kathleen.semet@bms.com
kristen.vonseggern@bms.com
lorraine.neabor@bms.com
lynn.lewis@bms.com
lynne.croucher@bms.com
mark.rothwell@bms.com
mathieu.aussermeier@bms.com
michael.meebus@bms.com
pierluigi.antonelli@bms.com
rajiv.dave@bms.com
robert.ewers@bms.com
sujinta.lin@bms.com
tamar.howson@bms.com
terry.lo@bms.com
tod.fairbanks@bms.com
valerie.brown@bms.com
vassili.kotlov@bms.com

## Company & Corresponding Email Addresses

vlad.kolpakov@bms.com
yi-mei.lu@bms.com

**bmtc**

apilch@bmtc.com

**bmv**

ulrich.seldeslachts@bmv.be

**bmw**

christian.feilmeier@bmw.de
dagobert.autering@bmw.de
elmar.steurer@bmw.de
harald.undis@bmw.de
karl.ertl@bmw.de
mariejeanne.kerschkamp@bmw.de
martin.nellen@bmw.de
mirjam.scherle@bmw.de
peter.studtrucker@bmw.de
peter.wagenhaeuser@bmw.de
ralf.edelmann@bmw.de
torsten.schuessler@bmw.de

**bmwgroup**

thomas.rentschler@bmwgroup.com

**bnc**

barbara.boucher@tres.bnc.ca
benoit.desbiens@tres.bnc.ca
chris.farah@tres.bnc.ca
daniel.baillet@tres.bnc.ca
dave.hand@tres.bnc.ca
david.mcauliffe@tres.bnc.ca
denis.parisien@tres.bnc.ca
dominic.dion@tres.bnc.ca
etienne.dubuc@tres.bnc.ca
francis.marois@tres.bnc.ca
jean.baram@tres.bnc.ca
jean-francois.ipwan@tres.bnc.ca
jeanpatrick.poulin@tres.bnc.ca
john.martin@tres.bnc.ca
leila.khessairi@tres.bnc.ca
manoj.karia@tres.bnc.ca
martin.gagnon@tres.bnc.ca
martin.ouellet@tres.bnc.ca
mathieu.germain@tres.bnc.ca
michael.lee@tres.bnc.ca
nbc-corp@tres.bnc.ca
olivier.tripard@tres.bnc.ca
pierre.delisle@tres.bnc.ca
puneet.kohli@tres.bnc.ca
robert.hesselbo@tres.bnc.ca
samir.bentekaya@tres.bnc.ca
stephane.dupuis@tres.bnc.ca
stephanie.scott@tres.bnc.ca
william.bonnell@tres.bnc.ca

**bncga**

boutros.klink@bncga.com

**bng**

## Company & Corresponding Email Addresses

alex.wilson@bng.nl
capital.markets@bng.nl
freek.bravenboer@bng.nl
hans.moerman@bng.nl
john.reichardt@bng.nl
tiemo.wesseling@bng.nl
tim.segboer@bng.nl
uden@bng.nl

**bnhp**
aviva.amrami@bnhp.co.il
eli.yones@bnhp.co.il
yosef.yarom@bnhp.co.il

**bni**
andi.rachmarelawandi@bni.co.id
evita.kusumawati@bni.co.id
fayadri@bni.co.id
hendri.wijaya@bni.co.id
hindria.listyadi@bni.co.id
idham.runizam@bni.co.id
iwan.kurniawan@bni.co.id
octhan.akbar@bni.co.id
santosa@bni.co.id
sigit.pramono@bni.co.id
tauhidin.ananda@bni.co.id
trspmd03@bni.co.id
yulies.kanti@bni.co.id

**bnihk**
trs@bnihk.com

**bnl**
colin.hall@bnl.com
marino.cucca@bnl.com

**bnlmail**
adapuzzo@bnlmail.com
alan.seacombe@bnlmail.com
albert.bove@bnlmail.com
alessandra.mastrota@bnlmail.com
alessandra.rossato@bnlmail.com
alessandro.cataldi@bnlmail.com
alessandro.discala@bnlmail.com
alessandro.napolitano@bnlmail.com
andrea.pomes@bnlmail.com
anna.rosati@bnlmail.com
annarita.consalvi@bnlmail.com
antonio.anselmi@bnlmail.com
antonio.colavolpe@bnlmail.com
antonio.saolini@bnlmail.com
cantarini.marco@bnlmail.com
carlo.micarelli@bnlmail.com
ciro.parisi@bnlmail.com
claudia.tempesta@bnlmail.com
cristiano.castellani@bnlmail.com
daniele.caporaletti@bnlmail.com
david.willmer@bnlmail.com
domenico.bellocco@bnlmail.com

**Company & Corresponding Email Addresses**

donna.laspina@bnlmail.com
eduardo.palazzo@bnlmail.com
emanuele.bertotto@bnlmail.com
eugenio.cerioni@bnlmail.com
fabrizia.semboloni@bnlmail.com
fabrizio.vallone@bnlmail.com
federico.cornelli@bnlmail.com
flora.giovannetti@bnlmail.com
francesco.giovagnoni@bnlmail.com
franco.autizi@bnlmail.com
franco.dimario@bnlmail.com
gennaro.viscusi@bnlmail.it
giada.sonego@bnlmail.com
gianluca.almi@bnlmail.com
gianluca.magnocavallo@bnlmail.com
gianluca.moltoni@bnlmail.com
gino.rubbi@bnlmail.com
giovanni.chiovini@bnlmail.com
giulia.billard@bnlmail.com
giuliana.giorgio@bnlmail.com
giuliana.luzi@bnlmail.com
giuseppe.canzoneri@bnlmail.com
guido.grossi@bnlmail.com
james.dolby@bnlmail.com
jennine.sogluizzo@bnlmail.com
jesse.torres@bnlmail.com
juan.cortes@bnlmail.com
laura.compagnoni@bnlmail.com
loredana.tarsia@bnlmail.com
luca.albanesi@bnlmail.com
luca.arcangeli@bnlmail.com
lucio.conti@bnlmail.com
massimo.celi@bnlmail.com
massimo.giocondi@bnlmail.com
massimo.massaro@bnlmail.com
mauro.parisse@bnlmail.com
milena.biasini@bnlmail.com
paolo.baeli@bnlmail.com
paolo.tesoro@bnlmail.com
patrick.corkery@bnlmail.com
pierfranco.dimuro@bnlmail.com
robert.lisi@bnlmail.com
samuela.sacchi@bnlmail.com
silvia.guerriero@bnlmail.com
simona.delgreco@bnlmail.com
simone.francazi@bnlmail.com
stephen.byrne@bnlmail.com
tony.scrimali@bnlmail.com

**bnm**

aashah@bnm.gov.my
adam@bnm.gov.my
adnan@bnm.gov.my
adrian@bnm.gov.my
adrienne@bnm.gov.my

**Company & Corresponding Email Addresses**

afaizal@bnm.gov.my
aimran@bnm.gov.my
alexteoh@bnm.gov.my
alma@bnm.gov.my
amycheng@bnm.gov.my
anazmi@bnm.gov.my
anuar@bnm.gov.my
ariani@bnm.gov.my
arwina@bnm.gov.my
ashraf@bnm.gov.my
audrey@bnm.gov.my
azam@bnm.gov.my
azmanali@bnm.gov.my
azzahir@bnm.gov.my
bkisma@bnm.gov.my
bknasr@bnm.gov.my
bylee@bnm.gov.my
chiew@bnm.gov.my
chowts@bnm.gov.my
cksee@bnm.gov.my
dalila@bnm.gov.my
dave@bnm.gov.my
durai@bnm.gov.my
farahhanim@bnm.gov.my
hafizul@bnm.gov.my
haliza@bnm.gov.my
hamid@bnm.gov.my
hangtuah@bnm.gov.my
harrish@bnm.gov.my
haszeri@bnm.gov.my
hazimi@bnm.gov.my
idham@bnm.gov.my
iqbal@bnm.gov.my
jamil@bnm.gov.my
julian@bnm.gov.my
julinda@bnm.gov.my
kamil@bnm.gov.my
khai@bnm.gov.my
lal@bnm.gov.my
lokman@bnm.gov.my
mahen@bnm.gov.my
mashraf@bnm.gov.my
mdhafiz@bnm.gov.my
mdnazri@bnm.gov.my
mfairuz@bnm.gov.my
muhaizam@bnm.gov.my
muizz@bnm.gov.my
nazrul@bnm.gov.my
nirashiny@bnm.gov.my
norasalleh@bnm.gov.my
onglm@bnm.gov.my
reza@bnm.gov.my
salina@bnm.gov.my
satvin@bnm.gov.my

**Company & Corresponding Email Addresses**

shah@bnm.gov.my
shahredza@bnm.gov.my
shariramir@bnm.gov.my
shasha@bnm.gov.my
sofia@bnm.gov.my
soo@bnm.gov.my
sujay@bnm.gov.my
syafiq@bnm.gov.my
sygoh@bnm.gov.my
teychunmaw@bnm.gov.my
tohsengg@bnm.gov.my
vikram@bnm.gov.my
virginie@bnm.gov.my
wailocke@bnm.gov.my
ynmooi@bnm.gov.my
yusof@bnm.gov.my
zaff@bnm.gov.my
zani@bnm.gov.my
zulfadzlie@bnm.gov.my
zulfiqar@bnm.gov.my

**bnp**
clafrogne@bnp.fr
ewomansson@bnp.fr
jtereshenko@bnp.com
pmarchessaux@bnp.fr

**bnparibas**
serge.desrayaud@americas.bnparibas.com

**bnpfp**
bernard.dennery@bnpfp.com

**bnpgroup**
agnes.pfertzel@bnpgroup.com
alain.poirson@bnpgroup.com
brigitte.o"loghen@bnpgroup.com
chantal.amant@bnpgroup.com
christophe.gouelo@bnpgroup.co
claire.pereira@bnpgroup.com
daniel.grnier@bnpgroup.com
emmanuel.heurtierr@bnpgroup.com
laurant.attali@bnpgroup.com
laurent.dulout@bnpgroup.com
marc.campi@bnpgroup.com
martin.robins@bnpgroup.com
maurice.bennett@bnpgroup.com
paul.forestier@bnpgroup.com
philippe.meurice@bnpgroup.com
pierre.fourrier@bnpgroup.com
pierre.mathieu@bnpgroup.com
pierre.nguyen@bnpgroup.com
sarah.hollands@bnpgroup.com
simon.coates@bnpgroup.com
yves.fournier@bnpgroup.com

**bnpp**
lloyd.plenty@bnpp.com

**bnppari**

## Company & Corresponding Email Addresses

mike.weinberg@americas.bnppari

### bnpparibas

adam.albin@americas.bnpparibas.com
adam.gage@bnpparibas.com
adina.grigoriu@bnpparibas.com
agnes.desruelle@bnpparibas.com
ajay.jani@americas.bnpparibas.com
alain.deforge@bnpparibas.com
alain.jaques@bnpparibas.com
alain.krief@bnpparibas.com
alain.papiasse@bnpparibas.com
alex.bedwell@uk.bnpparibas.com
alexander.bauer@bnpparibas.com
alexander.ivanovitch@bnpparibas.com
alexander.koerner@bnpparibas.com
alexandre.benech@bnpparibas.com
alexandre.bernard@bnpparibas.com
alexandre.deruaz@bnpparibas.com
alexandre.horiszny@bnpparibas.com
alexandre.roques@bnpparibas.com
alexandre.vigier@bnpparibas.com
alham.abakhti@bnpparibas.com
ali.bissat@bnpparibas.com
ali.hobballah@bnpparibas.com
alice.jyichampenois@bnpparibas.com
alkesh.patel@bnpparibas.com
amandine.ecobichon@bnpparibas.com
amaury.deternay@bnpparibas.com
amel.berkane@bnpparibas.com
amine.drhimeur@bnpparibas.com
andrea.rutigliani@bnpparibas.com
andrew.freris@bnpparibas.com
andrew.mcconnell@bnpparibas.com
andy.gabor@americas.bnpparibas.com
angela.billick@bnpparibas.com
angelika.molak@americas.bnpparibas.com
angus.duncan@americas.bnpparibas.com
ann.chuang@asia.bnpparibas.com
anna.badura@bnpparibas.com
anna.noonan@bnpparibas.com
anna.simons@bnpparibas.com
annabelle.libeau@bnpparibas.com
anne.demontrond@bnpparibas.com
anne.froideval@bnpparibas.com
anne.wong@asia.bnpparibas.com
anne-selime.demurard@bnpparibas.com
annie-claude.horvilleur@bnpparibas.com
anthony.finan@bnpparibas.com
anthony.hayot@uk.bnpparibas.com
anthony.shrubb@bnpparibas.com
antoine.chausson@bnpparibas.com
antoine.furcy@bnpparibas.com
antonio.bertone@bnpparibas.com
ariel.blumencwejg@americas.bnpparibas.com

## Company & Corresponding Email Addresses

arnaud.lacroix@bnpparibas.com
arnaud.musy@bnpparibas.com
ashid.mahmood@bnpparibas.com
ashleyjayne.turns@uk.bnpparibas.com
ashok.outtandy@bnpparibas.com
atul.patel@americas.bnpparibas.com
ayal.cohen@bnpparibas.com
barbara.cohen@bnpparibas.com
barbara.emmerson@bnpparibas.com
baudouin.prot@bnpparibas.com
beatrice.belorgey@bnpparibas.com
beatrice.mignard@bnpparibas.com
ben.boudraf@bnpparibas.com
benjamin.todres@americas.bnpparibas.com
benoit.dauchez@bnpparibas.com
benoit.juin@bnpparibas.com
benoit.mathey@bnpparibas.com
benoit.nansot@bnpparibas.com
benoit.picard@bnpparibas.com
bernard.coupez@bnpparibas.com
bernard.j.masse@bnpparibas.com
bernard.sandberg@bnpparibas.com
bolyvann.ngauv@bnpparibas.com
boris.demonet@bnpparibas.com
brendan.lee@asia.bnpparibas.com
brian.reilly@americas.bnpparibas.com
brigitte.denis@bnpparibas.com
brigitte.gagnon@bnpparibas.com
bruno.bancal@bnpparibas.com
bruno.candini@bnpparibas.com
bruno.crinon@bnpparibas.com
bruno.lebeda@asia.bnpparibas.com
butler@americas.bnpparibas.com
camille.demarliave@bnpparibas.com
carlos.rodriguez@americas.bnpparibas.com
carlotta.martoglio@bnpparibas.com
carole.perraud@bnpparibas.com
caroline.debourleuf@bnpparibas.com
caroline.lambert@bnpparibas.com
carolle.lemarchand@bnpparibas.com
catherine.bahl@bnpparibas.com
catherine.berjal@bnpparibas.com
catherine.leodegourville@bnpparibas.com
catherine.oconnell@bnpparibas.com
cathy.lam@bnpparibas.com
cecile.daudet@bnpparibas.com
cecile.marechal@bnpparibas.com
cecile.noguier@bnpparibas.com
cecilia.jacquerioz@bnpparibas.com
cedric.chavot@bnpparibas.com
cedric.dalloglio@bnpparibas.com
celine.gillet@bnpparibas.com
chantal.peyredefabregues@bnpparibas.com
charles.abelsmith@bnpparibas.com

**Company & Corresponding Email Addresses**

charles.cock@bnpparibas.com
charles.cresteil@bnpparibas.com
charles.mangin@bnpparibas.com
charles.yang@americas.bnpparibas.com
charlotte.conlan@bnpparibas.com
charlotte.dennery@bnpparibas.com
chris.bickley@bnpparibas.com
chris.rowland@bnpparibas.com
chris.samara@bnpparibas.com
chris.tolkin@americas.bnpparibas.com
christian.dargnat@bnpparibas.com
christian.heyden@bnpparibas.com
christian.valette@bnpparibas.com
christina.chan@asia.bnpparibas.com
christina.feicht@americas.bnpparibas.com
christine.ferraresi@bnpparibas.com
christophe.auvity@bnpparibas.com
christophe.berguerand@bnpparibas.com
christophe.bourgeois@bnpparibas.com
christophe.issenhuth@bnpparibas.com
christophe.karpiel@bnpparibas.com
christophe.mounier@bnpparibas.com
christophe.p.moulin@bnpparibas.com
christophe.papereux@bnpparibas.com
christophe.ponette@bnpparibas.com
christophe.reynier@bnpparibas.com
claire.coquard@bnpparibas.com
claire.toulouze-fiastre@bnpparibas.com
clarisse.breynaert-mauvage@bnpparibas.com
claude.c.guerin@bnpparibas.com
claude.guillaume@bnpparibas.com
claude.haberer@asia.bnpparibas.com
claude.tiramani@bnpparibas.com
colin.sze@asia.bnpparibas.com
corine.blanc@bnpparibas.com
corinne.chaslin@bnpparibas.com
corinne.parlier@bnpparibas.com
corinne.robusion@bnpparibas.com
cormac.billings@bnpparibas.com
cornelia.raif@bnpparibas.com
corynne.roux-buisson@bnpparibas.com
craig.engwert@americas.bnpparibas.com
craig.young@bnpparibas.com
curtis.deane@americas.bnpparibas.com
cyril.geada@bnpparibas.com
damien.kohler@bnpparibas.com
daniel.bruesch@bnpparibas.com
daniel.laguibre@bnpparibas.com
daniel.ng@bnpparibas.com
david.amasio@bnpparibas.com
david.brunner@americas.bnpparibas.com
david.favier@bnpparibas.com
david.gosselin@bnpparibas.com
david.kreidler@americas.bnpparibas.com

**Company & Corresponding Email Addresses**

david.lonsdale@bnpparibas.com
david.randle@bnpparibas.com
david.seaman@americas.bnpparibas.com
debbie.cotman@bnpparibas.com
deborah.mcneill@bnpparibas.com
debrah.okelly@bnpparibas.com
delphine.arrighi@bnpparibas.com
delphine.padovani@bnpparibas.com
denis.autier@bnpparibas.com
denis.bertin@bnpparibas.com
denis.panel@bnpparibas.com
denis.wallerich@bnpparibas.com
didier.margetyal@bnpparibas.com
diego.rodriguez@bnpparibas.com
dimitri.lamarlere@asia.bnpparibas.com
dirk.dudman@bnpparibas.com
dominique.dequidt@bnpparibas.com
dominique.h.leroy@bnpparibas.com
dominique.hoenn@bnpparibas.com
dominique.iroz@bnpparibas.com
dominique.mousset@bnpparibas.com
dominique.reliquet@bnpparibas.com
dominique.schulthess@bnpparibas.com
dorian.raimond@bnpparibas.com
dorothea.goedkoop@bnpparibas.com
duane.helkowski@americas.bnpparibas.com
eddy.tsoi@asia.bnpparibas.com
eder.lam@asia.bnpparibas.com
edith.yue@asia.bnpparibas.com
eduardo.garcia@bnpparibas.com
edward.laming@bnpparibas.com
edward.liem@asia.bnpparibas.com
edward.lim@asia.bnpparibas.com
edward.werder@bnpparibas.com
egmont.schaefer@bnpparibas.com
eid.fadi@bnpparibas.com
elaine.lorimer@uk.bnpparibas.com
eliane.devillaines@bnpparibas.com
elizabeth.harvey@bnpparibas.com
elodie.solaret@bnpparibas.com
emmanuel.bellegarde@bnpparibas.com
englibert.lequangchieu@bnpparibas.com
eric.borremans@bnpparibas.com
eric.bouthillier@bnpparibas.com
eric.cardona@bnpparibas.com
eric.coinde@bnpparibas.com
eric.doisteau@bnpparibas.com
eric.lepage@bnpparibas.com
eric.levy@bnpparibas.com
eric.plantier@bnpparibas.com
eric.renard@bnpparibas.com
eric.vergnaud@bnpparibas.com
eric_trouslard@bnpparibas.com
erkan.yilmaz@bnpparibas.com

**Company & Corresponding Email Addresses**

ernst.hagmann@bnpparibas.com
estelle.adam@bnpparibas.com
eve.bouard@bnpparibas.com
everett.schenk@americas.bnpparibas.com
fabien.savonitto@bnpparibas.com
fabrice.loho@bnpparibas.com
fabrice.susini@bnpparibas.com
fadi.berbari@bnpparibas.com
farid.issaelkhoury@bnpparibas.com
fiona.wills@bnpparibas.com
florence.bonnevay@bnpparibas.com
florian.castel@bnpparibas.com
florine.chua@asia.bnpparibas.com
franck.monier@bnpparibas.com
francois.artignan@uk.bnpparibas.com
francois.faure@bnpparibas.com
francois.haitaian@bnpparibas.com
francois.ruiz@bnpparibas.com
francois.valette@bnpparibas.com
francoise.dugas-lamotte@bnpparibas.com
francois-xavier.chevallier@bnpparibas.com
frank.chiofalo@americas.bnpparibas.com
frank.diop@bnpparibas.com
frank.schultz@americas.bnpparibas.com
frank.sodano@americas.bnpparibas.com
frederic.janbon@bnpparibas.com
frederic.juvy@bnpparibas.com
frederic.staub@bnpparibas.com
frederic.surry@bnpparibas.com
frederic.x.thomas@bnpparibas.com
gabriel.tissot@bnpparibas.com
gael.gauthier@bnpparibas.com
gaetan.obert@bnpparibas.com
gail.lecoz@bnpparibas.com
gale.gerrier@bnpparibas.com
garrick.smith@bnpparibas.com
georges.karam@bnpparibas.com
georges.sanches@bnpparibas.com
georges.skouvaklis@bnpparibas.com
georgie.rabelle@bnpparibas.com
gerald.noltsch@bnpparibas.com
geraud.desaint-vincent@bnpparibas.com
gilles.alfonse@bnpparibas.com
gilles.benhamou@bnpparibas.com
gilles.d.david@bnpparibas.com
gilles.devaugrigneuse@bnpparibas.com
gilles.glicenstein@bnpparibas.com
gilles.leroy@bnpparibas.com
gregg.bonardi@americas.bnpparibas.com
gregori.tchouboukoff@bnpparibas.com
gregory.martory@uk.bnpparibas.com
guillaume.bellin@bnpparibas.com
guillaume.cendrier@americas.bnpparibas.com
guillaume.hollier-larousse@bnpparibas.com

**Company & Corresponding Email Addresses**

guillaume.kovarcik@bnpparibas.com
guy.longueville@bnpparibas.com
harpal.maini@americas.bnpparibas.com
helen.guillemot@bnpparibas.com
helene.j.nottin@bnpparibas.com
hermann.rangamana@bnpparibas.com
herve.besnard@bnpparibas.com
herve.duteil@americas.bnpparibas.com
herve.loup@bnpparibas.com
hubert.goye@bnpparibas.com
hubert.rotivel@bnpparibas.com
ian.hooker@bnpparibas.com
ida.farina@uk.bnpparibas.com
idriss.tchapdadjamen@bnpparibas.com
ignacio.garciallacerbort@bnpparibas.com
ihab.saidi@bnpparibas.com
ingrid.binet-tarbe@bnpparibas.com
ioana.mihut@bnpparibas.com
jack.waters@bnpparibas.com
jacky.prudhomme@bnpparibas.com
jacqueline.vide@bnpparibas.com
jacques.cacheux@bnpparibas.com
jacques.d'hondt@bnpparibas.com
james.ruskin@us.bnpparibas.com
janice.s.ho@americas.bnpparibas.com
jason.moggeridge@uk.bnpparibas.com
jasvinder.mahil@bnpparibas.com
javier.gonzalezhelly@bnpparibas.com
jayesh.patel@uk.bnpparibas.com
jean.bergeret@bnpparibas.com
jean.brady@uk.bnpparibas.com
jean.darsses@americas.bnpparibas.com
jean.dominjon@bnpparibas.com
jean-baptiste.teissier@bnpparibas.com
jean-christophe.guillou@bnpparibas.com
jeanchristophe.reocreux@bnpparibas.com
jean-claude.langer@bnpparibas.com
jean-claude.wilfrid@bnpparibas.com
jean-francois.gagneux@bnpparibas.com
jean-luc.alexandre@bnpparibas.com
jean-marc.devolder@bnpparibas.com
jeanmarc.magner@bnpparibas.com
jean-marc.pasquet@bnpparibas.com
jean-mark.lueder@bnpparibas.com
jeanphilippe.chabanel@bnpparibas.com
jean-pierre.gaillard@bnpparibas.com
jean-yves.dumontier@bnpparibas.com
jean-yves.fillion@americas.bnpparibas.com
jeff.delcaire@bnpparibas.com
jennifer.fleming@uk.bnpparibas.com
jennifer.saper@americas.bnpparibas.com
jeremie.honvault@uk.bnpparibas.com
jeremy.humphreys-davies@bnpparibas.com
jeremy.rosen@americas.bnpparibas.com

## Company & Corresponding Email Addresses

jerome.lemue@bnpparibas.com
jerome.taravella@bnpparibas.com
jl.chicha@americas.bnpparibas.com
joao.amaral@bnpparibas.com
joceyln.debourmont@bnpparibas.com
joelle.viatte@bnpparibas.com
john.skelly@bnpparibas.com
john.woods@bnpparibas.com
john.x.williams@uk.bnpparibas.com
jon.lloyd@bnpparibas.com
jonathan.faulkner@uk.bnpparibas.com
jose-luis.bilbao@bnpparibas.com
joseph.seo@americas.bnpparibas.com
josselin.lecuyer@bnpparibas.com
joy.kiely@bnpparibas.com
jpmarson@bnpparibas.com
juan.dasilva@bnpparibas.com
juan.hernandez@americas.bnpparibas.com
julie.mcnamara@bnpparibas.com
julien.bordeaux@bnpparibas.com
julien.carmona@bnpparibas.com
julien.pincet@bnpparibas.com
karim.derrough@americas.bnpparibas.com
karine.juvin@bnpparibas.com
karsten.kaas@bnpparibas.com
kate.bible@bnpparibas.com
kay.hayre@bnpparibas.com
kerri.russell@uk.bnpparibas.com
kevin.burns@bnpparibas.com
kirsten.brown@uk.bnpparibas.com
laetitia.jamme@bnpparibas.com
laila.kollmorgen@bnpparibas.com
laurence.lemonnier@bnpparibas.com
laurence-elisabeth.hovine@bnpparibas.com
laurent.leclercq@uk.bnpparibas.com
laurent.louvrier@bnpparibas.com
laurent.quignon@bnpparibas.com
laurent.revil@bnpparibas.com
laurent.samama@bnpparibas.com
laurent.soubirou-pouey@bnpparibas.com
li.tao@bnpparibas.com
li-jun.cao@bnpparibas.com
liliane.gauffre@bnpparibas.com
lionel.goepfert@bnpparibas.com
lionel.sequier@bnpparibas.com
lisa.suen@asia.bnpparibas.com
lloyd.baron@americas.bnpparibas.com
louis.chollet@bnpparibas.com
luc.lefer@bnpparibas.com
ludivine.politano@bnpparibas.com
luigi.apollonio@bnpparibas.com
lynsey.mcdonald@uk.bnpparibas.com
mael.nagat@externe.bnpparibas.com
malgorzata.cisek@uk.bnpparibas.com

**Company & Corresponding Email Addresses**

manuel.blanco@bnpparibas.com
manuela.maccia@bnpparibas.com
marc.aubert@bnpparibas.com
marc.descamps@bnpparibas.com
marc.deslingeris@bnpparibas.com
marc.grouvel@bnpparibas.com
marcelo.castro@br.bnpparibas.com
marcelo.guifrida@br.bnpparibas.com
marcia.rothschild@americas.bnpparibas.com
marco.murgida@bnpparibas.com
marco.peyron@bnpparibas.com
marco.zanoni@uk.bnpparibas.com
marc-olivier.lebeau@bnpparibas.com
marialuz.diazblanco@bnpparibas.com
mariasoledad.carrasco@bnpparibas.com
marie-edmee.demontsdesavasse@bnpparibas.com
marie-laure.rene@bnpparibas.com
marie-pierre.dalisson@bnpparibas.com
marie-valerie.texier@bnpparibas.com
mario.dumont@bnpparibas.com
marion.redel@bnpparibas.com
marisa.flood@americas.bnpparibas.com
mark.hind@bnpparibas.com
mark.kinsella@bnpparibas.com
mark.waters@bnpparibas.com
maroulla.sullivan@uk.bnpparibas.com
martial.godet@bnpparibas.com
martin.grolimund@bnpparibas.com
massimo.talia@bnpparibas.com
matt.devaney@bnpparibas.com
matteo.cassina@bnpparibas.com
matteo.mazzocchi@bnpparibas.com
matthew.barnes@bnpparibas.com
matthew.bermel@uk.bnpparibas.com
matthieu.p.paquier@bnpparibas.com
meg.dillon@bnpparibas.com
melanie.birdsall@uk.bnpparibas.com
melony.heh@americas.bnpparibas.com
meno.stavrakellis@bnpparibas.com
michael.flynn@americas.bnpparibas.com
michael.good@bnpparibas.com
michael.lee@americas.bnpparibas.com
michael.morley@americas.bnpparibas.com
michael.pyatski@americas.bnpparibas.com
michael.sabbah@bnpparibas.com
michel.doulcet@bnpparibas.com
michel.falvert@bnpparibas.com
michel.jreige@bnpparibas.com
michel.laversanne@bnpparibas.com
michel.p.laurent@bnpparibas.com
michel.perrin@bnpparibas.com
michel.pesci@bnpparibas.com
mick.ford@bnpparibas.com
miki.endo@japan.bnpparibas.com

**Company & Corresponding Email Addresses**

mireille.loizeau@bnpparibas.com
mitsuo.fukuda@japan.bnpparibas.com
molby.lim@bnpparibas.com
mouad.boutaour@bnpparibas.com
mourad.tahiri@bnpparibas.com
mylene.karch@bnpparibas.com
myriam.frileux-gaussier@bnpparibas.com
nabil.ouddane@bnpparibas.com
nadine.higgins@uk.bnpparibas.com
narjess.benhadjyahia@uk.bnpparibas.com
natasha.cowie@bnpparibas.com
nathalie.benatia@bnpparibas.com
nathalie.prunier@bnpparibas.com
neal.parker@bnpparibas.com
neil.collins@bnpparibas.com
nelson.lopez.alves@bnpparibas.com
nicola.elshaw@bnpparibas.com
nicola.germano@bnpparibas.com
nicolas.blanc@bnpparibas.com
nicolas.boutar@bnpparibas.com
nicolas.chaput@bnpparibas.com
nicolas.gaultier@bnpparibas.com
nicolas.gazin@bnpparibas.com
nicolas.neurdin@bnpparibas.com
nicole.mitchell@americas.bnpparibas.com
nina.mahdavi@bnpparibas.com
ola.anderssen@americas.bnpparibas.com
olga.simoncelli@americas.bnpparibas.com
olivia.raadgraccodelay@bnpparibas.com
olivier.abihssira@bnpparibas.com
olivier.ahhot@bnpparibas.com
olivier.boutoille@bnpparibas.com
olivier.chermette@bnpparibas.com
olivier.fabas@bnpparibas.com
olivier.fevre@bnpparibas.com
olivier.laplenie@bnpparibas.com
olivier.retiere@bnpparibas.com
olivier.rudez@bnpparibas.com
olivier.rudigoz@bnpparibas.com
olivier.suter@bnpparibas.com
olivier.vella@bnpparibas.com
olivier.vigneron@bnpparibas.com
omar.mezalek@bnpparibas.com
otto.nilssen@bnpparibas.com
pascal.gandrille@bnpparibas.com
pascale.benguigui@bnpparibas.com
pascale.fargnier@bnpparibas.com
patrice.truffer@bnpparibas.com
patricia.donnelly@bnpparibas.com
patrick.barbe@bnpparibas.com
patrick.biver@bnpparibas.com
patrick.d'herouville@bnpparibas.com
patrick.fisch@bnpparibas.com
patrick.leconte@bnpparibas.com

**Company & Corresponding Email Addresses**

patrick.mange@bnpparibas.com
patrick.widmer@bnpparibas.com
patrick.zoro@americas.bnpparibas.com
paul.dockeray@uk.bnpparibas.com
paul.guilbert@bnpparibas.com
paul.hearn@bnpparibas.com
paul.presinzano@americas.bnpparibas.com
pauline.deseauve@bnpparibas.com
peter.bainlardi@americas.bnpparibas.com
peter.butler@bnpparibas.com
peter.kjaergaard@bnpparibas.com
peter.lueck@bnpparibas.com
peter.nowell@uk.bnpparibas.com
philip.ghosn@bnpparibas.com
philippe.blavier@bnpparibas.com
philippe.bordenave@bnpparibas.com
philippe.debreu@bnpparibas.com
philippe.kellerhals@bnpparibas.com
philippe.renaudin@bnpparibas.com
phillip.lamerton@bnpparibas.com
pierre.capsie@bnpparibas.com
pierre.dubernard-laurent@bnpparibas.com
pierre.moulin@bnpparibas.com
pierre.p.picard@bnpparibas.com
pierre.pincemaille@bnpparibas.com
pierre.pinel@bnpparibas.com
pierre-antoine.cousin@bnpparibas.com
pierre-marie.piquet@bnpparibas.com
pierre-yves.guillo@americas.bnpparibas.com
pius.boeswald@bnpparibas.com
prop@bnpparibas.com
rami.tabbara@bnpparibas.com
raul.leotedecarvalho@bnpparibas.com
raymond.sze@asia.bnpparibas.com
recherchecreditbnppam@bnpparibas.com
remy.naturkrejt@bnpparibas.com
renee.chatoux@bnpparibas.com
research.bnppam@bnpparibas.com
resit.talimcioglut@bnpparibas.com
richard.hoss@bnpparibas.com
richard.thompson@bnpparibas.com
richard.ungaro@americas.bnpparibas.com
richard.wittesaele@bnpparibas.com
rim.tehraoui@bnpparibas.com
robert.brogan@bnpparibas.com
robert.cazes@bnpparibas.com
robert.farley@americas.bnpparibas.com
robert.mchugh@americas.bnpparibas.com
rodolphe.chilewicz@bnpparibas.com
rodrigue.antoun@bnpparibas.com
romain.perchet@bnpparibas.com
ronald.grenacher@bnpparibas.com
roseann.burke@americas.bnpparibas.com
roula.rouphael@bnpparibas.com

## Company & Corresponding Email Addresses

ruth.johnstone@uk.bnpparibas.com
s.vranken@bnpparibas.com
sabrina.meyer@bnpparibas.com
sadok.moussa-djarrara@bnpparibas.com
salah.amraoui@bnpparibas.com
salvatore.leanza@bnpparibas.com
sam.mcgairl@uk.bnpparibas.com
samira.clair@bnpparibas.com
sarah.a.smith@bnpparibas.com
sarah.fotsch@bnpparibas.com
sarah.lamb@bnpparibas.com
sarah.mcdonald@uk.bnpparibas.com
sarfaraz.yousaf@uk.bnpparibas.com
satish.selvanathan@bnpparibas.com
scott.dickinson@uk.bnpparibas.com
scott.r.shapiro@americas.bnpparibas.com
scott.x.brown@uk.bnpparibas.com
sebastien.figue@bnpparibas.com
segolene.mathis@bnpparibas.com
serge.guerineau@bnpparibas.com
severine.kettels@bnpparibas.com
shane.thornhill@uk.bnpparibas.com
shirley.remy@americas.bnpparibas.com
silvia.gomez@bnpparibas.com
simon.allocca@bnpparibas.com
simon.fricker@bnpparibas.com
simon.reed@bnpparibas.com
siobhan.hicks@bnpparibas.com
soledad.lecube@bnpparibas.com
soohwan.kim@americas.bnpparibas.com
sophie.fournier@bnpparibas.com
sophie.gautie@bnpparibas.com
sophie.rouillon@bnpparibas.com
stefano.galli@bnpparibas.com
stella.ng@asia.bnpparibas.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.carregues@bnpparibas.com
stephane.castillo-soler@bnpparibas.com
stephane.denise@bnpparibas.com
stephane.duperray@bnpparibas.com
stephane.eglizeau@bnpparibas.com
stephane.geny@bnpparibas.com
stephane.lavaud@bnpparibas.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.marelle@bnpparibas.com
stephanie.pavillon@bnpparibas.com
stephanie.rogers@americas.bnpparibas.com
steve.chew@uk.bnpparibas.com
stewart.davies@uk.bnpparibas.com
sudhir.bhat@americas.bnpparibas.com
sue.lawrence@bnpparibas.com
sunny.pang@asia.bnpparibas.com
susan.gray@uk.bnpparibas.com

**Company & Corresponding Email Addresses**

susannah.bourke@bnpparibas.com
suzanne.cartan@bnpparibas.com
suzanne.sharp@bnpparibas.com
sven.helsen@bnpparibas.com
sylvain.dupuis@bnpparibas.com
ted.koerner@americas.bnpparibas.com
teurquetil@bnpparibas.com
thibaud.gogny-goubert@bnpparibas.com
thibaut.declerck@bnpparibas.com
thierry.creno@bnpparibas.com
thierry.malka@bnpparibas.com
thierry.rojat@bnpparibas.com
thomas.alamalhoda@bnpparibas.com
thomas.heckel@bnpparibas.com
thomas.poullaouec@bnpparibas.com
thomas.to@asia.bnpparibas.com
thuy.doan@uk.bnpparibas.com
thymis.carolides@bnpparibas.com
tony.blanchard@uk.bnpparibas.com
tony.bulcaen@bnpparibas.com
tony.dunoyer@americas.bnpparibas.com
tony.solway@bnpparibas.com
tracey.telfer@uk.bnpparibas.com
tricia.hacioglu@us.bnpparibas.com
tristan.larrue@bnpparibas.com
ulysse.buonomo@bnpparibas.com
valerie.henon@bnpparibas.com
valerie.nicolas@bnpparibas.com
vanina.babbini@bnpparibas.com
veeral.shah@us.bnpparibas.com
veronique.barenne@bnpparibas.com
veronique.floxoli@bnpparibas.com
veronique.geronde@bnpparibas.com
veronique.ormezzano@bnpparibas.com
vincent.boyer@uk.bnpparibas.com
vincent.perrot@bnpparibas.com
vincent.rappo@bnpparibas.com
virginie.badozober@bnpparibas.com
virginie.dedriche@bnpparibas.com
virginie.dessertenne@bnpparibas.com
wendy.scott@uk.bnpparibas.com
william.brunet@bnpparibas.com
william.mandaro@americas.bnpparibas.com
xavier.belligon@bnpparibas.com
xavier.burtschell@bnpparibas.com
xavier.coste@bnpparibas.com
xavier.frelat@bnpparibas.com
xavier.garcia@bnpparibas.com
xavier.hovass@bnpparibas.com
xavier.mathieu@bnpparibas.com
xavier.sement@bnpparibas.com
yann.corbino@bnpparibas.com
yann.quatannens@bnpparibas.com
yannick.ouaknine@bnpparibas.com

**Company & Corresponding Email Addresses**

yassamine.abid@bnpparibas.com
youssef.azami@bnpparibas.com
yuet.wong@asia.bnpparibas.com
yung.wu@americas.bnpparibas.com
yvette.lam@asia.bnpparibas.com
zsolt.banky@bnpparibas.com

**bnpparibus**

boris.pascal@bnpparibus.co

**bnpparis**

christian.champenois@bnpparis.com

**bns**

joe.toh@bns.com.sg

**bnsf**

casey.gourley@bnsf.com
david.burr@bnsf.com
investor.relations@bnsf.com
marsha.morgan@bnsf.com

**bntb**

karenfranklin@bntb.bm

**bnymellon**

alla.azarova@bnymellon.com
andy.clark@bnymellon.com
anita.mcdermot@bnymellon.com
anthony.koon@bnymellon.com
bob.pomeroy@bnymellon.com
carol.mcdermott@bnymellon.com
catherine.rooney@bnymellon.com
christine.abramo@bnymellon.com
christopher.nicholl@bnymellon.com
christopher.nylen@bnymellon.com
claudio.ercolano@bnymellon.com
colin.j.garde@bnymellon.com
cory.cronin@bnymellon.com
cynthia.m.brown@bnymellon.com
daniel.gallagher@bnymellon.com
daniel.gebhart@bnymellon.com
d'arcy.minehane@bnymellon.com
david.aldrich@bnymellon.com
david.judge@bnymellon.com
david.pierce@bnymellon.com
dennis.mcclellan@bnymellon.com
dennis.murray@bnymellon.com
dmccabe@bnymellon.com
edward.morgan@bnymellon.com
gerard.nolan@bnymellon.com
james.hallisey@bnymellon.com
james.malgier@bnymellon.com
james.mcgovern@bnymellon.com
jason.audette@bnymellon.com
jason.zollinger@bnymellon.com
jeremy.moss@bnymellon.com
jonny.browne@bnymellon.com
julie.leahy@bnymellon.com
kai.wong@bnymellon.com

**Company & Corresponding Email Addresses**

kevin.buhse@bnymellon.com
kshitij.mittal@bnymellon.com
lucy.t.boyle@bnymellon.com
makenasdteam@bnymellon.com
mary.ann.fusco@bnymellon.com
maura.o'sullivan@bnymellon.com
mcisari@bnymellon.com
michael.yachimski@bnymellon.com
michael.yoon@bnymellon.com
nancy.sullivan@bnymellon.com
nicholas.tosi@bnymellon.com
olivier.ruff@bnymellon.com
patricia.schneider@bnymellon.com
peter.seelig@bnymellon.com
robert.brady@bnymellon.com
robert.j.martin@bnymellon.com
robert.m.mcgrath@bnymellon.com
robert.mccormack@bnymellon.com
robert.rupp@bnymellon.com
ryder.donahue@bnymellon.com
seema.maru@bnymellon.com
sharon.o'mahony@bnymellon.com
steve.shingiro@bnymellon.com
terence.law@bnymellon.com
theresa.mcmanus@bnymellon.com
thomas.nugent@bnymellon.com
troy.wilson@bnymellon.com
vince.borjas@bnymellon.com
wilson.mastrandrea@bnymellon.com

**bnz**

brendan_marsh@bnz.co.nz
errol_mccutcheon@bnz.co.nz
greg.cotterrell@bnz.co.nz
jason_dwen@bnz.co.nz
lachlan_griffiths@bnz.co.nz
larry_kirwan@bnz.co.nz
mark_o'reilly@bnz.co.nz
michael_jamed@bnz.co.nz
patrick_mullins@bnz.co.nz
rodney_knight@bnz.co.nz
stephen_hong@bnz.co.nz
valerie_michael@bnz.co.nz
vivienne_rooney@bnz.co.nz

**bnzif**

mindy.z.shea@bnzif.co.uk

**bob**

modisao@bob.bw
mosekic@bob.bw
motsumig@bob.bw
motswagaep@bob.bw
sealetsas@bob.bw

**boc**

andrew@boc.or.kr

**boccard**

**Company & Corresponding Email Addresses**

louis-philippe.muller@boccard.ch
marcel.dousse@boccard.ch

**bocgroup**

gaojinyue@bocgroup.com
sonny_wong@bocgroup.com
wangbo@bocgroup.com
zhangjy@bocgroup.com

**bochk**

agnes_wong@bochk.com
chenying@bochk.com
christang@bochk.com
ckfu@bochk.com
cpleung@bochk.com
cpto@bochk.com
daiying@bochk.com
fenghao@bochk.com
francisli@bochk.com
howingwong@bochk.com
hqiang@bochk.com
kfwong@bochk.com
kwli@bochk.com
kwtse@bochk.com
lchen@bochk.com
lr@bochk.com
lui_chiuming@bochk.com
meiyeecheung@bochk.com
mlchanbtc@bochk.com
mmchiu@bochk.com
smkwong@bochk.com
twso@bochk.com
vincent_lui@bochk.com
wilkielai@bochk.com
wllau@bochk.com
wytse@bochk.com
ycheungbtc@bochk.com
ynyuen@bochk.com

**bocusa**

dhoang@bocusa.com
ekatz@bocusa.com
hzhuo@bocusa.com
jhan@bocusa.com
jzeng@bocusa.com
ksin@bocusa.com
lyochiu@bocusa.com
qyliu@bocusa.com
qzhu@bocusa.com
tfu@bocusa.com
tfung@bocusa.com
wsmith@bocusa.com
xjhuang@bocusa.com
xliu@bocusa.com
yeqiu@bocusa.com
yqin@bocusa.com

**boeing**

## Company & Corresponding Email Addresses

gary.d.lee2@boeing.com

**bof**

antti.nurminen@bof.fi
jani.lindholm@bof.fi
jarno.ilves@bof.fi
kai.sotamaa@bof.fi
katja.taipalus@bof.fi
markus.fogelholm@bof.fi
outi.helenius@bof.fi
pentii.pikkarainen@bof.fl
risto.peltokangas@bof.fi
tommi.moilanen@bof.fi
veikko.kantola@bof.fi

**bofa**

jrossi@bofa.com
jstella@bofa.com
vavena@bofa.com

**bofasecurities**

adan.rendon@bofasecurities.com
ali.sufyan@bofasecurities.com
canderson@bofasecurities.com
christopher.j.chiles@bofasecurities.com
daniel.j.ziluca@bofasecurities.com
ivan.m.gjaja@bofasecurities.com
jodi.furman@bofasecurities.com
ken.tuchman@bofasecurities.com
kurt.b.harrison@bofasecurities.com
leo.livolsi@bofasecurities.com
leon.h.tatevossian@bofasecurities.com
matthew.vandyne@bofasecurities.com
michael.hecht@bofasecurities.com
michelle.d.bacal@bofasecurities.com
nicholas.peterfy@bofasecurities.com
susan.m.vansciver@bofasecurities.com

**bogusmail**

mkellen@bogusmail.com

**boh**

bopendack@boh.com
cwyrick@boh.com
daniel.stevens@boh.com
denis.massey@boh.com
dhoule@boh.com
dshigemura@boh.com
ehaik@boh.com
gsumner@boh.com
jige@boh.com
jkatakur@boh.com
kelly.fong@boh.com
kkatsube@boh.com
lbryant@boh.com
lianglee@boh.com
ltiongco@boh.com
mmccamley@boh.com
ndang@boh.com

**Company & Corresponding Email Addresses**

osaikevych@boh.com
piwamoto@boh.com
pnishiki@boh.com
rcrowell@boh.com
rkhlopin@boh.com
rmui@boh.com
robert.wheeler@boh.com

**bohler**

vb@bohler.co.uk

**boi**

aileen.wilson@biam.boi.ie
aisling.carvill@biam.boi.ie
andrew.hay@biam.boi.ie
anne.golden@biam.boi.ie
barry.glavin@biam.boi.ie
behana@biam.boi.ie
beirnee@biam.boi.ie
brendan.owens@biam.boi.ie
brendanm.lardner@biam.boi.ie
brian.routledge@biam.boi.ie
carthyp@biam.boi.ie
cathy.gibson@biam.boi.ie
ce@boi.com.sg
chris.johns@biam.boi.ie
cian.obrien@biam.boi.ie
con.english@boi.ie
cora.hughes@biam.boi.ie
david.furey@biam.boi.ie
david.thompson@biam.boi.ie
david.white@biam.boi.ie
deirdrem.kennedy@biam.boi.ie
deirdrem.oleary@biam.boi.ie
desj.flood@biam.boi.ie
elaine.mulcahy@biam.boi.ie
elaine.ryan@boi.ie
floridesa@biam.boi.ie
frank.connaughton@boiss.boi.ie
gueniade@boi.gov.il
imelda.orange@boiss.boi.ie
jamiep.wood@biam.boi.ie
jane.neill@biam.boi.ie
jimmy.furlong@biam.boi.ie
joe.lawlor@biam.boi.ie
john.mcellin@boiss.boi.ie
katrina.strecher@boi.ie
kevin.lohan@biam.boi.ie
kevinm.walsh@biam.boi.ie
killeenw@biam.boi.ie
lacyp@biam.boi.ie
lahariap@biam.boi.ie
lindsay.mcmillan@biam.boi.ie
lisa.murnin@biam.boi.ie
liudmila.sorgassi@boiss.boi.ie
maryb.mcnulty@biam.boi.ie

## Company & Corresponding Email Addresses

matthew.beale@biam.boi.ie
maurice.fitzgerald@boi.ie
mccarthyb@biam.boi.ie
michael.cosgrave@boi.ie
mick.sweeney@biam.boi.ie
morrisal@boiss.boi.ie
name.surname@biam.boi.ie
niall.oleary@biam.boi.ie
niamh.mcgowan@biam.boi.ie
orla.mellett@biam.boi.ie
osullivanes@biam.boi.ie
patrickj.cunningham@biam.boi.ie
paul.dalton@boi.ie
peter.odonoghue@biam.boi.ie
philip.duggan@biam.boi.ie
raymond.murray@boiss.boi.ie
richard.kelly@biam.boi.ie
ronan.burke@biam.boi.ie
ronan.crosson@biam.boi.ie
ronan.mcmahon@biam.boi.ie
ronan.odonoghue@biam.boi.ie
ruvenh@boi.gov.il
sarac@boi.gov.il
sean.crowe@boi.ie
shirleyba@boi.gov.il
siobhan.carolan@boiss.boi.ie
tony.mcintyre@boiss.boi.ie

**boigm**

adrian.o'sullivan@boigm.com
andy@boigm.com
barry.mcloughlin@boigm.com
barry.moran@boigm.com
barryt.murphy@boigm.com
chris.case@boigm.com
cliona.coakley@boigm.com
conor.rooney@boigm.com
david.neary@boigm.com
david.rickard@boigm.com
david.tilson@boigm.com
dean.berry@boigm.com
deborah.oneill@boigm.com
derek.doody@boigm.com
earnen.fitzpatrick@boigm.com
edward.preston@boigm.com
eimear.turley@boigm.com
finbarr.quirke@boigm.com
graham.crawford@boigm.com
john.barry@boigm.com
john.brennan@boigm.com
john.o'mahony@boigm.com
john.reen@boigm.com
jose.ruiz@boigm.com
kai.fisher@boigm.com
kevin.twomey@boigm.com

**Company & Corresponding Email Addresses**

matthew.galligan@boigm.com
monty.mackenzie@boigm.com
niall.osullivan@boigm.com
patrick.byrne@boigm.com
paul.dillon@boigm.com
paul.greer@boigm.com
pearse.conaty@boigm.com
peter.butler@boigm.com
redmond.oleary@boigm.com
richard.casey@boigm.com
sean.mcbrien@boigm.com
thomas.farrell@boigm.com
tom.turney@boigm.com
trevor.cowan@boigm.com

**boimail**

adrian.behan@boimail.com
annette.o'reilly@boimail.com
brendan.mcloughlin@boimail.com
brian.kealy@boimail.com
brian.lillis@boimail.com
carl.andresen@boimail.com
cathal.gilmartin@boimail.com
conor.linehan@boimail.com
david.walsh@boimail.com
deirdre.m.hogan@boimail.com
eoghan.doyle@boimail.com
fergus.mcguinn@boimail.com
fiona.smith@boimail.com
frank.schmitt@boimail.com
geraldine.hannon@boimail.com
gerry.gillespie@boimail.com
gwen.evans@boimail.com
iain.donovan@boimail.com
joseph.hughes@boimail.com
katherina.bennett@boimail.com
kevin.holden@boimail.com
kieran.rockett@boimail.com
mary.gaffney@boimail.com
michael.mahar@boimail.com
niamh.o'flynn@boimail.com
pat.mcbride@boimail.com
paul.kulkarni@boimail.com
philip.allen@boimail.com
ray.wyer@boimail.com
ronan.gately@boimail.com
sinead.eaton@boimail.com
tom.hayes@boimail.com

**boitib**

alan.hartley@boitib.com
bryan.conway@boitib.com
catherine.keane@boitib.com
liam.whelan@boitib.com
paul.flynn@boitib.com
paul.mcenroe@boitib.com

## Company & Corresponding Email Addresses

rosalind.torney@boitib.com
sheila.kerins@boitib.com
simon.barry@boitib.com
vincent.digby@boitib.com

### boiuk

brendan.gilmore@boiuk.com
joerg.bachtler@boiuk.com
peter.mullen@boiuk.com
will.haywood@boiuk.com

### boius

ford.young@boius.com

### boj

akinari.horii@boj.or.jp
atsushi.miyanoya@boj.or.jp
atsushi.samitsu@boj.or.jp
atsushi.takeuchi@boj.or.jp
atsushi.ueno@boj.or.jp
eiji.maeda@boj.or.jp
hara@boj.co.uk
haruyuki.toyama@boj.or.jp
hirofumi.kouda@boj.or.jp
hiroki.inaba@boj.or.jp
hiroo.mizuno@boj.or.jp
hiroshi.nakaso@boj.or.jp
hirotaka.inoue@boj.or.jp
hiroto.uehara@boj.or.jp
hiroyasu.andou@boj.or.jp
hitoshi.mio@boj.or.jp
ichirou.mutou@boj.or.jp
isao.hishikawa@boj.or.jp
izumi.yamashtia@boj.or.jp
jouji.ishikawa@boj.or.jp
jun.iwasaki@boj.or.jp
junko.ishikawa@boj.or.jp
junko.tanigawa@boj.or.jp
kameda@boj.co.uk
katsuhiko.aiba@boj.or.jp
kawakami@boj.co.uk
ken.chikada@boj.or.jp
kiyoshi.watanabe@boj.or.jp
kiyoto.ido@boj.or.jp
kunimasa.antoku@boj.or.jp
kyousuke.shiotani@boj.or.jp
makoto.saitou-3@boj.or.jp
masafumi.miya@boj.co.jp
masao.yamada-1@boj.or.jp
masayoshi.amamiya@boj.or.jp
mizuki.yanagisawa@boj.or.jp
nami.numoto@boj.or.jp
naomi.komori@boj.or.jp
naoya.okada@boj.or.jp
naoyuki.suzuki@boj.or.jp
nobukazu.ono@boj.or.jp
nozomi.kakinuma@boj.or.jp

## Company & Corresponding Email Addresses

omoi@boj.co.uk
ono@boj.co.uk
rieko.matsuzawa@boj.or.jp
rieko.tsuchiya@boj.or.jp
rnishi@boj.co.uk
satoe.aoki@boj.or.jp
satoshi.heike@boj.or.jp
satoshi.nagano@boj.or.jp
sayako.konno@boj.or.jp
shimizu@boj.co.uk
shin.nakahara-0035@boj.or.jp
shinichirou.kawano@boj.or.jp
shinobu.nakagawa@boj.or.jp
shinsuke.ohyama@boj.or.jp
shiori.kitamura@boj.or.jp
tadashi.nunami@boj.or.jp
tai.terada@boj.or.jp
takashi.yagi@boj.or.jp
takei@boj.co.uk
taku.onodera@boj.or.jp
takurou.kouno@boj.or.jp
takuya.shibayama@boj.or.jp
tanemura@boj.co.uk
teizo.taya@boj.or.jp
tokiko.shimizu@boj.or.jp
tomonori.yuyama@boj.or.jp
toru.tokoyoda@boj.or.jp
toshiaki.kamijyou@boj.or.jp
toshikazu.sasaki@boj.or.jp
toshio.idesawa@boj.or.jp
toshio.tsuiki@boj.or.jp
wataru.takahashi@boj.or.jp
yamashita@boj.org.hk
yashiki@boj.co.uk
yasuaki.amatatsu@boj.or.jp
yoshihiro.takada-1@boj.or.jp
yoshiki.kokubo@boj.or.jp
yoshiyuki.fukuda@boj.or.jp
yosikuni@boj.co.uk
youichi.ueno@boj.or.jp
youko.takeda@boj.or.jp
yousuke.yasui@boj.or.jp
yukiko.kurachi@boj.or.jp
yumi.suzuki@boj.or.jp
yuuji.yokobori@boj.or.jp
yuuki.shimizu@boj.or.jp
yuusuke.ootsubo@boj.or.jp
yuusuke.oozeki@boj.or.jp

### bojny

fujiwara@bojny.com
ryoji.koike@bojny.com
shigemoto@bojny.com
tetsuro.hanajiri@bojny.com

### bok

## Company & Corresponding Email Addresses

andrew@bok.or.kr
baek@bok.or.kr
baeklee@bok.or.kr
bhbaek@bok.or.kr
bokmpat@bok.or.kr
boram@bok.or.kr
bpetit@bok.or.kr
brlee@bok.or.kr
bwjung@bok.or.kr
chang_cs@bok.or.kr
changmin@bok.or.kr
chcheon@bok.or.kr
choich@bok.or.kr
choish@bok.or.kr
chyoo@bok.or.kr
cider1977@bok.or.kr
cjlim@bok.or.kr
cks@bok.or.kr
coolpark@bok.or.kr
csi@bok.or.kr
djyang@bok.or.kr
dongchoi@bok.or.kr
dshong@bok.or.kr
eesh@bok.or.kr
eggjieun@bok.or.kr
ghyim@bok.or.kr
gkwnchoi@bok.or.kr
hanskim@bok.or.kr
hansungkim@bok.or.kr
heedonkang@bok.or.kr
hihikss@bok.or.kr
hkims@bok.or.kr
hkrhu@bok.or.kr
holim@bok.or.kr
hoon@bok.or.kr
hrkim@bok.or.kr
hschoo@bok.or.kr
hslee@bok.or.kr
hsshin@bok.or.kr
htk@bok.or.kr
huhjinho@bok.or.kr
hyuk@bok.or.kr
hyunchang78@bok.or.kr
idjung@bok.or.kr
irobot@bok.or.kr
itkim@bok.or.kr
jakoh@bok.or.kr
jeanchang@mail.bok.com.tw
jetkang@bok.or.kr
jhchung@bok.or.kr
jhhuh@bok.or.kr
jhjoo@bok.or.kr
jhkim@bok.or.kr
jiminpark@bok.or.kr

**Company & Corresponding Email Addresses**

jjinpark@bok.or.kr
jjyoung@bok.or.kr
jkwang@bok.or.kr
jminpark@bok.or.kr
jmseo@bok.or.kr
joongsiklee@bok.or.kr
jpark@bok.or.kr
jscha@bok.or.kr
jswon@bok.or.kr
juneau@bok.or.kr
junseo@bok.or.kr
justti@bok.or.kr
juylee@bok.or.kr
jwk@bok.or.kr
jychoi@bok.or.kr
kb1516@bok.or.kr
kbchoe@bok.or.kr
kbkim@bok.or.kr
kcahn@bok.or.kr
kckuo@mail.bok.com.tw
kdh@bok.or.kr
keumjm@bok.or.kr
kig@bok.or.kr
kijeun@bok.or.kr
killer@bok.or.kr
kimds@bok.or.kr
kimhoon@bok.or.kr
kimsw@bok.or.kr
kjhang@bok.or.kr
kjs6010@bok.or.kr
kmsbok@bok.or.kr
kmyook@bok.or.kr
ksw@bok.or.kr
kth@bok.or.kr
kumhawoh@bok.or.kr
kyo@bok.or.kr
lawlee@bok.or.kr
lch1028@bok.or.kr
leeshng@bok.or.kr
leeys@bok.or.kr
lmoon@bok.or.kr
lollol@bok.or.kr
mayking@bok.or.kr
mijoolee@bok.or.kr
mildruby@bok.or.kr
minjang@bok.or.kr
monitoring@bok.or.kr
mpdept@bok.or.kr
mzrk1@bok.or.kr
namhyun@bok.or.kr
namyi.kang@bok.or.kr
ngchoi@bok.or.kr
ninaas@bok.or.kr
nirvana@bok.or.kr

## Company & Corresponding Email Addresses

ohyg@bok.or.kr
ornge@bok.or.kr
overseas@bok.or.kr
park425@bok.or.kr
park78@bok.or.kr
pkchu@bok.or.kr
repo1@bok.or.kr
samuelkim@bok.or.kr
sbchae@bok.or.kr
sbn@bok.or.kr
scipio21@bok.or.kr
sdchung@bok.or.kr
seyoon@bok.or.kr
sgkang@bok.or.kr
sgyoon@bok.or.kr
shark@bok.or.kr
shinsy@bok.or.kr
shkim21@bok.or.kr
shoch@bok.or.kr
sjyang@bok.or.kr
skk@bok.or.kr
smjang@bok.or.kr
song@bok.or.kr
soowon@bok.or.kr
style1@bok.or.kr
suhmg@bok.or.kr
sukjunyang@bok.or.kr
sungwon@bok.or.kr
sws@bok.or.kr
swsuh@bok.or.kr
sympool@bok.or.kr
syonglee@bok.or.kr
taekwon@bok.org.uk
therese@bok.or.kr
tjnam@bok.or.kr
topchung@bok.or.kr
tulturi2@bok.or.kr
vincent@bok.or.kr
wanochoi@bok.or.kr
wshong@bok.or.kr
yjyoon@bok.or.kr
ykh102@bok.or.kr
ykrhee@bok.or.kr
yonghooni@bok.or.kr
youngkim@bok.or.kr
youngseok@bok.or.kr
youngsuli@bok.or.kr
yspark@bok.or.kr

### bokf

bbenanzer@bokf.com
bemmons@bokf.com
bhenderson@bokf.com
jcapps@bokf.com
jcoffman@bokf.com

**Company & Corresponding Email Addresses**

jholloman@bokf.com
jhuntzinger@bokf.com
jsanders@bokf.com
lallen@bokf.com
lgrim@bokf.com
maharris@bokf.com
mciabocchi@bokf.com
tferguson@bokf.com

**boltblue**
spiracom@boltblue.com

**bondinvestor**
agreco@bondinvestor.com
dmadigan@bondinvestor.com
jwcraig@bondinvestor.com
lwinslow@bondinvestor.com
mbuscone@bondinvestor.com
mhaley@bondinvestor.com
mhodgman@bondinvestor.com
pcoffin@bondinvestor.com
pnewell@bondinvestor.com
smooney@bondinvestor.com

**bondwave**
mtreter@bondwave.com
rgraham@bondwave.com

**bonusplus**
gabriel.maeder@bonusplus.ch

**bony**
cdienno@bony.com
dsteele@bony.com
gmartino@bony.com
lbuchanon@bony.com
pcrowe@bony.com
sgreer@bony.com
vbalouzian@bony.com

**boots-plc**
carole.dickinson@boots-plc.com
chris.laud@boots-plc.com
howard.dodd@boots-plc.com
peter.baguley@boots-plc.com

**bopso**
carlo.delgrosso@bopso.ch

**bordier**
baddi@bordier.com
bhend@bordier.com
boyer@bordier.com
chardier@bordier.com
dietrich@bordier.com
ducommun@bordier.com
girod@bordier.com
juvet@bordier.com
laborde@bordier.com
leclerc@bordier.com
natalini@bordier.com
pellet@bordier.com

## Company & Corresponding Email Addresses

perret@bordier.com
rosanoff@bordier.com
statkow@bordier.com
tinguely@bordier.com
wiederkehr@bordier.com
zancanella@bordier.com

### borel
rfick@borel.com

### bosch
boris.gleissner@de.bosch.com
hans.ruebel2@de.bosch.com
henk.becker@de.bosch.com
klaus.albeck@de.bosch.com
marco.rasch@de.bosch.com
martin.joos@de.bosch.com
misoon.shin@de.bosch.com
sabine.sekutor@de.bosch.com
stefan.lauinger@de.bosch.com
wolfgang.stein@de.bosch.com

### bostonadvisors
andrea.giacalone@bostonadvisors.com
chris.zani@bostonadvisors.com
david.hanna@bostonadvisors.com
james.gaul@bostonadvisors.com
lisa.sebesta@bostonadvisors.com
mike.vogelzang@bostonadvisors.com
robyn.misiano@bostonadvisors.com
shakeel.dewji@bostonadvisors.com
tanya.kerrigan@bostonadvisors.com

### bostonis
jcrangle@bostonis.com

### bostonprivatebank
ebuckley@bostonprivatebank.com
gkrejmas@bostonprivatebank.com
gschwartz@bostonprivatebank.com
jenglund@bostonprivatebank.com
joconnell@bostonprivatebank.com
kablondi@bostonprivatebank.com
kgentile@bostonprivatebank.com
kpapson@bostonprivatebank.com
lames@bostonprivatebank.com
rhines@bostonprivatebank.com
rsipley@bostonprivatebank.com
rwannop@bostonprivatebank.com
ssainju@bostonprivatebank.com

### bostonprobes
tjohansen@bostonprobes.com

### bot
041779@mail.bot.com.tw
047775@mail.bot.com.tw
081975@mail.bot.com.tw
082116@mail.bot.com.tw
088932@mail.bot.com.tw
099602@mail.bot.com.tw

**Company & Corresponding Email Addresses**

101218@mail.bot.com.tw
110287@mail.bot.com.tw
achavapc@bot.or.th
adulsaka@bot.or.th
alisaras@bot.or.th
amornt@bot.or.th
ampors@bot.or.th
aroonsrt@bot.or.th
arunratn@bot.or.th
bot069@mail.bot.com.tw
bot12502@mail.bot.com.tw
botevp06@mail.bot.com.tw
burina@bot.or.th
bussarpa@bot.or.th
charnchail@bot.or.th
choteaps@bot.or.th
chotibhj@bot.or.th
danaiar@bot.or.th
darapad@bot.or.th
duangjas@bot.or.th
ekonk@bot.or.th
fasapp@bot.or.th
garykao@mail.bot.com.tw
george@mail.bot.com.tw
huohlynn@mail.bot.com.tw
isarap@bot.or.th
jarumanr@bot.or.th
jarumant@bot.or.th
jasonho@mail.bot.com.tw
kanockck@bot.or.th
khwankaj@bot.or.th
kittipaj@bot.or.th
kittipom@bot.or.th
krisanas@bot.or.th
marywang@mail.bot.com.tw
may.chen@mail.bot.com.tw
melanie@mail.bot.com.tw
nalink@bot.or.th
nhuo@bot.or.th
noppuny@bot.or.th
nujchanp@bot.or.th
nuttl@bot.or.th
ongartp@bot.or.th
passarac@bot.or.th
patrick@mail.bot.com.tw
phurichr@bot.or.th
pimpanc@bot.or.th
ponladep@bot.or.th
poonsroc@bot.or.th
prasongw@bot.or.th
prisadej@bot.or.th
rattanad@bot.or.th
raychen@mail.bot.com.tw
ronadoln@bot.or.th

**Company & Corresponding Email Addresses**

santir@bot.or.th
saranunp@bot.or.th
sarayutc@bot.or.th
smiths@bot.or.th
subinl@bot.or.th
sudawanr@bot.or.th
sudpreel@bot.or.th
sunthart@bot.or.th
suparatt@bot.or.th
supawadp@bot.or.th
supotek@bot.or.th
suppachc@bot.or.th
supreeyp@bot.or.th
swisaa@bot.or.th
teerayak@bot.or.th
thammarm@bot.or.th
tharithp@bot.or.th
theeraph@bot.or.th
thirachp@bot.or.th
trini@bot.or.th
umpaii@bot.or.th
vachiraa@bot.or.th
vanaporl@bot.or.th
varinp@bot.or.th
vasuvir@bot.or.th
visras@bot.or.th
wenaril@bot.or.th
wikrann@bot.or.th
wongjans@bot.or.th
wongwatp@bot.or.th
woramonk@bot.or.th
yootk@bot.or.th

**botsg**
carol@botsg.com

**bouwfonds**
d.acker@bouwfonds.nl
h.kroon@bouwfonds.nl
j.thompson@bouwfonds.nl
l.muller@bouwfonds.nl
m.arnoldy@bouwfonds.nl
m.dubois@bouwfonds.nl
o.hoogeveen@bouwfonds.nl

**bouyguestelecom**
eforest@bouyguestelecom.fr
ehaentje@bouyguestelecom.fe

**bov**
aldo.scardino@bov.com
bernard.cassar@bov.com
david.darmanin@bov.com
david.paceross@bov.com
dorianne.cassar@bov.com
joanne.grech@bov.com
johann.ferrando@bov.com
mark.scicluna@bov.com

## Company & Corresponding Email Addresses

mvella.vfm@bov.com
omar.ellul@bov.com

### bp

admansga@bp.com
bob.moore@bp.com
byeg@bp.com
colemagw@bp.com
fergusmacleod@bp.com
hallpm@bp.com
hewinsrr@bp.com
huckje@bp.com
isabelle.schirmer@uk.bp.com
keith.westhead@bp.com
lamoretf@bp.com
peattidk@bp.com
sloughp@bp.com
taylord13@bp.com
tba@bp.com
trols1@bp.com

### bpb

maurizio.amaglio@bpb.it
stefania.morotti@bpb.it

### bpbassicurazioni

francesco.filacchioni@bpbassicurazioni.it
marco.aliprandi@bpbassicurazioni.it

### bpbfinance

d.roncaglio@bpbfinance.com
r.gervasoni@bpbfinance.com
s.acquaroli@bpbfinance.com

### bpbt

rchaulman@bpbt.com

### bpbtc

arandall@bpbtc.com
bcummings@bpbtc.com
ccasey@bpbtc.com
dbarrie@bpbtc.com
dcunningham@bpbtc.com
dglen@bpbtc.com
eburkhalter@bpbtc.com
gpapin@bpbtc.com
gschwartz@bpbtc.com
jparker@bpbtc.com
jravida@bpbtc.com
jwailes@bpbtc.com
lchauncey@bpbtc.com
mhoyt@bpbtc.com
mthompson@bpbtc.com
pokeefe@bpbtc.com
reverett@bpbtc.com
rhenderson@bpbtc.com
rkjellman@bpbtc.com
rquinn@bpbtc.com
tvaill@bpbtc.com
wpressey@bpbtc.com

## Company & Corresponding Email Addresses

### bpci
e.deacal@bpci.it
m.villa@bpci.it
me.gatti@bpci.it
pe.pelizzari@bpci.it

### bpd
james.sharer@bpd.treas.gov

### bpdbank
fporta@bpdbank.com

### bper
ajans@bper.ch
alessandro.brizzi@bper.it
alessandro.zini@bper.it
andrea.campagnoli@bper.it
andrea.manzini@bper.it
bjacquier@bper.ch
bmeier@bper.ch
ccouyoumtzelis@bper.ch
crohrbasser@bper.ch
daniela.serra@bper.it
davide.fantoni@bper.it
dengel@bper.ch
diego.baroncini@bper.it
elena.fava@bper.it
erika.furno@bper.it
eroeder@bper.ch
federica.ferrari@bper.it
framza@bper.ch
francesco.altilia@bper.it
franza@bper.ch
gabriele.ugolini@bper.it
gguyon@bper.ch
gilberto.borghi@bper.it
guido.fabbri@bper.it
intmobiliare@bper.it
jpbruhin@bper.ch
jvallade@bper.ch
lbacci@bper.ch
lcf-rotschild-funds@bper.ch
llemke@bper.ch
lorenzo.batacchi@bper.it
lxu@bper.ch
marco.parravicini@bper.it
marco.righinicli@bper.it
massimo.bonisoli@bper.it
matteo.cavedoni@bper.it
matteo.malmusi@bper.it
mbruderer@bper.ch
mcurty@bper.ch
mlagier@bper.ch
mreinhardt@bper.ch
mstrauss@bper.ch
paolo.panini@bper.it
pchollet@bper.ch

**Company & Corresponding Email Addresses**

plederrey@bper.ch
privee-bourse@bper.ch
pscherrer@bper.ch
psegal@bper.ch
pvasas@bper.ch
pybrack@bper.ch
rebecca.bianconi@bper.it
roberto.benatti@bper.it
roberto.panini@bper.it
romeo.orlandi@bper.it
skostenbaum@bper.ch
stefano.montorsi@bper.it
tiziano.fantozzi@bper.it
tommaso.perrone@bper.it

**bpf**
ivano.masiero@bpf.com
renato.calabretto@bpf.com

**bph**
andrzej.krzeminski@bph.pl
arkadiusz.gwozdz@bph.pl
grzegorz.bialobrzeski@bph.pl
izabela.klejnowska@bph.pl
jacek.jurczynski@bph.pl
jacek.ostas@bph.pl
jakub.koscielski@bph.pl
magdalena.machura@bph.pl
marcin.mrowiec@bph.pl
mateusz.swierczewski@bph.pl
piotr.mielus@bph.pl
ryszard.petru@bph.pl
tomasz.mironczuk@bph.pl

**bpi**
159700@bpi.pt
abc@bpi.pt
aca@bpi.pt
alf@bpi.pt
amv@bpi.pt
bas@bpi.pt
cpp@bpi.pt
cs@bpi.pt
eduardo.monteiro@bpi.pt
f.cirignano@bpi.it
fcr@bpi.pt
fu@bpi.pt
fxa@bpi.pt
icb@bpi.pt
jba@bpi.pt
jcb@bpi.pt
jcr@bpi.pt
jmst@bpi.pt
joao.aleixo.silveira@bpi.pt
jqm@bpi.pt
lbx@bpi.pt
maj@bpi.pt

## Company & Corresponding Email Addresses

mjgb@bpi.pt
mpc@bpi.pt
psa@bpi.pt
pso@bpi.pt
rac@bpi.pt
rta@bpi.pt
sdm@bpi.pt
ssl@bpi.pt
vitor.hugo.pires@bpi.pt
vmg@bpi.pt
vst@bpi.pt

**bpi-gruposantander**

bpetrozzi@bpi-gruposantander.com
tfernandez@bpi-gruposantander.com

**bpintra**

barberis@bpintra.it
budelli@bpintra.it
caputo@bpintra.it
federici@bpintra.it
guzzo@bpintra.it
marcello@bpintra.it
mercuri@bpintra.it
pisoni@bpintra.it
reho@bpintra.it
romano@bpintra.it
santoro@bpintra.it
secomandi@bpintra.it
somaschini@bpintra.it
tudisco@bpintra.it
vairetti@bpintra.it

**bpk**

froidevaux.jean-pierre@bpk.ch
wiedmer.hanspeter@bpk.ch

**bpl**

c.tarenzi@bpl.gruppobipielle.it
g.boni@bpl.gruppobipielle.it
o.brunetti@bpl.gruppobipielle.it
t.bianchi@bpl.gruppobipielle.it

**bpm**

adam.white@bpm.it
andrea.ferrari@bpm.it
andrew.law@bpm.it
arne.riscassi@bpm.it
barbara.bocchio@bpm.it
beverley.dyson@bpm.it
daniela.finocchio@bpm.it
emanuela.galbiati@bpm.it
enzo.bergamini@bpm.it
enzo.chiesa@bpm.it
fabio.faina@bpm.it
francesca.fiorita@bpm.it
giacomo.fumu@guest.bpm.it
giorgio.pellagatti@bpm.it
giovanni.prati.de.pellati@bpm.it

**Company & Corresponding Email Addresses**

giuseppe.marcato@bpm.it
graham.dudden@bpm.it
jeremy.spain@bpm.it
lucia.casoli@bpm.it
luigi.fulgosi@bpm.it
marco.colautto@bpm.it
marco.ferrario@bpm.it
oscar.cipelli@bpm.it
renzo.tarantino@bpm.it
roberto.peronaglio@bpm.it
rosa.gisini@bpm.it
rosamaria.colicchia@bpm.it
salvatore.di.vincenzo@bpm.it
sean.martin@bpm.it
stefano.panerai@bpm.it
valerio.piacentini@bpm.it
valter.apostolo@bpm.it
walter.apostolo@bpm.it

**bpmarostica**

antonio_prosdocimo@bpmarostica.it
francesco_brotto@bpmarostica.it

**bpmny**

aprofita@bpmny.com
jchatman@bpmny.com
rcruz@bpmny.com
rdesantes@bpmny.com
tfitzherbert@bpmny.com

**bpmsgr**

andrea.bergamaschi@bpmsgr.it
andrea.mancadori@bpmsgr.it
armando.carcaterra@bpmsgr.it
carla.scarano@bpmsgr.it
emilia.colombo@bpmsgr.com
fabrizio.viola@bpmsgr.it
gianluca.follador@bpmsgr.it
giuseppe.sarti@bpmsgr.it
lucia.frazzon@bpmsgr.it
manuela.novati@bpmsgr.it
marco.seveso@bpmsgr.it
mary.thomson@bpmsgr.it
piero.cirenei@bpmsgr.com

**bpmvita**

francesco.campominosi@bpmvita.it
giulio.delsante@bpmvita.it
giuseppe.giusto@bpmvita.it
marta.calisse@bpmvita.it
maurizio.bellini@bpmvita.it
maurizio.cavirani@bpmvita.it

**bpn**

bertolottil@bpn.it
leoa@bpn.it
lovetereg@bpn.it
maggiolie@bpn.it
roccamenaa@bpn.it

**Company & Corresponding Email Addresses**

zemeg@bpn.it

**bpop**
emeah@bpop.com
hrams@bpop.com
khenniga@bpop.com
rmcgill@bpop.com

**bportugal**
chribeiro@bportugal.pt
jmalves@bportugal.pt
jorge.eduardo.marcal@bportugal.pt
jpsbraga@bportugal.pt
ljeronimo@bportugal.pt
lmsousa@bportugal.pt
mcandeias@bportugal.pt
pdias@bportugal.pt

**bpp**
passuncao@bpp.pt
pmorais@bpp.pt

**bppr**
angelriverag@bppr.com
eaguilar@bppr.com
elhernandez@bppr.com
jblasini@bppr.com
jsoroeta@bppr.com
llastra@bppr.com
rbarrios@bppr.com

**bpr**
liverani.alfredo@bpr.it

**bpscapital**
crooney@bpscapital.com
gwahlen@bpscapital.com
jjohnson@bpscapital.com
pknapp@bpscapital.com

**bpsd**
gudika@bpsd.fr
v.nocton@bpsd.fr

**bp-sd**
antoine.demenibus@bp-sd.com
berthod.becam@bp-sd.com

**bpservizi**
ragioneria@bpservizi.it

**bpubanca**
claudio.soranzo@bpubanca.it
ezio.castagna@bpubanca.it
giorgio.erasmi@bpubanca.it
giorgio.masoero@bpubanca.it
laura.giannotti@bpubanca.it
luca.pavesi@bpubanca.it
luigi.dimartino@bpubanca.it
riccardo.magni@bpubanca.it
roberto.bini@bpubanca.it
rossella.leidi@bpubanca.it

**bpuinvestments**
alustig@bpuinvestments.com

## Company & Corresponding Email Addresses

dcheswick@bpuinvestments.com
mbfeduska@bpuinvestments.com

### bpv

alessandro.stangalini@bpv.it
ammtit@bpv.it
amtit@bpv.it
cambrianid@bpv.it
esterovr@bpv.it
finanza@bpv.it
fondimo@bpv.it
franco.fieni@bpv.it
giorgio.scognamillo@bpv.it
luigi.sartini@bpv.lu
maurizio.galli@bpv.it
silvia.demase@bpv.it
spuntatitolimo@bpv.it
vito.macchia@bpv.it

### bpvifondi

gzucchini@bpvifondi.it
lmascheroni@bpvifondi.it
lpardini@bpvifondi.it
spuppini@bpvifondi.it

### bpviinc

brenda@bpviinc.com
deno@bpviinc.com
don@bpviinc.com
egoldberg@bpviinc.com
jim@bpviinc.com
ken@bpviinc.com
mary@bpviinc.com
morgan@bpviinc.com
mtimm@bpviinc.com
rachel@bpviinc.com
ryan@bpviinc.com
steve@bpviinc.com
tim@bpviinc.com
timd@bpviinc.com
woody@bpviinc.com

### bpvn

jorge.cunha@bpvn.lu
steve.tonizzo@bpvn.lu

### bradfordmarzec

abond@bradfordmarzec.com
bkang@bradfordmarzec.com
ccoleman@bradfordmarzec.com
chrisb@bradfordmarzec.com
clin@bradfordmarzec.com
dianeb@bradfordmarzec.com
dlopez@bradfordmarzec.com
gallen@bradfordmarzec.com
hclifford@bradfordmarzec.com
imarsee@bradfordmarzec.com
jbrothers@bradfordmarzec.com
jcheng@bradfordmarzec.com

## Company & Corresponding Email Addresses

jgibbons@bradfordmarzec.com
jheitkemper@bradfordmarzec.com
jmoore@bradfordmarzec.com
jremillard@bradfordmarzec.com
jsafran@bradfordmarzec.com
jwlodek@bradfordmarzec.com
kparker@bradfordmarzec.com
mkaton@bradfordmarzec.com
mkiani@bradfordmarzec.com
mwalsh@bradfordmarzec.com
nalhadeff@bradfordmarzec.com
rkoh@bradfordmarzec.com
seanc@bradfordmarzec.com
snguyen@bradfordmarzec.com
tbradford@bradfordmarzec.com
terryr@bradfordmarzec.com
zmarzec@bradfordmarzec.com

### braeburncapital
johnson@braeburncapital.com
rhys@braeburncapital.com
tmulvaney@braeburncapital.com

### braverstern
valentine@braverstern.com

### bred
alain.behar@bred.fr
alain.ouzou@bred.fr
albert.elfassy@bred.fr
alexandre.kubiak@bred.fr
anne-laure.bronstein@bred.fr
bernard.gadelle@bred.fr
catherine.caballero@bred.fr
catherine.salducci@bred.fr
christine.mahamba@bred.fr
d_roguet@bred.fr
daniel.aidan@bred.fr
emmanuel.bechet@bred.fr
ethel.salducci@bred.fr
fabrice.houze@bred.fr
frederic.jallet@bred.fr
frederic.philippe@bred.fr
guillaume.de-lafarge@bred.fr
guillaume.jamain@bred.fr
guillaume.perret@bred.fr
jean-philippe.foucher@bred.fr
jerome.guiot-dorel@bred.fr
jerome.olivier@bred.fr
karine.ferrer@bred.fr
marc.ryszfeld@bred.fr
olivier.deneuville@bred.fr
olivier.sauvage@bred.fr
pascal.marionneau@bred.fr
pierre.masliah@bred.fr
quang-vinh.le@bred.fr
rodolphe.bailleuil@bred.fr

## Company & Corresponding Email Addresses

    sdm003@bred.fr
    sdm004@bred.fr
    sdm006@bred.fr
    sdm013@bred.fr
    sebastien.delage@bred.fr
    stephane.cuartero@bred.fr
    thierry.le-gall@bred.fr

**brederode**
    info@brederode.be

**bremen**
    karl-heinz.burmester@sparkasse.bremen.de

**bremer**
    bkstousland@bremer.com
    cmmanfred@bremer.com
    crfreiberg@bremer.com
    djerickson@bremer.com
    djmelroe@bremer.com
    djpetersen@bremer.com
    jbmccourtney@bremer.com
    rbbuck@bremer.com
    srmcfarlane@bremer.com
    trfinnerty@bremer.com

**bremerlandesbank**
    cora.bernecker@bremerlandesbank.de
    elke.heinig@bremerlandesbank.de
    fred.walther@bremerlandesbank.de
    guido.schlichting@bremerlandesbank.de
    kirsten.discher@bremerlandesbank.de
    maria-luisa.deli@bremerlandesbank.de
    rainer.punke@bremerlandesbank.de
    tanja.hornburg@bremerlandesbank.de

**brentonbank**
    brad.cunningham@brentonbank.com

**brfinancialgroup**
    kevin.mcentee@brfinancialgroup.com

**brgco**
    azilberberg@brgco.com
    bdelaet@brgco.com
    dschroyen@brgco.com
    dwi@brgco.com
    ead@brgco.com
    fle@brgco.com
    jtheunissen@brgco.com
    pst@brgco.com
    sbe@brgco.com
    svc@brgco.com

**brhlp**
    brian.mccormack@brhlp.com
    david.doherty@brhlp.com
    ken.richard@brhlp.com

**bri**
    rudjito@bri.co.id

**bridgestone**
    kawashima.kazuhito@bridgestone.co.jp

## Company & Corresponding Email Addresses

### bridport
dehartog@bridport.ch
giannuzzo@bridport.ch
stojanovic@bridport.ch
thiebaud@bridport.ch

### bridportjersey
bell@bridportjersey.net
jones@bridportjersey.net
vetier@bridportjersey.net

### brinson
adamsd@brinson.com
burkec@brinson.com
clarker@brinson.com
cummingn@brinson.com
dellaquilaf@brinson.com
engwellv@brinson.com
grahams@brinson.com
hallg@brinson.com
humphriesm@brinson.com
lambm@brinson.com
liny@brinson.com
provinceg@brinson.com
sheehyb@brinson.com
smidchense@brinson.com
smithte@brinson.com
strahlh@brinson.com
wozniakg@brinson.com
yeadona@brinson.com

### britamtob
andrew_cripps@britamtob.com
mike_hall@britamtob.com
patrick_aylmer@britamtob.com

### britannia
andrew.beech@britannia.co.uk
andrew.donnelly@britannia.co.uk
andrew.roberts@britannia.co.uk
christopher.gardner@britannia.co.uk
clair.taylor-henshall@britannia.co.uk
elaine.fox@britannia.co.uk
elaine.mahoney@britannia.co.uk
gemma.jones@britannia.co.uk
graham.jones@britannia.co.uk
jeremy.helme@britannia.co.uk
jon.katovsky@britannia.co.uk
laura.shaw@britannia.co.uk
paul.fergusson@britannia.co.uk
spencer.ashby@britannia.co.uk
steve.nichols@britannia.co.uk
steven.morris@britannia.co.uk
tony.hubbard@britannia.co.uk

### britannicasset
afield@britannicasset.com
amccreaddie@britannicasset.com
asinclair@britannicasset.com

## Company & Corresponding Email Addresses

awporter@britannicasset.com
bpaterson@britannicasset.com
cgray@britannicasset.com
chay@britannicasset.com
cpaton@britannicasset.com
dhaxton@britannicasset.com
dlee@britannicasset.com
dmcewan@britannicasset.com
dphillips@britannicasset.com
emackenzie@britannicasset.com
emcguire@britannicasset.com
emiddleton@britannicasset.com
fpage@britannicasset.com
gjohnston@britannicasset.com
gmcintosh@britannicasset.com
hfallow@britannicasset.com
initialsurname@britannicasset.com
jmccartney@britannicasset.com
jmckenna@britannicasset.com
kburden@britannicasset.com
kfenelon@britannicasset.com
kmclardy@britannicasset.com
lmcgregor@britannicasset.com
phughes@britannicasset.com
rbenson@britannicasset.com
rcrawford@britannicasset.com
rdavidson@britannicasset.com
rjack@britannicasset.com
rmcallister@britannicasset.com
scusack@britannicasset.com
sjohnstone@britannicasset.com
tchigariro@britannicasset.com

**britinsurance**
mike.chambers@britinsurance.com
mike.sibthorpe@britinsurance.com

**british-airways**
george.h.stinnes@british-airways.com

**broadwaybankchicago**
dg@broadwaybankchicago.com
kpancholi@broadwaybankchicago.com

**brownadvisory**
bbehrens@brownadvisory.com
bfinnell@brownadvisory.com
cberrier@brownadvisory.com
creid@brownadvisory.com
deisenberg@brownadvisory.com
doliver@brownadvisory.com
dpowell@brownadvisory.com
dschuster@brownadvisory.com
echa@brownadvisory.com
efinney@brownadvisory.com
fmerserve@brownadvisory.com
gcarey@brownadvisory.com
gdavidson@brownadvisory.com

**Company & Corresponding Email Addresses**

hbuppert@brownadvisory.com
hvernon@brownadvisory.com
jkorhonen@brownadvisory.com
jvlosich@brownadvisory.com
ken.stuzin@brownadvisory.com
lfitzwilliams@brownadvisory.com
lowen@brownadvisory.com
lrich@brownadvisory.com
lruther@brownadvisory.com
mbajaj@brownadvisory.com
mfoss@brownadvisory.com
mhausner@brownadvisory.com
mpoggi@brownadvisory.com
ncoutros@brownadvisory.com
nyudell@brownadvisory.com
pchew@brownadvisory.com
pcorbin@brownadvisory.com
pli@brownadvisory.com
pobrien@brownadvisory.com
rbernstein@brownadvisory.com
rpalmer@brownadvisory.com
scohn@brownadvisory.com
spark@brownadvisory.com
thathaway@brownadvisory.com
wmorrill@brownadvisory.com
wwhilden@brownadvisory.com

**brownadvisroy**

dbrown@brownadvisroy.com

**browncapital**

azhang@browncapital.com
cbaker@browncapital.com
ckraw@browncapital.com
dblakeney@browncapital.com
ebrown@browncapital.com
elugo@browncapital.com
eramos@browncapital.com
jbutler@browncapital.com
kempton@browncapital.com
kkratz@browncapital.com
klee@browncapital.com
mhaywood@browncapital.com
msteinik@browncapital.com
pflaherty@browncapital.com
sgronek@browncapital.com
wpearson@browncapital.com

**brownia**

kathy.wicker@brownia.com

**brummer**

bo.bortemark@brummer.se
caroline.mitteregger@brummer.se
carsten.ruge@brummer.se
dag.martensson@brummer.se
eija.mutkala@brummer.se
erik.thedeen@brummer.se

**Company & Corresponding Email Addresses**

fredrik.attefall@brummer.se
fredrik.malmen@brummer.se
fredrik.wallman@brummer.se
gustaf.frithz@brummer.se
hans.ulinder@brummer.se
henrik.johansson@brummer.se
it-support@brummer.se
jerry.anderson@brummer.se
johan.grabe@brummer.se
johan.grip@brummer.se
johan.kinannder@brummer.se
johan.sidenmark@brummer.com
jonas.erikson@brummer.se
kerim.kaskal@brummer.se
klaus.jantti@brummer.se
magnus.angenfelt@brummer.se
magnus.hillerstrom@brummer.se
magnus.soderblom@brummer.se
mans.carlson@brummer.se
martin.jonsson@brummer.se
martin.larsen@brummer.se
mats.hyden@brummer.se
mattias.lundgren@brummer.se
michael.hemph@brummer.se
patrik.brummer@brummer.se
paul.meyer@brummer.se
per.josefsson@brummer.se
per.norling@brummer.se
per.sundstrom@brummer.se
peter.thelin@brummer.se
peter.vanberlekom@brummer.com
robert.slorach@brummer.se
stefan.jarudd@brummer.se
stefan.lohr@brummer.se
svante.elfving@brummer.se
svante.elving@brummer.se
thomas.andersson@brummer.se
thomas.nilsson@brummer.se

**brunet**
hafidzyakob@brunet.bn

**brusselsairlines**
cvandervinne@brusselsairlines.com
rjacoud@brusselsairlines.com

**brv-llc**
rmceldowney@brv-llc.com

**bryangarnier**
grevenu@bryangarnier.fr
pbleier@bryangarnier.ch

**bs**
beat.bommer@bs.ch
christian.schaerz@bs.ch
max-eric.laubscher@bs.ch

**bsantander**
dflores@bsantander.com.mx

## Company & Corresponding Email Addresses

### bsct
contatto@bsct.ch
cpisoni@bsct.ch
ctomasini@bsct.ch
dbarbuscia@bsct.ch
mscaromella@bsct.ch
rspigolon@bsct.ch

### bsi
matteo.canali@bsi.it
moetaz.soliman@bsi.it

### bsibank
aat@bsibank.com
alberto.zanzi@bsibank.com
aldo.visani@bsibank.com
alen.vukic@bsibank.com
alessandra.nani@bsibank.com
alex.merla@bsibank.com
andre.forster@bsibank.com
andrea.appiani@bsibank.com
andrea.giusto@bsibank.com
andrea.laurent@bsibank.com
andrea.pantellini@bsibank.com
andrea.solari@bsibank.com
andrea.zanoccoli@bsibank.com
andri.cantieni@bsibank.com
antonio.bianchi@bsibank.com
antonio.casuscelli@bsibank.com
antonio.ligori@bsibank.com
banci.osvaldo@bsibank.com
barbara.andreoli@bsibank.com
barbara.tunesi@bsibank.com
carlo.broggi@bsibank.com
carmine.russo@bsibank.com
chiara.canellini@bsibank.com
chris.biedermann@bsibank.com
christian.bernasconi@bsibank.com
christian.ferry@bsibank.com
christian.moser@bsibank.com
christian.rizzi@bsibank.com
christoph.bieri@bsibank.com
claudio.caiata@bsibank.com
claudio.camplani@bsibank.com
claudio.mattaidelmoro@bsibank.com
claudio.meroni@bsibank.com
claudio.sala@bsibank.com
corina.galli@bsibank.com
corrado.varisco@bsibank.com
cristophe.schaer@bsibank.com
daniel.cavargna@bsibank.com
danila.kelly@bsibank.com
dario.meroni@bsibank.com
dario.milani@bsibank.com
diego.gadient@bsibank.com
edy.bernasconi@bsibank.com

**Company & Corresponding Email Addresses**

emilio.casati@bsibank.com
enrico.carbonelli@bsibank.com
enzo.mombelli@bsibank.com
eros.lupi@bsibank.com
eugenio.giacopini@bsibank.com
fabrizio.graziani@bsibank.com
felice.giuggioli@bsibank.com
fioravante.lombardo@bsibank.com
flavio.testi@bsibank.com
francesco.badaracco@bsibank.com
franco.montano@bsibank.com
fulgenzio.jorio@bsibank.com
gabriele.bedolla@bsibank.com
georges.khneysser@bsibank.com
giancarlo.prada@bsibank.com
giancarlo.preda@bsibank.com
gianluca.pea@bsibank.com
giordano.battaini@bsibank.com
giordano.giuxe@bsibank.com
giorgio.radaelli@bsibank.com
giorgio.sala@bsibank.com
grazia.cozzi@bsibank.com
gregor.mueller@bsibank.com
gregory.kettelhack@bsibank.com
grosso.francesco@bsibank.com
iequities@bsibank.com
jacek.treter@bsibank.com
jacqueline.ponti@bsibank.com
jeanpierre.abdalian-sireki@bsibank.com
jole.tabacchi@bsibank.com
juanluis.mallo@bsibank.com
julien.stouff@bsibank.com
karen.sabti@bsibank.com
lorena.cedillo@bsibank.com
luca.luisoni@bsibank.com
luca.maddalon@bsibank.com
luca.orelli@bsibank.com
manuel.pellanda@bsibank.com
manuela.sulmoni@bsibank.com
mara.morandi@bsibank.com
marcel.luechinger@bsibank.com
marco.boldrin@bsibank.com
marco.bottinelli@bsibank.com
marco.campana@bsibank.com
marco.casartelli@bsibank.com
marco.dolci@bsibank.com
marco.ferrari@bsibank.com
marco.foglia@bsibank.com
marco.melis@bsibank.com
marco.nebiker@bsibank.com
marco.panzeri@bsibank.com
marco.resinelli@bsibank.com
marco.rinaldi@bsibank.com
marco.valerio@bsibank.com

## Company & Corresponding Email Addresses

margrethe.rokkum-testi@bsibank.com
mariachiara.zanotta@bsibank.com
marialuisa.parodi@bsibank.com
marialuisa.siccardi@bsibank.com
mario.canepa@bsibank.com
mario.cribari@bsibank.com
marzio.martinelli@bsibank.com
massimo.fini@bsibank.com
matteo.bossi@bsibank.com
matteo.monzeglio@bsibank.com
maurizio.moranzoni@bsibank.com
mauro.casalini@bsibank.com
michel.bassi@bsibank.com
michele.argenta@bsibank.com
michele.cutruneo@bsibank.com
michele.malingamba@bsibank.com
mitri.bustros@bsibank.com
nadia.ceresa@bsibank.com
nicola.carcano@bsibank.com
nicola.marelli@bsibank.com
nicola.tamburini@bsibank.com
nicola.versi@bsibank.com
olivier.baggi@bsibank.com
paola.bernardinello@bsibank.com
paolo.angioletti@bsibank.com
paolo.guggiari@bsibank.com
patricia.berger@bsibank.com
patrick.cecconi@bsibank.com
patrick.keller@bsibank.com
patrick.tschupp@bsibank.com
patrik.pizzali@bsibank.com
patrizia.dellatorre@bsibank.com
paulo.angeletti@bsibank.com
pierluigi.pasotti@bsibank.com
raffaele.derosa@bsibank.com
ralf.wuerker@bsibank.com
raoul.paglia@bsibank.com
regina.reinert@bsibank.com
renato.rezzonico@bsibank.com
reto.weber@bsibank.com
rinaldo.rusca@bsibank.com
roberto.cerratti@bsibank.com
roberto.eggmann@bsibank.com
rodolfo.pusterla@bsibank.com
rolando.hepp@bsibank.com
romano.costa@bsibank.com
ronald.ogna@bsibank.com
sacha.demicheli@bsibank.com
salvatore.cordaro@bsibank.com
samuele.rudelli@bsibank.com
sandro.canuti@bsibank.com
sandro.monti@bsibank.com
sebastian.canepa@bsibank.com
sergei.mancastroppa@bsibank.com

## Company & Corresponding Email Addresses

sergio.cola@bsibank.com
sergio.nacci@bsibank.com
simone.pinelli@bsibank.com
stefanie.wright@bsibank.com
stefano.cividini@bsibank.com
stefano.fiala@bsibank.com
stefano.jermini@bsibank.com
stefano.melera@bsibank.com
stefano.passera@bsibank.com
sylvia.strausz@bsibank.com
tbc@bsibank.com
thea.ivanisevic@bsibank.com
tino.sarantis@bsibank.com
urs.pfister@bsibank.com
valeria.zanon@bsibank.com
vittorio.treichler@bsibank.com
vittoriotreichler@bsibank.com
yvan.chevrette@bsibank.com

**bsiifabanque**

jvc@bsiifabanque.com
v.jenkinsrhea@bsiifabanque.com

**bsipb**

rosanna.marcionelli@london.bsipb.com

**bsnp**

alexandra.brandao@bsnp.pt
andre.leite@bsnp.pt
bernardo.pereira@bsnp.pt
cunha.leal@bsnp.pt
fernando.vicente@bsnp.pt
francisco.cruz@bsnp.pt
humberto.pinto@bsnp.pt
luis.martins@bsnp.pt
luis.silva@bsnp.pt
manuel.preto@bsnp.pt
marisa.esteves@bsnp.pt
nuno.godinho@bsnp.pt
pedro.bastos@bsnp.pt
sandra.baltazar@bsnp.pt

**bsp**

rhernandez@bsp.gov.ph

**bspf**

c.gibbon@bspf.co.uk
d.newlands@bspf.co.uk
d.rollier@bspf.co.uk
f.mcgarrity@bspf.co.uk
h.smart@bspf.co.uk
j.wright@bspf.co.uk
k.yarwood@bspf.co.uk
m.buntrock@bspf.co.uk
r.sharpe@bspf.co.uk
s.white@bspf.co.uk
t.brown@bspf.co.uk

**bspr**

fbruno@bspr.com

## Company & Corresponding Email Addresses

glenda.gonzalez@bspr.com
jperez1@bspr.com
lal@bspr.com
sarai.montes@bspr.com
victor.feliciano@bspr.com

### bt

adam.machin@bt.com
adrian.b.smith@bt.com
andrew.levy@bt.com
christopher.2.bell@bt.com
colin.brown@bt.com
damian.oreilly@bt.com
dave.n.smith@bt.com
emma.jamieson@bt.com
francesco.compostella@bt.com
gary.botterill@im.bt.com
george.pickvance@bt.com
hayley.ormrod@bt.com
howard.ford@bt.com
john.brougham@bt.com
mark.d.smith@bt.com
peter.3.cross@bt.com
peter.bonfield@bt.com
peter.roe@bt.com
sally.2.davis@bt.com
sebastian.wood@bt.com
tariq.2.malik@bt.com
terry.hutson@bt.com

### btal

name.surname@btal.com.au

### btclick

bilondon@btclick.com

### btconnect

abocld@btconnect.com
hakki.arslan@btconnect.com
ken_forman@btconnect.com

### btfinancialgroup

adrian.richardson@btfinancialgroup.com
andrew.blackler@btfinancialgroup.com
andrew.south@btfinancialgroup.com
andrew.waddington@btfinancialgroup.com.au
ben.squire@btfinancialgroup.com
craig.stobo@btfinancialgroup.com
crispin.murray@btfinancialgroup.com
david.maywald@btfinancialgroup.com
dirk.morris@btfinancialgroup.com
gill.graham@btfinancialgroup.com
greg.fraser@btfinancialgroup.com
ileria.chan@btfinancialgroup.com.au
joe.bracken@btfinancialgroup.com
john.sorrell@btfinancialgroup.com
linda.bakhshian@btfinancialgroup.com
peter.farac@btfinancialgroup.com
scott.osborne@btfinancialgroup.com.au

## Company & Corresponding Email Addresses

sidney.chong@btfinancialgroup.com
stephen.hunt@btfinancialgroup.com
tim.edmonstone@btfinancialgroup.com
vivien.ronnebeck@btfinancialgroup.com

**btim**

george.bishay@btim.com.au

**btinternet**

amwynn@btinternet.com
ccuny@btinternet.com
charlesawood@btinternet.com
jonathan.hoffman@btinternet.com

**btm**

masahiko_iwata@btm.co.jp
sladjevardi@btm.co.uk
tnakauchi@btm.co.uk

**btmeurope**

anthony.e.brown@uk.btmeurope.com
james.nisbet@uk.btmeurope.com
jeetendra.solanki@uk.btmeurope.com
ken_ichi.yoshida@uk.btmeurope.com
oliver.j.seitz@uk.btmeurope.com
seiji.nakao@uk.btmeurope.com
takashi.kimouri@uk.btmeurope.com
yuko.uchida@uk.btmeurope.com

**btmna**

aamo@btmna.com
abernstein@btmna.com
abezdenezhnykh@btmna.com
agreen@btmna.com
akolesnikov@btmna.com
atoyoshima@btmna.com
brhodes@btmna.com
brose@btmna.com
ccarney@btmna.com
cdroussiotis@btmna.com
cgiordano@btmna.com
cpemba@btmna.com
crietscha@btmna.com
cstanton@btmna.com
cstewart@btmna.com
ctsang@btmna.com
dwang@btmna.com
eabello@btmna.com
ehorrnick@btmna.com
eplaney@btmna.com
greyes@btmna.com
gstewart@btmna.com
htajima@btmna.com
hzimmermann@btmna.com
jdarling@btmna.com
jdennehy@btmna.com
jjeffers@btmna.com
jlee@btmna.com
jmasuda@btmna.com

**Company & Corresponding Email Addresses**

jmillar@btmna.com
jreid@btmna.com
jstill@btmna.com
kbrinkman@btmna.com
khirashima@btmna.com
kkoumoulis@btmna.com
kmatsumoto@btmna.com
kmcgroary@btmna.com
knishii@btmna.com
kossolinski@btmna.com
kotani@btmna.com
kwallace@btmna.com
lalee@btmna.com
lbarbosa@btmna.com
lkawahara@btmna.com
lkim@btmna.com
ltam@btmna.com
mhughes@btmna.com
mrini@btmna.com
mzion@btmna.com
nbattista@btmna.com
nsaffra@btmna.com
pfiguracio@btmna.com
plarusso@btmna.com
preidy@btmna.com
pshah@btmna.com
rkay@btmna.com
rmasucci@btmna.com
rvandeberghe@btmna.com
sakita@btmna.com
sgeesey@btmna.com
shughes@btmna.com
simbrosciano@btmna.com
snogaki@btmna.com
taoyama@btmna.com
tfennessey@btmna.com
tfukutani@btmna.com
tkatsumi@btmna.com
tminami@btmna.com
wmanning@btmna.com

**btmsha**
wilkens@btmsha.com.cn

**btopenworld**
cn.morrison@btopenworld.com
ianharviewatt@btopenworld.com
joeboorman@btopenworld.com

**btv**
richard.altstaetter@btv.at

**buc**
dealing@buc.ch
titoli@buc.ch

**buckconsultants**
geller.a@buckconsultants.com
ndonelan@buckconsultants.com

## Company & Corresponding Email Addresses

**buenavistapartners**
paul@buenavistapartners.com

**buffalofunds**
ahancock@buffalofunds.com
bkornitzer@buffalofunds.com
clay@buffalofunds.com
dcarlsen@buffalofunds.com
jdeardorff@buffalofunds.com
jjohn@buffalofunds.com
john@buffalofunds.com
jsitzmann@buffalofunds.com
kent@buffalofunds.com
nkornitzer@buffalofunds.com
pcubbage@buffalofunds.com
pdlugosch@buffalofunds.com
polly@buffalofunds.com
robertm@buffalofunds.com
smoore@buffalofunds.com
wlynch@buffalofunds.com

**bull**
daniel.ravizza@bull.net

**bundesbank**
axel.weber@bundesbank.de
elisabeth.volk@bundesbank.de
ellen.guba@bundesbank.de
hans.reckers@bundesbank.de
jens.ulbrich@bundesbank.de
katja.hofmann@bundesbank.de
klaus.stamm@bundesbank.de
martin.lindner@bundesbank.de
martin.wieland@bundesbank.de
rick.burmeister@bundesbank.de
siegbert.eschenbacher@bundesbank.de
thomas.morck@bundesbank.de
volker.schieck@bundesbank.de
willy.friedmann@bundesbank.de

**bunge**
christophe.darbord@bunge.com
jean-eudes.gautrot@bunge.com
mark.bickler@bunge.com

**bupa**
daviesc@bupa.com
mcgurkk@bupa.com
warrens@bupa.com

**burgan**
jjamal@burgan.com

**butlercapitalpartners**
wb@butlercapitalpartners.com

**butterfieldprivatebank**
mark.dowell@butterfieldprivatebank.co.uk

**bve**
marcel.bartholdi@bve.ch
marcello.solida@bve.ch
reto.heldstab@bve.ch

## Company & Corresponding Email Addresses

thomas.flothen@bve.ch

### bvv-vers

b.siegismund@bvv-vers.de
f.egermann@bvv-vers.de
r.dieckvoss@bvv-vers.de
u.hermann@bvv-vers.de

### bwater

aaron.seymour@bwater.com
alex.vayner@bwater.com
alex.vengerovsky@bwater.com
alexander.valdes@bwater.com
ambreen.brown@bwater.com
amit.srivastava@bwater.com
avraam.sidiropoulos@bwater.com
benjamin.ford@bwater.com
birnbaum@bwater.com
bob.elliott@bwater.com
bob.prince@bwater.com
courtney.harmer@bwater.com
daniel.rasmussen@bwater.com
derrick.howard@bwater.com
ed.calejesan-reyes@bwater.com
eric.califano@bwater.com
eric.nishiyama@bwater.com
ernesto.florio@bwater.com
everett.grant@bwater.com
execution_equities@bwater.com
ferguson@bwater.com
ferrizz@bwater.com
fred.post@bwater.com
gardner@bwater.com
glenn.kinen@bwater.com
greg.tanner@bwater.com
haroonor.rashid@bwater.com
hilary.devendorf@bwater.com
hill@bwater.com
hope.woodhouse@bwater.com
jared.kutner@bwater.com
jason.conlin@bwater.com
jason.rotenberg@bwater.com
jason.woerz@bwater.com
jeff.pinals@bwater.com
jensen@bwater.com
joe.norena@bwater.com
joe.sondheimer@bwater.com
john.sorbo@bwater.com
jon.behar@bwater.com
jon.hantler@bwater.com
josh.bouchard@bwater.com
julia.domoradzka@bwater.com
justin.young@bwater.com
karen.karniol-tambour@bwater.com
kelly.roberts@bwater.com
kerry.reilly@bwater.com

## Company & Corresponding Email Addresses

kevin.brennan@bwater.com
kevin.duffy@bwater.com
latronica@bwater.com
lawrence.minicone@bwater.com
len.marmitt@bwater.com
lester.bourne@bwater.com
lloyd.gregory@bwater.com
mario.schlosser@bwater.com
mark.salzman@bwater.com
matt.rabuse@bwater.com
matt.rubino@bwater.com
matthew.singer@bwater.com
michael.johnson@bwater.com
michael.srihari@bwater.com
nate.polachek@bwater.com
nick.reber@bwater.com
noah.yechiely@bwater.com
nunu.chen@bwater.com
paul.ross@bwater.com
paul.swartz@bwater.com
ray.dalio@bwater.com
rick.bookstaber@bwater.com
rob.krasko@bwater.com
robert.guelich@bwater.com
robert.mpuku@bwater.com
ron.pinsky@bwater.com
saidman@bwater.com
sandler@bwater.com
svilen.ivanov@bwater.com
taylor.brown@bwater.com
tracy.vonick@bwater.com
tyler.pinkernell@bwater.com
verushka.ramirez@bwater.com
winston.rains@bwater.com
woolbert@bwater.com
zach.ingraham@bwater.com

### bwbank

alankelly@bwbank.ie
butlero@bwbank.ie
conorirwin@bwbank.ie
cullenh@bwbank.ie
donnellyb@bwbank.ie
dowlings@bwbank.ie
griffinj@bwbank.ie
lachenmayerb@bwbank.ie
quinnm@bwbank.ie
sineadohara@bwbank.ie
turnerb@bwbank.ie

### bw-bank

annabell.annoff@bw-bank.de
armin.wenninger@bw-bank.de
bernhard.goderbauer@bw-bank.de
dirk.brodowski@bw-bank.de
frank.biller@bw-bank.de

## Company & Corresponding Email Addresses
frank.kaufmann@bw-bank.de
guenther.diewald@bw-bank.de
heiko.lang@bw-bank.de
jan.fischer@bw-bank.de
karl.steinhart@bw-bank.de
mark.mueller@bw-bank.de
nicolai.schill@bw-bank.de
norbert.hirschberg@bw-bank.de
odilo.mandel@bw-bank.de
oliver.brunner@bw-bank.de
peter.gaessler@bw-bank.de
rainer.kienzle@bw-bank.de
ralf.schmidgall@bw-bank.de
sergius.storfer@bw-bank.de
thomas.herrmann@bw-bank.de
timo.kuerschner@bw-bank.de
volker.stoll@bw-bank.de
winfried.schiefelbein@bw-bank.de

**bwfund**
kbrowndorf@bwfund.org

**bwinvest**
gerhard.ruehle@bwinvest.de
peter.hohler@bwinvest.de
rolf.boesenberg@bwinvest.de
uwe.voshage@bwinvest.de

**bwk**
trauth@bwk.de
voshage@bwk.de

**bym**
galfaro@bym.es

**ca-aipg**
david.barcus@ca-aipg.com
erica.king@ca-aipg.com
kara.miller@ca-aipg.com
maritza.magana@ca-aipg.com
matt.wooster@ca-aipg.com
patrick.brankin@ca-aipg.com
shannon.doherty@ca-aipg.com

**caam**
agnes.pennanech@caam.com
alain.baron@caam.com
alain.schlosser@caam.com
alessandro.guazzotti@caam.com
alessandro.russo@caam.com
alexandra.vangyseghem@caam.com
alexandre.blein@caam.com
alexandre.burgues@caam.com
alexandre.perricard@caam.com
alexis.picasso@caam.com
alexis.scouarnec@caam.com
ali.moaven-nasri@caam.com
amelie.derambure@caam.com
amine.benghabrit@caam.com
andrew.gibbins@caam.com

## Company & Corresponding Email Addresses

andrew.hwang@caam.com
anh.mai@caam.com
anna.chenye@hk.caam.com
anne.beaudu@caam.com
anne.rodi@caam.com
anne.ruffin@caam.com
anne-francoise.doosthove@caam.com
anne-francoise.sorasio@caam.com
annemarie.dumas@caam.com
antoine.mathon@caam.com
ari.ezra@caam.com
arlette.gailhard@caam.com
arnaud.bourgoin@caam.com
arnaud.de-la-houpliere@caam.com
arnaud.gamain@caam.com
arnaud.vergonjeanne@caam.com
ayaaz.allymun@caam.com
beatrice.brunet@caam.com
benoit.fort@caam.com
benoit.houzelle@caam.com
benoit.palliez@caam.com
benoit.plumel@caam.com
bernard.nexon@caam.com
bernard.simon-barboux@caam.com
bertrand.boucheron@caam.com
bertrand.penverne@caam.com
brice.blanchet@caam.com
brigitte.carriere@caam.com
bruno.gandjee@caam.com
bruno.kratz@caam.com
bruno.laborie@caam.com
bruno.saugnac@caam.com
carine.nikolov@caam.com
catherine.bouremani@caam.com
catherine.clausse@caam.com
catherine.delibata@caam.com
catherine.lebougre@caam.com
catherine.seropian@caam.com
cecilia.mouille@caam.com
cedric.chavot@caam.com
cedric.pierre@caam.com
cedric.tixier@caam.com
celine.valentin@caam.com
christian.ghandour@caam.com
christian.lerider@caam.com
christian.perrin@caam.com
christiane.novais@caam.com
christine.degeorge@caam.com
christophe.buret@caam.com
christophe.champion@caam.com
christophe.garon@caam.com
christophe.kieffer@caam.com
christophe.lemarie@caam.com
christophe.romero@caam.com

## Company & Corresponding Email Addresses

claude.guillou@caam.com
claude.rosenfeld@caam.com
clement.boisson@caam.com
clementine.boris@caam.com
corinne.baudeloche@caam.com
corinne.herledan@caam.com
corinne.martin@caam.com
cyril.colmont@caam.com
daniel.pagnon@caam.com
dave.benichou@caam.com
david.heard@caam.com
david.miflin@caam.com
david.rapanoel@caam.com
david.taieb@caam.com
delphine.georges@caam.com
delphine.tiger@caam.com
diane.logros@caam.com
dominique.mallard@caam.com
dominique.moisy@caam.com
dominique.ould-ferhat@caam.com
dunganh.pham@caam.com
edmond.lezmi@caam.com
edouard.darwiche@caam.com
edouard.knockaert@caam.com
emmanuel.martin@caam.com
emmanuel.simonetto@caam.com
emmanuelle.bourboulon@caam.com
eric.hermitte@caam.com
eric.osswald@caam.com
eric.stazzu@caam.com
eric.taze-bernard@caam.com
estelle.menard@caam.com
evillain4@caam.com
fabien.bourguignon@caam.com
fabien.delaunay@caam.com
fabrice.alvaro@caam.com
fabrice.renaut@caam.com
fanny.jacquemont@caam.com
firstname.surname@caam.com
florence.nicholas@caam.com
francine.lenoir@caam.com
franck.simonnet@caam.com
francois.dhautefeuille@caam.com
francoise.leroy@caam.com
francoise.prats@caam.com
frederic.destor@caam.com
frederic.fretard@caam.com
frederic.labia@caam.com
frederic.laurent@caam.com
frederic.lemeaux@caam.com
frederic.pascal@caam.com
frederic.rosamond@caam.com
frederik.ducrozet@caam.com
frederique.lavolte@caam.com

**Company & Corresponding Email Addresses**

gaelle.mansard@caam.com
genevieve.gelin@caam.com
georgina.zervudachi@caam.com
gerard.bailly@caam.com
gerard.deplinval@caam.com
gerard.martin@caam.com
gerard.sagnier@caam.com
gerrard.bailly@caam.com
ghislaine.orsinet@caam.com
gilbert.keskin@caam.com
gilbert.soubie@caam.com
gilles.lecorsu@caam.com
gisele.perreault@caam.com
gregory.claeys@caam.com
guillaume.jeanroy@caam.com
guillaume.thiolon@caam.com
guillaume.trentin@caam.com
gwenaelle.balcon@caam.com
helene.baudchon@caam.com
helene.ecalle@caam.com
herve.boiral@caam.com
hicham.lahbabi@caam.com
hien.delestrange@caam.com
hubert.vannier@caam.com
ian.lubelsky@caam.com
ingrid.allemand@caam.com
isabelle.boussiquet@caam.com
isabelle.erimo@caam.com
isabelle.horen-lestang@caam.com
isabelle.jarry@caam.com
isabelle.job@caam.com
isabelle.lafargue@caam.com
isabelle.leguay@caam.com
isabelle.vic-philippe@caam.com
ismael.miled@caam.com
isolde.kreissig@caam.com
jacqueline.lambert@caam.com
jacques.chazelle@caam.com
jacques.rachi@caam.com
jacques.werenn@caam.com
jean.dumas@caam.com
jean.mouroukian@caam.com
jean.picon@caam.com
jean.rousselot@caam.com
jean-baptiste.degorostarzu@caam.com
jean-claude.attar@caam.com
jean-claude.kaltenbach@caam.com
jean-louis.lacoux@caam.com
jean-louis.tissot@caam.com
jean-luc.paraire@caam.com
jean-luc.thomas@caam.com
jean-marc.bohl@caam.com
jean-max.rouchon@caam.com
jean-michel.bourgoin@caam.com

**Company & Corresponding Email Addresses**

jean-michel.paul@caam.com
jean-philippe.hervieu@caam.com
jean-philippe.vernier@caam.com
jean-pierre.mounho@caam.com
jean-renaud.viala@caam.com
jens.birkmann@caam.com
jerome.barkate@caam.com
jerome.gunther@caam.com
josianne.bonnet@caam.com
jovan.avramovic@caam.com
j-p.bry@caam.com
julien.bonnin@caam.com
julien.haddad@caam.com
jung-eun.kim@caam.com
justin.kim@hk.caam.com
karima.ghoul@caam.com
karine.nicolov@caam.com
khalid.chaneb@caam.com
khalid.ghallali@caam.com
khiem.le@caam.com
kokou.topeglo@caam.com
laetitia.perron@caam.com
laurence.benichouaboudaram@caam.com
laurence.taliercio@caam.com
laurence.vignes@caam.com
laurent.crosnier@caam.com
laurent.deponteves@caam.com
laurent.fumeron@caam.com
laurent.gonon@caam.com
laurent.paris@caam.com
laurent.rieu@caam.com
laurent.trottier@caam.com
lionel.bernard@caam.com
lionel.lepinois@caam.com
loic.becue@caam.com
luc.martin@caam.com
luc.mouzon@caam.com
lucette.shirai@caam.com
lucile.brossier@caam.com
mai.vo@caam.com
maimouna.nda-amoikon@caam.com
marc.andral@caam.com
marc.romano@caam.com
marc-ali.benabdallah@caam.com
marco.piersimoni@caam.com
margaret.poigny@caam.com
maria.louis@caam.com
marianne.kahn@caam.com
marie.briere@caam.com
marie-anne.khan@caam.com
marie-helene.leopold@caam.com
marie-pascale.bonhomme@caam.com
marie-therese.barrera@caam.com
marlene.blot@caam.com

## Company & Corresponding Email Addresses

martha.travers-veress@caam.com
mary-line.haussy@caam.com
mary-sol.michel@caam.com
matthieu.caillou@caam.com
matthieu.huet@caam.com
matthieu.romefort@caam.com
matthieu.ullmann@caam.com
maxime.royet@caam.com
melchior.dechelette@caam.com
michel.poret@caam.com
michel.portal@caam.com
mickael.juvenelle@caam.com
mickael.tricot@caam.com
mm.jardin@caam.com
mohamed.dohni@caam.com
mouha.ait-el-ghachi@caam.com
muriel.pitner@caam.com
mxime.ruyet@caam.com
nathalie.coffre@caam.com
nathalie.monnoyeur@caam.com
nathalie.quinqueneau@caam.com
nicolas.dujols@caam.com
nicolas.grondin@caam.com
nicolas.walewski@caam.com
nima.habibollahi@caam.com
nima.habibulahi@caam.com
nolwenn.leroux@caam.com
olivia.asseo@caam.com
olivier.baduel@caam.com
olivier.bizimana@caam.com
olivier.chatelot@caam.com
olivier.desnos@caam.com
olivier.eluere@caam.com
olivier.hache@caam.com
olivier.lebrun@caam.com
olivier.leconte@caam.com
olivier.renard@caam.com
olivier.tailleur@caam.com
ombretta.signori@caam.com
pascal.dessaux@caam.com
pascal.dubreuil@sg.caam.com
pascal.paunovic@caam.com
pascal.poupelle@caam.com
pascal.vernerie@caam.com
patrice.allart@caam.com
patrice.degris@caam.com
patrice.delarrard@caam.com
patrice.piade@caam.com
patricia.bouchard@caam.com
patrick.defraguier@caam.com
patrick.gueguen@caam.com
patrick.guivarch@caam.com
patrick.matagne@caam.com
patrick.simeon@caam.com

**Company & Corresponding Email Addresses**

paul.demey@caam.com
paul-hen.delaportedutheil@caam.com
pgmoucan@caam.com
philippe.busetta@caam.com
philippe.gaspard@caam.com
philippe.guigny@caam.com
philippe.klaskala@caam.com
philippe.mahe@caam.com
philippe.rousseau@caam.com
pierre.boulic@caam.com
pierre.escande@caam.com
pierre.py@caam.com
pierre.savarzeix@caam.com
pierre.thomir@caam.com
przemyslaw.sitarz@caam.com
qian.jiang@caam.com
reine.haslay@caam.com
remy.marcel@caam.com
richard.butler@caam.com
richard.lefebvre@caam.com
richard.lepere@caam.com
rodolphe.leleu@caam.com
roland.coulon@caam.com
romain.munera@caam.com
rozenn.le-cainec@caam.com
samuel.naccache@caam.com
sandra.lourenco@caam.com
sandrine.levallegan@caam.com
sbouchet@caam.com
sebastien.morin@caam.com
severine.delahaye@caam.com
severine.deval@caam.com
sidharth.mahapatra@hk.caam.com
silvia.bocchiotti@caam.com
sophie.nicolas@caam.com
stephane.de-saint-hilaire@caam.com
stephane.desvernay@caam.com
stephane.dubost@caam.com
stephane.dutrey@caam.com
stephane.taillepied@caam.com
stephane.villarme@caam.com
stephanie.floquet@caam.com
stephanie.pless@caam.com
sudeshna.andre@caam.com
sylvie.delaguiche@caam.com
sylvie.gros@caam.com
tanguy.de-la-tullaye@caam.com
tarek.issaoui@caam.com
theodore.dalberti@caam.com
thierry.coste@caam.com
thierry.darmon@caam.com
thierry.ormiere@caam.com
thierry.plaine@caam.com
thomas.gilotte@caam.com

**Company & Corresponding Email Addresses**

thomas.giquel@caam.com
thomas.lapeyre@caam.com
thomas.yeung@hk.caam.com
turpin.senou@caam.com
ugo.domange@caam.com
valentine.ainouz@caam.com
valerie.bardou@caam.com
valerie.phillips@caam.com
valerie.seror@caam.com
vincent.breton@caam.com
vincent.haderer@caam.com
vincent.laguerre@caam.com
vincent.masson@caam.com
viviane.ting@hk.caam.com
xavier.got@caam.com
yacine.benamida@caam.com
yacine.benhamida@caam.com
yannick.quenehen@caam.com
yasmine.debray@caam.com
yves.hausmann@caam.com
yves.kaeppelin@caam.com
yves.perrier@caam.com

**caam-re**

nicolas.simon@caam-re.com
patrick.delataillade@caam-re.com

**caamsgr**

luca.libralato@caamsgr.it
tomaso.corsini@caamsgr.it

**ca-assetmanagement**

anthony.chan@hk.ca-assetmanagement.com
antoine.laurent@ca-assetmanagement.fr
basil.masters@jp.ca-assetmanagement.com
benjamin.scialom@ca-assetmanagement.fr
catherine.mehu@ca-assetmanagement.fr
cecile.philipot@ca-assetmanagement.fr
david.chen@hk.ca-assetmanagement.com
denys.decampigneulles@hk.ca-assetmanagement.com
didier.valade@ca-assetmanagement.fr
emmanuel.bourdeix@ca-assetmanagement.fr
emmanuelle.chastenet@ca-assetmanagement.fr
felix.tan@sg.ca-assetmanagement.com
ibra.wane@ca-assetmanagement.fr
ines.prevot-leygonie@ca-assetmanagement.fr
jerome.antonini@ca-assetmanagement.fr
kwok-on.fung@hk.ca-assetmanagement.com
lionel.lefebvre@ca-assetmanagement.fr
nolwenn.leroux@ca-assetmanagement.fr
pascal.blanque@ca-assetmanagement.fr
patrice.lemonnier@ca-assetmanagement.fr
patrick.carletto@ca-assetmanagement.fr
ray.jovanovich@hk.ca-assetmanagement.com
raymond.chan@hk.ca-assetmanagement.com
sandrine.beyaert@ca-assetmanagement.fr
simon.cao@hk.ca-assetmanagement.com

**Company & Corresponding Email Addresses**

valerie.bureau@ca-assetmanagement.fr
vincent.bourdarie@hk.ca-assetmanagement.com
william.chu@hk.ca-assetmanagement.com

**caboto**

chiara.fornarola@caboto.it
cristina.castagner@caboto.it
donatella.selva@caboto.it
fabio.ferrando@caboto.it
l.cigognini@caboto.it
mauro.bigotti@caboto.it
valeria.anzoino@caboto.it

**cabotsquare**

hmcneill@cabotsquare.com
jclark@cabotsquare.com
rduff@cabotsquare.com

**cadence**

bdavis@cadence.com
cutright@cadence.com
eldredge@cadence.com
tram@cadence.com

**cades**

christophe.frankel@cades.fr
eric.ralaimiadana@cades.fr
philippe.noel@cades.com
pierre.hainry@cades.com

**cafe**

s-hebd@cafe.tc.umn.edu

**cahners**

lbrooke@cahners.com

**caicheuvreux**

bmaitland@caicheuvreux.com
pwald@caicheuvreux.com

**cail**

alexandra.dimitrijevic@cail.lu
bernadette.alexander@cail.lu
caroles.wijstma@cail.lu
charles.emond@cail.lu
elie.flatters@cail.lu
gerard.olivier@cail.lu
lin.chen@cail.lu
maxime.bianconi@cail.lu
pierre.louppe@cail.lu
pilippe.delles@cail.lu
roberto.vogrig@cail.lu
sabine.baton@cail.lu
sylviane.fuzewski@cail.lu
thierry.logier@cail.lu

**cainbrothers**

bplank@cainbrothers.com
cbeith@cainbrothers.com
ceverett@cainbrothers.com
jcain@cainbrothers.com
rwang@cainbrothers.com
tsheehan@cainbrothers.com

**Company & Corresponding Email Addresses**

**ca-indosuez**
 abrady@us.ca-indosuez.com
 antoine.walter@ca-indosuez.com
 benard.steinberg@uk.ca-indosuez.com
 bgrabows@us.ca-indosuez.com
 dsmith@us.ca-indosuez.com
 garry.khasidy@uk.ca-indosuez.com
 grussell@us.ca-indosuez.com
 gvsanjay@us.ca-indosuez.com
 jerome.attali@uk.ca-indosuez.com
 jhenry@us.ca-indosuez.com
 jramey@us.ca-indosuez.com
 jzupan@us.ca-indosuez.com
 lmateri@us.ca-indosuez.com
 lmercado@us.ca-indosuez.com
 lvonreissig@us.ca-indosuez.com
 mkalifa@us.ca-indosuez.com
 mkogler@us.ca-indosuez.com
 mong@us.ca-indosuez.com
 pxstone@us.ca-indosuez.com
 rhom@ca-indosuez.com
 rmanix@us.ca-indosuez.com
 rpoushan@us.ca-indosuez.com
 sbalakri@us.ca-indosuez.com
 tcunning@us.ca-indosuez.com
 thasse@us.ca-indosuez.com
 thomas.spitz@ca-indosuez.com
 vincent.thebault@jp.ca-indosuez.com

**ca-indusuez**
 brice.benaben@ca-indusuez.com

**ca-investorservices**
 patrick.lemuet@eu.ca-investorservices.com

**cais**
 bokny@cais.com
 bokny5@cais.com

**caissedesdepots**
 gerard.cancelier@car.caissedesdepots.fr

**caisse-epargne**
 antoine.demiramon@cnce.caisse-epargne.fr
 arnaud.queffeulou@ceidfp.caisse-epargne.fr
 aurelien.labonne@cnce.caisse-epargne.fr
 bertrand.faivre@cnce.caisse-epargne.fr
 bertrand.tamarelle@cnce.caisse-epargne.fr
 cedrik.stoissich@ceral.caisse-epargne.fr
 christian.jimenez@ecuvie.caisse-epargne.fr
 christiane.marcellier@cnce.caisse-epargne.fr
 christophe.lebrun@cnce.caisse-epargne.fr
 damien.pommier@cnce.caisse-epargne.fr
 didier.ferrand@ceidfp.caisse-epargne.fr
 emmanuel.desinety@cnce.caisse-epargne.fr
 eric.malard@cepacr.caisse-epargne.fr
 fabien.frappart@ceidfp.caisse-epargne.fr
 florence.poncharal@cnce.caisse-epargne.fr
 francois.chauveau@cnce.caisse-epargne.fr

**Company & Corresponding Email Addresses**

frederic.goupy@cnce.caisse-epargne.fr
frederic.michelet@ceifo.caisse-epargne.fr
hassan.esper@picardie.caisse-epargne.fr
helene.falchier@ecuvie.caisse-epargne.fr
herve.de-bonduwe@ceidfp.caisse-epargne.fr
herve.garnier@cnce.caisse-epargne.fr
isabelle.gaudrat@ceidfp.caisse-epargne.fr
jean-eudes.leleu@ecuvie.caisse-epargne.fr
jean-francois.saudrais@cnce.caisse-epargne.fr
karine.dombre@ceifo.caisse-epargne.fr
laurent.sacksteder@cepacr.caisse-epargne.fr
marc.bounini@cnce.caisse-epargne.fr
nicolas.merindol@cnce.caisse-epargne.fr
olivier.bertin@ceifo.caisse-epargne.fr
patrice.harouimi@cepacr.caisse-epargne.fr
sebastien.didier@picardie.caisse-epargne.fr
selvaggi@cccep.caisse-epargne.fr
stephane.caminati@cnce.caisse-epargne.fr
sylvain.petit@cnce.caisse-epargne.fr
sylvie.bratel@cnce.caisse-epargne.fr
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
vincent.fedelich@picardie.caisse-epargne.fr
vincent.marioni@cnce.caisse-epargne.fr

**caiway**

p.w.haasbroek@caiway.nl

**caixabank**

charles-eric.bauer@caixabank.fr
felipe.clara@caixabank.fr
jfjammes@caixabank.ad

**caixabi**

daniel.amaral@caixabi.pt
ines.chaves@caixabi.pt
paulo.pinto@caixabi.pt

**caixacat**

ferran.scott@caixacat.es
josep-ramon.aixela@caixacat.es
pascal.wojtaszczyk@caixacat.es

**caixacatalunya**

albert.punti@caixacatalunya.es
alex.zanfano@caixacatalunya.es
alfons.pilan@caixacatalunya.es
ana.alcover@caixacatalunya.es
ana-belen.olaya@caixacatalunya.es
angel.tello@caixacatalunya.es
carles.guimera@caixacatalunya.es
casimir.ferrer@caixacatalunya.es
eduard.cuito@caixacatalunya.es
eduard.guito@caixacatalunya.es
gasull.moros@caixacatalunya.es
ivan.comerma@caixacatalunya.es
jacob.albo@caixacatalunya.es
josep.garcia@caixacatalunya.es
lidia.godoy@caixacatalunya.es
lluisgasull@caixacatalunya.es

## Company & Corresponding Email Addresses
marta.figuerola@caixacatalunya.es
matias.torrellas@caixacatalunya.es
nuria.cervello@caixacatalunya.es
oriol.marquina@caixacatalunya.es
xavier.alsina@caixacatalunya.es
xavier.marti@caixacatalunya.es

**caixa-geral**
jvasconceldos@caixa-geral.pt
tribunal@caixa-geral.pt

**caixamanresa**
oriol.dalmau@caixamanresa.es

**caixatarragona**
dgarciaconde@caixatarragona.es
jmmartin@caixatarragona.es
jrnogues@caixatarragona.es

**cajaamdrid**
csalvadm@cajaamdrid.es

**cajadeavila**
alopezpi@cajadeavila.es

**cajadeburgos**
jronda@cajadeburgos.es
rrey@cajadeburgos.es
tesoreria@cajadeburgos.es

**cajaduero**
antonio.antoniles@cajaduero.es
josefrancisco.diaz@cajaduero.es

**cajalaboral**
ainhoa.gallastegui@cajalaboral.es
gaizka.arrazola@cajalaboral.es
inaki.sanjuan@cajalaboral.es
javier.gorronogoitia@cajalaboral.es
joseignacio.uriarte@cajalaboral.es
juanfco.garcia@cajalaboral.es

**cajamadrid**
acaroher@cajamadrid.es
acifueng@cajamadrid.es
afernanq@cajamadrid.es
ahidalgl@cajamadrid.es
alopezma@cajamadrid.es
amarti03@cajamadrid.es
amartinl@cajamadrid.es
apedroal@cajamadrid.es
aperezla@cajamadrid.es
aubedafd@cajamadrid.es
avigilga@cajamadrid.es
balvareo@cajamadrid.es
bizquier@cajamadrid.es
bperezro@cajamadrid.es
bsanchef@cajamadrid.es
calonso@cajamadrid.es
cbarcelm@cajamadrid.es
cbarriel@cajamadrid.es
cbravohe@cajamadrid.es
ccubillm@cajamadrid.es

**Company & Corresponding Email Addresses**

choyosru@cajamadrid.es
cmarti03@cajamadrid.es
cragozzi@cajamadrid.es
cstilian@cajamadrid.es
dcastrog@cajamadrid.es
dflormul@cajamadrid.es
eariasro@cajamadrid.es
eaugusts@cajamadrid.es
fariasgo@cajamadrid.es
fcuestab@cajamadrid.es
fhernang@cajamadrid.es
fllorenf@cajamadrid.es
fmagneto@cajamadrid.es
fsilvala@cajamadrid.es
fvicolop@cajamadrid.es
gjimenel@cajamadrid.es
glopezgr@cajamadrid.es
gvalencv@cajamadrid.es
irenartg@cajamadrid.es
isaezgar@cajamadrid.es
isainzar@cajamadrid.es
jarcosar@cajamadrid.es
jartiedg@cajamadrid.es
jbonmato@cajamadrid.es
jcomunia@cajamadrid.es
jcontreg@cajamadrid.es
jdomings@cajamadrid.es
jferna07@cajamadrid.es
jfernanj@cajamadrid.es
jgarci40@cajamadrid.es
jgarciap@cajamadrid.es
jgilsanu@cajamadrid.es
jgonzall@cajamadrid.es
jhernanm@cajamadrid.es
jhinojot@cajamadrid.es
jjimeneu@cajamadrid.es
jknight@cajamadrid.es
jlopez@cajamadrid.es
jlopezdi@cajamadrid.es
jlopezru@cajamadrid.es
jminuesa@cajamadrid.es
jpobletm@cajamadrid.es
jquirosm@cajamadrid.es
lcotillp@cajamadrid.es
lgilgome@cajamadrid.es
lgonzalm@cajamadrid.es
lrodrigs@cajamadrid.es
lsazpena@cajamadrid.es
mamat@cajamadrid.es
marenalb@cajamadrid.es
mbarcenf@cajamadrid.es
mcarocci@cajamadrid.es
mcubill@cajamadrid.es
mdiazele@cajamadrid.es

**Company & Corresponding Email Addresses**

mferrerr@cajamadrid.es
mgarci10@cajamadrid.es
mgonzalv@cajamadrid.es
mherrerg@cajamadrid.es
mpozoloz@cajamadrid.es
mrodri01@cajamadrid.es
mromeroc@cajamadrid.es
nbrown@cajamadrid.es
nramosbe@cajamadrid.es
ogarciap@cajamadrid.es
onunezmo@cajamadrid.es
pbarrabb@cajamadrid.es
pjacostg@cajamadrid.es
ptorreso@cajamadrid.es
purrutij@cajamadrid.es
rgarcesb@cajamadrid.es
rleongar@cajamadrid.es
rmartine@cajamadrid.es
rmartins@cajamadrid.es
rporrasl@cajamadrid.es
rrodrigc@cajamadrid.es
rtorioma@cajamadrid.es
salluemi@cajamadrid.es
scamarea@cajamadrid.es
segrasso@cajamadrid.es
sgallego@cajamadrid.es
sgurich@cajamadrid.es
sredondj@cajamadrid.es
ssanch01@cajamadrid.es
sseoanev@cajamadrid.es
xgonzalc@cajamadrid.es

**cajamdrid**
fvegadia@cajamdrid.es

**cajanavarra**
joaquinmario.oloriz@cajanavarra.es
natalia.rodriguez@cajanavarra.es

**cajarural**
alfonso.guitian@cajarural.com
asier_diez_bce@cajarural.com
gcolino.bce@cajarural.com
ignacio_benlloch_bce@cajarural.com
ignacio_rojas_bce@cajarural.com
jose_garzon_bce@cajarural.com
lvitores.bce@cajarural.com
nidia_murhib_bce@cajarural.com
pablo_lago_bce@cajarural.com
pilar_villaseca_bce@cajarural.com

**cajastur**
jdiezfer@cajastur.es

**calbt**
kimj@calbt.com

**calfed**
autumn.mosteller@calfed.com
bloper@calfed.com

## Company & Corresponding Email Addresses

dcomanda@calfed.com
luhler@calfed.com
mwalker@calfed.com
rmcarthy@calfed.com
rterzian@calfed.com
sgivans@calfed.com
sliu@calfed.com

### calnational
btrujillo@calnational.com

### calnationalbank
lalexander@calnationalbank.com

### calpers
al_fernandez@calpers.ca.gov
alonzo_white@calpers.ca.gov
andy_drol@calpers.ca.gov
angela_lyons@calpers.ca.gov
anne_boschert@calpers.ca.gov
anny_chen@calpers.ca.gov
arnie_phillips@calpers.ca.gov
arnold_phillips@calpers.ca.gov
arthur_han@calpers.ca.gov
bashar_zacharia@calpers.ca.gov
bashar_zakaria@calpers.ca.gov
brad_stevens@calpers.ca.gov
bridgette_butler@calpers.ca.gov
carl_guidi@calpers.ca.gov
chris_doffing@calpers.ca.gov
chris_gray@calpers.ca.gov
chris_owen@calpers.ca.gov
chuck_lindholm@calpers.ca.gov
chung_wang@calpers.ca.gov
craig_dandurand@calpers.ca.gov
craig_rhines@calpers.ca.gov
cristina_cam@calpers.ca.gov
curtis@calpers.ca.gov
dale_johnson@calpers.ca.gov
dallas_stone@calpers.ca.gov
dan_bienvenue@calpers.ca.gov
dan_kiefer@calpers.ca.gov
david_bach@calpers.ca.gov
david_merwin@calpers.ca.gov
david_schmidt@calpers.ca.gov
dennis_harbison@calpers.ca.gov
derek_hayamizu@calpers.ca.gov
derek_niu@calpers.ca.gov
dianne_sandoval@calpers.ca.gov
don_pontes@calpers.ca.gov
eric_bassesen@calpers.ca.gov
eric_busay@calpers.ca.gov
farouki_majeed@calpers.ca.gov
geraldine_jimenez@calpers.ca.gov
ho_ho@calpers.ca.gov
ian_carew@calpers.ca.gov
ike_michaels@calpers.ca.gov

**Company & Corresponding Email Addresses**

james_chang@calpers.ca.gov
jay_jeong@calpers.ca.gov
jean_hsu@calpers.ca.gov
jeffrey_jaro@calpers.ca.gov
jerry_graber@calpers.ca.gov
jesus_arguelles@calpers.ca.gov
jim_kourkoulakos@calpers.ca.gov
jj@calpers.ca.gov
john_kowalik@calpers.ca.gov
jonathon_o'donnell@calpers.ca.gov
joncarlo_mark@calpers.ca.gov
joseph_jelincic@calpers.ca.gov
joyce_rowan@calpers.ca.gov
justin_scripps@calpers.ca.gov
kelly_forrest@calpers.ca.gov
kevin_winter@calpers.ca.gov
leon_shahinian@calpers.ca.gov
louis_zahorak@calpers.ca.gov
marina_kong@calpers.ca.gov
marina_sun@calpers.ca.gov
mark_yelavich@calpers.ca.gov
mary_cottrill@calpers.ca.gov
mary_low@calpers.ca.gov
mary_nobbe@calpers.ca.gov
melody_wilcox@calpers.ca.gov
michael_dutton@calpers.ca.gov
mike_claybar@calpers.ca.gov
mike_johnson@calpers.ca.gov
nitin_doke@calpers.ca.gov
omid_rezania@calpers.ca.gov
patricia_pinkos@calpers.ca.gov
paul_kramer@calpers.ca.gov
peter_nguyen@calpers.ca.gov
racel_ochoa@calpers.ca.gov
racel_sy@calpers.ca.gov
raymond_venner@calpers.ca.gov
rhonda_webb@calpers.ca.gov
richard_duffy@calpers.ca.gov
rob_grady@calpers.ca.gov
robert_booker@calpers.ca.gov
robert_perez@calpers.ca.gov
russell_read@calpers.ca.gov
scott_whelan@calpers.ca.gov
simiso_nzima@calpers.ca.gov
simon_lim@calpers.ca.gov
stacy_guidry@calpers.ca.gov
steven_carden@calpers.ca.gov
thomas_mcdonagh@calpers.ca.gov
todd_smith@calpers.ca.gov
tom_baker@calpers.ca.gov
tony_lo@calpers.ca.gov
uyen_nguyen@calpers.ca.gov
van_banh@calpers.ca.gov
warren_trepeta@calpers.ca.gov

**Company & Corresponding Email Addresses**

  wilson_fong@calpers.ca.gov
  yingru_li@calpers.ca.gov

**calsavings**

  jgala@calsavings.com

**calstrs**

  aiseri@calstrs.com
  akhan@calstrs.com
  brice@calstrs.com
  cailman@calstrs.com
  cdisalvo@calstrs.com
  cmerlini@calstrs.com
  ctyler@calstrs.com
  dbergquist@calstrs.com
  dcontini@calstrs.com
  dng@calstrs.com
  ehoyt@calstrs.com
  ekwong@calstrs.com
  garani@calstrs.com
  ghosokawa@calstrs.com
  imccarty@calstrs.com
  jccrawford@calstrs.com
  jcolville@calstrs.com
  jdeluca@calstrs.com
  jdiedesch@calstrs.com
  jhamey@calstrs.com
  jperez@calstrs.com
  jpetzold@calstrs.com
  ksano@calstrs.com
  mcunningham@calstrs.com
  mmorris@calstrs.com
  myager@calstrs.com
  oswanigan@calstrs.com
  pat_mitchell@calstrs.com
  plarrieu@calstrs.com
  pshantic@calstrs.com
  rlucchesini@calstrs.com
  sdhillon@calstrs.com
  shussey@calstrs.com
  sreichenberg@calstrs.com
  stong@calstrs.com
  tcutter@calstrs.com
  wyee@calstrs.com
  yyevsyukova@calstrs.com

**caltrust**

  cbrown@caltrust.com
  jswain@caltrust.com

**calvert**

  cathy.roy@calvert.com
  chris.santos@calvert.com
  chris.will@calvert.com
  dan.hayes@calvert.com
  eric.elg@calvert.com
  eugene.chen@calvert.com
  fatima.batalvi@calvert.com

## Company & Corresponding Email Addresses

gregory.habeeb@calvert.com
jodi.vanvoorhis@calvert.com
john.nichols@calvert.com
josh.evans@calvert.com
matt.nottingham@calvert.com
matthew.duch@calvert.com
mauricio.agudelo@calvert.com
sam.jones@calvert.com
steve.matosziuk@calvert.com
steven.hale@calvert.com
suzanne.tosini@calvert.com
tracy.shafer@calvert.com

### calvertgroup

carmen.reid@calvertgroup.com
michael.abramo@calvertgroup.com
patrick.faul@calvertgroup.com
tom.dailey@calvertgroup.com
tracy.knight@calvertgroup.com

### calyon

a.delazardiere@calyon.com
alan.reynolds@uk.calyon.com
alison.richardson@uk.calyon.com
andrew.watson@calyon.com
antoine.bedin@calyon.com
antoine.chardonduranquet@calyon.com
armand.castiel@calyon.com
athanasios.samaras@calyon.com
aurel.lavedrine@hk.calyon.com
benjamin.jacquard@uk.calyon.com
benoit.delmas@calyon.com
bernard.carayon@calyon.com
bertrand.sentenac@calyon.com
carl.iovine@us.calyon.com
carole.miller@calyon.com
charles.moran@calyon.com
claire.valvona@uk.calyon.com
claude.brassens@calyon.com
cpmtransactions@calyon.com
cyril.louchtchay@calyon.com
cyril.regnat@calyon.com
cyrille.strugarek@calyon.com
david.djipi@calyon.com
david.sinclair@uk.calyon.com
dawn.simes@uk.calyon.com
dominique.blanchard@jp.calyon.com
dominique.fournier@calyon.com
don.peduzzi@uk.calyon.com
edouard.bremond@calyon.com
edouard.esteve@calyon.com
elodie.avarguez@calyon.com
emmanuel.raffner@calyon.com
eric.chevre@calyon.com
eric.gerner@calyon.com
eric.hottelart@calyon.com

**Company & Corresponding Email Addresses**

erik.bogros@uk.calyon.com
fabienne.zamfiresco@calyon.com
gilles.pradere@uk.calyon.com
guillaume.courtines@calyon.com
guillaume.di-paolantonio@calyon.com
guillaume.dupin@calyon.com
guillaume.lattaignant@uk.calyon.com
helene.carregenoud@calyon.com
henri.kuppers@calyon.com
hertam@calyon.com
herve.decampigneulles@calyon.com
isabelle.danet@calyon.com
ishan.kapur@calyon.com
jason.hsiao@us.calyon.com
jean-louis.angelini@calyon.com
jeanluc.lamarque@calyon.com
jean-marc.pinaud@calyon.com
jean-marc.vichard@uk.calyon.com
jeanphilippe.guillerault@calyon.com
jerome.lejamtel@us.calyon.com
julien.petit@uk.calyon.com
kenro.arimoto@jp.calyon.com
laurence.dudon-barbery@calyon.com
lise.kessler@uk.calyon.com
luc.viennet@calyon.com
manish.peshawaria@uk.calyon.com
marc.litzler@calyon.com
marc.reboule@calyon.com
marcus.asante@us.calyon.com
marienoelle.jabain@calyon.com
matthias.kaufling@calyon.com
mauro.calderon@us.calyon.com
michael.fought@uk.calyon.com
michael.sheren@uk.calyon.com
michel.anastassiades@calyon.com
michel.bilger@calyon.com
michel.lefort@calyon.com
michel.robert@calyon.com
michele.fargues@calyon.com
monique.veillerobe@calyon.com
mounir.meslem@calyon.com
nathalie.esnault@calyon.com
olivier.belorgey@calyon.com
olivier.morandduval@calyon.com
olivier.nobile@calyon.com
paolo.torti@us.calyon.com
patrick.couque@calyon.com
patrick.josse@calyon.com
patrick.sarfati@calyon.com
paul.bearman@uk.calyon.com
pauline.carlotti@uk.calyon.com
phil.muldoon@uk.calyon.com
phil.scott@us.calyon.com
philippe.madar@calyon.com

## Company & Corresponding Email Addresses

pierre.harang@calyon.com
pierre.martineu@calyon.com
pierrecyril.calandreau@calyon.com
pierrehenri.floquet@calyon.com
ram.sabri@uk.calyon.com
regis.monfront@uk.calyon.com
rene.mouchotte@calyon.com
robert.wallin@calyon.com
samantha.stephenson@uk.calyon.com
sebastian.hagman@uk.calyon.com
sebastien.monnerotdumaine@it.calyon.com
simon.picard@calyon.com
snehashis.das@hk.calyon.com
soeren.moerch@uk.calyon.com
stanley.chan@hk.calyon.com
stephane.occhipinti@calyon.com
stephanie.bonder@calyon.com
steve.tubb@uk.calyon.com
suicheng.wang@calyon.com
susumu.kato@jp.calyon.com
thierry.sebton@uk.calyon.com
thomas.gadenne@calyon.com
valerie.kuotsingjen@calyon.com
vincent.caillon@calyon.com
virginie.vermeersch@calyon.com
wertheim@us.calyon.com
yedau.ogoundele@calyon.com
zouhair.bechchar@calyon.com

### cam
aepedros@cam.es
dtjmramos@cam.es
fov6173@red.cam.es
iabellan@cam.es
jcanavatec@gestimed.cam.es
jhn6184@red.cam.es
jlsabatern@cam.es
jsempere@cam.es
jsv6173@red.cam.es
msg6166@red.cam.es
pmm6192@red.cam.es
rma6109@red.cam.es
rmartineza@cam.es
szb6192@red.cam.es

### camamadrid
malonsog@camamadrid.es

### camarguecapital
bennspiers@camarguecapital.com

### camasia
lucas_yeoh@camasia.com.sg

### cambinv
afinnegan@cambinv.com
courtney@cambinv.com
hthunt@cambinv.com
jamie@cambinv.com

**Company & Corresponding Email Addresses**

**cambonds**
cmencer@cambonds.com
cmeng@cambonds.com
dkarpa@cambonds.com
rgardner@cambonds.com
rhale@cambonds.com
rschneider@cambonds.com
wsloneker@cambonds.com

**cambridgeantibody**
meg.wilson@cambridgeantibody.com

**cambridgeassociates**
cturner@cambridgeassociates.com

**campbellsoup**
adolfo_jimenez@campbellsoup.com
ashok_madhavan@campbellsoup.com
christine_senopoulos@campbellsoup.com
robert_schifner@campbellsoup.com
tim_murphy@campbellsoup.com

**campisisim**
stefano.veneziani@campisisim.com

**campus**
cvillazon@campus.uoc.es

**can**
felipe.izpura@delfos.can.es

**canadalife**
adrian_croft@canadalife.com
andrew_smith@canadalife.com
bill.harer@canadalife.co.uk
bob_morrison@canadalife.com
chandra_mickle@canadalife.com
craig.mcdougall@canadalife.co.uk
david.bradbury@canadalife.co.uk
eleni.poullides@canadalife.co.uk
george_isaac@canadalife.com
graham.taylor@canadalife.co.uk
harold.snow@canadalife.co.uk
jack_alvo@canadalife.com
joseph_morano@canadalife.com
mark.bon@canadalife.co.uk
michael.count@canadalife.co.uk
michael.wosner@canadalife.co.uk
mike.willans@canadalife.co.jp
patricia_noga@canadalife.com
paul.jay@canadalife.co.uk
penny.kemp@canadalife.co.uk
rishul.shah@canadalife.co.uk
roger.dawes@canadalife.co.uk
sunny.vachhani@canadalife.co.uk
tom_drake@canadalife.com

**canal-plus**
christine.ponelle.studio@canal-plus.com
edith.seingier@canal-plus.com
fcarayol@canal-plus.fr
frederic.dossantos@canal-plus.com

**Company & Corresponding Email Addresses**

michel.campioni@canal-plus.fr
ochassea@canal-plus.com
xpetit@canal-plus.com

**candw**

oam@candw.ky

**cantor**

achang@cantor.com
alopchinsky@cantor.com
cdrabin@cantor.com
jadams@cantor.com
jallan@cantor.com
jrandolph@cantor.com
jregan@cantor.com
mbonitto@cantor.com
pvolino@cantor.com
sbischoff@cantor.com
sgolden@cantor.com
sweinand@cantor.com
wcleary@cantor.com

**canyonparteners**

phauser@canyonparteners.com

**canyonparters**

khrstich@canyonparters.com

**canyonpartners**

aba@canyonpartners.com
agoldman@canyonpartners.com
ajray@canyonpartners.com
akawalski@canyonpartners.com
akawalsky@canyonpartners.com
akay@canyonpartners.com
aklaber@canyonpartners.com
asistos@canyonpartners.com
bamatthews@canyonpartners.com
bfaderrattner@canyonpartners.com
bmatthews@canyonpartners.com
cbarrow@canyonpartners.com
cburke@canyonpartners.com
ccourtney@canyonpartners.com
cheine@canyonpartners.com
csheffield@canyonpartners.com
dcontes@canyonpartners.com
djung@canyonpartners.com
dlynch@canyonpartners.com
dmartin@canyonpartners.com
dmielle@canyonpartners.com
dwang@canyonpartners.com
ecohen@canyonpartners.com
ekestenberg@canyonpartners.com
ekim@canyonpartners.com
emiller@canyonpartners.com
epae@canyonpartners.com
fkim@canyonpartners.com
gjikovski@canyonpartners.com
gserrano@canyonpartners.com

**Company & Corresponding Email Addresses**

hchyung@canyonpartners.com
hkim@canyonpartners.com
hsachs@canyonpartners.com
iklinger@canyonpartners.com
iklingler@canyonpartners.com
iweil@canyonpartners.com
jbarzideh@canyonpartners.com
jdavis@canyonpartners.com
jdonfeld@canyonpartners.com
jfetterman@canyonpartners.com
jfriedman@canyonpartners.com
jhersch@canyonpartners.com
jloccisano@canyonpartners.com
jplaga@canyonpartners.com
jrhee@canyonpartners.com
jsimpson@canyonpartners.com
jsingson@canyonpartners.com
jsmith@canyonpartners.com
kchellapa@canyonpartners.com
kchellappa@canyonpartners.com
kfrazeur@canyonpartners.com
kfurutani@canyonpartners.com
kwheeler@canyonpartners.com
lgarshofsky@canyonpartners.com
lmcduffee@canyonpartners.com
lsan@canyonpartners.com
lsilva@canyonpartners.com
mgreen@canyonpartners.com
mhall@canyonpartners.com
mikekao@canyonpartners.com
mjulis@canyonpartners.com
mleyland@canyonpartners.com
mmendo@canyonpartners.com
mprinn@canyonpartners.com
mpuleo@canyonpartners.com
mramirez@canyonpartners.com
msiddiqui@canyonpartners.com
mstroyman@canyonpartners.com
mvalenzano@canyonpartners.com
mwong@canyonpartners.com
nsandler@canyonpartners.com
pbae@canyonpartners.com
pdooley@canyonpartners.com
pheckman@canyonpartners.com
pshah@canyonpartners.com
rcbe@canyonpartners.com
rdryden@canyonpartners.com
rforgues@canyonpartners.com
rguha@canyonpartners.com
riyer@canyonpartners.com
rle@canyonpartners.com
rmyers@canyonpartners.com
rpeirce@canyonpartners.com
rstarling@canyonpartners.com

**Company & Corresponding Email Addresses**

rviyer@canyonpartners.com
sbadlani@canyonpartners.com
sbardack@canyonpartners.com
sfarsi@canyonpartners.com
spho@canyonpartners.com
sreid@canyonpartners.com
tkim@canyonpartners.com
tlemkin@canyonpartners.com
tmo@canyonpartners.com
twirkus@canyonpartners.com
tylin@canyonpartners.com
uyurday@canyonpartners.com
wdahl@canyonpartners.com
xwong@canyonpartners.com
yyoo@canyonpartners.com

**cap**

cburt@cap.com
pkelley@cap.com

**ca-paris**

didier.leboeuf@ca-paris.fr
dominique.chupin@ca-paris.fr
francoise.debrus@ca-paris.fr
laurent.cajgfinger@ca-paris.fr
olivier.rabaux@ca-paris.fr

**capassurance**

jeremy.vessels@capassurance.com

**capco**

ronny.cosijns@capco.com

**capelcuresharp**

jimm@capelcuresharp.co.uk

**capfed**

jdicus@capfed.com
joliver@capfed.com
ktownsend@capfed.com
rjackson@capfed.com

**capgroup**

aag@capgroup.com
aah@capgroup.com
aama@capgroup.com
abbj@capgroup.com
abv@capgroup.com
acp@capgroup.com
adg@capgroup.com
adk@capgroup.com
admm@capgroup.com
ado@capgroup.com
adrd@capgroup.com
aeed@capgroup.com
afb@capgroup.com
agab@capgroup.com
aggs@capgroup.com
aih@capgroup.com
ajg@capgroup.com
ajw@capgroup.com

**Company & Corresponding Email Addresses**

aki@capgroup.com
aks@capgroup.com
akt@capgroup.com
akw@capgroup.com
al_ali@capgroup.com
ala@capgroup.com
alb@capgroup.com
albl@capgroup.com
alex_commissaris@capgroup.com
alexi_maravel@capgroup.com
alrf@capgroup.com
alw@capgroup.com
alxn@capgroup.com
alz@capgroup.com
am@capgroup.com
ampm@capgroup.com
amyr@capgroup.com
andd@capgroup.com
andg@capgroup.com
anne_durgavich@capgroup.com
antb@capgroup.com
aprs@capgroup.com
ar@capgroup.com
arthur_caye@capgroup.com
asb@capgroup.com
ashk@capgroup.com
bah@capgroup.com
bcb@capgroup.com
bco@capgroup.com
betc@capgroup.com
bgg@capgroup.com
bjk@capgroup.com
blp@capgroup.com
bmk@capgroup.com
bnd@capgroup.com
boris_petersik@capgroup.com
brae@capgroup.com
brrb@capgroup.com
brs@capgroup.com
bse@capgroup.com
bwk@capgroup.com
cads@capgroup.com
capc@capgroup.com
cars@capgroup.com
catherine_lord@capgroup.com
cecilia_tjokrosetyo@capgroup.com
cef@capgroup.com
ch@capgroup.com
chapman_taylor@capgroup.com
charles_cymbor@capgroup.com
chf@capgroup.com
chig@capgroup.com
chir@capgroup.com
chm@capgroup.com

**Company & Corresponding Email Addresses**

christina_xanthos@capgroup.com
christine_hathaway@capgroup.com
cht@capgroup.com
ciya@capgroup.com
ckc@capgroup.com
claire_cui@capgroup.com
claudia.rathgeb@capgroup.com
clh@capgroup.com
cljh@capgroup.com
clvo@capgroup.com
cmr@capgroup.com
cnm@capgroup.com
cojs@capgroup.com
colk@capgroup.com
conkkf@capgroup.com
cph@capgroup.com
cr@capgroup.com
ct@capgroup.com
ctm@capgroup.com
cvc@capgroup.com
cxi@capgroup.com
cxxs@capgroup.com
da@capgroup.com
daas@capgroup.com
dad@capgroup.com
dah@capgroup.com
daryl_gomez@capgroup.com
dasl@capgroup.com
david_kang@capgroup.com
davidbetanzos@capgroup.com
ddo@capgroup.com
del@capgroup.com
delb@capgroup.com
dis@capgroup.com
dpa@capgroup.com
dsb@capgroup.com
dts@capgroup.com
dvm@capgroup.com
dxb@capgroup.com
dxjm@capgroup.com
dxp@capgroup.com
eafm@capgroup.com
ebn@capgroup.com
ebr@capgroup.com
ecj@capgroup.com
ecs@capgroup.com
eexb@capgroup.com
egn@capgroup.com
egs@capgroup.com
ejk@capgroup.com
ejo@capgroup.com
elt@capgroup.com
emo@capgroup.com
enk@capgroup.com

**Company & Corresponding Email Addresses**

eoc@capgroup.com
epk@capgroup.com
epp@capgroup.com
eps@capgroup.com
es@capgroup.com
ett@capgroup.com
euc@capgroup.com
evelyne_dennijanto@capgroup.com
evmd@capgroup.com
ey@capgroup.com
fab@capgroup.com
fabc@capgroup.com
fad@capgroup.com
fiw@capgroup.com
fixedincomefails@capgroup.com
fjw@capgroup.com
fmh@capgroup.com
fnm@capgroup.com
frankcst@capgroup.com
fras@capgroup.com
frt@capgroup.com
gc@capgroup.com
gcd@capgroup.com
gd@capgroup.com
gdj@capgroup.com
gei@capgroup.com
ggjm@capgroup.com
gho@capgroup.com
gimd@capgroup.com
gl@capgroup.com
glb@capgroup.com
glp@capgroup.com
gm@capgroup.com
gr@capgroup.com
gww@capgroup.com
gxn@capgroup.com
gzzs@capgroup.com
habib_annous@capgroup.com
hchm@capgroup.com
hit@capgroup.com
hmb@capgroup.com
hmo@capgroup.com
hweber@capgroup.com
id@capgroup.com
idl@capgroup.com
ids@capgroup.com
ilw@capgroup.com
initials@capgroup.com
irf@capgroup.com
irina_goedemans@capgroup.com
is@capgroup.com
jahh@capgroup.com
jasb@capgroup.com
jast@capgroup.com

**Company & Corresponding Email Addresses**

jay_mortenson@capgroup.com
jbb@capgroup.com
jbbf@capgroup.com
jcfm@capgroup.com
jed@capgroup.com
jeeg@capgroup.com
jeetu_panjabi@capgroup.com
jeg@capgroup.com
jennifer_hinman@capgroup.com
jer@capgroup.com
jess@capgroup.com
jett@capgroup.com
jey@capgroup.com
jeyb@capgroup.com
jfr@capgroup.com
jimh@capgroup.com
jinl@capgroup.com
jkd@capgroup.com
jld@capgroup.com
jlf@capgroup.com
jlnc@capgroup.com
jlpo@capgroup.com
jmah@capgroup.com
jmkb@capgroup.com
jmp@capgroup.com
jn@capgroup.com
jnlh@capgroup.com
jny@capgroup.com
joanne_stewart@capgroup.com
joem@capgroup.com
john_smet@capgroup.com
jojs@capgroup.com
jom@capgroup.com
joyce_gallie@capgroup.com
joyp@capgroup.com
jpxw@capgroup.com
jql@capgroup.com
jqx@capgroup.com
jrav@capgroup.com
jrm@capgroup.com
jsb@capgroup.com
jsk@capgroup.com
juaa@capgroup.com
jxw@capgroup.com
jzzg@capgroup.com
kaas@capgroup.com
kar@capgroup.com
kd@capgroup.com
kf@capgroup.com
kfh@capgroup.com
khd@capgroup.com
kima@capgroup.com
kirstie_mcandrew@capgroup.com
kis@capgroup.com

**Company & Corresponding Email Addresses**

kju@capgroup.com
kjz@capgroup.com
kkc@capgroup.com
kll@capgroup.com
kmct@capgroup.com
kmp@capgroup.com
krm@capgroup.com
krr@capgroup.com
ktts@capgroup.com
kw@capgroup.com
kxk@capgroup.com
kxt@capgroup.com
kyy@capgroup.com
laam@capgroup.com
lajk@capgroup.com
lar@capgroup.com
laurentius_harrer@capgroup.com
lbt@capgroup.com
leaa@capgroup.com
leeb@capgroup.com
lfo@capgroup.com
lhh@capgroup.com
lms@capgroup.com
lnk@capgroup.com
lom@capgroup.com
lrs@capgroup.com
luke_farrell@capgroup.com
lwn@capgroup.com
madl@capgroup.com
majw@capgroup.com
malb@capgroup.com
manami_kondo@capgroup.com
mark_macdonald@capgroup.com
masashi_yamamoto@capgroup.com
masm@capgroup.com
matc@capgroup.com
mbl@capgroup.com
mch@capgroup.com
mcy@capgroup.com
mddh@capgroup.com
mdp@capgroup.com
mgy@capgroup.com
mhd@capgroup.com
michael_shanahan@capgroup.com
mics@capgroup.com
midk@capgroup.com
miet@capgroup.com
mijb@capgroup.com
mikm@capgroup.com
miv@capgroup.com
mixh@capgroup.com
mk@capgroup.com
mlfr@capgroup.com
monica_nagami@capgroup.com

## Company & Corresponding Email Addresses

mqb@capgroup.com
mre@capgroup.com
mrm@capgroup.com
mssp@capgroup.com
mtll@capgroup.com
mu@capgroup.com
mvf@capgroup.com
mvl@capgroup.com
naq@capgroup.com
nas@capgroup.com
ncw@capgroup.com
ndw@capgroup.com
neil_campbell@capgroup.com
nick_chen@capgroup.com
nll@capgroup.com
nmw@capgroup.com
np@capgroup.com
ns@capgroup.com
nsdl@capgroup.com
nuk@capgroup.com
nzk@capgroup.com
oliver_edmonds@capgroup.com
pa@capgroup.com
pam@capgroup.com
patonia_wong@capgroup.com
paul_survilla@capgroup.com
paum@capgroup.com
paus@capgroup.com
pcs@capgroup.com
per@capgroup.com
pfg@capgroup.com
philip_scully@capgroup.com
pjh@capgroup.com
plm@capgroup.com
pmm@capgroup.com
pna@capgroup.com
pov@capgroup.com
ptag@capgroup.com
rdw@capgroup.com
rebecca_king@capgroup.com
relk@capgroup.com
rgc@capgroup.com
rgk@capgroup.com
rgm@capgroup.com
rhl@capgroup.com
rhn@capgroup.com
rhs@capgroup.com
ri@capgroup.com
richard_bridges@capgroup.com
rklm@capgroup.com
rnh@capgroup.com
rnl@capgroup.com
rr@capgroup.com
rt@capgroup.com

**Company & Corresponding Email Addresses**

rtt@capgroup.com
rus@capgroup.com
rysc@capgroup.com
sajl@capgroup.com
sauj@capgroup.com
sazs@capgroup.com
sb@capgroup.com
sbcw@capgroup.com
scott_sykes@capgroup.com
sekk@capgroup.com
sheila_ecaille@capgroup.com
shfh@capgroup.com
shgg@capgroup.com
shxc@capgroup.com
simon_steward@capgroup.com
sjs@capgroup.com
sjwm@capgroup.com
slr@capgroup.com
smmh@capgroup.com
smt@capgroup.com
sn@capgroup.com
snst@capgroup.com
spes@capgroup.com
spst@capgroup.com
srw@capgroup.com
ssy@capgroup.com
st@capgroup.com
stb@capgroup.com
stc@capgroup.com
stck@capgroup.com
steven_lotwin@capgroup.com
stmh@capgroup.com
suehyun.kim@capgroup.com
sulp@capgroup.com
syd@capgroup.com
t2t@capgroup.com
taah@capgroup.com
takumi_naito@capgroup.com
tara_torrens@capgroup.com
taralynn_torrens@capgroup.com
tb@capgroup.com
tc@capgroup.com
tda@capgroup.com
tgn@capgroup.com
thb@capgroup.com
thh@capgroup.com
tim_binks@capgroup.com
tim_stark@capgroup.com
tjjb@capgroup.com
tkk@capgroup.com
tls@capgroup.com
tmm@capgroup.com
tn@capgroup.com
todd_james@capgroup.com

**Company & Corresponding Email Addresses**

tom_chang@capgroup.com
toml@capgroup.com
tomoya_aoki@capgroup.com
tony_ho@capgroup.com
tracy_li@capgroup.com
tristan_reid@capgroup.com
trs@capgroup.com
ts@capgroup.com
tsc@capgroup.com
tsw@capgroup.com
ttdd@capgroup.com
tus@capgroup.com
tw@capgroup.com
twt@capgroup.com
usg@capgroup.com
uva@capgroup.com
vdk@capgroup.com
veron_tan@capgroup.com
vickie.taylor@capgroup.com
vk@capgroup.com
vl@capgroup.com
vp@capgroup.com
wem@capgroup.com
wjg@capgroup.com
wkp@capgroup.com
wlr@capgroup.com
wps@capgroup.com
yunguang_li@capgroup.com
zac@capgroup.com
zeg@capgroup.com
zsanae_givens@capgroup.com

**capgrowthmgt**

ccolumb@capgrowthmgt.com
ebragnun@capgrowthmgt.com
eschaefer@capgrowthmgt.com
kenheebner@capgrowthmgt.com
rkemp@capgrowthmgt.com
ssmall@capgrowthmgt.com

**capgrp**

micy@capgrp.com
tamh@capgrp.com

**capis**

jmoeller@capis.com
kdevlin@capis.com
mmolho@capis.com
ndecker@capis.com
rpacheco@capis.com
slamandola@capis.com
wdailey@capis.com

**capitagest**

dipasquale@capitagest.it

**capitaladv**

csmith@capitaladv.com
jwilson@capitaladv.com

**Company & Corresponding Email Addresses**

kgoddard@capitaladv.com
mbutts@capitaladv.com
rlofgren@capitaladv.com

**capitalcambridge**

twallach@capitalcambridge.com

**capitalconsultantsinc**

rogert@capitalconsultantsinc.com

**capitalgateway**

jeff@capitalgateway.com
ken@capitalgateway.com

**capitalgest**

agodi@capitalgest.it
bargiano@capitalgest.it
basile@capitalgest.it
bertinelli@capitalgest.it
calzoni@capitalgest.it
cinosi@capitalgest.it
cioffi@capitalgest.it
faroni@capitalgest.it
ferri@capitalgest.it
fontana@capitalgest.it
gallina@capitalgest.it
loi@capitalgest.it
maurelli@capitalgest.it
nelli@capitalgest.it
noventa@capitalgest.it
palandi@capitalgest.it
pellegrinelli@capitalgest.it
perazzolo@capitalgest.it
pontoglio@capitalgest.it
porcella@capitalgest.it
titoli@capitalgest.it
tonoli@capitalgest.it
valeri@capitalgest.it

**capitalglobal**

alex.popa@capitalglobal.com
czb@capitalglobal.com
ellen.choi@capitalglobal.com
frank.ding@capitalglobal.com
harold.la@capitalglobal.com
johnny.chan@capitalglobal.com
katherine.wee@capitalglobal.com
ken.kojima@capitalglobal.com
kimiko.yamamoto@capitalglobal.com
krmb@capitalglobal.com
paul.li@capitalglobal.com
sung.lee@capitalglobal.com
takanori.nagatomo@capitalglobal.com
taylor.hinshaw@capitalglobal.com
winnie.kwan@capitalglobal.com

**capitalgrwothmgt**

dkrause@capitalgrwothmgt.com

**capitalia**

a.leccisotti@capitalia.it

## Company & Corresponding Email Addresses

luigia.campagna@capitalia.it
maddalena.citterio@capitalia.it

**capitalia-am**

alberto.alliney@capitalia-am.com
alberto.castelli@capitalia-am.com
alberto.paccotto@capitalia-am.com
alessandra.drago@capitalia-am.com
alessandra.minghetti@capitalia-am.com
alessandro.castoldi@capitalia-am.com
alessandro.caviglia@capitalia-am.com
alfredo.granata@capitalia-am.com
andrea.bertes@capitalia-am.com
andrea.martinello@capitalia-am.com
andrea.palma@capitalia-am.com
andrea.zaralli@capitalia-am.com
angelo.brizi@capitalia-am.com
angelo.trementozzi@capitalia-am.com
augusto.aggio@capitalia-am.com
bruno.putorti@capitalia-am.com
claudio.canale@capitalia-am.com
corrado.bei@capitalia-am.com
davide.digirolamo@capitalia-am.com
domenico.pirovine@capitalia-am.com
elena.lizzoli@capitalia-am.com
elster.flore@capitalia-am.com
enrico.piccari@capitalia-am.com
fabio.carpentieri@capitalia-am.com
fabio.stolfa@capitalia-am.com
fabrizio.tavernari@capitalia-am.com
francesco.ferrario@capitalia-am.com
franco.ravaglia@capitalia-am.com
g.isolani@capitalia-am.com
gianluca.calvi@capitalia-am.com
gianluca.guidi@capitalia-am.com
gianpaolo.isolani@capitalia-am.com
ginaluca.piacenti@capitalia-am.com
giulio.zaccagnini@capitalia-am.com
giuseppe.perrucci@capitalia-am.com
guido.guzzetti@capitalia-am.com
guido.sibilia@capitalia-am.com
ivan.franceschi@capitalia-am.com
l.tajana@capitalia-am.com
laura.tortosa@capitalia-am.com
leonardo.limiti@capitalia-am.com
licia.bodanzal@capitalia-am.com
lorenzo.cella@capitalia-am.com
lorenzo.tajana@capitalia-am.com
luca.massironi@capitalia-am.com
luca.pepe@capitalia-am.com
lucio.galati@capitalia-am.com
manfredi.senni@capitalia-am.com
manfredo.volterra@capitalia-am.com
manuela.sassoli@capitalia-am.com
marco.cabrini@capitalia-am.com

## Company & Corresponding Email Addresses

marco.morcello@capitalia-am.com
marco.morello@capitalia-am.com
mario.seghelini@capitalia-am.com
mark.pinckney@capitalia-am.com
massimiliano.guttadauro@capitalia-am.com
massimiliano.micheli@capitalia-am.com
matteo.solbiati@capitalia-am.com
maurizio.bucchi@capitalia-am.com
maurizio.cozzolini@capitalia-am.com
maurizio.profeta@capitalia-am.com
paola.latorre@capitalia-am.com
paola.vicari@capitalia-am.com
paolo.adoncecchi@capitalia-am.com
paolo.caruso@capitalia-am.com
pasquale.cattani@capitalia-am.com
pasquale.tripaldi@capitalia-am.com
piermario.cambula@capitalia-am.com
pino.mattioli@capitalia-am.com
raffaele.savi@capitalia-am.com
roberto.mini@capitalia-am.com
roberto.moscone@capitalia-am.com
sandro.volpe@capitalia-am.com
sara.marrocu@capitalia-am.com
sergio.locatelli@capitalia-am.com
sertac.yeltekin@capitalia-am.com
silvia.ciabuschi@capitalia-am.com
suzan.dorul@capitalia-am.com
tilde.tosetti@capitalia-am.com
tiziana.palladini@capitalia-am.com
umberto.crespi@capitalia-am.com
valeria.penco@capitalia-am.com
virginio.nottola@capitalia-am.com

**capitali-am**
alessandro.dall'oglio@capitali-am.com
mariano.gambero@capitali-am.com
nicola.farina@capitali-am.com

**capitalmanagmentcorp**
james.accurso@capitalmanagmentcorp.com

**capitalmgt**
capital@capitalmgt.com

**capitalone**
barry.lai@capitalone.com
dave.willey@capitalone.com

**capitalonebank**
craig.kercho@capitalonebank.com
dina.mabasa@capitalonebank.com
francis.coker@capitalonebank.com
kirk.jackson@capitalonebank.com
laura.watts@capitalonebank.com
richard.chauvin@capitalonebank.com
ross.wales@capitalonebank.com
skip.moeller@capitalonebank.com

**capitalresearch**
bgoodwin@capitalresearch.com

## Company & Corresponding Email Addresses

**capitaltrustltd**
george@capitaltrustltd.com
olga.aburdene@capitaltrustltd.com

**capitalworld**
dina.perry@capitalworld.com
jfj@capitalworld.com
rwl@capitalworld.com
yoko.nakayama@capitalworld.com

**capitglobal**
ross.sappenfield@capitglobal.com

**capmgcp**
bhlong@capmgcp.com
mcfadden@capmgcp.com

**cappgroup**
mom@cappgroup.com

**capraasset**
aarons@capraasset.com
guyh@capraasset.com
nilsn@capraasset.com
research@capraasset.com
susanb@capraasset.com

**capstonefinancial**
dwatson@capstonefinancial.com
jwolf@capstonefinancial.com
ptownsen@capstonefinancial.com
sseverson@capstonefinancial.com

**caqpgroup**
rlf@caqpgroup.com

**carac**
avalimamode@carac.fr
cvialonga@carac.fr
jmstraus@carac.fr
rgravil@carac.fr

**cardcap**
kgray@cardcap.com

**cardif**
bruno.ducros@cardif.fr
david.boutrou@cardif.fr
didier.federle@cardif.fr
eric.bernard@cardif.fr
fabrice.romano@cardif.fr
fabrice.taravant@cardif.fr
gregor.jourdin@cardif.fr
jean-francois.ruggieri@cardif.fr
jean-paul.cheve@cardif.fr
marie.sorlin@cardif.fr
olivier.hereil@cardif.fr
pascal.perrier@cardif.fr
pascal.wolljung@cardif.fr
thomas.blondel@cardif.fr
vincent.salle@cardif.fr

**cargill**
amanda_higgins@cargill.com
andrew_holdsworth@cargill.com

**Company & Corresponding Email Addresses**

andrew_mack@cargill.com
andy_reul@cargill.com
betsy_horton@cargill.com
brad_smith@cargill.com
brian_bajema@cargill.com
daniel_mauer@cargill.com
darrick_ginkel@cargill.com
david_whitcomb@cargill.com
derek_pitt@cargill.com
greg_trebil@cargill.com
gregory_belonogoff@cargill.com
guilherme_schmidt@cargill.com
guillermo_saenger@cargill.com
heather_margolies@cargill.com
ian_lokkerbol@cargill.com
jack_bohn@cargill.com
jamie_colvin@cargill.com
jayolson@cargill.com
jeremy_llewelyn@cargill.com
john_brice@cargill.com
josh_taylor@cargill.com
karlo_ortiz@cargill.com
kelly_burns@cargill.com
kirk_ogren@cargill.com
kristi_richard@cargill.com
lesley_doehr@cargill.com
lesley_phillips@cargill.com
liane_wesson@cargill.com
maria_carolina_amaral@cargill.com
mark_guidinger@cargill.com
martin_smith@cargill.com
miho_yokoyama@cargill.com
nancy_killpatrick@cargill.com
neil_birnie@cargill.com
nicholas_weber1@cargill.com
octavio_garcia@cargill.com
olga_kouznetsova@cargill.com
paul_mullaney@cargill.com
paul_richardson@cargill.com
phyllis_daisey@cargill.com
rory_oneill@cargill.com
sam_essling@cargill.com
samuel_albert@cargill.com
serdar_rebis@cargill.com
stephanie_turner@cargill.com
steven_pumilia@cargill.com
tembora_kardanov@cargill.com
terry_ruppe@cargill.com
todd_urbon@cargill.com
tom_serie@cargill.com
yonghoi_koo@cargill.com

**carife**

alberto.soffritti@carife.it
fabrizio_farinatti@carife.it

## Company & Corresponding Email Addresses
luricc@carife.it
stefano.baldazzi@carife.it

**carifirenze**
alberto.tarani@carifirenze.it
alessandra.pucci@carifirenze.it
claudio.andretti@carifirenze.it
consulen@carifirenze.it
cristina.pezzati@carifirenze.it
fulvio.innella@carifirenze.it
gp.carifirenze@carifirenze.it
lorenzo.ronchi@carifirenze.it
luciano.tortoli@carifirenze.it
martina.biancardi@carifirenze.it
paolo.bucciarelli@carifirenze.it
paolo.gambassini@carifirenze.it
raoul.maddaleni@carifirenze.it

**carige**
emanuela.sessare@carige.it
ennio.lamonica@carige.it
enrico.cardani@carige.it
finanza@carige.it
giacomo.burro@carige.it
giambattista.pesce@carige.it
gianbattista.pesce@carige.it
maurizio.maoramarco@carige.it
paolo.boretti@carige.it

**carigesgr**
pventuri@carigesgr.it

**carinalli**
charlie@carinalli.com

**cariplo**
basil.cassini@cariplo.com
riccardodirenzo@cariplo.it

**caript**
elisabetta.parlanti@caript.it
gianfranco.niccolai@caript.it

**carisp**
daniele.carabini@carisp.sm
federico.micheloni@carisp.sm
giuseppe.buoncompagni@carisp.sm
info@carisp.sm
luca.faggian@carisp.sm
luca.simoni@carisp.sm
maurizio.morolli@carisp.sm

**carispcesena**
amancini@carispcesena.it

**cariverona**
giuseppe_mignogna@cariverona.it
guiseppe_franceschetti@cariverona.it
massimo_franco_andreoli@cariverona.it

**carlsberg**
fredrik.aberg@carlsberg.com
investor.relations@carlsberg.com
jorn.p.jensen@carlsberg.com

## Company & Corresponding Email Addresses
mikael.bolarsen@carlsberg.com
nils.anderson@carlsberg.com
paul.berquist@carlsberg.com

**carlton**
cliff.hide@carlton.com
gabywilliams@carlton.com

**carnegie**
anders.borchsenius@carnegie.dk
brask@carnegie.dk
christian.sibbesen@carnegie.dk
henrik.muthel@carnegie.dk
kristian.greisen@carnegie.dk
ricsun@carnegie.se
ulftos@carnegie.se

**carnegieam**
bk@carnegieam.dk
bs@carnegieam.dk
hah@carnegieam.dk
hb@carnegieam.dk
hbg@carnegieam.dk
hh@carnegieam.dk
kaj@carnegieam.dk
kkn@carnegieam.dk
lw@carnegieam.dk
mgm@carnegieam.dk
mk@carnegieam.dk
mpl@carnegieam.dk
mr@carnegieam.dk
ms@carnegieam.dk
mw@carnegieam.dk
pg@carnegieam.dk
rd@carnegieam.dk
tk@carnegieam.dk

**carnival**
broberts@carnival.com
jborder@carnival.com
lfreedman@carnival.com

**carol**
canderson@carol.net

**carolinafirst**
ben.toole@carolinafirst.com
dcrawfor@carolinafirst.com
james.monroe@carolinafirst.com
jonathan.taylor@carolinafirst.com
matthew.jaeggli@carolinafirst.com
peter.stoffelen@carolinafirst.com
selena.given@carolinafirst.com

**carrefour**
alessandra_girolami@carrefour.com
claire_lise_berger@carrefour.com
jean_michel_garrigue@carrefour.com
jose_louis_duran@carrefour.com
matthieu_de_bergeyck@carrefour.com
patrice_moulin@carrefour.com

**Company & Corresponding Email Addresses**

pierre_mainoldi@carrefour.com
reginald_gillet@carrefour.fr
vincent_barucq@carrefour.com
virginie_blin@carrefour.com

**carret**

wreisner@carret.com

**carson**

paulinel@carson.com.hk

**carval**

christopher.lyche@carval.com
isabel.luo@carval.com
jan.peters@carval.com
maciej.woznica@carval.com
mrk.sorensen@carval.com
sean.goudy@carval.com
vinh-tuan.ngo@carval.com

**casgrain**

gcasgrain@casgrain.ca

**cassalombarda**

andrea.personeni@cassalombarda.it
c.terzano@cassalombarda.it
d.carettoni@cassalombarda.it
f.rossetti@cassalombarda.it
f.scala@cassalombarda.it
f.vezzani@cassalombarda.it
g.colacicco@cassalombarda.it
g.lucchelli@cassalombarda.it
m.ragni@cassalombarda.it
m.saurgnani@cassalombarda.it
m.trabaldo@cassalombarda.it
mattia.donadeospada@cassalombarda.it
p.ricci@cassalombarda.it
r.pedon@cassalombarda.it

**castberg**

anders.stang@castberg.com

**ca-suisse**

alessandro.conrad@ca-suisse.com
alexander.shargorodsky@ca-suisse.com
antonia.morgan@ca-suisse.com
brigitte.turin@ca-suisse.com
christian.evain@ca-suisse.com
daniel.fontannaz@ca-suisse.com
davis.hall@ca-suisse.com
emanuela.caruzzofeijoo@ca-suisse.com
fremond@ca-suisse.com
georges.spirig@ca-suisse.com
jarka.saidi@ca-suisse.com
jean-marc.montlahuc@ca-suisse.com
jose.gonzalez@ca-suisse.com
karim.derleth@ca-suisse.com
marc.libourel@ca-suisse.com
olivier.passeri@ca-suisse.com
olivier.tempia-caliera@ca-suisse.com
paolo.lampugnani@ca-suisse.com

**Company & Corresponding Email Addresses**

patrice.morin@ca-suisse.com
paul.bawab@ca-suisse.com
pcornet@ca-suisse.com
portfolio.management@ca-suisse.com
rani.jabban@ca-suisse.com
reto.jaeggli@ca-suisse.com
roberto.brero@ca-suisse.com
shannon.jaggi@ca-suisse.com
simon.vallotto@ca-suisse.com
suzanne.kitscha-lambillon@ca-suisse.com
sylveline.besson@ca-suisse.com
ute.schulthess@ca-suisse.com
yacine.zarrouk@ca-suisse.com

**cat**

banks_steven_m@cat.com
bomberger_david_l@cat.com
cara_vlad@cat.com
howard_damian@cat.com
kaczmarek_bryce_e@cat.com
urban_charles_t@cat.com
yoder_keith_d@cat.com

**catella**

gustaf.sjogren@catella.se
jesper.bo@catella.dk
mikael.haneli@catella.se
morten.gustafson@catella.dk

**cater-allen**

alexs@cater-allen.co.uk
paul.berry@cater-allen.co.uk
paulb@cater-allen.co.uk
pauls@cater-allen.co.uk
phillip_gottlick@cater-allen.co.uk
richardc@cater-allen.co.uk
stevel@cater-allen.co.uk

**caterpillar**

andyfinks@caterpillar.com

**catfinance**

info@catfinance.ch

**cathaybank**

dennis_kwok@cathaybank.com
eva_chan@cathaybank.com
javier_otoya@cathaybank.com
joyce_kuo@cathaybank.com
maureen_wong@cathaybank.com

**cathaybk**

louis.yang@cathaybk.com.tw

**cathayconsult**

industry@cathayconsult.com.tw
suspeed@cathayconsult.com.tw

**cathay-ins**

chialig@cathay-ins.com.tw

**cathaylife**

3200102@cathaylife.com.tw
allenchen@cathaylife.com.tw

## Company & Corresponding Email Addresses

allenlee@cathaylife.com.tw
andrewhuang@cathaylife.com.tw
andyhung@cathaylife.com.tw
andytsai@cathaylife.com.tw
cc11018@cathaylife.com.tw
ccchiang@cathaylife.com.tw
changyau@cathaylife.com.tw
chenms@cathaylife.com.tw
chian@cathaylife.com.tw
chinglan@cathaylife.com.tw
chiyahua@cathaylife.com.tw
chunanlin@cathaylife.com.tw
cindytseng@cathaylife.com.tw
claireteng@cathaylife.com.tw
clchang@cathaylife.com.tw
cyl@cathaylife.com.tw
daryl@cathaylife.com.tw
derrickyang@cathaylife.com.tw
doris_sh_wang@cathaylife.com.tw
eric_chao@cathaylife.com.tw
ericshih0621@cathaylife.com.tw
erictsai@cathaylife.com.tw
ethanchao@cathaylife.com.tw
ethanhuang@cathaylife.com.tw
euphoria@cathaylife.com.tw
g8852014@cathaylife.com.tw
howardtsai@cathaylife.com.tw
hschang@cathaylife.com.tw
hsenyehwu@cathaylife.com.tw
hugh@cathaylife.com.tw
ib@cathaylife.com.tw
ivan.lin@cathaylife.com.tw
ivanwang@cathaylife.com.tw
jameshsueh@cathaylife.com.tw
jasontsai@cathaylife.com.tw
jeffyu@cathaylife.com.tw
jerry_hsin@cathaylife.com.tw
jimyang@cathaylife.com.tw
joelin@cathaylife.com.tw
joycelee@cathaylife.com.tw
kai@cathaylife.com.tw
karenhsu@cathaylife.com.tw
kenwang@cathaylife.com.tw
laida620@cathaylife.com.tw
leowu@cathaylife.com.tw
lisa_lin@cathaylife.com.tw
maggieyc@cathaylife.com.tw
markhsu@cathaylife.com.tw
meganhuang@cathaylife.com.tw
mia0621@cathaylife.com.tw
mirogoya@cathaylife.com.tw
nevalin@cathaylife.com.tw
ninafeng@cathaylife.com.tw
oscar_huang@cathaylife.com.tw

## Company & Corresponding Email Addresses

owenchang@cathaylife.com.tw
owenkuo@cathaylife.com.tw
paulachen@cathaylife.com.tw
ping_lin@cathaylife.com.tw
pyopyo@cathaylife.com.tw
rebecca_chu@cathaylife.com.tw
rebekah@cathaylife.com.tw
rhn49225@cathaylife.com.tw
rodney@cathaylife.com.tw
ruping@cathaylife.com.tw
sophiawang@cathaylife.com.tw
stsai1@cathaylife.com.tw
sychuang@cathaylife.com.tw
thomasliao@cathaylife.com.tw
tongli@cathaylife.com.tw
tt@cathaylife.com.tw
vader@cathaylife.com.tw
vickie@cathaylife.com.tw
vincent_yu@cathaylife.com.tw
viviku@cathaylife.com.tw
wayc2k@cathaylife.com.tw
wenlee@cathaylife.com.tw
williamchung@cathaylife.com.tw
wushuying@cathaylife.com.tw
ylw@cathaylife.com.tw

**cathaysite**
vincent@cathaysite.com.tw

**cathlife**
5100000@cathlife.com.tw
6700000@cathlife.com.tw

**catholicknights**
russ@catholicknights.com

**cattolicaassicurazioni**
adriano.castagnetti@cattolicaassicurazioni.it
alberto.zoico@cattolicaassicurazioni.it
alessandro.menegus@cattolicaassicurazioni.it
andrea.bombieri@cattolicaassicurazioni.it
andrea.lisi@cattolicaassicurazioni.it
antonio.crisafulli@cattolicaassicurazioni.it
chiara.adria@cattolicaassicurazioni.it
damiano.fusina@cattolicaassicurazioni.it
emmanuel.meyer@cattolicaassicurazioni.it
francesca.tonegato@cattolicaassicurazioni.it
giovanni.berti@cattolicaassicurazioni.it
mario.cavaggioni@cattolicaassicurazioni.it
mattia.calzolari@cattolicaassicurazioni.it
piero.gavazzi@cattolicaassicurazioni.it

**cavanalhill**
eloi@cavanalhill.com
mkitchen@cavanalhill.com
mmaurer@cavanalhill.com
probertson@cavanalhill.com
rwilliams@cavanalhill.com

**cavcap**

**Company & Corresponding Email Addresses**

jmdugan@cavcap.com
mbrune@cavcap.com
sshutz@cavcap.com
tgraff@cavcap.com

**caxton**

aangeles@caxton.com
abrehm@caxton.com
aciocon@caxton.com
acottone@caxton.com
adelrio@caxton.com
agurevich@caxton.com
akassan@caxton.com
akrok@caxton.com
amenson@caxton.com
ametzger@caxton.com
anappo@caxton.com
aradick@caxton.com
arennert@caxton.com
asacher@caxton.com
aschlesinger@caxton.com
aschlessinger@caxton.com
awilliams@caxton.com
bbinder@caxton.com
bboral@caxton.com
bbrill@caxton.com
bcumiskey@caxton.com
bernagozzi@caxton.com
bgibson@caxton.com
blwong@caxton.com
bmccoy@caxton.com
boswald@caxton.com
bpopadiuk@caxton.com
braithd@caxton.com
brutkowsky@caxton.com
bschell@caxton.com
bturney@caxton.com
bvallely@caxton.com
cardis@caxton.com
cdavis@caxton.com
cgeraci@caxton.com
charris@caxton.com
chart@caxton.com
cjacobson@caxton.com
clloyd@caxton.com
clocastro@caxton.com
cmetz@caxton.com
cmosquera@caxton.com
codonnell@caxton.com
cschiavone@caxton.com
csiegel@caxton.com
dchan@caxton.com
ddownes@caxton.com
dgouchoe@caxton.com
dlascano@caxton.com

**Company & Corresponding Email Addresses**

dmcmurry@caxton.com
edabora@caxton.com
ehedenburg@caxton.com
ehilzenrath@caxton.com
eklodnicki@caxton.com
ekopera@caxton.com
em@caxton.com
escheyer@caxton.com
ffisher@caxton.com
fhalili@caxton.com
gfung@caxton.com
gglasser@caxton.com
gmoser@caxton.com
gsherry@caxton.com
hlehr@caxton.com
id@caxton.com
iepstein@caxton.com
igoicochea@caxton.com
itousignant@caxton.com
jbeloin@caxton.com
jbiggs@caxton.com
jcecil@caxton.com
jchanis@caxton.com
jcoirollo@caxton.com
jdenci@caxton.com
jenslin@caxton.com
jforbes@caxton.com
jleale@caxton.com
jmakin@caxton.com
jmartin@caxton.com
jmccarthy@caxton.com
jmcfadden@caxton.com
jnoto@caxton.com
jrieger@caxton.com
jrubenstein@caxton.com
jscharf@caxton.com
jsmith@caxton.com
jwolfe@caxton.com
jyang@caxton.com
jyatsko@caxton.com
kbarry@caxton.com
kbridgers@caxton.com
kcross@caxton.com
kevina@caxton.com
kfeuerman@caxton.com
kjanetzko@caxton.com
kjoseph@caxton.com
kpiznak@caxton.com
krader@caxton.com
ksinha@caxton.com
larpaia@caxton.com
lcardonick@caxton.com
ldeyoe@caxton.com
lengelhardt@caxton.com

**Company & Corresponding Email Addresses**

ljohnson@caxton.com
lsperling@caxton.com
luhl@caxton.com
lvozza@caxton.com
mbellini@caxton.com
mbenaviv@caxton.com
mcohen@caxton.com
mcooke@caxton.com
mdelucia@caxton.com
melgawly@caxton.com
mfemia@caxton.com
mhaddad@caxton.com
mhoffman@caxton.com
mlabisi@caxton.com
mlaflamme@caxton.com
mmaffattone@caxton.com
mmckenna@caxton.com
mmiller@caxton.com
mnisimov@caxton.com
mpark@caxton.com
mpeck@caxton.com
mpresto@caxton.com
mrietbrock@caxton.com
mschrage@caxton.com
msparks@caxton.com
mstasik@caxton.com
myoung@caxton.com
nmarzella@caxton.com
nrusso@caxton.com
nsherron@caxton.com
nyang@caxton.com
pbarno@caxton.com
pchakany@caxton.com
pdangelo@caxton.com
pdegreeve@caxton.com
plin@caxton.com
pmurray@caxton.com
psmith@caxton.com
pstubbs@caxton.com
pyepes@caxton.com
rarendt@caxton.com
rbansal@caxton.com
rbrown@caxton.com
rcolicchio@caxton.com
rdamato@caxton.com
rferraioli@caxton.com
rfrancello@caxton.com
rfrangella@caxton.com
rlatour@caxton.com
rlennox@caxton.com
rmarks@caxton.com
rmcintosh@caxton.com
rmorino@caxton.com
rmueller@caxton.com

## Company & Corresponding Email Addresses

rpreston@caxton.com
rshalhoub@caxton.com
rtaylor@caxton.com
rwedeking@caxton.com
sachse@caxton.com
schacko@caxton.com
schen@caxton.com
sfinley@caxton.com
sgrossman@caxton.com
sherrera@caxton.com
siscovick@caxton.com
skappagoda@caxton.com
skiernan@caxton.com
smalik@caxton.com
sosullivan@caxton.com
spetras@caxton.com
spratsides@caxton.com
sproffitt@caxton.com
spurushothman@caxton.com
srobbins@caxton.com
ssegarra@caxton.com
ssiegal@caxton.com
tcostello@caxton.com
tferris@caxton.com
tjackson@caxton.com
tklimes@caxton.com
tkoether@caxton.com
tmoore@caxton.com
tnavasardian@caxton.com
tostlund@caxton.com
tstrom@caxton.com
ttoth@caxton.com
twilson@caxton.com
vborue@caxton.com
vgallo@caxton.com
vmeschoulam@caxton.com
vpalumbo@caxton.com
vpande@caxton.com
vvarma@caxton.com
wgadsden@caxton.com
whill@caxton.com
ykuru@caxton.com
ysasaki@caxton.com
ywan@caxton.com
ztucker@caxton.com

### caxtonadvantage
eroberts@caxtonadvantage.com
rleheny@caxtonadvantage.com
smorenstein@caxtonadvantage.com

### caxtonhealth
bbooth@caxtonhealth.com
jrao@caxtonhealth.com
lscott@caxtonhealth.com
rchristie@caxtonhealth.com

## Company & Corresponding Email Addresses
rfoster@caxtonhealth.com

### caxton-iseman
rraval@caxton-iseman.com
slefkowitz@caxton-iseman.com

### caxtonrvh
avi@caxtonrvh.com
james@caxtonrvh.com
jiang@caxtonrvh.com
jimmy@caxtonrvh.com
josh@caxtonrvh.com
tiffany@caxtonrvh.com

### caylon
jean-marc.vichard@caylon.com
schluraff@us.caylon.com

### cazenove
bdholcombe@cazenove.com
chris.rice@cazenove.com
ddocherty@cazenove.com
eaccottrell@cazenove.com
firstinitialsurname@cazenove.com
gary.friend@cazenove.com
james.downey@cazenove.com
jdean@cazenove.com
koen.molineaux@cazenove.com
macollins@cazenove.com
martin.day@cazenove.com
mhudson@cazenove.com
mlangmead@cazenove.com
mtimmins@cazenove.com
simon.somerville@cazenove.com
stephen.nash@cazenove.com
trussell@cazenove.com
twaters@cazenove.com

### cazenovecapital
arvind.sabharwal@cazenovecapital.com
christopher.greaves@cazenovecapital.com
melanie.jenkins@cazenovecapital.com
morten.herholdt@cazenovecapital.com
peter.harvey@cazenovecapital.com
thant.han@cazenovecapital.com
wade.pollard@cazenovecapital.com

### cba
basil.stefanidis@cba.com.au
bryan.lynskey@cba.com.au
clare.lewis@cba.com.au
clayton.watt@cba.com.au
corsoj@cba.com.au
coxad@cba.com.au
daryl.mcclure@cba.com.au
deadmaga@cba.com.au
emma.kober@cba.com.au
garfield.lee@cba.com.au
gavin.stacey@cba.com.au
graham.raward@cba.com.au

## Company & Corresponding Email Addresses

heejin.baek@cba.com.au
james.connell@cba.com.au
james.lin@cba.com.au
james.scott@cba.com.au
joelle.mekers@cba.com.au
kippinb@cba.com.au
linda.smith@cba.com.au
marcus.grimm@cba.com.au
matthew.bacon-hall@cba.com.au
michael.cook@cba.com.au
mike.moran@cba.com.au
nicky.parsons@cba.com.au
nicollsi@cba.com.au
oflynnan@cba.com.au
philip.christie@cba.com.au
philip.rands@cba.com.au
richard.kassaby@cba.com.au
stuart.grimshaw@cba.com.au
thomas.agus@cba.com.au
tony.butera@cba.com.au

### cbandt

brian.stivers@cbandt.com

### cbb

abukhowa@cbb.gov.bh
ahmedalsomaim@cbb.gov.bh

### cbc

acctfx@mail.cbc.gov.tw
cbc08208@mail.cbc.gov.tw
cbc10177@mail.cbc.gov.tw
cbc11235@mail.cbc.gov.tw
cbc12348@mail.cbc.gov.tw
chesterh@mail.cbc.gov.tw
chiang@mail.cbc.gov.tw
chihping@mail.cbc.gov.tw
chingsu@mail.cbc.gov.tw
chingtai@mail.cbc.gov.tw
chkuan@mail.cbc.gov.tw
chlei@mail.cbc.gov.tw
chou@mail.cbc.gov.tw
cmtsai@mail.cbc.gov.tw
c-sophie@mail.cbc.gov.tw
cyang1301@mail.cbc.gov.tw
fengyuan@mail.cbc.gov.tw
fnperng@mail.cbc.gov.tw
franktsai@mail.cbc.gov.tw
fx@cbc.gov.tw
graceliu65@mail.cbc.gov.tw
hortense@mail.cbc.gov.tw
hsiam@mail.cbc.gov.tw
hyen@mail.cbc.gov.tw
ichun@mail.cbc.gov.tw
ishuans@mail.cbc.gov.tw
jackchen@mail.cbc.gov.tw
jacklin@mail.cbc.gov.tw

**Company & Corresponding Email Addresses**

jj_shan@mail.cbc.gov.tw
johnyu@mail.cbc.gov.tw
judie@mail.cbc.gov.tw
jychen@mail.cbc.gov.tw
katylin@mail.cbc.gov.tw
kuoeric@mail.cbc.gov.tw
lcho@mail.cbc.gov.tw
mengtze@mai.cbc.gov.tw
miao@mail.cbc.gov.tw
michael.yhy@mail.cbc.gov.tw
michelle@mail.cbc.gov.tw
morihuang@mail.cbc.gov.tw
myeh@mail.cbc.gov.tw
pei0426@mail.cbc.gov.tw
serena@mail.cbc.gov.tw
shuchen@mail.cbc.gov.tw
sinclairkung@mail.cbc.gov.tw
square@mail.cbc.gov.tw
sslu@mail.cbc.gov.tw
stevenliu@mail.cbc.gov.tw
sylvia@mail.cbc.gov.tw
tinalin@mail.cbc.gov.tw
websterhung@mail.cbc.gov.tw
wei106@mail.cbc.gov.tw
wpeishan@mail.cbc.gov.tw
yawlee@mail.cbc.gov.tw

**cbcf**

joseph.swanson@cbcf.com

**cbcf-net**

bob.strasz@cbcf-net.com
cathy.lancaster@cbcf-net.com
charlie.christy@cbcf-net.com
chris.wheeler@cbcf-net.com
dan.czmer@cbcf-net.com
martin.grunst@cbcf-net.com
steve.schlott@cbcf-net.com

**cbcm**

adam_katz@cbcm.com
alexander_shklyarevsky@cbcm.com
bill_kavaler@cbcm.com
carmine_urciuoli@cbcm.com
christine_martins@cbcm.com
david_knesich@cbcm.com
david_madon@cbcm.com
eric_langille@cbcm.com
george_steelman@cbcm.com
gretchen_rodkey@cbcm.com
matthew_walczuk@cbcm.com
monty_gandhi@cbcm.com
naresh.malhotra@cbcm.com
paul_shottes@cbcm.com
phoebe_yen@cbcm.com
raj_dave@cbcm.com

**cbd**

**Company & Corresponding Email Addresses**

alanh@cbd.ae
deepak@cbd.ae
faiselq@cbd.ae
matassi@cbd.ae
ramani@cbd.ae
ramezm@cbd.ae

**cbimd**

john.marshall@cbimd.co.uk

**cbk**

davis@cbk.com
kkulanghat@cbk.com
maymudhaf@cbk.com

**cbnm**

christopherp@cbnm.com
davidb@cbnm.com
scott@cbnm.com

**cbo-oman**

alkitany@cbo-oman.org

**cbt**

trabelsi@cbt.com

**cbt-alabama**

davidthompson@cbt-alabama.com

**cbve**

andreas.brogle@cbve.com
bernhard.maendli@cbve.com
bernhard.studer@cbve.com
daniel.steiner@cbve.com
evangelos.ioannides@cbve.com
joerg.lehmann@cbve.com
john.jemielewski@cbve.com
martin.allenbach@cbve.com
nicole.suter@cbve.com
nina.kupferschmied@cbve.com
oliver.naas@cbve.com
pascal.hotz@cbve.com
peter.krismer@cbve.com
philipp.ulrich@cbve.com
rene.halter@cbve.com
stephan.brunner@cbve.com
thomas.schmidt@cbve.com
trivan.mathur@cbve.com
urs.schwarz@cbve.com
walo.meyer@cbve.com
walter.reger@cbve.com

**ccastrategies**

jake.abry@ccastrategies.com
rick.grossman@ccastrategies.com
scott.lorang@ccastrategies.com

**cccall**

frankc@woodstock.cccall.com

**cccm**

curetmf@cccm.creditmutuel.fr

**ccf**

aleleux@ccf.com

**Company & Corresponding Email Addresses**

llogi@ccf.com

**cchbc**

melina.androutsopoulou@cchbc.com

**ccoinvest**

john.benevides@ccoinvest.com

**ccr**

berengere.carmenen@ccr.fr

emarty@ccr.fr

gerard.boulier@ccr.fr

pcoumes@ccr.fr

**ccrgestion**

ebourguignon@ccrgestion.fr

jfcleren@ccrgestion.fr

**cd**

ab@cd.com

**cdcixis-amau**

kwest@cdcixis-amau.com

**cdcixis-ccm**

aschmidt@cdcixis-ccm.com

**cdcixis-cm**

cimmel@cdcixis-cm.com

oferial@cdcixis-cm.com

skleeberg@cdcixis-cm.com

tlay@cdcixis-cm.com

yneto@cdcixis-cm.com

**cdcna**

kelba@cdcna.com

**cdn**

daniel.vert@cdn.fr

**cdrfp**

jeff.miller@cdrfp.com

scotts@cdrfp.com

**ceca**

abravoji@ceca.es

alechuga@ceca.es

arodrima@ceca.es

eserra@ceca.es

evelasco@ceca.es

fmata@ceca.es

jbonet@ceca.es

jdecarlo@ceca.es

jdisanto@ceca.es

jgomezg@ceca.es

jhiguera@ceca.es

jmarabar@ceca.es

jpedrero@ceca.es

jvelamaz@ceca.es

jverdugo@ceca.es

marranz@ceca.es

mbadia@ceca.es

mferser@ceca.es

mmurrayc@ceca.es

rpinedo@ceca.com

**cedarbarn**

**Company & Corresponding Email Addresses**

jgalowski@cedarbarn.com

**cedarrockcapital**
andy.brown@cedarrockcapital.com
mark.husson@cedarrockcapital.com
nicholas.tingley@cedarrockcapital.com
tom.wilkins@cedarrockcapital.com
yavuz.arikan@cedarrockcapital.com

**cencorpcu**
lgassen@cencorpcu.com
rchase@cencorpcu.com

**cendantmortgage**
bud.ryan@cendantmortgage.com
dave.giancoli@cendantmortgage.com
sanjay.dhawan@cendantmortgage.com

**cenlar**
gtornquist@cenlar.com
plebas@cenlar.com
swilliamson@cenlar.com

**centaurus-capital**
claire@centaurus-capital.com

**centex**
vroberts@centex.com

**centrabank**
klemley@centrabank.com

**centralbank**
bsd@centralbank.ie
don_perdue@centralbank.net
leanne_kampeter@centralbank.net
marlambr@centralbank.gov.cy
mike_mccoy@centralbank.net
phylos_sandison@centralbank.net
syrichas@centralbank.gov.cy
will_white@centralbank.net

**central-bank**
rbishop@central-bank.org.tt

**centrobanca**
d.zampar@centrobanca.it
m.motta@centrobanca.it
m.uboldi@centrobanca.it
o.rossini@centrobanca.it

**centroleasing**
rodolfo_liccione@centroleasing.it

**centrosim**
a.braga@centrosim.it
c.belotti@centrosim.it
c.bernasconi@centrosim.it
c.capotorti@centrosim.it
f.abbattista@centrosim.it
g.caramia@centrosim.it
m.calzolari@centrosim.it

**centrumbank**
bruno.huwyler@centrumbank.li
dieter.musielak@centrumbank.com
hdl@centrumbank.li

## Company & Corresponding Email Addresses

heino.hoch@centrumbank.com
hermann.neusuess@centrumbank.li
matthias.troesch@centrumbank.li
patricia.zechner@centrumbank.com
peter.metzler@centrumbank.com
philip.wright@centrumbank.com
rino.cantele@centrumbank.li
stefan.laternser@centrumbank.com

### century-bank
jsloane@century-bank.com
kmartin@century-bank.com
whornby@century-bank.com

### ceredexvalue
brett.barner@ceredexvalue.com
charlie.carter@ceredexvalue.com
cody.smith@ceredexvalue.com
don.wordell@ceredexvalue.com
hein.hanekom@ceredexvalue.com
jennifer.graff@ceredexvalue.com
michael.gaudio@ceredexvalue.com
mills.riddick@ceredexvalue.com
nickie.guidry@ceredexvalue.com
rohit.dewan@ceredexvalue.com
sarah.thompson@ceredexvalue.com

### ceresiobank
boris.bizzozero@ceresiobank.com
borsa@ceresiobank.com
christian.weiz@ceresiobank.com
giacomo.foglia@ceresiobank.com
mail@ceresiobank.com
orfeo.mazzella@ceresiobank.com
tiziano.brianza@ceresiobank.com
uge@ceresiobank.com

### ceridian
anne.g.kominek@ceridian.com
carrie.cray@ceridian.com
james.rochat@ceridian.com
john.street@ceridian.com
maggie.nguyen@ceridian.com
nancy.a.stewart@ceridian.com
treasuryresearch@ceridian.com

### certiumllc
chad.deakins@certiumllc.com

### certusmgt
ctowne@certusmgt.com
dsoldatis@certusmgt.com
jaiello@certusmgt.com
jmiles@certusmgt.com
pmaher@certusmgt.com

### cfam
carol@cfam.com
joseph@cfam.com
patricia@cfam.com

### cfgcustomers

**Company & Corresponding Email Addresses**
kelley.walker@cfgcustomers.com
**cfglife**
michael.fosbury@cfglife.com
**cfh**
sebastian.skoda@cfh.de
**cfindustries**
ebergstrom@cfindustries.com
**cfm**
aarini@cfm.mc
agabus@cfm.mc
akoning@cfm.mc
apoucuturi@cfm.mc
cbetti@cfm.mc
cfmsatmmarche@cfm.mc
cmarciano@cfm.mc
cranc@cfm.mc
gdreksler@cfm.mc
gilbert.buzzi@cfm.mc
gilles.guesdon@cfm.mc
karine.bernard@cfm.mc
laurent.fradin@cfm.mc
laurent.jeannel@cfm.mc
marie.rebiere@cfm.mc
nicolas.jugniot@cfm.mc
tarek.rekik@cfm.mc
thierry.soma@cfm.mc
**cgd**
americo.abrantes@cgd.pt
ana.diniz@cgd.pt
antonio.vaz@cgd.pt
cristina.brizido@cgd.pt
filipa.andre.caixagest@cgd.pt
filipe.amado@cgd.pt
joao.marques.caixagest@cgd.pt
jose.rodrigues@cgd.pt
lsmartins@cgd.pt
luis.alvarenga@cgd.pt
luis.carvalho@cgd.pt
manuel.filipe.silva@cgd.pt
maria.canha@cgd.pt
miguel.silva@cgd.pt
p.santos@cgd.pt
paula.mateus@cgd.pt
ricardo.calico@cgd.pt
rui.manuel@cgd.pt
sandra.bagulho@cgd.fr
sofia.heredia@cgd.pt
tiago.santos@cgd.pt
**cgi**
hubertus.vonblomberg@cgi.de
**cgi-gmbh**
detlev.dietz@cgi-gmbh.de
**cgii**
anfb@cgii.com

**Company & Corresponding Email Addresses**

ardw@cgii.com
bev.mitchell@cgii.com
brant.thompson@cgii.com
caz@cgii.com
cja@cgii.com
cl@cgii.com
corrina.lim@cgii.com
dcec@cgii.com
eeb@cgii.com
eliza.lee@cgii.com
elizabeth.ramm@cgii.com
gene.barron@cgii.com
georges.lambert@cgii.com
hk@cgii.com
jane.henderson@cgii.com
ka@cgii.com
keag@cgii.com
khr@cgii.com
ks@cgii.com
liza.morley@cgii.com
louise.smith@cgii.com
mccm@cgii.com
michael.cox@cgii.com
mixh@cgii.com
nwh@cgii.com
patrick.grenham@cgii.com
philip.chitty@cgii.com
philip.winston@cgii.com
robin.zakoor@cgii.com
sophia.hartley@cgii.com
sthb@cgii.com
sue.abdullah@cgii.com
suzanne.rogers@cgii.com
thl@cgii.com
tl@cgii.com
wh@cgii.com
yoshiko.motoyama@cgii.com

**cgnu**
jane_sibley@cgnu.net
john_easter@cgnu.net
mark_dearsley@cgnu.net
paul_lumbis@cgnu.net
steve_riley@cgnu.net

**cguusa**
cyrus_linscott@cguusa.com
ingrid_nowak@cguusa.com
jeff_slater@cguusa.com
peter_antos@cguusa.com

**championsaysyes**
dan_rich@championsaysyes.com

**chandlerasset**
jayson@chandlerasset.com
kate@chandlerasset.com
kay@chandlerasset.com

**Company & Corresponding Email Addresses**

marco@chandlerasset.com
martin@chandlerasset.com
nicole@chandlerasset.com
ted@chandlerasset.com

**chapcap**

dogfish@chapcap.com

**chargeurs**

cpothier@chargeurs.fr
emalone@chargeurs.fr

**charles-stanley**

dwilson@charles-stanley.co.uk
jrobinson@charles-stanley.co.uk
pnathan@charles-stanley.co.uk
stephen.peters@charles-stanley.co.uk
wbarratt@charles-stanley.co.uk

**charter**

blayne22@charter.net

**charteronebank**

bkoch@charteronebank.com
bpawloski@charteronebank.com
dfernald@charteronebank.com
jared.harsha@charteronebank.com
jay.plum@charteronebank.com
jdkoch@charteronebank.com

**chartertrust**

kcrump@chartertrust.com

**chase**

alain.nkontchou@chase.com
andrew.g.newman@chase.com
ann.hunt@chase.com
annalise.tapia@chase.com
anthony.isola@chase.com
anthony.pedone@chase.com
anthony.rotondi@chase.com
asha.cryan@chase.com
audrey.codrington@chase.com
barrie.lieb@chase.com
brandon.gill@chase.com
brian.blakey@chase.com
brian.walp@chase.com
carl.a.danauski@chase.com
carl.flatau@chase.com
carlos.a.dominguez@chase.com
carlos.a.dominquez@chase.com
carolyn.gill@chase.com
chantelle.c.ware@chase.com
charles.ceisel@chase.com
charles.montford@chase.com
charlie.c.lu@chase.com
chris.davies@chase.com
chris.moroney@chase.com
claude.koontz@chase.com
clay.hancock@chase.com
cmurray@chase.com

## Company & Corresponding Email Addresses

daisy.collazo@chase.com
damian.voulo@chase.com
daniel.tm.green@chase.com
daniel.uk.robinson@chase.com
darren.chan@chase.com
david.durkac@chase.com
denise.joseph@chase.com
dennis.oakley@chase.com
dimitrios.kritikos@chase.com
doug.potolsky@chase.com
douglas.e.anderson@chase.com
edward.l.santiago@chase.com
emerson.a.leacock@chase.com
eva.borowski@chase.com
fran.sheridan@chase.com
frances.dixon@chase.com
francesco.cirieco@chase.com
frank.pascarella@chase.com
gabe.thornhill@chase.com
garry.a.cipponeri@chase.com
gary.franklin@chase.com
gary.roos@chase.com
george.j.luo@chase.com
glodine.jourdan@chase.com
greg.harrington@chase.com
greg.kisiel@chase.com
guy.barba@chase.com
hannah.shaw@chase.com
helen.taylor@chase.com
hugh.rainey@chase.com
inna.y.berrue@chase.com
jack.cunha@chase.com
james.bailey-house@chase.com
james.y.wu@chase.com
jamie.mcconnachie@chase.com
jane.s.scott@chase.com
jeff.williams@chase.com
jim.chassen@chase.com
jocelyn.d.wright@chase.com
joel.smalley@chase.com
john.a.allen@chase.com
john.bradley@chase.com
john.d.naud@chase.com
john.kowalski@chase.com
john.rochford@chase.com
john.shellard@chase.com
john.tirone@chase.com
john.updegraff@chase.com
john.wilmot@chase.com
jolanta.skevington@chase.com
jon.goldberg@chase.com
joseph.wong@chase.com
jules.copson@chase.com
karen.i.taylor@chase.com

**Company & Corresponding Email Addresses**

karen.r.walker@chase.com
karstein.bjastad@chase.com
kathy.selinka@chase.com
keith.a.condie@chase.com
kristen.weber@chase.com
kwadwo.a.kwakwa@chase.com
kym.wilson@chase.com
larry.williamson@chase.com
lesa.mclean@chase.com
lisa.bryant@chase.com
lisa.shirvinski@chase.com
lyndon.westerberg@chase.com
maeve.obrien@chase.com
maria.e.alvarez@chase.com
marisol.cartagena@chase.com
mark.c.kemmerer@chase.com
mark.d.miller@chase.com
mark.tesoriero@chase.com
martha.beard@chase.com
maryvel.gonzalez@chase.com
maxwell.m.zhu@chase.com
melissa.wayte@chase.com
michael.browne@chase.com
michael.c.maynard@chase.com
michael.denoriscia@chase.com
michael.t.ross@chase.com
michelle.phillips@chase.com
mike.braezeal@chase.com
monica.berbif@chase.com
myra.bauza@chase.com
neil.roberts@chase.com
nicholas.hendy@chase.com
nicholas.j.gray@chase.com
nick.s.davis@chase.com
pamela.hunter@chase.com
pandora.setian@chase.com
patricia.tracy@chase.com
paul.mullings@chase.com
peggy.palos@chase.com
performance@chase.com
peter.j.wasserman@chase.com
peter.moffatt@chase.com
portal@chase.com
richard.f.jordan@chase.com
richard.hetherington@chase.com
rob.orahilly@chase.com
robert.b.miller@chase.com
robert.j.eschweiler@chase.com
shannon.hernandez@chase.com
shannon.mcadams@chase.com
sharon.brett-smith@chase.com
shravan.sood@chase.com
simon.thorpe@chase.com
simon.warner@chase.com

## Company & Corresponding Email Addresses

simon-uk.lee@chase.com
stephen.frost@chase.com
stephen.schaller@chase.com
steve.frost@chase.com
steve.hall@chase.com
steve.simpers@chase.com
steven.cowcher@chase.com
steven.silbermann@chase.com
susan.johnson@chase.com
susan.troia@chase.com
susanna.ould@chase.com
swain@chase.com
takeshi.shintani@chase.com
thomas.d.novak@chase.com
thomas.hoare@chase.com
timothy.pihl@chase.com
tom.a.ahern@chase.com
willard.c.butcher@chase.com
william.harrison@chase.com
william.krohn@chase.com
william.morgan@chase.com
youyi.chen@chase.com
zuzana.hurych@chase.com

### chb

amy.yu@ms3.chb.com.tw
arranger@chb.co.kr
bckwon@chb.co.kr
bev@ms1.chb.com.tw
bondfx@ms1.chb.com.tw
bonds@chb.com.hk
bslee@chb.co.kr
chb141013@ms4.chb.com.tw
chb141763@ms1.chb.com.tw
chb150672@ms3.chb.com.tw
chb153562@ms1.chb.com.tw
chbhk@chb.com.hk
cklin@ms1.chb.com.tw
dslee27@chb.co.kr
ekkwak@chb.co.kr
emme@ms1.chb.com.tw
hyunduks@chb.co.kr
jef989@ms1.chb.com.tw
jimmykuo@ms1.chb.com.tw
krlee@chb.co.kr
kthan@chb.co.kr
loans@chb.com.hk
nchen4@ms2.chb.com.tw
parkhs@chb.co.kr
peter0404@ms1.chb.com.tw
pms0123@chb.co.kr
samlee@chb.co.kr
sbwee@chb.co.kr
soan0115@chb.co.kr
sskang@chb.co.kr

| Company & Corresponding Email Addresses |
|---|
| sukkim@chb.co.kr |
| sung913@chb.co.kr |
| sylvia.chung@ms3.chb.com.tw |
| teayon@chb.co.kr |
| yoosung@chb.co.kr |

**chbi**
daikim123@chbi.co.kr

**chbny**
bsmoon@chbny.com
jwoh@chbny.com

**checmail**
amar.patel@checmail.com
jay.bray@checmail.com
jay.simons@checmail.com
shawn.stone@checmail.com
tony.barone@checmail.com

**chelanpud**
john.janney@chelanpud.org
kevink@chelanpud.org

**chemical**
test@chemical.co.jp

**chemungcanal**
twirth@chemungcanal.com

**chevreux**
ecaralp@chevreux.com

**chevron**
akkn@chevron.com
bruceboer@chevron.com
channak@chevron.com
edgardhabib@chevron.com
holly.shen@chevron.com
jaku@chevron.com
jmau@chevron.com
katrina.kaufman@chevron.com
mdel@chevron.com
mjantz@chevron.com
mjoe@chevron.com
mrosauro@chevron.com
pirb@chevron.com
ptru@chevron.com
roger.haley@chevron.com
ryan.popple@chevron.com
troythompson@chevron.com
tucd@chevron.com

**chevrontexaco**
butlejj@chevrontexaco.com
cbew@chevrontexaco.com
e.robinson@chevrontexaco.com
fanjc@chevrontexaco.com
faya@chevrontexaco.com
gregorymassaro@chevrontexaco.com
hsheppard@chevrontexaco.com
lbrm@chevrontexaco.com
matthew.steele@chevrontexaco.com

## Company & Corresponding Email Addresses

mngn@chevrontexaco.com
mysh@chevrontexaco.com
rgordan@chevrontexaco.com
rpenny@chevrontexaco.com
sgoodman@chevrontexaco.com
vanvoja@chevrontexaco.com
wilc@chevrontexaco.com

### chevychasebank
amwestland@chevychasebank.net
cjcusack@chevychasebank.net
drjagow@chevychasebank.net
jafriedman@chevychasebank.net
maholles@chevychasebank.net
mxkelly-kearsley@chevychasebank.net
pckendall@chevychasebank.net
rbmeyer@chevychasebank.net
tdfitzsimmons@chevychasebank.net

### chevychasetrust
ekraus@chevychasetrust.com
smansukhani@chevychasetrust.com

### chgroup
boba@chgroup.com
filipw@chgroup.com
jackb@chgroup.com
jwj@chgroup.com
michaels@chgroup.com
timl@chgroup.com

### chib
chb141763@ms3.chib.com.tw

### chibakogyo-bank
takehiro_tanaka@chibakogyo-bank.co.jp

### chicagoasset
frank.holsteen@chicagoasset.com
gary.dhein@chicagoasset.com
jon.holsteen@chicagoasset.com
peter.goldman@chicagoasset.com
scott.sindelar@chicagoasset.com
william.zimmer@chicagoasset.com

### chicagocapital
nancy.leslie@chicagocapital.com
tkmiotek@chicagocapital.com
tmarthaler@chicagocapital.com

### chicagoequity
asharma@chicagoequity.com
cmitchell@chicagoequity.com
dcoughenour@chicagoequity.com
djohnsen@chicagoequity.com
dkolasinski@chicagoequity.com
dxystus@chicagoequity.com
james.dezellar@chicagoequity.com
jferguson@chicagoequity.com
jmiller@chicagoequity.com
jpalermo@chicagoequity.com
kgustafson@chicagoequity.com

## Company & Corresponding Email Addresses

kliu@chicagoequity.com
mbudd@chicagoequity.com
mlawrence@chicagoequity.com
mmorris@chicagoequity.com
patrick.morris@chicagoequity.com
pfitzgerald@chicagoequity.com
pwilliams@chicagoequity.com
rkramer@chicagoequity.com
tfares@chicagoequity.com
wbarrett@chicagoequity.com
wmurray@chicagoequity.com

### chicagogsb
anil.kashyap@chicagogsb.edu

### chicago-trust
lpasquale@chicago-trust.com

### chilmarkpartners
dschulte@chilmarkpartners.com

### chinalife
benhung@chinalife.com.tw
chinglin@chinalife.com.tw
kuoyuling@chinalife.com.tw
laurenhsieh@chinalife.co.tw
susi@chinalife.com.tw
winnie0527@chinalife.com.tw

### chinarockcapital
cng@chinarockcapital.com
hchi@chinarockcapital.com

### chinatrust
albert.kuo@chinatrust.com.tw
alice.sang@email.chinatrust.com.tw
amy.hsu@chinatrust.com.tw
andrea.chang@chinatrust.com.tw
andy.yu@chinatrust.com.tw
angel.chen@email.chinatrust.com.tw
angela.chen@chinatrust.com.tw
arthur.wang@email.chinatrust.com.tw
beatrice.chang@chinatrust.com.tw
beverly.chen@email.chinatrust.com.tw
bey.yen@chinatrust.com.tw
carol.ph.huang@email.chinatrust.com.tw
celine.chen@chinatrust.com.tw
chihhong.huang@email.chinatrust.com.tw
clement.lee@email.chinatrust.com.tw
connyn.chang@email.chinatrust.com.tw
cy.chen@email.chinatrust.com.tw
diva.yu@email.chinatrust.com.tw
eddie.fu@email.chinatrust.com.tw
edison.lai@email.chinatrust.com.tw
elsa.chang@email.chinatrust.com.tw
emily.twu@chinatrust.com.tw
eric.kw.wu@chinatrust.com.tw
gary.lin@chinatrust.com.tw
hades.liang@chinatrust.com.tw
howard.liang@chinatrust.com.tw

## Company & Corresponding Email Addresses

hsiuping.tu@email.chinatrust.com.tw
ibg.obu@mail.chinatrust.com.tw
ibing.moor@email.chinatrust.com.tw
irene.lai@email.chinatrust.com.tw
jack.pai@email.chinatrust.com.tw
jack.tsai@email.chinatrust.com.tw
james.chiu@chinatrust.com.tw
janice.tsai@chinatrust.com.tw
jason.tseng@email.chinatrust.com.tw
jennifer.chao@email.chinatrust.com.tw
jimmy.ch.wang@email.chinatrust.com.tw
joe.chien@email.chinatrust.com.tw
joe.ren@email.chinatrust.com.tw
johnny.ht.lee@email.chinatrust.com.tw
joice.shih@email.chinatrust.com.tw
josh.kao@chinatrust.com.tw
julie.chen@email.chinatrust.com.tw
june.soo@email.chinatrust.com.tw
karry.tsai@email.chinatrust.com.tw
kelly.chen@email.chinatrust.com.tw
kevin.niu@email.chinatrust.com.tw
kira.tsai@chinatrust.com.tw
ko.tseng@email.chinatrust.com.tw
larry.hsu@email.chinatrust.com.tw
luan.wen@email.chinatrust.com.tw
mahavira.chang@email.chinatrust.com.tw
mark.yang@email.chinatrust.com.tw
michelle.chang@email.chinatrust.com.tw
moore.lin@email.chinatrust.com.tw
morris.li@email.chinatrust.com.tw
nickie.hsu@email.chinatrust.com.tw
patrick.huang@email.chinatrust.com.tw
peter.liu@email.chinatrust.com.tw
philip.jao@email.chinatrust.com.tw
ricky.liu@email.chinatrust.com.tw
rita.hsiao@email.chinatrust.com.tw
sammi.teng@chinatrust.com.tw
sean.hsueh@email.chinatrust.com.tw
selina.lu@email.chinatrust.com.tw
sharon.wang@chinatrust.com.tw
shawn.yee@email.chinatrust.com.tw
shirlery.cheng@email.chinatrust.com.tw
silvia.pai@email.chinatrust.com.tw
steve.tsai@email.chinatrust.com.tw
sue.juan@email.chinatrust.com.tw
sylvia.wu@chinatrust.com.tw
terresa.tu@email.chinatrust.com.tw
tina.huang@email.chinatrust.com.tw
ting.chen@email.chinatrust.com.tw
valen.tsai@email.chinatrust.com.tw
victor.lin@email.chinatrust.com.tw
victoria.wang@email.chinatrust.com.tw
wayne.yu@email.chinatrust.com.tw
webin.chuang@chinatrust.com.tw

**Company & Corresponding Email Addresses**

webster.kiang@chinatrust.com.tw
weichen.wang@email.chinatrust.com.tw
weitzu.chao@eamil.chinatrust.com.tw
wenchi.chen@email.chinatrust.com.tw
wenhuei.cheng@email.chinatrust.com.tw
wisely.liu@email.chinatrust.com.tw
wuby.chang@email.chinatrust.com.tw
yalan.chang@email.chinatrust.com.tw
yifang.wang@chinatrust.com.tw
yijen.chen@email.chinatrust.com.tw
yiyu.chang@email.chinatrust.com.tw
yufen.lee@email.chinatrust.com.tw
z07779@email.chinatrust.com.tw

**chinatrustusa**
frank.huang@chinatrustusa.com
thomasread@chinatrustusa.com
ylau@chinatrustusa.com

**chiron**
charles_ng@chiron.com
jan_elberse@chiron.com

**chittenden**
adeitrich@chittenden.com
ballbee@chittenden.com
cbenjamin@chittenden.com
jfrost@chittenden.com
jimbrown@chittenden.com
kwalters@chittenden.com
msheehy@chittenden.com
rsmith@chittenden.com
sboyce@chittenden.com
tgray@chittenden.com
tsmith@chittenden.com

**chl**
robert.young@chl.org.uk

**choiceone**
lbraford@choiceone.com

**choiceonemail**
phs@choiceonemail.com

**chol**
h8515@chol.net
johnnam@chol.com

**cholet-dupont**
fabricecholet@cholet-dupont.fr
g.dhalluin@cholet-dupont.fr
g.hery@cholet-dupont.fr
h.bodenez@cholet-dupont.fr
p.delamorandiere@cholet-dupont.fr
p.vieville@cholet-dupont.fr
s.brunel@cholet-dupont.fr

**chollian**
connie71@chollian.net
simonpar@chollian.net

**chotin**
jpeaslee@chotin.com

**Company & Corresponding Email Addresses**

**chotingroup**
- jeff@chotingroup.com
- jgrant@chotingroup.com
- rschotin@chotingroup.com

**chreveux**
- mdibie@chreveux.com

**chubb**
- bclarkson@chubb.com
- bgingrich@chubb.com
- dnordstrom@chubb.com
- eosborne@chubb.com
- jfinnegan@chubb.com
- laschmidt@chubb.com
- lpeoples@chubb.com
- lsalerno@chubb.com
- moreilly@chubb.com
- mraines@chubb.com
- ngerstman@chubb.com
- pgeyer@chubb.com
- pljohnson@chubb.com
- rbrookhouse@chubb.com
- rmwitkoff@chubb.com
- smoore@chubb.com
- tgaglia@chubb.com
- tswartz@chubb.com
- tvispoli@chubb.com
- vtirupattur@chubb.com
- whicks@chubb.com

**chugin**
- shikin00@chugin.jp

**chukyo-bank**
- siei_syo@chukyo-bank.co.jp

**chuomitsui-spr**
- aoki@chuomitsui-spr.com.sg
- margaret@chuomitsui-spr.com.sg
- stephanie@chuomitsui-spr.com.sg
- umeda@chuomitsui-spr.com.sg

**ci**
- agalloway@ci.com
- awojcik@ci.com
- bchim@ci.com
- bill.cardneaux@ci.shreveport.la.us
- bill.franz@ci.denver.co.us
- ble@ci.escondido.ca.us
- clee@ci.com
- dbrodeur@ci.com
- ddorman@ci.fremont.ca.us
- denise.blohm@ci.hayward.ca.us
- dthurman@ci.portland.or.us
- gcoleman@ci.com
- gmarshall@ci.com
- gwen_woodson@ci.richmond.ca.us
- james_groins@ci.richmond.ca.us
- jdutkiewicz@ci.com

**Company & Corresponding Email Addresses**

jim.rolfs@ci.shreveport.la.us
jspice@ci.com
katie.jensen@ci.denver.co.us
katrina.laudeman@ci.orlando.fl.us
latha_ravinder@ci.richmond.ca.us
mcoghill.com@ci.com
nmandery@ci.chula-vista.ca.us
panderson@ci.com
pdiorio@ci.com
rdurfy@ci.com
sjenkens@ci.com
stacie_plummer@ci.richmond.ca.us
susan_segovia@ci.richmond.ca.us
tjeffrey@ci.palm-desert.ca.us
tracey_lovely@ci.richmond.ca.us

**cial**

amaralje@cial.cic.fr
daniel.widmer@cial.ch
david.jermann@cial.ch
deckerni@cial.cic.fr
deconija@cial.cic.fr
doussoma@cial.cic.fr
forex@cial.ch
frederic.wuethrich@cial.ch
gamaurcl@cial.cic.fr
girodfe@cial.cic.fr
grenetst@cial.cic.fr
gruborst@cial.cic.fr
herbert.kumbartzki@cial.ch
homefr@cial.cic.fr
jean-claude.amstutz@cial.ch
kuballth@cial.cic.fr
lamberbr@cial.cic.fr
lionel.oeuvray@cial.ch
lubranth@cial.cic.fr
marco.bider@cial.ch
markus.steger@cial.ch
patrik.janovjak@cial.ch
remyje@cial.cic.fr
rene.bachmann@cial.ch
rohfrida@cial.cic.fr
schencch@cial.cic.fr
sst@cial.ch
wolerju@cial.cic.fr

**cibasc**

beat.borer@cibasc.com
christoph.gschwend@cibasc.com
harry.mueller@cibasc.com
jean-claude-1.stadelmann@cibasc.com
pia.senn@cibasc.com
reto.wolf@cibasc.com
stefan.eckert@cibasc.com

**cibc**

adam.bulley@cibc.ca

## Company & Corresponding Email Addresses

alex.prole@cibc.co.uk
angelo.gasparotto@cibc.ca
ashif.jiwani@cibc.ca
barry.garner@us.cibc.com
c.a.ablett@cibc.ca
craig.lindsay@cibc.ca
dan.murphy@us.cibc.com
david.j.pugliese@cibc.ca
david.knapp@cibc.com
donald.lim@cibc.ca
edwin.yoshawirja@cibc.com.sg
evelyn.ong@cibc.com.sg
ishani.dezoysa@cibc.ca
janus.yeo@cibc.com.sg
jason.adams@us.cibc.com
jeffrey.wong@cibc.com.sg
john.lie@cibc.com.sg
john.orr@cibc.com
john.ovens@cibc.ca
john.paterson@cibc.com
john.penhale@cibc.ca
kenneth.worthington@us.cibc.com
laurence.verghese@cibc.co.uk
meena.tanna@cibc.ca
meighlal@cibc.ca
michael.choi@cibc.ca
patti.perras.shugart@cibc.ca
paul.stanaitis@cibc.ca
peter.mcgloughlin@cibc.co.uk
pilar.guzman@cibc.co.uk
pui.leng.fong@cibc.com.sg
rohan.desilva@cibc.com
simon.fallon@cibc.com
thomas.frost@cibc.co.uk
toni.lobo@cibc.ca
vie.ming.tan@cibc.com.sg

### cibcmellon

bhughs@cibcmellon.com
ctigert@cibcmellon.com
james_slater@cibcmellon.com
lloyd_sebastian@cibcmellon.com
robert_chiuch@cibcmellon.com
tom_macmillan@cibcmellon.com

### cibeg

ahmed.issa@cibeg.com
mostafa.gamal@cibeg.com
sameh.khalil@cibeg.com

### cic

bardouan@cic.fr
brunetla@cic.fr
carole.frelechoux@cic.ch
claudio.meiger@cic.ch
daniel.meyer@cic.ch
dizierca@cic.fr

**Company & Corresponding Email Addresses**

giuseppe.paone@cic.ch
johnjames.bayer@cic.ch
juerg.wilden@cic.ch
luca.pertoldi@cic.ch
mario.geniale@cic.ch
medward@cic.com
mike.billich@cic.ch
oscar.alberte@cic.ch
reto.fuenfgeld@cic.ch
stefan.daetwyler@cic.ch

**ciceuro**
rmoone@ciceuro.com

**cicfg**
elefevre@cicfg.com
pguyonvarch@cicfg.com

**cicinvestments**
gail@cicinvestments.com

**cicny**
amarcantetti@cicny.com
boleary@cicny.com
dforbes@cicny.com
dhyduk@cicny.com
edulot@cicny.com
elonguet@cicny.com
khalligan@cicny.com
maltman@cicny.com
medward@cicny.com
mhoeh@cicny.com
rpearsall@cicny.com
slaurans@cicny.com
smounier@cicny.com
trock@cicny.com
urangarajan@cicny.com
ylomakina@cicny.com

**ci-collins-stewart**
gcoxon@ci-collins-stewart.com

**cicparis**
blebigot@cicparis.com
nmagendie@cicparis.com
ochaixdelavarene@cicparis.com
pmarcaillou@cicparis.com

**cic-ue**
pierre.curtis@cic-ue.fr

**cidatelgroup**
gita.suneja@cidatelgroup.com
jennifer.oldham@cidatelgroup.com
thomas.pozios@cidatelgroup.com

**cifunds**
jconcepcion@cifunds.com

**cigna**
andreas.heinsius@cigna.com
john.likos@cigna.com

**cihc**
eddie@cihc.com.tw

## Company & Corresponding Email Addresses

mihse@cihc.com.tw

### cii
eyal.rosenthal@cii.co.il
gonenb@cii.co.il

### cim
andreas.jonson@cim.se

### cimbanque
capitanio@cimbanque.ch
fischbacher@cimbanque.ch
ruffa@cimbanque.ch

### cimfra
jcopsidas@cimfra.com
pbreton@cimfra.com
rbouille@cimfra.com

### cin
douardar@cin.cic.fr
vivierpa@cin.cic.fr

### cinfin
andy_temming@cinfin.com
brandon_copeland@cinfin.com
brian_huwel@cinfin.com
greg_depew@cinfin.com
jeff_riechman@cinfin.com
ken_miller@cinfin.com
marty_hollenbeck@cinfin.com
michael_abrams@cinfin.com
mick_o'connor@cinfin.com
molly_lee@cinfin.com
patrick_loftis@cinfin.com
richard_balestra@cinfin.com
steve_luehrmann@cinfin.com
steve_soloria@cinfin.com

### circlepointfunds
taki-s@circlepointfunds.com

### cirgroup
gcecchini@cirgroup.it
rdebenedetti@cirgroup.it

### cirio
c.gentile@cirio.it
filippo.fucile@cirio.it

### cis
andrew.forshaw@cis.co.uk
andrew.moffat@cis.co.uk
daniel.palmer@cis.co.uk
jamie.bebb@cis.co.uk
mark.hogg@cis.co.uk
mark.mcbride@cis.co.uk
neal.foundly@cis.co.uk
neil.blower@cis.co.uk
paul.mcginnis@cis.co.uk
simon.rubingh@cis.co.uk
zack.hocking@cis.co.uk

### cisco
danlynch@cisco.com

## Company & Corresponding Email Addresses

eforstall@cisco.com
gbrombe@cisco.com
imsingh@cisco.com
jchambers@cisco.com
kturner@cisco.com
lcarter@cisco.com
mtheurber@cisco.com
nandros@cisco.com
nhooper@cisco.com
nkotkovs@cisco.com
phschmit@cisco.com
ravchopr@cisco.com
rbiscay@cisco.com
rfeign@cisco.com
sfolan@cisco.com
sohallor@cisco.com
stejames@cisco.com
tbandoni@cisco.com
wsuper@cisco.com

### citadel
jrosenberg@citadel.com

### citadelfcu
msteffy@citadelfcu.org

### citadelgroup
aaron.eagerman@citadelgroup.com
aaron.moatz@citadelgroup.com
abigail.purcell@citadelgroup.com
abrinar.guerra@citadelgroup.com
adam.cooper@citadelgroup.com
adam.kahn@citadelgroup.com
adrian.redlich@citadelgroup.com
adrian.weller@citadelgroup.com
adriana.weber@citadelgroup.com
adrienne.wang@citadelgroup.com
agam.jain@citadelgroup.com
alaina.lawson@citadelgroup.com
alan.gu@citadelgroup.com
alan.liu@citadelgroup.com
alejandro.brockmann@citadelgroup.com
alex.lipton@citadelgroup.com
alexander.dias@citadelgroup.com
alexis.tessier@citadelgroup.com
alina.hamza@citadelgroup.com
alison.blankenbiller@citadelgroup.com
allison.walker@citadelgroup.com
aloke.agarwal@citadelgroup.com
amaya.ochoa@citadelgroup.com
amy.mulderry@citadelgroup.com
andrei.paraschivescu@citadelgroup.com
andrew.biggs@citadelgroup.com
andrew.sewell@citadelgroup.com
aneesh.partap@citadelgroup.com
anish.parvataneni@citadelgroup.com
ann.davis@citadelgroup.com

## Company & Corresponding Email Addresses

anna.gomez@citadelgroup.com
anne.renna@citadelgroup.com
annette.weir@citadelgroup.com
anthony.greep@citadelgroup.com
anthony.terrano@citadelgroup.com
arpan.shah@citadelgroup.com
arthur.delnegro@citadelgroup.com
ashok.vasvani@citadelgroup.com
audrey.bruchner@citadelgroup.com
avi.weiss@citadelgroup.com
avram.perlmuter@citadelgroup.com
avrum.lamet@citadelgroup.com
bala.ragothaman@citadelgroup.com
barry.catezone@citadelgroup.com
barry.leipsic@citadelgroup.com
becket.wolf@citadelgroup.com
becky.mcquillan@citadelgroup.com
benjamin.cahill@citadelgroup.com
benjamin.samim@citadelgroup.com
bin.mu@citadelgroup.com
boney.poovan@citadelgroup.com
bonnie.sebby@citadelgroup.com
boris.gelfand@citadelgroup.com
boris.kozintsev@citadelgroup.com
brad.baumgarten@citadelgroup.com
brad.begle@citadelgroup.com
brad.couri@citadelgroup.com
brad.mann@citadelgroup.com
brad.mitchell@citadelgroup.com
brandon.haley@citadelgroup.com
brent.engel@citadelgroup.com
brian.boots@citadelgroup.com
brian.conn@citadelgroup.com
brian.eskoff@citadelgroup.com
brian.herward@citadelgroup.com
brian.lalonde@citadelgroup.com
brian.pang@citadelgroup.com
brian.weigus@citadelgroup.com
bruce.emery@citadelgroup.com
bruno.yang@citadelgroup.com
cameron.khajavi@citadelgroup.com
camilla.burraston@citadelgroup.com
campbell.morgan@citadelgroup.com
candace.singh@citadelgroup.com
carl.simon@citadelgroup.com
carla.owens@citadelgroup.com
carlo.portes@citadelgroup.com
carlos.guajardo@citadelgroup.com
catharine.seward@citadelgroup.com
chace.brundige@citadelgroup.com
chandler.paris@citadelgroup.com
chao.chen@citadelgroup.com
charles.jordan@citadelgroup.com
chris.bair@citadelgroup.com

## Company & Corresponding Email Addresses

chris.boas@citadelgroup.com
chris.dimitropoulos@citadelgroup.com
chris.keennan@citadelgroup.com
christine.zarkovich@citadelgroup.com
christopher.patrick@citadelgroup.com
christopher.vaswani@citadelgroup.com
claire.grandpierre@citadelgroup.com
colleen.hickey@citadelgroup.com
corrin.drowica@citadelgroup.com
costin.bontas@citadelgroup.com
craig.paton@citadelgroup.com
damon.kanakis@citadelgroup.com
dan.bunnell@citadelgroup.com
dan.fein@citadelgroup.com
dan.johnson@citadelgroup.com
dan.urchell@citadelgroup.com
daniel.barrett@citadelgroup.com
daniel.dufresne@citadelgroup.com
daniel.lawrence@citadelgroup.com
daniel.lynch@citadelgroup.com
daniel.mattio@citadelgroup.com
daniel.philips@citadelgroup.com
darin.sadow@citadelgroup.com
darius.brawn@citadelgroup.com
dave.grossman@citadelgroup.com
dave@citadelgroup.com
david.burnett@citadelgroup.com
david.chang@citadelgroup.com
david.fulrin@citadelgroup.com
david.hensle@citadelgroup.com
david.houten@citadelgroup.com
david.kalish@citadelgroup.com
david.richards@citadelgroup.com
david.walker@citadelgroup.com
dean.vasilakos@citadelgroup.com
deb.leclair@citadelgroup.com
demian.pons@citadelgroup.com
dennis.ouma@citadelgroup.com
derek.ingram@citadelgroup.com
derek.janssen@citadelgroup.com
derek.kaufman@citadelgroup.com
derek.toross@citadelgroup.com
devin.dallaire@citadelgroup.com
dhruv.agrawal@citadelgroup.com
dietmar.baum@citadelgroup.com
dimitry.balzac@citadelgroup.com
dmitry.balzac@citadelgroup.com
don.muller@citadelgroup.com
donald.mason@citadelgroup.com
doug.stamps@citadelgroup.com
drina.loncar@citadelgroup.com
edward.browne@citadelgroup.com
edward.galbally@citadelgroup.com
elehmann@citadelgroup.com

**Company & Corresponding Email Addresses**

elizabeth.dabbelt@citadelgroup.com
elizabeth.henne@citadelgroup.com
elizabeth.johnson@citadelgroup.com
elizabeth.kason@citadelgroup.com
elsasser@citadelgroup.com
erdem.kiciman@citadelgroup.com
eric.cunningham@citadelgroup.com
eric.kang@citadelgroup.com
eric.lambrecht@citadelgroup.com
eric.meizlish@citadelgroup.com
eric.watson@citadelgroup.com
eriin.clark@citadelgroup.com
erin.duggan@citadelgroup.com
erin.lemberg@citadelgroup.com
eyouderia@citadelgroup.com
fan.wu@citadelgroup.com
fan.zhang@citadelgroup.com
feng.wang@citadelgroup.com
fidata@citadelgroup.com
financials@citadelgroup.com
francois.drouin@citadelgroup.com
frederic.boyer@citadelgroup.com
gabriel.cochmer@citadelgroup.com
gabriel.kochmer@citadelgroup.com
gang.chang@citadelgroup.com
gauhar.wadhera@citadelgroup.com
gaurav.shah@citadelgroup.com
gene.davolio@citadelgroup.com
genevieve.cooper@citadelgroup.com
geoffrey.liu@citadelgroup.com
george.hartman@citadelgroup.com
george.malikov@citadelgroup.com
george.michalopoulos@citadelgroup.com
gerald.beeson@citadelgroup.com
gina.leach@citadelgroup.com
gita.suneja@citadelgroup.com
gregg.colburn@citadelgroup.com
gregory.donohue@citadelgroup.com
gregory.feinberg@citadelgroup.com
hannah.reeves@citadelgroup.com
harry.barman@citadelgroup.com
hedi.kallal@citadelgroup.com
hence.orme@citadelgroup.com
hil.davis@citadelgroup.com
hilary.moffett@citadelgroup.com
howard.goodwin@citadelgroup.com
hua.chen@citadelgroup.com
irene.costello@citadelgroup.com
isaac.tak@citadelgroup.com
ishmael.mcghee@citadelgroup.com
ivan.dong@citadelgroup.com
jackson.kwan@citadelgroup.com
jaimi.goodfriend@citadelgroup.com
jakub.crhonek@citadelgroup.com

**Company & Corresponding Email Addresses**

jamal.barnes@citadelgroup.com
james.farrell@citadelgroup.com
james.gildersleeve@citadelgroup.com
james@citadelgroup.com
jamey.thompson@citadelgroup.com
jason.baichtal@citadelgroup.com
jason.lehman@citadelgroup.com
jason.morris@citadelgroup.com
jason.sensat@citadelgroup.com
jason.tsadilas@citadelgroup.com
jason.wu@citadelgroup.com
jay.novatney@citadelgroup.com
jdapietro@citadelgroup.com
jeff.machaj@citadelgroup.com
jeffrey.holman@citadelgroup.com
jeffrey.myres@citadelgroup.com
jennifer.grabowski@citadelgroup.com
jennifer.hong@citadelgroup.com
jennifer.paulson@citadelgroup.com
jeremy.sitruk@citadelgroup.com
jill.sanderson@citadelgroup.com
jim.hoeg@citadelgroup.com
jimmy.karalis@citadelgroup.com
jimmy.rizos@citadelgroup.com
jj.berney@citadelgroup.com
jodi.chase@citadelgroup.com
joe.russell@citadelgroup.com
john.barber@citadelgroup.com
john.baylis@citadelgroup.com
john.dirocco@citadelgroup.com
john.gu@citadelgroup.com
john.ho@citadelgroup.com
john.kogel@citadelgroup.com
john.lingbeck@citadelgroup.com
john.macmahon@citadelgroup.com
john.nagel@citadelgroup.com
john.rountree@citadelgroup.com
john.tompkins@citadelgroup.com
johnna.perko@citadelgroup.com
jonah.jiang@citadelgroup.com
jonas.diedrich@citadelgroup.com
jonathan.anderson@citadelgroup.com
jonathan.berger@citadelgroup.com
jonathan.gauntt@citadelgroup.com
jonathan.hart2@citadelgroup.com
jonathan.ledden@citadelgroup.com
joon.chang@citadelgroup.com
joon.park@citadelgroup.com
joseph.donner@citadelgroup.com
joseph.rotter@citadelgroup.com
josette.nowicki@citadelgroup.com
josh.passman@citadelgroup.com
joshua.white@citadelgroup.com
jsun@citadelgroup.com

**Company & Corresponding Email Addresses**

juan.parra@citadelgroup.com
judith.anderson@citadelgroup.com
judson.baskfield@citadelgroup.com
juha.korpela@citadelgroup.com
kai.fang@citadelgroup.com
kaitlin.godfrey@citadelgroup.com
kalidoss.sivasamy@citadelgroup.com
kaoru.nishiura@citadelgroup.com
kara.arnaudy@citadelgroup.com
karl.ellensohn@citadelgroup.com
karl.kroeker@citadelgroup.com
karl.robijns@citadelgroup.com
kathleen.brenneck@citadelgroup.com
katie.rollins@citadelgroup.com
ken.kishimoto@citadelgroup.com
ken@citadelgroup.com
kenneth.chang@citadelgroup.com
kenneth.kosman@citadelgroup.com
kevin.comprelli@citadelgroup.com
kevin.merritt@citadelgroup.com
kevin.patula@citadelgroup.com
kevin.rogers@citadelgroup.com
knute.ohman@citadelgroup.com
kunal.bhatia@citadelgroup.com
laurie.latourette@citadelgroup.com
lee.maude@citadelgroup.com
levoyd.robinson@citadelgroup.com
linda.lazarus@citadelgroup.com
lisa.firlus@citadelgroup.com
lisa.neri@citadelgroup.com
lisa.pickup@citadelgroup.com
lkang@citadelgroup.com
louis.conrad@citadelgroup.com
lynette.goldstein@citadelgroup.com
lynn.chan@citadelgroup.com
mallory.middaugh@citadelgroup.com
manda.messing@citadelgroup.com
marc.scanlon@citadelgroup.com
marc.serafin@citadelgroup.com
marc.vesecky@citadelgroup.com
marcel.bessent@citadelgroup.com
marcello.bartucci@citadelgroup.com
marcia.banks@citadelgroup.com
marco.minonne@citadelgroup.com
margarita.savitskaya@citadelgroup.com
maria.arcos@citadelgroup.com
maria.lam@citadelgroup.com
maribel.flores@citadelgroup.com
mark.gabhart@citadelgroup.com
mark.menapace@citadelgroup.com
mark.miller@citadelgroup.com
mark.wendland@citadelgroup.com
maruthy.ragothaman@citadelgroup.com
matt.reinbold@citadelgroup.com

## Company & Corresponding Email Addresses

matt.weir@citadelgroup.com
matthew.andresen@citadelgroup.com
matthew.calner@citadelgroup.com
matthew.coleman@citadelgroup.com
matthew.crossland@citadelgroup.com
matthew.hooker@citadelgroup.com
matthew.roux@citadelgroup.com
matthew.simon@citadelgroup.com
matthew.starick@citadelgroup.com
megan.ehrle@citadelgroup.com
melissa.omalley@citadelgroup.com
melissa.stitts@citadelgroup.com
michael.dinapoli@citadelgroup.com
michael.felty@citadelgroup.com
michael.forsyth@citadelgroup.com
michael.gavin@citadelgroup.com
michael.kaplanis@citadelgroup.com
michael.murawczyk@citadelgroup.com
michael.romero@citadelgroup.com
michael.towarek@citadelgroup.com
michael.walker@citadelgroup.com
michelle.george@citadelgroup.com
michelle.mayes@citadelgroup.com
michelle.spellman@citadelgroup.com
miguel.ferreira@citadelgroup.com
mihir.shah@citadelgroup.com
mike.newton@citadelgroup.com
mitch.cone@citadelgroup.com
mridul.mehta@citadelgroup.com
namiho.koyama@citadelgroup.com
natasha.jones@citadelgroup.com
nathaniel.macadams@citadelgroup.com
neil.choi@citadelgroup.com
neil.patel@citadelgroup.com
nicholas.patrick@citadelgroup.com
nick.stukas@citadelgroup.com
nicole.borovicka@citadelgroup.com
nicole.ruddock@citadelgroup.com
nidhi.gupta@citadelgroup.com
nikhil.gupta@citadelgroup.com
nikita.turik@citadelgroup.com
oren.shaked@citadelgroup.com
oscar.chow@citadelgroup.com
paritosh.batra@citadelgroup.com
paul.kehoe@citadelgroup.com
paul.kowalow@citadelgroup.com
paul.santucci@citadelgroup.com
pbinfo@citadelgroup.com
peter.jenson@citadelgroup.com
peter.myran@citadelgroup.com
peter.redward@citadelgroup.com
peter.sanchez@citadelgroup.com
philip.boyce@citadelgroup.com
philip.vandermause@citadelgroup.com

**Company & Corresponding Email Addresses**

psgresearch@citadelgroup.com
psubrama@citadelgroup.com
raj.hathiramani@citadelgroup.com
rajesh.vasireddy@citadelgroup.com
raul.espejel@citadelgroup.com
ravi.mattu@citadelgroup.com
ren.wu@citadelgroup.com
rich.dabrowski@citadelgroup.com
richard.farmer@citadelgroup.com
richard.harjes@citadelgroup.com
richard.lee@citadelgroup.com
richard.wegener@citadelgroup.com
richard.wertheimer@citadelgroup.com
ricky.sun@citadelgroup.com
rob.donath@citadelgroup.com
rob.polak@citadelgroup.com
rob.timmons@citadelgroup.com
robert.doherty@citadelgroup.com
robert.polachek@citadelgroup.com
robert.schwartz@citadelgroup.com
robert.wildeman@citadelgroup.com
rod.chay@citadelgroup.com
roderick.stephan@citadelgroup.com
rohit.gupta@citadelgroup.com
ron.klipstein@citadelgroup.com
ron.wexler@citadelgroup.com
ronda.craft@citadelgroup.com
rory.murphy@citadelgroup.com
roy.thomas@citadelgroup.com
ruth.rayner@citadelgroup.com
ryan.garino@citadelgroup.com
ryan.osullivan@citadelgroup.com
ryan.sheftel@citadelgroup.com
ryan.valente@citadelgroup.com
sairam.muthialu@citadelgroup.com
sally.mellon@citadelgroup.com
sam.assamongkol@citadelgroup.com
samuel.kim@citadelgroup.com
sasi.digavalli@citadelgroup.com
savo.bakrac@citadelgroup.com
sayan.ghosh@citadelgroup.com
scott.frymoyer@citadelgroup.com
scott.hoffman@citadelgroup.com
scott.pool.@citadelgroup.com
scott.rafferty@citadelgroup.com
scott.wendt@citadelgroup.com
sea-jin.huh@citadelgroup.com
sean.hurley@citadelgroup.com
sean.salji@citadelgroup.com
sharif.siddiqui@citadelgroup.com
sharon.ng@citadelgroup.com
shaun.o'donnell@citadelgroup.com
shellane.quinn@citadelgroup.com
shuaib.siddiqui@citadelgroup.com

**Company & Corresponding Email Addresses**

solomon.barnett@citadelgroup.com
soo.cao@citadelgroup.com
soo-jin.lee@citadelgroup.com
soukup.kurt@citadelgroup.com
spencer.hallarn@citadelgroup.com
stephanie.davis@citadelgroup.com
stephanie.dusinski@citadelgroup.com
stephanie.landry@citadelgroup.com
stephen.chiu@citadelgroup.com
stephen.parlett@citadelgroup.com
steve.edney@citadelgroup.com
steve.weller@citadelgroup.com
steven.belluardo@citadelgroup.com
steven.boyd@citadelgroup.com
steven.rosenberg@citadelgroup.com
sue.dolan@citadelgroup.com
sumner.anderson@citadelgroup.com
sunil.annapareddy@citadelgroup.com
suraj.chopra@citadelgroup.com
susanna.jacob@citadelgroup.com
suzy.hinds@citadelgroup.com
taimur.hassan@citadelgroup.com
takuya.sakamoto@citadelgroup.com
ted.hollander@citadelgroup.com
ted.lu@citadelgroup.com
thanassis.tjavaras@citadelgroup.com
thomas.hayes@citadelgroup.com
thomas.stephens@citadelgroup.com
thomas.twiggs@citadelgroup.com
tim.bailey@citadelgroup.com
tim.gill@citadelgroup.com
timothy.lyons@citadelgroup.com
titus.liu@citadelgroup.com
todd.barker@citadelgroup.com
todd.gjervold@citadelgroup.com
todd.glick@citadelgroup.com
todd.schroeder@citadelgroup.com
tom.denniston@citadelgroup.com
tom.doyle@citadelgroup.com
tom.rowland@citadelgroup.com
tonya.gross@citadelgroup.com
trent.ward@citadelgroup.com
udara.fernando@citadelgroup.com
vayoula.georgakopoulos@citadelgroup.com
vince.gubitosi@citadelgroup.com
vinod.rajakumar@citadelgroup.com
vivek.sadanand@citadelgroup.com
vladimir.novakovski@citadelgroup.com
wayne.yu@citadelgroup.com
wilhelm.walke@citadelgroup.com
william.magee@citadelgroup.com
xudong.wang@citadelgroup.com
yannick.mathieu@citadelgroup.com
yong.lu@citadelgroup.com

## Company & Corresponding Email Addresses

yusef.elfiki@citadelgroup.com

### citadelsolutions

bao.nguyen@citadelsolutions.com
christopher.dvorak@citadelsolutions.com
katy.phoun@citadelsolutions.com
laurence.chan@citadelsolutions.com
lucy.cruz@citadelsolutions.com
michael.etzkorn@citadelsolutions.com
mike.gregory@citadelsolutions.com

### citco

cheth@citco.com
jmeusen@citco.com
mmcleod@citco.com
nfinley@citco.com
sokeeffe@citco.com
ubsops@citco.com

### citi

adam.cf.li@citi.com
angelina.tchang@citi.com
barry.winter@citi.com
boris.jin@citi.com
breid.boyle@citi.com
charles.h.silverstein@citi.com
cheryl.gan@citi.com
cormac.obrien@citi.com
cornelia.raif@citi.com
david.cui@citi.com
ebru.gonenc@citi.com
elina.ribakova@citi.com
emily.oconnell@citi.com
esteban.liguori@citi.com
filiberto.villani@citi.com
gilbert.ojeda@citi.com
james.w.king@citi.com
jamie.klatsky@citi.com
jason.gruhot@citi.com
jennifer.ray@citi.com
jervis.smith@citi.com
joseph.castanza@citi.com
kathy.el.ong@citi.com
keith.fortune@citi.com
kevin.j.murray@citi.com
kim.steven.chaffart@citi.com
linda.moses@citi.com
lisa.a.thomas@citi.com
mark.lawrence@citi.com
mathias.reichelsdorfer@citi.com
matthew.j.mcinerny@citi.com
melanie.e.hanlon@citi.com
muska.chiu@citi.com
nick.wallum@citi.com
paul.e.jablansky@citi.com
richard.e.john@citi.com
rishi.kakati@citi.com

## Company & Corresponding Email Addresses

robert.valoroso@citi.com
rolland.yingmiao.chen@citi.com
shalom.chen@citi.com
shariq.khan@citi.com
steven.a.rosen@citi.com
sylvia.wm.woo@citi.com
thomas.leah@citi.com
victoria.thompson@citi.com

### citibank

achille.d'antoni@citibank.com
cparso@citibank.com
pasquale.sala@citibank.com

### citic

kongdan@citic.com
zhangdm@citic.com

### citicb

gianoy@citicb.com.cn

### citicbank

chenchao@citicbank.com
cuishuang@citicbank.com
fanzhiqiang@citicbank.com
gaofeng@citicbank.com
jinzhushi@citicbank.com
liangxin@citicbank.com
ljh@citicbank.com
lvjing@citicbank.com
mengxiangbin@citicbank.com
quanjunjie@citicbank.com
sunyi@citicbank.com
xianghui@citicbank.com
yangyibo@citicbank.com
yecan@citicbank.com
zhangqiulin@citicbank.com
zhaomei@citicbank.com
zhouhongbo@citicbank.com
zhouyunying@citicbank.com

### citicib

chenshouli@citicib.com.cn
cy@citicib.com.cn
daijianchun@citicib.com.cn
gaofeng@citicib.com.cn
guyu@citicib.com.cn
hwb@citicib.com.cn
jiazhimin@citicib.com.cn
khy@citicib.com.cn
laidesheng@citicib.com.cn
liuwl@citicib.com.cn
lrh@citicib.com.cn
mengchao@citicib.com.cn
mn@citicib.com.cn
panfeng@citicib.com.cn
pangaihua@citicib.com.cn
sjg@citicib.com.cn
sunjinli@citicib.com.cn

**Company & Corresponding Email Addresses**

sunwei@citicib.com.cn
wusenlin@citicib.com.cn
wuyang@citicib.com.cn
wwh@citicib.com.cn
xjx@citicib.com.cn
yeqing@citicib.com.cn
yf@citicib.com.cn
ysk@citicib.com.cn
zhangjie@citicib.com.cn
zhaojingliang@citicib.com.cn
zhuhong@citicib.com.cn
zhuyang@citicib.com.cn

**citicorp**

alaa.al-amoudi@citicorp.com
aldus.chapin@citicorp.com
alex.patelis@citicorp.com
ana.diez-fontana@citicorp.com
andrew.black@citicorp.com
ashley.hancock@citicorp.com
ashok.talukdar@citicorp.com
barry.munson@citicorp.com
bernard.hanratty@citicorp.com
caroline.edmondson@citicorp.com
catherine.lau@citicorp.com
charles.fellowes@citicorp.com
ching-chi.hsia@citicorp.com
clement.li@citicorp.com
derek.kwong@citicorp.com
eric.chin@citicorp.com
francesco.rustici@citicorp.com
fuad.elmani@citicorp.com
giorgio.costa@citicorp.com
gregory.rodeheaver@citicorp.com
gwenny.tse@citicorp.com
haggi@citicorp.com
haydn.moth@citicorp.com
hee-seok.oh@citicorp.com
himanshu.lukha@citicorp.com
huay-imm.poh@citicorp.com
irene.yc.chen@citicorp.com
jackson.yu@citicorp.com
james.leighton@citicorp.com
jane.attwell@citicorp.com
jason.doctor@citicorp.com
jonathan.adams@citicorp.com
kevin.strauss@citicorp.com
kibum.kim@citicorp.com
lisa.capuano@citicorp.com
lisa.dao@citicorp.com
livia.meszaros@citicorp.com
mailto: albert.ip@citicorp. com
mandeep.sachdeva@citicorp.com
martin.s.c.lee@citicorp.com
mary.fleming@citicorp.com

**Company & Corresponding Email Addresses**

michael.t.nugent@citicorp.com
natalia.morgunova@citicorp.com
nigel.chapman@citicorp.com
paul.goody@citicorp.com
peter.fegelman@citicorp.com
peter.grigory@citicorp.com
peter.litvin@citicorp.com
pierre.miguel@citicorp.com
polly.chow@citicorp.com
rafael.gonzalez_aller@citicorp.com
ramiro.antezana@citicorp.com
richard.burwood@citicorp.com
robert.cox@citicorp.com
robin.lenna@citicorp.com
rona.silverio@citicorp.com
ros.stripe@citicorp.com
rosamunde.price@citicorp.com
sarah.merefield@citicorp.com
sergey.korotkov@citicorp.com
soumilya@citicorp.com
tammy.battersby@citicorp.com
thierry.misson@citicorp.com

**citigroup**

ahmad.kreydieh@citigroup.com
albert.vanness@citigroup.com
alex.romeo@citigroup.com
alexandros.garias@citigroup.com
amir.karimi@citigroup.com
andrew.cheung@citigroup.com
andrew.j.harris@citigroup.com
andrew.kerridge@citigroup.com
andy.wong@citigroup.com
angela.p.degis@citigroup.com
annie.hsieh@citigroup.com
anthony.tutrone@citigroup.com
antoine.pain@citigroup.com
ardavan.nozari@citigroup.com
arijana.samsoniene@citigroup.com
arkady.m.bernard@citigroup.com
arnaud.saintsauveur@citigroup.com
benjamin.garrity@citigroup.com
benoit.ghiezen@citigroup.com
beth.bartz@citigroup.com
brian.holland@citigroup.com
bruce.e.fox@citigroup.com
carole.dargnies@citigroup.com
cathal.goodman@citigroup.com
catherine.lapadula@citigroup.com
christophe.cornet@citigroup.com
christopher.d.potter@citigroup.com
christopher.m.meyers@citigroup.com
clayton.nolde@citigroup.com
craig.mcgeeney@citigroup.com
daniel.willey@citigroup.com

## Company & Corresponding Email Addresses

david.a.nadeau@citigroup.com
david.depaepe@citigroup.com
david.e.scholl@citigroup.com
david.fare@citigroup.com
david.lew@citigroup.com
david.loo@citigroup.com
david.nardiello@citigroup.com
debra.witkowsky@citigroup.com
denise.t.duffee@citigroup.com
dorota.sadowska@citigroup.com
edward.tappan@citigroup.com
elizabeth.yum@citigroup.com
eric.senft@citigroup.com
erik.vanbergen@citigroup.com
f.denney.voss@citigroup.com
fabrice.castelein@citigroup.com
felix.lempert@citigroup.com
first.surname@citigroup.com
frances.wong@citigroup.com
gary.madia@citigroup.com
gene.c.collins@citigroup.com
gianfranco.bartellino@citigroup.com
greg.harris@citigroup.com
gregory.g.chu@citigroup.com
harle.mossman@citigroup.com
helen.kim@citigroup.com
hikaru.kozuki@citigroup.com
hunter.schwartz@citigroup.com
ian.burns@citigroup.com
ian.r.barnes@citigroup.com
james.broderick@citigroup.com
james.conroy@citigroup.com
james3.nolan@citigroup.com
jason.doiron@citigroup.com
jasper.jan.meijerink@citigroup.com
jenny.vasconez@citigroup.com
jie.wan@citigroup.com
jinhei.park@citigroup.com
joerg.sittmann@citigroup.com
john.f.burke@citigroup.com
john.lau@citigroup.com
john.w.ingraham@citigroup.com
jonathan.rotenstreich@citigroup.com
jonathan.wilson@citigroup.com
joseph.nestor@citigroup.com
kamran.shafqat@citigroup.com
karen.bale@citigroup.com
kathy.el.ong@citigroup.com
katya.novikova@citigroup.com
kevin.starrett@citigroup.com
kimerly.guerrero@citigroup.com
kimie.sekine@citigroup.com
kristel.adler@citigroup.com
lalitha.shivaswamy@citigroup.com

## Company & Corresponding Email Addresses

larry.reitman@citigroup.com
lloyd.whitworth@citigroup.com
lok.yim@citigroup.com
lucas.velleley@citigroup.com
marcin.drohomirecki@citigroup.com
mario.spreafico@citigroup.com
marjorie.motch@citigroup.com
mark.manigault@citigroup.com
mark.margiotta@citigroup.com
matthew.hayek@citigroup.com
matthew.j.robinson@citigroup.com
michael.dombrowski@citigroup.com
michael.j.hickey.jr@citigroup.com
michael.loura@citigroup.com
michael.r.plage@citigroup.com
michael.sleightholme@citigroup.com
michal.zaleski@citigroup.com
michel.martin@citigroup.com
mike.robinson@citigroup.com
misbah.r.shah@citigroup.com
monica.kelly@citigroup.com
munir.dean@citigroup.com
niall.hornett@citigroup.com
niamh.gaffney@citigroup.com
nigel.atha@citigroup.com
nina.kleinbongartz@citigroup.com
norah.walsh@citigroup.com
olga.bogush@citigroup.com
patrick.peppard@citigroup.com
patrick.tsang@citigroup.com
paul.a.mataras@citigroup.com
paul.cangro@citigroup.com
paul.egan@citigroup.com
pavel.sool@citigroup.com
peter.coffey@citigroup.com
peter.devine@citigroup.com
peter.jerauld@citigroup.com
peter.robert@citigroup.com
philip.j.foronda@citigroup.com
polina.bogdanova@citigroup.com
pracheesh.mishra@citigroup.com
rachel.speirs@citigroup.com
rahul.sharma@citigroup.com
rajeev.eyunni@citigroup.com
reece.birtles@citigroup.com
richard.brown@citigroup.com
richard.m.twomey@citigroup.com
richard.r.davis@citigroup.com
richard.v.annunziato@citigroup.com
richard.warr@citigroup.com
robert.c.melillo@citigroup.com
robert.j.obrien@citigroup.com
robert.simmons@citigroup.com
ronald.p.checkley@citigroup.com

## Company & Corresponding Email Addresses

rowena.romulo@citigroup.com
sameera.waheed@citigroup.com
sandip.taylor@citigroup.com
scott.j.odonnell@citigroup.com
scott.mccrossin@citigroup.com
shayne.elliott@citigroup.com
simon.fallon@citigroup.com
stephen.kauke@citigroup.com
stephen.m.williams@citigroup.com
steven.d.woolford@citigroup.com
stuart.ames@citigroup.com
stuart.crouch@citigroup.com
susan.marron@citigroup.com
svein.stokke@citigroup.com
theresa.boffa@citigroup.com
thomas.dachille@citigroup.com
thomas.doerner@citigroup.com
thomas.m.jadlos@citigroup.com
thomas.perrera@citigroup.com
thomas.w.aust@citigroup.com
tim.slotover@citigroup.com
tom.mcaleavy@citigroup.com
tomasz.grajewski@citigroup.com
tsz.lung.lau@citigroup.com
victoria.rock@citigroup.com
vikram.raju@citigroup.com
vincent.laudati@citigroup.com
virgenmina.nieves@citigroup.com
william.hamlyn@citigroup.com
william.m.gardner@citigroup.com
yo.shibuya@citigroup.com

### citigroupo
manuel.wegmann@citigroupo.com

### citinational
randlee@citinational.com

### cititgroup
edward.m.dugan@cititgroup.com

### citizensbank
bennett.singer@citizensbank.com
bill.corbet@citizensbank.com
brad.kopp@citizensbank.com
brian.bickford@citizensbank.com
charles.m.sullivan@citizensbank.com
charles.mathews@citizensbank.com
christoffer.eriksson@citizensbank.com
cuneyt.ispir@citizensbank.com
david.c.lindenauer@citizensbank.com
david.cushing@citizensbank.com
don.gaiter@citizensbank.com
evan.kantor@citizensbank.com
gene.mccabe@citizensbank.com
handan.fahmy@citizensbank.com
james.fitzgerald@citizensbank.com
james.j.hollis@citizensbank.com

## Company & Corresponding Email Addresses

jason.hamilton@citizensbank.com
jeff.hanna@citizensbank.com
john.biasuzzi@citizensbank.com
joseph.r.dewhirst@citizensbank.com
kent.gladding@citizensbank.com
kim.magruder@citizensbank.com
kristen.silva@citizensbank.com
matt.blank@citizensbank.com
matthew.guleserian@citizensbank.com
matthew.murphy@citizensbank.com
maureen.kelliher@citizensbank.com
mike.edwards@citizensbank.com
mike.lindley@citizensbank.com
nate.webb@citizensbank.com
patricia.galuska@citizensbank.com
peter.iversen@citizensbank.com
sarah.pereschino@citizensbank.com
steve.steinour@citizensbank.com
vikram.dasgupta@citizensbank.com

**citizensbanking**
chad.baehr@citizensbanking.com

**citizensfirst-rome**
conniewilliams@citizensfirst-rome.com

**citynpl**
kbingham@citynpl.com

**cityntl**
aremedio@cityntl.com
ghayrape@cityntl.com
pcaruso@cityntl.com
plisda@cityntl.com

**cityoftampa**
dhoto@cityoftampa.gov

**citysecurities**
bstewart@citysecurities.com
jfranz@citysecurities.com
mgeraty@citysecurities.com
pturner@citysecurities.com

**citysummit**
toddj@citysummit.com

**cityutil**
eshinaul@cityutil.com

**cityweb**
westhyp3@cityweb.de

**ck**
higashi_shuntaro@ck.smbc.co.jp
kawai_toshiaki@ck.smbc.co.jp
murase_mitsuhiro@ck.smbc.co.jp
ochiai_takabumi@ck.smbc.co.jp

**claf**
john.behar@claf.com

**clal-fin**
ronenp@clal-fin.co.il
saritg@clal-fin.co.il
sergiow@clal-fin.co.il

## Company & Corresponding Email Addresses

### clal-ins
nirdo@clal-ins.co.il

### clamericas
alex.kramer@clamericas.com
anggelos.skutaris@clamericas.com
anh.dung.nguyen@clamericas.com
asad.khan@clamericas.com
brian.walsh@clamericas.com
bruce.yeager@clamericas.com
christophe.ciarlet@clamericas.com
claudia.kalle@clamericas.com
david.cegle@clamericas.com
jacques.busquet@clamericas.com
janice.turek@clamericas.com
kenneth.ricciardi@clamericas.com
kristina.jobson@clamericas.com
laiyan.wong@clamericas.com
nicolas.renvoize@clamericas.com
pereon@clamericas.com
pmccarthy@clamericas.com
rasmussen@clamericas.com
richard.mcbride@clamericas.com
shymanski@clamericas.com
soustra@clamericas.com
stephane.cadoch@clamericas.com
stephen.schofield@clamericas.com
steve.wilson@clamericas.com
tavangar@clamericas.com
tgrant@clamericas.com
tom.randolph@clamericas.com
walter.cegarra@clamericas.com

### clara
linda@clara.net

### clarica
allen.olsen@clarica.com
connie.keller@clarica.com
tom.howse@clarica.com
tom.westrup@clarica.com

### clariden
david.steiger@clariden.com
tanja.lenger@clariden.com

### claridenleu
ady.steinbeck@claridenleu.com
alain.chiolero@claridenleu.com
alex.hinder@claridenleu.com
alexander.kaiser@claridenleu.com
andi.wuethrich@claridenleu.com
andrea.liebich@claridenleu.com
andreas.kappeler@claridenleu.com
andreas.kappler@claridenleu.com
andreas.keller@claridenleu.com
andreas.roca@claridenleu.com
andrew.yong@claridenleu.com
anja.moesli@claridenleu.com

## Company & Corresponding Email Addresses

anne.bourgeois@claridenleu.com
antonio.mantarro@claridenleu.com
antonio.oro@claridenleu.com
armando.beer@claridenleu.com
arzu.koc@claridenleu.com
aveline.chan@claridenleu.com
barbara.hauser@claridenleu.com
beat.troehler@claridenleu.com
beatrice.kunz@claridenleu.com
ben.giles@claridenleu.com
benjamin.brauchli@claridenleu.com
benjamin.knecht@claridenleu.com
bernard.stadler@claridenleu.com
bernhard.pfenninger@claridenleu.com
brigitte.hefti@claridenleu.com
camil.ghantous@claridenleu.com
carla.barella@claridenleu.com
caspar.ruetz@claridenleu.com
chenghin.saw@claridenleu.com
christian.bruns@claridenleu.com
christian.eckenberg@claridenleu.com
christian.froehlich@claridenleu.com
christian.grob@claridenleu.com
christoph.peter.3@claridenleu.com
christoph.peter@claridenleu.com
christoph.schmich@claridenleu.com
christoph.schmid@claridenleu.com
clare.cuddigan@claridenleu.com
claude.birkenmaier@claridenleu.com
claudine.sydler@claridenleu.com
claudio.mazzoni@claridenleu.com
cornel.bruhin@claridenleu.com
daniel.blesi@claridenleu.com
daniel.egger.2@claridenleu.com
daniel.grau@claridenleu.com
daniel.jeseneg@claridenleu.com
daniel.rueedi@claridenleu.com
david.schmid@claridenleu.com
david.sigg@claridenleu.com
david.steiger@claridenleu.com
dieter.hoefert@claridenleu.com
dimitar.pashev@claridenleu.com
dominik.scheck@claridenleu.com
dominique.voegelin@claridenleu.com
edouard.dubuis@claridenleu.com
eleonore.charrez@claridenleu.com
elisabeth.bossard@claridenleu.com
elisabeth.garcia@claridenleu.com
erwin.hefti@claridenleu.com
fabio.depaoli@claridenleu.com
fabrice.vallat@claridenleu.com
felix.csajka@claridenleu.com
fernando.defrutos@claridenleu.com
filomeno.calabretto@claridenleu.com

## Company & Corresponding Email Addresses

franz.sturzenegger@claridenleu.com
franziska.liebich@claridenleu.com
gerhard.hofer@claridenleu.com
ghassan.elsaleh@claridenleu.com
gianni.lavigna@claridenleu.com
giovanni.miccoli@claridenleu.com
giuseppe.caltabiano@claridenleu.com
gonzalo.borja@claridenleu.com
goran.jauk@claridenleu.com
gustav.hail@claridenleu.com
guy.scheiwiller@claridenleu.com
gzime.hidiasani@claridenleu.com
hannes.david@claridenleu.com
hansjoerg.luethi@claridenleu.com
heinz.leibbrand@claridenleu.com
hilary.paul@claridenleu.com
irene.b.puettner@claridenleu.com
jakob.schoechli@claridenleu.com
joerg.ganter@claridenleu.com
juan.mendoza@claridenleu.com
juerg.kramis@claridenleu.com
juerg.wiederkehr@claridenleu.com
juri.sarbach@claridenleu.com
kaspar.boehni@claridenleu.com
kevin.sullivan@claridenleu.com
lorenz.kiener@claridenleu.com
luc.mathys@claridenleu.com
lucia.wuermli@claridenleu.com
luis.correia@claridenleu.com
luke.dyer-smith@claridenleu.com
makiko.zuercher@claridenleu.com
manuel.ritter@claridenleu.com
marc.eggler@claridenleu.com
marc.granjean@claridenleu.com
marc.kaenzig@claridenleu.com
marc.schuerer@claridenleu.com
marcel.keller@claridenleu.com
marcel.wyss@claridenleu.com
marco.barreca@claridenleu.com
marco.bartolucci@claridenleu.com
marco.botta@claridenleu.com
marco.gabriel@claridenleu.com
marco.ruefenacht@claridenleu.com
marietta.k.stieger@claridenleu.com
marion.feisthammel@claridenleu.com
marion.struber@claridenleu.com
mark.schindler@claridenleu.com
markus.baechtold@claridenleu.com
markus.furrer@claridenleu.com
markus.koch@claridenleu.com
markus.lang@claridenleu.com
martial.balbinot@claridenleu.com
martin.flueckiger@claridenleu.com
martin.hueppi@claridenleu.com

**Company & Corresponding Email Addresses**

martin.scheel.2@claridenleu.com
martin.schlatter@claridenleu.com
mathias.rieben@claridenleu.com
matthias.ahrens@claridenleu.com
matthias.fankhauser@claridenleu.com
matthias.seger@claridenleu.com
michael.foo@claridenleu.com
michael.haeusler.3@claridenleu.com
michael.schneider.2@claridenleu.com
michael.stahel@claridenleu.com
michel.tanner@claridenleu.com
mirko.frapolli@claridenleu.com
natalia.outecheva@claridenleu.com
nicholas.arthur.2@claridenleu.com
nicole.schleuniger@claridenleu.com
noel.craven@claridenleu.com
paola.tognala@claridenleu.com
pascal.fischer@claridenleu.com
patricia.fonjad@claridenleu.com
patrick.d.businger@claridenleu.com
patrick.estermann@claridenleu.com
patrick.meier@claridenleu.com
patrick.meyer@claridenleu.com
patrick.uelfeti@claridenleu.com
peter.aebischer@claridenleu.com
peter.gnehm@claridenleu.com
peter.labhart@claridenleu.com
peter.white@claridenleu.com
philip.m.salvisberg@claridenleu.com
philippe.martin@claridenleu.com
phillip.sundquist@claridenleu.com
plinio.zanetti@claridenleu.com
raffael.weidmann@claridenleu.com
ralph.laeuppi@claridenleu.com
ralph.weber@claridenleu.com
raphael.weber@claridenleu.com
regina.reinert@claridenleu.com
rene.michel.2@claridenleu.com
rene.wagner@claridenleu.com
rino.miraglia@claridenleu.com
robert.hardmeier@claridenleu.com
robert.wenk@claridenleu.com
roger.bischof@claridenleu.com
roger.fischer@claridenleu.com
roger.kernbach@claridenleu.com
roger.kunz@claridenleu.com
roger.schmid@claridenleu.com
roland.dornbierer@claridenleu.com
rolf.weiss@claridenleu.com
roman.walter@claridenleu.com
roman.wyss@claridenleu.com
romeo.sakac@claridenleu.com
sandra.sorg@claridenleu.com
sandra.stahel@claridenleu.com

**Company & Corresponding Email Addresses**

sandro.baechli@claridenleu.com
sandro.rosa@claridenleu.com
sarah.wahby@claridenleu.com
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sergio.esteban@claridenleu.com
silvia.marengo@claridenleu.com
simon.frick@claridenleu.com
simon.krieger@claridenleu.com
stefan.k.kraeuchi@claridenleu.com
stefan.kloeti@claridenleu.com
stefan.muheim@claridenleu.com
stefan.wick@claridenleu.com
stephan.huebner@claridenleu.com
stephane.barthassat@claridenleu.com
stephane.cuerel@claridenleu.com
stephen.hughes.3@claridenleu.com
thomas.bauer@claridenleu.com
thomas.faeh@claridenleu.com
thomas.frei@claridenleu.com
thomas.frischknecht@claridenleu.com
thomas.liebi@claridenleu.com
thomas.maier@claridenleu.com
thomas.schmidlin@claridenleu.com
thomas.schudel@claridenleu.com
thomas.stoeckli@claridenleu.com
thomas.unterberger@claridenleu.com
tobias.wyss@claridenleu.com
uwe.guenther.2@claridenleu.com
vaia.tzokas@claridenleu.com
vangelis.bratsikas@claridenleu.com
vera.dianova@claridenleu.com
vincenzo.calia@claridenleu.com
walter.thoma@claridenleu.com
yvan.meier@claridenleu.com
zeljko.korica@claridenleu.com
zina.psiola@claridenleu.com

**clarima**
giovanni.elia@clarima.unicredit.it

**clark**
jack.rasmusson@clark.wa.gov

**clarkest**
clafayette@clarkest.com
kgibson@clarkest.com
schristel@clarkest.com
sduff@clarkest.com
tmiller@clarkest.com

**class**
gcastagneto@class.it

**clcm**
s-haneda@clcm.co.jp
s-tsuchimoto@clcm.co.jp

**clearbridgeadvisors**
aborisenko@clearbridgeadvisors.com

## Company & Corresponding Email Addresses

ccoleman@clearbridgeadvisors.com
clist@clearbridgeadvisors.com
kgmccann@clearbridgeadvisors.com
pemiller@clearbridgeadvisors.com

### clfbanque-dexia
olivier.tallon@clfbanque-dexia.com
pierre.barre@clfbanque-dexia.com

### clf-dexia
abdelhalim.fadil@clf-dexia.com
abdessamad.elbabsiri@clf-dexia.com
amine.boureghda@clf-dexia.com
anais.koskas@clf-dexia.com
angela.garay@clf-dexia.com
brendan.owens@clf-dexia.com
christophe.boucher@clf-dexia.com
cyrille.robic@clf-dexia.com
daragh.clune@clf-dexia.com
david.benhamou@clf-dexia.com
david.raynaud@clf-dexia.com
david.widart@clf-dexia.com
denis.constantin@clf-dexia.com
edouard.daryabegui@clf-dexia.com
fergal.mcgrath@clf-dexia.com
francois.duruy@clf-dexia.com
gilles.hannoun@clf-dexia.com
guillaume.quibel@clf-dexia.com
jean-luc.petitpont@clf-dexia.com
jean-marie.boudet@clf-dexia.com
lai.ly@clf-dexia.com
laurence.picand@clf-dexia.com
lionel.benzekri@clf-dexia.com
martin.mcgovern@clf-dexia.com
melanie.kalifat@clf-dexia.com
olivier.eudes@clf-dexia.com
olivier.leroy@clf-dexia.com
olivier.lionnard@clf-dexia.com
olivier.robert@clf-dexia.com
olivier.stoband@clf-dexia.com
patrick.swiderski@clf-dexia.com
rene.kassis@clf-dexia.com
ricardo.pedro@clf-dexia.com
robert.benayoun@clf-dexia.com
robert.boublil@clf-dexia.com
tarek.belkahia@clf-dexia.com
vincent.treillet@clf-dexia.com
yael.kabla@clf-dexia.com

### clinton
ajung@clinton.com
alexi.yannas@clinton.com
alla@clinton.com
amattone@clinton.com
amr@clinton.com
ben.finger@clinton.com
billc@clinton.com

**Company & Corresponding Email Addresses**

billf@clinton.com
bobw@clinton.com
brian.choe@clinton.com
brian.gibson@clinton.com
cgt@clinton.com
chad.carta@clinton.com
cpeters@clinton.com
darrell@clinton.com
das@clinton.com
david.spring@clinton.com
derek.bandler@clinton.com
dvignone@clinton.com
ellen@clinton.com
eric@clinton.com
flawless@clinton.com
franruch@clinton.com
gary.rugendorf@clinton.com
gdrenn@clinton.com
geh@clinton.com
georgene.huang@clinton.com
gmr@clinton.com
hamecs@clinton.com
jmf@clinton.com
jmg@clinton.com
john.freda@clinton.com
johnh@clinton.com
joseph.deperio@clinton.com
joseph.jiang@clinton.com
josephsheer@clinton.com
kathy.starrs@clinton.com
kevin@clinton.com
lauren@clinton.com
lfherk@clinton.com
marion.soper@clinton.com
mark.pibl@clinton.com
mav@clinton.com
mfb@clinton.com
mhannafey@clinton.com
mkahne@clinton.com
mouldst@clinton.com
nblas@clinton.com
nick@clinton.com
noel.heavey@clinton.com
ojcheevers@clinton.com
patrick.dote@clinton.com
pek@clinton.com
ptr@clinton.com
pvankud@clinton.com
rcohen@clinton.com
robert.roman@clinton.com
romeara@clinton.com
scott.arnold@clinton.com
sgrier@clinton.com
shafla@clinton.com

**Company & Corresponding Email Addresses**

sko@clinton.com
stephen.dirkes@clinton.com
svc@clinton.com
tobin.kim@clinton.com
tom.jackson@clinton.com
vdarp@clinton.com
vincent.darpino@clinton.com
vvarghese@clinton.com
yong.lu@clinton.com
yyc@clinton.com

**clintongrp**
yannis@clintongrp.com

**closepb**
chris.stephens@closepb.com

**closewealth**
julian.chorley@closewealth.co.uk

**clubaa**
repulsebay@clubaa.com

**club-internet**
ccr_acts@club-internet.fr

**cmb**
gtagi@cmb.mc
mceruti@cmb.mc

**cmbc**
zhangwenjun2@cmbc.com.cn

**cmbchina**
00103@oa.cmbchina.com
00257@oa.cmbchina.com
00270@oa.cmbchina.com
00436@oa.cmbchina.com
00662@oa.cmbchina.com
00664@oa.cmbchina.com
00675@oa.cmbchina.com
00717@oa.cmbchina.com
00748@oa.cmbchina.com
28205@oa.cmbchina.com
28231@oa.cmbchina.com
97079@oa.cmbchina.com
97100@oa.cmbchina.com
97109@oa.cmbchina.com
alan@cmbchina.com
alexis@cmbchina.com
andyqu@cmbchina.com
chen_ping@cmbchina.com
denglongheng@cmbchina.com
dongfang@cmbchina.com
evahe@cmbchina.com
hj_yin@cmbchina.com
hj5288@cmbchina.com
larry@oa.cmbchina.com
lili@oa.cmbchina.com
liudongliang@cmbchina.com
mrfei@cmbchina.com
nibin@cmbchina.com

**Company & Corresponding Email Addresses**

qian_yang@cmbchina.com
qinlong@cmbchina.com
renyg@cmbchina.com
ryan_liu@cmbchina.com
sagalyt@cmbchina.com
thonychen@cmbchina.com
wanghch@cmbchina.com
yanliguo@cmbchina.com
zhangxiaowei@cmbchina.com
zmjcmb@cmbchina.com

**cmcee**

bonnaicr@cmcee.creditmutuel.fr

**cmcic**

aboucamk@cmcic.fr
baguetje@cmcic.fr
broumejo@cmcic.fr
capetdo@cmcic.fr
carlesch@cmcic.fr
chartist@cmcic.fr
chauviea@cmcic.fr
christce@cmcic.fr
clammefa@cmcic.fr
cordieal@cmcic.fr
delreegu@cmcic.fr
dupontca@cmcic.fr
fauregi@cmcic.fr
gramlira@cmcic.fr
jurepa@cmcic.fr
kessouli@cmcic.fr
kuyperm@cmcic.fr
levyol@cmcic.fr
michalro@cmcic.fr
moltenma@cmcic.fr
paresyma@cmcic.fr
pasquije@cmcic.fr
percheni@cmcic.fr
reichstadtl@cmcic.fr
schneiec@cmcic.fr
spiesst@cmcic.fr
sudriepi@cmcic.fr
vanderge@cmcic.fr
vargasju@cmcic.fr
volantpa@cmcic.fr
weylanda@cmcic.fr
yangefr@cmcic.fr
yvertol@cmcic.fr

**cmcic-sdm**

bourboan@cmcic-sdm.fr
leminoda@cmcic-sdm.fr
merotyo@cmcic-sdm.fr
narcyel@cmcic-sdm.fr
pennanph@cmcic-sdm.fr
robinnc@cmcic-sdm.fr
tornadma@cmcic-sdm.fr

**Company & Corresponding Email Addresses**

**cmcnet**
bobwong@cmcnet.com.tw
maggietu@cmcnet.com.tw

**cmfchina**
franciskoo@cmfchina.com

**cmhk**
liangpingxin@cmhk.com

**cmim**
name.surname@cmim.co.uk
peter.worn@cmim.co.uk

**cminvest**
jmartin@cminvest.com

**cmsenergy**
alan.wright@cmsenergy.com

**cna**
bernice.cail@cna.com
christopher.dvorak@cna.com
gregory.mcclain@cna.com
john.psoklas@cna.com
lisheng.su@cna.com
marilou.mcgirr@cna.com
meghan.johnson@cna.com
pamela.dempsey@cna.com
ryan.kelly@cna.com
sarah.simmons@cna.com

**cnb**
adam.phillips@cnb.com
bmiller@cnb.com
cary.walker@cnb.com
dana.smidova@cnb.cz
don.riechel@cnb.com
frydrych@cnb.cz
greg.kaplan@cnb.com
hcyang@cnb.co.kr
jean-paul.anoh@cnb.com
joe.morgan@cnb.com
john.coscia@cnb.com
karel.bauer@cnb.cz
kathleen.meyer@cnb.com
lenka.klcova@cnb.cz
marek.sestak@cnb.cz
martin.schimek@cnb.cz
mary.lamb@cnb.com
michael.melisik@cnb.cz
michael.taila@cnb.com
ondrej.stradal@cnb.cz
otis.heald@cnb.com
paul.single@cnb.com
pavlina.novakova@cnb.cz
peter.ro@cnb.com
robert.harder@cnb.com
rod.olea@cnb.com
sean.johnson@cnb.com
spencer.ludgate@cnb.com

**Company & Corresponding Email Addresses**

terry.loughran@cnb.com
vladimir.mrazek@cnb.cz
zuzana.patrakova@cnb.cz

**cnbceurope**

bhubard@cnbceurope.com

**cnbelkins**

tderbyshire@cnbelkins.com

**cnbsnet**

tdougherty@cnbsnet.com

**cnh**

greg.hebard@cnh.com

**cnp**

anne.sikora@cnp.fr
annette.lobotzki@cnp.fr
antoine.devaublanc@cnp.fr
antoine.fromenteze@cnp.fr
antoine.lissowski@cnp.fr
antoine.maffre@cnp.fr
emmanuel.delaveau@cnp.fr
emmanuel.perrin@cnp.fr
eric.meunier@cnp.fr
florent.lecam@cnp.fr
frederic.mary@cnp.fr
gabrielle.adam@cnp.fr
gilles.benoist@cnp.fr
guy.combot@cnp.fr
ismael.lourabi@cnp.fr
ivan.delloye@cnp.fr
jean-daniel.muon@cnp.fr
jean-louis.kandala@cnp.fr
jean-luc.guillermou@cnp.fr
manuel.courau@cnp.fr
martial.lasfargues@cnp.fr
michael.migus@cnp.fr
nicolas.monnier@cnp.fr
olivier.guichard@cnp.fr
olivier.mareuse@cnp.fr
patrick.bouvier2@cnp.fr
philippe.joly@cnp.fr
pierre.dury@cnp.fr
pierre.ogier@cnp.fr
sebastien.daguenet@cnp.fr
stephane.trarieux@cnp.fr
veronique.brunel@cnp.fr
veronique.leroybouille@cnp.fr
xavier.lambert@cnp.fr
yann.didou@cnp.fr

**co**

acade@co.fresno.ca.us
bkellyac@co.san-diego.ca.us
david.lawless@co.hennepin.mn.us
david.zweig@co.santa-cruz.ca.us
david_mcelwain@co.harris.tx.us
dialg@co.stanislaus.ca.us

**Company & Corresponding Email Addresses**

dkent@co.riverside.ca.us
dsato@co.la.ca.us
gg6@co.miami-dade.fl.us
jkern@co.sarasota.fl.us
joann_ingalls@co.harris.tx.us
lkellrac@co.san-diego.ca.us
mfriedtr@co.san-diego.ca.us
portegl@co.mecklenburg.nc.us
timothy.m.johnson@co.hennepin.mn.us
tmason@co.la.ca.us
ttc001@co.santa-cruz.ca.us
ttc003@co.santa-cruz.ca.us

**coair**
dgabel@coair.com
jcompt@coair.com
jeff.smisek@coair.com
joe.cue@coair.com
jraine@coair.com
lkelln@coair.com
marcus.pullicino@coair.com
reid.pennebaker@coair.com
rick.pressly@coair.com
zane.rowe@coair.com

**coastalcorp**
ken.johnson@coastalcorp.com
roy.gates@coastalcorp.com

**coastalsecurites**
cmj@coastalsecurites.com

**coastalsecurities**
cac@coastalsecurities.com
eaj@coastalsecurities.com
hgm@coastalsecurities.com

**coastasset**
kengl@coastasset.com

**coatesvillesavings**
jwogram@coatesvillesavings.com

**cobank**
agoldberg@cobank.com
bboushele@cobank.com
gcosgrove@cobank.com
jbezon@cobank.com
milheij@cobank.com
smahler@cobank.com
smcfadden@cobank.com
tsteidle@cobank.com

**coefficientglobal**
mgokhman@coefficientglobal.com

**coface**
benoit_claire@coface.fr
bernard_benisti@coface.com
bertrand_bouchonnet@coface.com
christophe_derouen@coface.com
fabien_conderanne@coface.com
franck_morel@coface.com

**Company & Corresponding Email Addresses**
 marc_dupuy@coface.com
 pierre_fournel@coface.com

**cofimo**
 abarbieri@cofimo.it
 fgarzilli@cofimo.it
 mauro.desiderio@cofimo.it

**cofiri**
 f.beccali@cofiri.it
 g.conti@cofiri.it
 r.stazi@cofiri.it

**cogefi**
 c.nourissat@cogefi.fr
 c.pigasse@cogefi.fr
 g.joncheres@cogefi.fr
 g.texier@cogefi.fr
 h.aurousseau@cogefi.fr
 jl.chenut@cogefi.fr
 lucile.combe@cogefi.fr
 m.fetrossi@cogefi.fr
 p.desaintmartin@cogefi.fr

**cogema**
 jduvignaux@cogema.fr

**coj**
 cplummer@coj.net
 richardd@coj.net

**cokecce**
 jgoebeler@na.cokecce.com
 jkinglavinder@na.cokecce.com
 spetrey@na.cokecce.com

**colimbiamanagement**
 vadim.shteyn@colimbiamanagement.com

**collegesavings**
 dnagy@collegesavings.com
 gjohnson@collegesavings.com

**collineo-am**
 panagiota.vergini@collineo-am.com
 sandra.wawrzyniak@collineo-am.com

**collins-stewart**
 arstuart@collins-stewart.com
 jbryan@collins-stewart.com
 jplasco@collins-stewart.com
 mpiper@ci.collins-stewart.com
 rlarner@ci.collins-stewart.com

**collinsstewartllc**
 eskibo@collinsstewartllc.com
 gpowell@collinsstewartllc.com
 mbranca@collinsstewartllc.com

**colognere**
 evolkeni@colognere.com
 heinen@colognere.com
 hey@colognere.com
 isringh@colognere.com
 kuon@colognere.com
 leffelee@colognere.com

**Company & Corresponding Email Addresses**

meindl@colognere.com
quick@colognere.com
ruetterm@colognere.com
sfromme@colognere.com
swoppow@colognere.com

**colonialbank**

ashwin_kakani@colonialbank.com
brent_sloman@colonialbank.com
brian_glenn@colonialbank.com
debbie_diboll@colonialbank.com
glenda_allred@colonialbank.com
kamal_hosein@colonialbank.com
lisa_free@colonialbank.com
marylou_bathen@colonialbank.com
michael_peters@colonialbank.com
rob_bonds@colonialbank.com
robert_lowder@colonialbank.com
rodney_lewis@colonialbank.com
sarah_moore@colonialbank.com
scott_robicheaux@colonialbank.com
walter_hargrove@colonialbank.com

**colonialfiststate**

jbishop@colonialfiststate.co.uk

**colonialfs**

james.cooke@colonialfs.co.uk
karen.jones@colonialfs.co.uk

**colonialsavings**

connie@colonialsavings.com

**colpal**

deborah_miller@colpal.com
marco_paracciani@colpal.com

**columbia**

anwiti.bahuguna@columbia.com
cwh8@columbia.edu
mz2015@columbia.edu

**columbiafunds**

thomsent@columbiafunds.com

**columbiamanagement**

abdul.a.alhedaib@columbiamanagement.com
abdullah.m.aldekheel@columbiamanagement.com
adeem.fenster@columbiamanagement.com
alan.erickson@columbiamanagement.com
alex.powers@columbiamanagement.com
alexander.wilkinson@columbiamanagement.com
alexis.addrisi@columbiamanagement.com
alfred.f.alley@columbiamanagement.com
alice.whitney@columbiamanagement.com
allen.bond@columbiamanagement.com
allyn.seymour@columbiamanagement.com
amy.neberieza@columbiamanagement.com
andrew.russ@columbiamanagement.com
angela.streur@columbiamanagement.com
ann.peterson@columbiamanagement.com
anthony.d.dixon@columbiamanagement.com

## Company & Corresponding Email Addresses

anthony.purcell@columbiamanagement.com
arlen.wiley@columbiamanagement.com
arlene.jackson@columbiamanagement.com
arthur.j.hurley@columbiamanagement.com
asta.a.vaichys@columbiamanagement.com
barry.connolly@columbiamanagement.com
bart.hellwig@columbiamanagement.com
benedikt.blomberg@columbiamanagement.com
benjamin.campbell@columbiamanagement.com
benjamin.wigren@columbiamanagement.com
bernard.braudis@columbiamanagement.com
bernard.gormley@columbiamanagement.com
beth.loucks@columbiamanagement.com
betsy.coyne@columbiamanagement.com
bimal.patel@columbiamanagement.com
bradley.komenda@columbiamanagement.com
brenda.m.coffield@columbiamanagement.com
brenda.sampson@columbiamanagement.com
brian.aronson@columbiamanagement.com
brian.c.pringle@columbiamanagement.com
brian.condon@columbiamanagement.com
brian.d.neigut@columbiamanagement.com
brian.e.kelly@columbiamanagement.com
brian.mcgreevy@columbiamanagement.com
brian.pringle@columbiamanagement.com
brian.waldner@columbiamanagement.com
bruce.warren@columbiamanagement.com
bryan.cline@columbiamanagement.com
bryan.knepper@columbiamanagement.com
c.richard.lucy@columbiamanagement.com
carl.pappo@columbiamanagement.com
carmen.s.diaz@columbiamanagement.com
cary.denson@columbiamanagement.com
catherine.black-gallivan@columbiamanagement.com
catherine.nelson@columbiamanagement.com
chad.fleischman@columbiamanagement.com
chaim.kurlandski@columbiamanagement.com
char.bauman@columbiamanagement.com
charles.borgioli@columbiamanagement.com
charles.mann@columbiamanagement.com
charlotte.cheim@columbiamanagement.com
cheryl.ip@columbiamanagement.com
christian.champ@columbiamanagement.com
christian.pineno@columbiamanagement.com
christian.stadlinger@columbiamanagement.com
christopher.l.parrish@columbiamanagement.com
christy.kim@columbiamanagement.com
claire.mccarthy@columbiamanagement.com
clifford.siverd@columbiamanagement.com
colin.moore@columbiamanagement.com
colin.trovato@columbiamanagement.com
courtney.concannon@columbiamanagement.com
craig.j.weisenberger@columbiamanagement.com
craig.leopold@columbiamanagement.com

## Company & Corresponding Email Addresses

daisuke.nomoto@columbiamanagement.com
dale.albright@columbiamanagement.com
dan.o'connell@columbiamanagement.com
dana.wing@columbiamanagement.com
daniel.cole@columbiamanagement.com
daniel.l.boncarosky@columbiamanagement.com
daniele.donahoe@columbiamanagement.com
dara.j.white@columbiamanagement.com
dave.egan@columbiamanagement.com
david.brecht@columbiamanagement.com
david.hall@columbiamanagement.com
david.hoffman@columbiamanagement.com
david.j2.williams@columbiamanagement.com
david.jellison@columbiamanagement.com
david.obrien@columbiamanagement.com
david.s.kennedy@columbiamanagement.com
deb.vargo@columbiamanagement.com
deb.wolfe@columbiamanagement.com
denise.keegan@columbiamanagement.com
deniz.savas@columbiamanagement.com
diane.sobin@columbiamanagement.com
donald.robinson@columbiamanagement.com
donna.h.nicosia@columbiamanagement.com
dori.aleksandrowicz@columbiamanagement.com
edward.hickey@columbiamanagement.com
elise.bisio@columbiamanagement.com
elizabeth.garside@columbiamanagement.com
emil.gjester@columbiamanagement.com
emma.yan@columbiamanagement.com
eric.hamilton@columbiamanagement.com
erica.l.turner@columbiamanagement.com
faisal.butt@columbiamanagement.com
fan.hu@columbiamanagement.com
frank.salem@columbiamanagement.com
frank.w.hemeter@columbiamanagement.com
fred.copper@columbiamanagement.com
garth.nisbet@columbiamanagement.com
george.kimball@columbiamanagement.com
george.luo@columbiamanagement.com
george.maris@columbiamanagement.com
george.mix@columbiamanagement.com
george.myers@columbiamanagement.com
greg.shell@columbiamanagement.com
gregg.smalley@columbiamanagement.com
gregory.m.miller@columbiamanagement.com
gregory.s.liechty@columbiamanagement.com
greta.clapp@columbiamanagement.com
guy.holbrook@columbiamanagement.com
guy.pope@columbiamanagement.com
hansethb@columbiamanagement.com
harlan.sonderling@columbiamanagement.com
hasmik.vardanyan@columbiamanagement.com
heidi.stephens@columbiamanagement.com
holly.s.thompson@columbiamanagement.com

**Company & Corresponding Email Addresses**

howard.kaplan@columbiamanagement.com
ida.thorbek@columbiamanagement.com
jack.g.barlage@columbiamanagement.com
james.d'arcy@columbiamanagement.com
james.depierre@columbiamanagement.com
james.fellows@columbiamanagement.com
jarl.ginsberg@columbiamanagement.com
jasmine.huang@columbiamanagement.com
jason.montecucco@columbiamanagement.com
jeffrey.buell@columbiamanagement.com
jeffrey.burger@columbiamanagement.com
jeffrey.hibbeler@columbiamanagement.com
jeffrey.huffman@columbiamanagement.com
jeffrey.shepard@columbiamanagement.com
jeffrey.wantman@columbiamanagement.com
jennifer.avara@columbiamanagement.com
jennifer.lukas@columbiamanagement.com
jennifer.wacker@columbiamanagement.com
jens.leerssen@columbiamanagement.com
jeremy.javidi@columbiamanagement.com
jim.claire@columbiamanagement.com
jnicholas.smith@columbiamanagement.com
joe.tannehill@columbiamanagement.com
john.barrett@columbiamanagement.com
john.maack@columbiamanagement.com
john.s.pau@columbiamanagement.com
john.sullivan@columbiamanagement.com
john.swaim@columbiamanagement.com
john.teague@columbiamanagement.com
john.wilson@columbiamanagement.com
jon.m.morgan@columbiamanagement.com
jon.metcalf@columbiamanagement.com
jon.perregaux@columbiamanagement.com
jonas.patrikson@columbiamanagement.com
jonathan.mckenzie@columbiamanagement.com
jonathan.p.carlson@columbiamanagement.com
jones.michael@columbiamanagement.com
joong.kang@columbiamanagement.com
joseph.marini@columbiamanagement.com
joseph.markovich@columbiamanagement.com
josh.kapp@columbiamanagement.com
julio.fuentes@columbiamanagement.com
june.giroux@columbiamanagement.com
justin.h.garrison@columbiamanagement.com
karen.arneil@columbiamanagement.com
karen.covey@columbiamanagement.com
karen.mccoll@columbiamanagement.com
karl.chang@columbiamanagement.com
karl.henning@columbiamanagement.com
karyn.corridan@columbiamanagement.com
kay.lang@columbiamanagement.com
keith.banks@columbiamanagement.com
kenneth.korngiebel@columbiamanagement.com
kevin.cronk@columbiamanagement.com

**Company & Corresponding Email Addresses**

kevin.lema@columbiamanagement.com
kim.i.michalski@columbiamanagement.com
kimberly.campbell@columbiamanagement.com
kristi.sontag@columbiamanagement.com
kristine.kitts@columbiamanagement.com
kurt.havnaer@columbiamanagement.com
larry.israel@columbiamanagement.com
laura.l.boring@columbiamanagement.com
laura.ostrander@columbiamanagement.com
laura.pittman@columbiamanagement.com
lawrence.w.lin@columbiamanagement.com
lee.reddin@columbiamanagement.com
leigh.drake@columbiamanagement.com
leonard.aplet@columbiamanagement.com
leonard.keyser@columbiamanagement.com
leslie.rich@columbiamanagement.com
lester.duke@columbiamanagement.com
levence.s.eutsay@columbiamanagement.com
linda.blankenship@columbiamanagement.com
linda.bounds@columbiamanagement.com
linda.solarek@columbiamanagement.com
lori.ensinger@columbiamanagement.com
luke.hagopian@columbiamanagement.com
macharva.t.lucas@columbiamanagement.com
marci.steinberg@columbiamanagement.com
mari.goldenberg@columbiamanagement.com
mark.ingram@columbiamanagement.com
mark.t.rasimas@columbiamanagement.com
martha.childs@columbiamanagement.com
mary.blust@columbiamanagement.com
mary.werler@columbiamanagement.com
mary-ann.ward@columbiamanagement.com
matt.m.waldner@columbiamanagement.com
matthew.dunn@columbiamanagement.com
matthew.kennedy@columbiamanagement.com
meg.littlewood@columbiamanagement.com
melda.mergen@columbiamanagement.com
melody.ikemura@columbiamanagement.com
michael.conerly@columbiamanagement.com
michael.gnadinger@columbiamanagement.com
michael.graham@columbiamanagement.com
michael.hoover@columbiamanagement.com
michael.kennedy@columbiamanagement.com
michael.kirkbride@columbiamanagement.com
michael.s.barclay@columbiamanagement.com
michael.seelen@columbiamanagement.com
michael.welter@columbiamanagement.com
michael.zazzarino@columbiamanagement.com
michael1.t.smith@columbiamanagement.com
michele.basilici@columbiamanagement.com
michelle.bellizzi@columbiamanagement.com
michelle.m.moller@columbiamanagement.com
mike.matthews@columbiamanagement.com
mike.young@columbiamanagement.com

**Company & Corresponding Email Addresses**

monica.g.maguire@columbiamanagement.com
monika.garg@columbiamanagement.com
murdoch.m.johnson@columbiamanagement.com
nicholas.f.stark@columbiamanagement.com
nicholas.stiggers@columbiamanagement.com
nicolas.janvier@columbiamanagement.com
nicole.o'connell@columbiamanagement.com
nikos.vasilakos@columbiamanagement.com
ning.sun@columbiamanagement.com
nischal.pai@columbiamanagement.com
noah.petrucci@columbiamanagement.com
normand.desrosiers@columbiamanagement.com
paige.e.jennings@columbiamanagement.com
pamela.hunter@columbiamanagement.com
pamella.kempen@columbiamanagement.com
patricia.winiarczyk@columbiamanagement.com
patrick.donohue@columbiamanagement.com
patrick.graham@columbiamanagement.com
patrick.j.ford@columbiamanagement.com
paul.aston@columbiamanagement.com
paul.berlinguet@columbiamanagement.com
paul.denninger@columbiamanagement.com
paul.fuchs@columbiamanagement.com
paul.j.digiacomo@columbiamanagement.com
paul.qiuistberg@columbiamanagement.com
paul.quistberg@columbiamanagement.com
paul.rocheleau@columbiamanagement.com
peter.deininger@columbiamanagement.com
peter.s.joo@columbiamanagement.com
peter.santoro@columbiamanagement.com
peter.schroeder@columbiamanagement.com
phil.carty@columbiamanagement.com
randy.royther@columbiamanagement.com
renee.paysour@columbiamanagement.com
richard.caro@columbiamanagement.com
richard.cutts@columbiamanagement.com
richard.dahlberg@columbiamanagement.com
richard.hegwood@columbiamanagement.com
richard.mettler@columbiamanagement.com
richard.petrino@columbiamanagement.com
richard.tauber@columbiamanagement.com
richard.turner@columbiamanagement.com
rick.pitten@columbiamanagement.com
rob.rigg@columbiamanagement.com
robert.brinker@columbiamanagement.com
robert.edelson@columbiamanagement.com
robert.hale@columbiamanagement.com
robert.m.corbett@columbiamanagement.com
robert.mcconnaughey@columbiamanagement.com
robert.stephenson@columbiamanagement.com
roger.sullivan@columbiamanagement.com
ronald.coleman@columbiamanagement.com
ronald.k.chan@columbiamanagement.com
ronald.stahl@columbiamanagement.com

**Company & Corresponding Email Addresses**

rosa.e.velasquez@columbiamanagement.com
russ.ewing@columbiamanagement.com
russell.bloomfield@columbiamanagement.com
ryan.johnson@columbiamanagement.com
ryan.mccann@columbiamanagement.com
sabya.sinha@columbiamanagement.com
samuel.epee-bounya@columbiamanagement.com
sandy.panetta@columbiamanagement.com
sara.obrien@columbiamanagement.com
sarah.cheung@columbiamanagement.com
scott.davis@columbiamanagement.com
scott.moore@columbiamanagement.com
shane.merriweather@columbiamanagement.com
shelley.yang@columbiamanagement.com
shirley.s.wang@columbiamanagement.com
stanley.ouyang@columbiamanagement.com
stephanie.s.schneider@columbiamanagement.com
stephen.harasimowicz@columbiamanagement.com
stephen.peacher@columbiamanagement.com
steven.lilly@columbiamanagement.com
steven.luetger@columbiamanagement.com
steven.theby@columbiamanagement.com
susan.dushock@columbiamanagement.com
susan.sanderson@columbiamanagement.com
swapnil.karnik@columbiamanagement.com
tami.arbogast@columbiamanagement.com
tammi.ortega@columbiamanagement.com
tanya.ferguson@columbiamanagement.com
tchintcia.s.barros@columbiamanagement.com
ted.paluszek@columbiamanagement.com
thomas.gaylord@columbiamanagement.com
thomas.lettenberger@columbiamanagement.com
thomas.west@columbiamanagement.com
tiffany.zahas@columbiamanagement.com
tim.anderson@columbiamanagement.com
timothy.cronin@columbiamanagement.com
timothy.m.weber@columbiamanagement.com
tisha.jackson@columbiamanagement.com
tj.brannon@columbiamanagement.com
todd.herget@columbiamanagement.com
todd.mick@columbiamanagement.com
tom.abrams@columbiamanagement.com
tom.galvin@columbiamanagement.com
tom.lapointe@columbiamanagement.com
travis.j.bates@columbiamanagement.com
vanessa.galvan@columbiamanagement.com
vesta.m.foster@columbiamanagement.com
vikram.j.kuriyan@columbiamanagement.com
walter.h.colsman@columbiamanagement.com
walter.tate@columbiamanagement.com
wayne.collette@columbiamanagement.com
wayne.fitzgerald@columbiamanagement.com
wendy.e.norman@columbiamanagement.com
william.chamberlain@columbiamanagement.com

**Company & Corresponding Email Addresses**

william.e.oliver@columbiamanagement.com
william.goldthwait@columbiamanagement.com
william.j.wallace@columbiamanagement.com
william.obrien@columbiamanagement.com
william.peishoff@columbiamanagement.com
winnie.w.cheng@columbiamanagement.com
yan.jin@columbiamanagement.com

**columbus**
akt@columbus.com
amd@columbus.com
ame@columbus.com
awo@columbus.com
axr@columbus.com
axs@columbus.com
bta@columbus.com
cac@columbus.com
cgf@columbus.com
clc@columbus.com
cmc@columbus.com
ctc@columbus.com
cxc@columbus.com
ddd@columbus.com
djc@columbus.com
dln@columbus.com
dmg@columbus.com
dxd@columbus.com
elr@columbus.com
fac@columbus.com
gfh@columbus.com
jac@columbus.com
jas@columbus.com
jay@columbus.com
jms@columbus.com
jrr@columbus.com
jxd@columbus.com
kxw@columbus.com
mbf@columbus.com
mds@columbus.com
mjg@columbus.com
mrs@columbus.com
mxi@columbus.com
oam@columbus.com
rsw@columbus.com
spf@columbus.com
sxj@columbus.com
tjb@columbus.com

**columbusbankandtrust**
shawnredmon@columbusbankandtrust.com

**combank**
stefopoulou.i@combank.gr
stefopoulou.l@combank.gr

**combk**
rkowalchik@combk.com

**comcast**

## Company & Corresponding Email Addresses

apkfma@comcast.net
bmoore225@comcast.net
davidpchu@comcast.net
jerry.hartzog@comcast.net
matt.premier@comcast.net
mwaterhouse@comcast.net
nordea@comcast.net
rcleslie@comcast.net
setangreg@comcast.net
tjn610@comcast.net

### comdata
bkribbs@comdata.com
lpemberton@comdata.com

### comerica
anthony_j_magdowski@comerica.com
austin_r_holm@comerica.com
caeckstrom@comerica.com
caruben@comerica.com
cindy_j_higgins@comerica.com
d_king@comerica.com
dan_j_clarke@comerica.com
dennis_janowski@comerica.com
ernest_m_zarb@comerica.com
gyovan@comerica.com
hclight@comerica.com
henry_j_hajdas@comerica.com
james_k_pollock@comerica.com
jjtrentacoste@comerica.com
john_w_sandrock@comerica.com
jpkalia@comerica.com
lawrence_a_sharley@comerica.com
michael_d_burck@comerica.com
peburdiss@comerica.com
smfontana@comerica.com

### comet
phili.graves@resolutionasset.comet.com

### cominvest
andreas.lorenz@cominvest.de
arian.raoufi@cominvest.de
carmen.torrescampuzano@cominvest.de
christian.subbe@cominvest.de
elena.oblinger@cominvest.de
hans-guenter.schmidt@cominvest.de
ingo.mainert@cominvest.de
juergen.homola@cominvest.de
markus.baer@cominvest.de
martina.kocksch@cominvest.de
nico.scheller@cominvest.de
peter.schottmueller@cominvest.de
thomas.adler@cominvest.de
tobias.geyer@cominvest.de
tobias.windmeier@cominvest.de
ulrich.teutsch@cominvest.de
wolfgang.zecha@cominvest.de

## Company & Corresponding Email Addresses

**cominvest-am**

alice.kytka@cominvest-am.com
andreas.burth@cominvest-am.com
andreas.lohmann@cominvest-am.com
andreas.weicherding@cominvest-am.lu
axel.riedel@cominvest-am.com
barbara.hain@cominvest-am.com
bernd.hannaske@cominvest-am.com
bernhard.schill@cominvest-am.com
bodo.zimmermann@cominvest-am.com
christoph.berger@cominvest-am.com
cordula.bauss@cominvest-am.com
daniel.briesemann@cominvest-am.com
dennis.tapp@cominvest-am.com
dirk.bartsch@cominvest-am.com
dirk.voigtlaender@cominvest-am.com
douglas.cunningham@cominvest-am.com
eckhard.ulbrich@cominvest-am.com
elmar.dumke@cominvest-am.com
felix.adrian@cominvest-am.com
frank.arnold@cominvest-am.com
frank.braeunig@cominvest-am.com
frank.gaensch@cominvest-am.com
frank.walhoefer@cominvest-am.com
frederik.wemhoener@cominvest-am.com
giovanni.trombello@cominvest-am.com
guido.goretti@cominvest-am.com
hannelore.kazek@cominvest-am.com
hans-andre.koenigs@cominvest-am.com
heidi.hoeppner@cominvest-am.com
heidrun.heutzenroeder@cominvest-am.com
heike.mueller@cominvest-am.com
heinz-guenter.wickenhaeuser@cominvest-am.com
henning.kelch@cominvest-am.com
ingrid.burkardt@cominvest-am.com
jens.kummer@cominvest-am.com
jochen.hannemann@cominvest-am.com
joerg.fiebiger@cominvest-am.com
joerg.schlinghoff@cominvest-am.com
johannes.ries@cominvest-am.com
juergen.seitz@cominvest-am.com
jutta.schneider@cominvest-am.com
karin.peters@cominvest-am.com
klaus.breil@cominvest-am.com
klaus.reimer@cominvest-am.com
klaus.roettger@cominvest-am.com
klaus.werner-link@cominvest-am.lu
kornel.schweers@cominvest-am.com
manuela.thies@cominvest-am.com
margarita_guillermo@cominvest-am.com
margit.dennerlein@cominvest-am.com
markus.engels@cominvest-am.com
matthias.wilpert@cominvest-am.com
melanie.radu@cominvest-am.com

## Company & Corresponding Email Addresses

michael.fiedler@cominvest-am.com
michael.goerg@cominvest-am.com
milos.komnenov@cominvest-am.com
miriam.uebel@cominvest-am.com
oliver.scheu@cominvest-am.com
oliver.stoenner@cominvest-am.com
oliver.stonner-venkatarama@cominvest-am.com
patrick.belger@cominvest-am.com
patrick.conteh@cominvest-am.com
patrick.schmidtke@cominvest-am.com
patrick.schneider@cominvest-am.com
peter.braun@cominvest-am.com
ralf.juelichmanns@cominvest-am.com
ralf.walter@cominvest-am.com
rene.christoffersen@cominvest-am.com
richard.hinz@cominvest-am.com
roland.ruebesam@cominvest-am.com
sandra.duncan@cominvest-am.com
sebastian.klein@cominvest-am.com
sebastian.wandtke@cominvest-am.com
stefan.guenther@cominvest-am.com
stefan.klein@cominvest-am.com
stefan.lachhammer@cominvest-am.com
stefan.pelgrim@cominvest-am.com
steffen.schaefer@cominvest-am.com
susan.spinner@cominvest-am.com
teija.buenting@cominvest-am.com
theo.kempf@cominvest-am.com
thomas.fleckenstein@cominvest-am.com
thomas.gerber@cominvest-am.com
thomas.handte@cominvest-am.com
thomas.heib@cominvest-am.com
thomas.lange@cominvest-am.com
thomas.tilse@cominvest-am.com
tobias.windmeier@cominvest-am.com
torsten.gruendel@cominvest-am.com
ulf.plesmann@cominvest-am.com
ute.speidel@cominvest-am.com
virginie.jouhaud@cominvest-am.com
volker.marnet-islinger@cominvest-am.com
werner.kraft@cominvest-am.com
wolfgang.jurowski@cominvest-am.com
wolfram.eichner@cominvest-am.com
xiaohu.zhou@cominvest-am.com

### commcercebank
paul.donovan@commcercebank.com

### commerce
cindy.johnson@commerce.com
mark.perry@commerce.com

### commercebank
adam.west@commercebank.com
amy.dilorenzo@commercebank.com
amy.schaff@commercebank.com
arnold.beevers@commercebank.com

## Company & Corresponding Email Addresses

bill.reisner@commercebank.com
bill.welch@commercebank.com
brad.scott@commercebank.com
bradley.dieck@commercebank.com
brent.creach@commercebank.com
brent.schowe@commercebank.com
brian.musielak@commercebank.com
brian.perott@commercebank.com
carl.tegtmeier@commercebank.com
carol.clifton@commercebank.com
cathy.doyle@commercebank.com
christie.cody@commercebank.com
christie.francis@commercebank.com
christine.cotton@commercebank.com
cindy.rapponotti@commercebank.com
corey.means@commercebank.com
dane.kamin@commercebank.com
daniel.callahan@commercebank.com
david.sederholm@commercebank.com
david.wynn@commercebank.com
denise.macy@commercebank.com
don.mcarthur@commercebank.com
donald.sullivan@commercebank.com
douglas.koester@commercebank.com
douglas.laitner@commercebank.com
elizabeth.lewis@commercebank.com
eric.wynkoop@commercebank.com
greg.sonderman@commercebank.com
gustav.krantz@commercebank.com
harold.nachtrieb@commercebank.com
james.dykstal@commercebank.com
jason.fields@commercebank.com
jim.brownfieldjr@commercebank.com
joe.williamsiii@commercebank.com
john.graves@commercebank.com
john.maurer@commercebank.com
justin.shelman2@commercebank.com
kathryn.bingham@commercebank.com
kent.mitchell@commercebank.com
kevin.westerheide@commercebank.com
landers.carnal@commercebank.com
michael.cody@commercebank.com
michael.marks@commercebank.com
nick.burroughs@commercebank.com
oliver.helfrey@commercebank.com
pam.larocca@commercebank.com
pat.wilkes@commercebank.com
paul.kirk@commercebank.com
peter.mchugh@commercebank.com
rich.shulusky@commercebank.com
rosa.gillis@commercebank.com
scott.colbert@commercebank.com
scott.stephenson@commercebank.com
tara.mcconkey@commercebank.com

## Company & Corresponding Email Addresses

thomas.sandbulte@commercebank.com
tom.weiford@commercebank.com
walt.czaicki@commercebank.com
william.sheffey@commercebank.com

### commercebankc

andrew.fent@commercebankc.com

### commercebankfl

cgagnon@commercebankfl.com
jzambrano@commercebankfl.com
rsucre@commercebankfl.com

### commercialfed

jasonproctor@commercialfed.com
jonathangaiser@commercialfed.com
judyruff@commercialfed.com
staceychristianson@commercialfed.com

### commerzbanib

sabine.gast@commerzbanib.com

### commerzbank

aare.rafi@commerzbank.com
abraham.eghujovbo@commerzbank.com
achim.baumgartner@commerzbank.com
alan.butler@commerzbank.com
alan.roth@commerzbank.co.uk
alastair.johnstone@commerzbank.com
alexander.greyer@commerzbank.com
alexander.turnsek@commerzbank.com
alexandra.lecher-knappe@commerzbank.com
andrea.siebel@commerzbank.com
andreas.krebs@commerzbank.com
andreas.mosimann@commerzbank.ch
andrew_tay@commerzbank.com.sg
arnaud_raimon@commerzbank.com
arnd.sieben@commerzbank.com
bernd.optenkamp@commerzbank.com
bernd.ullrich@commerzbank.com
brian_mcbeth@commerzbank.co.uk
carsten.heymann@commerzbank.com
christian.daynes@commerzbank.com
christian.henkel@commerzbank.com
christian.hoppe@commerzbank.com
christian.schenk@commerzbank.com
christine.schwab@commerzbank.com
christof.maetze@commerzbank.com
christoph.riniker@commerzbank.ch
christopher.jackson@commerzbank.co.uk
claudia.graebner-heeg@commerzbank.com
cormac.taggart@commerzbank.com
cornelius.bresser@commerzbank.lu
craig.templer@commerzbank.co.uk
dan.mcginn@commerzbank.com
daniel.kums@commerzbank.com
daniel.schwaab@commerzbank.com
daniel.weisskopf@commerzbank.ch
david.chan@commerzbank.com.hk

**Company & Corresponding Email Addresses**

debbie.day@commerzbank.com
devlin.li@commerzbank.com.hk
dirich.kolbeck@commerzbank.com
dirk.rhode@commerzbank.com
dominic.kraetzig@commerzbank.com
elise.coole@commerzbank.com
elke.fick@commerzbank.com
elmar.arbert@commerzbank.com
emanuele.rodilossi@commerzbank.ch
eric.michel@commerzbank.com
evert.goossens2@commerzbank.com
francis_everington@commerzbank.com
frank.bickel@commerzbank.com
fred.just@commerzbank.com
frederik.wemhoener@commerzbank.com
georg.winkel@commerzbank.com
gernot.kleckner@commerzbank.com
gerrit.weber@commerzbank.com
guybeeston@commerzbank.com
h.goetz@commerzbank.com
hans-georg.otten@commerzbank.com
harald.schmidlin@commerzbank.com
hasso.rahmsdorf@commerzbank.com
helen_pulm@commerzbank.com
helmut.risel@commerzbank.com
ikram.yaya@commerzbank.com
jan.kraemer@commerzbank.com
jenna_beazley@commerzbank.com
jens.kirchof@commerzbank.com
jens.stuehmeier@commerzbank.com
jens-georg.nawrath@commerzbank.com
jochen.cerny@commerzbank.com
jochen.guessow@commerzbank.com
joerg.geissler@commerzbank.com
joerg.ruehmann@commerzbank.com
joerg.weirich@commerzbank.com
jorg.motel@commerzbank.com
joyce_sin@commerzbank.com.sg
julian.kox@commerzbank.com
juliette.auboin@commerzbank.com
k.hoffmann@commerzbank.com
karl.mayr@commerzbank.com
karl-heinz.raschtuttis@commerzbank.ce
katie.hostalier@commerzbank.com
katrin.stark@commerzbank.com
klaus.patig@commerzbank.com
klaus-peter.mueller@commerzbank.com
koen.verbraeken@commerzbank.com
laragh.murphy@commerzbank.com
lars.gedlich@commerzbank.com
lars.hermann@commerzbank.com
laura.gill@commerzbank.com
laurent.guyard@commerzbank.com
lisa.taylor@commerzbank.com

**Company & Corresponding Email Addresses**

luc.martin-siegfried@commerzbank.fr
manfred.bier@commerzbank.com
marcus.merz@commerzbank.com
maria.sokolova@commerzbank.com
mariano.riestra@commerzbank.com
martin.blessing@commerzbank.com
martin.lawrence@commerzbank.com
michael.capitain@commerzbank.com
michael.gerlach@commerzbank.com
michael_hyde@commerzbank.com.sg
michael_seelhof@commerzbank.com
michele.larkin@commerzbank.com
michelle.ryan@commerzbank.com
mike.schmidt@commerzbank.com
moritz.mielke@commerzbank.com
mourad.berrahoui@commerzbank.com
na@commerzbank.com
nicolas.natsis@commerzbank.com
oliver.hamann@commerzbank.com
oliver.kaufmann@commerzbank.com
oliver.reitz@commerzbank.com
orla.mchenry@commerzbank.com
paul.suter@commerzbank.com
peter.helbling@commerzbank.ch
peter.hennig@commerzbank.com
peter.tvrdy@commerzbank.com
petra.gerlach@commerzbank.com
philippe.alexandre@commerzbank.com
ralf.steinert@commerzbank.com
reinhard_furthmayr@commerzbank.com
rene.reisshauer@commerzbank.com
robert.shi@commerzbank.com
robin.simpson@commerzbank.com
sandy.bruce@commerzbank.com
stefan.kempf@commerzbank.com
stefan.lewitus@commerzbank.com
stefan_gotsche@commerzbank.com
steffen.jaspers@commerzbank.com
stephane.parlebas@commerzbank.fr
stephen.hartnett@commerzbank.com
thiel.richard@commerzbank.com
thilo.siekmann@commerzbank.com
thomas.friedrichs@commerzbank.com
thomas.luthardt@commerzbank.com
thorben.hakanson@commerzbank.com
thorsten.heidt@commerzbank.com
tobias.neppl@commerzbank.com
ullrich.quenzer@commerzbank.com
urs.meili@commerzbank.ch
uwe.loose@commerzbank.com
wolf.delius@commerzbank.com
wolfgang.hartmann@commerzbank.com
wolfgang_lang@commerzbank.com

**commerzbankib**

| Company & Corresponding Email Addresses |
|---|
| ahmed.saleh@commerzbankib.com |
| axel.hotze@commerzbankib.com |
| balraj.khagram@commerzbankib.com |
| brian.okeefe@commerzbankib.com |
| chedi.boujellabia@commerzbankib.com |
| chetan.pugalia@commerzbankib.com |
| christiane.heineke@commerzbankib.com |
| eberherd.dilger@commerzbankib.com |
| emma.giles@commerzbankib.com |
| evamaria.meese@commerzbankib.com |
| frank.mayer@commerzbankib.com |
| george.verghese@commerzbankib.com |
| gerd.sperfeldt@commerzbankib.com |
| hannah.beacon@commerzbankib.com |
| harald.lohr@commerzbankib.com |
| iviza.orsolic@commerzbankib.com |
| james.keen@commerzbankib.com |
| jamie.cox@commerzbankib.com |
| jason.mcdonald@commerzbankib.com |
| jemma.malster@commerzbankib.com |
| jens.ebert@commerzbankib.com |
| juergen.mahler@commerzbankib.com |
| julie.owen@commerzbankib.com |
| kellie.neuman@commerzbankib.com |
| lucy.gray@commerzbankib.com |
| mags.arrow@commerzbankib.com |
| mark.askew@commerzbankib.com |
| mark.bowater@commerzbankib.com |
| michael.wahl@commerzbankib.com |
| nicolas.samaran@commerzbankib.com |
| patrick.felgenhauer@commerzbankib.com |
| peter.corner@commerzbankib.com |
| richard.cumbley@commerzbankib.com |
| richard.woodhouse@commerzbankib.com |
| rupert.kay@commerzbankib.com |
| salim.saab@commerzbankib.com |
| scott.elliott@commerzbankib.com |
| simon.kemp@commerzbankib.com |
| stefan.wurm@commerzbankib.com |
| stefka.tcherneva@commerzbankib.com |
| stephen.kyle-binkley@commerzbankib.com |
| tatiana.bruegelmann@commerzbankib.com |
| thilo.schwiezer@commerzbankib.com |
| thomas.gispert@commerzbankib.com |
| thorre.sauer@commerzbankib.com |
| tim.lueninghoener@commerzbankib.com |
| tom.cook@commerzbankib.com |
| **commerzbanklb** |
| david.griggths@commerzbanklb.com |
| **commerzleasing** |
| ludger.kill@commerzleasing.de |
| **commonwealth** |
| koloughlin@commonwealth.com |
| **communitybankna** |

## Company & Corresponding Email Addresses

scott.kingsley@communitybankna.com

### communitybankpkbg

lwebb@communitybankpkbg.com

### compagnia

davide.tinelli@compagnia.torino.it
giulio.casuccio@compagnia.torino.it

### company

antoniogarciauser@company.com
boroughstimuser@company.com
ferranricartuser@company.com
harrisonmichaeluser@company.com
higashirayujiuser@company.com
itoigawatetsushiuser@company.com
josesanchezuser@company.com
juan-antoniosebastianuser@company.com
klastermicheluser@company.com
knorzerandreasuser@company.com
lawrencemannauser@company.com
listermartinuser@company.com
lourdessampelayouser@company.com
moraissantosfernandouser@company.com
patridgeianuser@company.com
reinermatthiasuser@company.com
stilwellbrianuser@company.com
tonyarnolduser@company.com
user@company.com
zaheealwadiuser@company.com

### compassbank

brett.lancaster@compassbank.com
david.bruington@compassbank.com
jcasey@compassbank.com
jo.paley@compassbank.com
joe.bond@compassbank.com
marcel.derushe@compassbank.com
roberta.tucker@compassbank.com

### compassbnk

abbie.strong@compassbnk.com
ashley.cave@compassbnk.com
brad.lee@compassbnk.com
brett.falkenhagen@compassbnk.com
charlie.hoke@compassbnk.com
christy.wilson@compassbnk.com
cs3@compassbnk.com
drew.hanson@compassbnk.com
e5s@compassbnk.com
ed.bilek@compassbnk.com
marc.dobson@compassbnk.com
mark.hemby@compassbnk.com
patrick.ahearn@compassbnk.com
rachael.downey@compassbnk.com
roh@compassbnk.com
sharon.clift@compassbnk.com
thomas.block@compassbnk.com
tlj@compassbnk.com

**Company & Corresponding Email Addresses**

**compserve**
rehhcsb@compserve.com

**comptroller**
llent@comptroller.nyc.gov
svelori@comptroller.nyc.gov

**compuserve**
gezard@compuserve.com
gpac@compuserve.com
jonasf@compuserve.com
kchay@compuserve.com
lesleyelves@compuserve.com
magnuskjellin@compuserve.com
mloeffle@compuserve.com
msclark@compuserve.com
yuanchang@compuserve.com

**comune**
crrgen45@comune.roma.it
f.ghisellini@comune.roma.it
m.causi@comune.roma.it
m.lopomo@comune.roma.it

**conagrafoods**
billy.maxwell@conagrafoods.com
chris.klinefelter@conagrafoods.com
jerry.altilio@conagrafoods.com
kevin.grady@conagrafoods.com
robert.hodson@conagrafoods.com
robert.wagner@conagrafoods.com
scott.schneider@conagrafoods.com

**concordia**
henning.mettler@concordia.com
manfred.teige@concordia.de

**concordiabus**
vasant.mistry@concordiabus.com

**concordiafunds**
agao@concordiafunds.com
basil@concordiafunds.com
blord@concordiafunds.com
derivatives@concordiafunds.com
drath@concordiafunds.com
gschupak@concordiafunds.com
hpatel@concordiafunds.com
jpalumbo@concordiafunds.com
jren@concordiafunds.com
kpope@concordiafunds.com
lperiti@concordiafunds.com
mcushman@concordiafunds.com
mgnesi@concordiafunds.com
mkushino@concordiafunds.com
nwelch@concordiafunds.com
smody@concordiafunds.com
tshafer@concordiafunds.com

**condor**
aramirez@condor.bcentral.cl

**condor-versicherungsgruppe**

**Company & Corresponding Email Addresses**

jan.oertzen@condor-versicherungsgruppe.de

**coned**

frostt@coned.com

**congressasset**

alagan@congressasset.com
anoyes@congressasset.com
bdurkin@congressasset.com
bguild@congressasset.com
clagan@congressasset.com
clanouette@congressasset.com
dlagan@congressasset.com
eshaver@congressasset.com
gokeefe@congressasset.com
gshaver@congressasset.com
jamand@congressasset.com
jbeaver@congressasset.com
jfausto@congressasset.com
joreilly@congressasset.com
lferrao@congressasset.com
lward@congressasset.com
melie@congressasset.com
mlagan@congressasset.com
mleahy@congressasset.com
mlong@congressasset.com
nblair@congressasset.com
nhuynh@congressasset.com
panderson@congressasset.com
rtumbry@congressasset.com
sdesmond@congressasset.com
tmurphy@congressasset.com
tsolomon@congressasset.com
twalsh@congressasset.com

**conning**

agnes_curry@conning.com
alan_hickey@conning.com
allen_mossien@conning.com
amber_natlo@conning.com
andrew_pace@conning.com
andrewb_brown@conning.com
bill_frields@conning.com
christie_bull@conning.com
dan_isaac@conning.com
dan_mainolfi@conning.com
danuta_wolklaniewski@conning.com
darren_getek@conning.com
david_amaral@conning.com
david_chellgren@conning.com
david_clayton@conning.com
david_greene@conning.com
deborah_smith@conning.com
frank_cataldo@conning.com
garett_plona@conning.com
guy_yeakley@conning.com
henri_proutt@conning.com

**Company & Corresponding Email Addresses**

igor_tesinsky@conning.com
jason_jarema@conning.com
jason_murray@conning.com
john_gauthier@conning.com
john_murphy@conning.com
john_peterson@conning.com
john_scanlon@conning.com
joseph_mayo@conning.com
julie_richard@conning.com
karen_kelleher@conning.com
ken_griffin@conning.com
kevin_antaya@conning.com
kevin_hennessey@conning.com
larry_cook@conning.com
len_carlson@conning.com
louise_down@conning.com
marcus_mcgregor@conning.com
mary_fellows@conning.com
matt_daly@conning.com
michael_mclellan@conning.com
michael_mix@conning.com
michael_rogers@conning.com
michael_stafford@conning.com
michael_vogel@conning.com
mike_gibbons@conning.com
mike_reed@conning.com
patrick_macary@conning.com
paul_sellier@conning.com
paul_sprinsky@conning.com
peter_marshall@conning.com
phil_spak@conning.com
raymond_crosby@conning.com
rich_sega@conning.com
robert_barnum@conning.com
robert_jandreau@conning.com
robert_mills@conning.com
sean_hughes@conning.com
stephen_puglisi@conning.com
stephen_searl@conning.com
susan_royles@conning.com
todd_finkelstein@conning.com
todd_macijauskas@conning.com
walter_blasberg@conning.com
william_hamilton@conning.com
william_liebler@conning.com

**conningcapital**
daniel_conroy@conningcapital.com

**conoco**
chris.w.conway@usa.conoco.com
jose.j.sifontes@conoco.com

**conocophillips**
anita.k.rogers@conocophillips.com
ashley.hall@conocophillips.com
chuck.h.mcclain@conocophillips.com

## Company & Corresponding Email Addresses

cynthia.j.akagi@conocophillips.com
deanne.smith@conocophillips.com
eric.m.lindsey@conocophillips.com
gary.d.russell@conocophillips.com
gerald.j.jefferson@conocophillips.com
harold.troxel@conocophillips.com
james.r.knudsen@conocophillips.com
jason.m.george@conocophillips.com
jill.petersen@conocophillips.com
john.holmes@conocophillips.com
karen.h.arsola@conocophillips.com
larry.b.mori@conocophillips.com
marianne.s.kah@conocophillips.com
mark.e.mcculloch@conocophillips.com
mark.k.kelley@conocophillips.com
matt.evans@conocophillips.com
matthew.c.evans@conocophillips.com
mike.e.allen@conocophillips.com
mike.matthews@conocophillips.com
patrick.s.hayes@conocophillips.com
rex.w.bennett@conocophillips.com
roger.a.shirley@conocophillips.com
sid.bassett@conocophillips.com
stephen.donovan@conocophillips.com
steve.h.western@conocophillips.com
stuart.dalgleish@conocophillips.com
trease@conocophillips.com
willie.chiang@conocophillips.com

### conseco

ahmed_moustafa@conseco.com
ajith_balannair@conseco.com
brian_clark@conseco.com
daniel_murphy@conseco.com
david_tankin@conseco.com
eric_fritzche@conseco.com
eric_lutton@conseco.com
guanghi_peng@conseco.com
jalil_patel@conseco.com
jason_toussaint@conseco.com
jeremy_keller@conseco.com
jerimy_horner@conseco.com
link_leatherman@conseco.com
matthew_boice@conseco.com
michael_glickman@conseco.com
michael_whitlock@conseco.com
mohammed_alhaffar@conseco.com
monti_mace@conseco.com
nancy_mckendry@conseco.com
paula_baker@conseco.com
rick_richmond@conseco.com
ryan_white@conseco.com
sara_earle@conseco.com
scott_clancy@conseco.com
shawn_ardizone@conseco.com

**Company & Corresponding Email Addresses**

shilpa_kadam@conseco.com
tami_babcook@conseco.com
thomas_davis@conseco.com

**consecofinance**
tim_jacobson@consecofinance.com

**consistenasset**
camco@consistenasset.com

**consistentasset**
camco@consistentasset.com

**constitutioncorp**
danielh@constitutioncorp.org
jeffn@constitutioncorp.org
jenniferb@constitutioncorp.org

**conti**
stefan.rueter@conti.de

**continuum**
jorg@continuum.bm

**continuumgrp**
jf@continuumgrp.com

**convexitycapital**
lsithivong@convexitycapital.com

**cook-inlet**
meeheev@cook-inlet.com

**cookson**
isabel.vilela@cookson.co.uk
lisa_williams@cookson.co.uk
mike.butterworth@cookson.co.uk

**co-operativebank**
chris.wild@co-operativebank.co.uk
ddonald@co-operativebank.co.uk
ebridge@co-operativebank.co.uk
jmoule@co-operativebank.co.uk
matthew.bryant@co-operativebank.co.uk
mcrump@co-operativebank.co.uk
neil.mcloughlin@co-operativebank.co.uk

**cooperindustries**
hachigian@cooperindustries.com
hilla@cooperindustries.com
kadar@cooperindustries.com
leightma@cooperindustries.com
safran@cooperindustries.com
terry.klebe@cooperindustries.com
tom.ogrady@cooperindustries.com
tyler.johnson@cooperindustries.com

**cooperneff**
schung@cooperneff.com

**cooperneff-am**
stephane.hamel@cooperneff-am.com

**copera**
anorton@copera.org
bconty@copera.org
bkoski@copera.org
bpiersma@copera.org
cbaca@copera.org

**Company & Corresponding Email Addresses**

cdunmall@copera.org
crenna@copera.org
djensen@copera.org
dlukkes@copera.org
dlynch@copera.org
gbender@copera.org
jbendt@copera.org
jechols@copera.org
jliptak@copera.org
jmestek@copera.org
jpaquette@copera.org
jwidhalm@copera.org
kevans@copera.org
ktayman@copera.org
lbennett@copera.org
ldumler@copera.org
lenger@copera.org
margo@copera.org
mmore@copera.org
mmorrison@copera.org
mmoyer@copera.org
nablicki@copera.org
nbenedict@copera.org
pwerner@copera.org
rhinderlie@copera.org
sputnam@copera.org
stroge@copera.org
tauer@copera.org
tmeirink@copera.org
wrempel@copera.org

**coralwave**

ftbmw@coralwave.com

**cordillera**

kmagner@cordillera.com

**cordius**

gevbugge@cordius.be
javholsb@cordius.be
soboucka@cordius.be
stvanacker@cordius.be

**cordius**

albilge@cordius .be

**corealcredit**

arnd.stricker@corealcredit.de
thomas.arendt@corealcredit.de

**cornell**

aac57@cornell.edu
aah7@cornell.edu
aas56@cornell.edu
abb39@cornell.edu
ac439@cornell.edu
acf33@cornell.edu
ag299@cornell.edu
ag498@cornell.edu
agp49@cornell.edu

**Company & Corresponding Email Addresses**

ahl36@cornell.edu
ajb62@cornell.edu
ajl76@cornell.edu
ak444@cornell.edu
ak445@cornell.edu
akh8@cornell.edu
als76@cornell.edu
anj1@cornell.edu
as2248@cornell.edu
asd46@cornell.edu
asn28@cornell.edu
asu1@cornell.edu
ata25@cornell.edu
avb8@cornell.edu
avk35@cornell.edu
bac55@cornell.edu
bac78@cornell.edu
bb75@cornell.edu
bct43@cornell.edu
bi25@cornell.edu
bk229@cornell.edu
bs439@cornell.edu
bsf22@cornell.edu
bt49@cornell.edu
cc457@cornell.edu
cee24@cornell.edu
cg336@cornell.edu
cjs273@cornell.edu
cms238@cornell.edu
cpd38@cornell.edu
crs63@cornell.edu
cs585@cornell.edu
das10@cornell.edu
das247@cornell.edu
dhf9@cornell.edu
dhs4@cornell.edu
djb@cornell.edu
dl255@cornell.edu
dm273@cornell.edu
dpc28@cornell.edu
dpp22@cornell.edu
dq22@cornell.edu
drc32@cornell.edu
drh38@cornell.edu
dsh39@cornell.edu
dtn4@cornell.edu
dw326@cornell.edu
dws2@cornell.edu
erm37@cornell.edu
evm26@cornell.edu
far26@cornell.edu
fg62@cornell.edu
ft53@cornell.edu
ge33@cornell.edu

**Company & Corresponding Email Addresses**

gfh3@cornell.edu
gh98@cornell.edu
gl78@cornell.edu
gwl1@cornell.edu
gy25@cornell.edu
hd35@cornell.edu
hl366@cornell.edu
hl377@cornell.edu
hld39@cornell.edu
hs267@cornell.edu
hsl3@cornell.edu
hy223@cornell.edu
hz54@cornell.edu
ia37@cornell.edu
ird2@cornell.edu
isn2@cornell.edu
ja256@cornell.edu
jae83@cornell.edu
james.walsh@cornell.edu
jap234@cornell.edu
jas384@cornell.edu
jc495@cornell.edu
jcp68@cornell.edu
jdf222@cornell.edu
jdp228@cornell.edu
jeh27@cornell.edu
jew24@cornell.edu
jh432@cornell.edu
jhc237@cornell.edu
jhl46@cornell.edu
jhn24@cornell.edu
jk739@cornell.edu
jk947@cornell.edu
jl888@cornell.edu
jm744@cornell.edu
jma87@cornell.edu
jmb329@cornell.edu
jmd347@cornell.edu
joo6@cornell.edu
jqh3@cornell.edu
jsb92@cornell.edu
jtk28@cornell.edu
jv228@cornell.edu
jys22@cornell.edu
jyw26@cornell.edu
jz242@cornell.edu
kaw242@cornell.edu
kc346@cornell.edu
kdh42@cornell.edu
kgj2@cornell.edu
kgk36@cornell.edu
khg22@cornell.edu
knb242@cornell.edu
krl23@cornell.edu

**Company & Corresponding Email Addresses**

ks657@cornell.edu
ktb23@cornell.edu
ktb4@cornell.edu
kwc26@cornell.edu
kww8@cornell.edu
law53@cornell.edu
ljb99@cornell.edu
lld43@cornell.edu
lmc57@cornell.edu
lob2@cornell.edu
lr10@cornell.edu
lz56@cornell.edu
lz89@cornell.edu
mak333@cornell.edu
mcc59@cornell.edu
md292@cornell.edu
meg72@cornell.edu
mev28@cornell.edu
mfp39@cornell.edu
mg344@cornell.edu
mgtref@cornell.edu
mh565@cornell.edu
mh599@cornell.edu
mhc67@cornell.edu
mis28@cornell.edu
mkp23@cornell.edu
mm355@cornell.edu
mml46@cornell.edu
mms286@cornell.edu
mns22@cornell.edu
mrm253@cornell.edu
mw333@cornell.edu
mz224@cornell.edu
mz75@cornell.edu
nac47@cornell.edu
ncs66@cornell.edu
njz3@cornell.edu
nm86@cornell.edu
ns439@cornell.edu
ns532@cornell.edu
nt243@cornell.edu
nv82@cornell.edu
nz44@cornell.edu
pdp5@cornell.edu
ph99@cornell.edu
pjm43@cornell.edu
pk334@cornell.edu
pkp27@cornell.edu
pl333@cornell.edu
pln23@cornell.edu
pm327@cornell.edu
pmb9@cornell.edu
pr96@cornell.edu
pz35@cornell.edu

**Company & Corresponding Email Addresses**

ql43@cornell.edu
rg369@cornell.edu
rgw23@cornell.edu
rjr242@cornell.edu
rk275@cornell.edu
rmk59@cornell.edu
rr388@cornell.edu
rts27@cornell.edu
sap39@cornell.edu
sb235@cornell.edu
sc433@cornell.edu
sc469@cornell.edu
sc475@cornell.edu
sc536@cornell.edu
sc938@cornell.edu
ser43@cornell.edu
sfk23@cornell.edu
shm32@cornell.edu
sii3@cornell.edu
sim8@cornell.edu
sjk47@cornell.edu
sjs5@cornell.edu
sjs92@cornell.edu
sk2232@cornell.edu
sk795@cornell.edu
sl945@cornell.edu
sl952@cornell.edu
smc338@cornell.edu
sp433@cornell.edu
spm36@cornell.edu
ss522@cornell.edu
ssl38@cornell.edu
ssr72@cornell.edu
stg8@cornell.edu
stl29@cornell.edu
sva6@cornell.edu
sx33@cornell.edu
tl337@cornell.edu
tt333@cornell.edu
tv44@cornell.edu
tw227@cornell.edu
ub24@cornell.edu
vlb23@cornell.edu
vlt7@cornell.edu
vyc3@cornell.edu
vza1@cornell.edu
wf39@cornell.edu
ww242@cornell.edu
xc45@cornell.edu
xf26@cornell.edu
xl285@cornell.edu
xz277@cornell.edu
yak2@cornell.edu
ybp2@cornell.edu

**Company & Corresponding Email Addresses**

yx36@cornell.edu
zc17@cornell.edu
zjs2@cornell.edu

**corner**
alessandro.bieri@corner.ch
azzi@corner.ch
cand@corner.ch
cliv@corner.ch
emmanuele.martino@corner.ch
eros.butti@corner.ch
fabio.mossi@corner.ch
lorena.fregosi@corner.ch
marc.oehen@corner.ch
marco.campana@corner.ch
nicola.lafranchi@corner.ch
sandro.dellasala@corner.ch
stefano.cei@corner.ch
stefano.gianinazzi@corner.ch

**cornerstoneadvisers**
dwharmby@cornerstoneadvisers.com
wgustafson@cornerstoneadvisers.com

**corning**
sofiokc@corning.com

**cornll**
jhs11@cornll.edu

**cornucopia-capital**
johnny.heng@cornucopia-capital.com

**corpone**
cschneider@corpone.org
jghammashi@corpone.org
lbutke@corpone.org
relger@corpone.org

**corporateone**
rpost@corporateone.coop
tcantrell@corporateone.coop
tthomas@corporateone.coop

**corusbank**
dsemenak@corusbank.com
rkoretz@corusbank.com
ttaylor@corusbank.com

**corusgroup**
kees.vanardenne@corusgroup.com

**countryclubbank**
madams@countryclubbank.com
raplinger@countryclubbank.com
simming@countryclubbank.com

**countrywide**
avi_patel@countrywide.com
brian_doolittle@countrywide.com
brian_mckee@countrywide.com
grant_couch@countrywide.com
hicham_hajhamou@countrywide.com
jacob_williams@countrywide.com
joshua_brenner@countrywide.com

**Company & Corresponding Email Addresses**

joshua_holden@countrywide.com
juan_puigdevall@countrywide.com
kenneth_liu@countrywide.com
kevin_flynn@countrywide.com
kevin_john@countrywide.com
kevin_mahon@countrywide.com
mark_hill@countrywide.com
michael_sanchez@countrywide.com
mike_sorensen@countrywide.com
newton_yeo@countrywide.com
nishant_pathela@countrywide.com
robert_farrell@countrywide.com
tieu-my_nguyen@countrywide.com
william_stenson@countrywide.com

**coutts**
markus.husy@coutts.com
mitesh.patel@coutts.com

**covad**
dknorowski@covad.net

**coventrybuildingsociety**
aoreilly@coventrybuildingsociety.co.uk
kwall@coventrybuildingsociety.co.uk
lwilliams@coventrybuildingsociety.co.uk

**cox**
mchowdhury@cox.net
tjohnson63@cox.net

**cpa**
brandon.duck@cpa.state.tx.us
corbin.chaffin@cpa.state.tx.us
dave.dabney@cpa.state.tx.us
eddie.willis@cpa.state.tx.us
eduardo.lalo.torres@cpa.state.tx.us
kelly.tomkinson@cpa.state.tx.us
kristi.fisher@cpa.state.tx.us
michael.leifeste@cpa.state.tx.us
mike.samples@cpa.state.tx.us
robert.tijerina@cpa.state.tx.us
scott.scarborough@cpa.state.tx.us
tim.nguyen@cpa.state.tx.us

**cpf-aa**
james_li@cpf-aa.com

**cpic-ing**
jason.wang@cpic-ing.com.cn
philips.mao@cpic-ing.com.cn

**cpr**
bjacquard@cpr.fr
fpisani@cpr.fr
plelievre@cpr.fr
pvanacker@cpr.fr
sgoupil@cpr.fr
sharvard@cpr.fr
vquesada@cpr.fr
xlazarus@cpr.fr

**cpr-am**

**Company & Corresponding Email Addresses**

afaller@cpr-am.fr
alexandra.barradas@cpr-am.fr
apchoquenet@cpr-am.fr
arnaud.colombel@cpr-am.fr
arnaud.dazat@cpr-am.fr
arnaud.neris@cpr-am.fr
arthur.guerin@cpr-am.fr
asalle@cpr-am.fr
aude.guillere@cpr-am.fr
caroline.canard@cpr-am.fr
cbourgin@cpr-am.fr
christian.lopez@cpr-am.fr
christophe.dehondt@cpr-am.fr
clement.maclou@cpr-am.fr
cyrille.collet@cpr-am.fr
didier.venet@cpr-am.fr
ebertrand@cpr-am.fr
edreyfuss@cpr-am.fr
ehenri@cpr-am.fr
eric.labbe@cpr-am.fr
fabienne.evrard@cpr-am.fr
fcalais@cpr-am.fr
gregory.molinaro@cpr-am.fr
hpagazani@cpr-am.fr
iguenard@cpr-am.fr
isabelle.colombo@cpr-am.fr
jack.lequertier@cpr-am.fr
jdaire@cpr-am.fr
julien.levykern@cpr-am.fr
karim.mzoughi@cpr-am.fr
laurence.metayer@cpr-am.fr
lclement@cpr-am.fr
lschwartz@cpr-am.fr
michael.sourp@cpr-am.fr
migra20.2003@cpr-am.fr
nelkhoury@cpr-am.fr
nicolas.johnson@cpr-am.fr
noemie.hadjadj@cpr-am.fr
nordine.ouchelli@cpr-am.fr
npicard@cpr-am.fr
ohuby@cpr-am.fr
patrice.ribault@cpr-am.fr
phabert@cpr-am.fr
philippe.weber@cpr-am.fr
ppenet@cpr-am.fr
rdecavele@cpr-am.fr
regis.bruley@cpr-am.fr
rodolphe.taquet@cpr-am.fr
salima.gebleux@cpr-am.fr
sandra.bernard@cpr-am.fr
sbourmaud@cpr-am.fr
scordebar@cpr-am.com
sophie.cloux@cpr-am.fr
stephane.marie-francoise@cpr-am.fr

## Company & Corresponding Email Addresses

sylvain.bruley@cpr-am.fr
tdekerviler@cpr-am.fr
thierry.sarles@cpr-am.fr
tjabez@cpr-am.fr
trascoll@cpr-am.fr
vafa.ahmadi@cpr-am.fr
yannick.lopez@cpr-am.fr

### cprus
clacarriere@cprus.com
gtauber@cprus.com
koneil@cprus.com
lregina@cprus.com
narevalo@cprus.com
rmeckler@cprus.com

### cps
clevert@cps.k12.il.us
sdbiedermann@cps.k12.il.us

### cpw
rivierep@cpw.co.uk

### cpy
agatha.wong@cpy.com.hk
jeanchang@cpy.com.hk

### cr29
pascale.kerviel@cr29.credit-agricole.fr

### cracantu
mvertova@cracantu.it

### crain
plentz@crain.com

### crawfordinvestment
bdenihan@crawfordinvestment.com
bkuzmin@crawfordinvestment.com
dcrawford@crawfordinvestment.com
ddisimone@crawfordinvestment.com
gdelong@crawfordinvestment.com
j4crawford@crawfordinvestment.com
jmorgan@crawfordinvestment.com
lkrone@crawfordinvestment.com
mwilliams@crawfordinvestment.com
pbecht@crawfordinvestment.com
sbarth@crawfordinvestment.com
tbuehler@crawfordinvestment.com

### creberg
c.conti@creberg.it
m.faroni@creberg.it
m.nicoli@creberg.it
nmarchesii@creberg.it
r.zanetti@creberg.it

### credem
agioia@credem.it
anilo@credem.it
baleotti@credem.it
cgrasselli@credem.it
cpizzigoni@credem.it
cvuolo@credem.it

**Company & Corresponding Email Addresses**

ebergonzini@credem.it
fbesutti@credem.it
gmarzano@credem.it
gminotti@credem.it
gsalone@credem.it
imontepietra@credem.it
mcalzolari@credem.it
mcambi@credem.it
mcavedoni@credem.it
pevangelista@credem.it
ppanciroli@credem.it
psganzerla@credem.it
rmanfredi@credem.it
rreggiani@credem.it
smalagoli@credem.it
vcasolo@credem.it

**credicorpsec**
bghio@credicorpsec.com

**crediinvest**
drabella@crediinvest.ad
icanabate@crediinvest.ad
smarti@crediinvest.ad
xbernat@crediinvest.ad

**crediop**
francesco.de@crediop.it

**credi-suisse**
guiseppe.condello@credi-suisse.com

**credit**
dewilde@credit.fr

**credit-agricole-sa**
agnes.declermont@credit-agricole-sa.fr
annabelle.wiriath@credit-agricole-sa.fr
brigitte.lefebvre-hebert@credit-agricole-sa.fr
claude.grandfils@credit-agricole-sa.fr
denis.kleiber@credit-agricole-sa.fr
eric.vandamme@credit-agricole-sa.fr
frederic.braun@credit-agricole-sa.fr
georges.pauget@credit-agricole-sa.fr
gilles.demargerie@credit-agricole-sa.fr
henri.tran@credit-agricole-sa.fr
jerome.karkulowski@credit-agricole-sa.fr
laurent.billecoq@credit-agricole-sa.fr
olivier.nicolas@credit-agricole-sa.fr
omar.ismaelaguirre@credit-agricole-sa.co.uk
patrick.mavro@credit-agricole-sa.fr
philippe.dore@credit-agricole-sa.fr
philippe.poeydomengedebettignies@credit-agricole-sa.fr
yoann.cohen@credit-agricole-sa.fr

**creditandorra**
amelsio@creditandorra.ad
bcollado@creditandorra.as
csanchez@creditandorra.ad
cvazquez@creditandorra.ad
dmacia@creditandorra.ad

## Company & Corresponding Email Addresses

earrebola@creditandorra.ad
efarras@creditandorra.ad
egalceran@creditandorra.ad
jcanals@creditandorra.ad
jkitovitz@creditandorra.ad
jnin@creditandorra.ad
jsanchez@creditandorra.ad
jtico@creditandorra.ad
lgris@creditandorra.ad
mpons@creditandorra.ad
npovedano@creditandorra.ad
oros@creditandorra.ad
ralfonso@creditandorra.ad
rrabat@creditandorra.ad
smartin@creditandorra.ad
storrentn@creditandorra.ad
svilardell@creditandorra.ad
xcornellac@creditandorra.ad

**craditeuope**

cem.kurdoglu@crediteuope.ch

**crediteurop**

laurent.tresch@crediteurop.lu
maria.klesper@crediteurop.lu
marina.longhino@crediteurop.lu
olivier.roussel@crediteurop.lu
philippe.colin@crediteurop.lu
sarah.dirn@crediteurop.lu
treasury@crediteurop.lu

**crediteurope**

ceyhun.zihna@crediteurope.ch

**creditfoncier**

alain.carron@creditfoncier.fr
benoit.demol@creditfoncier.fr
dauphou.edi@creditfoncier.fr
emmanuel.bardeur@creditfoncier.fr
erik.lemaire@creditfoncier.fr
frederic.chassot@creditfoncier.fr
gregory.rousseau@creditfoncier.fr
iris.tuil@creditfoncier.fr
jacques.souquieres@creditfoncier.fr
jean-marie.garreau@creditfoncier.fr
jerome.garnache@creditfoncier.fr
laurent.giraud@creditfoncier.fr
lydie.coarer@creditfoncier.fr
maurice.boukobza@creditfoncier.fr
nathalie.michel@creditfoncier.fr
paul.dudouit@creditfoncier.fr
pierrelouis.baslez@creditfoncier.fr
sandrine.guerin@creditfoncier.fr
thibaut.federici@creditfoncier.fr
thierry.dufour@creditfoncier.fr
veronique.akoun@creditfoncier.fr

**creditlyonnais**

alexandre.varenne@creditlyonnais.fr

## Company & Corresponding Email Addresses

anthony.wilson@creditlyonnais.co.uk
christophe.havret@creditlyonnais.fr
eva.luke@creditlyonnais.ch
francine.perdu@creditlyonnais.fr
francois.licoppe@creditlyonnais.lu
geraldine.bouvet@creditlyonnais.ch
jacques.hautefeuille@creditlyonnais.fr
jay.kanani@creditlyonnais.co.uk
jean-christophe.bonassies@creditlyonnais.fr
jean-patrick.marquet@creditlyonnais.co.uk
olivier.godfriend@creditlyonnais.lu
pablo.gonzalez@creditlyonnais.co.uk
patrick.dhondt@creditlyonnais.lu
patrick.petit@creditlyonnais.lu
paul.ainsworth@creditlyonnais.co.uk
pm@creditlyonnais.ch
simon.brooks@creditlyonnais.co.uk
sonia.lee@creditlyonnais.fr
stephane.guillaume@creditlyonnais.lu
thierry.simon@creditlyonnais.fr
yves.petit@creditlyonnais.fr

**creditlyonnaisyn**

ldemolin@creditlyonnaisyn.comb

**creditmutuel**

aousticl@creditmutuel.fr
bousseva@creditmutuel.fr

**creditorrelations**

gewaunknown@creditorrelations.com1@handelsbanken.s
gohounknown@creditorrelations.com4@handelsbanken.s
unknown@creditorrelations.com

**credit-suise**

christoph.merz@credit-suise.com

**credit-suiss**

francois.rossier@credit-suiss.com

**creditsuisse**

andreas.speer@creditsuisse.com
howard.wu@creditsuisse.com
wilson.yang@creditsuisse.com

**credit-suisse**

aaron.joyce@credit-suisse.com
adam.betteridge@credit-suisse.com
adam.kaplan@credit-suisse.com
adam.mika@credit-suisse.com
adam.scheiner@credit-suisse.com
adrian.zuercher@credit-suisse.com
agostino.miele@credit-suisse.com
aidan.kearney@credit-suisse.com
alain.pointet@credit-suisse.com
aleksander.pfajfer@credit-suisse.com
alex.guggisberg@credit-suisse.com
alex.peter@credit-suisse.com
alexander.buerger@credit-suisse.com
alexander.burger@credit-suisse.com
alexander.froschauer@credit-suisse.com

**Company & Corresponding Email Addresses**

alexander.schnell@credit-suisse.com
alexander.schwiersch@credit-suisse.com
alexandre.bruhin@credit-suisse.com
alexandre.vuilleumier@credit-suisse.com
alfons.simonius@credit-suisse.com
alfred.johnstone@credit-suisse.com
alida.carcani@credit-suisse.com
alisdair.mitchell@credit-suisse.com
alison.lepavoux@credit-suisse.com
allyson.alimansky@credit-suisse.com
alois.bischofberger@credit-suisse.com
alois.mannhart@credit-suisse.com
amanda.hanks@credit-suisse.com
anders.vik@credit-suisse.com
andre.frick@credit-suisse.com
andre.guentert.2@credit-suisse.com
andre.mannhart@credit-suisse.com
andrea.cortesi@credit-suisse.com
andrea.ehinger@credit-suisse.com
andrea.guzzi@credit-suisse.com
andrea.haenel@credit-suisse.com
andrea.raedler@credit-suisse.com
andrea.roner@credit-suisse.com
andreas.frey@credit-suisse.com
andreas.herth@credit-suisse.com
andreas.hollenstein@credit-suisse.com
andreas.mueller.6@credit-suisse.com
andreas.nedoma@credit-suisse.com
andreas.spring@credit-suisse.com
andres.allende@credit-suisse.com
andrew.bartlett@credit-suisse.com
andrew.beresford-davies@credit-suisse.com
andrew.lenskold@credit-suisse.com
andrew.marshak@credit-suisse.com
andrew.renouf@credit-suisse.com
angelina.chang@credit-suisse.com
anja.hochberg@credit-suisse.com
anke.m.haux@credit-suisse.com
anna.schneebeli@credit-suisse.com
annabel.betz@credit-suisse.com
annelise.eschmann@credit-suisse.com
anthony.deluise@credit-suisse.com
anton.sussland@credit-suisse.com
antonio.aprea@credit-suisse.com
antonios.koutsoukis@credit-suisse.com
apostolos.thimianakis@credit-suisse.com
arjuna.mahendran@credit-suisse.com
arun.ratra@credit-suisse.com
aude.scheuer.2@credit-suisse.com
august.hatecke@credit-suisse.com
beat.alpiger@credit-suisse.com
beat.grunder@credit-suisse.com
beat.ruegg@credit-suisse.com
beat.ruffieux@credit-suisse.com

## Company & Corresponding Email Addresses

beat.schumacher@credit-suisse.com
ben.goodsell@credit-suisse.com
benjamin.meier@credit-suisse.com
benjy.cuby@credit-suisse.com
bernd.hofmann.2@credit-suisse.com
bernhard.hauschild@credit-suisse.de
bernhard.p.felder@credit-suisse.com
bernhard.tschanz@credit-suisse.com
bernie.mahon@credit-suisse.com
bertrand.beney@credit-suisse.com
bettina.boehm.2@credit-suisse.de
bill.cirocco@credit-suisse.com
bill.giannousis@credit-suisse.com
bin.wu@credit-suisse.com
bixio.farei-campagna@credit-suisse.com
blain.berhanu@credit-suisse.com
boris.boskovic@credit-suisse.com
brendan.whitely@credit-suisse.com
brian.herr@credit-suisse.com
bruno.langfritz@credit-suisse.com
burkhard.varnholt@credit-suisse.com
burnett.hansen@credit-suisse.com
carmelo.basile@credit-suisse.com
carmen.schriber@credit-suisse.com
caroline.wirth@credit-suisse.com
carri.duncan@credit-suisse.ch
carsten.kroeger@credit-suisse.com
cedric.spahr@credit-suisse.com
charles.traband@credit-suisse.com
chirag.shah@credit-suisse.com
chris.trudgeon@credit-suisse.com
christian.arnold@credit-suisse.com
christian.bauer@credit-suisse.com
christian.bluhm@credit-suisse.com
christian.dick@credit-suisse.com
christian.double@credit-suisse.com
christian.gell@credit-suisse.com
christian.luchsinger@credit-suisse.com
christian.morresi@credit-suisse.com
christian.schmid.5@credit-suisse.com
christian.schuepbach@credit-suisse.com
christian.schulte@credit-suisse.com
christian.senn.2@credit-suisse.com
christine.schmid@credit-suisse.com
christoph.fehr@credit-suisse.com
christoph.mueller.12@credit-suisse.com
christoph.peter@credit-suisse.com
christoph.r.sieger@credit-suisse.com
christoph.stelzer@credit-suisse.com
christopher.burton@credit-suisse.com
christopher.mahoney@credit-suisse.com
cindy.morales@credit-suisse.com
claude.duperret@credit-suisse.com
claude.merki@credit-suisse.com

**Company & Corresponding Email Addresses**

claude.vautier@credit-suisse.com
claudio.lepore@credit-suisse.com
clemens.mueller@credit-suisse.com
coley.jellinghaus@credit-suisse.com
colin.nutt@credit-suisse.com
constantin.filitti@credit-suisse.com
curzio.copis@credit-suisse.com
cyril.notz@credit-suisse.com
daniel.aregger@credit-suisse.com
daniel.brem@credit-suisse.com
daniel.brupbacher@credit-suisse.com
daniel.fabry@credit-suisse.com
daniel.gaechter@credit-suisse.com
daniel.gasser@credit-suisse.com
daniel.mathis@credit-suisse.com
daniel.mezenen@credit-suisse.com
daniel.schefer@credit-suisse.com
daniel.schmitt@credit-suisse.com
daniel.shashoua@credit-suisse.com
daniel.stampfli@credit-suisse.com
daniel.stuber@credit-suisse.com
daniela.brechtel@credit-suisse.com
daniela.gili@credit-suisse.com
daragh.murphy@credit-suisse.com
david.blumer@credit-suisse.com
david.broennimann@credit-suisse.com
david.chambovey@credit-suisse.com
david.clarkson@credit-suisse.com
david.dunkleman@credit-suisse.com
david.engel@credit-suisse.com
david.hobson@credit-suisse.com
david.kershaw@credit-suisse.com
david.shiau@credit-suisse.com
david.williamson@credit-suisse.com
david.zejda@credit-suisse.com
davide.mellini@credit-suisse.com
denise.fries@credit-suisse.com
diane.mole@credit-suisse.com
diane.stingo@credit-suisse.com
dietmar.peetz@credit-suisse.com
dirk.jung@credit-suisse.com
dirk.wieringa@credit-suisse.com
dmitry.novitsky@credit-suisse.com
domenico.bonatesta@credit-suisse.com
dominik.bloch@credit-suisse.com
dominik.buesser@credit-suisse.com
dominik.c.mueller@credit-suisse.com
dominik.ulrich@credit-suisse.com
dominique.buemi@credit-suisse.com
dominique.deleze@credit-suisse.com
dominique.demaddalena@credit-suisse.com
dominique.kohler@credit-suisse.com
dominique.schwab@credit-suisse.com
douglas.rothstein@credit-suisse.com

**Company & Corresponding Email Addresses**

dragan.kostic@credit-suisse.com
duncan.thomas@credit-suisse.com
edward.atkins@credit-suisse.com
edward.zaledonis@credit-suisse.com
ee-yung.yip@credit-suisse.com
elena.gounakis@credit-suisse.com
elena.guglielmin@credit-suisse.com
elijah.brice@credit-suisse.com
elizabeth.challenor@credit-suisse.com
elizabeth.eaton@credit-suisse.com
emma.cook@credit-suisse.com
endre.kovacs@credit-suisse.com
enrico.debattista@credit-suisse.com
enrico.zanollo@credit-suisse.com
eric.gueller@credit-suisse.com
eric.wiegand@credit-suisse.com
erik.muller@credit-suisse.com
erika.rajman@credit-suisse.com
ernesto.turnes@credit-suisse.com
ernst.zbinden@credit-suisse.com
ester.marte@credit-suisse.com
etrita.ibroci@credit-suisse.com
fabrizio.bolognini@credit-suisse.com
fabrizio.lemme@credit-suisse.it
felix.maag@credit-suisse.com
felix.tan@credit-suisse.com
fidel.kasikci@credit-suisse.com
filip.sarovic@credit-suisse.com
filippo.rima@credit-suisse.com
florence.schnydrig@credit-suisse.com
francesco.faraci@credit-suisse.com
francesco.fonzi@credit-suisse.com
francesco.luraschi@credit-suisse.com
francesco.perissin@credit-suisse.com
frank.burri@credit-suisse.com
frank.huber@credit-suisse.com
frank.nyffenegger@credit-suisse.com
frederic.anken@credit-suisse.com
frederic.methlow@credit-suisse.ch
frederic.testi@credit-suisse.com
frederik.deblock@credit-suisse.com
fredrik.akesson.2@credit-suisse.com
gabriel.degen@credit-suisse.com
gemma.burke@credit-suisse.com
george.challenor@credit-suisse.com
georgios.mouskoundi@credit-suisse.com
gerald.jordan@credit-suisse.com
gerard.sheehan@credit-suisse.com
germain.maillard@credit-suisse.com
giacomo.marzotto@credit-suisse.com
gian-luca.giuntini@credit-suisse.com
gianluca.pecoraro.2@credit-suisse.com
giles.keating@credit-suisse.com
giovanni.fedrigoli@credit-suisse.com

**Company & Corresponding Email Addresses**

giuseppe.giase@credit-suisse.com
graham.duce@credit-suisse.com
greg.cox@credit-suisse.com
greg.rye@credit-suisse.com
gregg.bridger@credit-suisse.com
gregoire.biollaz@credit-suisse.com
gregor.cantieni@credit-suisse.com
gregor.trachsel@credit-suisse.com
gregory.diche@credit-suisse.com
gregory.siegel@credit-suisse.com
grey.harris@credit-suisse.com
gupta.siddharth@credit-suisse.com
gustav.inglin@credit-suisse.com
gustavo.salomao@credit-suisse.com
han.li@credit-suisse.com
hans.boije@credit-suisse.com
hans-georg.vetterlin@credit-suisse.com
hansjoerg.b.germann@credit-suisse.com
heinz.tschabold@credit-suisse.com
herbert.naef@credit-suisse.com
herbert.steiner@credit-suisse.com
hergo.bhangal@credit-suisse.com
herve.prettre@credit-suisse.com
hilary.park@credit-suisse.com
himanshu.lukha@credit-suisse.com
holger.schulz@credit-suisse.de
holger.seib@credit-suisse.com
hueseyin.ordu@credit-suisse.com
ian.wood@credit-suisse.com
igor.socchi@credit-suisse.com
ilan.friedman@credit-suisse.com
illya.lebedynets@credit-suisse.com
ipo.desk@credit-suisse.com
isiah.zhang@credit-suisse.com
ivan.marinkovic@credit-suisse.com
jack.lee@credit-suisse.com
jacky.cheung@credit-suisse.com
jacqueline.ledergerber@credit-suisse.com
jacqueline.schimenti@credit-suisse.com
jacques.vallon@credit-suisse.com
jake.hindelong@credit-suisse.com
jakob.vonkalckreuth@credit-suisse.com
jakob.zgraggen@credit-suisse.com
james.chandler@credit-suisse.com
james.joicey-cecil@credit-suisse.com
james.potesky@credit-suisse.com
james.wipf@credit-suisse.com
jamie.ferbrache@credit-suisse.com
jan.berg@credit-suisse.com
jana.petrovcic@credit-suisse.com
javier.lamelas@credit-suisse.com
jay.r.goldenstein@credit-suisse.com
jean-claude.coulima-sammouill@credit-suisse.com
jeaninne.ballabio@credit-suisse.com

**Company & Corresponding Email Addresses**

jean-marc.martin@credit-suisse.com
jean-philippe.pfulg@credit-suisse.com
jennifer.huang@credit-suisse.com
jens.erler@credit-suisse.com
jeremy.baker.2@credit-suisse.com
jeremy.j.field@credit-suisse.com
jiyoung.kim@credit-suisse.com
joe.capone@credit-suisse.com
joel.kohli@credit-suisse.com
joelle.crugnola@credit-suisse.com
joerg.heierli@credit-suisse.com
johan.rydqvist@credit-suisse.com
john.feigl@credit-suisse.com
john.g.popp@credit-suisse.com
john.howard@credit-suisse.com
johnson.guo@credit-suisse.com
joost.bilkes@credit-suisse.com
jordan.low@credit-suisse.com
jordan.miller@credit-suisse.com
jose.a.ellenberger@credit-suisse.ch
jose.arcilla@credit-suisse.com
jose.michan@credit-suisse.com
joseph.a.vicich@credit-suisse.com
joseph.d'abruzzo@credit-suisse.com
joshua.vollertsen@credit-suisse.com
judy.gau@credit-suisse.com
juerg.stadelmann@credit-suisse.com
juerg.syz@credit-suisse.com
juergen.tetzlaff@credit-suisse.com
julian.beard@credit-suisse.com
julien.gueissaz@credit-suisse.com
julien.lippmann@credit-suisse.ch
juliette.lim-fat@credit-suisse.com
justin.jones@credit-suisse.com
justin.jordan@credit-suisse.com
kai.drewe@credit-suisse.de
kai.rudolph@credit-suisse.com
kam.poon@credit-suisse.com
kamran.butt@credit-suisse.com
karim.p.jabri@credit-suisse.com
karin.hennecke@credit-suisse.com
karl.aziz@credit-suisse.com
karl.barrow@credit-suisse.com
karolina.nowicka@credit-suisse.com
karsten.linowsky@credit-suisse.com
karsten.steinberg@credit-suisse.com
keith.devito@credit-suisse.com
kevin.barry@credit-suisse.com
kim.fox-moertl@credit-suisse.com
kimura.tomonari@credit-suisse.com
knut.mueller@credit-suisse.com
kurt.baer.3@credit-suisse.com
kurt.oberhaensli@credit-suisse.com
kwame.gadsby@credit-suisse.com

## Company & Corresponding Email Addresses

lara.schlegelmilch@credit-suisse.com
lars.kalbreier@credit-suisse.com
laura.friedman@credit-suisse.com
laura.granger@credit-suisse.com
laura.slater@credit-suisse.com
laurent.studer@credit-suisse.com
lawrence.raiman@credit-suisse.com
leo.raymann@credit-suisse.com
leopoldo.reanocostales@credit-suisse.com
liora.kleinman@credit-suisse.com
liu.yang@credit-suisse.com
lorenzo.dellovo@credit-suisse.com
lothar.cerjak@credit-suisse.com
luba.schoenig@credit-suisse.com
luca.martina@credit-suisse.com
luciano.lanza@credit-suisse.com
luis.castro@credit-suisse.com
luis.kendall@credit-suisse.com
lynda.fiuza@credit-suisse.com
lynne.duequemin@credit-suisse.com
maggie.yeo@credit-suisse.com
maja.sieber@credit-suisse.com
malgorzata.kaminski@credit-suisse.com
manfred.bohn@credit-suisse.de
manfred.buechler@credit-suisse.com
manish.rachhoya@credit-suisse.com
marc.arnold@credit-suisse.com
marc.norden@credit-suisse.com
marc.velan@credit-suisse.com
marc.wasserfallen@credit-suisse.com
marc.zieger@credit-suisse.de
marc-antoine.haudenschild@credit-suisse.com
marcel.lutz@credit-suisse.com
marcel.thieliant@credit-suisse.com
marcel.wittwer@credit-suisse.com
marco.freihofer@credit-suisse.com
marco.jenny@credit-suisse.com
marco.koepfli@credit-suisse.com
marco.meier@credit-suisse.com
marco.tinessa@credit-suisse.com
marcus.hettinger@credit-suisse.com
maria.madats@credit-suisse.com
marie-elise.curty@credit-suisse.com
marilyn.boorman@credit-suisse.com
maritza.ribeiro@credit-suisse.com
mark.barres@credit-suisse.com
mark.reeves@credit-suisse.com
mark.rudin@credit-suisse.com
markus.helfenstein@credit-suisse.com
markus.liechti@credit-suisse.com
markus.maechler@credit-suisse.com
markus.pfister@credit-suisse.com
markus.solenthaler@credit-suisse.com
markus.unterhofer@credit-suisse.com

## Company & Corresponding Email Addresses

markus.zipperer@credit-suisse.com
martin.froeschl@credit-suisse.com
martin.isler@credit-suisse.com
martin.janser@credit-suisse.com
martin.kobler@credit-suisse.com
martin.mcmahon@credit-suisse.com
martin.zimmer@credit-suisse.de
martino.perkmann@credit-suisse.com
massimo.pedrazzini@credit-suisse.com
matthew.dembski@credit-suisse.com
matthias.bender@credit-suisse.de
matthias.gehrig@credit-suisse.com
matthias.rutschi@credit-suisse.com
maureen.grover@credit-suisse.com
mauriz.lang@credit-suisse.com
maurizio.rossi@credit-suisse.com
mauro.barloggio@credit-suisse.com
mauro.pedrazzoli@credit-suisse.com
mauro.pennati@credit-suisse.com
mauro.tonini@credit-suisse.com
meiliang.wu@credit-suisse.com
melanie.lenherr@credit-suisse.com
mensur.pocinci.2@credit-suisse.com
michael.chaisanguanthum@credit-suisse.com
michael.dodgson@credit-suisse.com
michael.gaehler@credit-suisse.com
michael.gretener@credit-suisse.com
michael.haene@credit-suisse.com
michael.j.o'riordan@credit-suisse.com
michael.klonsky@credit-suisse.com
michael.kruse@credit-suisse.com
michael.leonard.2@credit-suisse.com
michael.maennlin@credit-suisse.com
michael.matt@credit-suisse.com
michael.meier@credit-suisse.com
michael.o'sullivan@credit-suisse.com
michael.pinggera@credit-suisse.com
michael.rauch@credit-suisse.com
michael.scali@credit-suisse.com
michael.shackelford@credit-suisse.com
michael.zemp.2@credit-suisse.com
michael.zimmermann@credit-suisse.com
michael.zobrist.2@credit-suisse.com
michel.businger@credit-suisse.com
michel.coussaert@credit-suisse.com
michel.degen@credit-suisse.com
michel.venanzi@credit-suisse.com
mike.eng@credit-suisse.com
mira.bhogaita@credit-suisse.com
mirco.tieppo@credit-suisse.com
mirko.ballmer@credit-suisse.com
miroslav.durana@credit-suisse.com
moez.jamal@credit-suisse.ch
mog.chu-yang-heu@credit-suisse.com

## Company & Corresponding Email Addresses

monica.mastroberardino@credit-suisse.com
monika.tschudi@credit-suisse.com
montserrat.gomez@credit-suisse.com
nancy.nierman@credit-suisse.com
nannette.hechler-fayd'herbe@credit-suisse.com
natalia.correa@credit-suisse.com
niall.buggy@credit-suisse.com
nick.davis@credit-suisse.com
nicola.ballabio@credit-suisse.com
nicola.nole@credit-suisse.com
nicolas.blatti@credit-suisse.com
nicolas.pellicer@credit-suisse.com
nicole.habegger@credit-suisse.com
nicole.rhodes@credit-suisse.com
nigel.coleman@credit-suisse.com
niklaus.wernli@credit-suisse.com
nikolaus.schaefer@credit-suisse.com
ninocarlo.flueckiger@credit-suisse.com
norbert.stahl@credit-suisse.com
oliver.baumann@credit-suisse.com
oliver.gasser@credit-suisse.com
oliver.heinzelmann@credit-suisse.com
oliver.kanner@credit-suisse.com
oliver.mader@credit-suisse.com
olivier.baechler@credit-suisse.com
olivier.gamrasniahlen@credit-suisse.com
olivier.p.mueller@credit-suisse.com
olivier.steimer@credit-suisse.com
othmar.kueng@credit-suisse.com
pascal.hungerbuehler@credit-suisse.com
pascal.koeppel@credit-suisse.com
pascal.pernet@credit-suisse.com
pascal.ramseier@credit-suisse.com
pascal.rohner.3@credit-suisse.com
patrick.berther@credit-suisse.com
patrick.blauth@credit-suisse.com
patrick.ehrsam@credit-suisse.com
patrick.fehr@credit-suisse.com
patrick.husistein@credit-suisse.com
patrick.ingold@credit-suisse.com
patrick.koepfli@credit-suisse.com
patrick.kolb@credit-suisse.com
patrick.maniciati@credit-suisse.com
patrick.reichenbach@credit-suisse.com
patrick.schopfer@credit-suisse.com
patrick.soucas@credit-suisse.com
patrik.kuster@credit-suisse.com
paul.bourdon@credit-suisse.com
paul.durdin@credit-suisse.com
pedro.mora@credit-suisse.com
pete.galliers@credit-suisse.com
peter.attiger@credit-suisse.com
peter.bachmann.2@credit-suisse.com
peter.buckendahl@credit-suisse.de

## Company & Corresponding Email Addresses

peter.dellsperger@credit-suisse.com
peter.g.wehrmann@credit-suisse.com
peter.hagemann@credit-suisse.com
peter.herrmann.3@credit-suisse.com
peter.hoffmann@credit-suisse.com
peter.poenitzsch@credit-suisse.com
peter.tobler@credit-suisse.com
peter.vonmoos@credit-suisse.com
peter.wetter@credit-suisse.com
philipp.burger@credit-suisse.com
philipp.frank@credit-suisse.com
philipp.kastner@credit-suisse.com
philipp.kuchen@credit-suisse.com
philipp.lisibach@credit-suisse.com
philipp.schmidmeister@credit-suisse.com
philippe.carey@credit-suisse.com
philippe.jotterand@credit-suisse.com
philippe.kretz@credit-suisse.com
philippe.preite@credit-suisse.com
piero.isabella-valenzi@credit-suisse.com
pierre-alain.sieber@credit-suisse.com
pieter.strobos@credit-suisse.com
pietro.giuliani@credit-suisse.com
prakash.shirke@credit-suisse.com
pratik.vazir@credit-suisse.com
qing.wang@credit-suisse.com
rachel.haefliger@credit-suisse.com
radovan.milanovic@credit-suisse.com
rafael.chang@credit-suisse.com
raffael.furrer@credit-suisse.com
rainer.spitznagel@credit-suisse.com
ralf.krings@credit-suisse.com
ralf.seschek@credit-suisse.com
ralph.bloch@credit-suisse.com
ralph.haefliger@credit-suisse.com
ralph.lehnis@credit-suisse.com
ralph.maurer@credit-suisse.com
ramy.sukarieh@credit-suisse.com
raphael.robas@credit-suisse.com
raphael.wilhelm@credit-suisse.com
raphaelle.champion@credit-suisse.com
raphi.savitz@credit-suisse.com
rasmus.rousing@credit-suisse.com
raymond.monney@credit-suisse.com
realestate.hedgefund@credit-suisse.com
rebecca.zeder@credit-suisse.com
regina.webster@credit-suisse.com
remo.quadroni@credit-suisse.com
renata.klita@credit-suisse.com
rene.blanc@credit-suisse.com
rene.freiermuth@credit-suisse.com
rene.merz@credit-suisse.com
rene.vongunten@credit-suisse.com
renzo.bagorda@credit-suisse.com

## Company & Corresponding Email Addresses

reto.hess@credit-suisse.com
reto.meneghetti@credit-suisse.com
reto.wiget@credit-suisse.com
riccardo.masotti@credit-suisse.com
richard.dryer@credit-suisse.com
richard.hodson@credit-suisse.com
richard.leite@credit-suisse.com
richard.list@credit-suisse.com
richard.tan@credit-suisse.com
richard.warne@credit-suisse.com
richard.zechmeister@credit-suisse.com
rita-marie.giudice@credit-suisse.com
robert.bowie@credit-suisse.com
robert.cronan@credit-suisse.com
robert.moreth@credit-suisse.com
robert.ruttmann@credit-suisse.com
robert.thomas@credit-suisse.com
robert.tombolini@credit-suisse.com
roberto.parente@credit-suisse.com
roberto.prizzi@credit-suisse.com
robin.seydoux@credit-suisse.com
roger.buzas@credit-suisse.com
roger.meier@credit-suisse.com
roger.moh@credit-suisse.com
roger.mueller@credit-suisse.com
roger.rimann@credit-suisse.com
roger.signer@credit-suisse.com
roger.tschantre@credit-suisse.com
roland.baumann.3@credit-suisse.com
roland.stettler@credit-suisse.com
roland.zanini@credit-suisse.com
rolf.bertschi@credit-suisse.com
rolf.steinmann@credit-suisse.com
roman.gysler@credit-suisse.com
roman.salvi@credit-suisse.com
romano.piffaretti@credit-suisse.com
ross.campbell@credit-suisse.com
ruchi.gupta@credit-suisse.com
russell.beer@credit-suisse.com
sacha.devittori@credit-suisse.com
sacha.fischer@credit-suisse.com
sacha.haymoz@credit-suisse.com
sacha.widin@credit-suisse.com
sameer.kero@credit-suisse.com
samia.behbehani@credit-suisse.com
samuel.baumann@credit-suisse.com
sandra.trino@credit-suisse.com
sandro.campanile@credit-suisse.com
sandro.mattle@credit-suisse.com
sascha.banz@credit-suisse.com
sascha.dilly@credit-suisse.com
sascha.hilber@credit-suisse.com
sascha.kaelin@credit-suisse.com
satir.sinan@credit-suisse.com

**Company & Corresponding Email Addresses**

scott.pangbourne@credit-suisse.com
scott.spencer@credit-suisse.com
sebastian.muff@credit-suisse.com
serge.kuenzler@credit-suisse.com
serge.kunzler@credit-suisse.com
sergio.cinti@credit-suisse.com
sergio.delgado@credit-suisse.com
sharon.egilinsky@credit-suisse.com
shaun.lemessurier@credit-suisse.com
shawn.deng@credit-suisse.com
sibylle.kirstein@credit-suisse.com
siegfried.cordes@credit-suisse.com
siegfried.kaeser@credit-suisse.com
sigisbert.koch@credit-suisse.com
silvan.noetzli@credit-suisse.com
silvio.giovannini@credit-suisse.com
silvio.pestalozzi@credit-suisse.com
simon.barnard@credit-suisse.com
simon.mauger@credit-suisse.com
simon.steiner@credit-suisse.com
simone.sabbadini@credit-suisse.com
sino.stalbne@credit-suisse.com
soekching.kum@credit-suisse.com
soma.ghosal@credit-suisse.com
sonya.sheehy@credit-suisse.com
stefan.benvegnu@credit-suisse.com
stefan.collaud@credit-suisse.com
stefan.dudler@credit-suisse.com
stefan.froehlich@credit-suisse.com
stefan.gasser.2@credit-suisse.com
stefan.lutz@credit-suisse.com
stefan.reist@credit-suisse.com
stefan.stucki@credit-suisse.com
stefano.mussati@credit-suisse.com
stephan.braendle@credit-suisse.com
stephan.elmenhorst@credit-suisse.com
stephan.hug@credit-suisse.com
stephan.uebersax@credit-suisse.com
stephanie.favre@credit-suisse.com
stephen.clout@credit-suisse.com
stephen.j.garibaldi@credit-suisse.com
stephen.kaszynski@credit-suisse.com
stephen.parr@credit-suisse.com
steven.m.peras@credit-suisse.com
steven.soranno@credit-suisse.com
stuart.rosenthal@credit-suisse.com
susanne.battegay@credit-suisse.ch
suzana.zankova@credit-suisse.com
sven.corsenca@credit-suisse.com
sven.schubert@credit-suisse.com
sven.seeber@credit-suisse.de
sven.sommer@credit-suisse.com
sybril.lau@credit-suisse.com
sylvie.golay@credit-suisse.com

**Company & Corresponding Email Addresses**

tamar.hamlyn@credit-suisse.com
tamas.korchmaros@credit-suisse.com
tania.dimitrova@credit-suisse.com
tatjana.michel@credit-suisse.com
thien-bac.tu@credit-suisse.com
thierry.levrat@credit-suisse.com
thomas.amrein@credit-suisse.com
thomas.c.kaufmann@credit-suisse.com
thomas.flannery@credit-suisse.com
thomas.herrmann@credit-suisse.com
thomas.jucker@credit-suisse.com
thomas.leidenroth@credit-suisse.de
thomas.schaniel@credit-suisse.com
thomas.trauth@credit-suisse.com
thomas.vestweber@credit-suisse.com
thomas.waehli@credit-suisse.com
thong.nguyen@credit-suisse.com
tim.cooke@credit-suisse.com
timothy.hellmann@credit-suisse.com
tobias.bettkober@credit-suisse.com
tobias.merath@credit-suisse.com
tobias.wuertzl@credit-suisse.de
todd.buchner@credit-suisse.com
todor.todorov@credit-suisse.com
tonia.r.fischer@credit-suisse.com
tony.patti@credit-suisse.com
toral.munshi@credit-suisse.com
ulrich.braun@credit-suisse.com
ulrich.kaiser@credit-suisse.com
ulrich.roth@credit-suisse.com
urs.guthmann@credit-suisse.com
urs.j.gallmann@credit-suisse.com
ursula.neumann@credit-suisse.com
ursula.speich@credit-suisse.com
uwe.neumann@credit-suisse.com
uwe.schertel@credit-suisse.de
valerie.schneitter@credit-suisse.com
veronika.kuenzler@credit-suisse.com
vicki.gedge@credit-suisse.com
vince.fiso@credit-suisse.com
vinzenz.nef@credit-suisse.com
vipin.ahuja@credit-suisse.com
volker.sachs@credit-suisse.com
walter.berchtold@credit-suisse.com
walter.mitchell@credit-suisse.com
werner.richli@credit-suisse.com
william.nunez@credit-suisse.com
wing.chan@credit-suisse.com
wolfgang.wiehe@credit-suisse.com
xiangheng.liu@credit-suisse.com
yann.mocellin@credit-suisse.com
yirong.li@credit-suisse.com
yoshiteru.nishimoto@credit-suisse.com
yusuf.randera-rees@credit-suisse.com

**Company & Corresponding Email Addresses**

yves.hauser@credit-suisse.com
yves.landry@credit-suisse.com
yves.luescher@credit-suisse.com
yves.monnat@credit-suisse.com
yves.robert-charue@credit-suisse.com
yvonne.baumeler@credit-suisse.com
zoltan.szelyes@credit-suisse.com
zoran.mitrovski@credit-suisse.com

**cref**
myemini@cref.com

**cres-cap**
mcmillianh@cres-cap.com

**crestar**
christine.stumbo@crestar.com

**creval**
colli.umberto@creval.it
mehretab.tesfamicael@creval.it
scarafoni.giuseppina@creval.it
sega.luca@creval.it

**crewsassoc**
klueken@crewsassoc.com
marnone@crewsassoc.com
rowens@crewsassoc.com
spulley@crewsassoc.com

**crewsfs**
aedwards@crewsfs.com
jburrow@crewsfs.com
lplummer@crewsfs.com

**crg**
barbara.avalle@crg.it
maria.depaola@crg.it

**crimola**
maurizio_rivola@crimola.it
mauro_ruggeri@crimola.it

**criterion**
dave.smith@criterion.com
fred.robertson@criterion.com
ken.johnson@criterion.com
scott.brecher@criterion.com
teresa.kudrle@criterion.com

**crlykor**
john.rhee@crlykor.co.kr

**croftleo**
dhunter@croftleo.com
gvalentine@croftleo.com
kcroft@croftleo.com
pvong@croftleo.com
rcroft@croftleo.com
research@croftleo.com
tdickson@croftleo.com

**cronincoinc**
dougj@cronincoinc.com

**crownbank**
jkoegel@crownbank.com

## Company & Corresponding Email Addresses

### crsm
a.ballerini@crsm.it
f.soldi@crsm.it
investimenti@crsm.it
l.terreni@crsm.it
s.benvenuti@crsm.it

### crt
l.malatesta@crt.com
margek@crt.com
seand@crt.com

### crtllc
jbrook@crtllc.com
jharrington@crtllc.com
mfarkas@crtllc.com

### crup
maurizio.coseani@crup.it

### cs
esilvergold@cs.com
fmaitre@cs.hottinger.fr
marcel.kunzler@cs.com
marco.engesser@cs.com
nadja.francesco@cs.com
prgrsshm@cs.com
thomas.schiess@cs.com

### c-s
yazid.sabeg@c-s.fr

### csadvisorypartners
alberto.tavecchio@csadvisorypartners.com
angela.krebs@csadvisorypartners.com
jorge.torea@csadvisorypartners.com
patrick.blattmann@csadvisorypartners.com
sebastian.grawert@csadvisorypartners.com
thorsten.dueser@csadvisorypartners.com
zlata.gagarina@csadvisorypartners.com

### csam
akua.duffuor@csam.com
alan.trigle@csam.com
alexander.mueller@csam.com
alexandre.bouchardy@csam.com
allyn.arden@csam.com
amy.brown@csam.com
anas.elmaizi@csam.com
anders.lundgren@csam.com
andreas.jost@csam.com
andreas.maechler@csam.com
andreas.mueller.7@csam.com
andreas.schmidt@csam.com
andrew.dickinson@csam.com
andy.kastner@csam.com
anna.guglielmetti@csam.com
anne.ezendam@csam.com
anne.montfort@csam.com
anthony.vandaalen@csam.com
april.sommese@csam.com

**Company & Corresponding Email Addresses**

barbara.duberstein@csam.com
barry.hughes@csam.com
belinda.otruba@csam.com
bernard.possa@csam.com
bernhard.maeder@csam.com
bernhard.rufli@csam.com
beth.dater@csam.com
betty.c.defranco@csam.com
beverly.davis@csam.com
bhavani.shah@csam.com
bill.mott@csam.com
boris.arabadjiev@csam.com
bruce.glensky@csam.com
bruce.theuerkauf@csam.com
bryan.wallace@csam.com
burnett.hansen@csam.com
caroline.bauert@csam.com
cesar.perez@csam.com
charles.c.vanvleet@csam.com
charles.shaeffer@csam.com
charles.vanvleet@csam.com
chenye.bao@csam.com
chris.hughes@csam.com
christian.hoffmann@csam.com
christian.t.lee@csam.com
christiane.malchow@csam.com
christine.gaelzer@csam.com
christoph.gisler@csam.com
christoph.knecht@csam.com
christopher.blay@csam.com
christopher.mullett@csam.com
claudio.ercolano@csam.com
colleen.jones@csam.com
crispin.finn@csam.com
damien.buggy@csam.com
daniel.hines@csam.com
daniel.utiger@csam.com
daniele.paglia@csam.com
david.b.walsh@csam.com
david.chan.2@csam.com
david.h.lerner@csam.com
david.johnson@csam.com
david.k.chin@csam.com
david.syriani@csam.com
denis.chan@csam.com
denise.fleming@csam.com
derek.man@csam.com
didier.boeckli@csam.com
dilip.rasgotra@csam.com
dominic.jackson@csam.com
dominique.staehlin@csam.com
ella.brown@csam.com
eric.lowman@csam.com
eric.suter@csam.com

**Company & Corresponding Email Addresses**

eric.wiegand@csam.com
erik.brovig@csam.com
ernst.riegel@csam.com
esther.schreiber@csam.com
etel.harris@csam.com
felix.meier@csam.com
frank.biondo@csam.com
garland.hansmann@csam.com
gene.fudge@csam.com
georg.furger@csam.com
george.vassiliadis@csam.com
gerhard.werginz@csam.com
giuseppe.quartodipalo@csam.com
glenn.wellman@csam.com
gordon.schonfeld@csam.com
gregg.m.diliberto@csam.com
gregor.hirt@csam.com
guy.stern@csam.com
haiwen.hsu@csam.com
harald.brandl@csam.com
harjeet.heer@csam.com
heini.sutter@csam.com
helen.hotis@csam.com
himanshu.patel@csam.com
isaac.demming@csam.com
isabel.knight@csam.com
j.steven.evans@csam.com
jake.nartey@csam.com
james.wipf@csam.com
jane.collins@csam.com
janina.macswayed@csam.com
javier.gozalo@csam.com
jeff.alexander@csam.com
jeff.currington@csam.com
jeffrey.m.engelhardt@csam.com
jeffrey.seifert@csam.com
jennifer.l.ferguson@csam.com
jim.mccaughan@csam.com
jim.vos@csam.com
joanne.gilbert@csam.com
joern.steuernagel@csam.com
john.bolton@csam.com
john.davis.2@csam.com
john.degaris@csam.com
john.lindars@csam.com
john.sue@csam.com
jose.rodriguez@csam.com
joseph.baumeler@csam.com
joseph.r.butler@csam.com
kai.leifert@csam.com
kambiz.pouya-majd@csam.com
karen.e.driscoll@csam.com
karen.roberts@csam.com
karen.rustman@csam.com

**Company & Corresponding Email Addresses**

karin.vrang@csam.com
kate.wilkie@csam.com
katerina.valka@csam.com
katharine.odonovan@csam.com
kathleen.camilli@csam.com
kathryn.neff@csam.com
ken.m.wallace@csam.com
kevin.etzel@csam.com
khanhngoc.tran@csam.com
khurram.chaudhry@csam.com
kim.goodwin@csam.com
kristin.moschos@csam.com
kurt.spiess@csam.com
laura.gill@csam.com
lee.tristram@csam.com
leland.crabbe@csam.com
lilly.se@csam.com
lingyan.zeng@csam.com
luisa.b.gallardo@csam.com
marc.rose@csam.com
marcel.schibli@csam.com
marcia.michitsch@csam.com
mariusz.blachut@csam.com
mark.k.silverstein@csam.com
mark.spring@csam.com
markus.gremminger@csam.com
markus.huebscher@csam.com
markus.rogger@csam.com
martha.metcalf@csam.com
martin.schwarb@csam.com
maryann.labella@csam.com
matthew.rajpolt@csam.com
matthias.dueggelin@csam.com
maurizio.pedrini@csam.com
mauro.bergstein@csam.com
melissa.sanandres@csam.com
michael.dugan@csam.com
michael.gray@csam.com
michael.kenneally@csam.com
michael.schmid.2@csam.com
michael.schwerzmann@csam.com
michael.strebel@csam.com
michael.syring@csam.com
michal.wozniak@csam.com
michel.jacquemai@csam.com
michele.m.walsh@csam.com
michele.porro@csam.com
michele.rizzuto@csam.com
michelle.fleck@csam.com
michelle.tse@csam.com
minerva.hernandez@csam.com
mitch.b.grabel@csam.com
mitchell.freedman@csam.com
naganath.sundaresan@csam.com

**Company & Corresponding Email Addresses**

neil.brown@csam.com
neil.gregson@csam.com
nelson.louie@csam.com
nelson.mesa@csam.com
nicholas.milovich@csam.com
nicolo.foscari@csam.com
nigel.dooley@csam.com
nik.persic@csam.com
oliver.federer@csam.com
oliver.williams@csam.com
osamu.kato@csam.com
paola.brunelli@csam.com
patrik.carisch@csam.com
peter.anderson@csam.com
peter.brown.3@csam.com
philip.harris@csam.com
philip.schantz@csam.com
philip.true@csam.com
philip.wubbena@csam.com
philipp.buechler@csam.com
philipp.inderbitzin@csam.com
philipp.vorndran@csam.com
phurbu.darpoling@csam.com
pierre-henri.demonts@csam.com
rachel.muscatt@csam.com
raffaelle.berchtold@csam.com
raimund.nierop@csam.com
rajesh.tanna@csam.com
rania.alkhalifa@csam.com
raoul.rayos@csam.com
reto.seiler@csam.com
richard.a.hoffman@csam.com
richard.annunziato@csam.com
richard.avidon@csam.com
richard.balfour@csam.com
richard.brumby@csam.com
richard.colwell@csam.com
richard.hill@csam.com
richard.m.white@csam.com
richard.quin@csam.com
richard.rochat@csam.com
rico.bopp@csam.com
rob.shafir@csam.com
rob.stewart@csam.com
robert.janis@csam.com
robert.mitchelson@csam.com
robert.sullivan@csam.com
robert.thomas@csam.com
roger.inglin@csam.com
roger.lewis@csam.com
roger.wehrli@csam.com
rolf.elmer@csam.com
ronald.bloomer@csam.com
ruchi.patel@csam.com

**Company & Corresponding Email Addresses**

sabine.staeuble@csam.com
sara.meier@csam.com
sarah.doenni@csam.com
sarah.dyer@csam.com
sarah.emberson@csam.com
sarah.green@csam.com
scott.lewis@csam.com
scott.merkel@csam.com
sharon.oneil@csam.com
shashi.srikantan@csam.com
sheryl.hempel@csam.com
silvia.schaak@csam.com
simone.staeuble@csam.com
sonja.demann@csam.com
staci.z.lombard@csam.com
stefan.illmer@csam.com
stefan.novak@csam.com
stefan.zuber@csam.com
stephan.scharrer@csam.com
stephane.casagrande@csam.com
stephanie.howard@csam.com
stephen.hargreaves@csam.com
steve.goldman@csam.com
steve.putnam@csam.com
stuart.harris@csam.com
stuart.young@csam.com
susan.everly@csam.com
susanna.binkert@csam.com
susanne.zech@csam.com
suzanne.e.moran@csam.com
suzie.kemp@csam.com
tatsuro.koyama@csam.com
terry.pavlopoulos@csam.com
thomas.albrecht@csam.com
thomas.b.white@csam.com
thomas.berger@csam.com
thomas.flannery@csam.com
thomas.perez@csam.com
thomas.walser@csam.com
timos.daskalopoulos@csam.com
todd.jablonski@csam.com
tom.mann@csam.com
tomasz.stadnik@csam.com
toni.roesti@csam.com
tony.roesti@csam.com
tracey.nicholls@csam.com
tracy.cherrington@csam.com
ukequity.fundmanagers@csam.com
urs.haberthuer@csam.com
urs.hiller@csam.com
urs.kunz@csam.com
urs.ramseier@csam.com
use.brueggendieck@csam.com
valerio.schmitz-esser@csam.com

## Company & Corresponding Email Addresses

vicky.simonds@csam.com
victor.rodriguez@csam.com
vince.salvato@csam.com
vincent.grieco@csam.com
vincent.pons@csam.com
vivian.chen@csam.com
wai.lee@csam.com
waiman.leung@csam.com
walter.sperb@csam.com
wendy.cogdell@csam.com
william.h.jeffress@csam.com
william.patterson@csam.com
wolfgang.j.marty@csam.com
wyn.ellis@csam.com
xiaomeng.yang@csam.com
zelcah.farsijany@csam.com

### csas

dnavratil@csas.cz
dvaskovic@csas.cz
jstack@csas.cz
khanek@csas.cz
lvosicky@csas.cz
pcetkovsky@csas.cz
pdedecek@csas.cz
pkaspar@csas.cz
plojka@csas.cz
raprokop@csas.cz
rchupik@csas.cz
vkotlan@csas.cz
vmikulecky@csas.cz

### csc

dbryant@csc.cps.k12.il.us
lnakamin@csc.com
ptucker@csc.com

### csccu

jeffn@csccu.com
joec@csccu.com
larryr@csccu.com
madhavir@csccu.com
paulm@csccu.com
quianag@csccu.com

### cse

lnakamin@cse.com

### csfb

andre.rheinberger@csfb.com
andrew.boshoff@csfb.com
angela.lockhart@csfb.com
barry.zamore@csfb.com
carmen.beck@csfb.com
chieh.cheung@csfb.com
chris.zimmermann@csfb.com
claudia.beffa@csfb.com
daniel.franc@csfb.com
david.freddi@csfb.com

## Company & Corresponding Email Addresses

david.schweigman@csfb.com
edward.debruyn@csfb.com
ethan.garber@csfb.com
filomena.villanova@csfb.com
glenn.clarke@csfb.com
hans-andrea.disch@csfb.com
heather.ibrahim@csfb.com
helen.xing@csfb.com
jack.mcnally@csfb.com
jeffrey.peek@csfb.com
jennifer.chin@csfb.com
kareem.serageldin@csfb.com
linda.r.karn@csfb.com
lucas.brunner@csfb.com
marks.bailey@csfb.com
matthew.abbott@csfb.com
matthew.koop@csfb.com
matthew.zames@csfb.com
michael.cash@csfb.com
patrick.durkin@csfb.com
philippe.bernard@csfb.com
richard.small@csfb.com
ryan.lim@csfb.com
stuart.firth@csfb.com
tanja.hauenstein@csfb.com
vance.shaw@csfb.com

**csfides**
alexandra.meier@csfides.ch
max.rueegg@csfides.ch
nicole.aeschlimann@csfides.ch
reto.antonietti@csfides.ch

**csfp**
scott.kramer@csfp.co

**csfs**
alan.bottoli@csfs.com
francois.luisoni@csfs.com
rodolphe.larque@csfs.com
thomas.imhasly@csfs.com
yves.martin@csfs.com

**csi**
nbki_marketing@csi.com

**csm**
hans.vanerp@csm.nl

**cso**
amaury.godron@cso.dwts.co.uk

**csob**
dkrejci@csob.cz
flesch@csob.cz
jperina@csob.cz

**csom**
tnantell@csom.umn.edu

**cspb**
andrew.hadley-grave@cspb.com
babak.dastmalpschi@cspb.com

**Company & Corresponding Email Addresses**

basil.sohrmann@cspb.com
catherina.tobia@cspb.com
christian.vonballmoos@cspb.com
ewa.froidevaux@cspb.com
fabio.barbato@cspb.com
giorgio.arfaras@cspb.com
huifang.liu@cspb.com
lynne.roberts@cspb.com
michael.sullivan@cspb.com

**csplc**
topi.jokiranta@csplc.com

**csprivateadvisors**
ivo.kaufmann@csprivateadvisors.com
marc.sauter@csprivateadvisors.com
michael.zimmer@csprivateadvisors.com

**csresearch**
chris.jennings@csresearch.us
etrita.ibroci@csresearch.us
huong.belpedio@csresearch.us
leo.bernstein@csresearch.us
monika.lynch@csresearch.us
philipp.kruetli@csresearch.us

**csx**
david_baggs@csx.com
david_bowling@csx.com
frank_atkins@csx.com
helen_rowan@csx.com
kathryn_sharpe@csx.com

**ctbr**
srisimovic@ctbr.ch

**ctcb**
chiefrep@ctcb.co.uk

**ctcbjp**
aotomo@ctcbjp.com
cmhsiao@ctcbjp.com
hmaeda@ctcbjp.com

**ctcbny**
ksleung@ctcbny.com

**ctclife**
fgninv@ctclife.com.tw
pochih@ctclife.com.tw
vangs@ctclife.com.tw

**cthusa**
willie@cthusa.com

**ctnbank**
herman@ctnbank.com.tw
jack95@ctnbank.com.tw
jessie@ctnbank.com.tw

**ctoc**
ctc21101@ctoc.com.tw
ctc21201@ctoc.com.tw
ctc21202@ctoc.com.tw
fan@ctoc.com.tw

**ctxmort**

**Company & Corresponding Email Addresses**

aaron.loyd@ctxmort.com
amanda.fagala@ctxmort.com
amanda_fagala@ctxmort.com
diane.anderson@ctxmort.com
duane_homan@ctxmort.com
jeff_upperman@ctxmort.com
jesse.garza@ctxmort.com
kerry_dannenberg@ctxmort.com
steven_chiou@ctxmort.com
tim_bartosh@ctxmort.com

**cubb**
twalsh@cubb.com

**cubist**
jennifer.stone@cubist.com
praveen.tipirneni@cubist.com
tracy.sanderson@cubist.com

**cu-isi**
blafavor@cu-isi.org
degbert@cu-isi.org
mjackson@cu-isi.org

**cumb**
dkendrick@cumb.com
jfarrell@cumb.com

**cumber**
amy.moore@cumber.com
john.mousseau@cumber.com

**cumberassoc**
awallach@cumberassoc.com
bfrank@cumberassoc.com
bgendell@cumberassoc.com
bwilcox@cumberassoc.com
dglickman@cumberassoc.com
dpatel@cumberassoc.com
gchan@cumberassoc.com
gklauer@cumberassoc.com
jchen@cumberassoc.com
pradicchi@cumberassoc.com
rchaabra@cumberassoc.com
rwall@cumberassoc.com
smorrow@cumberassoc.com
spark@cumberassoc.com
ta@cumberassoc.com
wreiners@cumberassoc.com

**cunamutual**
christopher.copeland@cunamutual.com
emily.olson@cunamutual.com
john.halter@cunamutual.com
kurt.lin@cunamutual.com

**cundill**
leslie_ferris@cundill.com

**cuprum**
jmeyer@cuprum.cl
psolis@cuprum.cl

**curian**

## Company & Corresponding Email Addresses

steve.young@curian.com

**cutterassociates**

afuad@cutterassociates.com
mrosenstein@cutterassociates.com

**cvcap**

jmason@cvcap.com

**cvceruope**

pglieze@cvceruope.com

**cvceurope**

mboughton@cvceurope.com
mgrizzelle@cvceurope.com
slaffin@cvceurope.com

**cw**

andrew.woods@cw.com
joe.oneill@cw.com
katharine.king@cw.com
richard.irons@cw.com

**cwcom**

samantha.ashworth@cwcom.co.uk
vani.gupta@cwcom.co.uk

**cwhenderson**

chenderson@cwhenderson.com
cretrum@cwhenderson.com
cyorke@cwhenderson.com
dbeck@cwhenderson.com
jhoffman@cwhenderson.com
kaudley@cwhenderson.com
kkluender@cwhenderson.com
mandrews@cwhenderson.com
mbhasin@cwhenderson.com
tmallman@cwhenderson.com

**cwplc**

chris.tyler@plc.cwplc.com
marie.durston@plc.cwplc.com
robert.lerwill@plc.cwplc.com
virginia.porter@cwmsg.cwplc.com

**cwusa**

charlotte.nottingham@cwusa.com

**cybercap**

chugokuny@cybercap.com

**cybertrader**

bjones@cybertrader.com
jkupfer@cybertrader.com

**cyrilfinance**

nbarazal@cyrilfinance.com
nonado@cyrilfinance.com
tghorayeb@cyrilfinance.com

**cyrte**

lbruna@cyrte.com

**dadco**

bhoule@dadco.com
cblackwood@dadco.com
cjohns@dadco.com
dwestcott@dadco.com

## Company & Corresponding Email Addresses

fdickson@dadco.com
jrice@dadco.com
mhurley@dadco.com
pcondrat@dadco.com
pwoolridge@dadco.com
rstohr@dadco.com
swalton@dadco.com

### dahsing

alexbraun@dahsing.com
alvinchan@dahsing.com
carloswong@dahsing.com
dantreechow@dahsing.com
dwong@dahsing.com
frankfong@dahsing.com
frankieho@dahsing.com
garywang@dahsing.com
kevinlam@dahsing.com
kingcheung@dahsing.com
lokmak@dahsing.com
nmayhew@dahsing.com
raymondchan@dahsing.com
winniechu@dahsing.com

### daido-life

anndou.mei@daido-life.co.jp
asano.kouji@daido-life.co.jp
gatayama.minoru@daido-life.co.jp
hara.masahide@daido-life.co.jp
ikawa.akira@daido-life.co.jp
kamada.jiyuun@daido-life.co.jp
koizumi.takeshi@daido-life.co.jp
miyamura.tooru@daido-life.co.jp
morita.kazunori@daido-life.co.jp
murata.mitsuaki@daido-life.co.jp
nagai.takahiro@daido-life.co.jp
nishioka.minoru@daido-life.co.jp
oda.shinnsuke@daido-life.co.jp
ogashira.namiko@daido-life.co.jp
onnsenn.yuuichi@daido-life.co.jp
oosawa.kayoko@daido-life.co.jp
sano.masaki@daido-life.co.jp
shimada.manabu@daido-life.co.jp
shiratsuki.tadaaki@daido-life.co.jp
suzuki.masaaki@daido-life.co.jp
takayanagi.hiroshi@daido-life.co.jp
teraoka.yasuo@daido-life.co.jp
tominaga.yoshikazu@daido-life.co.jp
torai.tooru@daido-life.co.jp
tsuchiya.takashi@daido-life.co.jp
ueno.tetsuo@daido-life.co.jp
wakasa.hitoshi@daido-life.co.jp
watanabe.hiroyuki@daido-life.co.jp
yamagami.daisuke@daido-life.co.jp
yano.teiji@daido-life.co.jp

### dai-ichi-life

## Company & Corresponding Email Addresses

abeken@dl.dai-ichi-life.co.jp
akaoyagi@dl.dai-ichi-life.co.jp
asakura@dl.dai-ichi-life.co.jp
atsuro@dl.dai-ichi-life.co.jp
daijyu@dl.dai-ichi-life.co.jp
dueda@dl.dai-ichi-life.co.jp
emura613@dl.dai-ichi-life.co.jp
fkondo@dl.dai-ichi-life.co.jp
fujii@dl.dai-ichi-life.co.jp
fujisan@dl.dai-ichi-life.co.jp
furuya833@dl.dai-ichi-life.co.jp
guchi@dl.dai-ichi-life.co.jp
h77haya@dl.dai-ichi-life.co.jp
hh@dl.dai-ichi-life.co.jp
hidetom@dl.dai-ichi-life.co.jp
hiraokar@di.dai-ichi-life.co.jp
hitomis@dl.dai-ichi-life.co.jp
hiwatasi@dl.dai-ichi-life.co.jp
hkanai@dl.dai-ichi-life.co.jp
hkiguchi@dl.dai-ichi-life.co.jp
hmasaki@dl.dai-ichi-life.co.jp
hnakao@dl.dai-ichi-life.co.jp
hohashi@dl.dai-ichi-life.co.jp
honda460@dl.dai-ichi-life.co.jp
horikawa@dl.dai-ichi-life.co.jp
hotsuchi689@dl.dai-ichi-life.co.jp
hsakuma@dl.dai-ichi-life.co.jp
ichi@dl.dai-ichi-life.co.jp
ichiba673@dl.dai-ichi-life.co.jp
ihideko@dl.dai-ichi-life.co.jp
iida522@dl.dai-ichi-life.co.jp
ikikoich@dl.dai-ichi-life.co.jp
inagaki@dl.dai-ichi-life.co.jp
ishii008@dl.dai-ichi-life.co.jp
ishii772@dl.dai-ichi-life.co.jp
isida@dl.dai-ichi-life.co.p
ito@dl.dai-ichi-life.co.jp
itou159@dl.dai-ichi-life.co.jp
iwashina037@dl.dai-ichi-life.co.jp
jumezu@dl.dai-ichi-life.co.jp
juntate@dl.dai-ichi-life.co.jp
jyoshii@dl.dai-ichi-life.co.jp
katayori@dl.dai-ichi-life.co.jp
katou580@dl.dai-ichi-life.co.jp
katsukura@dl.dai-ichi-life.co.jp
kenichi@dl.dai-ichi-life.co.jp
kikuta@dl.dai-ichi-life.co.jp
kin833@dl.dai-ichi-life.co.jp
kmaki@dl.dai-ichi-life.co.jp
knaka@dl.dai-ichi-life.co.jp
kohashi@dl.dai-ichi-life.co.jp
kontani@dl.dai-ichi-life.co.jp
kubo4616@dl.dai-ichi-life.co.jp
kujira@dl.dai-ichi-life.co.jp

## Company & Corresponding Email Addresses

kunihiro@dl.dai-ichi-life.co.jp
kuno@hby.dai-ichi-life.co.jp
kurot@dl.dai-ichi-life.co.jp
mahara@dl.dai-ichi-life.co.jp
mankatsu@dl.dai-ichi-life.co.jp
masamura@dl.dai-ichi-life.co.jp
matsumoto886@dl.dai-ichi-life.co.jp
minoura279@dl.dai-ichi-life.co.jp
miyama176@dl.dai-ichi-life.co.jp
miyauchi837@dl.dai-ichi-life.co.jp
mizukami@dl.dai-ichi-life.co.jp
mizunami@dl.dai-ichi-life.co.jp
morikami@dl.dai-ichi-life.co.jp
mtsuchi@dl.dai-ichi-life.co.jp
myama@dl.dai-ichi-life.co.jp
naizawa@dl.dai-ichi-life.co.jp
naka@dl.dai-ichi-life.co.jp
nakami2@dl.dai-ichi-life.co.jp
nakane889@dl.dai-ichi-life.co.jp
nakao994@dl.dai-ichi-life.co.jp
nanbu721@dl.dai-ichi-life.co.jp
narikiyo@dl.dai-ichi-life.co.jp
nishio462@dl.dai-ichi-life.co.jp
nkkawa@dl.dai-ichi-life.co.jp
nmatsuda@dl.dai-ichi-life.co.jp
nomura147@dl.dai-ichi-life.co.jp
ochida@dl.dai-ichi-life.co.jp
oguchi381@dl.dai-ichi-life.co.jp
okamotoi@dl.dai-ichi-life.co.jp
okazaki658@dl.dai-ichi-life.co.jp
okuyama933@dl.dai-ichi-life.co.jp
omasashi@dl.dai-ichi-life.co.jp
ootake@dl.dai-ichi-life.co.jp
otsuki@dl.dai-ichi-life.co.jp
rie0429@dl.dai-ichi-life.co.jp
risaueda@dl.dai-ichi-life.co.jp
riyuu824@dl.dai-ichi-life.co.jp
rmiki@dl.dai-ichi-life.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
sabe@dl.dai-ichi-life.co.jp
saka@dl.dai-ichi-life.co.jp
sakamoto723@dl.dai-ichi-life.co.jp
satokazu@dl.dai-ichi-life.co.jp
satou962@dl.dai-ichi-life.co.jp
shi766@dl.dai-ichi-life.co.jp
shigemoto054@dl.dai-ichi-life.co.jp
shimizu@dl.dai-ichi-life.co.jp
shinichi@dl.dai-ichi-life.co.jp
shinna@dl.dai-ichi-life.co.jp
skuro@dl.dai-ichi-life.co.jp
soda@dl.dai-ichi-life.co.jp
sogabe@dl.dai-ichi-life.co.jp
ssaeki@hby.dai-ichi-life.co.jp

## Company & Corresponding Email Addresses

ssuzuki@dl.dai-ichi-life.co.jp
sudo@dl.dai-ichi-life.co.jp
sugauchi@dl.dai-ichi-life.co.jp
sugizaki@dl.dai-ichi-life.co.jp
sumitani@dl.dai-ichi-life.co.jp
suzuka@dl.dai-ichi-life.co.jp
takayama@dl.dai-ichi-life.co.jp
takayama656@dl.dai-ichi-life.co.jp
taketomi@dl.dai-ichi-life.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeyuki@dl.dai-ichi-life.co.jp
tasano@dl.dai-ichi-life.co.jp
tateishi@hby.dai-ichi-life.co.jp
tatsuno@dl.dai-ichi-life.co.jp
tatsuya@dl.dai-ichi-life.co.jp
tfuruya@dl.dai-ichi-life.co.jp
tg@dl.dai-ichi-life.co.jp
thara@dl.dai-ichi-life.co.jp
thiguchi@dl.dai-ichi-life.co.jp
tkoba@dl.dai-ichi-life.co.jp
tkono@dl.dai-ichi-life.co.jp
toda@dl.dai-ichi-life.co.jp
tono@dl.dai-ichi-life.co.jp
tonosima@dl.dai-ichi-life.co.jp
tsuda111@dl.dai-ichi-life.co.jp
tsuna@dl.dai-ichi-life.co.jp
tsuyuki@hby.dai-ichi-life.co.jp
uchida226@dl.dai-ichi-life.co.jp
udou@dl.dai-ichi-life.co.jp
uehira974@dl.dai-ichi-life.co.jp
ueshiman@dl.dai-ichi-life.co.jp
watayasu@dl.dai-ichi-life.co.jp
yagura663@dl.dai-ichi-life.co.jp
yamada316@dl.dai-ichi-life.co.jp
yamadat@dl.dai-ichi-life.co.jp
yamashit@dl.dai-ichi-life.co.jp
yarita@dl.dai-ichi-life.co.jp
yashima@dl.dai-ichi-life.co.jp
yasushia@dl.dai-ichi-life.co.jp
yatsuhashi686@dl.dai-ichi-life.co.jp
yhirai@dl.dai-ichi-life.co.jp
ykunii@dl.dai-ichi-life.co.jp
ymiyata@dl.dai-ichi-life.co.jp
ynakada@dl.dai-ichi-life.co.jp
ynoburu@dl.dai-ichi-life.co.jp
yokoyama@dl.dai-ichi-life.co.jp
yoshito@dl.dai-ichi-life.co.jp
yosikazu@dl.dai-ichi-life.co.jp
yuarima@dl.dai-ichi-life.co.jp
yuka1979@dl.dai-ichi-life.co.jp
yukok@dl.dai-ichi-life.co.jp
yyamada@dl.dai-ichi-life.co.jp
zama@dl.dai-ichi-life.co.jp

**dai-ichi-lilfe**

**Company & Corresponding Email Addresses**

makino@dl.dai-ichi-lilfe.co.jp

**daiichipharm**

miyagk88@daiichipharm.co.jp

**daiichisankyo**

harada.michiko.hn@daiichisankyo.co.jp
kondo.shigemichi.a2@daiichisankyo.co.jp

**daimlerchrysler**

dgv@daimlerchrysler.com
dlh12@daimlerchrysler.com
jtj3@daimlerchrysler.com
mrf8@daimlerchrysler.com

**daishi-bank**

g157001@daishi-bank.jp
g157002@daishi-bank.jp
g157004@daishi-bank.jp
g811004@daishi-bank.jp
g811006@daishi-bank.jp

**daiwa**

fumihiko.takahashi@daiwa.co.jp
hajime.sato@daiwa.co.jp
shinya.ota@daiwa.co.jp

**daiwa-am**

akakura@daiwa-am.co.jp
akutsu.k@daiwa-am.co.jp
arai.m@daiwa-am.co.jp
araiso@daiwa-am.co.jp
britneylee@daiwa-am.com.hk
chiba@daiwa-am.co.jp
chida.h@daiwa-am.com.hk
dannylai@daiwa-am.com.hk
demura@daiwa-am.co.jp
eguchi@daiwa-am.co.jp
fujii.h@daiwa-am.co.jp
fujimoto.t@daiwa-am.co.jp
fujioka.k@daiwa-am.co.jp
fujiwara@daiwa-am.co.jp
fumei@daiwa-am.co.jp
furukawa@daiwa-am.co.jp
hamada@daiwa-am.co.jp
harada.k@daiwa-am.co.jp
hasegawa@daiwa-am.co.jp
hasenaka.n@daiwa-am.co.jp
hashiguchi@daiwa-am.co.jp
hashimoto.a@daiwa-am.co.jp
hatano.h@daiwa-am.co.jp
hatano.m@daiwa-am.co.jp
hattori.t@daiwa-am.co.jp
hayashi.k@daiwa-am.co.jp
hideo_hasegawa@daiwa-am.co.jp
hirai@daiwa-am.co.jp
hizuka@daiwa-am.co.jp
hokao@daiwa-am.co.jp
hori@daiwa-am.co.jp
horiuchi.t@daiwa-am.co.jp

**Company & Corresponding Email Addresses**

hoshi@daiwa-am.co.jp
hotchi@daiwa-am.co.jp
hotchi@daiwa-am.cp.jp
igarashi@daiwa-am.co.jp
imachi.m@daiwa-am.co.jp
inatomi@daiwa-am.co.jp
ishimaru@daiwa-am.co.jp
ito.h@daiwa-am.co.jp
ito.m@daiwa-am.co.jp
iwabuchi.r@daiwa-am.co.jp
iwasaki.h@daiwa-am.co.jp
iwasaki.o@daiwa-am.co.jp
iwata@daiwa-am.co.jp
jennyszeto@daiwa-am.com.hk
jogo@daiwa-am.co.jp
johnkoh@daiwa-am.com.hk
kado@daiwa-am.co.jp
kadokura@daiwa-am.co.jp
kamimura.y@daiwa-am.co.jp
kamino@daiwa-am.co.jp
kanai@daiwa-am.co.jp
karasawa@daiwa-am.co.jp
katagiri.y@daiwa-am.co.jp
kawamoto.t@daiwa-am.co.jp
kawasaki.k@daiwa-am.co.jp
kawase@daiwa-am.co.jp
kawata.s@daiwa-am.co.jp
kawazu@daiwa-am.co.jp
kentan@daiwa-am.com.sg
kikuchi.k@daiwa-am.co.jp
kira@daiwa-am.co.jp
kishikawa@daiwa-am.co.jp
kitahara@daiwa-am.co.jp
kobayashi.a@daiwa-am.co.jp
kobayashi.k@daiwa-am.co.jp
komiya@daiwa-am.co.jp
komura@daiwa-am.co.jp
kotera@daiwa-am.co.jp
kounishi@daiwa-am.co.jp
koushasai@daiwa-am.co.jp
kubo@daiwa-am.co.jp
kumagai.y@daiwa-am.co.jp
kumahara@daiwa-am.co.jp
kurihara.h@daiwa-am.co.jp
kurita@daiwa-am.co.jp
kuroki.a@daiwa-am.co.jp
kuroki@daiwa-am.co.jp
linda-liu@daiwa-am.com.hk
masuzawa@daiwa-am.co.jp
matsuba@daiwa-am.co.jp
matsubara@daiwa-am.co.jp
matsuda.c@daiwa-am.co.jp
matsuda@daiwa-am.co.jp
matsui.s@daiwa-am.co.jp

## Company & Corresponding Email Addresses

matsumoto.j@daiwa-am.co.jp
matsumoto.ju@daiwa-am.co.jp
matsunaga@daiwa-am.co.jp
matsuoka.n@daiwa-am.co.jp
matsuzaki@daiwa-am.co.jp
michaelwan@daiwa-am.com.hk
mino@daiwa-am.co.jp
mitsui@daiwa-am.co.jp
mizobuchi@daiwa-am.co.jp
monachung@daiwa-am.com.hk
mori.e@daiwa-am.co.jp
mori.k@daiwa-am.co.jp
mori.y@daiwa-am.co.jp
morioka@daiwa-am.co.jp
nagai.k@daiwa-am.co.jp
nagano@daiwa-am.co.jp
nagao@daiwa-am.co.jp
nakaaze@daiwa-am.co.jp
nakagawa.m@daiwa-am.co.jp
nakasho.i@daiwa-am.co.jp
nakatani@daiwa-am.co.jp
narita.y@daiwa-am.co.jp
niki.d@daiwa-am.co.jp
nishimoto@daiwa-am.co.jp
nitanai@daiwa-am.co.jp
nitta.r@daiwa-am.co.jp
nunomura@daiwa-am.co.jp
oe@daiwa-am.co.jp
ohhata@daiwa-am.co.jp
ohwada@daiwa-am.co.jp
okada.m@daiwa-am.co.jp
okamoto@daiwa-am.co.jp
okano.y@daiwa-am.co.jp
okazaki@daiwa-am.co.jp
oki.s@daiwa-am.co.jp
omata@daiwa-am.co.jp
onishi@daiwa-am.co.jp
ozaki.m@daiwa-am.co.jp
paul.chew@daiwa-am.com.sg
saito.shigeru@daiwa-am.co.jp
sakae@daiwa-am.co.jp
sakamoto@daiwa-am.co.jp
sakata@daiwa-am.co.jp
sakurai@daiwa-am.co.jp
sasa@daiwa-am.co.jp
sasaki.k@daiwa-am.co.jp
sballal@daiwa-am.com.sg
seki.y@daiwa-am.co.jp
sharda@daiwa-am.com.sg
shibata.s@daiwa-am.co.jp
shima.m@daiwa-am.co.jp
shimada.y@daiwa-am.co.jp
shinsa@daiwa-am.co.jp
shiomi.s@daiwa-am.co.jp

**Company & Corresponding Email Addresses**

shiroo.k@daiwa-am.co.jp
sou.s@daiwa-am.co.jp
sugimoto.t@daiwa-am.co.jp
suzuki.hide@daiwa-am.co.jp
suzuki.s@daiwa-am.co.jp
tada@daiwa-am.co.jp
taguchi@daiwa-am.co.jp
tahara@daiwa-am.com.hk
takahashi.t@daiwa-am.co.jp
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takao@daiwa-am.co.jp
takaoka@daiwa-am.co.jp
takayama@daiwa-am.co.jp
takebayashi@daiwa-am.co.jp
tanaka.j@daiwa-am.co.jp
tane@daiwa-am.co.jp
taniguchi@daiwa-am.co.jp
tanou@daiwa-am.co.jp
terada.m@daiwa-am.co.jp
terashima@daiwa-am.co.jp
togashi@daiwa-am.co.jp
tokuhara.m@daiwa-am.co.jp
tone@daiwa-am.co.jp
tsuchiya@daiwa-am.co.jp
tsuno.h@daiwa-am.co.jp
uchida@daiwa-am.co.jp
uematsu@daiwa-am.co.jp
ueno.y@daiwa-am.co.jp
uesugi@daiwa-am.co.jp
uno@daiwa-am.co.jp
victortse@daiwa-am.com.hk
wada@daiwa-am.co.jp
watanabe.d@daiwa-am.co.jp
watanabe.kazu@daiwa-am.co.jp
watanabe.s@daiwa-am.co.jp
watanabe.w@daiwa-am.co.jp
watanabe.y@daiwa-am.co.jp
yamaguchi.h@daiwa-am.co.jp
yamaguchi@daiwa-am.co.jp
yamamoto.h@daiwa-am.co.jp
yamamoto.n@daiwa-am.co.jp
yamamoto.s@daiwa-am.co.jp
yamanoi@daiwa-am.co.jp
yao@daiwa-am.co.jp
yasui@daiwa-am.co.jp
yoden@daiwa-am.co.jp
yoneyama@daiwa-am.co.jp
yoshida.s@daiwa-am.co.jp
yoshihara@daiwa-am.co.jp
yoshimura.n@daiwa-am.co.jp

**daiwa-ny**

acampbell@daiwa-ny.com
chen@daiwa-ny.com

**Company & Corresponding Email Addresses**

chua@daiwa-ny.com
imai@daiwa-ny.com
matsumoto@daiwa-ny.com
mizobuchi@daiwa-ny.com
shi@daiwa-ny.com
thompson@daiwa-ny.com

**daiwasbi**

aikawa@daiwasbi.co.jp
ambchang@daiwasbi.com.hk
ando-y@daiwasbi.co.jp
anil@daiwasbi.com.sg
anthony.hart@daiwasbi.co.uk
ariga-mi@daiwasbi.co.jp
arikawa@daiwasbi.co.jp
asada@daiwasbi.co.jp
aso@daiwasbi.co.jp
churei@daiwasbi.co.jp
duncan.sanford@daiwasbi.co.uk
eisoda@daiwasbi.co.jp
fkurosawa@daiwasbi.co.jp
fujita@daiwasbi.co.jp
fujiwara-hi@daiwasbi.co.jp
fukuda-t@daiwasbi.co.jp
fukui@daiwasbi.co.jp
furuichi@daiwasbi.co.jp
hanao@daiwasbi.co.jp
harada-h@daiwasbi.co.jp
harie@daiwasbi.co.jp
hashino@daiwasbi.co.jp
hfujiwara@daiwasbi.co.jp
hiranaka@daiwasbi.co.jp
hmatsu@daiwasbi.co.jp
horie@daiwasbi.co.jp
hosaka-y@daiwasbi.co.jp
hyashiro@daiwasbi.co.jp
inaba@daiwasbi.co.jp
inoue-n@daiwasbi.co.jp
ishide@daiwasbi.co.jp
isono@daiwasbi.co.jp
ito-s@daiwasbi.co.jp
ito-ta@daiwasbi.co.jp
iwama@daiwasbi.co.jp
k_yamashita@daiwasbi.com.hk
kagiwada@daiwasbi.co.jp
kakinuma@daiwasbi.co.jp
kamano@daiwasbi.co.jp
kamei@daiwasbi.co.jp
kami@daiwasbi.co.jp
kanamori@daiwasbi.co.jp
kaneko-m@daiwasbi.co.jp
kaneoka@daiwasbi.co.jp
kasai@daiwasbi.co.jp
kashiwazaki@daiwasbi.co.jp
katayama@daiwasbi.co.jp

**Company & Corresponding Email Addresses**

kato@daiwasbi.co.jp
kawaberi@daiwasbi.co.jp
kawanobe@daiwasbi.co.jp
kawasaki@daiwasbi.co.jp
kenlau@daiwasbi.com.hk
kikezawa@daiwasbi.co.jp
kimishima@daiwasbi.co.jp
kimura@daiwasbi.co.jp
kinoshita@daiwasbi.co.jp
kito@daiwasbi.co.jp
knoguchi@daiwasbi.co.jp
kohashi-y@daiwasbi.co.jp
koizumi@daiwasbi.co.jp
ktakao@daiwasbi.co.jp
kubota@daiwasbi.co.jp
kuramoto@daiwasbi.co.jp
kurisaki@daiwasbi.co.jp
kuriyama@daiwasbi.co.jp
maejima@daiwasbi.co.jp
maekawa@daiwasbi.co.jp
masuda@daiwasbi.co.jp
matsumura-y@daiwasbi.co.jp
matsushita@daiwasbi.co.jp
mfujiwara@daiwasbi.co.jp
michaelmak@daiwasbi.com.hk
mizuno@daiwasbi.co.jp
mkamohara@daiwasbi.co.jp
mochinaga@daiwasbi.co.jp
mochizuki@daiwasbi.co.jp
mori-ka@daiwasbi.co.jp
mori-ko@daiwasbi.co.jp
mtakahashi@daiwasbi.com.hk
muramatsu@daiwasbi.co.jp
murata-k@daiwasbi.co.jp
nabeta@daiwasbi.co.jp
nagai@daiwasbi.co.jp
nagaishi@daiwasbi.co.jp
nagata@daiwasbi.co.jp
nakajima@daiwasbi.co.jp
nakamura@daiwasbi.co.jp
nakamura-t@daiwasbi.co.jp
nakamura-y@daiwasbi.co.jp
nakashima@daiwasbi.co.jp
nakata@daiwasbi.co.jp
nara@daiwasbi.co.jp
nigauri@daiwasbi.co.jp
nishimoto@daiwasbi.co.jp
nishimura@daiwasbi.co.jp
nishino@daiwasbi.co.jp
niwashita@daiwasbi.co.jp
oda-s@daiwasbi.co.jp
okabe-y@daiwasbi.co.jp
okada@daiwasbi.co.jp
okamura@daiwasbi.co.jp

**Company & Corresponding Email Addresses**

okoide@daiwasbi.co.jp
okuhara@daiwasbi.co.jp
omura@daiwasbi.co.jp
onakado@daiwasbi.co.jp
ozawa-a@daiwasbi.co.jp
philip.watkins@daiwasbi.co.jp
research@daiwasbi.co.jp
saito-s@daiwasbi.co.jp
sakurai@daiwasbi.co.jp
shibuya@daiwasbi.co.jp
shimizu-sa@daiwasbi.co.jp
shiraki@daiwasbi.co.jp
shoji-m@daiwasbi.co.jp
smonji@daiwasbi.co.jp
snakamura@daiwasbi.co.jp
sshimo@daiwasbi.co.jp
sshoji@daiwasbi.co.jp
sugimura@daiwasbi.co.jp
takahashi-ma@daiwasbi.co.jp
takahashi-to@daiwasbi.co.jp
takahashi-y@daiwasbi.co.jp
takahashi-ya@daiwasbi.co.jp
takano@daiwasbi.co.jp
takei@daiwasbi.co.jp
takeinoue@daiwasbi.co.jp
tamura@daiwasbi.co.jp
tanda@daiwasbi.co.jp
tange@daiwasbi.co.jp
taniuchi@daiwasbi.co.jp
tdoumen@daiwasbi.co.jp
terashima@daiwasbi.co.jp
tinomata@daiwasbi.co.jp
tokoro@daiwasbi.co.jp
tomimatsu@daiwasbi.co.jp
tomioka@daiwasbi.co.jp
tsuchiya@daiwasbi.co.jp
ttsuji@daiwasbi.co.jp
ueno@daiwasbi.co.jp
utsunomiya@daiwasbi.co.jp
watanabe@daiwasbi.co.jp
williammak@daiwasbi.com.hk
xxx@daiwasbi.co.jp
y_dezawa@daiwasbi.co.jp
yamada@daiwasbi.co.jp
yamamoto@daiwasbi.co.jp
yano@daiwasbi.co.jp
yokouchi@daiwasbi.co.jp
yoshida-h@daiwasbi.co.jp

**daiwasectab**

brian.kennedy@daiwasectab.ie
corinna.dixon@daiwasectab.ie
darragh.egan@daiwasectab.ie
dylan.waldron@daiwasectab.ie
edward.kelly@daiwasectab.ie

## Company & Corresponding Email Addresses

eimear.forde@daiwasectab.ie
jill.ocleary@daiwasectab.ie
johnathan.prest@daiwasectab.ie
peter.rogan@daiwasectab.ie
seonan.ward@daiwasectab.ie

### daiwasmbc

garry.dreher@daiwasmbc.co.uk
luis.muscatt@daiwasmbc.co.uk
nobuaki.omura@daiwasmbc.co.uk

### daiwausa

aleksandr.bayevskiy@daiwausa.com
anders.toftgaard@daiwausa.com
anibal.taymes@daiwausa.com
anthony.stewart@daiwausa.com
anthony.yong@daiwausa.com
ashok.brito@daiwausa.com
brendan.harney@daiwausa.com
carol.auguste@daiwausa.com
christopher.mcguire@daiwausa.com
christopher.nichol@daiwausa.com
connor.guinan@daiwausa.com
dave.jacobus@daiwausa.com
david.bialer@daiwausa.com
david.parks@daiwausa.com
dawn.murray@daiwausa.com
dennis.manelski@daiwausa.com
edmund.towers@daiwausa.com
elliott.solomon@daiwausa.com
frank.bambace@daiwausa.com
frank.conti@daiwausa.com
gabriel.ng@daiwausa.com
gary.linn@daiwausa.com
hasmet.akgun@daiwausa.com
hayatullah.sadiq@daiwausa.com
inessa.grinn@daiwausa.com
jack.weiner@daiwausa.com
james.denton@daiwausa.com
john.belbol@daiwausa.com
john.perlmutter@daiwausa.com
john.soper@daiwausa.com
john.wong@daiwausa.com
joni.jones@daiwausa.com
joseph.saberito@daiwausa.com
karthik.murali@daiwausa.com
katsumi.iwase@daiwausa.com
kenichi.ueda@daiwausa.com
kent.shibata@daiwausa.com
kevin.mcgrath@daiwausa.com
luis.nieves@daiwausa.com
mai.kitakaze@daiwausa.com
michelle.harlan@daiwausa.com
michelle.smith@daiwausa.com
neal.brauweiler@daiwausa.com
nicholas.diolosa@daiwausa.com

## Company & Corresponding Email Addresses

nick.nubino@daiwausa.com
richard.esterly@daiwausa.com
roger.wong@daiwausa.com
roman.frenkel@daiwausa.com
salvatore.difrancesco@daiwausa.com
samir.patel@daiwausa.com
sergio.leon@daiwausa.com
srihari.angara@daiwausa.com
steven.burke@daiwausa.com
takayuki.sawano@daiwausa.com
thomas.skrapits@daiwausa.com
thomas.spiegel@daiwausa.com
timothy.deegan@daiwausa.com
tom.pantelleria@daiwausa.com
toru.yamamoto@daiwausa.com
william.dickesheid@daiwausa.com
william.gonser@daiwausa.com
yash.misra@daiwausa.com

**dalmine**
rpa@dalmine.it

**dalmineenergie**
stefania.dimauro@dalmineenergie.it
stefano.pedrini@dalmineenergie.it

**dam**
udo.goebel@dam.lu

**damel**
gregor.smith@damel.co.uk
joe.kaemper@damel.co.uk
masahide.ito@damel.co.uk
michael.hosken@damel.co.uk
misaki.kelly@damel.co.uk
misaki.shida@damel.co.uk
oskar.stachowiak@damel.co.uk
paul.lockey@damel.co.uk
simon.kirton@damel.co.uk
tadayuki.ozaki@damel.co.uk

**dana**
droberts@dana.com

**danainvestment**
david@danainvestment.com
joe@danainvestment.com
mark@danainvestment.com
mikeh@danainvestment.com
robl@danainvestment.com

**danamon**
andytha.soemitro@danamon.co.id

**danicapension**
abri@danicapension.dk
jale@danicapension.dk

**danieli**
a.zampa@danieli.it
c.borghese@danieli.it
m.battistella@danieli.it
m.mian@danieli.it

## Company & Corresponding Email Addresses

r.grosso@danieli.it

### danske

harg@us.danske.com
peter.herrlin@uk.danske.com

### danskebank

abg@danskebank.dk
abre@uk.danskebank.com
aher@danskebank.dk
anco@danskebank.dk
andi@uk.danskebank.com
andreas.kronblad@danskebank.se
andsv@danskebank.dk
andth@uk.danskebank.com
anl@danskebank.dk
asuj@danskebank.com
ayo@danskebank.dk
b.hy@danskebank.dk
bjst@danskebank.dk
c.heckmann@danskebank.dk
cafi@danskebank.dk
cape@danskebank.dk
carol.powell@uk.danskebank.com
cb@danskebank.dk
cho@danskebank.dk
christian.kirk@lu.danskebank.com
christian.myhre@danskebank.com
chve@danskebank.dk
claus.boje@danskebank.dk
clausb@danskebank.dk
daki@uk.danskebank.com
dan.jexin@danskebank.se
david.allen@uk.danskebank.com
elim@danskebank.dk
elisabeth.andreew@danskebank.dk
flemming.nielsen@danskebank.dk
flml@uk.danskebank.com
franj@danskebank.dk
gms@uk.danskebank.com
hans.obel@danskebank.dk
heikki.ruoppa@danskebank.com
hennie@danskebank.dk
henrik.hoffmann@uk.danskebank.com
henrik.normann@danskebank.dk
hphu@danskebank.dk
hscha@danskebank.dk
hvan@danskebank.dk
ian.rosenthal@uk.danskebank.com
ibej@danskebank.dk
jacla@danskebank.dk
jacques.skovgaard@danskebank.dk
jakbe@danskebank.dk
jakob.norgaard@danskebank.dk
jan.vedersoe@danskebank.dk
jeca@danskebank.dk

**Company & Corresponding Email Addresses**

jepete@danskebank.dk
jerf@uk.danskebank.com
jesp@danskebank.dk
jesper.hansen@danskebank.dk
jfj@danskebank.dk
jj@danskebank.dk
jmo@danskebank.dk
joakim.gaverstrom@danskebank.se
jobru@us.danskebank.com
johb@uk.danskebank.com
john.l.nielsen@lu.danskebank.com
jp.darque@uk.danskebank.com
jrha@danskebank.dk
jrp@danskebank.dk
jsch@danskebank.dk
jspi@uk.danskebank.com
jste@us.danskebank.com
jtor@danskebank.dk
juho.tiri@danskebank.com
karsten.knudsen@danskebank.dk
kely@danskebank.dk
kim.berman@danskebank.dk
kmd@us.danskebank.com
knm@danskebank.dk
kokf@danskebank.dk
lars.norup@danskebank.dk
latr@danskebank.dk
laube@danskebank.dk
lbu@danskebank.dk
lfos@danskebank.dk
lgu@danskebank.dk
lma@danskebank.dk
mads.jacobsen@danskebank.dk
maxp@danskebank.dk
mbil@uk.danskebank.com
mcg@danskebank.dk
mfal@danskebank.dk
mg@danskebank.dk
mgot@danskebank.dk
mgr@danskebank.dk
mgy@danskebank.dk
micail.johansson@danskebank.dk
mikael.nyqvist@danskebank.se
mipa@danskebank.dk
mlind@danskebank.dk
mmot@danskebank.dk
mmu@danskebank.dk
mpla@danskebank.com
naah@danskebank.dk
nbje@uk.danskebank.com
ne@danskebank.dk
nicla@danskebank.dk
nka@danskebank.dk
nsnd@danskebank.dk

## Company & Corresponding Email Addresses

olar@danskebank.dk
ole.christensen@danskebank.dk
ole.skov@lu.danskebank.com
one@us.danskebank.com
pa@danskebank.dk
peh@danskebank.dk
pehu@uk.danskebank.com
per.asbjorn.nielsen@danskebank.dk
per.hoegh@danskebank.dk
per.regnarsson@uk.danskebank.com
perttu.tuomi@danskebank.com
peter.preisler@lu.danskebank.com
prasm@danskebank.dk
preben.rosenberg@danskebank.dk
ps@danskebank.dk
rahe@danskebank.dk
rg@us.danskebank.com
richard.griffiths@uk.danskebank.com
ronald.bullock@danskebank.de
roni.gani@danskebank.se
ruhe@uk.danskebank.com
samir.charif@danskebank.dk
sander.fynboe@uk.danskebank.com
sani@us.danskebank.com
sanne.sylvest@danskebank.dk
sedm@uk.danskebank.com
siho@uk.danskebank.com
srand@danskebank.dk
srnie@danskebank.dk
steen.blaafalk@danskebank.dk
stjae@danskebank.dk
sujr@danskebank.dk
taru.kosonen@danskebank.com
thjr@danskebank.dk
thomas.lonnerstam@danskebank.com
tiki@uk.danskebank.com
tman@danskebank.dk
tomi.einesalo@danskebank.com
twh@danskebank.com
ubr@danskebank.lu
ulla.hoyer@danskebank.dk
wiveka.burvall@danskebank.se

## danskecapital

allan.moller@danskecapital.com
athi@danskecapital.com
bebr@danskecapital.com
bgje@danskecapital.com
cci@danskecapital.com
erre@danskecapital.com
ffa@danskecapital.com
hjg@danskecapital.com
jah@danskecapital.com
jenla@danskecapital.com
jens.moos@danskecapital.com

## Company & Corresponding Email Addresses

joei@danskecapital.com
jsr@danskecapital.com
kholm@danskecapital.com
kimth@danskecapital.com
lam@danskecapital.com
lard@danskecapital.com
maco@danskecapital.com
marti@danskecapital.com
miek@danskecapital.com
mihee@danskecapital.com
mikla@danskecapital.com
moch@danskecapital.com
mohp@danskecapital.com
nihan@danskecapital.com
pch@danskecapital.com
thb@danskecapital.com
thsc@danskecapital.com
ufr@danskecapital.com
ull@danskecapital.com
ville.rouvila@danskecapital.fi

**danskeinvest**
thet@danskeinvest.com

**danskesecurities**
cth@danskesecurities.com
janepia.andersen@danskesecurities.com

**danzas**
roland.goetz@danzas.com

**dartmouth**
alexander.felix@dartmouth.edu
alexander.j.cook@dartmouth.edu
alexander.t.martinian@dartmouth.edu
andrew.e.dete@dartmouth.edu
aneesa.agha@dartmouth.edu
anh.b.le@dartmouth.edu
anne.esler@dartmouth.edu
annie.rittgers@dartmouth.edu
aravind.reddy@dartmouth.edu
ashley.e.perkins@dartmouth.edu
aurelien.pichon@tuck.dartmouth.edu
avnish@dartmouth.edu
berk.ozturk@dartmouth.edu
blair.a.randall@dartmouth.edu
brendan.j.hart@dartmouth.edu
brian.a.smith@dartmouth.edu
bruce.i.sacerdote@dartmouth.edu
bzm@dartmouth.edu
carter.s.gray@dartmouth.edu
catharina.zuber@tuck.dartmouth.edu
cathy.wu@dartmouth.edu
cc9@dartmouth.edu
charles.a.quincy@dartmouth.edu
charles.a.toye@tuck.dartmouth.edu
chelsea.jia@dartmouth.edu
chetan.mehta@dartmouth.edu

**Company & Corresponding Email Addresses**

christian.d.steuart@dartmouth.edu
christina.tjahjana@dartmouth.edu
christine.souffrant@dartmouth.edu
colyn@dartmouth.edu
daniel.gomez.09@dartmouth.edu
daniel.j.egan@dartmouth.edu
daniel.t.lynch@dartmouth.edu
david.c.ong@dartmouth.edu
david.gong@dartmouth.edu
david.h.russ@dartmouth.edu
ebm@dartmouth.edu
edise.g.schmitz@dartmouth.edu
elizabeth.a.wai@dartmouth.edu
elva.l.fan@dartmouth.edu
eng.han.ng@dartmouth.edu
eric.a.crawford@dartmouth.edu
erica.r.hoffmaster@dartmouth.edu
esther.ha@dartmouth.edu
fernando.orta@dartmouth.edu
fred.wainwright@tuck.dartmouth.edu
gregg.m.rubin@dartmouth.edu
hanna.bobyk@dartmouth.edu
harrison.j.davies@dartmouth.edu
hinerleamons@dartmouth.edu
hing.cheng@dartmouth.edu
inna.etinberg@dartmouth.edu
isabel.t.curatolo@dartmouth.edu
jack.m.mcneily@dartmouth.edu
james.r.fries@dartmouth.edu
jemma.cho@dartmouth.edu
jerry.guo@dartmouth.edu
jimmy.ren@dartmouth.edu
jin.yan@dartmouth.edu
joey@dartmouth.edu
joseph.h.huston@dartmouth.edu
julio.o.gil@dartmouth.edu
justin.griggs@tuck.dartmouth.edu
kaitlyn.j.sheehan@dartmouth.edu
kalyan.kuchimanchi@dartmouth.edu
karen.l.sluzenski@dartmouth.edu
karin.s.thorburn@tuck.dartmouth.edu
katerina.v.simons@dartmouth.edu
kayte@dartmouth.edu
kelsey.a.byrne@dartmouth.edu
kent.l.womack@tuck.dartmouth.edu
ki.s.jung@dartmouth.edu
kimberly.c.harris@dartmouth.edu
l.kendrick.li@dartmouth.edu
lei.qi@dartmouth.edu
lily.he@dartmouth.edu
lokesh.bidhan@tuck.dartmouth.edu
long.sha@dartmouth.edu
mahesh.murarka@tuck.dartmouth.edu
mark.mounts@dartmouth.edu

## Company & Corresponding Email Addresses

mezae@dartmouth.edu
mgelb@dartmouth.edu
michael.belinsky@dartmouth.edu
michael.parker@tuck.dartmouth.edu
mitchell.d.mcintyre@dartmouth.edu
muhammad.s.elatab@dartmouth.edu
nate.servis@dartmouth.edu
peter.chau@dartmouth.edu
prabhav.rakhra@dartmouth.edu
ramesh.karpagavinayagam@tuck.dartmouth.edu
rer09@dartmouth.edu
rfh@dartmouth.edu
richard.cummings@dartmouth.edu
richard.j.rogalski@tuck.dartmouth.edu
richard.w.berger@dartmouth.edu
richard.w.sunderland.iii@dartmouth.edu
rubin.srimal@dartmouth.edu
rufaro.makanda@dartmouth.edu
rxn@dartmouth.edu
ryan.h.yuk@dartmouth.edu
ryan.w.j.choi@dartmouth.edu
samuel.e.belk@dartmouth.edu
sbucky@dartmouth.edu
shivam.rajdev@tuck.dartmouth.edu
siddhartha.s.panda@tuck.dartmouth.edu
spr@dartmouth.edu
stan.pyc@dartmouth.edu
steve.pan@dartmouth.edu
tarang.agarwal@dartmouth.edu
thomas.b.sheridan@dartmouth.edu
tiffany.w.tai@dartmouth.edu
ting.cui@dartmouth.edu
tyler.a.young@dartmouth.edu
valentin.yanev@dartmouth.edu
vivienne.zhao@dartmouth.edu
vlad.d.dobru@dartmouth.edu
w.y.andrea.choi@dartmouth.edu
yan.fan@dartmouth.edu
yi.nok.chan@dartmouth.edu
yvonne.l.pop@dartmouth.edu
zachary.z.lim@dartmouth.edu
zc@dartmouth.edu
zhe.liu@dartmouth.edu
zhebin.qian@dartmouth.edu

### dasny
ksees@dasny.org

### dassault
jean-francois.laudet@dassault.fr

### dassault-aviation
alain.girardeau-montaut@dassault-aviation.fr
brigitte.legrand@dassault-aviation.fr
jean.touyet@dassault-aviation.fr

### davenportllc
bgiles@davenportllc.com

**Company & Corresponding Email Addresses**

dadams@davenportllc.com
dcampbell@davenportllc.com
djohnstone@davenportllc.com
dmclamb@davenportllc.com
dwest@davenportllc.com
gallen@davenportllc.com
jackerly@davenportllc.com
jbailey@davenportllc.com
kreece@davenportllc.com
mlevin@davenportllc.com
ndeal@davenportllc.com

**daviscapitalpartners**

lanse@daviscapitalpartners.com

**davisham**

jsarff@davisham.com

**davy**

alan.guy@davy.ie
barbara.turley@davy.ie
donal.omahony@davy.ie
fran.oconnor@davy.ie
john.gleeson@davy.ie
matt.fitzpatrick@davy.ie
michelle.okeefe@davy.ie
paul.fogarty@davy.ie
paul.giblin@davy.ie
roc.mehigan@davy.ie
stephen.church@davy.ie
tony.morley@davy.ie

**db**

abdoulaye.thiam@db.com
abha.shakya@db.com
abhijit.sahay@db.com
abhiroop.lal@db.com
adam.gelder@db.com
adam.lucuk@db.com
adam.seitchik@db.com
adrian.daniel@db.com
adrian.schmidt@db.com
afraz.ahmed@db.com
ahmet.temuer@db.com
aimad.taleb@db.com
aisling.twomey@db.com
ajinder.banns@db.com
akira.tsuboi@db.com
alae.chouaibi@db.com
alessandro.amari@db.com
alessandro.rovelli@db.com
alex.graham@db.com
alex.grinberg@db.com
alex.wagner@db.com
alexa.digiorgio@db.com
alexander.cellarius@db.com
alexander.f.lepinsky@db.com
alexander.kraft@db.com

## Company & Corresponding Email Addresses

alexander.nagel@db.com
alexander.preininger@db.com
alexander.trentin@db.com
alexandra.downing@db.com
alexandre.lalot@db.com
alexis.tsatsaris@db.com
alice.acaron@db.com
aline.thiel@db.com
alistair.ling@db.com
allison.salas@db.com
alvin.burgos@db.com
alwyn-r.silva@db.com
amanda.m.cahill@db.com
amelia.l.mendoza@db.com
amin.qazi@db.com
amir.gharagozlou@db.com
amir.oveissi@db.com
amit.jain@db.com
amy.carratt@db.com
amy.hamma@db.com
amy.l.stewart@db.com
amy.ravindran@db.com
ana.martin-de-sta-olalla@db.com
anabel.francos@db.com
anastasia.beliak@db.com
anastasios.astyfidis@db.com
anatoly.nakum@db.com
andre.crawford-brunt@db.com
andrea.long@db.com
andrea.mottarelli@db.com
andreas.boeger@db.com
andreas.burhoi@db.com
andreas.chwalek@db.com
andreas.denger@db.com
andreas.doerrenhaus@db.com
andreas.duerkes@db.com
andreas.koukorinis@db.com
andreas.wendelken@db.com
andrew.brodie@db.com
andrew.johnston@db.com
andrew.maschhoff@db.com
andrew.ness@db.com
andrew.pratt@db.com
andrew.rand@db.com
andrew.tusa@db.com
andrew-gcd.smith@db.com
andy.taylor@db.com
angela.conti@db.com
angie.salam@db.com
anh.h.parisi@db.com
anita.mucha@db.com
anita.ramnarain@db.com
anita.springer@db.com
anja.beschorner@db.com

## Company & Corresponding Email Addresses

anna.wallentin@db.com
anne.aguilar@db.com
anne-claire.petit@db.com
annett.wiedemann@db.com
annette.klein@db.com
annette.lebaron@db.com
annmarie.ryan@db.com
anthony.burrell@db.com
anthony.corbett@db.com
anthony.creighton@db.com
anthony.luu@db.com
anthony.santostefano@db.com
anthony.vanimpe@db.com
antje.braun@db.com
antoaneta.zaharieva@db.com
antonio.catanese@db.com
arie.boleslawski@db.com
armin.schmalz@db.com
arnim.holzer@db.com
arno.puskar@db.com
art.lauer@db.com
asad.mawjee@db.com
ashton.goodfield@db.com
aswini.anand@db.com
atsuo.yoshino@db.com
augustine.claudio@db.com
austin.mayberry@db.com
awatif.galdass@db.com
azeem.akhtar@db.com
barbara.portenkirchner@db.com
barry.friedson@db.com
bart.grenier@db.com
barton.holl@db.com
beat.widmer@db.com
beate.huge@db.com
beate.simon@db.com
becky.mammen@db.com
belinda.chow@db.com
ben.hollis@db.com
ben.woodcock@db.com
benjamin.baldwin@db.com
benjamin.hsu@db.com
benjamin.leveque@db.com
benjamin.lippke@db.com
benjamin.pace@db.com
benny.bruno@db.com
bernd.waizenhoefer@db.com
bernhard.freis@db.com
bernice.stein@db.com
bernie.ryan@db.com
bert.dhollander@db.com
betsy.smith@db.com
betty.wu@db.com
bhagwan.rajput@db.com

**Company & Corresponding Email Addresses**

bill.chepolis@db.com
bill.engmann@db.com
bill.shiebler@db.com
birgit.berg@db.com
bjoern.seemann@db.com
blair.ridley@db.com
blanton.neill@db.com
boaz.weinstein@db.com
bobby.aulak@db.com
brad.berberian@db.com
brad.dyslin@db.com
brad.eilert@db.com
brad.perkins@db.com
brenda.rosin@db.com
brendan.carpenter@db.com
brendan.connaughton@db.com
brendan.oneill@db.com
brent.cook@db.com
brent.hixon@db.com
brent.merlis@db.com
brett.gorman@db.com
brett.nunziata@db.com
brian.firstman@db.com
brian.h.hellmann@db.com
brian.lantier@db.com
brian.mckeon@db.com
brian.navarro@db.com
brian.p.spellman@db.com
brian.rebello@db.com
brian.shiau@db.com
brian-c.oleary@db.com
bridget.fallon@db.com
brigitte.dutoit-cornet@db.com
brijesh.parmar@db.com
britta.weidenbach@db.com
brooke.kane@db.com
brown.ronald@db.com
bruce.alpern@db.com
bruce.dell@db.com
bruce.rodio@db.com
bryan.collings@db.com
bryan-j.ray@db.com
camas.hunter@db.com
carin.l.ganjon@db.com
carlo.pirzio-biroli@db.com
carol.franklin@db.com
carol.mills@db.com
carol.roe@db.com
caroline.altmann@db.com
cassie.barrett@db.com
catharine.peppiatt@db.com
catherine.chu@db.com
catherine.dick@db.com
catherine.e.napolitano@db.com

**Company & Corresponding Email Addresses**

catherine.m.oconnor@db.com
catherine.shaw@db.com
catherine.y.chen@db.com
cedric.vankerrebroeck@db.com
cesar.gomez@db.com
chander.bishnoi@db.com
charles.angelini@db.com
charles.ekins@db.com
charles.kohler@db.com
charles.wang@db.com
charles.wike@db.com
charlotte.masquelier@db.com
chien-chung.chen@db.com
chris.belknap@db.com
chris.fuchs@db.com
chris.lajaunie@db.com
chris.munshower@db.com
chris.pariseault@db.com
chris.whitaker@db.com
christa.fusco@db.com
christa.tarcea@db.com
christian.happ@db.com
christian.lecointe@db.com
christian.reiter@db.com
christian.sauter@db.com
christian.schiweck@db.com
christian.schulze@db.com
christian.schwehm@db.com
christian-b.adler@db.com
christiane.wenzel@db.com
christina.klein@db.com
christina.m.houk@db.com
christine.frank@db.com
christine.haddad@db.com
christine.niedtner@db.com
christine.pignon@db.com
christine.sharaf@db.com
christoph.klein@db.com
christophe.bernard@db.com
christopher.abel@db.com
christopher.burnham@db.com
christopher.k.carroll@db.com
christopher.koslowski@db.com
christopher.pariseault@db.com
christopher.parisi@db.com
christopher.park@db.com
christopher.rulewich@db.com
christopher.schoewe@db.com
chung-chui.wan@db.com
cindy.lorenzo@db.com
claire.benham@db.com
claire.leadbeater@db.com
claire.sowden@db.com
claire.wooldridge@db.com

**Company & Corresponding Email Addresses**

clare.flynn@db.com
clare.gray@db.com
clark.chang@db.com
claudia.bommersheim@db.com
claudia.friebertshaeuser@db.com
claudia.roering@db.com
claudio.irigoyen@db.com
claudio.rotundo@db.com
clemens.mueller@db.com
clive.dennis@db.com
clotilde.wang@db.com
colin.weatherup@db.com
colleen.cunniffe@db.com
connie.leear@db.com
connie.lee-ar@db.com
connie.leelar@db.com
cornelia.koellmann@db.com
costa.petrunoff@db.com
craig.deadman@db.com
craig.russell@db.com
craig.sulzburgh@db.com
c-steven.park@db.com
cynthia.bow@db.com
cynthia.corrigan@db.com
dagmar.baumer@db.con
damir.poje@db.com
dan.gold@db.com
dan.green@db.com
dan.manghirmalani@db.com
daniel.acevedo@db.com
daniel.barkan@db.com
daniel.escobar@db.com
daniel.hardt@db.com
daniel.holman@db.com
daniel.holtz@db.com
daniel.pietrzak@db.com
daniel.salter@db.com
daniel.sheppard@db.com
daniel.y.sohng@db.com
daniela.martin@db.com
danny-x.wang@db.com
danyelle.guyatt@db.com
daphne.adams@db.com
darlene.rasel@db.com
darren.adamchak@db.com
darren.curtis@db.com
darwei.kung@db.com
dave.barretta@db.com
david.a.johnson@db.com
david.a.mchugh@db.com
david.bate@db.com
david.berg@db.com
david.d.jumper@db.com
david.daum@db.com

## Company & Corresponding Email Addresses

david.f.hone@db.com
david.g.sandelovsky@db.com
david.gallers@db.com
david.gary@db.com
david.haysey@db.com
david.heape@db.com
david.j.ryan@db.com
david.k.moser@db.com
david.m.friedman@db.com
david.petch@db.com
david.rhydderch@db.com
david.rossmiller@db.com
david.stark@db.com
david.yu@db.com
david-a.lane@db.com
david-m.lane@db.com
david-mg.murphy@db.com
david-n.thomas@db.com
davina.rich@db.com
davina.walter@db.com
dawn.albano@db.com
dawn.underwood@db.com
dean.barber@db.com
dean.benner@db.com
dean.meddaugh@db.com
debbie.fleet@db.com
debbie.kavanagh@db.com
debbie.moses@db.com
deborah.j.jaffe@db.com
debra.chin@db.com
debra.hamilton@db.com
debra.jennings@db.com
delphine.dalu@db.com
denise.burton@db.com
denise.lindsay@db.com
dennis.haensel@db.com
desmond.kappaun@db.com
detlef.hempel@db.com
dhaneesh.kumbhani@db.com
dianne.heuser@db.com
dick.goers@db.com
dieter.warzecha@db.com
dietmar.hitzemann@db.com
dirk.aufderheide@db.com
dirk.bruckmann@db.com
dirk.filice@db.lu
dirk.hastenrath@db.com
dirk.junker@db.com
dirk.schiefer@db.com
don.deutsche@db.com
don.petrow@db.com
donna.marsella@db.com
dorthia.brown@db.com
doug.l.scipione@db.com

**Company & Corresponding Email Addresses**

douglas.nardi@db.com
dr-bob.froehlich@db.com
d-richard.smith@db.com
ed.gonzalez@db.com
edgar.rojas@db.com
eduard.keller@db.com
edward.aw@db.com
edward.barrett@db.com
edward.bliss@db.com
edward.chai@db.com
eileen.mckenna@db.com
eladio.martinez@db.com
elena.alvarez@db.com
elena.kostova@db.com
elizabeth.allan@db.com
elizabeth.b.walton@db.com
elizabeth.zieglmeier@db.com
elke.gruenewald@db.com
ellen.tesler@db.com
ellie.lynch@db.com
ellie_brennan@db.com
elliot.delgado@db.com
emelyne.uchiyama@db.com
emiko.sakai@db.com
emily.parker@db.com
emma.harding@db.com
emmanuel.morano@db.com
encarnacion.ramos@db.com
eng-hock.ong@db.com
enid.ellis@db.com
enrico.biglino@db.com
eric.de-sangues@db.com
eric.hinz@db.com
eric.kirsch@db.com
eric.lobben@db.com
eric.m.weinstein@db.com
eric.w.mchose@db.com
erick.sooy@db.com
erika.a.lawrence@db.com
erin.doyle@db.com
erin.st.john@db.com
ermes.caramaschi@db.com
ernest.maul@db.com
esmiralda.konyuchova@db.com
eugene.bidchenco@db.com
eugene.shuster@db.com
eva.m.rahmanides@db.com
fabian.degen@db.com
federico.hausler@db.com
felicia.richardson@db.com
felix.walther@db.com
feng.guo@db.com
fiona.badian@db.com
fiona.morrison@db.com

**Company & Corresponding Email Addresses**

firstname.surname@db.com
florian.tanzer@db.com
foster.j.mccoy@db.com
francis.maclean@db.com
frank.desharnais@db.com
frank.gambino@db.com
frank.kuemmet@db.com
frank.mcdonnell@db.com
frank.messina@db.com
frank.schwarz@db.com
franklin.leong@db.com
franziska-julia.loehmann@db.com
fraser.brown@db.com
fred.massey@db.com
fred.peemoller@db.com
frederic.de-benoist@db.com
friedrich-a.driftmann@db.com
gallahue@db.com
gary.r.pollack@db.com
gary.sullivan@db.com
gem.de.matas@db.com
gene.caponi@db.com
gene.chin@db.com
geoffrey.gibbs@db.com
georg.schuh@db.com
george.redfern@db.com
george.terizakis@db.com
george.wu@db.com
georgie.skillett@db.com
gerald.larr@db.com
gerald.morgan@db.com
gero.olbertz@db.com
gerold.koch@db.com
gerrit.rohleder@db.com
giuseppe.quadri@db.com
glenn.degenaars@db.com
glenn.koenig@db.com
goetz.haue@db.com
grace.ansani@db.com
grace.rutigliano@db.com
graham.ashby@db.com
graham.forster@db.com
graham.jefferson@db.com
graham.r.lamb@db.com
greg.croll@db.com
greg.fuss@db.com
greg.thompson@db.com
gregory.bilse@db.com
gregory.lewis@db.com
gregory.p.whitby@db.com
gregory.staples@db.com
gregory-s.adams@db.com
grigore.ciorchina@db.com
guenter.dieterich@db.com

## Company & Corresponding Email Addresses

gunnar.friede@db.com
gunther.schmigalle@db.com
guy.parent@db.com
gwest.saltonstall@db.com
hans.krajewski@db.com
harald.fuerst@db.com
hareesh.jayanthi@db.com
harold.holding@db.com
haroon.iqbal@db.com
harry.epstein@db.com
hayley.williams@db.com
heathcliffe.burrough@db.com
heike.vogeler@db.com
heiko.mayer@db.com
helen.aitchison@db.com
helen.archer@db.com
helen-x.wang@db.com
helmut.kaiser@db.com
henning.potstada@db.com
henry.kenner@db.com
herman.daley@db.com
herman.santiago@db.com
hilary.p.donegan@db.com
hiroaki.mohri@db.com
hiroshi.matsumoto@db.com
hisao.chida@db.com
hitoshi.nishiyama@db.com
holger.fitzke@db.com
holger.geissler@db.com
honyee.wu@db.com
horst.reichert@db.com
howard.breyerman@db.com
hubert.allemani@db.com
hugh.male@db.com
hugo.banziger@db.com
ian.am.clarke@db.com
ian.campbell-laing@db.com
ian.trundle@db.com
indexpet@db.com
inge-lise.mackaay@db.com
ingo.gefeke@db.com
ingo.kuerpick@db.com
ingo.molitor@db.com
inna.okounkova@db.com
inna_okounkova@db.com
irene.lisyansky@db.com
irina.valcheva@db.com
isabelle.brancart@db.com
ivan.capriello@db.com
ivo.westera@db.com
j≈rg.sittner@db.com
jack.zehner@db.com
jaga.bukowska@db.com
jagdip.gill@db.com

## Company & Corresponding Email Addresses

jaime.vieser@db.com
jaiwish.nolan@db.com
jake.sudbery@db.com
james.anglin@db.com
james.arnold@db.com
james.creighton@db.com
james.d.richard@db.com
james.darch@db.com
james.davidson@db.com
james.g.faunce@db.com
james.grady@db.com
james.grigg-euro@db.com
james.jordan@db.com
james.pulsford@db.com
james-db.henderson@db.com
james-mg.patterson@db.com
james-y.lee@db.com
jamie.a.baum@db.com
jamie.guenther@db.com
jamie.pratt@db.com
jamil.hamdan@db.com
jan.olsson@db.com
jan.treuren@db.com
jan.winnefeld@db.com
jan-christoph.breiter@db.com
jane.brown@db.com
jasmine.n.beharry@db.com
jason.collins@db.com
jason.l.babb@db.com
jason.regalado@db.com
jason.vassil@db.com
jay.nakahara@db.com
jean-michel.starck@db.com
jeanne.gribbin@db.com
jean-paul.paradis@db.com
jeff.polakow@db.com
jeff.reback@db.com
jeffrey.essam@db.com
jeffrey.pond@db.com
jeffrey.saeger@db.com
jen.piettsch@db.com
jeni.beet@db.com
jenni.hunter@db.com
jennifer.gaulrapp@db.com
jennifer.peters@db.com
jennifer.phillippe@db.com
jenny.r.waychoff@db.com
jeremy.hughes@db.com
ji.chung@db.com
jia.fu@db.com
jigisha.patel@db.com
jill.reisner@db.com
jim.francis@db.com
jin.chen@db.com

**Company & Corresponding Email Addresses**

joachim.klaehn@db.com
joachim.pflaumer@db.com
joan.anglione@db.com
joan.bonet@db.com
joan.malcolm@db.com
joann.barry@db.com
joanna.e.girardin@db.com
joanne-a.smith@db.com
joaquin-a.gonzalez@db.com
joe.benevento@db.com
joe.hall@db.com
joe.kowal@db.com
joe.wong@db.com
joel.karsch@db.com
joerg.breedveld@db.com
joerg.triesch@db.com
joergen.hartmann@db.com
joerg-peter.mueller@db.com
joern.felgendreher@db.com
joern.steuernagel@db.com
johann.p.hartmann@db.com
john.axtell@db.com
john.bethell@db.com
john.brennan@db.com
john.callaghan@db.com
john.cassedy@db.com
john.demastri@db.com
john.dibenedetto@db.com
john.domingues@db.com
john.duarte@db.com
john.estrada@db.com
john.hatch@db.com
john.heldman@db.com
john.kenyon@db.com
john.mariano@db.com
john.melvin@db.com
john.rebuth@db.com
john.stipanovich@db.com
john.taphorn@db.com
john.thierfelder@db.com
john.v.reilly@db.com
john-bosco.walsh@db.com
john-d.willis@db.com
john-e.ford@db.com
john-f.moody@db.com
jon.dwiar@db.com
jonathan.morford@db.com
jonathan.sweeney@db.com
jonathan.treat@db.com
jon-paul.viviani@db.com
jorg.wenzel@db.com
jorge.otero@db.com
josefa.llinares@db.com
joseph.axtell@db.com

**Company & Corresponding Email Addresses**

joseph.carvin@db.com
joseph.f.nevins@db.com
joseph.geronimo@db.com
joseph.kim@db.com
joseph.kung@db.com
joseph.lavorgna@db.com
joseph.zimbalist@db.com
josephine.martinez@db.com
josh.blacher@db.com
joshua.galaun@db.com
joshua.wilkes@db.com
jude.volcy@db.com
judith.irish@db.com
juergen.dreier@db.com
juergen.fitschen@db.com
juergen.foerster@db.com
juergen.muser@db.com
juergen.rautenberg@db.de
julia.ollig@db.com
julian.barrell@db.com
julian.evans@db.com
julian.murray@db.com
julie.abbett@db.com
julie.cataldo@db.com
julie.ng@db.com
julie.sheehan@db.com
julie.vancleave@db.com
julien.marie@db.com
june.kim@db.com
jurgen.druckner@db.com
justin.j.eagan@db.com
justin.mckie@db.com
justin-y.tan@db.com
kai.strothmann@db.com
kamal.fayad@db.com
kamran.sadr@db.com
karen.halliday@db.com
karen.stewart@db.com
karim.ayad@db.com
karin.hillmer@db.com
karin.hilmer@db.com
karl.kyriss@db.com
karl.massey@db.com
karl.sternberg@db.com
karl-detlev.gerke@db.com
karsten.bielig@db.com
karsten.rosenkilde@db.com
kaspar.hense@db.com
katharine.bullock@db.com
katherine.j.stanley@db.com
katherine.woodrow@db.com
kathleen.bowers@db.com
kathleen.bradford@db.com
kathy.giove@db.com

**Company & Corresponding Email Addresses**

katie.savage@db.com
katrina.batchelor@db.com
katrina.mitchell@db.com
kazuichi.mihara@db.com
keith.bachman@db.com
kelly.chin@db.com
kelly.douglas@db.com
kelly.l.beam@db.com
kelly.p.davis@db.com
kelly.phillips@db.com
ken.bowling@db.com
kenjiro.ichiju@db.com
kenneth.flaherty@db.com
kerry.wann@db.com
kersten.kaden@db.com
kerstin.suwald@db.com
kesi.gibson@db.com
kevin.arnold@db.com
kevin.bliss@db.com
kevin.brodbeck@db.com
kevin.chin@db.com
kevin.flood@db.com
kevin.m.evans@db.com
kevin.m.pleasant@db.com
kevin.mccoy@db.com
kevin.parker@db.com
kevin.r.carey@db.com
kit.yee.martin@db.com
klaus.timpel@db.com
klaus.wodsak@db.com
ko.akiyama@db.com
konrad.aigner@db.com
krishna.memani@db.com
kristopher.carney@db.com
kristy.wierczorek@db.com
kumar.vemuri@db.com
kyle.fox@db.com
laila.gheith@db.com
larry.mcadoo@db.com
larry.v.adam@db.com
laura.alcabes@db.com
laura.schneider@db.com
laurence.fisher@db.com
laurence.oneill@db.com
laurence.porteu@db.com
lee.robertson@db.com
lee.rodon@db.com
leefin.lai@db.com
lenny.zephirin@db.com
leo.grohowski@db.com
leonard.dolan@db.com
leonel.guarneros@db.com
leonie.hirst@db.com
leslie.boland@db.com

**Company & Corresponding Email Addresses**

lia.levenson@db.com
liana.zhitomirsky@db.com
lien.von@db.com
linda.james@db.com
lingzhu.yu-steiner@db.com
lisa.carson@db.com
lisa.m.keating@db.com
lisa.mowbray@db.com
lisa-r.liu@db.com
liz.chong@db.com
lonnie.fox@db.com
louis.green@db.com
louis.puglisi@db.com
louis.rodriguez@db.com
louise.kernohan@db.com
louise.randall@db.com
lu.wang@db.com
lucia.weiss@db.com
lucille.douglas@db.com
luke.duggan@db.com
lutz.neumann@db.com
luzie.wenzel@db.com
lynne.jimenez@db.com
madelene.pegrari@db.com
maher.mansour@db.com
maida.lagmay-polanco@db.com
maki.kamiya@db.com
makis.ktetsis@db.com
makis.maketsis@db.com
malcolm.pratt@db.com
mandeep.manku@db.com
manfred.bauer@db.com
manfred.erne@db.com
mangala.prakash@db.com
manuel.seifert@db.com
manuel.tenekedshijew@db.com
marc.ahrens@db.com
marc.b.sprung@db.com
marc.gorr@db.com
marc.griesche@db.com
marc.mcdonald@db.com
marc.p.miller@db.com
marc.salant@db.com
marc.weibel@db.com
marcel.cassard@db.com
marco.bense@db.com
marco.neto@db.com
marco.ravagli@db.com
marco.scherer@db.com
marcus.herbig@db.com
marcus.mehlinger@bku.db.de
marcus.niethammer@db.com
marcus-michael.hofmann@db.com
marga.del-pilar@db.com

## Company & Corresponding Email Addresses

margaret.platt@db.com
maria.gatt@db.com
maria.mastrogiacomo@db.com
maria-jose.sainz@db.com
maria-pilar.colino@db.com
marielena.glassman@db.com
marie-lou.funk@db.com
marie-sibylle.de-la-faire@db.com
marina.lund@db.com
marion.c.hogan@db.com
marion.krimmel@db.com
marion-e.schwarz@db.com
mark.bolton@db.com
mark.crawford@db.com
mark.degaetano@db.com
mark.fulwood@db.com
mark.griffin@db.com
mark.hirchon@db.com
mark.hutchinson@db.com
mark.jackson@db.com
mark.keane@db.com
mark.kinsky@db.com
mark.lane@db.com
mark.lovatt@db.com
mark.mcgowan@db.com
mark.norman@db.com
mark.probst@db.com
mark.rigazio@db.com
mark.schumann@db.com
mark.sibley@db.com
mark.small@db.com
mark.v.appadoo@db.com
markus.klingler@db.com
markus.kugele@db.com
marlene.bennett@db.com
marta.didoni@db.com
martin.berberich@db.com
martin.cornell@db.com
martin.fechtner@db.com
martin.kember@db.com
martin.kesper@db.com
martin.loesser@db.com
martin.rother@db.com
martin.sanderson@db.com
martin.thiesen@db.com
martin.tschirky@db.com
martin.tschunko@db.com
martine.francoual@db.com
martin-h.schneider@db.com
martyn.surguy@db.com
maruf.siddiquee@db.com
mary.c.keaveney@db.com
mary.yucedal@db.com
maryellen.higgins@db.com

## Company & Corresponding Email Addresses

masaaki.kadota@db.com
masaaki.wakai@db.com
mason-a.tilden@db.com
massimo.aglietti@db.com
matt.tuck@db.com
matthew.caggiano@db.com
matthew.gormley@db.com
matthew.macdonald@db.com
matthew.rajpolt@db.com
matthew.rogers@db.com
matthew.santiago@db.com
matthias.dux@db.com
matthias.egger@db.com
matthias.josek@db.com
matthias.knerr@db.com
matthias.loehle@db.com
matthias.paetzel@db.com
matthias.wolf@db.com
matthijs.de-bruijn@db.com
mauro.baccaini@db.com
max.beinhofer@db.com
meenakshi.pursnani@db.com
meike.schmidt@db.com
melissa.hall@db.com
melissa.hieger@db.com
mervyn.thomas@db.com
meryem.tuerkekul@db.com
meryll.sands@db.com
michael.bernadiner@db.com
michael.bertram@db.com
michael.broome-euro@db.com
michael.collins@db.com
michael.degernes@db.com
michael.fuss@db.com
michael.gangemi@db.com
michael.gedigk@db.com
michael.generazo@db.com
michael.hess@db.com
michael.j.morrell@db.com
michael.kaletsch@db.com
michael.krenn@db.com
michael.kullmann@db.com
michael.labella@db.com
michael.mccune@db.com
michael.mirabito@db.com
michael.o.clark@db.com
michael.rhorer@db.com
michael.ripper@db.com
michael.rolnick@db.com
michael.seiman@db.com
michael.shields@db.com
michael.sieghart@db.com
michael.silk@db.com
michael.slater@db.com

## Company & Corresponding Email Addresses

michael.south@db.com
michael.speni@db.com
michael.staude@db.com
michael.straka@db.com
michael.theel@db.com
michael.wagg@db.com
michael.warzinek@db.com
michael.wu@db.com
michaela.keusch@db.com
michael-j.reilly@db.com
michael-o.schmidt@db.com
michael-p.doherty@db.com
michael-sa.sanderson@db.com
michelle.huang@db.com
michelle.radman@db.com
michelle.smith@db.com
michelle.strianse@db.com
michelle.waters@db.com
mike.bellaro@db.com
mike.berry@db.com
mike.earley@db.com
mike.tattersall@db.com
mike-mg.clarke@db.com
mimi.thai@db.com
minako.nomoto@db.com
minoru.kimura@db.com
mireille.urbani@db.com
mohit.pandya@db.com
moinoor.choudhury@db.com
monika.panger@db.com
morgan.o-donovan@db.com
moritz.klussmann@db.com
moritz.rieper@db.com
mortiz.rieper@db.com
munish.r.varma@db.com
nada.farina@db.com
nadia.ali@db.com
naeem.khalid@db.com
nagesh.ramachandrappa@db.com
nanci.anderson@db.com
nancy.jones@db.com
naohiko.saida@db.com
naohisa.morita@db.com
naomi.fann@db.com
nataly.yackanich@db.com
natasha.chinapen@db.com
necati.surmeli@db.com
neeraj-x.kumar@db.com
neil.forsyth@db.com
neil.leonard@db.com
neil.summers@db.com
neil.tranter@db.com
nicholas.daft@db.com
nick.evans@db.com

**Company & Corresponding Email Addresses**

nicola.walker@db.com
nicolas.robertson@db.com
nicolas.schlotthauer@db.com
nicole.henning@db.com
nicole.im@db.com
nicole.leblang@db.com
nicole.thie@db.com
nicole.young@db.com
nicoletta.commellato@db.com
nigel.chapman@db.com
nils.ernst@db.com
nils.thewes@db.com
nils.wittenhagen@db.com
nitza.berkowitz@db.com
nn@db.com
nolan.wapenaar@db.com
nora.heaton@db.com
norbert.auer@db.com
nuria.roda-aguilera@db.com
ohn.choe@db.com
olaf.eulitz@db.com
ole.birkeland@db.com
oliver.kratz@db.com
oliver.krenn@db.com
oliver.krueger@db.com
oliver.pfeil@db.com
oliver.plein@db.com
oliver.schebel@db.com
olivier.delfosse@db.com
oniel.morgan@db.com
orges.llupa@db.com
oscar.gaddy@db.com
owen.b.fitzpatrick@db.com
owen.campbell-barr@db.com
pamela.quintiliano@db.com
paras.anand@db.com
pascal.boiteau@db.com
patricia.pan@db.com
patrick.brenner@db.com
patrick.o'rourke@db.com
patrick.rahal@db.com
patrick.sheehan@db.com
patrick.tao@db.com
patrick-c.vogel@db.com
paul.a.sassa@db.com
paul.berriman@db.com
paul.bromley@db.com
paul.buckley@db.com
paul.caldwell@db.com
paul.chappell@db.com
paul.copeman@db.com
paul.davis@db.com
paul.g.daggy@db.com
paul.hunter@db.com

**Company & Corresponding Email Addresses**

paul.j.benziger@db.com
paul.kelly-euro@db.com
paul.kunz@db.com
paul.liu@db.com
paul.nolle@db.com
paul.schibli@db.com
paul.wild@db.com
paul-a.buchwitz@db.com
paul-j.flynn@db.com
paul-johannes.altmann@db.com
pawel.mosakowski@db.com
pedro.danobeitia@db.com
peggy.mac@db.com
peggy.mak@db.com
per.wehrmann@db.com
peter.barsa@db.com
peter.crays@db.com
peter.dowling@db.com
peter.e.haagensen@db.com
peter.ellis@db.com
peter.guschov@db.com
peter.harrison@db.com
peter.i.lehrer@db.com
peter.maguire@db.com
peter.olsen@db.com
peter.platzer@db.com
peter.r.duffy@db.com
peter.rutter@db.com
peter.s.fortunato@db.com
peter.saganski@db.com
peter.sass@db.com
peter.schranz@db.com
peter.tils@db.com
peter.vogel@db.com
peter.westlake@db.com
peter.wirtz@db.com
peter.zwerenz@db.com
peter-s.mccarthy@db.com
petra.milbrath@db.com
petra.pflaum@db.com
phil.langfelder@db.com
philip.g.condon@db.com
philip-max.meier@db.com
philipp.rottwilm@db.com
philipp.schmid@db.com
philippe.darbellay@db.com
phillip.young@db.com
phoung.le@db.com
phuong.t.le@db.com
pierre.de-weck@db.com
piers.hillier@db.com
piyanit.photchanatarm@db.com
piyush.srivastava@db.com
qing.sheng@db.com

## Company & Corresponding Email Addresses

rachel.jordan@db.com
rafael.rico@db.com
rafaelina.lee@db.com
rainer.haerle@db.com
rajyashree.jalan@db.com
ralf.oberbannscheidt@db.com
ralf.rueller@db.com
ralf.rybarczyk@db.com
ralf-botho.grupe@db.com
ralph.striglia@db.com
ramin.yasseri@db.com
randal.a.smith@db.com
randy.brown@db.com
raymond.folmer@db.com
rebecca.flinn@db.com
rebecca_wilson@db.com
rebekah.chow@db.com
renato.luethhold@db.com
renato.von-allmen@db.com
renato-von-allmen@db.com
rene.penzler@db.com
riccardo.vanoli@db.com
rich.kelly@db.com
richard.avidon@db.com
richard.booth@db.com
richard.byrnes@db.com
richard.chung@db.com
richard.curling@db.com
richard.drason@db.com
richard.edelman@db.com
richard.ferguson@db.com
richard.goldsmith@db.com
richard.kennaugh@db.com
richard.larner@db.com
richard.major@db.com
richard.mcbain@db.com
richard.robben@db.com
richard.shepley@db.com
richard.stewart@db.com
richard.thieke@db.com
richard.wigglesworth@db.com
richard-m.smith@db.com
rich-mgam.wilson@db.com
rick.palmon@db.com
rob.denecker@db.com
rob.nagra@db.com
rob.reiner@db.com
rob.taylor@db.com
robert.bowers@db.com
robert.f.wiedemeier@db.com
robert.glaeser@db.com
robert.laverty@db.com
robert.lefkowitz@db.com
robert.lopez@db.com

## Company & Corresponding Email Addresses

robert.m.sellers@db.com
robert.mccollum@db.com
robert.mclaughlin@db.com
robert.oh@db.com
robert.rubin@db.com
robert.s.janis@db.com
robert.schopen@db.com
robert.semple@db.com
robert.sergent@db.com
robert.venezia@db.com
robert.wasserhess@db.com
robert.weintraub@db.com
roberta.faccio@db.com
roberto.coronado@db.com
roberto.morelli-euro@db.com
robert-s.king@db.com
robyn.y.choe@db.com
rocco.scali@db.com
roger.keusch@db.com
roland.gabert@db.com
romane.somaroo@db.com
ron.bates@db.com
ron.schachter@db.com
ronald.f.martin@db.com
ronald.koelsch@db.com
ronald.mercado@db.com
ronghui.tao@db.com
roni.pond@db.com
rosemarie.licastri@db.com
rosemary.fairhead@db.com
rosemary.winkworth@db.com
ross.seebalack@db.com
rotraut.schmid@db.com
roxanne.scott@db.com
ruben.marciano@db.com
rupert.balfour@db.com
rupert.limentani@db.com
russell.driver@db.com
russell.schtern@db.com
russell.shtern@db.com
ruth.greene@db.com
ryan.gelrod@db.com
ryan.hutchinson@db.com
ryan.mcdonald@db.com
ryan.mims@db.com
sabine.bollo@db.com
saliha.garah-nielsen@db.com
sally.gilding@db.com
salvatore.amorello@db.com
salvatore.r.mule@db.com
salvatore.santostefano@db.com
salvatore.stincone@db.com
sam.gouch@db.com
sam.perry@db.com

## Company & Corresponding Email Addresses

samer.saleh@db.com
samuel.lau@db.com
sana.ragbir@db.com
sandra.schaufler@db.com
sandra.solange@db.com
sara.gardiner-hill@db.com
sara.weisser@db.com
sara.wigmore@db.com
sarah.luget@db.com
sarah.wild@db.com
sargis.gevorgyan@db.com
sascha.halicki@db.com
satish.ramakrishna@db.com
scott.agi@db.com
scott.brunenavs@db.com
scott.faithfull@db.com
sean.coleman@db.com
sean.conway@db.com
sean.davy@db.com
sean.kavanagh@db.com
sean.onyett@db.com
sean.p.mccaffrey@db.com
sebastian.naumann@db.com
seong-rak.kim@db.com
sergey.losyev@db.com
serguei.nemtsev@db.com
shameem.r.kathiwalla@db.com
shanming.shi@db.com
shaun.mcdonnell@db.com
shelly.deitert@db.com
shelly.kelly@db.com
shermaine.s.lee@db.com
shiho.takashima@db.com
shilpa.lakhani@db.com
shinichi.tanaka@db.com
shohei.miura@db.com
shreyash.gupta@db.com
sid.henderson@db.com
siddharth.sahoo@db.com
sigrid.focke@db.com
sigrid.zecha@db.com
silvia.wagner@db.com
simon.chennell@db.com
simon.kempton@db.com
simon.macdonald@db.com
sinead.murphy@db.com
skander.chabbi@db.com
sompoch.wongkittivatchakul@db.com
sonelius.kendrick-smith@db.com
sonja.foerster@db.com
sonja.spielberger@db.com
spencer.landau@db.com
spyridon.stefanou@db.com
srikant.nagalapur@db.com

**Company & Corresponding Email Addresses**

srinivas.namagiri@db.com
stacey.lee@db.com
stacy.jansz@db.com
stan.vasilev@db.com
stan.zlotsky@db.com
stefan.dunatov@db.com
stefan.klee@db.com
stefan.strugies@db.com
stefan-b.schauer@db.com
stefan-guenter.bauknecht@db.com
stephan.scholl@db.com
stephan-c.schumann@db.com
stephanie.milby@db.com
stephen.bersey@db.com
stephen.ficara@db.com
stephen.j.park@db.com
stephen.johnson@db.com
stephen.kalajian@db.com
stephen.kwa@db.com
stephen.lynch@db.com
stephen.r.scott@db.com
stephen.r.sylvester@db.com
stephen.reedy@db.com
stephen.russell@db.com
stephene.e.doty@db.com
stephen-w.barrow@db.com
steve.dembeck@db.com
steve.doire@db.com
steve.everest@db.com
steve.nielander@db.com
steve.philebrown@db.com
steve.walt@db.com
steven.berrios@db.com
steven.frary@db.com
steven.madsen@db.com
steven.penn@db.com
steven.scrudato@db.com
steven.selerno@db.com
stine.pilegaard@db.com
stuart.landucci@db.com
stuart.mortimer-walker@db.com
supreo.ghosh@db.com
susan.kueper-roesnick@db.com
susan.levermann@db.com
susan.martland@db.com
susan.mydlach@db.com
susana.penarrubia@db.com
susanna.cefariello@db.com
susanne.lenz@db.com
sven.diehl@db.com
sven.olson@db.com
sven.rump@db.com
sven.steinberger@db.com
sylvain.afriat@db.com

**Company & Corresponding Email Addresses**

sylvain.barrette@db.com
sylvia_kwong@db.com
syona.shingla@db.com
tad.fukushima@db.com
takayuki.yamada@db.com
tamas.gal@db.com
tamojit.dutta@db.com
taylor.mulherin@db.com
tba@db.com
terence.brennan@db.com
terrence.gray@db.com
terry.mcbride@db.com
terry.wood@db.com
teruhiko.hattori@db.com
tetsu.kasuga@db.com
thayalini.mohanavel@db.com
theresa.gusman@db.com
thibault.amand@db.com
tho.nguyen@db.com
thomas.boger@db.com
thomas.bucher@db.com
thomas.chu@db.com
thomas.dewner@db.com
thomas.farina@db.com
thomas.hoefer@db.com
thomas.hoo@db.com
thomas.hynes@db.com
thomas.m.hynes@db.com
thomas.o-keefe@db.com
thomas.petschnigg@db.com
thomas.picciochi@db.com
thomas.preite@db.com
thomas.seppi@db.com
thomas.soudan@db.com
thomas.stollenwerk@db.com
thomas.sweeney@db.com
thomas.tomchak@db.com
thomas.vanck@db.com
thomas.wieneke@db.com
thomas-c.boyle@db.com
thomas-j.davis@db.com
thorsten.nagel@db.com
thorsten.salmikeit@db.com
tiffany.stallings@db.com
tim.brown@db.com
tim.bruenjes@db.com
tim.friebertshaeuser@db.com
tim.harenberg@db.com
tim.sexton@db.com
tim.tomalin-reeves@db.com
timothy-t.ryan@db.com
tobias.spaeti@db.com
tom.hughes@db.com
tomislav.goles@db.com

## Company & Corresponding Email Addresses

tomoko.watanabe@db.com
toni.s.helton@db.com
tony.cantwell@db.com
tony.trinh@db.com
tony.wilkinson@db.com
torsten.haas@db.com
torsten.strohrmann@db.com
toshihide.morita@db.com
toshiya.kambayashi@db.com
tracy.fu@db.com
trevor.warne@db.com
ty.anderson@db.com
ulrich.althoff@db.com
ulrich.zwanzger@db.com
ulrike.loehr@db.com
umberto.orsenigo@db.com
uta.fehm@db.com
ute.hering@db.com
utter@db.com
uwe.bell@db.com
vadym.sliusar@db.com
valerie.schroeter@db.com
venu-madhav.bolisetty@db.com
verena-van.well@db.com
vic.khaitan@db.com
victor.bemmann@db.com
victor.rozenblits@db.com
victor.toro@db.com
vijay.chopra@db.com
vince.dicarlo@db.com
vincent.fea@db.com
vincent-j.esposito@db.com
virginia.gonzalez@db.com
virginie.boucher-ferte@db.com
vitaly.fiks-cdg@db.com
vivian.yip@db.com
vladislav.vassiliev@db.com
wai-shun.hung@db.com
wallace.yu@db.com
walt.holman@db.com
walter.heil@db.com
wanda.wu@db.com
wendy.procops@db.com
wen-lin.young@db.com
werner.kram2@db.com
will.sedden@db.com
william.barron@db.com
william.d.donnelly@db.com
william.j.constantine@db.com
william.l.davis@db.com
william.lissenden@db.com
william.lora@db.com
wilson.mui@db.com
winston.ouckama@db.com

## Company & Corresponding Email Addresses

wipot.daowprakaimongkol@db.com
wolfgang.helmet@db.com
yassine.laissaoui@db.com
ye-mei.ling@db.com
yfbrogard@db.com
yoshimasa.kato@db.com
yukari.mio@db.com
yvonne.li@db.com
yvonne.vogt@db.com
zoe.matthews@db.com

### dbcm
ogawa@dbcm.co.uk

### dbfm
doron.kohanan@dbfm.it
tiziana.bocus@dbfm.it

### dbi
ayse.karan@dbi.de
kai.trinkies@dbi.de
stephan.schnell@dbi.de
thomas.knigge@dbi.de

### dbla
burkhard.toedter@dbla.com
felix.krantz@dbla.com
hans.abate@dbla.com
stefan.jochum@dbla.com
tim.fritzenwalder@dbla.com

### dbs
adityabhugtiar@dbs.com
adrianong@dbs.com
alextan@dbs.com
alextay@dbs.com
allanred@dbs.com
allinawang@dbs.com
alvinchu@dbs.com
alvintcl@dbs.com
alvintham@dbs.com
amielgaa@dbs.com
amitagarwala@dbs.com
andrewnwh@dbs.com
anthonycheng@dbs.com
audraseah@dbs.com
bedjotedja@dbs.com
bendavies@dbs.com
bengann@dbs.com
bobzhang@dbs.com
carinnneo@dbs.com.sg
charles@dbs.com
charncharn@dbs.com
chenggeok@dbs.com
chenghong@dbs.com
cherylklibbe@dbs.com
chinchern@dbs.com
chinhwee@dbs.com.sg
chiteong@dbs.com

**Company & Corresponding Email Addresses**

chonkiat@dbs.com
christopherang@dbs.com
christopherblack@dbs.com
cindy_hoh@dbs.com
clarenceleong@dbs.com
cliffordtan@dbs.com
colinong@dbs.com
conradkwok@dbs.com
cwteng@dbs.com
dakunwoo@dbs.com
davidlch@dbs.com
davidmak@dbs.com
dawu@dbs.com
eddiesim@dbs.com
edwinchansl@dbs.com
eeing@dbs.com
eepuay@dbs.com
efraimg@dbs.com
endre@dbs.com
engleong@dbs.com
gabrielneo@dbs.com
gavinwang@dbs.com
ginalim@dbs.com
harrytan@dbs.com
hautat@dbs.com
henrynguyen@dbs.com
heongchye@dbs.com
hoonhoontan@dbs.com
hweejoo@dbs.com
itay.stolovy@dbs.co.il
ivyong@dbs.com
jackson@dbs.com
jacquelinequek@dbs.com
jamestankh@dbs.com
janellecheng@dbs.com
janeyin@dbs.com
jenniewang@dbs.com
jeremykoh@dbs.com
jeremykok@dbs.com
jeremywong@dbs.com
jimmyaueong@dbs.com
joeong@dbs.com
johnlagman@dbs.com
johnsonwong@dbs.com
jonathanlau@dbs.com
josephyeh@dbs.com
josheffendi@dbs.com
jynnong@dbs.com
kaichuen@dbs.com
kanghui@dbs.com
kashao@dbs.com
kengsweekoh@dbs.com
kevinkct@dbs.com
kiaheong@dbs.com

**Company & Corresponding Email Addresses**

kimsong@dbs.com
kumkong@dbs.com
kwonghong@dbs.com
lengkhiang@dbs.com
liangchoon@dbs.com
limweekian@dbs.com
lisashum@dbs.com
liwee@dbs.com
lukelee@dbs.com
marktay@dbs.com.sg
maxlim@dbs.com
mervynlim@dbs.com
michelletcl@dbs.com
munkit@dbs.com
nelsonpoh@dbs.com
normancheong@dbs.com
paullau@dbs.com
paumeng@dbs.com
peterchiang@dbs.com
petersoh@dbs.com
phickfui@dbs.com
philippedamay@dbs.com
phillipyeo@dbs.com
pkyip@dbs.com
rachaeltang@dbs.com
raymondhcting@dbs.com
rodneylim@dbs.com
ruiling@dbs.com
ryanyeo@dbs.com
sallychua@dbs.com
sarahlim@dbs.com.sg
senniang@dbs.com
sharonlml@dbs.com
shawnlin@dbs.com
shradhag@dbs.com
siautze@dbs.com
sierhan@dbs.com
simonyaptc@dbs.com
siowwei@dbs.com
srinivasramadas@dbs.com
stevenkoh@dbs.com
steventsui@dbs.com
teckhow@dbs.com
terencephang@dbs.com
teresaang@dbs.com
timothytan@dbs.com
tiongguan@dbs.com
tsprince@dbs.com
tzeyang@dbs.com
veuhuan@dbs.com
victorlai@dbs.com
waihoongleong@dbs.com
weechye@dbs.com
weeliat@dbs.com

**Company & Corresponding Email Addresses**

weemeng@dbs.com
weesoonyeong@dbs.com
weichieh@dbs.com
wenjingzhou@dbs.com
whyemeng@dbs.com
williamtan@dbs.com
woeikyet@dbs.com
woongek@dbs.com
yeo.weechye@dbs.com
zeitsch@dbs.com
zhijian@dbs.com
zhulei@dbs.com

**dbsa**

a.valori@dbsa.lu

**dbtc**

c.babel@dbtc.ch
jl.jacquinod@dbtc.ch
r.mozzetti@dbtc.ch
s.theus@dbtc.ch

**dbv**

j.hoogeveen@dbv.nl
r.koole@dbv.nl
t.tang@dbv.nl

**dbv-winterthur**

christoph.jurecka@dbv-winterthur.de
frank.thoeren@dbv-winterthur.de
jan.wicke@dbv-winterthur.de
peter.nies@dbv-winterthur.de
rainer.keidel@dbv-winterthur.de
simone.vetter-fohr@dbv-winterthur.de
wp.173@dbv-winterthur.de

**dbzco**

cherrera@dbzco.com
dkhouri@dbzco.com
dmurphy@dbzco.com
dzwirn@dbzco.com
edwin.greenberg@dbzco.com
mmacleod@dbzco.com
rchan@dbzco.com
rflowers@dbzco.com
rgromko@dbzco.com

**dcalp**

erd@dcalp.com

**dcccd**

dchan@dcccd.edu
robb.dean@dcccd.edu

**dcf_pemex**

oornelas@dcf_pemex.com

**dcinv**

dagrawal@dcinv.com

**dcmc**

amirault@dcmc.creditlyonnais.fr
arnaud.serougne@dcmc.creditlyonnais.fr
corinne.drogrey@dcmc.creditlyonnais.fr

## Company & Corresponding Email Addresses

denize@dcmc.creditlyonnais.fr
emmanuel.lion@dcmc.creditlyonnais.fr
gregory.perrin@dcmc.creditlyonnais.fr
gros@dcmc.creditlyonnais.fr
mouradian@dcmc.creditlyonnais.fr
olivier.dzik@dcmc.creditlyonnais.fr
schumann@dcmc.creditlyonnais.f
silvana.pisoni@dcmc.creditlyonnais.fr
urquijo@dcmc.creditlyonnais.fr

### dcmiglobal
caschultz@dcmiglobal.com
kkillmaster@dcmiglobal.com
mvpisarczyk@dcmiglobal.com
wwlynch@dcmiglobal.com

### dcx
ab59@dcx.com
bmr9@dcx.com
bpj1@dcx.com
cac@dcx.com
dac7@dcx.com
dh127@dcx.com
djb30@dcx.com
fz5@dcx.com
gt7@dcx.com
jls24@dcx.com
rcd1@dcx.com
rlw12@dcx.com
sh9@dcx.com
tal8@dcx.com

### dcxcapital
dlamadue@dcxcapital.com

### dcxcaptial
pseidenwar@dcxcaptial.com

### dd
ee@dd.com
fujimori_seiya@dd.smbc.co.jp
kono_shigeyoshi@dd.smbc.co.jp
yamaguchi_takayasu@dd.smbc.co.jp

### dds
marcuspoon@dds.com

### dea
anna.koeppel@rwe.dea.com

### dearden
jim@dearden.com

### debank
woydich@debank.de

### debeka
juergen.blesius@debeka.de

### deere
im47909@deere.com

### deerfieldcapital
ajacobs@deerfieldcapital.com
alevy@deerfieldcapital.com
apeck@deerfieldcapital.com

## Company & Corresponding Email Addresses

apennetti@deerfieldcapital.com
bdillon@deerfieldcapital.com
bfroysht@deerfieldcapital.com
cbrewer@deerfieldcapital.com
cchen@deerfieldcapital.com
cfrye@deerfieldcapital.com
cgilski@deerfieldcapital.com
cself@deerfieldcapital.com
dbrown@deerfieldcapital.com
dburrow@deerfieldcapital.com
dgritzek@deerfieldcapital.com
dhattori@deerfieldcapital.com
dnatale@deerfieldcapital.com
emuehlhauser@deerfieldcapital.com
erapp@deerfieldcapital.com
ezenner@deerfieldcapital.com
ganderson@deerfieldcapital.com
gregg@deerfieldcapital.com
gsaltzberg@deerfieldcapital.com
hbishai@deerfieldcapital.com
jbrinckerhoff@deerfieldcapital.com
jcarlson@deerfieldcapital.com
jcharles@deerfieldcapital.com
jdonohue@deerfieldcapital.com
jhaleen@deerfieldcapital.com
jleonard@deerfieldcapital.com
jmarquez@deerfieldcapital.com
jmessina@deerfieldcapital.com
jphelan@deerfieldcapital.com
jrosner@deerfieldcapital.com
jsnyder@deerfieldcapital.com
jthom@deerfieldcapital.com
jtigerman@deerfieldcapital.com
jtrutter@deerfieldcapital.com
krichardson@deerfieldcapital.com
kselle@deerfieldcapital.com
lcanet@deerfieldcapital.com
lknecht@deerfieldcapital.com
llu@deerfieldcapital.com
lmerta@deerfieldcapital.com
manderson@deerfieldcapital.com
mkruyswyk@deerfieldcapital.com
mmcmanus@deerfieldcapital.com
mredlinski@deerfieldcapital.com
msomerman@deerfieldcapital.com
mstouffer@deerfieldcapital.com
mweith@deerfieldcapital.com
mwittnebel@deerfieldcapital.com
nstudenroth@deerfieldcapital.com
phorn@deerfieldcapital.com
pmaley@deerfieldcapital.com
psakon@deerfieldcapital.com
rbilcox@deerfieldcapital.com
rcontreras@deerfieldcapital.com

## Company & Corresponding Email Addresses

rhervas@deerfieldcapital.com
rmahjoory@deerfieldcapital.com
rperez@deerfieldcapital.com
rwaterhouse@deerfieldcapital.com
slopez@deerfieldcapital.com
smorrison@deerfieldcapital.com
sroberts@deerfieldcapital.com
teddins@deerfieldcapital.com
tjohnson@deerfieldcapital.com
tradtke@deerfieldcapital.com
ttruitt@deerfieldcapital.com
wmoy@deerfieldcapital.com

### degroof

alain.leonard@degroof.lu
alain.olbrechts@degroof.be
alain.strapart@degroof.be
anne-catherine.volders@degroof.lu
christophe.lambert@degroof.lu
claire.kaeckenbeeck@degroof.be
cynthia.radelet@degroof.be
damien.petit@degroof.lu
didier.laloux@degroof.lu
donald.villeneuve@degroof.lu
eric.debeaud@degroof.be
eric.lobet@degroof.lu
frederic.adam@degroof.lu
frederic.lebrun@degroof.be
geert.debruyne@degroof.lu
gunter.vanrossem@degroof.be
herman.vanderloos@degroof.be
jan.longeval@degroof.be
jean.dewinter@degroof.lu
jean-marc.smal@degroof.lu
joel.crevecoeur@degroof.be
johan.cok@degroof.lu
john.paladino@degroof.lu
laurent.coppieters@degroof.be
laurent.delante@degroof.be
martine.vermersch@degroof.lu
nicolas.christmann@degroof.lu
pascale.libouton@degroof.lu
patrick.nisot@degroof.be
peter.rysselaere@degroof.be
philippe.denef@degroof.be
regis.leoni@degroof.lu
robin.podevyn@degroof.be
ronald.vansteenweghen@degroof.be
sophie.dewachter@degroof.be
steph.cremer@degroof.lu
stephane.cremer@degroof.lu
stephane.vannimmen@degroof.be
vincent.rufo@degroof.lu
vincenzo.dangelo@degroof.be
virginie.dascenzio@degroof.lu

**Company & Corresponding Email Addresses**

yves.cochez@degroof.be

**dehaw**

koelbel@dehaw.com
peter.skau@dehaw.com

**deka**

anastasia.fedotova@deka.de
andrea.nardon@deka.de
andreas.gerlicher@deka.de
andreas.velten@deka.de
andreas.wenzek@deka.de
anja.rolf@deka.de
antje.hargarter@deka.de
bernd.volk@deka.de
bianca.scior@deka.de
christian.schwaar@deka.de
christof.breuer@deka.de
christof.schlueter@deka.de
constantin.brunn@deka.de
detlef.hannemann@deka.de
eike-gerald.goedel@deka.de
felix.fischer@deka.de
frank.hartmann@deka.de
frank.rust@deka.de
frank.scherpeltz@deka.de
frank.zschau@deka.de
gaele.buffard@deka.de
gerald.weinhold@deka.de
gudrun.schartner@deka.de
hans.nowusch@deka.de
harald.helbing@deka.de
helmut.possienke@deka.de
hilmar.baumann@deka.de
holger.sepp@deka.de
holger.tober@deka.de
holger.wasem@deka.de
ireneus.wenzel@deka.de
jan.kennedy@deka.de
jelena.schmidt@deka.de
jens-friedrich.schneider@deka.de
juergen.wunner@deka.de
karsten.naumann@deka.de
klaus.eberle@deka.de
lars.bender@deka.de
lauris.fischer-erlach@deka.de
leighann.kittell@deka.de
lutz.schleidt@deka.de
manfred.guth@deka.de
martina.sossenheimer@deka.de
matthias.both@deka.de
matthias.eizenhoefer@deka.de
maximilian.baer@deka.de
michael.wirtz@deka.de
michaela.huettig@deka.de
nina-maria.uhle-fall@deka.de

## Company & Corresponding Email Addresses

oliver.kastner@deka.de
pascal.latrouite@deka.de
patrick.hussy@deka.de
peter.kapfelsperger@deka.de
peter.kolb@deka.de
peter.simons@deka.de
ralf.wachler@deka.de
ronald.spekking@deka.de
samy.ibrahim@deka.de
senta.wenke@deka.de
susanne.wedig@deka.de
sven.thoma@deka.de
thomas.dzaack@deka.de
thomas.humml@deka.de
thomas.neisse@deka.de
thorsten.kuechler@deka.de
thorsten.malter@deka.de
thorsten.ruehl@deka.de
timo.schild@deka.de
udo.schmidt-mohr@deka.de
ulf.fuellgraf@deka.de
ulrich.zorn@deka.de
volker.heisig@deka.de
werner.bartels@deka.de

### dekabank

achim.hartmann@dekabank.de
achim.tenschert@dekabank.de
alexander.jung@dekabank.de
andreas.roehrscheid@dekabank.de
andreas.weis@dekabank.de
andreas.zerssen@dekabank.de
aren.wegner@dekabank.de
arndt.fassbender@dekabank.de
beate.thielcke@dekabank.de
boris.pluemecke@dekabank.de
burkhard.egbers@dekabank.de
burkhard.mau@dekabank.de
carsten.luedemann@dekabank.de
carsten.spengemann@dekabank.de
christine.joerges@dekabank.de
christoph.arzt@dekabank.de
daniel.jorge@dekabank.de
dieter.poyck@dekabank.de
dietmar.klein@dekabank.de
dirk.buss@dekabank.de
ernst.pullmann@dekabank.de
frank.schuster@dekabank.de
holger.feegel@dekabank.de
jens.ebinger@dekabank.de
jens-uwe.wachter@dekabank.de
jiyeon.eppler-kim@dekabank.de
jochem.bassin@dekabank.de
joerg.willig@dekabank.de
juergen.baer@dekabank.de

**Company & Corresponding Email Addresses**

karsten.asch@dekabank.de
kathrin.dassel@dekabank.de
klaus.junker@dekabank.de
klaus.weiland@dekabank.de
manuela.woletz@dekabank.de
maria.garripoli@dekabank.de
martin.gelzenleuchter@dekabank.de
martin.pracht@dekabank.de
martina.jurczyk@dekabank.de
matthias.korn@dekabank.de
melanie.wirges@dekabank.de
merten.stoepel@dekabank.de
michael.uhl@dekabank.de
mikhail.serebrine@dekabank.de
norbert.fuehrer@dekabank.de
oliver.falk@dekabank.de
paola.petillo@dekabank.de
patrick.widmayer@dekabank.de
peter.sauerbier@dekabank.de
peter.stiasny@dekabank.de
peter.voitl@dekabank.de
rainer.gehler@dekabank.de
ralf.paulsen@dekabank.de
roland.rausch@dekabank.de
roland.schulz@dekabank.de
sabine.krueger@dekabank.de
sabine.mueller@dekabank.de
sabine.schrafl@dekabank.de
sikandar.siddiqui@dekabank.de
silvio.lenk@dekabank.de
sophie-von.bila@dekabank.de
stefan.baatz@dekabank.de
stefan.karolewicz@dekabank.de
stefan.wittig@dekabank.de
stephan.wagner@dekabank.de
sven.bartel@dekabank.de
thomas.christian.schulz@dekabank.de
thomas.troeger@dekabank.de
thomas.werndl@dekabank.de
tillmann.fabry@dekabank.de
ulrich.john@dekabank.de
ursula.sahrhage@dekabank.de
viktoria.gerling@dekabank.de
volker.lenhard@dekabank.de
walter.groll@dekabank.de
walter.kraushaar@dekabank.de
werner.brockel@dekabank.de
wolfgang.reminger@dekabank.de

**delaware**

barwickf@delaware.co.uk
batesj@delaware.co.uk
blissn@delaware.co.uk
gildayr@delaware.co.uk
gilmorec@delaware.co.uk

## Company & Corresponding Email Addresses

hussaind@delaware.co.uk
kirkj@delaware.co.uk
krishnano@delaware.co.uk
morganh@delaware.co.uk
mothc@delaware.co.uk
patiencea@delaware.co.uk
peterss@delaware.co.uk
soylub@delaware.co.uk

### delen

christian.callens@delen.be
f.rigo@delen.lu
gs@delen.be
jean.louis.de.hasque@delen.be
philippe.loock@delen.be
research@delen.be

### delhaize-le-lion

gdoultremont@delhaize-le-lion.be

### delinvest

aadowner@delinvest.com
aalombardi@delinvest.com
aeiremo@delinvest.com
akothari@delinvest.com
alicari@delinvest.com
amccullaghjr@delinvest.com
andavis@delinvest.com
arparson@delinvest.com
asmith@delinvest.com
awwei@delinvest.com
bgillespie@delinvest.com
bhamlet@delinvest.com
bjcline@delinvest.com
bmcdonnell@delinvest.com
bschoenfeld@delinvest.com
bscotto@delinvest.com
bsgladstein@delinvest.com
bsritter@delinvest.com
bzenouzi@delinvest.com
ccdembek@delinvest.com
cefish@delinvest.com
cemabry@delinvest.com
cgowlland@delinvest.com
chowt1@delinvest.com
chsia@delinvest.com
ciisom@delinvest.com
cjnelson@delinvest.com
clnagele@delinvest.com
cmdevereux@delinvest.com
cmfisher@delinvest.com
cmholland@delinvest.com
cpiper@delinvest.com
csadams@delinvest.com
csanford@delinvest.com
csbeck@delinvest.com
cschaffer@delinvest.com

**Company & Corresponding Email Addresses**

csremsen@delinvest.com
ctangjaitrong@delinvest.com
dafranchetti@delinvest.com
dandres@delinvest.com
dasabo@delinvest.com
dehullhorst@delinvest.com
desulpizi@delinvest.com
dewestrick@delinvest.com
dgpadilla@delinvest.com
dhamilton@delinvest.com
dhewlett@delinvest.com
dhillmeyer@delinvest.com
dkeverhart@delinvest.com
doleary@delinvest.com
dpbradford@delinvest.com
dpharmelin@delinvest.com
dssheusi@delinvest.com
dzinser@delinvest.com
eestanfield@delinvest.com
ejbrennan@delinvest.com
ekomla-adzimahe@delinvest.com
erivera@delinvest.com
eromyn@delinvest.com
fmccarthy@delinvest.com
fpmagee@delinvest.com
fstrenger@delinvest.com
fxmorris@delinvest.com
gabrams@delinvest.com
gdeascanis@delinvest.com
gebert@delinvest.com
ggizzi@delinvest.com
ggrzegorski@delinvest.com
gjgola@delinvest.com
gmbagnoli@delinvest.com
gni@delinvest.com
gregan@delinvest.com
gzhang@delinvest.com
hecole@delinvest.com
hzhu@delinvest.com
jafiorilla@delinvest.com
jazelten@delinvest.com
jbennick@delinvest.com
jbfields@delinvest.com
jbronchetti@delinvest.com
jdriscoll@delinvest.com
jfung@delinvest.com
jgallagher@delinvest.com
jhhill@delinvest.com
jhshin@delinvest.com
jlcraney-reppert@delinvest.com
jlindholm@delinvest.com
jlirving@delinvest.com
jmclane@delinvest.com
jpanastasia@delinvest.com

**Company & Corresponding Email Addresses**

jpmccarthy@delinvest.com
jrbaxter@delinvest.com
jswong@delinvest.com
jtantorres@delinvest.com
jtrogina@delinvest.com
jvanroden@delinvest.com
jwang@delinvest.com
jwkenefic@delinvest.com
jwrexford@delinvest.com
jxu@delinvest.com
kebartholdson@delinvest.com
khendrickson@delinvest.com
kishaq@delinvest.com
kjackson@delinvest.com
klackner@delinvest.com
kmckee@delinvest.com
kmkelly@delinvest.com
kploome@delinvest.com
kpmadden@delinvest.com
lawagner@delinvest.com
lbowie@delinvest.com
lchen@delinvest.com
lchin@delinvest.com
ldeutsch@delinvest.com
ldisantis@delinvest.com
lfranko@delinvest.com
lgiannone@delinvest.com
lljillard@delinvest.com
lmurphy@delinvest.com
lpwachs@delinvest.com
mbassett@delinvest.com
mbischoff@delinvest.com
mcfanandakis@delinvest.com
mcollins@delinvest.com
mcostanzo@delinvest.com
mding@delinvest.com
mehughes@delinvest.com
metinucci@delinvest.com
mgwildstein@delinvest.com
mjstephens@delinvest.com
mkinosian@delinvest.com
mkschlicher@delinvest.com
mmansaray@delinvest.com
mmastrogiovanni@delinvest.com
mmchwaleba@delinvest.com
mmorris@delinvest.com
mpowers@delinvest.com
mscala@delinvest.com
mstung@delinvest.com
nagray@delinvest.com
nhwahaidi@delinvest.com
nlalvani@delinvest.com
nwynn@delinvest.com
pashah@delinvest.com

## Company & Corresponding Email Addresses

pgrillo@delinvest.com
pnoel@delinvest.com
poobazee@delinvest.com
ppcoyne@delinvest.com
ppowers@delinvest.com
prperkins@delinvest.com
raearly@delinvest.com
ravogel@delinvest.com
ravrett@delinvest.com
rbiester@delinvest.com
rdtorrijos@delinvest.com
rfcollins@delinvest.com
rfleimkuhler@delinvest.com
rjfilip@delinvest.com
rlkropp@delinvest.com
roger.kramer@delinvest.com
rpeterkin@delinvest.com
schilk1@delinvest.com
sgcatricks@delinvest.com
sgeorge@delinvest.com
shmoradi@delinvest.com
smjuszczyszyn@delinvest.com
sowade@delinvest.com
spbrooks@delinvest.com
sphastings@delinvest.com
spriyadarshi@delinvest.com
ssimonns@delinvest.com
stlampe@delinvest.com
sxhill@delinvest.com
syquek@delinvest.com
tbassion@delinvest.com
tlbearman@delinvest.com
tmobrien@delinvest.com
tnutt@delinvest.com
upuramsetti@delinvest.com
vabrancaccio@delinvest.com
vbwarren@delinvest.com
vgulati@delinvest.com
vmostrowski@delinvest.com
waanglace@delinvest.com
warrel1@delinvest.com
wchen@delinvest.com
wfkeelan@delinvest.com
whreid@delinvest.com
wlin@delinvest.com
wmagee@delinvest.com
wmroehr@delinvest.com
wstitzer@delinvest.com
wtatge@delinvest.com
wyi@delinvest.com
zneale@delinvest.com
ztanaka@delinvest.com

**dell**

andre_medeiros@dell.com

| Company & Corresponding Email Addresses |
| --- |

christopher_adams@dell.com
cindy_zhang@dell.com
david_oatley@dell.com
dwight_hood@dell.com
foreign_exchange@dell.com
gary_bischoping@dell.com
girish_murthy@dell.com
john_hart@dell.com
lisa_terrazas@dell.com
mandy_lai@dell.com
meiching_chou@dell.com
michael_hubick@dell.com
nathan_brunner@dell.com
patti_brown@dell.com
ratna_ray@dell.com
steve_t_smith@dell.com
tracey_shahan@dell.com
tyler_w_johnson@dell.com
ursula_brenner@dell.com
yoel_prasetyo@dell.com

**deloitte**
jwilloughby@deloitte.co.uk
ksabir@deloitte.co.uk
marilee@deloitte.co.uk

**delphifinanz**
boesman@delphifinanz.com
hjonsson@delphifinanz.com

**delta**
al.meilus@delta.com
alec.kuo@delta.com
athlag@delta.gr
brad.strother@delta.com
chris.campisano@delta.com
eli.niepoky@delta.com
evimik@delta.gr
gail.grimmett@corp.delta.com
harlan.bennett@delta.com
jill.pemberton@delta.com
jon.karcsh@delta.com
joshua.denham@delta.com
kenneth.morge@delta.com
michael.preissler@delta.com
michael.randolfi@delta.com
neil.russell@delta.com
paneco@delta.gr
paul.jacobson@delta.com
scott.ashley@delta.com
sofkos@delta.gr

**delta-air**
david.stowe@delta-air.com
marie.fields@delta-air.com
steve.zaubi@delta-air.com

**deltalloyd**
abdel_ait_hadj_brahim@deltalloyd.nl

**Company & Corresponding Email Addresses**

ad_schellen@deltalloyd.nl
alex_otto@deltalloyd.nl
angus_steel@deltalloyd.nl
aniel_chandrikasingh@deltalloyd.nl
arnold_gast@deltalloyd.nl
arnoud_krom@deltalloyd.nl
cees_prins@deltalloyd.nl
charles_de_kock@deltalloyd.nl
chris_lam@deltalloyd.nl
clemens_braams@deltalloyd.nl
cyril_meijers@deltalloyd.nl
dirkjan_dirksen@deltalloyd.nl
ed_posthumus@deltalloyd.nl
edwin_slaghekke@deltalloyd.nl
ellen_blakborn@deltalloyd.nl
frans_de_jong@deltalloyd.nl
gerben_cuiper@deltalloyd.nl
gillian_wu@deltalloyd.nl
grazia_mariani@deltalloyd.nl
ina_goedhart@deltalloyd.nl
ingmar_schaefer@deltalloyd.nl
jack_jonk@deltalloyd.nl
jeffrey_mulder@deltalloyd.nl
joop_bresser@deltalloyd.nl
jurrien_de_boer@deltalloyd.nl
leo_goes@deltalloyd.nl
liesbeth_venendaal@deltalloyd.nl
marc_van_der_maale@deltalloyd.nl
marco_verheijen@deltalloyd.nl
maren_klap@deltalloyd.nl
melanie_graswinckel@deltalloyd.nl
nicole_van_schie@deltalloyd.nl
nita_studen_kiliaan@deltalloyd.nl
paul_van_der_meer@deltalloyd.nl
peter_visser@deltalloyd.nl
rene_de_bray@deltalloyd.nl
roy_van_wechem@deltalloyd.nl
sander_vijselaar@deltalloyd.nl
sandor_steverink@deltalloyd.nl
sandra_de_brouwer@deltalloyd.nl
sarju_hindocha@deltalloyd.nl
sharon_oosterveld@deltalloyd.nl
shengsheng_zhang@deltalloyd.nl
stefan_verkroost@deltalloyd.nl
steven_van_de_wall@deltalloyd.nl
tom_paap@deltalloyd.nl
wee_mien_cheung@deltalloyd.nl

**deminor**

erik.bomans@deminor.com
pierre.nothomb@deminor.com

**dendanske**

leo.yde@dendanske.dk

**dendanskebank**

app@dendanskebank.dk

**Company & Corresponding Email Addresses**

claua@dendanskebank.dk
lal@dendanskebank.dk
leka@dendanskebank.dk

**denizbank**

bakir.melik@denizbank.com
basak.denizci@denizbank.com
bora.tanoren@denizbank.com
cem.koksal@denizbank.com
cenk.topaloglu@denizbank.com
cumhur.ornek@denizbank.com
mehmet.artuk@denizbank.com.tr
okan.aksu@denizbank.com

**denver**

dallen@denver.k12.co.us

**denveria**

abliss@denveria.com
alock@denveria.com
bfitzsimons@denveria.com
bstafford@denveria.com
calexander@denveria.com
cbouma@denveria.com
cgates@denveria.com
cjuran@denveria.com
cpetersen@denveria.com
cwood@denveria.com
danguilm@denveria.com
dhewitson@denveria.com
dmartinez@denveria.com
dscarth@denveria.com
dstarke@denveria.com
gfox@denveria.com
gpedrie@denveria.com
gshea@denveria.com
jduhon@denveria.com
jeffp@denveria.com
jfairchild@denveria.com
jfruin@denveria.com
jherndon@denveria.com
jloehr@denveria.com
jmanz@denveria.com
jpowers@denveria.com
kbeck@denveria.com
kharris@denveria.com
kherrick@denveria.com
lramirez@denveria.com
lsnyder@denveria.com
lstevens@denveria.com
madelmann@denveria.com
mbegun@denveria.com
mecox@denveria.com
mmckissick@denveria.com
mschulhof@denveria.com
mtruelsen@denveria.com
ojpertuit@denveria.com

**Company & Corresponding Email Addresses**

parmenta@denveria.com
ross@denveria.com
saybar@denveria.com
squam@denveria.com
tanderson@denveria.com
tdayton@denveria.com
tjohnson@denveria.com
tstevens@denveria.com
vderryberry@denveria.com
wchester@denveria.com
wreed@denveria.com
wtownsend@denveria.com

**depfa**

andrew.cree@depfa.com
anne.butler@depfa.ie
brian.egan@depfa.com
brian.farrell@depfa.ie
caroline.carr@depfa.com
carsten.samusch@depfa.com
catherine.hayes@depfa.com
christian.maurer@depfa.com
conall.kennedy@depfa.com
costantino.peiser@depfa.com
david.geoghegan@depfa.com
deirdre.farrell@depfa.ie
dermot.cahillane@depfa.com
dermot.golden@depfa.ie
elise.desmet@depfa.ie
fiona.flannery@depfa.ie
garret.tynan@depfa.com
gary.sheils@depfa.ie
giulia.perenzin@depfa.com
guido.schulte@depfa.com
jim.ryan@depfa.ie
joe.huesman@depfa.com
joseph.hughes@depfa.com
juergen.karcher@depfa.com
marco.bargel@depfa.com
marcus.holschuh@depfa.com
mark.erler@depfa.com
mauro.ferone@depfa.com
michael.breyl@depfa.com
michael.cummins@depfa.com
michael.deeny@depfa.ie
michael.reuhl@depfa.com
nadia.landmann@depfa.com
nicola.cummins@depfa.com
pat.coleman@depfa.com
ralf.loewe@depfa.com
ravi.gidoomal@depfa.com
shane.hughes@depfa.com
thomas.obrien@depfa.com
wally.hoefer-neder@depfa.com

**desaricap**

**Company & Corresponding Email Addresses**

rjachim@desaricap.com

**deserettrust**

martineaulk@deserettrust.com

**deshaw**

adam.zipkin@deshaw.com
ajay.mantha@deshaw.com
ajeeta.anand@deshaw.com
alexis.halaby@deshaw.com
ali.abdulmajid@deshaw.com
amanda.jones@deshaw.com
andrew.lin@deshaw.com
andrew.soffler@deshaw.com
anna_hahn@deshaw.com
anne.farrelly@deshaw.com
anthony.ko@deshaw.com
belma.osmanagich@deshaw.com
ben.hall@deshaw.com
benjamin.snedeker@deshaw.com
brad.parish@deshaw.com
brandon-baer@deshaw.com
bryan.anderson@deshaw.com
bryan.dougherty@deshaw.com
burseth@deshaw.com
cameron.wald@deshaw.com
cassp@deshaw.com
charles.silio@deshaw.com
chefern@deshaw.com
chris.ader@deshaw.com
christa.punturieri@deshaw.com
cj.steffen@deshaw.com
cropext@nyc.deshaw.com
crowleym@deshaw.com
damian.stamnes@deshaw.com
damien-stamnes@deshaw.com
daniel.michalow@deshaw.com
daniel.posner@deshaw.com
daniel.ting@deshaw.com
dashr@deshaw.com
david.quint@deshaw.com
david.shainok@deshaw.com
david.sweet@deshaw.com
david.zwillinger@deshaw.com
david-gibson@deshaw.com
deatona@deshaw.com
devin.talbott@deshaw.com
dirk.fole@deshaw.com
ed.sporn@deshaw.com
eddyj@deshaw.com
edwardsm@deshaw.com
eric.engler@deshaw.com
erik.simpson@deshaw.com
erin.palian@deshaw.com
ewepsic@deshaw.com
feng-shi@deshaw.com

**Company & Corresponding Email Addresses**

fixed-prices@deshaw.com
gabriela.ursea@deshaw.com
gakin@deshaw.com
gaudio@deshaw.com
gavin.roseman@deshaw.com
gbo@deshaw.com
geoffroy.moreau@deshaw.com
glenn.shor@deshaw.com
gosule@deshaw.com
graham.stafford@deshaw.com
greggy@deshaw.com
gregory.labuda@deshaw.com
hahn@deshaw.com
harrison@deshaw.com
hasem@deshaw.com
hendersonk@deshaw.com
hilario-ramos@deshaw.com
hvs-flow@deshaw.com
jain@deshaw.com
janos.csirik@deshaw.com
jayesh.mukundan@deshaw.com
jeff.rosenbaum@deshaw.com
jeff.sarrett@deshaw.com
ji.hua@deshaw.com
jigruksh.trivedi@deshaw.com
jim.mackey@deshaw.com
jneil@deshaw.com
joe.prior@deshaw.com
john.rustum@deshaw.com
jonathan.ching@deshaw.com
joseph.hong@deshaw.com
joshua.linder@deshaw.com
julia.gurke@deshaw.com
juliana.ferrell@deshaw.com
justin.boyer@deshaw.com
jyoti.diwan@deshaw.com
kai.huang@deshaw.com
kara.loe@deshaw.com
kaska.dratewska@deshaw.com
katherine.kym@deshaw.com
ken.visser@deshaw.com
kenneyp@deshaw.com
kerckhoc@deshaw.com
khemanin@deshaw.com
krista.young@deshaw.com
kwoks@deshaw.com
lallg@deshaw.com
laura.greiner@deshaw.com
laurel.hesch@deshaw.com
leigh.wang@deshaw.com
liang.meng@deshaw.com
ling.li@deshaw.com
linl@deshaw.com
liz.irwin@deshaw.com

## Company & Corresponding Email Addresses

lrobertsen@deshaw.com
manu.kumar@deshaw.com
mark.ipri@deshaw.com
martha.brantley@deshaw.com
martin.fong@deshaw.com
massimo.bianchi@deshaw.com
max.khavin@deshaw.com
michael.ashikhmin@deshaw.com
michael.crowley@deshaw.com
michael.zhu@deshaw.com
michael-vodola@deshaw.com
mikerin@deshaw.com
minhua.zhang@deshaw.com
nielsend@deshaw.com
omarym@deshaw.com
pany@deshaw.com
parikhc@deshaw.com
parkinsr@deshaw.com
patric@deshaw.com
patrick.kelly@deshaw.com
patrick.saunders@deshaw.com
peter.bernard@deshaw.com
peter.findley@deshaw.com
peter.kozak@deshaw.com
phelang@deshaw.com
phil.kearns@deshaw.com
phyllis.musoke@deshaw.com
posner@deshaw.com
pravir_bhatia@deshaw.com
priorj@deshaw.com
pwhite@deshaw.com
rajeshwar.singh@deshaw.com
rajiv.kacholia@deshaw.com
rashid@deshaw.com
richard.mckinney@deshaw.com
richarst@deshaw.com
rocky.kurita@deshaw.com
romanot@deshaw.com
ross.levinsky@deshaw.com
ruba.khoury@deshaw.com
rueven@deshaw.com
rui.dong@deshaw.com
safal.durg@deshaw.com
salima.remtulla@deshaw.com
scott.henkin@deshaw.com
sean.harrington@deshaw.com
seilenberg@deshaw.com
sellersj@deshaw.com
seth.charnow@deshaw.com
shahk@deshaw.com
shi.nisman@deshaw.com
snedekeb@deshaw.com
sondra.vitols@deshaw.com
sosyurad@deshaw.com

## Company & Corresponding Email Addresses

spenser@deshaw.com
srinivasan.sivasamy@deshaw.com
steinbaa@deshaw.com
stephen.bernier@deshaw.com
steve.eilenberg@deshaw.com
stewart.tanner@deshaw.com
stone.shi@deshaw.com
stone@deshaw.com
sunny.mehra@deshaw.com
swatland@deshaw.com
tanner.fahl@deshaw.com
ted.macdonald@deshaw.com
timothy.kleiman@deshaw.com
todd.huskinson@deshaw.com
toors@deshaw.com
trey.beck@deshaw.com
vaysburd@deshaw.com
vikram.modi@deshaw.com
virgy.quist@deshaw.com
vivek.shah@deshaw.com
weitznerd@deshaw.com
woleslagle@deshaw.com
wolfj@deshaw.com
wydena@deshaw.com
xuan.yong@deshaw.com
zhouj@deshaw.com

### desjardins
alfred.pfeiffer@ccd.desjardins.com

### detecon
joerg.kerler@detecon.com
rebecca.neuwirth@detecon.com

### detschepost
sbroske@detschepost.de

### deutsche
rbrown@deutsche.com

### deutschehypo
griegerj@deutschehypo.de
hinzmanna@deutschehypo.de
rehfusa@deutschehypo.de

### deutsche-hypo
christian.fischer@deutsche-hypo.de
frederick.serck@deutsche-hypo.de
simone.wilhelms@deutsche-hypo.de
thomas.staats@deutsche-hypo.de
thorsteinn.jonsson@deutsche-hypo.de
treasury@deutsche-hypo.de

### deutschepost
f.appel@deutschepost.de
f.schuhbauer@deutschepost.de
h.brackmann@deutschepost.de
h.brakmann@deutschepost.de
k.engelaender@deutschepost.de

### deutscherring
bernd.langen@deutscherring.de

**Company & Corresponding Email Addresses**

dr.helbing@deutscherring.de
martin.reisch@deutscherring.de

**devif**

achim.philippus@devif.de
andrea.boelinger@devif.de
annette.bierweiler@devif.de
bernd.karstedt@devif.de
boris.tschakowski@devif.de
carl.p.fox@devif.de
carsten.paura@devif.de
christine.mueller@devif.de
claus.wagner@devif.de
friedrich.prasser@devif.de
georg.kainhuber@devif.de
harald.moog@devif.de
hartmut.gogol@devif.de
heribert.fromm@devif.de
holger.jensen@devif.de
jens.gottsman@devif.de
juergen.hagedorn@devif.de
matthias.frey@devif.de
olaf.stotz@devif.de
roland.schmidt@devif.de
stephan.mueller@devif.de
stephan.sewelies@devif.de
sven.falkenhagen@devif.de
thomas.ruf@devif.de
thomas.schmiegel@devif.de
thorsten.albrecht@devif.de
uwe.buertel@devif.de

**devk**

alexander.stock@devk.de
bernd.zens@devk.de
gallus@devk.de

**deweysq**

amadsen@deweysq.com
jleslie@deweysq.com

**dexia**

aezra@dexia.com
alesandre.suzzoni@dexia.be
alex.bram@dexia.be
alex.vantuykom@dexia.be
annette.krause@dexia.de
antonella.michelino@dexia.com
antonino.patrone@dexia.be
arnold.sedlmayr@dexia.de
aurelie.ribeiro@dexia.com
axel.tavernier@dexia.be
bart.paredis@dexia.com
bart.vanderveken@dexia.be
bart.vanhaverbeke@dexia.be
benjamin.vierendeel@dexia.be
bernard.cappellari@dexia.be
bert.lemmens@dexia.be

## Company & Corresponding Email Addresses

bruno.dedecker@dexia.be
catherine.hoenig@dexia.be
celine.deroux@dexia.com
celine.dosiere@dexia.be
cindy.kis-gado@dexia.com
claire.mahieux@dexia.com
claude.hertveldt@dexia.be
claude.njikam@dexia.be
cyrielle.peres@dexia.be
daria.iourtchenko@dexia.be
didier.corin@dexia.be
dieter.baelden@dexia.be
dirk.bruneel@dexia.com
dominique.manderlier@dexia.be
eckl@dexia.de
edouard.davaux@dexia.com
eric.decooman@dexia.be
erik.vandamme@dexia.be
filip.lambrechts@dexia.be
filip.saffer@dexia.be
frank.euvrard@dexia.com
frank.mertens@dexia.be
frank.persyn@dexia.be
frederic.vanderschueren@dexia.be
frederik.bourgeois@dexia.com
geert.gielens@dexia.be
geert.gv.vandenbroeck@dexia.be
geert.junius@dexia.be
gilles.fabri@dexia.com
gregory.chauviaux@dexia.com
guillaume.duthu@dexia.com
guy.busain@dexia.be
guy.raeves@dexia.be
guy.vandeneynde@dexia.be
guy.vandereecken@dexia.be
heidi.wynants@dexia.be
honore.kouam@dexia.com
inge.hofman@dexia.be
isabelle.rome@dexia.com
jacques.vandenbossche@dexia.be
jan.daems@dexia.be
jan.smedts@dexia.com
janina.groschupp@dexia.de
jean.plas@dexia.be
jean-francois.masure@dexia.be
joaobatista.crispinianogarcia@dexia.com
johan.blyweert@dexia.be
johan.evenepoel@dexia.com
johan.vankelecom@dexia.com
julie.noel@dexia.be
karl.thirion@dexia.be
koen.brouckaert@dexia.be
koen.ceulemans@dexia.be
koen.debelder@dexia.be

**Company & Corresponding Email Addresses**

koen.ghijs@dexia.com
kraemer@dexia.de
laurent.gilson@dexia.com
leen.verriest@dexia.be
luc.obbers@dexia.be
lucvan.reeth@dexia.be
ludovic.lanthier@dexia.be
lutgarde.maesfranckx@dexia.be
maarten.cleppe@dexia.be
malte.wurm@dexia.de
mariarosa.sciarratta@dexia.be
marina.cartondetournai@dexia.be
marius.post@dexia.be
mark.garofalo@dexia.be
martine.demets@dexia.be
mathieu.schmitz@dexia.com
merkel@dexia.de
michael.magermans@dexia.com
michel.speltens@dexia.be
nadege.dufosse@dexia.com
nadia.verbanck@dexia.be
nico.demuijnck@dexia.be
nicolas.simon@dexia.be
olivier.robin@dexia.com
ousmane.diouf@dexia.be
pascale.wera@dexia.be
patrick.vandenhoutte@dexia.com
paul.heyman@dexia.be
paul.tessens@dexia.be
paul.vangeert@dexia.be
paul.vrints@dexia.be
peter.audoore@dexia.be
peter.debaere@dexia.be
peter.depoorter@dexia.be
peter.geens@dexia.be
peter.luypaert@dexia.be
peter.ryckeboer@dexia.com
philip.tortelboom@dexia.be
philippe.bourgault@dexia.be
philippe.dehoux@dexia.com
philippe.ducos@dexia.com
raphael.verellen@dexia.be
regina.spierings@dexia.be
roger.pairoux@dexia.be
sebastien.compere@dexia.com
sebastien.gothier@dexia.com
serge.ivlef@dexia.be
serge.vandevelde@dexia.be
serge.vanhalme@dexia.be
sophie.lados@dexia.com
staf.deplecker@dexia.be
stephan.piron@dexia.be
stijn.huysentruyt@dexia.be
tanguy.devillenfagne@dexia.com

**Company & Corresponding Email Addresses**

thomas.deprez@dexia.be
tim.rovekamp@dexia.be
valerie.vigin@dexia.be
vincent.aubras@dexia.com
vincent.sneyers@dexia.be
wilfried.wouters@dexia.de
yves.bavre@dexia.be
yvonne.sigrist@dexia.be

**dexia-am**

alain.debleecker@dexia-am.com
alain.peters@dexia-am.com
alexandre.banneux@dexia-am.com
alexandre.meyer@dexia-am.com
amir.bouyahi@dexia-am.com
andre-xavier.fougerat@dexia-am.com
anh.nguyen@dexia-am.com
anne-catherine.delaye@dexia-am.com
antoine.hamoir@dexia-am.com
arnaud.stenuit@dexia-am.com
aurelie.faure@dexia-am.com
bart.bc.claeys@dexia-am.com
bart.decock@dexia-am.com
bart.desaeger@dexia-am.com
bart.goosens@dexia-am.com
bavo.jacobs@dexia-am.com
bruno.vancrombrugge@dexia-am.com
caroline.detoyer@dexia-am.com
caroline.detroyer@dexia-am.com
catherine.danse@dexia-am.com
cecile.bernaux@dexia-am.com
christian.sole@dexia-am.com
christian.somers@dexia-am.com
christophe.agopian@dexia-am.com
christophe.comoy@dexia-am.com
clara.franse@dexia-am.com
claude.steegmann@dexia-am.com
daniele.barthelemy@dexia-am.com
denis.servaes@dexia-am.com
denis.vallier@dexia-am.com
didier.depireux@dexia-am.com
dorian.jacob@dexia-am.com
dries.janssens@dexia-am.com
edouard.petitcollot@dexia-am.com
emmanuel.vanderelst@dexia-am.com
eric.domergue@dexia-am.com
erwin.dewinter@dexia-am.com
eveline.van.de.velde@dexia-am.com
fabien.dersy@dexia-am.com
fabrice.cuchet@dexia-am.com
fabrice.lombardo@dexia-am.com
filip.corten@dexia-am.com
fixedincome.be@dexia-am.com
freddy.desquenne@dexia-am.com
freddy.susanto@dexia-am.com

## Company & Corresponding Email Addresses

frederic.devalkeneer@dexia-am.com
frederique.bette@dexia-am.com
gabriel.andraos@dexia-am.com
gaetan.herinckx@dexia-am.com
genevieve.hamende@dexia-am.com
geoffrey.therville@dexia-am.com
geoffroy.goenen@dexia-am.com
georges.farre@dexia-am.com
gert.demaeyer@dexia-am.com
gregoire.delouche@dexia-am.com
helena.clijsters@dexia-am.com
helpdesk.be@dexia-am.com
herve.dejonghe@dexia-am.com
hm.tranchimand@dexia-am.com
inge.anno@dexia-am.com
ivo.de.bondt@dexia-am.com
ivo.dierick@dexia-am.com
jacques.sterck@dexia-am.com
jan.boudewijns@dexia-am.com
jean-yves.dumont@dexia-am.com
jehanne.dewalque@dexia-am.com
jessica.younes@dexia-am.com
joelle.harb@dexia-am.com
johan.reybroeck@dexia-am.com
johan.vanderbiest@dexia-am.com
jonathan.dalle@dexia-am.com
koen.popleu@dexia-am.com
koen.vandemaele@dexia-am.com
kris.temmerman@dexia-am.com
laurent.chebanier@dexia-am.com
laurent.fobe@dexia-am.com
laurent.zeimes@dexia-am.com
lisbeth.peeters@dexia-am.com
luc.dhooge@dexia-am.com
luigi.pignatelli@dexia-am.com
magali.matagne@dexia-am.com
marc.bolle@dexia-am.com
marc.truyts@dexia-am.com
marcel.vanschelvergem@dexia-am.com
myriam.guervin@dexia-am.com
nabil.ouajjane@dexia-am.com
nicolas.cleris@dexia-am.com
nicolas.cremieux@dexia-am.com
nicolas.rutsaert@dexia-am.com
olivier.baccam@dexia-am.com
olivier.genest@dexia-am.com
olivier.streichenberger@dexia-am.com
pascal.dequenne@dexia-am.com
pascal.mathieu@dexia-am.com
patrice.gensse@dexia-am.com
patrick.vandenhaute@dexia-am.com
patrick.zeenni@dexia-am.com
philippe.hijazin@dexia-am.com
philippe.noyard@dexia-am.com

**Company & Corresponding Email Addresses**

philippe.screve@dexia-am.com
pierre.carotti@dexia-am.com
pierre.lamboray@dexia-am.com
remy.ferraretto@dexia-am.com
rene.clerix@dexia-am.com
roman.demeyer@dexia-am.com
rudi.vandeneynde@dexia-am.com
rudy.vermeersch@dexia-am.com
sabine.depauw@dexia-am.com
sandy.issanchou@dexia-am.com
sebastien.baltzer@dexia-am.com
serge.monseu@dexia-am.com
sophie.elkrief@dexia-am.com
stephane.parent@dexia-am.com
steve.philips@dexia-am.com
sven.craeynest@dexia-am.com
sylvain.debus@dexia-am.com
tanguy.cornet@dexia-am.com
thibaut.rutsaert@dexia-am.com
thiery.borstlap@dexia-am.com
vincent.baron@dexia-am.com
wajihjoseph.accary@dexia-am.com
wim.vanhyfte@dexia-am.com
wim.vermeir@dexia-am.com
xavier.robinson@dexia-am.com
yvan.staelens@dexia-am.com
yves.roquet@dexia-am.com
yvonne.ahn@dexia-am.com
zouheir.bentamarout@dexia-am.com

**dexia-bil**

alex.hornung@dexia-bil.com
andre.lecoq@dexia-bil.com
bruno.biordi@dexia-bil.com
cherif.boumedine@dexia-bil.com
christian.schmitz@dexia-bil.com
christian.vogel@dexia-bil.com
christophe.agopian@dexia-bil.com
david.widart@dexia-bil.com
eric.huyberechts@dexia-bil.com
franck.luxembourger@dexia-bil.com
gaetan.laroche@dexia-bil.com
georges.ganuchaud@dexia-bil.com
goran.maelfeyt@dexia-bil.com
guy.gd.delandsheer@dexia-bil.com
jacques.reich@dexia-bil.com
jean-charles.grezault@dexia-bil.com
jette.holm.jensen@dexia-bil.com
joseph.hensen@dexia-bil.com
karin.lambotte@dexia-bil.com
kelly.kong@dexia-bil.com
klaus.michaelsen@dexia-bil.com
liyen.quek@dexia-bil.com
louis.macalli@dexia-bil.com
luc.dondelinger@dexia-bil.com

## Company & Corresponding Email Addresses

mauro.russo@dexia-bil.com
michele.merk@dexia-bil.com
nello.monacelli@dexia-bil.com
ntoudi.mouyelo@dexia-bil.com
olivier.habay@dexia-bil.com
patricia.knapp@dexia-bil.com
patrick.casters@dexia-bil.com
philippe.devaujuas-langan@dexia-bil.com
philippe.malteste@dexia-bil.com
ralph.diseviscourt@dexia-bil.com
raphael.daune@dexia-bil.com
raphael.eber@dexia-bil.com
roland.schaus@dexia-bil.com
sakari.saro@dexia-bil.com
sarah.kern@dexia-bil.com
serge.fournier@dexia-bil.com
serge.sv.vandevelde@dexia-bil.com
serge.vandevelde@dexia-bil.com
simon.hauxwell@dexia-bil.com
stephane.sc.capette@dexia-bil.com
tino.spina@dexia-bil.com
veronique.dimaria@dexia-bil.com
william.desmet@dexia-bil.com
wolfgang.stemper@dexia-bil.com

**dexia-bill**

michel.delatullaye@dexia-bill.com

**dexia-crediop**

bertrand.chassereau@dexia-crediop.it
claudia.pieroni@dexia-crediop.it
daniele.albarin@dexia-crediop.it
david.tintinago@dexia-crediop.it
grazia.gulluni@dexia-crediop.it
isabella.marani@dexia-crediop.it
maurizio.razze@dexia-crediop.it
raffaella.piva@dexia-crediop.it
roberta.romaldi@dexia-crediop.it
samir.belarbi@dexia-crediop.it
stefano.catalano@dexia-crediop.it

**dexiafr-dexia**

muriel.bonnet@dexiafr-dexia.com

**dexiam**

aymeric.forest@dexiam.lu
christian@dexiam.lu

**dexiamfr-dexia**

christian.serre@dexiamfr-dexia.com
gilles.frisch@dexiamfr-dexia.com
highyield@dexiamfr-dexia.com
jean.nicolet@dexiamfr-dexia.com
manuel.prenant@dexiamfr-dexia.com
nagi.nasr@dexiamfr-dexia.com
naim.abou-jaoud@dexiamfr-dexia.com
nicolas.gomart@dexiamfr-dexia.com
sophie.ellkrief@dexiamfr-dexia.com
stephan.bruch@dexiamfr-dexia.com

## Company & Corresponding Email Addresses

thomas.combarel@dexiamfr-dexia.com

### dexia-pf
ludo.schockaert@dexia-pf.ch

### dexia-us
laurence.pauly@dexia-us.com
olivier.causse@dexia-us.com
smagnan@dexia-us.com
tom.ceusters@dexia-us.com

### dexint-dexia
pascal.becker@dexint-dexia.com

### dfafunds
akbar.ali@dfafunds.com
apu@dfafunds.com
blake.tatsuta@dfafunds.com
carl.snyder@dfafunds.com
christian.gunther@dfafunds.com
daniel.ong@dfafunds.com
dave.plecha@dfafunds.com
david.booth@dfafunds.com
david.salisbury@dfafunds.com
eduardo.repetto@dfafunds.com
erhan.oktay@dfafunds.com
evan.pan@dfafunds.com
gerard.oreilly@dfafunds.com
grady.smith@dfafunds.com
henry.gray@dfafunds.com
jed.fogdall@dfafunds.com
joe.kolerich@dfafunds.com
joseph.chi@dfafunds.com
kevin.hight@dfafunds.com
matthew.fuentes@dfafunds.com
michael.scardina@dfafunds.com
paul.wise@dfafunds.com
rex.sinquefield@dfafunds.com
rob.fezekas@dfafunds.com
ryan.wiley@dfafunds.com
steve.clark@dfafunds.com
sue.enay@dfafunds.com
wazhma.noorzayee@dfafunds.com

### dfait-maeci
zahir.lalani@dfait-maeci.gc.ca

### dfs
jeffriesc@dfs.state.fl.us
mccaskillm@dfs.state.fl.us

### dgbank
astrid_fiebiger@dgbank.de
fgrunow@dgbank.de
heiko_goetz@dgbank.de
helen_jones@dgbank.de
jens_linder@dgbank.de
joerg_huber@dgbank.de
jose_de_leon@dgbank.de
ralfthomas_decker@dgbank.de
reiner.hauenstein@dgbank.de

## Company & Corresponding Email Addresses

### dgbank-dip
lars.carlsen@dgbank-dip.de
michael.siebertz@dgbank-dip.de
mueller.michael@dgbank-dip.de
peter.sziklai@dgbank-dip.de

### dg-g
delder@dg-g.com
gguard@dg-g.com
scrank@dg-g.com

### dghyp
andreas.jantzen@dghyp.de
anja.klockow@dghyp.de
bjoern.schwarten@dghyp.de
christian.buelau@dghyp.de
christian.scherf@dghyp.de
christian.voss@dghyp.de
dagmar.kugler@dghyp.de
dirk.brandes@dghyp.de
dorthe.petersen@dghyp.de
erik.wallenius@dghyp.de
frank.stoefer@dghyp.de
friedrich.piaskowski@dghyp.de
harald.buchholz@dghyp.de
heinz.jaeger@dghyp.de
henning.eckhof@dghyp.de
jens.meyer@dghyp.de
joachim.gielens@dghyp.de
kerstin.ohle@dghyp.de
kevin.oconnell@dghyp.de
kolwja.alexander.zimmer@dghyp.de
marco.gluehmann@dghyp.de
marian.klemm@dghyp.de
mark.pries@dghyp.de
markus.bolder@dghyp.de
michael.sohler@dghyp.de
nicola.rieger@dghyp.de
nicole.john@dghyp.de
patrick.ernst@dghyp.de
rainer.sievers@dghyp.de
roland.barz@dghyp.de
sabine.rahn@dghyp.de
thorben.sangkuhl@dghyp.de
ute.wriedt@dghyp.de
werner.langmaak@dghyp.de
winfried.kolln@dghyp.de

### dgpanagora
gerald.roessel@dgpanagora.de
norman.lins@dgpanagora.de
ralf.flad@dgpanagora.de

### dgpatr
francisco.ramalho@dgpatr.pt

### dgzbank
andreas.bamberg@dgzbank.de
axel.rosenberger@dgzbank.de

## Company & Corresponding Email Addresses

hans-albert.eberhard@dgzbank.de
joachim.fuelber@dgzbank.de
kurt.pongratz@dgzbank.de
marco.poerschke@dgzbank.de
werner.diekoetter@dgzbank.de

### dgz-dekabank
armin.schueler@dgz-dekabank.de
beate.doerschmidt@dgz-dekabank.de
beatrix.poth@dgz-dekabank.de
chrisofer.rathke@dgz-dekabank.de
dieter.sewing@dgz-dekabank.de
nicole.kalb@dgz-dekabank.de

### dhbbank
a.sag@dhbbank.com
i.cetiner@dhbbank.com
l.rd@dhbbank.com

### dhja
bob@dhja.com
bsimon@dhja.com
curtrohrman@dhja.com
cwoodruff@dhja.com
daniel@dhja.com
ggarcia@dhja.com
jlohman@dhja.com
nholt@dhja.com
nrodriquez@dhja.com
rd@dhja.com

### dia-lease
tmurao@dia-lease.co.jp

### diam
hiramine@diam.co.jp
laurent.goffinet@diam.be

### dib
benoit.dereme@dib.be

### dicksteinlp
dang@dicksteinlp.com
jeff@dicksteinlp.com

### diethniki
dpapaioan@diethniki.nbg.gr
gsatlas@diethniki.nbg.gr
pathanas@diethniki.nbg.gr

### dillonread
alan.leiderman@dillonread.com
amit.sippy@dillonread.com
balazs.foldvari@dillonread.com
bret.sherak@dillonread.com
brian.cohane@dillonread.com
charles.lerner@dillonread.com
christopher.ng@dillonread.com
collette.dow@dillonread.com
damian.dwan@dillonread.com
edward.berman@dillonread.com
jamie.matlack@dillonread.com
jeffrey.ross@dillonread.com

## Company & Corresponding Email Addresses

john.costas@dillonread.com
john.deacon@dillonread.com
john.niblo@dillonread.com
mary.davis@dillonread.com
michael.hutchins@dillonread.com
michael.malan@dillonread.com
rachel.barnard@dillonread.com
richard.homan@dillonread.com
rishi.bali@dillonread.com
robert.carpenter@dillonread.com
roberto.davola@dillonread.com
sandra.chow@dillonread.com
sean.lawler@dillonread.com
stefan.tsonev@dillonread.com
steven.bulko@dillonread.com
todd.meadow@dillonread.com
yi.shi@dillonread.com

### dime

darasj@dime.com
paternok@dime.com
schmidtk@dime.com
slumpr@dime.com
tayyarif@dime.com
yehy@dime.com

### dimensional

alex.yaftali@dimensional.com
darren.white@dimensional.com
iwona.cholewa@dimensional.com
john.surridge@dimensional.com.au
joseph.chi@dimensional.com
peter.dillard@dimensional.com
pnoble@dimensional.com
stephen.hughes@dimensional.com

### disbank

alper.kara@disbank.com.tr
burak.iyigun@disbank.com.tr
goker.orhan@disbank.com.tr
guldal.secener@disbank.com.tr
haluk.burumcekci@disbank.com.tr
kemal.keskin@disbank.com.tr
tayfun.bayazit@disbank.com.tr

### discountbank

avi.kweller@discountbank.co.il
avishay.bardayan@discountbank.co.
avner.hoffenbratel@discountbank.co.il
ethan.etzioni@discountbank.co.il
fxmm@discountbank.co.il
fxmm@discountbank.net
hagit.feldman@discountbank.co.il
inon.dafni@discountbank.co.il
intidb@discountbank.co.il
intidb@discountbank.net
michael.rabinowitz@discountbank.co.il
nadia.davison@discountbank.co.il

| Company & Corresponding Email Addresses |
|---|
| ron.bedny@discountbank.co.il |
| tsairi.kobi@discountbank.co.il |

**disney**

bonnie.liu@disney.com
carina.coleman@disney.com
david.a.fernandez@disney.com
david.fields@disney.com
gina.parizek@disney.com
gregory.belzer@disney.com
helene.dina@disney.com
jayesh.shah@disney.com
jennifer.jue@disney.com
kevin.riley@disney.com
lowell.singer@disney.com
marc.e.goldberg@disney.com
michael.i.young@disney.com
mitch.polon@disney.com
paul.meier@disney.com
peter.murphy@disney.com
tamara.benefield@disney.com
teresa.kastl@disney.com
tracy.lum@disney.com

**dit**

alexander.birmili@dit.de
andrea.rockermeier@dit.de
andreas.anschperger@dit.de
andreas.kotzem@dit.de
anne.barker@dit.de
annick.santerre@dit.de
baerbel.roczinski@dit.de
belinda.peltz@dit.de
benedikt.henne@dit.de
chrisitne.hock@dit.de
christian.amplatz@dit.de
christian.drevenstedt@dit.de
christian.sperschneider@dit.de
cinzia.pedrotti@dit.de
cornelia.hahner@dit.de
cornelia.mimietz@dit.de
daniel.ziegler@dit.de
david.finger@dit.de
dietricht@dit.de
dirk.friedrich@dit.de
ekaterina.svetlova@dit.de
elisabeth.worsching@dit.de
elke.tillmann@dit.de
eric.barthalon@dit.de
eva.kleeberg@dit.de
frank.eckhardt@dit.de
frank.vanselow@dit.de
franz.hoebel@dit.de
frederic.merz@dit.de
gerrit.meder@dit.de
gondesen@dit.de

## Company & Corresponding Email Addresses

hajnalka.gaal@dit.de
hans-christian.juergensen@dit.de
heike.gregorzewski@dit.de
heike.otten@dit.de
heiko.schnitgerhans@dit.de
henrik.buescher@dit.de
herold.rohweder@dit.de
ina.meyer@dit.de
ines.moeller@dit.de
ines.raessler@dit.de
ingolf.starke@dit.de
jan.wiessner@dit.de
jan-willelm.verhulst@dit.de
jasmin.weg@dit.de
jens.bernhardt@dit.de
jens.deidersen@dit.de
joachim.preusker@dit.de
juergen.jann@dit.de
kai-uwe.pohl@dit.de
karl-hermann.hammel@dit.de
karsten.blumenthal@dit.de
karsten.niemann@dit.de
kathrin.stoess@dit.de
kerstin.landau@dit.de
klaus.mehling@dit.de
malgorzata.piekarska@dit.de
marcus.stahlhacke@dit.de
marianne.heidt@dit.de
martin.lonsdorfer@dit.de
matthias.kerling@dit.de
matthias.rueffer@dit.de
michael.heldmann@dit.de
michael.knies@dit.de
michael.neppert@dit.de
michael.seyda@dit.de
monika.schnatterer@dit.de
norbert.kaldun@dit.de
oberdorf@dit.de
peter.kraus@dit.de
peter.lang@dit.de
peter.mueller@dit.de
pierfranco.malpenga@dit.de
rainer.scharf@dit.de
rainer.tafelmayer@dit.de
ralf.euler@dit.de
ralph.hessler@dit.de
roberto.izzo@dit.de
rudi.fechter@dit.de
schmidth@dit.de
solveig.stroeer@dit.de
stefan.kloss@dit.de
stefan.nixel@dit.de
stefan.raetzer@dit.de
stefan.schandert@dit.de

## Company & Corresponding Email Addresses

susanne.mauss@dit.de
tanja.schnepp@dit.de
thomas.stephan@dit.de
thomas.zimmerer@dit.de
tobias.kohls@dit.de
tobias.windecker@dit.de
udo.reimann@dit.de
ulrich.katz@dit.de
ulrike.katheder@dit.de
volker.beck@dit.de
wilda.oberacker@dit.de
wilhelm.gold@dit.de
wilhelm.schorn@dit.de
wolfgang.puetz@dit.de

### divinv

bcary@divinv.net
dharoz@divinv.net
dseahorn@divinv.net
gklingler@divinv.net
jberk@divinv.net
jgivens@divinv.net
jlevan@divinv.net
jwbalsley@divinv.net
kchrisman@divinv.net
lalderman@divinv.net
mchristy@divinv.net
mconnelly@divinv.net
mleong@divinv.net
mmajure@divinv.net
mmattke@divinv.net
mwolfersberger@divinv.net
nboedy@divinv.net
rbatiste@divinv.net
skakar@divinv.net
skinsey@divinv.net
squarello@divinv.net
ssimpson@divinv.net
swiedemann@divinv.net
thorkan@divinv.net
tpowers@divinv.net
wfeng@divinv.net

### divinvest

adamsj@divinvest.com

### dixons

david.lloyd-seed@dixons.co.uk
giles.newell@dixons.co.uk
jeremy.darroch@dixons.co.uk
lesley.smith@dixons.co.uk
matthew.hurn@dixons.co.uk

### dkb

apanteli@dkb.com
brian.schneider@dkb.com
kyoshikawa@dkb.com
ltien@dkb.com

## Company & Corresponding Email Addresses

pmgt@dkb.ch
rwolinsky@dkb.com

### dkib

alexander.vavalidis@dkib.com
alison.cairns-scott@dkib.com
christof-werner.anstett@dkib.com
edward.selby@dkib.com
elena.dion@dkib.com
james.moi@dkib.com
julian.moore@dkib.com
karl.hamilton@dkib.com
ken.fan@dkib.com
leago.papo@dkib.com
lee.ropelato@dkib.com
mark.andryeyev@dkib.com
michael.coats@dkib.com
michael.summerhayes@dkib.com
nick.watterson@dkib.com
olivier.staub@dkib.com
omar.dessouky@dkib.com
philip.jamison@dkib.com
richard.springate@dkib.com
robert.boelstler@dkib.com
robert.costello@dkib.com
sabine.otto@dkib.com
tanya.lincevski@dkib.com
zubair.ghouse@dkib.com

### dkpartners

abillings@dkpartners.com
adonohoe@dkpartners.com
asawtell@dkpartners.com
astearns@dkpartners.com
asuslavich@dkpartners.com
awatson@dkpartners.com
cbastable@dkpartners.com
ccantalupo@dkpartners.com
cgex@dkpartners.com
ckrishanthan@dkpartners.com
clee@dkpartners.com
cmcgrath@dkpartners.com
dcurtiss@dkpartners.com
dsheets@dkpartners.com
ecooper@dkpartners.com
farratia@dkpartners.com
gbalasingam@dkpartners.com
icapriello@dkpartners.com
idelevska@dkpartners.com
jhirschtritt@dkpartners.com
jlanktree@dkpartners.com
jmorris@dkpartners.com
jschimmer@dkpartners.com
jwachter@dkpartners.com
kbiobaku@dkpartners.com
mbergen@dkpartners.com

**Company & Corresponding Email Addresses**

mherzog@dkpartners.com
minsel@dkpartners.com
mlevine@dkpartners.com
msodergren@dkpartners.com
nyalamanchi@dkpartners.com
rwong@dkpartners.com
scalidas@dkpartners.com
skincaid@dkpartners.com
svogel@dkpartners.com
tjaron@dkpartners.com
tkempner@dkpartners.com
tyoseloff@dkpartners.com
yblechner@dkpartners.com
ygrill@dkpartners.com
zgozali@dkpartners.com

**dkpostel**

gpostel@dkpostel.com

**dkrw**

mark.pettit@dkrw.com
tim.smollen@dkrw.com

**dlb**

christian.deiters@dlb.de

**dlbabson**

aberman@dlbabson.com
acompton@dlbabson.com
adjang@dlbabson.com
alampert@dlbabson.com
bhettinger@dlbabson.com
bjefferis@dlbabson.com
bkim@dlbabson.com
bstanforth@dlbabson.com
bstgeorge@dlbabson.com
btoth@dlbabson.com
cchichirau@dlbabson.com
davidwells@dlbabson.com
dechevarria@dlbabson.com
djnorton@dlbabson.com
dsujat@dlbabson.com
dyaworsky@dlbabson.com
etai@dlbabson.com
gemanuel@dlbabson.com
jbirchall@dlbabson.com
jkeller@dlbabson.com
jmaurer@dlbabson.com
jnolan@dlbabson.com
jstelwagon@dlbabson.com
jtaillie@dlbabson.com
kcollier@dlbabson.com
kfife@dlbabson.com
kkraez@dlbabson.com
lgrant@dlbabson.com
lzepke@dlbabson.com
mastone@dlbabson.com
menglish@dlbabson.com

## Company & Corresponding Email Addresses

mgalaydh@dlbabson.com
mhays@dlbabson.com
mkibbe@dlbabson.com
mkim@dlbabson.com
mlaw@dlbabson.com
msylvestri@dlbabson.com
pdias@dlbabson.com
plenkeit@dlbabson.com
rabel@dlbabson.com
rcrandall@dlbabson.com
rdesaultels@dlbabson.com
rdesautels@dlbabson.com
rfeingold@dlbabson.com
rkapur@dlbabson.com
rlittle@dlbabson.com
rlyons@dlbabson.com
rmckeever@dlbabson.com
rmorrison@dlbabson.com
rroberge@dlbabson.com
rsingh2@dlbabson.com
rspencer@dlbabson.com
sblouin@dlbabson.com
sfeeley@dlbabson.com
sgaston@dlbabson.com
slibera@dlbabson.com
sroth@dlbabson.com
sstaggs@dlbabson.com
sstecher@dlbabson.com
svilarindo@dlbabson.com
tbolduc@dlbabson.com
tfinke@dlbabson.com
tkelley@dlbabson.com
tpshea@dlbabson.com
tvien@dlbabson.com
vshinsky@dlbabson.com
wdwyer@dlbabson.com
zperry@dlbabson.com

**dlfi**

asalgado@dlfi.com
rick-waldis@dlfi.com
trish-delaney@dlfi.com

**dlgpartners**

xavier.gudefin@dlgpartners.com

**dlh**

andrea.heinen@dlh.de
bernhard.wiezorek@dlh.de
hamhedging.mt@dlh.de
karin.trautwein@dlh.de
markus.ott@dlh.de
martin.kirchner@dlh.de
matthias.detjen@dlh.de
neil.moyes@dlh.de
peter.czichowski@dlh.de
peter.lennartz@dlh.de

**Company & Corresponding Email Addresses**

  ralph.link@dlh.de
  torsten.kohrs@dlh.de
  vicente.alava-pons@dlh.de
  walter.gehl@dlh.de
  walter.schmitz-cording@dlh.de

**dlj**

  epetillo@dlj.com
  jcallen@dlj.com
  jfevola@dlj.com
  mminogue@dlj.com

**dlusa**

  admin@dlusa.com
  akari@dlusa.com
  fujimaru@dlusa.com
  hmatsumoto@dlusa.com
  ishii@dlusa.com
  kawasaki@dlusa.com
  nishio@dlusa.com
  numata@dlusa.com
  owada@dlusa.com
  soraoka@dlusa.com
  tatsuno@dlusa.com
  tsato@dlusa.com
  yinoue@dlusa.com
  yoriko@dlusa.com

**dmba**

  brianis@dmba.com
  shakak@dmba.com

**dmgt**

  nick.jennings@dmgt.co.uk
  peter.williams@dmgt.co.uk

**d-m-r**

  kevinbilyard@d-m-r.co.uk

**dmtc**

  mike@dmtc.com

**dmw**

  fredrik.altman@dmw.de

**dn**

  ando_takashi@dn.smbc.co.jp
  aoki_yoshifumi@dn.smbc.co.jp
  aoyama_satoshi@dn.smbc.co.jp
  fujii_makoto@dn.smbc.co.jp
  fujinaga_masashi@dn.smbc.co.jp
  fujiwara_nobutomo@dn.smbc.co.jp
  gotou_gen@dn.smbc.co.jp
  gotou_kenichirou@dn.smbc.co.jp
  iguchi_fumio@dn.smbc.co.jp
  imanari_akira@dn.smbc.co.jp
  inoue_kazuo@dn.smbc.co.jp
  inoue_tsutomu@dn.smbc.co.jp
  ishikawa_hirofumi@dn.smbc.co.jp
  jinbo_shuhei@dn.smbc.co.jp
  koyanagi_yoshifumi@dn.smbc.co.jp
  kubo_tetsuya@dn.smbc.co.jp

## Company & Corresponding Email Addresses

miyagaki_naoya@dn.smbc.co.jp
miyamoto_akiho@dn.smbc.co.jp
morioka_ryo@dn.smbc.co.jp
nagata_koichi@dn.smbc.co.jp
nakahara_kenji@dn.smbc.co.jp
nakajima_masashige@dn.smbc.co.jp
ochiai_koji@dn.smbc.co.jp
oka_ryoichiro@dn.smbc.co.jp
oka_toshifumi@dn.smbc.co.jp
okubo_satoshi@dn.smbc.co.jp
ouchiyama_atsushi@dn.smbc.co.jp
saeki_hiroaki@dn.smbc.co.jp
sasai_masaki@dn.smbc.co.jp
sasaki_akira@dn.smbc.co.jp
sasaki_toyofumi@dn.smbc.co.jp
shibata_kouji@dn.smbc.co.jp
shimodoi_toshihide@dn.smbc.co.jp
sugawara_masaki@dn.smbc.co.jp
taguchi_takayuki@dn.smbc.co.jp
tamura_masayuki@dn.smbc.co.jp
tamura_taishi@dn.smbc.co.jp
tani_kazunobu@dn.smbc.co.jp
todoroki_yoshitaka@dn.smbc.co.jp
tomura_shigetaka@dn.smbc.co.jp
yamamoto_taro@dn.smbc.co.jp

### dnb

anders.ahl@dnb.se
anders.ekberg@dnb.se
angel.olofson@dnb.se
anna.nordin@dnb.se
b.t.jansen@dnb.nl
berge.ofstad@dnb.no
berit.henrickson@dnb.no
brian.hesbrouk@dnb.no
c.m.n.pieterse@dnb.nl
c.p.m.van.oorschot@dnb.nl
carolineafugglas@dnb.se
christer.kack@dnb.se
d.ottens@dnb.nl
dag.lindskog@dnb.se
e.a.verhoef@dnb.nl
e.w.lindeijer@dnb.nl
elaine.christiansen@dnb.no
erik.brakke@dnb.no
erik.sjostrom@dnb.se
erik.sylvertsen@dnb.no
fm.fixedincome.dollar@dnb.nl
fm.forecast@dnb.nl
fredrik.hedstrom@dnb.se
gaute.eie@dnb.no
gunnar.blix@dnb.se
gunnar.dahlfors@dnb.se
h.g.schokker@dnb.nl
h.h.j.van.der.hoorn@dnb.nl

**Company & Corresponding Email Addresses**

h.jager@dnb.nl
hans.gannestad@dnb.no
hans.johnsson@dnb.se
i.r.y.van.herpt@dnb.nl
j.e.berndsen@dnb.nl
j.m.thoolen@dnb.nl
j.meesters@dnb.nl
jan.kolstad@dnb.no
jann.molnes@dnb.no
jeanette.hauff@dnb.se
jeremy.brown@dnb.no
joakim.oskarsson@dnb.se
k.a.van.dijkhuizen@dnb.nl
k.j.van.paddenburg@dnb.nl
knut-arne.alsaker@dnb.se
lars.lovgren@dnb.se
lars.sundberg@dnb.se
lena.ober@dnb.se
lena.oberg@dnb.se
m.a.schrijvers@dnb.nl
m.l.hezemans@dnb.nl
magnus.froblom@dnb.se
magnus.karlsson@dnb.se
marcus.wiberg@dnb.se
mattias.thollin@dnb.se
morten.kreutz@dnb.no
narve.bjordal@dnb.no
niklas.hoglund@dnb.se
nikolai.nashamkin@dnb.no
nils.gunnar.brattlie@dnb.no
p.j.buijs@dnb.nl
per.h.brinch@dnb.no
per.liljestrand@dnb.se
r.c.coppes@dnb.nl
r.pauli@dnb.nl
r.vermeulen@dnb.nl
rickard.warnelid@dnb.se
rune.talberg@dnb.no
stefan.kopperud@dnb.se
stefan.lundbergh@dnb.se
steinulf.literud@dnb.no
sveinivar.mossige@dnb.no
t.m.de.bie@dnb.nl
torbjorn.hamnmark@dnb.se
torbjorn.segerstedt@dnb.se
tord.andersson@dnb.se
torgeir.storo@dnb.no
trygve.young@dnb.no
v.j.ter.morsche@dnb.nl
w.elsenburg@dnb.nl
w.th.a.van.veen@dnb.nl
william.barlow@dnb.se

**dnb4you**

kcollins@dnb4you.com

## Company & Corresponding Email Addresses

### dnbnor

abhishek.thepade@dnbnor.com
alexander.kleiven@dnbnor.no
andrea.croner@dnbnor.com
bard.sm.johannessen@dnbnor.com
benjaman.werber@dnbnor.com
benjamin.werber@dnbnor.com
bente.hoem@dnbnor.no
berit.henriksen@dnbnor.no
bjorn.borander@dnbnor.no
bjorn.kvarnskog@dnbnor.com
christer.westberg@dnbnor.com
christian.ramm@dnbnor.no
dag.linskog@dnbnor.no
daniel.dahlin@dnbnor.com
david.demartino@dnbnor.com
david.martino@dnbnor.com
filip.boman@dnbnor.com
fredrik.martenson@dnbnor.com
fredrik.oberg@dnbnor.com
gary.twell@dnbnor.no
geir.bergvoll@dnbnor.no
goran.wall@dnbnor.com
hans-martin.presterud@dnbnor.no
helge.forfang@dnbnor.no
henrik.asland@dnbnor.no
henrik.johansson@dnbnor.com
jan.ivar.klausen@dnbnor.no
jan.vennemo@dnbnor.no
joachim.skorge@dnbnor.no
johan.erikson@dnbnor.se
johan.garmann@dnbnor.no
john.vonheim@dnbnor.no
kalapi.darmeci@dnbnor.no
kenneth.hage@dnbnor.no
kristofer.lind@dnbnor.com
lars.kristian.feste@dnbnor.no
larserik.aarstad@dnbnor.no
magnus.harju@dnbnor.com
marten.lindeborg@dnbnor.com
matthew.bloch@dnbnor.no
maud.ljungqvist@dnbnor.com
mikael.persson@dnbnor.com
morten.madsen@dnbnor.no
nicholas.salbu@dnbnor.no
niklas.lundquist@dnbnor.com
olav.bo@dnbnor.no
olav.gunnes@dnbnor.no
oystein.dorum@dnbnor.no
pablo.bernengo@dnbnor.com
patrik.rundin@dnbnor.com
patrik.safvenblad@dnbnor.com
paul.klinkert@dnbnor.com
peter.vonsivers@dnbnor.com

## Company & Corresponding Email Addresses

phil.kurpiewski@dnbnor.no
reidar.bolme@dnbnor.no
rolf.palmer@dnbnor.no
rolfnagel.dahl@dnbnor.no
siew.hoon.ong@dnbnor.no
stefan.andersson@dnbnor.com
stefan.asbrink@dnbnor.com
stian.solberg@dnbnor.no
svein.aage.aanes@dnbnor.no
sven.elowson@dnbnor.com
thomas.mckeon@dnbnor.com
thomas.tangen@dnbnor.no
tom.olsson@dnbnor.com
truls.nergaard@dnbnor.no
vibeke.pentzen@dnbnor.no

### dnd

anders.v.johansson@dnd.se

### do

austin.hong@do.treas.gov
brian.roseboro@do.treas.gov
cm.ludwick@do.treas.gov
everett.reveley@do.treas.gov
fred.pietrangeli@do.treas.gov
garret.overlock@do.treas.gov
jasper.hoek@do.treas.gov
jeff.huther@do.treas.gov
jill.cetina@do.treas.gov
kathleen.byrne@do.treas.gov
marketroom@do.treas.gov
michael.schetzel@do.treas.gov
mojgan.jian@do.treas.gov
my.caohuy@do.treas.gov
nathan.struemph@do.treas.gov
neel.kashkari@do.treas.gov
rob.hill@do.treas.gov
seth.wheeler@do.treas.gov
steve.berardi@do.treas.gov
tim.dulaney@do.treas.gov

### dodgeandcox

acf@dodgeandcox.com
agg@dodgeandcox.com
ahc@dodgeandcox.com
ahs@dodgeandcox.com
ajb@dodgeandcox.com
aln@dodgeandcox.com
ap@dodgeandcox.com
asr@dodgeandcox.com
ay@dodgeandcox.com
bjh@dodgeandcox.com
cbc@dodgeandcox.com
cfp@dodgeandcox.com
cvq@dodgeandcox.com
dch@dodgeandcox.com
dfc@dodgeandcox.com

**Company & Corresponding Email Addresses**

dme@dodgeandcox.com
dss@dodgeandcox.com
dtb@dodgeandcox.com
ejt@dodgeandcox.com
esp@dodgeandcox.com
etb@dodgeandcox.com
grs@dodgeandcox.com
hmw@dodgeandcox.com
hrh@dodgeandcox.com
jag@dodgeandcox.com
jbj@dodgeandcox.com
jhd@dodgeandcox.com
jjs@dodgeandcox.com
jni@dodgeandcox.com
jpm@dodgeandcox.com
jrb@dodgeandcox.com
jrm@dodgeandcox.com
jtb@dodgeandcox.com
jty@dodgeandcox.com
kdj@dodgeandcox.com
keo@dodgeandcox.com
ker@dodgeandcox.com
kf@dodgeandcox.com
kgm@dodgeandcox.com
kh@dodgeandcox.com
khd@dodgeandcox.com
km@dodgeandcox.com
kmw@dodgeandcox.com
kof@dodgeandcox.com
ky@dodgeandcox.com
lab@dodgeandcox.com
lai@dodgeandcox.com
lap@dodgeandcox.com
lkc@dodgeandcox.com
lmr@dodgeandcox.com
lsb@dodgeandcox.com
mas@dodgeandcox.com
maz@dodgeandcox.com
mcd@dodgeandcox.com
mk@dodgeandcox.com
mlc@dodgeandcox.com
mmt@dodgeandcox.com
mni@dodgeandcox.com
ms@dodgeandcox.com
nco@dodgeandcox.com
nla@dodgeandcox.com
nmr@dodgeandcox.com
nvl@dodgeandcox.com
op@dodgeandcox.com
pb@dodgeandcox.com
pbm@dodgeandcox.com
pcl@dodgeandcox.com
ps@dodgeandcox.com
rak@dodgeandcox.com

**Company & Corresponding Email Addresses**

rgk@dodgeandcox.com
rjm@dodgeandcox.com
rsy@dodgeandcox.com
rtc@dodgeandcox.com
scv@dodgeandcox.com
sdc@dodgeandcox.com
shc@dodgeandcox.com
sjn@dodgeandcox.com
srn@dodgeandcox.com
sss@dodgeandcox.com
tmm@dodgeandcox.com
tms@dodgeandcox.com
tp@dodgeandcox.com
tsd@dodgeandcox.com
tvl@dodgeandcox.com
twp@dodgeandcox.com
tya@dodgeandcox.com
wwb@dodgeandcox.com
xxx@dodgeandcox.com
yg@dodgeandcox.com

**dohabank**
dkothari@dohabank.com.qa
rmoukarim@dohabank.com.qa
sathyamurthy@dohabank.com.sg
snbandara@dohabank.com.qa

**doil**
jsullivan@doil.com

**doley**
crobert@doley.com

**dol-fin**
jwhalen@dol-fin.com

**dollarbank**
bbrubaker@dollarbank.com
dsjoberg902@dollarbank.com

**dom**
dale_e_hinson@dom.com
donald_w_borneman@dom.com
james_carney@dom.com
rhonda_boggs@dom.com

**domcap**
jjt@domcap.com
kap49@domcap.com

**dominickanddominick**
egelman@dominickanddominick.com
elee@dominickanddominick.com
jperry@dominickanddominick.com
lmasi@dominickanddominick.com
mcampbell@dominickanddominick.com

**dominickandominick**
kmckay@dominickandominick.com

**domres**
hallw@domres.com
robertsonl@domres.com
wilsonp@domres.com

## Company & Corresponding Email Addresses

**donau-bank**
m.kiknadze@donau-bank.at

**donner**
a.gussmann@donner.de
b.ronfeld@donner.de
d.hupfer@donner.de
h.leifeld@donner.de
r.oehr@donner.de

**donotsend**
noemail@donotsend.com

**dow**
afarre@dow.com
agokcen@dow.com
bebruce@dow.com
bpwentworth@dow.com
bschmid@dow.com
cfloristan@dow.com
ckay@dow.com
ckendall@dow.com
ckli@dow.com
dfrey@dow.com
drwisniewski@dow.com
ebmartins@dow.com
egil@dow.com
flopez@dow.com
gng@dow.com
gvandrunen@dow.com
jcschmidt@dow.com
jfrisch@dow.com
jhaan@dow.com
kvanheel@dow.com
lcsiemen@dow.com
malanbay@dow.com
mmartinezelecea@dow.com
msato@dow.com
msun@dow.com
mwalker@dow.com
nwillemsen@dow.com
pablosilveri@dow.com
psmanchiraju@dow.com
pstafford@dow.com
ramachr@dow.com
rgthompson@dow.com
rmsparling@dow.com
rremijsen@dow.com
rsteijn@dow.com
schawla@dow.com
smausolf@dow.com
spriante@dow.com
tarnaud@dow.com
thaug@dow.com
utorresan@dow.com
vpitt@dow.com
vricci@dow.com

## Company & Corresponding Email Addresses

vroane@dow.com
vshaw@dow.com
wpcho@dow.com

### dowcorning

brad.sauve@dowcorning.com
h.szafranski@dowcorning.com
j.tobin@dowcorning.com
karen.clapp@dowcorning.com
marcus.worsley@dowcorning.com

### downeysavings

bcote@downeysavings.com
drosenthal@downeysavings.com
fmcgill@downeysavings.com
jjui@downeysavings.com
ronross@downeysavings.com
tprince@downeysavings.com

### dpbank

hejg@dpbank.dk
holt@dpbank.dk
mbor@dpbank.dk
most@dpbank.dk
tbo@dpbank.dk

### dpfs

c.kool@dpfs.nl
h.vanginneken@dpfs.nl
h.vanneerbos@dpfs.nl
i.valke@dpfs.nl
jw.baan@dpfs.nl
l.ravensbergen@dpfs.nl
m.wu@dpfs.nl
n.vanwonderen@dpfs.nl
p.bleeker@dpfs.nl
s.demaar@dpfs.nl

### dpg

jobelius@dpg.de

### dpimc

alan_meder@dpimc.com
brian_vandermeulen@dpimc.com
brooks_beittel@dpimc.com
connie_luecke@dpimc.com
dan_petrisko@dpimc.com
dave.krause@dpimc.com
deborah_jansen@dpimc.com
eden_levinson@dpimc.com
eric_elvekrog@dpimc.com
eric_vetsch@dpimc.com
frank_haggerty@dpimc.com
geoffrey_dybas@dpimc.com
joyolin_brown@dpimc.com
kelly_bruner@dpimc.com
krishna_soma@dpimc.com
mark_porrell@dpimc.com
michael_schatt@dpimc.com
nathan_partain@dpimc.com

**Company & Corresponding Email Addresses**

   peg_fritz@dpimc.com
   randle_smith@dpimc.com
   ron.she@dpimc.com
   shalini_sharma@dpimc.com
   suzanne.karpick@dpimc.com
   teresa_poyner@dpimc.com
   thomas_lefebvre@dpimc.com
   tim_fitzgerald@dpimc.com

**dpmmellon**
   abp@dpmmellon.com

**dpsk12**
   al_thomas@dpsk12.org
   gary_ratliff@dpsk12.org

**dptco**
   david@dptco.net

**dqe**
   jim_d_mitchell@dlc.dqe.com

**dqwest**
   info@dqwest.com

**dr**
   b.b.dijkman@dr.utc.rabobank.com
   h.dijkstra@dr.utc.rabobank.com
   r.muller@dr.utc.rabobank.com

**dreamwiz**
   hsjunghs@dreamwiz.com
   ibeeseo@dreamwiz.com

**dresdner**
   jbeaudou@dresdner.com
   jthieme@dresdner.com
   kovachs@dresdner.com
   mslentz@dresdner.com
   w.lambert@dresdner.com

**dresdner-bank**
   alan.harley@dresdner-bank.com
   andre.sadowsky@dresdner-bank.com
   andrea.herz@dresdner-bank.com
   andreas.bode@dresdner-bank.lu
   andreas.riedel@dresdner-bank.ch
   andreas.ritter2@dresdner-bank.com
   andreas.wex@dresdner-bank.com
   anika.mueller@dresdner-bank.com
   antonio.fananas-ramiro@dresdner-bank.ch
   armin.frehsner@dresdner-bank.ch
   armin.kurt@dresdner-bank.lu
   arnaud.deplasse@dresdner-bank.com
   beat.jakob@dresdner-bank.ch
   bjoern.esser@dresdner-bank.com
   bjoern.grob@dresdner-bank.ch
   chris-oliver.schickentanz@dresdner-bank.com
   christa.graber@dresdner-bank.ch
   christa.pletscher@dresdner-bank.ch
   christian.fraipont@dresdner-bank.ch
   donat.wild@dresdner-bank.ch
   fabian.herzog@dresdner-bank.ch

## Company & Corresponding Email Addresses

falk.jesse@dresdner-bank.com
frank.waldhaus@dresdner-bank.com
frank.willmann@dresdner-bank.com
franz.zlamal@dresdner-bank.com
gerd.haeusler@dresdner-bank.com
hans-peter.kolb@dresdner-bank.com
helge.lange@dresdner-bank.com
herbert.berger@dresdner-bank.de
holger.basler@dresdner-bank.com
jochen.moeller@dresdner-bank.lu
joerg.krollmann@dresdner-bank.com
joern.heidrich@dresdner-bank.com
joern.lange@dresdner-bank.com
johann.gaber@dresdner-bank.com
josefine.tuppeck@dresdner-bank.com
juergen.borcherdt@dresdner-bank.com
juergen.jh.huber@dresdner-bank.com
juergen.thode@dresdner-bank.com
karl.grutschnig@dresdner-bank.com
karsten.eberle@dresdner-bank.com
katharina.hock@dresdner-bank.lu
klaus.tappolet@dresdner-bank.ch
luigi.pescia@dresdner-bank.ch
marianne.kuster@dresdner-bank.ch
mark.waldmann@dresdner-bank.com
martin.hartmann@dresdner-bank.com
michael.burg@dresdner-bank.lu
michael.cloth@dresdner-bank.com
michael.daniel@dresdner-bank.lu
michael.hofmann@dresdner-bank.com
michael.korn@dresdner-bank.com
michael.mw.wolf@dresdner-bank.com
nigel.tyler@dresdner-bank.com
patrick.berset@dresdner-bank.ch
paul.clarke@dresdner-bank.com
peter.bossart@dresdner-bank.ch
peter.koerndl@dresdner-bank.com
peter.lugauer@dresdner-bank.com
peter.reese@dresdner-bank.com
peter.wilhelm@dresdner-bank.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
robert.mori@dresdner-bank.ch
roberto.prizzi@dresdner-bank.ch
roland.oehler@dresdner-bank.ch
rolf.krahe@dresdner-bank.com
rolf.piepenburg@dresdner-bank.com
ruediger.weber@dresdner-bank.com
sabine.hubler-guy@dresdner-bank.ch
stefan.brunn@dresdner-bank.com
stefan.hintermann@dresdner-bank.ch
stefan.hirter@dresdner-bank.ch
stefan.schoeppner@dresdner-bank.com
stefan.schoppner@dresdner-bank.com

**Company & Corresponding Email Addresses**

stefan.wick@dresdner-bank.ch
steffen.tolzien@dresdner-bank.com
stephen.lomas@dresdner-bank.com
sven.luebs@dresdner-bank.com
thibault.deletraz@dresdner-bank.ch
thomas.hanzel@dresdner-bank.com
thomas.koller@dresdner-bank.com
thomas.langer@dresdner-bank.lu
thomas.liskamm@dresdner-bank.com
thomas.mittag@dresdner-bank.com
thomas.schultz@dresdner-bank.lu
thomas.weckemann@dresdner-bank.ch
uwe.trackmann@dresdner-bank.com
uwe.treckmann@dresdner-bank.com
uwe.truppel@dresdner-bank.lu
volker.kempf@dresdner-bank.com
volker.korella@dresdner-bank.com
volker.schupp@dresdner-bank.com

**dresdnerkb**

paul.freeman@dresdnerkb.com
sciresearch@dresdnerkb.com
tim.skeet@dresdnerkb.com

**dresdnerkleinwort**

ana.quaas@dresdnerkleinwort.com
michael.english@dresdnerkleinwort.com
michael.popkin@dresdnerkleinwort.com
richard.bertoni@dresdnerkleinwort.com

**dresdnerrcm**

brian.urey@dresdnerrcm.com
david.hollis@dresdnerrcm.co.uk
jack.bernard@dresdnerrcm.com
linda.beck@dresdnerrcm.com
marianne.o@dresdnerrcm.com
randolph.chapman@dresdnerrcm.com
steve.kim@dresdnerrcm.com
wang.rosa@dresdnerrcm.com.hk

**dreyfus**

awadella.c@dreyfus.com
browne.wh@dreyfus.com
canter.se@dreyfus.com
chris.knipe@dreyfus.com
darcy.jp@dreyfus.com
demicco.me@dreyfus.com
deonarain.r@dreyfus.com
diane.poulos@dreyfus.com
disdier.p@dreyfus.com
doria.r@dreyfus.com
friedman.jf@dreyfus.com
geser.lh@dreyfus.com
gillespie.ka@dreyfus.com
gurry.rn@dreyfus.com
hoey.rb@dreyfus.com
hopkins.ta@dreyfus.com
irace.ja@dreyfus.com

## Company & Corresponding Email Addresses

jeisenstadt@dreyfus.com
keriotis.cf@dreyfus.com
ko.wk@dreyfus.com
leong.km@dreyfus.com
livesay.m@dreyfus.com
maher.z@dreyfus.com
marsch.a@dreyfus.com
meehan.c@dreyfus.com
meyers.a@dreyfus.com
mike.mckieghan@dreyfus.com
mixon.ja@dreyfus.com
mojica.be@dreyfus.com
moses.ck@dreyfus.com
moynihan.r@dreyfus.com
nguyen.k@dreyfus.com
noble.jp@dreyfus.com
oconnor.j@dreyfus.com
oh.a@dreyfus.com
olivero.jc@dreyfus.com
pantalena.p@dreyfus.com
petty.mw@dreyfus.com
piez.j@dreyfus.com
platt.es@dreyfus.com
purdy.t@dreyfus.com
ramos.dd@dreyfus.com
rees.e@dreyfus.com
rking@dreyfus.com
ron.chapman@dreyfus.com
ruskin.jp@dreyfus.com
sattaye.gc@dreyfus.com
shipman.se@dreyfus.com
shkreli.g@dreyfus.com
slover.e@dreyfus.com
smaltz@dreyfus.com
sprauer.s@dreyfus.com
thunelius.j@dreyfus.com
tom.riordan@dreyfus.com
vasiliou.b@dreyfus.com
wieboldt.ms@dreyfus.com

**dreyfusbank**

alexis.blum@dreyfusbank.ch
francescantonio.candio@dreyfusbank.ch
pascal.brasey@dreyfusbank.ch
thierry.bloch@dreyfusbank.ch

**drkw**

adam.berry@drkw.com
alexander.schaefer@drkw.com
amer.abbasi@drkw.com
anthony.toscano@drkw.com
ashley.klein@drkw.com
bertrand.pinel@drkw.com
brendan.ruddle@drkw.com
bryan.seyfried@drkw.com
chris.parry@drkw.com

**Company & Corresponding Email Addresses**

christian.iveson@drkw.com
christoph.geck-schlich@drkw.com
christoph.schon@drkw.com
coshea@drkw.com
craig.schiffer@drkw.com
curt.beaudouin@drkw.com
dana.nason@drkw.com
darren.morton@drkw.com
david.goldenberg@drkw.com
dean.light@drkw.com
dirk.deboeck@drkw.com
eleanor.weille@drkw.com
femi.adewale@drkw.com
gauthier.ferret@drkw.com
geoffrey.prent@drkw.com
giulio.beretti@drkw.com
grant.saunders@drkw.com
gunther.kruse@drkw.com
henrik.adam@drkw.com
holger.genuneit@drkw.com
holly.cook@drkw.com
jacques.lucciani@drkw.com
james.gallagher@drkw.com
jan.muench@drkw.com
jay.schreyer@drkw.com
jimmy.poh@drkw.com
joel.stainton@drkw.com
johannes.winkler@drkw.com
john.cinelli@drkw.com
jorge.larangeira@drkw.com
joyce.manalo@drkw.com
julian.marks@drkw.com
kelly.staines@drkw.com
kenny.klein@drkw.com
kevin.bridger@drkw.com
kevin.mclaughlin@drkw.com
kevin.norris@drkw.com
kguest@drkw.com
kris.desmedt@drkw.com
kurt.jarnagin@drkw.com
laurent.chardon@drkw.com
leland.abrams@drkw.com
lissa.szymonowicz@drkw.com
loren.remetta@drkw.com
mandy.lehto@drkw.com
markus.schulz@drkw.com
martha.hamel@drkw.com
mauricio.reyes@drkw.com
michael.cyrus@drkw.com
michael.leffler@drkw.com
michael.neumann@drkw.com
neal.karnovsky@drkw.com
nicolas.hernout@drkw.com
oliver.crame@drkw.com

## Company & Corresponding Email Addresses

paul.collard@drkw.com
paul.devilleneuve@drkw.com
paul.newmark@drkw.com
paul.smith2@drkw.com
pedro.porfirio@drkw.com
peter.miller@drkw.com
peter.o'sullivan@drkw.com
peter.rouhi@drkw.com
philippe.rousseau@drkw.com
pk.sinha@drkw.com
richard.huston@drkw.com
robert.boyd@drkw.com
robert.noveski@drkw.com
ronnie.dick@drkw.com
rsweeney@drkw.com
ryan.fitzsimon@drkw.com
sarah.christian@drkw.com
sascha.gaurilavas@drkw.com
sean.park@drkw.com
serena.tiong@drkw.com
serge.blommaert@drkw.com
shadi.shahin@drkw.com
stefan.ullrich@drkw.com
stefan.wetterlin@drkw.com
stephan.schimberg@drkw.com
steven.cassidy@drkw.com
stuart.clarke@drkw.com
stuart.moon@drkw.com
sylvia.beck@drkw.com
thomas.brady@drkw.com
thorsten.ruelle@drkw.com
tom.johannessen@drkw.com
tyron.eng@drkw.com
ulrich.gerza@drkw.com
volker.honisch@drkw.com
william.fish@drkw.com

**dryden**
roger.a.richards@dryden.com
tom.williams@dryden.com

**dsaco**
adavis@dsaco.com
aourusoff@dsaco.com
ccavanaugh@dsaco.com
cfriedlander@dsaco.com
chris@dsaco.com
cking@dsaco.com
ctucker@dsaco.com
dblazin@dsaco.com
dgoei@dsaco.com
dkle@dsaco.com
dneenan@dsaco.com
dprozes@dsaco.com
fkunik@dsaco.com
jchen@dsaco.com

## Company & Corresponding Email Addresses

jchung@dsaco.com
jdetmer@dsaco.com
jdriscoll@dsaco.com
jgutierrez@dsaco.com
jperez@dsaco.com
jsinger@dsaco.com
jtesta@dsaco.com
jvoss@dsaco.com
kcharles@dsaco.com
kfeinberg@dsaco.com
kronstadt@dsaco.com
kryan@dsaco.com
ksabol@dsaco.com
ldiehl@dsaco.com
llaux@dsaco.com
lrana@dsaco.com
mbowen@dsaco.com
mchellis@dsaco.com
mparker@dsaco.com
mwhite@dsaco.com
pcrosbie@dsaco.com
rwright@dsaco.com
schen@dsaco.com
shelby@dsaco.com
smarkowitz@dsaco.com
smercado@dsaco.com
smoon@dsaco.com
sralff@dsaco.com
theysse@dsaco.com
tl@dsaco.com
tpouschine@dsaco.com
wlawlor@dsaco.com

**dsbiusa**
m_haggerty@dsbiusa.net

**ds-fr**
juliette_laquerriere@ds-fr.com

**dsgiplc**
naomi.payne@dsgiplc.com

**dsiim**
george.rooney@dsiim.com
takanori.oki@dsiim.com
takaomi.fujiwara@dsiim.com

**dsl-bank**
frank.haering@dsl-bank.de
monika.dahlmeyer@dsl-bank.de

**dsm**
ad.sleeuwen-van@dsm.com
daniel.rijs@dsm.com
ewout.gillissen@dsm.com
geert.nijssen@dsm.com
johan.mendels@dsm.com
monique.rooij-van@dsm.com
nick.nifterick-van@dsm.com
nico.rieske@dsm.com

**Company & Corresponding Email Addresses**

raymond-r.smeets@dsm.com
roy.koolen@dsm.com

**dsquaretrading**

damian@dsquaretrading.com

**dta**

bjoern.faulmann@dta.de

**dubaiic**

marc.foss@dubaiic.com

**dubuquebank**

dhorstmann@dubuquebank.com
kgrant@dubuquebank.com
mlink@dubuquebank.com
sreicks@dubuquebank.com
tpeckosh@dubuquebank.com
wcallahan@dubuquebank.com

**duesshyp**

andreas.wodara@duesshyp.de
arnold.sedlmayr@duesshyp.de
christoph.schulte-kemper@duesshyp.de
friedrich.munsberg@duesshyp.de
goetz.richter@duesshyp.de
herbert.weimer@duesshyp.de
joerg.linda@duesshyp.de
markus.rose@duesshyp.de
michael.kosche@duesshyp.de

**duke_energy**

cbmcdonough@duke_energy.com

**dukecap**

hazelton@dukecap.co.uk

**duke-energy**

fjfowler@duke-energy.com
ktmatthews@duke-energy.com
sbecht@duke-energy.com
smtrabucco@duke-energy.com
twhasket@duke-energy.com
wjmaniscalco@duke-energy.com

**dukestreetcapital**

horne@dukestreetcapital.com
mathieson@dukestreetcapital.com

**dumac**

ahall@dumac.duke.edu
bmanchen@dumac.duke.edu
cwilson@dumac.duke.edu
mcorigliano@dumac.duke.edu
ntriplett@dumac.duke.edu

**dummy**

jfenn@dummy.com

**duncanw**

atooley@duncanw.com
d_clanton@duncanw.com
mdriscoll@duncanw.com
ragnelli@duncanw.com

**duomo**

abattista@duomo.it

## Company & Corresponding Email Addresses

### dupont

a.mistras@usa.dupont.com
aaron.j.wilson@usa.dupont.com
andrew.l.royle@usa.dupont.com
barbara.b.harkins@usa.dupont.com
beth.m.lowe@usa.dupont.com
bi-zhen.lai@usa.dupont.com
brett.f.sumsion@usa.dupont.com
c.perrone@usa.dupont.com
carmen.g.gigliotti@usa.dupont.com
charlotte.murphy@usa.dupont.com
chris.watson@usa.dupont.com
dan.collins@usa.dupont.com
dan.e.weber@usa.dupont.com
daniel.a.moore@usa.dupont.com
daniel.m.petruzzi@usa.dupont.com
daryl.b.brown-1@usa.dupont.com
david.a.kline@usa.dupont.com
david.k.osberg@usa.dupont.com
david.m.bruns@usa.dupont.com
david.w.julier@usa.dupont.com
donald.j.pepin@usa.dupont.com
douglas.w.henderson@usa.dupont.com
erica.beswick@usa.dupont.com
erik.e.zipf@usa.dupont.com
gerald.chopard@che.dupont.com
harris.r.arch@usa.dupont.com
holly.a.lissner@usa.dupont.com
howard.f.searing@usa.dupont.com
janet.a.bushick@usa.dupont.com
jessie.pang@sgp.dupont.com
john.m.scukas@usa.dupont.com
jordan.d.culp@usa.dupont.com
joseph.b.tully@usa.dupont.com
juncai.yang@usa.dupont.com
karlis.r.ulmanis@usa.dupont.com
kathy.weaver@usa.dupont.com
kenneth.j.carey@usa.dupont.com
kenneth.j.libert@usa.dupont.com
kevin.g.goodwin@usa.dupont.com
kevin.m.fogarty@usa.dupont.com
kimberly.k.kwak@usa.dupont.com
kraig.s.struglia@usa.dupont.com
kris.kowal@usa.dupont.com
latanya.savage@usa.dupont.com
luis.a.rivera-hopkins@usa.dupont.com
maneesh.jain@usa.dupont.com
margaret.e.moore@usa.dupont.com
marianne.e.stratton@usa.dupont.com
mark.e.fischer@usa.dupont.com
matthew.considine@usa.dupont.com
michael.t.campbell@usa.dupont.com
michael.t.moughan@usa.dupont.com
mshao@usa.dupont.com

## Company & Corresponding Email Addresses

murat.korkmaz@usa.dupont.com
nikki.a.snyder@usa.dupont.com
nimrit.k.kang@usa.dupont.com
patrick.a.tucci@usa.dupont.com
patrick.r.whalen@usa.dupont.com
paul.a.lloyd@usa.dupont.com
paul.sakaguchi@usa.dupont.com
r.fedorak@usa.dupont.com
rafi.u.zaman@usa.dupont.com
rajesh.shrivastava@usa.dupont.com
raoul.h.rayos@usa.dupont.com
richard.k.driscoll@usa.dupont.com
robert.adriaanse@usa.dupont.com
robert.pari@usa.dupont.com
robin.p.sachs@usa.dupont.com
sahiba.chadha@usa.dupont.com
sandra.l.yeager@usa.dupont.com
stephanie.h.decrevecoeur@usa.dupont.com
steven.m.wilson@usa.dupont.com
stuart.r.davies@usa.dupont.com
ted.hu@usa.dupont.com
valerie.j.sill@usa.dupont.com
wendy.s.wyatt@usa.dupont.com
weston.t.dinsel@usa.dupont.com
xun.sun@usa.dupont.com
yong.zhu@usa.dupont.com

### dupree-funds
mdragoo@dupree-funds.com

### duqlight
dbordo@duqlight.com
jmilligan@duqlight.com
mkaplan@duqlight.com
mwebler@duqlight.com

### dussel-hypo
bleikerm@dussel-hypo.de
fietzp@dussel-hypo.de

### dvbbank
alex.legler@dvbbank.com
sylvie.morvan@dvbbank.com

### dws
adam.choragwicki@dws.com
alan.crutchett@dws.de
alexander.banik@dws.com
alexander.cotar@dws.de
alexander.horn@dws.com
alexander.kuppler@dws.de
andrea.ueberschaer@dws.de
andreas.feick@dws.com
andreas.roemer@dws.com
ansgar.klatte@dws.com
antje.lechner@dws.com
asoka.woehrmann@dws.de
axel.scheithauer@dws.com
aye.mader@dws.de

## Company & Corresponding Email Addresses

barbara.rega@dws.de
bernhard.zahel@dws.com
bettina-x.mueller@dws.de
bianka.arens@dws.com
birgit.haas@dws.de
bjoern.pietsch@dws.de
carmen.weber@dws.de
caroline.hammes@dws.com
carsten.weins@dws.com
christian.schoeppe@dws.com
christian.ullrich@dws.com
christiane.hinkelmann@dws.com
christof.richter@dws.com
christoph.ohme@dws.com
claus.meyer-cording@dws.de
dalibor.jarnevic@dws.com
daniel.endrikat@dws.de
daniel.kramer@dws.com
edward.wijnveen@dws.com
elmar.zurek@dws.de
eugen.minkin@dws.de
fabrice.bay@dws.com
falk.solbrig@dws.com
ferdinand.verweyen@dws.de
frederic.fayolle@dws.de
gerhard.seifried@dws.de
grace.giselle@dws.de
guenter.graw@dws.com
hansjoerg.pack@dws.de
harm.carstens@dws.com
heike.fornefett@dws.de
heinz-wilhelm.fesser@dws.de
helmut.kiener@dws.com
henning.gebhardt@dws.de
holger.kindsgrab@dws.com
huey.peuttman@dws.de
irmgard.soeder@dws.de
jan.viebig@dws.de
jan-erik.schulien@dws.de
jens.lindhout@dws.de
jerry.steiinger@dws.de
joachim.spehr@dws.de
joern.wasmund@dws.de
johannes.mueller@dws.de
juan.barriobero@dws.com
juergen.nott@dws.de
julia.klein@dws.com
karsten.witte@dws.com
katharina.seiler@dws.com
klaus.hahn@dws.com
klaus.kaldemorgen@dws.de
klaus.oster@dws.com
klaus-p.schmitz@dws.de
kyle.kloc@dws.de

## Company & Corresponding Email Addresses

lars.ziehn@dws.com
leif.bjurstroem@dws.de
lilian.haag@dws.de
marc.boettinger@dws.com
marc.kersten@dws.de
marc-alexander.kniess@dws.de
marco.cortes-borgmeyer@dws.com
maren.pesarini@dws.de
marita.barth@dws.com
maritta.kanerva@dws.com
markus.hammes@dws.de
markus.kohlenbach@dws.de
markus.peil@dws.com
markus.wiedemann@dws.de
martin.marinov@dws.com
maryline.jarnoux-sorin@dws.com
matthias.hanske@dws.com
michael.altinzoglou@dws.com
michael.boehm@dws.com
michael.frankenstein@dws.com
michael.koschatzki@dws.com
michael.liller@dws.com
michael.sieghart@dws.de
michael-a.richter@dws.com
monika.roeske@dws.de
nancy.herring@dws.de
nektarios.kessidis@dws.com
nicolas.huber@dws.de
nicoletta.carlomagno@dws.com
niklas.seifert@dws.com
nikolaus.poehlmann@dws.de
nina.knecht@dws.de
nina.ruethel@dws.de
noushin.irani@dws.de
odeniyaz.dzhaparov@dws.com
oliver.dutt@dws.com
oliver.eichmann@dws.de
patrick.nese@dws.de
peter.walburg@dws.de
peter-a.steffen@dws.com
philipp.brugger@dws.com
pierre.martin@dws.de
pierre.saulnier@dws.com
raik.hoffmann@dws.de
rainer.vermehren@dws.de
ralf.rybarczyk@dws.com
ralf.schreyer@dws.de
ralph.roelke@dws.de
robert.kalin@dws.de
robert.wachtel@dws.de
roman.swaton@dws.com
sabine.fruehn@dws.de
sebastian.kahlfeld@dws.de
silke.herrmann@dws.de

## Company & Corresponding Email Addresses

silke.kettermann@dws.com
stefan.heinzerling@dws.com
stefan.kreuzkamp@dws.com
stefan.muth@dws.de
stephan.werner@dws.de
steve.duncan@dws.de
sui-ping.yuen@dws.com
susann.moldenhauer@dws.com
thomas.gerhardt@dws.com
thomas-p.schuessler@dws.de
thorsten.engelmann@dws.com
tim.freuer-junghans@dws.com
torsten.beer@dws.com
tsenov.nikolai@dws.de
udo.rosendahl@dws.de
ulrich.willeitner@dws.de
valerie.schroeter@dws.com
volker.dosch@dws.com
walter.holick@dws.com
werner.eppacher@dws.com
xueming.song@dws.de

### dydro
alf.alviniussen@hfi.dydro.com

### dynexcapital
benedetti@dynexcapital.com
brockwell@dynexcapital.com
nilson@dynexcapital.com
parrish@dynexcapital.com
werner@dynexcapital.com

### dzbank
aikkiong.yeo@dzbank.de
alan.canavan@dzbank.ie
albrecht.hartmann@dzbank.de
alexander.schaefer@dzbank.de
alexander.von.gilsa@dzbank.de
andrea.aiello@dzbank.de
andreas.neugebauer@dzbank.de
andreas.urban@dzbank.de
anke.pelz-michel@dzbank.de
annette.mueller@dzbank.de
armin.kalisch@dzbank.de
arno.wenzel@dzbank.de
arnold.fohler@dzbank.de
arnold.lim@dzbank.de
axel.gerling@dzbank.de
axel.thomas@dzbank.de
barbara.schulz@dzbank.de
beatrice.lamour@dzbank.de
belina.dreessen@dzbank.de
benjamin.yeo@dzbank.com.sg
bernd.hillingshaeuser@dzbank.de
bernd.rohleder@dzbank.de
bernhard.panzenell@dzbank.de
bernhard.ritzdorf@dzbank.de

**Company & Corresponding Email Addresses**

bettina.rosenberger@dzbank.de
birgit.figge@dzbank.de
bodo.gauer@dzbank.de
boris.saborrosch@dzbank.de
carl.amendola@dzbank.de
carsten.boehm@dzbank.de
celeste.kearney@dzbank.ie
christian.berger@dzbank.de
christian.calkosz@dzbank.de
christian.englert@dzbank.de
christian.klocke@dzbank.de
christian.wilfing@dzbank.de
christoph.alenfeld@dzbank.de
christoph.poth@dzbank.de
christopher.schumann@dzbank.de
corinna.droese@dzbank.de
credit@dzbank.ie
dagmar.mueller@dzbank.de
david.dijorio@dzbank.de
detlef.giebe@dzbank.de
detlev.peters@dzbank.de
dieter.veith@dzbank.de
dieter_joetten@dzbank.de
dietmar.sticksel@dzbank.de
dimitri.gorochowski@dzbank.de
dirk.busch@dzbank.de
dirk.gradehand@dzbank.de
dirk.nonnenmacher@dzbank.de
dominic.stupp@dzbank.de
eckhard.arndt@dzbank.de
elizabeth.boilson@dzbank.ie
enda.mulry@dzbank.ie
erik.wredenhagen@dzbank.de
eugen.weinberg@dzbank.de
fabian.straub@dzbank.de
florian.greiner@dzbank.de
frank.cerveny@dzbank.de
frank.menn@dzbank.de
frank.otto@dzbank.de
frankie.mcgann@dzbank.ie
gabor.poberschin@dzbank.de
gabor.vogel@dzbank.de
gabriele.wirth@dzbank.de
gerhard.schmidt@dzbank.de
gernot.zang@dzbank.de
gottfried.finken@dzbank.de
grace.ng@dzbank.com.sg
hans.dahringer@dzbank.de
hans-peter.leisten@dzbank.de
harmut.schuz@dzbank.de
heiko.klebing@dzbank.de
heinz.bauer@dzbank.de
heinz.hilgert@dzbank.de
heinz-juergen.wohlgemuth@dzbank.de

## Company & Corresponding Email Addresses

helmut.krebber@dzbank.de
hendrik.pfiester@dzbank.de
holger.kahlert@dzbank.de
holger.schad@dzbank.de
hongwai.ma@dzbank.de
igor.zizic@dzbank.de
ingo.holzwarth@dzbank.de
jeff.lenamon@dzbank.de
jeffrey.baun@dzbank.de
jochen.breiltgens@dzbank.de
jochen.dannemann@dzbank.de
john.odonnell@dzbank.ie
juergen.becker@dzbank.de
juergen.scharnowske@dzbank.de
juergen.seifert@dzbank.de
kai.poerschke@dzbank.de
kai-oliver.brand@dzbank.de
katja.neubecker@dzbank.de
klaus.sandner@dzbank.de
klaus.schollenberger@dzbank.de
knut.kuehnhausen@dzbank.de
lars.hille@dzbank.de
loki.zanini@dzbank.de
luke.heatley@dzbank.de
mahmood.jumabhoy@dzbank.de
manja.sammler@dzbank.de
marc.kraemer@dzbank.de
marco.marzejewski@dzbank.de
maren.keul@dzbank.de
markus.mohrenweiser@dzbank.de
martin.finger@dzbank.de
martin.grzonka@dzbank.de
martin.kober@dzbank.de
martin.kuebler@dzbank.de
martin.smith@dzbank.de
martin.wehling@dzbank.com.sg
martin.ziese@dzbank.de
mathias.metzger@dzbank.de
matthias.kinttof@dzbank.de
matthias.wolf@dzbank.de
michael.eckert@dzbank.de
michael.menrad@dzbank.de
michael.schneider@dzbank.de
michaela.notz@dzbank.de
mirco.hoffmann@dzbank.de
nicole.winkler@dzbank.de
nicole.zorn@dzbank.de
nikolas.tsioullis@dzbank.de
norah.mccann@dzbank.de
oezcan.dalmis@dzbank.de
oliver.deutscher@dzbank.de
oliver.hildenbrand@dzbank.de
oliver.stiekel@dzbank.de
patrick.humm@dzbank.de

**Company & Corresponding Email Addresses**

paul.fitzpatrick@dzbank.de
peter.janata@dzbank.de
peter.van.der.mespel@dzbank.de
peter.wrzodek@dzbank.de
phil.jobbins@dzbank.de
phillip.ingram@dzbank.de
rainer.bunz@dzbank.de
rainer.gutacker@dzbank.de
ralf.engel@dzbank.de
ralfthomas_decker@dzbank.de
ralph.ockert@dzbank.de
renate.schoenhoff@dzbank.de
robert.fish@dzbank.de
robin.schink@dzbank.de
roland.schaardt@dzbank.de
ross.atkinson@dzbank.com.sg
sandra.haase@dzbank.de
sandra.strauss@dzbank.de
sascha.zetzsche@dzbank.de
sebastian.bachmann@dzbank.de
sibylle.zinser@dzbank.de
simon.buckley@dzbank.de
sonja.zoellner@dzbank.de
sonja.zoellner@dzbank.ie
stefan.pohl@dzbank.de
stefan.reck@dzbank.de
stefan.schiesser@dzbank.de
stefanie.binder@dzbank.de
steffen.beier@dzbank.de
steffen.trippel@dzbank.de
stephan.schroeter@dzbank.de
sven.rissmueller@dzbank.de
ted.killilea@dzbank.de
teoman.kaplan@dzbank.de
thomas.emmert@dzbank.de
thomas.kaltwasser@dzbank.de
thomas.kettern@dzbank.de
thomas.kollath@dzbank.de
thomas.ridder@dzbank.de
thomas.schreiner@dzbank.de
thomas.schumbert@dzbank.de
thorben.luethge@dzbank.de
tina.stumpf@dzbank.de
tobias.beck@dzbank.de
tom.grogan@dzbank.ie
tom.oelrich@dzbank.de
torsten.seifert@dzbank.de
ulrich.walter@dzbank.de
uwe.flach@dzbank.de
viktoria.keuter@dzbank.de
vladimir.cilli@dzbank.ie
walter.windecker@dzbank.de
wojtek.lipinski@dzbank.de
wolfgang.henrichs@dzbank.de

## Company & Corresponding Email Addresses

wolfgang.kirsch@dzbank.de
wolfgang.theis@dzbank.de

### dzbank-cee

gyorgy.kovacs@dzbank-cee.com

### dzi

andreas.junk@dzi.lu
arne.stracke@dzi.lu
dennis.bach@dzi.lu
frank.tueffers@dzi.lu
markus.clemens@dzi.lu
thomas.gehlen@dzi.lu

### e

e-mail@e.mail
ueda@e.u-tokyo.ac.jp

### eab-online

yyousry@eab-online.com
zkhaled@eab-online.com

### eaclp

lorenzo@eaclp.com

### eagleasset

adam.gallina@eagleasset.com
becky.dudley@eagleasset.com
bert.boksen@eagleasset.com
bill.williams@eagleasset.com
billy.gillen@eagleasset.com
chris.sassouni@eagleasset.com
clay.lindsey@eagleasset.com
craig.dauer@eagleasset.com
crystal.hargis@eagleasset.com
damian.sousa@eagleasset.com
danny.lee@eagleasset.com
david.blount@eagleasset.com
david.williams@eagleasset.com
ed.cowart@eagleasset.com
eric.mintz@eagleasset.com
eric.wilwant@eagleasset.com
eric.wilwont@eagleasset.com
glen.manna@eagleasset.com
james.camp@eagleasset.com
jay.daniel@eagleasset.com
jeff.vancavage@eagleasset.com
jeffrey.thomas@eagleasset.com
joe.jackson@eagleasset.com
john.jordan@eagleasset.com
jonathan.lewis@eagleasset.com
laura.odell@eagleasset.com
lou.kirschbaum@eagleasset.com
nikola.legetic@eagleasset.com
patrick.franke@eagleasset.com
philip.garrett@eagleasset.com
randy.moore@eagleasset.com
richard.skeppstrom@eagleasset.com
rob.marshall@eagleasset.com
robert.hyken@eagleasset.com

## Company & Corresponding Email Addresses

sameer.sabharwal@eagleasset.com
scott.renner@eagleasset.com
sheila.king@eagleasset.com
stacey.thomas@eagleasset.com
steve.chylinski@eagleasset.com
todd.mccallister@eagleasset.com
tyler.cook@eagleasset.com
vincent.ficca@eagleasset.com

**eagleglobal**
abennis@eagleglobal.com
bcruise@eagleglobal.com
bquattrucci@eagleglobal.com
eallen@eagleglobal.com
jgualy@eagleglobal.com
mday@eagleglobal.com
sgonzalez@eagleglobal.com
srusso@eagleglobal.com
thunt@eagleglobal.com
ylongoria@eagleglobal.com

**eaglehomemortgage**
mcfaddd@eaglehomemortgage.com

**eaglestarlife**
aoife.ferris@eaglestarlife.ie
bryan.fagan@eaglestarlife.ie
eimear.moloney@eaglestarlife.ie

**earthlink**
bdrny@earthlink.net
davidoston@earthlink.net
drtew@earthlink.com
judyauld@earthlink.net
larrybernstein@earthlink.net
neilfei@earthlink.net
rbkastan@earthlink.net
yjae@earthlink.net

**earthstarbank**
wtillman@earthstarbank.com

**easternbk**
a.botticelli@easternbk.com
b.texeira@easternbk.com
c.johnston@easternbk.com
c.lehy@easternbk.com
d.barglow@easternbk.com
d.bogosian@easternbk.com
g.zydel@easternbk.com
j.bitner@easternbk.com
j.fox@easternbk.com
j.kattar@easternbk.com
j.mccourt@easternbk.com
j.mckinlay@easternbk.com
j.ward@easternbk.com
k.lally@easternbk.com
m.mcdonald@easternbk.com
m.zingoni@easternbk.com
r.grant@easternbk.com

**Company & Corresponding Email Addresses**

r.holbrook@easternbk.com
r.martin@easternbk.com
r.stimson@easternbk.com
t.bussone@easternbk.com
w.pate@easternbk.com

**eastsidecap**
steven.richman@eastsidecap.com

**eastwestbank**
eenny@eastwestbank.com
scanup@eastwestbank.com
sreilly@eastwestbank.com
tgunadi@eastwestbank.com

**eaton**
bobparmenter@eaton.com
jimmeil@eaton.com
richardfearon@eaton.com

**eatonvance**
acoll@eatonvance.com
adasilva@eatonvance.com
aharris@eatonvance.com
akhan@eatonvance.com
akrenn@eatonvance.com
amerrill@eatonvance.com
aross@eatonvance.com
asunderland@eatonvance.com
asveen@eatonvance.com
avalk@eatonvance.com
aweigold@eatonvance.com
bahern@eatonvance.com
bbarnes@eatonvance.com
bbrandon@eatonvance.com
bhassler@eatonvance.com
bmacintosh@eatonvance.com
bscozzafava@eatonvance.com
btittman@eatonvance.com
cberry@eatonvance.com
cbrandon@eatonvance.com
cclemson@eatonvance.com
ccomenos@eatonvance.com
ccraig@eatonvance.com
ccrocker@eatonvance.com
cgaffney@eatonvance.com
cgauzer@eatonvance.com
ckraysler@eatonvance.com
cmaclellan@eatonvance.com
cmcdermott@eatonvance.com
comalley@eatonvance.com
coneill@eatonvance.com
cremington@eatonvance.com
cruss@eatonvance.com
cterrell@eatonvance.com
czhu@eatonvance.com
dabdrakhmanov@eatonvance.com
dcarson@eatonvance.com

**Company & Corresponding Email Addresses**

dcurtin@eatonvance.com
ddigregorio@eatonvance.com
djenkins@eatonvance.com
dlaflamme@eatonvance.com
dmcelaney@eatonvance.com
dmcknown@eatonvance.com
dmckown@eatonvance.com
drichardson@eatonvance.com
drobinson@eatonvance.com
drogers@eatonvance.com
dsillers@eatonvance.com
dtrachtenberg@eatonvance.com
dwalters@eatonvance.com
dzimmerman@eatonvance.com
eburke@eatonvance.com
eciancarelli@eatonvance.com
ekalantzis@eatonvance.com
elucera@eatonvance.com
emcnamara@eatonvance.com
estedman@eatonvance.com
estein@eatonvance.com
fcui@eatonvance.com
gdailey@eatonvance.com
globalresearch@eatonvance.com
gnelson@eatonvance.com
gshi@eatonvance.com
hhong@eatonvance.com
ichung@eatonvance.com
jbalas@eatonvance.com
jbaur@eatonvance.com
jbhawkes@eatonvance.com
jbroome@eatonvance.com
jcasey@eatonvance.com
jcroft@eatonvance.com
jcrowley@eatonvance.com
jdistasio@eatonvance.com
jgruet@eatonvance.com
jhesselbein@eatonvance.com
jkhodarahmi@eatonvance.com
jlemle@eatonvance.com
jlipchin@eatonvance.com
jmiller@eatonvance.com
jparsons@eatonvance.com
jredding@eatonvance.com
jsaryan@eatonvance.com
kbaccei@eatonvance.com
kchristensen@eatonvance.com
kcreedon@eatonvance.com
khogan@eatonvance.com
kkim@eatonvance.com
kmeany@eatonvance.com
lcarter@eatonvance.com
lflynn@eatonvance.com
lkenyon@eatonvance.com

**Company & Corresponding Email Addresses**

lkiernan@eatonvance.com
llisker-blount@eatonvance.com
lpiantedosi@eatonvance.com
lscher@eatonvance.com
mallison@eatonvance.com
marutyunyan@eatonvance.com
marygillespie@eatonvance.com
mattbuckley@eatonvance.com
mcappellano@eatonvance.com
mcirami@eatonvance.com
mdeich@eatonvance.com
mdellelo@eatonvance.com
mdework@eatonvance.com
mhaggett@eatonvance.com
michaelobrien@eatonvance.com
mkeogh@eatonvance.com
mkessler@eatonvance.com
mkiely@eatonvance.com
mkinahan@eatonvance.com
mlocke@eatonvance.com
mmach@eatonvance.com
mmclean@eatonvance.com
mmoran@eatonvance.com
mnappi@eatonvance.com
mortiz@eatonvance.com
mplluska@eatonvance.com
mturgel@eatonvance.com
mvenezia@eatonvance.com
mweilheimer@eatonvance.com
ncampbell@eatonvance.com
ncoons@eatonvance.com
nle@eatonvance.com
ntooke@eatonvance.com
opreap@eatonvance.com
panok@eatonvance.com
pcampbell@eatonvance.com
pcampo@eatonvance.com
ppoduri@eatonvance.com
psalisbury@eatonvance.com
pswaffield@eatonvance.com
rhinckley@eatonvance.com
rhowe@eatonvance.com
rleeman@eatonvance.com
rraybardhan@eatonvance.com
rstudley@eatonvance.com
rwyke@eatonvance.com
sbrengle@eatonvance.com
sburg@eatonvance.com
scaplice@eatonvance.com
sconcannon@eatonvance.com
scraig@eatonvance.com
sdeutsch@eatonvance.com
smuter@eatonvance.com
spage@eatonvance.com

**Company & Corresponding Email Addresses**

ssantiago@eatonvance.com
ssmore@eatonvance.com
sstarner@eatonvance.com
staylor@eatonvance.com
tevans@eatonvance.com
tfaust@eatonvance.com
thuggins@eatonvance.com
timfetter@eatonvance.com
tluster@eatonvance.com
tmetzold@eatonvance.com
tshimura@eatonvance.com
tstern@eatonvance.com
tweyl@eatonvance.com
wcross@eatonvance.com
wdelahunty@eatonvance.com
wgardiner@eatonvance.com
wirvine@eatonvance.com
wrow@eatonvance.com
zyu@eatonvance.com

**eave**
patrick.volkart@eave.com

**ebc**
herve.bourquin@ebc.int
ivan.frechard@ebc.int
tuomas.peltonen@ebc.int

**ebkgroup**
astaples@ebkgroup.com
csaathoff@ebkgroup.com
jklein@ebkgroup.com
lmitchell@ebkgroup.com
meveans@ebkgroup.com
sscrogham@ebkgroup.com

**ebmud**
sawchuk@ebmud.com

**ebondtrade**
garry@ebondtrade.com

**ebrd**
batemanp@ebrd.com
beaumanc@ebrd.com
bianchis@ebrd.com
bollebok@ebrd.com
brinkleb@ebrd.coom
burakm@ebrd.com
caldern@ebrd.com
cenank@ebrd.com
checchie@ebrd.com
choteboj@ebrd.com
crnogorh@ebrd.com
cullent@ebrd.com
dieboldt@ebrd.com
doukasv@ebrd.com
feldmanj@ebrd.com
flemingr@ebrd.com
fossemaa@ebrd.com

**Company & Corresponding Email Addresses**

  francoib@ebrd.com
  greenje@ebrd.com
  guneyi@ebrd.com
  gyulvesa@ebrd.com
  hatjoulg@ebrd.com
  holmess@ebrd.com
  janssenb@ebrd.com
  kantaria@ebrd.com
  kohle@ebrd.com
  konm@ebrd.com
  laurenti@ebrd.com
  lawlerb@ebrd.com
  longhurg@ebrd.com
  lyanovaz@ebrd.com
  marshald@ebrd.com
  mauldinb@ebrd.com
  mullero@ebrd.com
  muminova@ebrd.com
  normakt@ebrd.com
  ostaszewa@ebrd.com
  pacattea@ebrd.com
  patmorej@ebrd.com
  perrierb@ebrd.com
  pissarif@ebrd.com
  pittarag@ebrd.com
  powerf@ebrd.com
  pulayj@ebrd.com
  ricet@ebrd.com
  rousseau@ebrd.com
  rybad@ebrd.com
  sarbur@ebrd.com
  skaping@ebrd.com
  smithj@ebrd.com
  sonparn@ebrd.com
  stanislk@ebrd.com
  stefaned@ebrd.com
  stewarti@ebrd.com
  stolarck@ebrd.com
  swinchac@ebrd.com
  taubmanc@ebrd.com
  trows@ebrd.com
  vannedea@ebrd.com
  warwickd@ebrd.com
  whelann@ebrd.com
  yakymeti@ebrd.com
  yildiram@ebrd.com

**ebsworld**

  djouret@fr.ebsworld.com
  jcmekil@fr.ebsworld.com
  sguthleben@fr.ebsworld.com

**ecap**

  tpoyanr@ecap.com.sg

**ecb**

  aidan.meyler@ecb.int

**Company & Corresponding Email Addresses**

alain.vandepeute@ecb.int
anna.nordstrom@ecb.int
anna.vinci@ecb.int
anna_maria.agresti@ecb.int
barbara.roffia@ecb.int
beatriz.sotomayor@ecb.int
benjamin.sahel@ecb.int
bettina.landau@ecb.europa.eu
carlos.bowles@ecb.europa.eu
christian.thimann@ecb.int
christiane.nickel@ecb.int
christine.raymond@ecb.int
christophe.beuve@ecb.int
concha.artola@ecb.europa.eu
daphne.momferatou@ecb.europa.eu
david.lodge@ecb.europa.eu
demosthenes.ioannou@ecb.int
ekkehard.ernst@ecb.int
elke.hahn@ecb.europa.eu
etienne.port@ecb.int
fernando.monar@ecb.int
francesco.drudi@ecb.int
francesco.papadia@ecb.int
frauke.skudelny@ecb.int
georges.pineau@ecb.int
georgi.krustev@ecb.int
gianluigi.ferrucci@ecb.europa.eu
gilles.noblet@ecb.int
giovanni.lombardo@ecb.int
giovanni.vitale@ecb.int
guido.wolswijk@ecb.int
gunter.coenen@ecb.int
han.vanderhoorn@ecb.int
hans-joachim.klockers@ecb.int
heinz-juergen.scheid@ecb.int
huw.pill@ecb.int
investment@ecb.int
ivan.alves@ecb.int
janos.soos@ecb.int
jeanlouis.schirmann@ecb.int
jerome.henry@ecb.int
john.fell@ecb.int
joost.sprokel@ecb.int
joseemilio.gumiel@ecb.int
josemarin.arcas@ecb.int
jouni.timonen@ecb.int
julian.morgan@ecb.int
lars.dalitz@ecb.int
laurent.maurin@ecb.int
lieven.hermans@ecb.int
lucas.papademos@ecb.int
lucrezia.reichlin@ecb.int
ludger.schuknecht@ecb.int
manfred.koch@ecb.int

## Company & Corresponding Email Addresses

manfred.kremer@ecb.int
marcelo.sanchez@ecb.europa.eu
marco.lagana@ecb.int
matthias.sydow@ecb.int
matthieu.darracq-paries@ecb.int
neale.kennedy@ecb.int
nerijus.gaizauskas@ecb.int
nikiforos.vidalis@ecb.int
pascal.nicoloso@ecb.int
paul.arthur@ecb.int
paul.hiebert@ecb.europa.eu
pavlos.karadeloglou@ecb.int
pula.gabor@ecb.europa.eu
ralph.weidenfeller@ecb.int
ramon.gomezsalvador@ecb.int
rawdanowicz@ecb.int
reiner.martin@ecb.int
roberto.de_santis@ecb.int
roberto.schiavi@ecb.int
roland.beck@ecb.int
stefano.siviero@ecb.int
thomas.westermann@ecb.int
tina.zumer@ecb.int
tms.padoaschioppa@ecb.int
tomas.garbaravicius@ecb.int
ursula.bachmann@ecb.int

**ece**
alfonso.esteban-fernandez@ece.ericsson.se
**ecitele**
doron.inbar@ecitele.com
**ecmjapan**
myasuda@ecmjapan.com
**ecofi**
gcercet@ecofi.fr
jclaude@ecofi.fr
jlpare@ecofi.fr
mtbaillargeon@ecofi.fr
olivier.guillou@ecofi.fr
**economicnews**
efranco@economicnews.ca
**ecugest**
nicolan@ecugest.com
**edc**
alopes@edc.ca
atunney@edc.ca
awatson@edc.ca
blaffin@edc.ca
rkelly@edc.ca
spowell@edc.ca
stdavies@edc.ca
**edc-see**
aroberts@edc-see.ca
lbernst@edc-see.ca
nlowe@edc-see.ca

## Company & Corresponding Email Addresses

rforbes@edc-see.ca
tgiorgio@edc-see.ca

### eddassoc

kelly.ehler@eddassoc.com
mary.hass@eddassoc.com

### edf

anne-marie-sft.morel@edf.fr
armelle.poulou@edf.fr
aziza.breteau@edf.fr
bernard.soulas@edf.fr
carole.dupont-pietri@edf.fr
catherine.walpoel@edf.fr
christophe.madec@edf.fr
eloise.matta@edf.fr
henri.fromont@edf.fr
isabelle.kerreveur@edf.fr
jean.steinacher@edf.fr
jean-francois.guillaume@edf.fr
jean-rene.laurette@edf.fr
marie-aurelie.misme@edf.fr
marie-cfoire.reneux@edf.fr
matthieu.bonamy@edf.fr
philippe.lhermie@edf.fr
romain.butte@edf.fr
ryadh.boudjemadi@edf.fr
sererine.haudegand@edf.fr
suzanne.bouteloup@edf.fr

### edfd

ad@edfd.com
asm@edfd.com
fmg@edfd.com
ghc@edfd.com
glasgowc@edfd.com
gm@edfd.com
gmr@edfd.com
initials@edfd.com
jtr@edfd.com
mct@edfd.com
murraya@edfd.com
spm@edfd.com

### edfgdf

antoine.burindesroziers@edfgdf.fr
christian.baux@edfgdf.fr
fady.khallouf@edfgdf.fr
franck.bruyere@edfgdf.fr
jean.eyraud@edfgdf.fr
jean-christophe.rubinstein@edfgdf.fr
jean-marie.boutroue@edfgdf.fr
michael.gougeon@edfgdf.fr
patrick.persuy@edfgdf.fr

### edgeassetmgt

coleman.daniel@edgeassetmgt.com
foreman.phil@edgeassetmgt.com
friedl.john@edgeassetmgt.com

## Company & Corresponding Email Addresses

mcclung.richard@edgeassetmgt.com
peterson.scott.j@edgeassetmgt.com
pitcher.marshall@edgeassetmgt.com
placzek.brian@edgeassetmgt.com
poker.gary@edgeassetmgt.com
radecki.sarah@edgeassetmgt.com
simpson.david@edgeassetmgt.com
stewart.brad@edgeassetmgt.com
suty.joe@edgeassetmgt.com
zhang.jane@edgeassetmgt.com

### edgf
cochrana@edgf.com

### edinburgh
naseem.iqbal@edinburgh.gov.uk

### edison
deangelisp@edison.it
pisantia@edison.it

### edroth
e.calorio@edroth.co.uk

### eds
caunteya.parekh@eds.com
christopher.derganc@eds.com
rich.bartolotta@eds.com
scott.cobb@eds.com

### edwardjones
adrian.brown@edwardjones.com
alex.bast@edwardjones.com
barbara.eshing@edwardjones.com
bill.hizar@edwardjones.com
bill.welborn@edwardjones.com
brett.kimes@edwardjones.com
brian.buckley@edwardjones.com
dave_glasser@edwardjones.com
david.lee@edwardjones.com
dennis.barton@edwardjones.com
dennis.tong@edwardjones.com
dg.otto@edwardjones.com
doug.hill@edwardjones.com
eric.koestner@edwardjones.com
jarid.king@edwardjones.com
jason.clark@edwardjones.com
jay.plaskett@edwardjones.com
jim.krekeler@edwardjones.com
justin.lone@edwardjones.com
k.flatt@edwardjones.com
karen.liebsch@edwardjones.com
kevin.sprouse@edwardjones.com
larry.thomas@edwardjones.com
m.burnes@edwardjones.com
mario.derose@edwardjones.com
mark.potter@edwardjones.com
michael.fross@edwardjones.com
nicole.randle@edwardjones.com
nicole.rosenwinkel@edwardjones.com

**Company & Corresponding Email Addresses**

philip.schwab@edwardjones.com
ray.robbins@edwardjones.com
rhonda.liesenfeld@edwardjones.com
ron.gibbs@edwardjones.com
ryan.eisenbeis@edwardjones.com
shelley.finn@edwardjones.com
sunil.banker@edwardjones.com
susan.ye@edwardjones.com
tom.mcconnell@edwardjones.com
travis.vieth@edwardjones.com
tricia.o'brien@edwardjones.com
william.broderick@edwardjones.com

**edythbush**
mcross@edythbush.org

**eendragt**
atroostwijk@eendragt.nl

**ef**
konstantinova@ef.gin.ru

**effcu**
claudette.hanley@effcu.org
manuel.borrajo@effcu.org
margarita.peralta@effcu.org
patrick.smith@effcu.org

**effegestioni**
l.debiasi@effegestioni.it
micol.baselli@effegestioni.it

**effem**
christian.vonk@eu.effem.com
earl.green@effem.com
jan.heesters@eu.effem.com
joris.janssen@eu.effem.com
mannus.stolk@eu.effem.com
marco.verstegen@eu.effem.com
michael.greeley.jr@effem.com
peter.seka@effem.com
robert.hoke@effem.com

**efgbank**
g.lakios@efgbank.lu
i.kappas@efgbank.lu

**efgfp**
jl@efgfp.com
marcus@efgfp.com

**efib**
jshock@efib.state.id.us

**efispa**
m.sorani@efispa.it

**efv**
andreas.daenzer@efv.admin.ch
felix.senn@efv.admin.ch
hans.ochsner@efv.admin.ch
karin.zweifel@efv.admin.ch
r.bernhard@efv.admin.ch
son.nguyen@efv.admin.ch
thomas.inderwildi@efv.admin.ch

## Company & Corresponding Email Addresses

**efxcap**
- j.sender@efxcap.com

**egebank**
- agaoglu@egebank.com.tr
- tezan@egebank.com.tr

**egg**
- abs.monitoring@egg.com
- claire.bright@egg.com
- dylan.wilson@egg.com

**ehl**
- olivier.schohn@ehl.ch

**ehy-us**
- joshua.smith@ehy-us.com
- ping.fu@ehy-us.com

**eib**
- a.peshkoff@eib.org
- a.romani@eib.org
- b.bargagli@eib.org
- buhlig@eib.org
- c.guille@eib.org
- cenci@eib.org
- d.clark@eib.org
- d.fabbro@eib.org
- dascon@eib.org
- f.eggen@eib.org
- ferreirc@eib.org
- galizia@eib.org
- gutierrf@eib.org
- j.dezagon@eib.org
- j.potocki@eib.org
- m.dubois@eib.org
- mcmillan@eib.org
- mertensg@eib.org
- n.mercusa@eib.org
- n.milianitis@eib.org
- n.orland@eib.org
- parthur@eib.org
- r.karsenti@eib.org
- s.dhawan@eib.org
- s.pierson@eib.org
- t.oconnell@eib.org
- trambev@eib.org
- zucca@eib.org

**eif**
- massimi@eif.org

**eig2**
- nobuyuki.ohyama@eig2.ho.dkb.co.jp

**eircom**
- davidoshea0@eircom.net

**ejdelarosa**
- jyew@ejdelarosa.com

**ekk**
- roland.mainz@ekk.de

**eksportfinans**

## Company & Corresponding Email Addresses

jon@eksportfinans.no
krs@eksportfinans.no
otb@eksportfinans.no

### elas
iain.armstrong@elas.co.uk
njfox@elas.co.uk
ruth_sawyer@elas.co.uk
simon.brett@elas.co.uk

### elbit
dp12962@elbit.co.il
efayan@elbit.co.il
pacholder@elbit.co.il

### elcabop
lpatterson@elcabop.org
mhaney@elcabop.org

### eldorado
sb@eldorado.com
tom@eldorado.com

### electrabel
atinne.snyers@electrabel.com

### electrolux
annelie.lakner@electrolux.se
asa.olsson@electrolux.se
gabriel.garber@electrolux.se
goran.farkas@electrolux.se
harald.larsson@electrolux.se
henrik.jernstrom@electrolux.se
henrik.skogsfors@electrolux.se
jens.jirvell@electrolux.se
jonas.gardmark@electrolux.se
jonas.lindholm@electrolux.se
jonas.martin-lof@electrolux.co.uk
jonas.sohlman@electrolux.se
lisbeth.helgostam@electrolux.se
lorenzo.savi@electrolux.se
madina.dandoy@electrolux.se
marianne.rydin@electrolux.se
martin.bendixen@electrolux.se
matz.eriksson@electrolux.se
mikael.friberg@electrolux.se
niklas.jarl@electrolux.se
oliva.vivas@electrolux.se
per.almesjo@electrolux.se
peter.nyquist@electrolux.se
philip.berman@electrolux.se
richard.lantz@electrolux.se
ulf.krumins@electrolux.se
vera.nikolova@electrolux.se

### elite
anavim@elite.co.il
avib@elite.co.il

### ellington
abatra@ellington.com
ajayt@ellington.com

## Company & Corresponding Email Addresses

andy@ellington.com
andyt@ellington.com
asaro@ellington.com
aschulz@ellington.com
avery@ellington.com
bailon@ellington.com
baird@ellington.com
banks@ellington.com
barrett@ellington.com
battiato@ellington.com
bothwell@ellington.com
collins@ellington.com
cooper@ellington.com
crosenberg@ellington.com
dealinfo@ellington.co
dimitri@ellington.com
eabrams@ellington.com
ethan@ellington.com
fadule@ellington.com
filler@ellington.com
fiorello@ellington.com
ghz@ellington.com
green@ellington.com
hradecky@ellington.com
hren@ellington.com
hwang@ellington.com
icorwin@ellington.com
jlewis@ellington.com
jmcneer@ellington.com
jsamet@ellington.com
ketover@ellington.com
kmurray@ellington.com
kstarrs@ellington.com
markt@ellington.com
mathur@ellington.com
mohammad@ellington.com
mrapoport@ellington.com
mvictory@ellington.com
ndean@ellington.com
niko@ellington.com
nikolay@ellington.com
penn@ellington.com
popham@ellington.com
raus@ellington.com
rkinderman@ellington.com
ryan@ellington.com
sabar@ellington.com
saltzman@ellington.com
scanter@ellington.com
sganatra@ellington.com
skennedy@ellington.com
soriano@ellington.com
stefan.krieger@ellington.com
sugrue@ellington.com

**Company & Corresponding Email Addresses**

toback@ellington.com
tseno@ellington.com
valli@ellington.com
vas@ellington.com
venkatram@ellington.com
vich@ellington.com
vogel@ellington.com
vranos@ellington.com
walker@ellington.com
yearwood@ellington.com
zaretsky@ellington.com
zhou@ellington.com
zipp@ellington.com
zli@ellington.com

**elliottandpage**
antoinette_ridout@elliottandpage.com
belinda_denovellis@elliottandpage.com
jeannie_collins-ardern@elliottandpage.com
luciano_orengo@elliottandpage.com
martin_ayow@elliottandpage.com
mcintyre_john@elliottandpage.com
michael_hatcher@elliottandpage.com
pat_mchugh@elliottandpage.com
sean_zhang@elliottandpage.com
ted_whitehead@elliottandpage.com
todd_parsons@elliottandpage.com

**elpaso**
christopher.coovrey@elpaso.com
dwight.scott@elpaso.com

**em**
wenjy@em.tsinghua.edu.cn

**email**
email@email.com
first.last@email.com
john@email.com
martin.lee@email.com
noemail@email.com
unknown@email.com

**e-mail**
alison_dunning@gre-group.e-mail.com

**emarquettebank**
jo'brien@emarquettebank.com

**emcins**
ray.w.davis@emcins.com

**emigrant**
burnse@emigrant.com
davidsm@emigrant.com
dicksong@emigrant.com
espanolp@emigrant.com
harrys@emigrant.com
hartj@emigrant.com
hastingsc@emigrant.com
lepaged@emigrant.com
linx@emigrant.com

## Company & Corresponding Email Addresses

noyesj@emigrant.com
rom@emigrant.com
romasp@emigrant.com
rothk@emigrant.com
staudtc@emigrant.com
steing@emigrant.com
tornellos@emigrant.com

### emirates
adic201@emirates.net.ae
amfinvst@emirates.net.ae
cbankgtr@emirates.net.ae

### emmny
mstein@emmny.com

### emporiki
karanika.an@emporiki.gr
meris.n@emporiki.gr
nirgiannakis.k@emporiki.gr
rondiris.k@emporiki.gr

### emporiki-asset
a.frontistis@emporiki-asset.gr
estefanou@emporiki-asset.gr
fvarsaki@emporiki-asset.gr
gdimitriou@emporiki-asset.gr

### e-multifonds
j.fauvel@e-multifonds.com
m.delavenere@e-multifonds.com

### enagas
agadalid@enagas.es
avelazquez@enagas.es

### enel
alagna.valentina@enel.it
alberto.agostinelli@enel.it
andrea.brentan@enel.it
astri.clara@enel.it
bondi.paolo@enel.it
botta.vincenzo@enel.it
canta.alessandro@enel.it
casinelli.fabio@enel.it
chiabrera.cesare@enel.it
circi.emma@enel.it
claudio.franco2@enel.it
colacchia.elisabetta@enel.it
conti.fulvio@enel.it
crispo.mariafrancesca@enel.it
direnzo.fabio@enel.it
francesca.borraccino@enel.it
francesca.dicarlo@enel.it
francesco.venturini@enel.it
giangrossi.annamaria@enel.it
gianluca.comin@enel.it
guerritore.piero@enel.it
investor.relations@enel.it
luigi.delmastro@enel.it
machetti.claudio@enel.it

## Company & Corresponding Email Addresses

mantellassi.laura@enel.it
marco.arcelli@enel.it
marco.palermo@enel.it
margarita.ivana@enel.it
mariaantonietta.giannelli@enel.it
massimiliano.bevignani@enel.it
mauro.silveri@enel.it
mezzetti.arianna@enel.it
niccolai.annarita@enel.it
nigro.leonardo@enel.it
palermo.riccardo@enel.it
pallotti.paolo@enel.it
riccardi.roberto@enel.it
rigano.rita@enel.it
roberts.paul@enel.it
sandra.valentini@enel.it
sorbino.francesco@enel.it
stefano.risoldi@enel.it
stefano.scudiere@enel.it
vachez.fabrizio@enel.it
valeria.stefano@enel.it
vallone.stefania@enel.it
vera.colombo@enel.it

### eni

achille.scarpa@eni.it
alessandro.lanza@eni.it
alvaro.donadelli@eni.it
daniele.ughi@eni.it
federico.sarnari@eni.it
investor.relations@eni.it
jadran.trevisan@eni.it
laura.dell'aquila@eni.it
leonardo.maugeri@eni.it
luana.codignoni@eni.it
luca.bernardini@eni.it
marco.mangiagalli@eni.it
maria.antonietta.solinas@eni.it
maurizia.cozzi@eni.it
michele.ronchi@eni.it
paola.bietrosante@eni.it
paolo.carmosino@eni.it
raffaella.allotti@eni.it
segreteriaad@eni.it
stefano.cao@eni.it

### enifin

aldo.desimone@enifin.eni.it
chiara.franco@enifin.eni.it
emanuela.bellini@enifin.eni.it
ennio.siracusa@enifin.eni.it
fabio.valsassina@enifin.eni.it
federico.rey@enifin.eni.it
filippo.corvi@enifin.eni.it
francesco.cecchetti@enifin.emi.it
francesco.metrangolo@enifin.eni.it

## Company & Corresponding Email Addresses

giancarlo.costi@enifin.eni.it
giovanni.zuccarini@enifin.eni.it
marcello.bertolini@enifin.eni.it
nadia.ande@enifin.eni.it
paola.casciotti@enifin.eni.it
pietro.mantovano@enifin.emi.it
raffaella.cremonesi@enifin.eni.it
roberto.colacchia@enifin.eni.it

### ennismorefunds

ab@ennismorefunds.com
de@ennismorefunds.com
lp@ennismorefunds.com
sl@ennismorefunds.com
sr@ennismorefunds.com
th@ennismorefunds.com

### enogex

tadler@enogex.com

### ensignpeak

bethersbk@ensignpeak.org
clarkerg@ensignpeak.org
cowanfj@ensignpeak.org
custody@ensignpeak.org
davisja@ensignpeak.org
hardendl@ensignpeak.org
iversonin@ensignpeak.org
jasterrc@ensignpeak.org
johnsonjen@ensignpeak.org
kirkhamaj@ensignpeak.org
lawrh@ensignpeak.org
lundk@ensignpeak.org
porterjg@ensignpeak.org
ricksr@ensignpeak.org
smithgc@ensignpeak.org
staylr@ensignpeak.org
vanwoerkomdw@ensignpeak.org
willesrb@ensignpeak.org

### enskilda

eva.svalling@enskilda.se
goran.fransson@enskilda.se

### entenial

egilletl@entenial.com
pmarronn@entenial.com

### entergy

adougl1@entergy.com
bcurrie@entergy.com
dlebi@entergy.com
lsamaha@entergy.com
lsmith8@entergy.com
mcaruso@entergy.com
mvallad@entergy.com
ppecque@entergy.com
rlapara@entergy.com
slouste@entergy.com
tober@entergy.com

## Company & Corresponding Email Addresses

**entergykoch**
barry.goldblatt@entergykoch.com

**entoil**
andrew.shilston@london.entoil.com
angus.macaskill@london.entoil.com
ian.patterson@london.entoil.com
julia.kehoe@london.entoil.com
nigel.smith@london.entoil.com
patrick.kennedy@london.entoil.com
peter.reilly@london.entoil.com
peter.thomas@london.entoil.com
russell.gurnhill@london.entoil.com

**eon**
lioba.heintzen@eon.com

**eon-energie**
christoph.kesy@eon-energie.com
jochen.menssen@eon-energie.com

**epix**
nps@epix.net

**epo**
abuerger@epo.org
aneszvecsko@epo.org
dmatthijssen@epo.org
fcanali@epo.org
scourteney@epo.org
svecchi@epo.nl
svecchi@epo.org
wjachs@epo.org

**epoch-funds**
raj.gupta@epoch-funds.com

**epost**
michael.stodollik@epost.de

**epsilonfunds**
adrian@epsilonfunds.com
alex.yang@epsilonfunds.com
andy@epsilonfunds.com
bradley@epsilonfunds.com
brian@epsilonfunds.com
brooks@epsilonfunds.com
frits@epsilonfunds.com
heidi@epsilonfunds.com
herbert@epsilonfunds.com
jorge@epsilonfunds.com
kenneth@epsilonfunds.com
liem@epsilonfunds.com
lincoln@epsilonfunds.com
luc@epsilonfunds.com
mail@epsilonfunds.com
michael@epsilonfunds.com
monica@epsilonfunds.com
monroe@epsilonfunds.com
pop@epsilonfunds.com
raza@epsilonfunds.com
richard@epsilonfunds.com

**Company & Corresponding Email Addresses**

scott@epsilonfunds.com
searches@epsilonfunds.com

**epsiloninvest**

lisa@epsiloninvest.com

**e-qci**

eshill@e-qci.com
proland@e-qci.com
tcalkins@e-qci.com

**equalt**

dcroyeau@equalt.com

**equit**

mjenner@equit.com

**er**

ephifer@er.state.tx.us

**erbd**

drissb@erbd.com
rikkin@erbd.com

**ercgroup**

andrew.stapleton@ercgroup.com
ann.granquist@ercgroup.com
jacqueline.mclelland@ercgroup.com
jan.brickey@ercgroup.com
kieran.dempsey@ercgroup.com
reinhard.seitz@ercgroup.com
steve.wood@ercgroup.com
tony.marcello@ercgroup.com

**erg**

arosa@erg.it
dfloro@erg.it
gesposito@erg.it
jgibson@erg.it
mmiglierina@erg.it
mtirasso@erg.it

**ergpetroli**

rperiti@ergpetroli.it

**ericsson**

anders.bergh@ericsson.com
bengt.agefjord@ericsson.com
jonas.malm@ericsson.com
sven.carlsson@ericsson.com

**erieinsurance**

craig.dylewski@erieinsurance.com
crystal.murzynski@erieinsurance.com
david.glod@erieinsurance.com
douglas.ziegler@erieinsurance.com
joseph.rys@erieinsurance.com
kathy.zonna@erieinsurance.com
keely.lowman@erieinsurance.com
lori.nagy@erieinsurance.com
mark.borowy@erieinsurance.com
michelle.drexler@erieinsurance.com
paul.bates@erieinsurance.com
ross.silvis@erieinsurance.com

**erm**

**Company & Corresponding Email Addresses**

alastair.blyth@erm.ie
alberto.larocca@erm.ie
angus.stening@erm.ie
declan.magee@erm.ie
giovanni.becchere@erm.ie
maurizio.ferconi@erm.ie
peter.cripwell@erm.ie

**ers**

andrew.hodson@ers.state.tx.us
annie.xiao@ers.state.tx.us
bclukey@ers.state.tx.us
ben.bowman@ers.state.tx.us
cindy.wilkinson@ers.state.tx.us
connie.kunze@ers.state.tx.us
ctocci@ers.state.tx.us
dale.cross@ers.state.tx.us
darrell.jackson@ers.state.tx.us
deann.kiser@ers.state.tx.us
eddie.chan@ers.state.tx.us
emorris@ers.state.tx.us
hue.moser@ers.state.tx.us
invfacil@ers.state.tx.us
jacqueline.johnson@ers.state.tx.us
jelena.melesenko@ers.state.tx.us
jholland@ers.state.tx.us
jim.berges@ers.state.tx.us.com
jim.sherwin@ers.state.tx.us
jngambi@ers.state.tx.us
john.rhodes@ers.state.tx.us.com
john.taylor@ers.state.tx.us
jonathan.lewis@ers.state.tx.us
jsherwin@ers.state.tx.us
jstreun@ers.state.tx.us
karen.mullins@ers.state.tx.us
kathryn.gernert@ers.state.tx.us
keith.lyons@ers.state.tx.us
kelley.hewell@ers.state.tx.us
kreissman@ers.state.tx.us
leticia.davila@ers.state.tx.us
lynne.fowler@ers.state.tx.us
lynne.pfeffer@ers.state.tx.us
mark.fiedler@ers.state.tx.us
mclements@ers.state.tx.us
mprins@ers.state.tx.us
neil.henze@ers.state.tx.us
pamela.moore@ers.state.tx.us
paul.knight@ers.state.tx.us
richard.slaughter@ers.state.tx.us
rkramm@ers.state.tx.us
robert.meyers@ers.state.tx.us
rsessa@ers.state.tx.us
rwood@ers.state.tx.us
scott.osborn@ers.state.tx.us
stuart.williams@ers.state.tx.us

## Company & Corresponding Email Addresses

teofilo.bacungan@ers.state.tx.us
thomas.wightman@ers.state.tx.us
tim.reynolds@ers.state.tx.us
tom.roberts@ers.state.tx.us
twestrup@ers.state.tx.us
vsmith@ers.state.tx.us
york.lin@ers.state.tx.us

**ersab**
henrik.eriksson@ersab.se

**ersel**
alberto.pettiti@ersel.it
alessandro.moretti@ersel.it
amedeo.ferrauto@ersel.it
andrea.nasce@ersel.it
andrea.rotti@ersel.it
antonella.masoero@ersel.it
barbara.andreis@ersel.it
carlo.devanna@ersel.it
cristina.gaudenzi@ersel.it
daniele.grilli@ersel.it
davide.testu@ersel.it
ferruccio.viazzi@ersel.it
francesco.agnes@ersel.it
giorgio.nicola@ersel.it
giovanni.multari@ersel.it
laura.astegiano@ersel.it
laura.cagnina@ersel.it
marco.covelli@ersel.it
marco.nascimbene@ersel.it
marco.torta@ersel.it
marzia.magnani@ersel.it
nino.mancini@ersel.it
paolo.olivieri@ersel.it
patrizia.diplinio@ersel.it
patrizia.ferro@ersel.it
riccardo.costa@ersel.it
roberta.evangelist@ersel.it
roberto.castella@ersel.it
roberto.matta@ersel.it
sandra.bonardi@ersel.it
sandra.cidda@ersel.it
tommaso.pavia@ersel.it

**erstebank**
adam.zentai@erstebank.at
adriana.jankovicova@erstebank.at
agne.loibl@erstebank.at
ahovanessi@erstebank.com
alexander.millonig@erstebank.at
alexandra.primetzhofer@erstebank.at
andreas.buttinger@erstebank.at
andreas.lachs@erstebank.at
andreas.racz@erstebank.at
andreas.rein@erstebank.at
andreas.schreib@erstebank.at

**Company & Corresponding Email Addresses**

bernhard.leder@erstebank.at
bl@erstebank.com
brigitte.zeitlberger@erstebank.at
brmeyerson@erstebank.com
bwagman@erstebank.com
christian.reiss@erstebank.at
christian.russ@erstebank.at
christian.wolf@erstebank.at
christoph.kampitsch@erstebank.at
christoph.kummerer@erstebank.at
claudia.poigner@erstebank.at
conrad.schuller@erstebank.at
dirk.haschke@erstebank.at
dominique.schantl@erstebank.at
dorit.krombass@erstebank.at
ec@erstebank.com
erich.pohn@erstebank.at
ernstrudolf.karner@erstebank.at
evgenia.dimitriadou@erstebank.at
fleischmann.gerald@erstebank.at
florian.hanl@erstebank.at
franz.fohrafellner@erstebank.at
georg.wachberger@erstebank.at
gerhard.ramberger@erstebank.at
gernot.weixler@erstebank.at
graptman@erstebank.com
guenter.kosnopfl@erstebank.at
guenther.smisch@erstebank.at
harald.nutz@erstebank.at
heimo.rottensteiner@erstebank.at
helmut.kroboth@erstebank.at
isabelle.dubos@erstebank.at
isbella.dinstl@erstebank.at
jaromir.malak@erstebank.at
jennifer.rowe@erstebank.at
jfay@erstebank.com
jofranco@erstebank.com
johannes.stadler@erstebank.at
josef.pfleger@erstebank.at
jrunnion@erstebank.com
judith.schiller@erstebank.at
julia.uebeleis@erstebank.at
juraj.podracky@erstebank.at
karin.nagler@erstebank.at
klausdieter.lesch@erstebank.at
leila.dalbokov@erstebank.at
leopold.graf@erstebank.at
mahdi.khouadja@erstebank.at
manfred.burdis@erstebank.at
manfred.neuwirth@erstebank.at
marcin.kopaczynski@erstebank.at
martin.aichner@erstebank.at
martin.lemmerer@erstebank.at
martin.schweitzer@erstebank.at

## Company & Corresponding Email Addresses

martin.worel@erstebank.at
martina.lukaschek@erstebank.at
matej.godal@erstebank.at
michael.santer@erstebank.at
michael.sowak@erstebank.at
michiel.souren@erstebank.at
michiel.vanderwerf@erstebank.at
miklos.nagy@erstebank.at
miranda.zhao@erstebank.at
mitomeo@erstebank.com
patrick.zima@erstebank.at
peter.badik@erstebank.at
peter.horvath@erstebank.at
peter.nemschak@erstebank.at
peter.panser@erstebank.at
petra.beron@erstebank.at
petra.frewein@erstebank.at
rastislav.talajka@erstebank.at
regina.opitz@erstebank.at
reinhard.ortner@erstebank.at
renee.bauer@erstebank.at
richard.kosecky@erstebank.at
richard.wilkinson@erstebank.at
robert.petruschan@erstebank.at
roman.rafeiner@erstebank.at
ronald.nemec@erstebank.at
rossen.peytchev@erstebank.at
sami.tamer@erstebank.at
siarhei.novik@erstebank.at
stefan.doerfler@erstebank.at
stefan.suckop@erstebank.at
sylvia.mittermann@erstebank.at
tdavanzo@erstebank.com
thomas.einramhof@erstebank.at
thomas.schaufler@erstebank.at
werner.wiedenbrig@erstebank.at
wh@erstebank.com
wolfgang.hofmann@erstebank.at
wolfgang.schopf@erstebank.at
zachary.carvell@erstebank.at

**erstegroup**
radomir.danek@erstegroup.com

**escortnet**
cilek@escortnet.com

**esfil**
edaehler@esfil.ch

**eslinvest**
eddie@eslinvest.com
elizabeth@eslinvest.com
griffin@eslinvest.com
jeff@eslinvest.com
mark@eslinvest.com
wcc@eslinvest.com

**esperia**

## Company & Corresponding Email Addresses

stan@esperia.co.uk

### esperio

jkorn@esperio.co.uk

### espiritosanto

amsantos@espiritosanto.ch
amsantos@espiritosanto.com
fhomberger@espiritosanto.com
gducouedic@espiritosanto.com
jcaldeira@espiritosanto.ch
jvandeven@espiritosanto.com
llacroix@espiritosanto.com
meggmann@espiritosanto.ch
rdevito@espiritosanto.com
tbender@espiritosanto.com
vperruchoud@espiritosanto.com

### essabank

jsandt@essabank.com
lmiller@essabank.com
mkennedy@essabank.com
sstofik@essabank.com

### essenhyp

andreas.schulte-kemper@essenhyp.com
ansgar.wittenbrink@essenhyp.com
barbara.wittenbrink@essenhyp.com
bjoern.hofmann@essenhyp.com
claudia.ritz@essenhyp.com
dirk.chlench@essenhyp.com
dominik.bludau@essenhyp.com
georg.schlueter@essenhyp.com
gerd.dunker@essenhyp.com
guenter.pless@essenhyp.com
heidi.riedel@essenhyp.com
heiko.siede@essenhyp.com
heinrich.strack@essenhyp.com
henning.zirkel@essenhyp.com
hergen.dieckmann@essenhyp.com
jean.barden@essenhyp.com
jens.remmers@essenhyp.com
martin.engel@essenhyp.com
martin.hofbauer@essenhyp.com
matthias.boesing@essenhyp.com
michael.froehner@essenhyp.com
michael.leineweber@essenhyp.com
monika.rieks@essenhyp.com
oliver.schwarzer@essenhyp.com
peter.kronenberg@essenhyp.com
rainer.polenz@essenhyp.com
stefan.tilch@essenhyp.com
stefan.zander@essenhyp.com
tatjana.zwitbaum@essenhyp.com
thomas.link@essenhyp.com
ulrich.nowak@essenhyp.com
wolfgang.groth@essenhyp.com

### essex

## Company & Corresponding Email Addresses

adiama@essex.ac.uk

### essexinvest

ahaugh@essexinvest.com
arames@essexinvest.com
arobinson@essexinvest.com
atilgham@essexinvest.com
augljesa@essexinvest.com
bcoughlin@essexinvest.com
ccronin@essexinvest.com
cmccall@essexinvest.com
cmcconnell@essexinvest.com
dfitzsimmons@essexinvest.com
dgoss@essexinvest.com
dmcdonald@essexinvest.com
egiroux@essexinvest.com
escoledge@essexinvest.com
gkleiner@essexinvest.com
hhawkins@essexinvest.com
jflaherty@essexinvest.com
jhawkins@essexinvest.com
jhegarty@essexinvest.com
jmcnay@essexinvest.com
jmorel@essexinvest.com
jmorris@essexinvest.com
jpinto@essexinvest.com
jshalala@essexinvest.com
kseder@essexinvest.com
lallen@essexinvest.com
lcortez@essexinvest.com
lformicola@essexinvest.com
lramsay@essexinvest.com
mcarlin@essexinvest.com
mcournan@essexinvest.com
mfirlings@essexinvest.com
mgordon@essexinvest.com
mmaccoll@essexinvest.com
mstlaurent@essexinvest.com
nprial@essexinvest.com
rbeane@essexinvest.com
rmunro@essexinvest.com
rwilson@essexinvest.com
ryoung@essexinvest.com
scutler@essexinvest.com
sjohnson@essexinvest.com
spittman@essexinvest.com
ssacks@essexinvest.com
sstickells@essexinvest.com
tblakey@essexinvest.com
tgailun@essexinvest.com
thuang@essexinvest.com

### estradasdeportugal

goncalo.reis@estradasdeportugal.pt

### esunbank

01536@esunbank.com.tw

## Company & Corresponding Email Addresses

03558@email.esunbank.com.tw
ada-1519@email.esunbank.com.tw
alan2365-03577@email.esunbank.com.tw
amandakao-04477@email.esunbank.com.tw
angel-03604@email.esunbank.com.tw
anthony-1525@email.esunbank.com.tw
ben@esunbank.com.hk
bonnie-06254@email.esunbank.com.tw
brian@esunbank.com.hk
charles-07206@email.esunbank.com.tw
dav-1219@email.esunbank.com
don@esunbank.com.hk
doris-07227@email.esunbank.com.tw
edward-1011@email.esunbank.com.tw
frank-2819@email.esunbank.com.tw
fred-02814@email.esunbank.com.tw
hugo-0284@email.esunbank.com.tw
jack@email.esunbank.com.tw
jason-03972@email.esunbank.com.tw
jason-04424@email.esunbank.com.tw
jeff@esunbank.com.hk
joseph-0080@email.esunbank.com.tw
kevin-02452@email.esunbank.com.tw
kevin-04055@email.esunbank.com.tw
koala-04400@email.esunbank.com.tw
pippen-03548@email.esunbank.com.tw
sarah-03623@email.esunbank.com.tw
sarah-0828@email.esunbank.com.tw
sjm@email.esunbank.com.tw
stan-03566@email.esunbank.com.tw
stanley-03579@email.esunbank.com.tw
vera-02500@email.esunbank.com.tw
vincent-0998@email.esunbank.com.tw
walmart-03573@email.esunbank.com.tw
william-04034@email.esunbank.com.tw
william-04207@email.esunbank.com.tw
yang-03550@email.esunbank.com.tw
yinghui-1019@email.esunbank.com.tw
yung-hsung@email.esunbank.com.tw

### etb-ag

alexander.brumnic@etb-ag.com
christina.erler@etb-ag.com
michael-a.merz@etb-ag.com

### ethias

alain.jamar@ethias.be
arielle.heuse@ethias.be
frederic.degrange@ethias.be
frederic.olivier@ethias.be
fredericue.olivier@ethias.be
isabelle.crutzen@ethias.be
jean-michel.bourdoux@ethias.be
jean-paul.parmentier@ethias.be
murielle.servais@ethias.be
philippe.laval@ethias.be

## Company & Corresponding Email Addresses

pierre.ars@ethias.be
sylvie.demonceau@ethias.be

**etoilegestion**

jamsallem@etoilegestion.fr

**etoile-gestion**

andre.gosset@etoile-gestion.com
catherine.bellman@etoile-gestion.com
didier.clermont@etoile-gestion.com
eric.heleine@etoile-gestion.com
herve.freylinger@etoile-gestion.com
jean-charles.naudin@etoile-gestion.com
mouna.sabiri@etoile-gestion.com
romain.fillon@etoile-gestion.com
tangi.leliboux@etoile-gestion.com

**eudaimonia-invest**

jmoss@eudaimonia-invest.com
mweisenberger@eudaimonia-invest.com
tprentice@eudaimonia-invest.com

**eulia**

stephane.waserman@eulia.com

**eurekafunds**

pdugquem@eurekafunds.com

**eureko**

frederik.de.jong@eureko.cc

**eurizoncapital**

andrea.bernasconi@eurizoncapital.lu
andrea.giannotta@eurizoncapital.lu
davide.pavese@eurizoncapital.lu
emmanuel.victor@eurizoncapital.lu
khoa.dang@eurizoncapital.lu
ludovic.bodart@eurizoncapital.lu
luigi.antonaci@eurizoncapital.lu
marc.fohr@eurizoncapital.lu
pierre.grosfils@eurizoncapital.lu
roberto.berzero@eurizoncapital.lu
sabrina.becker@eurizoncapital.lu
steve.bolsee@eurizoncapital.lu

**euroaisgr**

simone.renzelli@euroaisgr.it

**eurobank**

etsaknakis@eurobank.gr
itsakiris@eurobank.gr
ktzavras@eurobank.gr
mchristodoulou@eurobank.gr

**eurobankpr**

jorge.sepulveda@eurobankpr.com

**eurofima**

hofmanne@eurofima.com
info@eurofima.org

**eurohypo**

alphonsus.scanlan@eurohypo.com
chedli.boujellabia@eurohypo.com

**europeancredit**

aannalingam@europeancredit.com

**Company & Corresponding Email Addresses**

acardoso@europeancredit.com
acattermole@europeancredit.com
ahosso@europeancredit.com
alennox@europeancredit.com
ali@europeancredit.com
atemple@europeancredit.com
athomas@europeancredit.com
bwalker@europeancredit.com
cholloran@europeancredit.com
dgolin@europeancredit.com
dhynes@europeancredit.com
djones@europeancredit.com
dsimms@europeancredit.com
dwilson@europeancredit.com
fhutchinson@europeancredit.com
gflynn@europeancredit.com
gharakis@europeancredit.com
gkelly@europeancredit.com
gpini@europeancredit.com
hbartel@europeancredit.com
hboyd@europeancredit.com
hferrier@europeancredit.com
hpacquement@europeancredit.com
iholden@europeancredit.com
iholmes@europeancredit.com
jarnold@europeancredit.com
jbiernat@europeancredit.com
jbristow@europeancredit.com
jhyde@europeancredit.com
jmorris@europeancredit.com
jmuys@europeancredit.com
jon.mawby@europeancredit.com
jroele@europeancredit.com
jseward@europeancredit.com
jwrigley@europeancredit.com
jwyles@europeancredit.com
kshepherd@europeancredit.com
lbriggs@europeancredit.com
makber@europeancredit.com
mbrown@europeancredit.com
mcraston@europeancredit.com
mcunningham@europeancredit.com
mparker@europeancredit.com
mpinato@europeancredit.com
mriddiford@europeancredit.com
nancy.utterback@europeancredit.com
nduggan@europeancredit.com
ntimmons@europeancredit.com
paspbury@europeancredit.com
rclegg@europeancredit.com
rgalione@europeancredit.com
rpamphilon@europeancredit.com
rvakil@europeancredit.com
sblakey@europeancredit.com

## Company & Corresponding Email Addresses

shood@europeancredit.com
skhan@europeancredit.com
smccoubrie@europeancredit.com
smcgairl@europeancredit.com
srumsey@europeancredit.com
sshah2@europeancredit.com
szinser@europeancredit.com
tronberg@europeancredit.com
twilloughby@europeancredit.com
vprice@europeancredit.com
yschan@europeancredit.com

**europe-israel**
nrabinowitz@europe-israel.com

**eurosgr**
alberto.segafredo@eurosgr.it
alessandro.picchioni@eurosgr.it
andrea.spallaccini@eurosgr.it
andrea.spallacini@eurosgr.it
corrado.berlenda@eurosgr.it
daniele.bottolo@eurosgr.it
elisa.bertolini@eurosgr.it
fabio.bonacasa@eurosgr.it
fabio.mori@eurosgr.it
gherardo.divaira@eurosgr.it
luca.lionetti@eurosgr.it
marco.maretta@eurosgr.it
marco.salvini@eurosgr.it
massimo.aloi@eurosgr.it
nicola.maino@eurosgr.it
paola.bianco@eurosgr.it
paolo.banfi@eurosgr.it
pierluca.bonvicini@eurosgr.it
riccardo.cazzola@eurosgr.it
samuele.marafin@eurosgr.it
tba@eurosgr.it

**eurosim**
c.vicari@eurosim.it
f.bovo@eurosim.it

**eurotunnel**
michael.schuller@eurotunnel.com
valery.amouroux@eurotunnel.com

**euro-vl**
estelle.bonneau@euro-vl.com
jean-michel.combaret@euro-vl.com
nirlep.sandhu@euro-vl.com
ronan.marguerie@euro-vl.com

**eutelsat**
cehlinge@eutelsat.fr
gjanvier@eutelsat.fr
jpbrillaud@eutelsat.fr
sthevard@eutelsat.fr

**evalor**
rwaelchli@evalor.ch

**evap**

## Company & Corresponding Email Addresses
rohan@evap.bm

### evcap
aspies@evcap.com
dcapo@evcap.com
dmandel@evcap.com
dresnik@evcap.bm
echan@evcap.com.sg
egraham@evcap.bm
fbaker@evcap.com
gmallal@evcap.com.sg
jbradshaw@evcap.bm
jkleban@evcap.bm
jklingsporn@evcap.com
jlim@evcap.com.sg
jm@evcap.com
jsinaikin@evcap.com
jyap@evcap.com.sg
kcovington@evcap.com
knealon@evcap.bm
llaboy@evcap.com
lrobinson@evcap.bm
mcarrara@evcap.com
md@evcap.com
mfleck@evcap.com
mproctor@evcap.bm
ndunstan@evcap.bm
ptroob@evcap.com
pwalker@evcap.bm
pwood@evcap.com
rellis@evcap.com
roconnell@evcap.bm
rpino@evcap.com
rtorres@evcap.com
sleonida@evcap.bm
smalloy@evcap.com
so@evcap.bm
sonabowle@evcap.bm
sshi@evcap.com.sg
tallraum@evcap.com
tnesbitt@evcap.bm
ttan@evcap.com.sg

### everbank
andrew.murray@everbank.com
blake.wilson@everbank.com
bruce.benzley@everbank.com
clay.reese@everbank.com
curtis.hall@everbank.com
james.hamby@everbank.com
jb.long@everbank.com
jeff.smiley@everbank.com
jeremy.spillers@everbank.com
jim.hamby@everbank.com
john.schnitzius@everbank.com
jschnitzius@everbank.com

**Company & Corresponding Email Addresses**

manish.gautam@everbank.com
matt.garlinghouse@everbank.com
ray.dinius@everbank.com
sandrine.causse@everbank.com

**everestcapital**

jreid@everestcapital.com.au

**evergreeninvestments**

acestone@evergreeninvestments.com
akurdt@evergreeninvestments.com
apeled@evergreeninvestments.com
brian.seay@evergreeninvestments.com
brian.simpson@evergreeninvestments.com
cbaldoni@evergreeninvestments.com
charper@evergreeninvestments.com
cifill@evergreeninvestments.com
cjeanne@evergreeninvestments.com
cpeters@evergreeninvestments.com
ctaylor@evergreeninvestments.com
david.christopher@evergreeninvestments.com
david.harris@evergreeninvestments.com
dbate@evergreeninvestments.com
dbeaver@evergreeninvestments.com
dbowers@evergreeninvestments.com
dchow@evergreeninvestments.com
dennis.ferro@evergreeninvestments.com
ed.outen2@evergreeninvestments.com
egrumberg@evergreeninvestments.com
epaul@evergreeninvestments.com
ericsmith@evergreeninvestments.com
ghunt@evergreeninvestments.com
gli@evergreeninvestments.com
gpzegeo@evergreeninvestments.com
grusnak@evergreeninvestments.com
hbryerman@evergreeninvestments.com
jbeard@evergreeninvestments.com
jbond@evergreeninvestments.com
jelkayam@evergreeninvestments.com
jhandley@evergreeninvestments.com
jkoenigsberg@evergreeninvestments.com
jocelyn.thayer@evergreeninvestments.com
john.pavela1@evergreeninvestments.com
johnlynch@evergreeninvestments.com
jzelko@evergreeninvestments.com
jzhang@evergreeninvestments.com
kkerr@evergreeninvestments.com
klackey@evergreeninvestments.com
klowe@evergreeninvestments.com
kmeyer@evergreeninvestments.com
knorwood@evergreeninvestments.com
lhart@evergreeninvestments.com
mac.livingston@evergreeninvestments.com
martin.mcconnell@evergreeninvestments.com
melissa.brachman@evergreeninvestments.com
mhiggins@evergreeninvestments.com

## Company & Corresponding Email Addresses

michael.brown@evergreeninvestments.com
michael.verano@evergreeninvestments.com
mkiselak@evergreeninvestments.com
nick.combs@evergreeninvestments.com
pbarrett@evergreeninvestments.com
peter.gaynor@evergreeninvestments.com
ppensyl@evergreeninvestments.com
psalov@evergreeninvestments.com
rleeman@evergreeninvestments.com
rmarrone@evergreeninvestments.com
rmclaughlin@evergreeninvestments.com
robert.bender@evergreeninvestments.com
rrifkin@evergreeninvestments.com
sbrassell@evergreeninvestments.com
sconnolly@evergreeninvestments.com
sjackson@evergreeninvestments.com
sreid@evergreeninvestments.com
steve.wilson@evergreeninvestments.com
szakely@evergreeninvestments.com
tim.swanson@evergreeninvestments.com
tj.maher@evergreeninvestments.com

**evk**
susanne.haury@evk.admin.ch

**evli**
annukka.tokkari@evli.com
atro.makila@evli.com
christian.borgstrom@evli.com
derek.silva@evli.com
kim.pessala@evli.com
kristian.gerkman@evli.com
matti.wallden@evli.com
mikael.lundstrom@evli.com
peter.lindahl@evli.com
risto.paivansalo@evli.com

**evofund**
neu@evofund.com

**evrofinance**
efimovav@evrofinance.ru
kucheryavyav@evrofinance.com
matyaschuk@evrofinance.ru
sinitzin@evrofinance.com

**exane**
bassem.daher@exane.com
cecile.lediberder@exane.com
eric.laurie@exane.com
fabrice.miguelez@exane.com
fundresearch@exane.com
gabriel.roberts@exane.com
gilles.lenoir@exane.com
laurent.schwartz@exane.com
lionel.louiset@exane.com
olivier.avertin@exane.com
olivier.molle@exane.com
philippe.bonnet@exane.com

## Company & Corresponding Email Addresses

pierre.bouhanna@exane.com
stephane.egnell@exane.com
stephane.jourdan@exane.com
thierry.levalois@exane.com
tim.gittos@exane.com
vincent.huet@exane.com

### exar
jeff.roderick@exar.com
kevin.bauer@exar.com
raymond.calabrese@exar.com
spencer.sun@exar.com

### exchange
bislasha@exchange.uk.ml.com
coughfio@exchange.uk.ml.com
davidjam@exchange.uk.ml.com
gilbefio@exchange.uk.ml.com
mclousuz@exchange.ie.ml.com
ryangreg@exchange.ie.ml.com

### exchangebk
dturner@exchangebk.com
gcollins@exchangebk.com

### exhange
henneisa@exhange.ie.ml.com

### exprinteruruguay
dirigoyen@exprinteruruguay.com.uy
snavarro@exprinteruruguay.com.uy

### extendicare
rbertrand@extendicare.com

### exxon
darren.woods@exxon.com
david.b.middlebrooks@exxon.com
james.e.bayne@exxon.com
mark.woodburn@exxon.com
peter.townsend@exxon.com

### exxonmobil
anne.n.seeger@exxonmobil.com
benjamin.waters@exxonmobil.com
brian.k.reed@exxonmobil.com
daniel.j.higgins@exxonmobil.com
david.g.bailey@exxonmobil.com
glenda.l.barina@exxonmobil.com
kathy.e.strawn@exxonmobil.com
leonard.m.rubin@exxonmobil.com
lori.c.beard@exxonmobil.com
matt.j.head@exxonmobil.com
michael.j.hawkins@exxonmobil.com
phillip.b.newman@exxonmobil.com
phillip.sewell@exxonmobil.com
robert.j.minyard@exxonmobil.com
ruskin.c.green@exxonmobil.com
steven.r.segien@exxonmobil.com
z.john.atanas@exxonmobil.com

### ey
artan.kucuku@ey.com

| Company & Corresponding Email Addresses |
|---|

**ezaccess**
wilshinskygroup@ezaccess.net

**fac**
carol.lynch@fac.com
charlie.bricker@fac.com
chris.edwards@fac.com
john.fedele@fac.com
john.fitzgibbon@fac.com
lonnie.schaffer@fac.com
lynn.lounsbery@fac.com
mark.johnson@fac.com
mike.mulquin@fac.com
richard.edwards@fac.com
rob.hom@fac.com
sue.christoph@fac.com

**fadv**
clwilliams@fadv.com

**fafadvisors**
alan.villalon@fafadvisors.com
amit.kumar@fafadvisors.com
andrew.clark1@fafadvisors.com
andrew.rem@fafadvisors.com
anthony.boase@fafadvisors.com
brenda.briceno@fafadvisors.com
brent.mellum@fafadvisors.com
brett.agnew@fafadvisors.com
chad.kemper@fafadvisors.com
corib.johnson@fafadvisors.com
david.chalupnik@fafadvisors.com
douglas.white@fafadvisors.com
eric.espeseth@fafadvisors.com
gerald.bren@fafadvisors.com
gregory.carlson@fafadvisors.com
gregory.ryanii@fafadvisors.com
hal.goldstein@fafadvisors.com
jagdeep.ghuman@fafadvisors.com
james.diedrich@fafadvisors.com
jane.snorek@fafadvisors.com
janna.miller@fafadvisors.com
jeffrey.danforth@fafadvisors.com
jeffrey.schmitz1@fafadvisors.com
jody.rose@fafadvisors.com
joel.taitt@fafadvisors.com
john.fruit@fafadvisors.com
jon.stevens@fafadvisors.com
joseph.ulrey@fafadvisors.com
justin.amand@fafadvisors.com
kevin.earley@fafadvisors.com
laura.starr@fafadvisors.com
linda.sauber@fafadvisors.com
lindsay.strickland@fafadvisors.com
marco.naylon@fafadvisors.com
maria.peterson@fafadvisors.com
marie.newcome@fafadvisors.com

**Company & Corresponding Email Addresses**

mark.hessw@fafadvisors.com
marta.wenker@fafadvisors.com
neal.shah@fafadvisors.com
peter.agrimson@fafadvisors.com
robert.mcdougall@fafadvisors.com
robert.new@fafadvisors.com
scott.mullinix@fafadvisors.com
scott.sedlak@fafadvisors.com
scott.tonneson@fafadvisors.com
sean.conner@fafadvisors.com
seth.smith@fafadvisors.com
stephanie.weiss@fafadvisors.com
terry.sloan@fafadvisors.com
thomas.gunderson1@fafadvisors.com
thomas.schreier@fafadvisors.com
timothy.nelson@fafadvisors.com
travis.hook@fafadvisors.com
walter.french@fafadvisors.com
wanchong.kung@fafadvisors.com

**fahnestock**

cdowning@fahnestock.com
lkeary@fahnestock.com
vmazza@fahnestock.com

**fairchildsemi**

carla.dupuis@fairchildsemi.com
katherine.edenbach@fairchildsemi.com
vito.courtney@fairchildsemi.com

**fairfax**

b_bradstreet@fairfax.ca
ch_ratnaswami@fairfax.ca
e_laselva@fairfax.ca
j-buick@fairfax.ca
p_ianni@fairfax.net
p_watsa@fairfax.ca
w_cadwallader@fairfax.ca

**fairfaxcounty**

hal.lambert@fairfaxcounty.gov

**fake**

dummy@fake.com
email@fake.com

**falconbridgecapital**

schowdry@falconbridgecapital.com

**falconig**

paul.schreder@falconig.com
richard.merage@falconig.com

**falconmgt**

axelrod@falconmgt.com
gmass@falconmgt.com
jd@falconmgt.com
jleitner@falconmgt.com
mbrinkley@falconmgt.com

**fancy**

ymbksec2@fancy.ocn.ne.jp

**fandc**

**Company & Corresponding Email Addresses**

abigail.mardlin@fandc.com
adam.mossakowski@fandc.com
adrian.fowler@fandc.com
ainsley.lee@fandc.com
alessandro.laurent@fandc.com
alex.richards@fandc.com
alex.soulsby@fandc.com
alexandra.gropp@fandc.com
algie.ko@fandc.com
aline@fandc.co.uk
allan.saldanha@fandc.com
allegra.vanhovell@fandc.com
amrendra.sinha@fandc.com
andre.bakkum@fandc.nl
andrea.dunn@fandc.com
andrea.gaielli@fandc.com
andreas.schuster@fandc.co.uk
andrew.brown@fandc.com
andrew.lake@fandc.com
andrew.maclachlan@fandc.com
andrew.ohara@fandc.com
andrew.woodley@fandc.com
andrew.yeowell@fandc.com
andy.carter@fandc.com
angus.halkett@fandc.co.uk
anja.eijking@fandc.com
anjali.samani@fandc.com
anthony.brown@fandc.co.uk
antonio.pereira@fandc.com
antony.trory@fandc.com
arahim@fandc.co.uk
arnal.patel@fandc.com
ashley.boodhun@fandc.com
barry.boyle@fandc.com
barry.maksymczuk@fandc.com
ben.akrigg@fandc.com
benoit.chaligne@fandc.com
bernadette.musker@fandc.com
bert.siebrand@fandc.com
brad.holland@fandc.com
bryan.costigan@fandc.co.uk
carl.bacon@fandc.co.uk
carwyn.butcher@fandc.com
catherine.hubert-dorel@fandc.com
cathrine.stanley@fandc.com
cfarley@fandc.co.uk
chloe.moulin@fandc.com
chris.bailey@fandc.com
chris.doornekamp@fandc.com
chris.fox@fandc.com
christopher.childs@fandc.com
christopher.hadley@fandc.com
cindy.mayer@fandc.com
claire.franklin@fandc.com

## Company & Corresponding Email Addresses

cmcfayden@fandc.co.uk
cstorrar@fandc.co.uk
danny.lau@fandc.com
david.hopwood@fandc.com
david.moss@fandc.com
david.stallard@fandc.com
davina.curling@fandc.com
derek.mclean@fandc.com
derek.mitchell@fandc.co.uk
dirk.molenaar@fandc.com
dominique.dijkhuis@fandc.com
els.nieuwenhuizen@fandc.com
els.van.muylder@fandc.com
emd.research@fandc.com
erica.ive@fandc.com
erik.rubingh@fandc.com
eurogovt.research@fandc.com
falmeida@fandc.co.uk
farah.khan@fandc.com
fariba.faraji@fandc.com
fatima.luis@fandc.com
fbexon@fandc.co.uk
fiukig.research@fandc.com
frank.rowe@fandc.com
franz.weis@fandc.co.uk
gabriele.kapfer-gill@fandc.com
gerben.cuiper@fandc.com
giles.money@fandc.com
glenn.zahn@fandc.com
gordon.ibrahim@fandc.com
graham.walker@fandc.co.uk
graham.whittaker@fandc.com
grahame.beales@fandc.com
guido.billstein@fandc.com
gulcan.elmas@fandc.com
guy.benton@fandc.com
han.altink@fandc.com
hannah.charlick@fandc.com
hans.schoonderwoerd@fandc.nl
harriet.waley-cohen@fandc.com
heinie.hakker@fandc.com
helen.roberts@fandc.com
helene.williamson@fandc.com
henri.jongschaap@fandc.com
hhunt@fandc.co.uk
hilary.aldridge@fandc.com
holly.barton@fandc.com
hthreadgill@fandc.co.uk
humbert.demaillynesle@fandc.com
ian.robinson@fandc.com
income@fandc.com
jacob.dewit@fandc.com
jacqueline.walsh@fandc.com
james.cavanagh@fandc.com

## Company & Corresponding Email Addresses

james.flood@fandc.com
james.lavan@fandc.com
james.semler@fandc.co.uk
jamie.hooper@fandc.com
jamie.jenkins@fandc.com
jan.willemsen@fandc.nl
jasmith@fandc.co.uk
jcasson@fandc.co.uk
jcave@fandc.co.uk
jeff.chowdhry@fandc.com
jeff.grow@fandc.com
jennifer.byron@fandc.com
jeroen.wilbrink@fandc.com
jhartigan@fandc.co.uk
jhayes@fandc.co.uk
jhow@fandc.co.uk
jmaloney@fandc.co.uk
joao.eufrasio@fandc.com
jocelyn.ngassa@fandc.com
jocelyne.ngassa@fandc.com
johannes.neethling@fandc.com
john.cahill@fandc.com
jonathan.cummins@fandc.com
jonathan.mann@fandc.com
jonathon.maslen@fandc.com
jorrit.arissen@fandc.com
joseph.hazelwood@fandc.com
judith.vanderven@fandc.com
julian.cane@fandc.com
jun.xia@fandc.com
katarzyna.sydor@fandc.com
kevin.mathews@fandc.com
kevin.morris@fandc.com
kieran.fitzgerald@fandc.com
kirsty.jenkinson@fandc.com
lee.barry@fandc.com
leendert.schoenmaker@fandc.com
lef.sigalos@fandc.com
lindsay.middleton@fandc.com
linso.pals@fandc.com
liz.fordham@fandc.co.uk
ltagliapietra@fandc.co.uk
luke.newman@fandc.com
makis.kaketsis@fandc.com
malika.gulabani@fandc.com
marc.cox@fandc.com
marc.harrington@fandc.com
margarida.fonseca@fandc.com
maria.daniels@fandc.com
mario.hooghiemstra@fandc.com
mark.lebbell@fandc.com
mark.perrin@fandc.com
mark.williams@fandc.com
marlon.mcglashan@fandc.co.uk

**Company & Corresponding Email Addresses**

marsha.van.beusekom@fandc.nl
martin.smith@fandc.com
masaki.hasegawa@fandc.com
matthew.young@fandc.co.uk
michael.johnson@fandc.com
michael.ulrich@fandc.com
michel.bernard@fandc.com
michel.de.groot@fandc.com
miguel.gandolfo@fandc.com
miguel.maia@fandc.com
mike.hanbury-williams@fandc.com
mitesh.patel@fandc.com
mmurphy@fandc.co.uk
mwren@fandc.co.uk
nader.munif@fandc.com
nallen@fandc.co.uk
natalie.gray@fandc.com
neil.farrow@fandc.nl
niall.kirk@fandc.com
nicholas.allen@fandc.com
nick.holmes@fandc.co.uk
nicola.gildersleve@fandc.com
nshenton@fandc.com
olivia.mulligan@fandc.com
orla.power@fandc.com
ouafaa.sadiki@fandc.com
paras.mehta@fandc.com
paris.anand@fandc.com
patrick.hendrikx@fandc.com
patrick.newens@fandc.com
paul.allen@fandc.com
paul.allison@fandc.com
paul.marendaz@fandc.com
paul.niven@fandc.com
paul.wesson@fandc.com
paulo.quintino@fandc.com
pcameron@fandc.co.uk
per.eklof@fandc.com
peter.dalgliesh@fandc.com
peter.jarvis@fandc.com
peter.lees@fandc.com
peter.meulepas@fandc.com
peter.meulepas@fandc.nl
peter.moore@fandc.com
peter.stage@fandc.com
phil.doel@fandc.com
philip.chow@fandc.com
philip.gillman@fandc.com
philip.hunt@fandc.co.uk
philip.ladstaetter@fandc.com
pjoshi@fandc.co.uk
rahil.iqbal@fandc.com
raymond.heesakker@fandc.com
rcornish@fandc.co.uk

**Company & Corresponding Email Addresses**

rebecca.seabrook@fandc.com
rharvey@fandc.co.uk
richard.fletcher@fandc.com
richard.singleton@fandc.com
richard.watts@fandc.com
richard.wilson@fandc.com
rita.taplatzidou@fandc.com
rjones@fandc.co.uk
rlong@fandc.co.uk
robert.crewe@fandc.com
robert.siddles@fandc.co.uk
roland.bosch@fandc.co.uk
rui.grenho@fandc.com
rupert.della-porta@fandc.co.uk
ruud.oude.wolbers@fandc.com
rwoodall@fandc.co.uk
sbonser@fandc.co.uk
screwe@fandc.co.uk
sdolbear@fandc.co.uk
sean.mylod@fandc.com
sean.oshea@fandc.com
sebastien.krol@fandc.com
sfleming@fandc.co.uk
sfong@fandc.co.uk
shauna.ramage@fandc.com
simon.clinch@fandc.com
simon.wells@fandc.co.uk
simone.guidi@fandc.com
skelley@fandc.co.uk
sonya.dilova@fandc.com
sowmya.sreerangaiah@fandc.com
stefan.bain@fandc.com
stephen.hollis@fandc.com
stephen.martin@fandc.co.uk
stephen.southgate@fandc.com
stergios.saloustros@fandc.com
steven.baker@fandc.com
stuart.crafer@fandc.com
stuart.oneill@fandc.com
stuart.phillips@fandc.com
sueann.leong@fandc.com
surendran.rajasundaram@fandc.co.uk
susanne.gahler@fandc.com
susie.jana@fandc.com
sven.scholze@fandc.com
sven.smit@fandc.com
tbroccardo@fandc.co.uk
tclare@fandc.co.uk
ted.scott@fandc.com
teimuraz.barbakadze@fandc.com
terry.wood@fandc.com
tessa.vanderburgh@fandc.com
thomas.johansen@fandc.com
thomas.nyegaard@fandc.com

## Company & Corresponding Email Addresses

thyett@fandc.co.uk
tim.shardman@fandc.com
timothy.rea@fandc.com
tjomme.dijkma@fandc.com
toby.vaughan@fandc.com
tracy.middleton@fandc.com
vitaly.ushakov@fandc.com
vitor.santos@fandc.com
william.brown@fandc.co.uk

## fanniemae

alice_yang@fanniemae.com
allen_carrion@fanniemae.com
alvaro_pinto@fanniemae.com
amy_e_anderson@fanniemae.com
andrew_mccormick@fanniemae.com
ang_l_middleton@fanniemae.com
anna_m_martinez@fanniemae.com
annie_kelliher@fanniemae.com
anthony_davis@fanniemae.com
anthony_silva@fanniemae.com
anton_haidorfer@fanniemae.com
antony_d_drew@fanniemae.com
ashish_gupta@fanniemae.com
ashley_h_dyson@fanniemae.com
aydin_aras@fanniemae.com
barbara_a_percia@fanniemae.com
barbara_a_ryan@fanniemae.com
ben_fazeli@fanniemae.com
ben_jones@fanniemae.com
benjamin_x_perlman@fanniemae.com
bhanu_j_frueh@fanniemae.com
boris_deychman@fanniemae.com
bradley_king@fanniemae.com
brian.fischer@fanniemae.com
brian_delgado@fanniemae.com
brian_s_evans@fanniemae.com
bryan_capsavage@fanniemae.com
caren_e_suarez@fanniemae.com
caroline_a_robertson@fanniemae.com
caroline_e_blakely@fanniemae.com
casey_becker@fanniemae.com
catherine_a_jones@fanniemae.com
chaka_a_long@fanniemae.com
chandra_potluri@fanniemae.com
cherise_mcgovern@fanniemae.com
chiang_lee@fanniemae.com
chi-cheol_chung@fanniemae.com
christiaan_berge@fanniemae.com
christian_b_allen@fanniemae.com
christian_r_valencia@fanniemae.com
christopher_benham@fanniemae.com
christopher_carlson@fanniemae.com
chu_pang@fanniemae.com
cj_zhao@fanniemae.com

**Company & Corresponding Email Addresses**

concetta_a_tkacz@fanniemae.com
daniel_brawdy@fanniemae.com
daniel_c_bradford@fanniemae.com
danielle_vissers@fanniemae.com
david_bealmear@fanniemae.com
david_c_benson@fanniemae.com
david_dong@fanniemae.com
david_e_martin@fanniemae.com
david_gussmann@fanniemae.com
david_kogut@fanniemae.com
david_ni@fanniemae.com
david_robinson@fanniemae.com
david_s_ligon-miller@fanniemae.com
deepak_t_tolani@fanniemae.com
desheng_kang@fanniemae.com
devin_a_white@fanniemae.com
devoki_sengupta@fanniemae.com
diane_asuncion-white@fanniemae.com
dianne_e_branch@fanniemae.com
donald_l_sinclair@fanniemae.com
dorothea_donelan@fanniemae.com
edmund_hohmann@fanniemae.com
edward_martin@fanniemae.com
emre_i_duygun@fanniemae.com
enrico_dallavecchia@fanniemae.com
eric_r_sahadi@fanniemae.com
erwin_c_villavicencio@fanniemae.com
fabiola_m_gallego@fanniemae.com
faith_l_vakil@fanniemae.com
fan_xu@fanniemae.com
frederick_w_schwanke@fanniemae.com
gary_boston@fanniemae.com
gary_tang@fanniemae.com
gaurav_kishore@fanniemae.com
gavin_wellington@fanniemae.com
george_nowack@fanniemae.com
gerhard_k_kulzinger@fanniemae.com
gerhard_metzen@fanniemae.com
grace_huebscher@fanniemae.com
gregorio_t_druehl@fanniemae.com
gregory_ehrhardt@fanniemae.com
gregory_j_murdock@fanniemae.com
gunes_kulaligil@fanniemae.com
guoqing_yan@fanniemae.com
helen_mcnally@fanniemae.com
heng_lay@fanniemae.com
hilary_m_branson@fanniemae.com
hsiu-wen_wu@fanniemae.com
ian_anderson@fanniemae.com
irina_koval@fanniemae.com
jack_keil@fanniemae.com
james_beechler@fanniemae.com
james_johnson@fanniemae.com
james_zucco@fanniemae.com

**Company & Corresponding Email Addresses**

janette_c_young@fanniemae.com
jason_a_pinnix@fanniemae.com
jason_carter@fanniemae.com
jason_krasilovsky@fanniemae.com
jason_thayer@fanniemae.com
jayne_shontell@fanniemae.com
jeanne_l_ranaivoson@fanniemae.com
jef_kinney@fanniemae.com
jeffrey_wheeler@fanniemae.com
jian_chen@fanniemae.com
jian_zhou@fanniemae.com
jianhua_yuan@fanniemae.com
jianlin_zhai@fanniemae.com
jianting_hu@fanniemae.com
john_a_keil@fanniemae.com
john_bennett@fanniemae.com
john_ge@fanniemae.com
john_isquith@fanniemae.com
john_jackson@fanniemae.com
john_thelosen@fanniemae.com
john_wilson@fanniemae.com
jon_houttekier@fanniemae.com
jon_updike@fanniemae.com
jonathan_b_berkeley@fanniemae.com
jonathan_e_gross@fanniemae.com
jonathan_g_harris@fanniemae.com
jordan_a_segue@fanniemae.com
joseph_stagi@fanniemae.com
joshua_m_seiff@fanniemae.com
juliana_heitz@fanniemae.com
justen_carter@fanniemae.com
justin_hwang@fanniemae.com
kang_pan@fanniemae.com
kasi_-_shanmugam@fanniemae.com
ken_barnes@fanniemae.com
kent_booth@fanniemae.com
kevin_ayers@fanniemae.com
kimberly_h_johnson@fanniemae.com
kin_y_chung@fanniemae.com
kiran_p_kini@fanniemae.com
krishna_gudavalli@fanniemae.com
kyle_a_wyatt@fanniemae.com
kyle_lynch@fanniemae.com
lamont_g_morgan@fanniemae.com
larry_dale@fanniemae.com
laura_kim@fanniemae.com
laura_m_simmons@fanniemae.com
lauren_topham@fanniemae.com
laurie_coleman@fanniemae.com
laurie_zeller@fanniemae.com
lawrence_r_bishop@fanniemae.com
leigh_coates@fanniemae.com
leonard_o_mills@fanniemae.com
lian_pi@fanniemae.com

**Company & Corresponding Email Addresses**

lik-man_yam@fanniemae.com
lillian_nakhla@fanniemae.com
lin_cao@fanniemae.com
linda_knight@fanniemae.com
linda_powell-williams@fanniemae.com
marc_baker@fanniemae.com
marc_bourzutschky@fanniemae.com
marcia_i_miller@fanniemae.com
margo_miller@fanniemae.com
mari_l_robertson@fanniemae.com
mark_l_wright@fanniemae.com
mark_liang@fanniemae.com
martin_geislinger@fanniemae.com
martin_kelly@fanniemae.com
mary_spence@fanniemae.com
matt_johnson@fanniemae.com
maureen_t_jones@fanniemae.com
mehmood_nathani@fanniemae.com
michael_a_treidl@fanniemae.com
michael_g_somerville@fanniemae.com
michael_j_lohmeier@fanniemae.com
michael_maloney@fanniemae.com
michael_p_fiore@fanniemae.com
michael_p_lebowitz@fanniemae.com
michael_r_kenney@fanniemae.com
michael-rylant@fanniemae.com
michele_evans@fanniemae.com
mildred_banks@fanniemae.com
mildred_walker@fanniemae.com
min_zhang@fanniemae.com
miyuki_onishi@fanniemae.com
mohit_chandarana@fanniemae.com
molly_r_boesel@fanniemae.com
monica_j_fulop@fanniemae.com
monte_h_shapiro@fanniemae.com
mostafa_raddaoui@fanniemae.com
mukesh_s_desai@fanniemae.com
murali_krishnamurthy@fanniemae.com
nadine_j_bates@fanniemae.com
nancy_e_greiner@fanniemae.com
nathanael_sutanto@fanniemae.com
neelima_reddy@fanniemae.com
neil_hughes@fanniemae.com
nick_kiritz@fanniemae.com
nicole_r_brady@fanniemae.com
nikeshea_spears@fanniemae.com
nimit_sharma@fanniemae.com
omar_akhtar@fanniemae.com
omar_gundogdu@fanniemae.com
pamela_l_tucker@fanniemae.com
patrick_h_beranek@fanniemae.c
patrick_m_conway@fanniemae.com
paul_moretti@fanniemae.com
paul_norris@fanniemae.com

**Company & Corresponding Email Addresses**

pavan_chatlani@fanniemae.com
peter_hubley@fanniemae.com
peter_m_flynn@fanniemae.com
peter_niculescu@fanniemae.com
peter_ugincius@fanniemae.com
prem_somu@fanniemae.com
qiang_fu@fanniemae.com
qing_sun@fanniemae.com
ramon_r_decastro@fanniemae.com
renee_r_schultz@fanniemae.com
renee_tang@fanniemae.com
richard_jaucian@fanniemae.com
richard_sorkin@fanniemae.com
richard_w_wolf@fanniemae.com
robert_a_herlund@fanniemae.com
robert_f_wagner@fanniemae.com
robert_ives@fanniemae.com
rogelio_soltero@fanniemae.com
roy_r_hormuth@fanniemae.com
rui_falcon@fanniemae.com
sal_mirran@fanniemae.com
sanda_pesut@fanniemae.com
sandeep_jeksaani@fanniemae.com
sandeep_shilawat@fanniemae.com
sanjay_bhatt@fanniemae.com
sarah_kong@fanniemae.com
scott_c_shepard@fanniemae.com
scott_chastain@fanniemae.com
scott_webster@fanniemae.com
sean_c_fallon@fanniemae.com
sharon_pinnock@fanniemae.com
sharon_stieber@fanniemae.com
shayan_salahuddin@fanniemae.com
sheri_murrah@fanniemae.com
sherry_e_wilson@fanniemae.com
sibongile_boyd@fanniemae.com
somender_chaudhary@fanniemae.com
sonya_sheth@fanniemae.com
stephen_bartolini@fanniemae.com
steve_costoff@fanniemae.com
steve_shen@fanniemae.com
steven_brannum@fanniemae.com
steven_e_deggendorf@fanniemae.com
stuart_cohen@fanniemae.com
sukru_saman@fanniemae.com
sung_yoon@fanniemae.com
tanu_s_bhatnagar@fanniemae.com
tao_cheng@fanniemae.com
theresa_meawad@fanniemae.com
thomas_a_lawler@fanniemae.com
thomas_weigle@fanniemae.com
thushara_therrien@fanniemae.com
tim_brown@fanniemae.com
tisha_tyson@fanniemae.com

## Company & Corresponding Email Addresses

todd_e_peterson@fanniemae.com
todd_parker@fanniemae.com
toni_jackson@fanniemae.com
tushar_dayal@fanniemae.com
tvr_rao@fanniemae.com
ursula_o_schaefer@fanniemae.com
ursula_o"donnell@fanniemae.com
vamsi_kommasani@fanniemae.com
vanessa_moulin@fanniemae.com
vanessa_schlegel@fanniemae.com
venkat_gangisetty@fanniemae.com
vikas_singhal@fanniemae.com
walter_bauman@fanniemae.com
walter_hill@fanniemae.com
walter_k_kim@fanniemae.com
wayne_b_mclurkin@fanniemae.com
william_black@fanniemae.com
william_quinn@fanniemae.com
william_r_schultz@fanniemae.com
william_segal@fanniemae.com
x6uonp@fanniemae.com
xinchao_zhang@fanniemae.com
y2ulxm@fanniemae.com
yawei_jin@fanniemae.com
yigao_liang@fanniemae.com
yingsheng_li@fanniemae.com
yolanda_s_green@fanniemae.com
yongjin_hou@fanniemae.com
zack_z_li@fanniemae.com
zahid_abbasi@fanniemae.com
zhitong_zhang@fanniemae.com
zhou_y_liu@fanniemae.com
zirong_zhang@fanniemae.com
zubin_alemo@fanniemae.com

### faralloncapital

afremder@faralloncapital.com
aspokes@faralloncapital.com
dmcmahon@faralloncapital.com
dmeade@faralloncapital.com
egorham@faralloncapital.com
jarnoldy@faralloncapital.com
jdownes@faralloncapital.com
jkaram@faralloncapital.com
jkruger@faralloncapital.com
jmoment@faralloncapital.com
josh.dapice@faralloncapital.com
jwarren@faralloncapital.com
kacosta@faralloncapital.com
mduke@faralloncapital.com
mfisch@faralloncapital.com
mlandry@faralloncapital.com
mlinn@faralloncapital.com
mstrasburg@faralloncapital.com
pcollison@faralloncapital.com

**Company & Corresponding Email Addresses**

rpatel@faralloncapital.com
rvoon@faralloncapital.com
rzage@faralloncapital.com
smillham@faralloncapital.com
tsteyer@faralloncapital.com
vstorie@faralloncapital.com
w_f_mellin@faralloncapital.com
wchu@faralloncapital.com
wstegall@faralloncapital.com

**farcap**

abushler@farcap.com
acaldwell@farcap.com
apant@farcap.com
awarner@farcap.com
bd@farcap.com
bparkyn@farcap.com
bseybold@farcap.com
cclark@farcap.com
cem@farcap.com
cescher@farcap.com
charris@farcap.com
cshreve@farcap.com
cward@farcap.com
dchun@farcap.com
deepak@farcap.com
ding.chun@farcap.com
dkim@farcap.com
dlang@farcap.com
dpost@farcap.com
dsmith@farcap.com
earnings@farcap.com
ebrodsky@farcap.com
echung@farcap.com
edrobny@farcap.com
esaito@farcap.com
etato@farcap.com
fchiu@farcap.com
gsodhoffs@farcap.com
gswart@farcap.com
jfakhry@farcap.com
jfortner@farcap.com
jgibson@farcap.com
jkelly@farcap.com
jkoerner@farcap.com
jlin@farcap.com
jpierce@farcap.com
jschilling@farcap.com
jshort@farcap.com
jwerner@farcap.com
jwilton@farcap.com
kmcnabb@farcap.com
lcalfee@farcap.com
lhicks@farcap.com
lkinczel@farcap.com

## Company & Corresponding Email Addresses

lteran@farcap.com
mdewispelaere@farcap.com
mford@farcap.com
mjorgensen@farcap.com
mmetzger@farcap.com
mmoshkov@farcap.com
mselz@farcap.com
msennett@farcap.com
msullivan@farcap.com
nbellefeuille@farcap.com
nhill@farcap.com
nsamsonova@farcap.com
nw@farcap.com
probinson@farcap.com
rlee@farcap.com
roshanp@farcap.com
rpaidipaty@farcap.com
rschaper@farcap.com
rseverude@farcap.com
sa@farcap.com
sdalton@farcap.com
sharif@farcap.com
shurst@farcap.com
smallach@farcap.com
tpaff@farcap.com
trigo@farcap.com
wlenehan@farcap.com
yconnolly@farcap.com
ycramer@farcap.com

### fareastnationalbank

bruce.clark@fareastnationalbank.com
ctseng@fareastnationalbank.com
patrick.kezele@fareastnationalbank.com
steven.chen@fareastnationalbank.com
vickie.chang@fareastnationalbank.com

### farleycap

ameli@farleycap.com
aschaffer@farleycap.com
sfarley@farleycap.com

### farmcreditbank

capp.crawford@farmcreditbank.com
eric.paul@farmcreditbank.com
jlarge@farmcreditbank.com
kristy.vrabel@farmcreditbank.com
raul.ojeda@farmcreditbank.com

### farmcredit-ffcb

aheiden@farmcredit-ffcb.com
bwhitehead@farmcredit-ffcb.com
dspencer@farmcredit-ffcb.com
dwilliams@farmcredit-ffcb.com
gdoran@farmcredit-ffcb.com
jstewart@farmcredit-ffcb.com
nroccano@farmcredit-ffcb.com
rgill@farmcredit-ffcb.com

## Company & Corresponding Email Addresses

sbilotta@farmcredit-ffcb.com
sgelb@farmcredit-ffcb.com

**farmermac**
edward_caywood@farmermac.com
jsinghal@farmermac.com
nancy_corsiglia@farmermac.com
robert_owens@farmermac.com
robin_taylor@farmermac.com

**farmersinsurance**
laszlo.heredy@farmersinsurance.com
marlo.oaks@farmersinsurance.com

**farmersnb**
wmarsh@farmersnb.com

**fastnet**
olivier.massillon@fastnet.lu

**fastnetgroup**
guiseppe.scifo@eu.fastnetgroup.com

**faurecia**
abauduin@boulognebl.faurecia.com

**fayezsarofim**
cdick@fayezsarofim.com
mporter@fayezsarofim.com

**fbfinance**
cindee.williams@fbfinance.com
edmund.kim@fbfinance.com
michael.symmons@fbfinance.com
mike.halovatch@fbfinance.com
peter.wadkins@fbfinance.com
tod.vanname@fbfinance.com

**fbfs**
brummelhart@fbfs.com
caday@fbfs.com
chappel@fbfs.com
dhiggins@fbfs.com
gpietsch@fbfs.com
kgreving@fbfs.com
lbeebe@fbfs.com
msandbulte@fbfs.com

**fblfinancial**
annette.shaw@fblfinancial.com
dbruning@fblfinancial.com
herman.riva@fblfinancial.com
jeff.ellis@fblfinancial.com
justin.carley@fblfinancial.com

**fbol**
ed.furman@fbol.com

**fbopcorp**
gmitchell@fbopcorp.com
tschneider@fbopcorp.com

**fbs**
bart.tishauser@fbs.nl
erwin.blaas@fbs.nl
frank.berens@fbs.nl
matthieu.vdveldt@fbs.nl

## Company & Corresponding Email Addresses

paul.roethof@fbs.nl
richard.schulein@fbs.nl
rob.habets@fbs.nl

### fbtx
anocella@fbtx.com

### fbw
bswanson@fbw.com
dnolan@fbw.com
krast@fbw.com
pvaughan@fbw.com
sglantz@fbw.com
twashall@fbw.com

### fcbnm
cspencer@fcbnm.com

### fcbsc
craig.nix@fcbsc.com

### fcbw
craig.olsen@fcbw.com
david.kemp@fcbw.com
jim.shanahan@fcbw.com
tony.english@fcbw.com

### fcc-sca
dairen.beblow@fcc-sca.ca
lori.christie@fcc-sca.ca
sharilee.fossum@fcc-sca.ca

### fcem
egoodchild@fcem.co.uk
hcarey@fcem.co.uk
hzimmerman@fcem.co.uk
jcrone@fcem.co.uk
kclarke@fcem.co.uk
nthornycroft@fcem.co.uk
onegyal@fcem.co.uk
rbrandt@fcem.co.uk
smahtani@fcem.co.uk

### fciadvisors
aliggett@fciadvisors.com
bbarnes@fciadvisors.com
bcourtney@fciadvisors.com
bhobbs@fciadvisors.com
bperott@fciadvisors.com
gcloud@fciadvisors.com
kjohnson@fciadvisors.com
mallison@fciadvisors.com
pgreig@fciadvisors.com
pgronniger@fciadvisors.com
pmcclain@fciadvisors.com
sberkley@fciadvisors.com
vschaff@fciadvisors.com

### fcil
lettice.hagan@fcil.co.uk

### fcminvest
elena@fcminvest.com
mjones@fcminvest.com

**Company & Corresponding Email Addresses**

mwu@fcminvest.com
research@fcminvest.com

**fcnbd**

andria_sandora@em.fcnbd.com
cathy_r_williams@em.fcnbd.com
deanna_spangler@em.fcnbd.com
jay_taparia@am.fcnbd.com
jill_k_leach@am.fcnbd.com
john_jackucyk@am.fcnbd.com
julie_kroll@em.fcnbd.com
kelli_king@am.fcnbd.com
linwood_thiessen@am.fcnbd.com
nick_markus@em.fcnbd.com
robert_grimm@em.fcnbd.com
steven_brooks@em.fcnbd.com
suzanne_austin@em.fcnbd.com
thomas_j_bebej@am.fcnbd.com

**fcsamerica**

saltong@fcsamerica.com

**fddbank**

s.defrancesco@fddbank.com

**fdic**

aamiel@fdic.gov
agilchrist@fdic.gov
amurphy@fdic.gov
anfelton@fdic.gov
baryan@fdic.gov
bbean@fdic.gov
bdavis@fdic.gov
bhoyer@fdic.gov
brlewis@fdic.gov
cangell@fdic.gov
cbarry@fdic.gov
ccollier@fdic.gov
cfiol@fdic.gov
ckulp@fdic.gov
clipuma@fdic.gov
ddudnik@fdic.gov
dhaskins@fdic.gov
dpromani@fdic.gov
dtallant@fdic.gov
dweyback@fdic.gov
dwiley@fdic.gov
ebloecher@fdic.gov
ereither@fdic.gov
gcevallos@fdic.gov
gikosi@fdic.gov
gquint@fdic.gov
jayres@fdic.gov
jcoburn@fdic.gov
jgolter@fdic.gov
jhull@fdic.gov
jplock@fdic.gov
jroberts@fdic.gov

**Company & Corresponding Email Addresses**

jweinberger@fdic.gov
kegan@fdic.gov
kgleason@fdic.gov
kkalser@fdic.gov
lcheng@fdic.gov
lduffy@fdic.gov
lkowalski@fdic.gov
llo@fdic.gov
lmontgomery@fdic.gov
lsamowitz@fdic.gov
lwright@fdic.gov
mcawthon@fdic.gov
mfanaroff@fdic.gov
mgarner@fdic.gov
mhasty@fdic.gov
mmorgan@fdic.gov
msolt@fdic.gov
pdriscoll@fdic.gov
pvigil@fdic.gov
rburns@fdic.gov
rcofer@fdic.gov
rcox@fdic.gov
robbasinger@fdic.gov
rpackard@fdic.gov
rsims@fdic.gov
rsommers@fdic.gov
rspieker@fdic.gov
rvilim@fdic.gov
rwat@fdic.gov
sburhouse@fdic.gov
sburton@fdic.gov
schen@fdic.gov
sfunaro@fdic.gov
sgabriel@fdic.gov
shughes@fdic.gov
solesiuk@fdic.gov
stschultz@fdic.gov
tcoltharp@fdic.gov
tiedwards@fdic.gov
tineeck@fdic.gov
tmurray@fdic.gov
wstewart@fdic.gov

**fearnleys**

a.amriati@fearnleys.no
a.skjevesland@fearnleys.no
b.lind@fearnleys.no
f.falch@fearnleys.no
sb.svenning@fearnleys.no

**federal**

moore@federal.com

**federal-finance**

anthony.dupiellet@federal-finance.fr
arnaud.lanctin@federal-finance.fr
franck.richard@federal-finance.fr

## Company & Corresponding Email Addresses

francois.menut@federal-finance.fr
gerald.claudel@federal-finance.fr
jean-francois.blottiere@federal-finance.fr
laurence.corbel@federal-finance.fr
marc.salaun@federal-finance.fr
philippe.fremond@federal-finance.fr
regis.feroc@federal-finance.fr
stephane.cadieu@federal-finance.fr
stephane.le-gall@federal-finance.fr
tanguy.moreau@federal-finance.fr

**federalgestion**

erwan.bonder@federalgestion.com
erwan.marrec@federalgestion.com
jean-michel.maingain@federalgestion.com
pierre.gueguen@federalgestion.com
yann.louarn@federalgestion.com

**federated**

s.hoelscher@federated.de
t-l.kamann@federated.de

**federatedinv**

abeck@federatedinv.com
aho@federatedinv.com
akaplan@federatedinv.com
akirschler@federatedinv.com
aknizner@federatedinv.com
akohler@federatedinv.com
amassimiani@federatedinv.com
amorabito@federatedinv.com
atetlow@federatedinv.com
aventurino@federatedinv.com
bbejster@federatedinv.com
bbell@federatedinv.com
bdavis@federatedinv.com
bdingle@federatedinv.com
bklaber@federatedinv.com
bnolte@federatedinv.com
bostrowski@federatedinv.com
bruffner@federatedinv.com
bschneider@federatedinv.com
carendas@federatedinv.com
cbaggio@federatedinv.com
cbodamer@federatedinv.com
ccaton@federatedinv.com
cgross@federatedinv.com
cifill@federatedinv.com
cjsmith@federatedinv.com
ckeller@federatedinv.com
cmiller@federatedinv.com
cstewart@federatedinv.com
cwu@federatedinv.com
cyingling@federatedinv.com
dbickerstaff@federatedinv.com
dburr@federatedinv.com
dcatanzaro@federatedinv.com

## Company & Corresponding Email Addresses

dchoi@federatedinv.com
dcook@federatedinv.com
dcunningham@federatedinv.com
dczoch@federatedinv.com
ddoherty@federatedinv.com
dellenberger@federatedinv.com
dgerber@federatedinv.com
dgilmore@federatedinv.com
dgubba@federatedinv.com
dkartsonas@federatedinv.com
dkozusko@federatedinv.com
dmeissner@federatedinv.com
dperis@federatedinv.com
dshoup@federatedinv.com
dsouccar@federatedinv.com
dstartari@federatedinv.com
efolan@federatedinv.com
egraham@federatedinv.com
eklosky@federatedinv.com
elee@federatedinv.com
elee2@federatedinv.com
fzheng@federatedinv.com
ghardwick@federatedinv.com
gneavin@federatedinv.com
gpazzanese@federatedinv.com
gpurinton@federatedinv.com
gwright@federatedinv.com
hharris@federatedinv.com
hmchan@federatedinv.com
ileiser@federatedinv.com
isalib@federatedinv.com
jbalestrino@federatedinv.com
jbreslin@federatedinv.com
jchelmu@federatedinv.com
jcrea@federatedinv.com
jdevito@federatedinv.com
jgentry@federatedinv.com
jgordon@federatedinv.com
jgrant@federatedinv.com
jhamilton@federatedinv.com
jharris@federatedinv.com
jhoff@federatedinv.com
jjones2@federatedinv.com
jjones3@federatedinv.com
jmycka@federatedinv.com
jnichol@federatedinv.com
jpasko@federatedinv.com
jruzicka@federatedinv.com
jscullion@federatedinv.com
jsetzenfand@federatedinv.com
jsidawi@federatedinv.com
jsteel@federatedinv.com
jvarrati@federatedinv.com
jwager@federatedinv.com

**Company & Corresponding Email Addresses**

jwarszawski@federatedinv.com
kaltschaffl@federatedinv.com
kandrachick@federatedinv.com
kcrummie@federatedinv.com
kfitzpatrick@federatedinv.com
kfowler@federatedinv.com
kglass@federatedinv.com
khightower@federatedinv.com
khines@federatedinv.com
klamark@federatedinv.com
kmanna@federatedinv.com
kmccloskey@federatedinv.com
krhad@federatedinv.com
ksabol@federatedinv.com
lbakhshian@federatedinv.com
lcunningham@federatedinv.com
lduessel@federatedinv.com
loconnell@federatedinv.com
ltill@federatedinv.com
lvila@federatedinv.com
mambrose@federatedinv.com
mbrewster@federatedinv.com
mbruce@federatedinv.com
mdisalvio@federatedinv.com
mdurbiano@federatedinv.com
mhalperin@federatedinv.com
mmitsui@federatedinv.com
mpavuk@federatedinv.com
mporada@federatedinv.com
mrayman@federatedinv.com
mtesla@federatedinv.com
mtolbert@federatedinv.com
mtucker@federatedinv.com
mwible@federatedinv.com
naversa@federatedinv.com
nkehm@federatedinv.com
nmetz@federatedinv.com
nnavari@federatedinv.com
ntripodes@federatedinv.com
pbenacci@federatedinv.com
pheagy@federatedinv.com
porlando@federatedinv.com
pvalle@federatedinv.com
pwilhelm@federatedinv.com
rbauer@federatedinv.com
rchi@federatedinv.com
rcumberledge@federatedinv.com
rfilia@federatedinv.com
rkowit@federatedinv.com
rmaglin@federatedinv.com
rotoole@federatedinv.com
rrice@federatedinv.com
rsanchez-dahl@federatedinv.com
rsterr@federatedinv.com

**Company & Corresponding Email Addresses**

rtitto@federatedinv.com
rtriltsch@federatedinv.com
rwinkowski@federatedinv.com
salbrecht@federatedinv.com
sarnold@federatedinv.com
sauth@federatedinv.com
schiavarone@federatedinv.com
scrane@federatedinv.com
sgammill@federatedinv.com
sgupta@federatedinv.com
skail@federatedinv.com
skalos@federatedinv.com
slehman@federatedinv.com
smokkapati@federatedinv.com
smorgan@federatedinv.com
snason@federatedinv.com
sperez@federatedinv.com
ssathkumara@federatedinv.com
swagner@federatedinv.com
tabraham@federatedinv.com
tbanks@federatedinv.com
tblanchette@federatedinv.com
tdelserone@federatedinv.com
teddinger@federatedinv.com
tgannon@federatedinv.com
tgoodger@federatedinv.com
tlusk@federatedinv.com
tmadden@federatedinv.com
tmitchell@federatedinv.com
tsangalli@federatedinv.com
tscherr@federatedinv.com
wbean@federatedinv.com
wlist@federatedinv.com
xsi@federatedinv.com
yxu@federatedinv.com

**fedex**
eacrowder@fedex.com
jdhartney@fedex.com
jeffrey.smith@fedex.com
mickey.foster@fedex.com
sdhughes@fedex.com

**fenb-us**
andrew.wang@fenb-us.com
carol.lee@fenb-us.com
john.mangold@fenb-us.com
tammy.chiao@fenb-us.com
vincy.yu@fenb-us.com

**fenway partners**
ageisser@fenway partners.com

**feo**
ichikura@feo.fuji-ric.co.jp
uehara@feo.fuji-ric.co.jp

**fergwell**
bond@fergwell.com

**Company & Corresponding Email Addresses**

flexer@fergwell.com
fovinci@fergwell.com
knebel@fergwell.com
krys-rusoff@fergwell.com
norris@fergwell.com

**feri**

anette.dyroff@feri.de
cord.hinrichs@feri.de
david.meyer@feri.de
delphine.gebauer@feri.de
dieter.merz@feri.de
dirk.schoeneich@feri.de
dirk.soehnholz@feri.de
holger.brauer@feri.de
ingo.klamroth@feri.de
jens.wetter@feri.de
knut.moreth@feri.de
marcus.kraft@feri.de
martin.duerr@feri.de
mathias.haffner@feri.de
mora.golding@feri.de
steffen.bender@feri.de
tobias.schmidt@feri.de
werner.goricki@feri.de
zeljko.tipuric@feri.de

**ferragamo**

federico.focardi@ferragamo.com
paolo.despirt@ferragamo.com

**ferro**

binglej@ferro.com
tahboubl@ferro.com
zuppoj@ferro.com

**fes**

muller@fes.ch

**ff**

dd@ff.com
divya.patel@ff.com
jason.huang@ff.com
joe.dedominicis@ff.cm
joe.dedominicis@ff.com
raymond.tan@ff.com
steve.mageras@ff.com

**ffandp**

guenter.ferstl@ffandp.com
james.wigley@ffandp.com
klaus.bockstaller@ffandp.com
neil.honebon@ffandp.com
reinhard.ploder@ffandp.com

**ffbc-oh**

barbara.turcotte@ffbc-oh.com
doug.lefferson@ffbc-oh.com
frank.hall@ffbc-oh.com
larry.mulligan@ffbc-oh.com
teresa.moon@ffbc-oh.com

## Company & Corresponding Email Addresses

**ffbonline**
jcrowley@ffbonline.com
msexton@ffbonline.com

**ffcnet**
bwood@ffcnet.com

**fffc**
katie.modugno@fffc.com
marc.geredes@fffc.com
sbarnett@fffc.com

**ffna**
cdeberardinis@ffna.com
mmafrica@ffna.com

**ffsa**
philippe.trainar@ffsa.fr

**fftw**
aakant@fftw.com
aasipenkava@fftw.com
abushehri@fftw.com
acraig@fftw.com
aeventon@fftw.com
ajoergensen@fftw.com
akrieckh@fftw.com
alloyd@fftw.com
awhitford@fftw.com
awoller@fftw.com
bkeller@fftw.com
breda@fftw.com
cdechillaz@fftw.com
cduffy@fftw.com
cfullinck@fftw.com
cjames@fftw.com
clu@fftw.com
cmiranda@fftw.com
cscholtes@fftw.com
cstacey@fftw.com
ctang@fftw.com
dhazell@fftw.com
dmarmon@fftw.com
dpletzer@fftw.com
dshapiro@fftw.com
dye@fftw.com
fjaccarino@fftw.com
fschulman@fftw.com
fsyed@fftw.com
gchan@fftw.com
goulven.drevillon@fftw.com
gskapin@fftw.com
gverveniotis@fftw.com
hleong@fftw.com
ikiefer@fftw.com
jcarey@fftw.com
jholmes@fftw.com
jkim@fftw.com
jlyman@fftw.com

## Company & Corresponding Email Addresses

jmorton@fftw.com
jolcay@fftw.com
jraymundo@fftw.com
jsong@fftw.com
jyiu@fftw.com
jzhao@fftw.com
kbarua@fftw.com
kchen@fftw.com
kgrimes@fftw.com
khourican@fftw.com
kkata@fftw.com
klind@fftw.com
kodonnell@fftw.com
kpiskorowski@fftw.com
krosenbloom@fftw.com
lahamed@fftw.com
lgianferrari@fftw.com
lschirf@fftw.com
lturkisher@fftw.com
mbielik@fftw.com
mgarcia@fftw.com
mhancock@fftw.com
mjorge@fftw.com
mkalman@fftw.com
mlacana@fftw.com
mliu@fftw.com
mmedina@fftw.com
mrogov@fftw.com
mrossi@fftw.com
msheehy@fftw.com
mslootsky@fftw.com
mvodola@fftw.com
mwyne@fftw.com
pbhudia@fftw.com
pgreco@fftw.com
pnavanandan@fftw.com
pwithers@fftw.com
qchen@fftw.com
rdalmau@fftw.com
rdesmond@fftw.com
rdiao@fftw.com
rudell@fftw.com
schang@fftw.com
sconstantine@fftw.com
sdaniel@fftw.com
sgoh@fftw.com
ssheeler@fftw.com
sstaeuber@fftw.com
sweinstein@fftw.com
tfaye@fftw.com
urickheeram@fftw.com
wcheung@fftw.com
yng@fftw.com
**ffw**

## Company & Corresponding Email Addresses
cwong@ffw.com
### fgb
ahmed.gaffar@fgb.ae
ahsan.raza@fgb.ae
arun.pavithran@fgb.ae
ashu.khurana@fgb.ae
avinash.bathija@fgb.ae
banu.akbez@fgb.ae
bilal.hasanjee@fgb.ae
ganesh.nayak@fgb.ae
haroon.chaudhry@fgb.ae
hashbeer.ali@fgb.ae
imran.mirza@fgb.ae
issra.battash@fgb.ae
jassem.khan@fgb.ae
pawan.jhangiani@fgb.ae
prabir.mitrabarua@fgb.ae
rajendra.amin@fgb.ae
shahid.rasool@fgb.ae
spag@fgb.ae
tasdique.pasha@fgb.ae
walaa.riad@fgb.ae
### fgic
alex.masri@fgic.com
allison.taylor@fgic.com
david.dowden@fgic.com
diane.westerback@fgic.com
elizabeth.menhenett@fgic.com
inga.smolyar@fgic.com
karen.hogan@fgic.com
robert.velins@fgic.com
scott.sprauer@fgic.com
sherwin.johnson@fgic.com
tracy.pridgen@fgic.com
udo.onwuachi@fgic.com
vasiliki.koutoupi@fgic.com
### fglife
b2189@fglife.com.tw
### fgnw
awenstrand@fgnw.org
### fhfb
grahamf@fhfb.gov
### fhhl
john.mcguire@fhhl.com
pete.mackowiecki@fhhl.com
### fhhlc
achang@fhhlc.com
bstory@fhhlc.com
czorrilla@fhhlc.com
gdowell@fhhlc.com
jmherman@fhhlc.com
jmontgom@fhhlc.com
mporter@fhhlc.com
mrogers@fhhlc.com

**Company & Corresponding Email Addresses**

pjsciandra@fhhlc.com
plciri@fhhlc.com
spierson@fhhlc.com
tmccoy@fhhlc.com
wphillips@fhhlc.com

**fhlb**

anila.hoxha@fhlb.com
bud.gill@fhlb.com
chandra.quaite@fhlb.com
cindy@fhlb.com
dan.cavender@fhlb.com
david.hazard@fhlb.com
gary.olsen@fhlb.com
jennifer.gao@fhlb.com
justin.shead@fhlb.com
maria.coronado@fhlb.com
mark.wert@fhlb.com
michael.sims@fhlb.com
mike.klepikow@fhlb.com
ryan.welch@fhlb.com
steven.johnson@fhlb.com
stuart.boyle@fhlb.com

**fhlbatl**

agrimes@fhlbatl.com
akeeshajarrett@fhlbatl.com
alang@fhlbatl.com
amills@fhlbatl.com
bregan@fhlbatl.com
bschwartz@fhlbatl.com
bsommerville@fhlbatl.com
cainsworth@fhlbatl.com
cclark@fhlbatl.com
ccleare@fhlbatl.com
cgatewood@fhlbatl.com
cjacobs@fhlbatl.com
cmcentee@fhlbatl.com
cphifer@fhlbatl.com
dbegley@fhlbatl.com
dbennett@fhlbatl.com
deckardt@fhlbatl.com
dlarusse@fhlbatl.com
dreichert@fhlbatl.com
dyoung@fhlbatl.com
ewimbush@fhlbatl.com
gglass@fhlbatl.com
gpalmer@fhlbatl.com
hfoster@fhlbatl.com
hkazazian@fhlbatl.com
iwright@fhlbatl.com
javery@fhlbatl.com
jbell@fhlbatl.com
jclayton@fhlbatl.com
jeverson@fhlbatl.com
jgagen@fhlbatl.com

## Company & Corresponding Email Addresses

jserrato@fhlbatl.com
kbabar@fhlbatl.com
kmalmberg@fhlbatl.com
kphillips@fhlbatl.com
kwilcox@fhlbatl.com
kwyckoff@fhlbatl.com
lchapple@fhlbatl.com
ldouglass@fhlbatl.com
ldowd@fhlbatl.com
lmartin@fhlbatl.com
lpita@fhlbatl.com
lshaffer@fhlbatl.com
lward@fhlbatl.com
lwilliams@fhlbatl.com
mdecarvalho@fhlbatl.com
mjaski@fhlbatl.com
mkarageanes@fhlbatl.com
mkotzan@fhlbatl.com
mlozano@fhlbatl.com
msimpson@fhlbatl.com
pbertucelli@fhlbatl.com
pjha@fhlbatl.com
rdurso@fhlbatl.com
rgonzalez@fhlbatl.com
rwacker@fhlbatl.com
sbiehle@fhlbatl.com
sbrennan@fhlbatl.com
skee@fhlbatl.com
snorth@fhlbatl.com
swalters@fhlbatl.com
swatson@fhlbatl.com
tdugan@fhlbatl.com
tgrier@fhlbatl.com
tjmillard@fhlbatl.com
tmccauley@fhlbatl.com
tmiller@fhlbatl.com
tsensing@fhlbatl.com
weversley@fhlbatl.com
wmcmullan@fhlbatl.com

**fhlbboston**

alexzander.downs@fhlbboston.com
beth.nadeau@fhlbboston.com
bill.evans@fhlbboston.com
brandon.fong@fhlbboston.com
daniel.devine@fhlbboston.com
daniel.redmond@fhlbboston.com
david.birkins@fhlbboston.com
david.johnson@fhlbboston.com
deriv_collateral@fhlbboston.com
elisa.rindini@fhlbboston.com
florence.chin@fhlbboston.com
george.collins@fhlbboston.com
james.canney@fhlbboston.com
james_cataldo@fhlbboston.com

## Company & Corresponding Email Addresses

jbaity@fhlbboston.com
jennifer.ahn@fhlbboston.com
jim.hayes@fhlbboston.com
john.boudreau@fhlbboston.com
jonathan.beaulieu@fhlbboston.com
kai.strand@fhlbboston.com
karen.allschwang@fhlbboston.com
kevin.martin@fhlbboston.com
loughlin.cleary@fhlbboston.com
michael.wilson@fhlbboston.com
paul.peduto@fhlbboston.com
rizwanul.huda@fhlbboston.com
russell.blake@fhlbboston.com
shirley.seraphin@fhlbboston.com
stephen.mchugh@fhlbboston.com
stephen.osowiecki@fhlbboston.com
yan.sun@fhlbboston.com

### fhlbc

ademetis@fhlbc.com
aedmunds@fhlbc.com
atripathy@fhlbc.com
avandermerwe@fhlbc.com
basare@fhlbc.com
bgee@fhlbc.com
bsteere@fhlbc.com
btjahjono@fhlbc.com
cbrandt@fhlbc.com
cchagnon@fhlbc.com
cchang@fhlbc.com
cdimitrak@fhlbc.com
cgiam@fhlbc.com
cjaw@fhlbc.com
cmilne@fhlbc.com
cshi@fhlbc.com
ctebo@fhlbc.com
cwashington@fhlbc.com
dashe@fhlbc.com
dneish@fhlbc.com
dnewburg@fhlbc.com
dsterling@fhlbc.com
dzhang@fhlbc.com
ehass@fhlbc.com
ejankowski@fhlbc.com
evulgaris@fhlbc.com
fzanini@fhlbc.com
gcruz@fhlbc.com
gfleming@fhlbc.com
gmcferrin@fhlbc.com
gpickett@fhlbc.com
hchang@fhlbc.com
hfeng@fhlbc.com
iradmilo@fhlbc.com
jbenson@fhlbc.com
jcanty@fhlbc.com

**Company & Corresponding Email Addresses**

jcave@fhlbc.com
jdoucas@fhlbc.com
jgreer@fhlbc.com
jgriffin@fhlbc.com
jhutchinson@fhlbc.com
jjones@fhlbc.com
jninni@fhlbc.com
jpan@fhlbc.com
jpotter@fhlbc.com
jrichter@fhlbc.com
jthornton@fhlbc.com
jthorton@fhlbc.com
jweaver@fhlbc.com
jzurovchak@fhlbc.com
kbaker@fhlbc.com
khacker@fhlbc.com
kjordan@fhlbc.com
kjunious@fhlbc.com
kkabani@fhlbc.com
kmadhavan@fhlbc.com
kwong@fhlbc.com
lcong@fhlbc.com
ljones@fhlbc.com
mdesmarais@fhlbc.com
mericson@fhlbc.com
mgriffin@fhlbc.com
mjonson@fhlbc.com
mmessinger@fhlbc.com
mmoore@fhlbc.com
mpearson@fhlbc.com
mraaberg@fhlbc.com
mrzepecki@fhlbc.com
mthomas@fhlbc.xom
ndibenedetto@fhlbc.com
pbarker@fhlbc.com
pchristensen@fhlbc.com
pmiller@fhlbc.com
pquinn@fhlbc.com
rbielsker@fhlbc.com
rcornejo@fhlbc.com
rross@fhlbc.com
rventura@fhlbc.com
sbhasin@fhlbc.com
shunter@fhlbc.com
smosshamer@fhlbc.com
smosshammer@fhlbc.com
spatrick@fhlbc.com
squiller@fhlbc.com
srosenmayer@fhlbc.com
sstewart@fhlbc.com
svernal@fhlbc.com
tdrew@fhlbc.com
tjiang@fhlbc.com
tleturno@fhlbc.com

**Company & Corresponding Email Addresses**

tself@fhlbc.com
tstoops@fhlbc.com
wmiller@fhlbc.com
xwang@fhlbc.com
yjia@fhlbc.com
zdeen@fhlbc.com

**fhlbcin**

amanla@fhlbcin.com
burnscm@fhlbcin.com
cossecl@fhlbcin.com
damodareny@fhlbcin.com
debrossardga@fhlbcin.com
demarisdm@fhlbcin.com
dipillada@fhlbcin.com
dolanjd@fhlbcin.com
hattowse@fhlbcin.com
hendricksontl@fhlbcin.com
kuhnsam@fhlbcin.com
kuntzdm@fhlbcin.com
robinsonsc@fhlbcin.com
sanjayab@fhlbcin.com
spunagules@fhlbcin.com
wolfmh@fhlbcin.com

**fhlbdm**

adasgupta@fhlbdm.com
avaidyan@fhlbdm.com
azhou@fhlbdm.com
bdsani@fhlbdm.com
bhuff@fhlbdm.com
bxu@fhlbdm.com
cgao@fhlbdm.com
chuang@fhlbdm.com
cmagee@fhlbdm.com
dlaird@fhlbdm.com
dmartel@fhlbdm.com
dmoore@fhlbdm.com
dnorton@fhlbdm.com
echatman@fhlbdm.com
elorenzen@fhlbdm.com
emcgreen@fhlbdm.com
gcrowley@fhlbdm.com
gwebb@fhlbdm.com
hwang@fhlbdm.com
jadamo@fhlbdm.com
jbarfels@fhlbdm.com
jblevins@fhlbdm.com
jdooley@fhlbdm.com
jmarren@fhlbdm.com
jmurray@fhlbdm.com
jstephens@fhlbdm.com
jvanryswyk@fhlbdm.com
jyokiel@fhlbdm.com
khaugen@fhlbdm.com
lzhou@fhlbdm.com

## Company & Corresponding Email Addresses

malemi@fhlbdm.com
mdeng@fhlbdm.com
mdougherty@fhlbdm.com
msjohnson@fhlbdm.com
nparnell@fhlbdm.com
pgalloway@fhlbdm.com
phentges@fhlbdm.com
pholt@fhlbdm.com
pmolony@fhlbdm.com
pread@fhlbdm.com
ptiwari@fhlbdm.com
rnewkirk@fhlbdm.com
rsoule@fhlbdm.com
scox@fhlbdm.com
segger@fhlbdm.com
sjaeger@fhlbdm.com
sknowles@fhlbdm.com
sschneider@fhlbdm.com
svanzee@fhlbdm.com
vmandre@fhlbdm.com
xchen@fhlbdm.com
xma@fhlbdm.com
xzhu@fhlbdm.com

### fhlbi

alorber@fhlbi.com
bott@fhlbi.com
bprice@fhlbi.com
ckonich@fhlbi.com
clitzsinger@fhlbi.com
fchogadb@fhlbi.com
jbundy@fhlbi.com
jforrest@fhlbi.com
jgriffin@fhlbi.com
jkruger@fhlbi.com
jslipher@fhlbi.com
kcolville@fhlbi.com
ldicioccio@fhlbi.com
mcarlock@fhlbi.com
msinger@fhlbi.com
pduncan@fhlbi.com
rgruwell@fhlbi.com
rhovermale@fhlbi.com
smohandas@fhlbi.com
spoynter@fhlbi.com
tbutler@fhlbi.com
wanderson@fhlbi.com
wslover@fhlbi.com

### fhlbny

craig.reynolds@fhlbny.com
dana.waglione@fhlbny.com
dechu.muthana@fhlbny.com
diahann.rothstein@fhlbny.com
edelen@fhlbny.com
hasan@fhlbny.com

## Company & Corresponding Email Addresses

janakinath.rao@fhlbny.com
louis.solimine@fhlbny.com
marco.caban@fhlbny.com
michael.calamia@fhlbny.com
michael.english@fhlbny.com
minervastevens@fhlbny.com
philip.scott@fhlbny.com
susan.isquith@fhlbny.com
william.goykman@fhlbny.com

### fhlb-of

besozzi@fhlb-of.com
bridge@fhlb-of.com
castillo@fhlb-of.com
chui@fhlb-of.com
cohen@fhlb-of.com
cousins@fhlb-of.com
foster@fhlb-of.com
giambi@fhlb-of.com
goubeaux@fhlb-of.com
gross@fhlb-of.com
halsey@fhlb-of.com
hanson@fhlb-of.com
hartley@fhlb-of.com
hazen@fhlb-of.com
jbarrett@fhlb-of.com
kelly@fhlb-of.com
messerly@fhlb-of.com
petrine@fhlb-of.com
ramsay@fhlb-of.com
tetteh@fhlb-of.com
thillairajah@fhlb-of.com
waters@fhlb-of.com
weinstock@fhlb-of.com
woods@fhlb-of.com

### fhlb-pgh

alison.meads@fhlb-pgh.com
ariel.kuperminc@fhlb-pgh.com
bonnie.hogue@fhlb-pgh.com
brett.rapp@fhlb-pgh.com
brian.tofil@fhlb-pgh.com
carrie.a.rayman@fhlb-pgh.com
catherine.m.hewlett@fhlb-pgh.com
cathy.perdeus@fhlb-pgh.com
chris.kostolansky@fhlb-pgh.com
cmcwhirter@fhlb-pgh.com
craig.bleiweis@fhlb-pgh.com
cshaw@fhlb-pgh.com
cynthia.hartmann@fhlb-pgh.com
dan.christiana@fhlb-pgh.com
david.e.jones@fhlb-pgh.com
david.p.bauer@fhlb-pgh.com
dawna.m.heinauer@fhlb-pgh.com
deborah.l.stevenson@fhlb-pgh.com
donald.kenst@fhlb-pgh.com

**Company & Corresponding Email Addresses**

elena.josehpson@fhlb-pgh.com
elizabeth.cates@fhlb-pgh.com
eric.f.dickerson@fhlb-pgh.com
eric.m.slomer@fhlb-pgh.com
g.robert.jorgenson@fhlb-pgh.com
gavin.rapp@fhlb-pgh.com
isabella.l.corso@fhlb-pgh.com
jack.f.ogrady@fhlb-pgh.com
jack.o'grady@fhlb-pgh.com
jacquafondata@fhlb-pgh.com
jeff.acquafondata@fhlb-pgh.com
jeffrey.sapp@fhlb-pgh.com
jennifer.haskins@fhlb-pgh.com
jennifer.r.beighley@fhlb-pgh.com
john.foff@fhlb-pgh.com
john.murphy@fhlb-pgh.com
john.p.borchert@fhlb-pgh.com
joseph.schwaba@fhlb-pgh.com
kevin.larkin@fhlb-pgh.com
laraine.a.barabas@fhlb-pgh.com
lawrence.a.swingle@fhlb-pgh.com
leigh.a.dunhoff@fhlb-pgh.com
linda.lacey.jones@fhlb-pgh.com
linda.pratt@fhlb-pgh.com
lisa.m.kasiorek@fhlb-pgh.com
lynn.macecevic@fhlb-pgh.com
lynne.jesko@fhlb-pgh.com
margaret.kurzeja@fhlb-pgh.com
margaret.pauli@fhlb-pgh.com
marianne.kearney@fhlb-pgh.com
mark.blasinsky@fhlb-pgh.com
marshal.s.auron@fhlb-pgh.com
marxe@fhlb-pgh.com
mary.beth.styslinger@fhlb-pgh.com
mary.kay.girimonti@fhlb-pgh.com
maureen.a.hils@fhlb-pgh.com
melissa.reola@fhlb-pgh.com
melissa.tritinger@fhlb-pgh.com
michael.a.whitehouse@fhlb-pgh.com
michael.aimino@fhlb-pgh.com
michael.w.welton@fhlb-pgh.com
msolomon@fhlb-pgh.com
mstemmler@fhlb-pgh.com
nicholas.thompson@fhlb-pgh.com
nisha.puthur@fhlb-pgh.com
patricia.m.kocsis@fhlb-pgh.com
paul.dimmick@fhlb-pgh.com
peter.a.rubinsky@fhlb-pgh.com
peter.shell@fhlb-pgh.com
raja@fhlb-pgh.com
renee.pfender@fhlb-pgh.com
richard.machin@fhlb-pgh.com
robert.h.trudeau@fhlb-pgh.com
robert.merenick@fhlb-pgh.com

**Company & Corresponding Email Addresses**

robert.s.kovach@fhlb-pgh.com
robert.steiner@fhlb-pgh.com
serguei.son@fhlb-pgh.com
shawnda.r.jones@fhlb-pgh.com
skip.shelly@fhlb-pgh.com
susan.powell@fhlb-pgh.com
tao.peng@fhlb-pgh.com
terry.kung@fhlb-pgh.com
tgray@fhlb-pgh.com
tom.westerlund@fhlb-pgh.com
tsung-ying.yang@fhlb-pgh.com
vincent.d.moye@fhlb-pgh.com
william.g.batz@fhlb-pgh.com
william.list@fhlb-pgh.com
william.yurkovich@fhlb-pgh.com

**fhlbsea**

bretong@fhlbsea.com
brettm@fhlbsea.com
charlese@fhlbsea.com
dalej@fhlbsea.com
dang@fhlbsea.com
davidk@fhlbsea.com
dbarcl@fhlbsea.com
debrad@fhlbsea.com
dliu@fhlbsea.com
dmerre@fhlbsea.com
donh@fhlbsea.com
dschli@fhlbsea.com
edf@fhlbsea.com
elizabethr@fhlbsea.com
erickr@fhlbsea.com
fwong@fhlbsea.com
gregt@fhlbsea.com
gsimicek@fhlbsea.com
jacobb@fhlbsea.com
jamesh@fhlbsea.com
jimm@fhlbsea.com
jimz@fhlbsea.com
jkeller@fhlbsea.com
joela@fhlbsea.com
johnb@fhlbsea.com
johnbi@fhlbsea.com
jpark@fhlbsea.com
kennethp@fhlbsea.com
kmcdaniel@fhlbsea.com
kofie@fhlbsea.com
leonardr@fhlbsea.com
ljones@fhlbsea.com
marke@fhlbsea.com
mhoffm@fhlbsea.com
nlecor@fhlbsea.com
pacitas@fhlbsea.com
patricec@fhlbsea.com
phillipm@fhlbsea.com

## Company & Corresponding Email Addresses

sherrys@fhlbsea.com
thall@fhlbsea.com
tristanm@fhlbsea.com
vincentb@fhlbsea.com

### fhlbsf

amioo@fhlbsf.com
anspachm@fhlbsf.com
billaha@fhlbsf.com
cabrale@fhlbsf.com
carrollj@fhlbsf.com
changf@fhlbsf.com
chenga@fhlbsf.com
cibulls@fhlbsf.com
coopers@fhlbsf.com
costanzj@fhlbsf.com
davisj@fhlbsf.com
dean-evansr@fhlbsf.com
delevaur@fhlbsf.com
faleman@fhlbsf.com
guimbell@fhlbsf.com
heinzk@fhlbsf.com
hennessm@fhlbsf.com
hillg@fhlbsf.com
hladickj@fhlbsf.com
hondas@fhlbsf.com
khatria@fhlbsf.com
kibrickj@fhlbsf.com
kubotaj@fhlbsf.com
locsins@fhlbsf.com
maierm@fhlbsf.com
mccarthr@fhlbsf.com
millerk@fhlbsf.com
miyamotog@fhlbsf.com
mortonl@fhlbsf.com
murphyd@fhlbsf.com
northc@fhlbsf.com
rothm@fhlbsf.com
ruscittt@fhlbsf.com
shenh@fhlbsf.com
sojkai@fhlbsf.com
traynors@fhlbsf.com
wagners@fhlbsf.com
wanga@fhlbsf.com
wangj@fhlbsf.com
wug@fhlbsf.com
yuc@fhlbsf.com
yuer@fhlbsf.com

### fhlbtopeka

andy.jetter@fhlbtopeka.com
brad.gentry@fhlbtopeka.com
cathy.jorgensen@fhlbtopeka.com
dan.hess@fhlbtopeka.com
david.harris@fhlbtopeka.com
dfrance@fhlbtopeka.com

## Company & Corresponding Email Addresses

don.cushing@fhlbtopeka.com
frank.tiernan@fhlbtopeka.com
greg.mclaren@fhlbtopeka.com
jayme.burdiek@fhlbtopeka.com
jeff.hairston@fhlbtopeka.com
jeff.ogle@fhlbtopeka.com
kelly.malone@fhlbtopeka.com
mark.mclelland@fhlbtopeka.com
mark.woita@fhlbtopeka.com
mark.yardley@fhlbtopeka.com
matt.boatwright@fhlbtopeka.com
michael.surface@fhlbtopeka.com
michael.waggoner@fhlbtopeka.com
randy.stafford@fhlbtopeka.com
suzan.saville@fhlbtopeka.com
terry.wright@fhlbtopeka.com
william.osborn@fhlbtopeka.com

### fhoeh

sldfjaosihge@fhoeh.com

### fhwn

exhow@fhwn.com
mwalton@fhwn.com

### fi

atsunori.iwata@fi.fukoku-life.co.jp
chiyuki.takamatsu@fi.fukoku-life.co.jp
hiroaki.hayashi@fi.fukoku-life.co.jp
ichirou.iy.yamada@fi.fukoku-life.co.jp
jun.morita@fi.fukoku-life.co.jp
kazuma.kawasaki@fi.fukoku-life.co.jp
ken.kashiwabara@fi.fukoku-life.co.jp
kenji.hirai@fi.fukoku-life.co.jp
kenya.fujita@fi.fukoku-life.co.jp
kunihiro.tani@fi.fukoku-life.co.jp
naoki.yamamoto@fi.fukoku-life.co.jp
naoyuki.torii@fi.fukoku-life.co.jp
satoshi.okumoto@fi.fukoku-life.co.jp
seiichi.nozaki@fi.fukoku-life.co.jp
shingo.narue@fi.fukoku-life.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takeshi.katou@fi.fukoku-life.co.jp
toshiki.kakegawa@fi.fukoku-life.co.jp
yuuji.wakabayashi@fi.fukoku-life.co.jp
yuuki.sakurai@fi.fukoku-life.co.jp
yuusuke.onodera@fi.fukoku-life.co.jp

### fiamm

ernesto.musumeci@fiamm.com
geoffrey.may@fiamm.com
giannello.lupidi@fiamm.com
mike.dunckley@fiamm.com
robert.lightfoot@fiamm.com
salvatore.torrisi@fiamm.com

### fiatcorp

rkernaghan@fiatcorp.co.uk
rmowbray@fiatcorp.co.uk

## Company & Corresponding Email Addresses

### fiatgroup
caterina.fasano@geva.fiatgroup.com
enrico.zecchini@geva.fiatgroup.com
ferruccio.arvedi@geva.fiatgroup.com
gianluca.gianfaldoni@geva.fiatgroup.com
giovanni.somajni@geva.fiatgroup.com
luca.giangualano@geva.fiatgroup.com
luca.marabottini@fiatgroup.com
luigi.gubitosi@fiatgroup.com
marco.casalino@geva.fiatgroup.com
massimo.fillia@geva.fiatgroup.com
matteo.queirolo@geva.fiatgroup.com
paola.fasoli@geva.fiatgroup.com

### fib
cmcgarvin@fib.com
cpearson@fib.com
egarding@fib.com
ljohns@fib.com
rrandolph@fib.com

### fibanc
aduran@fibanc.es
asgomez@fibanc.es
caroberts@fibanc.es
driera@fibanc.es
eyepes@fibanc.es
fgalindo@fibanc.es
fgarciag@fibanc.es
jjofre@fibanc.es
jlmontesin@fibanc.es
jsala@fibanc.es
lpujol@fibanc.es
msalud@fibanc.es
pmoratona@fibanc.es
ralfonso@fibanc.es
spallerola@fibanc.es

### fibi
aisenberg.s@fibi.co.il
ariet@fibi.co.il
bonofiel.l@fibi.co.il
drors@fibi.co.il
feldboy.g@fibi.co.il
fibifxit@fibi.co.il
isenberg.i@fibi.co.il
knafo.h@fibi.co.il
liani.y@fibi.co.il
madmony.m@fibi.co.il
mahalu.r@fibi.co.il
nissani.n@fibi.co.il
ogdan.r@fibi.co.il
oren.g@fibi.co.il
rabinovitz.a@fibi.co.il
shakoory.e@fibi.co.il
sharon.t@fibi.co.il
siminovichy.y@fibi.co.il

## Company & Corresponding Email Addresses

tobul.g@fibi.co.il
zeevg@fibi.co.il

### fibimail

avi.avidan@fibimail.co.il
david.azulay@fibimail.co.il
david.kantozi@fibimail.co.il
dror.sachs@fibimail.co.il
fibideal@fibimail.co.il
fibigml@fibimail.co.il
fibiilan@fibimail.co.il
gilles.touboul@fibimail.co.il
herve.knafo@fibimail.co.il
liraz.refaely@fibimail.co.il
micha.knopf@fibimail.co.il
raphael.amanou@fibimail.co.il
ronem.yaffe@fibimail.co.il
sandra.partouche@fibimail.co.il
shuki.hay@fibimail.co.il
simon.fink@fibimail.co.il
therkil.petersen@fibimail.co.il

### fibonaccillc

sienna@fibonaccillc.com

### fidelity

aashish.jain@fidelity.co.in
abhishek.ind.sharma@fidelity.co.in
alex.s.veys@fidelity.com
allen.mathurin@fidelity.com
andrei.gorodilov@fidelity.com
andrew.falco@fidelity.com
beatrice.rodriguez@fidelity.com
bryan.gauvin@fidelity.com
brysson.curtis@fidelity.com
bvr@fidelity.com
cesar.e.hernandez@fidelity.com
christopher.heavey@fidelity.com
chuck.myers@fidelity.com
colin.chickles@fidelity.com
david.bertin@fidelity.com
david.canning@fidelity.com
david.leveridge@fidelity.com
david.meade@fidelity.com
derek.penn@fidelity.com
dierk.brandenburg@fidelity.com
dipanjana.gupta@fidelity.co.in
dmitry.lin@fidelity.com
edward.gk.cheung@fidelity.com
fay.byles@fidelity.com
fi.brokerresearch@fidelity.com
gavin.boyd@fidelity.com
gerald.classey@fidelity.com
gill.davison@fidelity.com
graeme.kite@fidelity.com
greg.pappas@fidelity.com
himanshu.parmar@fidelity.co.in

**Company & Corresponding Email Addresses**

ian.fishwick@fidelity.com
ian.spreadbury@fidelity.com
indexresearch@fidelity.com
james.parry@fidelity.com
jane.liou@fidelity.com
jennifer.mcauliffe@fidelity.com
jo-ann.sadleir@fidelity.com
john-daniel.laurence@fidelity.com
joseph.andrews@fidelity.com
keval.gudka@fidelity.com
kevin.abreu@fidelity.com
kevin.duggan@fidelity.com
kristian.atkinson@fidelity.com
louisa.harper@fidelity.com
marc.wait@fidelity.com
mark.plumtree@fidelity.com
michael.drake@fidelity.com
michele.davis@fidelity.com
mike.webb@fidelity.com
moya-anne.mccaskill@fidelity.com
naomi.haynes@fidelity.com
olivier.szwarcberg@fidelity.com
paul.karrlsson-willis@fidelity.com
paul.lavelle@fidelity.com
perry.chaifetz@fidelity.com
peter.khan@fidelity.com
phil.manning@fidelity.com
pratima.abichandani@fidelity.com
richard.spillane@fidelity.com
rick.patel@fidelity.com
sanjay.oberoi@fidelity.de
sarah.boardman@fidelity.com
sarah.doughty@fidelity.com
stephan.vonbismarck@fidelity.com
thomas.demarco@fidelity.com
tim.hogan@fidelity.com
todd.davis@fidelity.com
ulrike.hasel@fidelity.de
vijay.narayanan@fidelity.co.in

**fidelityinternational**
daniel.mcfetrich@fidelityinternational.com
olivier.simon-vermot@fidelityinternational.com
tomrstevenson@fidelityinternational.com

**fidelitysavingsonline**
rsteinhauer@fidelitysavingsonline.com

**fideramireland**
atse@fideramireland.ie

**fideuram**
prampinelli@fideuram.fr

**fideuramcapital**
abaibadino@fideuramcapital.it
cbellon@fideuramcapital.it
ccastagnetti@fideuramcapital.it
cgambino@fideuramcapital.it

## Company & Corresponding Email Addresses

ebargossi@fideuramcapital.it
fmarconi@fideuramcapital.it
gzuffi@fideuramcapital.it
idellamorte@fideuramcapital.it
ievola@fideuramcapital.it
lrustea@fideuramcapital.it
mbellucci@fideuramcapital.it
mpifferi@fideuramcapital.it
mrospetti@fideuramcapital.it
pbaldessari@fideuramcapital.it
spenatti@fideuramcapital.it

### fideuramgestions

bagella@fideuramgestions.lu
dgu@fideuramgestions.lu
dm@fideuramgestions.lu
iacopini@fideuramgestions.lu
mao@fideuramgestions.lu
mp@fideuramgestions.lu

### fideuramireland

apuccini@fideuramireland.ie
cconnolly@fideuramireland.ie
cgrigatti@fideuramireland.ie
fmarconi@fideuramireland.ie
gcastelli@fideuramireland.ie
gdaros@fideuramireland.ie
mcattaneo@fideuramireland.ie
mgrassi@fideuramireland.ie
mquarti@fideuramireland.ie
msimpson@fideuramireland.ie
pdileo@fideuramireland.ie
rmalone@fideuramireland.ie
schmil@fideuramireland.ie
scraig@fideuramireland.ie
sdebont@fideuramireland.ie

### fideuramsgr

afabbri@fideuramsgr.it
aprofeti@fideuramsgr.it
bcicerchia@fideuramsgr.it
csinatra@fideuramsgr.it
dpirillo@fideuramsgr.it
eboaretto@fideuramsgr.it
fdevita@fideuramsgr.it
fhoogveld@fideuramsgr.it
fpini@fideuramsgr.it
fpozzi@fideuramsgr.it
frovida@fideuramsgr.it
gclemente@fideuramsgr.it
gdaros@fideuramsgr.it
gfolgori@fideuramsgr.it
glacalce@fideuramsgr.it
glonero@fideuramsgr.it
gsacco@fideuramsgr.it
gzefi@fideuramsgr.it
ispinelli@fideuramsgr.it

**Company & Corresponding Email Addresses**

koreto@fideuramsgr.it
lcrispoltoni@fideuramsgr.it
ldegrada@fideuramsgr.it
ltavolari@fideuramsgr.it
mfoglia@fideuramsgr.it
mquagliotti@fideuramsgr.it
nbracco@fideuramsgr.it
ntrinca@fideuramsgr.it
pbussoli@fideuramsgr.it
pcalati@fideuramsgr.it
ppardini@fideuramsgr.it
rroncari@fideuramsgr.it
tcorcos@fideuramsgr.it

**fid-intl**

a424296@uk.fid-intl.com
abi.olapade@uk.fid-intl.com
achim.gloger@uk.fid-intl.com
adam.klus@uk.fid-intl.com
aditya.khowala@uk.fid-intl.com
aditya.shivram@uk.fid-intl.com
adrian.brass@uk.fid-intl.com
adrian.west@uk.fid-intl.com
adrien.de.susanne@uk.fid-intl.com
aileen.fahy@uk.fid-intl.com
aino.levonmaa@uk.fid-intl.com
alberto.chiandetti@uk.fid-intl.com
alex.duffy@uk.fid-intl.com
alex.grant@uk.fid-intl.com
alex.homan@uk.fid-intl.com
alex.johnson@uk.fid-intl.com
alex.tarver@uk.fid-intl.com
alexander.scurlock@uk.fid-intl.com
alexander.wright@uk.fid-intl.com
alexandra.hartmann@uk.fid-intl.com
alla.goudzinskaya@uk.fid-intl.com
allan.pelvang@uk.fid-intl.com
amehra.arun@uk.fid-intl.com
amit.lodha@uk.fid-intl.com
amit.maskara@uk.fid-intl.com
anas.chakra@uk.fid-intl.com
andrea.peck@uk.fid-intl.com
andrei.gordoliov@uk.fid-intl.com
andrew.greetham@uk.fid-intl.com
andrew.jenkins@uk.fid-intl.com
andrew.lewin@uk.fid-intl.com
andrew.lindsay@uk.fid-intl.com
andrew.martin@uk.fid-intl.com
andrew.turner@uk.fid-intl.com
andrew.weir@uk.fid-intl.com
andrey.ovchinnikov@uk.fid-intl.com
aneta.wynimko@uk.fid-intl.com
angel.agudo@uk.fid-intl.com
angel.ortiz@uk.fid-intl.com
angus.bogle@uk.fid-intl.com

**Company & Corresponding Email Addresses**

ann.murray@uk.fid-intl.com
anthony.bolton@uk.fid-intl.com
april.eddington@uk.fid-intl.com
aris.vatis@uk.fid-intl.com
arnab.seal@uk.fid-intl.com
aruna.karunathilake@uk.fid-intl.com
ashish.swarup@uk.fid-intl.com
ashley.howard@uk.fid-intl.com
bartjan.vanhulten@uk.fid-intl.com
belinda.ash@uk.fid-intl.com
belle.ho@uk.fid-intl.com
ben.paton@uk.fid-intl.com
bertrand.puiffe@uk.fid-intl.com
brenda.reed@uk.fid-intl.com
brian.martin@uk.fid-intl.com
bruno.hertz@uk.fid-intl.com
carle.gregor@uk.fid-intl.com
carol.vahey@uk.fid-intl.com
caroline.beaton@uk.fid-intl.com
caroline.jarvis@uk.fid-intl.com
caroline.mackenzie@uk.fid-intl.com
catherine.ashley@uk.fid-intl.com
cathy.fewster@uk.fid-intl.com
cathy.gallagher@uk.fid-intl.com
cedric.de.la.chaise@uk.fid-intl.com
charles.payne@uk.fid-intl.com
charles.thurley@uk.fid-intl.com
chris.donnellan@uk.fid-intl.com
chris.fugg@uk.fid-intl.com
chris.hill@uk.fid-intl.com
chris.sugg@uk.fid-intl.com
christian.vonengelbrechten@uk.fid-intl.com
christopher.chalk@uk.fid-intl.com
christopher.kingsman@uk.fid-intl.com
christopher.moore@uk.fid-intl.com
christopher.newson@uk.fid-intl.com
claire.mcguckin@uk.fid-intl.com
clare.hughes@uk.fid-intl.com
clare.jenner@uk.fid-intl.com
clare.moore@uk.fid-intl.com
clive.wiggins@uk.fid-intl.com
colin.stone@uk.fid-intl.com
cyrus.jehangir@uk.fid-intl.com
dan.o'donnell@uk.fid-intl.com
daniel.roberts@uk.fid-intl.com
darren.startup@uk.fid-intl.com
david.cox.uk@uk.fid-intl.com
david.simner@uk.fid-intl.com
david.stewart@uk.fid-intl.com
debbie.campbell@uk.fid-intl.com
debbie.linnegan@uk.fid-intl.com
debra.rumble@uk.fid-intl.com
diana.render@bm.fid-intl.com
dionne.devere@uk.fid-intl.com

## Company & Corresponding Email Addresses

dirk.philippa@uk.fid-intl.com
dmitry.solomakhin@uk.fid-intl.com
dominic.griffin@uk.fid-intl.com
donald.choy@uk.fid-intl.com
duncan.squire@uk.fid-intl.com
edward.ross@uk.fid-intl.com
edward.simmonds@uk.fid-intl.com
edwin.leung@uk.fid-intl.com
edzard.alexandra@uk.fid-intl.com
elizabeth.webb@uk.fid-intl.com
ellie.cudmore@uk.fid-intl.com
eric.rovick@uk.fid-intl.com
erik.bergoo@uk.fid-intl.com
eugene.philalithis@uk.fid-intl.com
fabien.colussi@uk.fid-intl.com
fabio.riccelli@uk.fid-intl.com
fehim.sever@uk.fid-intl.com
felisa.dalorto@uk.fid-intl.com
fiona.davy@uk.fid-intl.com
firmino.morgado@uk.fid-intl.com
francesco.sedati@uk.fid-intl.com
fred sykes@uk.fid-intl.com
frederic.gautier@uk.fid-intl.com
frederike.lyncker@uk.fid-intl.com
gareth.griffith@uk.fid-intl.com
geraldine.stewart@uk.fid-intl.com
gill.rodman@uk.fid-intl.com
glenn.bedwin@uk.fid-intl.com
graham.clapp@uk.fid-intl.com
greg.bennet@fid-intl.com
greg.konstantinidis@uk.fid-intl.com
heena.lakhani@uk.fid-intl.com
heidi.rauber@uk.fid-intl.com
heidi.sulin@uk.fid-intl.com
heiner.luz@uk.fid-intl.com
helen.millmore@uk.fid-intl.com
hendrik.pfaff@uk.fid-intl.com
henk-jan.rikkerink@uk.fid-intl.com
hilary.natoff@uk.fid-intl.com
ian.boyland@uk.fid-intl.com
ilario.dibon@uk.fid-intl.com
isabelle.mast@uk.fid-intl.com
isreal.solares-moya@uk.fid-intl.com
jack.graham@uk.fid-intl.com
jacquelyn.baker@uk.fid-intl.com
jacqui.megran@uk.fid-intl.com
james.griffin@uk.fid-intl.com
james.maun@uk.fid-intl.com
jan.salih@uk.fid-intl.com
jane.cosmas@uk.fid-intl.com
jane.heenan@uk.fid-intl.com
jane.o'brien@uk.fid-intl.com
janey.clarckson@uk.fid-intl.com
jasmina.koleva@uk.fid-intl.com

**Company & Corresponding Email Addresses**

jason.channell@uk.fid-intl.com
jayne.kemble@uk.fid-intl.com
jeff.hochman@uk.fid-intl.com
jenni.bines@uk.fid-intl.com
jennifer.gubbins@uk.fid-intl.com
jennifer.smith@uk.fid-intl.com
jeremy.church@uk.fid-intl.com
jeremy.gagnon@uk.fid-intl.com
jo.edwards@uk.fid-intl.com
jo.hargreaves@uk.fid-intl.com
joanna.gridley@uk.fid-intl.com
joanne.smetham@uk.fid-intl.com
john.davy@uk.fid-intl.com
john.gregory@uk.fid-intl.com
john.redmond@uk.fid-intl.com
john.stavis@uk.fid-intl.com
jon.guinness@uk.fid-intl.com
jon.mitchell@uk.fid-intl.com
jonathan.ogier@uk.fid-intl.com
jonathan.relph@uk.fid-intl.com
jonathan.scriven@uk.fid-intl.com
jonathan.twine@uk.fid-intl.com
jonathan.winton@uk.fid-intl.com
jonathan_cobb@uk.fid-intl.com
jordana.marston@uk.fid-intl.com
jorg.hampel@uk.fid-intl.com
jorma.korhonen@uk.fid-intl.com
josephine.lenehan@uk.fid-intl.com
jossef.assis@uk.fid-intl.com
juan.landazabal@uk.fid-intl.com
julia.smith@uk.fid-intl.com
kamaljit.bansil@uk.fid-intl.com
karen.walters@uk.fid-intl.com
karoline.eichelberg@uk.fid-intl.com
katarzyna.kiladis@uk.fid-intl.com
kate.aylott@uk.fid-intl.com
katherine.collins@uk.fid-intl.com
katie.uk.roberts@uk.fid-intl.com
kavel.gudka@uk.fid-intl.com
keith.sutton@uk.fid-intl.com
kelli.elmer@uk.fid-intl.com
kelly.brennand@uk.fid-intl.com
kelly.haslem@uk.fid-intl.com
kerensa.beech@uk.fid-intl.com
kevin.hill@uk.fid-intl.com
kuldeep.koul@uk.fid-intl.com
kulvinder.mall@uk.fid-intl.com
kyri.costi@uk.fid-intl.com
lars.brorson@uk.fid-intl.com
laura.gotchova@uk.fid-intl.com
laura.moxon@uk.fid-intl.com
lawrence.barber@uk.fid-intl.com
leanne.hall@uk.fid-intl.com
lee.drane@uk.fid-intl.com

**Company & Corresponding Email Addresses**

leyan.rowe@uk.fid-intl.com
lionel.rebibo@uk.fid-intl.com
lisa.cutts@uk.fid-intl.com
liudmila.gavrilova@uk.fid-intl.com
lora.gotcheva@uk.fid-intl.com
louise.davidson@uk.fid-intl.com
louise.lothian@uk.fid-intl.com
louise.morris@uk.fid-intl.com
lucy.mann@uk.fid-intl.com
lucy.neale@uk.fid-intl.com
maeve.carty@fid-intl.com
marco.giovanelli@uk.fid-intl.com
mario.frontini@uk.fid-intl.com
mark.becker@uk.fid-intl.com
mark.byron@uk.fid-intl.com
mark.hodges@uk.fid-intl.com
mark.hogg@fid-intl.com
mark.sedgwick@uk.fid-intl.com
mark.swales@uk.fid-intl.com
martin.hall.uk@uk.fid-intl.com
martina.keens-betts@uk.fid-intl.com
matt.jones@uk.fid-intl.com
matthew.richardson@uk.fid-intl.com
matthew.siddle@uk.fid-intl.com
melanie.dugard@uk.fid-intl.com
michael.clark@uk.fid-intl.com
michael.francz@uk.fid-intl.com
michael.gordon@uk.fid-intl.com
michael.hurn@uk.fid-intl.com
michael.j.dolan@uk.fid-intl.com
michael.reznikas@uk.fid-intl.com
michael.stokes@uk.fid-intl.com
name.surname@uk.fid-intl.com
naomi.kinyunyu@uk.fid-intl.com
nathan.strik@uk.fid-intl.com
neil.cable@uk.fid-intl.com
neil.madden@uk.fid-intl.com
niamh.whooley@uk.fid-intl.com
nicholas.price@uk.fid-intl.com
nick.thomas@uk.fid-intl.com
nicky.mccabe@uk.fid-intl.com
nicky.richards@uk.fid-intl.com
nicola.ingram@uk.fid-intl.com
nicola.stafford@uk.fid-intl.com
nicolas.bumann@uk.fid-intl.com
nicolas.woodcock@uk.fid-intl.com
nigel.kiernan@uk.fid-intl.com
nitin.bajaj@uk.fid-intl.com
nnena.nkongho@uk.fid-intl.com
notis.mitarachi@uk.fid-intl.com
olga.saburova@jp.fid-intl.com
olivier.ducloux@uk.fid-intl.com
panos.theofilopoulos@uk.fid-intl.com
parus.shah@uk.fid-intl.com

**Company & Corresponding Email Addresses**

paul.sweeting@uk.fid-intl.com
paul.wood@uk.fid-intl.com
per.johansson@uk.fid-intl.com
peter holland@uk.fid-intl.com
peter.holland@uk.fid-intl.com
phil.morse@uk.fid-intl.com
pilar.fernandez@uk.fid-intl.com
ping.own@uk.fid-intl.com
pushkar.jauhari@uk.fid-intl.com
rachel.fallows@uk.fid-intl.com
rachel.lambert@uk.fid-intl.com
rachel.mccormich@uk.fid-intl.com
raheel.altaf@uk.fid-intl.com
rahul.oberoi@uk.fid-intl.com
rema.abouelgibeen@uk.fid-intl.com
riccardo.curcio@uk.fid-intl.com
richard.skelt@uk.fid-intl.com
richard.tennant@uk.fid-intl.com
richard.thompson@uk.fid-intl.com
rita.grewal@uk.fid-intl.com
robert.uk.chapman@uk.fid-intl.com
roberta.piani@uk.fid-intl.com
ronald.port@uk.fid-intl.com
russell.champion@uk.fid-intl.com
sacha.wright@uk.fid-intl.com
sally.walden@uk.fid-intl.com
sam.morse@uk.fid-intl.com
sam.myhrman@uk.fid-intl.com
samantha.bush@uk.fid-intl.com
sandra.crane@uk.fid-intl.com
sanjeev.shah@uk.fid-intl.com
sara.bolduc@uk.fid-intl.com
sarah.durham@uk.fid-intl.com
sebastien.petit@uk.fid-intl.com
shabion.dill@fid-intl.com
shan.wall-palmer@uk.fid-intl.com
simon.fraser@uk.fid-intl.com
simon.lambert@uk.fid-intl.com
simon.stewart@uk.fid-intl.com
sotiris.boutsis@uk.fid-intl.com
steffen.winnefeld@uk.fid-intl.com
steph.morti@uk.fid-intl.com
stephen.fulford@uk.fid-intl.com
steven.higgins@uk.fid-intl.com
steven.kirk@uk.fid-intl.com
steven.letch@uk.fid-intl.com
stuart.luck@uk.fid-intl.com
stuart.williamson@uk.fid-intl.com
sudipto.banerji@uk.fid-intl.com
sunish.panchal@uk.fid-intl.com
susan.sheridan@uk.fid-intl.com
suzanne.becker@uk.fid-intl.com
sven.oestmann@uk.fid-intl.com
tal.eloya@uk.fid-intl.com

**Company & Corresponding Email Addresses**

thierry.taglione@uk.fid-intl.com
thomas.ewing@uk.fid-intl.com
thomas.fraenkel-thonet@uk.fid-intl.com
tim.mccarron@uk.fid-intl.com
timothy.foster@uk.fid-intl.com
tom.sutcliffe@uk.fid-intl.com
tom.whyman@uk.fid-intl.com
torsten.achtmann@uk.fid-intl.com
trelawny.williams@uk.fid-intl.com
trevor.greetham@uk.fid-intl.com
trevor.meeks@uk.fid-intl.com
trygve.toraasen@uk.fid-intl.com
tusif.arif@uk.fid-intl.com
ushma.mulji@uk.fid-intl.com
valmai.jones@uk.fid-intl.com
victoire.detrogoff@uk.fid-intl.com
vijesh.patel@uk.fid-intl.com
vincent.durel@uk.fid-intl.com
yoann.belmere@uk.fid-intl.com
yon-ho.chong@uk.fid-intl.com
yulia.kovyliaeva@uk.fid-intl.com

**fido**

vadams@fido.com

**fiduciarymgt**

aramer@fiduciarymgt.com
bburns@fiduciarymgt.com
chirsch@fiduciarymgt.com
dwilson@fiduciarymgt.com
engli@fiduciarymgt.com
jbrandser@fiduciarymgt.com
kpoehls@fiduciarymgt.com
mgoetzinger@fiduciarymgt.com
rhelf@fiduciarymgt.com
suerydz@fiduciarymgt.com
tkellner@fiduciarymgt.com

**fiduciary-trust**

kwiggins@fiduciary-trust.com

**fifl**

highyield@fifl.com

**fil**

anand.thyagarajan@fil.com
david.m.allen@fil.com
gavin.boyle@fil.com
shloka.melwani@fil.com
tama.willis@fil.com

**fimgroup**

ellen.eijking@fimgroup.com

**fin**

jacqueline.flippin@fin.sccgov.org

**fin4cast**

guenther.herndlhofer@fin4cast.com

**fina**

bertrand.mausderolley@fina.be

**finama-am**

## Company & Corresponding Email Addresses

jmoranier@finama-am.com
mvanlang@finama-am.fy
ndiarra@finama-am.fy
phchainet@finama-am.fy

### finamex

mlopez@finamex.com.mx

### finance-concept

c.gautier@finance-concept.mc
j.loison@finance-concept.mc
p.gautier@finance-concept.mc

### financialandgeneral

nicky.steele@financialandgeneral.com

### finanduero

carlos.llorente@finanduero.es

### finansbank

aktan.acikgoz@finansbank.com.tr
arinc.yurtkuran@finansbank.com.tr
asli.afsar@finansbank.com.tr
buge@finansbank.ch
ela.onay@finansbank.com.tr
elgizh@finansbank.com.tr
emir.baruh@finansbank.com.tr
ferda.demir@finansbank.com.tr
ilgen.ertug@finansbank.com.tr
ipek.ersak@finansbank.com.tr
john.fournier@finansbank.ch
koksal.coban@finansbank.com.tr
meryem.simsek@finansbank.com.tr
nuray.burnazoglu@finansbank.ch
nurpinar.caglar@finansbank.com.tr
omer.unveren@finansbank.com.tr
safak.alptekin@finansbank.com.tr
serdar.baykal@finansbank.com.tr
sevtap.buldanlioglu@finansbank.com.tr
t.c.beriker@finansbank.nl
umut.utkan@finansbank.com.tr
zeki.aydemir@finansbank.com.tr

### finansbanken

csm@finansbanken.dk
ulrich.jespersen@finansbanken.dk

### finantia

ana.justino@finantia.com
andre.rendeiro@finantia.com
eduardo.costa@finantia.com
fernando.salvado@finantia.com
joana.gouveia@finantia.com
luis.vasconcelos@finantia.com
miguel.guiomar@finantia.com
nuno.torcato@finantia.com
pedro.benites@finantia.com
ricardo.caldeira@finantia.com
rui.santinho@finantia.com
simao.oom@finantia.com

### finanzaefuturo

**Company & Corresponding Email Addresses**

alessandro.frumento@finanzaefuturo.it

**finatlas**

caron@finatlas.com
jmartinez@finatlas.com

**fincantieri**

alessandro.ganzit@fincantieri.it
claudio.carboni@fincantieri.it
claudio.cisilino@fincantieri.it
claudio.romano@fincantieri.it
elisa.olivier@fincantieri.it
fabrizio.palermo@fincantieri.it
fulvio.colonna@fincantieri.it
giuseppe.dado@fincantieri.it
massimo.d'alessandro@fincantieri.it
massimo.nelci@fincantieri.it
pierfrancesco.ragni@fincantieri.it
roberto.ceraudo@fincantieri.it
tommaso.milanese@fincantieri.it

**findlaypark**

anthony@findlaypark.com
charles@findlaypark.com
james@findlaypark.com
will@findlaypark.com

**fin-echiquier**

lprinacerai@fin-echiquier.fr

**fineco**

a.foti@fineco.it
d.pellizzari@fineco.it
d.pileri@fineco.it
e.rovelli@fineco.it
f.allevi@fineco.it
f.fierro@fineco.it
f.giavarra@fineco.it
g.casoni@fineco.it
g.denti@fineco.it
g.ferrari@fineco.it
l.magnaghi@fineco.it
l.massimo@fineco.it
m.corba@fineco.it
n.figurelli@fineco.it
n.perez@fineco.it
p.digrazia@fineco.it
v.fiocco@fineco.it

**fineco-am**

a.perrotta@fineco-am.com
f.baranello@fineco-am.com
mg.sonzogni@fineco-am.com

**finibanco**

aesteves@finibanco.pt
csotero@finibanco.pt
ibrito@finibanco.pt
lpalma@finibanco.pt
mlima@finibanco.pt
pconde@finibanco.pt

## Company & Corresponding Email Addresses

rgargant@finibanco.pt
taly@finibanco.pt
vramos@finibanco.pt

**fininfo**

cneveu.bdf@fininfo.fr

**finint**

a_perin@finint.it
f_lorenzoni@finint.it

**fin-intl**

bissember.anna@uk.fin-intl.com
emma.pink@uk.fin-intl.com
nikki.kerridge@uk.fin-intl.com

**fininvest**

alberto.carletti@fininvest.it
m.catalano@fininvest.it
massimiliano.frank@fininvest.it
pasquale.cannatelli@fininvest.it

**finlayam**

edoardo.visconti@finlayam.com

**finmeccanica**

alberto.debenedictis@finmeccanica.it
alessandro.pansa@finmeccanica.it
brunella.tocci@finmeccanica.it
brunetti@finmeccanica.it
bruno.piano@finmeccanica.it
calabria@finmeccanica.it
caldarulo@finmeccanica.it
cantoni@finmeccanica.it
dagostino@finmeccanica.it
dibartolomeo@finmeccanica.it
fausto.lanfranco@finmeccanica.it
fjorent.rrushi@finmeccanica.com
giancarlo.grasso@finmeccanica.it
giovanni.soccodato@finmeccanica.it
john.stewart@finmeccanica.it
liccardo@finmeccanica.it
lorenzo.borgogni@finmeccanica.it
milvio@finmeccanica.it
niccolas.zalonis@finmeccanica.it
paolo.salomone@finmeccanica.com
pf.guarguaglini@finmeccanica.it
raffaella.luglini@finmeccanica.it
rosania@finmeccanica.it
simone.bemporad@finmeccanica.it
spera@finmeccanica.it
testore@finmeccanica.it
veredice@finmeccanica.it

**finnair**

henrik.arle@finnair.fi
marjo.heinonen@finnair.fi
mika.stirkkinen@finnair.fi

**finpromotion**

c.balestra@finpromotion.ch
c.giampaolo@finpromotion.ch

## Company & Corresponding Email Addresses

g.caprotti@finpromotion.ch
n.rezzonico@finpromotion.ch

**finsbury**

jenny.rudd@finsbury.com
julius.duncan@finsbury.com
penderp@finsbury.com

**fintec**

yoshitaka-tsurugi@fintec.co.jp

**fintecna**

mgatti@fintecna.it

**finter**

f.maspoli@finter.ch
l.aquino@finter.ch
l.rossi@finter.ch
m.cicala@finter.ch
m.hagens@finter.ch
m.ringger@finter.ch
m.wassmer@finter.ch
p.albanese@finter.ch
r.garobbio@finter.ch
w.alessi@finter.ch

**fip**

daniel.eriksson@fip.se
jesper.akerlind@fip.se
johan.sornas@fip.se
lars.kristiansson@fip.se
peter.andersson@fip.se

**fipartners**

amanda.munro@fipartners.com.au
bruce.low@fipartners.com.au
christopher.tynan@fipartners.com.au
george.clapham@fipartners.com.au
mark.nathan@fipartners.com.au
martin.duncan@fipartners.com.au
neil.boyd-clark@fipartners.com.au
simon.twiss@fipartners.com.au
theo.maas@fipartners.com.au

**firstambank**

aspaan@firstambank.com
fnosal@firstambank.com
lclark@firstambank.com

**first-american**

kodonnell@first-american.com
lfinch@first-american.com

**firstamericanfunds**

beth.miller@firstamericanfunds.com

**firstar**

brad.peters@firstar.com
brian.clark@firstar.com
bryan.bellisle@firstar.com
carl.smith@firstar.com
cheikh.faye@firstar.com
david.a.bethke@firstar.com
elizabeth.w.vahlkamp@firstar.com

**Company & Corresponding Email Addresses**

frank.leslie@firstar.com
george.j.schupp@firstar.com
jason_hickey@firstar.com
john.falb@firstar.com
kathy.sias@firstar.com
kirk.a.porter@firstar.com
mike_orzechowski@firstar.com
pauline.c.yurich@firstar.com
rick.aneshansel@firstar.com
shane.kitzan@firstar.com
steven.d.jones@firstar.com
tom.mead@firstar.com

**firstate**

gpaillat@firstate.co.uk

**firstbank**

191096@mail.firstbank.com.tw
i59135@firstbank.com.tw
i62118@mail.firstbank.com.tw
i63200@mail.firstbank.com.tw
i64145@mail.firstbank.com.tw
i69012@firstbank.com.tw
i70025@firstbank.com.tw
i75054@firstbank.com.tw
i79083@firstbank.com.tw
i79213@firstbank.com.tw
i80116@firstbank.com.tw
i83231@firstbank.com.tw
i86182@firstbank.com.tw
i87174@firstbank.com.tw
i87200@firstbank.com.tw
i88124@firstbank.com.tw
i88156@firstbank.com.tw
i90023@mail.firstbank.com.tw
i90026@mail.firstbank.com.tw
i90050@mail.firstbank.com.tw
i90117@firstbank.com.tw
i90150@firstbank.com.tw
i91095@firstbank.com.tw
i91111@firstbank.com.tw
i91209@firstbank.com.tw
i91259@firstbank.com.tw
i92045@firstbank.com.tw
i92080@firstbank.com.tw
i93047@mail.firstbank.com.tw
i93065@firstbank.com.tw
i93086@mail.firstbank.com.tw
i93087@firstbank.com.tw
i93096@firstbank.com.tw
i93117@firstbank.com.tw
i93135@firstbank.com.tw
i93145@firstbank.com.tw
i94003@firstbank.com.tw
i94033@mail.firstbank.com.tw
i94080@firstbank.com.tw

## Company & Corresponding Email Addresses

i94095@firstbank.com.tw
i94111@firstbank.com.tw
i94138@firstbank.com.tw
i94192@firstbank.com.tw
i94194@firstbank.com.tw
i94672@firstbank.com.tw
i94734@firstbank.com.tw
i94740@firstbank.com.tw
i94741@firstbank.com.tw
i94743@mail.firstbank.com.tw
i94756@firstbank.com.tw
i94772@firstbank.com.tw
i95064@firstbank.com.tw
i96022@mail.firstbank.com.tw
i97015@firstbank.com.tw

### firstbankpr
alan.udall@firstbankpr.com
ariel.diaz@firstbankpr.com
bernardo.diaz@firstbankpr.com
ivette.soto@firstbankpr.com
javier.rodriguez@firstbankpr.com
rogelio.albarran@firstbankpr.com
rosa.sanchez@firstbankpr.com
victor.barreras@firstbankpr.com

### firstbrands
cmezlas@firstbrands.com
ddesantis@firstbrands.com
jflynn@firstbrands.com

### firstcarolina
bwilson@firstcarolina.org
feisel@firstcarolina.org
mbrown@firstcarolina.org
mrooks@firstcarolina.org
oata@firstcarolina.org

### firstcharter
andrewr@firstcharter.com
butlerb@firstcharter.com
caswellc@firstcharter.com
clonings@firstcharter.com
ensors@firstcharter.com
loveg@firstcharter.com
rissem@firstcharter.com

### firstcitizens
brian.storey@firstcitizens.com
bruce.haes@firstcitizens.com
cindy.whittington@firstcitizens.com
eric.teal@firstcitizens.com
jeff.slack@firstcitizens.com
john.hall@firstcitizens.com
john.metzinger@firstcitizens.com
ken.black@firstcitizens.com
len.capristo@firstcitizens.com
steven.eubanks@firstcitizens.com
sylvester.williams@firstcitizens.com

## Company & Corresponding Email Addresses

william.eskridge@firstcitizens.com

### firstcitizensbank

rallen@firstcitizensbank.com
rblack@firstcitizensbank.com
tlyman@firstcitizensbank.com

### firstcoastalbank

dgriffith@firstcoastalbank.com

### firstcommercialbank

suzanneseabolt@firstcommercialbank.com

### firsteaglesogen

adeshpande@firsteaglesogen.com
mmcloughlin@firsteaglesogen.com

### firsteuro

j.deoliveira@firsteuro.com

### firstexchangebank

billg@firstexchangebank.com

### first-franklin

andy.pollock@first-franklin.com
benny.tang@first-franklin.com
eric.walker@first-franklin.com
steve.mageras@first-franklin.com
steve.skolnik@first-franklin.com
web.content@first-franklin.com

### firstgroup

iain.lanaghan@firstgroup.com
michael_mitchell@firstgroup.com
rborthwick@firstgroup.com

### firstgulfbank

bbeam@firstgulfbank.com
dhallstrom@firstgulfbank.com

### firstheritagebank

sboris@firstheritagebank.com

### firsthorizon

bunruh@firsthorizon.com
hamblinb@firsthorizon.com
jcain@firsthorizon.com
spurgeon@firsthorizon.com

### firstindiana

brunnerw@firstindiana.com
jimmyg@firstindiana.com
jmiller@firstindiana.com
kevinq@firstindiana.com

### firstmanhattan

afreedberg@firstmanhattan.com
aguttman@firstmanhattan.com
ahalperin@firstmanhattan.com
aschwartz@firstmanhattan.com
astainman@firstmanhattan.com
astein@firstmanhattan.com
awolf@firstmanhattan.com
azwickler@firstmanhattan.com
bgroveman@firstmanhattan.com
bnimocks@firstmanhattan.com
bwolf@firstmanhattan.com

## Company & Corresponding Email Addresses

cgolding@firstmanhattan.com
dmanischevitz@firstmanhattan.com
elefferm@firstmanhattan.com
jhartman@firstmanhattan.com
jsalmeri@firstmanhattan.com
jvaron@firstmanhattan.com
lberman@firstmanhattan.com
leswerkstell@firstmanhattan.com
lstaff@firstmanhattan.com
mgasner@firstmanhattan.com
mmiller@firstmanhattan.com
pcheng@firstmanhattan.com
ppatrick@firstmanhattan.com
raylward@firstmanhattan.com
rgottesman@firstmanhattan.com
rmarash@firstmanhattan.com
rpearl@firstmanhattan.com
rrocker@firstmanhattan.com
rstudness@firstmanhattan.com
scolin@firstmanhattan.com
sporter@firstmanhattan.com
tmuccia@firstmanhattan.com
wmcelroy@firstmanhattan.com

### firstmerchants
jthrash@firstmerchants.com
mhardwick@firstmerchants.com
tblaker@firstmerchants.com

### firstmetro
fcs@firstmetro.com.ph

### firstmidwest
carol.jones@firstmidwest.com
debbie.bourg@firstmidwest.com
don.swistowicz@firstmidwest.com
greg.gorbatenko@firstmidwest.com
james.hotchkiss@firstmidwest.com
jeremy.blair@firstmidwest.com
joy.gruber@firstmidwest.com
karen.horrie@firstmidwest.com
kenneth.kadleck@firstmidwest.com
laura.schultz@firstmidwest.com
liz.vazquez@firstmidwest.com
lori.basso@firstmidwest.com
melissa.binder@firstmidwest.com
mika.teodori@firstmidwest.com
mike.scudder@firstmidwest.com
peter.groninger@firstmidwest.com
rita.alberico@firstmidwest.com
sire.ortiz@firstmidwest.com
steve.shapiro@firstmidwest.com
tiarra.webber@firstmidwest.com
valerie.teegardin@firstmidwest.com

### firstnyllc
gyavner@firstnyllc.com

### first-online

## Company & Corresponding Email Addresses

rmchargue@first-online.com

### first-privat

andreas.kraft@first-privat.de
thomas.mielke@first-privat.de

### first-private

aysun.cinar@first-private.com
christian.schick@first-private.com
christian.schuster@first-private.de
christian.schwerdtner@first-private.de
martin.brueckner@first-private.de
matthias.leibner@first-private.de
sebastian.mueller@first-private.de
tobias.klein@first-private.de

### firstrust

bdenney@firstrust.com
knelson@firstrust.com
pnolan@firstrust.com

### firststate

abradshaw@firststate.co.uk
adalrymple@firststate.co.uk
akanani@firststate.co.uk
alan.nesbit@firststate.com
atulloch@firststate.co.uk
cheenan@firststate.co.uk
dfitzgerald@firststate.co.uk
dleary@firststate.co.uk
firstinitialsurname@firststate.co.uk
gfinegan@firststate.co.uk
ghay@firststate.co.uk
jasante2@firststate.co.uk
jcampbell@firststate.co.uk
jferguson@firststate.co.uk
jonathan.harrison@firststate.co.uk
jrichardson@firststate.co.uk
kfairbairn@firststate.co.uk
lbraddick@firststate.co.uk
lthornton@firststate.co.uk
marcus.lun@firststate.co.uk
mgulczynski@firststate.co.uk
nmasding@firststate.co.uk
nmcdermott@firststate.co.uk
otrefgarne@firststate.co.uk
pjourdan@firststate.co.uk
rnoreika@firststate.co.uk
rwelchman@firststate.co.uk
smartin@firststate.co.uk
smurphy@firststate.co.uk
spaul@firststate.co.uk
spetersen@firststate.co.uk
sreddy@firststate.co.uk
tprew@firststate.co.uk
vhoutteville@firststate.co.uk
whee@firststate.co.uk

### firsttennessee

**Company & Corresponding Email Addresses**

dave_miller@firsttennessee.com

**firsttrustportfolios**

scotthall@firsttrustportfolios.com

**firsttryon**

kevin@firsttryon.com

**firstunion**

bill.mitchell@firstunion.com
brian.horwitt@firstunion.com
brian.mulvaney@firstunion.com
celeste.hasenjaeger@firstunion.com
cherie.calletta@firstunion.com
chris.holz@firstunion.com
christine.james@firstunion.com
dave.eshenower@firstunion.com
david.carroll@firstunion.com
gary.savoie1@firstunion.com
holly.blackstock@firstunion.com
jeff.carson@firstunion.com
jim.mcgrath@firstunion.com
jonathan.soto@firstunion.com
karen.a.johnson@firstunion.com
kathy.dolan@firstunion.com
liana.franceschini@firstunion.com
lorraine.calupas@firstunion.com
lynn.eagleson@firstunion.com
marc.cheatham@firstunion.com
marygrace.finn@firstunion.com
michael.landini@firstunion.com
mike.cousins1@firstunion.com
mike.dougherty@firstunion.com
mike.eisenberg@firstunion.com
nicholas.bradshaw@firstunion.com
p.michael.jones@firstunion.com
rich.gale@firstunion.com
richard.levinson@firstunion.com
rick.didonato@firstunion.com
robert.zutty@firstunion.com
roshan.white@firstunion.com
skeid@firstunion.com
steve.wilson3@firstunion.com
tim.stevenson@firstunion.com
tom.stein@firstunion.com

**firstusbank**

jmoody@firstusbank.com

**firstvirginia**

corpfunds@firstvirginia.com

**firstwacovia**

ssadler@firstwacovia.com

**first-wash**

jmorbeck@first-wash.com
mharley@first-wash.com

**fisbonds**

aespinosa@fisbonds.com
potoole@fisbonds.com

**Company & Corresponding Email Addresses**

rpegg@fisbonds.com
sfranklin@fisbonds.com
tpellegrino@fisbonds.com

**fisbons**

pbratton@fisbons.com

**fl**

rupert.gifford@fl.com

**flashnet**

azionari.ad@flashnet.it

**fldfs**

aaron.lindsay@fldfs.com
karen.harrell-long@fldfs.com
ken.gerzina@fldfs.com
pedro.morgado@fldfs.com

**fleet**

amy_s_russell@fleet.com
andrew_d_kominik@fleet.com
andrew_w_withers@fleet.com
anthony_j_abbate@fleet.com
bdesjarlais@fleet.com
brian_d_frank@fleet.com
brian_j_cunningham@fleet.com
brian_j_drainville@fleet.com
bruce_d_lederer@fleet.com
carl_f_woodbury@fleet.com
catherine_m_janson@fleet.com
charles_b_grosvenor@fleet.com
charles_g_morrison@fleet.com
charles_t_musson@fleet.com
christopher_murphy@fleet.com
clifford_lee@fleet.com
cynthia_d_wilcox@fleet.com
darcey_f_bartel@fleet.com
david_a_salit@fleet.com
david_dobies@fleet.com
david_h_thompson@fleet.com
david_lindsay@fleet.com
david_w_powers@fleet.com
dennis_p_burke@fleet.com
dianne_m_brown@fleet.com
donald_b_mcdonald@fleet.com
donna_ferretti_tihalas@fleet.com
douglas_jacobs@fleet.com
emi_winterer@fleet.com
emily_gindel@fleet.com
fanny_letona@fleet.com
frank_a_piacentino@fleet.com
frank_g_ventola@fleet.com
george_b_watt@fleet.com
gerald_chapski@fleet.com
glann.eichen@fleet.com
glen_c_corbitt@fleet.com
gregory_j_wipf@fleet.com
gregory_m_mcconahey@fleet.com

**Company & Corresponding Email Addresses**

guillermo_tello@fleet.com
henny_ruritan@fleet.com
jame_e_fargis@fleet.com
james_g_brown@fleet.com
james_t_anderson@fleet.com
jason_c_boyd@fleet.com
jean_c_palmariello@fleet.com
jeffrey_f_bauer@fleet.com
jeffrey_r_buyak@fleet.com
jennifer_c_chung@fleet.com
jennifer_mevans@fleet.com
jin_toppi@fleet.com
john_b_mortensen@fleet.com
john_crees@fleet.com
john_d_fitzpatrick@fleet.com
john_e_barris@fleet.com
john_freeman_randall_iii@fleet.com
john_j_cullinane_jr@fleet.com
john_r_rodehorst@fleet.com
jose_carlos_h_doherty@fleet.com
joseph_r_dewhirst@fleet.com
katherine_a_martelon@fleet.com
kathleen_m_ahern@fleet.com
kevin_j_mccullagh@fleet.com
laurie_b_doyle@fleet.com
laurie_e_heron@fleet.com
linda_a_petrucci@fleet.com
linda_h_simmons@fleet.com
marcia_j_byrne@fleet.com
marcia_s_bean@fleet.com
marco_ho@fleet.com
maria_l_gonzalez@fleet.com
mariano_camdessus@fleet.com
marie_m_schofield@fleet.com
mark_j_mcgreenery@fleet.com
mark_khan@fleet.com
mark_s_pelletier@fleet.com
martha_b_childs@fleet.com
mary-etta_schneider@fleet.com
maureen_j_murphy@fleet.com
melissa_h_fairfield@fleet.com
michael_c_morrill@fleet.com
michael_e_dambach@fleet.com
michael_e_shade@fleet.com
michael_kohler@fleet.com
michael_leutwyler@fleet.com
michael_p_monahan@fleet.com
nancy_c_o'connor@fleet.com
paul_fehrenbach@fleet.com
paula_d_healey@fleet.com
peter_c_larson@fleet.com
peter_g_lucas@fleet.com
peter_k_crossley@fleet.com
philip_a_davi@fleet.com

**Company & Corresponding Email Addresses**

philipp_e_daal@fleet.com
rai_reyes@fleet.com
reed_t_manning@fleet.com
richard_g_dauteuil@fleet.com
robert_c_megan@fleet.com
robert_chappelear@fleet.com
ryan_parmele@fleet.com
salvatore_tornello@fleet.com
sheryl_j_asnes@fleet.com
stephen_d_barbaro@fleet.com
stephen_w_becker@fleet.com
susan_c_hart@fleet.com
thomas_h_loeffler@fleet.com
thomas_mcnulty@fleet.com
thomas_w_thaler@fleet.com
timothy_e_kehoe@fleet.com
timothy_j_conway@fleet.com
veronica_m_ferro@fleet.com
vincent_cuccaro@fleet.com
walter_l_burke@fleet.com
william_b_maag@fleet.com
william_e_rurode@fleet.com
william_h_schomburg_iii@fleet.com
william_j_mccool@fleet.com
ying_xu@fleet.com

**fleetbank**
anneve_y_h997-7746ughes@fleetbank.com

**fleetretail**
edward_siskin@fleetretail.com

**fleetsecurities**
jau@fleetsecurities.com

**fleming**
james.mr.saunders.watson@fleming.com

**flemings**
adrian.mitchell@flemings.com
alexander.fitzalan@flemings.com
benedict.rf.thomas@flemings.com
jim.campbell@flemings.com
katy.woodhouse@flemings.com
lorna.harnby@flemings.com
lucy.horncastle@flemings.com
mark.s.robinson@flemings.com
martin.newport@flemings.com
miles.geldard@flemings.com
nicola.donnelly@flemings.com
richard.webb@flemings.com
rob.lay@flemings.com
samantha.gleave@flemings.com
stephen.macklow-smith@flemings.com
william.meadon@flemings.com

**flemingsus**
john.regan@flemingsus.com

**flessabank**
carm@flessabank.de

| Company & Corresponding Email Addresses |
|---|

**flhbdm**
  bdesani@flhbdm.com

**floor32**
  pfaily@floor32.com

**flputnam**
  rbreed@flputnam.com
  sstauffer@flputnam.com

**fluor**
  mervyn.sambles@fluor.com
  tom.morrow@fluor.com

**fm**
  andreas.becker@fm.nrw.de
  cfr@fm.dk
  eckhard.helms@fm.nrw.de
  heinz.wassmann@fm.nrw.de
  jbn@fm.dk
  johannes.jehmiller@fm.nrw.de
  pgl@fm.dk
  tbm@fm.dk
  ursula.kluck@fm.nrw.de
  volker.oerter@fm.nrw.de

**fmaadvisors**
  ashishg@fmaadvisors.com
  ashishs@fmaadvisors.com
  gschneiderman@fmaadvisors.com
  henryc@fmaadvisors.com
  kban@fmaadvisors.com
  lermam@fmaadvisors.com
  marcw@fmaadvisors.com
  mradville@fmaadvisors.com
  mzdunek@fmaadvisors.com
  nsohrabi@fmaadvisors.com
  paigec@fmaadvisors.com
  paulk@fmaadvisors.com
  rholt@fmaadvisors.com
  smichaels@fmaadvisors.com
  tsomers@fmaadvisors.com

**fmausa**
  adurkin@fmausa.com
  ddutile@fmausa.com
  dhadland@fmausa.com
  dmeyer@fmausa.com
  ggonzalez@fmausa.com
  jhoyer@fmausa.com
  kmaag@fmausa.com
  kvorisek@fmausa.com
  lharmon@fmausa.com
  lspicer@fmausa.com
  mdziwak@fmausa.com
  nbarrett@fmausa.com
  nboeselager@fmausa.com
  nborland@fmausa.com
  nfisher@fmausa.com
  obarsketis@fmausa.com

## Company & Corresponding Email Addresses

rthornburgh@fmausa.com
tfrench@fmausa.com

### fmb

henry.walker@fmb.com
john.hinrichs@fmb.com
robert.fish@fmb.com
steve.worthington@fmb.com

### fmbonline

billrussell@fmbonline.com
dkanner@fmbonline.com
shaley@fmbonline.com
susanclark@fmbonline.com
twhite@fmbonline.com

### fmcg

sturner@fmcg.com

### fmf

andreas.ritzi@fmf.ch

### fmgc

a_rene_schmauder@fmgc.com
ces_t_ilustre@fmgc.com
dan_gavin@fmgc.com
dana_d_hobbs@fmgc.com
joseph_e_camp@fmgc.com

### fmglobal

abhilasha.misragupta@fmglobal.com
annette.thompson@fmglobal.com
chip.bonnett@fmglobal.com
clinton.condon@fmglobal.com
daniel.richards@fmglobal.com
george.cicma@fmglobal.com
jean.richards@fmglobal.com
jeremy.cote@fmglobal.com
michael.bank@fmglobal.com
michael.killilea@fmglobal.com
michael.scaplen@fmglobal.com
patrick.gregory@fmglobal.com
paul.lafleche@fmglobal.com
paul.washburn@fmglobal.com
robert.pleska@fmglobal.com
scott.anthony@fmglobal.com
tom.clark@fmglobal.com
william.mekrut@fmglobal.com

### fmg-statestreet

llaforce@fmg-statestreet.com

### fmo

f.gosselink@fmo.nl
j.van.t.veer@fmo.nl
m.egelie@fmo.nl
mpa@fmo.nl

### fmr

a236436@fmr.com
a460608@fmr.com
a464224@fmr.com
a465271@fmr.com

## Company & Corresponding Email Addresses

aaron.cooper@fmr.com
aaron.schwam@fmr.com
aasiya.ali@fmr.com
abby.johnson@fmr.com
abhishek.khemka@fmr.com
adam.hetnarski@fmr.com
adam.kramer@fmr.com
adam.kutas@fmr.com
adam.segel@fmr.com
adelki.polce@fmr.com
adil.diouri@fmr.com
adrienne.colby@fmr.com
afsoon.kelly@fmr.com
agabos.makonnen@fmr.com
akash.vallecha@fmr.com
akhil.arora@fmr.com
akshat.shankar@fmr.com
alan.bembenek@fmr.com
alec.murphy@fmr.com
alex.cobb@fmr.com
alex.dogariu@fmr.com
alex.marx@fmr.com
alex.ostrowski@fmr.com
alexander.zavratsky@fmr.com
alexandra.cyrgalis@fmr.com
ali.khan@fmr.com
alice.croatti@fmr.com
alice.tsang@fmr.com
alicia.frank@fmr.com
alida.lupsiewicz@fmr.com
alison.adams@fmr.com
alison.lorenz@fmr.com
allison.ryder@fmr.com
alvin.fu@fmr.com
aman.mujawar@fmr.com
amber.olig@fmr.com
ami.joseph@fmr.com
amit.baid@fmr.com
amit.somani@fmr.com
amrita.dukeshier@fmr.com
amy.brodeur@fmr.com
amy.grant@fmr.com
amy.johonnett@fmr.com
andre.messier@fmr.com
andrea.dicenso@fmr.com
andrew.addison@fmr.com
andrew.boyd@fmr.com
andrew.burzumato@fmr.com
andrew.dallas.smith@fmr.com
andrew.dudley@fmr.com
andrew.hatem@fmr.com
andrew.m.wilson@fmr.com
andrew.marchese@fmr.com
andrew.oh@fmr.com

**Company & Corresponding Email Addresses**

andrew.parr@fmr.com
andrew.pearson@fmr.com
andrew.swanson@fmr.com
andrew.taubman@fmr.com
andrew.wigren@fmr.com
andrew.windmueller@fmr.com
andrew.yee@fmr.com
andy.sassine@fmr.com
aneek.saha@fmr.com
ani.chitaley@fmr.com
anil.rungta@fmr.com
anmol.mehra@fmr.com
ann.fischer@fmr.com
anna.andonova@fmr.com
anna.davydova@fmr.com
anne.dixon@fmr.com
anne.mitchell@fmr.com
anne.rosen@fmr.com
anne.rudser@fmr.com
anton.an@fmr.com
anu.thomas@fmr.com
anurag.sanghai@fmr.com
arijit.banerjee@fmr.com
arlene.saryan@fmr.com
arun.daniel@fmr.com
arun.gorur@fmr.com
as@fmr.com
asher.anolic@fmr.com
ashley.mccormick@fmr.com
atul.pahuja@fmr.com
bahaa.fam@fmr.com
barbara.benoit@fmr.com
barbara.e.mock@fmr.com
barry.fennell@fmr.com
barry.j.golden@fmr.com
barry.livermore@fmr.com
bauvier@fmr.com
beau.coash@fmr.com
bela.mehta@fmr.com
ben.shuleva@fmr.com
benjamin.brey@fmr.com
benjamin.hesse@fmr.com
benjamin.piggott@fmr.com
benny.lo@fmr.com
beso.sikhaurulidze@fmr.com
beth.beagan@fmr.com
beth.brown@fmr.com
bethani.rosemark@fmr.com
betsy.pohl@fmr.com
bettina.doulton@fmr.com
bhavani.kuppa@fmr.com
biharilal.deora@fmr.com
bil.haracz@fmr.com
bill.baxter@fmr.com

## Company & Corresponding Email Addresses

bill.bower@fmr.com
bill.hall@fmr.com
bill.hebert@fmr.com
bill.hoyt@fmr.com
bill.o'brien@fmr.com
blaine.banker@fmr.com
blake.shepard@fmr.com
bob.bertelson@fmr.com
bob.brown@fmr.com
bob.chow@fmr.com
bob.corcoran@fmr.com
bob.haber@fmr.com
bob.hynes@fmr.com
bob.litterst@fmr.com
bob.murchison@fmr.com
boyce.greer@fmr.com
brad.estabrooke@fmr.com
brad.freedman@fmr.com
brandon.snow@fmr.com
brent.bottamini@fmr.com
brent.osborn@fmr.com
brett.kozlowski@fmr.com
brett.mcclenning@fmr.com
brian.belke@fmr.com
brian.c.higgins@fmr.com
brian.campbell@fmr.com
brian.chang@fmr.com
brian.conroy@fmr.com
brian.cotter@fmr.com
brian.crowe@fmr.com
brian.enyeart@fmr.com
brian.foley@fmr.com
brian.frambes@fmr.com
brian.hanson@fmr.com
brian.hoesly@fmr.com
brian.hogan@fmr.com
brian.kennedy@fmr.com
brian.lempel@fmr.com
brian.losier@fmr.com
brian.mallon@fmr.com
brian.miron@fmr.com
brian.stevens@fmr.com
brian.walters@fmr.com
brian.wilhelm@fmr.com
brian.wilk@fmr.com
brian.younger@fmr.com
briggs.payer@fmr.com
brooks.marston@fmr.com
bruce.dirks@fmr.com
bruce.fortier@fmr.com
bruce.herring@fmr.com
bruce.r.martin@fmr.com
callum.henderson@fmr.com
candace.alexander@fmr.com

**Company & Corresponding Email Addresses**

carla.tardi@fmr.com
carol.smith@fmr.com
carolina.pierry@fmr.com
carrie.saintlouis@fmr.com
casey.ching@fmr.com
catherine.bush@fmr.com
catherine.chen@fmr.com
catherine.goold@fmr.com
cathy.pena@fmr.com
catriona.martin@fmr.com
celso.munoz@fmr.com
chandler.perine@fmr.com
chandler.willett@fmr.com
charlene.sullivan@fmr.com
charles.ackerman@fmr.com
charles.mangum@fmr.com
charles.mosley@fmr.com
charles.sterling@fmr.com
charles.t.kelly@fmr.com
charles.urquhart@fmr.com
charlie.chai@fmr.com
charlie.hebard@fmr.com
charlie.morrison@fmr.com
charlie.wang@fmr.com
charlotte.kemper@fmr.com
chiara.mastrodomenico@fmr.com
ching.tan@fmr.com
chingiz.mammadov@fmr.com
chris.barry@fmr.com
chris.bartel@fmr.com
chris.gagnon@fmr.com
chris.goolgasian@fmr.com
chris.richmond@fmr.com
chris.steward@fmr.com
christiana.bardon@fmr.com
christina.chartier@fmr.com
christina.willis@fmr.com
christine.destefano@fmr.com
christine.j.thompson@fmr.com
christine.mcconnell@fmr.com
christine.tetherly-lewis@fmr.com
christine.tober@fmr.com
christopher.bartoli@fmr.com
christopher.galizio@fmr.com
christopher.getter@fmr.com
christopher.kovach@fmr.com
christopher.lee@fmr.com
christopher.lin@fmr.com
christopher.meaney@fmr.com
chuck.brown@fmr.com
chuck.mcdevitt@fmr.com
chuck.pickelhaupt@fmr.com
cleidson.rangel@fmr.com
clint.lawrence@fmr.com

## Company & Corresponding Email Addresses

colin.keenan@fmr.com
colleen.avalone@fmr.com
constantin.petrov@fmr.com
corinne.austin@fmr.com
court.dignan@fmr.com
craig.brothers@fmr.com
curt.hollingsworth@fmr.com
cynthia.strauss@fmr.com
d.monaco@fmr.com
daivd.fitzgerald@fmr.com
damon.benedict@fmr.com
dan.mcmullen@fmr.com
daniel.comeau@fmr.com
daniel.dupont@fmr.com
daniel.fiandaca@fmr.com
daniel.kelley@fmr.com
daniel.kowalski@fmr.com
daniel.lieman@fmr.com
daniel.madison@fmr.com
daniel.sherwood@fmr.com
daniel.terio@fmr.com
daniel.tremblay@fmr.com
danielle.vitagliano@fmr.com
darren.maupin@fmr.com
dave.badeau@fmr.com
dave.bagnani@fmr.com
dave.benta@fmr.com
david.bailey@fmr.com
david.bugajski@fmr.com
david.debiase@fmr.com
david.donovan@fmr.com
david.gao@fmr.com
david.jegen@fmr.com
david.kim@fmr.com
david.l.murphy@fmr.com
david.levy@fmr.com
david.lovely@fmr.com
david.lowe@fmr.com
david.m.rose@fmr.com
david.macdonald@fmr.com
david.mulvany@fmr.com
david.mushlitz@fmr.com
david.nfcs.brown@fmr.com
david.parvin@fmr.com
david.peach@fmr.com
david.prothro@fmr.com
david.todesco@fmr.com
david.vargo@fmr.com
debbie.connor@fmr.com
debbie.levin@fmr.com
debi.johnson@fmr.com
deborah.a.sullivan@fmr.com
deborah.akeroyd@fmr.com
deborah.schepens@fmr.com

**Company & Corresponding Email Addresses**

deena.friedman@fmr.com
deirdre.bottamini@fmr.com
denise.chisholm@fmr.com
denise.pollock@fmr.com
devang.shah@fmr.com
diana.carney@fmr.com
diana.karney@fmr.com
dimitrije.mitrinovic@fmr.com
dinesh.balachandran@fmr.com
ditmar.kapt@fmr.com
dmitri.artemiev@fmr.com
dmitri.raberov@fmr.com
don.pinkerton@fmr.com
donna.rust@fmr.com
doris.fritz@fmr.com
doug.lober@fmr.com
doug.mcginley@fmr.com
doug.olsen@fmr.com
doug.richman@fmr.com
doug.wilson@fmr.com
douglas.greaves@fmr.com
douglas.mccalmont@fmr.com
douglas.pratt@fmr.com
douglas.scott@fmr.com
douglas.simmons@fmr.com
duffy.fischer@fmr.com
duke.devlin@fmr.com
dwight.churchill@fmr.com
dyann.kiessling@fmr.com
edward.best@fmr.com
edward.f.coveney@fmr.com
edward.heilbron@fmr.com
edward.maloney@fmr.com
edward.mccarthy@fmr.com
edward.perkin@fmr.com
edward.yoon@fmr.com
eileen.farrell@fmr.com
eileen.levine@fmr.com
eirene.kontopoulos@fmr.com
elba.vasquez@fmr.com
eliana.panza@fmr.com
elizabeth.fisher@fmr.com
elizabeth.raimondi@fmr.com
elizah.mclaughlin@fmr.com
ellen.callahan@fmr.com
emily.mccomb@fmr.com
eric.a.smith@fmr.com
eric.golden@fmr.com
eric.graham@fmr.com
eric.mollenhauer@fmr.com
erica.e.cailla@fmr.com
ethan.hugo@fmr.com
ethan.pride@fmr.com
eugene.belostotsky@fmr.com

**Company & Corresponding Email Addresses**

evan.hornbuckle@fmr.com
evan.mccormick@fmr.com
evelyn.somers@fmr.com
fabian.jones@fmr.com
fahim.razzaque@fmr.com
fawne.doherty@fmr.com
fergus.j.shiel@fmr.com
fershid.aspi@fmr.com
ford.oneil@fmr.com
forrest.stclair@fmr.com
fpcmsfacom@fmr.com
franco.castagliuolo@fmr.com
frank.cristiano@fmr.com
frank.donovan@fmr.com
frank.fulhan@fmr.com
fred.small@fmr.com
frederick.hoff@fmr.com
gary.burkhead@fmr.com
gaurav.malhotra@fmr.com
gavin.baker@fmr.com
gene.bailey@fmr.com
geoffrey.sullivan@fmr.com
george.domolky@fmr.com
george.fischer@fmr.com
george.karidis@fmr.com
george.psyhogeos@fmr.com
george.schultz@fmr.com
george.stairs@fmr.com
george.vanderheiden@fmr.com
gerald.mcinerney@fmr.com
gerry.gavey@fmr.com
gloria.talamantes@fmr.com
gopal.reddy@fmr.com
gordon.scott@fmr.com
grace-anne.wood@fmr.com
graeme.rockett@fmr.com
greg.gendreau@fmr.com
greg.gryllakis@fmr.com
greg.lee@fmr.com
greg.pappas@fmr.com
gregory.benac@fmr.com
gregory.smith@fmr.com
guillermo.delascasas@fmr.com
hans.plukas@fmr.com
harlan.carere@fmr.com
harley.lank@fmr.com
harmon.research@fmr.com
harris.leviton@fmr.com
harrison.quitman@fmr.com
harry.lange@fmr.com
hb.king@fmr.com
heather.hagerty@fmr.com
heather.hoyack@fmr.com
heather.lawrence@fmr.com

**Company & Corresponding Email Addresses**

heather.olah@fmr.com
heidi.becker@fmr.com
helen.lee@fmr.com
hien.nguyen@fmr.com
holger.boerner@fmr.com
holly.gotnic@fmr.com
holly.grotnik@fmr.com
howard.koh@fmr.com
hugo.lavallee@fmr.com
hunter.payne@fmr.com
ian.hart@fmr.com
iftikar.ahmed@fmr.com
jack.haley@fmr.com
jack.kerivan@fmr.com
jack.tse@fmr.com
jaclyn.simard@fmr.com
jacob.weinstein@fmr.com
jamee.smith@fmr.com
james.catudal@fmr.com
james.gallant@fmr.com
james.gerard@fmr.com
james.j.hayes@fmr.com
james.kim@fmr.com
james.mcelligott@fmr.com
james.morrow@fmr.com
james.nielson@fmr.com
james.rigney@fmr.com
james.todd@fmr.com
james.wulforst@fmr.com
jamie.bianchi@fmr.com
jamie.cornell@fmr.com
jamie.pagliocco@fmr.com
jane.kenny@fmr.com
jane.stedman@fmr.com
janet.mccormick@fmr.com
janis.voldins@fmr.com
jared.guay@fmr.com
jason.hughes@fmr.com
jason.pinto@fmr.com
jason.rhodes@fmr.com
jason.weiner@fmr.com
jay.hedstrom@fmr.com
jay.ladieu@fmr.com
jay.owen@fmr.com
jay.preston@fmr.com
jay.schwartzberg.@fmr.com
jay.weed@fmr.com
jean.park@fmr.com
jeanne-marie.maffa@fmr.com
jed.barron@fmr.com
jed.weiss@fmr.com
jeff.brown@fmr.com
jeff.feingold@fmr.com
jeff.l.mcdonald@fmr.com

## Company & Corresponding Email Addresses

jeff.mitchell@fmr.com
jeff.moore@fmr.com
jeff.resnik@fmr.com
jefffcm.johnson@fmr.com
jeffrey.banker@fmr.com
jeffrey.feldgoise@fmr.com
jeffrey.larsen@fmr.com
jeffrey.mcmanuis@fmr.com
jeffrey.schleppy@fmr.com
jeffrey.stevens@fmr.com
jen-lun.yuan@fmr.com
jennifer.bustard@fmr.com
jennifer.cavalieri@fmr.com
jennifer.farrelly@fmr.com
jennifer.hamel@fmr.com
jennifer.labrecque@fmr.com
jennifer.martin@fmr.com
jennifer.uhrig@fmr.com
jenny.chang@fmr.com
jeremy.hill@fmr.com
jeremy.pozen@fmr.com
jessamyn.larrabee@fmr.com
jessica.davis@fmr.com
jill.huggett@fmr.com
jill.maxwell@fmr.com
jim.buckham@fmr.com
jim.dunlea@fmr.com
jim.miller@fmr.com
joan.bloom@fmr.com
joanna.bewick@fmr.com
joanna.kolis@fmr.com
jody.simes@fmr.com
joe.day@fmr.com
joe.devlin@fmr.com
joe.overdevest@fmr.com
joel.tillinghast@fmr.com
john.avery@fmr.com
john.babson@fmr.com
john.beaven@fmr.com
john.beekman@fmr.com
john.bright@fmr.com
john.cassidy@fmr.com
john.curtin@fmr.com
john.d.noble@fmr.com
john.dowd@fmr.com
john.faigle@fmr.com
john.garner@fmr.com
john.h.carlson@fmr.com
john.houston@fmr.com
john.hynes@fmr.com
john.j.mckenna@fmr.com
john.m.donahue@fmr.com
john.m.harris@fmr.com
john.m.murphy@fmr.com

## Company & Corresponding Email Addresses

john.mcdowell@fmr.com
john.mirshekari@fmr.com
john.pappas@fmr.com
john.porter@fmr.com
john.roth@fmr.com
john.sheehy@fmr.com
john.sinclair@fmr.com
john.t.williams@fmr.com
john.turbitt@fmr.com
john.vetter@fmr.com
john-paul.bruneau@fmr.com
jon.jamen@fmr.com
jonathan.davis@fmr.com
jonathan.duggan@fmr.com
jonathan.hargrove@fmr.com
jonathan.jacoby@fmr.com
jonathan.kasen@fmr.com
jonathan.m.kelly@fmr.com
jonathan.morin@fmr.com
jonathan.murrell@fmr.com
jonathan.siegmann@fmr.com
jonathan.zang@fmr.com
joseph.curley@fmr.com
joseph.palowich@fmr.com
joseph.shaposhnik@fmr.com
joseph.soukp@fmr.com
joseph.treadway@fmr.com
joseph.valade@fmr.com
joseph.wassong@fmr.com
josh.spencer@fmr.com
joy.mahato@fmr.com
jubao.zhang@fmr.com
julian.potenza@fmr.com
julie.benedict@fmr.com
julie.condron@fmr.com
julie.donovan@fmr.com
julie.porter@fmr.com
jun.zhou@fmr.com
june.hayes@fmr.com
jurrien.timmer@fmr.com
justin.bennett@fmr.com
justin.matviya@fmr.com
justin.segalini@fmr.com
jyoti.lalit@fmr.com
kalyanaraman.venkataraman@fmr.com
kalyanaraman.venkataramani@fmr.com
kane.waller@fmr.com
karen.firestone@fmr.com
karen.read.fmr@fmr.com
karin.cross-powers@fmr.com
karyo.oh@fmr.com
kate.ervin@fmr.com
kate.leness@fmr.com
kate.staley@fmr.com

**Company & Corresponding Email Addresses**

katharine.jurevic@fmr.com
katherine.darris@fmr.com
katherine.eichelberg@fmr.com
katherine.gray@fmr.com
kathleen.eaton@fmr.com
kathryn.carlson@fmr.com
kathy.rideout@fmr.com
katy.cutshall@fmr.com
katyln.may@fmr.com
keith.quinton@fmr.com
kelly.calnan@fmr.com
kelly.li@fmr.com
kelly.lord@fmr.com
kelly.morgan@fmr.com
kellycardwellresearch@fmr.com
kelsey.peterson@fmr.com
ken.anderson@fmr.com
ken.fischl@fmr.com
kennedy.richardson@fmr.com
kenneth.martin@fmr.com
kevin.d.parnell@fmr.com
kevin.elliott@fmr.com
kevin.gaffney@fmr.com
kevin.mccaleb@fmr.com
kevin.mccarey@fmr.com
kevin.nielsen@fmr.com
kevin.slemp@fmr.com
kevin.smith.fiis@fmr.com
kevin.wagner@fmr.com
kim.day@fmr.com
kim.miller@fmr.com
kimberly.digregorio@fmr.com
klara.iskoz@fmr.com
krishna.prasad@fmr.com
krista.wilshusen@fmr.com
kristen.singer@fmr.com
kristina.callaghan@fmr.com
kristina.kazarian@fmr.com
kristina.salen@fmr.com
kristina.stookey@fmr.com
krupal.raval@fmr.com
kwasi.dadzie-yeboah@fmr.com
kyle.weaver@fmr.com
lalit.bansal@fmr.com
lara.gilman@fmr.com
lara.morrisroe@fmr.com
larry.desmond@fmr.com
larry.rakers@fmr.com
larry.ring@fmr.com
laura.howenstine@fmr.com
laurie.bertner@fmr.com
lawrence.r.martin@fmr.com
lawrence.raffone@fmr.com
lee.miles@fmr.com

**Company & Corresponding Email Addresses**

lee.sandwen@fmr.com
leigh.hesler@fmr.com
leo.wong@fmr.com
lesley.eydenberg@fmr.com
leslie.zhang@fmr.com
lindsay.carlo@fmr.com
lindsay.connor@fmr.com
lindsey.puchyr@fmr.com
lionel.harris@fmr.com
lisa.e.mattingly@fmr.com
lisa.goulemas@fmr.com
lisa.kasparian@fmr.com
lisa.khatri@fmr.com
lisa.lambert@fmr.com
lisa.mcgowan@fmr.com
lisa.roche@fmr.com
lisa.rymut@fmr.com
liz.howard@fmr.com
lokesh.murthy@fmr.com
lorraine.chong@fmr.com
lucille.barengo@fmr.com
lucio.marino@fmr.com
lucy.chen@fmr.com
luis.martins@fmr.com
lynn.mccuaig@fmr.com
madeline.wong@fmr.com
maggie.haskell@fmr.com
mahesh.bp@fmr.com
mahmoud.sharaf@fmr.com
mai.her@fmr.com
maisa.badawy@fmr.com
manav.vijay@fmr.com
marc.lowenthal@fmr.com
marc.masini@fmr.com
marcia.harlow@fmr.com
mardy.shapland@fmr.com
maria.gattozzi@fmr.com
maria.marth@fmr.com
maria.monaco@fmr.com
maria.siwek-fernald@fmr.com
mark.bayliss@fmr.com
mark.bouchea@fmr.com
mark.chin@fmr.com
mark.dibble@fmr.com
mark.guglielmo@fmr.com
mark.hannon@fmr.com
mark.jantzen@fmr.com
mark.macdougall@fmr.com
mark.notkin@fmr.com
mark.peterson@fmr.com
mark.rigazio@fmr.com
mark.roy@fmr.com
mark.sawicki@fmr.com
mark.schmehl@fmr.com

## Company & Corresponding Email Addresses

mark.snyderman@fmr.com
mark.stys@fmr.com
mark.truchan@fmr.com
mark.ziady@fmr.com
martha.moutafis@fmr.com
martin.flynn@fmr.com
marvin.loh@fmr.com
mary.ioven@fmr.com
marylu.lopriore@fmr.com
matt.camacho@fmr.com
matt.casey@fmr.com
matt.conti@fmr.com
matt.healey@fmr.com
matt.malgari@fmr.com
matt.robinson@fmr.com
matt.smith@fmr.com
matt.torrey@fmr.com
matthew.appelstein@fmr.com
matthew.bartlett@fmr.com
matthew.blum@fmr.com
matthew.bron@fmr.com
matthew.drukker@fmr.com
matthew.friedman@fmr.com
matthew.fruhan@fmr.com
matthew.lentz@fmr.com
matthew.moulis@fmr.com
matthew.pelletier@fmr.com
matthew.s.smith@fmr.com
matthew.sabel@fmr.com
matthew.schuldt@fmr.com
maura.walsh@fmr.com
maurice.fitzmaurice@fmr.com
maxime.lemieux@fmr.com
mayank.tandon@fmr.com
mborn@fmr.com
me.heffernan@fmr.com
meghan.bonos@fmr.com
meghan.paradis@fmr.com
melissa.reilly@fmr.com
melissa.warneck@fmr.com
michael.a.connolly@fmr.com
michael.barry@fmr.com
michael.baumann@fmr.com
michael.cha@fmr.com
michael.cheng@fmr.com
michael.clurman@fmr.com
michael.compliance.hill@fmr.com
michael.craft@fmr.com
michael.dixon@fmr.com
michael.elvin@fmr.com
michael.federici@fmr.com
michael.j.mccarthy@fmr.com
michael.jenkins@fmr.com
michael.lewis@fmr.com

**Company & Corresponding Email Addresses**

michael.maka@fmr.com
michael.naper@fmr.com
michael.niedzielski@fmr.com
michael.o'neill@fmr.com
michael.schmitt@fmr.com
michael.schneider@fmr.com
michael.valentine@fmr.com
michael.weaver@fmr.com
michael.widrig@fmr.com
michelle.banack@fmr.com
michelle.halla@fmr.com
michelle.robbat@fmr.com
miguel.canizares@fmr.com
mike.albanese@fmr.com
mike.carroll@fmr.com
mike.collins@fmr.com
mike.fox@fmr.com
mike.green@fmr.com
mike.kopfler@fmr.com
mike.marchese@fmr.com
mike.strong@fmr.com
mitch.livstone@fmr.com
mitchell.rothkopf@fmr.com
mmcauley@fmr.com
mohammed.ali@fmr.com
monty.kori@fmr.com
morgan.lackenbauer@fmr.com
morgen.peck@fmr.com
myra.wonisch@fmr.com
nancy.a.taylor@fmr.com
nancy.b.james@fmr.com
nancy.hamson@fmr.com
nancy.prior@fmr.com
nancy.roach@fmr.com
natalie.trakas@fmr.com
nate.vanduzer@fmr.com
nathan.venugopala@fmr.com
neal.p.miller@fmr.com
neela.srinath@fmr.com
nell.haddock@fmr.com
niall.devitt@fmr.com
nicholas.vitale@fmr.com
nick.karafotias@fmr.com
nicole.esposito@fmr.com
nidhi.gupta@fmr.com
niele.bindoo@fmr.com
noel.johnson@fmr.com
nora.creedon@fmr.com
norman.lind@fmr.com
ognjen.sosa@fmr.com
oleg.nusinzon@fmr.com
pablo.garcia@fmr.com
pat.cahill@fmr.com
pat.kenney@fmr.com

## Company & Corresponding Email Addresses

patrick.aicardi@fmr.com
patrick.buchanan@fmr.com
patrick.goff@fmr.com
patrick.venanzi@fmr.com
patrick.waddell@fmr.com
patti.satterthwaite@fmr.com
patty.rivet@fmr.com
paul.antico@fmr.com
paul.bracken@fmr.com
paul.callahan@fmr.com
paul.canavan@fmr.com
paul.carter@fmr.com
paul.jackson@fmr.com
paul.montecalvo@fmr.com
paul.mortenson@fmr.com
paul.petery@fmr.com
paul.sheedy@fmr.com
paul.walsh@fmr.com
paul.zepf@fmr.com
paula.kienert@fmr.com
paula.renzi@fmr.com
pavel.blinchik@fmr.com
payal.agarwal.fi@fmr.com
penny.dobkin@fmr.com
perkins.research@fmr.com
peter.auzers@fmr.com
peter.bouzane@fmr.com
peter.cafaro@fmr.com
peter.caulo@fmr.com
peter.chiappinelli@fmr.com
peter.colby@fmr.com
peter.costa@fmr.com
peter.glidden@fmr.com
peter.h.dixon@fmr.com
peter.hirsch@fmr.com
peter.lynch@fmr.com
peter.m.stanton@fmr.com
peter.maguire@fmr.com
peter.millington@fmr.com
peter.saperstone@fmr.com
peter.whitbeck@fmr.com
peter.wright@fmr.com
philip.bullen@fmr.com
pierre.grenier@fmr.com
pierre.sorel@fmr.com
prakash.reddy@fmr.com
pramod.atluri@fmr.com
prashant.goyal@fmr.com
preeti.sayana@fmr.com
rachel.bernstein@fmr.com
rafael.a.febres-cordero@fmr.com
raghav.bansal@fmr.com
rajesh.guha@fmr.com
rajiv.kaul@fmr.com

## Company & Corresponding Email Addresses

rakesh.gupta@fmr.com
ralph.wolf@fmr.com
ram.deshpande@fmr.com
ramanan.v@fmr.com
ramesh.narayanaswamy@fmr.com
ramin.arani@fmr.com
ramona.persaud@fmr.com
ramzi.faris@fmr.com
rashmi.khare@fmr.com
ravi.mantha@fmr.com
ravi.sivakumaran@fmr.com
ravi.tanuku@fmr.com
ray.kingsfield@fmr.com
rayna.lesser@fmr.com
ren.cheng@fmr.com
renee.poutree@fmr.com
richard.biagini@fmr.com
richard.bohan@fmr.com
richard.cheng@fmr.com
richard.doron@fmr.com
richard.fentin@fmr.com
richard.habermann@fmr.com
richard.hogan@fmr.com
richard.manuel@fmr.com
richard.peck@fmr.com
richard.starling@fmr.com
rick.mace@fmr.com
rieco.mello@fmr.com
rina.jha@fmr.com
rob.galusza@fmr.com
rob.hess@fmr.com
rob.petrie@fmr.com
rob.walsh@fmr.com
robert.brody@fmr.com
robert.burns@fmr.com
robert.byrnes@fmr.com
robert.chan@fmr.com
robert.donahue@fmr.com
robert.gervis@fmr.com
robert.heaney@fmr.com
robert.kuo@fmr.com
robert.lawrence@fmr.com
robert.lee@fmr.com
robert.mandeville@fmr.com
robert.mazzarella@fmr.com
robert.mcintyre@fmr.com
robert.minicus@fmr.com
robert.moran@fmr.com
robert.olive@fmr.com
robert.reynolds@fmr.com
robert.schub@fmr.com
robert.stansky@fmr.com
robert.swanson@fmr.com
robert.v.saia@fmr.com

**Company & Corresponding Email Addresses**

robin.e.wilson@fmr.com
robin.foley@fmr.com
rocco.rinaldi@fmr.com
rohit.dogra@fmr.com
rohit.kaul@fmr.com
rohit.r.shah@fmr.com
rose.venette@fmr.com
roseanne.castellino@fmr.com
ruben.calderon@fmr.com
ruhi.khan@fmr.com
ryan.brogan@fmr.com
ryan.oldham@fmr.com
ryan.parry@fmr.com
ryan.salomone@fmr.com
sabrina.sperow@fmr.com
sachin.patodia@fmr.com
saket.anand@fmr.com
salim.hart@fmr.com
sam.deva@fmr.com
sam.rahman@fmr.com
sam.wald@fmr.com
sammy.simnegar@fmr.com
samuel.smith@fmr.com
samuel.wilson@fmr.com
sanat.mishra@fmr.com
sarah.iannacone@fmr.com
sarah.thesse@fmr.com
saravanan.rajendran@fmr.com
satyajit.mohanty@fmr.com
sb@fmr.com
scott.anmolmehra@fmr.com
scott.desano@fmr.com
scott.eberhardt@fmr.com
scott.lavigne@fmr.com
scott.offen@fmr.com
scott.olsen@fmr.com
scott.robertson@fmr.com
scott.senseney@fmr.com
sean.corcoran@fmr.com
sean.curry@fmr.com
sean.f.walsh@fmr.com
sean.gavin@fmr.com
sean.hogan@fmr.com
sean.morgan@fmr.com
sean.o'brien@fmr.com
sean.serrell@fmr.com
sean.walker@fmr.com
seth.clement@fmr.com
shadman.riaz@fmr.com
shah.badkoubei@fmr.com
shanmuga.murasan@fmr.com
sharon.mussalli@fmr.com
sharon.sweeney@fmr.com
sharyn.clemente@fmr.com

## Company & Corresponding Email Addresses

shawn.verbout@fmr.com
sheri.bergman@fmr.com
skoutsantonis@fmr.com
smittipon.srethapramote@fmr.com
sonu.kalra@fmr.com
soumik.ghosh@fmr.com
soumyanshu.bhattacharya@fmr.com
sri.tella@fmr.com
stacey.colman@fmr.com
stacy.downing@fmr.com
stephan.hrdina@fmr.com
stephanie.roth@fmr.com
stephen.balter@fmr.com
stephen.binder@fmr.com
stephen.bykowski@fmr.com
stephen.campagna@fmr.com
stephen.gibbs@fmr.com
stephen.hermsdorf@fmr.com
stephen.jenvey@fmr.com
stephen.keenan@fmr.com
stephen.langan@fmr.com
stephen.lingard@fmr.com
stephen.mitchell@fmr.com
stephen.petersen@fmr.com
stephen.waitt@fmr.com
stephen.wilder@fmr.com
steve.barwikowski@fmr.com
steve.borgioli@fmr.com
steve.braithwaite@fmr.com
steve.calhoun@fmr.com
steve.dufour@fmr.com
steve.elterich@fmr.com
steve.kamman@fmr.com
steve.kaye@fmr.com
steve.meltzer@fmr.com
steve.nelson@fmr.com
steve.pascucci@fmr.com
steve.rosen@fmr.com
steve.wymer@fmr.com
steven.buller@fmr.com
steven.bullock@fmr.com
steven.calhoun@fmr.com
steven.crooks@fmr.com
steven.heimarck@fmr.com
steven.snider@fmr.com
stig.zarle@fmr.com
sugiharto.widjaja@fmr.com
sumit.mehra@fmr.com
sumit.sharma.fi@fmr.com
sunita.phulara@fmr.com
surbhi.kumar@fmr.com
suro.ghatak@fmr.com
susan.berger@fmr.com
susan.hajjar@fmr.com

## Company & Corresponding Email Addresses

susan.l.johnson@fmr.com
susan.zaferos@fmr.com
suzanne.laronde@fmr.com
tammy.cox@fmr.com
tammy.tang@fmr.com
tanya.greenwood@fmr.com
ted.bernardo@fmr.com
ted.white@fmr.com
teresa.woods@fmr.com
terrance.m.beaulieu@fmr.com
thomas.burghardt@fmr.com
thomas.cirino@fmr.com
thomas.coughlin@fmr.com
thomas.fletcher@fmr.com
thomas.hammond@fmr.com
thomas.hense@fmr.com
thomas.kertsos@fmr.com
thomas.soviero@fmr.com
thorsten.becker@fmr.com
tige.stading@fmr.com
tim.cohen@fmr.com
tim.fahey@fmr.com
tim.gill@fmr.com
tim.hartshorn@fmr.com
tim.heffernan@fmr.com
tim.huyck@fmr.com
tim.ryan.fmrco@fmr.com
timothy.batten@fmr.com
tino@fmr.com
tobias.welo@fmr.com
toby.lewis@fmr.com
todd.beekman@fmr.com
todd.brabazon@fmr.com
todd.glassman@fmr.com
tom.allen@fmr.com
tom.brooks@fmr.com
tom.carroll@fmr.com
tom.chistolini@fmr.com
tom.lavin@fmr.com
tom.silvia@fmr.com
tom.sprague@fmr.com
tongai.kunorubwe@fmr.com
tracey.cameron@fmr.com
tracey.dominick@fmr.com
trisha.white@fmr.com
troy.deschaines@fmr.com
tyler.gaylord@fmr.com
tyler.hill@fmr.com
tyler.sutherland@fmr.com
uri.miller@fmr.com
valerie.friedholm@fmr.com
van.eswara@fmr.com
vandana.bhagat@fmr.com
victor.thay@fmr.com

**Company & Corresponding Email Addresses**

vinayak.kanvinde@fmr.com
vince.rivers@fmr.com
vincent.montemaggiore@fmr.com
vincent.zelenko@fmr.com
vinod.pujar@fmr.com
vitaly.veksler@fmr.com
vivian.lubrano@fmr.com
volkan.gulen@fmr.com
walter.donovan@fmr.com
walter.tsui@fmr.com
wei.xiao@fmr.com
wilfred.chilangwa@fmr.com
will.danoff@fmr.com
will.seddon@fmr.com
william.ackerman@fmr.com
william.diianni@fmr.com
william.ebsworth@fmr.com
william.irving@fmr.com
william.kramer@fmr.com
william.maclay@fmr.com
william.morrissey@fmr.com
william.pruett@fmr.com
william.sandella@fmr.com
william.shanley@fmr.com
william.vanharlowe@fmr.com
william.whelan@fmr.com
william.wight@fmr.com
xin.zhong@fmr.com
xuehai.en@fmr.com
yami.baker@fmr.com
yashoda.khandkar@fmr.com
yolanda.strock@fmr.com
yolanda.taylor@fmr.com
yoon.auh@fmr.com
yuchan.li@fmr.com
yuen.chan@fmr.com
zeljka.bosner@fmr.com
zoey.lin@fmr.com
zuzana.buzzell@fmr.com

**fmt**
emcnany@fmt.com
plim@fmt.com

**fmtinv**
mchachere@fmtinv.com
raross@fmtinv.com

**f-mtrust**
ken.sauders@f-mtrust.com
mark.hollar@f-mtrust.com

**fnb**
mccants@fnb.com
zzeid@fnb.com.lb

**fnbalaska**
jreitz@fnbalaska.com

**fnbaonline**

## Company & Corresponding Email Addresses

bweiner@fnbaonline.com
byoung@fnbaonline.com
cminich@fnbaonline.com
kkemper@fnbaonline.com
ndeleon@fnbaonline.com
plamb@fnbaonline.com
scgroves@fnbaonline.com
sgill@fnbaonline.com

**fnbchestercounty**
benjamin.marsho@fnbchestercounty.com
marilyn.reich@fnbchestercounty.com
winie.d'alessandro@fnbchestercounty.com

**fnb-corp**
brasse@fnb-corp.com
jeffery@fnb-corp.com
wagnerj@fnb-corp.com

**fnbl**
jfiducia@fnbl.com
jnewton@fnbl.com

**fnbmcconnells**
dmf@fnbmcconnells.com

**fnbmd**
jack.pease@fnbmd.com

**fnbnonline**
smcgowan@fnbnonline.com

**fnbstl**
bryan_cook@fnbstl.com

**fncb**
jcastro@fncb.com

**fnccorp**
mtanis@fnccorp.com
rhoyng@fnccorp.com

**fndaonline**
mrosenthal@fndaonline.com

**fnni**
bmosher@fnni.com
cferry@fnni.com
dmcgill@fnni.com
irohe@fnni.com
jhagan@fnni.com
jluetkenhaus@fnni.com
jonathanweber@fnni.com
joshea@fnni.com
jtesar@fnni.com
jvossen@fnni.com
kknieriem@fnni.com
mhansen@fnni.com
nstanley@fnni.com
rhorner@fnni.com
thart@fnni.com
tnordstrom@fnni.com

**fny**
mbrown @fny.com

**fnysllc**

**Company & Corresponding Email Addresses**

b.furlong@fnysllc.com
b.gayles@fnysllc.com
b.jacobs@fnysllc.com
b.levithan@fnysllc.com
b.vest@fnysllc.com
c.guthrie@fnysllc.com
d.curley@fnysllc.com
d.einhorn@fnysllc.com
d.taylor@fnysllc.com
dm@fnysllc.com
e.goldstein@fnysllc.com
e.pavelle@fnysllc.com
e.webber@fnysllc.com
f.chazanoff@fnysllc.com
g.bolan@fnysllc.com
g.fortunoff@fnysllc.com
g.gloster@fnysllc.com
h.sufian@fnysllc.com
i.darcy@fnysllc.com
j.balodimas@fnysllc.com
j.krandel@fnysllc.com
k.napolitano@fnysllc.com
l.higgins@fnysllc.com
l.jacobs@fnysllc.com
l.yee@fnysllc.com
m.cipollina@fnysllc.com
m.fullowan@fnysllc.com
m.ghayalod@fnysllc.com
m.hoffman@fnysllc.com
m.reiner@fnysllc.com
m.samuels@fnysllc.com
n.schlapfer@fnysllc.com
n.sirni@fnysllc.com
p.blechman@fnysllc.com
r.cannon@fnysllc.com
r.mehra@fnysllc.com
rsnyder@fnysllc.com
t.donino@fnysllc.com
w.rochette@fnysllc.com
y.nicholas@fnysllc.com
z.canter@fnysllc.com

**fokus**

magne.slordahl@fokus.no

**folksam**

bernt.magnusson@folksam.se
birgitta.redig@folksam.se
erik.almsparre@folksam.se
johan.cederin@folksam.se
kaj.bergenhill@folksam.se
mats.hesselstedt@folksam.se
niklas.palm@folksam.se
per-axel.carlsson@folksam.se
tor.borg@folksam.se

**folksamerica**

**Company & Corresponding Email Addresses**

helen_dell@folksamerica.com

**fondazionecrverona**

avesani@fondazionecrverona.org
berardo@fondazionecrverona.org
carta@fondazionecrverona.org

**fondianima**

acrisafulli@fondianima.it
afoa@fondianima.it
crizzi@fondianima.it
dboglietti@fondianima.it
dlami@fondianima.it
evilla@fondianima.it
gbrambilla@fondianima.it
gmartinelli@fondianima.it
ldiluca@fondianima.it
lripamonti@fondianima.it
mpiccolo@fondianima.it
mtagliaferri@fondianima.it
pcirasole@fondianima.it
pmaggi@fondianima.it
rbrasca@fondianima.it
talemagna@fondianima.it
vzinna@fondianima.it

**fondiaria**

a.magherinii@fondiaria.it
p.berchielli@fondiaria.it

**fondiaria-sai**

alberto.bollito@fondiaria-sai.it
alberto.zoia@fondiaria-sai.it
alessandro.vitaloni@fondiaria-sai.it
carmine.corvasce@fondiaria-sai.it
enrico.scurati@fondiaria-sai.it
fabio.catalano@fondiaria-sai.it
fabrizio.restione@fondiaria-sai.it
francesca.sampogna@fondiaria-sai.it
franco.lapi@fondiaria-sai.it
gianluca.banfi@fondiaria-sai.it
mario.speciale@fondiaria-sai.it
mattia.gennaro@fondiaria-sai.it
paolo.frambrosi@fondiaria-sai.it
silvana.figuccio@fondiaria-sai.it
vito.romaniello@fondiaria-sai.it

**fondiario-sai**

vito.romaniello@fondiario-sai.it

**fonditel**

benito.artinano@fonditel.es
i.colomo@fonditel.es
javier.gil-burgui@fonditel.es
luis.pena@fonditel.es
mar.bande@fonditel.es
mariajose.parraga@fonditel.es
ricardo.sanmartin@fonditel.es
valentin.fernandez@fonditel.es

**fondsfinans**

## Company & Corresponding Email Addresses

arne.lien@fondsfinans.no
cc@fondsfinans.no
kjetil.bakken@fondsfinans.no
terje.duus@fondsfinans.no

### foodlion

rajames@foodlion.com

### foothillcapital

jeffn@foothillcapital.com
seand@foothillcapital.com

### ford

abisogn1@ford.com
adarnall@ford.com
anewati1@ford.com
apetach@ford.com
arao5@ford.com
atase@ford.com
bkrueger@ford.com
bpfeiffe@ford.com
cjanosik@ford.com
dbasiric@ford.com
ddesand1@ford.com
dgardett@ford.com
dmuiruri@ford.com
doloffo@ford.com
dprytas@ford.com
dthuss@ford.com
dtosh@ford.com
eacton@ford.com
egoldsbe@ford.com
ehughesc@ford.com
ekolinsk@ford.com
erohde@ford.com
faslani@ford.com
fmerchan@ford.com
fshepard@ford.com
jbehnke@ford.com
jcostel2@ford.com
jgallag9@ford.com
jklima@ford.com
jlin16@ford.com
jnield@ford.com
jpiedrah@ford.com
jseguino@ford.com
jwilli92@ford.com
kenglis6@ford.com
lborder@ford.com
malmers@ford.com
marmbru3@ford.com
mcaldwe2@ford.com
mherna92@ford.com
pcharles@ford.com
pkenney@ford.com
rander28@ford.com
rgilli10@ford.com

## Company & Corresponding Email Addresses

sbalakum@ford.com
scalso@ford.com
senglish@ford.com
srao6@ford.com
ssmit262@ford.com
sstevens@ford.com
tghei@ford.com
vrohrer@ford.com
wpickett@ford.com

**fordfound**

b.ellsworth@fordfound.org
c.winnall@fordfound.org
d.galligan@fordfound.org
d.nelson@fordfound.org
dlyukhter@fordfound.org
e.mihallo@fordfound.org
h.clark@fordfound.org
j.martin@fordfound.org
j.sage@fordfound.org
k.lew@fordfound.org
l.siegel@fordfound.org
l.strumpf@fordfound.org
m.martinez@fordfound.org
t.anderson@fordfound.org
y.mercado@fordfound.org

**foreingssparbanken**

robert.stenram@foreingssparbanken.se

**foreningsbanken**

hakan.falk@foreningsbanken.se

**foreningssparbanken**

anders.hellstrom@foreningssparbanken.se
jan.liden@foreningssparbanken.se
jan.lilja@foreningssparbanken.se
jan-otto.nilsson@foreningssparbanken.se
jenny.zachrisson@foreningssparbanken.se
lars.antman@foreningssparbanken.se
mattias.bergstrom@foreningssparbanken.se
micael.niden@foreningssparbanken.se
michael.ferrara@foreningssparbanken.se
ove.n.andersson@foreningssparbanken.se
robert.charpentier@foreningssparbanken.se

**foreningsspar-banken**

lars.olaf.odlund@foreningsspar-banken.se

**forester**

vivian.huxley@forester.co.uk

**foresters**

cwong@foresters.com
jgiles@foresters.biz
mwu@foresters.biz

**forits**

vincent.chan@hk.forits.com

**formuepleje**

bl@formuepleje.dk
em@formuepleje.dk

**Company & Corresponding Email Addresses**

nb@formuepleje.dk
pm@formuepleje.dk
sa@formuepleje.dk

**fortis**

ahmet.turan@fortis.com.tr
alain.ries@fortis.lu
alain.stephany@fortis.lu
alan.bozian@us.fortis.com
alen.zeljkovic@nl.fortis.com
alexander.jaeschke@hk.fortis.com
alexander.lange@us.fortis.com
alper.kayurtar@fortis.com.tr
alvin.cheng@hk.fortis.com
andre.wagner@fortis.lu
andreas.mayr@fortis.lu
andrew.huxstep@fortis.com
andrew.wilson@fortis.com
anita.slosberg@us.fortis.com
ann.cocquyt@fortis.com
anne.goujon@fortis.lu
anne.radermecker@fortis.com
anne-francoise.woolf@fortis.lu
antonio.mastrangelo@fortis.lu
asu.pektas@fortis.com.tr
benjamin.leroy@fortis.lu
berg.debleecker@fortis.com
bernard.fischer@fortis.lu
bernard.lempereur@fortis.com
bert.de.wolff@nl.fortis.com
bert.devriendt@fortis.lu
bertrand.wenkin@ie.fortis.com
byron.tong@hk.fortis.com
caroline.boulenger@fortis.com
cedric.liblanc@fortis.lu
celine.bruhe@fortis.lu
charles.chan@hk.fortis.com
cheikhoumar.wane@fortis.com
chris.alexander@fortis.com
chris.pagano@us.fortis.com
claude.bertemes@fortis.lu
dale.levenduski@us.fortis.com
daniel.keris@fortis.lu
danny.decupere@fortis.com
danny.frans@fortis.com
denis.fagaert@fortis.com
dermot.daly@ie.fortis.com
desmond.lum@sg.fortis.com
diana.talbi@fortis.lu
edouard.desbonnets@fortis.lu
elif.topcu@fortis.com.tr
eric.chow@hk.fortis.com
eric.liegeois@fortis.lu
erkin.isik@fortis.com.tr
etienne.chalmagne@fortis.com

**Company & Corresponding Email Addresses**

eward.sonneveld@hk.fortis.com
filip.dierckx@fortis.com
frank.oldeweme@fortis.lu
frank.vangansbeke@fortis.com
frederic.bossens@fortis.com
gerry.koolen@fortis.com
gertjan.verhoef@nl.fortis.com
gokhan.erguneyt@fortis.com.tr
guido.vandemaele@fortis.com
haluk.burumcekci@fortis.com.tr
hghudson@us.fortis.com
hidai.barmor@fortis.com
jan.vanermen@fortis.com
jan.willem.meulenkamp@nl.fortis.com
jeffrey.wu@hk.fortis.com
jeremy.willaume@fortis.lu
jeroen.visser@us.fortis.com
jessie.pui@hk.fortis.com
jjingraham@us.fortis.com
joe.tan@fortis.com
johnny.tam@hk.fortis.com
jsbyrd@us.fortis.com
judi.fuoti@us.fortis.com
julie.teng@hk.fortis.com
kelly.ng@sg.fortis.com
kenneth.yuan@hk.fortis.com
kerry.leow@sg.fortis.com
koen.desmecht@fortis.com
koen.weemaes@fortis.com
kurt.janssens@fortis.com
laurent.quidaciolu@fortis.lu
liliane.poitiers@fortis.lu
luc.borremans@fortis.com
marc.moonens@fortis.com
marc.peelen@fortis.com
marc.schartz@fortis.lu
marc.vereecke@hk.fortis.com
marjolein.van.den.berg@nl.fortis.com
maroun.hayek@us.fortis.com
mary.wong@hk.fortis.com
mdroschen@us.fortis.com
melanie.mortier@fortis.lu
michel.baise@fortis.com
mjromanowski@us.fortis.com
mustafa.erdogan@fortis.com.tr
neville.chan@hk.fortis.com
nicholas.ogden@fortis.lu
nicolas.catin@fortis.com
olivier.defay@us.fortis.com
olivier.delval@fortis.com
olivier.selis@fortis.lu
olivier.seyll@fortis.lu
owen.kam@hk.fortis.com
patrick.schmitz@fortis.lu

## Company & Corresponding Email Addresses

paul.whyman@fortis.co.uk
peter.roymans@fortis.com
petra.dedeyne@fortis.com
philippe.latour@fortis.com
philippe.lecocq@fortis.lu
philippe.simon@fortis.com
pieter.vanbaelen@fortis.com
rafael.martinez@fortis.com
rao.mangipudi@us.fortis.com
reginald.degols@fortis.com
rico.fasel@nl.fortis.com
robert.schneider@fortis.lu
robert.weijdenter@fortis.com
rocco.bozzone@fortis.lu
samuel.pang@hk.fortis.com
selene.koh@sg.fortis.com
serge.rohmann@fortis.lu
smrickert@us.fortis.com
soraya.hakuziyaremye@fortis.com
stefaan.dedoncker@fortis.com
stefaan.vandemosselaer@fortis.com
stefanie.inghelbrecht@fortis.com
steve.welter@fortis.lu
thierry.deraeck@fortis.com
tina.swedenborghall@fortis.com
tobias.hopp@fortis.lu
tolga.kirbay@fortis.com.tr
tom.cunningham@us.fortis.com
tom.dhaenens@fortis.com
tom.thyssens@fortis.com
tony.cty@hk.fortis.com
uwe.prasser@fortis.com
valerie.laloux@fortis.com
vincent.flanagan@us.fortis.com
vincent.lecomte@fortis.com
xavier.cock@fortis.com
xavier.mazet@fortis.lu
xue.wang@hk.fortis.com
yves.vanlendeghem@fortis.com

### fortisag

dorothee.fassiau@fortisag.be
gaetan.delvaux@fortisag.be
hilde.hanssens@fortisag.be
jacques.crabbe@fortisag.be
william.vanimpe@fortisag.be

### fortisbank

alain.maricq@fortisbank.com
alain.verschueren@fortisbank.com
anne.fils@fortisbank.com
an-sofie.meirsschaut@fortisbank.com
arnaud.weissrock@fortisbank.com
arvid.de.boer@nl.fortisbank.com
bernard.delhaye@fortisbank.com
carla.bauwens@fortisbank.com

## Company & Corresponding Email Addresses

christa.a.debruyn@fortisbank.com
christel.bosch@fortisbank.com
christiaan.claessens@fortisbank.com
christophe.moraine@fortisbank.com
daniel.demeeus@fortisbank.com
danny.vanwesemael@fortisbank.com
denis.sagaert@fortisbank.com
didier.engels@fortisbank.com
didier.vanhecke@fortisbank.com
dieter.dejaegher@fortisbank.com
dimitri.crelot@fortisbank.com
dirk.abspoel@fortisbank.com
dirk.stynen@fortisbank.com
eddy.reynebeau@fortisbank.com
effrosyni.lefka@fortisbank.com
elaine.coussement@fortisbank.com
els.briers@fortisbank.com
eva.stroobants@fortisbank.com
fabian.deprey@fortisbank.com
fabio.ghezzi-morgalanti@fortisbank.com
franek.vercruysse@fortisbank.com
gauthier.serruys@fortisbank.com
gautier.vanhonacker@fortisbank.com
geert.deroover@fortisbank.com
geert.kesteleyn@fortisbank.com
geert.ruysschaert@fortisbank.com
geert.vanderhaeghe@fortisbank.com
geert.vanderheyden@fortisbank.com
geert.vanthuyne@fortisbank.com
geoffrey.rodrigue@fortisbank.com
guido.braem@fortisbank.com
guido.vandemaele@fortisbank.com
hans.simaeys@fortisbank.com
jacques.massin@fortisbank.com
jacques.vandenherrwewegen@fortisbank.com
jan.b.bronselaer@fortisbank.com
janmichiel.hessels@fortisbank.com
jkepel@fortisbank.com
jo.machtelinckx@fortisbank.com
johan.beckers@fortisbank.com
johan.vervaeke@fortisbank.com
juan.sueiro@fortisbank.com
kim.vanderhoute@fortisbank.com
koen.drieskens@fortisbank.com
koen.vandesteene@fortisbank.com
kurt.gheysen@fortisbank.com
laurent.froget@fortisbank.com
luc.steens@fortisbank.co
mario.vanhemelryck@fortisbank.com
marnik.hinnekens@fortisbank.com
maurice.jacquet@fortisbank.com
michael.vanderelst@fortisbank.com
monique.yu@fortisbank.com.hk
nico.vanhiel@fortisbank.com

## Company & Corresponding Email Addresses

olivier.dewell@fortisbank.com
patrick.merckx@fortisbank.com
paul.janssens@fortisbank.com
paulandre.meyers@fortisbank.com
philippe.bietlot@fortisbank.com
philippe.gijsels@fortisbank.com
philippe.hullaert@fortisbank.com
pierre.amrom@fortisbank.com
ricky.lit@fortisbank.com.hk
rob.goyens@fortisbank.com
ronald.lokkers@fortisbank.com
rosamar.martinez@fortisbank.com
thomas.blondin@fortisbank.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
ward.lievens@fortisbank.com
willy.moyson@fortisbank.com
wouter.devriendt@fortisbank.com
yolande.collard@fortisbank.com
yves.vanlandeghem@fortisbank.com

### fortiscapitalusa
mohammed.alam@fortiscapitalusa.com

### fortisclearing
svp@fortisclearing.com.au

### fortisinvestment
david.schmidt@fortisinvestment.com

### fortisinvestments
alain.gerard@fortisinvestments.com
alpha.sylla@fortisinvestments.com
amy.hoodless@fortisinvestments.com
andre.sebrowski@fortisinvestments.com
andrew.macleod@fortisinvestments.com
andy.vanlaer@fortisinvestments.com
anna.pigott@fortisinvestments.com
bart.coenraads@fortisinvestments.com
bart.geukens@fortisinvestments.com
ben.horsell@fortisinvestments.com
benoit.depauw@fortisinvestments.com
bernard.deliege@fortisinvestments.com
bertrand.sluys@fortisinvestments.com
birgitta.cap@fortisinvestments.com
cameron.squadrito@fortisinvestments.com
camille.mcleod-salmon@fortisinvestments.com
chris.helsen@fortisinvestments.com
christiaan.fornier@fortisinvestments.com
christian.truyens@fortisinvestments.com
christophe.javaux@fortisinvestments.com
christophe.pecoraro@fortisinvestments.com
christopher.jeffery@fortisinvestments.com
christopher.wadsworth@fortisinvestments.com
cindy.chan@fortisinvestments.com
corentin.cam@fortisinvestments.com
craig.behrens@fortisinvestments.com
daniel.hobster@fortisinvestments.com

## Company & Corresponding Email Addresses

david.drappier@fortisinvestments.com
davy.vanvossole@fortisinvestments.com
denis.mangan@fortisinvestments.com
dennis.kools@fortisinvestments.com
didier.fourcroy@fortisinvestments.com
eli.koen@fortisinvestments.com
ellen.eijking@fortisinvestments.com
emiel.van.den.heiligenberg@fortisinvestments.com
erik.ansinger@fortisinvestments.com
erik.kroon@fortisinvestments.com
erwin.feijer@fortisinvestments.com
frank.d'hondt@fortisinvestments.com
frank.hamelijnck@fortisinvestments.com
fraser.lundie@fortisinvestments.com
frederic.bert@fortisinvestments.com
frederic.helrebaudt@fortisinvestments.com
frederic.rebry@fortisinvestments.com
frederik.stoop@fortisinvestments.com
frederique.morieux@fortisinvestments.com
gabriel.wallach@fortisinvestments.com
george.rudawski@fortisinvestments.com
gerrit.hop@fortisinvestments.com
gert.vanderjeugt@fortisinvestments.com
guido.bunte@fortisinvestments.com
guy.williams@fortisinvestments.com
hafez.ayeva@fortisinvestments.com
hans.peters@fortisinvestments.com
hans.steyaert@fortisinvestments.com
hans.vanderknaap@fortisinvestments.com
hassan.mian@fortisinvestments.com
havard.tveit@fortisinvestments.com
heinerich.hardy@fortisinvestments.com
hennie.brink@fortisinvestments.com
holger.weeda@fortisinvestments.com
jacques.dursel@fortisinvestments.com
james@fortisinvestments.com
jan.deroost@fortisinvestments.com
jan.ooms@fortisinvestments.com
jan.sijssens@fortisinvestments.com
jan.verbrugge@fortisinvestments.com
jan.willem.vis@fortisinvestments.com
jean.dessain@fortisinvestments.com
jean-loup.texier@fortisinvestments.com
jean-philippe.bailly@fortisinvestments.com
jeffrey.megar@fortisinvestments.com
jeffrey.van.wettum@fortisinvestments.com
jeroen.gailly@fortisinvestments.com
jeroen.gierveld@fortisinvestments.com
jeroen.knol@fortisinvestments.com
jeroen.verstraete@fortisinvestments.com
john.lupton@fortisinvestments.com
joris.debeul@fortisinvestments.com
jorn.deboeck@fortisinvestments.com
juan.poswick@fortisinvestments.com

**Company & Corresponding Email Addresses**

jurgen.detroy@fortisinvestments.com
kan.zheng@fortisinvestments.com
karin.schoeman@fortisinvestments.com
katrien.adam@fortisinvestments.com
kevin.cheah@fortisinvestments.com
kevin.kehres@fortisinvestments.com
kris.demoerloose@fortisinvestments.com
krisztina.negret@fortisinvestments.com
laurent.gorgemans@fortisinvestments.com
lode.devlaminck@fortisinvestments.com
manfred.lam@fortisinvestments.com
marc.van.gaalen@fortisinvestments.com
marcos.raisanen@fortisinvestments.com
maria.polycarpou@fortisinvestments.com
marie.christine@fortisinvestments.com
marije.brinkman@fortisinvestments.com
marja.vandergiessen@fortisinvestments.com
marleen.vanholsbeeck@fortisinvestments.com
mathieu.negre@fortisinvestments.com
meera.judge@fortisinvestments.com
michal.wozniak@fortisinvestments.com
michel.aubenas@fortisinvestments.com
michel.gonnard@fortisinvestments.com
namiko.hino@fortisinvestments.com
nicola.morgan@fortisinvestments.com
nicola.williams@fortisinvestments.com
olivier.detimmerman@fortisinvestments.com
olivier.deval@fortisinvestments.com
olivier.gaspar@fortisinvestments.com
olivier.van.hirtum@fortisinvestments.com
omar.greco@fortisinvestments.com
omry.apelblat@fortisinvestments.com
pankaj.shah@fortisinvestments.com
patrick.de.boer@fortisinvestments.com
peter.abbott@fortisinvestments.com
peter.din@fortisinvestments.co.uk
peter.ranty@fortisinvestments.com
philipp.schreyer@fortisinvestments.com
pierre-etienne.gilard@fortisinvestments.com
pim.beirens@fortisinvestments.com
raja.coopoosamy@fortisinvestments.com
raymond.yung@fortisinvestments.com
reiniera.van.der.feltz@fortisinvestments.com
richard.wohanka@fortisinvestments.com
rob.vanoostveen@fortisinvestments.com
robert.carbone@fortisinvestments.com
robert.ryan@fortisinvestments.com
roderick.molenaar@fortisinvestments.com
roeland.tso@fortisinvestments.com
roland.van.wettum@fortisinvestments.com
rolf.stout@fortisinvestments.com
rudy.vandorpe@fortisinvestments.com
sascha.hirsch@fortisinvestments.com
shaun.stevens@fortisinvestments.com

## Company & Corresponding Email Addresses

silvia.wendlinger@fortisinvestments.com
simon.van.veen@fortisinvestments.com
sophie.debehogne@fortisinvestments.com
stephane.monier@fortisinvestments.com
steven.harnie@fortisinvestments.com
steven.taylor@fortisinvestments.com
stijn.dockx@fortisinvestments.com
susanne.vandootingh@fortisinvestments.com
sven.degreef@fortisinvestments.com
sylvia.windlinger@fortisinvestments.com
taco.lens@fortisinvestments.com
thierry.charlier@fortisinvestments.com
tim.sheehan@fortisinvestments.com
tine.denorme@fortisinvestments.com
veronique.hache@fortisinvestments.com
vincent.gigounon@fortisinvestments.com
vincent.matthijssen@fortisinvestments.com
werner.huysmans@fortisinvestments.com
willem.klijnstra@fortisinvestments.com
william.anderson@fortisinvestments.com
william.devijlder@fortisinvestments.com
william.finley@fortisinvestments.com
wouter.weijand@fortisinvestments.com
yves.oloui@fortisinvestments.com

**fortisl**
carlo.friob@fortisl.lu

**fortismeespierson**
hemmo.hemmes@fortismeespierson.nl

**fortress**
rwenger@fortress.com

**fortressltd**
tw@fortressltd.com

**forum-financial**
brian-desmond@forum-financial.com
elaine-flynn@forum-financial.com

**forwardmgmt**
rimperiale@forwardmgmt.com

**forwardua**
ejones@forwardua.com
fsheikh@forwardua.com

**fountaincapital**
apeltzer@fountaincapital.com
dcampbell@fountaincapital.com
eroth@fountaincapital.com
gmurphy@fountaincapital.com
jjones@fountaincapital.com
kmalvey@fountaincapital.com
nbraswell@fountaincapital.com
pcarey@fountaincapital.com

**foxasset**
amassey@foxasset.com
dedler@foxasset.com
jsampson@foxasset.com
whowarth@foxasset.com

## Company & Corresponding Email Addresses

### foyerpatrimonium
giancarlo.raggi@foyerpatrimonium.com
sebastien.cordoliani@foyerpatrimonium.com

### fpg
jamesshih@fpg.com.tw
raylei@fpg.com.tw

### fppartners
ffong@fppartners.com

### fr
de@fr.fr
z.t@axa.fr.com

### framlington
antony.milford@framlington.co.uk
chris.armstrong@framlington.co.uk
chris.bell@framlington.co.uk
chris.stjohn@framlington.co.uk
deane.donnigan@framlington.co.uk
deirdre.o'sullivan@framlington.co.uk
faisal.ayub@framlington.co.uk
firstname.surname@framlington.co.uk
gary.dudman@framlington.co.uk
john.li@framlington.co.uk
jonathan.asante@framlington.co.uk
marco.giovanelli@framlington.co.uk
mark.hargraves@framlington.co.uk
maxk@framlington.co.uk
ming.kemp@framlington.co.uk
nicola.egan@framlington.co.uk
peter.chambers@framlington.co.uk
richard.peirson@framlington.co.uk
richard.pierson@framlington.co.uk
stephen.kelly@framlington.co.uk
stephen.payne@framlington.co.uk
vanessa.guez@framlington.co.uk
william.calvert@framlington.co.uk

### francetelecom
alexandre.brown@francetelecom.com
alexandrine.perigaud@francetelecom.com
bertrand.conil@francetelecom.com
caroline.billeaud@francetelecom.com
cedric.testut@francetelecom.com
christophe.domart@francetelecom.com
gilles.begue@francetelecom.fr
henripierre.goux@francetelecom.fr
herve1.labbe@francetelecom.com
jclaude.grynberg@francetelecom.fr
jerome.daviron@francetelecom.fr
jose.gonzalo@francetelecom.fr
laurent.besancon@francetelecom.fr
laurent.brandon@francetelecom.fr
marieclaire.lampaert@francetelecom.fr
michel.poirier@francetelecom.fr
mlaure.coupeau@francetelecom.fr
nathalie.chan@francetelecom.com

## Company & Corresponding Email Addresses

nicolas.dufourcq@francetelecom.fr
olivier.froissart@francetelecom.com
olivier.girault@francetelecom.com
olivier.mougeot@francetelecom.com
pascale.simon2@francetelecom.fr
philippe.couzinou@francetelecom.com
pierre.guenin@francetelecom.fr
pierre.hilaire@francetelecom.fr
reza.samdjee@francetelecom.com
sophie.palliez@francetelecom.fr

### frankfurt-trust

alexandra.kaiser@frankfurt-trust.de
annette.pacl-schneeweis@frankfurt-trust.de
b.liedtke@frankfurt-trust.de
bernhard.steiner@frankfurt-trust.de
birgit.ebner@frankfurt-trust.de
c.cakaj@frankfurt-trust.de
carola.kolb@frankfurt-trust.de
carsten.grosse-knetter@frankfurt-trust.de
christian.leonhard@frankfurt-trust.de
christoph.kind@frankfurt-trust.de
d.ewald@frankfurt-trust.de
elke.seibel@frankfurt-trust.de
ernst.auburger@frankfurt-trust.de
f.diel@frankfurt-trust.de
f.dippold@frankfurt-trust.de
hai.do@frankfurt-trust.de
hj.ullrich@frankfurt-trust.de
holger.bosse@frankfurt-trust.de
j.milke@frankfurt-trust.de
j.scarfone@frankfurt-trust.de
jens-holger.schott@frankfurt-trust.de
karina.gundermann@frankfurt-trust.de
karl.staecker@frankfurt-trust.de
m.flaschka@frankfurt-trust.de
m.sachsenmaier@frankfurt-trust.de
martin.schoebel@frankfurt-trust.de
matthias.bayer@frankfurt-trust.de
matthias.maus@frankfurt-trust.de
miraji.othman@frankfurt-trust.de
o.nothof@frankfurt-trust.de
oliver.kopp@frankfurt-trust.de
omar.abu-rashed@frankfurt-trust.de
p.buecken@frankfurt-trust.de
patricia.john@frankfurt-trust.de
peter.rieth@frankfurt-trust.de
peter.seipel@frankfurt-trust.de
r.saxinger@frankfurt-trust.de
r.strauss.2002@frankfurt-trust.de
rainer.gogel@frankfurt-trust.de
ralf.ahrens@frankfurt-trust.de
raul.kaltenbach@frankfurt-trust.de
ri.guderian@frankfurt-trust.de
robert.minde@frankfurt-trust.de

**Company & Corresponding Email Addresses**

roland.gilbert@frankfurt-trust.de
s.kaemmerer@frankfurt-trust.de
s.thomas@frankfurt-trust.de
s.todorovic@frankfurt-trust.de
t.schneider@frankfurt-trust.de
thierry.misamer@frankfurt-trust.de
thomas.hoehenleiter@frankfurt-trust.de
tilo.andreas.wannow@frankfurt-trust.de
u.reitz@frankfurt-trust.de
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
w.demel@frankfurt-trust.de
w.hutmann@frankfurt-trust.de
werner.fey@frankfurt-trust.de

**franklintempleton**

agudefin@franklintempleton.co.uk
bbombay@franklintempleton.ca
ccrockett@franklintempleton.co.uk
cwatson@franklintempleton.co.uk
dball@franklintempleton.co.uk
dtuttle@franklintempleton.ca
eweisko@franklintempleton.com
fmu@franklintempleton.co.uk
jburns4@franklintempleton.co.uk
jfei@franklintempleton.ca
kcox@franklintempleton.co.uk
lturnbull@franklintempleton.co.uk
mcobb@franklintempleton.co.uk.
minyang@franklintempleton.co.uk
mmarcoc@franklintempleton.ca
mndje@franklintempleton.co.uk
plucas@franklintempleton.co.uk
sbowen@franklintempleton.co.uk

**fraspa1822**

alexander.bogensperger@fraspa1822.de
bernd.thoma@fraspa1822.de
cornelia.holz@fraspa1822.de
frank.schweitzer@fraspa1822.de
heike.wannich@fraspa1822.de
joachim.schumak@fraspa1822.de
manuel.kaus@fraspa1822.de
rudolf.anger@fraspa1822.de

**frb**

alexander.david@frb.gov

**frc**

c-haganuma@frc.nomura.co.jp

**frcinvest**

cakrause@frcinvest.cm

**freddiemac**

aaron_pas@freddiemac.com
abigail_valdelievre@freddiemac.com
adama_kah@freddiemac.com
akilas_mavrakis@freddiemac.com
al_lequang@freddiemac.com

**Company & Corresponding Email Addresses**

alan_pruce@freddiemac.com
alex_cheng@freddiemac.com
alexander_antzoulatos@freddiemac.com
ali_trotman@freddiemac.com
ameez_nanjee@freddiemac.com
amy_lynn_debone@freddiemac.com
anand_twells@freddiemac.com
ananda_bojji@freddiemac.com
andrew_feng@freddiemac.com
andrew_freeman@freddiemac.com
angie_barksdale@freddiemac.com
anthony_mccreary@freddiemac.com
antoine_stallings@freddiemac.com
bawo_ayomike@freddiemac.com
brandon_woodland@freddiemac.com
brendan_mckinley@freddiemac.com
brian_brandenburg@freddiemac.com
brian_claypool@freddiemac.com
brian_king@freddiemac.com
brien_hampton@freddiemac.com
bruce_wood@freddiemac.com
carlos_pollard@freddiemac.com
chad_chrisman@freddiemac.com
chad_levrini@freddiemac.com
charles_cale@freddiemac.com
chau_pham@freddiemac.com
christopher_chenen@freddiemac.com
christopher_dielmann@freddiemac.com
christopher_kuehl@freddiemac.com
christopher_laughlin@freddiemac.com
christopher_reilly@freddiemac.com
christopher_wagner@freddiemac.com
craig_boothe@freddiemac.com
craig_nauman@freddiemac.com
crystal_staton@freddiemac.com
dae_na@freddiemac.com
dan_dugan@freddiemac.com
dan_smith@freddiemac.com
dana_ryback@freddiemac.com
dane_d'alessandro@freddiemac.com
daniel_mandel@freddiemac.com
daniel_nuxoll@freddiemac.com
daniel_tsai@freddiemac.com
danielle_calloway@freddiemac.com
danielle_johnson@freddiemac.com
darrel_burris@freddiemac.com
dave_borsos@freddiemac.com
david_brickman@freddiemac.com
david_hackney@freddiemac.com
david_kellermann@freddiemac.com
david_kirk@freddiemac.com
david_schule@freddiemac.com
deborah_preisman@freddiemac.com
denise_seal@freddiemac.com

**Company & Corresponding Email Addresses**

dipa_sharif@freddiemac.com
doc_ghose@freddiemac.com
donna@freddiemac.com
donna_corley@freddiemac.com
dorian_bomberger@freddiemac.com
douglas_escola@freddiemac.com
ebony_burnettejoseph@freddiemac.com
edward_bronson@freddiemac.com
edward_hahn@freddiemac.com
edward_mcnamara@freddiemac.com
eknath_belbase@freddiemac.com
elliot_leibowitz@freddiemac.com
emily_heller@freddiemac.com
eric_graddy@freddiemac.com
eric_salzman@freddiemac.com
esa_ylipahkala@freddiemac.com
essex_finney@freddiemac.com
fangyu_gao@freddiemac.com
feh_gwanyalla@freddiemac.com
felmon_bartolone@freddiemac.com
floyd_griffith@freddiemac.com
frank_vetrano@freddiemac.com
franklin_mccoy@freddiemac.com
fred_sandifer@freddiemac.com
fritz_jeffries@freddiemac.com
garrett_cooper@freddiemac.com
gary_kain@freddiemac.com
gary_malacane@freddiemac.com
glenn_errigo@freddiemac.com
gopal_sharathchandra@freddiemac.com
grace_sone@freddiemac.com
hasan_latif@freddiemac.com
hassan_thalji@freddiemac.com
helen_parsons@freddiemac.com
henry_cassidy@freddiemac.com
howard_mason@freddiemac.com
huaying_qiu@freddiemac.com
indy_weerasinghe@freddiemac.com
irang_im@freddiemac.com
itai_benosh@freddiemac.com
j_carter@freddiemac.com
jacqueline_tenuta@freddiemac.com
james_bean@freddiemac.com
james_callahan@freddiemac.com
james_havrilla@freddiemac.com
jan_luytjes@freddiemac.com
janice_fugler@freddiemac.com
jason_middough@freddiemac.com
javier_portella@freddiemac.com
jay_platt@freddiemac.com
jeanne_russo@freddiemac.com
jeffrey_chamberlain@freddiemac.com
jeffrey_kuzbel@freddiemac.com
jeffrey_law@freddiemac.com

## Company & Corresponding Email Addresses

jeffrey_shue@freddiemac.com
jerome_lienhard@freddiemac.com
jessica_snow@freddiemac.com
jichun_wu@freddiemac.com
jie_bai@freddiemac.com
jim_feenick@freddiemac.com
john_dalton@freddiemac.com
john_dimitri@freddiemac.com
john_kennington@freddiemac.com
john_l_kim@freddiemac.com
john_schiavo@freddiemac.com
jonathan_veum@freddiemac.com
jordan_winder@freddiemac.com
jorge_reis@freddiemac.com
joseph_davis@freddiemac.com
joseph_mchale@freddiemac.com
joseph_torres@freddiemac.com
judy_sun@freddiemac.com
justin_guo@freddiemac.com
justin_pearson@freddiemac.com
kalpana_rumburg@freddiemac.com
karen_gentile@freddiemac.com
karen_miller@freddiemac.com
karen_morrison@freddiemac.com
katharine_feehan@freddiemac.com
kathleen_foody-malus@freddiemac.com
kathleen_morford@freddiemac.com
kathryn_mosser@freddiemac.com
kathryn_westcott@freddiemac.com
kathy_donadio@freddiemac.com
kaushik_saha@freddiemac.com
kavita_dawar@freddiemac.com
kayla_gjata@freddiemac.com
keith_hoffman@freddiemac.com
keith_marshall@freddiemac.com
kelli_harris@freddiemac.com
kendal_greene@freddiemac.com
kerrie_la_fleur@freddiemac.com
kevin_palmer@freddiemac.com
khadija_zackria@freddiemac.com
khyra_killgo@freddiemac.com
kim_jones@freddiemac.com
kkkkk@freddiemac.com
lea_downsbrough@freddiemac.com
lee_jacobson@freddiemac.com
lily-wang@freddiemac.com
linda_lundberg@freddiemac.com
liwen_manzi@freddiemac.com
lizeth_alvarado@freddiemac.com
lois_bellandi@freddiemac.com
lois_ireland@freddiemac.com
lori_geftic@freddiemac.com
lori_trawinski@freddiemac.com
louise_herrle@freddiemac.com

**Company & Corresponding Email Addresses**

lucie_fay@freddiemac.com
lyncoya_simpson@freddiemac.com
lynn_jones@freddiemac.com
macvicar_ramont@freddiemac.com
manish_garg@freddiemac.com
manoj_k_singh_svp@freddiemac.com
marcelo_teixeira@freddiemac.com
marcus_yu@freddiemac.com
marilyn_kapila@freddiemac.com
mark_d_miller@freddiemac.com
martin_loketek@freddiemac.com
martin_young@freddiemac.com
mary_muething@freddiemac.com
mary_odonnell@freddiemac.com
mary_shillinger@freddiemac.com
matt_miller@freddiemac.com
matthew_huang@freddiemac.com
matthew_lascek@freddiemac.com
matthew_mcgovern@freddiemac.com
matthew_porter@freddiemac.com
matthew_seiler@freddiemac.com
matthew_spiro@freddiemac.com
mayur_maniar@freddiemac.com
mehrdad_tahmasebi@freddiemac.com
melissa_crabtree@freddiemac.com
melissa_mcguire@freddiemac.com
melissa_melvin@freddiemac.com
merry_dimitri@freddiemac.com
mia_stewart@freddiemac.com
michael_aneiro@freddiemac.com
michael_centrone@freddiemac.com
michael_jenkins@freddiemac.com
michael_konsen@freddiemac.com
michael_mccabe@freddiemac.com
michael_patterson@freddiemac.com
michael_smith@freddiemac.com
michael_taets@freddiemac.com
michael_trippett@freddiemac.com
mike_dawson@freddiemac.com
mike_wang@freddiemac.com
mintsung_yu@freddiemac.com
mitchell_lawrence@freddiemac.com
mitchell_post@freddiemac.com
mohit_sudhakar@freddiemac.com
monica_satija@freddiemac.com
moroni_noronha@freddiemac.com
muhssin_yacoubi@freddiemac.com
murat_karakurt@freddiemac.com
naruki_hirai@freddiemac.com
natalie_del-villar@freddiemac.com
nazir_dossani@freddiemac.com
nicholas_travaglino@freddiemac.com
nicole_perret-gentil@freddiemac.com
nivritt_bonarji@freddiemac.com

**Company & Corresponding Email Addresses**

olga_maupin@freddiemac.com
owen_eldridge@freddiemac.com
patricia_alayne_evans@freddiemac.com
patricia_cook@freddiemac.com
paul_konigsberg@freddiemac.com
paul_kume@freddiemac.com
perri_henderson@freddiemac.com
peter_federico@freddiemac.com
peter_mahoney@freddiemac.com
peter_zou@freddiemac.com
phil_guth@freddiemac.com
philip_guth@freddiemac.com
philip_mccarty@freddiemac.com
rabea_nawaz@freddiemac.com
ran_yi@freddiemac.com
raven_henderson@freddiemac.com
ravi_ohri@freddiemac.com
ray_romano@freddiemac.com
raymond_powers@freddiemac.com
richard_chung@freddiemac.com
richard_olek@freddiemac.com
richard_wang@freddiemac.com
robert_boese@freddiemac.com
robert_burns@freddiemac.com
robert_carroll@freddiemac.com
robert_fishman@freddiemac.com
robert_padgett@freddiemac.com
robert_philipp@freddiemac.com
robert_volpi@freddiemac.com
robin_grieves@freddiemac.com
robin_phillips@freddiemac.com
robyn_morris@freddiemac.com
rochelle_ballard@freddiemac.com
ronald_daly@freddiemac.com
ronald_ratcliffe@freddiemac.com
rongwen_wu@freddiemac.com
ryan_harn@freddiemac.com
ryan_henning@freddiemac.com
sabrina_rodriguez-harte@freddiemac.com
sadiqa_brown@freddiemac.com
salil_bhatt@freddiemac.com
saliya_wijesekera@freddiemac.com
sally_au-yeung@freddiemac.com
sally_williamson@freddiemac.com
sam_li@freddiemac.com
samantha_thalji@freddiemac.com
sanat_shankardass@freddiemac.com
sandra_miles@freddiemac.com
sang-sub_lee@freddiemac.com
sarah_easterly@freddiemac.com
sarbashis_ghosh@freddiemac.com
satish_iyer@freddiemac.com
scott_bride@freddiemac.com
scott_haymore@freddiemac.com

## Company & Corresponding Email Addresses

sean_flanagan@freddiemac.com
shari_thomas@freddiemac.com
shih-pin@freddiemac.com
shihua_lu@freddiemac.com
si-har_choi@freddiemac.com
stacey_kenneweg@freddiemac.com
stephanie_skinner@freddiemac.com
stephen_delaney@freddiemac.com
stephen_masten@freddiemac.com
steve_guggenmos@freddiemac.com
steve_keleher@freddiemac.com
steve_tips@freddiemac.com
sudha_garg@freddiemac.com
sulaiman_ghaussy@freddiemac.com
sumeet_bhalla@freddiemac.com
sung_choi@freddiemac.com
susan_hamilton@freddiemac.com
susanna_b_kondracki@freddiemac.com
sylvia_garcia@freddiemac.com
tameika_burrell@freddiemac.com
taylor_leavitt@freddiemac.com
terrence_connelly_jr@freddiemac.com
thomas_flynn@freddiemac.com
thomas_fuqua@freddiemac.com
thomas_piontek@freddiemac.com
tim_schmidt@freddiemac.com
timothy_bitsberger@freddiemac.com
timothy_heller@freddiemac.com
ting-ting_yu@freddiemac.com
todd_lines@freddiemac.com
tracy_schuneible@freddiemac.com
tyrice_coates@freddiemac.com
victor_pa@freddiemac.com
vijay_movva@freddiemac.com
vimal_agarwal@freddiemac.com
vinod_kushawaha@freddiemac.com
wayne_schwartz@freddiemac.com
william_boorman@freddiemac.com
william_erwin@freddiemac.com
william_iles@freddiemac.com
xiang_xie@freddiemac.com
xiaoping_xiong@freddiemac.com
xin_zhao@freddiemac.com
yasin_benzawi@freddiemac.com
yi-chun_cheng@freddiemac.com
yinan_wang@freddiemac.com
yuanfan_sun_branson@freddiemac.com
yun-sang_bae@freddiemac.com
zach_peterson@freddiemac.com
zachary_smith@freddiemac.com

### freddimac

mitchell_denberg@freddimac.com

### freedom-capital

kadams@freedom-capital.com

**Company & Corresponding Email Addresses**

kdavis@freedom-capital.com
masmith@freedom-capital.com
mspencer@freedom-capital.com
rdepelteau@freedom-capital.com
smooney@freedom-capital.com
sscranto@freedom-capital.com

**freeler**

bayer.andringa@freeler.nl

**freemontcapital**

pbunnage@freemontcapital.co.uk

**fremontbank**

james.gala@fremontbank.com

**friendsis**

julia.clark@friendsis.com
pinakin.patel@friendsis.com
rob.mason@friendsis.com
rupert.trotter@friendsis.com
terry.o'brian@friendsis.com

**friendsprovident**

gregory.norton@friendsprovident.co.uk
ian.jefferies@friendsprovident.co.uk
jim.cadman@friendsprovident.co.uk
mike.collins@friendsprovident.co.uk
nick.myers@friendsprovident.co.uk
paul.cooper@friendsprovident.co.uk

**frieslandbank**

e.vasbinder@frieslandbank.nl
f.verhees@frieslandbank.nl
wilderinke@frieslandbank.nl

**friuladria**

francescacomar@friuladria.it
mariaantoniettato@friuladria.it
maurodepin@friuladria.it
robertopoleesel@friuladria.it
robertopujatti@friuladria.it

**frk**

abarron@frk.com
abeach@frk.com
acrieder@frk.com
adongon@frk.com
agorlyn@frk.com
ajohnso3@frk.com
amichel@frk.com
amoon@frk.com
amuschott@frk.com
apeters@frk.com
apopovi2@frk.com
asatwalekar@frk.com
aschram@frk.com
bcarris@frk.com
bcrawfo@frk.com
bcryer@frk.com
bfrench@frk.com
bhofman-schwab@frk.com

**Company & Corresponding Email Addresses**

blinde@frk.com
bloder@frk.com
bpiallo@frk.com
bschroer@frk.com
bsevilla@frk.com
btaylor1@frk.com
cchan3@frk.com
cchou@frk.com
cenrico@frk.com
cfung@frk.com
chenn@frk.com
cherrma@frk.com
chiggins@frk.com
cho3@frk.com
cjohnson@frk.com
ckang@frk.com
cmellic@frk.com
cmolumphy@frk.com
cnativi@frk.com
cpetrin@frk.com
cpett@frk.com
cpezino@frk.com
cprice@frk.com
csperry@frk.com
cvillal@frk.com
cwang@frk.com
cyoshim@frk.com
dardini@frk.com
dglazer@frk.com
dhennes@frk.com
dhovey@frk.com
dlam1@frk.com
dlee2@frk.com
dma@frk.com
dmagowan@frk.com
dnelson@frk.com
dnuckle@frk.com
dsanderson@frk.com
dscher@frk.com
dsearle@frk.com
dworkman@frk.com
dyuen@frk.com
dzakaria@frk.com
eabraha@frk.com
eandrie@frk.com
egarvin@frk.com
ejamies@frk.com
elee1@frk.com
eliu@frk.com
elugo@frk.com
emendez@frk.com
emomsen@frk.com
eperks@frk.com
eselenger@frk.com

## Company & Corresponding Email Addresses

etakaha@frk.com
evan.mcculloch@frk.com
ffelicelli@frk.com
ffromm@frk.com
fng@frk.com
frivera@frk.com
gbowers@frk.com
gchen@frk.com
ggahl@frk.com
gjohnson@frk.com
gko@frk.com
greiche@frk.com
gvoyles@frk.com
gwark@frk.com
gyu@frk.com
hmellin@frk.com
hrutt@frk.com
hshin@frk.com
isalem@frk.com
jbattag@frk.com
jbelk@frk.com
jbousma@frk.com
jbrando@frk.com
jchu@frk.com
jconn@frk.com
jcross2@frk.com
jcurti1@frk.com
jdanton@frk.com
jdeeringer@frk.com
jdoyas@frk.com
jgotell@frk.com
jharrison@frk.com
jhilu@frk.com
jholbrook@frk.com
jhopp@frk.com
jjohnst@frk.com
jkohli@frk.com
jlingbe@frk.com
jlusk@frk.com
jmurray1@frk.com
jng@frk.com
jorussell@frk.com
jpomeroy@frk.com
jpscandalios@frk.com
jraymon@frk.com
jrudy@frk.com
jschmic@frk.com
jsnyder@frk.com
jtarpey@frk.com
jwiley@frk.com
kborell@frk.com
kburns@frk.com
khassou@frk.com
kjamro@frk.com

## Company & Corresponding Email Addresses

kjoe@frk.com
kkim@frk.com
kmarsha@frk.com
ksabet@frk.com
kshepherd@frk.com
kstrand@frk.com
ktan@frk.com
kthoma1@frk.com
lburakr@frk.com
lfranzo@frk.com
ljanard@frk.com
lnacari@frk.com
lshirle@frk.com
lstyles@frk.com
madams@frk.com
manadil@frk.com
mbutler@frk.com
mchase@frk.com
mconn@frk.com
mconsta@frk.com
mdong@frk.com
mdoughe@frk.com
mfey@frk.com
mforbes@frk.com
mforst@frk.com
mhasens@frk.com
mjohn@frk.com
mkremer@frk.com
mlam@frk.com
mluan@frk.com
mmccarthy@frk.com
mmessme@frk.com
mmicik@frk.com
mmoberg@frk.com
mparagas@frk.com
mquinlan@frk.com
mreed@frk.com
mshepar@frk.com
mtaglia@frk.com
mverdug@frk.com
mwallac@frk.com
mwan@frk.com
mweisbrod@frk.com
mwilley@frk.com
nbruckn@frk.com
ndoyin@frk.com
nfodor@frk.com
nhoang@frk.com
nshah@frk.com
pempera@frk.com
pfasold@frk.com
pgasant@frk.com
pjhaveri@frk.com
pklein@frk.com

**Company & Corresponding Email Addresses**

pmallon@frk.com
poconno@frk.com
ppalani@frk.com
pstalun@frk.com
pvaruno@frk.com
pwalker@frk.com
ragarwa@frk.com
rbayston@frk.com
rbecker@frk.com
rchan@frk.com
rcostas@frk.com
rcruz@frk.com
rdonate@frk.com
rhart@frk.com
rhsu@frk.com
rkoeste@frk.com
rrendle@frk.com
rsecris@frk.com
rsmythe@frk.com
rsteven@frk.com
rtjader@frk.com
samoroso@frk.com
saraghi@frk.com
scaruso@frk.com
scottlee@frk.com
scraven@frk.com
sdover@frk.com
shaff@frk.com
shooker@frk.com
skornfeld@frk.com
skrucze@frk.com
sland@frk.com
slyons@frk.com
smacdon@frk.com
smcgive@frk.com
sowens@frk.com
speng@frk.com
sperin@frk.com
ssoli@frk.com
swong@frk.com
tbright@frk.com
tchan@frk.com
tcoffey@frk.com
tgoswam@frk.com
thahn@frk.com
tjacobs1@frk.com
tmiller1@frk.com
tnelson@frk.com
tparson@frk.com
tpecore@frk.com
trunkel@frk.com
tsulliv@frk.com
vpatel@frk.com
vpenfie@frk.com

## Company & Corresponding Email Addresses

vproviz@frk.com
vshanho@frk.com
wchong@frk.com
wflynt@frk.com
wvxiang@frk.com
ylager@frk.com
yzhu@frk.com
zperry@frk.com

### frm
karen.hammold@frm.com
rica.trujillo@frm.com

### frontierbank
cwheeler@frontierbank.com
jdickson@frontierbank.com

### frontiernet
karpus@frontiernet.net

### frontier-partners
mmemler@frontier-partners.com

### frostbank
alan.tarver@frostbank.com
bhunt@frostbank.com
bill.frost@frostbank.com
brad.thompson@frostbank.com
brian.maguire@frostbank.com
bschroller@frostbank.com
bsirakos@frostbank.com
cathy.ritter@frostbank.com
cperkins@frostbank.com
deanne.immel@frostbank.com
dfrost@frostbank.com
eric.holt@frostbank.com
gthomas@frostbank.com
hbrison@frostbank.com
hparker@frostbank.com
jason.merritt@frostbank.com
jeffery.elswick@frostbank.com
jlutz@frostbank.com
kcarpenter@frostbank.com
kurt.niemietz@frostbank.com
le.keough@frostbank.com
leigh.olejer@frostbank.com
liz.valenzuela@frostbank.com
mbrell@frostbank.com
mfichtner@frostbank.com
mike.brell@frostbank.com
mjsalazar@frostbank.com
pgalbraith@frostbank.com
richard.woodward@frostbank.com
rmcashan@frostbank.com
steve.shumake@frostbank.com
tdavis@frostbank.com
ted.harper@frostbank.com
terry.frank@frostbank.com
tstringfellow@frostbank.com

**Company & Corresponding Email Addresses**

   vance.arnold@frostbank.com

**frostbant**

   john.miller@frostbant.com

**frostsecurities**

   bill.collins@frostsecurities.com
   steven.ganss@frostsecurities.com

**fsa**

   arudin@fsa.com
   creckin@fsa.com
   dfarrell@fsa.com
   falbus@fsa.com
   glenn_tso@fsa.com
   hkim@fsa.com
   hzhang@fsa.com
   jgarfield@fsa.com
   jhendrickson@fsa.com
   jsifert@fsa.com
   jwolf@fsa.com
   mbyrne@fsa.com
   mweinstein@fsa.com
   rcarney@fsa.com
   rtucker@fsa.com
   skahn@fsa.com
   tkendall@fsa.com

**fsb**

   christian.borjeson@fsb.se
   jan.tradgardh@fsb.se

**fsba**

   barry_mary@fsba.state.fl.us
   benton_john@fsba.state.fl.us
   buchholz_jason@fsba.state.fl.us
   carter_trent@fsba.state.fl.us
   ceurvorst_kevin@fsba.state.fl.us
   chico_christian@fsba.state.fl.us
   collins_lisa@fsba.state.fl.us
   cromer_phyllis@fsba.state.fl.us
   crumpler_amy@fsba.state.fl.us
   daniels_cicely@fsba.state.fl.us
   divine_david@fsba.state.fl.us
   fernald_thomas@fsba.state.fl.us
   fisher_carmen@fsba.state.fl.us
   good_luanne@fsba.state.fl.us
   green_pat@fsba.state.fl.us
   hall_randy@fsba.state.fl.us
   hill_ken@fsba.state.fl.us
   kirchoff_bill@fsba.state.fl.us
   krueger_erik@fsba.state.fl.us
   lombardi_michael@fsba.state.fl.us
   mary_pace@fsba.state.fl.us
   matthews_karen@fsba.state.fl.us
   mccoy_debbie@fsba.state.fl.us
   mcgavin_brian@fsba.state.fl.us
   meeks_bruce@fsba.state.fl.us
   myers_jennifer@fsba.state.fl.us

**Company & Corresponding Email Addresses**

patsy_rick@fsba.state.fl.us
pinkston_joseif@fsba.state.fl.us
ratcliff_carmen@fsba.state.fl.us
seery_scott@fsba.state.fl.us
sherlock_ray@fsba.state.fl.us
sigrist_kevin@fsba.state.fl.us
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us
smith_sheilah@fsba.state.fl.us
swain_julie@fsba.state.fl.us
sykes_nicholas@fsba.state.fl.us
taylor_tim@fsba.state.fl.us
thompson_lynn@fsba.state.fl.us
tzigantcheva_milena@fsba.state.fl.us
webster_trent@fsba.state.fl.us
wnuk_joseph@fsba.state.fl.us
yecco_janice@fsba.state.fl.us

**fsbnm**
pdee@fsbnm.com

**fsbperkasie**
evanvalkenburgh@fsbperkasie.com
kstephon@fsbperkasie.com

**fscey**
ychuang@fscey.gov.tw

**fscnet**
khall@fscnet.com
sjensen@fscnet.com

**fsgrhino**
gomezj@fsgrhino.com
raulsf@fsgrhino.com
tonhaisers@fsgrhino.com

**fskag**
carsten.beckmann@fskag.de
joern.svedelius@fskag.de
martina.davis@fskag.de
sven.dittmer@fskag.de

**fsmail**
simon.tarr@fsmail.net

**ftadvisors**
bradbradley@ftadvisors.com
cfallow@ftadvisors.com
dlindquist@ftadvisors.com
ganderson@ftadvisors.com
miken@ftadvisors.com
rickdoede@ftadvisors.com
rtestin@ftadvisors.com
suebrix@ftadvisors.com
tlarson@ftadvisors.com
wstubbings@ftadvisors.com

**ftb**
dazandstra@ftb.com
jhmoore@ftb.com

**Company & Corresponding Email Addresses**

jsatkins@ftb.com
kaporter@ftb.com

**ftci**

acunagin@ftci.com
adunloy@ftci.com
aowens@ftci.com
aparmar@ftci.com
aschat@ftci.com
atatlock@ftci.com
avonst@ftci.com
awoodtli@ftci.com
bcrawfo@ftci.com
began@ftci.com
bwu@ftci.com
cbarbe@ftci.com
cbunting@ftci.com
cgleason@ftci.com
ckaefe@ftci.com
cklein@ftci.com
clau@ftci.com
cleaong@ftci.com
cmaxwell@ftci.com
crudbar@ftci.com
cscaturo@ftci.com
cwalke@ftci.com
dchan@ftci.com
dlevy@ftci.com
drea@ftci.com
dzhang@ftci.com
econnell@ftci.com
ecosgr@ftci.com
ekeating@ftci.com
emagda@ftci.com
eprice@ftci.com
ereyno@ftci.com
fgonza@ftci.com
gbarreto@ftci.com
guren@ftci.com
ibakrac@ftci.com
jbarne@ftci.com
jbiggs@ftci.com
jcallaghan@ftci.com
jcushin@ftci.com
jfoste@ftci.com
jfoster@ftci.com
jhatch@ftci.com
jkwock@ftci.com
jlu@ftci.com
jmanoo@ftci.com
jmccaleb@ftci.com
jokada@ftci.com
jporti@ftci.com
jraval@ftci.com
jremmert@ftci.com

**Company & Corresponding Email Addresses**

jterry@ftci.com
jtrain@ftci.com
jtuzzo@ftci.com
jwong@ftci.com
kfang@ftci.com
kiwong@ftci.com
kplanta@ftci.com
ksiegel@ftci.com
lkrouner@ftci.com
lmetzendorf@ftci.com
lsergi@ftci.com
magarwala@ftci.com
mfriede@ftci.com
mimeyer@ftci.com
mkill@ftci.com
mlerner@ftci.com
mlindsay@ftci.com
mmater@ftci.com
mpulsi@ftci.com
mteifeld@ftci.com
mtong@ftci.com
mwasson@ftci.com
mweidner@ftci.com
myuen@ftci.com
mzeizel@ftci.com
ndhruv@ftci.com
nmiyawaki@ftci.com
nnoriega@ftci.com
plumer@ftci.com
pmouton@ftci.com
pnatalizzi@ftci.com
pott@ftci.com
prostom@ftci.com
psegal@ftci.com
pweiss@ftci.com
pwirz@ftci.com
rabad@ftci.com
rbridges@ftci.com
rgregg@ftci.com
rjacobs@ftci.com
rsagalyn@ftci.com
rsanch@ftci.com
rscherzer@ftci.com
rwaldn@ftci.com
ryu@ftci.com
salbane@ftci.com
sbirrell@ftci.com
schoi@ftci.com
scoco@ftci.com
scsmith@ftci.com
sfairf@ftci.com
sgiroux@ftci.com
sgoodside@ftci.com
shartn@ftci.com

**Company & Corresponding Email Addresses**

shartnett@ftci.com
showard@ftci.com
smanson@ftci.com
spiggo@ftci.com
ssingh@ftci.com
sthorm@ftci.com
svito@ftci.com
tcolgan@ftci.com
tkuo@ftci.com
tmullig@ftci.com
tsullivan@ftci.com
tsvidler@ftci.com
twilli@ftci.com
unitt.david@ftci.ch
vlipscom@ftci.com
vshah1@ftci.com
wkeyser@ftci.com
wleffi@ftci.com
wmiller@ftci.com
wyun@ftci.com
ykomat@ftci.com

**ftcm**

charlie.mccaghey@ftcm.com
frank.lancia@ftcm.com
howard.lothrop@ftcm.com
steve.valadie@ftcm.com

**f-tech**

libsavbk@f-tech.net

**ftna**

schevallier@ftna.com

**ftnfinancial**

addison.hanan@ftnfinancial.com
alan.jankowski@ftnfinancial.com
billy.quinn@ftnfinancial.com
byron.culpepper@ftnfinancial.com
carver.wickman@ftnfinancial.com
chris.goodson@ftnfinancial.com
chris.tolkin@ftnfinancial.com
christian.turner@ftnfinancial.com
deke.iglehart@ftnfinancial.com
george.holiat@ftnfinancial.com
jack.spross@ftnfinancial.com
jeff.jackson@ftnfinancial.com
jenny.brindell@ftnfinancial.com
joe.scavone@ftnfinancial.com
kelly.hendricks@ftnfinancial.com
kevin.kelly@ftnfinancial.com
lydia.jung@ftnfinancial.com
martin.shea@ftnfinancial.com
mike.allen@ftnfinancial.com
mike.heflin@ftnfinancial.com
mike.kisber@ftnfinancial.com
mike.scanlon@ftnfinancial.com

**ftnmidwest**

**Company & Corresponding Email Addresses**

billy.bischoff@ftnmidwest.com
breege.rohan@ftnmidwest.com
cheryl.hamilton@ftnmidwest.com
chrys.hellman@ftnmidwest.com
darryl.atwater@ftnmidwest.com
dennis.powell@ftnmidwest.com
eric.choi@ftnmidwest.com
geff.gioia@ftnmidwest.com
gerry.lauro@ftnmidwest.com
jim.toth@ftnmidwest.com
ken.stumphauzer@ftnmidwest.com
kent.lillick@ftnmidwest.com
kristen.laughlin@ftnmidwest.com
kristi.oquin@ftnmidwest.com
liz.mcmaster@ftnmidwest.com
mark.zengo@ftnmidwest.com
matt.sellecchia@ftnmidwest.com
mike.oboyle@ftnmidwest.com
mike.powell@ftnmidwest.com
quinn.vork@ftnmidwest.com
robert.wazevich@ftnmidwest.com
stacie.jovancevic@ftnmidwest.com
steve.doll@ftnmidwest.com
stuart.simpson@ftnmidwest.com
todd.kreitzman@ftnmidwest.com
todd.wood@ftnmidwest.com

**ftportfolios**

aroggensack@ftportfolios.com
bbredemeier@ftportfolios.com
bhensley@ftportfolios.com
bobcarey@ftportfolios.com.com
bporcellino@ftportfolios.com
cpeterson@ftportfolios.com
cvantil@ftportfolios.com
dmcgarel@ftportfolios.com
dpatel@ftportfolios.com
dwaldron@ftportfolios.com
jbowen@ftportfolios.com
jeffsamuel@ftportfolios.com
jerickson@ftportfolios.com
johnphillips@ftportfolios.com
jsherren@ftportfolios.com
khass@ftportfolios.com
kpoetz@ftportfolios.com
mbradley@ftportfolios.com
mdebella@ftportfolios.com
mdvorak@ftportfolios.com
mmurray@ftportfolios.com
rdoede@ftportfolios.com
ronmcalister@ftportfolios.com
rswiatek@ftportfolios.com
scollins@ftportfolios.com
sjardine@ftportfolios.com

**ftsfund**

## Company & Corresponding Email Addresses

huanglin@ftsfund.com
jessicalin@ftsfund.com
liushuiyun@ftsfund.com
ricocheung@ftsfund.com
tonyzhang@ftsfund.com
weimin_chang@ftsfund.com
wuxiyan@ftsfund.com
xueruidong@ftsfund.com
zhaoxiaodong@ftsfund.com
zhuguoqing@ftsfund.com

**fujibank**
fred_caparoso@fujibank.co.jp
jim_fayen@fujibank.co.jp
kurt_hahn@fujibank.co.jp
laura_ng@fujibank.co.jp
naohiko_tominaga@fujibank.co.jp
renaud_viguier@fujibank.co.jp
richard_ho@fujibank.co.jp
tadahiko_minakuchi@fujibank.co.jp
vincent_ingato@fujibank.co.jp

**fuji-bank**
richard.allen@fuji-bank.co.uk

**fujisawa**
bernd.schweigert@fujisawa.de

**fujisec**
bjensen@fujisec.com
dgalante@fujisec.com
jdipaolo@fujisec.com

**fujitsu**
cnice@us.fujitsu.com

**fukuibank**
fbk00801@fukuibank.jp
fbk00803@fukuibank.jp

**fullerton**
brambos@fullerton.com.sg
chialin@fullerton.com.sg
guanyi@fullerton.com.sg
guatcheng@fullerton.com.sg
huihoon@fullerton.com.sg
karenchia@fullerton.com.sg
shirin@fullerton.com.sg
terrenceteo@fullerton.com.sg

**fullertonfinancial**
mariamelsamny@fullertonfinancial.com
rajeevkakar@fullertonfinancial.com

**fult**
ctruran@fult.com
jradick@fult.com
kpaich@fult.com
lslagel@fult.com

**fultonfinancialadvisors**
aschadt@fultonfinancialadvisors.com
batwater@fultonfinancialadvisors.com
bkinney@fultonfinancialadvisors.com

## Company & Corresponding Email Addresses

cginder@fultonfinancialadvisors.com
eperis@fultonfinancialadvisors.com
jmentzer@fultonfinancialadvisors.com
jphillips@fultonfinancialadvisors.com
kkayser@fultonfinancialadvisors.com
lwatkins@fultonfinancialadvisors.com
mmcvey@fultonfinancialadvisors.com
nwilliams@fultonfinancialadvisors.com
rdiem@fultonfinancialadvisors.com
research@fultonfinancialadvisors.com
tdowning@fultonfinancialadvisors.com
twalden@fultonfinancialadvisors.com
tweber@fultonfinancialadvisors.com

### funb

anne.harrison@funb.com
bill.dobson@funb.com
bill.orr@funb.com
bob.kursar@funb.com
brad.haynes@capmark.funb.com
cary.schabert@capmark.funb.com
chris.choka@funb.com
dan.miller@funb.com
dane.smith@funb.com
david.ball@funb.com
david.roberts@funb.com
derek.rodberg@funb.com
derrick.shea@capmark.funb.com
ed.ross@funb.com
george.mclanahan@capmark.funb.com
glen.ostrander@funb.com
hamilton.davis@funb.com
jackie.kogler@capmark.funb.com
james.doyle@capmark.funb.com
james.paviolitis@capmark.funb.com
jay.braden@funb.com
jennifer.wisinski@funb.com
jerri.kallam@funb.com
jim.skufca@capmark.funb.com
john.barlow@funb.com
john.reilly@funb.com
julie.bouhuys@capmark.funb.com
justin.dillashaw@funb.com
kevin.ryan@funb.com
kimball.galbraith@capmark.funb.com
mackenzie.alpert@funb.com
mark.vitner@capmark.funb.com
paul.zajac@funb.com
randy.white@capmark.funb.com
robin.sheth@funb.com
scott.fuller@capmark.funb.com
sean.suh@capmark.funb.com
thorne.gregory@capmark.funb.com
thorne.gregory@funb.com
tony.butler@capmark.funb.com

**Company & Corresponding Email Addresses**

troy.raby@funb.com
vanessa.answini@funb.com

**fundadministration**
bmohamed@fundadministration.com
droawden@fundadministration.com
gust@fundadministration.com
rrosario@fundadministration.com

**fundaministration**
lferone@fundaministration.com

**fundex**
yutaka.ishikawa@fundex.co.jp

**fundmaster**
asita.lotfi@fundmaster.de
heiko.reinhardt@fundmaster.de

**fundquest**
alice.nguyen-desideri@fundquest.fr
claire.thoulouze-fiastre@fundquest.fr

**furmanselz**
dfein@furmanselz.com

**fwg**
lsolmor@fwg.com
tmelillo@fwg.com
tmurphy@fwg.com

**fxstructuring**
hoon@fxstructuring.com

**ga**
sano-k@ga.toyo-eng.co.jp
ubukata-c@ga.toyo-eng.co.jp

**gabelli**
fcribiore@gabelli.com
hwoodson@gabelli.com

**gafri**
mfrings@gafri.com

**gallahergroup**
jason.baits-tomlin@gallahergroup.com

**gallaherltd**
claire.jenkins@gallaherltd.com
jacky.stockman@gallaherltd.com

**gamgb**
jerry.gowling@gamgb.com
johnny.summers@gamgb.com

**gannett**
gmartore@gcil.gannett.com
mlohr@gci1.gannett.com
ngugliel@gci1.gannett.com
wrigger@gannett.com

**gap**
cris_carroll@gap.com
joachim_wettermark@gap.com
leslie_alter@gap.com
susan_kroger@gap.com

**gapac**
krobert@gapac.com
lsilverm@gapac.com

## Company & Corresponding Email Addresses

mkkelly@gapac.com
mvdelore@gapac.com
npharrel@gapac.com
pmjohnso@gapac.com

### garanti
bariska@garanti.com.tr
ereny@garanti.com.tr
guclug@garanti.com.tr
hakankuy@garanti.com.tr
kivancf@garanti.com.tr
mehmetp@garanti.com.tr
muratsaa@garanti.com.tr
onurkis@garanti.com.tr
sinanb@garanti.com.tr
uruze@garanti.com.tr

### garantim
dealer@garantim.ru

### gardner
siep@gardner.ch

### gardnerrich
jberges@gardnerrich.com

### gargill
deborah_pederson@gargill.com

### garlandisd
jasmith@garlandisd.net

### gar-ltd
jamesklee@gar-ltd.com

### garnerasset
gatkins@garnerasset.com

### gartmore
adam.mcconkey@gartmore.com
adrian.darley@gartmore.com
ahrie.moon@gartmore.com
aisling.o'reilly@gartmore.com
alan.hadley@gartmore.com
alexander.phillips@gartmore.com
alexandre.voitenok@gartmore.com
alok.basu@gartmore.com
amanda.barry@gartmore.com
amanda.long@gartmore.com
amy.lattimore@gartmore.com
andrew.carter@gartmore.com
andrew.mann@gartmore.com
andrew.marshall@gartmore.com
andrew.russell@gartmore.com
andrew.verplanck@gartmore.com
andy.maniwa@japan.gartmore.com
angela.mcdermott@gartmore.com
angie.goeritz@gartmore.com
angus.woolhouse@gartmore.com
anjani.mediratta@gartmore.com
ashley.willing@gartmore.com
azusa.ikezaki@japan.gartmore.com
barry.marshall@gartmore.com

## Company & Corresponding Email Addresses

ben.walker@gartmore.com
ben.wallace@gartmore.com
bob.jolly@gartmore.com
brian.oneill@gartmore.com
bruce.taylor@gartmore.com
burvillc@gartmore.com
caroline.joslin@gartmore.com
chalse.caine@gartmore.com
charles.bonham@gartmore.com
charlie.awdry@gartmore.com
chris.sims@gartmore.com
christiane.pratsch@gartmore.com
christopher.mcvey@gartmore.com
christopher.palmer@gartmore.com
clare.buckley-jones@gartmore.com
danielle.bragg@gartmore.com
darren.verbeer@gartmore.com
dave.thompson@gartmore.com
david.elias@gartmore.com
david.middleton@gartmore.com
david.r.james@gartmore.com
edward.wallace@gartmore.com
eileen.bynon@gartmore.com
elaine.gordon@gartmore.com
elliott.flynn@gartmore.com
emma.ridout@gartmore.com
francesa.ronco@gartmore.com
francis.reid@gartmore.com
frank.wedekind@gartmore.com
gary.clarke@gartmore.com
gavin.cartledge@gartmore.com
geoff.ayscough@gartmore.com
gervais.williams@gartmore.com
glenda.horn@gartmore.com
graham.martin@gartmore.com
guillaume.rambourg@gartmore.com
hamish.chamberlayne@gartmore.com
hardeep.rai@gartmore.com
hilary.speller@gartmore.com
hugh.greves@gartmore.com
james.mcintosh@gartmore.com
james.r.stevens@gartmore.com
jamie.lewin@gartmore.com
jeff.kerrigan@gartmore.com
jeffrey.meyer@gartmore.com
jenney.zhang@gartmore.com
jennifer.wells@gartmore.com
jeremy.wells@gartmore.com
jerry.campbell@gartmore.com
jia-yia.heng@gartmore.com
joe.cole@gartmore.com
john.humphries@gartmore.com
john.kingsbury@gartmore.com
john.lambert@gartmore.com

**Company & Corresponding Email Addresses**

john.small@gartmore.com
john.stewart@japan.gartmore.com
john.thornton@gartmore.com
jonathan.sharpe@gartmore.com
jonathan.windust@gartmore.com
julie.skedd@gartmore.com
justin.bowles@japan.gartmore.com
kaoru.ueno@japan.gartmore.com
karl.bergqwist@gartmore.com
kate.middleton@gartmore.com
katie.thompson@gartmore.com
kenny.graham@gartmore.com
kuldip.shergill@gartmore.com
leopold.arminjon@gartmore.com
lisa.garnett@gartmore.com
lisa.newman@gartmore.com
lucy.legget@gartmore.com
luke.smith@gartmore.com
marcelo.lopez@gartmore.com
mark.bishop@gartmore.com
mark.purdy@gartmore.com
mark.widdowson@gartmore.com
martin.phipps@gartmore.com
martyn.simmons@gartmore.com
michael.marshall@gartmore.com
michael.maughan@gartmore.com
michael.white@gartmore.com
mike.gleason@gartmore.com
mike.wienfield@gartmore.com
moira.fitzgerald@gartmore.com
moni.shergill@gartmore.com
muriel.kale@gartmore.com
nana.francois@gartmore.com
narumi.ariyoshi@japan.gartmore.com
neil.rogan@gartmore.com
nick.heasman@gartmore.com
nick.reid@japan.gartmore.com
nigel.kennett@gartmore.com
nisha.bilkhu@gartmore.com
nita.pattni@gartmore.com
oleg.zuravljov@japan.gartmore.com
paul.newman@gartmore.com
peter.dalgleish@gartmore.com
philip.croft@gartmore.com
philip.ehrmann@gartmore.com
rachel.willis@gartmore.com
ravinder.mehta@gartmore.com
richard.baldwin@gartmore.com
richard.clode@gartmore.com
richard.evans@gartmore.com
richard.prvulovich@gartmore.com
rina.asano@japan.gartmore.com
rob.giles@gartmore.com
robert.boukhoufane@gartmore.com

## Company & Corresponding Email Addresses

robert.harris@gartmore.com
robert.murphy@gartmore.com
robert.ritchie@gartmore.com
roger.guy@gartmore.com
sacha.sadan@gartmore.com
sarahmclaren@gartmore.com
sebastian.barry-taylor@gartmore.com
seok.teoh@gartmore.com
sho.osanai@japan.gartmore.com
simon.clements@gartmore.com
simon.cowie@gartmore.com
simon.king@gartmore.com
simon.peters@gartmore.com
simon.surtees@gartmore.com
sophie.brown@gartmore.com
stephen.johnstone@gartmore.com
stephen.jones@gartmore.com
stephen.joseph@gartmore.com
stephen.sharman@gartmore.com
tamsin.quayle@gartmore.com
tara.doyle@gartmore.com
tim.callaghan@gartmore.com
timothy.bradshaw@gartmore.com
tina.rogers@gartmore.com
tobias.grun@gartmore.com
tom.hedges@gartmore.com
tom.sipp@gartmore.com
tomas.pinto@gartmore.com
vanessa.scala@gartmore.com
vanni.vecchini@gartmore.com
vasantha@gartmore.com
vincent.musumeci@japan.gartmore.com
william.edgar@gartmore.com
zachia.mehdi@gartmore.com

### gasunie
c.j.g.m.hendriks@gasunie.nl

### gatewaybankpa
nfaust@gatewaybankpa.com

### gazdefrance
charles.ranunkel@gazdefrance.com
christian.baux@gazdefrance.com
emmanuel.hedde@gazdefrance.com
eric.vambert@gazdefrance.com
frederique.dufresnoy@gazdefrance.com
jean-francois.cirelli@gazdefrance.com
luc.join-lambert@gazdefrance.com
marc.haestier@gazdefrance.com
philippe.jeunet@gazdefrance.com

### gb
andy.bourne@gb.vodafone.co.uk

### gbancaja
acanori@bcj.gbancaja.com
agarciacar@bcj.gbancaja.com
agarciap@geb.gbancaja.com

**Company & Corresponding Email Addresses**

asarrio@bcj.gbancaja.com
cmontesinosb@bcj.gbancaja.com
ealvarez@bcj.gbancaja.com
ellisoc@bcj.gbancaja.com
eroca@bcj.gbancaja.com
fblascosa@bga.gbancaja.com
fgomezm@bga.gbancaja.com
gcaballerocas@bga.gbancaja.com
hnarrillos@bcj.gbancaja.com
hsanchis@bcj.gbancaja.com
isastriques@bcj.gbancaja.com
jborrasto@bga.gbancaja.com
jcontrerasa@bcj.gbancaja.com
jdomingofo@bcj.gbancaja.com
jgarciamu@bga.gbancaja.com
jsalavert@bcj.gbancaja.com
lcano@bcj.gbancaja.com
mferrer@bcj.gbancaja.com
mguillenfu@geb.gbancaja.com
msoriana@bcj.gbancaja.com
mtorresfer@bga.gbancaja.com
pfaus@bcj.gbancaja.com
rparramo@bga.gbancaja.com
ssantos@bcj.gbancaja.com

**gbank**

thomas.fallon@fpconsult.gbank.com

**gbf**

e.nilting@gbf.nl
f.el.kanfoudi@gbf.nl
f.reich@gbf.nl
h.folkers@gbf.nl
j.kakebeeke@gbf.nl
l.oorthuizen@gbf.nl
p.van.hal@gbf.nl
p.wellens@gbf.nl
r.crijns@gbf.nl
w.schapendonk@gbf.nl
y.qin@gbf.nl

**gbf-info**

f.koopmans@gbf-info.nl

**gbophb**

dave_zellner@gbophb.org
mcallahan@gbophb.org

**gccapitalmarkets**

gc@gccapitalmarkets.com

**gcinc**

becky.rinaldi@gcinc.com

**gcm**

alec.crawford@gcm.com
aleshia.toussaint@gcm.com
bharat.navani@gcm.com
bill.williams@gcm.com
borkerj@gcm.com
brian.redmond@gcm.com

**Company & Corresponding Email Addresses**

bryan.burns@gcm.com
bryan.verona@gcm.com
chris.schultz@gcm.com
coccak@gcm.com
coganj@gcm.com
david.drennen@gcm.com
david.norris@gcm.com
diana.illuzzi@gcm.com
don.wood@gcm.com
doug.bryant@gcm.com
harry.paschalidis@gcm.com
jamie.smiles@gcm.com
jason.beckett@gcm.com
jennifer.jolly@gcm.com
joe.caiola@gcm.com
jorge.portugal@gcm.com
jose.mazas@gcm.com
katelyn.fallon@gcm.com
koren.richards@gcm.com
laura.citarella@gcm.com
linda.spiewak@gcm.com
marx@gcm.com
michael.migliaccio@gcm.com
morganm@gcm.com
peter.keenan@gcm.com
richard.oconnell@gcm.com
rob.wahl@gcm.com
ryan.day@gcm.com
sius@gcm.com
steve.sherrick@gcm.com
tyson.iravani@gcm.com

**gcoelf**
mwallace@gcoelf.com
rpage@gcoelf.com
wsmith@gcoelf.com

**gcr**
rferguson@gcr.com
soflahe@gcr.com

**gcre**
mcoye@gcre.com

**gcspartners**
aceiii@gcspartners.com

**gdbmacau**
treasury@gdbmacau.com

**gdbny**
sgalib@gdbny.org

**ge**
aaron.palmer@ge.com
adam.ackermann@ge.com
adam.hewson@ge.com
adam.ilkowitz@ge.com
adrienne.zeigler@ge.com
agnes.harsoataki@ge.com
ahnsh@crd.ge.com

## Company & Corresponding Email Addresses

ajay.jain@ge.com
alan.white@ge.com
alexander.rybchinsky@corporate.ge.com
alice.chu@geahk.ge.com
alice.pacthod@ge.com
alkemper@research.ge.com
alla.zaydman@ge.com
allan.pagnotta@ge.com
allison.owens@ge.com
alok.sondhi@ge.com
alpa.shah@ge.com
amanda.vanheyst@ge.com
amershi.gada@corporate.ge.com
amy.brady@ge.com
amy.shen@ge.com
andrea.burriesci@ge.com
andrew.choe@ge.com
andrew.chou@ge.com
andrew.decastro@ge.com
andrew.maselli@corporate.ge.com
andrew.xiao@ge.com
anish.patel1@ge.com
anita.shipp@ge.com
anivelca.abreu@ge.com
anna.olander@ge.com
anna.pandey@ge.com
anthony.mariani@ge.com
anuj.sarin@geind.ge.com
arthur.aaronson@corporate.ge.com
arthur.dikansky@ge.com
arvind.narayanan@ge.com
atanas.goranov@ge.com
barbara.henry@ge.com
barney.rosen@ge.com
barry.perhac@ge.com
ben.ross@corporate.ge.com
berk.kislal@ge.com
beth.morrow@ge.com
bill.cary@ge.com
bill.fischer@ge.com
bill.waterfield@ge.com
bob.kaelin@corporate.ge.com
bob.plunkett@ge.com
bob_herlund@mortgage.ge.com
bond.harberts@ge.com
boon-siong.chan@ge.com
brad.ellis@ge.com
brad.postema@corporate.ge.com
brent.jones@ge.com
brett.wise@ge.com
brian.binkley@ge.com
brian.frank@ge.com
brian.gloudemans@ge.com
brian.hopkinson@ge.com

**Company & Corresponding Email Addresses**

brooke.mcdermott@ge.com
bushsf@research.ge.com
carole.mcquillan@corporate.ge.com
caroline.braunfeld@ge.com
carrie.harvey@ge.com
chalermk@crd.ge.com
charles.pignatelli@ge.com
charles.powell@ge.com
charles.rhodes@ge.com
charles.stuart@ge.com
chen.wu@ge.com
cheri.nicholas@corporate.ge.com
ching.pan@ge.com
chirag.h.shah@ge.com
chitranjan.sinha@corporate.ge.com
chitranjan.sinha@ge.com
chris.lewis@corporate.ge.com
chrisd.brown@ge.com
christian.damato@corporate.ge.com
christian.langevin@ge.com
christine.campisi@ge.com
christine.delalla@corporate.ge.com
christine.turecek@corporate.ge.com
christophe.cerisier@ge.com
christopher.coffey@ge.com
christopher.d.young@ge.com
christopher.hottois@ge.com
christopher.milligan@ge.com
christopher.sierakowski@ge.com
christopher.simone@ge.com
christyann.razzano@corporate.ge.com
clark@crd.ge.com
corinne.martindale@corporate.ge.com
cormac.donohoe@ge.com
craig.braun@ge.com
craig.enright@corporate.ge.com
craig.varrelman@corporate.ge.com
cristin.caufield@ge.com
cristina.y.romero@ge.com
daizo.motoyoshi@ge.com
damian.maroun@ge.com
dan.janki@ge.com
dan.sheehan@corporate.ge.com
daniel.melnyk@corporate.ge.com
daphne.roderick@corporate.ge.com
darren.arrowsmith@ge.com
dave.alexander@ge.com
dave.huet@ge.com
david.carlson@corporate.ge.com
david.masse@ge.com
david.mcdonald@corporate.ge.com
david.rusate@ge.com
david.santacroce@ge.com
dawn.sadler@ge.com

**Company & Corresponding Email Addresses**

deane.martire@ge.com
declan.walsh@ge.com
derek.li@ge.com
detra.webb@corporate.ge.com
diane.heck@ge.com
diane.spinato@corporate.ge.com
diane.wehner@ge.com
diego.cardenas@corporate.ge.com
don.duncan@corporate.ge.com
doug.tapley@ge.com
dwayne.coker@ge.com
edward.ha@ge.com
eimear.omalley@ge.com
elaine.bloxham@ge.com
elena.ganeva@ge.com
elizabeth.carey@ge.com
elvisr.konyaole@ge.com
eric.greenshields@ge.com
erica.jacobson@ge.com
esther.baroudy@ge.com
eugene.bolton@corporate.ge.com
evelyn.herrera@ge.com
evelyne.etienne@ge.com
fabrice.pedro-rousselin@ge.com
fabrizio.vitiello@ge.com
federico.noera@np.ge.com
francesco.racheli@np.ge.com
garrett.wilson@ge.com
geam.research@geam.ge.com
geoffrey.fila@ge.com
george.bicher@ge.com
gianpaolo.marchetti@ge.com
gillen.bryan@corporate.ge.com
giuseppe.recchi@corporate.ge.com
greg.bouleris@ge.com
greg.hartch@corporate.ge.com
greg.rodetis@corporate.ge.com
gregory.raab@ge.com
hannah.cheng@ge.com
hany.saleeb@ge.com
harry.vlandis@ge.com
henry.keller@ge.com
hideki.kubota@ge.com
hillary.smith@corporate.ge.com
hong.zhao@ge.com
irene.eddy@ge.com
james.mitchell.jr@corporate.ge.com
james.palmieri@ge.com
james.persico@ge.com
jane.hackney@ge.com
jason.batch@ge.com
jason.bristow@corporate.ge.com
jay.ireland@ge.com
jeff.fitts@ge.com

**Company & Corresponding Email Addresses**

jeffrey.looby@ge.com
jeffrey.skinner@ge.com
jennifer.fierstein@corporate.ge.com
jennifer.matheny@ge.com
jennifer.o'shea@ge.com
jeremy.dent@ge.com
jerome.bire@ge.com
jerry.igou@ge.com
jessica.madura@ge.com
jessie.su@corporate.ge.com
jiangxu@research.ge.com
jim.gannon@ge.com
jim.kellerk@ge.com
jing2.liu@ge.com
jinny.choi@corporate.ge.com
joab.tjiungwanara@ge.com
joan.okogun@ge.com
joanna.morris@corporate.ge.com
joanna.young@ge.com
john.campos@corporate.ge.com
john.chun@ge.com
john.ferencz@ge.com
john.flynn2@ge.com
john.myers@ge.com
john.rowell@ge.com
john.schaetzl@ge.com
john.tornatore@ge.com
jonathan.mcwilliams@ge.com
jonathan.passmore@ge.com
joseph.crowell@corporate.ge.com
joseph.eichler@ge.com
joseph.mcquade@corporate.ge.com
joseph.prial@corporate.ge.com
judith.studer@ge.com
judy.gau@corporate.ge.com
judy.lenhardt@ge.com
jue.wang@ge.com
julieta.sinisgalli@ge.com
june.liao@ge.com
justin.r.reed@ge.com
kapil.singh@corporate.ge.com
kareem.lee@ge.com
karen.burston@ge.com
karen.harford@ge.com
karen.l.beyer@ge.com
karen.vandecastle@ge.com
karl.kieffer@ge.com
katherine.talaga@ge.com
kathleen.brooks@ge.com
katie.reichle@ge.com
katy.rossow@ge.com
kb.lee@geahk.ge.com
kedar.timblo@ge.com
keith.dondl@ge.com

**Company & Corresponding Email Addresses**

keith.jochims@med.ge.com
ken.rosenberg@ge.com
kenneth.grogan@corporate.ge.com
kevin.d'elia@ge.com
kieron.kelly@ge.com
kimberly.gillis@ge.com
kin.liu@ge.com
kishan.pandey@ge.com
kristian.erickson@corporate.ge.com
kristin.peloso@ge.com
kristina.zucchi@corporate.ge.com
kristy.hudson@ge.com
leah.moehlig@ge.com
leanne.kurtzweil@ge.com
lee.karen@ge.com
lewis.tatananni@corporate.ge.com
lily.chang@corporate.ge.com
linda.switzer@corporate.ge.com
lissette.stanski@corporate.ge.com
louise.bohemier@ge.com
luci.pellegrino@ge.com
lucille.liu@corporate.ge.com
lynn.gosselin@ge.com
manoj.shinde@ge.com
margot.lyons@ge.com
maria.shclover@ge.com
marianna.enaye@ge.com
mark.blankstein@ge.com
mark.buccigross@ge.com
mark.freudenthal@ge.com
mark.gorodinsky@ge.com
mark.h.johnson@corporate.ge.com
mark.hutchinson@ge.com
mark.lewis@corporate.ge.com
mark.mitchell@corporate.ge.com
martin.mahoney@ge.com
mary.boyle@ge.com
mary.ella.crane@corporate.ge.com
mary.f.green@ge.com
maryann.claravall@ge.com
maryann.vando@ge.com
matt.susser@ge.com
matthew.danielle@ge.com
matthew.pacifico@ge.com
matthieu.kerhuel@ge.com
maura.fitzgerald@ge.com
maureen.mcdonough@corporate.ge.com
michael.cipolla@ge.com
michael.grayer@ge.com
michael.house@corporate.ge.com
michael.martini@ge.com
michael.nowakowski@ge.com
michael.rogers@corporate.ge.com
michael.salice@ge.com

**Company & Corresponding Email Addresses**

michael.stone@ge.com
michael.ungari@corporate.ge.com
michael.weygand@ge.com
michelle.butler@ge.com
michelle.crawford@ge.com
mike.bellusci@ge.com
mike.caufield@corporate.ge.com
mike.huang@ge.com
mike.ricciuti@corporate.ge.com
mike.solecki@ge.com
mildred.lorenti@corporate.ge.com
miles.alexander@ge.com
mindy.samitt@ge.com
moira.duncan@ge.com
nanci.natale@ge.com
nancya.ward@ge.com
nathan.estes@ge.com
nicholas.koutsoftas@ge.com
nicolas.caron@ge.com
nigel.houghton@ge.com
pamela.westmoreland@ge.com
pankaj.kwatra@corporate.ge.com
pankaj.potnis@corporate.ge.com
paolo.maturo2@ge.com
patrick.bernard@corporate.ge.com
patrick.carlin@ge.com
paul.colonna@corporate.ge.com
paul.glacken@ge.com
paul.nestro@corporate.ge.com
paul.reinhardt@ge.com
peggy.james@corporate.ge.com
peter.benda@ge.com
peter.connolly@ge.com
peter.gero@ge.com
peter.gillespie@corporate.ge.com
peter.graham1@ge.com
peter.hathaway@ge.com
peter.hunter@corporate.ge.com
peter.maguire@corporate.ge.com
phil.riordan@corporate.ge.com
philip.mulvihill@ge.com
philip.mutooni@ge.com
ping.zhou@corporate.ge.com
polly.pao@ge.com
possolo@research.ge.com
radu.neagu@research.ge.com
rajat.sarup@ge.com
ralph.layman@corporate.ge.com
ramanaka@crd.ge.com
ravi.pamnani@ge.com
ray.geisler@ge.com
rebecca.cain@ge.com
rebecca.ford@ge.com
rebecca.milligan@ge.com

## Company & Corresponding Email Addresses

rian.caufield@ge.com
rian.caufman@ge.com
rich.laxer@ge.com
rich.urban@corporate.ge.com
richard.leyman@ge.com
richard.miller@ge.com
rita.duggan@ge.com
ritesh.verma@ge.com
rob.hadley@ge.com
rob.moores@ge.com
robert.jasminski@ge.com
robert.kelly@ge.com
robert.macdougall@corporate.ge.com
robert.manfreda@ge.com
robert.mayr@ge.com
robert.mcmahon@ge.com
robert.obolewicz@ge.com
robert.robin@ge.com
robert.schildhouse@ge.com
robert.wright2@ge.com
roman.nadgor@ge.com
ronald.pressman@ge.com
roy.lenahan@ge.com
ruta.ziverte@ge.com
ryan.carrington@ge.com
ryan.fox@ge.com
ryan.karchner@corporate.ge.com
salvatore.martone@ge.com
samantha.moran@ge.com
samit.ghosh@ge.com
samit.paul@geind.ge.com
sandra.okeefe@ge.com
sarah.hedger@ge.com
sarah.nash@ge.com
scott.greenberg@ge.com
scott.seegers@corporate.ge.com
sean.newman@ge.com
seth.albert@corporate.ge.com
shailesh.shah@ge.com
shaunn.griffiths@ge.com
sinead.haughey@ge.com
sprague.rient@ge.com
stella.lou-delucia@corporate.ge.com
stephen.devos@corporate.ge.com
stephen.gelhaus@ge.com
steve.chernyakhovsky@ge.com
steve.fierstein@ge.com
steve.kluger@ge.com
steve.levanti@corporate.ge.com
steve.white@ge.com
steven.postal@ge.com
steven.weiss@ge.com
sumith.kudroli@ge.com
susan.mangiero@corporate.ge.com

## Company & Corresponding Email Addresses

teresa.sison@ge.com
thomas.aust@ge.com
thomas.chidester@ge.com
thomas.collins@corporate.ge.com
thomas.kronzer@ge.com
thomas.mockler@corporate.ge.com
thomas.ng@ge.com
tim.carfi@ge.com
timothy.yanoti@ge.com
tina.jung@ge.com
tinh.tieu@ge.com
tobe.epstein@corporate.ge.com
todd.gronski@ge.com
todd.murray@ge.com
todd.ragusa@ge.com
tom.lincoln@ge.com
tom.murray1@ge.com
tony.chacko@ge.com
tony.shizari@ge.com
vaidheesh.krishnamurti@ge.com
venkatesh.devarajan@ge.com
vijay.sarathi@geind.ge.com
vinita.rustagi@gecis.ge.com
vinod.pedhambkar@ge.com
vishal.v.patel@ge.com
vitamarie.pike@corporate.ge.com
walt.ruane@ge.com
wendy.agnew@ge.com
william.healey@corporate.ge.com
william.hendricks@ge.com
williamj@research.ge.com
winnie.chu@corporate.ge.com
won.lee@ge.com
ying.xiong@ge.com
yong.xu@corporate.ge.com
zak.abideen@ge.com
zami.salaria@ge.com
zhao.wang@ge.com

### geberit
muriel.baumann@geberit.com

### gecapital
andrew.noonan@gecapital.com
anne.sander@gecapital.com
anthony.grate@gecapital.com
ben.perlman@gecapital.com
bruce.buchanon@gecapital.com
christian.donohue@gecapital.com
craig.fecke@gecapital.com
darren.alcus@gecapital.com
dave.allen@gecapital.com
david.steel@gecapital.com
gavin.reilly@gecapital.com
george.lee@gecapital.com
greg.wilson@gecapital.com

## Company & Corresponding Email Addresses

helena.song@gecapital.com
jamie.michaels@gecapital.com
jeffrey.knopping@gecapital.com
jeffrey.lupoff@gecapital.com
jerry.jin@gecapital.com
john.ahern@gecapital.com
john.aronsohn@gecapital.com
john.bonino@gecapital.com
john.endres@gecapital.com
john.outland@gecapital.com
jon.lucia@gecapital.com
julian.hantrais@gecapital.com
june.campbell@gecapital.com
keith.kennedy@gecapital.com
ken.nishimura@gecapital.com
kristi.colburn@gecapital.com
lamar.kinney@gecapital.com
margaret.kim@gecapital.com
mark.benaharon@gecapital.com
mark.decruccio@gecapital.com
martin.meloun@gecapital.com
masey.lock@gecapital.com
matthew.connolly@gecapital.com
michael.dente@gecapital.com
michael.johnston@gecapital.com
michael.mcgonigle@gecapital.com
michele.starr-stapell@gecapital.com
michelle.lee@gecapital.com
mike.cosgrove@gecapital.com
myron.dutenhoffer@gecapital.com
neeraj.mehta@gecapital.com
paul.chung@gecapital.com
peter.connolly@gecapital.com
phillip.bales@gecapital.com
ron.gilbert@gecapital.com
ronald.aparicio@gecapital.com
s.shivram@gecapital.com
scott.maw@gecapital.com
scott.wandro@gecapital.com
sean.wilson@gecapital.com
shane.bennett@gecapital.com
stephen.demotto@gecapital.com
steve.poulin@gecapital.com
steven.ryder@gecapital.com
steven.schoen@gecapital.com
suzanne.boulle@gecapital.com
terence.sullivan@gecapital.com
thomas.byrne@gecapital.com
thomas.mcnicholas@gecapital.com
thomas.nieliwocki@gecapital.com
todd.schubert@gecapital.com
tom.summerfield@gecapital.com
tony.versaci@gecapital.com
ty.wooldridge@gecapital.com

## Company & Corresponding Email Addresses

walter.owens@gecapital.com
william.magee@gecapital.com
yuko.shirase@gecapital.com

### gecas

laura.white@gecas.com
mike.b.jones@gecas.com
nick.pastushan@gecas.com
tim.keyes@gecas.com

### gehe

alexander.paasch@gehe.de
georg.mehring@gehe.de
nicole.herold@gehe.de
sven.morell@gehe.de

### gem360

adrian.schonauer@gem360.com
jonathan.kilbey@gem360.com

### gemcapitalmgmt

gunterman@gemcapitalmgmt.com
jlusk@gemcapitalmgmt.com
pmcmahon@gemcapitalmgmt.com
rmasterson@gemcapitalmgmt.com
srich@gemcapitalmgmt.com

### gene

bentley.susan@gene.com
bui.van@gene.com
carmen@gene.com
galvin.stacy@gene.com
gillcham@gene.com
go.odette@gene.com
littrell@gene.com
moksha.maya@gene.com
morris.susan@gene.com
nadine@gene.com
odonovan.mary@gene.com
schrick.diane@gene.com
wu.lin@gene.com

### generalbank

plowe@generalbank.com

### generaldynamics

agilliland@generaldynamics.com
dfogg@generaldynamics.com
kjohnso2@generaldynamics.com
kvonseel@generaldynamics.com

### generali

adelajde.mizhani@am.generali.com
adelajde.muzhani@am.generali.com
adriano_lapel@generali.com
aduhamel@generali.fr
alberto_scarsini@generali.com
alepere@generali.fr
alessandro.atzori@am.generali.com
alessandro.procopio.nobili@am.generali.com
alessandro_skarabot@generali.com
amerigo_borrini@generali.com

**Company & Corresponding Email Addresses**

andrea.rabusin@am.generali.com
angelo.latti@am.generali.com
ann.vandenabeele@generali.be
antonio.pilato@am.generali.com
antonio_dusi@generali.com
aolivier@generali.nl
asampedro@generali.fr
axel.sima@generali.at
barbara.visintin@am.generali.com
barbaresi@am.generali.com
bdubus@generali.fr
beatrice.finamore@am.generali.com
bruno_sollazzo@generali.com
carlasantos@generali.pt
carlo.cavazzoni@am.generali.com
cesare.rueca@am.generali.com
christian.gherbaz@am.generali.com
cristiano.rinaldi@am.generali.com
cristiano_borean@generali.com
cristina.de.masi@am.generali.com
daniele.marvulli@am.generali.com
david.biloslavo@am.generali.com
davide_glavina@generali.com
diego.cesarei@am.generali.com
dino.skrapic@am.generali.com
dmace@generali.fr
doschitzki@generali.fr
ebiassette@generali.fr
elecoz@generali.fr
elisabetta.franz@am.generali.com
elisabetta.maggi@am.generali.com
elmar.weber@generali.at
eluis@generali.fr
emanuela.elli@am.generali.com
emanuele_marciante@generali.com
enrico_kuchler@generali.com
erika.moimas@am.generali.com
eva.havaldova@generali.at
eva.pettener@am.generali.com
fa-ba@generali.nl
fabio.buttazzoni@am.generali.com
fabio.cavazza@am.generali.com
fabio.cleva@am.generali.com
fabio.mandirola@am.generali.com
fabio.rumiz@am.generali.com
fabrizio.barbini@am.generali.com
fabrizio.guidi@am.generali.com
fabrizio.talotti@am.generali.com
fabrizio.viola@am.generali.com
fanio_maniori@generali.com
federica.tartara@am.generali.com
fernandoveiga@generali.pt
francesco.bosatra@am.generali.com
francesco.frattola@am.generali.com

**Company & Corresponding Email Addresses**

francesco.ieva@am.generali.com
franco.ortolani@am.generali.com
franco_ferrarese@generali.com
gabriella_sartor@generali.com
georg.plueckhahn@generali.at
gesualdo.pianciamore@generali.com
gianluca.bergamaschi@am.generali.com
giovanna_coen@generali.com
giovanni.grimaldi@am.generali.com
giovanni.trombetta@am.generali.com
giovanni_gentili@generali.com
giovanni_perissinotto@generali.com
giuliano.gasparet@am.generali.com
giulio.benvenuti@am.generali.com
giulio.favaretto@am.generali.com
giuseppe.cerliani@am.generali.com
giuseppe.ottaviani@am.generali.com
giuseppe_sunseri@generali.com
gnolles@generali.nl
gpolicar@generali.fr
ida_fiori@generali.com
idelorme@generali.fr
iguzman@generali.es
iota@generali.fr
j.roca_ll@generali.es
jmmena@generali.es
jmunnoz@generali.es
jorgejair_botina@generali.com
joudijk@generali.nl
jozef_bala@generali.com
jromao@generali.pt
karl.schoenenberger@generali.ch
laura.bertolini@am.generali.com
linda.domini@am.generali.com
lnguyen@generali.fr
lorna_macdonald@generali.com
luca.napolitano@am.generali.com
luca.passoni@am.generali.com
lucia_derosa@generali.com
m.a.ribera@generali.es
mara_crulci@generali.com
marcel_butzke@generali.com
marco.giovannini@am.generali.com
marco.loreti@am.generali.com
marco_baradello@generali.com
marco_canciani@generali.com
mario.campello@am.generali.com
markus.kreuter@generali.at
massimiliano.sessanta@am.generali.com
massimo_romano@generali.com
maurizio.verbich@generali.com
mauro.valle@am.generali.com
mcoger@generali.fr
mdelion@generali.fr

**Company & Corresponding Email Addresses**

mel_carvill@generali.com
michael.mahler@generali.ch
michele.morganti@am.generali.com
michele.zotta@am.generali.com
moreno.bolamperti@am.generali.com
mregnier@generali.fr
mvillemin@generali.fr
nfrichaud@generali.fr
nfruchaud@generali.fr
oleflon@generali.fr
oliver_boccia@generali.com
paolo.sella@am.generali.com
paolo_dublo@generali.com
pietro.crigna@am.generali.com
pmicellis@generali.fr
psetbon@generali.fr
raffaele.bratina@am.generali.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raubert@generali.fr
rene.schmidli@generali.ch
rita.crusius@generali.ch
roberta.cortesi@am.generali.com
rocco_romanelli@generali.com
rodney_koren@generali.com
rosa.pastorello@am.generali.com
ruggiero.santeramo@am.generali.com
rvdhoek@generali.nl
salvatore.bruno@am.generali.com
sandro.curzola@am.generali.com
sbarret@generali.fr
sbihour@generali.fr
simone.zottarel@am.generali.com
sjallet@generali.fr
srobert@generali.fr
stefano.ambrosi@am.generali.com
stefano.perin@am.generali.com
stefano_burrino@generali.com
stefano_comar@generali.com
stefano_meroi@generali.com
stella.cosulich@am.generali.com
stephan.kamenar@generali.ch
ulrich.ostholt@am.generali.com
valentina.karnjel@am.generali.com
vchampion@generali.fr
vera.bonte@am.generali.com
vincenzo.grimaldi@am.generali.com
vincenzo.sorbara@am.generali.com
wetty@generali.nl
ymordacq@generali.fr

**generaliglobal**

edoardo_malpaga@generaliglobal.com
paul_caprez@generaliglobal.com

**generaliproperties**

## Company & Corresponding Email Addresses

maurizio.fuggiti@generaliproperties.com
maurizio.monteverdi@generaliproperties.com
ugo.debernardi@generaliproperties.com

### geninvest

andreas.hammes@geninvest.de
diana.felder@geninvest.de
georg.renner@geninvest.de
hansjoerg.bitta@geninvest.de
katja.rossburg@geninvest.de
lutz.krannich@geninvest.de
marco.sperling@geninvest.de
martin.sann@geninvest.de
morten.lertroe@geninvest.de
reinhard.niebuhr@geninvest.de
resi.dickler@geninvest.de

### genmills

bill.swoap@genmills.com
bob.polansky@genmills.com
malin002@mail.genmills.com
mike.zechmeister@genmills.com
raj.agrawal@genmills.com
stella.wan@genmills.com
tyler.treat@genmills.com

### genre

cfischle@genre.com
cgonzal@genre.com
clech@genre.com
clogrand@genre.com
ezuvekas@genre.com
glynch@genre.com
ivinci@genre.com
jadams@genre.com
jbachman@genre.com
jknuth@genre.com
jsalsgiv@genre.com
kwerle@genre.com
mclark@genre.com
schang@genre.com
smui@genre.com
vlannin@genre.com

### genworth

anne.sander@genworth.com
denica.vatev@genworth.com
dev.outlaw@genworth.com
edward.smith@genworth.com
elaine.havens@genworth.com
igor.axenov@genworth.com
jason.bennett@genworth.com
jeffrey.feliciano@genworth.com
jennifer.katona@genworth.com
jessie.puchon@genworth.com
john.cortese@genworth.com
john.murdzek@genworth.com
joseph.nocera@genworth.com

## Company & Corresponding Email Addresses

leon.farhi@genworth.com
lora.simon@genworth.com
marc.pavese@genworth.com
mark.aho@genworth.com
mark.griffin@genworth.com
matthew.hedley@genworth.com
matthew.jaso@genworth.com
michael.fang@genworth.com
morian.mooers@genworth.com
munewer.kaya@genworth.com
robert.mccorkle@genworth.com
stewart.morrison@genworth.com
teresa.kochanek@genworth.com
vasilis.katsikiotis@genworth.com
victor.yang@genworth.com
zaid.haider@genworth.com

### georgetown
dr94@georgetown.edu
jom6@georgetown.edu
js243@georgetown.edu
kjh27@georgetown.edu
mcg3@georgetown.edu
nlg4@georgetown.edu

### georgfischer
daniel.schnyder@georgfischer.com
mauro.fontana@georgfischer.com
reto.wild@georgfischer.com
silke.pieper@georgfischer.com

### gerifonds
gregoire.constantin@gerifonds.ch

### gerling
guido.dette@gerling.de
hansjoachim.thoenes@gerling.de
immo.querner@gerling.de
michael.nowicki@gerling.de
michael.pannenberg@gerling.de
ralf-peter.lemmer@gerling.de
thomas.pethofer@gerling.de

### gerrard
chris.redman@gerrard.com
fiona.orford-williams@gerrard.com
michael.nicolau@gerrard.com
richard.lonsdale@gerrard.com
robert.robson@gerrard.com

### gescaixa
amurat@gescaixa.es

### gestielle
alessandro.agostini@gestielle.it
alessandro.rigola@gestielle.it
alessandro.rosina@gestielle.it
alex.poli@gestielle.it
annou@gestielle.it
bendinelli@gestielle.it
brignolo@gestielle.it

**Company & Corresponding Email Addresses**

chiara.corsa@gestielle.it
corvino.pasquale@gestielle.it
cozzi@gestielle.it
cristiano.borghi@gestielle.it
daniele.beretta@gestielle.it
davide.barattini@gestielle.it
degni@gestielle.it
eliana.cuomo@gestielle.it
fabrizio.biondo@gestielle.it
fabrizio.fiorini@gestielle.it
fatticcioni@gestielle.it
filippo.stefanini@gestielle.it
francesca.ambrosetti@gestielle.it
francesca.dicesare@gestielle.it
francesco.betti@gestielle.it
francesco.rizzuto@gestielle.it
gastaldi@gestielle.it
gianluca.grugni@gestielle.it
gianluca.procino@gestielle.it
giorgia.fox@gestielle.it
giuseppe.bellini@gestielle.it
giuseppe.benigno@gestielle.it
jacopo.turolla@gestielle.it
laura.cavallaro@gestielle.it
liberatore@gestielle.it
lorenzo.campori@gestielle.it
luca.torrigiani@gestielle.it
luigi.binda@gestielle.it
maggigio@gestielle.it
malguzzi@gestielle.it
mario.tomasi@gestielle.it
michele.fortunato@gestielle.it
nicola.tommasini@gestielle.it
nicolo.bocchin@gestielle.it
pamela.pezzoni@gestielle.it
pareti@gestielle.it
pasquale.corvino@gestielle.it
pierluca.beltramelli@gestielle.it
pinuccia.parini@gestielle.it
pviola@gestielle.it
querini@gestielle.it
rosata@gestielle.it
sara.gennari@gestielle.it
scotti@gestielle.it
valentino.bidone@gestielle.it
walter.rossini@gestielle.it
yuri.basile@gestielle.it

**gestion**

vasi@gestion.it

**gfh**

ipras@gfh.generali.fr

**ggc**

fritchiet@ggc.com

**ggfg**

## Company & Corresponding Email Addresses

bmarocco@ggfg.com
monica@ggfg.com
paul@ggfg.com

### ggiltd

rprather@ggiltd.com
sdoud@ggiltd.com
tomtull@ggiltd.com

### ggof

lesia.cechosh@ggof.com

### ghpfc

christoph.hembacher@ghpfc.de

### gibbah

asad.saeed@gibbah.com
bachir.a.barbir@gibbah.com
fadi.nasser@gibbah.com
hesham.khonji@gibbah.com
julien.mutin@gibbah.com
mahmood.fekri@gibbah.com
mobin.chowdhury@gibbah.com
mohamed.ali@gibbah.com
mohammed.dawani@gibbah.com
nabeel.abdulaal@gibbah.com
souheil.hajjar@gibbah.com
sowmya.ramkumar@gibbah.com
younis.al-turabi@gibbah.com

### gibuk

alan.leadbeater@gibuk.com
alex.gracian@gibuk.com
andrew.burgess@gibuk.com
andrew.houghton@gibuk.com
andrew.smith@gibuk.com
anthony.chisnall@gibuk.com
azhar.hussain@gibuk.com
brian.cox@gibuk.com
daniel.heath@gibuk.com
darrell.chan@gibuk.com
dilawer.farazi@gibuk.com
emmanuel.bocquet@gibuk.com
enis.poulton@gibuk.com
gavin.moulton@gibuk.com
glenn.phillips@gibuk.com
helen.scott@gibuk.com
james.taylor@gibuk.com
james.walker@gibuk.com
jeff.woolsey@gibuk.com
joe.fernando@gibuk.com
jose.canepa@gibuk.com
kay.turner@gibuk.com
leslie.paine@gibuk.com
liam.allchorne@gibuk.com
list-investmentaccounting@gibuk.com
list-securitiessettlements@gibuk.com
malcolm.taylor@gibuk.com
margaret.colman@gibuk.com

## Company & Corresponding Email Addresses

mark.underhill@gibuk.com
mathew.silva@gibuk.com
matthew.cutts@gibuk.com
nicholas.moore@gibuk.com
nigel.tyler@gibuk.com
pascal.nicoli@gibuk.com
pat.walton@gibuk.com
paul.beadle@gibuk.com
rachid.semaoune@gibuk.com
simon.hills@gibuk.com
steve.moulder@gibuk.com
surya.devaguptapu@gibuk.com
tina.shaw@gibuk.com
uday.patnaik@gibuk.com

**gic**

aalbahar@gic.com.kw
aarongabin@gic.com.sg
adelenetan@gic.com.sg
adelinetan@gic.com.sg
adrainoh@gic.com.sg
agneschew@gic.com.sg
agneslee@gic.com.sg
ajesaigal@gic.com.sg
alexcobbold@gic.com.sg
alexlim@gic.com.sg
aliceyee@gic.com.sg
allentang@gic.com.sg
alvintan@gic.com.sg
andrewrelph@gic.com.sg
andrewtan@gic.com.sg
andrewyu@gic.com.sg
andylee@gic.com.sg
angeern@gic.com.sg
angeladurrell@gic.com.sg
anglaypheng@gic.com.sg
anglaysuan@gic.com.sg
angsiokbeng@gic.com.sg
annachuang@gic.com.sg
annatay@gic.com.sg
annefleurbaaij@gic.com.sg
annytsang@gic.com.sg
anthonyhui@gic.com.sg
anthonylim@gic.com.sg
arlenezaccazawilinski@gic.com.sg
ashoksamuel@gic.com.sg
atsuokokuryu@gic.com.sg
azizahjan@gic.com.sg
beckyxu@gic.com.sg
benelwes@gic.com.sg
benjamintan@gic.com.sg
bernadettehuang@gic.com.sg
bernardphang@gic.com.sg
bernardtan@gic.com.sg
bertrandlam@gic.com.sg

**Company & Corresponding Email Addresses**

bettecolombo@gic.com.sg
bettygonzalez@gic.com.sg
bettytay@gic.com.sg
billyhwan@gic.com.sg
brianmagee@gic.com.sg
brianng@gic.com.sg
bryanyeo@gic.com.sg
camillamathews@gic.com.sg
carolcutler@gic.com.sg
carolsim@gic.com.sg
carstenremmert@gic.com.sg
cassandrayap@gic.co.sg
cassandrayap@gic.com.sg
catherinebull@gic.com.sg
cecillee@gic.com.sg
chamgeelen@gic.com.sg
chancheefoong@gic.com.sg
chanchunhong@gic.com.sg
chankwokwah@gic.com.sg
chanlyin@gic.com.sg
chanlyl@gic.com.sg
chanmayyee@gic.com.sg
chanmuinoi@gic.com.sg
chanyooncheong@gic.com.sg
charmianlong@gic.com.sg
cheesuling@gic.com.sg
chelliah@gic.com.sg
chened@gic.com.sg
chengchih@gic.com.sg
chensoonbin@gic.com.sg
chewloycheow@gic.com.sg
chewmengjoong@gic.com.sg
chewzhuanqi@gic.com.sg
chiataitee@gic.com.sg
chiuweili@gic.com.sg
choochian@gic.com.sg
choowingkwong@gic.com.sg
chooyongcheen@gic.com.sg
choumeiyin@gic.com.sg
chowmunleong@gic.com.sg
choysiewkai@gic.com.sg
chrismorrish@gic.com.sg
christinag@gic.com.sg
chuaweethia@gic.com.sg
cindyfoo@gic.com.sg
clarissachng@gic.com.sg
corneliachoe@gic.com.sg
cynthialim@gic.com.sg
danieljudge@gic.com.sg
danielrose@gic.com.sg
danieltan@gic.com.sg
darrentan@gic.com.sg
darrenwong@gic.com.sg
darylwong@gic.com.sg

## Company & Corresponding Email Addresses

daviddickinson@gic.com.sg
davidgates@gic.com.sg
davidmercurio@gic.com.sg
davidowyong@gic.com.sg
davidreddy@gic.com.sg
debiguha@gic.com.sg
derekchang@gic.com.sg
derektien@gic.com.sg
desmondfoong@gic.com.sg
doreenchia@gic.com.sg
doreenchin@gic.com.sg
dorisseet@gic.com.sg
edwardo'connor@gic.com.sg
edwinchoi@gic.com.sg
eileentan@gic.com.sg
elainekoh@gic.com.sg
elizabethchau@gic.com.sg
elizabethleong@gic.com.sg
email@gic.com.sg
emilyyeo@gic.com.sg
eqdresearch@gic.com.sg
ericasetho@gic.com.sg
ericfang@gic.com.sg
eugeneb@gic.com.sg
evatan@gic.com.sg
evelynwong@gic.com.sg
fanghua@gic.com.sg
faywong@gic.com.sg
federicomarsili@gic.com.sg
felixchan@gic.com.sg
felixmomsen@gic.com.sg
firtsnamelastname@gic.com.sg
fongkuenyee@gic.com.sg
franklinpoon@gic.com.sg
fredericperrin@gic.com.sg
fsdchy@gic.com.sg
gemmawright-casparius@gic.com.sg
geraldengel@gic.com.sg
gicvaluation@gic.com.sg
gohkwangmeng@gic.com.sg
gohmienzo@gic.com.sg
gohwahkiat@gic.com.sg
gracelim@gic.com.sg
gracewu@gic.com.sg
grahamwarren@gic.com.sg
grantwilson@gic.com.sg
grpeqdqedpm@gic.com.sg
guaitihowe@gic.com.sg
hanhweechin@gic.com.sg
hardeepbhutani@gic.com.sg
heweisheng@gic.com.sg
hocheehau@gic.com.sg
hohinwah@gic.com.sg
holiwen@gic.com.sg

**Company & Corresponding Email Addresses**

hwangnh@gic.com.sg
ianseow@gic.com.sg
ivantan@gic.com.sg
ivanyeo@gic.com.sg
ivyloh@gic.com.sg
jacquelinewang@gic.com.sg
janetko@gic.com.sg
janniequek@gic.com.sg
jascinthatang@gic.com.sg
jaslyntan@gic.com.sg
jasonlow@gic.com.sg
jasontriplitt@gic.com.sg
jefferyyi@gic.com.sg
jeffreyj@gic.com.sg
jeffreytan@gic.com.sg
jennyphoon@gic.com.sg
jeremychan@gic.com.sg
jeremyhartman@gic.com.sg
jeslynlee@gic.com.sg
jessiechia@gic.com.sg
jessiewong@gic.com.sg
jineshchandarana@gic.com.sg
jinyuenyee@gic.com.sg
jitendertokas@gic.com.sg
joannelee@gic.com.sg
johnpoh@gic.com.sg
joyceho@gic.com.sg
joytay@gic.com.sg
judithaso@gic.com.sg
junefoo@gic.com.sg
junelong@gic.com.sg
justinsng@gic.com.sg
kamkhaijie@gic.com.sg
kauyikang@gic.com.sg
keeboonhwee@gic.com.sg
kellygoh@gic.com.sg
kellyjdaikoku@gic.com.sg
kelvinlim@gic.com.sg
kenlim@gic.com.sg
kennethgoh@gic.com.sg
kennethlow@gic.com.sg
ketanmistry@gic.com.sg
kevinbong@gic.com.sg
khawchunlin@gic.com.sg
kimberlytan@gic.com.sg
kimjunsung@gic.com.sg
kohboonwee@gic.com.sg
kohyeokthiam@gic.com.sg
kuahkwokbeng@gic.com.sg
kwonghonghuat@gic.com.sg
kzubari@gic.com.kw
laiyewfai@gic.com.sg
lampohmin@gic.com.sg
lamyewling@gic.com.sg

**Company & Corresponding Email Addresses**

laupuayhui@gic.com.sg
lauwingtat@gic.com.sg
leecheechung@gic.com.sg
leeching@gic.com.sg
leesangyong@gic.com.sg
lemgimcheng@gic.com.sg
leongcheanwai@gic.com.sg
leongmunyee@gic.com.sg
leongwingkwan@gic.com.sg
liangjiajie@gic.com.sg
liewtzumi@gic.com.sg
liewweylin@gic.com.sg
limchiewyang@gic.com.sg
limchinsin@gic.com.sg
limchowkiat@gic.com.sg
limjieying@gic.com.sg
limkeechong@gic.com.sg
limkwokpin@gic.com.sg
limpohgek@gic.com.sg
limsiewling@gic.com.sg
limsweguan@gic.com.sg
limtb@gic.com.sg
limteowbeng@gic.com.sg
lucasfoch@gic.com.sg
lukelevine@gic.com.sg
lylekau@gic.com.sg
madelynliew@gic.com.sg
malali@gic.com.kw
malcolmwong@gic.com.sg
maleneforup@gic.com.sg
mali@gic.com.sg
manishjayswal@gic.com.sg
mankafai@gic.com.sg
manwinsidhu@gic.com.sg
margaretleong@gic.com.sg
mariacolangelo@gic.com.sg
mariapacini@gic.com.sg
markkhoo@gic.com.sg
marklee@gic.com.sg
marklim@gic.com.sg
markong@gic.com.sg
maureending@gic.com.sg
maxchan@gic.com.sg
mayukhmitter@gic.com.sg
meredithlee@gic.com.sg
michaelliang@gic.com.sg
michelesicker@gic.com.sg
mihosaito@gic.com.sg
mitchellelim@gic.com.sg
mkantar@gic.com.kw
munlaiyoke@gic.com.sg
nalali@gic.com.kw
nancylee@gic.com.sg
nchahdoura@gic.com.kw

**Company & Corresponding Email Addresses**

nelsonchia@gic.com.sg
neochin@gic.com.sg
ngbeesan@gic.com.sg
ngjiatong@gic.com.sg
ngks@gic.com.sg
nickymorgan@gic.com.sg
nicolamorgan@gic.com.sg
nicolasbader@gic.com.sg
nicolephua@gic.com.sg
norainiismail@gic.com.sg
ohhwase@gic.com.sg
ongseiwei@gic.com.sg
ongweikiat@gic.com.sg
ongyuehngoh@gic.com.sg
ooilayleng@gic.com.sg
osb@gic.com.sg
oscarzheng@gic.com.sg
pangwaiyin@gic.com.sg
patrickling@gic.com.sg
paulchuan@gic.com.sg
paulliew@gic.com.sg
peterm@gic.com.sg
pratikburmanray@gic.com.sg
priscillali@gic.com.sg
puachingleong@gic.com.sg
puahjimee@gic.com.sg
puahtohlim@gic.com.sg
quahwg@gic.com.sg
rachelteo@gic.com.sg
radenmosrijah@gic.com.sg
ravib@gic.com.sg
raymondgoh@gic.com.sg
raynngong@gic.com.sg
razaliibrahim@gic.com.sg
reginaldoh@gic.com.sg
reubenabrams@gic.com.sg
richardchan@gic.com.sg
roberteckerstrom@gic.com.sg
robertliu@gic.com.sg
robertmillington@gic.com.sg
robertstclair@gic.com.sg
robertweber@gic.com.sg
ronang@gic.com.sg
ronmandle@gic.com.sg
rsamuel@gic.com.kw
ruthpang@gic.com.sg
ryanaugustin@gic.com.sg
sallabanda@gic.com.sg
samitnathirmal@gic.com.sg
samphoen@gic.com.sg
sandylim@gic.com.sg
santitarn@gic.com.sg
sarahbevin@gic.co.uk
sawchootatt@gic.com.sg

**Company & Corresponding Email Addresses**

sebastienabascal@gic.com.sg
seetohpeckyoke@gic.com.sg
serenekwok@gic.com.sg
sharonlee@gic.com.sg
shenshiaoyun@gic.com.sg
shirleywu@gic.com.sg
silvanaveljovic@gic.com.sg
simcockm@gic.com.sg
simonhandcock@gic.com.sg
sinyinling@gic.com.sg
songng@gic.com.sg
sripaorayawongjan@gic.com.sg
sungcc@gic.com.sg
susahteh@gic.com.sg
susanhoe@gic.com.sg
susanosborn@gic.com.sg
susanteh@gic.com.sg
taitsewen@gic.com.sg
talklausner@gic.com.sg
tancheeyong@gic.com.sg
tancherhan@gic.com.sg
tanchoontat@gic.com.sg
tangmeiling@gic.com.sg
tangonnfei@gic.com.sg
tanhsiaomein@gic.com.sg
tanhweeloo@gic.com.sg
tankengsiong@gic.com.sg
tankokyong@gic.com.sg
tanlaykuan@gic.com.sg
tanlengleng@gic.com.sg
tanteckleng@gic.com.sg
tanweekiat@gic.com.sg
tanweijie@gic.com.sg
tayhianboon@gic.com.sg
taysweeyuan@gic.com.sg
taywenliang@gic.com.sg
tayyicheah@gic.com.sg
tehkweechin@gic.com.sg
teijakourujarvi@gic.com.sg
tengct@gic.com.sg
teodoravuckovic@gic.com.sg
teowanyin@gic.com.sg
terrylim@gic.com.sg
thamchiewkit@gic.com.sg
tiendoe@gic.com.sg
timlee@gic.com.sg
timothyteo@gic.com.sg
timstubbs@gic.com.sg
tooleesoong@gic.com.sg
tootatcheng@gic.com.sg
trentloh@gic.com.sg
trishkwan@gic.com.sg
tungsiewhoong@gic.com.sg
vanessaharvey@gic.com.sg

## Company & Corresponding Email Addresses

vicenciolito@gic.com.sg
vincentchan@gic.com.sg
viviantan@gic.com.sg
vivianyew@gic.com.sg
vivienlee@gic.com.sg
walbraikan@gic.com.kw
wanismail@gic.com.sg
weeaining@gic.com.sg
weelinrong@gic.com.sg
weetiansin@gic.com.sg
weihuangwong@gic.com.sg
wesbonewell@gic.com.sg
wilfredwee@gic.com.sg
williamyap@gic.com.sg
wongck@gic.com.sg
wootk@gic.com.sg
wootuckkan@gic.com.sg
xuenan@gic.com.sg
yaleyap@gic.com.sg
yangleechiun@gic.com.sg
yapsiaoteng@gic.com.sg
yapweiwei@gic.com.sg
yeohlamkeong@gic.com.sg
yeokeonghee@gic.com.sg
yipyewtong@gic.com.sg
yuenwan@gic.com.sg
yvonnetan@gic.com.sg
zaninahbuang@gic.com.sg
zennatan@gic.com.sg
zhuweimin@gic.com.sg
zzbertra@gic.com

**g-icap**
colin.perry@g-icap.com
paula.ioannides@g-icap.com
sandra.gowlett@g-icap.com

**gim**
bragletti@gim.nl

**gimpulsora**
lapa@gimpulsora.com.mx

**gis**
desmondfoong@gis.com.sg

**givaudan**
andre.filliez@givaudan.com
herve.lamy@givaudan.com
marco.stalder@givaudan.com
vincent.petitpierre@givaudan.com

**gjensidige**
anne-marit.flatrud@gjensidige.no
erik.ranberg@gjensidige.no
harald.elgaaen@gjensidige.no
magne.solberg@gjensidige.no
morten.schwarz@gjensidige.no
rune.kaland@gjensidige.no
widar.kirkeby@gjensidige.no

**Company & Corresponding Email Addresses**

**gjensidigenor**
kjell-m.hjornevik@gjensidigenor.no
oystein.stephansen@gjensidigenor.no

**gkb**
daniel.schmid@gkb.ch
david.gartmann@gkb.ch
hanspeter.dolf@gkb.ch
research@gkb.ch
roberto.bianchi@gkb.ch

**gkbaum**
gardner@gkbaum.com

**gkst**
dndelis@gkst.com
elherndon@gkst.com
jfmackin@gkst.com
jhhoogendoorn@gkst.com
jhmatson@gkst.com
mewyatt@gkst.com
mroneill@gkst.com
rrsouthworth@gkst.com
wmlaprise@gkst.com

**glaxowellcome**
aek0126@glaxowellcome.co.uk
ajs57754@glaxowellcome.co.uk
csg82093@glaxowellcome.co.uk
hs79040@glaxowellcome.co.uk
jbt23501@glaxowellcome.co.uk
mrl1661@glaxowellcome.co.uk
pc22416@glaxowellcome.co.uk
rhv39972@glaxowellcome.co.uk
sqw21737@glaxowellcome.com

**glencore**
chris.cassidy@glencore.com
milos.brajovic@glencore.com

**glenmede**
adam.conish@glenmede.com
amanda_rice@glenmede.com
andy_williams@glenmede.com
angelo_vacirca@glenmede.com
anthony_iuliano@glenmede.com
barry_kohout@glenmede.com
bob_mancuso@glenmede.com
brad_hoopman@glenmede.com
bruce_foulkrod@glenmede.com
carol_cianflone@glenmede.com
casey.clark@glenmede.com
chris_delpe@glenmede.com
chris_delphi@glenmede.com
christopher_colarik@glenmede.com
cindy_axelrod@glenmede.com
coryell_urban@glenmede.com
cynthia_rogers@glenmede.com
diane.sterthous@glenmede.com
donnakay.tiller@glenmede.com

## Company & Corresponding Email Addresses

frederick.haack@glenmede.com
gordon_fowler@glenmede.com
irene_hennelly@glenmede.com
john.bye@glenmede.com
john.church@glenmede.com
john.thomas@glenmede.com
john_kichula@glenmede.com
john_phillips@glenmede.com
john_thomas@glenmede.com
kenneth.trippe@glenmede.com
kris_rouff@glenmede.com
laura_larosa@glenmede.com
luke.borda@glenmede.com
marianne_witte@glenmede.com
marie_flynn@glenmede.com
marnie_kelly@glenmede.com
matt_brown@glenmede.com
matt_cross@glenmede.com
michael_crow@glenmede.com
michael_gallagher@glenmede.com
michele_didio@glenmede.com
nancy_smith@glenmede.com
paul_raman@glenmede.com
paul_sullivan@glenmede.com
peter_cooke@glenmede.com
peter_zuleba@glenmede.com
rekha_hagen@glenmede.com
rich.gale@glenmede.com
richard.kent@glenmede.com
richard_gorda@glenmede.com
rob_siewert@glenmede.com
sally.wirts@glenmede.com
scott_mcgough@glenmede.com
sean_heron@glenmede.com
sopha_so@glenmede.com
steve_mahoney@glenmede.com
steve_point@glenmede.com
theresa_freiss@glenmede.com
tim_woolley@glenmede.com
tom_huber@glenmede.com
tom_quinn@glenmede.com
uma_rajeshwar@glenmede.com
val_devassal@glenmede.com
wade_wescott@glenmede.com

### glenrauch
tcorcoran@glenrauch.com

### glg
anthony.burton@glg.com

### glgpartners
adam.mincer@glgpartners.com
aidan.mehigan@glgpartners.com
alan.freeman@glgpartners.com
alasdair.bell@glgpartners.com
alex.mais@glgpartners.com

## Company & Corresponding Email Addresses

alexandre.farid.issaelkhoury@glgpartners.com
alice.wood@glgpartners.com
alison.craven@glgpartners.com
alison.oneill@glgpartners.com
alistair.ling@glgpartners.com
alistair.macdonald@glgpartners.com
allinelectronicexecution@glgpartners.com
allinotcaffirmations@glgpartners.com
amal.brihi@glgpartners.com
amir.sajjadi@glgpartners.com
amy.marton@glgpartners.com
andrew.archer@glgpartners.com
andrew.bowman@glgpartners.com
andrew.linford@glgpartners.com
angus.forbes@glgpartners.com
anthony.kontkowski@glgpartners.com
antonio.dossantos@glgpartners.com
anuj.mutreja@glgpartners.com
art.degaetano@glgpartners.com
ashley.hargreaves@glgpartners.com
atif.khan@glgpartners.com
bart.turtelboom@glgpartners.com
ben.funnell@glgpartners.com
ben.gill@glgpartners.com
ben.kirkegaard@glgpartners.com
benjamin.pass@glgpartners.com
bernard.oreilly@glgpartners.com
betty.wong@glgpartners.com
bill.siegel@glgpartners.com
bob.price@glgpartners.com
brad.burns@glgpartners.com
brendan.taylor@glgpartners.com
brendon.macdonald@glgpartners.com
brent.hadfield@glgpartners.com
brian.rozen@glgpartners.com
caedmon.marriott@glgpartners.com
carl.esprey@glgpartners.com
catherine.canning@glgpartners.com
catherine.gorospe@glgpartners.com
chao.yan@glgpartners.com
charles.long@glgpartners.com
charles-henri.lorthioir@glgpartners.com
ching.yuen@glgpartners.com
chris.huggins@glgpartners.com
christian.benigni@glgpartners.com
christian.roy@glgpartners.com
christophe.akel@glgpartners.com
christopher.neave@glgpartners.com
cindy.johnson@glgpartners.com
coquita.marsh@glgpartners.com
craig.mccormack@glgpartners.com
creditresearch@glgpartners.com
damien.newell@glgpartners.com
dan.blum@glgpartners.com

**Company & Corresponding Email Addresses**

daniel.davis@glgpartners.com
daniel.lowther@glgpartners.com
danilo.onorino@glgpartners.com
danilo.rippa@glgpartners.com
darren.leaver@glgpartners.com
darren.read@glgpartners.com
david.benjamin@glgpartners.com
david.charles@glgpartners.com
david.evans@glgpartners.com
david.green@glgpartners.com
david.payne@glgpartners.com
david.sanders@glgpartners.com
debbie.moses@glgpartners.com
debbie.muller@glgpartners.com
dee.odonoghue@glgpartners.com
denise.lye@glgpartners.com
derek.ford@glgpartners.com
derek.power@glgpartners.com
dhobbs@glgpartners.com
dinesh.hirani@glgpartners.com
dorelle.scott@glgpartners.com
driss.ben-brahim@glgpartners.com
dsc@glgpartners.com
eamonn.english@glgpartners.com
edward.rosser@glgpartners.com
ekaterina.ametistova@glgpartners.com
elecexec@glgpartners.com
elinor.haynes@glgpartners.com
eric.dannheim@glgpartners.com
fergal.doyle@glgpartners.com
fiona.farrell@glgpartners.com
francisco.gochez@glgpartners.com
galia.velimukhametova@glgpartners.com
gareth.ringrose@glgpartners.com
geoffrey.galbraith@glgpartners.com
george.shen@glgpartners.com
georges.gedeon@glgpartners.com
gitesh.parmar@glgpartners.com
grant.carroll@glgpartners.com
grant.playford@glgpartners.com
greg.coffey@glgpartners.com
greg.holborow@glgpartners.com
gregory.nataf@glgpartners.com
harriet.little@glgpartners.com
helen.lintern@glgpartners.com
helen.mackay@glgpartners.com
henry.parker@glgpartners.com
iain.anderson@glgpartners.com
ian.wylie@glgpartners.com
isabelle.hohenlohe@glgpartners.com
ivaylo.dimitrov@glgpartners.com
j.green@glgpartners.com
jacques.hirsch@glgpartners.com
james.berger@glgpartners.com

## Company & Corresponding Email Addresses

james.mason@glgpartners.com
james.oliver@glgpartners.com
james.saunders@glgpartners.com
jane.barr@glgpartners.com
jane.hamblin@glgpartners.com
jason.carnibella@glgpartners.com
jason.edwards@glgpartners.com
jason.lapkins@glgpartners.com
jason.mackay@glgpartners.com
jason.mitchell@glgpartners.com
jason.wang@glgpartners.com
jenna.mylne@glgpartners.com
jens.nystedt@glgpartners.com
jessica.moore@glgpartners.com
jim.osullivan@glgpartners.com
jimmy.mcgillicuddy@glgpartners.com
jody.melhuish@glgpartners.com
john.cenedella@glgpartners.com
john.royle@glgpartners.com
john.white@glgpartners.com
joseph.mares@glgpartners.com
julien.jacob@glgpartners.com
karen.irving@glgpartners.com
karianne.tomlinson@glgpartners.com
karim.abdel-motaal@glgpartners.com
katariina.kanninen@glgpartners.com
ken.fried@glgpartners.com
kenji.arakawa@glgpartners.com
kevin.mccormack@glgpartners.com
kim.johannessen@glgpartners.com
kiran.patel@glgpartners.com
kolbe.irving@glgpartners.com
kulvinder.haire@glgpartners.com
kyril@glgpartners.com
laetitia.dourin@glgpartners.com
laurent.pujade@glgpartners.com
lee.rogers@glgpartners.com
lee.rosenquist@glgpartners.com
lenny.charlton@glgpartners.com
leonard.charlton@glgpartners.com
lex.vandam@glgpartners.com
leylan.neep@glgpartners.com
lisa.carrott@glgpartners.com
liz.kennedy@glgpartners.com
louisa.cox@glgpartners.com
louise.malmstrom@glgpartners.com
luca.giammetti@glgpartners.com
lucy.ford@glgpartners.com
lucy.payne@glgpartners.com
luke.kennedy@glgpartners.com
luke.lewis@glgpartners.com
maddie.bhonsle@glgpartners.com
marcus.burns@glgpartners.com
mark.greenhoff@glgpartners.com

## Company & Corresponding Email Addresses

mark.jones@glgpartners.com
mark.kontkowski@glgpartners.com
mark.massara@glgpartners.com
mark.milton@glgpartners.com
markus.mez@glgpartners.com
martin.rea@glgpartners.com
matthew.bishop@glgpartners.com
matthew.walsh@glgpartners.com
meena.lakshmanan@glgpartners.com
melanie.giles@glgpartners.com
melissa.clark@glgpartners.com
michael.ashby@glgpartners.com
michael.barrie@glgpartners.com
michael.flitton@glgpartners.com
michael.hirschfield@glgpartners.com
michael.oconnor@glgpartners.com
mike.ferrara@glgpartners.com
milica.marinkovic@glgpartners.com
mmarinkovic@glgpartners.com
morag.cowan@glgpartners.com
morgan.grainger@glgpartners.com
nalita.fernandes@glgpartners.com
nazan.kaygana@glgpartners.com
neil.hobson@glgpartners.com
nick.burnham@glgpartners.com
nick.varket@glgpartners.com
nick.zagoreos@glgpartners.com
nicola.thomas@glgpartners.com
nik.wislang@glgpartners.com
oliver.coleman@glgpartners.com
padraig.oconnell@glgpartners.com
panthea.oconnell@glgpartners.com
patricia.martin@glgpartners.com
paul.brock@glgpartners.com
paul.hadley@glgpartners.com
paul.harvey@glgpartners.com
paul.vandenberghe@glgpartners.com
peter.grainger@glgpartners.com
peter.harnett@glgpartners.com
peter.murphy@glgpartners.com
peter.ward@glgpartners.com
petros.toesland@glgpartners.com
philip.pearson@glgpartners.com
philippa.hatting@glgpartners.com
philippe.isvy@glgpartners.com
pierre.valade@glgpartners.com
rafael.bloom@glgpartners.com
raja.janakiraman@glgpartners.com
rebecca.dawson@glgpartners.com
richard.baker@glgpartners.com
richard.craske@glgpartners.com
richard.walsh@glgpartners.com
robert.broomhead@glgpartners.com
robert.donald@glgpartners.com

**Company & Corresponding Email Addresses**

robert.moore@glgpartners.com
robert.purves@glgpartners.com
robert.szyszko@glgpartners.com
rodney.loy@glgpartners.com
ron.westdorp@glgpartners.com
ross.maclean@glgpartners.com
roy.sher@glgpartners.com
rupert.vaughan@glgpartners.com
sachin.patel@glgpartners.com
sam.radnor@glgpartners.com
sam.spencer@glgpartners.com
sandy.rattray@glgpartners.com
sara.hellberg@glgpartners.com
sarah.hoskins@glgpartners.com
sarah.pastore@glgpartners.com
sarah.williams@glgpartners.com
sean.davis@glgpartners.com
shane.korpisto@glgpartners.com
sharika.chauhan@glgpartners.com
simon.joiner@glgpartners.com
simon.mcwilliams@glgpartners.com
simon.savage@glgpartners.com
simon.shearing@glgpartners.com
simon.white@glgpartners.com
simone.arbib@glgpartners.com
sophie.lampard@glgpartners.com
sophie.messenger@glgpartners.com
stephen.holliday@glgpartners.com
steve.roth@glgpartners.com
steven.desmyter@glgpartners.com
stuart.atkinson@glgpartners.com
taras.chaban@glgpartners.com
tarek.mouganie@glgpartners.com
thomas.dempsey@glgpartners.com
thomas.sumpster@glgpartners.com
till.heimlich@glgpartners.com
tim.mckenzie@glgpartners.com
tim.medland@glgpartners.com
tom.arthur@glgpartners.com
tom.brown@glgpartners.com
trang.dinh@glgpartners.com
tse-ern.chia@glgpartners.com
udo.herschel@glgpartners.com
vicky.parry@glgpartners.com
victoria.hamilton@glgpartners.com
victoria.persey@glgpartners.com
vikas.sharma@glgpartners.com
vikki.burr@glgpartners.com
wahib.sadozai@glgpartners.com
warren.touwen@glgpartners.com
yasser.mawji@glgpartners.com
zach.mecelis@glgpartners.com
zaki.orbell@glgpartners.com
zoe.harber@glgpartners.com

## Company & Corresponding Email Addresses

### glic

aleksandra_royzen@glic.com
alex_grant@glic.com
allen_klec@glic.com
anthony_luu@glic.com
b_chapman@glic.com
brian_keating@glic.com
catherine_shin-welfer@glic.com
cgolden@glic.com
christopher_mccormack@glic.com
ckwok@glic.com
david_padulo@glic.com
deborah_downie@glic.com
demetrios_tsaparas@glic.com
diane_l_king@glic.com
eamon_desacia@glic.com
ellen_whittaker@glic.com
giordano@glic.com
greg_bomash@glic.com
hmost@glic.com
howard_chin@glic.com
hwang@glic.com
isaac_lowenbraun@glic.com
jeffrey_martin@glic.com
john_blaney@glic.com
john_gargana@glic.com
john_murphy@glic.com
john_ogrodnick@glic.com
jon_jankus@glic.com
joshua_adler@glic.com
jspicer@glic.com
keith_simon@glic.com
larry_luxenberg@glic.com
len_peltzman@glic.com
leslie_barbi@glic.com
mark_abbott@glic.com
mark_dunetz@glic.com
martin_vernon@glic.com
michael_varadi@glic.com
mitchell_ryan@glic.com
nkotwal@glic.com
nscoleman@glic.com
peter.liebst@glic.com
ray_henry@glic.com
rcrimmins@glic.com
robert_simmons@glic.com
sarah_kim@glic.com
scott_manduca@glic.com
sylvan_feldstein@glic.com
tom_sorell@glic.com
wendell_fuller@glic.com
william_lee@glic.com

### glickenhaus

akleinberg@glickenhaus.com

## Company & Corresponding Email Addresses

salpert@glickenhaus.com
seth@glickenhaus.com
speyser@glickenhaus.com

**glitnir**

arnar.sigurdsson@glitnir.is
baldur.helgason@glitnir.dk
birna.olgeirsdottir@glitnir.is
eyjolfur.jonsson@glitnir.is
finni.sigurdsson@glitnir.is
frazer.macfarlane@glitnir.co.uk
haakon.kjaernes@glitnir.lu
helga.indridadottir@glitnir.is
helga.oskarsdottir@glitnir.is
ingolfur.bender@glitnir.is
ingolfur.ingolfsson@glitnir.is
ingolfur.kristjansson@glitnir.is
jon.bentsson@glitnir.is
jon.hallson@glitnir.is
jon.omarsson@glitnir.is
kristinn.arnason@glitnir.is
kristjana.sigurdardottir@glitnir.is
kristjansson@glitnir.co.uk
maria.agustsdottir@glitnir.is
ottar.gudjonsson@glitnir.is
svanberg.gudnason@glitnir.is
svava.sverrisdottir@glitnir.is
vignir.sverrisson@glitnir.is

**gll-partners**

tatiana.cohen@gll-partners.com

**globalderivatives**

philippe.gazil@globalderivatives.com

**global-equities**

bcabanne@global-equities.com
bguene@global-equities.fr
ccloarec@global-equities.com
hdecharsonville@global-equities.com
ljardin@global-equities.com
spolson@global-equities.com

**global-infra**

pier-olivier.calestagne@global-infra.com
salim.samaha@global-infra.com
samitha.gajameragedara@global-infra.com
sebastien.gagnon@global-infra.com
thomas.frazier@global-infra.com
william.brilliant@global-infra.com

**globalmicrocap**

alexis@globalmicrocap.com

**globalt**

dmoore@globalt.com
gpaulette@globalt.com
hbain@globalt.com
kwoody@globalt.com

**globeop**

jstemmle@globeop.com

## Company & Corresponding Email Addresses

ysharma@globeop.com

**gm**

andrew.golec@be.gm.com
anoop.kumar@gm.com
beth.wahlig@gm.com
brian.eller@be.gm.com
brian.herscovici@gm.com
bruce.marquand@gm.com
carlos.rosa@gm.com
caroline.lee@gm.com
cathleen.frank@gm.com
charles.froland@gm.com
cheryl.beusch@gm.com
christian.bawens@be.gm.com
christophe.van.den.brande@be.gm.com
christopher.morris@gm.com
cynthia.ranzilla@gm.com
daniel.murray@gm.com
david.newman@gm.com
david.walker@gm.com
deborah.meyer@gm.com
deborah.segal@gm.com
dhivya.suryadevara@gm.com
dmitri.smolansky@gm.com
ed.sullivan@gm.com
eric.ilardi@gm.com
erik.davey@gm.com
george.bodine@gm.com
henry.manifold@gm.com
hidenori-ito@gm.shokochukin.go.jp
hideo-wakabayashi@gm.shokochukin.go.jp
james.cairns@gm.com
james.peyton@gm.com
jbehar@gm.com
jeff.morrison@gm.com
john.j.crawford@gm.com
john.stevens@gm.com
joseph.mccabe@gm.com
joshua.lavender@gm.com
jstecher@gm.com
julia.chernyak@gm.com
kam.chang@gm.com
karen.sabatowski@gm.com
kyle.crandall@gm.com
laura.mittnacht@gm.com
luis.roldan@gm.com
maayan.sabo@be.gm.com
mark.dupuis@gm.com
maryann.florez@gm.com
masahiko-murata@gm.shokochukin.go.jp
melvin.lopez@gm.com
mercedes.michel@gm.com
michael.garcia@be.gm.com
milla.krasnopolsky@gm.com

## Company & Corresponding Email Addresses

nancy.bugg@gm.com
nashrullah.mackwani@be.gm.com
natalie.trunow@gm.com
nathan.johnson@gm.com
neel.parikh@gm.com
niti.jain@be.gm.com
nobuhiro-aikawa@gm.shokochukin.go.jp
oliver.devries@gm.com
paul.placken@gm.com
peter.o.hara@be.gm.com
robert.brownlee@gm.com
robert.shumaker@gm.com
roma.jain@be.gm.com
roser.bosch@be.gm.com
roxton.mcneal@gm.com
sachin.mehra@gm.com
sam.pallotta@gm.com
sowmya.rajagopalan@gm.com
stephanie.cook@gm.com
takeshi-aida@gm.shokochukin.go.jp
theodore.feury@gm.com
tony.kao@gm.com
tracy.mazzei@gm.com
weizhang@gm.com
yana.shor@gm.com
yoshinori-kano@gm.shokochukin.go.jp
yoshinori-kanou@gm.shokochukin.go.jp

### gmacbamco
alan.lindsay@gmacbamco.com

### gmacbank
john.papas@gmacbank.com
peter.simon@gmacbank.com
willy.wolfe@gmacbank.com

### gmaccm
brian_didonato@gmaccm.com
kenneth_brock@gmaccm.com
thomas_mattinson@gmaccm.com
tracy_mazzei@gmaccm.com

### gmacfs
anders.toftgaard@gmacfs.com
bhavin.zaveri@gmacfs.com
chiuyi.chan@gmacfs.com
hector.teran@gmacfs.com
jon.centurino@gmacfs.com

### gmacm
barry_bier@gmacm.com
brian.devlin@gmacm.com
brian_kuelbs@gmacm.com
chris.moroney@gmacm.com
elliott_grumer@gmacm.com
joe_bilko@gmacm.com
joe_kaseta@gmacm.com
john_jukoski@gmacm.com
mark.schaefer@gmacm.com

## Company & Corresponding Email Addresses

mike_rowan@gmacm.com
nate.kemmer@gmacm.com
patricia_rangel@gmacm.com
patty_taylor@gmacm.com
richard.bona@gmacm.com
robert.kuchler@gmacm.com
ruth.forbes@gmacm.com
sandy_blitzer@gmacm.com
shahab_sheikholeslam@gmacm.com
stephen.saunders@gmacm.com
thomas_cahill@gmacm.com
todd_block@gmacm.com
toddwisner@gmacm.com
tom.neary@gmacm.com
tom_costanzo@gmacm.com
ty_miller@gmacm.com

### gmacrescap

calee.moe@gmacrescap.com
connie.cher@gmacrescap.com
treasa.simbeye@gmacrescap.com

### gmacrfc

alan.joseph@gmacrfc.com
alia.haider@gmacrfc.com
arrif.ali@gmacrfc.com
bill.cleary@gmacrfc.com
carolyn.wang@gmacrfc.com
chris.miller@gmacrfc.com
colin.bradley@gmacrfc.co.uk
craig.beresford@gmacrfc.co.uk
darren.ruane@gmacrfc.co.uk
david.reynolds@gmacrfc.com
doug.paterson@gmacrfc.co.uk
edward.garner@gmacrfc.com
ferdinand.veenman@gmacrfc.nl
gene.edwards@gmacrfc.com
greg.gable@gmacrfc.com
hamish.johnstone@gmacrfc.co.uk
harpal.maini@gmacrfc.com
heather.anderson@gmacrfc.com
henry.soetanto@gmacrfc.com
hersh.parikh@gmacrfc.com
jamie.plantenberg@gmacrfc.com
jason.gedraitis@gmacrfc.com
jeffrey.meyerhofer@gmacrfc.com
jennifer.anderson@gmacrfc.com
jianlin.zhai@gmacrfc.com
john.collins@gmacrfc.com
john.randolph@gmacrfc.com
john.trapnell@gmacrfc.com
jon.hopkins@gmacrfc.com
julie.steinhagen@gmacrfc.com
kai.zhang@gmacrfc.com
kent.walls@gmacrfc.com
kostas.halatsis@gmacrfc.co.uk

**Company & Corresponding Email Addresses**

larry.wu@gmacrfc.com
lucas.jackson@gmacrfc.com
luke.hayden@gmacrfc.com
mark.gray@gmacrfc.co.uk
mark.wold@gmacrfc.com
mary.herfurth@gmacrfc.com
matt.kennedy@gmacrfc.com
michael.harmon@gmacrfc.com
michael.mand@gmacrfc.com
mike.wellner@gmacrfc.com
nancy.bartsch@gmacrfc.com
neil.fenton@gmacrfc.com
nick.bourne@gmacrfc.co.uk
nikki.lance@gmacrfc.com
oleg.chugayev@gmacrfc.com
pieter.vanzyl@gmacrfc.com
rachel.haas@gmacrfc.com
rakesh.kansara@gmacrfc.com
randy.denny@gmacrfc.com
reed.newkirk@gmacrfc.com
richard.moore@gmacrfc.com
robert.greenawalt@gmacrfc.nl
ross.pillsbury@gmacrfc.com
scott.klein@gmacrfc.com
shane.huether@gmacrfc.com
sheila.olmem@gmacrfc.com
sindhu.srivastava@gmacrfc.com
stephen.hynes@gmacrfc.com
stephen.pawlyshyn@gmacrfc.com
suzanne.laing@gmacrfc.com
tim.dunlop@gmacrfc.com
troy.gibbens@gmacrfc.com
wes.bonewell@gmacrfc.com
wes.bonine@gmacrfc.com
yiqun.jia@gmacrfc.com

**gmacsolutions**

mithc_oringer@gmacsolutions.com

**gmail**

ashley.singer@gmail.com
bcolombo@gmail.com
beau.harbour.research@gmail.com
bjarni.armannsson@gmail.com
choonho.kim@gmail.com
danieljchang@gmail.com
deaenlle@gmail.com
fabiospinolavianna@gmail.com
grupsha@gmail.com
gxantho@gmail.com
hamerlev@gmail.com
hfnotes@gmail.com
jaekimny@gmail.com
james.w.leong@gmail.com
jinjung@gmail.com
luca.bonaccorsi@gmail.com

## Company & Corresponding Email Addresses

luoxuanron@gmail.com
lwgreig@gmail.com
matthewjjaniga@gmail.com
migmoran@gmail.com
mikelsen@gmail.com
research.ozkaya@gmail.com
sjagunic@gmail.com
suan.tk@gmail.com
sunmingchun@gmail.com
tmcmeekin3@gmail.com

### gmam

angela.santiago@gmam.com
brent.pasternack@gmam.com
christine.mevs@gmam.com
connor.maloney@gmam.com
craig.goldstein@gmam.com
curt.landtroop@gmam.com
dan.hudson@gmam.com
florence.fonglopez@gmam.com
frank.ryzbarsky@gmam.com
hua.1.yang@gmam.com
jamie.behar@gmam.com
jie.yao@gmam.com
joshua.lavender@gmam.com
kieran.knaggs@gmam.com
matthew.gillis@gmam.com
michael.connors@gmam.com
pengfei.xie@gmam.com
scott.freemon@gmam.com
sean.graham@gmam.com
shameer.karim@gmam.com
taylor.wride@gmam.com
thomas.kallberg@gmam.com
vlad.vladimirov@gmam.com
wilson.gaitan@gmam.com
zesa.gewertzman@gmam.com

### gmulot

rutyo@gmulot.co.il

### gmx

lopezdeprado@gmx.net
stefelino@gmx.ch
susaannebehrendt@gmx.de

### gnb

bkrevolin@gnb.com

### gnf

alessandra.sartori@gnf.it
andrea.daffara@gnf.it
federico.odello@gnf.it
francesca.vimercati@gnf.it
licia.casamassima@gnf.it
luisa.ogliario@gnf.it
massimo.lucco@gnf.it
mscolari@gnf.it
nicoletta.damia@gnf.it

**Company & Corresponding Email Addresses**

rossana.brambilla@gnf.it

**gnisim**

raffaella.maroglio@gnisim.it

**goam**

joerg_hicking@goam.de

soenke_papenhausen@goam.de

zhaosheng_su@goam.de

**gofen**

cgofen@gofen.com

clevert@gofen.com

gscully@gofen.com

gwarren@gofen.com

jborovsky@gofen.com

jglossberg@gofen.com

kgreenwalt@gofen.com

mburke@gofen.com

mgoodman@gofen.com

mstelmacki@gofen.com

pkupferberg@gofen.com

wgofen@gofen.com

**gol**

bubajp2@gol.com

**goldcapkc**

billmitchell@goldcapkc.com

elainelewallen@goldcapkc.com

**goldengateway**

johng@goldengateway.com

**goldenrule**

dzapp@goldenrule.com

**gontarek**

walter@gontarek.org

**goodbank**

dealdone@goodbank.com

hsmgenii@goodbank.com

kcsung@goodbank.com

kpsuh@goodbank.com

yckwak@goodbank.com

**goodbody**

alison.l.manley@goodbody.ie

colin.j.hunt@goodbody.ie

daniel.j.macauley@goodbody.ie

martin.a.kane@goodbody.ie

neil.a.carroll@goodbody.ie

**goodwincap**

cecelia.doyle@goodwincap.com

**google**

huichien@google.com

**gordian**

alexander.p@gordian.co.uk

aly.k@gordian.co.uk

andrew.r@gordian.co.uk

ben.h@gordian.co.uk

caoimhe.m@gordian.co.uk

catherine.k@gordian.co.uk

**Company & Corresponding Email Addresses**

chelsey.w@gordian.co.uk
david.d@gordian.co.uk
diep.h@gordian.co.uk
ed.f@gordian.co.uk
edward.p@gordian.co.uk
faharin.j@gordian.co.uk
karim.h@gordian.co.uk
kieran@gordian.co.uk
michael.n@gordian.co.uk
mitsu.d@gordian.co.uk
nabil.z@gordian.co.uk
neil.d@gordian.co.uk
nick.s@gordian.co.uk
nicola.g@gordian.co.uk
rob.w@gordian.co.uk
ruth.f@gordian.co.uk
shirley.c@gordian.co.uk
tom@gordian.co.uk
treasury@gordian.co.uk

**gothaer**
stefan.theis@gothaer.de

**gothaerre**
andreas_steinmann@gothaerre.de
heinz-peter_welter@gothaerre.de
michael_rohde@gothaerre.de

**gothamcapital**
barth@gothamcapital.com
blitzer@gothamcapital.com
heather@gothamcapital.com
kahn@gothamcapital.com
petry@gothamcapital.com
rabinowitz@gothamcapital.com
ramsden@gothamcapital.com
saddlerock@gothamcapital.com

**gototfb**
surasak.d@gototfb.com
wongsiya.m@gototfb.com

**gottardo**
sandrine.notari@gottardo.com

**gov**
gaetane.cej@gov.ab.ca

**gpn**
ichiro.kusaka@gpn.mizuho.cb.com

**gpsbr**
fmenezes@gpsbr.com

**gr**
abo@gr.dk
anton@gr.dk
dhuang@gr.dk
flo@gr.dk
jhonore@gr.dk
jhu@gr.dk
khector@gr.dk
kwe@gr.dk

## Company & Corresponding Email Addresses

man@gr.dk
mgr@gr.dk
mva@gr.dk
rac@gr.dk
thinnerskov@gr.dk
tlhansen@gr.dk
tsk@gr.dk
tv@gr.dk

**graffcapital**
stefan.unternaehrer@graffcapital.ch

**graffenried-bank**
alexander.schmid@graffenried-bank.ch
jan.schneider@graffenried-bank.ch
marc.rubin@graffenried-bank.ch
marcel.eggimann@graffenried-bank.ch
robert.wyss@graffenried-bank.ch
thorsten.erbelding@graffenried-bank.ch

**grainger**
hobor.n@grainger.com
kristopher.r@grainger.com
william.chapman@grainger.com

**granada**
jtibbitts@granada.co.uk

**granitegrp**
john.weber@granitegrp.com
lzuriff@granitegrp.com
michael.mccord@granitegrp.com
nancy.shaw@granitegrp.com
seema.shah@granitegrp.com

**granitellc**
roger@granitellc.com

**great**
emmet@great.net

**greatamericanfederal**
lbobrowsky@greatamericanfederal.com

**greatsoutherbank**
racope@greatsoutherbank.com

**greatsouthernbank**
jwturn@greatsouthernbank.com
tjbaur@greatsouthernbank.com

**grecher**
mgrecher@grecher.com

**greenecountybank**
richmondb@greenecountybank.com
seegers@greenecountybank.com

**greenpoint**
charlie.ryan@greenpoint.com
david.patton@greenpoint.com
derek.wienser@greenpoint.com
derek.wiesner@greenpoint.com
kevin.hughes@greenpoint.com
leslie.gibin@greenpoint.com
liana.virker@greenpoint.com
linda.carter@greenpoint.com

**Company & Corresponding Email Addresses**

michael.spina@greenpoint.com
mike.cho@greenpoint.com
rob.bernstein@greenpoint.com
s.a.ibrahim@greenpoint.com
steve.abreu@greenpoint.com
steven.morfield@greenpoint.com

**greenwich**
mike-wityak@greenwich.com

**greenwichnatwest**
ian.garrison@greenwichnatwest.com
neal.mercer@greenwichnatwest.c
nick.hogan@greenwichnatwest.co

**grenbell**
michael.goldbacher@grenbell.de

**greystone**
terry.burns@greystone.ca

**gries**
don@gries.com
eugene@gries.com
jeff@gries.com
jim@gries.com
kris@gries.com
paula@gries.com
rml@gries.com
sharron@gries.com
trish@gries.com

**griffinasset**
chovey@griffinasset.com
dfamiglietti@griffinasset.com
dsalter@griffinasset.com
jyoungman@griffinasset.com
tfamiglietti@griffinasset.com

**grifogest**
cfoschi@grifogest.it
giada.dazzini@grifogest.it
lucia.pettini@grifogest.it
luigi.scola@grifogest.it
mremorini@grifogest.it
silvio.giraudo@grifogest.it
smatteoli@grifogest.it

**grneam**
akay@grneam.com
blynch@grneam.com
brotato@grneam.com
cclark@grneam.com
cgondek@grneam.com
coley.lynch@grneam.com
cpavaman@grneam.com
dshane@grneam.com
ealgan@grneam.com
gthibod@grneam.com
jennifer.quisenberry@grneam.com
jhagan@grneam.com
john_gilbert@grneam.com

## Company & Corresponding Email Addresses

kburke@grneam.com
kwerle@grneam.com
ldemaio@grneam.com
lespinoz@grneam.com
michele.matzinger@grneam.com
nsantin@grneam.com
prusso@grneam.com
scoughl@grneam.com
skalos@grneam.com
sradtke@grneam.com
srakows@grneam.com
steve.mccarthy@grneam.com
tmctague@grneam.com
vdelucia@grneam.com

### groupama
annemarie@groupama.fr
florence.picad@groupama.com
jose.luis.escudero@groupama.es

### groupama-am
aalbisetti@groupama-am.fr
acaffort@groupama-am.fr
aterricabras@groupama-am.fr
bbidois@groupama-am.fr
cbourgeois@groupama-am.fr
cchaves@groupama-am.fr
ccherubin@groupama-am.fr
ccuny@groupama-am.fr
cvalery@groupama-am.fr
dbolhant@groupama-am.fr
dbreton@groupama-am.fr
ddantas@groupama-am.fr
ddumont@groupama-am.fr
dguillaume@groupama-am.fr
eedelfelt@groupama-am.fr
ehurault@groupama-am.fr
eloichot@groupama-am.fr
emathieu@groupama-am.fr
epaty@groupama-am.fr
eric.tomas@groupama-am.fr
fhecht@groupama-am.fr
fsengsiry@groupama-am.fr
gcamp@groupama-am.fr
gcapron@groupama-am.fr
gcarteron@groupama-am.fr
gmallejac@groupama-am.fr
hlouaheb@groupama-am.fr
hxchabadel@groupama-am.fr
ithanthrilage@groupama-am.fr
jbaltora@groupama-am.fr
jbiechy@groupama-am.fr
jceleste@groupama-am.fr
jdemontety@groupama-am.fr
jdubarbier@groupama-am.fr
jfauconnier@groupama-am.fr

**Company & Corresponding Email Addresses**

jgrant@groupama-am.fr
jhautant@groupama-am.fr
jjjacob@groupama-am.fr
jlautant@groupama-am.fr
jmmassare@groupama-am.fr
lberrebi@groupama-am.fr
lsanh@groupama-am.fr
makaffou@groupama-am.fr
mbonny@groupama-am.fr
mbruno@groupama-am.fr
mfrichard@groupama-am.fr
mminuit@groupama-am.fr
mpierre@groupama-am.fr
mppeillon@groupama-am.fr
ngouju@groupama-am.fr
nhazan@groupama-am.fr
ocoll@groupama-am.fr
odetrogoff@groupama-am.fr
ogoupy@groupama-am.fr
olevant@groupama-am.fr
osegaud@groupama-am.fr
pbourgeois@groupama-am.fr
pgoux@groupama-am.fr
phburlisson@groupama-am.fr
pmarnay@groupama-am.fr
pnoel@groupama-am.fr
pvialle@groupama-am.fr
rboscher@groupama-am.fr
rkhounlivong@groupama-am.fr
rlescure@groupama-am.fr
rponsonnet@groupama-am.fr
rwinter@groupama-am.fr
smazel@groupama-am.fr
sphilippon@groupama-am.fr
tcossenet@groupama-am.fr
tmadesclaire@groupama-am.fr
vgadon@groupama-am.fr
vgrzywna@groupama-am.fr
vzeller@groupama-am.fr
ylandry@groupama-am.fr
ymuscat@groupama-am.fr
zboustani@groupama-am.fr

**groupama-ccama**
fheripel@groupama-ccama.tm.fr
**groupbbva**
aluis.casas@groupbbva.com
**groupcredit**
corradinic@groupcredit.it
**groupe_ccr**
iguillaume@groupe_ccr.com
**groupeartemis**
vnewman@groupeartemis.com
**groupe-casino**
lzecri@groupe-casino.fr

## Company & Corresponding Email Addresses

mguillo@groupe-casino.fr
mmaillet@groupe-casino.fr
rtaillandier@groupe-casino.fr
trault@groupe-casino.fr

### groupe-ccr

ccractions@groupe-ccr.com
ebleines@groupe-ccr.com
fceccaldi@groupe-ccr.com
fogestion@groupe-ccr.com
fpenel@groupe-ccr.com
fsimon@groupe-ccr.com
hdohni@groupe-ccr.com
mmelliti@groupe-ccr.com
oboularand@groupe-ccr.com
utorlach@groupe-ccr.com
vcornelis@groupe-ccr.com
vledoux@groupe-ccr.com
xdornellas@groupe-ccr.com

### groupe-mma

aline.robinet@groupe-mma.fr
arnaud.memin@groupe-mma.fr
berthilde.chemin@groupe-mma.fr
bruno.decombe@groupe-mma.fr
francis.jaisson@groupe-mma.fr
jacques.protin@groupe-mma.fr
jc.arnoux@groupe-mma.fr
jeanloup.texier@groupe-mma.fr
m.benque@groupe-mma.fr
marie-pascale.peltre@groupe-mma.fr
matthieu.laval@groupe-mma.fr
michel.lapierre@groupe-mma.fr
philippe.clerc@groupe-mma.com
romain.grandis@groupe-mma.fr
samir.ramdane@groupe-mma.fr
timothee.malphettes@groupe-mma.fr
valerie.oelhoffen@groupe-mma.fr
yves.glaser@groupe-mma.fr

### groupe-ufg

bcoquelin@groupe-ufg.com
jbreuil@groupe-ufg.com
jpcollin@groupe-ufg.com
pmimran@groupe-ufg.com

### grouposantander

borodriguez@grouposantander.com
fjazagra@grouposantander.com
semorales@grouposantander.com

### groupwise

hanna106@groupwise.umn.edu
s-hebd@groupwise.umn.edu

### gruntal

maccroryp@gruntal.com
mottuss@gruntal.com

### gruosantander

jurraca@gruosantander.com

## Company & Corresponding Email Addresses

### grupobbv
jrodriguezmelager@grupobbv.com
manuel.villa@grupobbv.com
vicente.ortueta@grupobbv.com

### grupobbva
a.luna@grupobbva.com
a.rguez@grupobbva.com
aborraz@grupobbva.com
acalvo@grupobbva.com
adrian.palleiro@grupobbva.com
agustin.martin@grupobbva.com
ahurtado@grupobbva.com
alf.chapinal@grupobbva.com
alfredo.mordezki@grupobbva.com
alvaro.vazquez@grupobbva.com
amanteca@grupobbva.com
amarino@grupobbva.com
ana.munera@grupobbva.com
angel.espinar@grupobbva.com
ant.garces@grupobbva.com
antonino.giaquinta@grupobbva.com
antonio.alhamar@grupobbva.com
antonio.garre@grupobbva.com
antonio.ruozi@grupobbva.com
antonio.saiz@grupobbva.com
arturo.lama@grupobbva.com
b.carrera@grupobbva.com
beatriz.munoz@grupobbva.com
carlos.goicoechea@grupobbva.com
carlos.maceda@grupobbva.com
carmelo.tajadura@grupobbva.com
cesar.solera@grupobbva.com
corrado.santini@grupobbva.com
cvarela@grupobbva.com
david.catalan@grupobbva.com
david.olaya@grupobbva.com
dgomez@grupobbva.com
diego.lopez@grupobbva.com
eduardo.abejon@grupobbva.com
eduardo.calabaza@grupobbva.com
eduardo.gorostiza@grupobbva.com
eduardo.molina@grupobbva.com
efuentes@grupobbva.com
elena.ldehesa@grupobbva.com
enrique.marazuela@grupobbva.com
enrique.mestre@grupobbva.com
enrique.santirso@grupobbva.com
ernesto.gallardo@grupobbva.com
esterdiaz@grupobbva.com
eugenio.casanova@grupobbva.com
eva.montalvo@grupobbva.com
f.galez@grupobbva.com
fbarreda@grupobbva.com
fernando.cejudo@grupobbva.com

## Company & Corresponding Email Addresses

fernando.ramirez@grupobbva.com
fjavier.miron@grupobbva.com
francisc.bataller@d2.grupobbva.com
gcouceiro@grupobbva.com
ggonzalez@grupobbva.com
gsuardiaz@grupobbva.com
harry.illouz@grupobbva.com
hmerida@grupobbva.com
ignacio.villanue@grupobbva.com
inigo.chivite@grupobbva.com
inma.ansoleaga@grupobbva.com
isabel.cmartinez@grupobbva.com
isabel.goiri@grupobbva.com
isidro.jovelar@grupobbva.com
j.cortazar@grupobbva.com
j.garri@grupobbva.com
j.guinea@grupobbva.com
j.ibarra@grupobbva.com
j.lorese@grupobbva.com
jalvarezranz@grupobbva.com
javier.medina@grupobbva.com
javier.requena@grupobbva.com
jbarreiros@grupobbva.com
jderufino@grupobbva.com
jescribano@grupobbva.com
jesus.reyes@grupobbva.com
jgarciaa@grupobbva.com
jhony.oropeza@grupobbva.com
jldominguez@grupobbva.com
jmsanchez@grupobbva.com
jorge.sancho@grupobbva.com
jose.cabiedes@grupobbva.com
joseja.diez@grupobbva.com
jpalomero@grupobbva.com
jromero@grupobbva.com
jsobremazas@grupobbva.com
juan.blasco@grupobbva.com
juan.lorencio@grupobbva.com
juanc.sanchezh@grupobbva.com
juanm.guerrero@grupobbva.com
laura.salafranca@grupobbva.com
leopoldo.ybarra@grupobbva.com
lgonzalez@grupobbva.com
lmanuel.garcia@grupobbva.com
lmarti@grupobbva.com
lorenzo.isla@grupobbva.com
lucia.ocon@grupobbva.com
luis.maroto@grupobbva.com
luis.seta@grupobbva.com
manuel.g_osorno@grupobbva.com
manuel.gcid@grupobbva.com
mar.matilla@grupobbva.com
maria.munoz@grupobbva.com
mariajo.perez@grupobbva.com

## Company & Corresponding Email Addresses

mariajose.mori@grupobbva.com
marta.lombardia@grupobbva.com
martinez.capdev@grupobbva.com
mcarmen.conde@grupobbva.com
mgonzalezm@grupobbva.com
miguel.alcobend@grupobbva.com
miguel.cuenca@grupobbva.com
miguel.gsardinero@grupobbva.com
mluque@grupobbva.com
mmouliaa@grupobbva.com
nicolas.gonzalezr@grupobbva.com
octavio.duran@grupobbva.com
ogregori.ramon@grupobbva.com
oscar.gil@grupobbva.com
p.benito@grupobbva.com
pablo.fenoll@grupobbva.com
paula.caruana@grupobbva.com
paula.gonzalez-esc@grupobbva.com
pedro.guinea@grupobbva.com
pedro.montero@grupobbva.com
perez.sanjuan@grupobbva.com
plus.ceo@grupobbva.net
ramon.sanjuan@grupobbva.com
raul.moreno@grupobbva.com
raul.rgarcia@grupobbva.com
rebeca.gosalvez@grupobbva.com
rg.delclaux@grupobbva.com
ricardo.laborda@grupobbva.com
rlaiseca@grupobbva.com
rmacia@grupobbva.com
rocio.aramendia@grupobbva.com
rprado@grupobbva.com
rrodriguez@grupobbva.com
salinas.martinez@grupobbva.com
sanchez.blanco@grupobbva.com
santiago.debareno@grupobbva.com
sergio.gfernandez@grupobbva.com
shernandez@grupobbva.com
soledad.seivane@grupobbva.com
valejand.lorca@grupobbva.com
victor.cristobal@grupobbva.com

## gruposantander

aelustondo@gruposantander.com
carlosmartinez@gruposantander.com
diana.orcajada@gruposantander.com
djaquete@gruposantander.com
eugmartinez@gruposantander.com
fgaliana@gruposantander.com
fjescobar@gruposantander.com
hbright@gruposantander.com
hgarciaarmero@servexternos.gruposantander.com
jacastillero@gruposantander.com
jastarloa@gruposantander.com
jbueno@gruposantander.com

## Company & Corresponding Email Addresses

jemandujar@gruposantander.com
jesbezanilla@gruposantander.com
jnaya@gruposantander.com
jumbravo@gruposantander.com
luimunoz@gruposantander.com
lverdu@gruposantander.com
maachon@gruposantander.com
magjimenez@gruposantander.com
marevalo@gruposantander.com
mgil@gruposantander.com
ncda@gruposantander.com
vimontiel@gruposantander.com

### gruppo
dechiara@gruppo.mediolanum.it
massimo.colombi@gruppo.mediolanum.it

### gruppobbva
jdediego@gruppobbva.com

### gruppobim
alessandro.negri@gruppobim.it
dario.vergano@gruppobim.it
gianmario.gasco@gruppobim.it
giuseppe.cais@gruppobim.it
guido.biasia@gruppobim.it
isabella.merrina@gruppobim.it
marco.doria@gruppobim.it
paolo.dalfonso@gruppobim.it
pietro.dagui@gruppobim.it

### gruppocredit
antinarellar@gruppocredit.it
arnaboldif@gruppocredit.it
bazzarellod@gruppocredit.it
belseya@gruppocredit.it
belusicb@gruppocredit.it
bonfiglior@gruppocredit.it
braccionip@gruppocredit.it
c.mazza@gruppocredit.it
cravariom@gruppocredit.it
deantonip@gruppocredit.it
eldinc@gruppocredit.it
ellim@gruppocredit.it
fagnania@gruppocredit.it
jarmanp@gruppocredit.it
lopezg@gruppocredit.it
merlic@gruppocredit.it
miccoli@gruppocredit.it
nassigha@gruppocredit.it
pizzichemi@gruppocredit.it
renieris@gruppocredit.it
sandersonr@gruppocredit.it
segrec@gruppocredit.it

### gruppoina
c.giraldi@gruppoina.it

### grupposantander
ricardo.rosa@grupposantander.pt

**Company & Corresponding Email Addresses**

**gruss**

ad@gruss.co.uk
adrian@gruss.co.uk
ck@gruss.com
dam@gruss.com
dk@gruss.co.uk
dt@gruss.com
dz@gruss.com
el@gruss.com
gg@gruss.com
hrg@gruss.com
jar@gruss.com
jg@gruss.com
jj@gruss.com
jt@gruss.co.uk
mb@gruss.com
ms@gruss.com
noeline@gruss.co.uk
paul@gruss.co.uk
rjn@gruss.com
rw@gruss.com
sd@gruss.com
sw@gruss.com
ta@gruss.com
wd@gruss.co.uk

**gs**

aadarsh.malde@gs.com
abraar.musa@gs.com
adam.bailey@gs.com
adam.gileski@gs.com
aditya.agarwal@gs.com
alex.walker@gs.com
alex.zyngier@gs.com
alexander.kopp@gs.com
alexander.kramers@gs.com
alexandra.cooper@gs.com
alexis.deladerriere@gs.com
ali.hedayat@gs.com
ali.miremadi@gs.com
ali.nokhasteh@gs.com
alison.smith@gs.com
alka.parikh@gs.com
ami.goldfein@gs.com
andrea.trozzi@gs.com
andreja.cobeljic@gs.com
andrew.bound@gs.com
andrew.devlin@gs.com
andrew.ofori@gs.com
andrew.orchard@gs.com
andy.hill@gs.com
angela.clark@gs.com
anna.haemmerli@gs.com
anna.troup@gs.com
anne-marie.shepherd@gs.com

**Company & Corresponding Email Addresses**

annmarie.ferretti@gs.com
antoine.chiche@gs.com
aparra@gs.com
ariel.roskis@gs.com
arne.hassel@gs.com
ashok.tikku@gs.com
atul.joshi@gs.com
aziz.hassanali@gs.com
barend.pennings@gs.com
beat.cabiallavetta@gs.com
beatrice.kirkroy@gs.com
benjamin.lee@gs.com
benoit.herault@gs.com
bertrand.chen@gs.com
bhavya.babel@gs.com
bhumish.shah@gs.com
bob.bengtson@gs.com
brett.hannah@gs.com
brian.campbell@gs.com
brian.higgins@gs.com1
brian.hirschmann@gs.com
can.uran@gs.com
carlos.gallardo@gs.com
carolina.minio-paluello@gs.com
caroline.benton@gs.com
caroline.bradley@gs.com
caroline.gilkes@gs.com
caroline.spender@gs.com
carrie.colon@gs.com
chenryung.leo@gs.com
chong.park@gs.com
chris.christoforou@gs.com
chris.dyer@gs.com
chris.kang@gs.com
chris.vanburen@gs.com
christian.biancalana@gs.com
christian.schjodt-eriksen@gs.com
christian.vonschimmelmann@gs.com
christina.ehrenberg@gs.com
christopher.tinson@gs.com
cristina.cardellini@gs.com
daeho.bang@gs.com
daniel.carter@gs.com
daniel.henriques@gs.com
daniel.oros@gs.com
daniel.willison@gs.com
daniele.benatoff@gs.com
danny.truell@gs.com
david.bertin@gs.com
david.buckley@gs.com
david.goldburg@gs.com
david.lowish@gs.com
deniskoome.imathiu@gs.co
deniskoome.imathiu@gs.com

**Company & Corresponding Email Addresses**

denji.yiu@gs.com
dimitar.voukadinov@gs.com
dimitri.pierre@gs.com
donough.kilmurray@gs.com
douglas.kennedy@gs.com
douglas.weaver@gs.com
driss.ben-brahim@gs.com
eduardo.cabral@gs.com
elaine.rosa@gs.com
elena.dalsoglio@gs.com
elie.cukierman@gs.com
elif.aktug@gs.com
elisa.costa@gs.com
elizabeth.rasskazova@gs.com
elvira.espejo@gs.com
eric.weiss@gs.com
esther.skutele@gs.com
evelyn.campanile@gs.com
ewa.kozicz@gs.com
filippo.cartiglia@gs.com
fiona.neville@gs.com
firstname.surname@gs.com
florian.vonoppenheim@gs.com
francesca.fornasari@gs.com
franklin.edochie@gs.com
frederick.antwi@gs.com
gareth.tilley@gs.com
gareth.walker@gs.com
gary.greenberg@gs.com
gavin.nangle@gs.com
geoffrey.gribling@gs.com
george.chris@gs.com
gerard.westcott@gs.com
gillian.burns@gs.com
giorgio.gandola@gs.com
gita.lad@gs.com
greg.olafson@gs.com
greg.sharenow@gs.com
gregory.borenstein@gs.com
gregory.feldman@gs.com
hadi.kabalan@gs.com
harlakshmi.chandrashekar@gs.com
heather.arnold@gs.com
hedy.tan@gs.com
heike.schuerings@gs.com
himin.patel@gs.com
hugo.vanvredenburch@gs.com
ilan.heimann@gs.com
ivailo.petkov@gs.com
jacques.gabillon@gs.com
james.a.waters@gs.com
james.barber@gs.com
james.catling@gs.com
james.cielinski@gs.com

**Company & Corresponding Email Addresses**

james.hordern@gs.com
jason.ekaireb@gs.com
jason.gilbert@gs.com
jason.muenzen@gs.com
jason.singer@gs.com
jennifer.youde@gs.com
jerome.reed@gs.com
jeronimo.bremer@gs.com
jessica.khamsyvoravong@gs.com
jingjing.hu@gs.com
jo.alma@gs.com
joanna.dziubak@gs.com
johannes.hoff@gs.com
john.begley@gs.com
john.kearney@gs.com
jonathan.horner@gs.com
joseph.mauro@gs.com
julian.abel@gs.com
kate.xiong@gs.com
kathryn.mansfield@gs.com
katie.exbank@gs.com
kavita.nayar@gs.com
ken.kishimoto@gs.com
kerry.briscoe@gs.com
kevin.corrigan@gs.com
kevin.j.kao@gs.com
kevin.wong@gs.com
kevin.zhao@gs.com
kokou-agbo-bloua@gs.com
koral.anderson@gs.com
kristof.gleich@gs.com
landon.parsons@gs.com
laura.sirgiovanni@gs.com
laurence.gallo@gs.com
leonie.a.padioleau@gs.com
lesley.martinez@gs.com
lindsey.read@gs.com
loretta.white@gs.com
lorraine.yow@gs.com
marcus.hagnesten@gs.com
maria.gordon@gs.com
maria.pavlenko@gs.com
mariaelena.drew@gs.com
mariana.olsson@gs.com
marissa.ansell@gs.com
mark.a.lynch@gs.com
mark.beveridge@gs.com
mark.oneill@gs.com
mark.prentice@gs.com
marlon.balroop@gs.com
martin.bray@gs.com
matthew.jacobson@gs.com
melissa.tuttle@gs.com
melkizedeck.okudo@gs.com

**Company & Corresponding Email Addresses**

michael.haberkorn@gs.com
michael.j.beebe@gs.com
michael.nickson@gs.com
michael.sherwood@gs.com
michelle.o'donnell@gs.com
mike.sammons@gs.com
miriam.laranjeira@gs.com
mitesh.popat@gs.com
monika.thaler@gs.com
myles.osborn@gs.com
nagasri.sabbineni@gs.com
nail.jacob@gs.com
natalie.conn@gs.com
natasha.ward@gs.com
nathan.lin@gs.com
navin.kumar@gs.com
neil.callan@gs.com
neil.squires@gs.com
nery.alaev@gs.com
niall.quinn@gs.com
nicholas.griffiths@gs.com
nicholas.johnson@gs.com
nicholette.macdonald-brown@gs.com
nikos.theocharopoulos@gs.com
nimmie.eeson@gs.com
nisha.lakhani@gs.com
noah.solomon@gs.com
norihiko.ishihara@gs.com
nothando.ndebele@gs.com
oliver.bolitho@gs.com
olivier.cassaro@gs.com
omar.kara@gs.com
osahon.uwaifo@gs.com
paraag.amin@gs.com
patricia.toh@gs.com
paul.dalton@gs.com
paul.marson@gs.com
paula.collins@gs.com
pedro.teixeira@gs.com
philip.jacob@gs.com
philip.moffitt@gs.com
pierre-henri.flamand@gs.com
prashant.bhajar@gs.com
rajesh.amin@gs.com
rakesh.rikhi@gs.com
ralph.marron@gs.com
ran.li@gs.com
ricardo.marino@gs.com
ricardo.salgado@gs.com
richard.asbery@gs.com
richard.flax@gs.com
richard.m.davis@gs.com
richard.mulley@gs.com
rob.pyne@gs.com

**Company & Corresponding Email Addresses**

robert.boardman@gs.com
robert.gold@gs.com
robert.howard@gs.com
robert.mcevoy@gs.com
roberto.plaja@gs.com
rom.porto@gs.com
rory.bateman@gs.com
roy.schwartz@gs.com
ru@gs.com
sam.cairns@gs.com
sam.finkelstein@gs.com
samantha.pandolfi@gs.com
sameer.maru@gs.com
sameer.vaghela@gs.com
sami.ahmad@gs.com
samuel.lopezbriceno@gs.com
sandor.hau@gs.com
sanjay.mazumdar@gs.com
scott.bynum@gs.com
shivraj.bassi@gs.com
simon.barnard@gs.com
simon.lloyd@gs.com
stephanie.louie@gs.com
stephanie.niven@gs.com
stephen.barnett@gs.com
steve.d.ellis@gs.com
steve.hwang@gs.com
stuart.mcpherson@gs.com
stuart.prince@gs.com
sunaina.suresh@gs.com
suneil.mahindru@gs.com
susana.ho@gs.com
sven.hogsep@gs.com
takashi.hatanaka@gs.com
tanya.bough@gs.com
tavis.cannell@gs.com
ted.sotir@gs.com
teresa.wilkinson@gs.com
thian.chew@gs.com
thomas.goldthorpe@gs.com
thomas.henke@gs.com
thomas.pedersen@gs.com
tim.crannis@gs.com
tim.duncker@gs.com
tom.bauwens@gs.com
tony.gaunt@gs.com
tony.mcghee@gs.com
tory.windisch@gs.com
vaibhav.chauhan@gs.com
vanessa.cosgrave@gs.com
victor.pina@gs.com
vidya.vasu-devan@gs.com
vijayalakshmi.rajendran@gs.com
vikki.lindstrom@gs.com

## Company & Corresponding Email Addresses

vinod.venkitachalam@gs.com
vladimira.mircheva@gs.com
vusal.najafov@gs.com
warren.ladd@gs.com
will.morgan@gs.com
william.dewulf@gs.com
william.howard@gs.com
william.jones@gs.com
william.peak@gs.com
wolfgang.kostner@gs.com
yi.gu@gs.com
zachary.bornstein@gs.com

### gsb

arovelli@gsb.uchicago.edu
borges_thiago@gsb.stanford.edu
camino_alejandro@gsb.stanford.edu
carrithers_shaun@gsb.stanford.edu
chan_abby@gsb.stanford.edu
chang_daphne@gsb.stanford.edu
dthigpen03@gsb.columbia.edu
fbannatyne03@gsb.columbia.edu
grant_joel@gsb.stanford.edu
hosoi_mihoko@gsb.stanford.edu
johnson_john@gsb.stanford.edu
korteweg_arthur@gsb.stanford.edu
lbusbaum@gsb.columbia.edu
losch_helen@gsb.stanford.edu
mstadlm@gsb.uchicago.edu
reiss_peter@gsb.stanford.edu
reist_paul@gsb.stanford.edu
rogers_ralph@gsb.stanford.edu
simmons_kim@gsb.stanford.edu
thompson_astrid@gsb.stanford.edu
varma_rohit@gsb.stanford.edu
vrana_michael@gsb.stanford.edu
zaman_asif@gsb.stanford.edu

### gsc

cmantelin@gsc.com
dvogel@gsc.com
echiang@gsc.com
esteffelin@gsc.com
jbecker@gsc.com
jmccary@gsc.com
mguterman@gsc.com
tdial@gsc.com
tnest@gsc.com
wshieh@gsc.com
wzhu@gsc.com

### gscm

mcstayp@gscm.com

### gscpartners

esotiriou@gscpartners.com
ihwang@gscpartners.com
iturkedjiev@gscpartners.com

## Company & Corresponding Email Addresses

mgregg@gscpartners.com
mkaufman@gscpartners.com
praygor@gscpartners.com
rfrank@gscpartners.com
rhamwee@gscpartners.com
skatzenstein@gscpartners.com
sruby@gscpartners.com
strousseau@gscpartners.com
thasan@gscpartners.com
tingelsby@gscpartners.com
tlibassi@gscpartners.com

### gsk

ad.g.rawcliffe@gsk.com
alan.greenfield@gsk.com
ankush.x.nandra@gsk.com
anthony.mercer@gsk.com
bert.a.van-oekelen@gsk.com
chester.koczynski@gsk.com
dealers-lond.treasury@gsk.com
derek.cowie@gsk.com
duncan.learmouth@gsk.com
greer.fry@gsk.com
gunther.faber@gsk.com
hiren.g.patel@gsk.com
jackie.a.francis@gsk.com
james.t.green@gsk.com
jrw9343@gsk.com
jvy24058@gsk.com
peter.k.hopkins@gsk.com
roger.emerson@gsk.com
sarah-jane.chilver-stainer@gsk.com
subesh.r.williams@gsk.com
toshihiro.ishikiriyama@gsk.com

### gskbio

jean.stephenne@gskbio.com
michel.baijot@gskbio.com

### gsocap

dan.baginski@gsocap.com

### gstreet

cpia@gstreet.com

### gte

hcminc@gte.net
van.krupper@gte.net
winsonb@gte.net

### gt-finance

n.moreau@gt-finance.fr
p.neyret@gt-finance.fr

### gtjas

liuming@gtjas.com
mohuiqin@gtjas.com
wangsong@gtjas.com
yangxiaotao@gtjas.com
zhouli@gtjas.com

### gtplc

## Company & Corresponding Email Addresses
anna.powell@gtplc.com

### guarantybank
edward.schultze@guarantybank.com

### guarantygroup
andre.ashbaugh@guarantygroup.com
bruce.clark@guarantygroup.com
charles.sebesta@guarantygroup.com
christine.torres@guarantygroup.com
jack.falconi@guarantygroup.com
joe.rossa@guarantygroup.com
mike.calcote@guarantygroup.com
patrick.king@guarantygroup.com
ron.murff@guarantygroup.com

### guardian
bmonroe@guardian.com

### guh-vermoegen
h.heimburger@guh-vermoegen.de

### guildinvestment
adanaher@guildinvestment.com
aford@guildinvestment.com
cmyung@guildinvestment.com
cpieper@guildinvestment.com
dkim@guildinvestment.com
jbell@guildinvestment.com
mguild@guildinvestment.com
msouders@guildinvestment.com
parora@guildinvestment.com

### gulfbank
asifm@gulfbank.com.kw
faisal@gulfbank.com.kw
jmaalouf@gulfbank.com.kw
pejman@gulfbank.com.kw
philip@gulfbank.com.kw

### gunet
morant@gunet.georgetown.edu
portae@gunet.georgetown.edu

### guta
makhover@guta.ru

### gutzwiller-funds
cve@gutzwiller-funds.com

### guyerzeller
a.bengzon@hsbc.guyerzeller.com
b.bass@hsbc.guyerzeller.com
b.mazzucchelli@hsbc.guyerzeller.com
c.liu@hsbc.guyerzeller.com
c.schmid@hsbc.guyerzeller.com
c.sutter@hsbc.guyerzeller.com
d.clemente@hsbc.guyerzeller.com
f.froehli@hsbc.guyerzeller.com
f.macedo@hsbc.guyerzeller.com
f.studer@hsbc.guyerzeller.com
g.ruzicka@hsbc.guyerzeller.com
h.hollenweger@hsbc.guyerzeller.com
h.hsuan@hsbc.guyerzeller.com

## Company & Corresponding Email Addresses

m.beeler@hsbc.guyerzeller.com
m.bissig@hsbc.guyerzeller.com
m.jetzer@hsbc.guyerzeller.com
m.joerger@hsbc.guyerzeller.com
marc.polydor@hsbc.guyerzeller.com
o.muggli@hsbc.guyerzeller.com
p.hoff@hsbc.guyerzeller.com
p.oehen@hsbc.guyerzeller.com
p.ott@hsbc.guyerzeller.com
r.duerler@hsbc.guyerzeller.com
r.oetliker@hsbc.guyerzeller.com
r.rizzo@hsbc.guyerzeller.com
r.schlaepfer@hsbc.guyerzeller.com
s.feiss@hsbc.guyerzeller.com
s.hefti@hsbc.guyerzeller.com
t.hayim@hsbc.guyerzeller.com
u.duebendorfer@hsbc.guyerzeller.com
u.haibach@hsbc.guyerzeller.com
w.wuethrich@hsbc.guyerzeller.com

**guzman**
abuchner@guzman.com
crodriguez@guzman.com
geguilior@guzman.com
jbell@guzman.com
leoguzman@guzman.com
lguzman@guzman.com
mgoodman@guzman.com
mkguzman@guzman.com
wrobertson@guzman.com

**gvie**
llapilus@gvie.generali.fr

**gweiss**
glenn.goldstein@gweiss.com

**gwkinc**
bmoreland@gwkinc.com
cdevens@gwkinc.com
edurey@gwkinc.com
ewhite@gwkinc.com
jfox@gwkinc.com
jlemaitre@gwkinc.com
jowens@gwkinc.com
jthibault@gwkinc.com
jwelsh@gwkinc.com
jwhitney@gwkinc.com
kbonin@gwkinc.com
lschneider@gwkinc.com
mgudaitis@gwkinc.com
mkane@gwkinc.com
mtourigny@gwkinc.com
mvroom@gwkinc.com
nangell@gwkinc.com
scurry@gwkinc.com
smcintyre@gwkinc.com
tduff@gwkinc.com

**Company & Corresponding Email Addresses**

**gwl**
   beth.panek@gwl.com
   bill.mccallum@gwl.com
   bruce.masters@gwl.com
   cathe.tocher@gwl.com
   christian.seiferth@gwl.com
   daniel.post@gwl.com
   dennis.hobein@gwl.com
   diane.felske@gwl.com
   donna.means@gwl.com
   ernie.friesen@gwl.com
   eve.hampton@gwl.com
   james.lowery@gwl.com
   janet.hurkett@gwl.com
   jason.e.wright@gwl.com
   jers@gwl.com
   john.clouthier@gwl.com
   larisa.dora@gwl.com
   lorrie.lynn@gwl.com
   mark.corbett@gwl.com
   matt.mccain@gwl.com
   matthew.amsberry@gwl.com
   mitchell.graye@gwl.com
   nancy.himelstieb@gwl.com
   nathan.mariner@gwl.com
   paul.oh@gwl.com
   paul.runnalls@gwl.com
   prestin.read@gwl.com
   ray.miller@gwl.com
   sam.moyn@gwl.com
   susan.trahan@gwl.com
   tad.anderson@gwl.com
   tanya.dyjak@gwl.com
   teresa.walter@gwl.com
   thone.gdovin@gwl.com
   tina.tanaka-ishida@gwl.com
   tom.johnson@gwl.com
   tom.wilkinson@gwl.com
   ward.argust@gwl.com
   wayne.hoffmann@gwl.com
**gwrwealth**
   gwr@gwrwealth.com
**gwu**
   kjasmin@gwu.edu
**gz-bank**
   alexandra.broenner@gz-bank.de
   andrea.stolz@gz-bank.de
   angelika.grob@gz-bank.de
   eric.hofmann@gz-bank.de
   frank.weber@gz-bank.de
   holger.sahner@gz-bank.de
   jochen.krawietz@gz-bank.de
   karin.bleuel@gz-bank.de
   nikolaus.sillem@gz-bank.de

## Company & Corresponding Email Addresses

olaf.trenner@gz-bank.de
padraig.langtry@gz-bank.ie
stefan.traut@gz-bank.de
ursula.elser@gz-bank.de

### haam
heiko.woessner@haam.de

### hafm
florian.schuhbeck@hafm.de
frank.hoppe@hafm.de
nino.vonfinck@hafm.de
osman.bayro@hafm.de
stefan.guenther@hafm.de
wolfgang.kleedoerfer@hafm.de

### hagemeyer
ballegooijenjhvan@hagemeyer.com
mapletoftbj@hagemeyer.com
vosrjwde@hagemeyer.com
wolfelde@hagemeyer.com
wouterseaj@hagemeyer.com

### halbis
aidan.solloway@halbis.com
angus.parker@halbis.com
charles.robinson@halbis.com
david.carter@halbis.com
david.finch@halbis.com
james.shervington@halbis.com
jose.cuervo@halbis.com
mary-ann.chang@halbis.com
nicholas.dowell@halbis.com
nick.timberlake@halbis.com
phil.oakley@halbis.com
se-ting.frenzel@halbis.com
simon.bennett@halbis.com
simon.sharp@halbis.com
siobhan.cass@halbis.com
steve.chappell@halbis.com
steven.bowen@halbis.com
tian.q.chen@halbis.com

### halcyonll
lmoro@halcyonll.com

### halcyonllc
afriedman@halcyonllc.com
agoldberg@halcyonllc.com
asavella@halcyonllc.com
byorke@halcyonllc.com
byoung@halcyonllc.com
cball@halcyonllc.com
cdworkin@halcyonllc.com
cfenske@halcyonllc.com
cmason@halcyonllc.com
czhou@halcyonllc.com
dcrocker@halcyonllc.com
ebarnes@halcyonllc.com
fsteindler@halcyonllc.com

## Company & Corresponding Email Addresses

gdunican@halcyonllc.com
gkostakis@halcyonllc.com
ifernandez@halcyonllc.com
jcoppola@halcyonllc.com
jfisher@halcyonllc.com
jgodley@halcyonllc.com
jgreene@halcyonllc.com
jholley@halcyonllc.com
jorringer@halcyonllc.com
jwolnick@halcyonllc.com
khall@halcyonllc.com
koei@halcyonllc.com
ksingh@halcyonllc.com
llebard@halcyonllc.com
mfrangos@halcyonllc.com
mgarg@halcyonllc.com
mhicks@halcyonllc.com
mmantschev@halcyonllc.com
mrepaci@halcyonllc.com
nfox@halcyonllc.com
nlamotte@halcyonllc.com
pdesai@halcyonllc.com
rbendixen@halcyonllc.com
rcarpio@halcyonllc.com
rvirani@halcyonllc.com
rwilliams@halcyonllc.com
rwu@halcyonllc.com
schuentan@halcyonllc.com
scornick@halcyonllc.com
sgoldstein@halcyonllc.com
smandis@halcyonllc.com
stan@halcyonllc.com
tnocella@halcyonllc.com
tom@halcyonllc.com
tsolomon@halcyonllc.com
twallach@halcyonllc.com
vmohan@halcyonllc.com
wward@halcyonllc.com

### halcyonpartnerships

ekonopko@halcyonpartnerships.com
hkofman@halcyonpartnerships.com
jbader@halcyonpartnerships.com
jsykes@halcyonpartnerships.com
kkonner@halcyonpartnerships.com
lkarcsh@halcyonpartnerships.com
lross@halcyonpartnerships.com
mtobin@halcyonpartnerships.com
research@halcyonpartnerships.com
sbell@halcyonpartnerships.com
tburnett@halcyonpartnerships.com
tdunn@halcyonpartnerships.com

### halifax

john.hope@halifax.co.uk
kimshort@halifax.co.uk

## Company & Corresponding Email Addresses

richardmyers@halifax.co.uk
tonyclark@halifax.co.uk

### halkbank
aycaevrim.nalcaci@halkbank.com.tr
ertays@halkbank.kz
mehmethakan.atilla@halkbank.com.tr
murat.uysal@halkbank.com.tr
serhat.sefer@halkbank.com.tr

### halliburton
edward.eichelberger@halliburton.com
gloria.warren@halliburton.com
hong.zhu@halliburton.com
paul.guthrie@halliburton.com
preston.holsinger@halliburton.com
richard.whiles@halliburton.com
stacie.jarrett@halliburton.com
steven.mathews2@halliburton.com
tim.despain@halliburton.com
troy.davis@halliburton.com
wendy.rachuk@halliburton.com

### halliburtonir
jelliott@halliburtonir.com

### halpel
harpel@halpel.com

### halybank
daurenk@halybank.kz

### halykbank
aliyayes@halykbank.kz
asela@halykbank.kz
askars@halykbank.kz
balzhani@halykbank.kz
erkebulant@halykbank.kz
gainii@halykbank.kz
kantar@halykbank.kz
sabitkh@halykbank.kz

### hamburglb
jens.mumme@hamburglb.co.uk

### hanabank
angsoo2.kim@hanabank.com
bhkim@hanabank.com
byungholee@hanabank.com
changwonmoon@hanabank.com
chji@hanabank.com
chulminchoi@hanabank.com
chunsukjung@hanabank.com
cmsong@hanabank.com
cwyun@hanabank.com
daehyukyoo@hanabank.com
dk_lee@hanabank.com
dwlee@hanabank.com
ghhan@hanabank.co.kr
ghhan@hanabank.com
heuychullee@hanabank.com
hjpark@hanabank.com.hk

**Company & Corresponding Email Addresses**

hn_kim@hanabank.com
hojaechoi@hanabank.com
hsoh@hanabank.com
hwanjoolee@hanabank.com
hyunbae.kim@hanabank.com
hyungjunan@hanabank.com
hyungonnoh@hanabank.com
inwoojung@hanabank.com
jaehwanlee@hanabank.com
jaeiklee@hanabank.com
jaejinyang@hanabank.com
jaewonpark@hanabank.com
jehyeongyu@hanabank.com
jennylee@hanabank.com
jeongeun@hanabank.com
jeongwonchoi@hanabank.com
jerry.son@hanabank.com
jgsong@hanabank.com
jh.cheong@hanabank.com
jheun@hanabank.com
jhpark@hanabank.com
jihoon2.park@hanabank.com
jilee@hanabank.com
jinheecho@hanabank.com
jinjoo.ok@hanabank.com
jspark@hanabank.co.kr
jungmincha@hanabank.com
jwjeong@hanabank.com
jyjeon@hanabank.com
kajung@hanabank.com
keehwankim@hanabank.com
khany@hanabank.com
kisukok@hanabank.com
kj.kim@hanabank.com
kthan@hanabank.com
kuihyunyou@hanabank.com
kyunghoonchang@hanabank.com
mchong@hanabank.com
munkiseo@hanabank.com
sangbin.park@hanabank.com
sanghoonkim@hanabank.com
sangyoonkim@hanabank.com
seungyonglee@hanabank.com
sj.moon@hanabank.com
skchoi@hanabank.com
skji@hanabank.com.hk
sklee@hanabank.com
sspark@hanabank.com
sucheolkim@hanabank.com
suncholchoi@hanabank.com
sungwookcho@hanabank.com
sy.kim@hanabank.com
uyjung@hanabank.com
ws.hong@hanabank.com

## Company & Corresponding Email Addresses

yeunyongji@hanabank.com
yk.choi@hanabank.com
yoonsangkim@hanabank.com
yoosookhong@hanabank.com
yunsooo@hanabank.com

### hanastock
hijung@hanastock.co.kr

### hancock
jcsanderson@hancock.com

### hancockbank
aimee_forsythe@hancockbank.com
deedee_rutland@hancockbank.com
gerry_dugal@hancockbank.com
janet_white@hancockbank.com
kathy_ryan@hancockbank.com
kristy_sramek@hancockbank.com
paul_queyrouze@hancockbank.com
sandra_young@hancockbank.com

### hancockhorizon
shaw_breland@hancockhorizon.com

### handelsbanbanken
cejo04@handelsbanbanken.se

### handelsbanken
agfr02@handelsbanken.se
albo01@handelsbanken.no
alna01@handelsbanken.se
alpa02@handelsbanken.se
anak02@handelsbanken.se
anbr12@handelsbanken.se
ando01@handelsbanken.se
anha68@handelsbanken.se
anjo44@handelsbanken.se
anni15@handelsbanken.se
aser03@handelsbanken.se
assa02@handelsbanken.se
bebo03@handelsbanken.se
bera02@handelsbanken.se
bewa04@handelsbanken.se
bjro1@handelsbanken.com
cace05@handelsbanken.se
cacr01@handelsbanken.se
caha04@handelsbanken.se
cama04@handelsbanken.se
chcr02@handelsbanken.se
chha10@handelsbanken.se
chjo08@handelsbanken.se
chpe14@handelsbanken.se
chsu@handelsbanken.se
clmo01@handelsbanken.se
daho03@handelsbanken.se
dala01@handelsbanken.se
dane02@handelsbanken.no
daol04@handelsbanken.se
dasi01@handelsbanken.se

**Company & Corresponding Email Addresses**

edpe01@handelsbanken.se
elja04@handelsbanken.se
erhu02@handelsbanken.se
evsa02@handelsbanken.se
evta01@handelsbanken.se
frca03@handelsbanken.se
frla01@handelsbanken.se
frma05@handelsbanken.se
frmo01@handelsbanken.se
frsj03@handelsbanken.se
frsu04@handelsbanken.se
gyca01@handelsbanken.se
hagr04@handelsbanken.se
heah01@handelsbanken.se
hean04@handelsbanken.se
hees02@handelsbanken.se
heje02@handelsbanken.se
heli04@handelsbanken.se
heol03@handelsbanken.se
hesa06@handelsbanken.se
hona04@handelsbanken.se
hypa01@handelsbanken.se
jach04@handelsbanken.se
jano01@handelsbanken.se
jasa09@handelsbanken.se
jefr03@handelsbanken.se
jiha01@handelsbanken.se
jisa01@handelsbanken.se
joah01@handelsbanken.se
joal06@handelsbanken.se
joba01@handelsbanken.se
jobu02@handelsbanken.se
joby03@handelsbanken.se
joda04@handelsbanken.se
jogu01@handelsbanken.se
jojo07@handelsbanken.se
joka01@handelsbanken.se
joma21@handelsbanken.se
josa12@handelsbanken.se
josc03@handelsbanken.se
josc04@handelsbanken.se
josp01@handelsbanken.se
jowe03@handelsbanken.se
kany04@handelsbanken.se
kavi03@handelsbanken.se
kebl01@handelsbanken.se
kemu01@handelsbanken.se
kewe02@handelsbanken.se
kjhe03@handelsbanken.se
kjno02@handelsbanken.se
kjor02@handelsbanken.se
klgr01@handelsbanken.se
knmo01@handelsbanken.no
kral03@handelsbanken.se

**Company & Corresponding Email Addresses**

krbj02@handelsbanken.se
laan06@handelsbanken.se
lefr01@handelsbanken.se
lila04@handelsbanken.se
lite02@handelsbanken.se
mabr08@handelsbanken.se
mace01@handelsbanken.se
macl01@handelsbanken.se
mael10@handelsbanken.se
maer22@handelsbanken.se
maga02@handelsbanken.se
mahy01@handelsbanken.se
maka13@handelsbanken.se
mako02@handelsbanken.se
mala61@handelsbanken.se
mali81@handelsbanken.se
mama20@handelsbanken.se
mast39@handelsbanken.se
mato01@handelsbanken.se
matti.sulamaa@handelsbanken.fi
mawi01@handelsbanken.se
miah02@handelsbanken.se
mier03@handelsbanken.se
mife01@handelsbanken.se
migr02@handelsbanken.se
mima01@handelsbanken.se
mise03@handelsbanken.se
miwa02@handelsbanken.se
miwe01@handelsbanken.se
moal01@handelsbanken.se
nife01@handelsbanken.se
nihe03@handelsbanken.se
nija02@handelsbanken.se
olli02@handelsbanken.se
osak01@handelsbanken.se
pabe04@handelsbanken.se
pain02@handelsbanken.se
pamc03@handelsbanken.se
paol01@handelsbanken.se
para02@handelsbanken.se
pash01@handelsbanken.se
pean23@handelsbanken.se
pebj07@handelsbanken.se
pebo02@handelsbanken.se
pefa05@handelsbanken.se
pehv01@handelsbanken.se
pejo03@handelsbanken.se
peli20@handelsbanken.se
penu01@handelsbanken.se
pese01@handelsbanken.se
pesi01@handelsbanken.se
peur01@handelsbanken.se
piha01@handelsbanken.se
ribo01@handelsbanken.se

**Company & Corresponding Email Addresses**

rihi01@handelsbanken.se
rili01@handelsbanken.se
scep01@handelsbanken.se
simo01@handelsbanken.se
sisi01@handelsbanken.se
soge02@handelsbanken.se
stda06@handelsbanken.se
stha01@handelsbanken.se
stje01@handelsbanken.se
stli03@handelsbanken.se
stli12@handelsbanken.se
stny01@handelsbanken.se
stro05@handelsbanken.se
stwa05@handelsbanken.se
suur01@handelsbanken.se
test01@handelsbanken.se
thah03@handelsbanken.se
than09@handelsbanken.se
thre02@handelsbanken.se
tobl02@handelsbanken.se
toho08@handelsbanken.se
toiw01@handelsbanken.se
tojo04@handelsbanken.se
toma01@handelsbanken.se
towe03@handelsbanken.se
ulah01@handelsbanken.se
ulbo03@handelsbanken.se
ulri02@handelsbanken.se
ulso04@handelsbanken.se
ulst06@handelsbanken.se
yvlu01@handelsbanken.se

**hanifen**

rnew@hanifen.com

**hanmail**

e901246@hanmail.net
eskimhk@hanmail.net
gabjoongkim@hanmail.net
hanlee2@hanmail.net
harry65@hanmail.net
jongsoo6537@hanmail.net
kimhhyuung@hanmail.net
kimjong63@hanmail.net
km000kim@hanmail.net
njhwang01@hanmail.net
papillon707@hanmail.net
patrickryoo@hanmail.net
samkang1@hanmail.net
seabong@hanmail.net
seaboong@hanmail.net
sikingakari@hanmail.net
syang01@hanmail.net
syrae@hanmail.net
wooksdw@hanmail.net

**hannover-re**

## Company & Corresponding Email Addresses

harald.schenk@hannover-re.com

**hanovercapital**
jim.strickler@hanovercapital.com
phong.huynh@hanovercapital.com

**hanoverstrategic**
bbaird@hanoverstrategic.com

**hansa**
anna.kouts@hansa.ee
aron.jalakas@hansa.ee
art.lestberg@hansa.ee
darius.gecevicius@hansa.ee
helen.ree2@hansa.ee
kristel.talvar@hansa.ee
piret.viskus@hansa.ee

**hansabanka**
alina.beguna@hansabanka.lv
egons.strazdins@hansabanka.lv
elmars.priksans@hansabanka.lv
ingrida.bluma@hansabanka.lv
liene.kule@hansabanka.lv

**hanseatic-ny**
bbeaty@hanseatic-ny.com

**hanson**
jread@hanson.co.uk

**hansonplc**
karl.fenlon@hansonplc.com

**hansra**
gurdeep@hansra.co.uk

**hanvb**
christiane.backhaus@hanvb.de

**hanvitbank**
derivatives@hanvitbank.co.kr
gudeal@hanvitbank.co.kr
hylee@hanvitbank.co.kr
mjh1234@hanvitbank.co.kr
nslee@hanvitbank.co.kr
sanghoon.ahn@hanvitbank.co.kr
shyoon@hanvitbank.co.kr
yckim@hanvitbank.co.kr

**hanwaamerican**
ynakagawa@hanwaamerican.com

**hapoalim**
doris.pfiffner@hapoalim.ch
harry.tscharner@hapoalim.ch
ilan.wurmser@hapoalim.ch
jonathan.kilbey@hapoalim.ch
mark.beasley@hapoalim.ch
xavier.mugnier@hapoalim.ch

**hapoalimusa**
adong@hapoalimusa.com
cwagner@hapoalimusa.com
ewinter@hapoalimusa.com
flopiccolo@hapoalimusa.com
glubiner@hapoalimusa.com

**Company & Corresponding Email Addresses**

hmm@hapoalimusa.com
hweissler@hapoalimusa.com
jkaplan@hapoalimusa.com
kschmidt@hapoalimusa.com
mandersen@hapoalimusa.com
mbiondollilo@hapoalimusa.com
mvento@hapoalimusa.com
rbrooksklueber@hapoalimusa.com
sbreidbart@hapoalimusa.com
sromanowski@hapoalimusa.com
tmolloy@hapoalimusa.com
wcicio@hapoalimusa.com
zrubinstein@hapoalimusa.com

**hapolimusa**
lraffa@hapolimusa.com

**hapsa**
madlen.thonhauser@hapsa.de

**harborviewgrowth**
acarryl@harborviewgrowth.com
agarceau@harborviewgrowth.com
mmandel@harborviewgrowth.com
rcarryl@harborviewgrowth.com
rpiazza@harborviewgrowth.com

**harchcapital**
jfarrace@harchcapital.com

**harcourtgeneral**
pgibbons@harcourtgeneral.com

**hardingllc**
jdrury@hardingllc.com

**harleysvillegroup**
jmorris2@harleysvillegroup.com
mcummins@harleysvillegroup.com

**harleysvillesavings**
rgeib@harleysvillesavings.com

**harmonic**
alyssa.lebner@harmonic.ky
dirk.teunissen@harmonic.ky

**harrisbank**
ag.anglum@harrisbank.com
alan.tso@harrisbank.com
albin.littell@harrisbank.com
amy.plyler@harrisbank.com
andrew.waisburd@harrisbank.com
anita.mei@harrisbank.com
annette.love@harrisbank.com
anthony.comorat@harrisbank.com
antonio.ramos@harrisbank.com
boyd.eager@harrisbank.com
brent.schutte@harrisbank.com
brian.benesch@harrisbank.com
brian.gawin@harrisbank.com
brian.moeller@harrisbank.com
brian.skarbek@harrisbank.com
brian.zeitz@harrisbank.com

## Company & Corresponding Email Addresses

carl.lindokken@harrisbank.com
carol.lyons@harrisbank.com
carole.christakis@harrisbank.com
carolyn.lane@harrisbank.com
catherine.cooper@harrisbank.com
catherine.krawitz@harrisbank.com
cathy.kravitz@harrisbank.com
charles.georgas@harrisbank.com
charles.howes@harrisbank.com
charles.o'connell@harrisbank.com
charles.rowe@harrisbank.com
charlie.sloan@harrisbank.com
chris.hatch@harrisbank.com
christopher.lucchetti@harrisbank.com
christy.mcgee@harrisbank.com
cindy.holmes@harrisbank.com
clay.pruitt@harrisbank.com
connie.song@harrisbank.com
dan.sido@harrisbank.com
daniela.mardarovici@harrisbank.com
dave.maley@harrisbank.com
david.boesel@harrisbank.com
david.canon@harrisbank.com
david.gregg@harrisbank.com
david.keller@harrisbank.com
david.peckenpaugh@harrisbank.com
david.risner@harrisbank.com
deborah.jefferson@harrisbank.com
dharris@harrisbank.com
diane.greczek@harrisbank.com
donald.coxe@harrisbank.com
doug.thornton@harrisbank.com
edward.keating@harrisbank.com
emma.nunn@harrisbank.com
eric.hu@harrisbank.com
ernesto.ramos@harrisbank.com
fredric.azar@harrisbank.com
gary.canon@harrisbank.com
george.selby@harrisbank.com
glenna.anderson@harrisbank.com
graham.bentz@harrisbank.com
gregory.blasucci@harrisbank.com
gregory.hartje@harrisbank.com
heidi.westland@harrisbank.com
irina.pacheco@harrisbank.com
jack.ablin@harrisbank.com
jack.mcgrath@harrisbank.com
james.dunn@harrisbank.com
james.dunne@harrisbank.com
james.hagedorn@harrisbank.com
james.jones@harrisbank.com
jamesl.farrell@harrisbank.com
jason.hans@harrisbank.com
jay.ritter@harrisbank.com

**Company & Corresponding Email Addresses**

jeffrey.nepote@harrisbank.com
jennifer.craig@harrisbank.com
joanne.norvell@harrisbank.com
john.patterson@harrisbank.com
jolene.madurzak@harrisbank.com
joseph.peddrick@harrisbank.com
julie.mcgrath@harrisbank.com
karen1.warner@harrisbank.com
karil.gaut@harrisbank.com
kathy.young@harrisbank.com
ken.mangiantini@harrisbank.com
kenneth.gimbel@harrisbank.com
kerri.donovan@harrisbank.com
kimberly.keywell@harrisbank.com
kimberly.mcmahon@harrisbank.com
laura.alter@harrisbank.com
laura.chiappetta@harrisbank.com
laurel.schirr@harrisbank.com
lindadiehl.wilson@harrisbank.com
louise.diethhlem@harrisbank.com
lynn.arntzen@harrisbank.com
marek.ciszewski@harrisbank.com
mark.heuer@harrisbank.com
mark.sansoterra@harrisbank.com
mark.wimer@harrisbank.com
marye.anderson@harrisbank.com
matthew.bender@harrisbank.com
matthew.griswold@harrisbank.com
maureen.svagera@harrisbank.com
melanie.malone@harrisbank.com
michael.janik@harrisbank.com
michael.papciak@harrisbank.com
michelle.hill@harrisbank.com
mike.mcnicholas@harrisbank.com
mike.sullivan@harrisbank.com
monique.rhue@harrisbank.com
natalie.drungle@harrisbank.com
noel.pawlak@harrisbank.com
pat.roche@harrisbank.com
patrick.keating@harrisbank.com
paul.king@harrisbank.com
paul.snyder@harrisbank.com
peggy.lowder@harrisbank.com
philip.young@harrisbank.com
phillip.krauss@harrisbank.com
richard.lowes@harrisbank.com
rick.block@harrisbank.com
robert.decker@harrisbank.com
robert.mckeen@harrisbank.com
robert.schurer@harrisbank.com
ronee.greazel@harrisbank.com
ruth.richardson@harrisbank.com
sara.klabacha@harrisbank.com
scott.hansen@harrisbank.com

## Company & Corresponding Email Addresses

sean.curry@harrisbank.com
shun.dyes@harrisbank.com
steve.krisik@harrisbank.com
steven.ricchio@harrisbank.com
susan.hines@harrisbank.com
temilade.oyeniyi@harrisbank.com
thomas.ballent@harrisbank.com
thomas.lettenberger@harrisbank.com
thomas.lewis@harrisbank.com
timothy.gleason@harrisbank.com
todd.barre@harrisbank.com
tom.johnson@harrisbank.com
tony.fout@harrisbank.com
w.isom@harrisbank.com
william.leszinske@harrisbank.com
william.meehling@harrisbank.com
william.palmer@harrisbank.com
ylanda.wilhite@harrisbank.com

**harrisbanks**
carole.saliture@harrisbanks.com

**harrismycfo**
jay.morley@harrismycfo.com
joseph.knecht@harrismycfo.com

**harrisnesbitt**
christian.nolan@harrisnesbitt.com
chuck.hohman@harrisnesbitt.com
nathalie.houde@harrisnesbitt.com
ronald.kirchler@harrisnesbitt.com

**hartfordfinancial**
ebanderson@hartfordfinancial.com
gbsimson@hartfordfinancial.com
lpbrundage@hartfordfinancial.com

**hartfordlife**
dan.guilbert@hartfordlife.com
jennifer.murphy@hartfordlife.com
kyle_senk@hartfordlife.com
mfapricing@hartfordlife.com
phyllis.seeger@hartfordlife.com
plagonig@hartfordlife.com

**hartzcapital**
matthew.martelli@hartzcapital.com
michael.fleming@hartzcapital.com

**hartzmountain**
noah.lerner@hartzmountain.com

**harvardbusiness**
ebrown@harvardbusiness.org

**haspa**
achim.lange@haspa.de
christian.kuemmel@haspa.de
christian.pudelek-vonbloh@haspa.de
florence.micheel@haspa.de
hanspeter.karstens@haspa.de
joachim.koehne@haspa.de
kerstin.kruse@haspa.de

## Company & Corresponding Email Addresses

klaus.kruse@haspa.de
martin.kruse@haspa.de
mathias.loll@haspa.de
thorsten.balla@haspa.de

### hauck-aufhaeuser

adrian.bernard@hauck-aufhaeuser.de
albrecht.gohlke@hauck-aufhaeuser.de
alfred.junker@hauck-aufhaeuser.de
andreas.schmidt@hauck-aufhaeuser.de
andreas.weiss@hauck-aufhaeuser.de
bastian.freitag@hauck-aufhaeuser.de
bettina.chasse@hauck-aufhaeuser.lu
burkhard.allgeier@hauck-aufhaeuser.de
franz.welsch@hauck-aufhaeuser.de
guido.schmidt@hauck-aufhaeuser.de
holger.sauerbier@hauck-aufhaeuser.de
ilona.korsch@hauck-aufhaeuser.de
jens.schott@hauck-aufhaeuser.de
jens.wissel@hauck-aufhaeuser.de
kirsten.meissner@hauck-aufhaeuser.lu
michael.schramm@hauck-aufhaeuser.de
robert.fruechtl@hauck-aufhaeuser.de
sabine.hummel@hauck-aufhaeuser.de
sebastian.reuter@hauck-aufhaeuser.de
sven.madsen@hauck-aufhaeuser.de
thomas.philipp@hauck-aufhaeuser.de
thomas.wiesner@hauck-aufhaeuser.de
treasury.f@hauck-aufhaeuser.de
vv.m@hauck-aufhaeuser.de

### havencapital

tom@havencapital.com

### hawkglobal-us

ddayan@hawkglobal-us.com
mmaikoksoong@hawkglobal-us.com
pspivack@hawkglobal-us.com

### hawkinsmcentee

maria@hawkinsmcentee.com

### hawthorn-pnc

harris.bernstein@hawthorn-pnc.net

### hbk

abonilla@hbk.com
agowda@hbk.com
akannan@hbk.com
apoole@hbk.com
areeves@hbk.com
atroitskaya@hbk.com
bansel@hbk.com
bdias@hbk.com
bdufief@hbk.com
bheller@hbk.com
bmiller@hbk.com
borr@hbk.com
bpaasche@hbk.com
bpark@hbk.com

## Company & Corresponding Email Addresses

cdevore@hbk.com
cleonard@hbk.com
cmccallister@hbk.com
cmoore@hbk.com
cnelson@hbk.com
cnettune@hbk.com
corpre@hbk.com
cshufeldt@hbk.com
cstephens@hbk.com
cwysong@hbk.com
dcase@hbk.com
dhaley@hbk.com
dmascolo@hbk.com
dmirovitski@hbk.com
dschumer@hbk.com
dtan@hbk.com
dzarchan@hbk.com
ediamond@hbk.com
egriffis@hbk.com
ehamel@hbk.com
ekirby@hbk.com
emartel@hbk.com
emin@hbk.com
estiles@hbk.com
eventdriven@hbk.com
ewesteren@hbk.com
fbaseggio@hbk.com
fpackard@hbk.com
gkavanaugh@hbk.com
gthomas@hbk.com
gutley@hbk.com
gwilson@hbk.com
hkorenvaes@hbk.com
iabyzov@hbk.com
iboroditsky@hbk.com
ikohlbacher@hbk.com
jakhtar@hbk.com
jbray@hbk.com
jconklin@hbk.com
jestes@hbk.com
jhermance@hbk.com
jhibbard@hbk.com
jingram@hbk.com
jirons@hbk.com
jlowry@hbk.com
jmeyers@hbk.com
jnew@hbk.com
jomalley@hbk.com
jpiampiano@hbk.com
jpost@hbk.com
jsabat@hbk.com
jschmitt@hbk.com
jsergeant@hbk.com
jstallings@hbk.com

## Company & Corresponding Email Addresses

jtom@hbk.com
jwang@hbk.com
jyunger@hbk.com
kcollins@hbk.com
keccles@hbk.com
kellis@hbk.com
khirsh@hbk.com
kmarca@hbk.com
koneal@hbk.com
lfoster@hbk.com
lhasson@hbk.com
lkreis@hbk.com
llebowitz@hbk.com
mczapliskie@hbk.com
mdecker@hbk.com
mdeturck@hbk.com
mgalovic@hbk.com
mgopu@hbk.com
mhsueh@hbk.com
mkhatri@hbk.com
mleffers@hbk.com
mlukesch@hbk.com
mluth@hbk.com
mmaroongroge@hbk.com
mpusateri@hbk.com
mschachter@hbk.com
msullivan@hbk.com
munderwood@hbk.com
nfeckl@hbk.com
ngupta@hbk.com
nheilmann@hbk.com
nhonda@hbk.com
nikos@hbk.com
nlangan@hbk.com
nsaito@hbk.com
nshah@hbk.com
nsinghal@hbk.com
pcarvell@hbk.com
pchalasani@hbk.com
pliu@hbk.com
pzhao@hbk.com
qwang@hbk.com
rbooth@hbk.com
rganti@hbk.com
rlaragh@hbk.com
rshaeffer@hbk.com
rsheklin@hbk.com
rsmall@hbk.com
rwarren@hbk.com
rwish@hbk.com
sallen@hbk.com
sgeorge@hbk.com
shenderson@hbk.com
skertsman@hbk.com

**Company & Corresponding Email Addresses**

slops@hbk.com
smarusa@hbk.com
smckinney@hbk.com
sneumann@hbk.com
spadowitz@hbk.com
sparker@hbk.com
squek@hbk.com
swhite@hbk.com
thart@hbk.com
tsaito@hbk.com
twaugh@hbk.com
usr@hbk.com
vkurella@hbk.com
vpogharian@hbk.com
wrose@hbk.com
wtsang@hbk.com
xmiao@hbk.com
ygolod@hbk.com

**hbl**
ilzes@hbl.lv

**hbosplc**
mikeellis@hbosplc.com

**hbosts**
robertmanson@hbosts.com

**hbs**
phecht@hbs.edu

**hbss**
billo@hbss.com
danielp@hbss.com
joec@hbss.com

**hcb**
h8315262@hcb.co.kr

**hcm-ag**
tportig@hcm-ag.de

**hcminvest**
harold.siegel@hcminvest.com

**hcmlp**
ablanchette@hcmlp.com
aeidson@hcmlp.com
ahicks@hcmlp.com
aholesko@hcmlp.com
ajenkins@hcmlp.com
alenge@hcmlp.com
amundassery@hcmlp.com
ashah@hcmlp.com
astearns@hcmlp.com
awalia@hcmlp.com
awelch@hcmlp.com
bborud@hcmlp.com
bbroadbent@hcmlp.com
bbrown@hcmlp.com
bcornelius@hcmlp.com
bhome@hcmlp.com
bkorngut@hcmlp.com

**Company & Corresponding Email Addresses**

blane@hcmlp.com
blegg@hcmlp.com
blohrding@hcmlp.com
bmeans@hcmlp.com
bmiltenberger@hcmlp.com
bmitts@hcmlp.com
bpope@hcmlp.com
bvoss@hcmlp.com
camoore@hcmlp.com
ccolvin@hcmlp.com
choward@hcmlp.com
chyman@hcmlp.com
cjoseph@hcmlp.com
cmawn@hcmlp.com
cmethvin@hcmlp.com
cmoore@hcmlp.com
cnilsen@hcmlp.com
cpaipanandiker@hcmlp.com
cpittman@hcmlp.com
cwikert@hcmlp.com
dblanks@hcmlp.com
ddeadman@hcmlp.com
ddrabinski@hcmlp.com
djohnson@hcmlp.com
djones@hcmlp.com
dmartin@hcmlp.com
dsimek@hcmlp.com
dthomas@hcmlp.com
dwalls@hcmlp.com
dwhite@hcmlp.com
egonzalez@hcmlp.com
egunnerson@hcmlp.com
epowell@hcmlp.com
fmason@hcmlp.com
gmahmud@hcmlp.com
gstuecheli@hcmlp.com
gtewari@hcmlp.com
jambrose@hcmlp.com
jcarty@hcmlp.com
jcifuentes@hcmlp.com
jdondero@hcmlp.com
jdougherty@hcmlp.com
jeberlin@hcmlp.com
jferrell@hcmlp.com
jgalante@hcmlp.com
jgreen@hcmlp.com
jhennegan@hcmlp.com
jhuntington@hcmlp.com
jinnes@hcmlp.com
jjaramillo@hcmlp.com
jjimenez@hcmlp.com
jkaspar@hcmlp.com
jlamensdorf@hcmlp.com
jlee@hcmlp.com

**Company & Corresponding Email Addresses**

jliu@hcmlp.com
jlvovich@hcmlp.com
jmano@hcmlp.com
jmcauliffe@hcmlp.com
jmorgan@hcmlp.com
jpfertner@hcmlp.com
jpoglitsch@hcmlp.com
jrobinson@hcmlp.com
jrozali-wathooth@hcmlp.com
jshilkett@hcmlp.com
jsigmon@hcmlp.com
jstaggs@hcmlp.com
jstuart@hcmlp.com
jterry@hcmlp.com
jtomlin@hcmlp.com
jwootton@hcmlp.com
jyang@hcmlp.com
jziegler@hcmlp.com
jzimmermann@hcmlp.com
kenoch@hcmlp.com
kkapadia@hcmlp.com
kmcgovern@hcmlp.com
kplumer@hcmlp.com
krourke@hcmlp.com
kshahbaz@hcmlp.com
ktoudouze@hcmlp.com
lbritain@hcmlp.com
lbrown@hcmlp.com
lvoiles@hcmlp.com
mbadros@hcmlp.com
mbeard@hcmlp.com
mchavarriaga@hcmlp.com
mcolvin@hcmlp.com
mdownen@hcmlp.com
mdunham@hcmlp.com
mgray@hcmlp.com
mhasenauer@hcmlp.com
mlemme@hcmlp.com
mmanzo@hcmlp.com
mmartinson@hcmlp.com
mokada@hcmlp.com
mpassmore@hcmlp.com
mrich@hcmlp.com
mschnabel@hcmlp.com
mtolusic@hcmlp.com
mtrahan@hcmlp.com
mturner@hcmlp.com
nalfermann@hcmlp.com
nchura@hcmlp.com
nhall@hcmlp.com
nhegde@hcmlp.com
nhukill@hcmlp.com
nkwok@hcmlp.com
nlosey@hcmlp.com

## Company & Corresponding Email Addresses

nmeserve@hcmlp.com
nspeicher@hcmlp.com
nwiejun@hcmlp.com
ocastelino@hcmlp.com
ohill@hcmlp.com
pboyce@hcmlp.com
pbush@hcmlp.com
pchung@hcmlp.com
pconner@hcmlp.com
pdaugherty@hcmlp.com
pdougherty@hcmlp.com
pganucheau@hcmlp.com
phendershot@hcmlp.com
pkauffman@hcmlp.com
praju@hcmlp.com
proos@hcmlp.com
psakungew@hcmlp.com
rchen@hcmlp.com
rernst@hcmlp.com
rjakob@hcmlp.com
rlinden@hcmlp.com
rwatson@hcmlp.com
salarcon@hcmlp.com
sbashrum@hcmlp.com
scarlson@hcmlp.com
scott.johnson@hcmlp.com
sglasgow@hcmlp.com
sgroves@hcmlp.com
sgupta@hcmlp.com
smuns@hcmlp.com
snoble@hcmlp.com
sramamurthy@hcmlp.com
sschembri@hcmlp.com
ssmith@hcmlp.com
standberg@hcmlp.com
tbaldwin@hcmlp.com
tcarter@hcmlp.com
thastan@hcmlp.com
thuang@hcmlp.com
tjackson@hcmlp.com
tkuchler@hcmlp.com
tnau@hcmlp.com
tparker@hcmlp.com
tpelzel@hcmlp.com
tpereira@hcmlp.com
tsingh@hcmlp.com
tstern@hcmlp.com
ttravers@hcmlp.com
twilcher@hcmlp.com
vchong@hcmlp.com
vlui@hcmlp.com
wblack@hcmlp.com
wwachtel@hcmlp.com
wzang@hcmlp.com

| Company & Corresponding Email Addresses |
|---|

**hcmny**

adamc@hcmny.com
adolfo.oliete@hcmny.com
akhurana@hcmny.com
alandy@hcmny.com
alex.chudner@hcmny.com
amy.edwards@hcmny.com
amy.flikerski@hcmny.com
andrew.cavalli@hcmny.com
andrew.giaime@hcmny.com
aris@hcmny.com
bob@hcmny.com
brandon.gargiulo@hcmny.com
brian.kolodny@hcmny.com
carlh@hcmny.com
carolyn.rubin@hcmny.com
cary.choi@hcmny.com
chris.casale@hcmny.com
chris.edele@hcmny.com
chrise@hcmny.com
christian.coronado@hcmny.com
cnobile@hcmny.com
damir.durkovic@hcmny.com
david.hwang@hcmny.com
davidz@hcmny.com
dbrenner@hcmny.com
dduggan@hcmny.com
deannac@hcmny.com
dennis.dempsey@hcmny.com
didier.lecorps@hcmny.com
dimas.serrano@hcmny.com
dmiller@hcmny.com
doug.booton@hcmny.com
edick@hcmny.com
edite.agolli@hcmny.com
elizabeth.holly@hcmny.com
emily.kakel@hcmny.com
esther.weihnacht@hcmny.com
faisal.syed@hcmny.com
fi-mo@hcmny.com
frank.caccio@hcmny.com
gabriel.riedel@hcmny.com
gary.german@hcmny.com
george.xanthakys@hcmny.com
glennd@hcmny.com
gokce.ataman@hcmny.com
gregory.eisenhart@hcmny.com
henrys@hcmny.com
izinn@hcmny.com
james.moore@hcmny.com
james.thalacker@hcmny.com
jamesj@hcmny.com
jan.faller@hcmny.com
janine.rosa@hcmny.com

**Company & Corresponding Email Addresses**

jdorfman@hcmny.com
jennifer.pomerantz@hcmny.com
jgoldner@hcmny.com
jhempel@hcmny.com
jim.glen@hcmny.com
john.dacles@hcmny.com
jonathan.segal@hcmny.com
jordan.miller@hcmny.com
jose.gonzalez@hcmny.com
joseph.deluca@hcmny.com
joseph.fioretta@hcmny.com
josh.silverstein@hcmny.com
joshua.kramer@hcmny.com
jzhukovs@hcmny.com
kamran.kashef@hcmny.com
keith.davan@hcmny.com
kent.bailey@hcmny.com
kkolodzi@hcmny.com
kyle.corigliano@hcmny.com
lauren.bradbury@hcmny.com
lchin@hcmny.com
luis.dejesus@hcmny.com
marcus.weiss@hcmny.com
mark.jennings@hcmny.com
markv@hcmny.com
massimo.marolo@hcmny.com
matthew.cohen@hcmny.com
matthew.kay@hcmny.com
matthew.klein@hcmny.com
mdworkin@hcmny.com
merber@hcmny.com
michael.kalnicki@hcmny.com
michael.kim@hcmny.com
mlopez@hcmny.com
nogrady@hcmny.com
patrick.sullivan@hcmny.com
paul.gamerdinger@hcmny.com
pderose@hcmny.com
peter.rodwick@hcmny.com
pgruss@hcmny.com
ravi.galav@hcmny.com
rbeck@hcmny.com
rcalarco@hcmny.com
richards@hcmny.com
rishi.modi@hcmny.com
ross.cardon@hcmny.com
salil.sharma@hcmny.com
scott.mclellan@hcmny.com
scott.wittenberg@hcmny.com
scottw@hcmny.com
sean.slotterback@hcmny.com
sheron.xing@hcmny.com
simon.seneor@hcmny.com
stephen.grisanti@hcmny.com

**Company & Corresponding Email Addresses**

steve.ardovini@hcmny.com
subu.venkataraman@hcmny.com
tim.kelly@hcmny.com
victoria.houston@hcmny.com
whit.armstrong@hcmny.com
william.eigen@hcmny.com
william.mcculloch@hcmny.com
yul.tobaly@hcmny.com

**hcn**

caath205@hcn.zaq.ne.jp

**hcsbnj**

djsalamone@hcsbnj.com
jkranz@hcsbnj.com
mdmccambridge@hcsbnj.com
pmiddleton@hcsbnj.com
telaird@hcsbnj.com

**hdbs**

alexlee@hdbs.com.my

**hdq**

dkaizerman@hdq.iai.co.il
ekatz@hdq.iai.co.il
mesagiv@hdq.iai.co.il

**healthcare**

cwchoi@healthcare.co.kr
skyway33@healthcare.co.kr

**hei**

blee@hei.com
cbueno@hei.com
jfukuji@hei.com
shollinger@hei.com

**heidelberg**

barbara.markwitz@heidelberg.com
bernd.bublies@heidelberg.com
bernd.hampele@heidelberg.com
herbert.meyer@de.heidelberg.com

**heineken**

a.ruys@heineken.com
d.hazelwood@heineken.com
j.f.vanboxmeer@heineken.com
jmerbel@heineken.nl
l.willing@heineken.com
lucia.bergamini@heineken.com
mark.dotinga@heineken.com
n.w.vanpopta@heineken.com
o.s.adebanji@heineken.com
r.huuftgraafland@heineken.com
r.n.m.wesseling@heineken.com
r.stokvis@heineken.com

**heinekenusa**

fvanderminne@heinekenusa.com

**helaba**

alan-james.noble@helaba.de
andre.bening@helaba.de
andreas.petrie@helaba.de

## Company & Corresponding Email Addresses

angelika.brandmaier@helaba.de
annette.langner@helaba.de
antje.fischer@helaba.de
barbara.wolf@helaba.de
beatrix.goebel@helaba.de
bernd.backhaus@helaba.de
bernd.deutscher@helaba.de
bjoern.bluemke@helaba.de
bruno.sommer@helaba.de
carsten.sausner@helaba.de
christian.altmeyer@helaba.de
christian.ebner@helaba.de
christian.forma@helaba.de
christian.gantz@helaba.de
christian.schmidt@helaba.de
christophe.braouet@helaba.de
claudia.stehling@helaba.de
claudius.siegel@helaba.de
clifford.tjiok@helaba.de
curtis.jenouri@helaba.de
daniel.chouchane@helaba.de
daniel.mitental@helaba.de
daniela.kebbekus@helaba.de
dietmar.hoehne@helaba.de
dirk.mohr@helaba.de
eckhard.sauter@helaba.de
elke.blass@helaba.de
eric.pfeiffer@helaba.de
frank.aschenbach@helaba.de
frank.schaefer@helaba.de
fritz.kandora@helaba.de
gerrit.raupach@helaba.de
guenther.schaefer@helaba.de
guido.allehoff@helaba.de
hans.utech@helaba.de
hans-bernhard.schreiber@helaba.de
hans-peter.murmann@helaba.de
henning.rosendahl@helaba.de
holger.kleinbrahm@helaba.de
holger.scharpenack@helaba.de
imo.homfeld@helaba.de
ingeborg.warschke@helaba.de
ingo.curdt@helaba.de
jan.koczwara@helaba.de
jan-peter.otto@helaba.de
jens.doering@helaba.de
jens.gronemann@helaba.de
joerg.henrich.kranz@helaba.de
joerg.zimmermann@helaba.de
johannes.haidl@helaba.de
juergen.hofer@helaba.de
jutta.miedenberger@helaba.de
karl-wilhelm.neeb@helaba.de
klaus.bohl@helaba.de

## Company & Corresponding Email Addresses

klaus-dieter.hoss@helaba.de
lars.mulfinger@helaba.de
manuel.schemann@helaba.de
marco.rautenberg@helaba.de
marcus.herkle@helaba.de
marcus.reinhardt@helaba.de
marcus.winkler@helaba.de
mark.dammers@helaba.de
markus.boelsing@helaba.de
markus.dieter@helaba.de
markus.theobald@helaba.de
martin.annigoefer@helaba.de
martin.scheele@helaba.de
michael.berger@helaba.de
michael.burckhart@helaba.de
nadja.rockel@helaba.de
nicole.boehringer@helaba.de
nicole.mildenberger-honel@helaba.de
norbert.braeuer@helaba.de
norbert.schraad@helaba.de
patrick.wellnitz@helaba.de
perhendrik.bertilsson@helaba.de
peter.kobiela@helaba.de
petra.barthenheier@helaba.de
petra.kutschera@helaba.de
pia.horlebein@helaba.de
pia.lehto@helaba.de
pier-giorgio.danella@helaba.de
rainald.hentze@helaba.de
rainer.krick@helaba.de
ralf.bedranowsky@helaba.de
ralph.bachmann@helaba.de
reinhard.redeker@helaba.de
rolf.pierags@helaba.de
rolf.reichardt@helaba.de
soenke.pfraenger@helaba.de
stefan.bungarten@helaba.de
stefanie.marx@helaba.de
stephan.eichhorn@helaba.de
thomas.geier@helaba.de
thomas.pohl@helaba.de
thomas.skill@helaba.de
thomas.weidmann@helaba.de
tina.rosenkranz@helaba.de
traudel.hasenstab@helaba.de
uwe.petzler@helaba.de
val.diggin@helaba.de
walter.schulte-herbrueggen@helaba.de
werner.hofmann@helaba.de

### helaba-invest

ai-phungluu@helaba-invest.de
axel.zeuner@helaba-invest.de
christian.schwarz@helaba-invest.de
christiansaalfrank@helaba-invest.de

**Company & Corresponding Email Addresses**

eberhardhaug@helaba-invest.de
ernstneff@helaba-invest.de
hanssprenger@helaba-invest.de
hansstuke@helaba-invest.de
jochenhuengerle@helaba-invest.de
juergencorbet@helaba-invest.de
lenamurid@helaba-invest.de
luis.varela@helaba-invest.de
martin.efferz@helaba-invest.de
mirko.schulz@helaba-invest.de
nina.sokolovski@helaba-invest.de
olaftecklenburg@helaba-invest.de
peterreeh@helaba-invest.de
rainer.wagner@helaba-invest.de
ralf.johannsen@helaba-invest.de
ralfbusse@helaba-invest.de
ralphlau@helaba-invest.de
rerras@helaba-invest.de
robert.leopold@helaba-invest.de
sascha.rieken@helaba-invest.de
soenketimm@helaba-invest.de
templin@helaba-invest.de
toralfkuehn@helaba-invest.de
uwezeissner@helaba-invest.de
wernerlykowsky@helaba-invest.de

**helaba-trust**
dennis.nacken@helaba-trust.de
michael.motzer@helaba-trust.de

**heliosgr**
nick@heliosgr.com
seth@heliosgr.com

**heliosgrp**
jason@heliosgrp.com
jatin@heliosgrp.com
rick@heliosgrp.com
roupen@heliosgrp.com

**helixlp**
lbranton@helixlp.com
xzhang@helixlp.com

**hellenicbank**
g.michaelides@hellenicbank.com.cy

**hellerfin**
abeirne@hellerfin.com
asmith@hellerfin.com
jpellegrino@hellerfin.com
kroemer@hellerfin.com
lwolf@hellerfin.com
phayes@hellerfin.com
pomeara@hellerfin.com
streanor@hellerfin.com
sziemke@hellerfin.com

**hellmanjordan**
ebrown@hellmanjordan.com
jjordan@hellmanjordan.com

## Company & Corresponding Email Addresses

jshaughnessy@hellmanjordan.com
lradomski@hellmanjordan.com
mhale@hellmanjordan.com
ngleys@hellmanjordan.com
rfrank@hellmanjordan.com
rjordan@hellmanjordan.com
tdelaney@hellmanjordan.com
wjohannesson@hellmanjordan.com

### helvetia
benedikt.kuehne@helvetia.ch
silvia.kuratli@helvetia.ch
young-kil.park@helvetia.ch

### helvetiapatria
bjoern.olsson@helvetiapatria.ch
gilbert.luethy@helvetiapatria.ch
jean.hertenstein@helvetiapatria.ch
john.noorlander@helvetiapatria.ch
marc.wydler@helvetiapatria.ch
markus.brechbuehl@helvetiapatria.ch
matthias.priebs@helvetiapatria.ch
michael.angehrn@helvetiapatria.ch
stefano.parisotto@helvetiapatria.ch
yvan.eble@helvetiapatria.ch

### henkel
andre.hagen@henkel.com
andrea.doebbel@henkel.com
andrea.haschke@henkel.com
helmut.nuhn@henkel.com
joachim.jaeckle@henkel.com
joerg.raichle@henkel.de
lothar.steinebach@henkel.com
oliver.luckenbach@henkel.com
pierre.brusselmans@henkel.com
raphaela.dohm@henkel.com
sean.larmon@henkel.com
sebastian.reiff@henkel.com
sylvester.heyn@henkel.com
tim.lange@henkel.com
veronica.barbieri@henkel.com
wenwen.liao@henkel.com
wolfgang.beynio@henkel.com

### henkle
sabine.shel@henkle.com

### henrykaufman
atara@henrykaufman.com
glenn@henrykaufman.com

### herculesoffshore
cmuirhead@herculesoffshore.com

### herewego
rroberts@herewego.com

### heritagefunds
don.glassman@heritagefunds.com

### heritageinvestors
dstone@heritageinvestors.com

**Company & Corresponding Email Addresses**

himcresearch@heritageinvestors.com
jkennedy@heritageinvestors.com
research@heritageinvestors.com

**hermes**

a.blair@hermes.co.uk
a.duckworth@hermes.co.uk
a.evans@hermes.co.uk
a.quelch@hermes.co.uk
b.biragnet@hermes.co.uk
b.randall@hermes.co.uk
c.flood@hermes.co.uk
c.oshea@hermes.co.uk
c.walsh@hermes.co.uk
d.curling@hermes.co.uk
d.finch@hermes.co.uk
d.harrison@hermes.co.uk
d.hemming@hermes.co.uk
d.leeding@hermes.co.uk
d.lysaght@hermes.co.uk
d.nash@hermes.co.uk
d.patel@hermes.co.uk
d.roff@hermes.co.uk
e.brandwood@hermes.co.uk
e.inegbu@hermes.co.uk
e.mcmullan@hermes.co.uk
e.monaghan@hermes.co.uk
e.stuart@hermes.co.uk
e.tedesco@hermes.co.uk
f.vanerio@hermes.co.uk
g.allen@hermes.co.uk
g.hawney@hermes.co.uk
g.strang@hermes.co.uk
h.winch@hermes.co.uk
i.kirby@hermes.co.uk
j.mayor@hermes.co.uk
j.mcelroy@hermes.co.uk
j.murphy@hermes.co.uk
j.tillotson@hermes.co.uk
k.mckale@hermes.co.uk
k.miller@hermes.co.uk
k.pettam@hermes.co.uk
l.kamhi@hermes.co.uk
m.banks@hermes.co.uk
m.carter@hermes.co.uk
m.fagan@hermes.co.uk
m.furber@hermes.co.uk
m.hersee@hermes.co.uk
m.miah@hermes.co.uk
m.sanders@hermes.co.uk
m.steer@hermes.co.uk
m.weston@hermes.co.uk
m.whittaker@hermes.co.uk
michael.witt@hermes.co.uk
n.labram@hermes.co.uk

**Company & Corresponding Email Addresses**

n.patel@hermes.co.uk
p.bisbing@hermes.co.uk
p.bisping@hermes.co.uk
p.coe@hermes.co.uk
p.davidson@hermes.co.uk
p.mccubbins@hermes.co.uk
p.smith@hermes.co.uk
p.steward@hermes.co.uk
p.syms@hermes.co.uk
r.clarke@hermes.co.uk
r.clements@hermes.co.uk
r.fortune@hermes.co.uk
r.lake@hermes.co.uk
r.patel@hermes.co.uk
s.ferguson@hermes.co.uk
s.soquar@hermes.co.uk
s.thackeray@hermes.co.uk
t.woodward@hermes.co.uk
v.nimmalapudi@hermes.co.uk
v.tan@hermes.co.uk
w.rosingh@hermes.co.uk
y.karachalios@hermes.co.uk
y.okuda@hermes.co.uk

**hero**
marco.gadola@hero.ch

**hertz**
jcarroll@hertz.com
lbabus@hertz.com
rrillings@hertz.com

**hestercapital**
chester@hestercapital.com
eboyce@hestercapital.com
flabatt@hestercapital.com
gunner@hestercapital.com
jblackman@hestercapital.com
jroberts@hestercapital.com
kwhitt@hestercapital.com
pmoomaw@hestercapital.com
sneuen@hestercapital.com

**hexcel**
david.berges@hexcel.com

**hf-ccfbank**
mondati@hf-ccfbank.ch

**hfw1**
bgersonde@hfw1.com
djeffery@hfw1.com
kjeffery@hfw1.com
msinishtaj@hfw1.com
mwilliams@hfw1.com
tcole@hfw1.com

**hgk**
aec@hgk.com
anthony@hgk.com
apuglissi@hgk.com

## Company & Corresponding Email Addresses

arothstein@hgk.com
cgerne@hgk.com
david@hgk.com
efuhrman@hgk.com
greg@hgk.com
lwimer@hgk.com
mpendergast@hgk.com
pcarlson@hgk.com

### hh
hayashi_toshitake@hh.smbc.co.jp
miyano_motoko@hh.smbc.co.jp
otsubo_miki@hh.smbc.co.jp
suzuki_mami@hh.smbc.co.jp

### hhhinfo
kgardner@hhhinfo.org
tjudd@hhhinfo.org

### hhmi
abramsb@hhmi.org
barnardm@hhmi.org
boerick@hhmi.org
gaojun@hhmi.org
hanline@hhmi.org
haydenm@hhmi.org
ittnerd@hhmi.org
kimjae@hhmi.org
kitsouli@hhmi.org
kolyerr@hhmi.org
matneyr@hhmi.com
meadm@hhmi.org
palmerin@hhmi.org
paulette@hhmi.org
penarczyks@hhmi.org
penderr@hhmi.org
perachik@hhmi.org
plotnick@hhmi.org

### hhs
preich@hhs.net

### hiab
jonas.lycksell@hiab.com
lars.ersson@hiab.com

### hibernia
aganucheau@hibernia.com
ewyatt@hibernia.com
gafranci@hibernia.com
gnbrauni@hibernia.com
msirera@hibernia.com
pjdaniel@hibernia.com
pteten@hibernia.com
rbhebert@hibernia.com
styner@hibernia.com

### hiberniabank
dseemann@hiberniabank.com
kreed@hiberniabank.com
tvillaferra@hiberniabank.com

| Company & Corresponding Email Addresses |
| --- |

**highbride**

david.mele@highbride.com

**highbridge**

adam.bernstein@highbridge.com
alex.itskov@highbridge.com
alissa.rubin@highbridge.com
allister.paul@highbridge.com
amcaree@highbridge.com
brian.bidadi@highbridge.com
brian.joffe@highbridge.com
cgerman@highbridge.com
chris.barnett@highbridge.com
chris.chan@highbridge.com
chris.cox@highbridge.com
daniel.stern@highbridge.com
danielle.aoki@highbridge.com
danny.santiago@highbridge.ky
david.mele@highbridge.com
dean.siokas@highbridge.com
dkey@highbridge.com
esapoff@highbridge.com
fumihiko.ito@highbridge.com
galway@highbridge.ky
greg.kish@highbridge.com
gvogelman@highbridge.com
howard.feitelberg@highbridge.ky
jasone@highbridge.com
jeff.carlson@highbridge.com
jennifer.failla@highbridge.com
john.murphy@highbridge.com
kdrankie@highbridge.com
kieran.einersen@highbridge.com
kiran.sujanani@highbridge.com
maggie.yuen@highbridge.com
marc.creatore@highbridge.com
marc.zimman@highbridge.com
matthew.johnston@highbridge.com
mberg@highbridge.com
mhoffman@highbridge.com
mine.demirdogen@highbridge.com
nancy.davis@highbridge.com
nelbogen@highbridge.com
patricia.chao@highbridge.com
patricia.morrissey@highbridge.com
patrick.yeghnazar@highbridge.com
plogan@highbridge.com
priya.krishana@highbridge.com
quyen.tran@highbridge.com
robert.freund@highbridge.com
rspayde@highbridge.com
ryan.haskett@highbridge.com
sachin.divecha@highbridge.com
samir.bhatt@highbridge.com
thomasg@highbridge.com

**Company & Corresponding Email Addresses**

tim.abbott@highbridge.com
todd.leon@highbridge.com
todd.phin@highbridge.com
tom.oneill@highbridge.com
wilson.liu@highbridge.com
yolanda.fragliossi@highbridge.com

**highlandcap**
dmoore@highlandcap.com

**highlandsamrel**
ddziadis@highlandsamrel.com

**highviewcap**
jason.gerstein@highviewcap.com

**hiid**
flarrain@hiid.harvard.edu

**hillswickasset**
dolores.gillap@hillswickasset.com

**hilti**
andreas.stoschek@hilti.com

**hilton**
chris_bell@hilton.com
james_mason@hilton.com

**himcap**
joe.vari@himcap.com
omar@himcap.com

**himco**
adam.tonkinson@himco.com
alan.buck@himco.com
amanda.abdella@himco.com
andrew.downer@himco.com
anna.kastrilevich@himco.com
anuj.chandra@himco.com
atanas.malinov@himco.com
atanas.manilov@himco.com
bill.lu@himco.com
bill.meaney@himco.com
brad.waitsman@himco.com
bradleye.dyslin@himco.com
carlos.rodriguez@himco.com
christopher.heller@himco.com
christopher.zeppieri@himco.com
christopherl.croteau@himco.com
corson.maley@himco.com
david.stevenson@himco.com
deane.gyllenhaal@himco.com
donaldk.lin@himco.com
elaine.nigro@himco.com
ellen.odonnell@himco.com
garritt.conover@himco.com
heather.carlson@himco.com
hugh.whelan@himco.com
hyemin.ryu@himco.com
james.f.jackson@himco.com
james.hill@himco.com
james.ong@himco.com

**Company & Corresponding Email Addresses**

jamesr.meyers@himco.com
jan.grindrod@himco.com
jared.hudson@himco.com
jeffrey.capone@himco.com
john.blase@himco.com
john.carolan@himco.com
john.krementowski@himco.com
jonathan.glaser@himco.com
josephine.shea@himco.com
jun.han@himco.com
karl.kampfmann@himco.com
kurt.cubbage@himco.com
lucas.smith@himco.com
lynn.dayton@himco.com
mark.midura@himco.com
mark.whitsitt@himco.com
mary.hyland@himco.com
matt.elliott@himco.com
matthew.friend@himco.com
matthew.zewinski@himco.com
michael.gray@himco.com
michelle.fortier@himco.com
michelle.halvorsen@himco.com
patrick.sullivan@himco.com
paul.bukowski@himco.com
ralph.taddeo@himco.com
richard.king@himco.com
rick.vansteenbergen@himco.com
robert.parsons@himco.com
ronald.mendel@himco.com
ryan.bloom@himco.com
samuel.adu@himco.com
scotta.andreson@himco.com
shannon.miemiec@himco.com
shelley.everson@himco.com
shelly.everson@himco.com
spencer.ruhl@himco.com
steve.kalmin@himco.com
todd.jorgensen@himco.com
william.king2@himco.com
william.parry@himco.com

**hipotecario**
pgarciaalbaladejo@hipotecario.com.ar
**hispeed**
donald.feliser@hispeed.ch
**hitachi-eu**
romain.clark@hitachi-eu.com
takashi-hiho.mizohata@hitachi-eu.com
**hjheinz**
john.jankowski@hjheinz.com
kathy.thomas@hjheinz.com
meg.nollen@us.hjheinz.com
**hjheinze**
leonard.cullo@us.hjheinze.com

**Company & Corresponding Email Addresses**

**hkb**
jwong@hkhses.hkb.com

**hkbankaustria**
terry.lee@hkbankaustria.com

**hkbea**
kuoj@hkbea.com

**hk-ca-indosuez**
michael.chae@hk-ca-indosuez.com

**hkjc**
keith.s.yuen@hkjc.org.hk
tang.roger.cs@hkjc.org.hk

**hkma**
adrian_sm_au_yeung@hkma.gov.hk
amy_yt_yip@hkma.gov.hk
andrew_mc_wu@hkma.gov.hk
angela_kw_sze@hkma.gov.hk
ann_yf_kwan@hkma.gov.hk
barry_kc_yip@hkma.gov.hk
carita_pm_wan@hkma.gov.hk
carrie_kc_chan@hkma.gov.hk
daniel_kk_chan@hkma.gov.hk
david_wl_chow@hkma.gov.hk
debbie_ty_lo@hkma.gov.hk
dennis_kw_lam@hkma.gov.hk
echng@hkma.gov.hk
eddie_wm_yue@hkma.gov.hk
effie_yao@hkma.gov.hk
elizabeth_wl_choi@hkma.gov.hk
evans_ck_lui@hkma.gov.hk
frances_ts_lee@hkma.gov.hk
francis_sc_chu@hkma.gov.hk
gordon_sk_tsui@hkma.gov.hk
gxqian@hkma.gov.hk
henry_f_cheng@hkma.gov.hk
hmiao@hkma.gov.hk
jason_tw_lo@hkma.gov.hk
jessica_wk_szeto@hkma.gov.hk
josephine_th_wong@hkma.gov.hk
josie_cy_wong@hkma.gov.hk
judy_lk_cheung@hkma.gov.hk
karen_lm_cheng@hkma.gov.hk
ken_py_cheng@hkma.gov.hk
kenneth_sk_ko@hkma.gov.hk
kent_cy_chen@hkma.gov.hk
kim_kt_chong@hkma.gov.hk
kim-hung_li@hkma.gov.hk
kitty_hy_lai@hkma.gov.hk
matsui@hkma.gov.hk
miranda_wy_cheng@hkma.gov.hk
percy_yw_ng@hkma.gov.hk
priscilla_cy_chan@hkma.gov.hk
raymond_bo@hkma.gov.hk
raymond_ym_yip@hkma.gov.hk
rex_hw_tang@hkma.gov.hk

## Company & Corresponding Email Addresses

rftchan@hkma.gov.hk
stefan_gerlach@hkma.gov.uk
susan_km_cheng@hkma.gov.hk
ted_wt_cheung@hkma.gov.hk
twwchan@hkma.gov.hk
vincent_ws_lee@hkma.gov.hk
winnie_wy_kan@hkma.gov.hk
wyin@hkma.gov.hk
wyndham_mh_leung@hkma.gov.hk
xiangrong_jin@hkma.gov.hk
yik-ko_mo@hkma.gov.hk
zoe_sy_cheung@hkma.gov.hk

**hlaba**
marco.fischer@hlaba.de

**hmausa**
cyoon@hmausa.com
rpark@hmausa.com

**hmc**
alperins@hmc.harvard.edu
atanasiu@hmc.harvard.edu
bradleyj@hmc.harvard.edu
cormierd@hmc.harvard.edu
fleisss@hmc.harvard.edu
fullerj@hmc.harvard.edu
goddessk@hmc.harvard.edu
kotichaa@hmc.harvard.edu
leonardl@hmc.harvard.edu
mathurs@hmc.harvard.edu
mcdonald@hmc.harvard.edu
reinolda@hmc.harvard.edu
snowd@hmc.harvard.edu
stankusg@hmc.harvard.edu
swaps@hmc.harvard.edu
szemanc@hmc.harvard.edu
yeltekin@hmc.harvard.edu
zuzics@hmc.harvard.edu

**hnanbank**
sangsoo2.kim@hnanbank.com

**hncb**
carrielin@hncb.com.tw
chingfang@hncb.com.tw
chinteh@hncb.com.tw
crystalszu@hncb.com.tw
cynthiahuang@ms1.hncb.com.tw
dragon@ms1.hncb.com.tw
ericobu@hncb.com.tw
garyobu@hncb.com.tw
garyobu@ms1.hncb.com.tw
geeng@hncb.com.tw
gray@ms1.hncb.com.tw
hn07000@hncb.com.tw
hn07000@ms.hncb.com.tw
hn07000@msl.hncb.com.tw
hsuan@hncb.com.tw

## Company & Corresponding Email Addresses

jeffery.chen@hncb.com.tw
jennyliu@hncb.com.tw
jimliu@ms1.hncb.com.tw
jonathan@ms1.hncb.com.tw
julialo@ms1.hncb.com.tw
liruc@hncb.com.tw
lisatsai@hncb.com.tw
mattlin@ms1.hncb.com.tw
mei@hncb.com.tw
mom.chen@hncb.com.tw
rayyf@hncb.com.tw
sam8771.huang@hncb.com.tw
shining.wang@hncb.com.tw

### hncbank
hweierbach@hncbank.com
mhigh@hncbank.com
tmilazzo@hncbank.com

### hncbworld
cha4240@hncbworld.com
jgbong@hncbworld.com
jhhong11@hncbworld.com
kjj59@hncbworld.com
leeki@hncbworld.com

### ho
akira_naya@ho.rokinbank.or.jp
hiroshi_ishiga@ho.rokinrenbank.or.jp
kanri@ho.rokinbank.or.jp
masashi_kageyama@ho.rokinbank.or.jp
noriko_horie@ho.rokinbank.or.jp
shinichi_yuki@ho.rokinbank.or.jp
syunichi_matsuba@ho.rokinbank.or.jp
yutaka_arikawa@ho.rokinbank.or.jp

### hol
spymar@hol.gr
steen@hol.gr

### holbridge
khaines@holbridge.com

### hollandbeleggingsgroep
harry.vermeij@hollandbeleggingsgroep.nl

### hollandcap
cbhathena@hollandcap.com
dfrank@hollandcap.com
hbaby@hollandcap.com
ljanus@hollandcap.com
mwalker@hollandcap.com
nzimmerman@hollandcap.com
ohelfrey@hollandcap.com
smcdermott@hollandcap.com
tvanvuren@hollandcap.com

### home
arun.motianey@home.com
baitconsulting@home.com
bigspec@home.com
davidnlawrence@home.com

## Company & Corresponding Email Addresses

poos@home.nl

### homeside
cjmalling@homeside.com
hhaas@homeside.com
jbotterb@homeside.com
jhahn@homeside.com
mkgoeller@homeside.com
pwweigold@homeside.com
smgarces@homeside.com
wmkozdras@homeside.com

### homestake
dan_ellecamp@homestake.com

### honeywell
charles.chesebrough@honeywell.com
dan.gallagher@honeywell.com
dave.cote@honeywell.com
david.glover@honeywell.com
dee.colby@honeywell.com
dja.cfo@honeywell.com
doug.kitani@honeywell.com
edward.amberger@honeywell.com
elena.doom@honeywell.com
gregory.wowkun@honeywell.com
harry.sim@honeywell.com
harsh.bansal@honeywell.com
jack.bolick@honeywell.com
jay.burden@honeywell.com
john.mikros@honeywell.com
jon.lippin@honeywell.com
josh.shannon@honeywell.com
leonard.lovito@honeywell.com
michael.zeltser@honeywell.com
nicholas.noviello@honeywell.com
peter.zornio@honeywell.com
roger.fradin@honeywell.com
roger.matthews@honeywell.com
sharon.reed@honeywell.com
simon.james@honeywell.com
todd.trapp@honeywell.com

### hopewellcapital
jmckay@hopewellcapital.com

### horizon-asset
kfranklin@horizon-asset.co.uk

### hotmail
afc88@hotmail.com
allugman@hotmail.com
amgcap@hotmail.com
apmfx@hotmail.com
brianaylieff@hotmail.com
candidog@hotmail.com
charlottehetzel@hotmail.com
chuanyusun@hotmail.com
douming_su@hotmail.com
dvan75@hotmail.com

## Company & Corresponding Email Addresses

expkim@hotmail.com
gillsmith1@hotmail.com
givingstone@hotmail.com
gkhusler@hotmail.com
hdekergrohen@hotmail.com
homerhou@hotmail.com
jendrockthomas@hotmail.com
jin.binliang@hotmail.com
jinping.yao@hotmail.com
johncobb@hotmail.com
johnryan@hotmail.com
jsjun2@hotmail.com
junjkim@hotmail.com
keithespinosa@hotmail.com
kvsamueldbq@hotmail.com
mark_paulson@hotmail.com
matthewmosetick@hotmail.com
matthewwheele@hotmail.com
maxroessler@hotmail.ch
mhendarman@hotmail.com
mwchen@hotmail.com
mwcunn@hotmail.com
nclw@hotmail.com
nj0167858215@hotmail.com
oscar1967@hotmail.com
pressjoshua@hotmail.com
purbanc@hotmail.com
qkrn2884@hotmail.com
rameshmorjaria@hotmail.com
redaniel55@hotmail.com
richardmusch@hotmail.com
rickyhowe@hotmail.com
rmontano@hotmail.com
rockyp33@hotmail.com
sby3000@hotmail.com
sergiodutto@hotmail.com
shenglt@hotmail.com
stevekimb@hotmail.com
swillson@hotmail.com
sycho99@hotmail.com
wrhuff1@hotmail.com
ydj0611@hotmail.com

**hottinguer-jph**
cpaul-renard@hottinguer-jph.com
fgrivory@hottinguer-jph.com

**hough**
cradigan@hough.com
dgeller@hough.com
rfiel@hough.com

**hourglasscapital**
dgardner@hourglasscapital.com
hhemphill@hourglasscapital.com
jmoffet@hourglasscapital.com
jtobin@hourglasscapital.com

## Company & Corresponding Email Addresses

jwaldrep@hourglasscapital.com
nphare@hourglasscapital.com
rfinch@hourglasscapital.com

### household

bafoster@household.com
bbmoss@household.com
cheryl.f.steffens@household.com
david.schoenholz@household.com
djfatina@household.com
edancona@household.com
jmschaller@household.com
madeluca@household.com
mwunruh@household.com
peter.maher@household.com
raup@household.com
rlbesse@household.com
tatreadwell@household.com

### howeandrusling

ebyers@howeandrusling.com
lglauser@howeandrusling.com
melliott@howeandrusling.com
msisson@howeandrusling.com
rprorok@howeandrusling.com
sking@howeandrusling.com
tmiraglia@howeandrusling.com
trusling@howeandrusling.com
vrusso@howeandrusling.com

### hp

aamir.shah@hp.com
adam.rivera@hp.com
anthony.buchanan@hp.com
ara.hamamjian@hp.com
arthur.johnson@hp.com
asa.svanstrom@hp.com
cheryl_gorman@hp.com
donald.jackson@hp.com
elizabeth_obershaw@hp.com
emmanuel_de-martel@hp.com
enrique.padilla@hp.com
fredrik.bernold@hp.com
garard.brossard@hp.com
gavin_odonoghue@hp.com
greg_milani@hp.com
guillermo.viveros@hp.com
heike_hollands@hp.com
jackie.gross@hp.com
james.gonzalez@hp.com
jeff.lifschin@hp.com
jim.h.chiang@hp.com
jim.mcnaught@hp.com
joe.lee@hp.com
jono.tunney@hp.com
joyce.cacal@hp.com
juan.eraso@hp.com

**Company & Corresponding Email Addresses**

ken_frier@hp.com
kevin.lazenby@hp.com
laurent.colmat@hp.com
liang-khoon.koh@hp.com
martin.ragnartz@hp.com
mike.nold@hp.com
nancy.mcmillan@hp.com
olga.marruffo@hp.com
prakash.jothee@hp.com
richard.olson2@hp.com
robert_chen@hp.com
sbilter@hp.com
sean.heihr@hp.com
stacy.donohue@hp.com
steve.fieler@hp.com
stuart.gibbs@hp.com
thomasa@hp.com
tom_lobene@hp.com
tony_altobelli@hp.com
victor.chow@hp.com
william.schenher@hp.com

**hpfb**
chris.patronis@hpfb.com
desiree.kraser@hpfb.com
habib.elam@hpfb.com
michael.furlong@hpfb.com

**hrbanque**
fmermet@hrbanque.fr

**hrgestion**
aderouge@hrgestion.fr
ldeydier@hrgestion.fr

**hrh**
gdgd@hrh.com

**hsam**
joe.bowman@hsam.co.uk

**hsaml**
elsachen@hsaml.com
frances@hsaml.com
thomas@hsaml.com

**hsb**
james_rowan@hsb.com
jon_simonian@hsb.com
steven_fazo@hsb.com

**hsbc**
adriankhoo@hsbc.com.hk
alfredskyip@hsbc.com.hk
ameliang@hsbc.com.hk
amhcnc@hsbc.com.hk
amy.m.c.chan@hsbc.com.hk
andrew.d.gibson@us.hsbc.com
andrew.shire@us.hsbc.com
andrew.yeates@us.hsbc.com
andy.s.ryden@hsbc.com
anitaowchan@hsbc.com.hk

**Company & Corresponding Email Addresses**

anne.dubon@us.hsbc.com
anniechai@hsbc.com.hk
athenapang@hsbc.com.hk
audrey.a.w.zau@hsbc.com.hk
avinderbindra@hsbc.com.hk
barrie.a.king@bob.hsbc.com
betty.y.law@bob.hsbc.com
bill.burke@us.hsbc.com
bruce.hamilton@us.hsbc.com
c.baker@hsbc.com.hk
carla.ajaka@hsbc.com
catharinemswong@hsbc.com.hk
catherine.l.jimenez@hsbc.com
catherinebrett@hsbc.com
ceciliapaddington@hsbc.com
cedrix.sanon@hsbc.com
charles.d.hayley-bell@us.hsbc.com
charlielaughton-scott@hsbc.com
chase.van.der.rhoer@us.hsbc.com
chris.spooner@hsbc.com
claudia.stetter@hsbc.com
cynthia.chan@hsbc.com
cynthiang@hsbc.com.hk
daisuke.d.kitamura@hsbc.com.hk
dane.k.commissiong@bob.hsbc.com
danielmassey@hsbc.com
daphnesung@hsbc.com.hk
dave.webber@hsbc.com
david.budihardjo@hsbc.com.hk
david.morin@us.hsbc.com
david.stuart@hsbc.com
davidchick@hsbc.com
davidhodgkinson@hsbc.com
dimitri.x.raevsky@us.hsbc.com
dominic.t.powell@bob.hsbc.com
donna.mills@hsbc.com
douglasflint@hsbc.com
dwayne.l.outerbridge@bob.hsbc.com
eddieching@hsbc.com.hk
emmalatto@hsbc.com
eoin.mast@us.hsbc.com
ericvergniere@hsbc.com
frank.packard@hsbc.co.jp
fred.lewis@hsbc.com
gautamkakar@hsbc.com
geoffreybarker@hsbc.com.hk
gill.tate@hsbc.com
gillian.fuller@hsbc.com
gracemychan@hsbc.com.hk
grahamyoung@hsbc.com
grant.mackenzie@hsbc.com
gregwhite@hsbc.com.hk
guybridge@hsbc.com
hae.man.chu@us.hsbc.com

## Company & Corresponding Email Addresses

harald.kvaale@us.hsbc.com
hilaryleung@hsbc.com.hk
howard.gorman@us.hsbc.com
ilin.ng@us.hsbc.com
iris.awerbuch@us.hsbc.com
isaak.inoyatov@us.hsbc.com
ivy.s.y.lam@hsbc.com.hk
jackharrison@hsbc.com
james.a.combias@us.hsbc.com
james.e.rossman@us.hsbc.com
james.y.yao@us.hsbc.com
janetcorbin@hsbc.com
jayant.rikhye@hsbc.com
jbblanthorne@hsbc.com
jeffrey.m.abbott@bob.hsbc.com
jenine.langrish@hsbc.com
jennifer.a.kiefaber@us.hsbc.com
jessyyang@hsbc.com.hk
jimmykwpun@hsbc.com.hk
jobevington@hsbc.com
joe.harpster@us.hsbc.com
joe.mosca@us.hsbc.com
john.1.scott@hsbc.com
john.f.brophy@us.hsbc.com
john.longo@hsbc.com
john.p.deluca@us.hsbc.com
joram.friedman@us.hsbc.com
joseph.travaglione@us.hsbc.com
julia.m.godino@hsbc.com
julieziepe@hsbc.com
karenabrahall@hsbc.com
keith.schult@us.hsbc.com
kevin.patrick@us.hsbc.com
kevin.r.abbott@us.hsbc.com
kirsty.a.attridge@bob.hsbc.com
kristy.jones@us.hsbc.com
krongkarns@hsbc.co.th
kwami.webson@us.hsbc.com
lance.o'brien@us.hsbc.com
laurence.vitrant@hsbc.fr
lee.peek@hsbc.com
leenadesai@hsbc.com
lisa.z.price@us.hsbc.com
luke.mcfarlane@hsbc.com
madelan.p.m@hsbc.com.hk
manleywong@hsbc.com.hk
marcus.soares@us.hsbc.com
marilynspearing@hsbc.com
mark.a.baker@bob.hsbc.com
mark.crathern@hsbc.com
mark.prothero@us.hsbc.com
mark.r.andrews@hsbc.com
martinbrowning@hsbc.com.hk
martinholcombe@hsbc.com

## Company & Corresponding Email Addresses

mary.testa@us.hsbc.com
matthew.e.mclean@us.hsbc.com
michael.b.gallagher@us.hsbc.com
michael.j.sergison@hsbc.com
michael.s.wheeler@us.hsbc.com
michael.wellman@bob.hsbc.com
michaelbourgaize@hsbc.com
mike.doherty@us.hsbc.com
mikekelly@hsbc.com
neil.yang@us.hsbc.com
nelsonpwlau@hsbc.com.hk
nicholasthomas@hsbc.com
nickcollier@hsbc.com
p.jestico@hsbc.com
p.woodhouse@hsbc.com
patriciagomes@hsbc.com
patrickcichy@hsbc.com.hk
patricknolan@hsbc.com
paul.lopez@us.hsbc.com
paul.m.andrews@hsbc.com
paulstillabower@hsbc.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.gardner@hsbc.com
peter.humphreys@hsbc.com
peter.j.lancos@us.hsbc.com
peter.p.thomas@hsbc.com
peterhazou@hsbc.com
phiemma.m.wilson@bob.hsbc.com
philippe.de.verdalle@hsbc.fr
philippe.veisseire@hsbc.fr
pui.y.tse@us.hsbc.com
rakesh.parameshwar@us.hsbc.com
rheza.lascano@hsbc.com
richard.w.bottomley@hsbc.com
richard.whitehouse@hsbc.com
richardspence@hsbc.com
ritaleung@hsbc.com.hk
rob.walker@hsbc.com
robert.a.king@hsbc.com
robert.f.cunningham@us.hsbc.com
robert.hawcroft@hsbc.com
robert.radich@us.hsbc.com
roddy.e.p.lee@hsbc.com
roger.yockel@us.hsbc.com
rose.lim@us.hsbc.com
roy.h.turner@hsbc.com
ruby.s.l.chan@hsbc.com.hk
ryan.s.kromer@bob.hsbc.com
sandie.w.s.choi@hsbc.com.hk
sannawong@hsbc.com.hk
scott.furgal@us.hsbc.com
serene.peng@us.hsbc.com
shirley.richards@hsbc.com

## Company & Corresponding Email Addresses

shun.hong.liu@hsbc.com.hk
simon.r.taylor@hsbc.com
sirivanv@hsbc.co.th
sol.chehebar@us.hsbc.com
soysonc@hsbc.co.th
stephenoleary@hsbc.com
stuart.milne@hsbc.com
tawanlimaksorn@hsbc.co.th
thomas.furey@us.hsbc.com
thomas.riordan@us.hsbc.com
timothy.p.faselt@us.hsbc.com
tom.lazaridis@us.hsbc.com
trevor.dean@us.hsbc.com
vanessachan@hsbc.com.hk
vito.semeraro@hsbc.com
warren.n.vincent@us.hsbc.com
william.a.wider@us.hsbc.com
william.chong@us.hsbc.com
williambenjamin@hsbc.com
williamwkman@hsbc.com.hk
woody.k.m.chan@hsbc.com.hk
yuko.girard@bob.hsbc.com
yves.dujardin@hsbc.fr
yvonne.lui@hsbc.com.hk

### hsbcam

aaron.cufley@hsbcam.com
al.wadhah.al-adawi@hsbcam.com
alex.de.korodi@hsbcam.com
alma.gill@hsbcam.com
andrew.cope@hsbcam.com
andy.munday@hsbcam.com
azim.meghji@hsbcam.com
barry.glavin@hsbcam.com
bill.maldonado@hsbcam.com
carol.hensby@hsbcam.com
charlie.quill@hsbcam.com
christine.e.johnson@hsbcam.com
coral.martin@hsbcam.com
damien.hennessy@hsbcam.com
david.mcdonald@hsbcam.com
david.taylor@hsbcam.com
dean.buckley@hsbcam.com
dimitris.melas@hsbcam.com
geoffrey.lunt@hsbcam.com
george.boubouras@hsbcam.com
howard.booth@hsbcam.com
james.dowding@hsbcam.com
janey.clarkson@hsbcam.com
jarrod.deakin@hsbcam.com
john.white@hsbcam.com
khalid.ghayur@hsbcam.com
mark.poynter@hsbcam.com
paul.kasian@hsbcam.com
peter.e.smith@hsbcam.com

## Company & Corresponding Email Addresses

philip.hargreaves@hsbcam.com
richard.n.sharp@hsbcam.com
robert.hook@hsbcam.com
steve.quantrell@hsbcam.com
tim.gough@hsbcam.com
tim.macdonald@hsbcam.com
wayne.burlingham@hsbcam.com

### hsbcame

amahmoud@hsbcame.com
eroucairol@hsbcame.com
mlescher@hsbcame.com

### hsbcdewaay

francois.vantichelen@hsbcdewaay.be
marc.ernaelsteen@hsbcdewaay.be

### hsbcgroup

alexander.r.harrison@hsbcgroup.com
andrew1.jackson@hsbcgroup.com
cedric.r.s.tchaban@hsbcgroup.com
clive.bannister@hsbcgroup.com
deepti.jerath@hsbcgroup.com
dominic.swan@hsbcgroup.com
ed.j.w.coulson@hsbcgroup.com
james1.pearson@hsbcgroup.com
jerome.cohen-scali@hsbcgroup.com
kevin.harper@hsbcgroup.com
linda.j.glover@hsbcgroup.com
luiz.s.schlitter@hsbcgroup.com
mark.everett@hsbcgroup.com
mohamed.i.siddeeq@hsbcgroup.com
reda.elkhayati@hsbcgroup.com
saad.hammoud@hsbcgroup.com
shaun.redman@hsbcgroup.com
simon.shorland@hsbcgroup.com
stuart.beavis@hsbcgroup.com
vinay.k.raj@hsbcgroup.com

### hsbchalbis

alec.letchfield@hsbchalbis.com
chris.rodgers@hsbchalbis.com
joanne.moody@hsbchalbis.com
michael.dillon@hsbchalbis.com
michael.omara@hsbchalbis.com
mike.corless@hsbchalbis.com
nigel.brown@hsbchalbis.com
robert.morris@hsbchalbis.com
stuart.atwell@hsbchalbis.com
tarne.bevan@hsbchalbis.com
tony.macneary@hsbchalbis.com
vincent.bourgeois@hsbchalbis.com

### hsbcib

aiko.sauer@hsbcib.com
andreas.hajialexandrou@hsbcib.com
carey.chamberlain@hsbcib.com
carlo.ramella@hsbcib.com
catherine.allen@hsbcib.com

## Company & Corresponding Email Addresses

christopher.p.owen@hsbcib.com
david.fewtrell@hsbcib.com
gareth.thomas@hsbcib.com
giorgio.merlo@hsbcib.com
glenn.handley@hsbcib.com
grant.davies@hsbcib.com
james.gale@hsbcib.com
james.nisbet@hsbcib.com
james.shelton@hsbcib.com
joanna.waldron@hsbcib.com
julian.taylor@hsbcib.com
justin.lo@hsbcib.com
karl.von.burne@hsbcib.com
kevin.buschhold@hsbcib.com
mark.t.nickell@hsbcib.com
michael.kirk@hsbcib.com
mike.bonnici@hsbcib.com
neil.s.sankoff@hsbcib.com
nick.m.wood@hsbcib.com
nick.ventham@hsbcib.com
nicola2.murphy@hsbcib.com
oliver.gabbay@hsbcib.com
owen.murphy@hsbcib.com
philip.valvona@hsbcib.com
richard.cumbley@hsbcib.com
robert.burgess@hsbcib.com
roger.northwood@hsbcib.com
rupert.robson@hsbcib.com
sabrina.jones@hsbcib.com
sally.godley-maynard@hsbcib.com
sarah.daud@hsbcib.com
steven.ward@hsbcib.com
warren.mccormick@hsbcib.com
zain.latif@hsbcib.com

### hsbcinvestments

alistair.peel@hsbcinvestments.com
anna.sperotto@hsbcinvestments.com
david.i.sylvester@hsbcinvestments.com
fabrizio.coiai@hsbcinvestments.com
havard.tveit@hsbcinvestments.com
john.doherty@hsbcinvestments.com
lee.j.thomas@hsbcinvestments.com
linda.sobanski@hsbcinvestments.com
martin.arthur@hsbcinvestments.com
neil.f.fryer@hsbcinvestments.com
opkar.sara@hsbcinvestments.com
phil.robinson@hsbcinvestments.com
simona.paravani@hsbcinvestments.com

### hsbcny

chris_french@hsbcny.com

### hsbcpb

agnes.arlandis@hsbcpb.com
alessandro.petri@hsbcpb.com
alexander.auf.der.mauer@hsbcpb.com

## Company & Corresponding Email Addresses

alexandra.mallet@hsbcpb.com
alexandre.riesch@hsbcpb.com
andrew.y.t.chan@hsbcpb.com
angelo.orlandi@hsbcpb.com
annie.balmon-raccah@hsbcpb.com
annie.brunschwig@hsbcpb.com
annie.raccah@hsbcpb.com
anthony.bionda@hsbcpb.com
basil.shoukry@hsbcpb.com
benedict.mugnier@hsbcpb.com
bernard.andersen@hsbcpb.com
bernard.armstrong@hsbcpb.com
brian.m.lockwood@hsbcpb.com
carlos.garcia@hsbcpb.com
cedric.lauener@hsbcpb.com
christian.aldenkortt@hsbcpb.com
clement.g.liu@hsbcpb.com
damien.favre@hsbcpb.com
daniel.ellis@hsbcpb.com
daniele.rezzonico@hsbcpb.com
danny.ellis@hsbcpb.com
dimitri.teboul@hsbcpb.com
donny.s.h.lam@hsbcpb.com
edward.farrell@hsbcpb.com
emilie.barbero@hsbcpb.com
fabio.torrequadra@hsbcpb.com
fred.debbane@hsbcpb.com
herve.croset@hsbcpb.com
hock.soon.lee@hsbcpb.com
ian.t.l.tay@hsbcpb.com
jason.clark@hsbcpb.com
jati.banerjee@hsbcpb.com
jean.nussbaumer@hsbcpb.com
jean-christophe.gerard@hsbcpb.com
jeanette.m.l.choo@hsbcpb.com
jean-louis.cart@hsbcpb.com
jerome.galiotto@hsbcpb.com
joel.meshel@hsbcpb.com
juan.bautista.ferrer@hsbcpb.com
julien.gueissaz@hsbcpb.com
karla.kovac@hsbcpb.com
laurent.hirsch@hsbcpb.com
laurent.raymond@hsbcpb.com
loic.venturini@hsbcpb.com
maisy.ang@hsbcpb.com
manuel.terreault@hsbcpb.com
marc-antoine.cottet@hsbcpb.com
mario.messina@hsbcpb.com
martin.ineichen@hsbcpb.com
michael.schenk@hsbcpb.com
mike.c.c.hue@hsbcpb.com
molby.j.w.lim@hsbcpb.com
negel.j.webber@hsbcpb.com
nen.khieu@hsbcpb.com

**Company & Corresponding Email Addresses**

nicolas.polliand@hsbcpb.com
nigel.margetson@hsbcpb.com
nirka.osio@hsbcpb.com
olivier.pacton@hsbcpb.com
olivier.ravillon@hsbcpb.com
paulo.da.costa@hsbcpb.com
peter.braunwalder@hsbcpb.com
phil.lee@hsbcpb.com
rebekah.l.chuan@hsbcpb.com
rene.weber@hsbcpb.com
robert.galuba@hsbcpb.com
roberto.magnatantini@hsbcpb.com
serge.bernet@hsbcpb.com
sookkuan.wong@hsbcpb.com
sophie.chapuisat@hsbcpb.com
stephan.feller@hsbcpb.com
stephanie.y.h.chan@hsbcpb.com
steve.maget@hsbcpb.com
suzanne.spink@hsbcpb.com
thierry.serres@hsbcpb.com
thomson.c.h.cheung@hsbcpb.com
valerie.noel@hsbcpb.com
vivian.yelland@hsbcpb.com
yasser.talaat@hsbcpb.com
yves.cornaz@hsbcpb.com
yves.de.brabandere@hsbcpb.com
yves.gallati@hsbcpb.com

**hsbcrepublic**

andres.cazenave@hsbcrepublic.com
cindy.y.y.chan@hsbcrepublic.com
daniel.baum@hsbcrepublic.com
ivan.k.h.ng@hsbcrepublic.com
james.c.chen@hsbcrepublic.com
janis.chan@hsbcrepublic.com
jorge.rios@hsbcrepublic.com
neil.tanguy@hsbcrepublic.com
passy.w.y.ng@hsbcrepublic.com
timothy.k.y.tso@hsbcrepublic.com

**hsbcsecuritiesinc**

john_lyons@hsbcsecuritiesinc.c
tim_reid@hsbcsecuritiesinc.com

**hsbctrinkaus**

andreas.vester@hsbctrinkaus.de
axel.pongs@hsbctrinkaus.de
benjamin.wurth@hsbctrinkaus.de
inge.bohne@hsbctrinkaus.de
kerstin.milberg@hsbctrinkaus.de
kerstin.terhardt@hsbctrinkaus.de
lothar.hessler@hsbctrinkaus.de
max.baumann@hsbctrinkaus.de
thorsten.runde@hsbctrinkaus.de

**hsbctrinkhaus**

franz.herrmann@hsbctrinkhaus.de

**hsbstrinkaus**

## Company & Corresponding Email Addresses

yasin.sarfraz@hsbstrinkaus.de

### hsfcu

laurenn@hsfcu.com

### hsh-im

cliff.dean@hsh-im.co.uk
heinfred.fehling@hsh-im.com
marc-oliver.juenemann@hsh-im.co.uk
martina.philippsen@hsh-im.com
olga.gerweck@hsh-im.com

### hsh-nordbak

hans-joachim.otto@hsh-nordbak.com

### hshnordbank

stefan.dahmen@hshnordbank.de

### hsh-nordbank

alexander.sonders@hsh-nordbank.com
alexander.stuhlmann@hsh-nordbank.com
amitabh.mehta@hsh-nordbank.co.uk
andre.kalbitz@hsh-nordbank.com
andre.muenster@hsh-nordbank.com
andre.vollmer@hsh-nordbank.com
andrea.prampolini@hsh-nordbank.co.uk
andreas.framke@hsh-nordbank.com
andreas.kroetzsch@hsh-nordbank.de
andreas.schubert@hsh-nordbank.com
andrew.yeend@hsh-nordbank.com
angela.stueben@hsh-nordbank.com
anita.bhatia@hsh-nordbank.co.uk
antje.steinthal@hsh-nordbank.com
ausland@hsh-nordbank.com
axel.bumke@hsh-nordbank.com
bernhard.krause@hsh-nordbank.com
bernhard.mueller@hsh-nordbank.com
bill.seabrook@hsh-nordbank.co.uk
bjoern.klimm@hsh-nordbank.com
britta.buchholz@hsh-nordbank.com
bruno.franco@hsh-nordbank.co.uk
carl-heinz.daube@hsh-nordbank.com
carsten.cziezerski@hsh-nordbank.com
carsten.pallas@hsh-nordbank.com
chris.tessler@hsh-nordbank.co.uk
christian.barsoe@hsh-nordbank.com
christian.eggers@hsh-nordbank.com
christian.hofmann@hsh-nordbank.com
christian.schanze@hsh-nordbank.com
christian.schomaker@hsh-nordbank.com
christian.timmann@hsh-nordbank.com
christian.willert@hsh-nordbank.com
christoph.christensen@hsh-nordbank.com
christoph.schwarz@hsh-nordbank.co.uk
claude.fourcroy@hsh-nordbank.co.uk
claudia.behm@hsh-nordbank.com
claus.herold@hsh-nordbank.lu
colin-rene.ondoua@hsh-nordbank.com
colm.corcoran@hsh-nordbank.co.uk

**Company & Corresponding Email Addresses**

corinna.adler@hsh-nordbank.com
cristoffer.homann@hsh-nordbank.com
dan-david.golla@hsh-nordbank.com
daniel.schattke@hsh-nordbank.com
daniela.kuehl@hsh-nordbank.com
david.sanchez@hsh-nordbank.co.uk
dealer.mm@hsh-nordbank.com
detlef.glatz@hsh-nordbank.com
dick.durrant@hsh-nordbank.co.uk
dietrich.eilers@hsh-nordbank.com
dirk.boesche@hsh-nordbank.com
dirk.brockhaus@hsh-nordbank.de
dirk.garz@hsh-nordbank.com
dirk.vatter@hsh-nordbank.com
elke.glismann@hsh-nordbank.com
elke.hamann@hsh-nordbank.com
estelle.charron@hsh-nordbank.com
fiona.bryans@hsh-nordbank.co.uk
francesco.mallardo@hsh-nordbank.co.uk
frank.berger@hsh-nordbank.com
frank.jesse@hsh-nordbank.com
frank.kolkmann@hsh-nordbank.com
frank.otten@hsh-nordbank.com
frank.silber@hsh-nordbank.com
fx-options@hsh-nordbank.com
gerrit.horstmann@hsh-nordbank.com
guenter.diezel@hsh-nordbank.de
guenter.koehne@hsh-nordbank.com
gunther.plohr@hsh-nordbank.com
hans.berger@hsh-nordbank.com
hans.hansen@hsh-nordbank.com
hans.mendrala@hsh-nordbank.com
hans-christian.kuehl@hsh-nordbank.com
hans-joachim.otto@hsh-nordbank.com
hans-jurg.lips@hsh-nordbank.co.uk
hans-peter.mewes@hsh-nordbank.com
harald.kuznik@hsh-nordbank.com
hartmut.strauss@hsh-nordbank.com
helge.schulze@hsh-nordbank.com
henning.vollbehr@hsh-nordbank.com
henrik.schwetje@hsh-nordbank.com
hermann.collmann@hsh-nordbank.com
holger.beck@hsh-nordbank.com
holger.claessen@hsh-nordbank.com
holger.ziemer@hsh-nordbank.com
ian.ellis@hsh-nordbank.co.uk
inga.rohwer@hsh-nordbank.co.uk
ingo.koczwara@hsh-nordbank.com
ingo.stechmann@hsh-nordbank.com
international.finance@hsh-nordbank.com
iris.speth@hsh-nordbank.com
jan.eibich@hsh-nordbank.com
jan.kilbak@hsh-nordbank.com
jan.rosenzweig@hsh-nordbank.co.uk

**Company & Corresponding Email Addresses**

jan.schubert@hsh-nordbank.com
jan.striepke@hsh-nordbank.com
jan.trompell@hsh-nordbank.com
jan-hendrik.bornemann@hsh-nordbank.com
jason.lacy@hsh-nordbank.co.uk
jayne.welling-wolf@hsh-nordbank.com
jean-marie.lamay@hsh-nordbank.com
jens.gerbers@hsh-nordbank.com
jens.glomb@hsh-nordbank.com
jens.haberkost@hsh-nordbank.com
jens.lieser@hsh-nordbank.com
jens-uwe.lutzhoeft@hsh-nordbank.de
joachim.lorenz@hsh-nordbank.com
joachim.schneegans-extern@hsh-nordbank.com
jobst-christian.kasten@hsh-nordbank.co.uk
jochen.friedrich@hsh-nordbank.com
jochen.klaproth@hsh-nordbank.com
joerg.arndt@hsh-nordbank.com
joerg.einfeldt@hsh-nordbank.com
joerg.fangmeier@hsh-nordbank.com
joerg.hanpeter@hsh-nordbank.com
john.fitch@hsh-nordbank.co.uk
juergen.bruhn@hsh-nordbank.com
juergen.petri@hsh-nordbank.com
juergen-h.lange@hsh-nordbank.com
julien.kleiner@hsh-nordbank.com
jun.huan@hsh-nordbank.com.hk
karina.lueck@hsh-nordbank.com
karsten.hippler@hsh-nordbank.co.uk
katharina.bruhn@hsh-nordbank.com
katharina.schroeter@hsh-nordbank.com
kim.nyvold@hsh-nordbank.com
klaus-dieter.nebendahl@hsh-nordbank.com
klaus-timm.voss@hsh-nordbank.com
kolja.sahm@hsh-nordbank.com
lars.quandel@hsh-nordbank.com
lars.wieczorek@hsh-nordbank.com
lee.alderson@hsh-nordbank.co.uk
les.collett@hsh-nordbank.co.uk
lis.christiansen@hsh-nordbank.com
lothar.brakelmann@hsh-nordbank.com
luis.marti-sanchez@hsh-nordbank.co.uk
lutz.orban@hsh-nordbank.com
magnus.mertin@hsh-nordbank.com
marc.schack@hsh-nordbank.co.uk
marcus.engel@hsh-nordbank.com
marcus.hof@hsh-nordbank.com
marcus.porembski@hsh-nordbank.com
marcus.rost@hsh-nordbank.com
mario.grittner@hsh-nordbank.com
mark.squire@hsh-nordbank.co.uk
marko.heimken@hsh-nordbank.co.uk
markus.carlsen@hsh-nordbank.com
markus.dietrich@hsh-nordbank.com

**Company & Corresponding Email Addresses**

markus.sickmann@hsh-nordbank.com
martin.crisp@hsh-nordbank.co.uk
martin.goernig@hsh-nordbank.com
martin.piechottka@hsh-nordbank.com
martin.schorr@hsh-nordbank.com
martin.wilhelm@hsh-nordbank.com
mathias.werner@hsh-nordbank.com
matthias.barck@hsh-nordbank.com
matthias.oetken@hsh-nordbank.com
matthias.wrage@hsh-nordbank.com
michael.crewe@hsh-nordbank.co.uk
michael.dirnegger@hsh-nordbank.co.uk
michael.helf@hsh-nordbank.com
michael.langmack@hsh-nordbank.co.uk
michael.payne@hsh-nordbank.co.uk
michael.schoenbach@hsh-nordbank.com
michael.westphal@hsh-nordbank.com
michael.wolter@hsh-nordbank.com
miriam.paul@hsh-nordbank.com
moritz.breipohl@hsh-nordbank.com
morris.may@hsh-nordbank.com
na.xie@hsh-nordbank.com
natalia.verwega@hsh-nordbank.com
nicole.pahlke@hsh-nordbank.com
nikolai.ulrich@hsh-nordbank.com
nikolas.kreuz@hsh-nordbank.com
olaf.hummels@hsh-nordbank.com
oliver.schreiber@hsh-nordbank.com
paul.dentskevich@hsh-nordbank.co.uk
paul.duffy@hsh-nordbank.co.uk
paul.pancino@hsh-nordbank.co.uk
peter.romanowski@hsh-nordbank.com
petra.schaar@hsh-nordbank.com
r.schmidt@hsh-nordbank.com
rainer.helms@hsh-nordbank.com
rainer.jung@hsh-nordbank.com
rainer.noack@hsh-nordbank.com
rainer.roczen@hsh-nordbank.com
ralf.andresen@hsh-nordbank.com
ralf.paulsen@hsh-nordbank.com
ralf.schneider@hsh-nordbank.com
ray.mccoll@hsh-nordbank.com
reiko.koban@hsh-nordbank.com
reinhard.mix@hsh-nordbank.com
reinhard.schmidt@hsh-nordbank.com
reinhard.sievers@hsh-nordbank.com
roland.cymara@hsh-nordbank.com
rudolf.schmidt@hsh-nordbank.co.uk
silvia.dickertmann@hsh-nordbank.com
simon.smakowski@hsh-nordbank.com
simone.erhardt@hsh-nordbank.co.uk
sirka.krabbe@hsh-nordbank.com
soenke.heistermann@hsh-nordbank.com
soenke.rix@hsh-nordbank.com

## Company & Corresponding Email Addresses

sonja.lessing@hsh-nordbank.com
stefan.dahmen@hsh-nordbank.co.uk
stefan.rust@hsh-nordbank.com
stefan.schlatermund@hsh-nordbank.com
stefanie.steinmeier@hsh-nordbank.com
stephan.frerker@hsh-nordbank.com
stephane.laurent@hsh-nordbank.com
stephen.harris@hsh-nordbank.co.uk
stephen.welch@hsh-nordbank.com
steve.janson@hsh-nordbank.co.uk
steven.powell@hsh-nordbank.co.uk
stuart.oatley@hsh-nordbank.co.uk
sven.weinhold@hsh-nordbank.com
teofilo.del_prete@hsh-nordbank.com
thomas.bayerl@hsh-nordbank.co.uk
thomas.besteher@hsh-nordbank.com
thomas.boss@hsh-nordbank.com
thomas.branczyk@hsh-nordbank.co.uk
thomas.henningsen@hsh-nordbank.com
thorben.luethge@hsh-nordbank.com
thorsten.komm@hsh-nordbank.com
thorsten.rieper@hsh-nordbank.com
tilmann.kuhfuss@hsh-nordbank.com
tilmann.kuhsuss@hsh-nordbank.com
timm.hoeynck@hsh-nordbank.com
tomas.johansson@hsh-nordbank.co.uk
tony.piggott@hsh-nordbank.co.uk
torsten.johannsen@hsh-nordbank.com
ulla.fetzer@hsh-nordbank.com
ulrich.ellerbeck@hsh-nordbank.com
ulrich.martensen@hsh-nordbank.com
ulrieke.wendtland@hsh-nordbank.com
werner.busch@hsh-nordbank.com
willibrord.berntsen@hsh-nordbank.com

**hsh-nordbank-hypo**
maren-tina.roefke@hsh-nordbank-hypo.com

**hsh-nordbank-int**
constantyn.niewenhuis@hsh-nordbank-int.com
simone.kees@hsh-nordbank-int.com

**hshn-securities**
achim.hillen@hshn-securities.com
coralie.benneleck@hshn-securities.com
elton.vevecka@hshn-securities.com
gilles.everling@hshn-securities.com
hanns-christian.vonschuler@hshn-securities.com
marco.fischer@hshn-securities.com
mark.bussmann@hshn-securities.com
sebastian.hadlich@hshn-securities.com
shahab.smousavi@hshn-securities.com

**hshs-nordbank**
dirk.schroeter@hshs-nordbank.com

**hspcpb**
george.pal@hspcpb.com

**htlf**

## Company & Corresponding Email Addresses

adouglas@htlf.com
jfuller@htlf.com
mmiller@htlf.com

### hud

kirk_d._freeman@hud.gov

### huffcompanies

bconvery@huffcompanies.com
bjc@huffcompanies.com
dgodwin@huffcompanies.com
elopez@huffcompanies.com
huffmbc@huffcompanies.com
mad@huffcompanies.com
mjm@huffcompanies.com
rpolye@huffcompanies.com
rtrudeau@huffcompanies.com

### hugokahn

bank@hugokahn.ch
daniel.schlauri@hugokahn.ch

### humana

mpreston@humana.com
tliston@humana.com

### huntington

aaron.morris@huntington.com
andrew.hagedorn@huntington.com
anthony.masurek@huntington.com
asa.fuller@huntington.com
bernard.shinkel@huntington.com
beth.mitevski@huntington.com
beth.russell@huntington.com
betty.fimmen@huntington.com
bill.doughty@huntington.com
bob.hoffman@huntington.com
brian.salerno@huntington.com
brian.wall@huntington.com
bryan.neitzelt@huntington.com
charles.smith@huntington.com
chip.hendon@huntington.com
chris.cwiklinski@huntington.com
chris.rowane@huntington.com
craig.hardy@huntington.com
dan.lowrie@huntington.com
daniel.stewart@huntington.com
david.culbertson@huntington.com
deborah.gonzalez@huntington.com
denise.coyne@huntington.com
diane.motter@huntington.com
dianne.slager@huntington.com
doug.brooks@huntington.com
eric.mitiska@huntington.com
gail.brazell@huntington.com
gary.hickerson@huntington.com
geoff.mowery@huntington.com
george.mokrzan@huntington.com
gustave.seasongood@huntington.com

**Company & Corresponding Email Addresses**

heather.sexton@huntington.com
jack.fischer@huntington.com
jackie.glenn@huntington.com
jamie.habegger@huntington.com
jay.gould@huntington.com
jean.price@huntington.com
jenny.jiang@huntington.com
jim.gibboney@huntington.com
jim.lombardi@huntington.com
john.molino@huntington.com
john.voneschenbach@huntington.com
judy.helsel@huntington.com
kanah.heckman@huntington.com
karen.mills@huntington.com
kassem.matt@huntington.com
kathleen.wells@huntington.com
kathy.dixon@huntington.com
kathy.stylarek@huntington.com
keith.lee@huntington.com
kelly.bramel@huntington.com
kelly.rinker@huntington.com
kent.figy@huntington.com
kevin.dubbink@huntington.com
kevin.sembach@huntington.com
kimberly.skinner@huntington.com
kirk.mentzer@huntington.com
kristi.abbey@huntington.com
larry.heath@huntington.com
leeroy.bentley@huntington.com
madelynn.matlock@huntington.com
mae.hill@huntington.com
mark.wilhelm@huntington.com
martina.cheung@huntington.com
mary.koenig@huntington.com
michael.gialluca@huntington.com
michael.harris@huntington.com
michael.karibian@huntington.com
michael.puleo@huntington.com
nicole.felter@huntington.com
noreen.annal@huntington.com
pamela.gravlin@huntington.com
pat.fraker@huntington.com
pat.scott@huntington.com
paul.attwood@huntington.com
paul.koscik@huntington.com
perry.adams@huntington.com
peter.sorrentino@huntington.com
randy.bateman@huntington.com
randy.hare@huntington.com
richard.baytosh@huntington.com
robert.harless@huntington.com
robert.miller@huntington.com
robert.potts@huntington.com
rosalee.stine@huntington.com

**Company & Corresponding Email Addresses**

ryan.freimark@huntington.com
sarah.briggs@huntington.com
sarah.morrow@huntington.com
scott.kleinman@huntington.com
steve.bryan@huntington.com
susan.stuart@huntington.com
sylvia.corum@huntington.com
thomas.oehmler@huntington.com
tim.barber@huntington.com
timothy.mccabe@huntington.com
todd.dewberry@huntington.com
tom.finnegan@huntington.com
tom.grabenstatter@huntington.com
tony.lepore@huntington.com
travis.gracey@huntington.com
trena.hawthorne@huntington.com
vivian.hairston@huntington.com
w.patrick.begg@huntington.com

**husic**

edeleon@husic.com
frank@husic.com
jsanders@husic.com
klindholm@husic.com
mallman@husic.com
max@husic.com
tduffy@husic.com
tjudson@husic.com
twyman@husic.com

**husqvarna**

kare.bostrom@husqvarna.se

**hvb**

alberto.zorzi@hvb.de
alexander.janker@hvb.de
alfred.hartmann@hvb.de
andre.vinke@hvb.de
andreas.bonk@hvb.de
andreas.gevay@hvb.de
andreas.krysl@hvb.de
axel.gruber@hvb.de
barbara.tauscheck@hvb.de
bea.gneisenau@hvb.de
bernadus.roelofs@hvb.de
bertram.schuetz@hvb.de
carsten.baumgarte@hvb.de
carsten.richter@hvb.de
christian.hebting@hvb.de
christian.widholz@hvb.de
christinaregine.niethammer@hvb.de
christopher.kath@hvb.de
christophkarl.wagner@hvb.de
edgar.nubert@hvb.de
eduard.prinker@hvb.de
elisabeth.ernstberger@hvb.de
ezgi.muratoglu.extern@hvb.de

**Company & Corresponding Email Addresses**

frank.tibo@hvb.de
gertraudhelena.grupp-bolzen@hvb.de
guenter.schubert@hvb.de
hans.sattler@hvb.de
harald.hild@hvb.de
heidrun.gerecke@hvb.de
henry.asare@hvb.de
herbert.koller@hvb.de
ianpatrick.englert@hvb.de
jobst.vonsteinsdorff@hvb.de
jochen.lueck@hvb.de
juergen.neumuth@hvb.de
juliane.silberhorn@hvb.de
kaan.candar@hvb.de
kai.pflughaupt@hvb.de
karsten.kraushaar@hvb.de
klaus.mai@hvb.de
leonard.fehr@hvb.de
ludger.overbeck@hvb.de
luigi.devito@hvb.de
marc.freudenberg@hvb.de
marc.weingart@hvb.de
marco.korn@hvb.de
marcu.walz@hvb.de
mark.lewis@hvb.de
martin.braunschlaeger@hvb.de
martin.rast@hvb.de
martina.knorrek@hvb.de
martina.spaeth@hvb.de
matthias.klein@hvb.de
maximilian.hogger@hvb.de
michael.bauer02@hvb.de
michael.gerstner@hvb.de
michael.gumpel@hvb.de
michael.haselbeck@hvb.de
michael.huenseler@hvb.de
michael.thiergen@hvb.de
michele.caronti@hvb.de
mireille.khazaka@hvb.de
n_a@hvb.com
nicolas.blanchard@hvb.de
oliver.reissenweber@hvb.de
oliver-heinrich.reitz@hvb.de
pascal.caulier@hvb.de
patrick.otto@hvb.de
peter.czernin@hvb.de
peter.frischeisen@hvb.de
peter.koelle@hvb.de
peter.willner@hvb.de
philipp.waldstein@hvb.de
ralph.straus@hvb.lu
robert.flieger@hvb.de
roberto.baldini@hvb.de
roland.peetz@hvb.de

## Company & Corresponding Email Addresses

roman.heilig@hvb.de
ronald.seilheimer@hvb.de
sabine.bauer@hvb.de
sascha.meyer-dautrich@hvb.de
serge.crevecoeur@hvb.de
simon.cook@hvb.de
stefan.jentzsch@hvb.de
stefan.ruppel@hvb.de
stephan.winkelmeier@hvb.de
sven.nitzsche@hvb.de
theo.linnig@hvb.de
thomas.bretzger@hvb.de
thomas.cohrs@hvb.de
thomas.kreitmeier@hvb.de
thomas.seifert@hvb.de
thorsten.weinelt@hvb.de
tomas.lacko@hvb.de
ulrike.kunze@hvb.de
uta.sichhart@hvb.de
vadim.lipanov@hvb.de
valeriy.petrov@hvb.de
vanessa.barata@hvb.de
victoria.vonaretin@hvb.de
vitalie.sajin@hvb.de
walter.notz@hvb.de
wolfgang-wilhelm.kling@hvb.de

### hvbamericas

bernhard_rolf@hvbamericas.com
beth_donahue@hvbamericas.com
charles_sahlia@hvbamericas.com
christian_gindl@hvbamericas.com
christiane_drapkin@hvbamericas.com
david_morgan@hvbamericas.com
david_shen@hvbamericas.com
dom_degorgio@hvbamericas.com
elke_hunter@hvbamericas.com
emil_cornejo@hvbamericas.com
eric_pelletier@hvbamericas.com
erich_ebner@hvbamericas.com
gavin_burke@hvbamericas.com
hetal_raithatha@hvbamericas.com
jan_kupfer@hvbamericas.com
jeff_straebler@hvbamericas.com
jeffrey_ferris@hvbamericas.com
joseph_geraghty@hvbamericas.com
juan_martinez@hvbamericas.com
julian_buchynski@hvbamericas.com
katja_fitzgerald@hvbamericas.com
kimberly_sousa@hvbamericas.com
krishan_nagpal@hvbamericas.com
loriann_curnyn@hvbamericas.com
lynne_hojnacki@hvbamericas.com
manfred_wolf@hvbamericas.com
manny_hochadel@hvbamericas.com

## Company & Corresponding Email Addresses

marc_fussbahn@hvbamericas.com
marianne_rafferty@hvbamericas.com
marianne_weinzinger@hvbamericas.com
mark_zussman@hvbamericas.com
matt_dunn@hvbamericas.com
michael_davis@hvbamericas.com
michael_novellino@hvbamericas.com
patricia_grieve@hvbamericas.com
paul_rippe@hvbamericas.com
reza_bahar@hvbamericas.com
richard_cordover@hvbamericas.com
richard_ellson@hvbamericas.com
robert_jordan@hvbamericas.com
robert_mckeon@hvbamericas.com
rolf_quaas@hvbamericas.com
ryan_widener@hvbamericas.com
salvatore_esposito@hvbamericas.com
samba@hvbamericas.com
sebastian_beuerle@hvbamericas.com
shannon_batchman@hvbamericas.com
shiva_iyer@hvbamericas.com
skamikubo@hvbamericas.com
terence_o'sullivan@hvbamericas.com
thomas_esposito@hvbamericas.com
thomas_rubbert@hvbamericas.com
thomas_sculley@hvbamericas.com
vera_mcvey@hvbamericas.com
wolfgang_peltz@hvbamericas.com

## hvbank

jlandy@hvbank.com
jmalesardi@hvbank.com
sbrown@hvbank.com

## hvbasia

adriano.poli@hvbasia.com
canny.lo@hvbasia.com
daniel.ng@hvbasia.com
gerhard.hinterhauser@hvbasia.com
guenter.fritz@hvbasia.com
helene.chua@hvbasia.com
jane.low@hvbasia.com
mads.palsvig@hvbasia.com
oliver.hoffmann@hvbasia.com
rong.ren@hvbasia.com
rose.fung@hvbasia.com
sookkin.chong@hvbasia.com
stanley.chan@hvbasia.com
sumathi.kesavan@hvbasia.com
tangtien.fern@hvbasia.com
vincent.leung@hvbasia.com
vincent_leung@hvbasia.com
wolfgang.peltz@hvbasia.com

## hvbcreditadvisors

elizabeth_tallmadge@hvbcreditadvisors.com
thomas_mowat@hvbcreditadvisors.com

## Company & Corresponding Email Addresses

### hvbeurope
bill.street@hvbeurope.com
boban.damjanovic@hvbeurope.com
carmen.alonso@hvbeurope.com
cavin.o'driscoll@hvbeurope.com
charan.bhalla@hvbeurope.com
christoff.goessl@hvbeurope.com
david.flett@hvbeurope.com
david.rosenberg@hvbeurope.com
elizabeth.anderson@hvbeurope.com
emanuel.schoernig@hvbeurope.com
franco.d'aulerio@hvbeurope.com
frederic.djidetchian@hvbeurope.com
gianluca.savoldi@hvbeurope.com
goerg.kirchner@hvbeurope.com
guy.beeston@hvbeurope.com
john.glover@hvbeurope.com
juergen.birnbaum@hvbeurope.com
mark.bowles@hvbeurope.com
mark.priestley@hvbeurope.com
mark.rose@hvbeurope.com
markus.kiefer@hvbeurope.com
markus.parzer@hvbeurope.com
martin.luehrs@hvbeurope.com
martin.shields@hvbeurope.com
max.martirani@hvbeurope.com
miwa.mittellehner@hvbeurope.com
paul.goss@hvbeurope.com
shaun.smith@hvbeurope.com
thomas.siedler@hvbeurope.com
yoshi.makio@hvbeurope.com

### hwic
pfurlan@hwic.ca

### hxb
zhlxt@hxb.com.cn
zhmw@hxb.com.cn

### hydro
aage.frohde@hydro.com
astrid.torres@hydro.com
david.william.nunn@hydro.com
irene.raposo@hydro.com
marcil.andre-richard@hydro.qc.ca
odd.gullberg@hydro.com
peik.norenberg@hydro.com

### hymanbeck
ahyman@hymanbeck.com
cbeck@hymanbeck.com
dceliano@hymanbeck.com
dlavelle@hymanbeck.com
jlubin@hymanbeck.com
kbinner@hymanbeck.com
lspadaro@hymanbeck.com
mleja@hymanbeck.com
nhyman@hymanbeck.com

## Company & Corresponding Email Addresses

ofrolova@hymanbeck.com
rdirusso@hymanbeck.com
ssoffel@hymanbeck.com

### hypobank
andreas_maeutner@hypobank.co.at

### hypocapital
herbert.messinger@hypocapital.at

### hypointernational
andrew.golub@hypointernational.com
brigitte.rackow@hypointernational.com
daniel.lakic@hypointernational.com
darko.knezevic@hypointernational.com
dieter.brandt@hypointernational.com
heide.albrecht@hypointernational.com
heiko.bartsch@hypointernational.com
juergen.fenk@hypointernational.com
markus.kaisig@hypointernational.com
patrick.steeg@hypointernational.com
sara.niemann@hypointernational.com
sascha.mark@hypointernational.com
stephan.feifer@hypointernational.com
stephan.wuttke@hypointernational.com
thomas.bruckner@hypointernational.com
thomas.siegel@hypointernational.com
yvonne.lauer@hypointernational.com

### hypoinvest
brigitte.halbwidl@hypoinvest.at
uwe.ehrismann@hypoinvest.at

### hypo-ooe
kurt.traxler@hypo-ooe.at
treasury@hypo-ooe.at
wphandel@hypo-ooe.at

### hyporealestaste
petra.schwab@hyporealestaste.de

### hyporealestate
andreas.fendl@hyporealestate.de
andreas.spuhler@hyporealestate.de
arnd.nasswetter@hyporealestate.de
arno.allgeyer@hyporealestate.de
clemens.schellenberg@hyporealestate.de
frank.lamby@hyporealestate.de
gerhard.meitinger@hyporealestate.de
ingo.hansen@hyporealestate.de
jacinta.wagner@hyporealestate.de
jeannette.witte@hyporealestate.de
joachim.friese@hyporealestate.de
kurt.becker@hyporealestate.de
martin.braun01@hyporealestate.de
michael.schultheiss@hyporealestate.de
stefan.ludolfinger@hyporealestate.de
thomas.glynn@hyporealestate.com
vanessa.strauss@hyporealestate.de
werner.neumeier@hyporealestate.de
wolfgang.mittermueller@hyporealestate.de

## Company & Corresponding Email Addresses

### hypostmk
stgrdi@hypostmk.co.at

### hyposwiss
alfred.steininger@hyposwiss.ch
birgit.heim@hyposwiss.ch
christoph.angster@hyposwiss.ch
gabriele.manferdini@hyposwiss.ch
juerg.althaus@hyposwiss.ch
julia.barreca@hyposwiss.ch
karl.keller@hyposwiss.ch
marc.jungi@hyposwiss.ch
marco.schriber@hyposwiss.ch
roger.hugentobler@hyposwiss.ch
roland.schneiter@hyposwiss.ch
stefan.jaeggi@hyposwiss.ch
thomas.stucki@hyposwiss.ch
tobias.zwimpfer@hyposwiss.ch

### hypotirol
walter.egger@hypotirol.at

### hypovbg
christian.pardeller@hypovbg.at
evrin.cam@hypovbg.at
fatma.gezer@hypovbg.at
florian.gorbach@hypovbg.at
guenter.bitschnau@hypovbg.at
hakan.yildiz@hypovbg.at
hannes.leitgeb@hypovbg.at
newissues@hypovbg.at
treasury@hypovbg.at

### hypovereinsbank
adrienne.darvas@hypovereinsbank.de
andreas.bohn@hypovereinsbank.de
andreas.wagner01@hypovereinsbank.de
anne.buettener@hypovereinsbank.de
barbara.rinner@hypovereinsbank.de
bertram.schuetz@hypovereinsbank.de
bettina.galanti@hypovereinsbank.de
craig_pinsly@america.hypovereinsbank.com
dan_mooney@america.hypovereinsbank.com
davina_au@asia.hypovereinsbank.com
debra_laskowski@america.hypovereinsbank.com
declan.carlin@hypovereinsbank.de
efstathia.nezi@hypovereinsbank.de
eric.pfennig@europe.hypovereinsbank.com
felix.hey@hypovereinsbank.de
frank.eppinger@hypovereinsbank.de
friedrich.henne@hypovereinsbank.de
gary.langton@europe.hypovereinsbank.com
gerald.podobnik@hypovereinsbank.de
giovanni_lugato@america.hypovereinsbank.com
goetz.michl@hypovereinsbank.de
hans-peter.mathe@hypovereinsbank.de
holger.haedrich@hypovereinsbank.de
holger.janssen@hypovereinsbank.de

## Company & Corresponding Email Addresses

holger.mahncke@hypovereinsbank.de
ir@hypovereinsbank.de
isabella.zinck@hypovereinsbank.de
jerry_gleason@america.hypovereinsbank.com
joanne_ma@asia.hypovereinsbank.com
johann.hainzinger@hypovereinsbank.de
luc.olinger@hypovereinsbank.de
mario_koethe@america.hypovereinsbank.com
mark.rule@europe.hypovereinsbank.com
martin.achter@hypovereinsbank.de
matthias.glueckert@hypovereinsbank.de
michael_cheng@asia.hypovereinsbank.com
michel.matthias@hypovereinsbank.de
monica.balk@europe.hypovereinsbank.com
monica.wimmer@hypovereinsbank.com
neil_orvay@asia.hypovereinsbank.com
nigel.de.jong@europe.hypovereinsbank.com
olaf.burmeister@hypovereinsbank.de
oliver.hoffmann@asia.hypovereinsbank.com
oliver.reisinger@hypovereinsbank.de
paul.crosby@europe.hypovereinsbank.com
paulvanner@hypovereinsbank.co.uk
peter.kleppich@hypovereinsbank.de
peter.krebs@hypovereinsbank.de
peter.prestel@hypovereinsbank.de
petra.schwab@hypovereinsbank.de
ralf.brech@hypovereinsbank.de
ralf.maier@hypovereinsbank.de
rene.schmit@hypovereinsbank.lu
richard.burton@hypovereinsbank.de
robinson.ulrich@hypovereinsbank.de
roman.rossel@hypovereinsbank.de
sandy_koch@america.hypovereinsbank.com
stephan.hrozek@hypovereinsbank.de
stephanie.rapp@hypovereinsbank.de
susan.eckenberg@hypovereinsbank.de
theodor.mueller@hypovereinsbank.de
thomas.bremer@hypovereinsbank.de
thomas.kursawe@hypovereinsbank.com
torsten.haufe@hypovereinsbank.de
trevor.heap@europe.hypovereinsbank.com
ursula.vonsayn-wittgenstein@hypovereinsbank.de
werner.vonbaum@hypovereinsbank.de
william_hauser@america.hypovereinsbank.com
wolfgang.klopfer@hypovereinsbank.de
wolfgang.strobel@hypovereinsbank.de
wolfgang.stuffer@hypovereinsbank.de
yoram_dankner@america.hypovereinsbank.com

**hypoverenisbank**
klaus.zander@hypovereinsbank.de

**hythesecs**
j.e@hythesecs.com

**iac**
bret.myers@iac.com

## Company & Corresponding Email Addresses

matt.allen@iac.com
thomas.hayes@iac.com

### iadb

andred@iadb.org
billw@iadb.org
carlosfr@iadb.org
franciscoch@iadb.org
jamesra@iadb.org
javiero@iadb.org
mariadl@iadb.org
moritzk@iadb.org
nobuhisaa@iadb.org
pedrosa@iadb.org
robertaf@iadb.org
susano@iadb.org
virginiak@iadb.org
yojiroku@iadb.org

### iafrica

cecilcal@iafrica.com

### iaifunds

scoleman@iaifunds.com
simon_hallett@iaifunds.com

### iam

c.julen@iam.ch
d.pfund@iam.ch
infos@iam.ch
jf.thevoz@iam.ch
jl.richard@iam.ch
k.bussy@iam.ch
m.longo@iam.ch
m.thetaz@iam.ch
o.aeschlimann@iam.ch
p.durussel@iam.ch
p.rezzonico@iam.ch

### ibbfla

bobm@ibbfla.com
bobw@ibbfla.com
cfo@ibbfla.com
jimm@ibbfla.com
stevet@ibbfla.com

### iberagentes

corona@iberagentes.es

### ibercaja

alberto.espelosin@ibercaja.net
ana.lain@ibercaja.net
beatriz.catalan@ibercaja.net
cfustero@ibercaja.es
cristina.gavin@ibercaja.net
cristina.martinez@ibercaja.net
francisco.simon@ibercaja.net
javier.rillo@ibercaja.net
joaquin.segura@ibercaja.net
maria.martinez@ibercaja.net
oscar.diego@ibercaja.net

## Company & Corresponding Email Addresses

pablo.cano@ibercaja.net
pmdolz@ibercaja.es
raquel.blazquez@ibercaja.net
rvsala@ibercaja.es
sechevarria@ibercaja.es
sfernandez@ibercaja.es
smf@ibercaja.es
viglesia@ibercaja.es

**iberdrola**
dmoron@iberdrola.es
emilio.viudes@iberdrola.es
ignacio.cuenca@iberdrola.es
j.sainz@iberdrola.es
javier.urquidi@iberdrola.es
jblopez@iberdrola.es
jl.sanpedro@iberdrola.es
jpardos@iberdrola.es

**iberdrolausa**
bbeerley@iberdrolausa.com
vbakshi@iberdrolausa.com

**iberfondos**
casares@iberfondos.com

**iberia**
edupuy@iberia.es
ntejero@iberia.es

**ibersecurities**
cortea.gestora@ibersecurities.es

**ibi**
hertzel@ibi.co.il
ofer@ibi.co.il
ron.eichel@ibi.co.il

**ibiscapital**
peter.wilton@ibiscapital.co.uk

**ibj**
chris.bailey@ibj.co.uk
colin.wallace@ibj.co.uk
colin.ward@ibj.co.uk
david.pashley@ibj.co.uk
david.wisbey@ibj.co.uk
freddie.coldham@ibj.co.uk
keiko.brooking@ibj.co.uk
m.hockley@ibj.co.uk
natsumi.okamoto@ibj.co.uk
s.staples@ibj.co.uk
stephen.driscoll@ibj.co.uk

**ibjbank**
hiao.sakai@ibjbank.co.jp
makoto.sugiki@ibjbank.co.jp
masayuki.yasuoka@ibjbank.co.jp
nobushige.imai@ibjbank.co.jp
noriko.ando@ibjbank.co.jp
yasuhiro.imahori@ibjbank.co.jp

**ibjus**
jshimmachi@ibjus.com

## Company & Corresponding Email Addresses

kzaiki@ibjus.com
mwatanabe@ibjus.com

### ibjwhitehall

dnoone@ibjwhitehall.com
jcurry@ibjwhitehall.com
salmas@ibjwhitehall.com

### ibm

alex@us.ibm.com
annat@us.ibm.com
barclay@us.ibm.com
bensonp@ie.ibm.com
brooksg@uk.ibm.com
cks10@us.ibm.com
cmherrer@us.ibm.com
cpeluso@us.ibm.com
dhemmer@us.ibm.com
diem@ibm.net
dtropp@us.ibm.com
ecadams@us.ibm.com
edward_rollins@uk.ibm.com
egolds@us.ibm.com
farlekas@us.ibm.com
fullera@uk.ibm.com
gbf@us.ibm.com
ghubbard@us.ibm.com
gravenes@us.ibm.com
hargrovm@us.ibm.com
harsh.chugh@us.ibm.com
herwig_couvreur@be.ibm.com
hobbertm@us.ibm.com
jcsemple@us.ibm.com
jegodtka@de.ibm.com
jingy@us.ibm.com
jscotty@us.ibm.com
keithbu@us.ibm.com
kieran.x.oshea@us.ibm.com
kminahan@us.ibm.com
kondscha@de.ibm.com
kreynold@us.ibm.com
ks@us.ibm.com
laubsch@us.ibm.com
leonardm@ie.ibm.com
lkoppl@us.ibm.com
lkr@us.ibm.com
mcgovest@ie.ibm.com
michael.j.mccabe@us.ibm.com
mraguso@us.ibm.com
nedwards@us.ibm.com
neil_bull@uk.ibm.com
nielsen@us.ibm.com
ofmiller@us.ibm.com
pbagchi@us.ibm.com
pmccan@us.ibm.com
radkins@us.ibm.com

**Company & Corresponding Email Addresses**

rijk_griffioen@nl.ibm.com
ses@us.ibm.com
simonjb@us.ibm.com
sresnick@us.ibm.com
steller@us.ibm.com
szych@us.ibm.com
tindallp@uk.ibm.com
vivian@us.ibm.com
webaker@us.ibm.com
yanks@us.ibm.com

**ibp**

glenn@ibp.se
johan@ibp.se
ulf@ibp.se

**ibtco**

aaron.smith@ibtco.com
abigail.middleton@ibtco.com
acarlson@ibtco.com
adam.jablonski@ibtco.com
adrian.durney@ibtco.com
agravanis@ibtco.com
alex.brooks@ibtco.com
alina.gershman@ibtco.com
amcguirk@ibtco.com
andrea.camden@ibtco.com
andrea.mcroberts@ibtco.com
andrea.wheeler@ibtco.com
anne.eklund@ibtco.com
bart.ogonowski@ibtco.com
bgauvain@ibtco.com
bozena.sabina@ibtco.com
brian.carroll@ibtco.com
brian.loughnane@ibtco.com
bruce.nightingale@ibtco.com
ccavalie@ibtco.com
cehussey@ibtco.com
cevansly@ibtco.com
christopher.shannon@ibtco.com
cmhunter@ibtco.com
colleen.o'connor@ibtco.com
courtney.huie@ibtco.com
daconnolly@ibtco.com
damcinty@ibtco.com
daniel.borgeois@ibtco.com
darin.yi@ibtco.com
david.roberts@ibtco.com
debbie.webseter@ibtco.com
debbie.webster@ibtco.com
deirdre.lee@ibtco.com
delustig@ibtco.com
dinesh.patel@ibtco.com
djdyer@ibtco.com
dmomalley@ibtco.com
dpmcelan@ibtco.com

## Company & Corresponding Email Addresses

dppaglia@ibtco.com
drew.devine@ibtco.com
eddy.fung@ibtco.com
edel.gargan@ibtco.com
emyee@ibtco.com
faith.naymie@ibtco.com
frank.keough@ibtco.com
gabriela.popescu@ibtco.com
garrett.berkery@ibtco.com
gavin.humphreys@ibtco.com
gscurrency@ibtco.com
gsequity@ibtco.com
gsgloba@ibtco.com
gsint@ibtco.com
harnet.gaim@ibtco.com
harrish.bajaj@ibtco.com
heather.beam@ibtco.com
iris.watts@ibtco.com
isabelle.letalnet@ibtco.com
jaime.before@ibtco.com
jameagher@ibtco.com
james.liljedahl@ibtco.com
james.munoz@ibtco.com
jbrowlette@ibtco.com
jean.wall@ibtco.com
jeff.berry@ibtco.com
jeluck@ibtco.com
jennifer.donnellan@ibtco.com
jennifer.morris@ibtco.com
jesse.laflamme@ibtco.com
jesse.nolan@ibtco.com
jesus.madrigal@ibtco.com
jgowens@ibtco.com
jim.bryant@ibtco.com
jim.liljedahl@ibtco.com
jlong@ibtco.com
jmargenz@ibtco.com
jmjefski@ibtco.com
jmstrele@ibtco.com
joel.ludwig@ibtco.com
john.ball@ibtco.com
joshua.gravel@ibtco.com
jouh.sun@ibtco.com
jsbecker@ibtco.com
justin.rozke@ibtco.com
kaitlin.mulryan@ibtco.com
kaitlyn.mcsweeney@ibtco.com
kathleen.greenlaw@ibtco.com
keith.hallberg@ibtco.com
kekoa.cash@ibtco.com
ken.nguyen@ibtco.com
keri.gallant@ibtco.com
keryne.flaherty@ibtco.com
kevin.begley@ibtco.com

## Company & Corresponding Email Addresses

kirsten.hansen@ibtco.com
kristine.ly@ibtco.com
laura.wicklander@ibtco.com
lauren.asmundson@ibtco.com
leesa.kravitz@ibtco.com
liam.harding@ibtco.com
lori.bassett@ibtco.com
luke.dresser@ibtco.com
mabrenna@ibtco.com
manus.curran@ibtco.com
marc.celestino@ibtco.com
marie.power@ibtco.com
mario.squillacioti@ibtco.com
mark.rowat@ibtco.com
mark.ungewitter@ibtco.com
marlene.barrett@ibtco.com
mary.vanmameren@ibtco.com
masquilli@ibtco.com
mazanec.tim@ibtco.com
melanie.bennett@ibtco.com
melissa.allen@ibtco.com
melissa.johnson@ibtco.com
michael.burns@ibtco.com
michael.crowell@ibtco.com
michael.dalzell@ibtco.com
michael.formas@ibtco.com
michael.nicastro@ibtco.com
michael.ruvido@ibtco.com
michelle.walker@ibtco.com
mlhanifan@ibtco.com
monica.roberson@ibtco.com
neil.hiralall@ibtco.com
neyah.smith@ibtco.com
niall.brophy@ibtco.com
niamh.murphy@ibtco.com
patricia.fan@ibtco.com
paul.mccormack@ibtco.com
paul.tellefsen@ibtco.com
peter.holguin@ibtco.com
peter.rossi@ibtco.com
reynaldo.garcia@ibtco.com
richard.deluca@ibtco.com
richard.weiss@ibtco.com
rjosephs@ibtco.com
rleu@ibtco.com
rlfreund@ibtco.com
robert.lambert@ibtco.com
robert.macgillivray@ibtco.com
robert.spitz@ibtco.com
robin.kokilananda@ibtco.com
ronald.lavault@ibtco.com
rtjackson@ibtco.com
rwlee@ibtco.com
ryan.okimura@ibtco.com

**Company & Corresponding Email Addresses**

samcmeni@ibtco.com
sandi.hannon@ibtco.com
sandra.caraballo@ibtco.com
sarah.cheam@ibtco.com
sarah.gallogly@ibtco.com
schiasson@ibtco.com
sean.maclachlan@ibtco.com
sergio.leon@ibtco.com
shaun.buckley@ibtco.com
shawn.correia@ibtco.com
sheena.grimes@ibtco.com
silvia.fan@ibtco.com
smolloy@ibtco.com
smorad@ibtco.com
srhall@ibtco.com
ssylvester@ibtco.com
steven.connelly@ibtco.com
suzanne.bullock@ibtco.com
suzanne.howarth@ibtco.com
tanicker@ibtco.com
teri.carroll@ibtco.com
timothy.barrett@ibtco.com
trevor.young@ibtco.com
troy.bracher@ibtco.com
troy.winslow@ibtco.com
wdowling@ibtco.com
william.carr@ibtco.com
william.oneill@ibtco.com
yunus.molla@ibtco.com
yunus.moola@ibtco.com

**ibv**

schoenfelder@nbg.ibv.com
winter@nbg.ibv.com

**ic**

dlybrand@ic.sc.gov

**icaminc**

sbruce@icaminc.com
tcolwell@icaminc.com

**icap**

adrienne.spurin@icap.com
alan.shaw@icap.com
arran.squires@icap.com
bijal.patel@icap.com
bob.arnold@icap.com
brian.thomas@icap.com
carl.pratt@icap.com
christopher.mcardle@us.icap.com
craig.barton@icap.com
ed.coach@us.icap.com
eddie.goulding@icap.com
emma.pearce@icap.com
gary.alsford@icap.com
gary.clarke@icap.com
gary.house@icap.com

**Company & Corresponding Email Addresses**

gloria.hall@icap.com
glyn.harrington@icap.com
ian.jarvie@icap.com
ian.johnson@icap.com
james.hurley@icap.com
joanne.perkins@icap.com
john.tessar@us.icap.com
julien.green@icap.com
martin.porter@icap.com
matthew.house@icap.com
michael.spencer@icap.com
michal.slomkowski@icap.com
mick.hill@icap.com
nathan.white@icap.com
nicholas.bunclark@icap.com
peter.wells@icap.com
philip.catmur@icap.com
rhys.lyons@icap.com
roy.burgess@icap.com
scott.richardson@icap.com
simon.bond@icap.com
simon.morris@icap.com
stavros.stavrou@icap.com
steve.mason@icap.com
steve.mcdermott@us.icap.com
steven.flin@icap.com
steven.wolstenholme@icap.com
stuart.andrews@icap.com
stuart.thresher@icap.com
vernon.barnes@icap.com

**icapfutures**

gerard.herr@icapfutures.com

**icbc**

benny.lam@icbc.com.hk
bifuping@icbc.com.cn
biker@icbc.com.cn
bo.zhou@icbc.com.cn
chenkun@bj.icbc.com.cn
chenying@icbc.com.cn
chenyu@icbc.com.cn
chenzhen@icbc.co.jp
chenzhenyu@sh.icbc.com.cn
dan.su@icbc.com.cn
dixin@icbc.com.cn
dong.liu@icbc.com.cn
edmund@icbc.com.cn
fang.wang@icbc.com.cn
ghong@icbc.com
guojin@icbc.com.cn
hai.cui@icbc.com.cn
hedan.wang@icbc.com.cn
helen@bj.icbc.com.cn
heng.zhu@icbc.com.cn
hexiaoliang@icbc.com.cn

**Company & Corresponding Email Addresses**

hong.zhang@icbc.com.cn
hongyuzhao@icbc.com.cn
huqjrsc@icbc.com.cn
j.f.zhao@icbc.com.cn
jimmy.chew@icbc.com.sg
jing.zhujrsc@icbc.com.cn
jinleixu@icbc.com.cn
jinsong.liu@icbc.com.cn
jtang@icbc.com.tw
jun.zheng@icbc.com.cn
kaotw@icbc.com.tw
lei.liu@icbc.com.cn
li.feng@icbc.com.cn
lijia.li@icbc.com.cn
liuming@icbc.co.jp
lixiaohong@icbc.com.cn
lixiaohung@icbc.com.cn
lsong@icbc.com.cn
lujian@icbc.com.cn
luohao@icbc.com.cn
mei.tao@bj.icbc.com.cn
nijun@sh.icbc.com.cn
ning.ren@icbc.com.cm
panshunyi@sh.icbc.com.cn
peike.guo@icbc.com.cn
qi.chen@icbc.com.cn
qianwei_hz@zj.icbc.com.cn
qinlei@icbc.com.cn
qiongshu.li@icbc.com.cn
renjing@icbc.com.cn
shendehua@icbc.com.cn
shenxia@sh.icbc.com.cn
shenyimin@leasing.icbc.com.cn
shibo.guo@icbc.com.cn
shishengshen@icbc.com.cn
songyang@icbc.com.cn
sunguoshen@icbc.com.cn
sunyu@icbc.com.cn
tan.tan@icbc.com.cn
wang.pu@icbc.com.cn
wanghailu@icbc.com.cn
wangtun@icbc.com.cn
xiangronglu@icbc.com.cn
xiaowei@icbc.com.cn
xin.li@icbc.com.cn
xin.zhang@icbc.co.cn
xinning.zhang@icbc.com.cn
xj@icbc.com.cn
xurong@icbc.com.cn
xxx@icbc.com.cn
yang.xiao@icbc.com.cn
yanyan.lv@icbc.com.cn
yczhao@icbc.com.cn
yi.lijrsc@icbc.com.cn

## Company & Corresponding Email Addresses

zhanghaifeng@zj.icbc.com.cn
zhao.suo@icbc.com.cn
zhaochen@icbc.com.cn
zhaochuanxin@icbc.com.cn
zhaozhongming@sh.icbc.com.cn
zhoucg@icbc.com.cn
zhuxianda@icbc.co.jp
zjwhjys@zj.icbc.com.cn

### icbcasia

floralam@icbcasia.com
johnson.wang@icbcasia.com
wh.song@icbcasia.com

### icbccs

hao.kang@icbccs.com.cn
liu.antian@icbccs.com.cn
zhan.yueping@icbccs.com.cn

### icbchkg

billy@icbchkg.com
davidchen@icbchkg.com

### icbcleasing

dai.ying@icbcleasing.com
gao.bo@icbcleasing.com
han.song@icbcleasing.com
huang.rui@icbcleasing.com
ji.fei@icbcleasing.com
li.nana@icbcleasing.com
tao.mei@icbcleasing.com
wang.qiang@icbcleasing.com
wang.yaoqiang@icbcleasing.com
xu.wei@icbcleasing.com
yan.jun@icbcleasing.com

### icbclondon

sanjay.pandya@icbclondon.com

### icbny

acolella@icbny.com
afishman@icbny.com
dcarmody@icbny.com
fbaier@icbny.com
jcosta@icbny.com
jtaussik@icbny.com
pwerner@icbny.com
rcarlock@icbny.com
rfanciullo@icbny.com
scummings@icbny.com

### icbpi

botes.italiaestero@icbpi.it
egrecucci@icbpi.it
gmuffatti@icbpi.it
iduggento@icbpi.it
lpizzamiglio@icbpi.it
mercole@icbpi.it
mgalimberti@icbpi.it
mpastore@icbpi.it
mpuglia@icbpi.it

## Company & Corresponding Email Addresses
sturola@icbpi.it

### icccapital
rrundell@icccapital.com

### iccrea
aalbertini@iccrea.bcc.it
aciprotti@iccrea.bcc.it
acongiu@iccrea.bcc.it
adalessandro@iccrea.bcc.it
adiflorio@iccrea.bcc.it
albucci@iccrea.bcc.it
asomma@iccrea.bcc.it
azega@iccrea.bcc.it
dpetulla@iccrea.bcc.it
eagnello@iccrea.bcc.it
elilli@iccrea.bcc.it
erapone@iccrea.bcc.it
estella@iccrea.bcc.it
fbertini@iccrea.bcc.it
fbonifazi@iccrea.bcc.it
fcottatelucci@iccrea.bcc.it
fcrapitti@iccrea.bcc.it
fgaetani@iccrea.bcc.it
fmeda@iccrea.bcc.it
fmerlo@iccrea.bcc.it
fpolimeni@iccrea.bcc.it
gavolio@iccrea.bcc.it
gcastellano@iccrea.bcc.it
gczoi@iccrea.bcc.it
gfasolino@iccrea.bcc.it
giannilli@iccrea.bcc.it
gmarini@iccrea.bcc.it
gnicolosi@iccrea.bcc.it
idary@iccrea.bcc.it
ldary@iccrea.bcc.it
ldonzelli@iccrea.bcc.it
luigi.coretti@iccrea.bcc.it
mascenzi@iccrea.bcc.it
mcasale@iccrea.bcc.it
mcicolella@iccrea.bcc.it
mloreto@iccrea.bcc.it
mlupini@iccrea.bcc.it
mventurelli@iccrea.bcc.it
ngiuliani@iccrea.bcc.it
pcocuccioni@iccrea.bcc.it
psano@iccrea.bcc.it
psilano@iccrea.bcc.it
rbaldelli@iccrea.bcc.it
sgraglia@iccrea.bcc.it
spagliara@iccrea.bcc.it
sspadacenta@iccrea.bcc.it
tcaputo@iccrea.bcc.it
tfarcomeni@iccrea.bcc.it

### icecanyon
hrocha@icecanyon.com

## Company & Corresponding Email Addresses

spark@icecanyon.com
ssaffari@icecanyon.com

### icgplc

andrew.phillips@icgplc.co.uk
claire.campbell@icgplc.co.uk
david.ford@icgplc.com
denis.viet.jacobsen@icgplc.co.uk
eric.blake@icgplc.com
frederic.jourdren@icgplc.com
graeme.smith@icgplc.com
graham.villiers@icgplc.com
jeff.boswell@icgplc.com
john.barker@icgplc.com
magnus.hildingsson@icgplc.co.uk
max.mitchell@icgplc.co.uk
richard.hudson@icgplc.com
richard.samuel@icgplc.co.uk
robin.jenner@icgplc.co.uk
sara.halbard@icgplc.co.uk
simon.morrell@icgplc.com
tom.attwood@icgplc.co.uk
tom.bartlam@icgplc.co.uk

### icl-group

amozes@icl-group.com
avid@icl-group.com

### icn

christian.speth@icn.siemens.de
detlef.pohl@icn.siemens.de
guenther.barth@icn.siemens.de
hartwig.ruell@icn.siemens.de
werner.bauer@icn.siemens.de

### icomd

bill.heaphy@icomd.com
chris.davis@icomd.com
dhoelting@icomd.com
julie.hale@icomd.com
lynn.franke@icomd.com
rd.mcdorman@icomd.com
robertson@icomd.com
sim.wooten@icomd.com
vitaly.korchevsky@icomd.com

### icp

denise@icp.com
linda@icp.com
roger@icp.com

### icprc

ang.hui.hui@icprc.com
chan.keng.guan@icprc.com
cindy.koh@icprc.com
danny.loo@icprc.com
david.sin@icprc.com
fong.yoke.peng@icprc.com
gary.ho@icprc.com
harry.tan@icprc.com

**Company & Corresponding Email Addresses**

kelvin.ng@icprc.com
kwek.miang.cher@icprc.com
lee.sau.ping@icprc.com
lem.chee.yong@icprc.com
liao.hua.feng@icprc.com
liu.jian.hua@icprc.com
liu.qing@icprc.com
luo.qing@icprc.com
michael.zhang@icprc.com
ryan.yeo@icprc.com
sharon.wang@icprc.com
sim.king.yaw@icprc.com
sun.min@icprc.com
teo.xuan.lin@icprc.com
wang.bo@icprc.com
wang.hui@icprc.com
wang.ping.jiao@icprc.com
wei.xiao.li@icprc.com
wong.mei.ling@icprc.com
xin.xiao.xia@icprc.com
xu.hui.shan@icprc.com
yao.dong@icprc.com
yin.yong@icprc.com

**i-cv**
jeggli@i-cv.ch
pfister@i-cv.ch

**idbbank**
atal@idbbank.com

**idbny**
colivares@idbny.com
dcohen@idbny.com
lkassler@idbny.com
mbiondollilo@idbny.com
mng@idbny.com
pmazur@idbny.com
sholz@idbny.com
sreilly@idbny.com

**idbs**
yves.pazmandy@idbs.ch

**ideam**
alban.de-fay@ideam.fr

**idexx**
john-morton@idexx.com
peter-levine@idexx.com

**idontknow**
dan@idontknow.com
robert@idontknow.com

**idsffm**
konstantin.kaloudis@idsffm.com
milenko.vujanovic@idsffm.com
regine.fischer-wendland@idsffm.com
stefan.hartung@idsffm.com
stefan.zinn@idsffm.com

**ie**

## Company & Corresponding Email Addresses

aidan.macsweeney@ie.dexia.be
antoine.vercherin@ie.dexia.be
avriel@ie.technion.ac.il
benoit.debroise@ie.dexia.be
brian.fitzgerald@ie.dexia.be
colin.vance@ie.dexia.be
dennis.murray@ie.dexia.be
eamonn.tuohy@ie.dexia.be
gabriela.stefanic@ie.dexia.be
jill.kavanagh@ie.dexia.be
julie.golhen@ie.dexia.be
kobe.vanderstraeten@ie.dexia.be
marcin.adamczyk@ie.dexia.be
marie.gaffney@ie.dexia.be
nezha.moatassime@ie.dexia.be
philip.feront@ie.dexia.be
pierre.addoum@ie.dexia.be
roberto.ferrito@ie.dexia.be

### if
joakim.blomqvist@if.se
lars.lonnquist@if.se
mattias.andersson@if.se
thomas.berglund@if.se

### ifabanque
e.derose@ifabanque.com

### ifam
ibazzoli@ifam.it
ievola@ifam.it

### ifc
aagresti@ifc.org
abeckerman@ifc.org
adrozhilov@ifc.org
ajain3@ifc.org
apitts@ifc.org
aramaswamy@ifc.org
ashinkevich@ifc.org
avillanueva1@ifc.com
balsharif@ifc.org
bevans@ifc.org
cdavies@ifc.org
cjust@ifc.org
dbanda@ifc.org
drempfler@ifc.org
erong@ifc.org
ethomasian@ifc.org
fkhambata@ifc.org
gesen@ifc.org
itwinn@ifc.org
jglen@ifc.org
jgroesbeek@ifc.org
jkim6@ifc.org
jlacombe@ifc.org
jlotto@ifc.org
jombura@ifc.org

**Company & Corresponding Email Addresses**

jstapleton@ifc.org
khiramoto@ifc.org
kiwama@ifc.org
madrien@ifc.org
mbabin@ifc.org
mcader@ifc.org
mheneghan@ifc.org
mkimmig@ifc.org
mmanem@ifc.org
mnilsson@ifc.org
ngupta2@ifc.org
nminami@ifc.org
sgonzalez@ifc.org
skrishnan@ifc.org
smitra2@ifc.org
spombo@ifc.org
sthiriez@ifc.org
tkimura@ifc.org
vmani@ifc.org
vprudius@ifc.org
whmeyer@ifc.org
ysaadat@ifc.org

**ifco**

catja.coellen@ifco.de
michael.nimtsch@ifco.de

**ifigest**

niccolo.pini@ifigest.it

**ifm**

darrenpasco@ifm.net.au
lnunez@ifm.net.au
ltiemens@ifm.net.au
rmiller@ifm.net.au
sbarker@ifm.net.au
stung@ifm.net.au

**ifp**

gmirante@ifp.ch
jeanlouis.piers@ifp.ch
michael.gerke@ifp.ch
pamela.zell@ifp.ch

**ifsam**

aparets@ifsam.com
atachco@ifsam.com
cgardiner@ifsam.com
gpaoletti@ifsam.com
jdaniels@ifsam.com
jhealy@ifsam.com
jwimbish@ifsam.com
miannarelli@ifsam.com
mpron@ifsam.com
rfruh@ifsam.com
rkilbride@ifsam.com
rlaffey@ifsam.com
tcheung@ifsam.com
tquinn@ifsam.com

## Company & Corresponding Email Addresses

**igcp**
lucia.leitao@igcp.pt
pedro.cabecos@igcp.pt
pedro.morgado@igcp.pt
sofia.nu@igcp.pt
susana.santos@igcp.pt

**igfgam**
daniel.hanbury@igfgam.com
ketan.raja@igfgam.com

**ihc**
cojmilla@ihc.com
stacy.jennings@ihc.com

**ihc-geneve**
dwiedemann@ihc-geneve.com
hspencer@ihc-geneve.com
jkelly@ihc-geneve.com
jrosenberg@ihc-geneve.com

**ihe**
scott.beer@ihe.com
tim.nierste@ihe.com

**iibbank**
adam.mesbur@iibbank.ie
conor.mcgowan@iibbank.ie
jason.drennan@iibbank.ie
keith.obyrne@iibbank.ie
keith.o'byrne@iibbank.ie
kevin.hallagan@iibbank.ie
leslie.cosgrave@iibbank.ie
mark.barnes@iibbank.ie
mark.coulam@iibbank.ie
mark.hensey@iibbank.ie
niamh.wylie@iibbank.ie
olan.cremin@iibbank.ie

**iid**
nrgutierrez@iid.com

**iidenergy**
aramos@iidenergy.com
scarrillo@iidenergy.com

**iidpower**
amagana@iidpower.com
jsweet@iidpower.com
pvasquez@iidpower.com
sharding@iidpower.com

**iigh**
aagan@iigh.com

**iim-ar**
michael.stevens@iim-ar.com
rob.anderson@iim-ar.com

**ijl**
donald.buzanowski@ijl.com

**ikano**
anne-lise.ugo@ikano.lu
carsten.jorgensen@ikano.lu
claus.thulstrup@ikano.lu

## Company & Corresponding Email Addresses

henrik.jensen@ikano.nl
marc.vappiani@ikano.lu
matthieu.bernet@ikano.lu
philippe.ribiere@ikano.lu

### ikb

alexander.lanin@ikb.de
andreas.nestel@ikb.de
andrew.rhodes@ikb.de
bernd.claussen@ikb.de
bernd.honermeyer@ikb.de
bernhard.freis@ikb.de
christian.becker@ikb.de
claudia.von.braun-janssen@ikb.de
claus-dieter.wagner@ikb.de
daniele.candiani@ikb.de
david.matson@ikb.de
doris.rimpler@ikb.de
edward.lightfoot@ikb.de
felix.strohmeyer@ikb.de|
ferdinand.kordel@ikb.de
francois.manivel@ikb.de
frank.kreuzhagen@ikb.de
friedrich.frickenhaus@ikb.de
gisber.schulz@ikb.de
gunar.lietz@ikb.de
hans-herbert.wascholl.ikb.de@ikb.de
hauke.finger@ikb.de
holger.rabelt@ikb.de
hubert.langer@ikb.de
ian.richardson@ikb.de
jan-henrik.rufer@ikb.de
jens.kersting@ikb.de
kai.stengle@ikb.de
klaus.michaelsen@ikb.de
lindsay.jett@ikb.de
maurizio.cudemo@ikb.de
max.von.renesse@ikb.de
michael.braun@ikb.de
michael.von.den.driesch@ikb.de
oliver.annen@ikb.de
olli.backman@ikb.de
patrick.hovest@ikb.de
peer.rosenberg@ikb.de
peter.schmorl@ikb.de
peter.schuster@ikb.de
petra.pieper@ikb.de
petra.scheffel@ikb.de
stefan.ortseifen@ikb.de
stuart.geddis@ikb.de
thomas.blum@ikb.de
tobias.maier@ikb.de
ulrike.gorny@ikb.de
volker.de.haan@ikb.de
wolfgang.bathis@ikb.de

## Company & Corresponding Email Addresses

### ikb-cam

amrit.bains@ikb-cam.de
andre.freter@ikb-cam.de
annika.czybulka@ikb-cam.de
barbara.ohlhaver@ikb-cam.de
daniel.kluge@ikb-cam.de
frank.lehrbass@ikb-cam.de
hanna.berglund@ikb-cam.de
harjan.kuiper@ikb-cam.de
heike.staudacher@ikb-cam.de
jan-hendrik.walloch@ikb-cam.de
julia.hubertus@ikb-cam.de
klausdieter.bauknecht@ikb-cam.de
markus.dziemba@ikb-cam.de
michael.pinkus@ikb-cam.de
olga.krainuchenko@ikb-cam.de
peter.scheffel@ikb-cam.de
ralf.wittenbrink@ikb-cam.de
raphaelle.knight@ikb-cam.de
thomas.schirmer@ikb-cam.de
thomas.woelwer@ikb-cam.de
uta.kubis@ikb-cam.de
ute.bach@ikb-cam.de
ute.wissing@ikb-cam.de
winfried.reinke@ikb-cam.de

### ikbcc

cmantelin@ikbcc.com
gwerner@ikbcc.com

### ikedabank

a-otsuka@ikedabank.co.jp
d-mochizuki@ikedabank.co.jp
h-sugita@ikedabank.co.jp
j-yoshioka@ikedabank.co.jp
k-sakurai@ikedabank.co.jp
n-katayama@ikedabank.co.jp
n-nanchi@ikedabank.co.jp
t-irie@ikedabank.co.jp
t-shioda@ikedabank.co.jp
y-fujimoto@ikedabank.co.jp
y-saitou@ikedabank.co.jp

### ikos

andreaf@ikos.com.cy
anna@ikos.com.cy
dan@ikos.com.cy
eyal@ikos.com.cy
johnm@ikos.com.cy
mhairi@ikos.com.cy
michael@ikos.com.cy
paul@ikos.com.cy
peter@ikos.co.uk
sam@ikos.co.uk
scott@ikos.com.cy
sharon@ikos.com.cy
stevens@ikos.com.cy

**Company & Corresponding Email Addresses**

trader@ikos.com.cy
tradingcy@ikos.com.cy
vassos@ikos.com.cy

**ikosam**

elena@ikosam.com
nick@ikosam.com

**ikospartners**

martin@ikospartners.com
matthewa@ikospartners.com
peterm@ikospartners.com
simon@ikospartners.com
vaseem@ikospartners.com

**ikosresearch**

cameron@ikosresearch.com

**ili**

hertzel@ili.co.il

**ilim**

alison.letters@ilim.com
aodhagan.byrne@ilim.com
brendan.moran@ilim.com
brian.murphy@ilim.com
colm.obrien@ilim.com
conor.walshe@ilim.com
eugene.kiernan@ilim.com
glenn.treacy@ilim.com
jean.carberry@ilim.com
john.obrien@ilim.com
kieran.bristow@ilim.com
len.mccabe@ilim.com
lenny.mcloughlin@ilim.com
louis.meagher@ilim.com
maryann.hernon@ilim.com
max.plapp@ilim.com
michael.lynch@ilim.com
michael.schmitt@ilim.com
neil.clifford@ilim.com
nicola.dowdall@ilim.com
ronan.bradley@ilim.com
sam.sezeto@ilim.com
sam.szeto@ilim.ie
seamus.magner@ilim.com
shane.cahill@ilim.com
tom.glynn@ilim.com

**illi**

yuval@illi.co.il

**illinois**

jeremy.bliss@illinois.gov

**illinoismutual**

djmiller@illinoismutual.com
rfpedersen@illinoismutual.com

**ilmarinen**

juha.niemela@ilmarinen.fi

**ilp**

o"neillc@ilp.com

## Company & Corresponding Email Addresses

### ilptreasury
declan.dolan@ilptreasury.com
mark.fields@ilptreasury.com
peter.blessing@ilptreasury.com

### im
andre.vatsgar@im.storebrand.no
arthur.sletteberg@im.storebrand.no
caroline.moreau@axa.im.com
harold.kooch-hagen@im.storebrand.no
hege.marthinussen@im.storebrand.no
jan.erik.saugestad@im.storebrand.no
knut.ivar.saatvedt@im.storebrand.no
morten.baltzersen@im.storebrand.no
morten.christensen@im.storebrand.no
pal.haugerud@im.storebrand.no
ronny.engebretsen@im.storebrand.no
stefan.peterson@im.storebrand.no

### imf
cmorris@imf.org
mwalsh@imf.org
pdattels@imf.org
rvillavicencio@imf.org

### img-dsm
agoody@img-dsm.com
jhecht@img-dsm.com
jlorenzen@img-dsm.com
kjohnson@img-dsm.com
ksteward@img-dsm.com
rcropp@img-dsm.com
tolsen@img-dsm.com

### impaccompanies
andrew.mccormick@impaccompanies.com
cameron.mullins@impaccompanies.com
daniel.sigai@impaccompanies.com
david.smith@impaccompanies.com
dchen@impaccompanies.com
dsmith@impaccompanies.com
eric.rangel@impaccompanies.com
herb.kim@impaccompanies.com
jim.malloy@impaccompanies.com
jtomkinson@impaccompanies.com
kelly.theemling@impaccompanies.com
kevin.to@impaccompanies.com
kieran.gifford@impaccompanies.com
laura.barragan@impaccompanies.com
mark.aarvig@impaccompanies.com
nancy.pollard@impaccompanies.com
nfrey@impaccompanies.com
paul.woo@impaccompanies.com
roland.fernandes@impaccompanies.com
tadams@impaccompanies.com
washmore@impaccompanies.com

### imrf
rnoe@imrf.org

## Company & Corresponding Email Addresses

### ims
daisuke.a.fujimaki@ims.jti.co.jp
jt.ir@ims.jti.co.jp
koichi.yamaguchi@ims.jti.co.jp
noboru.ichikura@ims.jti.co.jp

### imsi
bcorcora@imsi.com
billc@imsi.com
dmoy@imsi.com
jmoraitis@imsi.com
johnw@imsi.com
rdudgins@imsi.com
richarda@imsi.com
timothy.bias@imsi.com
ufrawley@imsi.com

### ina
simon.meers@ace.ina.com

### inasim
apnobili@inasim.gruppoina.it
aturrini@inasim.gruppoina.it
cbaiocchi@inasim.gruppoina.it
dschifone@inasim.gruppoina.it
gguida@inasim.gruppoina.it
isirovich@inasim.gruppoina.it
lzerbinotto@inasim.gruppoina.it
mprizia@inasim.gruppoina.it
pcurti@inasim.gruppoina.it
ppalombi@inasim.gruppoina.it
sorfanelli@inasim.gruppoina.it

### inbev
pierre.winand@inbev.com

### inc
kledbet@inc.com
lgirard@inc.com

### income
ayee@income.com.sg
changky@income.com.sg
cseng@income.com.sg
eboh@income.com.sg
engch@income.com.sg
foosc2@income.com.sg
jfong@income.com.sg
kohlt3@income.coop
leecc@income.com.sg
liongtk@income.com.sg
llam@income.com.sg
mseah@income.com.sg
patricia.khoo@income.com.sg
paul.seng@income.com.sg
rseah@income.com.sg
s094596@income.com.sg
simpp@income.com.sg

### incomeresearch
bill@incomeresearch.com

## Company & Corresponding Email Addresses

boneill@incomeresearch.com
caitlin@incomeresearch.com
cory@incomeresearch.com
cstifel@incomeresearch.com
ed@incomeresearch.com
eric@incomeresearch.com
georgia@incomeresearch.com
jack@incomeresearch.com
jake@incomeresearch.com
jboneno@incomeresearch.com
jim@incomeresearch.com
jlarkin@incomeresearch.com
john@incomeresearch.com
justin@incomeresearch.com
kashif@incomeresearch.com
kevin@incomeresearch.com
mary@incomeresearch.com
matt@incomeresearch.com
mike@incomeresearch.com
mlitchfield@incomeresearch.com
mroberts@incomeresearch.com
msheldon@incomeresearch.com
paul@incomeresearch.com
ppimenta@incomeresearch.com
ryan@incomeresearch.com
sarah@incomeresearch.com
scott@incomeresearch.com
steve@incomeresearch.com
tom@incomeresearch.com
william@incomeresearch.com

**independentsector**
tim@independentsector.org

**indesitcompany**
alberto.romagnoli@indesitcompany.com
andrea.naccarato@indesitcompany.com
annamaria.antonelli@indesitcompany.com
francesco.marzullo@indesitcompany.com

**indiana**
aweldy@indiana.edu
gstratte@indiana.edu

**indianapolislife**
getrueb@msg.indianapolislife.com
lifoxwo@indianapolislife.com

**indigo**
kirwan@indigo.ie
rheinhyp@indigo.ie

**indosuez**
frederic.lamotte@indosuez.ch

**indover**
lau@indover.nl
leej@indover.nl
leep@indover.nl

**indoverbank**
a.a.luitjes@indoverbank.com

## Company & Corresponding Email Addresses

arjan.stubbe@indoverbank.com
b.leung@indoverbank.com
conor@indoverbank.com
d.r.de.ree@indoverbank.com
e.cheung@indoverbank.com
e.v.hess@indoverbank.com
eschweiler@indoverbank.com
g.ong@indoverbank.com
j.chan@indoverbank.com
j.j.angow@indoverbank.com
m.kerssens@indoverbank.com
p.h.l.the@indoverbank.com
r.j.albinus@indoverbank.com
v.lai@indoverbank.com
w.kwan@indoverbank.com
y.tjitrosoebono@indoverbank.com

### industrivarden
jacob.rojdmark@industrivarden.se

### indymacbank
karen_bilancini@indymacbank.com

### infarmbureau
gregory.hunt@infarmbureau.com
jason.krcmery@infarmbureau.com
kent.deeter@infarmbureau.com
lee.livermore@infarmbureau.com

### infidar
gerard.hofmann@infidar.ch
krystina.ters@infidar.ch
patrick.dzuba@infidar.ch
patrick.vogel@infidar.ch
research@infidar.ch
roger.rothenbuehler@infidar.ch
thomas.fedier@infidar.ch

### info
info@info.com

### ing
addy.suhut@ing.com.my
adrey.chen@asia.ing.com
adrian.foo@asia.ing.com
adrien.mayer@ing.ch
afshin.taber@americas.ing.com
agnieszka.olesinska@ing.be
alexandre.boulard@ing.ch
alexandre.lutsenko@ing.be
allen.chachkes@americas.ing.com
amador.malnero@ing.be
amy.mc-morrow@ing.be
amy.wilk@americas.ing.com
andre.hermans@ing.be
andrew.moylan@ing.com.au
andy.yang@ap.ing.com
annie.wy.soo@ing.com.hk
anson.sng@asia.ing.com
anthony.camp@us.ing.com

## Company & Corresponding Email Addresses

anthony.cros@ing.mc
anthony.deagan@ing.com.au
antoon.pelsser@ing.nl
arnold.pagen@americas.ing.com
barbara.chan@ap.ing.com
bas.van.buuren@ing.com.my
bebe.wilkinson@us.ing.com
benjamin.so@ap.ing.com
benny.ho@ap.ing.com
bernard.de.becker@ing.be
beverly.steinhoff@us.ing.com
bill.shen@ap.ing.com
bratin.sanyal@ap.ing.com
brian.eley@ing.com.au
brice.van-dyck@ing.be
brieuc.verhaegen@ing.be
bruno.vanderschueren@ing.fr
byungkyu.cheon@asia.ing.com
catherine.billwatsch@ing.com
charles.david@ing.be
charlie.yang@ap.ing.com
cheehau.ho@asia.ing.com
ching-mai.wu@asia.ing.com
chris.m.henry@us.ing.com
chris.ryan@asia.ing.com
christian.nolan@ap.ing.com
christoph.clauss@bhf.ing.com
christoph.plattenteich@bhf.ing.com
christopher.warren@americas.ing.com
chunyu.lau@ap.ing.com
cindy.kan@asia.ing.com
contact@ing.lu
daniel.kang@asia.ing.com
david.fraser@americas.ing.com
david.letens@ing.be
david.lodewyckx@ing.be
david.schrager@ing.com
didier.rieter@ing.lu
dries.de-muynck@ing.be
ed.melton@americas.ing.com
eileen.smith@americas.ing.com
elena.pacan-zemtsova@ing.lu
elizabeth.hattersley@ing.com.au
elke.heinle@bhf.ing.com
emilee.yew@ing.com.my
eric.anderson@mx.ing.com
eric.boyer@ing.be
eric.cantagrel@ing.fr
eric.hollanders@ing.be
erik.berg@americas.ing.com
erik.theyssens@ing.ch
erwin.simons@ing.be
fanny.yy.fung@ing.com.hk
felix.chan@ap.ing.com

**Company & Corresponding Email Addresses**

filip.de-coster@ing.be
florence.roegiers@ing.be
frank.moisson@ing.lux
fred.ten.lohuis@us.ing.com
frederic.dutry@ing.be
frederic.fauveaux@ing.lux
frieda.seynaeve@ing.be
gavin.andrew@ing.com.au
geoff.arens@americas.ing.com
georges.wolff@ing.lu
gerhard.langpape@bhf.ing.com
gilbert.tan@ap.ing.com
giuseppe.orlando@ing.it
graham.benson@ing.com.au
greg.ball@americas.ing.com
gregoire.debaeke@ing.be
gregory.combes@ing.be
gregory.ko@ap.ing.com
gregory.marque@ing.be
gunther.treffer@ing.ch
guy.uding@ap.ing.com
gwen-maud.de-souter@ing.be
hans.itburrun@ing.ch
heinz.roetheli@ing.ch
herve.gugler@ing.ch
huey.juien.tan@asia.ing.com
igor.bury@ing.fr
imas@ing.ch
ivan.rynders@ing.be
jackie.lee@asia.ing.com
jan.lebbe@ing.be
jason.lye@ing.com.au
jean-louis.stoefs@ing.be
jean-marc.anciaux@ing.be
jean-philippe.guigon@ing.be
jean-philippe.stijns@ing.lu
jeremy.cox@ing.com.au
jeroen.hendrickx@ing.be
joachim.krueger@bhf.ing.com
joanne.tan@asia.ing.com
joel.broillet@ing.ch
johan.van.der.ende@ing.nl
john.lee@americas.ing.com
john.morgan@ing.com.au
kelly.chung@ap.ing.com
klaus.deppermann@bhf.ing.com
kris.devos@ing.be
laurent.arets@americas.ing.com
laurent.rivet@ing.be
lily.chang@ap.ing.com
luc.walravens@ing.be
luis.perez@americas.ing.com
marc.tassenoe@ing.be
marc.vangeit@ing.be

## Company & Corresponding Email Addresses

marco.biglia@ing.be
mark.oshaughnessy@americas.ing.com
mark.wang@ing.com.my
marshall.filart@ing.be
mathieu.bertrand@ing.be
mathieu.hafner@ing.be
michael.arnold@bhf.ing.com
michael.chiu@ap.ing.com
michael.chun@ing.com.au
michael.courtney@ing.com.au
michael.dorsel@us.ing.com
michael.jonker@ing.be
michael.kerans@ing.com.au
michael.reyes@ap.ing.com
michel.cassiman@ing.be
michel.munz@ing.ch
nicholas.toovey@ap.ing.com
olga.dolchenko@us.ing.com
olivier.casse@ing.be
olivier.chen@ing.be
olivier.de-jaeghere@ing.be
olivier.edelman@ing.be
oscar.leung@ap.ing.com
owen.stein@us.ing.com
p.delvaux@ing.be
paksing.cheong@ing.com.my
pascal.peigneux@ing.be
patrick.levy@ing.be
patrick.oneill@bhf.ing.com
patrick.reed@ing.be
patrick.vanderborght@ing.be
patrick.wuytens@ing.be
paul.cuddy@ing.com.au
paul.huang@ap.ing.com
peter.vandenhoute@ing.be
philippe.dembourg@ing.de
philippe.deprez@ing.be
philippe.devroye@ing.be
philippe.douillet@ing.fr
philippe.paulus@ing.be
philippe.vlasselaer@ing.ch
pierre.longueville@ing.be
pierre-paul.verelst@ing.be
pieter.dhoore@ing.be
rachel.o'connor@ing.com.au
regis.lanove@ing.be
remi.bertin@ing.ch
remko.vanekelen@ing.ch
richard.adams@ing.com.au
rico.milde@bhf.ing.com
robert.niu@ap.ing.com
roel.jansen@asia.ing.com
ruppen.margarian@ing.com.au
samuel.hui@ap.ing.com

**Company & Corresponding Email Addresses**

satpalsingh.sandhu@ing.ch
sebastien.collard@ing.lu
selina.yu@ap.ing.com
shirley.liu@ap.ing.com
shriram.ramanathan@ap.ing.com
silvana.lau@ing.com.au
stefan.pieters@ing.be
stephan.fries@bhf.ing.com
stephan.van.vliet@ap.ing.com
stephane.roffler@ing.be
stephen.ng@ap.ing.com
stuart.barry@ing.com.au
susie.fenton@ing.com.au
sven.madsen@bhf.ing.com
tabitha.dearden@ing.com.au
tamara.van-den-ban@ing.be
tanguy.de-volder@ing.be
teik.cheah@ap.ing.com
thomas.benders@ing.com
timothy.matson@ap.ing.com
vaga.bartalini@ing.ch
valerie.gobet@ing.ch
viktor.pitrans@ing.com.au
vincent.van-steensel@ing.be
virginie.deboisseson@ing.ch
walter.van-meensel@ing.be
wendy.yeoh@ing.com.my
wey.fook.hou@asia.ing.com
will.chen@ap.ing.com
wim.blommaert@ing.be
yuan.xin.pek@asia.ing.com
yves.lacomble@ing.be
zubin.mogul@us.ing.com

**ing-afs**

grangerh@ing-afs.com
piacentinit@ing-afs.com

**ingalls**

ajanovic@ingalls.net
csiege@ingalls.net
jdougherty@ingalls.net
jslocum@ingalls.net
platourette@ingalls.net
rgipson@ingalls.net
rthatcher@ingalls.net
sboone@ingalls.net
sfoote@ingalls.net
smeehan@ingalls.net
tditosto@ingalls.net
tob@ingalls.net

**ingbank**

christopher.bamman@ingbank.com
clemens.buis@ingbank.com
ed.manie@ingbank.com
franck.souillard@ingbank.fr

## Company & Corresponding Email Addresses

hans.staveren@ingbank.com
hugo.sauerland@ingbank.com
jeroen.zevering@ingbank.com
michael.broeders@ingbank.com
rolf-pieter.ter.horst@ingbank.com
wim.kuyf@ingbank.com
wook.heo@ingbank.com

### ing-barings
cerise.lim@ing-barings.com
fabio.motta@ing-barings.com.br
ivan.fadel@ing-barings.com

### ing-capadv
cpalmer@ing-capadv.com
hguelovani@ing-capadv.com
shood@ing-capadv.com

### ingclarion
terri-ann.miller@ingclarion.com

### ingdelta
jcain@ingdelta.com

### ingdirect
dennis.worst@ingdirect.nl
federicoronchi@ingdirect.it
mauro.muraro@ingdirect.it
paul.zelissen@ingdirect.nl
thomas.bernert@ingdirect.nl
ugo.bartolucci@ingdirect.it

### ingferri
armand.gossart@ingferri.fr
christian.belei@ingferri.fr
franck.jusseaume@ingferri.fr
guy.delbarre@ingferri.fr
jean-francoise.descaves@ingferri.fr
marie-frederique.dumont@ingferri.fr
philippe.chalvert@ingferri.fr
philippe.larange@ingferri.fr
sylvie.delamotte@ingferri.fr

### ingfnc
kmurray@ingfnc.com
rfleming@ingfnc.com

### ingfunds
carol.sibliano@ingfunds.com
christopher.d'amico@ingfunds.com
didier_devreese@ingfunds.co.jp
ed.schriver@ingfunds.com
jeffrey.bakalar@ingfunds.com
leonora.xhekaj@ingfunds.com
michael.coulter@ingfunds.com
nick.spiezio@ingfunds.com
richard.albano@ingfunds.com
thomas.jackson@ingfunds.com
tom.jackson@ingfunds.com

### ing-ghent
emagilligan@ing-ghent.com
rcurrimjee@ing-ghent.com

## Company & Corresponding Email Addresses

**ingim**

ad.van.tiggelen@ingim.com
adam.myant@ingim.com
adour.sarkissian@ingim.com
age.bruinsma@ingim.com
al.denholm@ingim.com
alex.cheng@ingim.com
alex.zuiderwijk@ingim.com
alexander.van.der.laan@ingim.com
alexander.van.eekelen@ingim.com
alexandre.deveen@ingim.com
andrej.antonijevic@ingim.com
angelien.kemna@ingim.com
anneke.galema@ingim.com
annemieke.coldeweijer@ingim.com
anne-pascale.bauwens@ingim.com
annette.vunderink@ingim.com
arjen.vonk@ingim.com
arnoud.van.dijk@ingim.com
arnout.bloys.van.treslong@ingim.com
bart.hoorn@ingim.com
bart.koolhaas@ingim.com
bart.siebers@ingim.com
bart.van.merrienboer@ingim.com
bas.kragten@ingim.com
bas.peeters@ingim.com
bas.van.buuren@ingim.com
ben.dassen@ingim.com
benoit.debelder@ingim.com
bert.veldman@ingim.com
betty.pestiaux@ingim.com
bich.hoa.bui-dang@ingim.com
bram.verheye@ingim.com
bregje.roosenboom@ingim.com
brigitte.geelen@ingim.com
bruno.springael@ingim.com
calvin.davies@ingim.com
camiel.mulders@ingim.com
carl.ghielen@ingim.com
carla.hoogweg@ingim.com
caroline.muste@ingim.com
caspar.van.grafhorst@ingim.com
christiaan.dehaan@ingim.com
christophe.keteleer@ingim.com
christophe.van-lancker@ingim.com
coen.verdegaal@ingim.com
colm.nolan@ingim.com
constance.d'aspremont@ingim.com
cor.stolwijk@ingim.com
corina.wolterbeek@ingim.com
david.ko@ingim.com
delphine.houbrechts@ingim.com
dennis.lagast@ingim.com
detmer.koekoek@ingim.com

**Company & Corresponding Email Addresses**

diliana.deltcheva@ingim.com
dirk.frikkee@ingim.com
dirk.jan.verzuu@ingim.com
dolly.lijtens@ingim.com
dorian.garay@ingim.com
eddy.verbiest@ingim.com
edo.meijerman@ingim.com
eduard.van.gelderen@ingim.com
edwin.lak@ingim.com
edwin.van.oosten@ingim.com
eric.adriaens@ingim.com
eric.conrads@ingim.com
eric.de.rouw@ingim.com
eric.iim.anderson@ingim.com
erik.willemsen@ingim.com
erwin.houbrechts@ingim.com
esra.joos@ingim.com
estelle.beretta.somody@ingim.com
esther.wijnants@ingim.com
etienne.boeziek@ingim.com
fabrizio.carisi@ingim.com
fermin.da.costa.gomez@ingim.com
floris.hart@ingim.com
floris.van.den.berg@ingim.com
frank.de.lange@ingim.com
frank.iim.van.etten@ingim.com
frank.kouwenberg@ingim.com
frans.verhaar@ingim.com
frederic.degembe@ingim.com
frederic.ferminne@ingim.com
frederic.van.parijs@ingim.com
frits.moolhuizen@ingim.com
gerben.de.zwart@ingim.com
gerd.philippaerts@ingim.com
gerrit.ooms@ingim.com
gijs.van.oostrom@ingim.com
gijsbert.plug@ingim.com
gilbert.van.hassel@ingim.com
gilles.dubois@ingim.com
gorky.urquieta@ingim.com
greg.michel@ingim.com.au
guillaume.janssen@ingim.com
gus.robertson@ingim.com
guyot.van.meer@ingim.com
han.rijken@ingim.com
hans.postmus@ingim.com
hans.stoter@ingim.com
hans.van.de.weg@ingim.com
hans.van.iim.zwol@ingim.com
hans.vermeulen@ingim.com
harry.trip@ingim.com
harry.verschoren@ingim.com
hendrik-jan.boer@ingim.com
hendro.moestadja@ingim.com

**Company & Corresponding Email Addresses**

herman.kleeven@ingim.com
herman.klein@ingim.com
hubert.dekock@ingim.com
hugo.baartman@ingim.com
huub.van.der.riet@ingim.com
ignacio.onrubia.soler@ingim.com
ilse.deenik.scholtens@ingim.com
inge.van.elk@ingim.com
ingim.emd@ingim.com
ismail.alan@ingim.com
j.haines@ingim.com
jaco.rouw@ingim.com
jacqueline.evers@ingim.com
jan.avonts@ingim.com
jan.luschen@ingim.com
jan.straatman@ingim.com
jan.wim.derks@ingim.com
jeff.meys@ingim.com
jeroen.a.heemskerk@ingim.com
jeroen.bos@ingim.com
jeroen.brand@ingim.com
jeroen.hoogveld@ingim.com
jeroen.rodigas@ingim.com
jeroen.van.rooij@ingim.com
jeroen.van.zoelen@ingim.com
jeroen.wiercx@ingim.com
jerome.roulin@ingim.com
job.van.boxtel@ingim.com
jochen.lucht@ingim.com
joelle.bisschop@ingim.com
joep.huntjens@ingim.com
johan.govers@ingim.com
john.elliott@ingim.com
jonathan.abshire@ingim.com
joost.lobbes@ingim.com
joost.wijstma@ingim.com
joris.verhoeven@ingim.com
josien.piek@ingim.com
judit.van.der.geest@ingim.com
jurgen.vandenhove@ingim.com
karen.de-smedt@ingim.com
kees.warnaer@ingim.com
klaas.van-imschoot@ingim.com
koen.wulles@ingim.com
laurent.frisque@ingim.com
laurent.nysen@ingim.com
laurent.van-tuyckom@ingim.com
lienke.van.balderen@ingim.com
luciano.almeida@ingim.com
madelon.moorlag@ingim.com
maes.van.lanschot@ingim.com
magdalena.jantea@ingim.com
manuel.canas@ingim.com
marc.van.loo@ingim.com

**Company & Corresponding Email Addresses**

marcel.de.koning@ingim.com
marcel.pattiradjawane@ingim.com
marco.ritfeld@ingim.com
marco.van.rijn@ingim.com
marieke.vorspel@ingim.com
marnix.van.der.ploeg@ingim.com
marten-pieter.van.harten@ingim.com
martijn.oosterwoud@ingim.com
martijn.soesbeek@ingim.com
martin.prins@ingim.com
martin.van.der.voet@ingim.com
maud.van.der.salm@ingim.com
maurits.booster@ingim.com
mausam.meghani@ingim.com
meenu.sahi@ingim.com
menno.a.van.eijk@ingim.com
menno.van.boven@ingim.com
michael.lipsch@ingim.com
michel.van.mazijk@ingim.com
michiel.bootsma@ingim.com
michiel.faber@ingim.com
michiel.harmers@ingim.com
mirjam.klijnsma@ingim.com
monique.heukels@ingim.com
moudy.elkhodr@ingim.com
muriel.freriksen@ingim.com
nadege.tillier@ingim.com
nazar.sushko@ingim.com
nick.murphy@ingim.com
niels.kylstra@ingim.com
nina.hodzic@ingim.com
nina.hodzig@ingim.com
obbe.kok@ingim.com
olivier.struben@ingim.com
oscar.kenessey@ingim.com
oskar.tijs@ingim.com
pascal.koenen@ingim.com
patrick.den.besten@ingim.com
patrick.moonen@ingim.com
paul.verloop@ingim.com
paul.vrouwes@ingim.com
peter.van.vliet@ingim.com
petra.van.lochem@ingim.com
philip.bredt@ingim.com
philippe.verstraete@ingim.com
pierre.bailleux@ingim.com
pierre-olivier.polet@ingim.com
pierre-paul.verelst@ingim.com
pieter.heijboer@ingim.com
pieter.schop@ingim.com
pieter.van.ockenburg@ingim.com
qing.xu@ingim.com
ralph.bucher@ingim.com
raoul.luttik@ingim.com

## Company & Corresponding Email Addresses

raymond.van.denende@ingim.com
remco.vergeer@ingim.com
richard.keizer@ingim.com
rick.hoogerwerf@ingim.com
ridwan.setiadi.oey@ingim.com
rien.wijnen@ingim.com
rob.drijkoningen@ingim.com
rob.radelaar@ingim.com
robbert.staal@ingim.com
robbie.luyckx@ingim.com
robert.kruisland@ingim.com
robert.smallegange@ingim.com
robert.van.der.ven@ingim.com
roelf.groeneveld@ingim.com
ronald.van.dijk@ingim.com
ruud.boeve@ingim.com
sarmad.habib@ingim.com
saskia.duits@ingim.com
serge.mores@ingim.com
shuk.yin.cheung@ingim.com
sjoerd.kitzen@ingim.com
sjors.haverkamp@ingim.com
stefaan.dennekin@ingim.com
stephanie.flavegece@ingim.com
steven.kok@ingim.com
steven.steyaert@ingim.com
steven.vandepitte@ingim.com
stijn.vanacker@ingim.com
sven.van-den-bogaert@ingim.com
sylvain.de.ruijter@ingim.com
tatjana.ulicevic@ingim.com
teik.cheah@ingim.com.sg
thomas.simar@ingim.com
tjamme.klaren@ingim.com
tjeerd.van.cappelle@ingim.com
tjeert.keijzer@ingim.com
tod.mc-kenna@ingim.com
toine.picokrie@ingim.com
tom.demeyer@ingim.com
tonny.ririassa@ingim.com
tony.ririassa@ingim.com
trudy.brands@ingim.com
trudy.pasman@ingim.com
tycho.van.wijk@ingim.com
valentijn.van.nieuwenhuijzen@ingim.com
vera.kartseva@ingim.com
vincent.delfosse@ingim.com
vincent.juvyns@ingim.com
vincent.kester@ingim.com
vincent.tinant@ingim.com
wendy.veelenturf@ingim.com
willem.de.jong.iim@ingim.com
willem.j.g.van.dommelen@ingim.com
willem.verhagen@ingim.com

## Company & Corresponding Email Addresses

willemien.rijsdijk@ingim.com
wim.brinkman@ingim.com
wim.dhaese@ingim.com
wim.kool@ingim.com
wim.veraar@ingim.com
xavier.clerebaut@ingim.com
zhikai.xu@ingim.com

### ing-im

hafida.akanour@ing-im.fr
mark.boland@ing-im.com
nadja.eltufin@ing-im.fr
thierry.bourgain@ing-im.fr

### ingin

tjibbe.van.houten@ingin.com

### inginvesstments

jamesb.bis@inginvesstments.com

### inginvestment

abe.riazati@inginvestment.com
albert.hancock@inginvestment.com
alexis.liatis@inginvestment.com
alfredo.larrea@inginvestment.com
ali.nakhle@inginvestment.com
alice.chen@inginvestment.com
alice.jacobs@inginvestment.com
alison.lalla@inginvestment.com
allen.stoltman@inginvestment.com
allen.webb@inginvestment.com
allison.weed@inginvestment.com
amit.mehta@inginvestment.com
amy.glover@inginvestment.com
andres.sercovich@inginvestment.com
andrew.gillis@inginvestment.com
andriy.bulava@inginvestment.com
anil.katarya@inginvestment.com
anita.kelley@inginvestment.com
anthony.routh@inginvestment.com
anthony.sneag@inginvestment.com
anthony.socci@inginvestment.com
anu.sahai@inginvestment.com
aprille.johnson@inginvestment.com
asher.proschansky@inginvestment.com
bart.schlatmann@inginvestment.com
bas.nieuweweme@inginvestment.com
ben.barrett@inginvestment.com
betsy.jette@inginvestment.com
bill.bartol@inginvestment.com
bill.daley@inginvestment.com
bill.garrison@inginvestment.com
bill.nutting@inginvestment.com
bob.bowman@inginvestment.com
bob.browne@inginvestment.com
bob.crispin@inginvestment.com
bob.kase@inginvestment.com
bob.kloss@inginvestment.com

## Company & Corresponding Email Addresses

borzu.masoudi@inginvestment.com
brad.taylor@inginvestment.com
brent.zelnak@inginvestment.com
brian.geller@inginvestment.com
brian.gendreau@inginvestment.com
brian.madonick@inginvestment.com
brian.matthews@inginvestment.com
brian.timberlake@inginvestment.com
bruno.umbro@inginvestment.com
carlos.guillen@inginvestment.com
catherine.rebai@inginvestment.com
charles.roques@inginvestment.com
charu.ahluwalia@inginvestment.com
chris.askeland@inginvestment.com
chris.corapi@inginvestment.com
chris.daniel@inginvestment.com
chris.diaz@inginvestment.com
chris.humphrey@inginvestment.com
chris.kenealy@inginvestment.com
chris.lyons@inginvestment.com
christine.hurtsellers@inginvestment.com
christine.wang@inginvestment.com
christopher.jennings@inginvestment.com
chuck.lemieux@inginvestment.com
chuck.williams@inginvestment.com
cliff.andrus@inginvestment.com
colin.dugas@inginvestment.com
corinne.krincek@inginvestment.com
courtney.eudaly@inginvestment.com
courtney.hollar@inginvestment.com
curtis.lee@inginvestment.com
cynthia.dempsey@inginvestment.com
dahniel.buie@inginvestment.com
dan.maples@inginvestment.com
dan.norman@inginvestment.com
dana.hedges@inginvestment.com
daniel.almeida@inginvestment.com
daniel.beckmann@inginvestment.com
daniel.eustaquio@inginvestment.com
daniel.martin@inginvestment.com
daniel.mon@inginvestment.com
darwin.brown@inginvestment.com
dave.delponte@inginvestment.com
david.abramson@inginvestment.com
david.bercaw@inginvestment.com
david.goodson@inginvestment.com
david.powers@inginvestment.com
david.rabinowitz@inginvestment.com
david.rowe@inginvestment.com
david.vuchinich@inginvestment.com
david.yealy@inginvestment.com
denis.jamison@inginvestment.com
dewey.cheek@inginvestment.com
donald.townswick@inginvestment.com

**Company & Corresponding Email Addresses**

donna.najafi@inginvestment.com
ed.groote@inginvestment.com
ed_grant@inginvestment.com
elaine.raad@inginvestment.com
elias.belessakos@inginvestment.com
elizabeth.weber@inginvestment.com
emre.erdogan@inginvestment.com
eric.conrads@inginvestment.com
eric.fauerbach@inginvestment.com
eric.johnson@inginvestment.com
eugene.lancaric@inginvestment.com
fernando.garza@inginvestment.com
fitz.wickham@inginvestment.com
fred.smith@inginvestment.com
gang.ma@inginvestment.com
gaurav.ahuja@inginvestment.com
gerald.lins@inginvestment.com
gil.mathis@inginvestment.com
glenn.elsey@inginvestment.com
gloria.carlson@inginvestment.com
greg.addicks@inginvestment.com
greg.jacobs@inginvestment.com
gregory.daniel@inginvestment.com
gregory.mcgreevey@inginvestment.com
gretchen.bishop@inginvestment.com
gunnie.mathis@inginvestment.com
harold.yoon@inginvestment.com
heather.bentley@inginvestment.com
howard.lodge@inginvestment.com
hugh.whelan@inginvestment.com
ira.braunstein@inginvestment.com
isabell.caldway@inginvestment.com
j.d.rieber@inginvestment.com
jackie.bernstein@inginvestment.com
jacqueline.hay-primus@inginvestment.com
jai.tanwar@inginvestment.com
jake.lowery@inginvestment.com
james.bis@inginvestment.com
james.dorment@inginvestment.com
james.griffin@inginvestment.com
james.hasso@inginvestment.com
james.kauffmann@inginvestment.com
james.lazzara@inginvestment.com
james.sena@inginvestment.com
james.vail@inginvestment.com
jamie.swain@inginvestment.com
janusz.mosakowski@inginvestment.com
jason.cordeiro@inginvestment.com
jason.esplin@inginvestment.com
jason.rausch@inginvestment.com
jay.cristello@inginvestment.com
jay.nix@inginvestment.com
jean.maddaloni@inginvestment.com
jeanne.symonds@inginvestment.com

**Company & Corresponding Email Addresses**

jed.latkin@inginvestment.com
jeff.dutra@inginvestment.com
jeff.nicholson@inginvestment.com
jeffrey.bianchi@inginvestment.com
jeffrey.boundy@inginvestment.com
jeffrey.stemmermann@inginvestment.com
jennifer.avery@inginvestment.com
jenny.thompson@inginvestment.com
jeremy.schweppe@inginvestment.com
jesse.collmann@inginvestment.com
jim.coffman@inginvestment.com
jim.essert@inginvestment.com
jim.rogers@inginvestment.com
jing.sun@inginvestment.com
joan.dillon@inginvestment.com
jody.hrazanek@inginvestment.com
joe.basset@inginvestment.com
john.cotton@inginvestment.com
john.edwards@inginvestment.com
john.johnson@inginvestment.com
john.knox@inginvestment.com
john.matsikas@inginvestment.com
john.pairaktaridas@inginvestment.com
john.pairaktaridis@inginvestment.com
jonathan.domineck@inginvestment.com
jonathan.julian@inginvestment.com
jonathan.trinidad@inginvestment.com
jorge.espinoza@inginvestment.com
jose.concha@inginvestment.com
joseph.vultaggio@inginvestment.com
josh.mahon@inginvestment.com
joshua.winchester@inginvestment.com
judith.keefe@inginvestment.com
jun.ma@inginvestment.com
june.blackman@inginvestment.com
justin.mcwhorter@inginvestment.com
justin.stach@inginvestment.com
justin.wu@inginvestment.com
karen.bergman@inginvestment.com
karen.cronk@inginvestment.com
karen.fife@inginvestment.com
karthik.radhakrishnan@inginvestment.com
katerina.iatsounova@inginvestment.com
katha.kerr@inginvestment.com
kathy.augustyn@inginvestment.com
katy.wojciechowski@inginvestment.com
kei.yamamoto@inginvestment.com
keith.brinsmade@inginvestment.com
kelly.byrne@inginvestment.com
kelly.hennigan@inginvestment.com
ken.haim@inginvestment.com
ken.hessel@inginvestment.com
ken.hockstein@inginvestment.com
kenneth.donohue@inginvestment.com

**Company & Corresponding Email Addresses**

kevin.dalton@inginvestment.com
kevin.moose@inginvestment.com
kirby.brown@inginvestment.com
krinstine.raimundi@inginvestment.com
krista.kennedy@inginvestment.com
kristin.manning@inginvestment.com
kristin.reece@inginvestment.com
kristy.finnegan@inginvestment.com
kurt.kringelis@inginvestment.com
kurt.oppermann@inginvestment.com
lloyd.flood@inginvestment.com
lorena.horncastle@inginvestment.com
louise.matthews@inginvestment.com
maciej.cierpka@inginvestment.com
maggie.li@inginvestment.com
mahua.banerjee@inginvestment.com
marcelo.assalin@inginvestment.com
margaret.karasinski@inginvestment.com
maria.cormaggi@inginvestment.com
mark.doyle@inginvestment.com
mark.haak@inginvestment.com
mark.lacroix@inginvestment.com
mark.spizer@inginvestment.com
mark.weber@inginvestment.com
martin.jansen@inginvestment.com
martin.lilienthal@inginvestment.com
martin.rosacker@inginvestment.com
mary.floberg@inginvestment.com
marymargaret.hayden@inginvestment.com
matt.brill@inginvestment.com
matt.diamond@inginvestment.com
may.tong@inginvestment.com
meg.hoffmaster@inginvestment.com
melanie.russell@inginvestment.com
melissa.zhang@inginvestment.com
michael.cormican@inginvestment.com
michael.fenske@inginvestment.com
michael.hyman@inginvestment.com
michael.kuchler@inginvestment.com
michael.lefurge@inginvestment.com
michael.look@inginvestment.com
michael.mata@inginvestment.com
michael.pytosh@inginvestment.com
michael.suen@inginvestment.com
michael.whilby@inginvestment.com
michel.etienne@inginvestment.com
michel.prince@inginvestment.com
michele.bourgeois@inginvestment.com
michelle.halvorsen@inginvestment.com
midhael.weisberg@inginvestment.com
mike.leskinen@inginvestment.com
mike.matusewicz@inginvestment.com
min.kim@inginvestment.com
mohamed.basma@inginvestment.com

## Company & Corresponding Email Addresses

mousumi.chinara@inginvestment.com
naveen.bobba@inginvestment.com
neal.parikh@inginvestment.com
nedelka.white@inginvestment.com
okelo.bristol@inginvestment.com
olga.khodosh@inginvestment.com
oliver.wong@inginvestment.com
omar.aguilar@inginvestment.com
pafmiddleoffice@inginvestment.com
paul.aronson@inginvestment.com
paul.birish@inginvestment.com
paul.bukowski@inginvestment.com
paul.buren@inginvestment.com
paul.chen@inginvestment.com
paul.flynn@inginvestment.com
paul.zemsky@inginvestment.com
pavel.vaynshtok@inginvestment.com
peter.guan@inginvestment.com
peter.komarek@inginvestment.com
peter.li@inginvestment.com
peter.thorpe@inginvestment.com
philip.schwartz@inginvestment.com
pierre.couture@inginvestment.com
prashant.goyal@inginvestment.com
quant_rsch@inginvestment.com
rachel.lauber@inginvestment.com
rachelle.justice@inginvestment.com
raj.makhija@inginvestment.com
randall.parrish@inginvestment.com
randall.williamson@inginvestment.com
rao.casturi@inginvestment.com
rawls.morrow@inginvestment.com
ray.dietman@inginvestment.com
richard.cumberledge@inginvestment.com
richard.dichillo@inginvestment.com
richard.saler@inginvestment.com
richard.welsh@inginvestment.com
rick.nelson@inginvestment.com
ripal.patel@inginvestment.com
rob.turner@inginvestment.com
robbie.klein@inginvestment.com
robert.boucher@inginvestment.com
robert.chambers@inginvestment.com
robert.kinsey@inginvestment.com
robert.pontbriand@inginvestment.com
robert.presser@inginvestment.com
robert.rokhsar@inginvestment.com
robert.schonbrunn@inginvestment.com
robert.thompson@inginvestment.com
robert.wilson@inginvestment.com
rrichar@inginvestment.com
rubin.chen@inginvestment.com
russell.faulkner@inginvestment.com
ryan.nellums@inginvestment.com

## Company & Corresponding Email Addresses

ryan.simmons@inginvestment.com
sal.digangi@inginvestment.com
sarah.sullivan@inginvestment.com
scott.a.frost@inginvestment.com
scott.barber@inginvestment.com
scott.froehlich@inginvestment.com
scott.lewis@inginvestment.com
scott.mills@inginvestment.com
scott.wetherington@inginvestment.com
sean.banai@inginvestment.com
seth.finkelstein@inginvestment.com
shannon.servaes@inginvestment.com
sharad.madkekar@inginvestment.com
shiv.mehta@inginvestment.com
shonna.davidson@inginvestment.com
spencer.phua@inginvestment.com
stan.berdnick@inginvestment.com
stan.zou@inginvestment.com
stephane.arvanitis@inginvestment.com
stephen.buschbom@inginvestment.com
stephen.coll@inginvestment.com
stephen.dougherty@inginvestment.com
stephen.gallant@inginvestment.com
stephen.kristofco@inginvestment.com
stephen.pounds@inginvestment.com
stephen.rose@inginvestment.com
steve.rayner@inginvestment.com
steve.reisenauer@inginvestment.com
steve.salopek@inginvestment.com
steve.sedmak@inginvestment.com
steve.sedmark@inginvestment.com
sucheta.rawal@inginvestment.com
suresh.krishnamoorthy@inginvestment.com
susan.barrett@inginvestment.com
tanya.vellieux@inginvestment.com
tao.tang@inginvestment.com
taryn.howard@inginvestment.com
ted.naeckel@inginvestment.com
teneisha.wilson@inginvestment.com
tiago.requeijo@inginvestment.com
tian.mu@inginvestment.com
tim.biggs@inginvestment.com
tim.mccrady@inginvestment.com
tim.sundell@inginvestment.com
tim.wittich@inginvestment.com
tobias.tolino@inginvestment.com
todd.bates@inginvestment.com
tom.voglewede@inginvestment.com
tracy.mccullough@inginvestment.com
travis.king@inginvestment.com
troy.ellis@inginvestment.com
tucker.morrissey@inginvestment.com
uri.landesman@inginvestment.com
valerie.clay-bey@inginvestment.com

## Company & Corresponding Email Addresses
valinda.arnett-patton@inginvestment.com
victor.rodriguez@inginvestment.com
vidur.sachdeva@inginvestment.com
vikram.chawda@inginvestment.com
vincent.baria@inginvestment.com
vincent.costa@inginvestment.com
vinny.tucci@inginvestment.com
vladik.shutoy@inginvestment.com
warren.miller@inginvestment.com
wayne.bi@inginvestment.com
wayne.forbes@inginvestment.com
wendy.sawchuk@inginvestment.com
werner.muehlemann@inginvestment.com
werner.stanzl@inginvestment.com
william.peck@inginvestment.com
xin.li@inginvestment.com
yeonhee.oh@inginvestment.com
ying.qiu@inginvestment.com
yingli.zhu@inginvestment.com
zena.irving@inginvestment.com

**inginvestments**
anita.kelley@inginvestments.com
calvin.lee@inginvestments.com
hans.stoter@inginvestments.com
martin.lilianthal@inginvestments.com
wenbo.zhou@inginvestments.com

**inginvestmnet**
michael.gioffre@inginvestmnet.com

**ing-mag**
ecimilluca@ing-mag.com

**ingnz**
smillar@ingnz.com

**ingpatrimoine**
philippe.du-chatelier@ingpatrimoine.com
raoul.martinez@ingpatrimoine.com
valerie.piquard@ingpatrimoine.com

**ing-re**
alex.arkema@ing-re.nl

**inka-kag**
c.kayser@inka-kag.de
j.hoffmann@inka-kag.de
s.hoberg@inka-kag.de
t.langohr@inka-kag.de
t.schroeter@inka-kag.de

**innocap**
charles.stours@innocap.com
ian.brissette@innocap.com
mario.racicot@innocap.com
marion.nazareth@innocap.com
mathieu.giroux@innocap.com
myriam.moisan@innocap.com
nisha.goriah@innocap.com
tarek.ghozayel@innocap.com
walid.hached@innocap.com

**Company & Corresponding Email Addresses**

**innovest**
f.jungo@innovest.at

**insedia**
bucalossi.annalisa@insedia.interbusiness.it
cellai.gioia@insedia.interbusiness.it
marras.antonio@insedia.interbusiness.it
mastropasqua.cristina@insedia.interbusiness.it
pariotti.massimo@insedia.interbusiness.it
trebeschi.giorgio@insedia.interbusiness.it

**insightinvestment**
abdallah.nauphal@insightinvestment.com
adam.coney@insightinvestment.com
adrian.benedict@insightinvestment.com
adrian.grey@insightinvestment.com
adrian.pogson@insightinvestment.com
alan.porter@insightinvestment.com
alastair.moffatt@insightinvestment.com
alex.illingworth@insightinvestment.com
alex.toms@insightinvestment.com
alex.veroude@insightinvestment.com
alexander.moss@insightinvestment.com
alison.arthurs@insightinvestment.com
alvar.chambers@insightinvestment.com
andrew.giles@insightinvestment.com
andrew.wickham@insightinvestment.com
andrew.wilson@insightinvestment.com
andy.cawker@insightinvestment.com
andy.evans@insightinvestment.com
angela.bland@insightinvestment.com
angie.hart@insightinvestment.com
anna.brodey@insightinvestment.com
anna.piney@insightinvestment.com
anna.stevens@insightinvestment.com
anne.opitz@insightinvestment.com
anthony.penson@insightinvestment.com
april.larusse@insightinvestment.com
ashton.parker@insightinvestment.com
barry.widdows@insightinvestment.com
bilal.raja@insightinvestment.com
bill.clarke@insightinvestment.com
bonnie.abdul-aziz@insightinvestment.com
boyan.filev@insightinvestment.com
brian.mcdonald@insightinvestment.com
carl.burdett@insightinvestment.com
carola.lawton-browne@insightinvestment.com
charmaine.redman@insightinvestment.com
chris.brown@insightinvestment.com
chris.harris@insightinvestment.com
christine.farquhar@insightinvestment.com
claire.jamieson@insightinvestment.com
clive.williamson@insightinvestment.com
colin.cave@insightinvestment.com
craig.colenso@insightinvestment.com
craig.mackenzie@insightinvestment.com

**Company & Corresponding Email Addresses**

craig.pennington@insightinvestment.com
dale.thomas@insightinvestment.com
daniel.west@insightinvestment.com
danny.fox@insightinvestment.com
david.averre@insightinvestment.com
david.headland@insightinvestment.com
david.hooker@insightinvestment.com
david.marchant@insightinvestment.com
david.norman@insightinvestment.com
david.sander@insightinvestment.com
denise.pollard-knight@insightinvestment.com
diane.hardman@insightinvestment.com
diane.stanning@insightinvestment.com
dinusha.gajasinghe@insightinvestment.com
dominic.neary@insightinvestment.com
douglas.ferrans@insightinvestment.com
edmund.robinson@insightinvestment.com
eleanor.price@insightinvestment.com
elia.soutou@insightinvestment.com
eric.moore@insightinvestment.com
firstname.surname@insightinvestment.com
frank.burke@insightinvestment.com
gareth.colesmith@insightinvestment.com
gary.mairs@insightinvestment.com
gavin.green@insightinvestment.com
george.gosden@insightinvestment.com
gillian.elcock@insightinvestment.com
glyn.thomas@insightinvestment.com
graeme.lyness@insightinvestment.com
hayley.bewg@insightinvestment.com
hilary.lopez@insightinvestment.com
iain.mcneill@insightinvestment.com
ian.aylward@insightinvestment.com
ian.macdonald@insightinvestment.com
ingrid.iversen@insightinvestment.com
isobel.lee@insightinvestment.com
jake.newman@insightinvestment.com
jake.robbins@insightinvestment.com
james.debunsen@insightinvestment.com
james.mckean@insightinvestment.com
jane.knight@insightinvestment.com
jason.fredman@insightinvestment.com
jennifer.kozak@insightinvestment.com
jessica.andrews@insightinvestment.com
john.bearman@insightinvestment.com
john.phillips@insightinvestment.com
john.wong@insightinvestment.com
jon.mills@insightinvestment.com
jonathan.fieldsend@insightinvestment.com
jonathan.groom@insightinvestment.com
jonathan.jackson@insightinvestment.com
joseph.hamilton@insightinvestment.com
joy.yang@insightinvestment.com
julian.bishop@insightinvestment.com

**Company & Corresponding Email Addresses**

julien.cuisinier@insightinvestment.com
juliet.davis@insightinvestment.com
justine.battle@insightinvestment.com
karen.irons@insightinvestment.com
karine.jesiolowski@insightinvestment.com
kate.pettem@insightinvestment.com
keith.lovett@insightinvestment.com
kerry.tenkate@insightinvestment.com
kevin.coney@insightinvestment.com
kevin.scutt@insightinvestment.com
kevin.yates@insightinvestment.com
kunle.akintoye@insightinvestment.com
lionel.trigalou@insightinvestment.com
lorraine.kitson@insightinvestment.com
lorraine.specketer@insightinvestment.com
lucy.saunders@insightinvestment.com
lucy.speake@insightinvestment.com
malcolm.todd@insightinvestment.com
marie.rossi@insightinvestment.com
mark.connolly@insightinvestment.com
mark.groep@insightinvestment.com
mark.manduca@insightinvestment.com
mark.sander@insightinvestment.com
mark.williams@insightinvestment.com
mark.winter@insightinvestment.com
martin.ayres@insightinvestment.com
matthew.cooke@insightinvestment.com
matthew.mckelvey@insightinvestment.com
matthew.merritt@insightinvestment.com
matthew.penfold@insightinvestment.com
meiwah.yung@insightinvestment.com
michael.ford@insightinvestment.com
michael.jones@insightinvestment.com
mohamed.siddeeq@insightinvestment.com
neil.cooper@insightinvestment.com
neil.easterbrook@insightinvestment.com
neil.walker@insightinvestment.com
nicholas.malins-smith@insightinvestment.com
nick.anderson@insightinvestment.com
nigel.pullen-warner@insightinvestment.com
paul.amer@insightinvestment.com
paul.brown@insightinvestment.com
paul.chu@insightinvestment.com
paul.marriage@insightinvestment.com
paul.rochester@insightinvestment.com
paul.sharp@insightinvestment.com
peter.bentley@insightinvestment.com
peter.joslin@insightinvestment.com
peter.machlachlan@insightinvestment.com
peter.mcloughlin@insightinvestment.com
philip.barleggs@insightinvestment.com
pwilliams@insightinvestment.com
rachel.collingridge@insightinvestment.com
rachel.crossley@insightinvestment.com

## Company & Corresponding Email Addresses

raj.gunaratna@insightinvestment.com
ranbir.lakhpuri@insightinvestment.com
reza.vishkai@insightinvestment.com
richard.howarth@insightinvestment.com
richard.nibloe@insightinvestment.com
richard.wiseman@insightinvestment.com
robert.gall@insightinvestment.com
robert.james@insightinvestment.com
rory.anderson@insightinvestment.com
rosalind.morais@insightinvestment.com
russell.good@insightinvestment.com
russell.wright@insightinvestment.com
sacha.green@insightinvestment.com
sam.ball@insightinvestment.com
sandra.willens@insightinvestment.com
sandy.black@insightinvestment.com
sanjay.gupta@insightinvestment.com
sean.mccloskey@insightinvestment.com
shaheer.guirguis@insightinvestment.com
shomas.kayani@insightinvestment.com
simon.shaw@insightinvestment.com
simon.whiteley@insightinvestment.com
stefano.sclano@insightinvestment.com
stephen.ashurst@insightinvestment.com
steve.waddington@insightinvestment.com
steve.waygood@insightinvestment.com
stewart.tan@insightinvestment.com
stuart.eaton@insightinvestment.com
stuart.taylor@insightinvestment.com
susanne.gallie@insightinvestment.com
suzanne.smith@insightinvestment.com
tim.rees@insightinvestment.com
timothy.whitehead@insightinvestment.com
toby.hayes@insightinvestment.com
trevor.petch@insightinvestment.com
victoria.jensen@insightinvestment.com
william.claxtonsmith@insightinvestment.com
yvonne.mcgrann@insightinvestment.com

**insightinvestments**
robert.simpson@insightinvestments.com

**insightinvetments**
gordon.wallace@insightinvetments.com

**insinger**
ffrassino@insinger.it
fkee@insinger.com
gbergantino@insinger.it
jgrubben@insinger.com
mbaltus@insinger.com
mbressers@insinger.com
rguijt@insinger.com
rmuller@insinger.com
tmuller@insinger.com

**instinet**
charles.warner@instinet.com

## Company & Corresponding Email Addresses

nicole.campbell@instinet.com
steve.tosi@instinet.com

### intec

makado_akira@intec.co.jp

### integrabank

abasham@integrabank.com
abenedict@integrabank.com
atourikian@integrabank.com
dmitchell@integrabank.com
dnewkirk@integrabank.com
jhunt@integrabank.com
lbabar@integrabank.com
mcarson@integrabank.com
rpasserine@integrabank.com
scraig@integrabank.com

### integralcapital

neils@integralcapital.com

### intel

andres.tcach@intel.com
brandon.m.diersch@intel.com
brianx.t.baker@intel.com
carrie.j.moore@intel.com
chris.barnes@intel.com
daniel.p.docter@intel.com
dharma.s.bajpai@intel.com
evantz.perodin@intel.com
federico.perciavalle@intel.com
francis.o.idehen@intel.com
james.m.nguyen@intel.com
julissa.vasquez@intel.com
keiichi.mitsuno@intel.com
mike.j.burns@intel.com
mike.j.hendrickson@intel.com
nanbara.regan@intel.com
nathan.r.palmer@intel.com
regan.nanbara@intel.com
richard.ng@intel.com
shiong.tan@intel.com
stuart.i.odell@intel.com
tamiko.hutchinson@intel.com
xu.cheng@intel.com

### inter

johannes.kraemer@inter.de
philippe.kiewiet@inter.nl.net

### interbanca

alberto.delfino@interbanca.it
alessandro.allievi@interbanca.it
barbara.bossi@interbanca.it
bernardo.marfia@interbanca.it
franco.fiameni@interbanca.it
giuseppe.dominici@interbanca.it
guiseppe.mellerio@interbanca.it
mariacarla.roth@interbanca.it
nicola.ciurlino@interbanca.it

## Company & Corresponding Email Addresses
piergiorgio.gabbi@interbanca.it
pierluigi.borle@interbanca.it
pino.mellerio@interbanca.it
rita.capocasale@interbanca.it
roberta.farina@interbanca.it
ugo.renda@interbanca.it

### interbrew
christine.delhaye@interbrew.com
dana.radu@interbrew.com
derek.hurst@interbrew.com
eddy.wauters@interbrew.com
francois.jaclot@interbrew.com
gert.magis@interbrew.com
heinz-peter.roehle@interbrew.com
isabelle.lefevre@interbrew.com
jansenar@interbrew.nl
jerry.fowden@interbrew.com
john.brock@interbrew.com
ludovic.delbalzo@interbrew.com
marc.gallet@interbrew.com
myriam.calvera@interbrew.com
patrice.thys@interbrew.com
patrick.verelst@interbrew.com
ria.beckers@interbrew.com
sophia.baah@interbrew.com

### interbusiness
sant.int1@interbusiness.it

### interdin
alvaro.chimeno@interdin.com
c.freischutz@interdin.com
carlos.sanchez@interdin.com
cristina.santa@interdin.com
elena.hurtado@interdin.com
eva.santos@interdin.com
ignacio.zarza@interdin.com
javier.dominguez@interdin.com
jesus.aparicio@interdin.com
jn.pagnoux@interdin.com
maddalena.liccione@interdin.com
mercedes.tera@interdin.com
montse.ramon@interdin.com
pilar.campillos@interdin.com
pvazques@interdin.com
sofia.anton@interdin.com

### interepargne
denis.urbany@interepargne.fr
eric.hebel@interepargne.fr
jean-louis.delhay@interepargne.fr
olivier.bussiere@interepargne.fr

### inter-ikea
carlo.jansen@inter-ikea.com
carsten.bonde@inter-ikea.com
fredrik.lagerbielke@inter-ikea.com
helge.gjertsen@inter-ikea.com

## Company & Corresponding Email Addresses

henrik.hackenberg@inter-ikea.com
henrik.hviid@inter-ikea.com
herman.loys@inter-ikea.com
joergen.soerensen@inter-ikea.com
lars.rodert@inter-ikea.com
ole.nielsen@inter-ikea.com
tomas.klevbo@inter-ikea.com

### intermarketcorp
dforer@intermarketcorp.net
rgaviglio@intermarketcorp.net
tpborger@intermarketcorp.net

### interpolis
dbr.van.toren@interpolis.nl
e.hulsegge@interpolis.nl
m.roberts@interpolis.nl
mhw.hutten@interpolis.nl
npa.vd.berg@interpolis.nl
r.foss@interpolis.nl
real.estate.pens@interpolis.nl
s.de.groot@interpolis.nl
sk.lam@interpolis.nl

### interpolispensioenen
prm.sennema@interpolispensioenen.nl

### intertrust
giannisa@intertrust.gr

### intesabci
enricoklippelarden@intesabci.it
enzocareddu@intesabci.it
fedelecova@intesabci.it
fernandoperezpiaggio@intesabci.it
mariaelenazappa@intesabci.it
paologribaudi@intesabci.it
riccardoserrini@intesabci.it
robertociasca@intesabci.it
ruben.logatto@intesabci.co.uk

### intesabcius
adebenedittis@intesabcius.com
rchang@intesabcius.com

### intesasanpaolo
abrizi@intesasanpaolo.us
andrea.crivelli@intesasanpaolo.com
andrea.tamagini@intesasanpaolo.com
cristiana.giua@intesasanpaolo.com
cristina.paltrinieri@intesasanpaolo.com
czahedi@intesasanpaolo.com
dambarus@intesasanpaolo.us
daniele.dolci@intesasanpaolo.com
elena.moretti1@intesasanpaolo.com
fmalvetani@intesasanpaolo.us
franco.cugnach@intesasanpaolo.com
gianfranco.marin@intesasanpaolo.com
giorgio.guerra@intesasanpaolo.com
giovanni.moccajatta@intesasanpaolo.com
guido.lavia@intesasanpaolo.com

## Company & Corresponding Email Addresses

james.brotherston@intesasanpaolo.co.uk
kevin.cavolo@intesasanpaolo.com
lcaddeo@intesasanpaolo.us
luca.taranta@intesasanpaolo.com
manuela.banfi@intesasanpaolo.com
mariagabriella.coscarella@intesasanpaolo.com
mauro.zaniboni@intesasanpaolo.it
noemi.osio@intesasanpaolo.co.uk
paolo.oppizzio@intesasanpaolo.com
rose.gramegna@intesasanpaolo.com
rpezzo@intesasanpaolo.us
tvezauskas@intesasanpaolo.us
valeria.caielli@intesasanpaolo.com
wkarcher@intesasanpaolo.us

### intesasanpaoloprivate
emanuela.china@intesasanpaoloprivate.it
maurizio.guala@intesasanpaoloprivate.it

### intesasgr
luisellacalcante@intesasgr.it

### intesavita
andrea.ferrari@intesavita.it
erik.stattin@intesavita.it
paolo.polloni@intesavita.it
stefano.negri@intesavita.it

### intlassets
dskandalis@intlassets.com
sswords@intlassets.com

### intra
akatsuka4131@intra.cosmo-sec.co.jp
doubayashi1111@intra.cosmo-sec.co.jp
fukasawa5936@intra.cosmo-sec.co.jp
hogi7973@intra.cosmo-sec.co.jp
ishikita0139@intra.cosmo-sec.co.jp
ishizaka7385@intra.cosmo-sec.co.jp
itatani6148@intra.cosmo-sec.co.jp
kataoka8046@intra.cosmo-sec.co.jp
kuriu8587@intra.cosmo-sec.co.jp
nakagawa6245@intra.cosmo-sec.co.jp
nishimuta8108@intra.cosmo-sec.co.jp
ou7240@intra.cosmo.co.jp
sunagawa8026@intra.cosmo-sec.co.jp
uchida8447@intra.cosmo-sec.co.jp
yoshimoto6121@intra.cosmo-sec.co.jp

### intranet
bonamicobpel@intranet.etr.it
gretibpel@intranet.etr.it

### inv
anders.ek@inv.spp.se
ann-mari.carlsson@inv.spp.se
jmoehling@inv.uchicago.edu
jrupp@inv.uchicago.edu
karin.moberg@inv.spp.se
kenth.petersson@inv.spp.se
lans-goran.orrevall@inv.spp.se

## Company & Corresponding Email Addresses
lmuchow@inv.uchicago.edu
matt.stone@inv.uchicago.edu
pbansal@inv.uchicago.edu

### inveobwc
geoff@inveobwc.com
jim@inveobwc.com

### invercaixa
aalcaraz@invercaixa.es
acalle@invercaixa.es
aizard@invercaixa.es
asegurado@invercaixa.es
avega@invercaixa.es
bduran@invercaixa.es
bgonzalez@invercaixa.es
cbugallal@invercaixa.es
cgallo@invercaixa.es
crobles@invercaixa.es
ctorrent@invercaixa.es
elena.martin@invercaixa.es
emartin@invercaixa.es
eraggioq@invercaixa.es
etacata@invercaixa.es
etakata@invercaixa.es
fcarrasco@invercaixa.es
fsanchezs@invercaixa.es
ghermida@invercaixa.es
gsierra@invercaixa.es
jabitbol@invercaixa.es
jaguilar@invercaixa.es
jbarrenechea@invercaixa.es
jblanco@invercaixa.es
jfraile@invercaixa.es
jgarcia@invercaixa.es
jgarrido@invercaixa.es
jguasch@invercaixa.es
jlecube@invercaixa.es
jmachado@invercaixa.es
jrada@invercaixa.es
jtrujillano@invercaixa.es
jviladrosa@invercaixa.es
jvillanueva@invercaixa.es
lmarzo@invercaixa.es
lmerino@invercaixa.es
malcazar@invercaixa.es
mherrera@invercaixa.es
mmacho@invercaixa.es
mmonforte@invercaixa.es
mpernas@invercaixa.es
mraboso@invercaixa.es
palbelda@invercaixa.es
pmartinez@invercaixa.es
pmateu@invercaixa.es
pperez@invercaixa.es
psuarez@invercaixa.es

## Company & Corresponding Email Addresses

rmorales@invercaixa.es
sbannaty@invercaixa.es
sgete@invercaixa.es
srubio@invercaixa.es
svallaure@invercaixa.es
tomasheredia@invercaixa.es

### invesco

aaron_drake@invesco.com
adam_cooke@ldn.invesco.com
adam_harnetty@ldn.invesco.com
adrian.bignell@hen.invesco.com
adrian_bradshaw@hen.invesco.com
al_grossi@den.invesco.com
alan_chao@invesco.com
alex_eidelzon@invesco.com
alex_smedley@ldn.invesco.com
alexandra_ivanova@invesco.com
ali_bernat@ldn.invesco.com
amit_staub@invesco.com
amy_robertson@invesco.com
andrew_jones@hen.invesco.com
andrew_rofe@ldn.invesco.com
andy_crossley@hen.invesco.com
andy_kiehl@invesco.com
angus_pottinger@ldn.invesco.com
anna_zable@invesco.com
anne_dickinson@ldn.invesco.com
asad_bhatti@hen.invesco.com
austin_mayberry@invesco.com
bankloan_analysts@invesco.com
ben_allison@invesco.com
ben_constable-maxwell@ldn.invesco.com
ben_hendrix@invesco.com
berhard_pfaff@fra.invesco.com
bob_sievert@invesco.com
bob_yerbury@hen.invesco.com
brian_caldwell@invesco.com
brian_mitchell@invesco.com
brian_norris@invesco.com
brian_schneider@invesco.com
bryan_hicks@invesco.com
buck_phillips@den.invesco.com
cameron_clemet@invesco.com
caroline_cheetham@ldn.invesco.com
charles.dubois@ny.invesco.com
charles_bishop@invesco.com
charlotte_swift@ldn.invesco.com
cheri_wilson@invesco.com
chris_burke@invesco.com
chris_utz@invesco.com
christine_chung@invesco.com
christopher_galtenberg@invesco.com
chuck_burge@invesco.com
crystal_smith@invesco.com

**Company & Corresponding Email Addresses**

dan_leonard@den.invesco.com
dana_moore@ldn.invesco.com
david.diao@invesco.com
david_lyle@invesco.com
david_meyers@invesco.com
david_moss@ldn.invesco.com
david_shnaps@ldn.invesco.com
david_todd@ldn.invesco.com
davis_smith@invesco.com
dawanna_johnson@invesco.com
dean_newman@ldn.invesco.com
donald.young@ny.invesco.com
donald_osbourne@invesco.com
donna_wilson@invesco.com
douglas_fokuo@ldn.invesco.com
eliot_honaker@invesco.com
elizabeth_clark@invesco.com
ella_hoxha@ldn.invesco.com
erik.jensen@ny.invesco.com
erik_grenade@den.invesco.com
european_team@ldn.invesco.com
evelyn_feliciano@invesco.com
femi_awotesu@ldn.invesco.com
firstname_surname@ldn.invesco.com
francisco_salva@den.invesco.com
frederic_bensimon@par.invesco.com
frederique_carrier@ldn.invesco.com
george_lynch@invesco.com
giridhar.naidana@invesco.com
glen_murphy@invesco.com
glenn_bowling@invesco.com
greg_gorman@invesco.com
greg_kersch@ldn.invesco.com
greg_wessel@invesco.com
gregory.stoekle@ny.invesco.com
gregory_stoeckle@invesco.com
gschaal@invesco.com
habib_subjally@ldn.invesco.com
howard_goldstein@invesco.com
hunter_hackney@invesco.com
ian_brady@hen.invesco.com
inge_cosby@den.invesco.com
jack_loudoun@ldn.invesco.com
jacob_habibi@invesco.com
jacob_kleehamer@invesco.com
james_willis@invesco.com
jane_wride@ldn.invesco.com
janice_jones@ldn.invesco.com
jay_boyd@invesco.com
jeff_deetsch@invesco.com
jeffrey_bergren@invesco.com
jeffrey_gallo@invesco.com
jeffrey_taylor@hen.invesco.com
jelena_petrovic@invesco.com

**Company & Corresponding Email Addresses**

jennifer_morrissey@invesco.com
jennifer_sheppard@invesco.com
jennifer_vanetten@invesco.com
jenny_gullen@ldn.invesco.com
jens_langewand@fra.invesco.com
joan_mcmullen@den.invesco.com
john_cleary@ldn.invesco.com
john_craddock@invesco.com
john_greenwood@ldn.invesco.com
john_marshall@invesco.com
john_somers@ldn.invesco.com
john_surplice@hen.invesco.com
jonathan_brock@ldn.invesco.com
joseph_rotondo@invesco.com
josh_mcauliffe@invesco.com
joshua_cooney@invesco.com
karen_buckley@invesco.com
karen_klapper@invesco.com
karim_zetchi@par.invesco.com
katarzyna_woja@ldn.invesco.com
katharina_hoyland@hen.invesco.com
katherine_langridge@hen.invesco.com
kathryn_langridge@hen.invesco.com
keeling_harris@invesco.com
ken_foy@invesco.com
kerry_bissell@ldn.invesco.com
kevin_collins@invesco.com
kevin_moore@invesco.com
kevin_petrovcik@invesco.com
kevin_schmidt@invesco.com
kotaro_miyata@ldn.invesco.com
kristen_saunders@den.invesco.com
kyle_dawkins@invesco.com
lachlan_callander@au.invesco.com
lance_miller@invesco.com
laura_paine@invesco.com
lgreenwood@ldn.invesco.com
lindsay_missen@ldn.invesco.com
lori_radford@invesco.com
louis_lemos@invesco.com
luca_polenghi@ldn.invesco.com
mari_kawawa@invesco.com
mark_barnett@hen.invesco.com
mark_bowling@invesco.com
mark_dowding@ldn.invesco.com
mark_harris@ldn.invesco.com
mark_heaney@ldn.invesco.com
mark_matthews@invesco.com
mark_nash@ldn.invesco.com
marney_merrett@hen.invesco.com
martin_walker@hen.invesco.com
martin_weiss@hen.invesco.com
marvin_flewellen@invesco.com
matt_cameron@invesco.com

**Company & Corresponding Email Addresses**

matt_straub@invesco.com
max_dalziel@ldn.invesco.com
melissa_duffy@invesco.com
michael.witte@ny.invesco.com
michael_andrich@den.invesco.com
michael_joynson@hen.invesco.com
michael_matthews@hen.invesco.com
michael_pattinson@ldn.invesco.com
michael_schwartz@invesco.com
michael_witte@invesco.com
mick_heyman@invesco.com
mike_arnold@invesco.com
mike_gray@invesco.com
mike_mcdonagh@ldn.invesco.com
nan_zhengna@invesco.com
neil_woodford@hen.invesco.com
neville_sprigg@ldn.invesco.com
nick_turner@ldn.invesco.com
nicolas_joonekindt@par.invesco.com
nicole_miritello@invesco.com
nina_tao@invesco.com
norman_combest@invesco.com
nuren_geodakov@invesco.com
oliver_boulind@invesco.com
oliver_tinkler@ldn.invesco.com
olivier_brigot@par.invesco.com
paige_dennison@invesco.com
pam_heichelbech@invesco.com
parag.saxena@ny.invesco.com
pat_lewis@invesco.com
patrick_gallaway@invesco.com
paul_causer@hen.invesco.com
paul_english@invesco.com
paul_nash@ldn.invesco.com
paul_read@hen.invesco.com
peter_jarvis@ldn.invesco.com
peter_kawada@invesco.com
peter_kruppa@ldn.invesco.com
peter_wollman@invesco.com
philip.horgan@ny.invesco.com
philip_raciti@invesco.com
ramla_hasanali@invesco.com
ray_janssen@invesco.com
rebecca_robison@invesco.com
rgaller@invesco.com
rhys_davies@hen.invesco.com
rich_king@invesco.com
rich_robben@invesco.com
richard.chapman@ldn.invesco.com
richard_fang@invesco.com
rick_turnock@invesco.com
rishi_chullani@invesco.com
robert_bayer@invesco.com
roy_bracher@ldn.invesco.com

## Company & Corresponding Email Addresses

russel_matthews@ldn.invesco.com
ryan_jaggers@invesco.com
ryan_watts@invesco.com
s.campbell@ldn.invesco.com
sam_baldwin@hen.invesco.com
sam_mason@invesco.com
sandra_harris@invesco.com
sanjay_jagtiani@invesco.com
scott_baskind@invesco.com
scott_case@invesco.com
scott_goldsmith@invesco.com
seth_misshula@invesco.com
shannon_burnett@invesco.com
stephanie_gerrard@hen.invesco.com
stephanie_marshall@invesco.com
stephanie_visayze@par.invesco.com
stephanie_wu@hen.invesco.com
stephen_anness@hen.invesco.com
stephen_boggs@invesco.com
stephen_finley@invesco.com
steve.turman@invesco.com
steve_lelaurin@invesco.com
stuart_stanley@ldn.invesco.com
terri_james@invesco.com
thomas.mills@invesco.com
thomas_ewald@invesco.com
thomas_wong@invesco.com
tim_lasham@invesco.com
tom_schieber@den.invesco.com
tony.wong@invesco.com
tony_semak@invesco.com
trena_johnston@invesco.com
van_simmons@invesco.com
walter_goodwin@invesco.com
william.merson@ny.invesco.com
william_shuttleworth@ldn.invesco.com
young_lee@invesco.com

### invescoaim

abhishek.gami@invescoaim.com
buffi.colquitt@invescoaim.com
darrell.zwink@invescoaim.com
mark.greenberg@invescoaim.com
sahiba.chadha@invescoaim.com
steven.santore@invescoaim.com

### invescodallas

mzhang@invescodallas.com

### invescofunds

francine_loomiller@invescofunds.com
jody_toombs@invescofunds.com
judy_reed@invescofunds.com
michelle_espelien@invescofunds.com

### invescoperpetual

andrew_shard@invescoperpetual.co.uk
andy_varey@invescoperpetual.co.uk

## Company & Corresponding Email Addresses

david_miller@invescoperpetual.co.uk
greg.kirsh@invescoperpetual.com
kate_england@invescoperpetual.co.uk
lewis_aubrey-johnson@invescoperpetual.co.uk
liesbeth_rubinstein@invescoperpetual.co.uk
mark_harding@invescoperpetual.co.uk
nicholas_mason@invescoperpetual.co.uk
nick.hamilton@invescoperpetual.co.uk
paul_green@invescoperpetual.co.uk
stephen_lamacraft@invescoperpetual.co.uk
vivienne_ballico@invescoperpetual.co.uk
william_lam@invescoperpetual.co.uk
xaime.quiroga@invescoperpetual.co.uk

### invest

amazian@invest.treas.state.mi.us
astange@invest.treas.state.mi.us
avannoord@invest.treas.state.mi.us
bbecker@invest.treas.state.mi.us
bkruszka@invest.treas.state.mi.us
bliikala@invest.treas.state.mi.us
elkordym@invest.treas.state.mi.us
gfeldpau@invest.treas.state.mi.us
gharriso@invest.treas.state.mi.us
gparker@invest.treas.state.mi.us
hjames@invest.treas.state.mi.us
jbehar@invest.treas.state.mi.us
jbraeuti@invest.treas.state.mi.us
jjohnson@invest.treas.state.mi.us
jklimas@invest.treas.state.mi.us
jrichard@invest.treas.state.mi.us
kmoffatt@invest.treas.state.mi.us
melkordy@invest.treas.state.mi.us
mmaat@invest.treas.state.mi.us
mporrell@invest.treas.state.mi.us
rholcomb@invest.treas.state.mi.us
rjones@invest.treas.state.mi.us
sjames@invest.treas.state.mi.us
tkulinski@invest.treas.state.mi.us
tsinclai@invest.treas.state.mi.us
tsmith@invest.treas.state.mi.us
ttownsel@invest.treas.state.mi.us
twarstler@invest.treas.state.mi.us
vambekar@invest.treas.state.mi.us
wtyler@invest.treas.state.mi.us

### investcorp

aazfar@investcorp.com
aiyer@investcorp.com
amullins@investcorp.com
anhussain@investcorp.com
dchou@investcorp.com
dpaliouras@investcorp.com
enakon@investcorp.com
funds@investcorp.com
jfranklin@investcorp.com

## Company & Corresponding Email Addresses

kraecke@investcorp.com
maradi@investcorp.com
mlongo@investcorp.com
nabboud@investcorp.com
pbanerjee@investcorp.com
pkolluri@investcorp.com
rlin@investcorp.com
smalhotra@investcorp.com
swilson@investcorp.com
tboysson@investcorp.com
vwang@investcorp.com
wmajdalani@investcorp.com
ychen@investcorp.com

### investec
sxu@investec.co.za

### investecmail
adrian.jackson@investecmail.com
alastair.mundy@investecmail.com
andrew.green@investecmail.com
angela.grim@investecmail.com
anna.lees-jones@investecmail.com
ben.williams@investecmail.com
chris.ohare@investecmail.com
christine.baalham@investecmail.com
christopher.prangle@investecmail.com
damien.kearney@investecmail.com
daniel.mcmillan@investecmail.com
daniel.sacks@investecmail.com
greg.kuhnert@investecmail.com
harsha.patel@investecmail.com
jerry.toner@investecmail.com
joanne.elkins@investecmail.com
john.hildebrand@investecmail.com
jonathan.adams@investecmail.com
kieran.roane@investecmail.com
marc.abrahams@investecmail.com
mark.breedon@investecmail.com
mark.sloan@investecmail.com
mark.wynne-jones@investecmail.com
mimi.ferrini@investecmail.com
nicolaas.alberts@investecmail.com
nigel.hankin@investecmail.com
peggysue.khumalo@investecmail.com
peter.burbank@investecmail.com
philip.whittome@investecmail.com
pippa.wimble@investecmail.com
richard.saldanha@investecmail.com
robert.bricout@investecmail.com
roger.cursley@investecmail.com
ruchir.patel@investecmail.com
sam.houlie@investecmail.com
sandi.merwitz@investecmail.com
sheila.butterly@investecmail.com
tammy.lloyd@investecmail.com

## Company & Corresponding Email Addresses

tarlock.randhawa@investecmail.com
terrence.moll@investecmail.com
tim.o'dell@investecmail.com

### investkredit
a.buder@investkredit.at
p.tschusch@investkredit.at

### investment
iain.brown@insight.investment.com
idalis.negron@investment.com

### investment-bank
george.chalamandaris@investment-bank.gr

### investmentcounselors
gjohnson@investmentcounselors.com
lteter@investmentcounselors.com
rmaue@investmentcounselors.com

### investmentsb
isb@investmentsb.com

### investra
lgarcia@investra.com.mx

### invictafinancial
iwickramasinghe@invictafinancial.com

### invista
eric.jones@invista.com

### iof
rscott@iof.org

### ioi-onpo
s-wada@ioi-onpo.co.jp

### ioi-sonpo
d-satou@ioi-sonpo.co.jp
hirosi-kojima@ioi-sonpo.co.jp
k2-nakajima@ioi-sonpo.co.jp
kannari@ioi-sonpo.co.jp
kazunori-ogihara@ioi-sonpo.co.jp
k-hasegawa@ioi-sonpo.co.jp
k-kawate@ioi-sonpo.co.jp
k-miyabe@ioi-sonpo.co.jp
m2-suzuki@ioi-sonpo.co.jp
m-hashimoto@ioi-sonpo.co.jp
m-kusano@ioi-sonpo.co.jp
ogashira@ioi-sonpo.co.jp
satoshi-ito@ioi-sonpo.co.jp
s-matsuo@ioi-sonpo.co.jp
t2-kobayashi@ioi-sonpo.co.jp
t-kawamoto@ioi-sonpo.co.jp
y-hiwatashi@ioi-sonpo.co.jp
y-nakano@ioi-sonpo.co.jp
y-oike@ioi-sonpo.co.jp

### ip
carlton.charles@ip.com

### ipaper
carol.tusch@ipaper.com
dominic.turnbull@ipaper.com
mickey.walsh@ipaper.com
osman.memisoglu@ipaper.com

## Company & Corresponding Email Addresses

rajat.gupta@ipaper.com
robert.hunkeler@ipaper.com
rosemarie.loffredo@ipaper.com

### ipers
investments@ipers.org

### ipf
cw@ipf.dk

### ipgsd
brian@ipgsd.com
eugene@ipgsd.com
jenny@ipgsd.com

### ipohome
jdestefano@ipohome.com
lkillian@ipohome.com
mhase@ipohome.com
mlupo@ipohome.com
pbard@ipohome.com
pstiller@ipohome.com
randall_roth@ipohome.com
renaissance@ipohome.com
smith@ipohome.com
ssnyder@ipohome.com

### iprolink
hfbourse@iprolink.ch

### iptreasury
peter.mccabe@iptreasury.com

### iris
m-uchida1031@iris.eonet.ne.jp

### irishlife
sileanne.wootton@irishlife.ie

### irisresearch
afloor@irisresearch.nl
awong@irisresearch.nl
gpeelen@irisresearch.nl
pdjong@irisresearch.nl
tarends@irisresearch.nl

### ironoakadvisors
chuck.arrington@ironoakadvisors.com
frances.j.aylor@ironoakadvisors.com
frank.ashby@ironoakadvisors.com
james.savage@ironoakadvisors.com
jeff.markunas@ironoakadvisors.com
jim.mallory@ironoakadvisors.com
lyn.swallen@ironoakadvisors.com
matt.laing@ironoakadvisors.com
scott.yuschak@ironoakadvisors.com
thomas.oneil@ironoakadvisors.com

### irv
fankhauser@irv.ch
neuenschwander@irv.ch

### irwinfinancial
brett.vanderkolk@irwinfinancial.com
greg.ehlinger@irwinfinancial.com

### irwinmortgage

## Company & Corresponding Email Addresses

adam.hoogland@irwinmortgage.com
alexander.samuel@irwinmortgage.com
donna.magnabosco@irwinmortgage.com
matthew.zickler@irwinmortgage.com
paul.brown@irwinmortgage.com
paul.dolan@irwinmortgage.com

### isa

bgbank4@isa.dknet.dk

### isaakbond

reed@isaakbond.com

### isb

anna.baldursdottir@isb.is
benedikt.gislason@isb.is
bjarni.armannsson@isb.is
bjarni.torfason@isb.is
bjorgvin.olafsson@isb.is
conor.byrne@isb.is
elmar.svavarsson@isb.is
fridrik.magnusson@isb.is
gisli.reynisson@isb.is
haukur.baldvinsson@isb.is
sigthor.gudmundsson@isb.is
sigurdur.magnusson@isb.is
sigvaldi.stefansson@isb.is
steinunn.thordardottir@isb.is
tomas.kristjansson@isb.is
willy.blumenstein@isb.is

### isbank

erdal.aral@isbank.com.tr
hakan.kartal@isbank.com.tr
ismail.kazanc@isbank.com.tr
mehmet.karakilic@isbank.com.tr
mehmet.turk@isbank.com.tr
serkan.belevi@isbank.com.tr
serkan.kaygalak@isbank.com.tr
tolga.durmusoglu@isbank.com.tr
umit.cetkin@isbank.com.tr

### isbankgmbh

cem.mercikoglu@isbankgmbh.de
susanne.rose@isbankgmbh.de

### isbnj

clynch@isbnj.com
dcama@isbnj.com
rcashill@isbnj.com

### isd

morita@isd.taisei.co.jp

### iserve

garybcm@iserve.net
jimbcm@iserve.net

### isfba

bjarni.kris@isfba.is
kari.hallgrimsson@isfba.is
tryggvi.davidsson@isfba.is

### isica

**Company & Corresponding Email Addresses**

l.gadreau@isica.fr
p.viallanex@isica.fr

**isifunds**

hdhruv@isifunds.com
mbeeler@isifunds.com
vcastro@isifunds.com

**isigrp**

bobrien@isigrp.com
mrupp@isigrp.com
tgallagher@isigrp.com
vsingh@isigrp.com

**isis**

mwarminger@isis.co.uk

**isisam**

alex.shaer@isisam.com
catherine.soulier@isisam.com
daniel.jetton@isisam.com
david.currie@isisam.com
david.navas@isisam.com
debbie.clarke@isisam.com
duncan.blyth@isisam.com
firstname.lastname@isisam.com
gary.thomson@isisam.com
graham.joblin@isisam.com
greg.richmond@isisam.com
guy.trust@isisam.com
hillary.shane@isisam.com
howardbennett@isisam.com
ian.mcfarlane@isisam.com
jonathan.martin@isisam.com
laura.jevons@isisam.com
lucinda.corby@isisam.com
mark.davis@isisam.com
matthewgallagher@isisam.com
peter.hewitt@isisam.com
richard.bell@isisam.com
richard.lehman@isisam.com
richard.lowman@isisam.com
richard.nash@isisam.com
richard.redfern@isisam.com
rodger.mcnair@isisam.com
rowan.chaplin@isisam.com
russel.martin@isisam.com
sebastianhonnibal@isisam.com
sophie.richmond@isisam.com
stephen.grant@isisam.com
stuart.rollason@isisam.com
terry.obrien@isisam.com
william.logie@isisam.com
william.russell@isisam.com
wol.kolade@isisam.com

**ispcorp**

srusso@ispcorp.com

**israelchemicals**

## Company & Corresponding Email Addresses

elia@israelchemicals.co.il
michaelh@israelchemicals.co.il
nathand@israelchemicals.co.il

**israelcorp**

barakc@israelcorp.com

**israeldiscountbank**

r.koppang@israeldiscountbank.com

**italcementi**

d.lussana@italcementi.it
g.bodo@italcementi.it
l.musicco@italcementi.it
r.lupotto@italcementi.it

**italease**

claudia.vailati@italease.it
elisabetta.carboni@italease.it
enzo.aina@italease.it
filippo.gromo@italease.it
giuseppe.civaschi@italease.it
massimo.faenza@italease.it
matteo.bassoricci@italease.it
maura.grazzani@italease.it
sammarco.giorgia@italease.it
sarandrea.massimo@italease.it
walter.goldoni@italease.it

**italtel**

laura.fantoni@italtel.it
luca.donna@italtel.it
mariaosa.gorini@italtel.it
mario.fioruzzi@italtel.it
paolo.buiat@italtel.it
rinaldo.tonsi@italtel.it
silvana.temporin@italtel.it

**itasset**

bflamant@itasset.com
golszowy@itasset.com
lgriffedemalval@itasset.com
mfaure@itasset.com

**itcgr**

g.berera@itcgr.net
p.zini@itcgr.net

**itochu**

amano-k@itochu.co.jp
andy-fernandes@itochu.co.jp
imazawa-y@itochu.co.jp
kuihara-k@itochu.co.jp
miyachi-k@itochu.co.jp
nagaike-r@itochu.co.jp
odake-k@itochu.co.jp
ogawa-tak@itochu.co.jp
otsukit@itochu.co.jp
shimozumi-y@itochu.co.jp
soga-k@itochu.co.jp
suzuki-atsushi3@itochu.co.jp
takano-yu@itochu.co.jp

## Company & Corresponding Email Addresses

takeuchi-toshi@itochu.co.jp

**itsmarta**
dallen@itsmarta.com
rmccrillis@itsmarta.com
rpmarsh@itsmarta.com

**iustrust**
stephen_bergquist@iustrust.com

**ivp**
rohit@ivp.com

**ivyfunds**
jbroadfoot@ivyfunds.com
jconnolly@ivyfunds.com

**ivymackenzie**
jwilson@ivymackenzie.com
tooten@ivymackenzie.com

**ix**
invest@ix.netcom

**ja-asset**
k.morita@ja-asset.co.jp

**jabank kyoto**
h.ibaraki@jabank kyoto.or.jp

**ja-bank-fukui**
imamura@ja-bank-fukui.or.jp
kitagawa@ja-bank-fukui.or.jp
t.nakagawa@ja-bank-fukui.or.jp
tsubokawa@ja-bank-fukui.or.jp

**jabankfukuoka**
k-etoh@jabankfukuoka.or.jp
yyoshida@jabankfukuoka.or.jp

**jabankgifu**
shinren-shikin@jabankgifu.or.jp

**jabankkyoto**
k.kawara@jabankkyoto.or.jp
k.nakase@jabankkyoto.or.jp
shikins2@jabankkyoto.or.jp
t.nishijima@jabankkyoto.or.jp

**jahs**
f.matsuo@jahs.or.jp
h.nishikawa@jahs.or.jp
h.yorifuji@jahs.or.jp
k.nakamae@jahs.or.jp
k.tanaka@jahs.or.jp
m.sano@jahs.or.jp
m.takami@jahs.or.jp
s.kikuchi@jahs.or.jp
y.horimoto@jahs.or.jp
y.inoue@jahs.or.jp

**ja-kochishinren**
y-shimizu@ja-kochishinren.or.jp

**ja-kyosai**
ei-nakajima@ja-kyosai.or.jp
fu-enokiya@ja-kyosai.or.jp
fu-komuro@ja-kyosai.or.jp
ha-yamana@ja-kyosai.or.jp

**Company & Corresponding Email Addresses**

hi2-nishimura@ja-kyosai.or.jp
hi2-okamoto@ja-kyosai.or.jp
hi2-yoshida@ja-kyosai.or.jp
hi-hirano@ja-kyosai.or.jp
hi-iida@ja-kyosai.or.jp
hi-minami@ja-kyosai.or.jp
hi-naito@ja-kyosai.or.jp
hi-sagara@ja-kyosai.or.jp
hi-tamura@ja-kyosai.or.jp
hi-tanaka@ja-kyosai.or.jp
h-suginaka@ja-kyosai.or.jp
iz-ishiwata@ja-kyosai.or.jp
ju-shiraishi@ja-kyosai.or.jp
ke2-hasegawa@ja-kyosai.or.jp
ki-kawashima@ja-kyosai.or.jp
ki-kuwabara@ja-kyosai.or.jp
ko-nagasaki@ja-kyosai.or.jp
ky-ishii@ja-kyosai.or.jp
ma4-tanabe@ja-kyosai.or.jp
ma-hatori@ja-kyosai.or.jp
ma-kanamori@ja-kyosai.or.jp
ma-omori@ja-kyosai.or.jp
ma-onodera@ja-kyosai.or.jp
ma-yokoyama@ja-kyosai.or.jp
mi-inokuma@ja-kyosai.or.jp
mi-muraoka@ja-kyosai.or.jp
mi-ono@ja-kyosai.or.jp
mi-takano@ja-kyosai.or.jp
na-murata@ja-kyosai.or.jp
no-kosaka@ja-kyosai.or.jp
ry-akiyama@ja-kyosai.or.jp
sa-jinno@ja-kyosai.or.jp
sh-amada@ja-kyosai.or.jp
shijounyo@ja-kyosai.or.jp
sh-inoue@ja-kyosai.or.jp
sh-mima@ja-kyosai.or.jp
sh-narui@ja-kyosai.or.jp
so-nishimoto@ja-kyosai.or.jp
su-seino@ja-kyosai.or.jp
ta-higai@ja-kyosai.or.jp
ta-kaneko@ja-kyosai.or.jp
ta-karasawa@ja-kyosai.or.jp
ta-oe@ja-kyosai.or.jp
te-miyamoto@ja-kyosai.or.jp
te-suzuki@ja-kyosai.or.jp
te-yoda@ja-kyosai.or.jp
to-harada@ja-kyosai.or.jp
to-matsumura@ja-kyosai.or.jp
to-takekoshi@ja-kyosai.or.jp
ts-komoda@ja-kyosai.or.jp
ya-yamasato@ja-kyosai.or.jp
ya-yoda@ja-kyosai.or.jp
yo-azuma@ja-kyosai.or.jp
yo-ishii@ja-kyosai.or.jp

**Company & Corresponding Email Addresses**

yo-nagashima@ja-kyosai.or.jp
yo-nishioka@ja-kyosai.or.jp
yo-okada@ja-kyosai.or.jp
yo-yagura@ja-kyosai.or.jp

**jal**

mitsuhiko.otsuki@jal.com

**jamesbaker**

danp@jamesbaker.com

**jamisonfirst**

alan@jamisonfirst.com
bill.gadsden@jamisonfirst.com
ecruikshank@jamisonfirst.com
equity.research@jamisonfirst.com
fred.thalmann@jamisonfirst.com
greg.huning@jamisonfirst.com
jcoury@jamisonfirst.com
robert.bucher@jamisonfirst.com

**janus**

aaron.scully@janus.com
alan.bezoza@janus.com
alan.brown@janus.com
alex.ricchebuono@janus.com
allen.welch@janus.com
andrew.walker@janus.com
andy.acker@janus.com
andy.summers@janus.com
andy.tam@janus.com
ann.meyer@janus.com
aspen.large@janus.com
barney.wilson@janus.com
benjamin.douglas@janus.com
brad.slingerlend@janus.com
brena.peters@janus.com
brendan.freedman@janus.com
brendan.friedman@janus.com
brent.lynn@janus.com
brett.lee@janus.com
brian.demain@janus.com
brian.jensen@janus.com
brian.schaub@janus.com
brinton.johns@janus.com
bryan.roach@janus.com
cara.mandeville@janus.com
carmel.wellso@janus.com
carrie.yasuzawa@janus.com
chadwick.meade@janus.com
chris.toney@janus.com
christopher.conn@janus.com
colby.stilson@janus.com
colleen.croushore@janus.com
connor.avery@janus.com
corie.carlson@janus.com
craig.brown@janus.com
craig.jacobson@janus.com

**Company & Corresponding Email Addresses**

dan.lyons@janus.com
dan.riff@janus.com
dan.royal@janus.com
dan.scherman@janus.com
daniel.porter@janus.com
darcie.matson@janus.com
darrell.watters@janus.com
david.decker@janus.com
david.herrell@janus.com
david.spilsted@janus.com
denny.fish@janus.com
devonna.glasspoole@janus.com
dianne.kost@janus.com
doug.nelson@janus.com
eileen.hoffmann@janus.com
eric.bernum@janus.com
eric.thorderson@janus.com
ethan.lovell@janus.com
feliz.gomez@janus.com
francie.gallacher@janus.com
gabe.bodhi@janus.com
garrett.strum@janus.com
garth.yettick@janus.com
gary.black@janus.com
gemma.stevens@janus.com
geoff.jay@janus.com
gibson.smith@janus.com
greg.kelly@janus.com
gregory.kolb@janus.com
gregory.kuczynski@janus.com
guy.scott@janus.com
holly.koch@janus.com
jacquelyne.cavanaugh@janus.com
jakob.holm@janus.com
james.lee@janus.com
jason.groom@janus.com
jason.yee@janus.com
jeanine.morroni@janus.com
jeff.canavan@janus.com
jennifer.chaney@janus.com
jennifer.liu@janus.com
jeremiah.buckley@janus.com
jeremy.lew@janus.com
jim.craig@janus.com
jim.goff@janus.com
john.dillie@janus.com
john.eisinger@janus.com
john.fields@janus.com
john.jordan@janus.com
john.lloyd@janus.com
john.richardson@janus.com
jonathan.coleman@janus.com
judy.chamberlin@janus.com
julian.pick@janus.com

**Company & Corresponding Email Addresses**

julian.roberts@janus.com
julie.diiorio@janus.com
kaelyn.abrell@janus.com
kaprice.calhoun@janus.com
kaprice.karch@janus.com
ken.spruell@janus.com
laurence.chang@janus.com
laurent.saltiel@janus.com
lindsay.olson@janus.com
maciej.rygiel@janus.com
maia.babbs@janus.com
makoto.sakaguchi@janus.com
marc.pinto@janus.com
marco.grassi@janus.com
mark.goodwin@janus.com
matt.hochstetler@janus.com
matthew.anthony@janus.com
matthew.eversman@janus.com
mayur.saigal@janus.com
michael.keough@janus.com
michael.nelson@janus.com
michael.regan@janus.com
michael.weaver@janus.com
mike.lu@janus.com
mingjia.ding@janus.com
patrick.brophy@janus.com
paul.berg@janus.com
paul.braverman@janus.com
paula.fleming@janus.com
pc.wheaton@janus.com
peg.thompson@janus.com
rachel.sackmaster@janus.com
roberto.morales@janus.com
ron.sachs@janus.com
ron.speaker@janus.com
roxanne.tepler@janus.com
ryan.green@janus.com
scott.day@janus.com
scott.stutzman@janus.com
seth.meyer@janus.com
sharon.pichler@janus.com
stacey.obrien@janus.com
stacy.jensen@janus.com
stephan.aguirre@janus.com
stephen.lew@janus.com
steve.lawrence@janus.com
ted.shannon@janus.com
thomas.minkowicz@janus.com
timothy.murphy@janus.com
todd.prado@janus.com
tony.yao@janus.com
tuan.huynh@janus.com
wahid.chammas@janus.com
will.bales@janus.com

**Company & Corresponding Email Addresses**

young.hayes@janus.com

**januscapital**

john.porro@januscapital.com

**janusfunds**

jean.barnard@janusfunds.com
julian.mcmanus@janusfunds.com

**japan**

costomer@japan.com
customer@japan.com

**jbhanauer**

msherman@jbhanauer.com
rhaskel@jbhanauer.com
rshainberg@jbhanauer.com

**jbsswift**

rafael.harada@jbsswift.com
timothy.leitch@jbsswift.com

**jbush**

kwilson@jbush.com
mary@jbush.com
rallstott@jbush.com
research@jbush.com

**jcam**

eric.mark@jcam.com

**jci**

alex.a.molinaroli@jci.com
denise.m.zutz@jci.com
john.bobek@jci.com
roell.stephen@jci.com
steven.t.mielke@jci.com

**jdj**

jhd@jdj.com

**jea**

byerr@jea.com
davitp@jea.com
seathv@jea.com

**jefco**

gsummers@jefco.com
gvitagli@jefco.com
jkameno@jefco.com
jrogan@jefco.com
kpinho@jefco.com
mmazzell@jefco.com
mzaccard@jefco.com
rdente@jefco.com
sberka@jefco.com
shiestan@jefco.com
tmurphy@jefco.com
vdiaz@jefco.com

**jeffnat**

cfoster@jeffnat.com

**jennicie**

charles.delaguiche@jennicie.ch
daniel.wiser@jennicie.ch
ronald.mueller@jennicie.ch

## Company & Corresponding Email Addresses

### jennison

aberg@jennison.com
akancelaric@jennison.com
amtucker@jennison.com
arittenberry@jennison.com
arosenzweig@jennison.com
athomas@jennison.com
avishnick@jennison.com
bborellitborelli@jennison.com
bboyer@jennison.com
bbryan@jennison.com
bcook@jennison.com
bedemeka@jennison.com
bliu@jennison.com
bmgillott@jennison.com
btani@jennison.com
ckaehr@jennison.com
clynch@jennison.com
cpelinsky@jennison.com
cvatis@jennison.com
cwolfe@jennison.com
dchan@jennison.com
dkass@jennison.com
dkiefer@jennison.com
dnetschert@jennison.com
dnewcomb@jennison.com
dravera@jennison.com
dwoods@jennison.com
ebrown@jennison.com
eklauer@jennison.com
esmith@jennison.com
falfaro@jennison.com
ffinlay@jennison.com
gburr@jennison.com
gdesapio@jennison.com
genglander@jennison.com
hfrisch@jennison.com
hmoss@jennison.com
icarnathan@jennison.com
ilourie@jennison.com
jchacon@jennison.com
jgreco@jennison.com
jhill@jennison.com
jhobbs@jennison.com
jjones@jennison.com
jlongley@jennison.com
jmullman@jennison.com
jmyers@jennison.com
jpattit@jennison.com
jrouse@jennison.com
jsaunders@jennison.com
jshapiro@jennison.com
jswiatek@jennison.com
jziemba@jennison.com

**Company & Corresponding Email Addresses**

kamccarragher@jennison.com
kburke@jennison.com
khauben@jennison.com
kholness@jennison.com
klindley@jennison.com
kpaige@jennison.com
kstorer@jennison.com
lbeach@jennison.com
lschmidt@jennison.com
mastain@jennison.com
mbator@jennison.com
mbress@jennison.com
mdelbalso@jennison.com
mgdefranco@jennison.com
mkeenan@jennison.com
mpicker@jennison.com
msemenenko@jennison.com
mshattan@jennison.com
mvredenburgh@jennison.com
mwilburn@jennison.com
mwirtz@jennison.com
mzussman@jennison.com
nbrown@jennison.com
nkuhlkin@jennison.com
nlalman@jennison.com
nrubinstein@jennison.com
okoney@jennison.com
pallen@jennison.com
panderson@jennison.com
pfixter@jennison.com
preinemann@jennison.com
pszpak@jennison.com
rklemmer@jennison.com
rparilla@jennison.com
sbosch@jennison.com
sgavios@jennison.com
sginns@jennison.com
shong@jennison.com
skaplan@jennison.com
skartsonis@jennison.com
skirner@jennison.com
smcneil@jennison.com
smehta@jennison.com
ssegalas@jennison.com
svanalstyne@jennison.com
swillis@jennison.com
tcappellini@jennison.com
tdoyle@jennison.com
thkim@jennison.com
twolfe@jennison.com

**jennsion**

mmahmud@jennsion.com

**jhancock**

aangella@jhancock.com

**Company & Corresponding Email Addresses**

abenali@jhancock.com
acalavritinos@jhancock.com
aconnell@jhancock.com
afen@jhancock.com
ahaddad@jhancock.com
apathak@jhancock.com
apomeroy@jhancock.com
aschaufus@jhancock.com
astober@jhancock.com
aurick@jhancock.com
awise@jhancock.com
bcheney@jhancock.com
bcleathero@jhancock.com
bdanielewicz@jhancock.com
bevans@jhancock.com
bithiahcarter@jhancock.com
bkondracki@jhancock.com
bmatthews@jhancock.com
bnectow@jhancock.com
bowen@jhancock.com
bporter@jhancock.com
bwelch@jhancock.com
bziemba@jhancock.com
carbuthnot@jhancock.com
ccorales@jhancock.com
cgelormini@jhancock.com
chodge@jhancock.com
ckecher@jhancock.com
cknowlton@jhancock.com
cmatt@jhancock.com
cmccarthy@jhancock.com
cmoores@jhancock.com
cokeefe@jhancock.com
cperry@jhancock.com
crothman@jhancock.com
cslaybaugh@jhancock.com
cynthiabrown@jhancock.com
dbaillie@jhancock.com
dbertrand@jhancock.com
dbranch@jhancock.com
dbudde@jhancock.com
dbullivant@jhancock.com
ddaesen@jhancock.com
djohnson@jhancock.com
dlynch@jhancock.com
dmcaneny@jhancock.com
dnastou@jhancock.com
dperrotta@jhancock.com
dsales@jhancock.com
dshufrin@jhancock.com
dsilva@jhancock.com
dteich@jhancock.com
dtucker@jhancock.com
eatamian@jhancock.com

**Company & Corresponding Email Addresses**

eaverbukh@jhancock.com
eduvalsaint@jhancock.com
eforde@jhancock.com
ehines@jhancock.com
emaloney@jhancock.com
emmanuellongo@jhancock.com
eshum@jhancock.com
esvenson@jhancock.com
esyron@jhancock.com
fcallahan@jhancock.com
fcavanaugh@jhancock.com
ffelcon@jhancock.com
flucibella@jhancock.com
gbraun@jhancock.com
gdanaher@jhancock.com
gdolianitis@jhancock.com
gouldm@jhancock.com
gpelletier@jhancock.com
gphelps@jhancock.com
gplume@jhancock.com
hvu@jhancock.com
hwong@jhancock.com
iergovic@jhancock.com
igunes@jhancock.com
jbourgeois@jhancock.com
jbova@jhancock.com
jcruickshank@jhancock.com
jcsanderson@jhancock.com
jgarrison@jhancock.com
jhan@jhancock.com
jhanrahan@jhancock.com
jiles@jhancock.com
jkmcdonough@jhancock.com
jletourneau@jhancock.com
jliebow@jhancock.com
jmarguy@jhancock.com
jmoorhead@jhancock.com
jneil@jhancock.com
jnicolosi@jhancock.com
jpackard@jhancock.com
jpluta@jhancock.com
jroman@jhancock.com
jschillaci@jhancock.com
jsnyder@jhancock.com
jsylvia@jhancock.com
jyee@jhancock.com
jzinner@jhancock.com
kcha@jhancock.com
kcongliari@jhancock.com
kfyfe@jhancock.com
khackett@jhancock.com
khines@jhancock.com
kkellerhouse@jhancock.com
kmanfredi@jhancock.com

**Company & Corresponding Email Addresses**

kmcdonough@jhancock.com
krowland@jhancock.com
ktroy@jhancock.com
kwarlick@jhancock.com
lanzhang@jhancock.com
lbkelly@jhancock.com
lcrockett@jhancock.com
lhoang@jhancock.com
llmcgowan@jhancock.com
lmcgowan@jhancock.com
lmerritt@jhancock.com
lorndavis@jhancock.com
lrasin@jhancock.com
lwoo@jhancock.com
masullivan@jhancock.com
mbeck@jhancock.com
mdavis@jhancock.com
mdeleon@jhancock.com
mdommermuth@jhancock.com
melkas@jhancock.com
mepstein@jhancock.com
mequinn@jhancock.com
mfletcher@jhancock.com
mforeman@jhancock.com
mgallotto@jhancock.com
mgiuditta@jhancock.com
mgrossnickle@jhancock.com
mlapides@jhancock.com
mmaloney@jhancock.com
mmcdevitt@jhancock.com
mmcfall@jhancock.com
mmoran@jhancock.com
mmurdocca@jhancock.com
mmurray@jhancock.com
mnavin@jhancock.com
mngallagher@jhancock.com
mray@jhancock.com
msawatzky@jhancock.com
mshort@jhancock.com
mstapleton@jhancock.com
mtiberii@jhancock.com
mtoomey@jhancock.com
myasner@jhancock.com
nlenicheck@jhancock.com
nmak@jhancock.com
nmassa@jhancock.com
ogonzalez@jhancock.com
pambrosia@jhancock.com
pderubeis@jhancock.com
pfishbin@jhancock.com
pgiampa@jhancock.com
pgill@jhancock.com
pharris@jhancock.com
pjudge@jhancock.com

**Company & Corresponding Email Addresses**

plitalien@jhancock.com
pmara@jhancock.com
pmessina@jhancock.com
pmitsopolous@jhancock.com
pmitsopoulos@jhancock.com
pparsons@jhancock.com
ppeters@jhancock.com
radams@jhancock.com
rbarzykowski@jhancock.com
rbreau@jhancock.com
rchuyan@jhancock.com
rdouglas@jhancock.com
rferrara@jhancock.com
rgoodband@jhancock.com
rkeough@jhancock.com
rlangway@jhancock.com
rmchugh@jhancock.com
rmcwalters@jhancock.com
rmcwatters@jhancock.com
rnastou@jhancock.com
rrock@jhancock.com
rshea@jhancock.com
rwhite@jhancock.com
ryackel@jhancock.com
sagretelis@jhancock.com
sandrabrown@jhancock.com
sbhat@jhancock.com
sblewitt@jhancock.com
sbodhe@jhancock.com
scurry@jhancock.com
sgarfield@jhancock.com
sgrady@jhancock.com
shartz@jhancock.com
sjhenry@jhancock.com
slee@jhancock.com
smcfetridge@jhancock.com
smwalsh@jhancock.com
snavin@jhancock.com
snewton@jhancock.com
spaspal@jhancock.com
ssimi@jhancock.com
sslee@jhancock.com
stobin@jhancock.com
tcronin@jhancock.com
tdellapiana@jhancock.com
tderderian@jhancock.com
tnhill@jhancock.com
tnnguyen@jhancock.com
vdivasta@jhancock.com
vsmetana@jhancock.com
warnold@jhancock.com
wbreisch@jhancock.com
wdavis@jhancock.com
wdroege@jhancock.com

## Company & Corresponding Email Addresses

whill@jhancock.com
wjin@jhancock.com
wkinsley@jhancock.com
wteng@jhancock.com
wwoo@jhancock.com
wyoung@jhancock.com
zhu@jhancock.com

### jhancockinvestments
abhijit_dande@jhancockinvestments.com

### jhu
celsob@jhu.edu
hanke@jhu.edu
kcalder@jhu.edu
lball@jhu.edu

### jiadvisors
ksaba@jiadvisors.com

### jk
gfufh@jk.com

### jl-investments
bertrand.savatier@jl-investments.com

### jmfinn
david.stewart@jmfinn.com
geordie.kidston@jmfinn.com
mark.powell@jmfinn.com
wolf.raymer@jmfinn.com

### jmh
dtrasobares@jmh.org

### jmsonline
adrobot@jmsonline.com
afalco@jmsonline.com
afiacco@jmsonline.com
agray@jmsonline.com
amcgrath@jmsonline.com
anewma@jmsonline.com
apisacane@jmsonline.com
brockowitz@jmsonline.com
bsustri@jmsonline.com
bward@jmsonline.com
ccurci@jmsonline.com
cdoran@jmsonline.com
cfertel@jmsonline.com
cfishgall@jmsonline.com
csweeney@jmsonline.com
dlange@jmsonline.com
gdrahuschak@jmsonline.com
hstevens@jmsonline.com
jchuff@jmsonline.com
jvanalen@jmsonline.com
mbellezza@jmsonline.com
preinhart@jmsonline.com
rkarcher@jmsonline.com

### jnj
ewiberg@alzus.jnj.com

### jnli

## Company & Corresponding Email Addresses

chad.myers@jnli.com
jeffrey.hugo@jnli.com
sam.thelen@jnli.com

**johcma**
wod@johcma.com

**johim**
msmith@johim.co.uk

**johndeere**
trahanjeffreya@johndeere.com

**johnsoninv**
smartin@johnsoninv.com

**johnsonmotor**
wh_ng@johnsonmotor.com

**jomorgan**
bill.mosca@jomorgan.com

**jordanbank**
al-momani@jordanbank.co.uk

**josephthal**
bperry@josephthal.com
dfrench@josephthal.com
jjunior@josephthal.com
jmorgan@josephthal.com
nberetta@josephthal.com
rkrause@josephthal.com

**jp**
incorrect@jp.com

**jpchase**
alison.x.carter@jpchase.com
brian.d.callen@jpchase.com
jmccarthy@jpchase.co.uk

**jpfinancial**
amy.l.tancrede@jpfinancial.com
cameron.crump@jpfinancial.com
chris.haverland@jpfinancial.com
elizabeth.aheron@jpfinancial.com
francis.pirozzi@jpfinancial.com
hardee.mills@jpfinancial.com
jason.lina@jpfinancial.com
jim.mcdonald@jpfinancial.com
john.ingram@jpfinancial.com
lisa.harris@jpfinancial.com
rich.millard@jpfinancial.com
theresa.stone@jpfinancial.com
william.stutts@jpfinancial.com

**jpmchase**
alan.p.kirk@jpmchase.com
alasdair.x.mackenzie@jpmchase.com
alex.s.krunic@jpmchase.com
anda.x.halilaj@jpmchase.com
andrew.j.kazior@jpmchase.com
andrew.p.pickup@jpmchase.com
andrew.w.clouse@jpmchase.com
andrew.w.may@jpmchase.com
angelica.m.quintero@jpmchase.com

## Company & Corresponding Email Addresses

arthur.olunwa@jpmchase.com
ashwani.k.sinha@jpmchase.com
austin.x.mcnurlen@jpmchase.com
benoit.x.dethier@jpmchase.com
borislav.tomassini@jpmchase.com
brian.j.mcvane@jpmchase.com
buki.ajala@jpmchase.com
carl.a.isaksson@jpmchase.com
carol.k.chen@jpmchase.com
christopher.m.allen@jpmchase.com
christopher.p.bredholt@jpmchase.com
cyril.aschenbrenner@jpmchase.com
daniel.r.wakely@jpmchase.com
daniel.t.dismukes@jpmchase.com
daniel.x.seon@jpmchase.com
david.a.tuscano@jpmchase.com
david.herzberg@jpmchase.com
david.l.parks@jpmchase.com
david.minucci@jpmchase.com
dean.a.fearon@jpmchase.com
dero.f.ola-niyi@jpmchase.com
dianna.selva@jpmchase.com
don.noe@jpmchase.com
ed.savage@jpmchase.com
edward.t.bell@jpmchase.com
edwin.brown@jpmchase.com
erikaestevan.castro-king@jpmchase.com
evelyn.l.poyer@jpmchase.com
fan.wang2@jpmchase.com
fang.d.li@jpmchase.com
francisco.marquez@jpmchase.com
ganesh.x.lakshminarayana@jpmchase.com
gavin.x.bailey@jpmchase.com
gds.morgan.stanley@jpmchase.com
george.c.lai@jpmchase.com
gokhan.i.atilgan@jpmchase.com
gregory.b.luttrell@jpmchase.com
gregory.pugliani@jpmchase.com
guang.x.huang@jpmchase.com
guillaume.dhamelincourt@jpmchase.com
haydn.moth@jpmchase.com
hayley.x.shaw@jpmchase.com
ira.artman@jpmchase.com
james.a.tomlin@jpmchase.com
jason.c.omalley@jpmchase.com
jason.e.chen@jpmchase.com
jay.k.morrison@jpmchase.com
jay.p.cilione@jpmchase.com
jeffrey.a.byer@jpmchase.com
john.c.nelson@jpmchase.com
john.n.lux@jpmchase.com
john.p.read@jpmchase.com
jonathan.m.schwarz@jpmchase.com
jonathan.x.weinberg@jpmchase.com

**Company & Corresponding Email Addresses**

joseph.crutchley@jpmchase.com
joseph.siano@jpmchase.com
judith.x.bromfield@jpmchase.com
karen.good@jpmchase.com
kazim.x.koseoglu@jpmchase.com
kelly.x.weston@jpmchase.com
kenneth.r.talanian@jpmchase.com
kevin.i.burger@jpmchase.com
kevin.m.ellis@jpmchase.com
kevin.x.corby@jpmchase.com
kian.esteghamat@jpmchase.com
kim.m.insoo@jpmchase.com
kimberly.m.murphy@jpmchase.com
kingsley.wood@jpmchase.com
kirsteen.x.morrison@jpmchase.com
lindsay.felldin@jpmchase.com
lisa.r.ferrara@jpmchase.com
lucia.c.albarran@jpmchase.com
lucy.l.georgiades@jpmchase.com
marc.e.dolfman@jpmchase.com
marcos.d.bueno@jpmchase.com
marcus.perry@jpmchase.com
marian.i.adekoya@jpmchase.com
marjorie.g.widener@jpmchase.com
mark.eckert@jpmchase.com
mark.t.gannon@jpmchase.com
mark.x.page@jpmchase.com
matthew.g.cohen@jpmchase.com
matthew.g.pallai@jpmchase.com
michael.a.thilmont@jpmchase.com
michael.d.murray@jpmchase.com
michael.j.griffin@jpmchase.com
michael.katz@jpmchase.com
michael.r.hack@jpmchase.com
michael.x.sheldon@jpmchase.com
michah.a.behrend@jpmchase.com
mitchell.x.freedman@jpmchase.com
nada.alhussona@jpmchase.com
neil.a.gartland@jpmchase.com
olga.v.chernova@jpmchase.com
paul.mitchell@jpmchase.com
paul.williamson@jpmchase.com
pauric.z.mccormack@jpmchase.com
peter.d.burt@jpmchase.com
peter.j.mullahey@jpmchase.com
peter.s.andreou@jpmchase.com
pooja.x.ganju@jpmchase.com
r.christopher.melendes@jpmchase.com
rabin.tambyraja@jpmchase.com
raul.sequera@jpmchase.com
richard.a.henley@jpmchase.com
richard.j.nicholson@jpmchase.com
rimma.talis@jpmchase.com
rina.r.conti@jpmchase.com

## Company & Corresponding Email Addresses

robert.a.callaghan@jpmchase.com
robert.d.roy@jpmchase.com
robert.s.lim@jpmchase.com
ryan.e.meltzer@jpmchase.com
sandra.a.wynter@jpmchase.com
scott.brian.davis@jpmchase.com
scott.d.kosack@jpmchase.com
sean.x.keegan@jpmchase.com
sean.x.regan@jpmchase.com
shengquan.ho@jpmchase.com
shern.i.frederick@jpmchase.com
shubha.x.sethi@jpmchase.com
simon.d.ulcickas@jpmchase.com
steven.g.lee@jpmchase.com
svetlin.p.petkov@jpmchase.com
tamara.x.ware@jpmchase.com
ted.tulpa@jpmchase.com
tineka.smart@jpmchase.com
tony.q.tran@jpmchase.com
vishala.x.sri-pathma@jpmchase.com
wayne.man@jpmchase.com
william.l.kramer@jpmchase.com
william.s.lacy@jpmchase.com
yelena.ofengeym@jpmchase.com
yi.x.chen@jpmchase.com
ying.e.chen@jpmchase.com
yvette.d.barto@jpmchase.com
zhen.x.li@jpmchase.com
zheng.x.wang@jpmchase.com
zoe.x.pye@jpmchase.com

**jpmfleming**
nicholas.rabiecki@jpmfleming.com

**jpmhase**
azra.x.pravdic@jpmhase.com

**jpmorgan**
adam.b.patota@jpmorgan.com
adam.r.proctor@jpmorgan.com
adam.tejpaul@jpmorgan.com
adebowale.o.adetayo@jpmorgan.com
ahmed.x.alsafadi@jpmorgan.com
akash.gupta@jpmorgan.com
al.mann@jpmorgan.com
alan.d.oldroyd@jpmorgan.com
alan.h.gutmann@jpmorgan.com
alan.x.cubbon@jpmorgan.com
alethia.r.young@jpmorgan.com
alex.gurevich@jpmorgan.com
alex.s.kostko@jpmorgan.com
alex.tamilio@jpmorgan.com
alexander.r.dearman@jpmorgan.com
alexander.s.brooks@jpmorgan.com
alexander.shvets@jpmorgan.com
alexandra.l.howard@jpmorgan.com
alfonso.x.fonnegra@jpmorgan.com

**Company & Corresponding Email Addresses**

alice.w.chow@jpmorgan.com
alinna.x.holdgate@jpmorgan.com
alisa.lamberto@jpmorgan.com
alison.r.salnikov@jpmorgan.com
allen.b.clark@jpmorgan.com
allison.b.adler@jpmorgan.com
alonzo_jason@jpmorgan.com
alwyn.sloan@jpmorgan.com
amanda.x.hallam@jpmorgan.com
ameeta.gosain@jpmorgan.com
amit.tanna@jpmorgan.com
amr.seif@jpmorgan.com
amy.h.peterson@jpmorgan.com
amy.w.gibson@jpmorgan.com
ana.rojas@jpmorgan.com
andre.segger@jpmorgan.com
andrea.d.tenconi@jpmorgan.com
andreas.michalitsianos@jpmorgan.com
andreas.p.dische@jpmorgan.com
andrew.d.goldberg@jpmorgan.com
andrew.g.sinkinson@jpmorgan.com
andrew.h.miller@jpmorgan.com
andrew.j.powell@jpmorgan.com
andrew.p.brandon@jpmorgan.com
andrew.r.guest@jpmorgan.com
andrew.t.lim@jpmorgan.com
andrew.worth@jpmorgan.com
andrew.x.stern@jpmorgan.com
angel.serrat@jpmorgan.com
angelita.legaspi@jpmorgan.com
angelo.mastromarini@jpmorgan.com
anis.m.lahlou-abid@jpmorgan.com
anja.grenner@jpmorgan.com
anjum.hoda@jpmorgan.com
ann.doherty@jpmorgan.com
ann.e.heidenreich@jpmorgan.com
anna.joannou@jpmorgan.com
anna.m.kielbratowska@jpmorgan.com
anna.x.haynes@jpmorgan.com
annapaola.am.marchi@jpmorgan.com
anne.m.thalman@jpmorgan.com
anne-marie.fink@jpmorgan.com
anthony.attardo@jpmorgan.com
anthony.l.karydakis@jpmorgan.com
anthony.m.brown@jpmorgan.com
anthony.r.candelmo@jpmorgan.com
antoine.bertagna@jpmorgan.com
antonia.morales@jpmorgan.com
antony.x.vallee@jpmorgan.com
armand.ursino@jpmorgan.com
arons_ronald@jpmorgan.com
arthur.cenci@jpmorgan.com
ascone_marjorie@jpmorgan.com
ashay.b.shirsat@jpmorgan.com

**Company & Corresponding Email Addresses**

ashley.marynick@jpmorgan.com
ashraf.e.ansary@jpmorgan.com
ashraf.x.ali@jpmorgan.com
asif.jeevanjee@jpmorgan.com
aspin_robert@jpmorgan.com
augustin_vladimir@jpmorgan.com
austin.c.forey@jpmorgan.com
austin.x.carpenter@jpmorgan.com
avi.korn@jpmorgan.com
azelby_joseph@jpmorgan.com
baez-sacasa_alejandro@jpmorgan.com
bailey.r.dalton@jpmorgan.com
bala.iyer@jpmorgan.com
balakrishnan.prakash@jpmorgan.com
barbara.d.dejesus@jpmorgan.com
barry.griffin@jpmorgan.com
beck_kevin@jpmorgan.com
beltran.lastra@jpmorgan.com
ben.g.stapley@jpmorgan.com
ben.x.pumfrett@jpmorgan.com
benjamin.schiessle@jpmorgan.com
benoit.stroesser@jpmorgan.com
berk_steven@jpmorgan.com
betty.x.boatemaah@jpmorgan.com
beverly.m.dewar@jpmorgan.com
bhairavi.x.mansukhani@jpmorgan.com
bill.gilbert@jpmorgan.com
billotti_john@jpmorgan.com
bilquis.nasiruddin.ahmed@jpmorgan.com
biral.devani@jpmorgan.com
bobby.uberoi@jpmorgan.com
borowiec_elizabeth@jpmorgan.com
brad.l.frishberg@jpmorgan.com
bradford.b.sahler@jpmorgan.com
bradley.schwartz@jpmorgan.com
brandon.yambo@jpmorgan.com
brendan.obrien@jpmorgan.com
brenner_susan@jpmorgan.com
brett.jones@jpmorgan.com
brett.x.schneider@jpmorgan.com
brian.e.schlegel@jpmorgan.com
brian.keith.green@jpmorgan.com
brian.m.walsh@jpmorgan.com
brian.p.murray@jpmorgan.com
brian.w.mcdonald@jpmorgan.com
brian.y.kim@jpmorgan.com
brittany.j.johnson@jpmorgan.com
brooke.s.petersen@jpmorgan.com
broseman_rosa@jpmorgan.com
bruce.c.kasman@jpmorgan.com
bruce.j.williams@jpmorgan.com
brunel_jean@jpmorgan.com
bruno.m.iksil@jpmorgan.com
bryn.thomas@jpmorgan.com

**Company & Corresponding Email Addresses**

bud.kroll@jpmorgan.com
burcu.ugurtas@jpmorgan.com
calum.p.cousins@jpmorgan.com
canning_andrew@jpmorgan.com
carl.c.dou@jpmorgan.com
carl.sutter@jpmorgan.com
carlo.x.draghi@jpmorgan.com
carol.k.chen@jpmorgan.com
carol.x.mills@jpmorgan.com
carolina.e.caballero@jpmorgan.com
carrillo_luis@jpmorgan.com
carsten.mueller@jpmorgan.com
carter.millicent@jpmorgan.com
cary.j.fitzgerald@jpmorgan.com
casey.a.basil@jpmorgan.com
cassandra.edmondson2@jpmorgan.com
catanzaro_marian@jpmorgan.com
catherine.byrne@jpmorgan.com
catherine.m.smith@jpmorgan.com
catherine.poulton@jpmorgan.com
catherine.williams@jpmorgan.com
ce.x.bian@jpmorgan.com
cecilia.junker@jpmorgan.com
cembalest_michael@jpmorgan.com
chad.a.engelbert@jpmorgan.com
chaplin_john@jpmorgan.com
chappelear_peter@jpmorgan.com
charlene.l.mascio@jpmorgan.com
charles.faircloth@jpmorgan.com
charles.x.conrath@jpmorgan.com
charlie.covill@jpmorgan.com
charlotte.hems@jpmorgan.com
charlotte.s.morita@jpmorgan.com
chee.uk.chow@jpmorgan.com
cheryl.duffy@jpmorgan.com
cheryl.l.rocker@jpmorgan.com
chetun.patel@jpmorgan.com
chi.h.diep@jpmorgan.com
chiragkirti.mehta@jpmorgan.com
chris.d.mackinson@jpmorgan.com
chris.e.lynch@jpmorgan.com
chris.ling@jpmorgan.com
chris.llewelyn@jpmorgan.com
chris.s.hutton@jpmorgan.com
chris.t.herbster@jpmorgan.com
christian.karg@jpmorgan.c
christian.s.pecher@jpmorgan.com
christine.phillpotts@jpmorgan.com
christopher.d.maizys@jpmorgan.com
christopher.emanuel@jpmorgan.com
christopher.fiorelli@jpmorgan.com
christopher.g.tomasides@jpmorgan.com
christopher.jones@jpmorgan.com
christopher.l.fetes@jpmorgan.com

**Company & Corresponding Email Addresses**

christopher.m.carlucci@jpmorgan.com
christopher.m.turner@jpmorgan.com
christopher.m.wightman@jpmorgan.com
christopher.morrison@jpmorgan.com
christopher.striesow@jpmorgan.com
christopher.t.blum@jpmorgan.com
christopher.t.dove@jpmorgan.com
chu_allen@jpmorgan.com
ciara.p.kennedy@jpmorgan.com
cindy.freeman@jpmorgan.com
cini_gulce@jpmorgan.com
claire.oconnor@jpmorgan.com
clare.hart@jpmorgan.com
clark_pl@jpmorgan.com
clasen_chris@jpmorgan.com
claxton_jose@jpmorgan.com
colin.digby@jpmorgan.com
connie.plaehn@jpmorgan.com
conor.funge@jpmorgan.com
cory.l.pollock@jpmorgan.com
courtney.heard@jpmorgan.com
craig.a.thompson@jpmorgan.com
cs.venkatakrishnan@jpmorgan.com
curtis.a.white@jpmorgan.com
cynthia.p.davies@jpmorgan.com
cynthia.x.eng@jpmorgan.com
cyril.c.levy-marchal@jpmorgan.com
dachille_douglas@jpmorgan.com
dan.layton@jpmorgan.com
dan.rouse@jpmorgan.com
dana.croswhite@jpmorgan.com
daniel.brachfeld@jpmorgan.com
daniel.fromage@jpmorgan.com
daniel.g.robinson@jpmorgan.com
daniel.j.richards@jpmorgan.com
daniel.j.sleep@jpmorgan.com
daniel.j.williams@jpmorgan.com
daniel.m.gelfand@jpmorgan.com
daniel.m.kleiman@jpmorgan.com
daniel.s.kim@jpmorgan.com
daniel.x.thomas@jpmorgan.com
daniel.z.smith@jpmorgan.com
danielle.trichilo@jpmorgan.com
danny.sage@jpmorgan.com
dari.a.al-bader@jpmorgan.com
darren.hawker@jpmorgan.com
darren.oakley@jpmorgan.com
darren.t.rabenou@jpmorgan.com
dave.fucio@jpmorgan.com
dave.silberman@jpmorgan.com
dave.sivinski@jpmorgan.com
david.b.pasquale@jpmorgan.com
david.c.joiner@jpmorgan.com
david.g.berry@jpmorgan.com

**Company & Corresponding Email Addresses**

david.goulding@jpmorgan.com
david.halliden@jpmorgan.com
david.i.oliver@jpmorgan.com
david.j.allen@jpmorgan.com
david.j.brown@jpmorgan.com
david.j.houston@jpmorgan.com
david.j.kolasinski@jpmorgan.com
david.j.white@jpmorgan.com
david.key@jpmorgan.com
david.lochead@jpmorgan.com
david.m.barry@jpmorgan.com
david.m.neary@jpmorgan.com
david.mackie@jpmorgan.com
david.mirzai@jpmorgan.com
david.p.green@jpmorgan.com
david.parker@jpmorgan.com
david.s.bentley@jpmorgan.com
david.shairp@jpmorgan.com
david.sharpe@jpmorgan.com
david.small@jpmorgan.com
david.weinberger@jpmorgan.com
david_risa@jpmorgan.com
de_luccia_rob@jpmorgan.com
deborah.bowe@jpmorgan.com
deepa.p.majmudar@jpmorgan.com
del_rosario_ramon_gil@jpmorgan.com
delany_craig@jpmorgan.com
denis.cohen@jpmorgan.com
dennis.s.ruhl@jpmorgan.com
derek_kaufman@jpmorgan.com
devlin_john@jpmorgan.com
devlin_timothy@jpmorgan.com
dhonsi_sundeep_k@jpmorgan.com
diana.kiluta@jpmorgan.com
dina.shehata@jpmorgan.com
dinah.x.francoeur@jpmorgan.com
djukanovic_vladimir@jpmorgan.com
dominic.p.powell@jpmorgan.com
don.a.sanjose@jpmorgan.com
donald.j.osborne@jpmorgan.com
donna.schurmann@jpmorgan.com
dooley_douglas@jpmorgan.com
dorothy.flynn@jpmorgan.com
douglas. antonacci@jpmorgan.com
douglas.g.heinz@jpmorgan.com
douglas.goodwin@jpmorgan.com
douglas.h.gimple@jpmorgan.com
dpercella@jpmorgan.com
dugoff_richard@jpmorgan.com
dwayne.middleton@jpmorgan.com
ebbin.simon@jpmorgan.com
ebert_bernard@jpmorgan.com
echipare_rogel@jpmorgan.com
edsparr_patrik@jpmorgan.com

**Company & Corresponding Email Addresses**

edvard.major@jpmorgan.com
edward.p.walker@jpmorgan.com
efrain.nunez@jpmorgan.com
egan_peter@jpmorgan.com
ehiwario.o.efeyini@jpmorgan.com
elizabeth.cl.wilson@jpmorgan.com
emil.babayev@jpmorgan.com
emil.skulski@jpmorgan.com
emma.loftus@jpmorgan.com
emma.parnell@jpmorgan.com
emma.skipworth@jpmorgan.com
emmanuel.krause@jpmorgan.com
emmanuel.n.archampong@jpmorgan.com
emmet.a.jackson@jpmorgan.com
eric.de.sangues@jpmorgan.com
eric.marnandus@jpmorgan.com
eric.n.remole@jpmorgan.com
erica.k.bart@jpmorgan.com
erik.j.black@jpmorgan.com
estrada_sandra@jpmorgan.com
eugene.x.netis@jpmorgan.com
eva.keegan@jpmorgan.com
eva.walsh@jpmorgan.com
evangelos.x.delimbassis@jpmorgan.com
evgenia.i.kim@jpmorgan.com
evguenia.a.sokolova@jpmorgan.com
evrard.x.fraise@jpmorgan.com
eytan.shapiro@jpmorgan.com
faktorovich_mikhail@jpmorgan.com
falgun.jariwala@jpmorgan.com
faris.ayoub@jpmorgan.com
feder_abigail@jpmorgan.com
felise.l.agranoff@jpmorgan.com
finkelstein_stephen@jpmorgan.com
fiona.m.egan@jpmorgan.com
fiona.rowley@jpmorgan.com
fong_jarrod@jpmorgan.com
francesca.sanderson@jpmorgan.com
francisco.bengzon@jpmorgan.com
francois.j.brochard@jpmorgan.com
frank.delvecchio@jpmorgan.com
frank.r.gough@jpmorgan.com
fred.d.binka@jpmorgan.com
fred.loh@jpmorgan.com
frederic.j.hatt@jpmorgan.com
frederic.mouchel@jpmorgan.com
frederic.r.lexow@jpmorgan.com
frederick.a.sabetta@jpmorgan.com
fufidio_eve@jpmorgan.com
gabej.feder@jpmorgan.com
gabriella.a.barschdorff@jpmorgan.com
gaiane.oganessian@jpmorgan.com
gail.g.bownes@jpmorgan.com
gallant_bruce@jpmorgan.com

**Company & Corresponding Email Addresses**

gardella_george@jpmorgan.com
gareth.healey@jpmorgan.com
garfield.johnson.jr@jpmorgan.com
garrett.fish@jpmorgan.com
gary.liberman@jpmorgan.com
gary.madich@jpmorgan.com
gem.livingstone@jpmorgan.com
george.williams@jpmorgan.com
george.x.funganjera@jpmorgan.com
georgina.p.maxwell@jpmorgan.com
gertjan.koomen@jpmorgan.com
gheilerman_carla@jpmorgan.com
gilbert_richard@jpmorgan.com
gillian.butler@jpmorgan.com
giri.k.devulapally@jpmorgan.com
giselle.l.leon@jpmorgan.com
gladieux_jay@jpmorgan.com
glenn.gawronski@jpmorgan.com
globerman_polina@jpmorgan.com
gloria.h.fu@jpmorgan.com
goldman_steve@jpmorgan.com
gonzalez_raphael@jpmorgan.com
gordon.f.stransky@jpmorgan.com
gossman_michele@jpmorgan.com
gottfried.x.hoerich@jpmorgan.com
graciela.m.bernard@jpmorgan.com
graham.c.nicol@jpmorgan.com
greg.l.tuorto@jpmorgan.com
greg.swisher@jpmorgan.com
gregg.hrivnak@jpmorgan.com
gregory.a.mattiko@jpmorgan.com
gregory.g.fowlkes@jpmorgan.com
gripo_gina@jpmorgan.com
gus.moriana@jpmorgan.com
guy.dunham@jpmorgan.com
gwion.m.moore@jpmorgan.com
hamm_eric@jpmorgan.com
hannah-may.hawkins@jpmorgan.com
harpole_john@jpmorgan.com
harvey_g@jpmorgan.com
healy_margaret@jpmorgan.com
heiland_gunter@jpmorgan.com
helen.e.wild@jpmorgan.com
helen.y.weng@jpmorgan.com
helge.m.skibeli@jpmorgan.com
henry.b.berg@jpmorgan.com
holak_tim@jpmorgan.com
hollway_richard@jpmorgan.com
hongyan.x.zhang@jpmorgan.com
honig_paul@jpmorgan.com
huang_winston@jpmorgan.com
hugh.nickola@jpmorgan.com
hugo.alexander@jpmorgan.com
iain.t.stealey@jpmorgan.com

## Company & Corresponding Email Addresses

ian.g.cully@jpmorgan.com
ian.j.brown@jpmorgan.com
ian.r.butler@jpmorgan.com
ian.r.henderson@jpmorgan.com
ido.eisenberg@jpmorgan.com
ikeda_karen@jpmorgan.com
ines.x.risques@jpmorgan.com
inna.semenchuk@jpmorgan.com
isabel.dubra-paramos@jpmorgan.com
izana.wanahmad@jpmorgan.com
j.brian.hunter@jpmorgan.com
jack.crawford@jpmorgan.com
jack.s.crawford@jpmorgan.com
jackman_jeffrey@jpmorgan.com
jaco.a.venter@jpmorgan.com
jacob.w.gibson@jpmorgan.com
jacopo.g.saccheri@jpmorgan.com
jacqueline.a.mihalik@jpmorgan.com
jacqueline.flake@jpmorgan.com
jacqueline.x.white@jpmorgan.com
jakobson_patrick@jpmorgan.com
james.a.pitkin@jpmorgan.com
james.ahn@jpmorgan.com
james.c.ho@jpmorgan.com
james.d.mcnerny@jpmorgan.com
james.e.bauman@jpmorgan.com
james.e.gibson@jpmorgan.com
james.f.drake@jpmorgan.com
james.gregory@jpmorgan.com
james.h.stothard@jpmorgan.com
james.illsley@jpmorgan.com
james.j.howie@jpmorgan.com
james.m.ireland@jpmorgan.com
james.m.mcloughlin@jpmorgan.com
james.mahon@jpmorgan.com
james.p.shanahan@jpmorgan.com
james.r.andrew@jpmorgan.com
james.r.elliot@jpmorgan.com
james.r.kerr@jpmorgan.com
james.r.walker@jpmorgan.com
james.repard@jpmorgan.com
james.wt.fisher@jpmorgan.com
james.x.madison@jpmorgan.com
james.z.ford@jpmorgan.com
jamie.c.stephens@jpmorgan.com
jamie.silk@jpmorgan.com
jandrucko_b@jpmorgan.com
jane.buyers-russo@jpmorgan.com
jane.s.bennett@jpmorgan.com
jarred.sherman@jpmorgan.com
jason.a.king@jpmorgan.com
jason.b.chrein@jpmorgan.com
jason.k.hempel@jpmorgan.com
jason.ko@jpmorgan.com

**Company & Corresponding Email Addresses**

jason.l.minkler@jpmorgan.com
jason.r.fletcher@jpmorgan.com
jason.vaitukaitis@jpmorgan.com
jason.x.hall@jpmorgan.com
javier.x.martin-artajo@jpmorgan.com
jay.sashti@jpmorgan.com
jay.villanueva@jpmorgan.com
jean.j.lu@jpmorgan.com
jean.m.walshe@jpmorgan.com
jean-marc.bottazzi@jpmorgan.com
jeanna.m.howard@jpmorgan.com
jean-philippe.blua@jpmorgan.com
jean-philippe.f.odunlami@jpmorgan.com
jeff.bigden@jpmorgan.com
jeffrey.a.binette@jpmorgan.com
jeffrey.fountain@jpmorgan.com
jeffrey.hutz@jpmorgan.com
jeffrey.ignall@jpmorgan.com
jeffrey.m.braun@jpmorgan.com
jeffrey.r.lovell@jpmorgan.com
jeffrey.x.zhu@jpmorgan.com
jem.f.tien@jpmorgan.com
jenifer.k.garvey@jpmorgan.com
jeniffer.k.lee@jpmorgan.com
jennifer.b.press@jpmorgan.com
jennifer.tabak@jpmorgan.com
jeremy.s.kelton@jpmorgan.com
jeremy.wells@jpmorgan.com
jeremyuk.payne@jpmorgan.com
jeroen.k.huysinga@jpmorgan.com
jerome.w.aboucaya@jpmorgan.com
jes.staley@jpmorgan.com
jian.m.yao@jpmorgan.com
jigar.x.jain@jpmorgan.com
joanna.l.bewick@jpmorgan.com
joanne.froud@jpmorgan.com
joao.n.moutaliz@jpmorgan.com
joe.brambil@jpmorgan.com
joel.f.parrish@jpmorgan.com
john.a.o'brien@jpmorgan.com
john.baker@jpmorgan.com
john.c.bradley@jpmorgan.com
john.c.warren@jpmorgan.com
john.d.hodges@jpmorgan.com
john.d.stafford@jpmorgan.com
john.k.bigley@jpmorgan.com
john.mathai@jpmorgan.com
john.n.lux@jpmorgan.com
john.r.gray@jpmorgan.com
john.t.donohue@jpmorgan.com
john.updegraff@jpmorgan.com
john.w.wong@jpmorgan.com
johnna.m.godwin@jpmorgan.com
jon.b.jonsson@jpmorgan.com

**Company & Corresponding Email Addresses**

jon.j.ingram@jpmorgan.com
jon.p.debow@jpmorgan.com
jonathan.chung@jpmorgan.com
jonathan.g.warwick@jpmorgan.com
jonathan.j.obrien@jpmorgan.com
jonathan.k.simon@jpmorgan.com
jonathan.linden@jpmorgan.com
jonathan.m.cummings@jpmorgan.com
jonathan.s.beshel@jpmorgan.com
jonathon.a.brachle@jpmorgan.com
jonthan.l.tse@jpmorgan.com
jorge.araujo@jpmorgan.com
jorge.gallardo@jpmorgan.com
jose.antonio.ortiz@jpmorgan.com
joseph.fabre@jpmorgan.com
joseph.h.chia@jpmorgan.com
joseph.montalto@jpmorgan.com
joseph.s.jang@jpmorgan.com
joseph.w.walden@jpmorgan.com
josh.h.brunner@jpmorgan.com
joshua.p.golden@jpmorgan.com
jow_doris@jpmorgan.com
jpmim.us.equity.traders@jpmorgan.com
judi.vining@jpmorgan.com
julia.a.roberts@jpmorgan.com
julian.le.beron@jpmorgan.com
julian.leslie@jpmorgan.com
julie.boyd@jpmorgan.com
julie.harnett@jpmorgan.com
julie.pandolfi@jpmorgan.com
julie.s.ho@jpmorgan.com
julie.saussier@jpmorgan.com
julien.sallmard@jpmorgan.com
juliette.declercq@jpmorgan.com
jun.zang@jpmorgan.com
justin.s.goldstein@jpmorgan.com
justin.t.howell@jpmorgan.com
kachintsev_dmitrii@jpmorgan.com
kamel.askar@jpmorgan.com
kamran.moghadam@jpmorgan.com
karen.pallister@jpmorgan.com
karen.shapiro@jpmorgan.com
karl.x.lohninger@jpmorgan.com
karolina.x.berkowska@jpmorgan.com
karthik.x.rajan@jpmorgan.com
kasase.i.kabwe@jpmorgan.com
katherine.a.shepperd@jpmorgan.com
katherine.a.stallkamp@jpmorgan.com
katherine.e.joyce@jpmorgan.com
kathleen.stack@jpmorgan.com
kathryn.e.gross@jpmorgan.com
kathy.hagany@jpmorgan.com
katie.edmunds@jpmorgan.com
katrina.e.mooney@jpmorgan.com

**Company & Corresponding Email Addresses**

katy.e.thorneycroft@jpmorgan.com
kaval.x.jowhal@jpmorgan.com
kay.herr@jpmorgan.com
kei.f.chong@jpmorgan.com
keita.toda@jpmorgan.com
keith.d.bell@jpmorgan.com
keith.r.grindlay@jpmorgan.com
kelly.l.visser@jpmorgan.com
kelly.robin@jpmorgan.com
ken.x.thompson@jpmorgan.com
kenneth.j.young@jpmorgan.com
kerry.p.gilmore@jpmorgan.com
kevin.li2@jpmorgan.com
kevin.m.aylward@jpmorgan.com
kevin.m.martinez@jpmorgan.com
kevin.r.alger@jpmorgan.com
kevin.r.ng@jpmorgan.com
kevin.rainbird@jpmorgan.com
kezia.j.bauckham@jpmorgan.com
khalid.khan@jpmorgan.com
khoi.n.tran@jpmorgan.com
khursheed.b.shroff@jpmorgan.com
khyati.x.sundaram@jpmorgan.com
kimberly.a.bingle@jpmorgan.com
kressner_david@jpmorgan.com
kristina.krestva@jpmorgan.com
kristina.krsteva@jpmorgan.com
krzysztof.szczawinski@jpmorgan.com
kurek_gregory@jpmorgan.com
kyongsoo.noh@jpmorgan.com
lamlam.ng@jpmorgan.com
larry.e.playford@jpmorgan.com
larry.h.lee@jpmorgan.com
laura.a.blandford@jpmorgan.com
laura.a.jordan@jpmorgan.com
laura.gavin@jpmorgan.com
laura.x.huang@jpmorgan.com
laura.x.phengthong@jpmorgan.com
lauren.e.carter@jpmorgan.com
lauren.woolley@jpmorgan.com
laurence.g.jones@jpmorgan.com
laurent.puijalon@jpmorgan.com
lee.gilbert@jpmorgan.com
lee.m.bray@jpmorgan.com
lee.steven@jpmorgan.com
lee_s@jpmorgan.com
leeza.berschansky@jpmorgan.com
leila.gastil@jpmorgan.com
leonard_chris@jpmorgan.com
leonie.e.wiggins@jpmorgan.com
lerone.vincent@jpmorgan.com
liberman_alla@jpmorgan.com
lika.vaivao@jpmorgan.com
liliana.g.slavova@jpmorgan.com

## Company & Corresponding Email Addresses

liliana.s.rejchelt@jpmorgan.com
lillis_gerry@jpmorgan.com
lin_susan@jpmorgan.com
linda.x.raggi@jpmorgan.com
linehan_lisa@jpmorgan.com
lisa.alderson@jpmorgan.com
lisa.boncaldo@jpmorgan.com
lisa.j.shin@jpmorgan.com
lisa.kopff@jpmorgan.com
lisa.l.schmidt@jpmorgan.com
lisa.s.sadioglu@jpmorgan.com
liz.nolan@jpmorgan.com
liz.williams@jpmorgan.com
lloyd.doaman@jpmorgan.com
lloyd.h.hotchkiss@jpmorgan.com
locksley_liz@jpmorgan.com
lohmeyer_jeffrey@jpmorgan.com
lomtev_igor@jpmorgan.com
loney_fred@jpmorgan.com
loren.h.hawkyard@jpmorgan.com
louise.chase@jpmorgan.com
louise.p.sclafani@jpmorgan.com
luba.kagan@jpmorgan.com
lucy.a.dumelow@jpmorgan.com
lucy.a.pollitt@jpmorgan.com
luke.b.wahwerit@jpmorgan.com
luke.richdale@jpmorgan.com
luke.t.szymczak@jpmorgan.com
luke_thomas@jpmorgan.com
luster_brian@jpmorgan.com
lutova_natalia@jpmorgan.com
luying.wei@jpmorgan.com
lydia.c.vitalis@jpmorgan.com
lydia.j.turnbull@jpmorgan.com
lynch_sean@jpmorgan.com
maccone_richard@jpmorgan.com
maja.x.sala@jpmorgan.com
mala.mistry@jpmorgan.com
malave_vivian@jpmorgan.com
man.y.fong@jpmorgan.com
maniseng.m.sisamouth@jpmorgan.com
marc-christian.c.heitzer@jpmorgan.com
marena_patricia@jpmorgan.com
maria.mateo@jpmorgan.com
maria.x.smola@jpmorgan.com
marian.x.mcbride@jpmorgan.com
mariana.bernunzo@jpmorgan.com
marileen.b.koppenberg@jpmorgan.com
marin.i.bolanca@jpmorgan.com
marina.siniscalchi@jpmorgan.com
marisol.israel@jpmorgan.com
mark.a.muehlnickel@jpmorgan.com
mark.ferguson@jpmorgan.com
mark.g.williamson@jpmorgan.com

**Company & Corresponding Email Addresses**

mark.h.prenger@jpmorgan.com
mark.m.jackson@jpmorgan.com
mark.peterson@jpmorgan.com
mark.stancher@jpmorgan.com
mark.w.thomas@jpmorgan.com
marlene.g.deluca@jpmorgan.com
martha_metcalf@jpmorgan.com
martin.d.king@jpmorgan.com
martin.lebouitz@jpmorgan.com
martin.porter@jpmorgan.com
martin.s.coward@jpmorgan.com
mary.p.kendziekski@jpmorgan.com
mary.x.vesey@jpmorgan.com
matt.rader@jpmorgan.com
matteo.maralla@jpmorgan.com
matthew.a.kinkel@jpmorgan.com
matthew.c.beesley@jpmorgan.com
matthew.nelson@jpmorgan.com
matthew.p.myers@jpmorgan.com
matthew.r.harriss@jpmorgan.com
matthew.t.kline@jpmorgan.com
matthieu.batard@jpmorgan.com
mawson_ron@jpmorgan.com
mcgrade_andrew@jpmorgan.com
megan.e.lunt@jpmorgan.com
mei-hing.lee@jpmorgan.com
meike.bliebenicht@jpmorgan.com
meiselas_robert@jpmorgan.com
melanie.l.griffiths@jpmorgan.com
melinda.mattox@jpmorgan.com
menashe.x.banit@jpmorgan.com
michael.a.marquez@jpmorgan.com
michael.barakos@jpmorgan.com
michael.camacho@jpmorgan.com
michael.e.burns@jpmorgan.com
michael.e.curtis@jpmorgan.com
michael.f.latargia@jpmorgan.com
michael.friedland@jpmorgan.com
michael.giliberto@jpmorgan.com
michael.girard@jpmorgan.com
michael.h.feser@jpmorgan.com
michael.j.garrett@jpmorgan.com
michael.j.irwin@jpmorgan.com
michael.loeffler@jpmorgan.com
michael.p.elhadj@jpmorgan.com
michael.phelps@jpmorgan.com
michael.r.caggia@jpmorgan.com
michael.r.myers@jpmorgan.com
michael.rosen@jpmorgan.com
michael.s.atchison@jpmorgan.com
michael.s.koutsoutis@jpmorgan.com
michael.schoenhaut@jpmorgan.com
michael.v.buscemi@jpmorgan.com
michael.z.brown@jpmorgan.com

## Company & Corresponding Email Addresses

michael.z.harary@jpmorgan.com
michelle.m.bohmer@jpmorgan.com
michelle.m.david@jpmorgan.com
mike.dr.jefferies@jpmorgan.com
milligan_jim@jpmorgan.com
minucci_dave@jpmorgan.com
miskinis_venantas@jpmorgan.com
mitchell.smith@jpmorgan.com
mohamed.nasrudin@jpmorgan.com
molt_stephan@jpmorgan.com
morris_bill@jpmorgan.com
morris_marie@jpmorgan.com
mstephenson@jpmorgan.com
muller_paul@jpmorgan.com
mulvihill_robert@jpmorgan.com
murali.sankar@jpmorgan.com
mustaq.f.rahaman@jpmorgan.com
nada.al.hussona@jpmorgan.com
nadia.boulila@jpmorgan.com
naline.s.singh@jpmorgan.com
nancy.f.hoch@jpmorgan.com
natalia.x.bucci@jpmorgan.com
nathalie.f.cuadrado@jpmorgan.com
neeraj.bewtra@jpmorgan.com
neil.x.picozzi@jpmorgan.com
neill.d.nuttall@jpmorgan.com
nichola.j.long@jpmorgan.com
nichola.m.lally@jpmorgan.com
nichola.rossetti@jpmorgan.com
nicholas.j.horne@jpmorgan.com
nicholas.j.yaxley@jpmorgan.com
nicholas.w.d'eramo@jpmorgan.com
nick.procter@jpmorgan.com
nick.wallum@jpmorgan.com
nicola.bauzone@jpmorgan.com
nicola.danese@jpmorgan.com
nicole.d.fazio@jpmorgan.com
nicole.k.malina@jpmorgan.com
nicole.m.melwood@jpmorgan.com
nicole.p.bermensolo@jpmorgan.com
nigel.arthur@jpmorgan.com
nigel.j.rayment@jpmorgan.com
nikol.c.miller@jpmorgan.com
nikolaos.argiriou@jpmorgan.com
ningsu.chan@jpmorgan.com
niola.a.santana@jpmorgan.com
niranjan.x.aiyagari@jpmorgan.com
nishesh.kumar@jpmorgan.com
nissotti_montano@jpmorgan.com
nitin.bhambhani@jpmorgan.com
nora.thoden@jpmorgan.com
noriko.kuroki@jpmorgan.com
north_charles@jpmorgan.com
nuwan.x.wijesinghe@jpmorgan.com

**Company & Corresponding Email Addresses**

obrien_jack@jpmorgan.com
oconnor_sandra@jpmorgan.com
ogur_scott@jpmorgan.com
olawale.a.dawodu@jpmorgan.com
oleg.i.biryulyov@jpmorgan.com
oliver.e.knowles@jpmorgan.com
olivia.e.maguire@jpmorgan.com
olivia.f.pember@jpmorgan.com
olivia.pember@jpmorgan.com
omid.naeimi@jpmorgan.com
osayande.x.ogunmwonyi@jpmorgan.com
otis.j.greene@jpmorgan.com
packer_samantha@jpmorgan.com
padley_m@jpmorgan.com
pamela.x.domanski@jpmorgan.com
panagiotis.s.vlachopoulos@jpmorgan.com
parag.s.parekh@jpmorgan.com
pastel_amy@jpmorgan.com
patricia.m.mcredmond@jpmorgan.com
patricia.tiensch@jpmorgan.com
patrick.c.griffin@jpmorgan.com
patrick.j.parr@jpmorgan.com
patrick.vermeulen@jpmorgan.com
patrizio.m.gregori@jpmorgan.com
paul.a.quinsee@jpmorgan.com
paul.bareman@jpmorgan.com
paul.coolen@jpmorgan.com
paul.corps@jpmorgan.com
paul.glands@jpmorgan.com
paul.herbert@jpmorgan.com
paul.j.federico@jpmorgan.com
paul.kw.neoh@jpmorgan.com
paul.m.joseph@jpmorgan.com
paul.m.lock@jpmorgan.com
paul.mckeaveney@jpmorgan.com
paul.r.donnelly@jpmorgan.com
paul.r.polichino@jpmorgan.com
paul.s.choi@jpmorgan.com
paul.s.hyatt@jpmorgan.com
paul.ukmt.blakeley@jpmorgan.com
paul.w.mcdonough@jpmorgan.com
paul.white2@jpmorgan.com
paul.x.byrne@jpmorgan.com
pavan.wadhwa@jpmorgan.com
pecoraro_michael@jpmorgan.com
peeler_sage@jpmorgan.com
peltekian_paul@jpmorgan.com
persaud_mary@jpmorgan.com
peter.d.edwards@jpmorgan.com
peter.d.simons@jpmorgan.com
peter.j.davis@jpmorgan.com
peter.j.robinson@jpmorgan.com
peter.k.kong@jpmorgan.com
peter.kerger@jpmorgan.com

## Company & Corresponding Email Addresses

peter.n.lawrence@jpmorgan.com
peter.roimisher@jpmorgan.com
peterson_bill@jpmorgan.com
phanella.i.mayall@jpmorgan.com
philip.c.morgan@jpmorgan.com
philip.c.street@jpmorgan.com
philip.k.perkins@jpmorgan.com
philip.p.lockyer@jpmorgan.com
philip.x.bird@jpmorgan.com
philippe.thomas@jpmorgan.com
phillip.d.hart@jpmorgan.com
phillips_charles@jpmorgan.com
piera.elisa.grassi@jpmorgan.com
piergiorgio.cellerino@jpmorgan.com
pierre.drevillon@jpmorgan.com
piksoo.chen@jpmorgan.com
pil_anton@jpmorgan.com
posada_cristian@jpmorgan.com
potter_brendan@jpmorgan.com
potter_nicholas@jpmorgan.com
puiyin.chan@jpmorgan.com
puja.u.kapadia@jpmorgan.com
quashie_aline@jpmorgan.com
quinn_forrest@jpmorgan.com
rachael.mcghee@jpmorgan.com
rachmi.n.dwiyandari@jpmorgan.com
rafael.freitas@jpmorgan.com
raffaele.zingone@jpmorgan.com
ralph.courtney@jpmorgan.com
ramon.pitter@jpmorgan.com
randy.wachtel@jpmorgan.com
rashmi.gupta@jpmorgan.com
ray.stancil@jpmorgan.com
raya.sokolyanska@jpmorgan.com
rebecca.l.krollman@jpmorgan.com
rebecca.l.sharp@jpmorgan.com
reidy_james@jpmorgan.com
rekha.k.halai@jpmorgan.com
rekha.k.sharma@jpmorgan.com
rene.ho@jpmorgan.com
rene.noel@jpmorgan.com
rhys.g.true@jpmorgan.com
rich_jamie@jpmorgan.com
richard.a.jarvis@jpmorgan.com
richard.c.davies@jpmorgan.com
richard.figuly@jpmorgan.com
richard.herbst@jpmorgan.com
richard.kim@jpmorgan.com
richard.m.hibell@jpmorgan.com
richard.s.bei@jpmorgan.com
richard.schoeb@jpmorgan.com
richard.taormina@jpmorgan.com
richard.w.bullock@jpmorgan.com
richard.x.austin@jpmorgan.com

**Company & Corresponding Email Addresses**

rick.davis@jpmorgan.com
rita.j.hanson@jpmorgan.com
rita.ukmt.mccarthy@jpmorgan.com
robert.bowman@jpmorgan.com
robert.c.amenta@jpmorgan.com
robert.c.colwell@jpmorgan.com
robert.haim@jpmorgan.com
robert.j.gould@jpmorgan.com
robert.j.morena@jpmorgan.com
robert.kendrick@jpmorgan.com
robert.l.cook@jpmorgan.com
robert.liu@jpmorgan.com
robert.lovisek@jpmorgan.com
robert.o.weller@jpmorgan.com
robert.pelligrini@jpmorgan.com
robert.t.gannon@jpmorgan.com
robert.vc.hubbard@jpmorgan.com
robert.w.jacob@jpmorgan.com
robert.weible@jpmorgan.com
robert.weissenstein@jpmorgan.com
roberts.l.grava@jpmorgan.com
robertus.w.prajogi@jpmorgan.com
robin.b.chance@jpmorgan.com
robin.green@jpmorgan.com
robin.s.asquith@jpmorgan.com
roddy.g.thomson@jpmorgan.com
rodolphe.saussier@jpmorgan.com
rodrigo.rodriguez@jpmorgan.com
rohan.kalyanpur@jpmorgan.com
roland.marchand@jpmorgan.com
ronnette.scarder@jpmorgan.com
rory.g.charity@jpmorgan.com
rosanna.s.singh@jpmorgan.com
roshan.k.kholil@jpmorgan.com
rufino.a.mendoza@jpmorgan.com
rumi.x.masih@jpmorgan.com
russell.j.miller@jpmorgan.com
russell.pudney@jpmorgan.com
russo_james@jpmorgan.com
ruth.hass@jpmorgan.com
ruth.x.priestley@jpmorgan.com
ryan.b.tse@jpmorgan.com
ryan.l.letchworth@jpmorgan.com
ryan_maria@jpmorgan.com
sacchitello_michael@jpmorgan.com
salvatore.deangelis@jpmorgan.com
sam.k.cheung@jpmorgan.com
sandeep.bhargava@jpmorgan.com
sandro.l.apostolico@jpmorgan.com
sandy.heilman@jpmorgan.com
sanjeev.khemlani@jpmorgan.com
sapan.b.shah@jpmorgan.com
sarah.emly@jpmorgan.com
sarah.j.gunn@jpmorgan.com

**Company & Corresponding Email Addresses**

sarah.r.dahan@jpmorgan.com
sarah-jane.morley@jpmorgan.com
schiebeler_ulrike@jpmorgan.com
scott.blasdell@jpmorgan.com
scott.d.eisenberg@jpmorgan.com
scott.da.smith@jpmorgan.com
scott.gis.kelly@jpmorgan.com
scott.m.berman@jpmorgan.com
scott.n.braunstein@jpmorgan.com
seamus.s.brown@jpmorgan.com
sean.d.hennelly@jpmorgan.com
sean.p.kruzel@jpmorgan.com
sebastian.luparia@jpmorgan.com
sebastian.r.farahnak@jpmorgan.com
sebastian.x.gutierrez@jpmorgan.com
seetha.garikapati@jpmorgan.com
serena.sheldrake@jpmorgan.com
seth.p.bernstein@jpmorgan.com
seth.x.miller@jpmorgan.com
shane.duffy@jpmorgan.com
shannon.t.mcgrael@jpmorgan.com
shaun_parkes@jpmorgan.com
shauna.k.mcelduff@jpmorgan.com
shilpee.x.raina@jpmorgan.com
shireen.jones@jpmorgan.com
sicat_jenny@jpmorgan.com
simon.a.poncet@jpmorgan.com
simon.j.ebbins@jpmorgan.com
simon.stredder@jpmorgan.com
simone.x.broadfield@jpmorgan.com
skwarek_lucia@jpmorgan.com
smelyanskiy_yuriy@jpmorgan.com
smith_mark_e@jpmorgan.com
snyder_john@jpmorgan.com
solimine_jennifer@jpmorgan.com
sonia.b.ravello@jpmorgan.com
sonia.leonard@jpmorgan.com
sonia.meskin@jpmorgan.com
soonef.x.kapadia@jpmorgan.com
sophie.bsch@jpmorgan.com
stacy.l.jester@jpmorgan.com
stefano.bellani@jpmorgan.com
stefano.x.nora@jpmorgan.com
stephanie.bishop@jpmorgan.com
stephanie.v.ruffie@jpmorgan.com
stephanie.x.price@jpmorgan.com
stephen.a.bondi@jpmorgan.com
stephen.d.marchini@jpmorgan.com
stephen.j.mitchell@jpmorgan.com
stephen.k.mayes@jpmorgan.com
stephen.marchini@jpmorgan.com
stephen.westbrook@jpmorgan.com
steve.j.wang@jpmorgan.com
steven.devine@jpmorgan.com

**Company & Corresponding Email Addresses**

steven.e.wharton@jpmorgan.com
steven.w.johnson@jpmorgan.com
stewart.whitehead@jpmorgan.com
strang_sarah@jpmorgan.com
stroh_karsten@jpmorgan.com
stuart.a.schweitzer@jpmorgan.com
stuart.d.connell@jpmorgan.com
stuart.d.ward@jpmorgan.com
stuart.schuster@jpmorgan.com
stuart.x.price@jpmorgan.com
susan.bao@jpmorgan.com
susan.m.chiavoli@jpmorgan.com
susan.parekh@jpmorgan.com
susan.roberts@jpmorgan.com
susana.aranda@jpmorgan.com
sweitzer_alicia@jpmorgan.com
sylvia.kambouris@jpmorgan.com
talia.a.baron-hall@jpmorgan.com
talib.a.sheikh@jpmorgan.com
tan_janet@jpmorgan.com
tang_tony@jpmorgan.com
tarca_silvio@jpmorgan.com
tariq.a.ahmad@jpmorgan.com
tarun.chavda@jpmorgan.com
taylor.b.page@jpmorgan.com
tayne_rebecca@jpmorgan.com
teatom_robert@jpmorgan.com
tejas.m.patani@jpmorgan.com
tennille_william@jpmorgan.com
terance.chen@jpmorgan.com
terence.walls@jpmorgan.com
terry.dufrene@jpmorgan.com
terry.froggatt@jpmorgan.com
tess.chi@jpmorgan.com
thanh.p.nguyen@jpmorgan.com
theo.s.hadiwidjaja@jpmorgan.com
theodore.z.wyman@jpmorgan.com
theresa.a.demaio@jpmorgan.com
therese.bechet@jpmorgan.com
thomas.g.hauser@jpmorgan.com
thomas.h.mulligan@jpmorgan.com
thomas.m.le@jpmorgan.com
thomas.m.luddy@jpmorgan.com
thomas.n.davis@jpmorgan.com
thomas.r.lebertre@jpmorgan.com
thomas.russo@jpmorgan.com
thomas.w.aust@jpmorgan.com
thomas.x.buckingham@jpmorgan.com
thomas.x.charlet@jpmorgan.com
tim.adler@jpmorgan.com
tim.bailey@jpmorgan.com
tim.madraimov@jpmorgan.com
timothy.j.morris@jpmorgan.com
timothy.j.snyder@jpmorgan.com

**Company & Corresponding Email Addresses**

timothy.m.gamache@jpmorgan.com
timothy.m.shannon@jpmorgan.com
timothy.parton@jpmorgan.com
timothy.x.woods@jpmorgan.com
tishfield_marc@jpmorgan.com
tiya.walker@jpmorgan.com
tobias.x.mensing@jpmorgan.com
tolga.i.uzuner@jpmorgan.com
tom.maughan@jpmorgan.com
tom.murray@jpmorgan.com
tomislav.a.segaric@jpmorgan.com
tonya.l.vance@jpmorgan.com
traci.l.manford@jpmorgan.com
tracy.e.williams@jpmorgan.com
tron.r.wang@jpmorgan.com
tyler.h.patla@jpmorgan.com
urmas.wompa@jpmorgan.com
usman.x.naeem@jpmorgan.com
valladolid_michelle@jpmorgan.com
varcity.kariuki@jpmorgan.com
vassilios.x.koulovassilopoulos@jpmorgan.com
vedant.x.mehra@jpmorgan.com
vellanki_ramesh@jpmorgan.com
velock_walter@jpmorgan.com
venkatakrishnan_cs@jpmorgan.com
verdant.x.mehra@jpmorgan.com
verity.savage@jpmorgan.com
victor.s.henry@jpmorgan.com
victoria.a.lowrie@jpmorgan.com
vincent.spinelli@jpmorgan.com
virinder.seth@jpmorgan.com
vishal.x.thakkar@jpmorgan.com
vita_lorraine@jpmorgan.com
vitaly.n.kazakov@jpmorgan.com
vivek.k.shah@jpmorgan.com
vivek.sriram@jpmorgan.com
vivian.c.lin@jpmorgan.com
vonbernewitz_glenn@jpmorgan.com
w.scott.telford@jpmorgan.com
walsh_barbara@jpmorgan.com
wehrly_ronald@jpmorgan.com
weil_kimberly@jpmorgan.com
weiqun.zhou@jpmorgan.com
william.fitzgerald@jpmorgan.com
william.j.morgan@jpmorgan.com
william.r.simmons@jpmorgan.com
william.t.tallman@jpmorgan.com
williams_robert@jpmorgan.com
witcomb_gareth@jpmorgan.com
wonseok.x.choi@jpmorgan.com
wood_jr_kimgsley@jpmorgan.com
wood_steve@jpmorgan.com
wu_thomas@jpmorgan.com
xiaohan.h.song@jpmorgan.com

**Company & Corresponding Email Addresses**

yaa.offeibea.tamakloe@jpmorgan.com
yansong.chen@jpmorgan.com
yee-ng_constance@jpmorgan.com
yoshitsugu.x.yamamoto@jpmorgan.com
young.k.kwon@jpmorgan.com
youssef.benomar@jpmorgan.com
yu.he@jpmorgan.com
yuko.sugano@jpmorgan.com
yury.gruzglin@jpmorgan.com
yvonne.tran@jpmorgan.com
zenah.shuhaiber@jpmorgan.com
zheng_fang@jpmorgan.com
zhilun.pang@jpmorgan.com
zoe.a.harbut@jpmorgan.com

**jpmorganchase**

diane.leslie@jpmorganchase.com
espen.haug@jpmorganchase.com
marcelle.j.yunesletayf@jpmorganchase.com
scott.a.smithjr@jpmorganchase.com

**jpmorganfleming**

adam.matthews@jpmorganfleming.com
agustin.krisnawahjuesa@jpmorganfleming.com
aidan.d.shevlin@jpmorganfleming.com
alan.court@jpmorganfleming.com
albert.j.lee@jpmorganfleming.com
alex.ramos@jpmorganfleming.com
alexander.robins@jpmorganfleming.com
alexandra.w.gabriele@jpmorganfleming.com
alexandre.tcheng@jpmorganfleming.com
alistair.r.sayer@jpmorganfleming.com
amanda.g.sisson@jpmorganfleming.com
amelia.julian@jpmorganfleming.com
andrea.meschini@jpmorganfleming.com
andrew.hung@jpmorganfleming.com
andrew.j.orchard@jpmorganfleming.com
angeline.leong-sit@jpmorganfleming.com
anna.uppamar@jpmorganfleming.com
anne.lester@jpmorganfleming.com
anne.marden@jpmorganfleming.com
anton.c.pil@jpmorganfleming.com
aranzazu.m.sardina@jpmorganfleming.com
aries.yeo@jpmorganfleming.com
arthur.j.wichman@jpmorganfleming.com
arti.searle@jpmorganfleming.com
atsumi_erika@jpmorganfleming.com
bill.g.oneill@jpmorganfleming.com
brian.b.strange@jpmorganfleming.com
bryan.jaax@jpmorganfleming.com
carey.ball@jpmorganfleming.com
carnani.neetu@jpmorganfleming.com
carole.h.kopman@jpmorganfleming.com
carolyn.a.jones@jpmorganfleming.com
cchee@jpmorganfleming.com
cedric.rimaud@jpmorganfleming.com

**Company & Corresponding Email Addresses**

celia.de.rudder@jpmorganfleming.com
charles.geoghegan@jpmorganfleming.com
chris.complin@jpmorganfleming.com
chris.r.tracey@jpmorganfleming.com
christian.preussner@jpmorganfleming.com
christopher.d.walsh@jpmorganfleming.com
christopher.m.tufts@jpmorganfleming.com
claire.i.higgins@jpmorganfleming.com
colin.p.stock@jpmorganfleming.com
daemon.bear@jpmorganfleming.com
daire.t.dunne@jpmorganfleming.com
dan.underhill@jpmorganfleming.com
daniel.n.briggs@jpmorganfleming.com
daniel.s.kohn@jpmorganfleming.com
darren.gilhooly@jpmorganfleming.com
dave.esrig@jpmorganfleming.com
david.aldrich@jpmorganfleming.com
david.ansell@jpmorganfleming.com
david.c.winterle@jpmorganfleming.com
david.m.clarke@jpmorganfleming.com
david.m.gibbon@jpmorganfleming.com
david.n.martucci@jpmorganfleming.com
david.oller@jpmorganfleming.com
david.w.chan@jpmorganfleming.com
david.w.tan@jpmorganfleming.com
dharsono.hartono@jpmorganfleming.com
dirk.m.panter@jpmorganfleming.com
donald.clemmenson@jpmorganfleming.com
donald.gervais@jpmorganfleming.com
donald.r.amstad@jpmorganfleming.com
donna.mawson@jpmorganfleming.com
doreen.tan@jpmorganfleming.com
doris.j.grillo@jpmorganfleming.com
douglas.j.upton@jpmorganfleming.com
edmund.brandt@jpmorganfleming.com
eileen.r.cohen@jpmorganfleming.com
eleni.demetriou@jpmorganfleming.com
eloise.eloy@jpmorganfleming.com
eric.d.delomier@jpmorganfleming.com
fay.wong@jpmorganfleming.com
firstname.lastname@jpmorganfleming.com
francesco.conte@jpmorganfleming.com
frank.tango@jpmorganfleming.com
franz.j.loerch@jpmorganfleming.com
gary.a.dugan@jpmorganfleming.com
gary.schnierow@jpmorganfleming.com
george.bory@jpmorganfleming.com
george.iwanicki@jpmorganfleming.com
gerd.woort-menker@jpmorganfleming.com
hal.clark@jpmorganfleming.com
haris.skaliotis@jpmorganfleming.com
harriett.m.richmond@jpmorganfleming.com
helen.cord@jpmorganfleming.com
henry.digby@jpmorganfleming.com

**Company & Corresponding Email Addresses**

hester.s.muis@jpmorganfleming.com
howard.williams@jpmorganfleming.com
iris.hanking@jpmorganfleming.com
james.a.brown@jpmorganfleming.com
james.hanson@jpmorganfleming.com
james.m.yang@jpmorganfleming.com
james.reidy@jpmorganfleming.com
jamie.j.streeter@jpmorganfleming.com
jan.ho@jpmorganfleming.com
jan.loeys@jpmorganfleming.com
jason.clague@jpmorganfleming.com
jason.s.kass@jpmorganfleming.com
jason.straker@jpmorganfleming.com
jeffrey.j.grills@jpmorganfleming.com
jeffrey.r.lovell@jpmorganfleming.com
jeffrey.shen@jpmorganfleming.com
jeremy.ip@jpmorganfleming.com
jeremy.klein@jpmorganfleming.com
jessica.badillo@jpmorganfleming.com
jim.r.snow@jpmorganfleming.com
joan.l.huggins@jpmorganfleming.com
joe.mcconnell@jpmorganfleming.com
john.h.tobin@jpmorganfleming.com
john.paulsen@jpmorganfleming.com
john.schmucker@jpmorganfleming.com
john.stainsby@jpmorganfleming.com
jon.b.jonsson@jpmorganfleming.com
joseph.w.dvirgilio@jpmorganfleming.com
joshi.dhavel@jpmorganfleming.com
julie.clement@jpmorganfleming.com
karen.prooth@jpmorganfleming.com
kash.patel@jpmorganfleming.com
kathleen.hughes@jpmorganfleming.com
kevin.n.baker@jpmorganfleming.com
kirstine.lauritz@jpmorganfleming.com
kristin.t.corwin@jpmorganfleming.com
kurt.franklin@jpmorganfleming.com
lee.j.isley@jpmorganfleming.com
lee.spelman@jpmorganfleming.com
lionel.therond@jpmorganfleming.com
lisa.c.alexander@jpmorganfleming.com
lizzie.broadbent@jpmorganfleming.com
lorraine.e.dixon@jpmorganfleming.com
lucy.parkin@jpmorganfleming.com
maleho.mothibatsela@jpmorganfleming.com
malgorzata.b.wegrzynowska@jpmorganfleming.com
marc.h.glaser@jpmorganfleming.com
marcus.b.robinson@jpmorganfleming.com
marek.kiezun@jpmorganfleming.com
mark.daisley@jpmorganfleming.com
martin.callaghan@jpmorganfleming.com
martin.zoll@jpmorganfleming.com
martino.rigo@jpmorganfleming.com
mary.veale@jpmorganfleming.com

## Company & Corresponding Email Addresses

matias.silvani@jpmorganfleming.com
michael.ashridge@jpmorganfleming.com
michael.cm.wilson@jpmorganfleming.com
michael.mewes@jpmorganfleming.com
min.lie@jpmorganfleming.com
mona.h.girotra@jpmorganfleming.com
nabil.irfan@jpmorganfleming.com
nathalie.wolleb@jpmorganfleming.com
neil.ellerbeck@jpmorganfleming.com
neil.s.joseph@jpmorganfleming.com
nicholas.j.handley@jpmorganfleming.com
nicole.vettise@jpmorganfleming.com
oscar.osullivan@jpmorganfleming.com
pablo.forero@jpmorganfleming.com
pandora.omaset@jpmorganfleming.com
pascal.chrobocinski@jpmorganfleming.com
paul.collison@jpmorganfleming.com
paul.j.baker@jpmorganfleming.com
paul.j.stegmayer@jpmorganfleming.com
paul.w.dickson@jpmorganfleming.com
peter.askew@jpmorganfleming.com
peter.cheley@jpmorganfleming.com
peter.clelland@jpmorganfleming.com
peter.e.kocubinski@jpmorganfleming.com
peter.lawery@jpmorganfleming.com
peter.w.knight@jpmorganfleming.com
philip.camporeale@jpmorganfleming.com
rae.zakhary@jpmorganfleming.com
raluca.z.dalea@jpmorganfleming.com
raul.fernandez@jpmorganfleming.com
riccardo.taje@jpmorganfleming.com
rice_paul@jpmorganfleming.com
richard.herberth@jpmorganfleming.com
richard.j.ward@jpmorganfleming.com
richard.meth@jpmorganfleming.com
ritu.bhargava@jpmorganfleming.com
robert.e.matty@jpmorganfleming.com
robert.murphy@jpmorganfleming.com
robert.peel@jpmorganfleming.com
robert.sl.chen@jpmorganfleming.com
roger.m.hallam@jpmorganfleming.com
russell.chweidan@jpmorganfleming.com
samantha.wilson@jpmorganfleming.com
sanjay.kashyap@jpmorganfleming.com
sarah.e.mawby@jpmorganfleming.com
sarah.j.murdoch@jpmorganfleming.com
sian.maddieson@jpmorganfleming.com
stephane.jeanin@jpmorganfleming.com
stephanie.yang@jpmorganfleming.com
stephen.andrews@jpmorganfleming.com
stephen.m.szczepankiewicz@jpmorganfleming.com
steve.d.drew@jpmorganfleming.com
steve.roberts@jpmorganfleming.com
steven.t.ho@jpmorganfleming.com

**Company & Corresponding Email Addresses**

steven.w.johnson@jpmorganfleming.com
stewart.pemberton@jpmorganfleming.com
stuart.hapin@jpmorganfleming.com
stuart.maclean@jpmorganfleming.com
susan.mccabe@jpmorganfleming.com
susan.pritchard@jpmorganfleming.com
susanne.carrington@jpmorganfleming.com
ted.c.ufferfilge@jpmorganfleming.com
timothy.leask@jpmorganfleming.com
timothy.neumann@jpmorganfleming.com
todd.m.brown@jpmorganfleming.com
tom.cb.elliott@jpmorganfleming.com
uday.p.shah@jpmorganfleming.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.vonauer@jpmorganfleming.com
valerie.malter@jpmorganfleming.com
vicki.rosenberg@jpmorganfleming.com
victoria.m.paradis@jpmorganfleming.com
vidtoriya.d.mikityanskaya@jpmorganfleming.com
yan.lou@jpmorganfleming.com
yazann.romahi@jpmorganfleming.com

**jpmorganflemings**
lara.goodall@jpmorganflemings.com

**jpmorganflemming**
annabelle.bexiga@jpmorganflemming.com

**jpmorganlfeming**
daniel.t.hu@jpmorganlfeming.com

**jpmprganfleming**
nigel.manning@jpmprganfleming.com

**jpmrogan**
dirk.x.frohnert@jpmrogan.com

**jsf**
akabanez@jsf.co.jp
asakurak@jsf.co.jp
igutim@jsf.co.jp
isidet@jsf.co.jp
mizukas@jsf.co.jp
momose-y@jsf.co.jp
nadoyamat@jsf.co.jp
tagurit@jsf.co.jp
takakik@jsf.co.jp

**jsfund**
huwb@jsfund.cn

**jssb**
kbenson@jssb.com

**jsshk**
pamoore@jsshk.com

**jsun**
phoebehsu@jsun.com

**jt-int**
michael.deignan@jt-int.com

**judycalder**
judy@judycalder.com

**juliusbaer**

## Company & Corresponding Email Addresses

achraf.goneid@juliusbaer.com
adrian.sager@juliusbaer.com
agnese.testa@juliusbaer.com
al.pugliesi@juliusbaer.com
alan.hossain@juliusbaer.com
aldo.trinca@juliusbaer.com
alessandro.ghidini@juliusbaer.com
alexander.seiler@juliusbaer.com
alexander.shalash@juliusbaer.com
alexander.vanleeuwen@juliusbaer.com
alexandra.walker-ott@juliusbaer.com
alexandre.hakci@juliusbaer.com
alison.moynihan@juliusbaer.com
amer.othman@juliusbaer.com
andre.ammann@juliusbaer.com
andrea.gerst@juliusbaer.com
andrea.millacci@juliusbaer.com
andrea.quapp@juliusbaer.com
andreas.berger@juliusbaer.com
andreas.bluemke@juliusbaer.com
andreas.brugger@juliusbaer.com
andreas.grob@juliusbaer.com
andreas.loeliger@juliusbaer.com
andreas.rachor@juliusbaer.com
andreas.vogelsanger@juliusbaer.com
andreas.waelter@juliusbaer.com
andreg.mueller@juliusbaer.com
andreino.forni@juliusbaer.com
andrej.haenni@juliusbaer.com
andrew.middleton@juliusbaer.com
andrzej.blachut@juliusbaer.com
andy.kastner@juliusbaer.com
ann.murphy@juliusbaer.com
antonio.fazzone@juliusbaer.com
antonius.knep@juliusbaer.com
antony.sorgo@juliusbaer.com
armin.egli@juliusbaer.com
arnold.lienert@juliusbaer.com
beat.egger@juliusbaer.com
beat.matzinger@juliusbaer.com
beat.salzmann@juliusbaer.com
beat.wittmann@juliusbaer.com
benjamin.eichenberger@juliusbaer.com
benjamin.merlo@juliusbaer.com
bernhard.urech@juliusbaer.com
bogdan.manescu@juliusbaer.com
boris.cavka@juliusbaer.com
brigitta.adam@juliusbaer.com
britta.simon@juliusbaer.com
bruno.gmuer@juliusbaer.com
bruno.knechtle@juliusbaer.com
bruno.winiger@juliusbaer.com
capitalmarket@juliusbaer.com
capitalmarkets@juliusbaer.com

**Company & Corresponding Email Addresses**

carlo.capaul@juliusbaer.com
carmen.brusco@juliusbaer.com
carol.vernola@juliusbaer.com
cesare.prada@juliusbaer.com
chris.hutchfield@juliusbaer.com
christian.buehrer@juliusbaer.com
christian.dubs@juliusbaer.com
christian.gattiker@juliusbaer.com
christian.oesch@juliusbaer.com
christian.schnydrig@juliusbaer.com
christian.simond@juliusbaer.com
christof.stegmann@juliusbaer.com
christoph.bohner@juliusbaer.com
christoph.hiestand@juliusbaer.com
christoph.huber@juliusbaer.com
christoph.kummli@juliusbaer.com
christoph.nadler@juliusbaer.com
christoph.riniker@juliusbaer.com
christophe.eggman@juliusbaer.com
christophe.eggmann@juliusbaer.com
christophe.frisch@juliusbaer.com
christopher.jarman@juliusbaer.com
claude.diderich@juliusbaer.com
claudia.beyeler@juliusbaer.com
claudia.caballer@juliusbaer.com
claudio.studer@juliusbaer.com
corinne.hofmann@juliusbaer.com
cornelia.manser@juliusbaer.com
cpluhar@juliusbaer.com
curzio.copis@juliusbaer.com
cyrill.voser@juliusbaer.com
dan.rosenblatt@juliusbaer.com
daniel.albrecht@juliusbaer.com
daniel.bochsler@juliusbaer.com
daniel.espineira@juliusbaer.com
daniel.fernandez@juliusbaer.com
daniel.huber@juliusbaer.com
daniel.knauer@juliusbaer.com
daniel.kuhn@juliusbaer.com
daniel.schnyder@juliusbaer.com
daniel.stalder@juliusbaer.com
daniel.steiner@juliusbaer.com
daniel.waeber@juliusbaer.com
daniele.barone@juliusbaer.com
dany.rahme@juliusbaer.com
darren.milne@juliusbaer.com
darren.reece@juliusbaer.com
david.kaufmann@juliusbaer.com
david.kohl@juliusbaer.com
david.nietlispach@juliusbaer.com
david.schlumpf@juliusbaer.com
david.wartenweiler@juliusbaer.com
davidalexander.meier@juliusbaer.com
davide.delia@juliusbaer.com

## Company & Corresponding Email Addresses

ddeyhimi@juliusbaer.com
dean.gacanin@juliusbaer.com
dejan.srejic@juliusbaer.com
denise.anderson@juliusbaer.com
dick.howard@juliusbaer.com
dino.troendle@juliusbaer.com
dmeyer@juliusbaer.com
dominik.blaettler@juliusbaer.com
dominik.salvisberg@juliusbaer.com
dominique.piaz@juliusbaer.com
easteuro@juliusbaer.com
ed.mcgowan@juliusbaer.com
eduard.frauenfelder@juliusbaer.com
edward.ennis@juliusbaer.com
eirini.tsekeridou@juliusbaer.com
elena.krinina@juliusbaer.com
elliot.mayerhoff@juliusbaer.com
emiliano.fiedler@juliusbaer.com
enrico.berardo@juliusbaer.com
enzo.puntillo@juliusbaer.com
eric.bernhardt@juliusbaer.com
eric.konzerowsky@juliusbaer.com
ernst.glanzmann@juliusbaer.com
evangelia.ntagiantas@juliusbaer.com
ewf@juliusbaer.com
eyad.mashal@juliusbaer.com
fabien.weber@juliusbaer.com
fadi.ismail@juliusbaer.com
ferdinand.bardoly@juliusbaer.com
fixed.income@juliusbaer.com
gabriela.kohler@juliusbaer.com
george.schlagmueller@juliusbaer.com
gerhard.grebe@juliusbaer.com
gianni.bazzi@juliusbaer.com
giannino.basso@juliusbaer.com
giles.heseltine@juliusbaer.com
giorgio.loi@juliusbaer.com
giovanni.baestra@juliusbaer.com
giovanni.leonardo@juliusbaer.com
glen.wisher@juliusbaer.com
gsavoini@juliusbaer.com
guido.bolliger@juliusbaer.com
guido.marveggio@juliusbaer.com
guido.schickentanz@juliusbaer.com
hamish.findlater@juliusbaer.com
han.vanderdong@juliusbaer.com
hanspeter.huber@juliusbaer.com
heinz.henggeler@juliusbaer.com
hfops@juliusbaer.com
howard.surfleet@juliusbaer.com
hubert.konrad@juliusbaer.com
igor.beretta@juliusbaer.com
ilya.karmilov@juliusbaer.com
ingrid.blase@juliusbaer.com

**Company & Corresponding Email Addresses**

irindlisbacher@juliusbaer.com
isabella.petalas@juliusbaer.com
ivo.baelli@juliusbaer.com
jakob.baumgartner@juliusbaer.com
james.mcalevey@juliusbaer.com
jamil.bahous@juliusbaer.com
jan.plesar@juliusbaer.com
janwillem.acket@juliusbaer.com
jasmine.uecker@juliusbaer.com
jason.sessions@juliusbaer.com
javier.garcia@juliusbaer.com
jb_holding@juliusbaer.com
jbimmidoffice@juliusbaer.com
jbk@juliusbaer.com
jeanmarc.maillard@juliusbaer.com
jeanpierre.pfenninger@juliusbaer.com
jesus.apariciojerez@juliusbaer.com
joanne.barrington@juliusbaer.com
johannes.huth@juliusbaer.com
john.sinden@juliusbaer.com
joseeduardo.homemdemontes@juliusbaer.com
juerg.blattner@juliusbaer.com
juerg.egli@juliusbaer.com
juerg.mettler@juliusbaer.com
juerg.rimle@juliusbaer.com
justin.besterman@juliusbaer.com
kevin.lynesmith@juliusbaer.com
kostas.iordanidis@juliusbaer.com
laurence.kubli@juliusbaer.com
laurent.guignard@juliusbaer.com
lee.miranda@juliusbaer.com
lee.olearly@juliusbaer.com
linda.girvan@juliusbaer.com
louise.scott@juliusbaer.com
luca.bonanomi@juliusbaer.com
luciano.jannelli@juliusbaer.com
lukas.grenacher@juliusbaer.com
luke.kennedy@juliusbaer.com
madeleine.hofmann@juliusbaer.com
mairi.hall@juliusbaer.com
malek.boudiab@juliusbaer.com
manisha.patel@juliusbaer.com
marc.keller@juliusbaer.com
marc.thamm@juliusbaer.com
marc.wettmer@juliusbaer.com
marcel.krebs@juliusbaer.com
marco.flisi@juliusbaer.com
marco.nebiker@juliusbaer.com
margrit.koch@juliusbaer.com
mario.fraefel@juliusbaer.com
mario.gabella@juliusbaer.com
mark.oefeli@juliusbaer.com
mark.wilson@juliusbaer.com
markus.allemann@juliusbaer.com

**Company & Corresponding Email Addresses**

markus.allenspach@juliusbaer.com
markus.grimm@juliusbaer.com
markus.heyde@juliusbaer.com
markus.lang@juliusbaer.com
markus.puck@juliusbaer.com
martin.bruni@juliusbaer.com
martin.huber@juliusbaer.com
martin.hueppi@juliusbaer.com
martin.jufer@juliusbaer.com
martin.meili@juliusbaer.com
martin.schnauss@juliusbaer.com
mary.gottshall@juliusbaer.com
marybeth.lynch@juliusbaer.com
massimo.borghesi@juliusbaer.com
massimo.cavaletto@juliusbaer.com
matthias.ramser@juliusbaer.com
matthias.wildhaber@juliusbaer.com
mattia.gottardi@juliusbaer.com
mauch@juliusbaer.com
mauro.conoci@juliusbaer.com
mauro.vettorazzo@juliusbaer.com
mceffgen@juliusbaer.com
melvin.sigrist@juliusbaer.com
michael.lenhardt@juliusbaer.com
michael.lerch@juliusbaer.com
michael.rist@juliusbaer.com
michael.zbinden@juliusbaer.com
michel.fanti@juliusbaer.com
michel.vukotic@juliusbaer.com
michele.magnoni@juliusbaer.com
michiel.tobe@juliusbaer.com
miguel.paredones@juliusbaer.com
mike.zbinden@juliusbaer.com
minal.patel@juliusbaer.com
minka.nyberg@juliusbaer.com
moritz.baumann@juliusbaer.com
moritz.waelti@juliusbaer.com
mtoso@juliusbaer.com
nathalie.flury@juliusbaer.com
ned.roberts@juliusbaer.com
nicholas.pont@juliusbaer.com
nicolas.deskowronski@juliusbaer.com
nikos.pollakis@juliusbaer.com
njhangiani@juliusbaer.com
norbert.ruecker@juliusbaer.com
oliver.basler@juliusbaer.com
oliver.maslowski@juliusbaer.com
olivier.thommen@juliusbaer.com
pascal.fovini@juliusbaer.com
pascal.imboden@juliusbaer.com
pascal.isner@juliusbaer.com
patrick.coggi@juliusbaer.com
patrick.erb@juliusbaer.com
patrick.wanner@juliusbaer.com

## Company & Corresponding Email Addresses

patrick.wirth@juliusbaer.com
paul.horat@juliusbaer.com
peter.erpen@juliusbaer.com
peter.gebert@juliusbaer.com
peter.gerlach@juliusbaer.com
peter.reinmuth@juliusbaer.com
peter.schoenenberger@juliusbaer.com
peter.schuetz@juliusbaer.com
peterhenry.hale@juliusbaer.com
philip.payer@juliusbaer.com
philipp.rickenbacher@juliusbaer.com
philipp.schultze@juliusbaer.com
philipp.wickart@juliusbaer.com
philippe.wagner@juliusbaer.com
pierreandre.maccabez@juliusbaer.com
pierre-pascal.fovini@juliusbaer.com
raffaele.senese@juliusbaer.com
ralf.seifert@juliusbaer.com
ralph.weber@juliusbaer.com
ralph.zweidler@juliusbaer.com
reinhard.stutz@juliusbaer.com
rene.boulier@juliusbaer.com
rene.schneider@juliusbaer.com
rene.zahner@juliusbaer.com
reto.beerli@juliusbaer.com
reto.hintermann@juliusbaer.com
reto.schmidlin@juliusbaer.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
richard.loretan@juliusbaer.com
richard.steffen@juliusbaer.com
robert.nalbach@juliusbaer.com
robert.zimmermann@juliusbaer.com
roberto.cominotto@juliusbaer.com
roberto.ostinelli@juliusbaer.com
roger.degen@juliusbaer.com
roger.fluri@juliusbaer.com
roger.trussardi@juliusbaer.com
roger.wettstein@juliusbaer.com
roger.widmer@juliusbaer.com
roland.burger@juliusbaer.com
roland.germann@juliusbaer.com
roland.haltmeier@juliusbaer.com
roland.pfeuti@juliusbaer.com
rolf.aeberli@juliusbaer.com
rolf.streuli@juliusbaer.com
roman.canziani@juliusbaer.com
roman.straessle@juliusbaer.com
roman.vonah@juliusbaer.com
ronald.bechtle@juliusbaer.com
ronnie.budja@juliusbaer.com
ronny.beck@juliusbaer.com
salestrading@juliusbaer.fr
sandro.dorigo@juliusbaer.com

**Company & Corresponding Email Addresses**

sarah.craig@juliusbaer.com
sassan.zaker@juliusbaer.com
scilla.huangsun@juliusbaer.com
serge.bourbeau@juliusbaer.com
silvano.bortolin@juliusbaer.com
silvano.leardo@juliusbaer.com
silvano.sassano@juliusbaer.com
silvia.wegmann@juliusbaer.com
silvio.severino@juliusbaer.com
simon.brady@juliusbaer.com
simon.spalinger@juliusbaer.com
simone.baer@juliusbaer.com
simone.reiss@juliusbaer.com
stefan.angele@juliusbaer.com
stefan.bonfanti@juliusbaer.com
stefan.hofer@juliusbaer.com
stefan.misik@juliusbaer.com
stefan.wieler@juliusbaer.com
stefano.frondoni@juliusbaer.com
stefano.socchi@juliusbaer.com
stefano.spurio@juliusbaer.com
stella.dombrowsky@juliusbaer.com
stephan.huber@juliusbaer.com
stephan.jaeger@juliusbaer.com
stephan.schilken@juliusbaer.com
stephane.wuethrich@juliusbaer.com
stephen.lucas@juliusbaer.com
steve.michel@juliusbaer.com
stuart.butler@juliusbaer.com
thomas.aebli@juliusbaer.com
thomas.baechtold@juliusbaer.com
thomas.caflisch@juliusbaer.com
thomas.funk@juliusbaer.com
thomas.gruenenfelder@juliusbaer.com
thomas.hochstrasser@juliusbaer.com
thomas.petermann@juliusbaer.com
thomas.sturzenegger@juliusbaer.com
thomas.vonrohr@juliusbaer.com
tobias.widmer@juliusbaer.com
tom.monsen@juliusbaer.com
tommaso.bonanata@juliusbaer.com
tony.markwalder@juliusbaer.com
tony.pazaitis@juliusbaer.com
torsten.stilling@juliusbaer.com
urs.eilinger@juliusbaer.com
urs.matsch@juliusbaer.com
valentin.vondermuehll@juliusbaer.com
van@juliusbaer.com
vangelis.bratsikas@juliusbaer.com
vikas.sharma@juliusbaer.com
vincent.lagger@juliusbaer.com
volker.varnholt@juliusbaer.com
vpetronio@juliusbaer.com
walter.wichert@juliusbaer.com

**Company & Corresponding Email Addresses**

werner.bieri@juliusbaer.com
wwolfer@juliusbaer.com
yianna.tziovara@juliusbaer.com
yoshiki.ohmura@juliusbaer.com
yves.covi@juliusbaer.com
ziad.azzam@juliusbaer.com

**juliusbear**

christoph.frisch@juliusbear.com
henning.stein@juliusbear.com

**jwbristol**

admin@jwbristol.com
chm@jwbristol.com
dcm@jwbristol.com
evd@jwbristol.com
hma@jwbristol.com
hym@jwbristol.com
ik@jwbristol.com
jac@jwbristol.com
jae@jwbristol.com
jmf@jwbristol.com
kbm@jwbristol.com
ll@jwbristol.com
mhy@jwbristol.com
rel@jwbristol.com
res@jwbristol.com
rfc@jwbristol.com
rwh@jwbristol.com
slm@jwbristol.com
twh@jwbristol.com
wcl@jwbristol.com
wdw@jwbristol.com

**jwhmail**

ben_brodkowitz@jwhmail.com
chip_mcewen@jwhmail.com
joe_arnold@jwhmail.com
jordan_barnett@jwhmail.com
mark_rzepczynski@jwhmail.com
matt_driscoll@jwhmail.com
michael_flannery@jwhmail.com
nathan_roberts@jwhmail.com
robert_breyer@jwhmail.com

**jwseligman**

acostam@jwseligman.com
aguilarm@jwseligman.com
alpertm@jwseligman.com
alvarezd@jwseligman.com
bokharin@jwseligman.com
boovac@jwseligman.com
browninj@jwseligman.com
cahalyg@jwseligman.com
caofr@jwseligman.com
chalsonj@jwseligman.com
changj@jwseligman.com
chant@jwseligman.com

**Company & Corresponding Email Addresses**

choup@jwseligman.com
chris.kim@jwseligman.com
coheni@jwseligman.com
comerfoe@jwseligman.com
conwaym@jwseligman.com
cooleyd@jwseligman.com
coviellj@jwseligman.com
cunningham@jwseligman.com
daltom@jwseligman.com
diwana@jwseligman.com
eigenn@jwseligman.com
fayf@jwseligman.com
francoic@jwseligman.com
freedmac@jwseligman.com
greenwaj@jwseligman.com
guancioj@jwseligman.com
guidonep@jwseligman.com
hanf@jwseligman.com
helen.chan@jwseligman.com
hoaglane@jwseligman.com
hsuj@jwseligman.com
huntm@jwseligman.com
hurlowm@jwseligman.com
jamesa@jwseligman.com
josephd@jwseligman.com
kagaoanc@jwseligman.com
kuchtyaa@jwseligman.com
langloip@jwseligman.com
leoj@jwseligman.com
levyd@jwseligman.com
limap@jwseligman.com
lindeng@jwseligman.com
lub@jwseligman.com
luim@jwseligman.com
markj@jwseligman.com
mcguinnd@jwseligman.com
mehalice@jwseligman.com
mfilippo@jwseligman.com
misenhee@jwseligman.com
molesth@jwseligman.com
montanuk@jwseligman.com
mustarof@jwseligman.com
nausb@jwseligman.com
ngh@jwseligman.com
parowerr@jwseligman.com
peruris@jwseligman.com
phamq@jwseligman.com
pollutrn@jwseligman.com
ravenellm@jwseligman.com
rich.rosen@jwseligman.com
roseh@jwseligman.com
rossd@jwseligman.com
rosso@jwseligman.com
rothj@jwseligman.com

**Company & Corresponding Email Addresses**

royr@jwseligman.com
salujav@jwseligman.com
schmaltzd@jwseligman.com
schroederr@jwseligman.com
schulthm@jwseligman.com
senesek@jwseligman.com
sgrayson@jwseligman.com
shahr@jwseligman.com
sherenp@jwseligman.com
siegelg@jwseligman.com
srida@jwseligman.com
swagle@jwseligman.com
taibbil@jwseligman.com
thomass@jwseligman.com
vosse@jwseligman.com
wickp@jwseligman.com
wula@jwseligman.com
wusl@jwseligman.com
yosts@jwseligman.com
zirmanb@jwseligman.com

**jwvbristol**
hym@jwvbristol.com

**jybkebank**
rune@jybkebank.dk

**jyskebank**
andy@jyskebank.dk
anh@jyskebank.dk
bengzon@jyskebank.dk
betz@jyskebank.dk
biede@jyskebank.dk
bonde@jyskebank.dk
casper.albaek@jyskebank.dk
casper@jyskebank.dk
cb@jyskebank.dk
chni@jyskebank.dk
claus.hoejmark.jensen@jyskebank.dk
damhave@jyskebank.dk
evapaus@jyskebank.dk
frank.hoerning.andersen@jyskebank.dk
frank.soerensen@jyskebank.dk
gier@jyskebank.dk
groth@jyskebank.dk
hallberg@jyskebank.dk
haugaard@jyskebank.dk
henning-mortensen@jyskebank.dk
henrikhenriksen@jyskebank.dk
hhjensen@jyskebank.dk
hj@jyskebank.dk
houmann@jyskebank.dk
ib-madsen@jyskebank.dk
jakob.larsen@jyskebank.dk
janneskou@jyskebank.dk
jesper.klitgaard.frederiksen@jyskebank.dk
jg@jyskebank.dk

**Company & Corresponding Email Addresses**

jht@jyskebank.dk
john@jyskebank.dk
john-schmidt@jyskebank.dk
jp@jyskebank.dk
jrj@jyskebank.dk
kent_iversen@jyskebank.dk
kf@jyskebank.dk
kierkegaard@jyskebank.dk
kledel@jyskebank.dk
krage@jyskebank.ch
lars-almind@jyskebank.dk
li.hou@jyskebank.dk
line.kyndal@jyskebank.dk
ljuul@jyskebank.dk
lrasmussen@jyskebank.dk
luffe@jyskebank.dk
lyngsoe@jyskebank.dk
lysdahl@jyskebank.dk
m.holte@jyskebank.dk
m.luplau@jyskebank.dk
m.overgaard@jyskebank.dk
marcl@jyskebank.dk
mhlarsen@jyskebank.dk
michael-nielsen@jyskebank.dk
moo@jyskebank.dk
mrf@jyskebank.dk
msa@jyskebank.dk
oso@jyskebank.dk
overby@jyskebank.dk
pban@jyskebank.dk
pbe@jyskebank.dk
peha@jyskebank.dk
pkn@jyskebank.dk
poulsen@jyskebank.dk
r.ledager@jyskebank.dk
roegild@jyskebank.dk
severinsen@jyskebank.dk
skovenborg@jyskebank.dk
snn@jyskebank.dk
soeren.thomsen@jyskebank.dk
soeren@jyskebank.dk
sqj@jyskebank.dk
steen-madsen@jyskebank.dk
tbj@jyskebank.dk
thellesen@jyskebank.dk
thomas.a.klitbo@jyskebank.dk
tvh@jyskebank.dk

**jyskeinvest**

an@jyskeinvest.dk
andersr@jyskeinvest.dk
bjarne-staael@jyskeinvest.dk
boots-nielsen@jyskeinvest.dk
brian.kirk@jyskeinvest.dk
christensen@jyskeinvest.dk

## Company & Corresponding Email Addresses

christian.nagstrup@jyskeinvest.dk
jan.nellemann@jyskeinvest.dk
kaiser@jyskeinvest.dk
larsen-ledet@jyskeinvest.dk
mb@jyskeinvest.dk
nemec@jyskeinvest.dk
reeslev@jyskeinvest.dk
soeren.linde.nielsen@jyskeinvest.dk
tnielsen@jyskeinvest.dk
ulla.tarstrup@jyskeinvest.dk
veno@jyskeinvest.dk

### kag
marius.dorfmeister@kag.raiffeisen.at

### kairosinv
g.brera@kairosinv.com
r.condulmari@kairosinv.com

### kairospartners
a.azzolin@kairospartners.com
a.guglielmana@kairospartners.com
a.manfe@kairospartners.com
a.smith@kairospartners.com
a.tocchio@kairospartners.com
c.lane@kairospartners.com
d.galloni@kairospartners.com
f.castelli@kairospartners.com
k.aziz@kairospartners.com
m.fiumara@kairospartners.com
m.gesualdi@kairospartners.com
m.marcello@kairospartners.com
m.romualdi@kairospartners.com
m.vantol@kairospartners.com
n.giuliani@kairospartners.com
o.bastianelli@kairospartners.com
r.rosso@kairospartners.com
r.smith@kairospartners.com
s.howard@kairospartners.com
v.villa@kairospartners.com

### kaiseral
delona.moore@kaiseral.com

### kamconline
braikan@kamconline.com

### kanaly
bartzberger@kanaly.com
bcurlee@kanaly.com
dle@kanaly.com
dpowell@kanaly.com
kzenner@kanaly.com
tfussell@kanaly.com
thartzell@kanaly.com

### kap
bernt.christian.brun@kap.norges-bank.no
espen.skagen@kap.norges-bank.no
jens-petter.olsen@kap.norges-bank.no
knut.kobberstad@kap.norges-ba

## Company & Corresponding Email Addresses

morten.molde@kap.norges-bank.no
nbhei1@kap.norges-bank.no
nbhva1@kap.norges-bank.no
nbkse4@kap.norges-bank.no
nblea1@kap.norges-bank.no
nblqs1@kap.norges-bank.no
nbrse1@kap.norges-bank.no
nbttr1@kap.norges-bank.no
nbvan1@kap.norges-bank.no
odd-anders.willand@kap.norges-bank.no
odd-magne.fosen@kap.norges-bank.no
pauli.mortensen@kap.norges-bank.no
runa.urheim@kap.norges-bank.no
torgrim.roll@kap.norges-bank.no

### kapital
isam@kapital.folksam.se

### karlsruher
holger.lang@karlsruher.de

### kas
noeamilsupplied@kas.com

### kasbank
arjan.tol@kasbank.com
arjen.van.leeuwen@kasbank.com
bart.de.lange@kasbank.com
beta.steiner@kasbank.com
foppe.zwikstra@kasbank.com
hester.blaauw@kasbank.com
jeffrey.schippers@kasbank.com
jefrem.hutzezon@kasbank.com
jos.kroon@kasbank.com
maurice.kemper@kasbank.com
michel.bosch@kasbank.com
paul.suitela@kasbank.com
raymond.van.putten@kasbank.com
richard.abma@kasbank.com
rob.spil@kasbank.com
roel.de.groot@kasbank.com
ruud.van.de.putte@kasbank.com

### kasl
julia.wane@kasl.co.uk
neale.sterio@kasl.co.uk

### kathrein
harald.besser@kathrein.at
josef.stadler@kathrein.at

### kaupthing
adalsteinn@kaupthing.net
apollard@kaupthing.net
dag.sletmo@kaupthing.no
mark.roylance@kaupthing.com
omart@kaupthing.is
ragnar@kaupthing.is
runa@kaupthing.is
scottbarham@kaupthing.net

### kawachi

## Company & Corresponding Email Addresses

toratora@kawachi.zaq.ne.jp

### kayne
baquino@kayne.com
jchristensen@kayne.com
jkutasov@kayne.com
jnadal@kayne.com
juenishi@kayne.com
kchen@kayne.com
kfriedricks@kayne.com
kyamada@kayne.com
millerm@kayne.com
rschwarzkopf@kayne.com
rsherry@kayne.com
sgleason@kayne.com
tbailey@kayne.com

### kb
adolf_kapic@kb.cz
alojz_lacko@kb.cz
frantisek_kanka@kb.cz
ivan_varga@kb.cz
jan_drahota@kb.cz
jan_nejedly@kb.cz
jan_vejmelek@kb.cz
jurgen_grieb@kb.cz
karel_volesky@kb.cz
lubos_kolarik@kb.cz
mk.kim@kb.co.kr
petr_holubec@kb.cz
sona_sikorova@kb.cz

### kbank
erik.haugland@kbank.no
gregard.mikkelborg@kbank.no
sveinung.drydal@kbank.no

### kbc
david.dent@kbc.be
dennis.graham@kbc.be
hugo.houtman@kbc.be
jacques.deraeymaeker@kbc.be
jean-pierre.diels@kbc.be
lawrence.manochio@kbc.be
randolph.vineis@kbc.be

### kbcaim
arthur.strassle@kbcaim.com
brandon.way@kbcaim.com
brian.murphy@kbcaim.com
damir.delic@kbcaim.com
david.k@kbcaim.com
luke.edwards@kbcaim.com
quincy.scott@kbcaim.com
stephen.salemy@kbcaim.com

### kbcam
luke.macredmond@kbcam.com
padraic.nolan@kbcam.com

### kbcbank

**Company & Corresponding Email Addresses**

joe.mckendry@kbcbank.ie
john.cusack@kbcbank.ie
oran.murphy@kbcbank.ie

**kbcfp**

brandon.way@kbcfp.com
chris.chesney@kbcfp.com
christopher.lust@kbcfp.com
david.manheimer@kbcfp.com
erik.white@kbcfp.com
jorge.macias@kbcfp.com
ken.revell@kbcfp.com
krish.maheswaran@kbcfp.com
mark.sullivan@kbcfp.com
matthew.popper@kbcfp.com
noah.millman@kbcfp.com
raj@kbcfp.com
suraj.gohil@kbcfp.com
synergy@kbcfp.com
thomas.korossy@kbcfp.com

**kbd**

cksong@kbd.co.kr
kshope@kbd.co.kr

**kbluxembourg**

adrianosullivan@kbluxembourg.ie
andrewcree@kbluxembourg.ie
deloreskeegan@kbluxembourg.ie

**kbsar**

yjpack63@kbsar.co.kr

**kbstar**

bill@kbstar.co.kr
ckpark@kbstar.co.kr
euimyungjung@kbstar.co.kr
eunhee11@kbstar.co.kr
gimiroo@kbstar.co.kr
grandblue@kbstar.co.kr
hajeong@kbstar.co.kr
hck1964@kbstar.co.kr
hwangmt@kbstar.co.kr
ij007@kbstar.co.kr
jwahn@kbstar.co.kr
klbshin@kbstar.co.kr
kseses@kbstar.co.kr
kyghope@kbstar.co.kr
moonilsoo@kbstar.co.kr
mwjf0414@kbstar.co.kr
oklove25@kbstar.co.kr
qkrn2984@kbstar.co.kr
scjung2006@kbstar.co.kr
shcho1@kbstar.co.kr
sijoo@kbstar.com
skylark@kbstar.co.kr
ykkim71@kbstar.co.kr
yogukim@kbstar.com

**kbw**

## Company & Corresponding Email Addresses

adiantonio@kbw.com
bmohr@kbw.com
bmurphy@kbw.com
bnucera@kbw.com
cmiranda@kbw.com
cwebber@kbw.com
darnstein@kbw.com
ddaniel@kbw.com
deberling@kbw.com
dnatt@kbw.com
dolitsky@kbw.com
jcahill@kbw.com
jhanley@kbw.com
jmccloskey@kbw.com
jragan@kbw.com
jrobins@kbw.com
jscanlon@kbw.com
kre@kbw.com
mcasey@kbw.com
mccorry@kbw.com
mmulrooney@kbw.com
rgrant@kbw.com
rhaggard@kbw.com
rkeane@kbw.com
rward@kbw.com
sjaffe@kbw.com
tmaglia@kbw.com

### kdb

abs@kdb.co.kr
andy@kdb.co.kr
anparkij@kdb.co.kr
anparkij@kdb.com.kr
arang93@kdb.co.kr
asj@kdb.co.kr
bond@kdb.co.kr
bongchoi@kdb.co.kr
buriburi@kdb.co.kr
cho0305@kdb.co.kr
davidwyatt@kdb.co.kr
dhschoi@kdb.co.kr
dkkim@kdb.co.kr
dmkim@kdb.co.kr
eklee@kdb.co.kr
ezine@kdb.co.kr
gil.yoon@kdb.co.kr
gyunny@kdb.co.kr
h3986052@kdb.co.kr
hjcho@kdb.co.kr
hmkwon@kdb.co.kr
hschun@kdb.co.kr
hylee@kdb.co.kr
hyon@kdb.co.kr
ihmin@kdb.co.kr
iljung@kdb.co.kr

**Company & Corresponding Email Addresses**

jinsip@kdb.co.kr
johnwoo@kdb.co.kr
jsjuan@kdb.co.kr
kchung@kdb.co.kr
kckpk@kdb.co.kr
kdbbridge@kdb.co.kr
kdbman@kdb.co.kr
kdbyj@kdb.co.kr
kspark@kdb.co.kr
magician@kdb.co.kr
mkpark@kdb.co.kr
moersso@kdb.co.kr
nchung@kdb.co.kr
nkkim@kdb.co.kr
parksh@kdb.co.kr
sara_cole@kdb.co.kr
soho@kdb.co.kr
song58@kdb.co.kr
sonnylee@kdb.co.kr
ssohn@kdb.co.kr
sunmye@kdb.co.kr
sunwkim@kdb.co.kr
sycheong@kdb.co.kr
syhong@kdb.co.kr
sypark@kdb.co.kr
thsung@kdb.co.kr
toto@kdb.co.kr
tzulung@kdb.co.kr
wonhk@kdb.co.kr
wonnieryu@kdb.co.kr
yann@kdb.co.kr
yhj@kdb.co.kr
yjkim@kdb.co.kr
yooni246@kdb.co.kr
yooskim@kdb.co.kr
younsp@kdb.co.kr
zoom1220@kdb.co.kr

**kddi**
hh-aikawa@kddi.com
kddi-ir@kddi.com
masa-horiike@kddi.com
sa-kin@kddi.com

**kdfhi**
r...@kdfhi.com

**keb**
bigmoney@keb.co.kr
brady@keb.co.kr
bsekim@keb.co.kr
bspl@keb.co.kr
chkang@keb.co.kr
dcchung@keb.co.kr
email@keb.co.kr
freeway@keb.co.kr
hjjeon@keb.co.kr

**Company & Corresponding Email Addresses**

jade@keb.co.kr
jeff21@keb.co.kr
jenny@keb.co.kr
kebbond@keb.co.kr
kklee@keb.co.kr
ks0421@keb.co.kr
ldk93099@keb.co.kr
leesan@keb.co.kr
leewave@keb.co.kr
moyya@keb.co.kr
randyish@keb.co.kr
skylee@keb.co.kr
snr009@keb.co.kr
stephan@keb.co.kr
tbanker@keb.co.kr
ygary@keb.co.kr

**kebcard**

kap@kebcard.co.kr
werner@kebcard.co.kr

**keleher**

research@keleher.info

**kempen**

ahei@kempen.nl
apaisley@kempen.nl
awie@kempen.nl
bert.cop@kempen.nl
bmurray@kempen.nl
cjan@kempen.nl
cpot@kempen.nl
cric@kempen.nl
dakk@kempen.nl
dvla@kempen.nl
dwil@kempen.nl
eeng@kempen.nl
fann@kempen.nl
firstinitialsurname@kempen.nl
fmac@kempen.nl
gwri@kempen.nl
hach@kempen.nl
hcuthbert@kempen.nl
hgru@kempen.nl
jfra@kempen.nl
jmol@kempen.nl
jobos@kempen.nl
jvankooten@kempen.nl
ldljkstra@kempen.nl
lplo@kempen.nl
mdre@kempen.nl
mlaa@kempen.nl
ndun@kempen.nl
nhen@kempen.nl
plaa@kempen.nl
pmol@kempen.nl
rhar@kempen.nl

## Company & Corresponding Email Addresses

rkli@kempen.nl
rlei@kempen.nl
rpol@kempen.nl
rvin@kempen.nl
spra@kempen.nl
vjan@kempen.nl
wim.westerop@kempen.nl
wkas@kempen.nl
wvri@kempen.nl

### kemper
adrianne.clark@kemper.com
dan.chung@kemper.com
dolores.bufanio@kemper.com
jacquelyn.benson@kemper.com
michael.mcnamara@kemper.com
pblancha@kemper.com
robin.hermann@kemper.com
ronald.tesmond@kemper.com
scott.leonard@kemper.com

### kems
pifss7@kems.net

### kenmontinvestments
ddurham@kenmontinvestments.com

### kennedyusa
shobik@kennedyusa.com

### kentaku
if011020@kentaku.co.jp

### kentuckyfarmersbank
crussell@kentuckyfarmersbank.com

### kepco
k723349@kepco.co.jp

### keppelbank
siu_gim_lee@keppelbank.com.sg

### kerner
lou@kerner.tv

### keva
erika.tikka@keva.fi
fredrik.forssell@keva.fi
juha.viitanen@keva.fi
jukka.taskinen@keva.fi
kari.haataja@keva.fi
karri.makitalo@keva.fi
kimmo.lehto@keva.fi
maaria.kettunen@keva.fi
markus.frosterus@keva.fi
markus.pauli@keva.fi
mika.makitalo@keva.fi
mika.vihtonen@keva.fi
mikko.komi@keva.fi
niina.bergring@keva.fi
visa.manninen@keva.fi

### keximasia
ycok@keximasia.com.hk

### key

## Company & Corresponding Email Addresses

bill_segura@key.com
bradley_s_norton@key.com
brian_j_vogel@key.com
brian_s_quay@key.com
brian_weber@key.com
cathy_e_lawrenz@key.com
dana_s_berkley@key.com
daniel_j_jacoby@key.com
deborah_newman@key.com
donald_f_carmichael@key.com
eric_p_rasmussen@key.com
frederick_m_bercher@key.com
greg_j_deeks@key.com
heidi_l_cornish@key.com
john_m_ryan@key.com
joseph_d_polsinelli@key.com
kathy_hutka@key.com
ken_snyder@key.com
lawrence_hall@key.com
lisa_b_rosenthal@key.com
marilyn_a_kysela@key.com
mark_eckman@key.com
mary_cologero@key.com
mpanichi@key.com
paula_pikus@key.com
scott_gray@key.com
steve_dilbone@key.com
susan_h_bailey@key.com
susan_lindow@key.com
susan_witalis@key.com
theresa_m_bacon@key.com
tonnette_bufford@key.com

### keybanccm

abulic@keybanccm.com
claning@keybanccm.com
djosepho@keybanccm.com
jakewilliams@keybanccm.com
kgale@keybanccm.com
tmorris@keybanccm.com

### keybank

alison_gordon@keybank.com
amishi_kenia@keybank.com
amy_carlson@keybank.com
ann_bojka@keybank.com
chamie_townsend@keybank.com
chris_schneider@keybank.com
chris_white@keybank.com
christopher_g_mcneece@keybank.com
christopher_hunt@keybank.com
clint_weddell@keybank.com
daniel_ross@keybank.com
daniel_s_wilson@keybank.com
darlene_dimitrijevs@keybank.com
darrell_johnson@keybank.com

## Company & Corresponding Email Addresses

debra_l_klassen@keybank.com
dell_futch@keybank.com
dennis_t_diamond@keybank.com
dennis_w_jarecke@keybank.com
dhurata_zhuta@keybank.com
diane_l_lockard@keybank.com
dolores_e_rapacz@keybank.com
don_schilling@keybank.com
doug_s_carter@keybank.com
dusko_djukic@keybank.com
elyse_k_houser@keybank.com
eric_veneskey@keybank.com
fpurnell@keybank.com
fred_white@keybank.com
heather_g_ragazino@keybank.com
james_bailey@keybank.com
james_k_kaesberg@keybank.com
james_osborne@keybank.com
jason_tedor@keybank.com
jason_weaver@keybank.com
jean_liu@keybank.com
jeffery_j_weaver@keybank.com
joe_icabelli@keybank.com
john_e_case@keybank.com
john_kern@keybank.com
john_mason@keybank.com
john_r_hall@keybank.com
jonathan_i_shulman@keybank.com
joseph_stephan@keybank.com
joseph_vayda@keybank.com
joshua_a_peterson@keybank.com
judy_a_jones@keybank.com
k_brent_somers@keybank.com
karim_zein@keybank.com
kevin_alexander@keybank.com
kevin_j_sollitt@keybank.com
lisa_m_martin@keybank.com
louis_raffis@keybank.com
mark_torti@keybank.com
martha_e_raber@keybank.com
marybeth_b_simon@keybank.com
matthew_milcetich@keybank.com
matthew_wong@keybank.com
mdontje@keybank.com
michael_garruto@keybank.com
michael_huang@keybank.com
michael_j_barone@keybank.com
michael_sofranko@keybank.com
michael_t_harp@keybank.com
michael_w_dvorak@keybank.com
mike_conway@keybank.com
neil_a_kilbane@keybank.com
patrick_lyons@keybank.com
patrick_mayo@keybank.com

**Company & Corresponding Email Addresses**

paul_e_chismark@keybank.com
peter_j_azzinaro@keybank.com
ramon_t_stewart@keybank.com
richard_g_wolverton@keybank.com
rick_didonato@keybank.com
robert_lee@keybank.com
robyn_cichra@keybank.com
ron_gale@keybank.com
sandra_k_lehr@keybank.com
sbooth@keybank.com
scott_r_linkowski@keybank.com
stasie_kostova@keybank.com
steven_devejian@keybank.com
steven_wolken@keybank.com
susan_a_stewart@keybank.com
thomas_n_kovacevich@keybank.com
todd_e_hoffman@keybank.com
vernon_patterson@keybank.com
walter_j_henry@keybank.com
william_j_dennen@keybank.com
william_schlag@keybank.com

**keyspanenergy**

cdigilio@keyspanenergy.com
gluterman@keyspanenergy.com

**kfb**

aicpakim@kfb.co.kr
cwpark@kfb.co.kr
dwbarker@kfb.co.kr
esamkim@kfb.co.kr
hjekim@kfb.co.kr
hoonlee@kfb.co.kr
jaejpark@kfb.co.kr
jhanglee@kfb.co.kr
jhbahng@kfb.co.kr
jhjung@kfb.co.kr
jkim@kfb.co.kr
johnshin@kfb.co.kr
kcmin@kfb.co.kr
kimhs@kfb.co.kr
kyongkoo@kfb.co.kr
pan@kfb.co.kr
ranvir.dewan@kfb.co.kr
rcohen@kfb.co.kr
rcs@kfb.co.kr
recohen@kfb.co.kr
sarangmc@kfb.co.kr
shlee@kfb.co.kr
sjchung@kfb.co.kr
snlim@kfb.co.kr
syh@kfb.co.kr
wkchoi@kfb.co.kr
ykim@kfb.cokr

**kfbs**

ldcox@kfbs.com

## Company & Corresponding Email Addresses

### kff
ylee@kff.org

### kfhsh
d..@kfhsh.com

### kfondene
asc@kfondene.no

jtk@kfondene.no

### kfw
alexander.fanous@kfw.de

alexander.liebethal@kfw.de

andreas.hoffmann@kfw.de

andreas.knoop@kfw.de

andreas.mueller@kfw.de

andreas.saamann@kfw.de

andreas.tonn@kfw.de

annette.detken@kfw.de

armin.blum@kfw.de

astrid.meyer-baudeck@kfw.de

axel.breitbach@kfw.de

bastian.meyer@kfw.de

beate.forell@kfw.de

bettina.dorendorf@kfw.de

carlo.barz@kfw.de

carmen.colla@kfw.de

carmen.laws@kfw.de

carsten.kobel@kfw.de

carsten.reinhard@kfw.de

claus.porth@kfw.de

dana.krause-garcia@kfw.de

daniela.mohaupt@kfw.de

dieter.mallwitz@kfw.de

elmar.boelinger@kfw.de

frank.czichowski@kfw.de

frank.domm@kfw.de

frank.jolliet@kfw.de

frank.lang@kfw.de

fritz.frank@kfw.de

gerd.weller@kfw.de

gerhard.walther@kfw.de

gustav.dekment@kfw.de

hans.reich@kfw.com

harriet.wintzer@kfw.de

horst.seissinger@kfw.de

isabel.hackenbroch@kfw.de

jochen.leubner@kfw.de

joerg-andreas.duerr@kfw.de

johannes.koch@kfw.de

kerstin.scholtis@kfw.de

klaus-peter.eitel@kfw.de

konrad.vornhusen@kfw.de

manuela.strauch@kfw.de

marc.sattler@kfw.de

marco.freitag@kfw.de

marina.maras@kfw.de

**Company & Corresponding Email Addresses**

marion.marinov@kfw.de
markus.schladt@kfw.de
markus.schmidtchen@kfw.de
martin.habel@kfw.de
martin.jahn@kfw.de
matthias.zorn@kfw.de
michael.fetthauer@kfw.de
michaela.zimmermann@kfw.de
mirko.blumhoff@kfw.de
na@kfw.com
nicola.kampen@kfw.de
oleg.burd@kfw.de
omar.ranne@kfw.de
petra.wehlert@kfw.de
rita.geyermann@kfw.de
robert.fassbender@kfw.de
sabine.fischer@kfw.de
sonja.hampel@kfw.de
stefan.requardt@kfw.de
stefan.wolf@kfw.de
steffen.ruespeler@kfw.de
ulrich.bruns@kfw.de
ulrike.ryll@kfw.de
ulrike.serafini@kfw.de
vera.schubert@kfw.de
werner.steffens@kfw.de
wolfgang.reuss@kfw.de
wolfgang.ryll@kfw.de

**kia**

abastaki@kia.gov.kw
abdulbah@kia.gov.kw
abrahamg@kia.gov.kw
adelh@kia.gov.kw
ahmedtr@kia.gov.kw
alhalabi@kia.gov.kw
almeshal@kia.gov.kw
amohsenw@kia.gov.kw
anadoth@kia.gov.kw
badem@kia.gov.kw
baderas@kia.gov.kw
bedours@kia.gov.kw
dalals@kia.gov.kw
dalalw@kia.gov.kw
faisalo@kia.gov.kw
farouqb@kia.gov.kw
gnrao@kia.gov.kw
jabers@kia.gov.kw
jasemah@kia.gov.kw
khaledmh@kia.gov.kw
maaliw@kia.gov.kw
mahaa@kia.gov.kw
meshala@kia.gov.kw
meshalf@kia.gov.kw
mishalms@kia.gov.kw

## Company & Corresponding Email Addresses

muniras@kia.gov.kw
noorb@kia.gov.kw
noufs@kia.gov.kw
odayi@kia.gov.kw
osama@kia.gov.kw
othmanl@kia.gov.kw
palanm@kia.gov.kw
rashas@kia.gov.kw
refaab@kia.gov.kw
salehs@kia.gov.kw
saraa@kia.gov.kw
sarab@kia.gov.kw
shamayelh@kia.gov.kw
tareqb@kia.gov.kw
yaqoubb@kia.gov.kw

**kic**
george@kic.com.kw

**kids**
cpokemon@kids.com

**kiewit**
doug.robey@kiewit.com
mike.zabawa@kiewit.com

**kingfisherinvestors**
sm@kingfisherinvestors.com

**kinkiosakabank**
shikin@kinkiosakabank.co.jp

**kishbank**
drunk@kishbank.com
hbowersox@kishbank.com
jprice@kishbank.com
lori.peachey@kishbank.com

**kk**
kobata_keishi@kk.smbc.co.jp
mishima_hiroshi@kk.smbc.co.jp
shiraishi_hiroaki@kk.smbc.co.jp

**kkb**
daristambayev@kkb.kz
ekhussainova@kkb.kz
emikhailov@kkb.kz
eomarov@kkb.kz
lkim@kkb.kz
mamrina@kkb.kz
nkim@kkb.kz
vjadrikhinsky@kkb.kz
zhryspayeva@kkb.kz

**kki**
aakhmetov@kki.kz

**klm**
emilie.vankarnebeek@klm.nl
jeroen.mostert@klm.nl
jurriaan-de.jonge@klm.com
robert.bijl@klm.com
vijay.panday@klm.com
wouter.koomen@klm.com

## Company & Corresponding Email Addresses

### klmpf
adam.rose@klmpf.nl
fons.lute@klmpf.nl

### klp
aage.schaanning@klp.no
anette.hjerto@klp.no
anne.kristine.skappel@klp.no
arne.eidshagen@klp.no
arne.loftingsmo@klp.no
baard.paulsen@klp.no
eigil.dingsor@klp.no
erik.aukner@klp.no
geir.almas@klp.no
gunnar.birkeland@klp.no
helge.arnesen@klp.no
jan.kvalsvik@klp.no
jorn.jensen@klp.no
kristin.reikvam@klp.no
kristoffer.sundnes@klp.no
magne.valen-sendstad@klp.no
miranda.li@klp.no
mvs@klp.no
niklas.hallberg@klp.no
ove.norderud@klp.no
per.norden@klp.no
per.oervik@klp.no
sigurd.ugland@klp.no
sven.norgaard@klp.no
sverre.thornes@klp.no
terje.iversen@klp.no
tom.lund@klp.no
tore.sirevaag@klp.no
torgrim.roll@klp.no

### kmefic
almarzook@kmefic.com.kw
alsaleh@kmefic.com.kw

### knbank
bsshim@knbank.co.kr
hslminam@knbank.co.kr
jhlee62@knbank.co.kr
jsk@knbank.co.kr
tylyfe@knbank.co.kr
wschoj@knbank.co.kr

### known
un@known.com

### ko
agreene@na.ko.com
jfarrell@eur.ko.com
limyers@na.ko.com
mishapiro@na.ko.com

### koba
andrej_sinicyn@koba.sk
jozef_hoschek@koba.sk
kamil_cziczey@koba.sk

## Company & Corresponding Email Addresses

mario_milan@koba.sk
pavol_horny@koba.sk

### kobelco
h-uzukawa@kobelco.jp

### koc
ahmeta@koc.com.tr

### kocbank
ebroz@kocbank.com.tr
meron@kocbank.com.tr
onuoz@kocbank.com.tr
saryu@kocbank.com.tr

### kochfinancial
jeff.currier@kochfinancial.com
josh.buffolino@kochfinancial.com
kris.keltner@kochfinancial.com
randy.bushman@kochfinancial.com
scott.huckins@kochfinancial.com
ted.douglas@kochfinancial.com

### kochglobalcapital
andrew.fellingham@kochglobalcapital.com
eric.banks@kochglobalcapital.com
james.vellanti@kochglobalcapital.com
jim.coder@kochglobalcapital.com
michael.ogan@kochglobalcapital.com
ranajoy.sarkar@kochglobalcapital.com
shane.mccarthy@kochglobalcapital.com

### kochind
anders2b@kochind.com
bergman.s@kochind.com
blackbuv@kochind.com
bohmannj@kochind.com
brian.taylor@kochind.com
brown4d@kochind.com
bullockr@kochind.com
cox2s@kochind.com
dishmand@kochind.com
frankl3c@kochind.com
grimleyj@kochind.com
harrisb@kochind.com
harrisot@kochind.com
kaiserb@kochind.com
levensb@kochind.com
long2b@kochind.com
matt.orr@kochind.com
meredith.olson@kochind.com
muellerk@kochind.com
pankeys@kochind.com
parkej@kochind.com
rajpala@kochind.com
sandersb@kochind.com
shermanc@kochind.com
sotos@kochind.com
stierr@kochind.com
travis.brock@kochind.com

## Company & Corresponding Email Addresses

watkinsk@kochind.com

### kodak
brian.faatz@kodak.com
francine.minch@kodak.com
jerry.burzynski@kodak.com
jesse.greene@kodak.com
nita.brown@kodak.com
richard.veith@kodak.com
robert.beechey@kodak.com
robert.taschman@kodak.com
tregelsb@kodak.com
william.love@kodak.com

### koex
naoki@koex.jp

### koexbank
kebderv@koexbank.co.kr

### kofc
anthony.minopoli@kofc.org
charles.walden@kofc.org
david.novak@kofc.org
david.shinn@kofc.org
dfischer@kofc.org
jonathan.garrett@kofc.org
michael.lynch@kofc.org
michael.prinzivalli@kofc.org
michael.terry@kofc.org
neill.jordan@kofc.org
nicolas.boudreau@kofc.org
rick.velez@kofc.org
sarah.capozzo@kofc.org
thomas.curtin@kofc.org

### kohtes-klewes
meyer-reinecke.anja@kohtes-klewes.de

### kokusai
h-inoue@kokusai.co.jp
h-odajima@kokusai.co.jp
s-kimishima@kokusai.co.jp
s-takeda@kokusai.co.jp
swap@kokusai.co.jp
t-ohno@kokusai.co.jp
y-kuribayashi@kokusai.co.jp

### kokusai-am
asada.yasuyo@kokusai-am.co.jp
asai.satoshi@kokusai-am.co.jp
cha.shigeyuki@kokusai-am.co.jp
cho.shoshin@kokusai-am.co.jp
fujikawa.shingo@kokusai-am.co.jp
funatsu.daisuke@kokusai-am.co.jp
furuta.kenji@kokusai-am.co.jp
goda.keiichiro@kokusai-am.co.jp
hayashi.kazumasa@kokusai-am.co.jp
hibino.takayo@kokusai-am.co.jp
higuchi.tatsuya@kokusai-am.co.jp
horiguchi.akira@kokusai-am.co.jp

## Company & Corresponding Email Addresses

horii.masataka@kokusai-am.co.jp
iizuka.makoto@kokusai-am.co.jp
inoue.teruhiko@kokusai-am.co.jp
ishii.hiroshi@kokusai-am.co.jp
ishii.yoshihito@kokusai-am.co.jp
iwasaki.hidehiro@kokusai-am.co.jp
iyoda.toshiro@kokusai-am.co.jp
kanai.kazuto@kokusai-am.co.jp
kanezaki.asako@kokusai-am.co.jp
kato.akio@kokusai-am.co.jp
kobayashi.takuma@kokusai-am.co.jp
kojima.keiji@kokusai-am.co.jp
kosaka.jun@kokusai-am.co.jp
kurahashi.kenichi@kokusai-am.co.jp
masui.toshihiko@kokusai-am.co.jp
michishita.tetsuya@kokusai-am.co.jp
mori.hiroshi@kokusai-am.co.jp
murakami.naomi@kokusai-am.co.jp
murata.yusuke@kokusai-am.co.jp
nakagawa.m@kokusai-am.co.jp
nakajima.seiji@kokusai-am.co.jp
nakajima.tomoaki@kokusai-am.co.jp
nakamura.hajime@kokusai-am.co.jp
nakamura.yutaka@kokusai-am.co.jp
natsukari.nobushige@kokusai-am.co.jp
nishi.naoto@kokusai-am.co.jp
nkato@kokusai-am.co.jp
obara.masayasu@kokusai-am.co.jp
okubo.takashi@kokusai-am.co.jp
onma.takako@kokusai-am.co.jp
ozawa.mamoru@kokusai-am.co.jp
park.tohhyung@kokusai-am.co.jp
sasaki.koji@kokusai-am.co.jp
sasaki.naohiko@kokusai-am.co.jp
sato.naruto@kokusai-am.co.jp
suzuki.miho@kokusai-am.co.jp
suzuki.tomomi@kokusai-am.co.jp
takachio.takehiko@kokusai-am.co.jp
takahashi.kenta@kokusai-am.co.jp
tanabiki.osamu@kokusai-am.co.jp
tokuoka.shoichi@kokusai-am.co.jp
tsuda.soshi@kokusai-am.co.jp
utsumi.takayuki@kokusai-am.co.jp
wakamiya.isao@kokusai-am.co.jp
watabe.satoshi@kokusai-am.co.jp
watanabe.masayuki@kokusai-am.co.jp
watarai.sawako@kokusai-am.co.jp
yagi.takayuki@kokusai-am.co.jp
yamazaki.shinichi@kokusai-am.co.jp
yokoyama.kazuo@kokusai-am.co.jp

**komag**
steve.johnson@komag.com
william.potts@komag.com

**kommunekredit**

## Company & Corresponding Email Addresses

eha@kommunekredit.dk
jem@kommunekredit.dk
jvi@kommunekredit.dk

**kookmin**

hsbyun@kookmin.co.kr
niceyoo@kookmin.co.kr
seonwook@kookmin.co.kr
yangsy@kookmin.co.kr

**kookminbank**

hkcho@kookminbank.com
jhpaek@kookminbank.com
milip@kookminbank.com
tjkwon@kookminbank.com;tjkwon@bloomberg.net

**kookmin-bank**

chkim@kookmin-bank.com

**koor**

dabiran@koor.com
eyalb@koor.com
kolber@koor.com
ranm@koor.com
yuvaly@koor.com

**koreaexim**

cjkim@koreaexim.go.kr
hedging@koreaexim.go.kr
hhhwang@koreaexim.go.kr
hsyoon@koreaexim.go.kr
saintlee@koreaexim.co.kr
ykshin@koreaexim.go.kr

**kornet**

im7544@kornet.net

**kp**

bsj@kp.dk

**kpc**

aaa@kpc.com.kw
ajaj@kpc.com.kw
hah@kpc.com.kw
nmb@kpc.com.kw
nouri@kpc.com.kw
siham@kpc.com.kw
suhail@kpc.com.kw
yalsanea@kpc.com.kw

**kpf**

rasbaekm@kpf.no
skorstade@kpf.no

**kpinvest**

rod.cerny@kpinvest.com

**kpmg**

eberglund@kpmg.com

**kpsp**

bcourtney@kpsp.com
dianecarpenter@kpsp.com
joe.brady@kpsp.com
rhealy@kpsp.com

**kraft**

## Company & Corresponding Email Addresses

roderick.read@kraft.com

**krafteurope**

fkoechli@krafteurope.com
szuercher@krafteurope.com
trust@krafteurope.com

**kredietbank**

juan.doural@kredietbank.ch

**krentschker**

claudia.schoenthaler@krentschker.at
karl.freidl@krentschker.at
karl.trummer@krentschker.at
wolfgang.fusek@krentschker.at

**kroger**

carin.fike@kroger.com
donna.brizzolara@kroger.com
kathy.kelly@kroger.com
lincoln.lutz@kroger.com
mike.schlotman@kroger.com
rodney.mcmullen@kroger.com

**ksb**

kdbbridge@ksb.co.kr

**ksbb**

derek@ksbb.com
dw@ksbb.com

**ksg**

andres_velasco@ksg.harvard.edu

**kskbb**

thomas.klein@kskbb.de
thomas.walz@kskbb.de

**ksk-bc**

andreas.deeng@ksk-bc.de
andreas.gerner@ksk-bc.de
kurt.hardt@ksk-bc.de
martina.weiler@ksk-bc.de
michael.muench@ksk-bc.de
nikolaus.stetter@ksk-bc.de

**ksk-koeln**

andre.nebel@ksk-koeln.de
bernd.walterscheid@ksk-koeln.de
christian.bonnen@ksk-koeln.de
christoph.groneuer@ksk-koeln.de
daniel.balkenhol@ksk-koeln.de
ingo.altenrath@ksk-koeln.de
jens.punstein@ksk-koeln.de
joerg.fischer@ksk-koeln.de
kai.grube@ksk-koeln.de
matthias.bourgart@ksk-koeln.de
ralf.funk@ksk-koeln.de
tanja.funken@ksk-koeln.de
wolfgang.buettgenbach@ksk-koeln.de

**ksmanagement**

andy@ksmanagement.com
gpicco@ksmanagement.com
jack@ksmanagement.com

## Company & Corresponding Email Addresses
marco@ksmanagement.com
mcipriano@ksmanagement.com
mkempner@ksmanagement.com
### ktrs
b.cracraft@ktrs.gov
### kubota
koh-noda@kubota.co.jp
### kuehne-nagel
gerard.vankesteren@kuehne-nagel.com
paul.keel@kuehne-nagel.com
robert.erni@kuehne-nagel.com
tobias.jerschke@kuehne-nagel.com
### kutxa
aaramburu@kutxa.es
aizpurua@kutxa.es
alanz@kutxa.es
asorarrain@kutxa.es
iimaz@kutxa.es
jegana@kutxa.es
jmartinezal@kutxa.es
### kuwait-fund
aalsabah@kuwait-fund.org
al-humaidhi@kuwait-fund.org
alkhaled@kuwait-fund.org
al-mudhaf@kuwait-fund.org
al-naqib@kuwait-fund.org
alomani@kuwait-fund.org
alqatami@kuwait-fund.org
ghanem@kuwait-fund.org
jameilia@kuwait-fund.org
meshal@kuwait-fund.org
raeed@kuwait-fund.org
salah@kuwait-fund.org
### ky
dwight.price@ky.gov
kim.bechtel@ky.gov
### kyfbins
adam_robertson@kyfbins.com
john_doyle@kyfbins.com
maureen_williams@kyfbins.com
### kynikos
aberggrun@kynikos.com
abest@kynikos.com
asackett@kynikos.com
awright@kynikos.com
bveninata@kynikos.com
cbrenner@kynikos.com
chobbs@kynikos.com
esantoro@kynikos.com
jvenusti@kynikos.com
ljong@kynikos.com
mdenmark@kynikos.com
sbrown@kynikos.com
sschurr@kynikos.com

## Company & Corresponding Email Addresses

**kyocera**
hiromi.oohashi.hs@kyocera.jp
ichirou-oaku@kyocera.co.jp
tomoko.miyata.sd@kyocera.jp

**kyongnambank**
intl@kyongnambank.co.kr

**kyowa**
itakahashi@kyowa.co.jp

**kyret**
adam.tosh@kyret.com
kenton.bottoms@kyret.com
laura.miller@kyret.com

**kzvk**
bernhard.thees@kzvk.de
gregor.kuhl@kzvk.de
josef.hutter@kzvk.de
martin.kuesters@kzvk.de
stefan.heidel@kzvk.de
thomas.fechner@kzvk.de

**labanquepostale-am**
alexandre.cosson@labanquepostale-am.fr
alexandre.monge-parrent@labanquepostale-am.fr
alexandre.voisin@labanquepostale-am.fr
andre.loeffler@labanquepostale-am.fr
anne-cecile.blevin@labanquepostale-am.fr
antoine.duquesnoy@labanquepostale-am.fr
bernard.descreux@labanquepostale-am.fr
caroline.chhun@labanquepostale-am.fr
caroline.say@labanquepostale-am.fr
celine.sustandal@labanquepostale-am.fr
christian.nguyen@labanquepostale-am.fr
christine.delagrave@labanquepostale-am.fr
christine.radice@labanquepostale-am.fr
dang.cominh@labanquepostale-am.fr
denis.remacle@labanquepostale-am.fr
dominique.eloy@labanquepostale-am.fr
elisabeth.warland@labanquepostale-am.fr
eron.angjele@labanquepostale-am.fr
fabienne.marolle@labanquepostale-am.fr
fabrice.malnar@labanquepostale-am.fr
florence.marty@labanquepostale-am.fr
frederic.segur@labanquepostale-am.fr
guillaume.simonneau@labanquepostale-am.fr
iain.bremner@labanquepostale-am.fr
jean-dominique.seta@labanquepostale-am.fr
jean-francois.bousson@labanquepostale-am.fr
jean-luc.enguehard@labanquepostale-am.fr
jean-marc.tanguy@labanquepostale-am.fr
jean-michel.sanchez@labanquepostale-am.fr
jean-paul.poggi@labanquepostale-am.fr
jerome.grenie@labanquepostale-am.fr
laurence.jobert@labanquepostale-am.fr
marieme.ba@labanquepostale-am.fr
mohamed.chellou@labanquepostale-am.fr

## Company & Corresponding Email Addresses

monique.peiron@labanquepostale-am.fr
najib.sassenou@labanquepostale-am.fr
narayanan.padmanabhan@labanquepostale-am.fr
nicolas.caplain@labanquepostale-am.fr
olivier.ettaqy@labanquepostale-am.fr
olivier.hakim@labanquepostale-am.fr
omar.ettaqy@labanquepostale-am.fr
pierre-alain.labat@labanquepostale-am.fr
pierre-marie.gerez@labanquepostale-am.fr
praneth.ly@labanquepostale-am.fr
rachid.medjaoui@labanquepostale-am.fr
robin.richermo@labanquepostale-am.fr
samir.bederr@labanquepostale-am.fr
samuel.alexandrine@labanquepostale-am.fr
samuel.perrard@labanquepostale-am.fr
simina.borsaru@labanquepostale-am.fr
solene.clement@labanquepostale-am.fr
sopheara.lim@labanquepostale-am.fr
stephane.rizzo@labanquepostale-am.fr
thierry.blais@labanquepostale-am.fr
thomas.thirouin@labanquepostale-am.fr
veronique.laffiteau@labanquepostale-am.fr
veronique.rosier@labanquepostale-am.fr
yannick.guillot@labanquepostale-am.fr

**labouchere**
r.eibes@labouchere.nl

**lacaisse**
dboies@lacaisse.com
dhulley@lacaisse.com
jfbergeron@lacaisse.com
jpjette@lacaisse.com

**lacaixa**
cmolina@lacaixa.es
sbriones@lacaixa.es

**lacrosseglobal**
britt.palmer@lacrosseglobal.com
ik-jun.choi@lacrosseglobal.com
jessie.wedel@lacrosseglobal.com
kevin.martin@lacrosseglobal.com
rachelle.scheierl@lacrosseglobal.com
salome.abla-bloomquist@lacrosseglobal.com
stephanie.meyer@lacrosseglobal.com

**ladwp**
joan.ilagan@ladwp.com

**lahjgoh**
jsdofshjef@lahjgoh.com

**laidlaw**
jbrooks@laidlaw.com

**laiki**
corphanou@laiki.com

**lamgmt**
wallyj@lamgmt.com

**lamondiale**
alain.gajan@lamondiale.com

**Company & Corresponding Email Addresses**

antoine.hennequin@lamondiale.com
audrey.vormus@lamondiale.com
benoit.corteville@lamondiale.com
clement.simard@lamondiale.com
ines.krol@lamondiale.com
jean-louis.leclinche@lamondiale.com
raja.kchia@lamondiale.com
roger.bonne@lamondiale.com
treso@lamondiale.com

**lampebank**

andreas.staftenberg@lampebank.de
armin.linge@lampebank.de
axel.frein@lampebank.de
bernd.baeume@lampebank.de
bernd.meiners@lampebank.de
bjoern.graf@lampebank.de
heiko.feber@lampebank.de
heinz-joachim.hengesbach@lampebank.de
janoliver.bell@lampebank.de
leonhard.uphues@lampebank.de
manfred.malaschewski@lampebank.de
markus.flade@lampebank.de
markus.rings@lampebank.de
michael.wimmer@lampebank.de
nicole.dehaan@lampebank.de
norbert.bornefeld@lampebank.de
peter.blenkle@lampebank.de
ralf.dickebohm@lampebank.de
service@lampebank.lu
thomas.neemann@lampebank.de
werner.huber@lampebank.de
wolfgang.bagusch@lampebank.de

**lampebanl**

gernot.bremhorst@lampebanl.de

**lamrc**

robert.barrios@lamrc.com
scott.davis@lamrc.com

**landbank**

036894@landbank.com.tw
042683@landbank.com.tw
055023@landbank.com.tw
0570580@imail.landbank.com.tw
057085@landbank.com.tw
065261@landbank.com.tw
067524@landbank.com.tw
068582@landbank.com.tw
069744@landbank.com.tw
072931@landbank.com.tw
077521@landbank.com.tw
089181@landbank.com.tw
lbobu@mail.landbank.com.tw

**lander**

bymbcn@lander.es

**landes**

## Company & Corresponding Email Addresses

albert.koeck@landes.hypobank.at
gerhard.hochstrasser@landes.hypobank.at
markus.feldgitscher@landes.hypobank.at

### landeshauptstadt

sandnerg@landeshauptstadt.de
weilbachg@landeshauptstadt.de

### landeskrediet

c.brand@landeskrediet.de

### landg

andrew.palmer@group.landg.com
daniel.errington@landg.com
david.evans@landg.com
john.whorwood@group.landg.com
marie.mason@group.landg.com
nicholas.hodges@group.landg.com
peter.horsman@group.landg.com
scott.eason@landg.com
shayanthan.pathmanathan@landg.com
stephen.drane@group.landg.com

### landsbanki

david.sibi@landsbanki.com

### lanewan

luca.franceschi@lanewan.it

### lansforsakringar

bjorn.randevik@lansforsakringar.se
dan.fredriksson@lansforsakringar.se
goran.vedin@lansforsakringar.se
gunnar.lindberg@lansforsakringar.se
jannika.nilsson@lansforsakringar.se
joakim.westerdal@lansforsakringar.se
laila.madso@lansforsakringar.se
maria.ferlin@lansforsakringar.se
mikael.persson@lansforsakringar.se
peder.tiricke@lansforsakringar.se
per.storfaelt@lansforsakringar.se
robert.ekerlin@lansforsakringar.se

### lansforsikringar

adalbjorn.stefansson@lansforsikringar.se

### lansingcapital

mike@lansingcapital.com

### laposte

benoit.galan@laposte.net

### larzard

yvette.klevan@larzard.com

### lasalle

gerben.karkdijk@lasalle.com
vincent.kouch@lasalle.com

### lasallebonds

garypeters@lasallebonds.com
rmoogan@lasallebonds.com

### lasallegts

manisha.sharma@lasallegts.com

### lasers

alacombe@lasers.state.la.us

## Company & Corresponding Email Addresses

cfunderb@lasers.state.la.us
jpolk@lasers.state.la.us
smann@lasers.state.la.us
tsearles@lasers.state.la.us

### lasmo
james.menzies@lasmo.com
paul.murray@lasmo.com

### laurelsb
ermaus@laurelsb.com

### lavazza
p.cottino@lavazza.it

### law
lbeale@law.uiuc.edu

### lazam
gabriella.nawi@lazam.co.uk
laila.grimley@lazam.co.uk
lindsey.harrison@lazam.co.uk
tim.russell@lazam.co.uk

### lazard
aaron.barnfather@lazard.com
aaron.walters@lazard.com
adam.cohen@lazard.com
adrian.o'neill@lazard.com
alain.albizzati@lazard.fr
alan.clifford@lazard.com
alan.custis@lazard.com
alex.lai@lazard.com
alex.orloff@lazard.com
alexander.andrade@lazard.com
alexei.kapkin@lazard.com
alexia.latorre@lazard.fr
allison.villapiano@lazard.com
aman.panaech@lazard.com
anand.srinivasan@lazard.com
andrei.morosanu@lazard.com
andrew.bonita@lazard.com
andrew.herenstein@lazard.com
andrew.kabala@lazard.com
andrew.lacey@lazard.com
andrew.norris@lazard.com
andrew.raab@lazard.com
andy.zhu@lazard.com
anna.gore@lazard.com
annabel.hornsby@lazard.com
annabelle.vinatier@lazard.fr
antoine.brunet@lazard.fr
anya.abdulakh@lazard.com
arif.mohamed@lazard.com
arnaud.sassier@lazard.fr
ashish.bhutani@lazard.com
avi.rothner@lazard.com
axel.laroza@lazard.fr
barnaby.wilson@lazard.com
barry.randall@lazard.com

**Company & Corresponding Email Addresses**

batsevd@lazard.com
beau.hurst@lazard.com
ben.wulfsohn@lazard.com
benjamin.leroux@lazard.fr
benoit.barthelet@lazard.fr
bertrand.cliquet@lazard.com
bill.smith@lazard.com
brendan.gorman@lazard.com
bret.miller@lazard.com
brian.guaiana@lazard.com
brian.meath@lazard.com
brian.pessin@lazard.com
brie.lam@lazard.com
carolyn.gillen@lazard.com
celeste.jacobson@lazard.com
charles.hoeveler@lazard.com
charles.weissman@lazard.com
charlie.simon@lazard.com
chris.church@lazard.com
chris.heasman@lazard.com
chris.maynard@lazard.com
chris.pope@lazard.com
christopher.h.blake@lazard.com
christopher.komosa@lazard.com
christopher.mcmanus@lazard.com
christopher.ratti@lazard.com
christopher.whitney@lazard.com
ciprian.marin@lazard.com
colin.cavasina@lazard.com
colin.faivre@lazard.fr
craig.scholl@lazard.com
dan.breslin@lazard.com
daniel.oakes@lazard.com
darrin.sokol@lazard.com
david.abayev@lazard.com
david.buttle@lazard.com
david.cleary@lazard.com
david.dicker@lazard.com
david.nanus@lazard.com
david.paich@lazard.com
david.pizzimenti@lazard.com
deborah.kulisch@lazard.com
dennis.neveling@lazard.com
diane.gotham@lazard.com
diane.henesy@lazard.com
dong.han@lazard.com
dyke.benjamin@lazard.com
eduardo.costa@lazard.com
edward.ritchie@lazard.com
edward.rosenfeld@lazard.com
efrem.meretab@lazard.com
eileen.alexanderson@lazard.com
elaine.wang@lazard.com
elizabeth.moore@lazard.com

**Company & Corresponding Email Addresses**

emanuelle.corbin@lazard.fr
emerald.hunt@lazard.com
emily.finkelstein@lazard.com
erianna.khusainova@lazard.com
eric.colman@lazard.com
erik.mckee@lazard.com
eugene.krishnan@lazard.com
eugene.wu@lazard.com
fabienne.de.la.serre@lazard.fr
fabrice.bodinier@lazard.com
firstname.surname@lazard.com
floyd.greenwood@lazard.com
francois.de.saint-pierre@lazard.fr
francois.lavier@lazard.fr
francois.roudet@lazard.fr
frank.aiello@lazard.com
frank.catalano@lazard.com
frank.devine@lazard.com
gabrielle.boyle@lazard.com
gad.berdugo@lazard.com
ganesh.ramachand@lazard.com
gary.buesser@lazard.com
gene.chun@lazard.com
geok-heng.leow@lazard.com
georg.benes@lazard.com
george.grimbilas@lazard.com
george.humphreys@lazard.com
gnawi@lazard.com
gregg.o'neel@lazard.com
guillaume_chezaud@lazard.fr
henry.ho@lazard.com
hubert.parzecki@lazard.com
ian.smart@lazard.com
igino.beverini@lazard.com
irene.cheng@lazard.com
ishibashid@lazard.com
jack.d.obrien@lazard.com
jagatnarine.churaman@lazard.com
jai.jacob@lazard.com
james.batterman@lazard.com
james.donald@lazard.com
james.fernandes@lazard.com
james.garvey@lazard.com
james.martinos@lazard.com
james.o'grady@lazard.com
james.shore@lazard.com
james.tatera@lazard.com
janine.airey@lazard.com
jason.williams@lazard.com
jean.francois.cardinet@lazard.fr
jean-pierre_banzet@lazard.fr
jeffrey.clarke@lazard.com
jeffrey.kigner@lazard.com
jennifer.voitle@lazard.com

**Company & Corresponding Email Addresses**

jeremy.taylor@lazard.com
jerry.liu@lazard.com
jessica.klein@lazard.com
jessica.rutledge@lazard.com
jim.o'grady@lazard.com
joe.cox@lazard.com
john.labadia@lazard.com
john.lee@lazard.com
john.reinsberg@lazard.com
john.riccardi@lazard.com
john.senesac@lazard.com
jonathan.mir@lazard.com
jonathan.morris@lazard.com
jonathan.overland@lazard.com
joseph.kulczuckj@lazard.com
joshua.kazdin@lazard.com
jrtutino@lazard.com
julien.sebban@lazard.fr
julien-pierre.nouen@lazard.fr
kalpesh.patel@lazard.com
kathleen.boatman@lazard.com
kathryn.acquafredda@lazard.com
kelly.fitzgerald@lazard.com
kelly.ward@lazard.com
ken.weiss@lazard.com
kendrick.wakeman@lazard.com
kevin.dinkel@lazard.com
kevin.matthews@lazard.com
kevin.o'hare@lazard.com
kim.tilley@lazard.com
kip.knelman@lazard.com
kit.boyatt@lazard.com
koni.tamratzi@lazard.com
kristian.gevert@lazard.com
kun.deng@lazard.com
kyle.waldhauer@lazard.com
laura.huxtable@lazard.com
laurie.jones@lazard.com
lee.hunt@lazard.com
lekkerkerkerd@lazard.com
louis.florentin-lee@lazard.com
louis_pestel@lazard.fr
louise.bulley@lazard.com
louise.hill@lazard.com
manda.damjanic@lazard.com
marina.leacock@lazard.com
mark.hanson@lazard.com
mark.lien@lazard.com
mark.little@lazard.com
mark.stuckelman@lazard.com
martin.moyes@lazard.com
maryellen.mccormack@lazard.com
matteo.lombardo@lazard.com
matthew.hart@lazard.com

## Company & Corresponding Email Addresses

matthew.haynes@lazard.com
matthew.landy@lazard.com
matthieu_groues@lazard.fr
max.kaufmann@lazard.com
melissa.cook@lazard.com
meredith.ellis@lazard.com
michael.bennett@lazard.com
michael.debernardis@lazard.com
michael.fry@lazard.com
michael.johnson@lazard.com
michael.kennedy@lazard.com
michael.krenn@lazard.com
michael.per@lazard.com
michael.powers@lazard.com
michael.rome@lazard.com
michael.white@lazard.com
michael.yampei@lazard.com
michael.zhang@lazard.com
michel_ghazarian@lazard.fr
michel_lemouillec@lazard.fr
miles.shackley@lazard.com
ming.zhong@lazard.com
miriam.kim@lazard.com
mmeeting@lazard.com
monika.shrestha@lazard.com
muriel.alphen@lazard.fr
myla.cruz@lazard.com
natalie.engler@lazard.com
nathan.cockrell@lazard.com
nathan.paul@lazard.com
neal.doying@lazard.com
neil.eggins@lazard.com
neil.millar@lazard.com
neuwirthd@lazard.com
nicholas.bratt@lazard.com
nicholas.sordoni@lazard.com
nigel.barrett@lazard.com
nina.saglimbeni@lazard.com
noemail@lazard.fr
noh-joon.choo@lazard.com
oliver.ravey@lazard.fr
ozzie.frankel@lazard.com
pamela.fabi@lazard.com
pamela.fredericks@lazard.com
pat.biggers@lazard.com
patrice.labbe@lazard.fr
patricia.fan@lazard.com
patrick.fu@lazard.com
patrick.king@lazard.com
patrick.mullin@lazard.com
patrick.ryan@lazard.com
patxi.bente@lazard.fr
paul.deleon@lazard.com
paul.martins@lazard.com

**Company & Corresponding Email Addresses**

paul.moghtader@lazard.com
peter.hill@lazard.com
peter.hunsberger@lazard.com
peter.kashanek@lazard.com
peter.li@lazard.com
peter.nesvold@lazard.com
peter.tsu@lazard.com
prateek.pant@lazard.com
priscille.melandri@lazard.fr
rachel.feuer@lazard.com
rahwa.senay@lazard.com
ramone.smith@lazard.com
regis.begue@lazard.fr
rhett.brown@lazard.com
richard.chadderton@lazard.com
richard.hockings@lazard.com
richard.kowal@lazard.com
robert.arroyo@lazard.com
robert.failla@lazard.com
robert.johnson@lazard.com
robert.reffkin@lazard.com
robert.rowland@lazard.com
robin.jones@lazard.com
roderick.abad@lazard.com
rohit.chopra@lazard.com
ronald.saba@lazard.com
ronald.temple@lazard.com
rosalie.richichi@lazard.com
ruth.cefaratti@lazard.com
salvatore.sama@lazard.com
salwa_boussoukaya@lazard.fr
sam.gere@lazard.com
sanghoon.kim@lazard.com
sara.fischer@lazard.com
sarah.garvey@lazard.com
sasho.bogoevski@lazard.com
scott.barasch@lazard.com
sean.reynolds@lazard.com
shital.patel@lazard.com
siddharth.panjwani@lazard.com
silas.rodriguez@lazard.com
simon.bentley@lazard.com
simon.higgo@lazard.com
soren.bech@lazard.com
spiegels@lazard.com
sri.nadesan@lazard.com
stephen.mcguire@lazard.com
stephen.payne@lazard.com
stephen.scott@lazard.com
steuart.marshall@lazard.com
steve.marra@lazard.com
stevie.noh@lazard.com
susanne.willumsen@lazard.com
taras.ivanenko@lazard.com

## Company & Corresponding Email Addresses

taylor.mosley@lazard.com
ted.gillman@lazard.com
terese.wilke@lazard.com
terry.savage@lazard.com
thomas.brenier@lazard.fr
thomas.dzwil@lazard.com
thomas.miller@lazard.com
thomas.monico@lazard.com
timothy.settel@lazard.com
tj.vigliotta@lazard.com
tomas.tomasson@lazard.com
tony.willis@lazard.com
tram.bui@lazard.com
valerie.cho@lazard.com
vincent.kravec@lazard.com
waleed.alghanim@lazard.com
warren.wong@lazard.com
william.holzer@lazard.com
william.yip@lazard.com
yury.dubrovsky@lazard.com
yves_bazin_de_jessy@lazard.fr
zoe.chen@lazard.com

### l-bank

andreas.birk@l-bank.de
helmut.stermann@l-bank.de
stefan.tribull@l-bank.de
stephanie.heimerle@l-bank.de
sven.lautenschlaeger@l-bank.de
vanessa.werthwein@l-bank.de

### lbb

alexander.braun@lbb.de
alexandra.olberg@lbb.de
andre.opitz@lbb.de
andreas.wittenzellner@lbb.de
andrej.kollar@lbb.de
andrew.mitchell@lbb.de
ariadne.freymuth@lbb.lu
arjun.matthai@lbb.de
asad.ali@lbb.de
bodo.ziotkowski@lbb.de
christina.steffen@lbb.de
daniela.witkoski@lbb.de
dirk.dumuschat@lbb.de
frank.eisold@lbb.de
hardy.butt@lbb.de
hubertus.roll@lbb.de
jens.weissmann@lbb.de
johann.achard@lbb.de
kai.mlodzik@lbb.de
karsten.hesse@lbb.de
kersten.magdanz@lbb.de
markus.roser@lbb.lu
martin.koepke@lbb.de
michael.jacoby@lbb.de

**Company & Corresponding Email Addresses**

mireille.jansen@lbb.de
moritz.sell@lbb.de
nikolaus.wolfmeyer@lbb.de
oliver.kurzke@lbb.de
paul.sibianu@lbb.lu
rahim.rezigat@lbb.lu
rainer.saile@lbb.de
richard.cox@lbb.de
stephan.gliem@lbb.de
sven.belewitsch@lbb.de
sven.knobel@lbb.de
thibaud.valette@lbb.de
thilo.reichert@lbb.lu
thomas.kuehn@lbb.de
ulrich.vogel@lbb.de
walter.dahms@lbb.de
wolfgang.weiss@lbb.de
yvonne.lebowski@lbb.lu

**lbbw**

abs@lbbw.de
alexander.thuermer@lbbw.de
alexander.wiedenbach@lbbw.de
alexandra.bayer@lbbw.de
anastasios.agathagelidis@lbbw.de
andreas.burkhardt@lbbw.de
andreas.chorus@lbbw.de
anne.brooks-senftleben@lbbw.de
ariane.huget@lbbw.de
armin.wendel@lbbw.de
beatrix.bernauer@lbbw.de
bernd.litterst@lbbw.de
bert.schulte@lbbw.de
berthold.numeier@lbbw.de
berthold.veil@lbbw.de
bjoern.strauss@lbbw.de
boris.bindschaedel@lbbw.de
carmen.brusch@lbbw.de
christian.urbaczek@lbbw.de
christoph.weber@lbbw.de
christoph.zengerling@lbbw.de
claudia.diehm@lbbw.de
claudia.tischler@lbbw.de
claudio.corcione@lbbw.de
dagmar.kolaciak@lbbw.de
damian.wosnitzka@lbbw.de
daniel.hoffmann@lbbw.de
dieter.scheuermann@lbbw.de
dietmar.pasitsch@lbbw.de
dirk.portig@lbbw.de
elmar.foell@lbbw.de
emanuela.mossa@lbbw.de
eric.goerke@lbbw.de
eugine.yurist@lbbw.de
frank.huth@lbbw.de

**Company & Corresponding Email Addresses**

frank.neidert@lbbw.de
frederik.jessen@lbbw.de
frederik.plank@lbbw.de
gerald.link@lbbw.de
gerhard.berner@lbbw.de
gernot.griebling@lbbw.de
giovanni.totaro@lbbw.de
hans.strueder@lbbw.de
harald.mueller@lbbw.de
heiko.leschhorn@lbbw.de
heinz.merz@lbbw.de
helmut.osswald@lbbw.de
hjoerdis.bessen@lbbw.de
holger.mueller@lbbw.de
holger.wiesenberg@lbbw.de
horst.wittig@lbbw.de
ihle@lbbw.de
ingold.geist@lbbw.de
jan.hofmeister@lbbw.de
jan.krueger@lbbw.de
jan-alexander.posth@lbbw.de
joachim.spranger@lbbw.de
jochen.dittel@lbbw.de
joerg.ceh@lbbw.de
joerg.daiker@lbbw.de
joerg.huber@lbbw.de
jorge.dorta-monzo@lbbw.de
josef.kobler@lbbw.de
juergen.berg@lbbw.de
juergen.fischer@lbbw.de
juergen.griesbach@lbbw.de
juergen.groth@lbbw.de
juergen.neuner@lbbw.de
jutta.grimberger@lbbw.de
kathrin.mueller@lbbw.de
kerstin.reinsbach@lbbw.de
klaus.lederer@lbbw.de
kristina.schlett@lbbw.de
kurt.marquetant@lbbw.de
lian-lie.liem@lbbw.de
lorenzo.osimani@lbbw.de
maik.schulze@lbbw.de
marc.viswanatha@lbbw.de
marcel.bleser@lbbw.de
marina.gabriel@lbbw.de
marion.neumann@lbbw.de
markus.a.beck@lbbw.de
markus.cekan@lbbw.de
markus.janus@lbbw.de
markus.kaisig@lbbw.de
markus.vogt@lbbw.de
markus.wolf@lbbw.de
martha.masling@lbbw.de
martin.hellmich@lbbw.de

**Company & Corresponding Email Addresses**

martin.hingst@lbbw.de
martin.kurhajec@lbbw.de
martin.schmidt@lbbw.de
matthias.bruckmeir@lbbw.de
matthias.neugebauer@lbbw.de
matthias.schiestl@lbbw.de
michael.brodbeck@lbbw.de
michael.conle@lbbw.de
michael.fritz@lbbw.de
michael.molline@lbbw.de
michael.schuh@lbbw.de
michael.strubel@lbbw.de
mirjam.fisel@lbbw.de
mohamed.el-morsalani@lbbw.de
nicola.hahn@lbbw.de
norbert.strozynski@lbbw.de
oliver.gerst@lbbw.de
peter.hecht@lbbw.de
peter.oellers@lbbw.de
proptrading@lbbw.de
ralf.boepple@lbbw.de
ralf.burmeister@lbbw.de
ralf.elmer@lbbw.de
reinhold.geissler@lbbw.de
rena.haynes@lbbw.de
rene.gorodsinsky@lbbw.de
roland.maier@lbbw.de
roland.pieper@lbbw.de
roland.wodo@lbbw.de
sarah.neher@lbbw.de
sascha.krebs@lbbw.de
sascha.mark@lbbw.de
stefan.bubeck@lbbw.de
stefan.meier@lbbw.de
stefan.wuerz@lbbw.de
steffen.quast@lbbw.de
stephan.feifer@lbbw.de
sylvia.neuner@lbbw.de
thilo.rossberg@lbbw.de
thomas.bauer@lbbw.de
thomas.dieterle@lbbw.de
thomas.ebel@lbbw.de
thomas.leidenberger@lbbw.de
thomas.lotterer@lbbw.de
thomas.paul@lbbw.de
thomas.schmidt@lbbw.de
thomas.vocke@lbbw.de
thorben.kremers@lbbw.de
timo.seiler@lbbw.de
tom.eich@lbbw.de
toni.dzaja@lbbw.de
torsten.zittlau@lbbw.de
ulrich.weiss@lbbw.de
ulrike.scheef@lbbw.de

## Company & Corresponding Email Addresses

ute.guendert@lbbw.de
ute.rosen@lbbw.de
uwe.metzinger@lbbw.de
uwe.nunn@lbbw.de
vanessa.moeske@lbbw.de
verena.rothmaier@lbbw.de
via hedwig.vohrer@lbbw.de
volker.hentschel@lbbw.de
volker.honold@lbbw.de
werner.besenfelder@lbbw.de
werner.seeliger@lbbw.de
wolfgang.conze@lbbw.de

**lbbw-am**
christine.feller@lbbw-am.de
gunter.eckner@lbbw-am.de
harald.woelfle@lbbw-am.de
harry.schoett@lbbw-am.de
heinrich.siegmann@lbbw-am.de
helmut.bartsch@lbbw-am.de
ming.feng@lbbw-am.de
stephan.gscheidlen@lbbw-am.de

**lbbwie**
dolores.flynn@lbbwie.com
louise.gough@lbbwie.com

**lbbwsg**
edwin.chan@lbbwsg.com
hazel.sim@lbbwsg.com
lydia.kew@lbbwsg.com
mark.cranfield@lbbwsg.com
michael.hyde@lbbwsg.com
samantha.wong@lbbwsg.com
weekee.chong@lbbwsg.com

**lbbwuk**
christina.moschou@lbbwuk.com
michael.fox@lbbwuk.com
robert.milton@lbbwuk.com
stefanie.ruf@lbbwuk.com
ulrike.kaes@lbbwuk.com

**lbbwus**
david.caspar@lbbwus.com
joseph.russo@lbbwus.com
phil.rohdes@lbbwus.com
ralph.hallenborg@lbbwus.com
sandy.ng@lbbwus.com
timothy.walz@lbbwus.com

**lbfc**
asciandra@lbfc.com
jmayesh@lbfc.com
jsorensen@lbfc.com

**lbfram**
steve.glod@lbfram.lu

**lbsh-int**
hanns.grad@lbsh-int.com
marc.clemens@lbsh-int.lu

## Company & Corresponding Email Addresses
ralf.ackermann@lbsh-int.com

### lbswiss
christian.elsener@lbswiss.ch
fabio.stuecheli@lbswiss.ch
felix.schmid@lbswiss.ch
narciso.grilli@lbswiss.ch
reto.rebmann@lbswiss.ch
samuel.mueller@lbswiss.ch

### lcfr
b.amiee@lcfr.co.uk
c.thomas@lcfr.co.uk
c.waldron@lcfr.co.uk
christophe.boulanger@lcfr.fr
d.altmann@lcfr.co.uk
j.kwon@lcfr.co.uk
j.pollard@lcfr.co.uk
m.nathanson@lcfr.co.uk
n.pugh@lcfr.co.uk
r.clifford@lcfr.co.uk
r.wilson@lcfr.co.uk
samuel.pinto@lcfr.fr
v.sadarangani@lcfr.co.uk

### ldn
david_manuel@ldn.com
i.nagashima@ldn.tr.mufg.jp
k.ihara@ldn.tr.mufg.jp
y.ando@ldn.tr.mufg.jp

### ldn_invesco
paul.rose@ldn_invesco.co.uk

### ldschurch
lowellkw@ldschurch.org

### lebldn
jinuk_kim@lebldn.co.uk

### ledyardbank
chris.ng@ledyardbank.com
connie.aldrich@ledyardbank.com
ed.taylor@ledyardbank.com
j.t.underwood@ledyardbank.com
jon.molesworth@ledyardbank.com
randy.haas@ledyardbank.com

### leehowes
karsten@leehowes.net

### leggmason
aagati@leggmason.com
abraghetta@leggmason.com
achristian@leggmason.com
ameudy@leggmason.com
amjuras@lmus.leggmason.com
amwinder@leggmason.com
astitt@leggmason.com
awen@leggmason.com
b.mcdonald@leggmason.co.uk
bcrailey@leggmason.com
bdmcgrath@leggmason.com

## Company & Corresponding Email Addresses

bhmiller@leggmason.com
ccalderone@leggmason.com
ccoleman@leggmason.com
cgomezlopez@leggmason.com
crharvey@leggmason.com
dahawker@leggmason.com
dbvegh@leggmason.com
dchiu@leggmason.com
debetz@leggmason.com
dezito@leggmason.com
dfoard@leggmason.com
djbetz@leggmason.com
djmonks@leggmason.com
dkkafes@leggmason.com
dljohnson@leggmason.com
dmauro@leggmason.com
dmcorsetti@leggmason.com
dsempervive@lmus.leggmason.com
dshoffman@leggmason.com
dwright@leggmason.com
eakane@leggmason.com
eckiehne@leggmason.com
ecuriel@leggmason.com
edervisevic@leggmason.com
egercek@lmus.leggmason.com
egokgolkline@leggmason.com
etaber@leggmason.com
fcusumano@leggmason.com
fjjamison@leggmason.com
g.mcmanus@leggmason.co.uk
jadygan@lmus.leggmason.com
japarton@leggmason.com
jcinque@leggmason.com
jcountryman@leggmason.com
jdbateman@leggmason.com
jdesiderio@leggmason.com
jetrust@leggmason.com
jfhealy@leggmason.com
jgohara@leggmason.com
jhealy@leggmason.com
jhusain@leggmason.com
jllavin@leggmason.com
jmpohl@lmus.leggmason.com
jmtishman@leggmason.com
jpark@leggmason.com
jpfeketie@leggmason.com
jthalleron@lmus.leggmason.com
jtyolken@leggmason.com
jtzmitrovich@leggmason.com
kabel@leggmason.com
kabiancanelli@leggmason.com
kbmiller@leggmason.com
kjgraslewicz@leggmason.com
kozsolak@leggmason.com

**Company & Corresponding Email Addresses**

lbaltman@leggmason.com
lgellis@leggmason.com
lolszewski@leggmason.com
lpaone@leggmason.com
lpkatsafanas@leggmason.com
lrodriguezrizzolo@leggmason.com
lvitti@leggmason.com
mcmitsoff@lmus.leggmason.com
mdbailey@leggmason.com
meconnell@leggmason.com
mehiranobe@lmus.leggmason.com
mjwalters@leggmason.com
morrison@leggmason.com
msscherer@leggmason.com
nribaslequerica@lmus.leggmason.com
pagreen@leggmason.com
pdmcdonough@leggmason.com
pespinosa@leggmason.com
pjyakim@leggmason.com
prphillips@leggmason.com
rcabrera@leggmason.com
rcripps@leggmason.com
rddirossi@leggmason.com
relundelius@lmus.leggmason.com
rhimelfarb@leggmason.com
rlbyrne@leggmason.com
rmvaheesan@leggmason.com
rprocopio@lmus.leggmason.com
rrice@leggmason.com
rskloff@leggmason.com
rxkennedy@leggmason.com
sberzon@leggmason.com
sholt@leggmason.com
sjrichter@leggmason.com
sjritcher@leggmason.com
smhorrigan@leggmason.com
srpierce@lmus.leggmason.com
strohme@leggmason.com
tbdolan@leggmason.com
tboffa@leggmason.com
tcjones@leggmason.com
tgojani@leggmason.com
tjbrodeur@lmus.leggmason.com
tmcgann@leggmason.com
tmcgurkin@leggmason.com
vmschwatka@leggmason.com
wnrivel@leggmason.com
xchang@lmus.leggmason.com
xcrank@leggmason.com
zdemiri@leggmason.com

**leggmasoncanada**
phoran@leggmasoncanada.com

**leggmasoninvestors**
a.durkin@leggmasoninvestors.com

**Company & Corresponding Email Addresses**

j.knight@leggmasoninvestors.com
n.massie@leggmasoninvestors.com
r.neill@leggmasoninvestors.com
t.french@leggmasoninvestors.com

**leggmson**

mrdebovis@leggmson.com

**legrand**

francois.poisson@legrand.fr
gilles.schnepp@legrand.fr
pierre.meyer@legrand.fr

**lehman**

aatash.shah@lehman.com
agoyal@lehman.com
ajay.abrol@lehman.com
akagi@lehman.com
akane.nonoguchi@lehman.com
alyukov@lehman.com
annamarta.petrilli@lehman.com
annash@lehman.com
anweinbe@lehman.com
aperepel@lehman.com
aperepl@lehman.com
arudge@lehman.com
asia_conn_svc@lehman.com
balraj.bassi@lehman.com
bbest@lehman.com
bowen@lehman.com
bphelps@lehman.com
bras_service@lehman.com
bruggraber@lehman.com
bsummers@lehman.com
catherine.hauptfuhrer@lehman.com
centralenginetraders@lehman.com
cesar.gonzalez@lehman.com
cgardella@lehman.com
chad.smith@lehman.com
chiyoung.kwon@lehman.com
chris.lawrence@lehman.com
christy.wang@lehman.com
colin.macleod@lehman.com
damien.carde@lehman.com
daria.kozlova@lehman.com
david.cohana@lehman.com
david.l.speyer@lehman.com
dgreen@lehman.com
dpardon@lehman.com
elaine.choo@lehman.com
epmgdl@exeulon.lehman.com
epopova@lehman.com
epsteam@lehman.com
eqtpmg@lehman.com
etradesupport@lehman.com
fantezan@lehman.com
fcsg@lehman.com

**Company & Corresponding Email Addresses**

fjsbvdvjd@lehman.com
flora.wang@lehman.com
fmelhem@lehman.com
fperez@lehman.com
gfet@lehman.com
gglass@lehman.com
ghenkel@lehman.com
glgservicegroup@lehman.com
glilienf@lehman.com
globalfuturesdesk@lehman.com
globalfuturesservice@lehman.com
gsnyder@lehman.com
gvolpe@lehman.com
hiroki.takatori@lehman.com
ilowitt@lehman.com
index_feedback@lehman.com
jaday@lehman.com
jae.choi@lehman.com
jamato@lehman.com
james.oakley@lehman.com
jchandy@lehman.com
jdyer@lehman.com
jechung@lehman.com
jeffrey.roberts@lehman.com
jenair@lehman.com
jfarago@lehman.com
jgelb@lehman.com
jgoldber@lehman.com
jmangan@lehman.com
jmounce@lehman.com
john.abendroth@lehman.com
jonathan.fischer@lehman.com
joonsong.kim@lehman.com
joseph.quirk@lehman.com
julie.hale@lehman.com
junko.tsuruoka@lehman.com
jwoo@lehman.com
kapil.jain@lehman.com
kazuyoshi.mashio@lehman.com
keenis.ho@lehman.com
kelvin.wong@lehman.com
kgill@lehman.com
kshitij.gill@lehman.com
kunihiro.manabe@lehman.com
lehman@lehman.com
lkorn@lehman.com
lori.zuhoski@lehman.com
ltsang@lehman.com
lv.hang@lehman.com
lyglesia@lehman.com
machiko.ichikawa@lehman.com
marc.field@lehman.com
mark.yoon@lehman.com
masako.azuma@lehman.com

**Company & Corresponding Email Addresses**

maskawad@lehman.com
mburroug@lehman.com
mcecil@lehman.com
michela.carabelli@lehman.com
mmunim@lehman.com
molly.carleton@lehman.com
mschoene@lehman.com
mwharry@lehman.com
nadia.seemuth@lehman.com
nathan.engelhard@lehman.com
neil.mcclements@lehman.com
new@lehman.com
nick.haley@lehman.com
nkapoor@lehman.com
no-email@lehman.com
norbert.metz@lehman.com
nyfuturesservice@lehman.com
padraper@lehman.com
paul.cavey@lehman.com
peter.welford@lehman.com
pierpaolo.deflaviis@lehman.com
pnorr@lehman.com
pointhelp@lehman.com
ptrill@lehman.com
raarora@lehman.com
rahulg@lehman.com
rajan.arora@lehman.com
ranjeet.guptara@lehman.com
ranthony@lehman.com
rborina@lehman.com
rmeo@lehman.com
ronakan@lehman.com
rubin.savio@lehman.com
rutuza.arya@lehman.com
rwolfe@lehman.com
ryan.polisi@lehman.com
sangwan.kang@lehman.com
sankara@lehman.com
sarah.kline@lehman.com
scachetti@lehman.com
sheryl.hughes@lehman.com
shin.kasahara@lehman.com
sisak@lehman.com
smorjari@lehman.com
sregli@lehman.com
srod@lehman.com
stanley.yang@lehman.com
stephen.cheng@lehman.com
steve.moeller@lehman.com
stuart.peck@lehman.com
swmok@lehman.com
tactical&risktrading@lehman.com
tempac@lehman.com
test@lehman.com

## Company & Corresponding Email Addresses

tigeroptionusers@lehman.com
tihowe@lehman.com
tnielsen@lehman.com
todd.fletcher@lehman.com
tokyoprogramtrading@lehman.com
vekrishn@lehman.com
vuk.kalezic@lehman.com
wansun.park@lehman.com
wfan@lehman.com
xiao.ning@lehman.com
xyz@lehman.com
yday@lehman.com
ykalinov@lehman.com
yliu@lehman.com
yohsuke.morikawa@lehman.com
yosuke@lehman.com
yusong@lehman.com

**lehmantest**
gferrari@lehmantest.com

**lendleaserei**
jneisler@lendleaserei.com

**leonia**
heidi.haili@leonia.com
marten.hagstrom@leonia.fi
pekka.toivonen@leonia.fi
riitta.salonen@leonia.fi

**leopoldjoseph**
aking@leopoldjoseph.com
asomers@leopoldjoseph.com
nfallon@leopoldjoseph.com
rfleming@leopoldjoseph.com

**lepercq**
ngudu@lepercq.com

**leu**
roman.kurmann@leu.com
sandro.dittli@leu.com
stefan.loeffler@leu.com

**leumi**
aseewald@leumi.ch
capmark@leumi.ch
emeir@leumi.ch
jgillioz@leumi.ch
mshimony@leumi.ch
ogavish@leumi.ch
patrick.leitienne@leumi.lu
patrick.thoma@leumi.ch
yreuven@leumi.ch

**leumiusa**
cathy.riveragrima@leumiusa.com
haim.sion@leumiusa.com
john.cusack@leumiusa.com
michael.maiorana@leumiusa.com
stephanie.kao@leumiusa.com

**leven**

**Company & Corresponding Email Addresses**

bjacquot@gestion.leven.com
vlance@gestion.leven.com

**levi**

blee2@levi.com
gintemann@levi.com
jmaurer@levi.com
mridgway@levi.com
ssiefkas@levi.com
uscashdesk@levi.com
vfong@levi.com

**lexmark**

jean.bertrand@lexmark.ch

**lf**

hakimoto@lf.mufg.jp
kyagihasi@lf.mufg.jp
murisaka@lf.mufg.jp
shongou@lf.mufg.jp

**lfg**

blclements@lfg.com
perfgroup@lfg.com
ron.ahluwalia@lfg.com

**lfm-ag**

eerni@lfm-ag.ch

**lgamerica**

dlove@lgamerica.com

**lgfrance**

glaumond@lgfrance.com
jxwaechter@lgfrance.com
mlacroix@lgfrance.com

**lgim**

abdul.kazi@lgim.co.uk
abimbola.daramola@lgim.co.uk
adam.holmes@lgim.co.uk
alan.booker@lgim.co.uk
alan.siu@lgim.co.uk
alec.farley@lgim.co.uk
alec.salmon@lgim.co.uk
alex.booth@lgim.co.uk
alex.giles@lgim.co.uk
alex.hooper-greenhill@lgim.co.uk
alex.stephen@lgim.co.uk
alia.baig@lgim.co.uk
alistair.hassard@lgim.co.uk
andrew.edmondson@lgim.co.uk
andrew.nagele@lgim.co.uk
andy.banks@lgim.co.uk
anton.eser@lgim.co.uk
antoni.forgues@lgim.co.uk
avinash.gupta@lgim.co.uk
ben.bennett@lgim.co.uk
ben.cleavely@lgim.co.uk
ben.edwards@lgim.co.uk
ben.franklin@lgim.co.uk
ben.white@lgim.co.uk

**Company & Corresponding Email Addresses**

bernadette.o'brien@lgim.co.uk
bob.hiebert@lgim.co.uk
brenda.walker@lgim.co.uk
catherine.simmonds@lgim.co.uk
chris.hatry@lgim.co.uk
chris.skelton@lgim.co.uk
christophe.tamet@lgim.co.uk
christopher.hansen@lgim.co.uk
claire.adams@lgim.co.uk
crosley.stokes@lgim.co.uk
dale.brooksbank@lgim.co.uk
daniel.king@lgim.co.uk
david.carton@lgim.co.uk
david.johnson@lgim.co.uk
david.knutson@lgim.co.uk
david.nirtaut@lgim.co.uk
david.north@lgim.co.uk
david.riddle@lgim.co.uk
david.tyler@lgim.co.uk
derek.campbell@lgim.co.uk
donald.tosh@lgim.co.uk
douglas.mervyn@lgim.co.uk
drali.toutounchi@lgim.co.uk
edward.moore@lgim.co.uk
fahad.hassan@lgim.co.uk
george.rodzki@lgim.co.uk
graham.moles@lgim.co.uk
graham.taylor@lgim.co.uk
greg.lightfoot@lgim.co.uk
harjinder.bihal@lgim.co.uk
helen.donald@lgim.co.uk
helen.long@lgim.co.uk
helen.stuart@lgim.co.uk
ian.clarke@lgim.co.uk
ian.hutchinson@lgim.co.uk
ida.karymy@lgim.co.uk
james.fell@lgim.co.uk
james.michie@lgim.co.uk
james.oatham@lgim.co.uk
james.revere@lgim.co.uk
jason.forster@lgim.co.uk
jeff.coil@lgim.co.uk
jennifer.cawley@lgim.co.uk
jennifer.moore@lgim.co.uk
joanne.parfrey@lgim.co.uk
joe.tomczak@lgim.co.uk
john.bender@lgim.co.uk
john.milner@lgim.co.uk
john.mowat@lgim.co.uk
john.mowatt@lgim.co.uk
john.tickle@lgim.co.uk
john.wherton@lgim.co.uk
jonathan.cloke@lgim.co.uk
jonathan.tricker@lgim.co.uk

**Company & Corresponding Email Addresses**

josh.mastin@lgim.co.uk
julian.harding@lgim.co.uk
julien.houdain@lgim.co.uk
kahung.cheung@lgim.co.uk
katherine.barker@lgim.co.uk
keeley.hurst@lgim.co.uk
keith.bewsey@lgim.co.uk
keith.ellan@lgim.co.uk
kelly.spiteri@lgim.co.uk
kerrigan.procter@lgim.co.uk
kevin.barry@lgim.co.uk
kevin.chessum@lgim.co.uk
lloyd.branford@lgim.co.uk
malcolm.white@lgim.co.uk
marianne.weller@lgim.co.uk
mark.burgess@lgim.co.uk
mark.creedy@lgim.co.uk
mary.mccave@lgim.co.uk
matt.fletcher@lgim.co.uk
matt.peasey@lgim.co.uk
matthew.evans@lgim.co.uk
matthew.fletcher@lgim.co.uk
matthew.whitehurst@lgim.co.uk
melanie.jenner@lgim.co.uk
meuryn.iorwerth@lgim.co.uk
michelle.lawrence@lgim.co.uk
miriam.ortiz@lgim.co.uk
neil.higgins@lgim.co.uk
neil.newbery@lgim.co.uk
nicholas.lankester@lgim.co.uk
nigel.holland@lgim.co.uk
nisha.khiroya@lgim.co.uk
oliver.neal@lgim.co.uk
patrick.ryan-dolan@lgim.co.uk
patrick.vogel@lgim.co.uk
paul.bremeyer@lgim.co.uk
paul.cottee@lgim.co.uk
paul.hilsley@lgim.co.uk
paul.milsom@lgim.co.uk
peter.friel@lgim.co.uk
phil.bayliss@lgim.co.uk
phil.march@lgim.co.uk
philip.hunter@lgim.co.uk
raju.jobanputra@lgim.co.uk
remi.vullierme-perrier@lgim.co.uk
richard.black@lgim.co.uk
richard.cambridge@lgim.co.uk
richard.hodges@lgim.co.uk
richard.penny@lgim.co.uk
richard.stevens@lgim.co.uk
robert.barnard-smith@lgim.co.uk
robert.churchlow@lgim.co.uk
roderick.lewis@lgim.co.uk
roger.bartley@lgim.co.uk

**Company & Corresponding Email Addresses**

roger.ward@lgim.co.uk
sabrine.waismann@lgim.co.uk
sandra.mcneillie@lgim.co.uk
sarah.renshaw@lgim.co.uk
scott.chandler@lgim.co.uk
sebastien.faucher@lgim.co.uk
shadi.sarhangpour@lgim.co.uk
shalin.bhagwan@lgim.co.uk
simon.wilkinson@lgim.co.uk
steve.heath@lgim.co.uk
steven.boreham@lgim.co.uk
steven.jerrit@lgim.co.uk
steven.phillips@lgim.co.uk
tim.beaven@lgim.co.uk
tim.breedon@lgim.co.uk
tim.hurst@lgim.co.uk
tim.mann@lgim.co.uk
tom.carr@lgim.co.uk
torben.cattley@lgim.co.uk
victoria.greenwood@lgim.co.uk
victoria.johnstone@lgim.co.uk
vishal.sharma@lgim.co.uk
wesley.ferriman@lgim.co.uk
zach.chaudry@lgim.co.uk
zeynep.korzay@lgim.co.uk

**lgt**

andre.lagger@lgt.com
carolin.laterner@lgt.com
chizuru.schatzmann@lgt.com
claudia.brunhart@lgt.com
daniel.borer@lgt.com
daniel.kieber@lgt.com
daniel.langenegger@lgt.com
daniel.moerler@lgt.com
daniel.schawalder@lgt.com
daniel.vonallmen@lgt.com
daniele.polverino@lgt.com
dietmar.studer@lgt.com
gerard.mannes@lgt.com
helmut.allgaeuer@lgt.com
helmut.buechel@lgt.com
josef.ruettimann@lgt.com
juerg.mannhart@lgt.com
kai.chan@lgt.com
karin.good@lgt.com
karlheinz.gfall@lgt.com
kenneth.hau@lgt.com
kim.lau@lgt.com
kurt.luttenauer@lgt.com
lorenz.pfiffner@lgt.com
mamert.risch@lgt.com
marcel.schnyder@lgt.com
martin.beck@lgt.com
michael.hasler@lgt.com

**Company & Corresponding Email Addresses**

michael.rohner@lgt.com
michel.gallo@lgt.com
oliver.guenter@lgt.com
paul.goeldi@lgt.com
peter.sulser@lgt.com
petra.luedecke@lgt.com
philipp.liechtenstein@lgt.com
rene.kolb@lgt.com
sammy.cheung@lgt.com
sven.oesch@lgt.com
thomas.geel@lgt.com
thomas.giger@lgt.com
thomas.hutter@lgt.com
thomas.semadeni@lgt.com
urban.bleisch@lgt.com
volker.hergert@lgt.com
werner.buschor@lgt.com

**lhi**

scherrer@lhi.ch

**lia-assetmanagement**

c.ewen@lia-assetmanagement.lu
c.hirtzig@lia-assetmanagement.lu
c.stronck@lia-assetmanagement.lu
c.walter@lia-assetmanagement.lu
l.neuberg@lia-assetmanagement.lu
m.schmit@lia-assetmanagement.lu
p.perrault@lia-assetmanagement.lu

**lia-asssetmanagement**

claude.ewem@lia-asssetmanagement.lu

**lib**

aberliant@lib.com
akoch@lib.com
awinn@lib.com
bchang@lib.com
bmitchell@lib.com
breifler@lib.com
gjohnson@lib.com
gmonserrat@lib.com
hfrench@lib.com
hhayssen@lib.com
jdaniszewski@lib.com
mbaran@lib.com
mmeyer@lib.com
pdersark@lib.com
pdersarkisian@lib.com
pisenberg@lib.com
rflorez@lib.com
ryeung@lib.com
sbartley@lib.com
slenzi@lib.com
sperrier@lib.com
sveluz@lib.com
tcoyle@lib.com

**libero**

**Company & Corresponding Email Addresses**

margiotta.bppb@libero.it
sandrodidio@libero.it

**liberty**
craig.peters@liberty.co.za

**libertyaam**
ejolliet@libertyaam.ch

**liberty-bank**
kdoucette@liberty-bank.com

**libertyiew**
rxk@libertyview.com

**libertymutual**
allen.hartt@libertymutual.com
anastassia.ivanenko@libertymutual.com
charles.metros@libertymutual.com
james.jakobek@libertymutual.com
megan.stuart@libertymutual.com
paul.wiencek@libertymutual.com
robert.oneil@libertymutual.com
ross.dillon@libertymutual.com
steven.sentler@libertymutual.com
steven.zagoren@libertymutual.com

**libertysavingsbank**
jack.powell@libertysavingsbank.com
jeff.luttrell@libertysavingsbank.com
sue.kranjc@libertysavingsbank.com
tony.massara@libertysavingsbank.com

**liberty-surf**
benoit.chambonnet@liberty-surf.fr

**libertyview**
ameyer@libertyview.com
bmachale@libertyview.com
cgwon@libertyview.com
ghartigan@libertyview.com
gsmedberg@libertyview.com
jmeyer@libertyview.com
kklegar@libertyview.com
mbei@libertyview.com
rfranzese@libertyview.com
rhay@libertyview.com
rhutton@libertyview.com
rjr@libertyview.com
rmeckler@libertyview.com
rross@libertyview.com
skornreich@libertyview.com
thunter@libertyview.com

**libfungrp**
jward@libfungrp.com

**liebherr**
francois.lehmann@lts.liebherr.com

**lifescap**
rmolloy@lifescap.com

**linc**
pchasey@linc.com

**lincap**

**Company & Corresponding Email Addresses**

abenjamin@lincap.com
ajohnson@lincap.com
aknowles@lincap.com
bmcmahon@lincap.com
csedlak@lincap.com
darneth@lincap.com
dbrown@lincap.com
dsanchez@lincap.com
dweeks@lincap.com
eogan@lincap.com
jcallet@lincap.com
jcroghan@lincap.com
jhoran@lincap.com
jhromco@lincap.com
jnicholson@lincap.com
jsmith@lincap.com
jsullivan@lincap.com
kkwan@lincap.com
kmeyer@lincap.com
kmurray@lincap.com
krakociova@lincap.com
mfarmer@lincap.com
mrupp@lincap.com
pcastanoli@lincap.com
phall@lincap.com
rcovode@lincap.com
rknee@lincap.com
rlang@lincap.co
ropferman@lincap.com
rschneider@lincap.com
rshelly@lincap.com
sflahert@lincap.com
shanley@lincap.com
sshabazz@lincap.com
ssundaram@lincap.com
tbardas@lincap.com
tcarroll@lincap.com
tgage@lincap.com
tmcevilly@lincap.com
toreilly@lincap.com
tubben@lincap.com

**lincolnuk**
bill.murfett@lincolnuk.co.uk
**lindseltrain**
michel@lindseltrain.com
**lineq**
cjohns@lineq.com
jolack@lineq.com
mperon@lineq.com
**linet**
adj@linet.ie
**lionhart**
adela.konomi@lionhart.net
barry.mcquain@lionhart.net

## Company & Corresponding Email Addresses

charles.day@lionhart.co.uk
chuck.kuczynksi@lionhart.net
esther.williams@lionhart.net
gaile.gong@lionhart.net
geoffrey.geis@lionhart.net
jason.kennard@lionhart.net
joey.sams@lionhart.net
mandy.anger@lionhart.net
mike.bailey@lionhart.net
neill.ebers@lionhart.net
peter.winkle@lionhart.net
rene.devilliers@lionhart.net
richard.howorth@lionhart.net
richard.ma@lionhart.net
robert.vergara@lionhart.nct
terry.duffy@lionhart.net
walter.reich@lionhart.net

### lionhartasia
david.bailey@lionhartasia.net
gary.hopkins@lionhartasia.net
simon.quirke@lionhartasia.net
william.hart@lionhartasia.net

### lionhartusa
bob.haviland@lionhartusa.net
bruce.nicholson@lionhartusa.net
chris.bruner@lionhartusa.net
dan.reed@lionhartusa.net
jimmy@lionhartusa.net
tom.scanlan@lionhartusa.net

### lionheartusa
scott.appleton@lionheartusa.net

### lionmts
abillah@lionmts.com

### lionsgatecap
bcrawford@lionsgatecap.com
cnisbet@lionsgatecap.com
mcorcoran@lionsgatecap.com
mnangan@lionsgatecap.com
tcorcoran@lionsgatecap.com
vnalluri@lionsgatecap.com

### list
kepresearch@list.lbb.de

### litchcap
gilelliot@litchcap.com
mrose@litchcap.com
pwestmoreland@litchcap.com
scottulm@litchcap.com

### litchfield-advisors
oleg.sozonoff@litchfield-advisors.eu

### litchfieldcapital
bolsen@litchfieldcapital.com
cyonker@litchfieldcapital.com
dtorbin@litchfieldcapital.com
efoden@litchfieldcapital.com

## Company & Corresponding Email Addresses

fshahrabani@litchfieldcapital.com
gyonker@litchfieldcapital.com
hhirani@litchfieldcapital.com
lsavage@litchfieldcapital.com
mbreier@litchfieldcapital.com
minnaimo@litchfieldcapital.com
pbrian@litchfieldcapital.com
twendorff@litchfieldcapital.com

### ljbank
david.yoder@ljbank.com
lynn.hein@ljbank.com

### ljpc
andrew.wiseman@ljpc.com

### ljr
gblatz@ljr.com

### lkcm
amarshall@lkcm.com
bcowan@lkcm.com
bcrumley@lkcm.com
buhlemeyer@lkcm.com
cbennett@lkcm.com
chorsch@lkcm.com
cyost@lkcm.com
ddowler@lkcm.com
dlehmann@lkcm.com
gwalsh@lkcm.com
intern@lkcm.com
jbrownfield@lkcm.com
jdeweese@lkcm.com
jkerrigan@lkcm.com
jmaynard@lkcm.com
jorser@lkcm.com
koldham@lkcm.com
lking@lkcm.com
lschrimp@lkcm.com
mjohnson@lkcm.com
mking@lkcm.com
myeager@lkcm.com
pgreenwell@lkcm.com
rholt@lkcm.com
shollmann@lkcm.com
spurvis@lkcm.com
tcruz@lkcm.com
tkroutil@lkcm.com
ttruitt@lkcm.com
vlamb@lkcm.com
vmelashenko@lkcm.com

### llb
beat.zellweger@llb.li
christian.bitterwolf@llb.li
ferdi.beck@llb.li
michael.ritter@llb.li
peter.marxer@llb.li
renato.frick@llb.li

## Company & Corresponding Email Addresses

roland.matt@llb.li
stephan.schneider@llb.li
thomas.wanger@llb.li

### llb-ip

gerold.kuehne@llb-ip.li
karlheinz.gfall@llb-ip.li
leonie.gehler@llb-ip.li
markus.falk@llb-ip.li
markus.wiedemann@llb-ip.li
mauro.pedrazzini@llb-ip.li

### llbw

jakob.bothmann@llbw.de

### llic

dkelsey@llic.com
gwilliams@llic.com
jpoxon@llic.com

### llodstsb

jonathan.davies@llodstsb.co.uk

### lloyadriatico

di_biagm@lloyadriatico.it

### lloydadriatico

canovam@lloydadriatico.it
cisottog@lloydadriatico.it
la_fatas@lloydadriatico.it
narderd@lloydadriatico.it
novacom@lloydadriatico.it
zigantes@lloydadriatico.it

### lloyds

jim.hamil@lloyds.co.uk

### lloydsbank

adel.azneh@lloydsbank.ch
andy.roelli@lloydsbank.ch
annecelin.chenu@lloydsbank.ch
antoine.courvoisier@lloydsbank.ch
bernard.gaughran@lloydsbank.ch
bernd.adam@lloydsbank.ch
bonds.tas@lloydsbank.ch
brice.mari@lloydsbank.ch
cedric.ney@lloydsbank.ch
christian.schweizer@lloydsbank.ch
denis.periat@lloydsbank.ch
didier.michoud@lloydsbank.ch
eric.odermatt@lloydsbank.ch
gabriela.zimmermann@lloydsbank.ch
george.lo@lloydsbank.ch
heinz.muehlebach@lloydsbank.ch
igor.pozdniakov@lloydsbank.ch
jean-claude.fracheboud@lloydsbank.ch
jean-francois.dreyfus@lloydsbank.ch
jeremy.turner@lloydsbank.ch
juan.devinck@lloydsbank.ch
loredana.exbrayat@lloydsbank.ch
loredana.paganelli@lloydsbank.ch
lucas.stieger@lloydsbank.ch

## Company & Corresponding Email Addresses

marc.barbe@lloydsbank.ch
marc.defilippi@lloydsbank.ch
marc.munz@lloydsbank.ch
marina.liotta@lloydsbank.ch
martin.wintermantel@lloydsbank.ch
mary.kleckner@lloydsbank.ch
michael.bauen@lloydsbank.ch
patrick.mertenat@lloydsbank.ch
philippe.sala@lloydsbank.ch
pierre-yves.hofer@lloydsbank.ch
rolf.scheffer@lloydsbank.ch
sebastien.gentizon@lloydsbank.ch
stefano.bleve@lloydsbank.ch
vincent.schirinzi@lloydsbank.ch
yves.hastert@lloydsbank.ch

### lloydsbautolease

julie.mcchesney@lloydsbautolease.co.uk

### lloydstsb

adam.howard@lloydstsb.co.uk
adrian.hill@lloydstsb.co.uk
alan.hardy@lloydstsb.co.uk
alexander.pietruska@lloydstsb.co.uk
alisdair.creanor@lloydstsb.co.uk
andrew.thompson@lloydstsb.co.uk
andrew.wood@lloydstsb.co.uk
andy.cumming@lloydstsb.co.uk
annabel.murday@lloydstsb.co.uk
ashish.misra@lloydstsb.co.uk
aubrey.simpson-orlebar@lloydstsb.co.uk
avril.marmion@lloydstsb.co.uk
brenda.trenowden@lloydstsb.co.uk
brian.brown@lloydstsb.co.uk
brian.percival@lloydstsb.co.uk
caley.lim@lloydstsb.co.uk
carol.sargent@lloydstsb.co.uk
christina.zausner@lloydstsb.co.uk
colin.paton@lloydstsb.co.uk
dan.lustig@lloydstsb.co.uk
daniel.james@lloydstsb.co.uk
danny.overeem@lloydstsb.co.uk
darren.vincent@lloydstsb.co.uk
david.brealey@lloydstsb.co.uk
david.hinton@lloydstsb.co.uk
david.pritchard@lloydstsb.co.uk
david.whiteley@lloydstsb.co.uk
diana.brightmore-armour@lloydstsb.co.uk
diana.honey@lloydstsb.co.uk
dushy.puvanendrampillai@lloydstsb.co.uk
edward.baker@lloydstsb.co.uk
emma.jones@lloydstsb.co.uk
erica.tomlin@lloydstsb.co.uk
erika.vlug@lloydstsb.co.uk
eva.dolleman@lloydstsb.co.uk
gareth.thomas3@lloydstsb.co.uk

## Company & Corresponding Email Addresses

gavin.wilson1@lloydstsb.co.uk
giles.adams@lloydstsb.co.uk
gosia.donaldson@lloydstsb.co.uk
graham.forster@lloydstsb.co.uk
graham.taylor@lloydstsb.co.uk
graham.williams3@lloydstsb.co.uk
grant.harrison@lloydstsb.co.uk
greg.vaughn@lloydstsb.co.uk
hani.zahdeh@lloydstsb.co.uk
hienhao.hoang@lloydstsb.co.uk
ian.fitzgerald@lloydstsb.co.uk
ivelina.nilsson@lloydstsb.co.uk
james.rudd@lloydstsb.co.uk
jamie.choi@lloydstsb.co.uk
joe.thompson@lloydstsb.co.uk
joerg.drischel@lloydstsb.co.uk
john.curry@lloydstsb.co.uk
john.dawe@lloydstsb.co.uk
john.nicholl@lloydstsb.co.uk
john.o'connell@lloydstsb.co.uk
john.slatter@lloydstsb.co.uk
jon.m.herbert@lloydstsb.co.uk
jonathan.moorhouse@lloydstsb.co.uk
jonathan.parry-jones@lloydstsb.co.uk
jonathan.sebag@lloydstsb.co.uk
julienne.daglish@lloydstsb.co.uk
kate.birchall@lloydstsb.co.uk
kate.grant@lloydstsb.co.uk
kate.jordan@lloydstsb.co.uk
laura.vandijk@lloydstsb.co.uk
lesley.borley@lloydstsb.co.uk
lesley.cook@lloydstsb.co.uk
marc.comasky@lloydstsb.co.uk
marc.escott@lloydstsb.co.uk
marcus.coverdale@lloydstsb.co.uk
mark.preston@lloydstsb.co.uk
mark.thatcher@lloydstsb.co.uk
mary.kiernan@lloydstsb.co.uk
maya.shah@lloydstsb.co.uk
michael.pfaue@lloydstsb.co.uk
michael.timmins@lloydstsb.co.uk
mick.o'connor@lloydstsb.co.uk
mike.smith2@lloydstsb.co.uk
monica.devries@lloydstsb.co.uk
nicholas.hodson@lloydstsb.co.uk
nigel.holt2@lloydstsb.co.uk
nigel.walshe@lloydstsb.co.uk
nikesh.sawjani@lloydstsb.co.uk
osanna.ho@lloydstsb.co.uk
patrick.foley@lloydstsb.co.uk
paul.lewitt@lloydstsb.co.uk
paul.mccarthy@lloydstsb.co.uk
paul.taylor@lloydstsb.co.uk
paul.wylie@lloydstsb.co.uk

## Company & Corresponding Email Addresses

peter.herbert@lloydstsb.co.uk
peter.kernick@lloydstsb.co.uk
peter.shepherd@lloydstsb.co.uk
philip.riddell@lloydstsb.co.uk
phillip.dransfied@lloydstsb.co.uk
ramesh.parmar@lloydstsb.co.uk
reinald.demonchy@lloydstsb.co.uk
richard.askey@lloydstsb.co.uk
richard.beadsworth@lloydstsb.co.uk
richard.campbell@lloydstsb.co.uk
richard.goldthorpe@lloydstsb.co.uk
richard.grasset@lloydstsb.co.uk
richard.keys@lloydstsb.co.uk
richard.read@lloydstsb.co.uk
richard.sanderson@lloydstsb.co.uk
robert.pierce@lloydstsb.co.uk
roger.seggins@lloydstsb.co.uk
sarah.fawcett2@lloydstsb.co.uk
scot.morton@lloydstsb.co.uk
sebastian.colabella@lloydstsb.co.uk
severine.meunier@lloydstsb.co.uk
sharan.pasricha@lloydstsb.co.uk
sharon.balchin@lloydstsb.co.uk
sheryl.hawkins@lloydstsb.co.uk
simon.duerden@lloydstsb.co.uk
simon.miller@lloydstsb.co.uk
simon.penniston@lloydstsb.co.uk
sohil.mody@lloydstsb.co.uk
stephen.kimber@lloydstsb.co.uk
steve.bullock@lloydstsb.co.uk
steve.williamson@lloydstsb.co.uk
steven.huang@lloydstsb.co.uk
sue.hingley@lloydstsb.co.uk
sumeet.pillai@lloydstsb.co.uk
susanne.patterson@lloydstsb.co.uk
suzy.margretts@lloydstsb.co.uk
tahir.bhinji@lloydstsb.co.uk
tamlyn.nall@lloydstsb.co.uk
thomas.chellew@lloydstsb.co.uk
thomas.dissen@lloydstsb.co.uk
thomas.saltiel@lloydstsb.co.uk
tim.saigol@lloydstsb.co.uk
tim.woods@lloydstsb.co.uk
truett.tate@lloydstsb.co.uk
yousef.shokrai@lloydstsb.co.uk
yuvraj.narayan@lloydstsb.co.uk

### lloydstsb-offshore
hutchij@lloydstsb-offshore.com
pvtbanking@lloydstsb-offshore.com

### lloydstsb-usa
bantunes@lloydstsb-usa.com

### lloydtsb
gary.lloyd@lloydtsb.co.uk

### lloystsb

## Company & Corresponding Email Addresses

michael.joseph@lloystsb.co.uk

### lmcapital

clustfield@lmcapital.com
dwarner@lmcapital.com
jchalker@lmcapital.com

### lmcm

agrosman@lmcm.com
alambert@lmcm.com
arodriguez@lmcm.com
blowe@lmcm.com
blund@lmcm.com
bpiggott@lmcm.com
dammirato@lmcm.com
dgould@lmcm.com
dnelson@lmcm.com
dwettlaufer@lmcm.com
fmustafa@lmcm.com
gdillman@lmcm.com
ghuske@lmcm.com
gwu@lmcm.com
imalis@lmcm.com
jyu@lmcm.com
kaje@lmcm.com
mhuang@lmcm.com
mmckinnon@lmcm.com
mpenn@lmcm.com
rbefumo@lmcm.com
rborja@lmcm.com
rcassady@lmcm.com
rdeupree@lmcm.com
smclemore@lmcm.com
tgarvey@lmcm.com

### lmco

albert.smith@lmco.com
james.r.ryan@lmco.com
jerry.f.kircher@lmco.com
leighton.shantz@lmco.com
mike.gabaly@lmco.com
pamela.turner@lmco.com
randa.c.middleton@lmco.com
shamala.littlefield@lmco.com
wayne.h.shaner@lmco.com

### lmfund

efrey@lmfund.com

### lmfunds

abburker@lmfunds.com
aconlan@lmfunds.com
aguzmanmiller@lmfunds.com
aschneider@lmfunds.com
bmiller@lmfunds.clom
canderson@lmfunds.com
ccoleman@lmfunds.com
cratliff@lmfunds.com
csinger@lmfunds.com

## Company & Corresponding Email Addresses

dcallahan@lmfunds.com
dchang@lmfunds.com
dgibbs@lmfunds.com
dli@lmfunds.com
dorange@lmfunds.com
ekiehne@lmfunds.com
fsmall@lmfunds.com
fwettlaufer@lmfunds.com
gsavage@lmfunds.com
hgibboney@lmfunds.com
iloui@lmfunds.com
jlawson@lmfunds.com
jleopold@lmfunds.com
jmurphy@lmfunds.com
klegg@lmfunds.com
kshannon@lmfunds.com
lboydston@lmfunds.com
llowe@lmfunds.com
lwinkenwerder@lmfunds.com
mcgay@lmfunds.com
mchrisgray@lmfunds.com
mheffernan@lmfunds.com
mmauboussin@lmfunds.com
mniemann@lmfunds.com
mray@lmfunds.com
ndennin@lmfunds.com
nevans@lmfunds.com
rguttridge@lmfunds.com
speters@lmfunds.com
wmiller@lmfunds.com

### lmginv

ariane.salamy@lmginv.com
brian.napoleon@lmginv.com
brian.sullivan@lmginv.com
christine.villaluz@lmginv.com
christopher.felton@lmginv.com
courtney.salazar@lmginv.com
craig.yep@lmginv.com
daniel.azrin@lmginv.com
edward.degraan@lmginv.com
eric.charron@lmginv.com
janet.clay@lmginv.com
joel.lepard@lmginv.com
john.lippincott@lmginv.com
jonathan.caldwell@lmginv.com
mark.pare@lmginv.com
michael.krumsiek@lmginv.com
michael.zaretsky@lmginv.com
pam.mcintyre@lmginv.com
patrick.barrett@lmginv.com
paul.drotch@lmginv.com
peter.birkey@lmginv.com
peter.sullivan@lmginv.com
peter.tzanetos@lmginv.com

## Company & Corresponding Email Addresses

regan.buckley@lmginv.com
renne.marsjanik@lmginv.com
robert.blauvelt@lmginv.com
robert.howard@lmginv.com
sadik.culcuoglu@lmginv.com
sameer.bhalla@lmginv.com
sheila.finnerty@lmginv.com
stephan.laughlin@lmginv.com
terri.campbell@lmginv.com
timothy.hawkins@lmginv.com
victor.saratella@lmginv.com

### lmres
cbutchen@lmres.com

### ln
am-ldn-data@ln.email.gs.com
am-ldn-futures-ops@ln.email.gs.com
am-ldn-fx-ops@ln.email.gs.com

### lnc
bhirschfield@lnc.com
dabulin@lnc.com
dkraft@lnc.com
dmiller@lnc.com
ezollinger@lnc.com
jjohnson@lnc.com
kkideckel@lnc.com
rtaylor@lnc.com
saberry@lnc.com
tnewlin@lnc.com

### lodh
adam.horsley@lodh.com
adam.kindreich@lodh.com
alain.gendre@lodh.com
alain.kupferschmid@lodh.com
alessia.torricelli@lodh.com
alexander.arnbaeck@lodh.com
alexandre.avanzini@lodh.com
alexandre.prautsch@lodh.com
alexandre.vancoff@lodh.com
alix.bhend@lodh.com
allan.green@lodh.com
amy.ils@lodh.com
anabel.meyer@lodh.com
anabel.meyermouthon@lodh.com
andre.mayer@lodh.com
angela.dewolff@lodh.com
angela.graham@lodh.com
anita.sulmann@lodh.com
annecatherine.pingeon@lodh.com
annevalere.amo@lodh.com
anthony.fogler@lodh.com
antonio.lovecchio@lodh.com
ariane.bender@lodh.com
arnaud.besse@lodh.com
arnaud.blatter@lodh.com

**Company & Corresponding Email Addresses**

arnaud.girardin@lodh.com
arpad.pongracz@lodh.com
beat.kaeser@lodh.com
benedict.fatio@lodh.com
benedicte.lagrandie@lodh.com
bernard.laperrousaz@lodh.com
bertrand.jaquiery@lodh.com
bolko.hohaus@lodh.com
cedric.coignard@lodh.com
cesar.debrito@lodh.com
charleshenry.monchau@lodh.com
chris.darling@lodh.com
chris.wijdenes@lodh.com
christian.courvoisier@lodh.com
christian.rime@lodh.com
christine.sutter@lodh.com
christophe.bonjour@lodh.com
christophe.gautier@lodh.com
christophe.thonney@lodh.com
claude.morgenegg@lodh.com
corinne.spycher@lodh.com
cyril.berner@lodh.com
cyrille.urfer@lodh.com
daniel.lenhard@lodh.com
daniel.richner@lodh.com
daniel.spichiger@lodh.com
david.caron@lodh.com
david.parsons@lodh.com
david.seppey@lodh.com
delphine.barbaud@lodh.com
delphine.lelouet@lodh.com
derik.schupbach@lodh.com
diana.bosenbacher@lodh.com
dominique.delabarre@lodh.com
dorota.strzalkowska@lodh.com
edouard.mezzena@lodh.com
emanuel.biffiger@lodh.com
eric.francon@lodh.com
eric.joyau@lodh.com
eric.mathyer@lodh.com
eric.ochsner@lodh.com
erik.vanhiele@lodh.com
eurof.uppington@lodh.com
fabien.brugger@lodh.com
fabien.stucker@lodh.com
fabio.alessandrini@lodh.com
fabrizio.basile@lodh.com
firstname.surname@lodh.com
florian.marini@lodh.com
foort.hamelink@lodh.com
francois.brunetti@lodh.com
frank.crittin@lodh.com
frank.juliano@lodh.com
frank.vandenberg@lodh.com

**Company & Corresponding Email Addresses**

frederic.dawance@lodh.com
frederic.lenoir@lodh.com
frederic.servoin@lodh.com
frederik.kalff@lodh.com
gary.lambert@lodh.com
gianluca.tarolli@lodh.com
giuliano.mazzoni@lodh.com
gonzalo.ortiz@lodh.com
gregoire.anzevui@lodh.com
guillame.taylor@lodh.com
guy.steinegger@lodh.com
heide.jimenezdavila@lodh.com
helene.harasty@lodh.com
henry.stalder@lodh.com
hoi.shuntang@lodh.com
hubert.turrettini@lodh.com
hugo.schneider@lodh.com
jacco.maters@lodh.com
jacky.rezzonico@lodh.com
jacques.favre@lodh.com
jake.gaul@lodh.com
james.tadion@lodh.com
jeanchristophe.rochat@lodh.com
jeanette.hollenberg@lodh.com
jeanfrancois.broquet@lodh.com
jeanfrancois.cotting@lodh.com
jean-marc.bianchi@lodh.com
jeanmarc.castan@lodh.com
jeanmarc.guillot@lodh.com
jeanmarc.sanchez@lodh.com
jeanmarie.martin@lodh.com
jean-marie.riva@lodh.com
jean-michel.galster@lodh.com
jeannette.muller@lodh.com
jeanpaul.bonvin@lodh.com
jeanpierre.ryser@lodh.com
jean-rene.varone@lodh.com
jeremy.stuby@lodh.com
jerome.baillaud@lodh.com
jerome.berton@lodh.com
jerome.chanton@lodh.com
jerome.hemard@lodh.com
jerome.strecker@lodh.com
johanna.keller@lodh.com
john.verheul@lodh.com
johncoast.sullenger@lodh.com
julien.bonjour@lodh.com
juyoung.lee@lodh.com
karen.guinand@lodh.com
karen.quinand@lodh.com
karin.gaudy@lodh.com
khoi.lebinh@lodh.com
kilian.riviera@lodh.com
ky.nguyen@lodh.com

**Company & Corresponding Email Addresses**

laurence.omara@lodh.com
laurent.viguier@lodh.com
lodh-industrials@lodh.com
loris.cipresso@lodh.com
manuel.metral@lodh.com
manuel.streiff@lodh.com
marc.bollet@lodh.com
marc.burge@lodh.com
marcel.heini@lodh.com
marcel.romer@lodh.com
marco.barresi@lodh.com
maria.manjarin@lodh.com
maria.menendez@lodh.com
marieluce.telley@lodh.com
marina.pelizzon@lodh.com
mario.zaccardelli@lodh.com
martin.chapados@lodh.com
martin.jochum@lodh.com
martin.squires@lodh.com
matheiu.berger@lodh.com
mathias.saint-leger@lodh.com
mauro.carli@lodh.com
mbuku.lumenganeso@lodh.com
michael.stucky@lodh.com
michel.leblanc@lodh.com
michel.nancoz@lodh.com
michel.perrin@lodh.com
michele.grandclement@lodh.com
mikael.safrana@lodh.com
mike.peacock@lodh.com
mike.veil@lodh.com
nanik.ramchandani@lodh.com
natacha.guerdat@lodh.com
nathalia.barazal@lodh.com
nathalie.haym@lodh.com
nathalie.longuet@lodh.com
nicholas.landellmills@lodh.com
nicola.maitre@lodh.com
nicolas.besson@lodh.com
nicolas.beyaert@lodh.com
nicolas.prost@lodh.com
nicolas.ruzicic@lodh.com
nuria.sanchezdueso@lodh.com
olivier.calloud@lodh.com
olivier.dupraz@lodh.com
olivier.sibrac@lodh.com
oscar.robadey@lodh.com
outi.schonbachler@lodh.com
pascal.bachy@lodh.com
pascal.badan@lodh.com
pascal.betrisey@lodh.com
pascal.brechbuehler@lodh.com
pascal.carbonneau@lodh.com
pascal.menges@lodh.com

**Company & Corresponding Email Addresses**

pascal.nyffeneger@lodh.com
patrick.fournier@lodh.com
patrizio.merciai@lodh.com
paul.cavalier@lodh.com
paul.davey@lodh.com
paul.osborne@lodh.com
paul.rochat@lodh.com
paulandre.pittard@lodh.com
petra.hoefer@lodh.com
philippe.buffle@lodh.com
philippe.cornu@lodh.com
philippe.duchatelier@lodh.com
philippe.rochat@lodh.com
philippe.schindler@lodh.com
philippe.zuercher@lodh.com
philippe.zurcher@lodh.com
phillip.bolton@lodh.com
pierre.planche@lodh.com
pierre.tissot@lodh.com
quocphong.dang@lodh.com
ralph.geiger@lodh.com
richard.nahmani@lodh.com
rio.tandaju@lodh.com
robert.chardon@lodh.com
robert.gulden@lodh.com
robert.railz@lodh.com
roberto.seiler@lodh.com
roland.crottaz@lodh.com
rolf.baertschi@lodh.com
rudolf.rickenmann@lodh.com
samuel.oubadia@lodh.com
samy.chaar@lodh.com
sandrine.bon@lodh.com
sandro.antonucci@lodh.com
sandro.croce@lodh.com
sebastien.gyger@lodh.com
serge.bona@lodh.com
serge.dickler@lodh.com
serge.ledermann@lodh.com
severine.cauchie@lodh.com
sophie.zbinden@lodh.com
steffen.mack@lodh.com
stephan.gruber@lodh.com
steve.honsberber@lodh.com
susana.dossantos@lodh.com
sylvain.massot@lodh.com
technical.research@lodh.com
thierry.kammerer@lodh.com
thomas.heppel@lodh.com
thomas.saulnier@lodh.com
thomas.seulnier@lodh.com
tracey.baldwin@lodh.com
twan.franken@lodh.com
ubald.cloutier@lodh.com

## Company & Corresponding Email Addresses

ulrike.kaiserboing@lodh.com
valerie.lemaigre@lodh.com
vera.trindade@lodh.com
victoria.callcott@lodh.com
vinh.ho@lodh.com
vito.petrolito@lodh.com
xavier.deschamps@lodh.com
xavier.roesle@lodh.com
yan.marcotte@lodh.com
yan.rosa@lodh.com
yvan.mencattini@lodh.com
yvan.montmasson@lodh.com
yvan.roduit@lodh.com
yves.delaporte@lodh.com
yves.gloor@lodh.com
yves.montandon@lodh.com

### loews

afeygin@loews.com
alex.tisch@loews.com
aprather@loews.com
arebell@loews.com
arogers@loews.com
arosenberg@loews.com
asantoro@loews.com
asnyder@loews.com
azinaman@loews.com
bigger@loews.com
bschulman@loews.com
ccruise@loews.com
ddaugherty@loews.com
dedelson@loews.com
dhusar@loews.com
dnayduch@loews.com
drogers@loews.com
dschaible@loews.com
dsobol@loews.com
dteicher@loews.com
ebermingham@loews.com
ebeyrich@loews.com
ecorcoran@loews.com
eunneland@loews.com
ewalker@loews.com
ggordon@loews.com
gjudge@loews.com
ihirschbach@loews.com
jeisenberger@loews.com
jgramm@loews.com
jhubbard@loews.com
jkahn@loews.com
jnathanson@loews.com
jrosenberg@loews.com
jthorpe@loews.com
jwang@loews.com
jxiao@loews.com

## Company & Corresponding Email Addresses

klemmer@loews.com
krogers@loews.com
ktourevski@loews.com
lhess@loews.com
lodonnell@loews.com
mlaman@loews.com
mmagnuson@loews.com
mmcgirr@loews.com
mmuller@loews.com
msaxe@loews.com
pcunningham@loews.com
rvenkatachalam@loews.com
schaefer@loews.com
schoy@loews.com
sdiacos@loews.com
swendell@loews.com
tconnolly@loews.com
tnappy@loews.com
wharrison@loews.com
yharari@loews.com

### logancapital
abesse@logancapital.com
mkline@logancapital.com
phmiglino@logancapital.com
rbuchwald@logancapital.com
rgclark@logancapital.com
sslee@logancapital.com

### logic-intl
diego@logic-intl.com
raul@logic-intl.com

### lombardachina
daniele.fox@lombardachina.com

### lombardodier
caroline.tissot-olchansky@lombardodier.ch
charles.heutschi@lombardodier.ch
didier.arm@lombardodier.com
frederic.lebel@lombardodier.com
frits.vogel@lombardodier.com
helen.reed@lombardodier.com
jan.stevens@lombardodier.com
jean-noel.odier@lombardodier.com
kinh-duong.pham@lombardodier.ch
lynn.mackenzie@lombardodier.ch
magali.berla@lombardodier.ch
marc.sormanie@lombardodier.ch
oscar.tuti@lombardodier.com

### london
attreest@london.cic.fr
bezoarub@london.cic.fr
dunnst@london.cic.fr
francist@london.cic.fr
georgegr@london.cic.fr
gillarma@london.cic.fr
hewsonri@london.cic.fr

## Company & Corresponding Email Addresses

munnsia@london.cic.fr
prestwi@london.cic.fr

### londonandamsterdam

rankine@londonandamsterdam.com
rr@londonandamsterdam.com

### londonandcapital

brian.fenton@londonandcapital.com
neil.michael@londonandcapital.com
rodney.fernandes@londonandcapital.com
sanjay.joshi@londonandcapital.com

### londondandamsterdam

rovida@londondandamsterdam.com

### londonstockexchange

aveitch@londonstockexchange.com
cfurse@londonstockexchange.com
crennoldson@londonstockexchange.com
dwheeldon@londonstockexchange.com
hbrown@londonstockexchange.com
jhowell@londonstockexchange.com
mclohessy@londonstockexchange.com
nlynch@londonstockexchange.com
pfroud@londonstockexchange.com
twoodley@londonstockexchange.com

### longview-partners

danielle.kateb@longview-partners.com
filippos.lemos@longview-partners.com
keith.mcdermott@longview-partners.com
ken.campbell@longview-partners.com
laura.wheeler@longview-partners.com
murat.gunc@longview-partners.com
paul.crinion@longview-partners.com
ramzi.rishani@longview-partners.com

### loomberg

dtarsia@loomberg.net

### loomissalyes

ethaute@loomissalyes.com
hzeng@loomissalyes.com

### loomissayles

abarry@loomissayles.com
aburke@loomissayles.com
adicenso@loomissayles.com
afisher@loomissayles.com
ahenwood@loomissayles.com
aholian@loomissayles.com
alance@loomissayles.com
aliebhoff@loomissayles.com
amackay@loomissayles.com
amartin@loomissayles.com
apagani@loomissayles.com
aramachandran@loomissayles.com
arussell@loomissayles.com
asteede@loomissayles.com
atran@loomissayles.com
atsang@loomissayles.com

**Company & Corresponding Email Addresses**

aware@loomissayles.com
awilkins@loomissayles.com
baumond@loomissayles.com
bbruno@loomissayles.com
bduddy@loomissayles.com
beggleston@loomissayles.com
bfleitman@loomissayles.com
bhorrigan@loomissayles.com
bjames@loomissayles.com
bkan-crawford@loomissayles.com
bkennedy@loomissayles.com
bmcmanama@loomissayles.com
bpayne@loomissayles.com
bpicard@loomissayles.com
bschneiderman@loomissayles.com
bscotti@loomissayles.com
bsundaresan@loomissayles.com
buretzky@loomissayles.com
bvale@loomissayles.com
bvalerio@loomissayles.com
bworley@loomissayles.com
cboutwell@loomissayles.com
cbrigham@loomissayles.com
cdunster@loomissayles.com
cgentile@loomissayles.com
chermance@loomissayles.com
chill@loomissayles.com
cingle@loomissayles.com
ckane@loomissayles.com
ckeith@loomissayles.com
ckeller@loomissayles.com
ckenny@loomissayles.com
ckishpaugh@loomissayles.com
ckreydick@loomissayles.com
clazzaro@loomissayles.com
cmoriarity@loomissayles.com
cmuse@loomissayles.com
crichard@loomissayles.com
crowe@loomissayles.com
cwaitt@loomissayles.com
cwilliams@loomissayles.com
dalfred@loomissayles.com
dchamberlain@loomissayles.com
dcohen@loomissayles.com
ddavidson@loomissayles.com
ddowney@loomissayles.com
dfarina@loomissayles.com
dflaherty@loomissayles.com
dfuss@loomissayles.com
dgeary@loomissayles.com
dharding@loomissayles.com
dkeith@loomissayles.com
dkusy@loomissayles.com
dlankow@loomissayles.com

**Company & Corresponding Email Addresses**

dlapierre@loomissayles.com
dmonteith@loomissayles.com
dplofsky@loomissayles.com
dpolito@loomissayles.com
draberov@loomissayles.com
drolley@loomissayles.com
dsaponaro@loomissayles.com
dsauerbier@loomissayles.com
dsimmons@loomissayles.com
dsunnerberg@loomissayles.com
dwaldman@loomissayles.com
dwalsh@loomissayles.com
dweigner@loomissayles.com
ebaizman@loomissayles.com
ecolleran@loomissayles.com
efitzpatrick@loomissayles.com
ekuchar@loomissayles.com
emeyers@loomissayles.com
enriley@loomissayles.com
ereese@loomissayles.com
erichter@loomissayles.com
eschroeder@loomissayles.com
esheil@loomissayles.com
esternberg@loomissayles.com
estokes@loomissayles.com
ewolf@loomissayles.com
fsledjeski@loomissayles.com
ftolentino@loomissayles.com
fvyn@loomissayles.com
gbennett@loomissayles.com
gguevara@loomissayles.com
gkim@loomissayles.com
glambert@loomissayles.com
glowe@loomissayles.com
gmccullough@loomissayles.com
gwallent@loomissayles.com
gxiang@loomissayles.com
hgroat@loomissayles.com
hkearney@loomissayles.com
hma@loomissayles.com
hnorton@loomissayles.com
imurphy@loomissayles.com
jbalfour@loomissayles.com
jbarr@loomissayles.com
jbeauparlant@loomissayles.com
jbell@loomissayles.com
jbrown@loomissayles.com
jburque@loomissayles.com
jcarroll@loomissayles.com
jdean@loomissayles.com
jdemasi@loomissayles.com
jdimario@loomissayles.com
jdonnelly@loomissayles.com
jesposito@loomissayles.com

**Company & Corresponding Email Addresses**

jewing@loomissayles.com
jgilchrist@loomissayles.com
jginsberg@loomissayles.com
jhunt@loomissayles.com
jhyll@loomissayles.com
jkelly@loomissayles.com
jlamb@loomissayles.com
jlombardo@loomissayles.com
jlopes@loomissayles.com
jmcallister@loomissayles.com
jmccormack@loomissayles.com
jmcgraw@loomissayles.com
jmcintosh@loomissayles.com
jmitchell@loomissayles.com
jmitro@loomissayles.com
jmolack@loomissayles.com
jnelson@loomissayles.com
jnemchenok@loomissayles.com
jpalazola@loomissayles.com
jpark@loomissayles.com
jpetty@loomissayles.com
jritchie@loomissayles.com
jschlicher@loomissayles.com
jschultz@loomissayles.com
jsharp@loomissayles.com
jslavik@loomissayles.com
jspidle@loomissayles.com
jstarbird@loomissayles.com
jsung@loomissayles.com
jtaylor@loomissayles.com
jvancleave@loomissayles.com
jwasserman@loomissayles.com
jwotton@loomissayles.com
jzaehringer@loomissayles.com
kalioto@loomissayles.com
kbetty@loomissayles.com
kbochman@loomissayles.com
kbonin@loomissayles.com
kbrothers@loomissayles.com
kbuntrock@loomissayles.com
kchisholm@loomissayles.com
kdarci@loomissayles.com
kdavis@loomissayles.com
kgaffney@loomissayles.com
kheffner@loomissayles.com
kholmes@loomissayles.com
kkearns@loomissayles.com
kmartin@loomissayles.com
kmcdonough@loomissayles.com
kmcguire@loomissayles.com
kmoore@loomissayles.com
kmudge@loomissayles.com
knewmark@loomissayles.com
kpatriquin@loomissayles.com

**Company & Corresponding Email Addresses**

kperry@loomissayles.com
kraymond@loomissayles.com
kshea@loomissayles.com
kstern@loomissayles.com
kszydlo@loomissayles.com
kvang@loomissayles.com
kwagner@loomissayles.com
kwalker@loomissayles.com
lgallagher@loomissayles.com
lkloppenburg@loomissayles.com
lparker@loomissayles.com
lpitalis@loomissayles.com
lrosenbaum@loomissayles.com
lsarlo@loomissayles.com
lschweitzer@loomissayles.com
lshaw@loomissayles.com
mbaribeau@loomissayles.com
mbaxter@loomissayles.com
mbraiewa@loomissayles.com
mburns@loomissayles.com
mcoutre@loomissayles.com
mcrowell@loomissayles.com
mdepp@loomissayles.com
meagan@loomissayles.com
mfitzgerald@loomissayles.com
mgiles@loomissayles.com
mgladchun@loomissayles.com
mglick@loomissayles.com
mharris@loomissayles.com
mkeough@loomissayles.com
mklawitter@loomissayles.com
mlachapelle@loomissayles.com
mlarochelle@loomissayles.com
mliu@loomissayles.com
mmanning@loomissayles.com
mmcdade@loomissayles.com
mmurphy@loomissayles.com
mravanesi@loomissayles.com
mshank@loomissayles.com
mstrom@loomissayles.com
mtierney@loomissayles.com
mweiss@loomissayles.com
mwelch@loomissayles.com
mwright@loomissayles.com
nburke@loomissayles.com
nmaher@loomissayles.com
nmccormack@loomissayles.com
nroberts@loomissayles.com
pczekanski@loomissayles.com
pegginton@loomissayles.com
pfine@loomissayles.com
pfrick@loomissayles.com
pguzzi@loomissayles.com
phanson@loomissayles.com

**Company & Corresponding Email Addresses**

pkeefe@loomissayles.com
pobermann@loomissayles.com
preiters@loomissayles.com
priders@loomissayles.com
pshah@loomissayles.com
ptily@loomissayles.com
pwright@loomissayles.com
qfaulkner@loomissayles.com
rbialkin@loomissayles.com
rbruder@loomissayles.com
rcrable@loomissayles.com
rdistefano@loomissayles.com
rdong@loomissayles.com
rforker@loomissayles.com
rgartaganis@loomissayles.com
rgoodof@loomissayles.com
rix@loomissayles.com
rlefevre@loomissayles.com
rleitzes@loomissayles.com
rmackay@loomissayles.com
rmcelhinney@loomissayles.com
rmcgrail@loomissayles.com
rorne@loomissayles.com
rraczkowski@loomissayles.com
rreed@loomissayles.com
rroland@loomissayles.com
rskaggs@loomissayles.com
rwaldron@loomissayles.com
saubuchon@loomissayles.com
sbinder@loomissayles.com
sbocamazo@loomissayles.com
schittenden@loomissayles.com
scooke@loomissayles.com
sdoherty@loomissayles.com
sgaya@loomissayles.com
shoppe@loomissayles.com
skaseta@loomissayles.com
sking@loomissayles.com
slheureux@loomissayles.com
slord@loomissayles.com
smccabe@loomissayles.com
smoreno@loomissayles.com
snadler@loomissayles.com
somara@loomissayles.com
sproctor@loomissayles.com
srichard@loomissayles.com
sriley@loomissayles.com
sservice@loomissayles.com
ssgreen@loomissayles.com
tbeatrice@loomissayles.com
tbidwell@loomissayles.com
tdavis@loomissayles.com
tfarren@loomissayles.com
tfinch@loomissayles.com

**Company & Corresponding Email Addresses**

tfinucane@loomissayles.com
tfletcher@loomissayles.com
tgately@loomissayles.com
thaarmann@loomissayles.com
thayner@loomissayles.com
thowey@loomissayles.com
tjurevic@loomissayles.com
tkelley@loomissayles.com
tmason@loomissayles.com
tobrien@loomissayles.com
tstolberg@loomissayles.com
tursillo@loomissayles.com
tvandam@loomissayles.com
twoo@loomissayles.com
tzimmer@loomissayles.com
ugosalia@loomissayles.com
vdavisson@loomissayles.com
vgeorgenes@loomissayles.com
vlubrano@loomissayles.com
vsegall@loomissayles.com
vsmith@loomissayles.com
wkoontz@loomissayles.com
zcowperthwaite@loomissayles.com

**loopcap**

corys@loopcap.com
eileenp@loopcap.com
gennellj@loopcap.com
jimr@loopcap.com
johnr@loopcap.com
kevini@loopcap.com
paulb@loopcap.com
sidneyd@loopcap.com
toddm@loopcap.com
tonyc@loopcap.com
wadew@loopcap.com

**lordabbet**

rball@lordabbet.com

**lordabbett**

aavancha@lordabbett.com
abailey@lordabbett.com
abiancamano@lordabbett.com
adambrosi@lordabbett.com
aguadalupe@lordabbett.com
ahingorani@lordabbett.com
akatz@lordabbett.com
akurtz@lordabbett.com
aluy@lordabbett.com
aobrien@lordabbett.com
aohri@lordabbett.com
astorm@lordabbett.com
aweise@lordabbett.com
bbartlett@lordabbett.com
bburrell@lordabbett.com
bchrystal@lordabbett.com1

**Company & Corresponding Email Addresses**

bchu@lordabbett.com
bebel@lordabbett.com
bgreenberg@lordabbett.com
bilardo@lordabbett.com
bkezmarsky@lordabbett.com
bmanieri@lordabbett.com
bodelle@lordabbett.com
bphillips@lordabbett.com
bschlemovitz@lordabbett.com
bshoer@lordabbett.com
bsullivan@lordabbett.com
cboccolini@lordabbett.com
ccincotta@lordabbett.com
cdemuth@lordabbett.com
cenriquez@lordabbett.com
cgizzo@lordabbett.com
chughes@lordabbett.com
cknicker@lordabbett.com
clapierre@lordabbett.com
cleighton@lordabbett.com
cmarzullo@lordabbett.com
cmassare@lordabbett.com
cmcfadden@lordabbett.com
cmurdolo@lordabbett.com
cnewport@lordabbett.com
cpicard@lordabbett.com
crobinson@lordabbett.com
crozakis@lordabbett.com
cshao@lordabbett.com
ctantillo@lordabbett.com
ctowle@lordabbett.com
cyates@lordabbett.com
dbuilder@lordabbett.com
dcar@lordabbett.com
dcuiule@lordabbett.com
dellis@lordabbett.com
demmerich@lordabbett.com
dfrascarelli@lordabbett.com
dkalloo@lordabbett.com
dkhanna@lordabbett.com
dlichtenberg@lordabbett.com
dlinsen@lordabbett.com
dmorgan@lordabbett.com
dponte@lordabbett.com
dritt@lordabbett.com
dsolender@lordabbett.com
dvandevelde@lordabbett.com
eallinson@lordabbett.com
ebanko@lordabbett.com
ecarpenter@lordabbett.com
edjakov@lordabbett.com
eitskovitz@lordabbett.com
eizkovitz@lordabbett.com
emaclean@lordabbett.com

**Company & Corresponding Email Addresses**

emcandrew@lordabbett.com
esalzman@lordabbett.com
escura@lordabbett.com
evonderlinde@lordabbett.com
ewright@lordabbett.com
flupica@lordabbett.com
ftaylor@lordabbett.com
ftimons@lordabbett.com
fvrahnos@lordabbett.com
gantonelli@lordabbett.com
gbinkiewicz@lordabbett.com
gbryson@lordabbett.com
gheffernan@lordabbett.com
glavish@lordabbett.com
gmacosko@lordabbett.com
gmaggio@lordabbett.com
gmelas@lordabbett.com
gparker@lordabbett.com
gwolf@lordabbett.com
hbush@lordabbett.com
hhansen@lordabbett.com
hlee@lordabbett.com
hsharon@lordabbett.com
iholm@lordabbett.com
jdiamond@lordabbett.com
jdichiaro@lordabbett.com
jduko@lordabbett.com
jfidacaro@lordabbett.com
jgarcia@lordabbett.com
jgiraldo@lordabbett.com
jgulli@lordabbett.com
jkrist@lordabbett.com
jlane@lordabbett.com
jlanzotti@lordabbett.com
jloeb@lordabbett.com
jlora@lordabbett.com
jmauer@lordabbett.com
jmaurer@lordabbett.com
jmcmillin@lordabbett.com
jpiccard@lordabbett.com
jsmeltzer@lordabbett.com
jstabile@lordabbett.com
jstofkoper@lordabbett.com
jyung@lordabbett.com
kchancay@lordabbett.com
kfuller@lordabbett.com
kgreeley@lordabbett.com
kjames@lordabbett.com
klittlebear@lordabbett.com
lcanino@lordabbett.com
lchinsky@lordabbett.com
lconlin@lordabbett.com
ldavis@lordabbett.com
ldemic@lordabbett.com

**Company & Corresponding Email Addresses**

lholland@lordabbett.com
lmorse@lordabbett.com
lonapolitano@lordabbett.com
lsachs@lordabbett.com
ltalukdar@lordabbett.com
lvazquez@lordabbett.com
mallen@lordabbett.com
mbellardini@lordabbett.com
mcolon@lordabbett.com
mcox@lordabbett.com
mdecicco@lordabbett.com
mgoldste@lordabbett.com
miobrien@lordabbett.com
mleithead@lordabbett.com
mlesesne@lordabbett.com
mlindstrom@lordabbett.com
mmcbrierty@lordabbett.com
mmccarthy@lordabbett.com
mpron@lordabbett.com
mscaraba@lordabbett.com
mscarabaggio@lordabbett.com
msmith@lordabbett.com
nedwards@lordabbett.com
nmelendez@lordabbett.com
nshah@lordabbett.com
ogilhooley@lordabbett.com
pcaiazza@lordabbett.com
pfang@lordabbett.com
pherman@lordabbett.com
pjacobson@lordabbett.com
pkaukonen@lordabbett.com
pvolovich@lordabbett.com
pwong@lordabbett.com
ralgozo@lordabbett.com
rderiso@lordabbett.com
rdondiego@lordabbett.com
rdow@lordabbett.com
rfetch@lordabbett.com
rgardella@lordabbett.com
rgerber@lordabbett.com
rhoward@lordabbett.com
rlarsen@lordabbett.com
rlee@lordabbett.com
rmorris@lordabbett.com
rreynolds@lordabbett.com
rrohra@lordabbett.com
rruvkun@lordabbett.com
rshalhoub@lordabbett.com
rsmola@lordabbett.com
rstlouis@lordabbett.com
rteaney@lordabbett.com
saurigemma@lordabbett.com
sdinsky@lordabbett.com
sfirozali@lordabbett.com

**Company & Corresponding Email Addresses**

sganjei@lordabbett.com
shenderson@lordabbett.com
shumphre@lordabbett.com
skernkraut@lordabbett.com
sleone@lordabbett.com
slim@lordabbett.com
smagoon@lordabbett.com
smcgrude@lordabbett.com
spaynter@lordabbett.com
srocco@lordabbett.com
ssmith@lordabbett.com
swong@lordabbett.com
swortman@lordabbett.com
tbrickey@lordabbett.com
tchan@lordabbett.com
tcrimmins@lordabbett.com
tgal@lordabbett.com
thipple@lordabbett.com
thudson@lordabbett.com
thurlburt@lordabbett.com
tjacobson@lordabbett.com
tmaher@lordabbett.com
toberhaus@lordabbett.com
tohallor@lordabbett.com
tpetrov@lordabbett.com
tsacca@lordabbett.com
tszaro@lordabbett.com
tyoun@lordabbett.com
vfrovich@lordabbett.com
vmcbride@lordabbett.com
vpiazza@lordabbett.com
vscialli@lordabbett.com
vstrenk@lordabbett.com
wcarpenter@lordabbett.com
wlee@lordabbett.com
wleonard@lordabbett.com
wmenendez@lordabbett.com
wprahl@lordabbett.com
wsadler@lordabbett.com
yaranowicz@lordabbett.com
ymedovoy@lordabbett.com
yosawa@lordabbett.com
zbrown@lordabbett.com
zhalpern@lordabbett.com

**lordabbettchina**
yifeng.yang@lordabbettchina.com
**lordabbot**
jfeldstein@lordabbot.com
**lordabbott**
esalzman@lordabbott.com
**lordabett**
npetrakov@lordabett.com
**loreal**
cmillot@dgaf.loreal.com

## Company & Corresponding Email Addresses

pkhouri@dgaf.loreal.com
pmahebornon@dgaf.loreal.com

**lortobco**

vlosito@lortobco.com

**lospadresbank**

john.mason@lospadresbank.com

**lotsoff**

artetae@lotsoff.com
badillar@lotsoff.com
balasanovy@lotsoff.com
brinka@lotsoff.com
burkek@lotsoff.com
byronj@lotsoff.com
dematteor@lotsoff.com
duncanj@lotsoff.com
durakovicm@lotsoff.com
er@lotsoff.com
farrellw@lotsoff.com
greinerc@lotsoff.com
haleenj@lotsoff.com
hersheyd@lotsoff.com
hfresearch@lotsoff.com
hurleym@lotsoff.com
lambertk@lotsoff.com
liegelb@lotsoff.com
lotsoffs@lotsoff.com
pappoj@lotsoff.com
powerss@lotsoff.com
reidd@lotsoff.com
sayersf@lotsoff.com
schneiderd@lotsoff.com
skiltonb@lotsoff.com
smithl@lotsoff.com
smithm@lotsoff.com
spitznagelj@lotsoff.com
willemser@lotsoff.com

**lottsoff**

hurleyj@lottsoff.com

**lowes**

ben.adams@lowes.com
brian.c.sullivan-2@lowes.com
cindy.m.reins@lowes.com
david.green@lowes.com
garry.cutright@lowes.com
kelly.l.bowman@lowes.com
mariko.sakai-church@lowes.com
marshall.a.croom@lowes.com
rob.l.mclean@lowes.com
scott.g.frye@lowes.com

**lowings**

nicholas@lowings.com

**loydstsb**

mark.silvester@loydstsb.co.uk

**lpcorp**

## Company & Corresponding Email Addresses

mark.tobin@lpcorp.com
russ.pattee@lpcorp.com

### lpf
am@lpf.org.uk
zs@lpf.org.uk

### lpfa
amanda.walker@lpfa.org.uk

### lpl
anthony.waldichuk@lpl.com
kevin.reed@lpl.com

### lputnam
a_frechette@lputnam.com

### lrc
bzi@lrc.ch
cej@lrc.ch
chm@lrc.ch
fml@lrc.ch
hre@lrc.ch
jka@lrc.ch
jlu@lrc.ch
mmo@lrc.ch
mry@lrc.ch
mwi@lrc.ch
sch@lrc.ch
sst@lrc.ch
stk@lrc.ch
tko@lrc.ch
zwa@lrc.ch

### lrcasia
btk@lrcasia.ch
cck@lrcasia.ch
dwt@lrcasia.ch
gan@lrcasia.ch

### lri
andrea.buehring@lri.lu
bernhard.held@lri.lu
christian.altmann@lri.lu
christian.bauer@lri.lu
christoph.koch@lri.lu
hartmut.rock@lri.lu
joerg.spelz@lri.lu
lisa.backes@lri.lu
manon.bastian@lri.lu
marieanne.vandenberg@lri.lu
markus.jungbluth@lri.lu
martina.backes@lri.lu
martina.boesen@lri.lu
michael.glieden@lri.lu
olga.dubko@lri.lu
ralf.jacobi@lri.lu
ralf.mueller@lri.lu
silke.friedrich@lri.lu
simone.heinz@lri.lu
thomas.bernard@lri.lu

## Company & Corresponding Email Addresses

thomas.frings@lri.lu
volker.schmidt@lri.lu

### lri-invest

arndt.nicolaus@lri-invest.lu
christian.schmitt@lri-invest.lu

### lrp

alexander.rossbach@lrp.de
alexander.scholz@lrp.de
alwin.vester@lrp.de
andreas.hahn@lrp.de
andreas.vielemann@lrp.de
annelie.gabriel@lrp.de
barbara.altherr-mueller@lrp.de
benedikt.hau@lrp.de
christian.horn@lrp.de
christiane.hofer@lrp.de
daniel.juncker@lrp.de
desmond.fennell@lrp.de
dirk.jung@lrp.de
eva.heffels@lrp.de
eva.hessels@lrp.de
f.plogmann@lrp.de
financial.institutions@lrp.de
frank.jung@lrp.de
frank.parensen@lrp.de
germar.knoechlein@lrp.de
hans-joachim.gille@lrp.de
harald.witte@lrp.de
heinz-werner.firmenich@lrp.de
helmut-schmitt@lrp.de
herbert.geist@lrp.de
hubert.suehr@lrp.de
joachim.huefken@lrp.de
joerg.zimmer@lrp.de
lars.stridde@lrp.de
lothar.ayasse@lrp.de
manfred.steyer@lrp.de
manuela.mette@lrp.de
marc.halbroth@lrp.de
marc.weiss@lrp.de
martin.held@lrp.de
matthias.preller@lrp.de
michael.dinckels@lrp.de
michael.hawighorst@lrp.de
michael.kaul@lrp.de
michael.mcauliffe@lrp.de
olaf.struckmeier@lrp.de
oliver.dietschi@lrp.de
oliver.estenfeld@lrp.de
oliver.lesselich@lrp.de
patrick.pies@lrp.de
paul.schminke@lrp.de
peter.hallerberg@lrp.de
peter.helmer@lrp.de

## Company & Corresponding Email Addresses

peter.hoffmann@lrp.de
prisca.schuster@lrp.de
robert.wagner@lrp.de
roland.piltz@lrp.de
sabine.jenet-loewe@lrp.de
silvia.wiese@lrp.de
soeren.katterbach@lrp.de
stefan.baum@lrp.de
susanne.hagel@lrp.de
thomas.broschek@lrp.de
thomas.durlach@lrp.de
thomas.goedel@lrp.de
thorsten.kraemer@lrp.de
walter.pharo@lrp.de
wolfgang.titz@lrp.de

**lsu**
llajaye@lsu.edu

**ltsb-finance**
john.gillbe@ltsb-finance.co.uk
tim.tookey@ltsb-finance.co.uk

**ltsoff**
dematteor@ltsoff.com

**lu**
alain.schanen@lu.mufg.jp
alex.blinkhorn@lu.mufg.jp

**lucchini**
aalgisi@lucchini.it
gportesi@lucchini.it
plevi@lucchini.it

**lukb**
andreas.stalder@lukb.ch
carlos.palomanes@lukb.ch
daniel.hauser@lukb.ch
dbieri@lukb.ch
erich.mueller@lukb.ch
gregor.zemp@lukb.ch
hans.stuebi@lukb.ch
joachim.schuetz@lukb.ch
joerg.gubler@lukb.ch
peter.luetolf@lukb.ch
roger.isler@lukb.ch
roland.schuermann@lukb.ch
stefan.bucher@lukb.ch
stefan.bucher2@lukb.ch
thomas.lammer@lukb.ch

**luminentcapital**
jdoyle@luminentcapital.com
jkuriger@luminentcapital.com
mmahoney@luminentcapital.com
mpatel@luminentcapital.com
rviera@luminentcapital.com
sma@luminentcapital.com
tmoore@luminentcapital.com
zwang@luminentcapital.com

**Company & Corresponding Email Addresses**

**luthbro**
fischer.janelle@luthbro.com
johnson.fred@luthbro.com
johnson.tim@luthbro.com
nelson.caroline@luthbro.com
olson.jeff@luthbro.com
quello.david@luthbro.com
swenson.mark@luthbro.com

**lv1871**
cornelia.fischer@lv1871.de
wolfgang.reichel@lv1871.de

**lvmh**
b.giroud@lvmh.com
c.hollis@lvmh.fr
d.guigou@lvmh.fr
dehen@lvmh.fr
j.m.moutin@lvmh.fr
jduverge@lvmh.fr
m.adnet@lvmh.fr
n.brunel@lvmh.fr
n.drouin@lvmh.fr
n.sarel@lvmh.fr
o.seux@lvmh.fr
ochamina@lvmh.fr
p.colin@lvmh.fr
p.houel@lvmh.fr
research@lvmh.fr
s.adle@lvmh.fr
s.delariviere@lvmh.fr
s.lujin@lvmh.fr
tmiot@lvmh.fr

**lycos**
tguilfoile@lycos.com
thomaz@lycos.co.kr

**lyondell**
dave.haynes@lyondell.com
doug.pike@lyondell.com

**lyondellbasell**
norm.phillips@lyondellbasell.com

**ma**
dwbtfmln@ma.kew.net
kookmin@ma.kcom.ne.jp

**mab**
y.sudo@mab.co.jp

**mac**
joshua.phillips@mac.com
paulwiggins@mac.com
soltas@mac.com

**macapitalmarkets**
bholliger@macapitalmarkets.com

**macintosh**
g.noordermeer@macintosh.nl
s.stevens@macintosh.nl

**mackay**

## Company & Corresponding Email Addresses

jordan.alexander@mackay.com
stephen.friscia@mackay.com

### mackayshields

alex.leites@mackayshields.com
alicia.damley@mackayshields.com
andrew.ruskulis@mackayshields.com
andrew.susser@mackayshields.com
anna.garceau@mackayshields.com
anthony.sneag@mackayshields.com
anthony.vigilante@mackayshields.com
bernardo.mesa@mackayshields.com
bernie.litzinger@mackayshields.com
beth.griper@mackayshields.com
brian.burkhart@mackayshields.com
bridget.carey@mackayshields.com
bridget.murray@mackayshields.com
byron.spivack@mackayshields.com
chaim.schneider@mackayshields.com
charlie.youngblood@mackayshields.com
claude.athaide@mackayshields.com
clifford.scharff@mackayshields.com
dan.roberts@mackayshields.com
daniel.porter@mackayshields.com
denise.higgins@mackayshields.com
dohyun.cha@mackayshields.com
ed.spelman@mackayshields.com
edward.silverstein@mackayshields.com
eileen.cook@mackayshields.com
elizabeth.reilly@mackayshields.com
elizabeth.xu@mackayshields.com
eric.pettway@mackayshields.com
gary.goodenough@mackayshields.com
gina.salerno@mackayshields.com
gregory.spencer@mackayshields.com
guotao.lu@mackayshields.com
heather.toto@mackayshields.com
hy@mackayshields.com
isabel.coelho@mackayshields.com
james.abbey@mackayshields.com
james.ramsay@mackayshields.com
james.wolf@mackayshields.com
jane.zhang@mackayshields.com
jay.levy@mackayshields.com
jeffrey.saxon@mackayshields.com
jim.wolf@mackayshields.com
joe.portera@mackayshields.com
john.butler@mackayshields.com
john.fitzgerald@mackayshields.com
john.moten@mackayshields.com
john.scuello@mackayshields.com
joseph.portera@mackayshields.com
julio.obeso@mackayshields.com
kathy.dornellas@mackayshields.com
kazutoshi.fujita@mackayshields.com

**Company & Corresponding Email Addresses**

kelsey.johnson@mackayshields.com
kevin.lee@mackayshields.com
kevin.mcateer@mackayshields.com
lanette.donovan@mackayshields.com
laurie.walters@mackayshields.com
lindsay.bernbaum@mackayshields.com
lisa.best@mackayshields.com
lisa.gamboa@mackayshields.com
louis.cohen@mackayshields.com
luann.gilhooly@mackayshields.com
lucille.protas@mackayshields.com
mark.spellman@mackayshields.com
marvin.fong@mackayshields.com
maryann.veneziano@mackayshields.com
mattp@mackayshields.com
maurice.onyuka@mackayshields.com
maya.venkatraman@mackayshields.com
megan.irizarry@mackayshields.com
michael.corker@mackayshields.com
michael.griz@mackayshields.com
michael.kimble@mackayshields.com
michael.michalisin@mackayshields.com
michael.snyder@mackayshields.com
michael.starr@mackayshields.com
micky.jagirdar@mackayshields.com
mike.snyder@mackayshields.com
nancy.poz@mackayshields.com
nat.akyeampong@mackayshields.com
nate.hudson@mackayshields.com
noal.goldfarb@mackayshields.com
osbert.hood@mackayshields.com
patrick.crotty@mackayshields.com
peter.epstein@mackayshields.com
pratik.patel@mackayshields.com
rajesh.bharwani@mackayshields.com
ravi.akhoury@mackayshields.com
raymond.lefante@mackayshields.com
rene.bustamante@mackayshields.com
richard.rosen@mackayshields.com
robert.centrella@mackayshields.com
robert.eng@mackayshields.com
robert.nisi@mackayshields.com
rupal.bhansali@mackayshields.com
russ.diminni@mackayshields.com
ruth.kossoff@mackayshields.com
ryan.downey@mackayshields.com
scott.mallek@mackayshields.com
seng.liew@mackayshields.com
steve.rich@mackayshields.com
steve.wizeman@mackayshields.com
steven.caiazzo@mackayshields.com
susan.hutchison@mackayshields.com
taylor.wagenseil@mackayshields.com
terry.daly@mackayshields.com

## Company & Corresponding Email Addresses

thomas.mauceri@mackayshields.com
thomas.melvin@mackayshields.com
tom.melvin@mackayshields.com
won.choi@mackayshields.com
yasmin.jack@mackayshields.com

**mackenziefinancial**
song@mackenziefinancial.com

**macm**
jhanf@macm.com
jli@macm.com

**macsf**
l.deschamps@macsf.fr
m.thivant@macsf.fr

**macsffinance**
e.dubos@macsffinance.com
o.benoist@macsffinance.com
r.caniard@macsffinance.com

**mad**
invercaixagestion@mad.servicom.es

**maersk**
carsten.sonne-schmidt@maersk.com
cphcfo@maersk.com
cphcjh@maersk.com
cphjbr@maersk.com
cphjwi@maersk.com
cphmsk@maersk.com
cphtankmng@maersk.com
cphxch@maersk.com
gne006@maersk.com
kim.grubert@maersk.com
motresearch@maersk.com
mpz001@maersk.com
ver003@maersk.com
wcalineur@maersk.com

**maersk-contractors**
jeppe.jensen@maersk-contractors.com

**maerskoil**
mej@maerskoil.dk
vier@maerskoil.com

**maetrica**
carmelo.genoese@maetrica.ch

**magellanlp**
bruce.heine@magellanlp.com

**magten**
trembry@magten.com

**maidenform**
crivera@maidenform.com
rcruz@maidenform.com

**mail**
adam.byskiniewicz@mail.nbp.pl
adam.kot@mail.nbp.pl
agata.witkowska@mail.nbp.pl
ak-ir@mail.toyota.co.jp
allenj@mail.nrucfc.org

## Company & Corresponding Email Addresses

annemarie.mijer-nienhuis@mail.ing.nl
annli@mail.notes.bank-of-china.com
atsushi_kanematsu@mail.toyota.co.jp
ceowil@mail.co.stanislaus.ca.us
chenyy.gb@mail.notes.bank-of-china.com
corine.van.heijningen@mail.ing.nl
david.schweikert@mail.maricopa.gov
delos@mail.nrucfc.org
eisenbr@mail.nrucfc.org
ewa.rzeszutek@mail.nbp.pl
franklin.wagner@mail.ing.nl
frenzj@mail.nrucfc.org
gducker@mail.state.ne.us
gerald.seigmund@mail.psk.co.at
hata_kazuhiro@mail.nikko.co.jp
hiromi.okase@mail.mol.co.jp
hisako_koyabu@mail.toyota.co.jp
ishijima_takashi@mail.nikko.co.jp
iwakiri_masaru@mail.nikko.co.jp
j.r.robinson@mail.utexas.edu
jaeger.g@mail.hk.g-bank.nl
janusz.zielinski@mail.nbp.pl
jaroslaw.grabczynski@mail.nbp.pl
jiro_saito@mail.toyota.co.jp
jjurich@mail.state.ne.us
johannes.wolvius@mail.ing.nl
jonker.j@mail.hk.g-bank.nl
joost.van.der.does.de.willebois@mail.ing.nl
josef.gollwitzer@mail.psk.co.at
joshua.tan@mail.ing.nl
kagawa_youichi@mail.nikko.co.jp
katsuyuki_ogura@mail.toyota.co.jp
kazuaki_nakao@mail.toyota.co.jp
kclarsson@mail.dk
keiichi_okuda@mail.toyota.co.jp
kenji_terada_ab@mail.toyota.co.jp
kitabayashi_mikio@mail.nikko.co.jp
kkillmaster@mail.state.il.us
kojima_masaaki@mail.nikko.co.jp
koos.timmermans@mail.ing.nl
kyoya.nitta@mail.mol.co.jp
lihb.uk@mail.notes.bank-of-china.com
marc.wullschleger@mail.snecma.fr
marek.biedrzycki@mail.nbp.pl
marek.marciniak@mail.nbp.pl
marek.raczko@mail.nbp.pl
mariska.schadenberg@mail.ing.nl
mariusz.zydzik@mail.nbp.pl
martijn.hes@mail.ing.nl
masahiro_nishi@mail.toyota.co.jp
masakuni_mori@mail.toyota.co.jp
masatoshi.sakashita@mail.mol.co.jp
m-azuma@mail.nikko.co.jp
michael_kraus@mail.com

## Company & Corresponding Email Addresses

mtang@mail.notes.bank-of-china.com
n-endo@mail.nikko.co.jp
oh@mail.com
orita_naoya@mail.nikko.co.jp
pawel.skrzypczynski@mail.nbp.pl
pawel.wyczanski@mail.nbp.pl
pieter.bouwknegt@mail.ing.nl
pschutt@mail.state.il.us
ralf.endlich@mail.psk.co.at
rd@mail.com
reiko_ohashi@mail.toyota.co.jp
rgraves@mail.state.tn.us
rjian@mail.notes.bank-of-china.com
rroett@mail.jhuwash.jhu.edu
serge.mans@mail.ing.nl
shaydon@mail.notes.bank-of-china.com
shinji.ogawa@mail.mol.co.jp
shirahata_kazunori@mail.nikko.co.jp
shugo.aoto@mail.mol.co.jp
silverj@mail.nrucfc.org
smabtp@mail.fininfo.fr
suter@mail.nrucfc.org
syndication.uk@mail.notes.bank-of-china.com
takahashi_hiroaki2@mail.nikko.co.jp
takayuki_saito@mail.toyota.co.jp
terakado_kazuhiko@mail.nikko.co.jp
tomasz.malkowski@mail.nbp.pl
tomoko_bando@mail.toyota.co.jp
toshihiko_ubukata@mail.toyota.co.jp
tpocholuk@mail.inext.fr
unknown@mail.com
watanabe_tooru2@mail.nikko.co.jp
willem.van.ruitenburg2@mail.ing.nl
yuichi.himeno@mail.mol.co.jp
yves_deschenes@mail.schneider.fr
zsu@mail.notes.bank-of-china.com
zzhang@mail.notes.bank-of-china.com

## mailbox

hstern@mailbox.lacity.org
jkim@mailbox.lacity.org
jwolfson@mailbox.lacity.org
rmccullough@mailbox.lacity.org
tjuarez@mailbox.lacity.org

## mailhec

willie.quah@mailhec.net

## mailpoalim

amit.tal@mailpoalim.co.il
andrew.mackenzie@mailpoalim.co.uk
avishai.ben-yshai@mailpoalim.co.il
chagai.shani@mailpoalim.co.il
dan.amar1@mailpoalim.co.il
dan.rosenberg@mailpoalim.co.il
daniel.hass@mailpoalim.co.il
david.botbol@mailpoalim.co.il

**Company & Corresponding Email Addresses**

david.heffes@mailpoalim.co.il
david.humphreys@mailpoalim.co.uk
edgar.lemel@mailpoalim.co.il
effie.werber@mailpoalim.co.il
eran.sharabi@mailpoalim.co.il
francine.hoppe.krasner@mailpoalim.co.il
gabby.movshovich@mailpoalim.co.il
gareth.debrunner@mailpoalim.co.uk
gil.dor-hai@mailpoalim.co.il
haim.fisher@mailpoalim.co.il
ian.owen@mailpoalim.co.uk
illan.shellef@mailpoalim.co.uk
itai.yosha@mailpoalim.co.il
itzik.shalev@mailpoalim.co.il
leumi.fibi@mailpoalim.co.il
lina.orenstein@mailpoalim.co.il
liran.carmel@mailpoalim.co.il
michaela.mordoch@mailpoalim.co.uk
mikhael.farouz@mailpoalim.co.il
mitchell.garfinkle@mailpoalim.co.il
moti.szuszan@mailpoalim.co.il
neil.corney@mailpoalim.co.il
oren.hashmonay@mailpoalim.co.il
orit.marcus@mailpoalim.co.il
orna.gian@mailpoalim.co.il
patrick.nivelles@mailpoalim.co.uk
phil.skelton@mailpoalim.co.uk
roni.malay@mailpoalim.co.il
ronit.meiri@mailpoalim.co.il
roy.mills@mailpoalim.co.il
ruth.shlein@mailpoalim.co.il
shir.ophir@mailpoalim.co.il
tal.shlasky@mailpoalim.co.il
yael.stein@mailpoalim.co.il
yaffa.catalan@mailpoalim.co.il
yariv.miron@mailpoalim.co.uk
yoav.shani@mailpoalim.co.il
yoram.carsenti@mailpoalim.co.il
zeev.lev@mailpoalim.co.il

**mailpoalin**
yacov.elinav@mailpoalin.co.il
**maine**
holly.a.maffei@maine.gov
**makoglobal**
ashley.ball@makoglobal.com
**malvernfederal**
dboyle@malvernfederal.com
**maml**
cavaliere@maml.ie
okane@maml.ie
**mandatum**
henry.nurminen@mandatum.fi
janne.uski@mandatum.fi
**mandg**

## Company & Corresponding Email Addresses

agnese.aboltina@mandg.co.uk
andrew.cormack@mandg.co.uk
anthony.robson@mandg.co.uk
craig.simpson@mandg.co.uk
david.king@mandg.co.uk
elisabeth.wenusch@mandg.co.uk
eric.lonergan@mandg.co.uk
fiona.hagdrup@mandg.co.uk
iain.macdonald@mandg.co.uk
john.foy@mandg.co.uk
jonathon.daniels@mandg.co.uk
josephine.mui@mandg.co.uk
martin.glavin@mandg.co.uk
simon.pilcher@mandg.co.uk
tony.finding@mandg.co.uk

### mandtbank

acraig@mandtbank.com
akugler@mandtbank.com
ascoen@mandtbank.com
ccoletta@mandtbank.com
cmarsh@mandtbank.com
dcollins1@mandtbank.com
deborchard@mandtbank.com
evipjjb@mandtbank.com
jserocca@mandtbank.com
jthorne@mandtbank.com
kpozitsky@mandtbank.com
kpuccio@mandtbank.com
krogers@mandtbank.com
lstruble@mandtbank.com
mbiamon@mandtbank.com
mmonile@mandtbank.com
mpandit@mandtbank.com
mpinto@mandtbank.com
mquinlivan@mandtbank.com
mruflin@mandtbank.com
mtodaro@mandtbank.com
rdyson@mandtbank.com
rmacdonald@mandtbank.com
rtruesdell@mandtbank.com
sscherrer@mandtbank.com
swarman@mandtbank.com
tesposito@mandtbank.com
tfoote@mandtbank.com
wdwyer@mandtbank.com

### maninvestmentproducts

bhudson@maninvestmentproducts.com

### maninvestments

cmoser@maninvestments.com
jpeter@maninvestments.com
mwydler@maninvestments.com
rmoser@maninvestments.com

### manleymgt

mz@manleymgt.com

## Company & Corresponding Email Addresses

**mannesmann**
monica.knauer@mannesmann.de

**mannheimer**
andreas.esser@mannheimer.de
markus.loeschmann@mannheimer.de
matthias.kreibich@mannheimer.de

**manticore**
niklas.frost@manticore.se

**manubank**
iproshutinskaya@manubank.com
jchen@manubank.com
jpark@manubank.com
jrallo@manubank.com
msaitoh@manubank.com
sahmed@manubank.com

**manulife**
aaron_chaze@manulife.com
angelo_sirignano@manulife.com
bipin_shah@manulife.com
cindy_forbes@manulife.com
dan_greenspan@manulife.com
invtfrep@manulife.com
kate_roscoe@manulife.com
mark_davidson@manulife.com
michael_traynor@manulife.com
paul_english@manulife.com
peter_phillips@manulife.com
peter_yang@manulife.com
richard_cortese@manulife.com
stephen_dunn@manulife.com
stephen_hill@manulife.com
susan_isetts@manulife.com
william_sutherland@manulife.com

**manulifeusa**
anthony_hill@manulifeusa.com
cam_mcdougall@manulifeusa.com
damian_fernandes@manulifeusa.com
jagdeep_bachher@manulifeusa.com
mahesh_cholakar@manulifeusa.com

**mapension**
aprehn@mapension.com
jmitchell@mapension.com
myu@mapension.com
smavromates@mapension.com

**mapfre**
aangui@mapfre.com
cdeanco@mapfre.com
dgomez@mapfre.com
jlendi@mapfre.com
maalma@mapfre.com
pniels@mapfre.com
pramos1@mapfre.com
rf.invermap@mapfre.com
rjurado@mapfre.com

## Company & Corresponding Email Addresses

rmonte@mapfre.com
rvi.invermap@mapfre.com

**maplebank**
kkessler@maplebank.com

**maplepartners**
ageist@maplepartners.com
cpfleger@maplepartners.com
hbaumbach@maplepartners.com
jlewerenz@maplepartners.com
phiob@maplepartners.com
slee@maplepartners.com

**marcard**
cjasperneite@marcard.de
klorenz@marcard.de

**marchgestion**
candres@marchgestion.com
fherrero@marchgestion.com
smontero@marchgestion.es

**marchpartners**
ansour@marchpartners.com
cschuelein@marchpartners.com
elalanne@marchpartners.com
research@marchpartners.com
rguastello@marchpartners.com

**markelcorp**
bgoldstein@markelcorp.com
schase@markelcorp.com
swalworth@markelcorp.com

**markets**
ottar.strompdal@markets.kreditkassen.no

**marks-and-spencer**
alison.reed@marks-and-spencer.com
amanda.mellor@marks-and-spencer.com
damian.evans@marks-and-spencer.com
majda.rainer@marks-and-spencer.com
nick.jones@marks-and-spencer.com
sarah.mcglyne@marks-and-spencer.com
stuart.rose@marks-and-spencer.com
tony.j.quinlan@marks-and-spencer.com

**marly-gestion**
francois.buonomo@marly-gestion.fr
herve.becker@marly-gestion.fr
yoann.malecot@marly-gestion.fr

**marquette**
kathi.rogers@marquette.com

**marquette-eqfinance**
daved@marquette-eqfinance.com

**marquettesavings**
julie@marquettesavings.com

**marsbank**
pslomer@marsbank.com

**marshallfunds**
janet.kube@marshallfunds.com
salvatore.amato@marshallfunds.com

## Company & Corresponding Email Addresses

**martincurrie**

ablack@martincurrie.com
alisonh@martincurrie.com
amathewson@martincurrie.com
amcfarlane@martincurrie.com
amowat@martincurrie.com
aplatts@martincurrie.com
arafferty@martincurrie.com
bmacdonald@martincurrie.com
cbutler@martincurrie.com
chrisr@martincurrie.com
cmarwick@martincurrie.com
cpash@martincurrie.com
cpoole@martincurrie.com
cwilson@martincurrie.com
czhang@martincurrie.com
davidc@martincurrie.com
dbarlow@martincurrie.com
dberry@martincurrie.com
devank@martincurrie.com
dforsyth@martincurrie.com
dfuschillo@martincurrie.com
dgardner@martincurrie.com
dgoodwin@martincurrie.com
dholdsworth@martincurrie.com
djohnstonstewart@martincurrie.com
dsheasby@martincurrie.com
dsliwinski@martincurrie.com
dwight@martincurrie.com
eflockhart@martincurrie.com
emckenna@martincurrie.com
emorrison@martincurrie.com
ewesteren@martincurrie.com
ewoehrling@martincurrie.com
gem@martincurrie.com
gpark@martincurrie.com
gsuttie@martincurrie.com
helene@martincurrie.com
hmair@martincurrie.com
jchong@martincurrie.com
jcoull@martincurrie.com
jfairweather@martincurrie.com
jmalmquist@martincurrie.com
jmariani@martincurrie.com
jmccay@martincurrie.com
jmcgan@martincurrie.com
jmillar@martincurrie.com
johnpt@martincurrie.com
jsaunders@martincurrie.com
jwalker@martincurrie.com
k.hughes@martincurrie.com
kdonaldson@martincurrie.com
klowe@martincurrie.com
kmacleod@martincurrie.com

## Company & Corresponding Email Addresses

kmarcus@martincurrie.com
kmowat@martincurrie.com
ktroup@martincurrie.com
kwatt@martincurrie.com
lfraser@martincurrie.com
lriddell@martincurrie.com
mc@martincurrie.com
mfarr@martincurrie.com
mgibb@martincurrie.com
nsneddon@martincurrie.com
pbaillie@martincurrie.com
pdanes@martincurrie.com
psloane@martincurrie.com
restewart@martincurrie.com
revans@martincurrie.com
rmcnab@martincurrie.com
rnimmo@martincurrie.com
rsharma@martincurrie.com
sforsyth@martincurrie.com
shiggins@martincurrie.com
sjohnstone@martincurrie.com
ske@martincurrie.com
skelman@martincurrie.com
smccole@martincurrie.com
sobrien@martincurrie.com
tmaxwell@martincurrie.com
tmccullagh@martincurrie.com
tspencer@martincurrie.com
twalker@martincurrie.com
ww@martincurrie.com

**marubeni**
hashimoto-takao@marubeni.com
hayashi-a@marubeni.com
ichimura-m@marubeni.com
inada-y@marubeni.com
ishizaki-k@marubeni.com
miyama-y@marubeni.com
mokkoh-n@marubeni.com
moriya-t@marubeni.com
naomi-siegmund@marubeni.com
omuro-k@marubeni.com
toriyama-s@marubeni.com
turu-k@marubeni.co.jp
watanabe-a@marubeni.com
watanabe-y@marubeni.com
yamada-shige@marubeni.com
yamaji-h@marubeni.com
yamashita-george@marubeni.com
yanamoto-h@marubeni.com
yasuda-k@marubeni.com

**marusan**
yoshiyuki.suyama@marusan.co.jp

**marxerpartner**
peter.marxer.jun@marxerpartner.com

**Company & Corresponding Email Addresses**

**mas**

adrianlee@mas.gov.sg
adrianquek@mas.gov.sg
agnesquek@mas.gov.sg
aidie@mas.com.my
alanliew@mas.gov.sg
alicechow@mas.gov.sg
alvinong@mas.gov.sg
anthonytan@mas.gov.sg
audrakhoo@mas.gov.sg
balim@mas.gov.sg
bbtay@mas.gov.sg
bennychey@mas.gov.sg
bernardwee@mas.gov.sg
bltai@mas.gov.sg
bokeng@mas.gov.sg
carollye@mas.gov.sg
carolyntan@mas.gov.sg
carrieliaw@mas.gov.sg
caw@mas.gov.sg
celeste@mas.gov.sg
cheryltan@mas.gov.sg
chewern@mas.gov.sg
chunghwa@mas.gov.sg
chyap@mas.gov.sg
claireheng@mas.gov.sg
claratan@mas.gov.sg
clchong@mas.gov.sg
cltan@mas.gov.sg
cscheng@mas.gov.sg
csgoh@mas.gov.sg
cskoh@mas.gov.sg
ctlee@mas.gov.sg
ctong@mas.gov.sg
danielau@mas.gov.sg
daniellau@mas.gov.sg
dchoong@mas.gov.sg
desmondtan@mas.gov.sg
dianakoh@mas.gov.sg
dianeho@mas.gov.sg
dyang@mas.gov.sg
dyyeo@mas.gov.sg
echuang@mas.gov.sg
edwinheng@mas.gov.sg
ejlee@mas.gov.sg
esthertay@mas.gov.sg
euniceng@mas.gov.sg
evelynsit@mas.gov.sg
fcheo@mas.gov.sg
fchia@mas.gov.sg
feliciakok@mas.gov.sg
flossiehua@mas.gov.sg
fmfeng@mas.gov.sg
fylim@mas.gov.sg

**Company & Corresponding Email Addresses**

gwee@mas.gov.sg
hcwan@mas.gov.sg
hengsweekeat@mas.gov.sg
hhwong@mas.gov.sg
hkpuar@mas.gov.sg
hwchew@mas.gov.sg
hwchow@mas.gov.sg
jameschia@mas.gov.sg
jamessin@mas.gov.sg
janelow@mas.gov.sg
jerrykoh@mas.gov.sg
jeslynng@mas.gov.sg
jloh@mas.gov.sg
joantit@mas.gov.sg
johnloh@mas.gov.sg
joyceng@mas.gov.sg
jrlee@mas.gov.sg
junelim@mas.gov.sg
kamisah@mas.gov.sg
kanghui@mas.gov.sg
kclee@mas.gov.sg
keithpeck@mas.gov.sg
kennethgay@mas.gov.sg
kevinng@mas.gov.sg
kevinpang@mas.gov.sg
larrykeh@mas.gov.sg
linachua@mas.gov.sg
lindachan@mas.gov.sg
lindakoh@mas.gov.sg
lleong@mas.gov.sg
lmchan@mas.gov.sg
lpyiong@mas.gov.sg
lsng@mas.gov.sg
lukegoh@mas.gov.sg
luzfoo@mas.gov.sg
lychiu@mas.gov.sg
lynnchu@mas.gov.sg
lynnkoh@mas.gov.sg
lynntoh@mas.gov.sg
maureenng@mas.gov.sg
maychen@mas.gov.sg
mcheng@mas.gov.sg
merion@mas.gov.sg
merlynee@mas.gov.sg
mingyew@mas.gov.sg
msdfsd@mas.gov.sg
msyudah@mas.com.my
mtam@mas.gov.sg
mtquek@mas.gov.sg
mylim@mas.gov.sg
nklau@mas.gov.sg
norlinda@mas.gov.sg
nsng@mas.gov.sg
paulinelow@mas.gov.sg

**Company & Corresponding Email Addresses**

phlim@mas.gov.sg
pmng@mas.gov.sg
psong@mas.gov.sg
qktang@mas.gov.sg
ratnah@mas.gov.sg
riccochan@mas.gov.sg
rizalsd@mas.com.my
roxannesoh@mas.gov.sg
rtosali@mas.gov.sg
ruixiong@mas.gov.sg
rxkee@mas.gov.sg
saji@mas.gov.sg
saktiandi@mas.gov.sg
scleong@mas.gov.sg
sgpoh@mas.gov.sg
shanetregillis@mas.gov.sg
shirleenq@mas.gov.sg
shirleyng@mas.gov.sg
sivasankar@mas.gov.sg
slchua@mas.gov.sg
slgoh@mas.gov.sg
slkoh@mas.gov.sg
slteo@mas.gov.sg
smyeo@mas.gov.sg
sophielim@mas.gov.sg
sptan@mas.gov.sg
sschiang@mas.gov.sg
stellaoh@mas.gov.sg
susanchew@mas.gov.sg
susanchu@mas.gov.sg
sytang@mas.gov.sg
tklee@mas.gov.sg
tllim@mas.gov.sg
vivianlee@mas.gov.sg
wendychia@mas.gov.sg
weyap@mas.gov.sg
wlphua@mas.gov.sg
wltan@mas.gov.sg
wqlee@mas.gov.sg
wwleong@mas.gov.sg
wycheng@mas.gov.sg
wzkit@mas.gov.sg
yhwong@mas.gov.sg
yleong@mas.gov.sg
yssim@mas.gov.sg
yylee@mas.gov.sg
zchen@mas.gov.sg
zhtan@mas.gov.sg

**mascf**
adrien.paihes@mascf.fr
**mascohq**
brian_burgess@mascohq.com
**massmutual**
akandilis@massmutual.com

## Company & Corresponding Email Addresses

bjoyal@massmutual.com
bstgeorge@internal.massmutual.com
bward@massmutual.com
cmeuser@massmutual.com
cstadnicki@massmutual.com
dadamczk@massmutual.com
dcarlson@massmutual.com
do'donnell@massmutual.com
gbacchiocchi@massmutual.com
gbonetti@massmutual.com
howard.gunton@massmutual.com
jbeaulieu@massmutual.com
jzubretsky@massmutual.com
kgough@massmutual.com
kmatras@massmutual.com
llanglois@massmutual.com
lleveille@massmutual.com
lperenick@massmutual.com
lzepke@internal.massmutual.com
mahmed@massmutual.com
marymccarthy@massmutual.com
mastone@massmutual.com
mkaczuwka@massmutual.com
mteubner@massmutual.com
mwalker@massmutual.com
mwilson@internal.massmutual.com
ndrzewiecki@massmutual.com
pdery@massmutual.com
rakennedy@massmutual.com
rbarnhart@massmutual.com
scicco@massmutual.com
shurtleff@massmutual.co.jp
snorquist@massmutual.com
sreese@massmutual.com
sshaikh@massmutual.com
svillarindo@massmutual.com
tarabrown@massmutual.com
ttalenda@massmutual.com

**massport**
btaylor@massport.com
hchu@massport.com
lkirwan@massport.com

**matchettcap**
ken@matchettcap.com

**matincurrie**
lfasan@matincurrie.com

**matrix**
dak@matrix.com

**matrixassetadvisors**
dkatz@matrixassetadvisors.com
jposner@matrixassetadvisors.com
jtom@matrixassetadvisors.com
lbirnholz@matrixassetadvisors.com
shurwitz@matrixassetadvisors.com

**Company & Corresponding Email Addresses**

sroukis@matrixassetadvisors.com
wtseng@matrixassetadvisors.com

**matrixlp**
andym@matrixlp.com
ferri@matrixlp.com

**mauchchunktrust**
dmurphy@mauchchunktrust.com
dmurphy1@mauchchunktrust.com

**mavricc**
cfm@mavricc.com

**maximgrp**
rsaiki@maximgrp.com

**maybank**
afuadmn@maybank.com.my
cmo@maybank.com.my
fadzila.amru@maybank.com.my
faezah@maybank.com.my
j.hisham@maybank.com.my
kleong@maybank.com.sg
leesh@maybank.com.my
limteemeng@maybank.com.my
nicole@maybank.com.hk
psim@maybank.com.sg
safura@maybank.com.my
tham@maybank.com.my
tongleong.t@maybank.com.my
wankup@maybank.com.my

**mayco**
martin_doerr@mail.mayco.com

**may-co**
trish_visintine@may-co.com

**mb**
fvgk9532@mb.infoweb.ne.jp
himesin1@mb.infoweb.ne.jp
s0884@mb.rosenet.ne.jp

**mba2003**
llin@mba2003.hbs.edu

**mba2007**
schakravarthy@mba2007.hbs.edu

**mbandt**
tony.burek@mbandt.com

**mbczh**
christian.neunkirchner@mbczh.ch
daniel.oet@mbczh.ch
davide.pinna@mbczh.ch
emanuel.agustoni@mbczh.ch
fritz.feldmann@mbczh.ch
gustav.schuler@mbczh.ch
heinz.mueller@mbczh.ch
martin.widmer@mbczh.ch
michael.odermatt@mbczh.ch
nicolas.kopitsis@mbczh.ch
nicolas.mange@mbczh.ch
peter.rechsteiner@mbczh.ch

## Company & Corresponding Email Addresses

rene.hermann@mbczh.ch
roland.utzinger@mbczh.ch
stephan.knuser@mbczh.ch
stephan.zwahlen@mbczh.ch
sushant.sharma@mbczh.ch
thomas.stoll@mbczh.ch
urs.reiter@mbczh.ch

### mbia
randy.palomba@mbia.com

### mblackrock
graham.harrington@mblackrock.com

### mbna
bridgette.chambers@mbna.com
chris.powell@mbna.com
christopher.halmy@mbna.com
dhzaelto@mbna.com
fmita@mbna.com
frederick.boos@mbna.com
jeanne.short@mbna.com
jeff.sowden@mbna.com
jwashing3@mbna.com
keith.daviston@mbna.com
keith.mccutcheon@mbna.com
kenneth.fischbach@mbna.com
kevin.sweeney@mbna.com
kim.bennett@mbna.com
klandis@mbna.com
kquinn@mbna.com
kwinkler@mbna.com
lchetkow@mbna.com
nav.swamy@mbna.com
nichole.foraker@mbna.com
rodney.yoder@mbna.com
rose.sanders@mbna.com
scott.mccarthy@mbna.com
sday@mbna.com
sean.day@mbna.com
shannon.downward@mbna.com
tdunn@mbna.com
thomas.wren@mbna.com
thomas.zorab@mbna.com
vernon.wright@mbna.com
wai.chung@mbna.com
yolanda.davidson@mbna.com

### mbox200
bertill.hallsten@mbox200.swipnet.se

### mbs
ssyokn1@mbs.sphere.ne.jp

### mcc
abaldino@mcc.it
cmancini@mcc.it
ddesimone@mcc.it
edosa@mcc.it
gcambieri@mcc.it

## Company & Corresponding Email Addresses

gratti@mcc.it
gtolaini@mcc.it
pcova@mcc.it
ppeluso@mcc.it
rdimaria@mcc.it
rtaricco@mcc.it

### mccombs
francisco.perez@mccombs.utexas.edu
lillian.mills@mccombs.utexas.edu

### mcd
dave.zillmer@mcd.com

### mcdinvest
asaccardi@mcdinvest.com
aslabaugh@mcdinvest.com
bhegarty@mcdinvest.com
dbarson@mcdinvest.com
djohnson@mcdinvest.com
dknoepp@mcdinvest.com
dmelchior@mcdinvest.com
dpiatak@mcdinvest.com
gandrews@mcdinvest.com
jcaldwell@mcdinvest.com
jcardillo@mcdinvest.com
jchinnici@mcdinvest.com
jkocab@mcdinvest.com
jolszowy@mcdinvest.com
jroberts@mcdinvest.com
mbennett@mcdinvest.com
pshapiro@mcdinvest.com
pstraffon@mcdinvest.com
rphillips@mcdinvest.com
sanderskow@mcdinvest.com
sbooth@mcdinvest.com
scrawford@mcdinvest.com
sevans@mcdinvest.com
tseay@mcdinvest.com

### mcdmgmt
giuram@mcdmgmt.com
kamradtm@mcdmgmt.com

### mcfundos
diogo.lopes@mcfundos.pt
hugo.pedro@mcfundos.pt
hugo-pedro@mcfundos.pt
lubelia.machado@mcfundos.pt
miguel.carvalho@mcfundos.pt

### mcglinncap
jbaumgardner@mcglinncap.com
jbreaks@mcglinncap.com
jpweaver@mcglinncap.com
jscalise@mcglinncap.com
mmcglinn@mcglinncap.com
ttimura@mcglinncap.com

### mcgraw-hill
desmond_douglas@mcgraw-hill.com

## Company & Corresponding Email Addresses

scott_leeb@mcgraw-hill.com

### mchsi

davidcthompson@mchsi.com

### mcleanbudden

abaillargeon@mcleanbudden.com
agregg@mcleanbudden.com
amancini@mcleanbudden.com
bdawson@mcleanbudden.com
bgiblin@mcleanbudden.com
bhaughey@mcleanbudden.com
bhealy@mcleanbudden.com
bmurray@mcleanbudden.com
bparadis@mcleanbudden.com
cfaiella@mcleanbudden.com
cnam@mcleanbudden.com
dntantoulis@mcleanbudden.com
ewang@mcleanbudden.com
ibigney@mcleanbudden.com
jcushman@mcleanbudden.com
jkeating@mcleanbudden.com
jpbry@mcleanbudden.com
kdean@mcleanbudden.com
kstenger@mcleanbudden.com
levans@mcleanbudden.com
ljackson@mcleanbudden.com
mhakes@mcleanbudden.com
mhallward@mcleanbudden.com
mhubbs@mcleanbudden.com
mmathers@mcleanbudden.com
mmcmaster@mcleanbudden.com
mskiba@mcleanbudden.com
pkotsopoulos@mcleanbudden.com
pmarcogliese@mcleanbudden.com
rball@mcleanbudden.com
rbeauchemin@mcleanbudden.com
research@mcleanbudden.com
rspector@mcleanbudden.com
sbonnyman@mcleanbudden.com
sconnell@mcleanbudden.com
sjhaveri@mcleanbudden.com
sshuter@mcleanbudden.com
ysaba@mcleanbudden.com

### mcm

alfredc@mcm.com
amandaj@mcm.com
andrewt@mcm.com
andyh@mcm.com
anuragd@mcm.com
artid@mcm.com
asis@mcm.com
bennett@mcm.com
billh@mcm.com
bjolm@mcm.com
brettt@mcm.com

**Company & Corresponding Email Addresses**

bricel@mcm.com
brunog@mcm.com
cbright@mcm.com
cheg@mcm.com
christiane@mcm.com
cjacklin@mcm.com
dalew@mcm.com
danielg@mcm.com
davidls@mcm.com
davva@mcm.com
denisel@mcm.com
dkwan@mcm.com
dylanw@mcm.com
edwardd@mcm.com
elainem@mcm.com
equitytrading@mcm.com
eugenem@mcm.com
gregg@mcm.com
heidih@mcm.com
hilaryc@mcm.com
hook@mcm.com
irinam@mcm.com
jamess@mcm.com
jeffreyc@mcm.com
jeffreyz@mcm.com
jeffz@mcm.com
jenniferk@mcm.com
johndd@mcm.com
johnk@mcm.com
johnr@mcm.com
jonp@mcm.com
joses@mcm.com
jp@mcm.com
jpheinrich@mcm.com
jtufts@mcm.com
jyoon@mcm.com
karendl@mcm.com
karenk@mcm.com
karstenj@mcm.com
kevinc@mcm.com
kimberlyf@mcm.com
laurak@mcm.com
leoh@mcm.com
lisao@mcm.com
liz@mcm.com
llinda@mcm.com
loum@mcm.com
lynnc@mcm.com
maheshj@mcm.com
marktk@mcm.com
marlenew@mcm.com
marshally@mcm.com
maryk@mcm.com
michaelh@mcm.com

## Company & Corresponding Email Addresses

mikefo@mcm.com
mikez@mcm.com
mindis@mcm.com
mkeleher@mcm.com
parryw@mcm.com
patj@mcm.com
peggi@mcm.com
prabirg@mcm.com
priyaa@mcm.com
ralphg@mcm.com
ramut@mcm.com
richardt@mcm.com
ritikap@mcm.com
roberte@mcm.com
ryelandg@mcm.com
samv@mcm.com
schong@mcm.com
scotta@mcm.com
scottk@mcm.com
sellison@mcm.com
sepideha@mcm.com
stephanies@mcm.com
stevent@mcm.com
susank@mcm.com
thomasm@mcm.com
tomh@mcm.com
tracyc@mcm.com
vikas@mcm.com
warrenc@mcm.com
waynel@mcm.com
wesley@mcm.com
yilungc@mcm.com
zandraz@mcm.com

**mcmorgan**

ablankman@mcmorgan.com
bgreene@mcmorgan.com
bhenry@mcmorgan.com
chancock@mcmorgan.com
dbader@mcmorgan.com
dsteele@mcmorgan.com
jkarger@mcmorgan.com
kbowers@mcmorgan.com
lsouza@mcmorgan.com
mseal@mcmorgan.com
rpaz@mcmorgan.com
rrayborn@mcmorgan.com
tcorbett@mcmorgan.com
traney@mcmorgan.com
ybaumgartner@mcmorgan.com

**mcp-am**

shun.fujii@mcp-am.com

**mcsaatchi**

davidk@mcsaatchi.com

**mcsbank**

## Company & Corresponding Email Addresses

main@mcsbank.com

### mcs-bank

kpfisher@mcs-bank.com

### mcsecurities

moeller@mcsecurities.com

### mdam

hiroyuki.uekusa@mdam.co.jp

### mdsass

alau@mdsass.com
asass@mdsass.com
aslawsky@mdsass.com
bbarney@mdsass.com
bgeorge@mdsass.com
bliu@mdsass.com
cbarney@mdsass.com
cdunn@mdsass.com
cposada@mdsass.com
dbruno@mdsass.com
erourke@mdsass.com
fsung@mdsass.com
gmiller@mdsass.com
hmiller@mdsass.com
irosenweig@mdsass.com
jcheung@mdsass.com
jdavolio@mdsass.com
jevans@mdsass.com
jmiller@mdsass.com
jmullins@mdsass.com
jquartarolo@mdsass.com
jrocafort@mdsass.com
kmonshaw@mdsass.com
mdicroce@mdsass.com
msass72@mdsass.com
msheer@mdsass.com
npatel@mdsass.com
npersoo@mdsass.com
pbergan@mdsass.com
psivin@mdsass.com
rmooney@mdsass.com
sshenfeld@mdsass.com
vfaro@mdsass.com

### meadwestvaco

michael.weidinger@meadwestvaco.com

### meag

aaniol@meag.com
abruch@meag.com
achristan@meag.com
adagasan@meag.com
afischer@meag.com
afrey@meag.com
agrassl@meag.com
ahirtz@meag.com
ajaenke@meag.com
amoritz@meag.com

**Company & Corresponding Email Addresses**

amueller2@meag.com
aochs@meag.com
apuetz@meag.com
areichinger@meag.com
aschulan@meag.com
astumpe@meag.com
aviktor@meag.de
awasserle@meag.com
bbalg@meag.com
bbirnzain@meag.com
brueppel@meag.com
cbernhardt@meag.com
ceich@meag.com
cgreiner@meag.com
chodina@meag.com
ckroher@meag.com
clindberg@meag.com
cschott@meag.com
csinger@meag.com
drauscher@meag.com
dreif@meag.com
dschremmer@meag.com
dwolf@meag.com
eboesel@meag.com
egalic@meag.com
ekrueger@meag.com
erieger@meag.com
erombach@meag.com
eruettinger@meag.com
fhoevermann@meag.com
fkohnen@meag.com
frank.amberg@meag.com
fstaerk@meag.com
ghofer@meag.com
gloeser@meag.com
hfeil@meag.com
hgreiner@meag.com
hkerzel@meag.com
hmoehlmann@meag.com
iprzewlocka@meag.com
jadam@meag.com
jbies@meag.com
jbrueckmann@meag.com
jcallies@meag.com
jfuerstenberger@meag.com
jhoppe@meag.com
jschmidt-radtfeldt@meag.com
jseitz@meag.com
kfelsenheimer@meag.com
kgriesshammer@meag.com
kgrube@meag.com
kklein@meag.com
kpeitlschmidt@meag.com
kruffing@meag.com

**Company & Corresponding Email Addresses**

kwestphal@meag.com
mbentlage@meag.com
mdahle@meag.com
mdecker@meag.com
mdoranth@meag.com
messl@meag.com
mfacco-gans@meag.com
mhasse@meag.com
mheintel@meag.com
mhirschberger@meag.com
mkreft@meag.com
mkreie@meag.com
mresch@meag.com
msachse@meag.com
msirch@meag.com
mwenzel@meag.com
narendt@meag.com
ojaster@meag.com
okunze@meag.com
olill@meag.com
rback@meag.com
rbijlmakers@meag.com
rheine@meag.com
rhelm@meag.com
rhern@meag.com
rlink@meag.com
rmatuschka@meag.com
rreinwald@meag.com
rwetzer@meag.com
sduss@meag.com
seikens@meag.com
sfruehn@meag.com
sjocher@meag.com
skemming@meag.com
spichler@meag.com
srauh@meag.com
srother@meag.com
syanar@meag.com
tkabisch@meag.com
tkirchmaier@meag.com
tkurtz@meag.com
tleonhard@meag.com
tlerchl@meag.com
tmartens@meag.com
tober@meag.com
tschmidt@meag.com
tvargha@meag.com
ugantert@meag.com
ulucas@meag.com
uschneider@meag.com
useifert@meag.com
vpickhardt@meag.com
vtexter@meag.com
wheindl@meag.com

## Company & Corresponding Email Addresses

wlickl@meag.com
wmueller@meag.com

### meag-ny

ajanko@meag-ny.com
bgriffith@meag-ny.com
cabrahante@meag-ny.com
cwoods@meag-ny.com
egould@meag-ny.com
fbitsch@meag-ny.com
hlearner@meag-ny.com
ima@meag-ny.com
jbernstein@meag-ny.com
jbuxbaum@meag-ny.com
jcuccia@meag-ny.com
jrogowsky@meag-ny.com
kchavanne@meag-ny.com
kingravallo@meag-ny.com
kyeung@meag-ny.com
lgreengard@meag-ny.com
lsamuels@meag-ny.com
marora@meag-ny.com
mcavallone@meag-ny.com
mdelaney@meag-ny.com
mhan@meag-ny.com
mlatona@meag-ny.com
mmontoya@meag-ny.com
mneggers@meag-ny.com
mseeman@meag-ny.com
msnyder@meag-ny.com
nho@meag-ny.com
pcerino@meag-ny.com
rizmirlian@meag-ny.com
sfriedland@meag-ny.com
siyer@meag-ny.com
spacheco@meag-ny.com
tbucher@meag-ny.com
tkroeber@meag-ny.com
wchan@meag-ny.com
xwang@meag-ny.com
ykopeliovich@meag-ny.com
yshi@meag-ny.com

### meagpower

bsaid@meagpower.org
posborne@meagpower.org
tatwater@meagpower.org

### mec

naoki_umeda@mec.co.jp
yuichiro_shioda@mec.co.jp

### mecklenburgische

magdsick@mecklenburgische.de

### mecu

ajohnson@mecu.com

### mediobanca

alessio.galliani@mediobanca.it

**Company & Corresponding Email Addresses**

andrea.anellucci@mediobanca.it
andrea.nerucci@mediobanca.it
annarita.agostoni@mediobanca.it
carlo.acconciamessa@mediobanca.it
carlo.guffanti@mediobanca.it
carlo.masini@mediobanca.it
corrado.golxisaporiti@mediobanca.it
cristina.castoldi@mediobanca.it
david.lee@mediobanca.it
david.vigano@mediobanca.it
fabio.noacco@mediobanca.it
federico.bruzzi@mediobanca.it
francesco.carloni@mediobanca.it
francesco.dolfino@mediobanca.it
furio.francini@mediobanca.it
giorgia.simeone@mediobanca.it
guido.miglietta@mediobanca.it
lara.pizzimiglia@mediobanca.it
luca.lucente@mediobanca.it
luca.raso@mediobanca.it
lucio.venanzi@mediobanca.it
marco.nori@mediobanca.it
maria.calimeri@mediobanca.it
martino.deprato@mediobanca.it
mauro.delcorso@mediobanca.it
nicola.vannucchi@mediobanca.it
nicolo.pessina@mediobanca.it
nunzio.traballi@mediobanca.it
paolo.ginelli@mediobanca.it
paolo.labbozzetta@mediobanca.it
piermario.livrea@mediobanca.it
riccardo.quartodipalo@mediobanca.it
roberto.viola@mediobanca.it
rosana.decesco@mediobanca.it
stefano.plaino@mediobanca.it
unknown@mediobanca.nl

**mediocredito**
unknown@mediocredito.nl
**mediolanum**
a.bailo@mediolanum.it
alberto.ospite@mediolanum.it
andrea.rescalli@mediolanum.it
angelo.lietti@mediolanum.it
angelo.penna@mediolanum.it
biagio.alessio@mediolanum.it
claudiovergami@mediolanum.it
domizioli@mediolanum.it
edoardo.lombardi@mediolanum.it
egramagl@mediolanum.it
giovanni.bagiotti@mediolanum.it
lorenzo.bottazzi@mediolanum.it
marco.bramati@mediolanum.it
massimino@mediolanum.it
maxwell@mediolanum.it

**Company & Corresponding Email Addresses**

mbonacos@mediolanum.it
raffaele.carlucci@mediolanum.it
riccardo.veglio@mediolanum.it
rizzi@mediolanum.it
sergio.sommariva@mediolanum.it
valeria.aiudi@mediolanum.it
vittorio.gaudio@mediolanum.it

**mediosim**
carena@mediosim.it
dbersani@mediosim.it
emattia@mediosim.it
unknown@mediosim.nl

**meederfinancial**
robt@meederfinancial.com

**meespierson**
angela.choo@meespierson.com.sg
arjen.sap@meespierson.com
cor.moons@meespierson.com
edwin.vanderaalst@meespierson.com
eric.ebermeyer@meespierson.com
eric.gerritse@meespierson.com
eric.lohuis@meespierson.com
flor.veraart@meespierson.com
hans.van.rijn@meespierson.com
henk_de_glint@meespierson.com.sg
herma.boom-conradi@meespierson.com
hugo.graafland@meespierson.com
jelmar.everwijn@meespierson.com
khaw_poh_chai@meespierson.com.sg
leo.de.jong@meespierson.com
marcel.blom@meespierson.com
mike.vandermeer@meespierson.com
mkuijpers@meespierson.com
najib.nakad@meespierson.com
peter.vanderhof@meespierson.com
philip.ho@meespierson.com.hk
rolf.vannieuwenhuyzen@meespierson.com
ton.selier@meespierson.com

**mefop**
mariani@mefop.it

**megabank**
alanchen@megabank.com.tw
andy_chen@megabank.com.tw
chen46@megabank.com.tw
fan020@megabank.com.tw
jamesyang@megabank.com.tw
kaotw@megabank.com.tw
nini@megabank.com.tw

**meie**
maurizio.mazzetti@meie.it

**meieaurora**
francesco.marinaro@meieaurora.it
massimo.bolzoni@meieaurora.it

**meijer**

## Company & Corresponding Email Addresses

gmay@meijer.com
steenbeb@meijer.com

### meiji-life

akiho.harada@meiji-life.co.jp
h-nakahara@meiji-life.co.jp
k.yamahara@meiji-life.co.jp
kondo@meiji-life.com
m.shirai@meiji-life.co.jp
s_tanaka@meiji-life.co.jp
shunji.iwata@meiji-life.co.jp
s-tomioka@meiji-life.co.jp
s-yasuda@meiji-life.co.jp
t15898@meiji-life.co.jp
t15942@meiji-life.co.jp
t16149@meiji-life.co.jp
t16208@meiji-life.co.jp
t16558@meiji-life.co.jp
t16614@meiji-life.co.jp
t17400@meiji-life.co.jp
takahiko_suzuki@meiji-life.co.jp
takehiro.hata@meiji-life.co.jp
tl4236@meiji-life.co.jp
yasuhiro.hisamura@meiji-life.co.jp
y-utsumi@meiji-life.co.jp

### meijiyasuda

aki-kobayashi2003@meijiyasuda.co.jp
akira-miyano@meijiyasuda.co.jp
ak-otsu@meijiyasuda.co.jp
ge-kawanabe@meijiyasuda.co.jp
hi1-ishii@meijiyasuda.co.jp
hi1-watanabe@meijiyasuda.co.jp
hide-watanabe@meijiyasuda.co.jp
hiroaki.hoshino@meijiyasuda.co.jp
ke1-aoki@meijiyasuda.co.jp
k-fujiwara@meijiyasuda.co.jp
k-kitsugi@meijiyasuda.co.jp
kotaro_shimamura@meijiyasuda.co.jp
k-ozono@meijiyasuda.co.jp
m.isobe@meijiyasuda.co.jp
masaki.kobayashi@meijiyasuda.co.jp
masaoaratani@meijiyasuda.co.jp
mhoshina@meijiyasuda.co.jp
mi2-watanabe@meijiyasuda.co.jp
mi-komada@meijiyasuda.co.jp
m-kasahara@meijiyasuda.co.jp
m-okamoto@meijiyasuda.co.jp
m-tsuzaka@meijiyasuda.co.jp
n.kita@meijiyasuda.co.jp
naoki_matsuyama@meijiyasuda.co.jp
naoyuki.inoue@meijiyasuda.co.jp
na-sato@meijiyasuda.co.jp
n-kawamura@meijiyasuda.co.jp
s.matsumura@meijiyasuda.co.jp
s_cho@meijiyasuda.co.jp

**Company & Corresponding Email Addresses**

s_tanaka@meijiyasuda.co.jp
sh-banba@meijiyasuda.co.jp
sh-hara@meijiyasuda.co.jp
shinichisuzuki@meijiyasuda.co.jp
s-takahira@meijiyasuda.co.jp
t.mita@meijiyasuda.co.jp
t15214@meijiyasuda.co.jp
t16426@meijiyasuda.co.jp
ta1-murakami@meijiyasuda.co.jp
ta-ishikawa@meijiyasuda.co.jp
takahiro.fujii@meijiyasuda.co.jp
t-araki@meijiyasuda.co.jp
ta-suzuki@meijiyasuda.co.jp
t-fujikawa@meijiyasuda.co.jp
ts-sato@meijiyasuda.co.jp
tu-fujii@meijiyasuda.co.jp
xxx@meijiyasuda.co.jp
ya1-hayashi@meijiyasuda.co.jp
y-aigami@meijiyasuda.co.jp
y-kubota@meijiyasuda.co.jp
yo-ueda@meijiyasuda.co.jp
y-ozaki@meijiyasuda.co.jp
y-suga@meijiyasuda.co.jp

**meijiyasudany**

aya@meijiyasudany.com
j.date@meijiyasudany.com
k.shiotsuki@meijiyasudany.com
yuka@meijiyasudany.com

**meinlbank**

bachner@meinlbank.com
grandl@meinlbank.com
guetl@meinlbank.com
horn@meinlbank.com
korpitsch@meinlbank.com
matejka@meinlbank.com
messner@meinlbank.com
mittermann@meinlbank.com
nusshold@meinlbank.com
rauch@meinlbank.com
schaufler@meinlbank.com
tritthart@meinlbank.com
willenbacher@meinlbank.com

**meisenbachcapital**

mm@meisenbachcapital.com
rm@meisenbachcapital.com

**meliorbanca**

carlo.franchini@meliorbanca.com
chiara.gonnella@meliorbanca.com
claudia.brambilla@meliorbanca.com
claudio.ripamonti@meliorbanca.com
corrado.rinaldi@meliorbanca.com
fausto.marcantoni@meliorbanca.com
giampaolo.bon@meliorbanca.com
gianni.rossi@meliorbanca.com

**Company & Corresponding Email Addresses**

giovanna.angari@meliorbanca.com
giuliano.raso@meliorbanca.com
ines.depascale@meliorbanca.com
marcella.bellucci@meliorbanca.it
marco.parini@meliorbanca.com
marina.piccioni@meliorbanca.com
massimo.iacono@meliorbanca.com
massimo.sgabussi@meliorbanca.com
matteo.brancolini@meliorbanca.com
raffaella.tolardo@meliorbanca.com
roberta.bastianon@meliorbanca.it
silvia.cerquetella@meliorbanca.com
silvio.depeppo@meliorbanca.com
stefano.fusi@meliorbanca.it
vera.bergamaschi@meliorbanca.com
walteremilio.spanio@meliorbanca.com

**mellon**

abbott.m@mellon.com
adamwaldo@mellon.com
au.ly@mellon.com
baker.j2@mellon.com
barber.m1@mellon.com
barrett.rl@mellon.com
baumhoff.ew@mellon.com
benson.ld@mellon.com
bissett.la@mellon.com
boots.cl@mellon.com
borkovic.v@mellon.com
buchman.as@mellon.com
burg.mj@mellon.com
burlong.s@mellon.com
bush.m@mellon.com
carlson.w@mellon.com
caruso.tp@mellon.com
ceurvorst.s@mellon.com
chambers.j2@mellon.com
cheung.a@mellon.com
chung.i@mellon.com.au
clements.b@mellon.com
cobain.s@mellon.com
conant.gj@mellon.com
cook.p2@mellon.com
cowden.de@mellon.com
crespi.n@mellon.com
crivellaro.k@mellon.com
cunning.sa@mellon.com
daniels.wg@mellon.com
davenport.jb@mellon.com
defrancisis.s@mellon.com
defrancisis.sf@mellon.com
diez.dm@mellon.com
dinapoli.d@mellon.com
dipasquale.rm@mellon.com
dmenski.na@mellon.com

## Company & Corresponding Email Addresses

doherty.br@mellon.com
durante.t@mellon.com
fagan.nnf@mellon.com
falci.sa@mellon.com
ferguson.bc@mellon.com
flaherty.ag@mellon.com
flahive.j@mellon.com
foglia.b@mellon.com
freyvogel.bg@mellon.com
frysinger.tm@mellon.com
fuga.sm@mellon.com
gately.ka@mellon.com
gibson.aj@mellon.com
gilliland.ta@mellon.com
giorgianni.l@mellon.com
goc.a@mellon.com
gonsalves.js@mellon.com
gregory.aj@mellon.com
grosse.ha@mellon.com
heberle.dj@mellon.com
hilgert.aj@mellon.com
horton.jp@mellon.com
houston.bb@mellon.com
hubbard.e@mellon.com
hutchison.la@mellon.com
isbir.sl@mellon.com
jay.rw@mellon.com
jehling.jr@mellon.com
johnstone.j@mellon.com
jones.c1@mellon.com
kane.pj@mellon.com
keyes.m@mellon.com
knutzen.el@mellon.com
lackey.s@mellon.com
lamere.df@mellon.com
langley.e@mellon.com
lawrie.k@mellon.com
lee.chan.c@mellon.com
leininger.jl@mellon.com
lindquist.k@mellon.com
maregnip@mellon.com
mccann.en@mellon.com
mccormick.tj@mellon.com
mcgrath.el@mellon.com
merlino.wa@mellon.com
mershon.mr@mellon.com
morris.cg@mellon.com
mozur.sa@mellon.com
mullins.b@mellon.com
nagel.rd@mellon.com
obrien.c@mellon.com
obrien.s@mellon.com
o'brien.s@mellon.com
o'donnell.ma@mellon.com

**Company & Corresponding Email Addresses**

o'toole.jr@mellon.com
pace.d@mellon.com
palermo.c@mellon.com
patel.dm@mellon.com
patel.k1@mellon.com
pavao.gf@mellon.com
perry.m@mellon.com
peter.pt@mellon.com
phillips.b@mellon.com
pieples.t@mellon.com
pitcher.bs@mellon.com
pohodich.sm@mellon.com
poole.j@mellon.com
porto.jj@mellon.com
provenzano.ka@mellon.com
quinn.bp@mellon.com
ravasio.m@mellon.com
richards.jc@mellon.com
riesmeyer.j@mellon.com
riordan.p@mellon.com
robertk@mellon.com
ross.jm@mellon.com
rouse.jx@mellon.com
ruggiero.jx@mellon.com
sanville.t@mellon.com
schade.ja@mellon.com
schmitt.lf@mellon.com
schultz.l@mellon.com
schwartz.jf@mellon.com
serra.m@mellon.com
sersen.mk@mellon.com
shane.e@mellon.com
sheldon.ce@mellon.com
shuster.m@mellon.com
sikora.ad@mellon.com
snyder.ni@mellon.com
solomich.mt@mellon.com
spicer.rd@mellon.com
stayert.w@mellon.com
stetz.ka@mellon.com
steven.cohen@mellon.com
strathearn.mc@mellon.com
tehrani.m@mellon.com
thirdpartyteam@mellon.com
thornton.ma@mellon.com
todd.l@mellon.com
tojima.m@mellon.com
tracy.wb@mellon.com
turino.sl@mellon.com
tuzzolino.d@mellon.com
uhryniak.d@mellon.com
ullum.sg@mellon.com
undereiner.js@mellon.com
viaud.m@mellon.com

## Company & Corresponding Email Addresses

virostek.jj@mellon.com
visnic.m@mellon.com
volpatti.tl@mellon.com
wadsworth.j@mellon.com
weiner.m@mellon.com
wells.c@mellon.com
whooley.j@mellon.com
widich.jo@mellon.com
williams.c4@mellon.com
witterschein.jj@mellon.com
wolf.j@mellon.com
wu.s@mellon.com
zammit.lf@mellon.com
zulaga.l@mellon.com

**mellonbank**
ppeters@mellonbank.com

**mellonequity**
cunningham.me@mellonequity.com
demarino.j@mellonequity.com
gala.rp@mellonequity.com
goslin.pd@mellonequity.com
gulasky.sm@mellonequity.com
kaminski.mp@mellonequity.com
keller.jw@mellonequity.com
kress.lynn@mellonequity.com
logan.a@mellonequity.com
miller.pr@mellonequity.com
rozyczka.mw@mellonequity.com
rydell.wp@mellonequity.com
yanief.l@mellonequity.com

**mellonhbv**
mcambria@mellonhbv.com

**melloninvestor**
bverrico@melloninvestor.com
degan@melloninvestor.com

**mellon-investor**
hsakal@mellon-investor.com

**meltlife**
dschultz@meltlife.com

**membersunited**
larry.harmon@membersunited.org
linda.cesare@membersunited.org
megan.white@membersunited.org
tara.mason@membersunited.org
tom.slefinger@membersunited.org

**membertrade**
jcanziani@membertrade.com
pwilders@membertrade.com

**memo**
int.casv@memo.volvo.se

**mentorinvgroup**
bzirkle@mentorinvgroup.com

**mercantilcb**
aponte1@mercantilcb.com

**Company & Corresponding Email Addresses**

jmorris@mercantilcb.com
ralvarez@mercantilcb.com

**mercantile**

andrew.flack@mercantile.com
andrew.le@mercantile.com
andrew.rosti@mercantile.com
anthony.arlauckas@mercantile.com
asmyth@mercantile.co.za
james.cantrell@mercantile.com
jason.weber@mercantile.com
jeremy.sussman@mercantile.com
jonathan.rainford@mercantile.com
nicole.deblase@mercantile.com
shreya.jawalkar@mercantile.com
sinclair.eaddy@mercantile.net

**mercatifinanziari**

didier.adler@mercatifinanziari.net

**merchantsgroup**

emurphy@merchantsgroup.com

**merchinv**

paul.hamblet@merchinv.co.uk

**merck**

aaron_rosenberg@merck.com
anderson_lee@merck.com
beth_watson2@merck.com
clifford_kalb@merck.com
corinne_ching@merck.com
diane_dalinsky@merck.com
don_hill@merck.com
eva_boratto@merck.com
graeme_bell@merck.com
investor.relations@merck.de
jacqueline_wan@merck.com
jerry_funk@merck.com
jodi_tan@merck.com
joel_lebowitz@merck.com
john_canady@merck.com
john_kennedy@merck.com
joseoh.petco@merck.com
louise_schaible@merck.com
marion_gillespie@merck.com
mark_mcdonough@merck.com
mary_redmond@merck.com
melissa_king@merck.com
michael_nally@merck.com
misyan@merck.com
peter_devilbiss@merck.com
rhea_mihalisin@merck.com
richard_townsend@merck.com
robert_underwood@merck.com
ryan_weninger@merck.com
sean_mooney@merck.com
stephen_jasko@merck.com
timothy_dillane@merck.com

## Company & Corresponding Email Addresses

**merctrust**
aheiser@merctrust.com
bram@merctrust.com
cmerrick@merctrust.com
crishell@merctrust.com
dalfred@merctrust.com
dyoung@merctrust.com
gmichaels@merctrust.com
hcallahan@merctrust.com
hcaughy@merctrust.com
hchiu@merctrust.com
jsantiago@merctrust.com
mbrant@merctrust.com
mbrennan@merctrust.com
mgovil@merctrust.com
mmcglone@merctrust.com
mmckenzie@merctrust.com
msatyshur@merctrust.com
mwyskiel@merctrust.com
sjaworski@merctrust.com

**mercuryin**
harryholt@mercuryin.es

**mercuryinsurance**
cgraves@mercuryinsurance.com
rgallen@mercuryinsurance.com

**merganser**
ams@merganser.com
dak@merganser.com
dpm@merganser.com
eb@merganser.com
jkw@merganser.com
psk@merganser.com

**merinet**
anders.abrahamson@merinet.mailnet.fi

**merloni**
andrea.crenna@merloni.com
gian.oddonemerli@merloni.com
luciano.brega@merloni.com
umberto.vallarino@merloni.com

**merrill**
jnordeman@merrill.com

**metis-am**
jwalter@metis-am.com

**metlife**
aambrus@metlife.com
aaoyama@metlife.com
abest@metlife.com
abuss@metlife.com
acoombs@metlife.com
adam.michon@pl.metlife.com
adelagarde@metlife.com
aderosa@metlife.com
adoshi@metlife.com
afriedman@metlife.com

**Company & Corresponding Email Addresses**

ahenry4@metlife.com
ahock@metlife.com
akaiser1@metlife.com
akenworthy@metlife.com
akhavulya@metlife.com
alopez4@metlife.com
amontemurro@metlife.com
amontoya@metlife.com
apatel2@metlife.com
aquezada@metlife.com
asawyer@metlife.com
asaxena3@metlife.com
aturkiewicz@metlife.com
awadhwani@metlife.com
awalter@metlife.com
awilliamson@metlife.com
ayoung@metlife.com
balan@metlife.com
bbixler@metlife.com
bcavanaugh@metlife.com
ben.grippi@metlife.com
bgould1@metlife.com
bjsullivan@metlife.com
bkish@metlife.com
blewand@metlife.com
bmcclenahan@metlife.com
bnoll@metlife.com
brhoads@metlife.com
bshah1@metlife.com
bsmith1@metlife.com
cbajak@metlife.com
cbullen@metlife.com
cchen9@metlife.com
ccosta@metlife.com
ccromie@metlife.com
cfern@metlife.com
chamnell@metlife.com
cjakucionis@metlife.com
cjohnson@metlife.com
clu@metlife.com
cmcpherson@metlife.com
cmurphy7@metlife.com
coliveira2@metlife.com
cpisupati@metlife.com
crfortier@metlife.com
crowe@metlife.com
cscully@metlife.com
csmith4@metlife.com
csymington@metlife.com
cwerthwine@metlife.com
dberkowitz@metlife.com
dburgess@metlife.com
dcassell@metlife.com
dcpatel@metlife.com

**Company & Corresponding Email Addresses**

dcsmith@metlife.com
ddefour@metlife.com
ddeuble@metlife.com
ddickman@metlife.com
delkenany@metlife.com
dfarrell@metlife.com
dguenther@metlife.com
dguillossou@metlife.com
dhawk@metlife.com
dlevin@metlife.com
dlindstrom@metlife.com
dmandel@metlife.com
dmccahill@metlife.com
dmoss1@metlife.com
dmwisdom@metlife.com
dokeke@metlife.com
dpetschow@metlife.com
dpolitano@metlife.com
drichter@metlife.com
droach@metlife.com
dross1@metlife.com
dtypermass@metlife.com
dwells@metlife.com
dwheeler@metlife.com
ebennett@metlife.com
echesculescu@metlife.com
ediver@metlife.com
efurey@metlife.com
egoldschmidt@metlife.com
emacek@metlife.com
epalmer1@metlife.com
ephipps@metlife.com
erusso1@metlife.com
esavi@metlife.com
eurban@metlife.com
fcunha@metlife.com
fdunnantuono@metlife.com
fjones@metlife.com
fmalfalcone@metlife.com
fmensah@metlife.com
fmonfalcone@metlife.com
fpaez@metlife.com
fsporer@metlife.com
fswong@metlife.com
fwong@metlife.com
gadvani@metlife.com
garnold@metlife.com
gboyan@metlife.com
gdevine@metlife.com
gfeaster@metlife.com
graham.martin@metlife.com
grussell@metlife.com
gslonaker@metlife.com
gstabbert@metlife.com

**Company & Corresponding Email Addresses**

gtell@metlife.com
gyoder@metlife.com
hjai@metlife.com
hmoehlman@metlife.com
hriter@metlife.com
hsauer@metlife.com
hvallejo@metlife.com
ifundo@metlife.com
iharris@metlife.com
ikaplan@metlife.com
itanenbaum@metlife.com
ixenitides@metlife.com
jauyeung@metlife.com
jbalchandani@metlife.com
jbarker1@metlife.com
jbatra@metlife.com
jcannon@metlife.com
jcarl@metlife.com
jchadwick@metlife.com
jchan2@metlife.com
jchapin@metlife.com
jdellavalle@metlife.com
jdemetrick@metlife.com
jdigney@metlife.com
jdingler@metlife.com
jdtrujillo@metlife.com
jeberlin@metlife.com
jellermeyer@metlife.com
jeplett@metlife.com
jferrier@metlife.com
jgiasi@metlife.com
jgmelch@metlife.com
jhe@metlife.com
jheary@metlife.com
jhill1@metlife.com
jhochhauser@metlife.com
jhodgman@metlife.com
jjenkins@metlife.com
jjennings1@metlife.com
jkatz1@metlife.com
jkenary@metlife.com
jlaplace@metlife.com
jlau@metlife.com
jlee4@metlife.com
jleinwand@metlife.com
jli@metlife.com
jlieu@metlife.com
jlima@metlife.com
jmalcolm@metlife.com
jmanske@metlife.com
jmarcus@metlife.com
jmazigi@metlife.com
jmazon@metlife.com
jmazzullo@metlife.com

**Company & Corresponding Email Addresses**

jnorquay@metlife.com
jnycz@metlife.com
jperuyero@metlife.com
jpetramale1@metlife.com
jpolsky@metlife.com
jpotenta@metlife.com
jpuchon@metlife.com
jrosenthal@metlife.com
jrothenberg@metlife.com
jrsantos@metlife.com
jryvicker@metlife.com
jschlein@metlife.com
jshannon@metlife.com
jsingh@metlife.com
jsmarino@metlife.com
jsstevens@metlife.com
jstarks@metlife.com
jtanyeri@metlife.com
jtao@metlife.com
jtapper@metlife.com
jvalentino1@metlife.com
jvinas@metlife.com
jwagenseller@metlife.com
jwand@metlife.com
jwills@metlife.com
jwilson9@metlife.com
jwinterberg@metlife.com
jwiviott@metlife.com
kanderson1@metlife.com
kbralich@metlife.com
kcampbell@metlife.com
kedwards1@metlife.com
kgibbons@metlife.com
khannell@metlife.com
kkava@metlife.com
kkelly1@metlife.com
klehman@metlife.com
kmahon@metlife.com
kmcyntire@metlife.com
kredgate@metlife.com
krooney1@metlife.com
ksmith3@metlife.com
kwalters1@metlife.com
kwang@metlife.com
kwhitehouse@metlife.com
lcalvelli@metlife.com
lcarpio@metlife.com
lcheng@metlife.com
ldickey@metlife.com
leckl@metlife.com
levangel@metlife.com
lgranger@metlife.com
lhuang@metlife.com
lkelser@metlife.com

**Company & Corresponding Email Addresses**

llauner@metlife.com
llongino@metlife.com
lmckissock@metlife.com
lshainsky@metlife.com
lsheehey@metlife.com
ltruglio@metlife.com
lwilson1@metlife.com
lyoerg@metlife.com
lzha@metlife.com
mbisci@metlife.com
mblechner@metlife.com
mdetgen@metlife.com
mfabbio@metlife.com
mfania@metlife.com
mgerdes@metlife.com
mgraetzball@metlife.com
mgreen@metlife.com
mimbriano@metlife.com
mjodell@metlife.com
mjones2@metlife.com
mkachelski@metlife.com
mkarasiewicz@metlife.com
mkroeger@metlife.com
mkuang@metlife.com
mmasters@metlife.com
mmcdonnell@metlife.com
mmi@metlife.com
mmolina@metlife.com
mmurphy6@metlife.com
mostrowski@metlife.com
mpados@metlife.com
mpucci@metlife.com
mquackenbush@metlife.com
mroch@metlife.com
mseidell@metlife.com
msing@metlife.com
mstrebel@metlife.com
mtau@metlife.com
mthuang@metlife.com
musejnoski@metlife.com
mweir@metlife.com
mwhitbysmith@metlife.com
mwickwire@metlife.com
mwilliams3@metlife.com
myun@metlife.com
mzabala@metlife.com
ncator@metlife.com
ndoyle@metlife.com
nhu@metlife.com
nlatrenta@metlife.com
nmanelkar@metlife.com
nmuellerhand@metlife.com
nmunir@metlife.com
nroberts@metlife.com

**Company & Corresponding Email Addresses**

nstasse@metlife.com
nvigo@metlife.com
osanders@metlife.com
pbenjamin@metlife.com
pbenjamin1@metlife.com
pbwu@metlife.com
pcliche@metlife.com
pdholakia@metlife.com
pgutierrez1@metlife.com
pkatsos@metlife.com
pkrall@metlife.com
pkurniawan@metlife.com
pmcilveen@metlife.com
pmelville@metlife.com
psalmon@metlife.com
psharma16@metlife.com
pshea1@metlife.com
pvarughese@metlife.com
pwilson1@metlife.com
rblumberg@metlife.com
rfyoung@metlife.com
rgunaratna@metlife.com
rgupta4@metlife.com
rhalgren@metlife.com
rhlee@metlife.com
rhmeredith@metlife.com
rjenkins@metlife.com
rkoenig@metlife.com
rleist@metlife.com
rmolisso@metlife.com
rmorgan@metlife.com
rneath@metlife.com
rnirenberg@metlife.com
rorourke@metlife.com
rrdavis@metlife.com
rshu@metlife.com
rsong@metlife.com
rvellequette@metlife.com
sbeaber@metlife.com
sbruno@metlife.com
sbuffum@metlife.com
schneiderman@metlife.com
scho@metlife.com
sfretwell@metlife.com
sgala@metlife.com
sgarrett@metlife.com
sgreco@metlife.com
shendricks@metlife.com
sholland@metlife.com
shuang@metlife.com
singlis@metlife.com
sisley@metlife.com
sjdonnelly@metlife.com
skandarian@metlife.com

**Company & Corresponding Email Addresses**

skarpel@metlife.com
skilkenny@metlife.com
slee17@metlife.com
sleibowitz@metlife.com
slinnick@metlife.com
slituchy@metlife.com
soliver@metlife.com
spatel3@metlife.com
spelkola@metlife.com
spitcher@metlife.com
sradis@metlife.com
ssant@metlife.com
sslattery@metlife.com
sswetnick@metlife.com
stolep@metlife.com
swancier@metlife.com
sxchen@metlife.com
tbrownsword@metlife.com
tcambara@metlife.com
tcarlson@metlife.com
tclee@metlife.com
tconlon@metlife.com
tcurran@metlife.com
thathaway@metlife.com
theaton@metlife.com
tho@metlife.com
tinnes@metlife.com
tlau1@metlife.com
tlenihan@metlife.com
tlennon2@metlife.com
tnguyen@metlife.com
tpayne@metlife.com
tpiesko@metlife.com
trobinson@metlife.com
tschmidt@metlife.com
tschuster@metlife.com
tsmith16@metlife.com
tstockton@metlife.com
tveazey@metlife.com
twinograd@metlife.com
ushah@metlife.com
varmstrong@metlife.com
vbertellotti@metlife.com
vcirulli@metlife.com
vcorrea@metlife.com
vdesai@metlife.com
vfliorent@metlife.com
vfradkin@metlife.com
vjhaveri@metlife.com
vkatsikiotis@metlife.com
vmartinez@metlife.com
vtran@metlife.com
vwarsen@metlife.com
vzhang@metlife.com

## Company & Corresponding Email Addresses

wchin@metlife.com
wdong@metlife.com
werickson@metlife.com
wgardner@metlife.com
whchang@metlife.com
wiwanicki@metlife.com
wlee@metlife.com
wmarkey@metlife.com
wmoretti@metlife.com
wschmiedeska@metlife.com
wtakacs@metlife.com
xxxxxx@metlife.com
yhsu@metlife.com
yshen@metlife.com
zafkari@metlife.com

### metro
hinker@metro.de
michael.westerwick@metro.de
research@metro.de
trautmann@metro.de
wolf2@metro.de
wolff@metro.de

### metrobank
amsy@metrobank.com.ph
apcyap@metrobank.com.ph
bliz.cuna@metrobank.com.ph
kpenginco@metrobank.com.ph

### metrokc
mike.smith@metrokc.gov
scott.matheson@metrokc.gov

### metzler
adamm@metzler.com
ahartung@metzler.com
akravkov@metzler.com
aweber@metzler.com
azellmann@metzler.com
bbiehler@metzler.com
bernhardebert@metzler.com
bjung@metzler.com
bkraft@metzler.com
cbouton@metzler.com
cgeier@metzler.com
chartner@metzler.com
cruegemer@metzler.com
cviel@metzler.com
cyoung@metzler.com
delsell@metzler.com
ekeller@metzler.com
ewalk@metzler.com
fheise@metzler.com
gboehme@metzler.com
helmuthmueller@metzler.com
hmatsumoto@metzler.com
hveit@metzler.com

**Company & Corresponding Email Addresses**

hwild@metzler.com
ifaryar@metzler.com
igyoengyoesi@metzler.com
imichalzik@metzler.com
jdiehl@metzler.com
jkennedy@metzler.com
kbuder@metzler.com
koberwest@metzler.com
lorenzocarcano@metzler.com
margritbayer@metzler.com
mbrueck@metzler.com
mburrer@metzler.com
mdrexelius@metzler.com
mklaus@metzler.com
mkorsch@metzler.com
mluley@metzler.com
npurschaker@metzler.com
orupprich@metzler.com
pstruck@metzler.com
pwelling@metzler.com
rdamm@metzler.com
rmatthes@metzler.com
rsalzsieder@metzler.com
samelung@metzler.com
sbeer@metzler.com
sdruskath@metzler.com
sdudacy@metzler.com
smeyer@metzler.com
sweidel@metzler.com
tejiri@metzler.com
uherold@metzler.com
usundermeier@metzler.com

**metzlerpayden**

bgood@metzlerpayden.com
heikei@metzlerpayden.com

**mf**

anna.suszynska@mf.gov.pl
ccpina@mf.gov.pt
eslima@mf.gov.pt
fcarvalho@mf.gov.pt
pedro.wilton@mf.gov.pt

**mfcglobalus**

bdurand@mfcglobalus.com
brizzardi@mfcglobalus.com
carbuthnot@mfcglobalus.com
cjobrien@mfcglobalus.com
estoltzmann@mfcglobalus.com
hmehlman@mfcglobalus.com
jconnolly@mfcglobalus.com
lwelch@mfcglobalus.com
mlorizio@mfcglobalus.com
mscanlon@mfcglobalus.com
ppatterson@mfcglobalus.com
rhamilton@mfcglobalus.com

## Company & Corresponding Email Addresses

ycruz@mfcglobalus.com

**mfcinventments**

mark_shannon@mfcinventments.com

**mfcinvestments**

alan_wicks@mfcinvestments.com
allison_mendes@mfcinvestments.com
bilal_naqvi@mfcinvestments.com
brett_hryb@mfcinvestments.com
carol_hassel@mfcinvestments.com
carson_jen@mfcinvestments.com
cathy_addison@mfcinvestments.com
chris_hensen@mfcinvestments.com
conrad_dabiet@mfcinvestments.com
danny_tomka@mfcinvestments.com
duncan_anderson@mfcinvestments.com
eugene_choy@mfcinvestments.com
geof_marshall@mfcinvestments.com
glenn_tetu@mfcinvestments.com
harpreet_singh@mfcinvestments.com
james_revere@mfcinvestments.com
jeffrey_bradacs@mfcinvestments.com
jennifer_dowty@mfcinvestments.com
jim_schetakis@mfcinvestments.com
jonathan_popper@mfcinvestments.com
kon_kizunov@mfcinvestments.com
marc_buchanan@mfcinvestments.com
mark_schmeer@mfcinvestments.com
michael_zalanyi@mfcinvestments.com
narayan_ramani@mfcinvestments.com
niall_brown@mfcinvestments.com
noman_ali@mfcinvestments.com
peggie_bowie@mfcinvestments.com
peter_yang@mfcinvestments.com
prakash_chaudhari@mfcinvestments.com
ram_brahmachari@mfcinvestments.com
rhonda_chang@mfcinvestments.com
richard_crook@mfcinvestments.com
richard_kos@mfcinvestments.com
robert_lutzko@mfcinvestments.com
shauna_sexsmith@mfcinvestments.com
steve_tyson@mfcinvestments.com
stewart_sprague@mfcinvestments.com
terry_carr@mfcinvestments.com
tina_hsiao@mfcinvestments.com
wayne_dolly@mfcinvestments.com

**mfs**

abbou-assi@mfs.com
acostello@mfs.com
afarstad@mfs.com
ahartwell@mfs.com
amackey@mfs.com
amayo@mfs.com
amcbride@mfs.com
annkiong@mfs.com

**Company & Corresponding Email Addresses**

aoneill@mfs.com
apanchamsingh@mfs.com
apaulo@mfs.com
apennellatore@mfs.com
aross@mfs.com
asablone@mfs.com
askatrud@mfs.com
athornton@mfs.com
aulland@mfs.com
ayentsch@mfs.com
barmstrong@mfs.com
bcarlson@mfs.com
bclougher@mfs.com
bcunha@mfs.com
bdargan@mfs.com
bfarley@mfs.com
bfemino@mfs.com
bfleishman@mfs.com
bhall@mfs.com
bhughes@mfs.com
bkottler@mfs.com
bmirliani@mfs.com
bnastou@mfs.com
bnelson@mfs.com
bpalmer@mfs.com
bpittsley@mfs.com
brosenbaum@mfs.com
bscozzafava@mfs.com
bstone@mfs.com
btaylor@mfs.com
btorpey@mfs.com
bvartak@mfs.com
bvigneaux@mfs.com
bwalls@mfs.com
bwiener@mfs.com
cbalyosian@mfs.com
cberesford@mfs.com
ccodrington@mfs.com
cdavis@mfs.com
cgraul@mfs.com
chumphries@mfs.com
cjennings@mfs.com
cmccall@mfs.com
cmier@mfs.com
cmurray-hession@mfs.com
crao@mfs.com
ctabb@mfs.com
ctompkins@mfs.com
cward@mfs.com
cwhinery@mfs.com
dacevedo@mfs.com
dallaire@mfs.com
dantonelli@mfs.com
dcalabro@mfs.com

## Company & Corresponding Email Addresses

dcobey@mfs.com
dcole@mfs.com
ddegroff@mfs.com
ddibattista@mfs.com
dearnest@mfs.com
dgeary@mfs.com
dgriesbauer@mfs.com
dhayes@mfs.com
dhemsworth@mfs.com
dkennedy2@mfs.com
dling@mfs.com
dmactavish@mfs.com
dmannheim@mfs.com
dmarchant@mfs.com
dmiller@mfs.com
dmykrantz@mfs.com
dscherman@mfs.com
dshindler@mfs.com
dtrimbal@mfs.com
dtrimble@mfs.com
ebraz@mfs.com
edarci@mfs.com
efischman@mfs.com
ehazen@mfs.com
eodette@mfs.com
ethielscher@mfs.com
etrach@mfs.com
eweigel@mfs.com
eweisman@mfs.com
eyingfang@mfs.com
fbenzinho@mfs.com
firstinitialsurname@mfs.com
fsiddiqi@mfs.com
ftaj@mfs.com
gbennett@mfs.com
gbensimon@mfs.com
ggourgey@mfs.com
gheller@mfs.com
gkurinsky@mfs.com
glasman@mfs.com
glocraft@mfs.com
gmartin@mfs.com
gpendleton@mfs.com
gpoirier@mfs.com
gschechter@mfs.com
gugali@mfs.com
gwestervelt@mfs.com
hhaidar@mfs.com
hmathieson@mfs.com
hwatson@mfs.com
iali@mfs.com
iobrien@mfs.com
j.norberg@mfs.com
jaddeo@mfs.com

**Company & Corresponding Email Addresses**

jb@mfs.com
jbacon@mfs.com
jblack@mfs.com
jblanchette@mfs.com
jbrogna@mfs.com
jburkett@mfs.com
jcalmas@mfs.com
jcho@mfs.com
jclark@mfs.com
jconstantino@mfs.com
jdunlap@mfs.com
jeaton@mfs.com
jestella@mfs.com
jfallon@mfs.com
jfitzgerald@mfs.com
jflaherty@mfs.com
jgarcia@mfs.com
jgaunt@mfs.com
jguyton@mfs.com
jjoseph@mfs.com
jkosty@mfs.com
jlan@mfs.com
jleach@mfs.com
jmacdougall@mfs.com
jmarsh@mfs.com
jmarston@mfs.com
jmaurer@mfs.com
jmendez@mfs.com
jmitchell@mfs.com
jnewberry@mfs.com
jnicholson@mfs.com
joycelynlee@mfs.com
jperkins@mfs.com
jpiotrowski@mfs.com
jrangi@mfs.com
jrhee@mfs.com
jrussel@mfs.com
jsage@mfs.com
jschuster@mfs.com
jshames@mfs.com
jsn@mfs.com
jstarrick@mfs.com
jstocks@mfs.com
jswalker@mfs.com
jswanson@mfs.com
jwakelin@mfs.com
kbatsolakis@mfs.com
kbeatty@mfs.com
kbillington@mfs.com
kconn@mfs.com
kderoche@mfs.com
kdyer@mfs.com
kenright@mfs.com
kfranke@mfs.com

**Company & Corresponding Email Addresses**

khelkenberg@mfs.com
khom@mfs.com
kko@mfs.com
kmead@mfs.com
kparke@mfs.com
krahn@mfs.com
kschmitz@mfs.com
ksebastian@mfs.com
lanthony@mfs.com
lbissonnette@mfs.com
ldelima@mfs.com
ldevito@mfs.com
lkennedy@mfs.com
llebatique@mfs.com
llevesque@mfs.com
llindquist@mfs.com
lmiller@mfs.com
lrasin@mfs.com
ltalukdar@mfs.com
lzaslavskiy@mfs.com
malbrecht@mfs.com
matthew.ryan@mfs.com
mballan@mfs.com
mbarrett@mfs.com
mbeaulieu@mfs.com
mbednar@mfs.com
mburke@mfs.com
mcallister@mfs.com
mcantara@mfs.com
mclark@mfs.com
mcrombie@mfs.com
mdawson@mfs.com
memmanuel@mfs.com
mfeeney2@mfs.com
mflint@mfs.com
mgrossman@mfs.com
mhulme@mfs.com
mhutson@mfs.com
mjwilliams@mfs.com
mkaul@mfs.com
mkence@mfs.com
mkim@mfs.com
mkrummel@mfs.com
mkrummell@mfs.com
mmccusker@mfs.com
mmcdonough@mfs.com
mmcguire@mfs.com
mnickson@mfs.com
mpandolfi@mfs.com
mpapa@mfs.com
mpascal@mfs.com
mpereira@mfs.com
mpettirossi@mfs.com
mpolitis@mfs.com

## Company & Corresponding Email Addresses

mroberge@mfs.com
msalmon@mfs.com
msharma@mfs.com
mshaughnessy@mfs.com
msmith@mfs.com
mspalla@mfs.com
mtata@mfs.com
mthompstone@mfs.com
mwhitbread@mfs.com
mwilson@mfs.com
mwitherell@mfs.com
nanandkar@mfs.com
natadika@mfs.com
nbotcheos@mfs.com
nchitkara@mfs.com
nchory@mfs.com
nmorillo@mfs.com
npradhan@mfs.com
nrumpf@mfs.com
nshapiro@mfs.com
nsmithie@mfs.com
nstroscio@mfs.com
nzatlyn@mfs.com
olebleu@mfs.com
pbechtold@mfs.com
pburgener@mfs.com
pdelamata@mfs.com
pdevine@mfs.com
pfruzzetti@mfs.com
pgordon@mfs.com
photz@mfs.com
pju@mfs.com
pkirwan@mfs.com
plopez@mfs.com
pmead@mfs.com
prkelly@mfs.com
probbims@mfs.com
probbins@mfs.com
pskinner@mfs.com
pvaream@mfs.com
pvoulgaris@mfs.com
r1johnson@mfs.com
r1macdonald@mfs.com
ralmeida@mfs.com
ras@mfs.com
rbelmont@mfs.com
rbiagini@mfs.com
rfeliciano@mfs.com
rflaherty@mfs.com
rhall@mfs.com
rhawkins@mfs.com
rhuang@mfs.com
rkurma@mfs.com
rlapointe@mfs.com

## Company & Corresponding Email Addresses

rlau@mfs.com
rlee@mfs.com
rlivermore@mfs.com
rmanning@mfs.com
rmcallister@mfs.com
rmorley@mfs.com
roliviera@mfs.com
rpark@mfs.com
rpersons@mfs.com
rrjanikov@mfs.com
ruth.mulligan@mfs.com
rweinberg@mfs.com
saubuchon@mfs.com
sbryant@mfs.com
sburelli@mfs.com
sdankelman@mfs.com
sdonovan@mfs.com
sgieg@mfs.com
sgorham@mfs.com
sgresham@mfs.com
sholly@mfs.com
simon.todd@mfs.com
skelley@mfs.com
skim@mfs.com
sklotz@mfs.com
smehta@mfs.com
smorse@mfs.com
smurphy@mfs.com
snatarajan@mfs.com
snguyen@mfs.com
spesek@mfs.com
srichards@mfs.com
ssherwood@mfs.com
talbrecht@mfs.com
tbertsekas@mfs.com
tburgess@mfs.com
tbuttiglieri@mfs.com
tcronin@mfs.com
tcrowley@mfs.com
tdittmer@mfs.com
tgilchrist@mfs.com
tjian@mfs.com
tjones@mfs.com
tmaloney@mfs.com
tmelendez@mfs.com
tocchiolini@mfs.com
traeke@mfs.com
tsanchez@mfs.com
tshushan@mfs.com
twood@mfs.com
vhowland@mfs.com
wadams@mfs.com
wardbrown@mfs.com
wdouglas@mfs.com

## Company & Corresponding Email Addresses
wjean-baptiste@mfs.com
ygarena@mfs.com

### mgb
adrian.ryser@mgb.ch
niklaus.germann@mgb.ch
ueli.buechi@mgb.ch

### mgic
bernie_verhoeven@mgic.com
jaime_hanson@mgic.com
james_karpowicz@mgic.com
kathy_valenti@mgic.com
lisa_pendergast@mgic.com
monica_white@mgic.com
paul_spiroff@mgic.com
scott_booth@mgic.coom
steve_thompson@mgic.com
tim_edwards@mgic.com

### mginvestors
adam@mginvestors.com
danielle@mginvestors.com
davidmp@mginvestors.com
devin@mginvestors.com
hilary@mginvestors.com
john@mginvestors.com
sameh@mginvestors.com

### mhcb
akiko.shimada@mhcb.co.uk
akira.kawamura@mhcb.co.uk
alec.clements@mhcb.co.uk
andrew.brodie@mhcb.co.uk
andrew.stringer@mhcb.co.uk
anthony.chan@mhcb.co.uk
brian.brooks@mhcb.co.uk
brian.ferguson@mhcb.co.uk
curtis.adams@mhcb.co.uk
daishi.samuro@mhcb.co.uk
frank.harris@mhcb.co.uk
fraser.thomas@mhcb.co.uk
graham.lesnick@mhcb.co.uk
guy.mclean@mhcb.co.uk
hidenori.ikezawa@mhcb.co.uk
hidetoshi.honda@mhcb.co.uk
james.maul@mhcb.co.uk
jean-yves.korenian@mhcb.co.uk
jeremy.ghose@mhcb.co.uk
jim.coyne@mhcb.co.uk
junichirou.yoshiyama@mhcb.co.uk
kazuhiro.ninomiya@mhcb.co.uk
lee.bensusan@mhcb.co.uk
marcus.barnes@mhcb.co.uk
matine.raza@mhcb.co.uk
michael.karstensen@mhcb.co.uk
mikio.itabashi@mhcb.co.uk
naoto.komine@mhcb.co.uk

**Company & Corresponding Email Addresses**

naoto.shirasaki@mhcb.co.uk
narinder.bhatowa@mhcb.co.uk
nick.fenn@mhcb.co.uk
nick.fenton@mhcb.co.uk
nick.turton@mhcb.co.uk
nick.williams1@mhcb.co.uk
nigel.palmer@mhcb.co.uk
paul.carman@mhcb.co.uk
paul.connor@mhcb.co.uk
paul.dunn@mhcb.co.uk
paul.shea@mhcb.co.uk
peter.elwell@mhcb.co.uk
raymond.singer@mhcb.co.uk
richard.elliott@mhcb.co.uk
richard.healing@mhcb.co.uk
richard.marshall@mhcb.co.uk
robert.howarth@mhcb.co.uk
robert.thurlow@mhcb.co.uk
ruth.ockendon@mhcb.co.uk
seiki.hara@mhcb.co.uk
shayne.dunlap@mhcb.co.uk
shibazaki@mhcb.co.uk
simon.heywood@mhcb.co.uk
spencer.staples@mhcb.co.uk
stephen.faldo@mhcb.co.uk
steve.kirby@mhcb.co.uk
takashi.makita@mhcb.co.uk
takashi.nagato@mhcb.co.uk
taketsuna.okabe@mhcb.co.uk
takumi.otsuka@mhcb.co.uk
thorsten.palinkas@mhcb.co.uk
timothy.mckean@mhcb.co.uk
tony.mcdonagh@mhcb.co.uk
toshiya.owada@mhcb.co.uk
trevor.bailey@mhcb.co.uk
yukio.ikemura@mhcb.co.uk
yuko.behan@mhcb.co.uk

**mhmraharris**
rosalind.malone@mhmraharris.org

**mi**
mborroni@mi.unicatt.it
moriani@mi.unicatt.it

**miami**
eellison@miami.edu
guerrero@miami.edu

**michelin**
francois.dalverny@ch.michelin.com
frederic.vilhes@ch.michelin.com
jacques.van-leeuwen@ch.michelin.com
olaf.meyer@ch.michelin.com
paul.jouannic@ch.michelin.com

**michigan**
haasm@michigan.gov
saxtont@michigan.gov

## Company & Corresponding Email Addresses

### micorp

abhishek.pulakanti@micorp.com
alan.creech@micorp.com
andrew.arnold@micorp.com
andrew.oconnell@micorp.com
andrew.reed@micorp.com
andy.tillman@micorp.com
ann.lowrey@micorp.com
anne.tidmore@micorp.com
annette.hellmer@micorp.com
bill.uelmen@micorp.com
brett.patten@micorp.com
brian.bieger@micorp.com
brian.janowski@micorp.com
bryan.bigari@micorp.com
casey.sabs@micorp.com
casey.sambs@micorp.com
chris.totman@micorp.com
craig.mauermann@micorp.com
dan.dujmic@micorp.com
daniel.brown@micorp.com
daniel.byrne@micorp.com
dave.komberec@micorp.com
dave.urban@micorp.com
dennis.romero@micorp.com
don.wilson@micorp.com
doug.howe@micorp.com
duane.haas@micorp.com
duane.mcallister@micorp.com
earl.delaet@micorp.com
estella.sidney@micorp.com
faye.fox@micorp.com
genny.lynkiewicz@micorp.com
gordon.gunnlaugsson@micorp.com
greg.dirkse@micorp.com
greg.smith@micorp.com
jason.weiner@micorp.com
jeanne.simmons@micorp.com
jill.groshek@micorp.com
john.boritzke@micorp.com
john.callen@micorp.com
john.sutorius@micorp.com
joshua.hunt@micorp.com
kathryn.mohr@micorp.com
ken.salmon@micorp.com
kenneth.conrad@micorp.com
kenneth.mayer@micorp.com
leon.dodge@micorp.com
lisa.cordova@micorp.com
mark.kharitou@micorp.com
matt.lephardt@micorp.com
matthew.dean@micorp.com
matthew.fahey@micorp.com
matthew.olmsted@micorp.com

## Company & Corresponding Email Addresses

michael.burke@micorp.com
michelle.petasek@micorp.com
mike.barry@micorp.com
mike.flaherty@micorp.com
nancy.klind@micorp.com
pat.dorn@micorp.com
patrick.gundlach@micorp.com
patty.nogalski@micorp.com
richard.rokus@micorp.com
robert.cummisford@micorp.com
ron.tesmond@micorp.com
ryan.bushman@micorp.com
scott.holan@micorp.com
scott.jennings@micorp.com
shane.harvey@micorp.com
shane.sawyer@micorp.com
sonia.patel@micorp.com
steve.prunuske@micorp.com
susan.dulde@micorp.com
thomas.uutala@micorp.com
tim.hennig@micorp.com
todd.healy@micorp.com
tyler.lynch@micorp.com
vince.russo@micorp.com
william.oconnor@micorp.com

### microsoft

ablackmu@microsoft.com
alivanov@microsoft.com
a-miseim@microsoft.com
andhruv@microsoft.com
aronston@microsoft.com
asekhar@microsoft.com
bdamon@microsoft.com
bdiersch@microsoft.com
bertana@microsoft.com
bradfa@microsoft.com
brentca@microsoft.com
criffe@microsoft.com
ddurkin@microsoft.com
dhoch@microsoft.com
dkiepfer@microsoft.com
edbarrie@microsoft.com
eqresrch@microsoft.com
fangxu@microsoft.com
fxresrch@microsoft.com
georgez@microsoft.com
janniel@microsoft.com
jared.bean@microsoft.com
jenshen@microsoft.com
jmain@microsoft.com
jmatz@microsoft.com
joelco@microsoft.com
jowalker@microsoft.com
jscott@microsoft.com

**Company & Corresponding Email Addresses**

juliaye@microsoft.com
kbhargav@microsoft.com
khsu@microsoft.com
knatale@microsoft.com
marcb@microsoft.com
mawalter@microsoft.com
melca@microsoft.com
mengligu@microsoft.com
micharms@microsoft.com
michec@microsoft.com
mimil@microsoft.com
mmorro@microsoft.com
mwelsh@microsoft.com
natgrant@microsoft.com
nicko@microsoft.com
nicolal@microsoft.com
nverman@microsoft.com
puravani@microsoft.com
rbellamy@microsoft.com
rosannam@microsoft.com
rwininge@microsoft.com
seisner@microsoft.com
sergesv@microsoft.com
shailait@microsoft.com
shrutiku@microsoft.com
stmchugh@microsoft.com
tahreemk@microsoft.com
zuhebs@microsoft.com

**mid**
bobd@mid.org

**midamericabank**
theresa.mann@midamericabank.com

**midamerican**
bkhankel@midamerican.com
cdhaack@midamerican.com
jcgalt@midamerican.com
jmbrammer@midamerican.com
jmdunker@midamerican.com
jmfleming@midamerican.com
sokol@midamerican.com
taanliker@midamerican.com
tcfoster@midamerican.com
tmholzhauser@midamerican.com

**midatlantic**
gsmith@midatlantic.com

**midatlanticcorp**
bstewart@midatlanticcorp.org
kkelly@midatlanticcorp.org

**midcogen**
mastahr@midcogen.com

**midfirst**
brad.gentry@midfirst.com
caleb.baucom@midfirst.com
david.brooks@midfirst.com

## Company & Corresponding Email Addresses

erin.stone@midfirst.com
james.clark@midfirst.com
jim.nield@midfirst.com
kent.dockum@midfirst.com
roger.disalvatore@midfirst.com
scott.reed@midfirst.com
tim.tackett@midfirst.com

### midstatebank
jlokey@midstatebank.com
jstathos@midstatebank.com
mgibson@midstatebank.com

### midstates
andrew.kohl@midstates.org
bill.fitzpatrick@midstates.org
david.wilson@midstates.org
jackie.jessen@midstates.org
jason.schmidt@midstates.org
jeffrey.brewster@midstates.org
michael.mosher@midstates.org
ronald.koza@midstates.org
tim.wartman@midstates.org
todd.adams@midstates.org

### miffbank
lbelletti@miffbank.com
yesworthy@miffbank.com

### mig
mauro@mig.com

### migdal-group
adih@migdal-group.co.il
anatlv@migdal-group.co.il
boriser@migdal-group.co.il
danl@migdal-group.co.il
eyalpaz@migdal-group.co.il
guym@migdal-group.co.il
jonathan@migdal-group.co.il
limorb@migdal-group.co.il
noamb@migdal-group.co.il
nuritl@migdal-group.co.il
omerk@migdal-group.co.il
tamarg@migdal-group.co.il
udir@migdal-group.co.il
yonatana@migdal-group.co.il
yuvals@migdal-group.co.il

### miix
dsmereck@miix.com

### millburncorp
dwhelan@millburncorp.com
jannicelli@millburncorp.com
jreilly@millburncorp.com
mfitzsimmons@millburncorp.com
mlindberg@millburncorp.com
nfugelsang@millburncorp.com

### milleniumbcp
jjguilherme@milleniumbcp.pt

## Company & Corresponding Email Addresses

pjsilva@milleniumbcp.pt

### millenniumbank

cdelaparte@millenniumbank.net

### millenniumbcp

catarina.galiroseira@millenniumbcp.pt
david.mendesduarte@millenniumbcp.pt
dferraz@millenniumbcp.pt
joaquim.pires@millenniumbcp.pt
miguel.amaro@millenniumbcp.pt
miguel.duarte@millenniumbcp.pt
mrosa@millenniumbcp.pt
pedro.casquinho@millenniumbcp.pt
sofiagomes.silva@millenniumbcp.pt

### millerglobalinvestments

scottmiller@millerglobalinvestments.com

### millertabak

bbyrne@millertabak.com
bmaybrown@millertabak.com
dbenson@millertabak.com
dmahoney@millertabak.com
dmessina@millertabak.com
drastelli@millertabak.com
dtuthill@millertabak.com
hzhang@millertabak.com
jalusick@millertabak.com
jjewell@millertabak.com
jmiller@millertabak.com
jstamler@millertabak.com
kmcintosh@millertabak.com
ksoderberg@millertabak.com
msimons@millertabak.com
phudson@millertabak.com
plloyd@millertabak.com
ptdesk@millertabak.com
rlee@millertabak.com
rspears@millertabak.com
sdoyle@millertabak.com
sfreeze@millertabak.com
tdemirjian@millertabak.com
tpayne@millertabak.com

### milliman

michael.deweirdt@milliman.com

### milm

catherine_baggs@milm.com

### mimillers

bmangles@mimillers.com
dbandish@mimillers.com

### mindspring

dunlopmbet@mindspring.com
ggwinn@mindspring.com
lacers1@mindspring.com

### mingtai

49283@mingtai.com.tw

### mini post

## Company & Corresponding Email Addresses

patrik.roos@mini post.nu

### minnesotamutual

david.schultz@minnesotamutual.com
dianne.orbison@minnesotamutual.com
erica.bergsland@minnesotamutual.com
frederick.feuerherm@minnesotamutual.com
james.geiger@minnesotamutual.com
john.leiviska@minnesotamutual.com
theodore.hoxmeier@minnesotamutual.com

### mintoninvestment

lwminton@mintoninvestment.com
lwmintoniii@mintoninvestment.com

### mirabaud-im

edward.peterhoblyn@mirabaud-im.com

### miroglio

p.mazzitelli@miroglio.com
r.gattiglia@miroglio.com

### misrubishi-sec

aihara-takeshi@misrubishi-sec.co.jp

### mistubishitrust

rbex@mistubishitrust.co.uk

### mito-sec

yoshiyuki-teranaka@mito-sec.jp

### mitsubishi-am

norihiko-nakagawa@mitsubishi-am.co.jp
takayuki-amano@mitsubishi-am.co.jp
takeo-kondo@mitsubishi-am.co.jp
tamisuke-yamashita@mitsubishi-am.co.jp
tomohiro_ochiai@mitsubishi-am.co.jp
yasuharu-ikari@mitsubishi-am.co.jp

### mitsubishicorp

arjun.mahajan@mcf.mitsubishicorp.com
dessy.nascimento@mcf.mitsubishicorp.com
hiroko.niwa@mitsubishicorp.com
hitoshi.ishikawa@mitsubishicorp.com
kadota@mitsubishicorp.com
katsuaki.morooka@mitsubishicorp.com
kazuo.seki@mitsubishicorp.com
kenji.kobayashi@mitsubishicorp.com
kojiro.maeo@mitsubishicorp.com
michio.takahashi@mitsubishicorp.com
tomoaki.harada@mitsubishicorp.com
toshiyuki.murasawa@mitsubishicorp.com
toyota.watanabe@mitsubishicorp.com

### mitsubishi-motors

kazuo.nakagawa@mitsubishi-motors.com
t-matsuzawa@mitsubishi-motors.co.jp

### mitsubishi-sec

furuhashi-kazuyoshi@mitsubishi-sec.co.jp
goto-shigeki@mitsubishi-sec.co.jp
hashimoto-takeshi@mitsubishi-sec.co.jp
hayakawa-shunsuke@mitsubishi-sec.co.jp
hiramatsu-daisuke@mitsubishi-sec.co.jp
kato-takashi@mitsubishi-sec.co.jp

## Company & Corresponding Email Addresses

kushida-takehiro@mitsubishi-sec.co.jp
kusunoki-minako@mitsubishi-sec.co.jp
masuyama-jun@mitsubishi-sec.co.jp
morita-masahiro@mitsubishi-sec.co.jp
nakai-toshiki@mitsubishi-sec.co.jp
okada-mitsuhiro@mitsubishi-sec.co.jp
ozaki-hiroyuki@mitsubishi-sec.co.jp
ozawa-jun@mitsubishi-sec.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
sakai-masaki@mitsubishi-sec.co.jp
shigeta-osamu@mitsubishi-sec.co.jp
shinohara-go@mitsubishi-sec.co.jp
shirosaka-toshiaki@mitsubishi-sec.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
tateda-yasuyuki@mitsubishi-sec.co.jp
toki-akitomo@mitsubishi-sec.co.jp
wada-hisataka@mitsubishi-sec.co.jp

### mitsubishi-trust

aki_wakashiro@mitsubishi-trust.co.jp
akihito_watanabe@mitsubishi-trust.co.jp
akinari_takahama@mitsubishi-trust.co.jp
akira_murakoso@mitsubishi-trust.co.jp
amd-jbond_post@mitsubishi-trust.co.jp
atsushi_ito@mitsubishi-trust.co.jp
atsushi_miyamoto@mitsubishi-trust.co.jp
atsushi_sato@mitsubishi-trust.co.jp
atsushi_yoshinari@mitsubishi-trust.co.jp
daisuke_hirayama@mitsubishi-trust.co.jp
daisuke_veno@mitsubishi-trust.co.jp
eiji_nagaoka@mitsubishi-trust.co.jp
etsuko_kasuga@mitsubishi-trust.co.jp
fumiko_shimazaki@mitsubishi-trust.co.jp
genichiro_chiba@mitsubishi-trust.co.jp
go_ishida@mitsubishi-trust.co.jp
h.kubota@mitsubishi-trust.co.uk
hideaki_kondo@mitsubishi-trust.co.jp
hideharu_nozawa@mitsubishi-trust.co.jp
hidekazu_maejima@mitsubishi-trust.co.jp
hideo_machida@mitsubishi-trust.co.jp
hideo_miyagawa@mitsubishi-trust.co.jp
hidetoshi_fuwa@mitsubishi-trust.co.jp
hiroaki_kurokawa@mitsubishi-trust.co.jp
hirofumi_aso@mitsubishi-trust.co.jp
hirohiko_sato@mitsubishi-trust.co.jp
hiroshi_kanae@mitsubishi-trust.co.jp
hiroshi_nagoya@mitsubishi-trust.co.jp
hiroshi_saito@mitsubishi-trust.co.jp
hiroyuki_inoue@mitsubishi-trust.co.jp
hiroyuki_kurokawa@mitsubishi-trust.co.jp
hiroyuki_yuasa@mitsubishi-trust.co.jp
hisakata_isomura@mitsubishi-trust.co.jp
inv-stgy_post@mitsubishi-trust.co.jp
junichi_amemiya@mitsubishi-trust.co.jp
junichi_ito@mitsubishi-trust.co.jp

## Company & Corresponding Email Addresses

junichi_narikawa@mitsubishi-trust.co.jp
junji_takei@mitsubishi-trust.co.jp
katsuhisa_ota@mitsubishi-trust.co.jp
katsumi_arita@mitsubishi-trust.co.jp
katsuya_ishida@mitsubishi-trust.co.jp
kazuhide_ara@mitsubishi-trust.co.jp
kazuhide_shibuya@mitsubishi-trust.co.jp
keiji_koyama@mitsubishi-trust.co.jp
keisuke_saeki@mitsubishi-trust.co.jp
ken_yanagihara@mitsubishi-trust.co.jp
kinya_okauchi@mitsubishi-trust.co.jp
koji_kaihatsu@mitsubishi-trust.co.jp
koji_kaihotsu@mitsubishi-trust.co.jp
kota_yamada@mitsubishi-trust.co.jp
kyosuke_takei@mitsubishi-trust.co.jp
maki-ishikoso@mitsubishi-trust.co.jp
makiko_sawamura@mitsubishi-trust.co.jp
makoto_aratake@mitsubishi-trust.co.jp
masahiko_nomura@mitsubishi-trust.co.jp
masahisa_fukushima@mitsubishi-trust.co.jp
masami_funahashi@mitsubishi-trust.co.jp
masami_mukawa@mitsubishi-trust.co.jp
masaru_ichikawa@mitsubishi-trust.co.jp
masato_nakamura@mitsubishi-trust.co.jp
masayuki_suzuki@mitsubishi-trust.co.jp
masayuki_takeda@mitsubishi-trust.co.jp
masayuki_tanaka@mitsubishi-trust.co.jp
megumi_murabayashi@mitsubishi-trust.co.jp
mineo_banno@mitsubishi-trust.co.jp
monitu_nakaminami@mitsubishi-trust.co.jp
muneki_otoda@mitsubishi-trust.co.jp
n.apsley@mitsubishi-trust.co.uk
nami_watanabe@mitsubishi-trust.co.jp
naoya_oishi@mitsubishi-trust.co.jp
nobuhiko_mitake@mitsubishi-trust.co.jp
norihiko_kawachi@mitsubishi-trust.co.jp
noriko_kitamura@mitsubishi-trust.co.jp
noriyoshi_yamaguchi@mitsubishi-trust.co.jp
osamu_terashima@mitsubishi-trust.co.jp
reijiro_samura@mitsubishi-trust.co.jp
rieko_arai@mitsubishi-trust.co.jp
roseanna_chan@mitsubishi-trust.co.jp
s.heyman@mitsubishi-trust.co.uk
saori_nara@mitsubishi-trust.co.jp
satoko_ishii@mitsubishi-trust.co.jp
satoshi_imaizumi@mitsubishi-trust.co.jp
satoshi_nishioka@mitsubishi-trust.co.jp
shigenobu_okabayashi@mitsubishi-trust.co.jp
shinichi_takasaka@mitsubishi-trust.co.jp
shinobu_hirabayashi@mitsubishi-trust.co.jp
shuichi_izumikawa@mitsubishi-trust.co.jp
shuji_nakagawa@mitsubishi-trust.co.jp
tadashi1_hayashi@mitsubishi-trust.co.jp
tadateru_kimura@mitsubishi-trust.co.jp

## Company & Corresponding Email Addresses

takanori_yamaguchi@mitsubishi-trust.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_sugita@mitsubishi-trust.co.jp
takashi_yamamoto@mitsubishi-trust.co.jp
takato_yoshida@mitsubishi-trust.co.jp
takayuki_miyoshi@mitsubishi-trust.co.jp
takeo_yoshida@mitsubishi-trust.co.jp
takeshi_kimura@mitsubishi-trust.co.jp
takeshi_sato@mitsubishi-trust.co.jp
taro_tamura@mitsubishi-trust.co.jp
tomohiro_shibuya@mitsubishi-trust.co.jp
toru_tabei@mitsubishi-trust.co.jp
toru1_matsuda@mitsubishi-trust.co.jp
toshiaki_kobayashi@mitsubishi-trust.co.jp
toshiyuki_masaoka@mitsubishi-trust.co.jp
tsutomu_kondo@mitsubishi-trust.co.jp
v.kishore@mitsubishi-trust.co.uk
yasuharu_tsuru@mitsubishi-trust.co.jp
yasuhiro_fujibayashi@mitsubishi-trust.co.jp
yasuhiro_hotta@mitsubishi-trust.co.jp
yasunori_nishioka@mitsubishi-trust.co.jp
yasuto_miura@mitsubishi-trust.co.jp
yoichi_kamata@mitsubishi-trust.co.jp
yoji_ueda@mitsubishi-trust.co.jp
yoshihide_suzuki@mitsubishi-trust.co.jp
yoshimasa_suzuki@mitsubishi-trust.co.jp
yoshiyuki_nagatomo@mitsubishi-trust.co.jp
yoshiyuki_sato@mitsubishi-trust.co.jp
yosuke_hayakawa@mitsubishi-trust.co.jp
yuichi_ishii@mitsubishi-trust.co.jp
yuko_noda@mitsubishi-trust.co.jp
yusuke_fukui@mitsubishi-trust.co.jp
yuta_kanno@mitsubishi-trust.co.jp

## mitsui

a.kamiyama@mitsui.com
hi.okamoto@mitsui.com
hi.takeuchi@mitsui.com
i.watanabe@mitsui.com
j.morito@mitsui.com
k.harigai@mitsui.com
ke.ota@mitsui.com
ken.yamaguchi@mitsui.com
m.nakata@mitsui.com
n.tsuchiya@mitsui.com
r.sekijima@mitsui.com
s.fukuzawa@mitsui.com
s.toya@mitsui.com
se.ueda@mitsui.com
shino.takeda@mitsui.com
shu.izumi@mitsui.com
t.manabe@mitsui.com
t.saeki@mitsui.com
t.sawamura@mitsui.com

## Company & Corresponding Email Addresses
t.usugaya@mitsui.com
ta.goto@mitsui.com
tor.mori@mitsui.com

### mitsuilifeny
yokabe@mitsuilifeny.com

### mitsui-seimei
akihiro_fujimoto@mitsui-seimei.co.jp
akihiro_fujioka@mitsui-seimei.co.jp
akira_yoshihisa@mitsui-seimei.co.jp
atsushi_shimazaki@mitsui-seimei.co.jp
emikoa_fukuda@mitsui-seimei.co.jp
etsuo_suzuki@mitsui-seimei.co.jp
futoshi_iwamoto@mitsui-seimei.co.jp
hideo_ito@mitsui-seimei.co.jp
hironori_katou@mitsui-seimei.co.jp
hiroshi_nakamura@mitsui-seimei.co.jp
hiroyuki_hayashi@mitsui-seimei.co.jp
hiroyuki_kajiyama@mitsui-seimei.co.jp
hisao_nishimura@mitsui-seimei.co.jp
jiro_morita@mitsui-seimei.co.jp
jun_miyajima@mitsui-seimei.co.jp
katsuzo_nakata@mitsui-seimei.co.jp
kazuhiro_numano@mitsui-seimei.co.jp
keiichi_hayashi@mitsui-seimei.co.jp
keisuke_miyoshi@mitsui-seimei.co.jp
ken_mitsuta@mitsui-seimei.co.jp
ken_ouchi@mitsui-seimei.co.jp
kiyoshi_kurakata@mitsui-seimei.co.jp
kohei_tsuda@mitsui-seimei.co.jp
koji_harada@mitsui-seimei.co.jp
kouichi_wachi@mitsui-seimei.co.jp
kouji_takahashi@mitsui-seimei.co.jp
kousuke_kanazashi@mitsui-seimei.co.jp
makoto_takemiya@mitsui-seimei.co.jp
masahiro_kamoya@mitsui-seimei.co.jp
masaki_hata@mitsui-seimei.co.jp
masashi_teshigawara@mitsui-seimei.co.jp
masataka_yamaguchi@mitsui-seimei.co.jp
mitsuo_yamamoto@mitsui-seimei.co.jp
nakayasu_osako@mitsui-seimei.co.jp
satoshi_fukagawa@mitsui-seimei.co.jp
shigeru_iijima@mitsui-seimei.co.jp
shinya_arisue@mitsui-seimei.co.jp
shiro_yamada@mitsui-seimei.co.jp
takashi_ochiai@mitsui-seimei.co.jp
tokio_kondo@mitsui-seimei.co.jp
tomo_matsumoto@mitsui-seimei.co.jp
tomoharu_suzuki@mitsui-seimei.co.jp
tomoo_akiyama@mitsui-seimei.co.jp
toshiyasu_goto@mitsui-seimei.co.jp
toshiyasu_shimizu@mitsui-seimei.co.jp
yoshiaki_hizuka@mitsui-seimei.co.jp
yoshiki_nakamura@mitsui-seimei.co.jp
yoshitaka_yamano@mitsui-seimei.co.jp

## Company & Corresponding Email Addresses

yuhei_nomura@mitsui-seimei.co.jp
yukio_soma@mitsui-seimei.co.jp
yutaka_matsukawa@mitsui-seimei.co.jp

### mitsui-trust

hiroshi_nagai@mitsui-trust.co.jp

### mittel

giovanni.gornotempini@mittel.it

### mizrahi

bitond@mizrahi.co.il
cohendr@mizrahi.co.il
cohens@mizrahi.co.il
haverims@mizrahi.co.il
hilandera@mizrahi.co.il
kalmany@mizrahi.co.il
navot@mizrahi.co.il
nissan@mizrahi.co.il
pf@mizrahi.co.il
ramons@mizrahi.co.il
smaierovits@mizrahi.co.il
toubinc@mizrahi.co.il
ziper@mizrahi.co.il

### mizuho

adouglas@mizuho.ch
kenneth.mcatee@mizuho.com
minfanger@mizuho.ch
viame.chan@mizuho.com

### mizuho-bk

akira.tsutsui@mizuho-bk.co.jp
fumihiro.anzai@mizuho-bk.co.jp
fumihiro.kawasaki@mizuho-bk.co.jp
hajime.motomiya@mizuho-bk.co.jp
hajime.saito@mizuho-bk.co.jp
hidehiko.tanabe@mizuho-bk.co.jp
hideki.kubo@mizuho-bk.co.jp
hideyuki.koshiyama@mizuho-bk.co.jp
hironori.a.shiragaki@mizuho-bk.co.jp
hiroshi.a.shimada@mizuho-bk.co.jp
hiroshi.sogou@mizuho-bk.co.jp
issei.shinohara@mizuho-bk.co.jp
jo.kitahara@mizuho-bk.co.jp
jun.morita@mizuho-bk.co.jp
jun.oonaka@mizuho-bk.co.jp
junichirou.miki@mizuho-bk.co.jp
kaihei.ishiwata@mizuho-bk.co.jp
kazuaki.oosumi@mizuho-bk.co.jp
kazuki.fujihara@mizuho-bk.co.jp
kazutoshi.narita@mizuho-bk.co.jp
kenichiro.kasahara@mizuho-bk.co.jp
kouhei.asai@mizuho-bk.co.jp
kunihiko.ookubo@mizuho-bk.co.jp
makoto.nishino@mizuho-bk.co.jp
masakatsu.hashiguchi@mizuho-bk.co.jp
masao.oota@mizuho-bk.co.jp
mikihiko.toyoizumi@mizuho-bk.co.jp

## Company & Corresponding Email Addresses

naomi.maki@mizuho-bk.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
satoshi.a.uchida@mizuho-bk.co.jp
setsuko.nakayama@mizuho-bk.co.jp
shigeki.shibata@mizuho-bk.co.jp
shinichi.tsuji@mizuho-bk.co.jp
shinichirou.itoi@mizuho-bk.co.jp
shuuhei.naka@mizuho-bk.co.jp
takanari.fujii@mizuho-bk.co.jp
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takehiko.a.suzuki@mizuho-bk.co.jp
takeo.segawa@mizuho-bk.co.jp
takeshi.suziki@mizuho-bk.co.jp
takeshi.utagawa@mizuho-bk.co.jp
takeshi.yasuda@mizuho-bk.co.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
tomohiro.kurosawa@mizuho-bk.co.jp
tomohiro.oka@mizuho-bk.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tooru.terasawa@mizuho-bk.co.jp
toru.oda@mizuho-bk.co.jp
toshihiko.sekiya@mizuho-bk.co.jp
toshiyuki.iwama@mizuho-bk.co.jp
yasuhisa.nitta@mizuho-bk.co.jp
yasuyuki.shibata@mizuho-bk.co.jp
yoji.imafuku@mizuho-bk.co.jp
yoshiaki.iba@mizuho-bk.co.jp
yoshiki.kashimura@mizuho-bk.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuuji.shimada@mizuho-bk.co.jp
yuuya.oowada@mizuho-bk.co.jp

### mizuhocap

frankm@mizuhocap.com
jimp@mizuhocap.com
kazuhoi@mizuhocap.com
omar@mizuhocap.com
stuarts@mizuhocap.com

### mizuho-cb

akio.kato@mizuho-cb.co.jp
amane.oshima@mizuho-cb.co.jp
anita.yu@mizuho-cb.com
atsush.sato@mizuho-cb.co.jp
atsushi.arai@mizuho-cb.co.jp
atsushi.kubota@mizuho-cb.co.jp
brianriley@gpnus.mizuho-cb.com
btang@gpnus.mizuho-cb.com
david.smith@mizuho-cb.com

**Company & Corresponding Email Addresses**

hideaki.suntani@mizuho-cb.co.jp
hideaki.tomiyama@mizuho-cb.co.jp
hidefumi.kobayashi@mizuho-cb.co.jp
hidenobu.itou@mizuho-cb.co.jp
hideo.kawashima@mizuho-cb.co.jp
hideo.samura@mizuho-cb.co.jp
hidetoshi.soda@mizuho-cb.co.jp
hiroaki.toba@mizuho-cb.co.jp
hiromichi.shimada@mizuho-cb.co.jp
hiroshi.a.hasegawa@mizuho-cb.co.jp
hiroshi.shima@mizuho-cb.co.jp
hiroyuki.terashita@mizuho-cb.co.jp
hisashi.ichikawa@mizuho-cb.co.jp
hisatomo.harada@mizuho-cb.com
hitomi.a.suzuki@mizuho-cb.co.jp
jennifer.yung@mizuho-cb.com
kaoru.mochizuki@mizuho-cb.co.jp
katsuhisa.umemoto@mizuho-cb.co.jp
katsuyuki.takagi@mizuho-cb.co.jp
kazumi.watanabe@mizuho-cb.co.jp
kazunari.higuchi@mizuho-cb.co.jp
kazushige.ishii@mizuho-cb.co.jp
kazushige.yoshinaga@mizuho-cb.co.jp
keiichi.fujiwara@mizuho-cb.com
ken.kodaira@mizuho-cb.com
kenji.a.nakamura@mizuho-cb.co.jp
kenji.yoshikawa@mizuho-cb.co.jp
kenya.koshimizu@mizuho-cb.co.jp
koji.sakurai@mizuho-cb.co.jp
lawrence.choi@mizuho-cb.com
masaharu.yano@mizuho-cb.com
masahiro.toyota@mizuho-cb.co.jp
masanori.nakatsuka@mizuho-cb.co.jp
masatoshi.muto@mizuho-cb.co.jp
mevans@gpnus.mizuho-cb.com
miki.a.yamaguchi@mizuho-cb.co.jp
mitsuo.koizumi@mizuho-cb.co.jp
mitsuyoshi.harazoe@mizuho-cb.com
mmcneill@gpnus.mizuho-cb.com
motohiro.koga@mizuho-cb.co.jp
motonbu.sigumoto@mizuho-cb.co.jp
naoya.sakaguchi@mizuho-cb.co.jp
nobuo.inukai@mizuho-cb.co.jp
noriaki.nakashima@mizuho-cb.co.jp
norifumi.kikuchi@mizuho-cb.co.jp
norio.nakajima@mizuho-cb.co.jp
rbrubaker@us.mizuho-cb.com
rie.kachi@mizuho-cb.co.jp
riichiro.fukahori@mizuho-cb.co.jp
rui.uchida@mizuho-cb.co.jp
ryousei.ishida@mizuho-cb.co.jp
satoshi.funakoshi@mizuho-cb.co.jp
satoshi.iwanaga@mizuho-cb.co.jp
satoshi.ooyama@mizuho-cb.co.jp

## Company & Corresponding Email Addresses

satoshi.sugaya@mizuho-cb.co.jp
satoshi.takeuchi@mizuho-cb.co.jp
seiichi.tanaka@mizuho-cb.com
seiji.tsuboi@mizuho-cb.com
shinichi.kaji@mizuho-cb.co.jp
shinsuke.tanaka@mizuho-cb.co.jp
shinya.ishii@mizuho-cb.co.jp
shoji.akahane@mizuho-cb.co.jp
shuji.matsuura@mizuho-cb.co.jp
souhei.okuno@mizuho-cb.co.jp
steve.brennan@mizuho-cb.com
susan.sun@mizuho-cb.com
tadao.hayashi@mizuho-cb.co.jp
takaaki.hamano@mizuho-cb.co.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.minagawa@mizuho-cb.co.jp
takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takayuki.kumagai@mizuho-cb.co.jp
takeshi.kurita@mizuho-cb.co.jp
tami.kita@mizuho-cb.com
tarisaka@us.mizuho-cb.com
tatsuya.yagi@mizuho-cb.co.jp
tetsuya.kawagishi@mizuho-cb.co.jp
tetsuya.morimoto@mizuho-cb.co.jp
tomohiro.onodera@mizuho-cb.co.jp
tomonori.sasaki@mizuho-cb.co.jp
toshiharu.yumoto@mizuho-cb.co.jp
toshikazu.nakagawa@mizuho-cb.co.jp
toshiyuki.abe@mizuho-cb.co.jp
toyohiro.washio@mizuho-cb.co.jp
toyomu.chihaya@mizuho-cb.co.jp
yasuji.onozuka@mizuho-cb.co.jp
yasumasa.nishi@mizuho-cb.co.jp
yasuyuki.yamaji@mizuho-cb.co.jp
yoko.ohinata@mizuho-cb.co.jp
yonoda@gpnus.mizuho-cb.com
yoshiko.shigesada@mizuho-cb.co.jp
yoshinori.tetsuda@mizuho-cb.co.jp
yoshito.takahashi@mizuho-cb.co.jp
yoshiyuki.kaneko@mizuho-cb.co.jp
yuki.mizunoe@mizuho-cb.co.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.miyazaki@mizuho-cb.co.jp
yukou.hirai@mizuho-cb.co.jp
yuu.harada@mizuho-cb.co.jp

**mizuho-cb-co**

shuusaku.yamada@mizuho-cb-co.jp

**mizuhocbus**

akihiko.yasui@mizuhocbus.com
alok.sharma@mizuhocbus.com
annemarie.sullivan@mizuhocbus.com
ashish.patel@mizuhocbus.com

**Company & Corresponding Email Addresses**

atsushi.niigata@mizuhocbus.com
carlos.rijo@mizuhocbus.com
cathy.fowler@mizuhocbus.com
christopher.pierce@mizuhocbus.com
daisuke.izumine@mizuhocbus.com
daisuke.yamamoto@mizuhocbus.com
daniel.riveira@mizuhocbus.com
david.leach@mizuhocbus.com
david.lim@mizuhocbus.com
david.mccarthy@mizuhocbus.com
deborah.markopoulos@mizuhocbus.com
edward.meyers@mizuhocbus.com
ei.mimura@mizuhocbus.com
eiji.nishimura@mizuhocbus.com
gaku.furuta@mizuhocbus.com
galley.ramsaroop@mizuhocbus.com
george.kokkinos@mizuhocbus.com
hajime.ozawa@mizuhocbus.com
haruna.endo@mizuhocbus.com
hideo.watanabe@mizuhocbus.com
hiroya.uchimura@mizuhocbus.com
hiroyuki.masuda@mizuhocbus.com
iwao.ito@mizuhocbus.com
izumi.todoroki@mizuhocbus.com
james.kim@mizuhocbus.com
jeff.toner@mizuhocbus.com
john.davies@mizuhocbus.com
justin.kobe@mizuhocbus.com
karel.pravec@mizuhocbus.com
karen.lu@mizuhocbus.com
katsu.sakai@mizuhocbus.com
kazuhiko.yano@mizuhocbus.com
keiko.greenberg@mizuhocbus.com
kenji.hayashi@mizuhocbus.com
kenji.iwamoto@mizuhocbus.com
kentarou.akashi@mizuhocbus.com
kevin.clark@mizuhocbus.com
kevin.daney@mizuhocbus.com
kevin.zhang@mizuhocbus.com
kiyoshi.miyake@mizuhocbus.com
koji.aiyoshi@mizuhocbus.com
koji.nishiwaki@mizuhocbus.com
kristina.derosa@mizuhocbus.com
larry.han@mizuhocbus.com
luis.lobo@mizuhocbus.com
mark.gronich@mizuhocbus.com
marvin.lazar@mizuhocbus.com
masahiro.sekiyama@mizuhocbus.com
masatsugu.nagato@mizuhocbus.com
matthew.murphy@mizuhocbus.com
matthew.quirk@mizuhocbus.com
minoru.hasegawa@mizuhocbus.com
miroslav.visic@mizuhocbus.com
mitsuhiro.nagahama@mizuhocbus.com

## Company & Corresponding Email Addresses

nathaniel.lindzen@mizuhocbus.com
noel.purcell@mizuhocbus.com
owen.tunney@mizuhocbus.com
peter.katsanos@mizuhocbus.com
raizo.yamamoto@mizuhocbus.com
razi.amin@mizuhocbus.com
robert.gallagher@mizuhocbus.com
robert.munch@mizuhocbus.com
roy.brubaker@mizuhocbus.com
ryuhei.fujii@mizuhocbus.com
saeko.saker@mizuhocbus.com
samuel.gottesman@mizuhocbus.com
shigeo.kanayama@mizuhocbus.com
shiro.shiraishi@mizuhocbus.com
stephanie.wong@mizuhocbus.com
stephen.petta@mizuhocbus.com
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takahiko.ueda@mizuhocbus.com
takahiro.yawata@mizuhocbus.com
takayoshi.wiesner@mizuhocbus.com
takeshi.ozawa@mizuhocbus.com
tammy.dalton@mizuhocbus.com
tetsuya.akutsu@mizuhocbus.com
timothy.white@mizuhocbus.com
tomoko.tanaka@mizuhocbus.com
victor.cheong@mizuhocbus.com
volkan.kubali@mizuhocbus.com
yasuyuki.kurimoto@mizuhocbus.com
yoshikazu.tanaka@mizuhocbus.com
yumiko.licznerski@mizuhocbus.com
yutaka.hiraoka@mizuhocbus.com

### mizuho-sc

armin.wagner@uk.mizuho-sc.com
bernard.jensen@us.mizuho-sc.com
darren.lefcoe@uk.mizuho-sc.com
david.barker@uk.mizuho-sc.com
edward.fisher@uk.mizuho-sc.com
george.yanakiev@uk.mizuho-sc.com
glenn.dulieu@us.mizuho-sc.com
graham.halliday@uk.mizuho-sc.com
ian.cash@uk.mizuho-sc.com
ian.griffiths@uk.mizuho-sc.com
james.coughlin@us.mizuho-sc.com
jason.thorell@us.mizuho-sc.com
junichi.nakamura@uk.mizuho-sc.com
kim.duncan@uk.mizuho-sc.com
lars.holskjaer@uk.mizuho-sc.com
marc.petrocochino@uk.mizuho-sc.com
mark.berti@us.mizuho-sc.com
mark.cartier@us.mizuho-sc.com
mark.dorman@uk.mizuho-sc.com
matthew.hand@us.mizuho-sc.com
neil.carthy@uk.mizuho-sc.com

## Company & Corresponding Email Addresses

paolo.torti@us.mizuho-sc.com
patrick.collins@uk.mizuho-sc.com
paul.devlin@us.mizuho-sc.com
paul.murphy@uk.mizuho-sc.com
philippe.chavanne@uk.mizuho-sc.com
richard.montesano@us.mizuho-sc.com
richard.truong@uk.mizuho-sc.com
robert.deustachio@us.mizuho-sc.com
suresh.withana@uk.mizuho-sc.com
yannis.matsis@uk.mizuho-sc.com

### mizuho-tb
masanori.hariyama@mizuho-tb.co.jp

### mjmpartners
michael@mjmpartners.com

### mjwhitman
cmos@mjwhitman.com

### mjxam
brian.colgan@mjxam.com
david.harrington@mjxam.com
hans.christensen@mjxam.com

### mk-ag
breuning@mk-ag.de
clauss@mk-ag.de
vieker@mk-ag.de

### ml
abbe_mulroy@ml.com
addison_werner@ml.com
ajay_soni@ml.com
al_katz@ml.com
alex_clausen@ml.com
alexsa@exchange.ml.com
amit_bhattacharyya@ml.com
amit_sethi@ml.com
andrew_liggio@ml.com
andrew_obin@ml.com
andrew_silver@ml.com
anna_chin@ml.com
anthony_adornetto@ml.com
anthony_duyck@ml.com
anthony_migliozzi@ml.com
anup_goswami@ml.com
aoife_fitzpatrick@ml.com
aphoel@exchange.ml.com
archie_struthers@ml.com
arjun_kondamani@ml.com
artie_dirocco@ml.com
asgtrading@exchange.ml.com
aynur_mukhametshin@ml.com
b_manning@ml.com
b_xia@ml.com
barry_oconnell@ml.com
basil_qunibi@ml.com
bdaniel_evans@ml.com
ben_gore@ml.com

## Company & Corresponding Email Addresses

bernard_george@ml.com
beth_mayberry@ml.com
betty_cinq-mars@ml.com
bill_bock@ml.com
bill_marshall@ml.com
bob_murray@ml.com
bob_sneedon@ml.com
bob_wong@ml.com
boris_tomassini@ml.com
brendph@exchange.ml.com
brian_cymbor@ml.com
brian_ely@ml.com
brian_fullerton@ml.com
brian_pyhel@ml.com
brian_reid@ml.com
bridget_dean-hammel@ml.com
bryan_ison@ml.com
c_malone@ml.com
carla_sirman@ml.com
carol_wood@ml.com
carolyn_elmer@ml.com
cathal_buckley@ml.com
catherine_avery@ml.com
chantal_markey@ml.com
charles_macintosh@ml.com
charlie_quattrone@ml.com
chayward@ml.com
chet_ragavan@ml.com
chris_fornal@ml.com
chris_franklin@ml.com
chris_tuohy@ml.com
christian_langenstein@ml.com
christine_curnan@ml.com
christine_lee@ml.com
christine_suzuka@ml.com
christopher_grant@ml.com
christopher_haid@ml.com
clarence_seals@ml.com
clarkjo@ml.com
claudia_correa@ml.com
cliona_nicunfraidh@ml.com
coleen_gasiewski@ml.com
colin_stewart@ml.com
colleen_ravaris@ml.com
colleen_thayer@ml.com
colleen_wade@ml.com
costavi@exchange.ml.com
craig_blessing@ml.com
csorrentino@exchange.ml.com
ctham@exchange.ml.com
cyrus_korat@ml.com
dagray@pclient.ml.com
dan_luchansky@ml.com
dan_russo@ml.com

**Company & Corresponding Email Addresses**

dan_zheng@ml.com
daniel_goldberg@ml.com
daniel_larochelle@ml.com
daniel_ruiz@ml.com
dao_lagger@ml.com
dario_villani@ml.com
darren_fortunato@ml.com
david_chesney@ml.com
david_clayton@ml.com
david_kelly@ml.com
david_m_lane@ml.com
david_park@ml.com
david_petrozzi@ml.com
david_sanders@ml.com
david_simpson@ml.com
david_sobotka@ml.com
dawn_simon@ml.com
deborah_oliver@ml.com
dena_minning@ml.com
denise_rodell@ml.com
devaushi_singham@ml.com
dolores_hawrylo@ml.com
donaldo_benito@ml.com
ed_demello@ml.com
ed_hart@ml.com
edward_buonopane@ml.com
edward_gobora@ml.com
edward_ng@ml.com
elizabeth_fusco@ml.com
elizabeth_phillips@ml.com
eric_fellen@ml.com
eric_lo@ml.com
erick_miller@ml.com
evan_p_druckman@ml.com
fabio_savoldelli@ml.com
fabrizzio.pelfini@ml.com
francis_mckenna@ml.com
francois_cohas@ml.com
francois_siegwart@ml.com
frank_marckioni@ml.com
fred_stuebe@ml.com
gaash_soffer@ml.com
gail_nastasi@ml.com
garry_shamis@ml.com
gary_ge@ml.com
gernest@exchange.ml.com
ghetla_vandana@ml.com
gilles-emmanuel_trutat@ml.com
goodmma@exchange.ml.com
gosavi_haridas@ml.com
grace_pineda@ml.com
graig_nickel@ml.com
greg_gotschall@ml.com
greg_hansen@ml.com

**Company & Corresponding Email Addresses**

gregory_agrdner@ml.com
gregory_cavallo@ml.com
gregory_gottschall@ml.com
gregory_maunz@ml.com
gregory_spencer@ml.com
h_saxena@ml.com
haim_israel@ml.com
heidi_subjack@ml.com
henry_mitchell@ml.com
henry_roman@ml.com
indrani_chakraborty@ml.com
iris_yu@ml.com
irma_jacinto@ml.com
isaac_lowenbraun@ml.com
j_kuzan@ml.com
j_whelan@ml.com
jack_erbeck@ml.com
jack_macdonald@ml.com
jackie_ayoub@ml.com
jackie_cheung@ml.com
jacqueline_bell@ml.com
jacqueline_rogers@ml.com
jacqui_peachey@ml.com
jaggiha@exchange.ml.com
jaharkav@exchange.ml.com
jaimin_patel@ml.com
jamaoma@exchange.ml.com
james_cooney@ml.com
james_pagano@ml.com
james_russell@ml.com
james_tolento@ml.com
james_zhan@ml.com
jane_xu@ml.com
jasmina_lepetic@ml.com
jason_mandel@ml.com
javier_garay@ml.com
jay_buckley@ml.com
jay_post@ml.com
jbarraza@exchange.ml.com
jcutrone@exchange.ml.com
jean_whittaker@ml.com
jean-claude_amiet@ml.com
jeff_bonaldi@ml.com
jeff_nie@ml.com
jeffrey_a_jacobs@ml.com
jeffrey_hewson@ml.com
jennifer_clayton@ml.com
jennifer_tricot@ml.com
jenny_wilson@ml.com
jian_lin@ml.com
jim_heyer@ml.com
jim_schwartz@ml.com
jing_liu@ml.com
jkrasner@exchange.ml.com

**Company & Corresponding Email Addresses**

jo_jermyn@ml.com
joanna_ng@ml.com
joe_jusay@ml.com
joe_pilla@ml.com
joel_faircloth@ml.com
johannes_jooste@ml.com
john_burger@ml.com
john_jennings@ml.com
john_nunziato@ml.com
john_spellman@ml.com
john_t_brown@ml.com
john_t_fucigna@ml.com
john_thorburn@ml.com
johnson_ang@ml.com
jon_klein@ml.com
jon_underwood@ml.com
jonathan_brook@ml.com
jooheon_yoon@ml.com
jordana_nester@ml.com
joseph_conklin@ml.com
joseph_matteo@ml.com
joseph_modica@ml.com
joy_furmick@ml.com
joyce_diaz@ml.com
julian_allen@ml.com
juny_sridhara@ml.com
kalyan_gullapalli@ml.com
kapil_rastogi@ml.com
kathryn_mcadams@ml.com
keith_dubauskas@ml.com
keith_mccann@ml.com
kelly_lenahan@ml.com
kenneth_jacob@ml.com
kenny_king@exchange.ml.com
kevin_boler@ml.com
kevin_booth@ml.com
kevin_bormida@ml.com
kevin_mckenna@ml.com
kimjust@exchange.ml.com
krystal_wolf@ml.com
kushagra_jain@ml.com
laina_jenkins@ml.com
lamont_chichester@ml.com
laura_braun@ml.com
laura_powers@ml.com
linda_costanzo@ml.com
linda_jensen@ml.com
linda_pisicchio@ml.com
linfeng_you@ml.com
ling_feng@ml.com
lisa_dickinson@ml.com
lisa_rodriguez@ml.com
lixin_wang@ml.com
louis_mendes@ml.com

**Company & Corresponding Email Addresses**

louise_rafferty@ml.com
lynda_hayden@ml.com
m_castellano@ml.com
m_hale@ml.com
malek_letaief@ml.com
manu_arora@ml.com
margaret_heymsfeld@ml.com
marianne_witte@ml.com
marie_loftus@ml.com
mark.belcak@ml.com
mark_abel@ml.com
mark_coville@ml.com
mark_devonshire@ml.com
mark_maly@ml.com
mark_mckenzie@ml.com
mark_persiani@ml.com
mark_rosen1@ml.com
mark_whitmore@ml.com
martin_helm@ml.com
mary_pucciarelli@ml.com
masao_kuroda@ml.com
matthew_wardell@ml.com
maurice_eskenzai@ml.com
mazen_makarem@ml.com
mberkowitz@ml.com
melinda_raso@ml.com
meredith_herold@ml.com
mhickson@exchange.ml.com
michael_debiase@ml.com
michael_gold@ml.com
michael_kalinoski@ml.com
michael_mcinerney@ml.com
michael_regy@ml.com
michael_rovder@ml.com
michael_russell@ml.com
michael_tu@ml.com
michael_wildstein@ml.com
michael_yachimski@ml.com
michelle_lewis@ml.com
mike_brown@ml.com
mike_fujii@ml.com
mike_mcevilly@ml.com
mitchell_revsine@ml.com
monica_lanier@ml.com
mrogozinski@exchange.ml.com
muntazeer_rizvi@ml.com
muralidharan_iyer@ml.com
neil_puri@ml.com
niklas_mioen@ml.com
noel_heavey@ml.com
olivier_lesca@ml.com
opender_singh@ml.com
oscar_pulido@ml.com
p_lee@ml.com

**Company & Corresponding Email Addresses**

pamela_ponticiello@ml.com
panamde@exchange.ml.com
pat_stefik@ml.com
patrick_maldari@ml.com
paul_gerard@ml.com
paul_oliu@ml.com
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
peter_altman@ml.com
peter_mcevoy@ml.com
phaman@exchange.ml.com
pheobe_leung@hk.ml.com
phfu@ml.com
phi_green@ml.com
phillro@exchange.ml.com
punit_nagori@ml.com
quiviya_eldridge@ml.com
r_dhopeshwarkar@ml.com
rajesh_agarwal@ml.com
ralph_davino@ml.com
ram_tumu@ml.com
ramgopal_nellutla@ml.com
regina_spano@ml.com
rich_gazda@ml.com
richard_gordon@ml.com
richard_ko@ml.com
richard_tan@ml.com
richard_vella@ml.com
rnoskiewicz@exchange.ml.com
rob_young@ml.com
robert_collier@ml.com
robert_coughlin@ml.com
robert_degenero@ml.com
robert_korlesky@ml.com
robert_peterson@ml.com
robert_t_lippert@ml.com
robert_t_phillips@ml.com
robyn_trause@ml.com
rod_najimian@ml.com
roger_debard@ml.com
ronald_floyd@ml.com
ronald_mattia@ml.com
ronald_welburn@ml.com
roshan_shah@ml.com
ross_znavor@ml.com
roy_hansen@ml.com
roy_yan@ml.com
rsaldonis@pclient.ml.com
rueyher_liu@ml.com
ruhlig@exchange.ml.com
sabine_fethiere@ml.com
samantha_tan@ml.com
san_khieu@ml.com
sandra_fisher@ml.com

**Company & Corresponding Email Addresses**

savita_subramanian@ml.com
scott_dropik@ml.com
scott_group@ml.com
scott_peppard@ml.com
scott_phillips@ml.com
sedlami@exchange.ml.com
shah.roshan@ml.com
sharon_racine-kohne@ml.com
sheena.radia@ml.com
sheila_leavitt@ml.com
sherry_smith@ml.com
shetty_divya@ml.com
siddarth_sudhir@ml.com
sinead_haughey@ml.com
smatsumoto@exchange.ml.com
smay@exchange.ml.com
srinivas_dhulipala@ml.com
stephanie_anderson@ml.com
stephen_cropper@ml.com
sterling_haynes@ml.com
steve_burns@ml.com
steve_kubis@ml.com
steven_fowler@ml.com
steven_t_lewis@ml.com
stuart_biggar@ml.com
sunterhalter@exchange.ml.com
susan_mcdowell@ml.com
susan_oh@ml.com
t_theodorsen@ml.com
takeshi_takahashi@ml.com
ted_jaeckel@ml.com
ted_magnani@ml.com
teresa_giacino@ml.com
terri_magnani@ml.com
thomas_chi@ml.com
thomas_dunn@ml.com
thomas_elliott@ml.com
thomas_phame@ml.com
thu-uyen_nguyen@ml.com
tim_mahoney@ml.com
timothy_browse@ml.com
timothy_jacoutot@ml.com
todd_m_smith@ml.com
toku_chen@ml.com
tony_boykin@ml.com
torrili@exchange.ml.com
tothchr@ml.com
tpease@exchange.ml.com
umesh_mahajan@ml.com
victoria_grant@ml.com
viru_raparthi@ml.com
vittorio_cornaro@ml.com
walid_kassem@ml.com
walter_cuje@ml.com

## Company & Corresponding Email Addresses

walter_o'connor@ml.com
warren_hymson@ml.com
wendy_milacci@ml.com
william_mckeever@ml.com
william_nunez@ml.com
william_pope@ml.com
yi_liu@ml.com
yoana_koleva@ml.com
youngwha_park@ml.com
yung-shin_kung@ml.com

### mlbk
mmyers@mlbk.com

### mlcinternational
holonoff@mlcinternational.com

### mlgam
hiroshi_mori@mlgam.co.jp
toshiyuki_mineo@mlgam.co.jp
yukio_tominaga@mlgam.co.jp

### mlp
bchuang@mlp.com
seagerresearch@mlp.com

### m-lp
matto@m-lp.com

### mltrust
david.shulz@mltrust.com

### mm
birgit.jestaedt@mm.mannesmann.de
christoph.stein@mm.mannesmann.de
georg.denoke@mm.mannesmann.de
mm@mm.com
shberube@mm.com

### mmcgrand
bmarin@mmcgrand.com
cpomeroy@mmcgrand.com
jaydm@mmcgrand.com
srand@mmcgrand.com

### mmlassurance
aleksanov@mmlassurance.com
dcobb@mmlassurance.com
gmakoso@mmlassurance.com
ihawkins@mmlassurance.com
lliu@mmlassurance.com
mrichardson@mmlassurance.com

### mmm
ajnoll@mmm.com
bcjermeland1@mmm.com
btsauer@mmm.com
dpduerst@mmm.com
jacadrwell@mmm.com
ldsell@mmm.com
mjginter1@mmm.com
pdcampbell@mmm.com
smgrauze@mmm.com

### mmsa

## Company & Corresponding Email Addresses

dkelly@mmsa.com
htakehisa@mmsa.com
jyoung@mmsa.com
rserina@mmsa.com
sagrawal@mmsa.com

### mmwarburg
awessel@mmwarburg.com
bpaech@mmwarburg.com
gdette@mmwarburg.com
handel@mmwarburg.ch
hstruthoff@mmwarburg.com
jschier@mmwarburg.com
mbeil@mmwarburg.com
mkeller@mmwarburg.com
mmoeller@mmwarburg.com
mwolf@mmwarburg.com
pfrei@mmwarburg.ch
rmeirschen@mmwarburg.com
shellmund@mmwarburg.com
snareyka@mmwarburg.de
sverthein@mmwarburg.com
tdanner@mmwarburg.com

### mnb
asztalosg@mnb.hu
banfia@mnb.hu
ersekzs@mnb.hu
foldib@mnb.hu
hameczi@mnb.hu
horgasze@mnb.hu
nagypalj@mnb.hu
pivarcsia@mnb.hu
rekasir@mnb.hu
solyak@mnb.hu
szaboj@mnb.hu
szabov@mnb.hu
szucsg@mnb.hu
tajtii@mnb.hu
turnert@mnb.hu
veresi@mnb.hu
vereszkip@mnb.hu

### mnbla
david.brown@mnbla.com

### mncm
rrubin@mncm.com

### mnco
bruce.beaumont@mnco.com
cheryl.holme@mnco.com
cheryl.palmer@mnco.com
despina.iakovides@mnco.com
j.hesano@mnco.com
john.keegan@mnco.com
kerry.thomas@mnco.com
linda.flower-mccann@mnco.com
pete.gargasoulas@mnco.com

## Company & Corresponding Email Addresses

william.bartrem@mnco.com

### mnopf

alick.stevenson@mnopf.co.uk
debbie.barham@mnopf.co.uk
pat.rawle@mnopf.co.uk

### mnpower

vmeyer@mnpower.com

### mn-services

albert.van.der.meer@mn-services.nl
alexander.ten.brummeler@mn-services.nl
allard.ruijs@mn-services.nl
bert.leffers@mn-services.nl
bus@mn-services.nl
carolijn.ter.haar@mn-services.nl
ctc@mn-services.nl
dennis.van.den.bosch@mn-services.nl
eks@mn-services.nl
fred.oroke@mn-services.nl
frederic.reubens@mn-services.nl
frederik.rubens@mn-services.nl
gja@mn-services.nl
hans.rademaker@mn-services.nl
hco@mn-services.nl
hein.stam@mn-services.nl
igor.drozdov@mn-services.nl
jaap.spruyt@mn-services.nl
jan.willem.cartens@mn-services.nl
jasper.huitsing@mn-services.nl
jasper.van.den.eshof@mn-services.nl
jef@mn-services.nl
jet@mn-services.nl
jgi@mn-services.nl
jir@mn-services.nl
johan.munnik@mn-services.nl
joris.workel@mn-services.nl
jos.gisbergen@mn-services.nl
jurgen.vernimmen@mn-services.nl
karin.van.der.sluijs@mn-services.nl
kin.lee@mn-services.nl
marco.ruijer@mn-services.nl
mario.oosterkamp@mn-services.nl
marja.westerlaken@mn-services.nl
mark.vlasseman@mn-services.nl
martin.weikamp@mn-services.nl
mce@mn-services.nl
mns@mn-services.nl
mnz@mn-services.nl
msr@mn-services.nl
mxb@mn-services.nl
niels.oostenbrug@mn-services.nl
nolke.posthuma@mn-services.nl
oginda.vlijter@mn-services.nl
patrick.wierckx@mn-services.nl
paul.van.gent@mn-services.nl

## Company & Corresponding Email Addresses

pbg@mn-services.nl
peter.heijen@mn-services.nl
philip.jan.looijen@mn-services.nl
richard.van.ovost@mn-services.nl
robbert.van.den.elshout@mn-services.nl
robert.huisman@mn-services.nl
roel.shaikh@mn-services.nl
roelf.pater@mn-services.nl
roy.kroon@mn-services.nl
rrs@mn-services.nl
ruud.hagendijk@mn-services.nl
ssn@mn-services.nl
willem-jan.pelle@mn-services.nl
wouter.pelser@mn-services.nl

### moa
afl@moa.norges-bank.no
bengt-ove.enge@moa.norges-bank.no
birger.vikoren@moa.norges-bank.no
carl.bang@moa.norges-bank.no
eigil.nyberg@moa.norges-bank.no
guro.knapstad@moa.norges-bank.no
jan.andreassen@moa.norges-bank.no
knut.syrtveit@moa.norges-bank.no
leif-inge.christensen@moa.norges-bank.no
nbabe3@moa.norges-bank.no
nbhjo2@moa.norges-bank.no
nbjss1@moa.norges-bank.no
per-atle.aronsen@moa.norges-bank.no
petter.haugerjohannssen@moa.norges-bank.no
preben.tornes@moa.norges-bank.no

### mobi
beat.kunz@mobi.ch
mark.stober@mobi.ch
philipp.richard@mobi.ch
roland.boss@mobi.ch
thomas.marty@mobi.ch

### modern-woodmen
beth.mcdermott@modern-woodmen.org
bob.cleppe@modern-woodmen.org
brett.van@modern-woodmen.org
brian.arnold@modern-woodmen.org
chris.cramer@modern-woodmen.org
chuck.simms@modern-woodmen.org
debra.henderson@modern-woodmen.org
jan.wurslin@modern-woodmen.org
jerry.lyphout@modern-woodmen.org
melinda.spies@modern-woodmen.org
mike.dau@modern-woodmen.org
nick.coin@modern-woodmen.org

### mofne
invest@mofne.gov.bh

### mofnet
aci@mofnet.gov.pl
krd@mofnet.gov.pl

**Company & Corresponding Email Addresses**

remigiusz.urbanowski@mofnet.gov.pl

**moh**

balezosp@moh.gr

**molex**

nlefort@molex.com

**molpharm**

schwartz@molpharm.dk

**mondrian**

alex.simcox@mondrian.com
amice.tiernan@mondrian.com
andrew.kiely@mondrian.com
andrew.porter@mondrian.com
angela.nunn@mondrian.com
arthur.vanhoogstraten@mondrian.com
boris.veselinovich@mondrian.com
brendan.baker@mondrian.com
daniel.beary@mondrian.com
daniel.philps@mondrian.com
david.simpson@mondrian.com
dawid.krige@mondrian.com
dinash.lakhani@mondrian.com
donna.airey@mondrian.com
elizabeth.desmond@mondrian.com
gary.aylett@mondrian.com
graeme.coll@mondrian.com
haltong@mondrian.com
hamish.parker@mondrian.com
hugh.serjeant@mondrian.com
james.hadfield@mondrian.com
james.joyce@mondrian.com
jonathan.spread@mondrian.com
kim.nguyen@mondrian.com
lakef@mondrian.com
matt.day@mondrian.com
millera@mondrian.com
natalie.stone@mondrian.com
nigel.may@mondrian.com
robert.akester@mondrian.com
russel.mackie@mondrian.com
scott.fleming@mondrian.com
steven.dutaut@mondrian.com
toby.mansell@mondrian.com
warren.shirvell@mondrian.com

**moneygram**

blingen@moneygram.com
bputney@moneygram.com
dporter@moneygram.com
hteslow@moneygram.com
jgreenwald@moneygram.com
jkrause@moneygram.com
jsasanfar@moneygram.com
mhoffbeck@moneygram.com

**mongestio**

antoni.banon@mongestio.com

**Company & Corresponding Email Addresses**
  ferran.vilalta@mongestio.com
**montag**
  abryan@montag.com
  ajung@montag.com
  blong@montag.com
  bvogel@montag.com
  cburns@montag.com
  ccullican@montag.com
  cmarkwalter@montag.com
  dchristians@montag.com
  dwatson@montag.com
  gmaxwell@montag.com
  gnorthrop@montag.com
  hdonahue@montag.com
  ijeter@montag.com
  jbunch@montag.com
  jfrancis@montag.com
  jhagood@montag.com
  jwhitney@montag.com
  jwilson@montag.com
  kmomand@montag.com
  kryan@montag.com
  ljordan@montag.com
  mhayes@montag.com
  mnadal@montag.com
  pburnette@montag.com
  rcanakaris@montag.com
  rkeister@montag.com
  sbarker@montag.com
  sthompson@montag.com
**montepaschi**
  eric.serra@montepaschi.ch
  renzo.scilacci@montepaschi.ch
**montepiogeral**
  jcmello@montepiogeral.pt
  pncoelho@montepiogeral.pt
**monterosagroup**
  chrys@monterosagroup.com
**montier**
  dmontier@montier.co.uk
  jaj@montier.co.uk
**montpelier**
  david.chapman@montpelier.com
  graeme.pollok@montpelier.com
  nick.cournoyer@montpelier.com
**mony**
  alan_chang@mony.com
  barry_scheinholtz@mony.com
  dbridges@mony.com
  dwheeler@mony.com
  eweiner@mony.com
  gbello@mony.com
  helene.moehlman@mony.com
**moorecap**

**Company & Corresponding Email Addresses**

adam.butterfield@moorecap.com
adeline.salloy@moorecap.com
agostino.russo@moorecap.co.uk
akram.khurram@moorecap.co.uk
alan.stewart@moorecap.co.uk
amy.heath@moorecap.co.uk
amy.ward@moorecap.co.uk
andrew.davis@moorecap.com
andrew.trombley@moorecap.com
andrew.tytel@moorecap.com
andrew.wilkoff@moorecap.com
andrew.wright@moorecap.co.uk
andy.perets@moorecap.com
angela.modica@moorecap.com
anthony.dandria@moorecap.com
anthony.deluca@moorecap.com
anthony.gibbons@moorecap.com
aron.bell@moorecap.com
arthur.sung@moorecap.com
ashley.larive@moorecap.com
barry.schachter@moorecap.com
ben.jacobs@moorecap.com
benjamin.ford@moorecap.com
bharat.indurkar@moorecap.com
branimir.krgin@moorecap.com
brendan.bray@moorecap.com
bret.sheiber@moorecap.com
brian.caufield@moorecap.com
brian.staub@moorecap.com
bruno.stanziale@moorecap.com
carl.palash@moorecap.com
caroline.keany@moorecap.com
cedric.pancrazi@moorecap.com
chaz.rockey@moorecap.com
chris.levett@moorecap.co.uk
chris.murphy@moorecap.com
chris.padera@moorecap.com
chris.schutz@moorecap.com
chris.vinchiarello@moorecap.com
christina.stallone@moorecap.com
christopher.nicoll@moorecap.co.uk
christopher.pia@moorecap.com
christopher.podaras@moorecap.com
cindy.ponder@moorecap.com
craig.berendowski@moorecap.com
craig.loo@moorecap.com
cristiana.dealessi@moorecap.co.uk
cynthia.rainis@moorecap.com
dan.jong@moorecap.com
dan.malkoun@moorecap.com
daniel.barcelo@moorecap.com
daniel.bowers@moorecap.com
daniel.cashion@moorecap.com
daniel.fingleton@moorecap.com

**Company & Corresponding Email Addresses**

daniel.hobbs@moorecap.com
daniel.hoinacki@moorecap.com
daniel.mason@moorecap.co.uk
darren.dotson@moorecap.com
david.barker@moorecap.co.uk
david.cooper@moorecap.com
david.coratti@moorecap.com
david.darmouni@moorecap.co.uk
david.federman@moorecap.com
david.lieberman@moorecap.com
david.luther@moorecap.com
david.newman@moorecap.com
david.waddill@moorecap.com
david.wetzel@moorecap.com
derivatives.processing@moorecap.com
dewey.ng@moorecap.com
dheer.mehta@moorecap.com
donal.bishnoi@moorecap.com
donald.gannon@moorecap.com
drew.hershkowitz@moorecap.com
duncan.farley@moorecap.co.uk
eamon.tubridy@moorecap.com
edouard.delanglade@moorecap.co.uk
edward.butchart@moorecap.co.uk
edward.mazzacano@moorecap.com
elizabeth.hynes@moorecap.com
ellen.vandergulik@moorecap.co.uk
erica.mole@moorecap.com
erin.browne@moorecap.com
eugene.burger@moorecap.com
evelyn.infurna@moorecap.com
faye.landes@moorecap.com
fermin.aldabe@moorecap.com
fikret.kalagoglu@moorecap.com
gene.frieda@moorecap.co.uk
gerald.cimador@moorecap.com
gerladine.sundstrom@moorecap.co.uk
gianluca.ambrosio@moorecap.co.uk
gina.derosa@moorecap.com
glenn.medwar@moorecap.com
grace.yao@moorecap.com
grahem.meharg@moorecap.co.uk
greg.hoelscher@moorecap.com
greg.shub@moorecap.com
gus.stathos@moorecap.com
hai.chen@moorecap.com
hassim.dhoda@moorecap.com
hayley.boesky@moorecap.com
henry.bedford@moorecap.co.uk
hill-wah.chan@moorecap.co.uk
ian.tyree@moorecap.com
indy.bhattacharya@moorecap.co.uk
jake@moorecap.com
james.danza@moorecap.com

## Company & Corresponding Email Addresses

james.kanos@moorecap.com
james.mcintyre@moorecap.com
james.pollock@moorecap.com
james.snelgrove@moorecap.co.uk
james.thorpe@moorecap.co.uk
jamie.milne@moorecap.co.uk
jan.dash@moorecap.com
jana.benesova@moorecap.co.uk
jane.kizhner@moorecap.com
jason.green@moorecap.com
jay.young@moorecap.com
jaymie.sullivan@moorecap.com
jean-marc.harfoucne@moorecap.com
jeff.brooks@moorecap.co.uk
jeff.popock@moorecap.com
jeffrey.baird@moorecap.com
jenh@moorecap.com
jennifer.hynes@moorecap.com
jens-peter.stein@moorecap.co.uk
jessica.alberti@moorecap.com
jkerrigan@moorecap.com
joe.roseman@moorecap.com
joe.thomas@moorecap.co.uk
john.achenbach@moorecap.com
john.demaine@moorecap.com
john.fogerty@moorecap.com
john.heffernan@moorecap.com
john.jurkovic@moorecap.com
john.lammers@moorecap.com
john.patin@moorecap.com
john.potter@moorecap.com
john.ravalli@moorecap.com
john.roddan@moorecap.com
john@moorecap.com
jonc@moorecap.com
jorge.nieves@moorecap.com
joseph.cardello@moorecap.com
joseph.giunta@moorecap.com
josh.burwick@moorecap.com
joshua.alpert@moorecap.com
jude.delosreyes@moorecap.com
julian.rifat@moorecap.co.uk
julian.stewart@moorecap.co.uk
justin.roberts@moorecap.com
justin.wolcott@moorecap.com
karim.nsouli@moorecap.com
kate.moore@moorecap.com
katie.connor@moorecap.com
kellym@moorecap.com
ken.fu@moorecap.com
ken.zabko@moorecap.com
kenneth.spence@moorecap.com
kevin.kwan@moorecap.com
kevin.overton@moorecap.co.uk

## Company & Corresponding Email Addresses

kevin.shannon@moorecap.com
kevin@moorecap.com
kim.white@moorecap.com
kimberley.fogg@moorecap.com
kornelius.klobucar@moorecap.co.uk
kristin.foster@moorecap.com
kurt.lichtman@moorecap.com
kyle.daniel@moorecap.com
larry.vitale@moorecap.com
lauren.battle@moorecap.com
leigh.baxandall@moorecap.co.uk
lev.mikheev@moorecap.co.uk
lina.chou@moorecap.com
liz.vitai@moorecap.com
luke.sanfilippo@moorecap.com
manfredo.sanbonifacio@moorecap.co.uk
marcc@moorecap.com
marco.birch@moorecap.com
marcos.douer@moorecap.com
margaret.lee@moorecap.com
marina.chernyak@moorecap.com
mark.masselink@moorecap.com
mary.goodman@moorecap.com
matthew.jackson@moorecap.co.uk
matthew.wickens@moorecap.co.uk
mattias.sundbom@moorecap.com
maurice.chow@moorecap.co.uk
max.levinson@moorecap.com
meg.berte@moorecap.com
michael.bei@moorecap.com
michael.coonce@moorecap.com
michael.guido@moorecap.com
michael.lawson@moorecap.com
michael.melnick@moorecap.com
michael.rinaldi@moorecap.com
michele.abrams@moorecap.com
mohsen.fahmi@moorecap.com
monte.shapiro@moorecap.com
naomi.pendleton@moorecap.co.uk
nate.oseep@moorecap.com
nicholas.louw@moorecap.com
nicholas.mcdonald@moorecap.co.uk
nick.haskins@moorecap.co.uk
nick.ritter@moorecap.co.uk
nick.webber@moorecap.co.uk
nicole.giufurta@moorecap.com
nixon@moorecap.com
nolan.taylor@moorecap.com
nyclivewire@moorecap.com
nyswap-ops@moorecap.com
ognian.mihaylov@moorecap.com
olivia.erby@moorecap.co.uk
patrick.lonergan@moorecap.com
paul.fraker@moorecap.com

**Company & Corresponding Email Addresses**

paul.reagan@moorecap.com
paul.stimson@moorecap.com
paul.yablon@moorecap.com
paul@moorecap.com
paula.szturma@moorecap.com
peter.li@moorecap.com
peter.ruggiero@moorecap.com
peter.shouvlin@moorecap.com
peter.swartz@moorecap.com
peter.tse@moorecap.com
phil.gilham@moorecap.co.uk
phil.smyth@moorecap.com
philip.radziwill@moorecap.com
prashun.popat@moorecap.co.uk
quinn.morgan@moorecap.com
rachel.colicchio@moorecap.com
raghu.raghavendra@moorecap.co.uk
ravi.suria@moorecap.com
ray.martin@moorecap.com
richard.axilrod@moorecap.com
richard.busellato@moorecap.co.uk
richard.chang@moorecap.com
richard.furst@moorecap.com
richard.stewart@moorecap.com
rick.baylor@moorecap.com
robert.ball@moorecap.com
robert.ingersoll@moorecap.com
robert.jonke@moorecap.com
robert.mcintyre@moorecap.com
robert.scalzo@moorecap.com
robin.roger@moorecap.com
rose.liu@moorecap.com
ross.hecht@moorecap.com
ross.mccormick@moorecap.co.uk
rut.pugsasin@moorecap.com
ryan.molloy@moorecap.com
sajal.choudhury@moorecap.co.uk
salvatore.bonello@moorecap.com
sam.patterson@moorecap.com
sandy.chin@moorecap.com
sarah.wade@moorecap.com
sciascia@moorecap.com
scott.goodside@moorecap.com
scott.werdann@moorecap.com
sean.flanagan@moorecap.co.uk
sigfrido.objio@moorecap.com
simon.chan@moorecap.com
stefano.nannizzi@moorecap.co.uk
stephen.cole@moorecap.co.uk
stephen.hughes@moorecap.com
stephen.larosa@moorecap.com
stephen.mccormick@moorecap.com
stephen.parry@moorecap.com
stephen.wingate@moorecap.co.uk

## Company & Corresponding Email Addresses

steve.chasan@moorecap.co.uk
steve.christy@moorecap.co.uk
steve.greenfield@moorecap.com
steve.harrison@moorecap.co.uk
steve.klein@moorecap.com
steve.richardson@moorecap.co.uk
steven.loeys@moorecap.co.uk
steven.siegel@moorecap.com
stewart.russell@moorecap.com
susan.martin@moorecap.com
taylor.cable@moorecap.com
taylor.hare@moorecap.com
ted.kasyjanski@moorecap.com
thomas.buell@moorecap.com
thomas.kasa@moorecap.com
thomas.nienaber@moorecap.co.uk
thomas.norrby@moorecap.com
thomas.sanford@moorecap.com
tom.coleman@moorecap.com
tom.hickey@moorecap.co.uk
tom.hickey@moorecap.com
tom.tao@moorecap.com
tony.gallagher@moorecap.com
tony.kearney@moorecap.com
tony@moorecap.com
ulysses@moorecap.co.uk
vincent.tricomi@moorecap.com
warren.cole@moorecap.co.uk
william.scazzero@moorecap.com
william.schaufler@moorecap.com
william.tung@moorecap.com
zachary.berger@moorecap.com
zack@moorecap.com

### mooresvp
ynagai@mooresvp.co.jp

### morganasset
jim.kelsoe@morganasset.com

### morgankeegan
allison.wiliiams@morgankeegan.com
amy.southerland@morgankeegan.com
barbara.metcalfe@morgankeegan.com
bart.barnett@morgankeegan.com
bill.mueller@morgankeegan.com
brit.stephens@morgankeegan.com
burton.harvey@morgankeegan.com
burton.milnor@morgankeegan.com
byron.mitson@morgankeegan.com
chris.perkins@morgankeegan.com
collie.krausnick@morgankeegan.com
daniel.banks@morgankeegan.com
doug.brigance@morgankeegan.com
doug.edwards@morgankeegan.com
elisabeth.houston@morgankeegan.com
elkan.scheidt@morgankeegan.com

## Company & Corresponding Email Addresses

hedi.reynolds@morgankeegan.com
jack.rainer@morgankeegan.com
jack.werne@morgankeegan.com
jacob.greer@morgankeegan.com
jamie.augustine@morgankeegan.com
jeff.melvin@morgankeegan.com
jere.mcguffee@morgankeegan.com
john.carson@morgankeegan.com
john.hancock@morgankeegan.com
john.wilbourn@morgankeegan.com
kenny.mcclain@morgankeegan.com
kevin.floyd@morgankeegan.com
kevin.giddis@morgankeegan.com
larry.meding@morgankeegan.com
larry.shipman@morgankeegan.com
lynn.ballinger@morgankeegan.com
mark.koczan@morgankeegan.com
marshall.clark@morgankeegan.com
matt.ihrke@morgankeegan.com
matt.roche@morgankeegan.com
matthew.peterman@morgankeegan.com
michael.gibbs@morgankeegan.com
nick.moorehead@morgankeegan.com
patrick.kruczek@morgankeegan.com
pete.hastings@morgankeegan.com
richard.travis@morgankeegan.com
robert.glenn@morgankeegan.com
sandra.jenks@morgankeegan.com
sbrown@morgankeegan.com
steven.childress@morgankeegan.com
susan.brown@morgankeegan.com
tara.tomlin@morgankeegan.com
tim.curran@morgankeegan.com
tony.johnson@morgankeegan.com
tony.rowland@morgankeegan.com
will.frazier@morgankeegan.com
will.watts@morgankeegan.com
william.gooch@morgankeegan.com
william.kitchens@morgankeegan.com
william.mathis@morgankeegan.com
wkitchen@morgankeegan.com

**morganstalney**
mustafa.jama@morganstalney.com

**morganstanely**
michele.loor@morganstanely.com

**morganstanlely**
putnam.coes@morganstanlely.com

**morganstanley**
aaron.mass@morganstanley.com
aaron.sack@morganstanley.com
abdulla.fakhro@morganstanley.com
abhijit.mitra@morganstanley.com
adam.c.shaw@morganstanley.com
adam.crocker@morganstanley.com

## Company & Corresponding Email Addresses

adam.jones@morganstanley.com
adam.messerschmitt@morganstanley.com
adam.metzger@morganstanley.com
adam.schrier@morganstanley.com
adeeb.kodil@morganstanley.com
adil.rahmathulla@morganstanley.com
adriana.roman@morganstanley.com
agnes.chu@morganstanley.com
ahmad.ajakh@morganstanley.com
aida.diaz@morganstanley.com
aiden.debrunner@morganstanley.com
akemi.ohtake@morganstanley.com
alaister.altham@morganstanley.com
alan.mcknight@morganstanley.com
alan.powell@morganstanley.com
alasdair.thomson@morganstanley.com
alberto.avanzo@morganstanley.com
ale.moran@morganstanley.com
alen.ong@morganstanley.com
alex.arapoglou@morganstanley.com
alex.kenna@morganstanley.com
alex.kiagiri@morganstanley.com
alex.umansky@morganstanley.com
alexander.bouzalis@morganstanley.com
alexander.godwin@morganstanley.com
alexander.norton@morganstanley.com
alexander.vislykh@morganstanley.com
alexander.yaggy@morganstanley.com
alfredo.jollon@morganstanley.com
ali.behbahani@morganstanley.com
ali.hassani@morganstanley.com
alice.latrobeweston@morganstanley.com
alice.shannon@morganstanley.com
alice.weiss@morganstanley.com
alison.marano@morganstanley.com
alison.paskert@morganstanley.com
alison.williams@morganstanley.com
alistair.corden-lloyd@morganstanley.com
allen.worgan@morganstanley.com
allison.j.floam@morganstanley.com
allison.scholar@morganstanley.com
allison.ziemer@morganstanley.com
alpana.sen@morganstanley.com
amin.hashemi@morganstanley.com
amit.mukadam@morganstanley.com
ammar.kherraz@morganstanley.com
amrit.paul.singh@morganstanley.com
amy.fuhr@morganstanley.com
amy.oldenburg@morganstanley.com
ana.guijarro.macias@morganstanley.com
ana.sarti@morganstanley.com
ana.sarti-maldonado@morganstanley.com
anchal.pachnanda@morganstanley.com
anders.armelius@morganstanley.com

**Company & Corresponding Email Addresses**

andre.konstantinow@morganstanley.com
andrea.dericcardis@morganstanley.com
andrea.schkolne@morganstanley.com
andreas.esau@morganstanley.com
andreas.moon@morganstanley.com
andreas.saucedo@morganstanley.com
andrew.astheimer@morganstanley.com
andrew.b.murray@morganstanley.com
andrew.harmstone-rakowski@morganstanley.com
andrew.maggio@morganstanley.com
andrew.malek@morganstanley.com
andrew.munn@morganstanley.com
andrew.murphy@morganstanley.com
andrew.obrien@morganstanley.com
andrew.onslow@morganstanley.com
andrew.petitjean@morganstanley.com
andrew.posen@morganstanley.com
andrew.shinn@morganstanley.com
andrew.shogan@morganstanley.com
andrew.tj.hsu@morganstanley.com
angelica.rodriguez.lopez@morganstanley.com
angelo.manioudakis@morganstanley.com
anit.jain@morganstanley.com
anita.erzetic@morganstanley.com
anita.manoj@morganstanley.com
anjun.zhou@morganstanley.com
anna.baron@morganstanley.com
anna.kidd@morganstanley.com
annie.chong@morganstanley.com
anthony.hanson@morganstanley.com
anthony.maletta@morganstanley.com
antonella.manganelli@morganstanley.com
april.chrysostomas@morganstanley.com
armistead.nash@morganstanley.com
armor.bartur@morganstanley.com
arthur.fischer-zernin@morganstanley.com
arthur.lai@morganstanley.com
arthur.pollock@morganstanley.com
arthur.reyes@morganstanley.com
arthur.robb@morganstanley.com
ashfaq.qadri@morganstanley.com
ashley.soutor@morganstanley.com
avaneesh.krishnamoorthy@morganstanley.com
axel.wehr@morganstanley.com
baldeesh.nahl@morganstanley.com
barbara.chilutti@morganstanley.com
barbara.reinhard@morganstanley.com
barry.rosenberg@morganstanley.com
bei.saville@morganstanley.com
ben.fenton@morganstanley.com
benedetto.falcone@morganstanley.com
beram.gazdar@morganstanley.com
bernd.scherer@morganstanley.com
bernhard.huepfj@morganstanley.com

## Company & Corresponding Email Addresses

beth.coyne@morganstanley.com
beth.crone@morganstanley.com
beth.moreau@morganstanley.com
bettina.ballerini@morganstanley.com
biswajit.sarkar@morganstanley.com
bj.grant@morganstanley.com
bjorn.franson@morganstanley.com
blair.kaplan@morganstanley.com
blake.halversen@morganstanley.com
bonnie.riehl@morganstanley.com
brad.blalock@morganstanley.com
bradford.stoesser@morganstanley.com
bradley.mashinter@morganstanley.com
bradley.ross-williams@morganstanley.com
brenda.tanis@morganstanley.com
brian.arcese@morganstanley.com
brian.b.park@morganstanley.com
brian.erickson@morganstanley.com
brian.ichord@morganstanley.com
brian.mazzella@morganstanley.com
brian.metz@morganstanley.com
brian.pfeifler@morganstanley.com
brian.roe@morganstanley.com
brian.scavuzzo@morganstanley.com
brian.standig@morganstanley.com
brian.t.curley@morganstanley.com
brian.towsen@morganstanley.com
bruce.rodio@morganstanley.com
bruce.simon@morganstanley.com
bryan.stone@morganstanley.com
burak.alici@morganstanley.com
c.chris.corrao@morganstanley.com
calum.daniel@morganstanley.com
cameron.livingstone@morganstanley.com
carlos.ferreira@morganstanley.com
carlos.garcia-tunon@morganstanley.com
caroline.jones.dinkins@morganstanley.com
caroline.lefeuvre@morganstanley.com
caroline.quinn@morganstanley.com
carolyn.kemp@morganstanley.com
cathal.dowling@morganstanley.com
catherine.a.ross@morganstanley.com
catherine.colecchi@morganstanley.com
catherine.trinder@morganstanley.com
celeste.laraja@morganstanley.com
chad.hueffmeier@morganstanley.com
chaka.casey@morganstanley.com
charlene.pow@morganstanley.com
charlotte.kelsey@morganstanley.com
chirag.mahatma@morganstanley.com
chris.callan@morganstanley.com
chris.savino@morganstanley.com
christel.valette@morganstanley.com
christian.derold@morganstanley.com

**Company & Corresponding Email Addresses**

christian.ghiuvea@morganstanley.com
christian.roth@morganstanley.com
christina.chiu@morganstanley.com
christina.han@morganstanley.com
christina.roedema@morganstanley.com
christine.brykowytch@morganstanley.com
christine.joshua@morganstanley.com
christine.lorenz@morganstanley.com
christine.mcgowan@morganstanley.com
christophe.orly@morganstanley.com
christopher.baldwin@morganstanley.com
christopher.godding@morganstanley.com
christopher.hill@morganstanley.com
christopher.klinefelter@morganstanley.com
christopher.lin@morganstanley.com
christopher.metli@morganstanley.com
christopher.wimmer@morganstanley.com
chuck.vuong@morganstanley.com
chucri.hjeily@morganstanley.com
clarinda.casey@morganstanley.com
claudia.marciano@morganstanley.com
claudio.waller@morganstanley.com
clay.boggs@morganstanley.com
clumbrer@morganstanley.es
codonnell@morganstanley.com
colin.finnigan@morganstanley.com
colin.mcqueen@morganstanley.com
connie.hum@morganstanley.com
corinne.lewis-reynier@morganstanley.com
corry.geerlings@morganstanley.com
cristian.ghiuvea@morganstanley.com
cristina.buonocore@morganstanley.com
cristina.cue@morganstanley.com
cristina.piedrahita@morganstanley.com
cynthia.meyn@morganstanley.com
daesik.kim@morganstanley.com
dale.albright@morganstanley.com
damali.brown@morganstanley.com
dan.policy@morganstanley.com
dan.raghoonundon@morganstanley.com
dan.sweet@morganstanley.com
dana.burns@morganstanley.com
dana.linker@morganstanley.com
daniel.chodos@morganstanley.com
daniel.forde@morganstanley.com
daniel.friedman@morganstanley.com
daniel.m.fein@morganstanley.com
daniel.mahony@morganstanley.com
daniel.mcgovern@morganstanley.com
daniel.phipps@morganstanley.com
daniel.stolbof@morganstanley.com
daniel.waters@morganstanley.com
daniel.wieder@morganstanley.com
danny.greenberger@morganstanley.com

**Company & Corresponding Email Addresses**

david.armstrong@morganstanley.com
david.cook@morganstanley.com
david.deutsch@morganstanley.com
david.gates@morganstanley.com
david.ginsburg@morganstanley.com
david.gold@morganstanley.com
david.horowitz@morganstanley.com
david.m.martin@morganstanley.com
david.mclaughlin@morganstanley.com
david.muller@morganstanley.com
david.powell@morganstanley.com
david.roosevelt@morganstanley.com
david.s.cohen@morganstanley.com
david.scott@morganstanley.com
david.smetana@morganstanley.com
david.sugimoto@morganstanley.com
david.togut@morganstanley.com
david.yates@morganstanley.com
davide.basile@morganstanley.com
dawn.lawrence@morganstanley.com
dawn.rorke@morganstanley.com
deanna.loughnane@morganstanley.com
debbie.casale@morganstanley.com
debra.crovicz@morganstanley.com
deepak.baghla@morganstanley.com
deepak.laxmi@morganstanley.com
dennis.furey@morganstanley.com
dennis.p.lynch@morganstanley.com
dennis.shea@morganstanley.com
dermott.whelan@morganstanley.com
desiree.trister@morganstanley.com
devin.schwarz@morganstanley.com
diana.shi@morganstanley.com
diane.hosie@morganstanley.com
diane.madera@morganstanley.com
dicksey.mathew@morganstanley.com
dima.skvortsov@morganstanley.com
dino.kos@morganstanley.com
dip.roy@morganstanley.com
divya.chhibba@morganstanley.com
dolores.mcmullen@morganstanley.com
dominic.herbert@morganstanley.com
dominic.zangari@morganstanley.com
dominick.carlino@morganstanley.com
donald.carucci@morganstanley.com
doriana.russo@morganstanley.com
dorothea.klucevsek-whalen@morganstanley.com
dorothy.jordan@morganstanley.com
doug.mangini@morganstanley.com
douglas.funke@morganstanley.com
douglas.l.lee@morganstanley.com
douglas.mcgraw@morganstanley.com
douglas.mcneely@morganstanley.com
douglas.rentz@morganstanley.com

## Company & Corresponding Email Addresses

earl.gordon@morganstanley.com
edward.gaylor@morganstanley.com
edward.goldstein@morganstanley.com
edward.miller@morganstanley.com
edward.ramos@morganstanley.com
eileen.o.diana@morganstanley.com
eleanor.mcfarlane@morganstanley.com
eleanor.ogden@morganstanley.com
elena.stremlin@morganstanley.com
eli.lapp@morganstanley.com
elisabeth.stheeman@morganstanley.com
elizabeth.bodisch@morganstanley.com
elizabeth.cohen@morganstanley.com
elizabeth.crowley@morganstanley.com
elizabeth.graeber@morganstanley.com
elizabeth.haselgrove@morganstanley.com
elizabeth.newby@morganstanley.com
elizabeth.vale@morganstanley.com
ellen.gold@morganstanley.com
elsa.doyle@morganstanley.com
emilio.alvarez@morganstanley.com
emily.boyd@morganstanley.com
emily.eiselein@morganstanley.com
emma.roche@morganstanley.com
emmeline.kuhn@morganstanley.com
emre.gebizli@morganstanley.com
epco.vanderlende@morganstanley.com
eric.baurmeister@morganstanley.com
eric.carlson@morganstanley.com
eric.fry@morganstanley.com
eric.jesionowski@morganstanley.com
eric.kanter@morganstanley.com
eric.kirby@morganstanley.com
eric.larsson@morganstanley.com
eric.perlyn@morganstanley.com
erica.olsen@morganstanley.com
erik.kuijlaars@morganstanley.com
erika.nanke@morganstanley.com
erika.spinelli@morganstanley.com
erin.bisio@morganstanley.com
estefania.tam@morganstanley.com
etsuko.fuseya.jennings@morganstanley.com
euan.crane@morganstanley.com
eugene.pekelis@morganstanley.com
eva.zlotnicka@morganstanley.com
eve.glatt@morganstanley.com
ewa.borowska@morganstanley.com
fabio.terlevich@morganstanley.com
faisal.hayat@morganstanley.com
faysal.arslan@morganstanley.com
federico.kaune@morganstanley.com
felicity.smith@morganstanley.com
feng.chang@morganstanley.com
fiona.deans@morganstanley.com

**Company & Corresponding Email Addresses**

fionne.crichton@morganstanley.com
firstname.surname@morganstanley.com
fitnat.akahan@morganstanley.com
franci.he@morganstanley.com
francine.bovich@morganstanley.com
francis.frecentese@morganstanley.com
frank.accetta@morganstanley.com
frank.diebold@morganstanley.com
frank.novellino@morganstanley.com
frank.zheng@morganstanley.com
fred.feng.wang@morganstanley.com
fred.siegel@morganstanley.com
frederic.dubinski@morganstanley.com
frederick.pollock@morganstanley.com
gabriela.soppelsa@morganstanley.com
gaite.ali@morganstanley.com
gamaliel.blanco@morganstanley.com
gary.cheung@morganstanley.com
gary.offner@morganstanley.com
gaurav.rastogi@morganstanley.com
gautam.kapoor@morganstanley.com
gavin.platman@morganstanley.com
gavin.sewell@morganstanley.com
geoffrey.strong@morganstanley.com
geoffroy.m.houlot@morganstanley.com
george.kounelakis@morganstanley.com
george.m.robertson@morganstanley.com
george.minett@morganstanley.com
gerald.kirshner@morganstanley.com
geraldine.boyle@morganstanley.com
geraldine.derescavage@morganstanley.com
gerard.lian@morganstanley.com
gerhardt.herbert@morganstanley.com
gina.fenton@morganstanley.com
gleb.koutepov@morganstanley.com
glenn.mcafee@morganstanley.com
glenn.yeaker@morganstanley.com
gloria-93471.appleby@morganstanley.com
gordon.loery@morganstanley.com
grace.su@morganstanley.com
grayson.witcher@morganstanley.com
greg.capps@morganstanley.com
greg.hamwi@morganstanley.com
greg.lai@morganstanley.com
gregg.gola@morganstanley.com
gregory.murphy@morganstanley.com
greig.morrish@morganstanley.com
guido.deascanis@morganstanley.com
guy.rutherfurd@morganstanley.com
hans.vandenberg@morganstanley.com
hassan.elmasry@morganstanley.com
heather.auguste@morganstanley.com
helen.chiang@morganstanley.com
helen.distefano@morganstanley.com

**Company & Corresponding Email Addresses**

helen.krause@morganstanley.com
helen.smith@morganstanley.com
helene.ouimet@morganstanley.com
henri-pierre.barone@morganstanley.com
henry.choi@morganstanley.com
henry.d'alessandro@morganstanley.com
henry.hund@morganstanley.com
hester.bae@morganstanley.com
hideo.ueki@morganstanley.com
hilary.keeney@morganstanley.com
hilary.oneill@morganstanley.com
hilmar.schlenzka@morganstanley.com
hiroshi.tanizawa@morganstanley.com
hong.xu@morganstanley.com
hooman.yaghoobi@morganstanley.com
howard.hassen@morganstanley.com
howard.jones@morganstanley.com
hywel.george@morganstanley.com
iliana.nikolova@morganstanley.com
indira.korte@morganstanley.com
irene.amarena@morganstanley.com
isaac.lowenbraun@morganstanley.com
j.david.germany@morganstanley.com
jackie.carr@morganstanley.com
jackie.m.senat@morganstanley.com
jaclyn.donaldson@morganstanley.com
jacqueline.connor@morganstanley.com
jacqueline.pasquarello@morganstanley.com
jacquelyn.rush@morganstanley.com
jacueline.dentner@morganstanley.com
jaidip.singh@morganstanley.com
jake.thomson@morganstanley.com
james.c.chen@morganstanley.com
james.coutts@morganstanley.com
james.cowan@morganstanley.com
james.ferrarelli@morganstanley.com
james.h.scott@morganstanley.com
james.j.kovach@morganstanley.com
james.sperans@morganstanley.com
james.upton@morganstanley.com
jamie.adams@morganstanley.com
jan.baars@morganstanley.com
janine.leola@morganstanley.com
janna.honing@morganstanley.com
jared.epstein@morganstanley.com
jasmine.pong@morganstanley.com
jason.benowitz@morganstanley.com
jason.pearl@morganstanley.com
jason.revland@morganstanley.com
jason.sissel@morganstanley.com
jason.vickery@morganstanley.com
jason.yeung@morganstanley.com
jaymeen.patel@morganstanley.com
jayson.vowles@morganstanley.com

**Company & Corresponding Email Addresses**

jean.barnum@morganstanley.com
jean.beaubois@morganstanley.com
jean.ebbott@morganstanley.com
jean.reynolds@morganstanley.com
jean-marie.capelle@morganstanley.com
jeannette.gloge@morganstanley.com
jeff.randolph@morganstanley.com
jeff.rosen@morganstanley.com
jeff.welday@morganstanley.com
jeffrey.bulacan@morganstanley.com
jeffrey.collins@morganstanley.com
jeffrey.sanders@morganstanley.com
jenell.witkowski@morganstanley.com
jennifer.giammarino@morganstanley.com
jennifer.liang@morganstanley.com
jennifer.milacci@morganstanley.com
jennifer.prentiss@morganstanley.com
jennifer.pryor@morganstanley.com
jennifer.solin@morganstanley.com
jeremy.hamblin@morganstanley.com
jessica.burriss@morganstanley.com
jessica.curran@morganstanley.com
jessica.schultz@morganstanley.com
jestrada@morganstanley.es
jeung.hyun@morganstanley.com
jie.gong@morganstanley.com
jill.holton@morganstanley.com
jillian.sowole@morganstanley.com
jingqi.xu@morganstanley.com
jinny.kim@morganstanley.com
jitania.kandhari@morganstanley.com
jiten.manglani@morganstanley.com
joanna.wotlinski@morganstanley.com
jodi.baabdaty@morganstanley.com
jody.longhurst@morganstanley.com
joe.indelicato@morganstanley.com
john.c.broderick@morganstanley.com
john.gernon@morganstanley.com
john.goodacre@morganstanley.com
john.hevner@morganstanley.com
john.imbriale@morganstanley.com
john.kelly-jones@morganstanley.com
john.m.guarino@morganstanley.com
john.mannion@morganstanley.com
john.mazanec@morganstanley.com
john.mccormack@morganstanley.com
john.mecca@morganstanley.com
john.moon@morganstanley.com
john.n.hale@morganstanley.com
john.pearce@morganstanley.com
john.s.quinn@morganstanley.com
john.sun@morganstanley.com
john.szwed@morganstanley.com
john.t.mcdevitt@morganstanley.com

**Company & Corresponding Email Addresses**

john.vaught@morganstanley.com
john.w.simmons@morganstanley.com
john.wolack@morganstanley.com
jonas.kolk@morganstanley.com
jonas.nilsson@morganstanley.com
jonathan.a.day@morganstanley.com
jonathan.murray@morganstanley.com
jonathan.terlizzi@morganstanley.com
jonathon.rabinowitz@morganstanley.com
jordan.floriani@morganstanley.com
jordan.gershuny@morganstanley.com
jose.gonzalez-heres@morganstanley.com
joseph.bacchi@morganstanley.com
joseph.ballaera@morganstanley.com
joseph.braccia@morganstanley.com
joseph.mcalinden@morganstanley.com
joseph.mehlman@morganstanley.com
joseph.sueke@morganstanley.com
joseph.trmarchi@morganstanley.com
joseph_arcieri@morganstanley.com
josephine.learmond-criqui@morganstanley.com
joshua.givelber@morganstanley.com
juan.acevedo@morganstanley.com
judy.leung@morganstanley.com
julia.forde@morganstanley.com
julia.gallagher@morganstanley.com
julia.pollard@morganstanley.com
julie.claydon@morganstanley.com
julie.dechaume@morganstanley.com
julie.haim@morganstanley.com
julie.martin@morganstanley.com
julie.morrone@morganstanley.com
julien.leegenhoek@morganstanley.com
julien.puvilland@morganstanley.com
julius.williams@morganstanley.com
justin.sham@morganstanley.com
justin.simpson@morganstanley.com
kamlun.shek@morganstanley.com
karen.boldizar@morganstanley.com
karen.greenberg@morganstanley.com
karen.morehouse@morganstanley.com
karen.romero@morganstanley.com
karen.toll@morganstanley.com
karim.ladha@morganstanley.com
karl.beinkampen@morganstanley.com
kate.cornax@morganstanley.com
kate.cornish-bowden@morganstanley.com
kate.williams@morganstanley.com
katharine.partridge@morganstanley.com
katherine.chasmar@morganstanley.com
katherine.stromberg@morganstanley.com
kathleen.bell@morganstanley.com
kathleen.m.gallagher@morganstanley.com
kathy.clemens@morganstanley.com

**Company & Corresponding Email Addresses**

kathy.mcwade@morganstanley.com
kathy.o'connor@morganstanley.com
katia.levy-thevenon@morganstanley.com
katrine.lindbekk@morganstanley.com
kavita.sheth@morganstanley.com
ke.yu@morganstanley.com
kellie.manning@morganstanley.com
kelly.eckenrode@morganstanley.com
kelly.hardeman@morganstanley.com
kelly.socci@morganstanley.com
kerry.van.orden@morganstanley.com
kevin.egan@morganstanley.com
kevin.gapp@morganstanley.com
kevin.jung@morganstanley.com
kevin.kleitz@morganstanley.com
kevin.klingert@morganstanley.com
kevin.m.white@morganstanley.com
kgard@morganstanley.com
khushru.medhora@morganstanley.com
kim.cross@morganstanley.com
kim.mawdsley@morganstanley.com
kimberlee.dieckhaus@morganstanley.com
kimberly.bernhardt@morganstanley.com
kiran.saund@morganstanley.com
kirtna.pai@morganstanley.com
krista.valentino@morganstanley.com
kristian.heugh@morganstanley.com
kristin.hayden@morganstanley.com
kristine.lino-genin@morganstanley.com
l.chen@morganstanley.com
lai-ming.suen@morganstanley.com
lakshman.harendran@morganstanley.com
lally.ross@morganstanley.com
larry.tung@morganstanley.com
lars.lemonius@morganstanley.com
laura.ambroseno@morganstanley.com
laura.bottega@morganstanley.com
laura.gibbons@morganstanley.com
laura.howard@morganstanley.com
laura.norman@morganstanley.com
lauren.duboff@morganstanley.com
lauren.jacobson@morganstanley.com
laurie.lefcowitz@morganstanley.com
lea.hodge@morganstanley.com
leah.modigliani@morganstanley.com
lee.montag@morganstanley.com
leon.grenyer@morganstanley.com
lesley.kinnaird@morganstanley.com
leslie.haarup@morganstanley.com
li.tao@morganstanley.com
liam.carroll@morganstanley.com
lilly.acosta@morganstanley.com
linda.vanderson@morganstanley.com
linh.tran@morganstanley.com

## Company & Corresponding Email Addresses

linso.pals@morganstanley.com
linus.ng@morganstanley.com
lisa.a.kwiatkowski@morganstanley.com
lisa.dematte@morganstanley.com
logan.burt@morganstanley.com
lois.pine@morganstanley.com
lori.mchugh@morganstanley.com
lorna.levy@morganstanley.com
louise.teeple@morganstanley.com
lourdes.leon@morganstanley.com
luca.armandola@morganstanley.com
lucien.philippe@morganstanley.com
lucy.zheng@morganstanley.com
ludan.liu@morganstanley.com
luisa.b.gallardo@morganstanley.com
lynda.yam@morganstanley.com
lynette.ong@morganstanley.com
m.craig@morganstanley.com
m.lam@morganstanley.com
manda.narvekar@morganstanley.com
manish.k.agarwal@morganstanley.com
manmohan.patil@morganstanley.com
manoj.gupte@morganstanley.com
marc.ampaw@morganstanley.com
marc.crespi@morganstanley.com
marc.munfa@morganstanley.com
marc.rudajev@morganstanley.com
marc-albert.michaud@morganstanley.com
marcus.watson@morganstanley.com
margaret.p.naylor@morganstanley.com
marguerite.solis@morganstanley.com
maria.bowling@morganstanley.com
maria.pellegrino@morganstanley.com
marin.lolic@morganstanley.com
mark.bavoso@morganstanley.com
mark.bredell@morganstanley.com
mark.clay@morganstanley.com
mark.d.levy@morganstanley.com
mark.dimont@morganstanley.com
mark.field-marsham@morganstanley.com
mark.flynn@morganstanley.com
mark.foust@morganstanley.com
mark.laskin@morganstanley.com
mark.mcnamara@morganstanley.com
mark.melendez@morganstanley.com
mark.paris@morganstanley.com
mark.pederson@morganstanley.com
mark.roethlin@morganstanley.com
mark.strachan@morganstanley.com
mark.todtfeld@morganstanley.com
mark.w.perry@morganstanley.com
markus.thadaney@morganstanley.com
marlene.bonasera@morganstanley.com
marta.waszkiewicz@morganstanley.com

## Company & Corresponding Email Addresses

martin.moorman@morganstanley.com
mary.anne.healy@morganstanley.com
mary.birger@morganstanley.com
mary.kazaryan@morganstanley.com
mary.otero@morganstanley.com
mary.schafer@morganstanley.com
mary.simmons@morganstanley.com
mary.sue.dickinson@morganstanley.com
maryann.maiwald@morganstanley.com
maryellen.donahue@morganstanley.com
maryellen.fazzino@morganstanley.com
maryjane.bobyock@morganstanley.com
matt.pedicino@morganstanley.com
matt.potter@morganstanley.com
matthew.a.king@morganstanley.com
matthew.cino@morganstanley.com
matthew.dunning@morganstanley.com
matthew.leeman@morganstanley.com
matthew.stock@morganstanley.com
maureen.hays@morganstanley.com
maureen.york@morganstanley.com
maurice.holmes@morganstanley.com
mckenzie.burkhardt@morganstanley.com
meaghan.harding@morganstanley.com
meenakshi.lakshman@morganstanley.com
megan.capay@morganstanley.com
melanie.mcgee@morganstanley.com
melany.hearne@morganstanley.com
menglin.luo@morganstanley.com
meredith.ostrie@morganstanley.com
michael.allison@morganstanley.com
michael.antolin-perez@morganstanley.com
michael.cha@morganstanley.com
michael.desantis@morganstanley.com
michael.dinapoli@morganstanley.com
michael.dyer@morganstanley.com
michael.eastwood@morganstanley.com
michael.edman@morganstanley.com
michael.finamore@morganstanley.com
michael.guichon@morganstanley.com
michael.hehn@morganstanley.com
michael.hillman@morganstanley.com
michael.kollins@morganstanley.com
michael.kondas@morganstanley.com
michael.kushma@morganstanley.com
michael.maita@morganstanley.com
michael.monzo@morganstanley.com
michael.nolan@morganstanley.com
michael.peskin@morganstanley.com
michael.petrino@morganstanley.com
michael.pohly@morganstanley.com
michael.ray@morganstanley.com
michael.ryder@morganstanley.com
michel.vitermarkt@morganstanley.com

## Company & Corresponding Email Addresses

michele.aveling@morganstanley.com
michele.burns@morganstanley.com
michele.kreisler@morganstanley.com
michelina.cuccia@morganstanley.com
michelle.kairuz@morganstanley.com
michelle.underwood@morganstanley.com
michiel.te.paske@morganstanley.com
mihaela.manoliu@morganstanley.com
milka.anderson@morganstanley.com
minh.do@morganstanley.com
miriam.rosa@morganstanley.com
mitch.merrin@morganstanley.com
miten.mehta@morganstanley.com
mitesh.modi@morganstanley.com
mona.marquardt@morganstanley.com
monica.carta@morganstanley.com
msimdaily@morganstanley.com
msim-swaps@morganstanley.com
n.gupta@morganstanley.com
nadia.fedoriw@morganstanley.com
naman.pugalia@morganstanley.com
nancy.bernstein@morganstanley.com
nancy.login@morganstanley.com
nash.waterman@morganstanley.com
natalie.marvi-romeo@morganstanley.com
natalie.miller@morganstanley.com
natanya.osborne@morganstanley.com
nathalie.degans@morganstanley.com
nathan.eigerman@morganstanley.com
nathlie.adams@morganstanley.com
neha.champaneria@morganstanley.com
neha.markle@morganstanley.com
neil.chakraborty@morganstanley.com
nhickolle.clayton@morganstanley.com
nicholas.del.deo@morganstanley.com
nicholas.warmingham@morganstanley.com
nicola.ardley@morganstanley.com
nicola.bonelli@morganstanley.com
nicola.wilds@morganstanley.com
nicolas.gagnerie@morganstanley.com
nicole.wiley@morganstanley.com
niklas.von.daehne@morganstanley.com
nikolai.dimitrov@morganstanley.com
nitin.bhat@morganstanley.com
nobuaki.miyatake@morganstanley.com
noelle_chara.siompotis@morganstanley.com
noreen.griffin@morganstanley.com
nuno.caetano@morganstanley.com
oliver.farrant@morganstanley.com
oliver.woodley@morganstanley.com
orla.flood@morganstanley.com
orsolya.eged@morganstanley.com
oscar.manuel.gutierrez@morganstanley.com
owen.thomas@morganstanley.com

**Company & Corresponding Email Addresses**

p.chen@morganstanley.com
p.mchugh@morganstanley.com
pankaj.pande@morganstanley.com
paras.dodhia@morganstanley.com
paresh.bhatt@morganstanley.com
parthie.darrell@morganstanley.com
patrice.mclaughlin@morganstanley.com
patricia.d'innocenzo@morganstanley.com
patricia.peach@morganstanley.com
patricia.wong@morganstanley.com
patrick.springer@morganstanley.com
paul.d.thompson@morganstanley.com
paul.daggy@morganstanley.com
paul.j.white@morganstanley.com
paul.o'brien@morganstanley.com
paul.psaila@morganstanley.com
paul.ticu@morganstanley.com
paul.weiner@morganstanley.com
paul_allende@morganstanley.com
peter.a.law@morganstanley.com
peter.furlong@morganstanley.com
peter.gewirtz@morganstanley.com
peter.nadosy@morganstanley.com
peter.ru@morganstanley.com
peter.seely@morganstanley.com
peter.sheridan@morganstanley.com
peter.simon@morganstanley.com
peter.thomas@morganstanley.com
peter.wright@morganstanley.com
petr.kocourek@morganstanley.com
philip.lund-conlon@morganstanley.com
philip.winters@morganstanley.com
philippe.kurzweil@morganstanley.com
phoebe.mcbee@morganstanley.com
poonam.dighe@morganstanley.com
prabhav.mehta@morganstanley.com
prajakta.nadkarni@morganstanley.com
prakash.balakrishnan@morganstanley.com
prathamesh.kulkarni@morganstanley.com
prcteam@morganstanley.com
que.nguyen@morganstanley.com
rachel.madeiros@morganstanley.com
rafael.gonzalez@morganstanley.com
raj.gupta@morganstanley.com
raj.sharma@morganstanley.com
rajesh.bendre@morganstanley.com
rajseh.bose@morganstanley.com
ramez.nashed@morganstanley.com
ray.tierney@morganstanley.com
regina.borromeo@morganstanley.com
regina.stewart@morganstanley.com
rehan.masood@morganstanley.com
renee.pernell@morganstanley.com
reshma.patel@morganstanley.com

**Company & Corresponding Email Addresses**

rheitu.bansal@morganstanley.com
riccardo.bindi@morganstanley.com
rich.vandermass@morganstanley.com
richard.davidson@morganstanley.com
richard.felegy@morganstanley.com
richard.glass@morganstanley.com
richard.guether@morganstanley.com
richard.mhende@morganstanley.com
richard.papetti@morganstanley.com
rob.maloof@morganstanley.com
robert.edmond@morganstanley.com
robert.gromadzki@morganstanley.com
robert.harradine@morganstanley.com
robert.jost@morganstanley.com
robert.kemp@morganstanley.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com
robert.lichtenstein@morganstanley.com
robert.nicander@morganstanley.com
robert.rossetti@morganstanley.com
robert.shapiro@morganstanley.com
robert.stryker@morganstanley.com
robert.swift@morganstanley.com
robert.turnquest@morganstanley.com
robin.joines@morganstanley.com
robyn.lazara@morganstanley.com
robynne.parry@morganstanley.com
roddy.bridge@morganstanley.com
rodolfo.chou@morganstanley.com
roger.banks@morganstanley.com
roger.chuchen@morganstanley.com
roger.tashjian@morganstanley.com
roland.ho@morganstanley.com
roland.rayment@morganstanley.com
ronald.kline@morganstanley.com
ronald.mackey@morganstanley.com
ronan.harris@morganstanley.com
roxana.villafane@morganstanley.com
roy.liu@morganstanley.com
rucha.potdar@morganstanley.com
ruchir.sharma@morganstanley.com
russell.cernansky@morganstanley.com
ryan.egan@morganstanley.com
ryan.feeney@morganstanley.com
ryan.moss@morganstanley.com
s.scott.gregory@morganstanley.com
saad.siddiqui@morganstanley.com
sahil.tandon@morganstanley.com
sally_panicker@morganstanley.com
salvatore.aiello@morganstanley.com
sam.caroll@morganstanley.com
sameer.arsiwala@morganstanley.com
sameer.malik@morganstanley.com
sandeep.chainani@morganstanley.com

**Company & Corresponding Email Addresses**

sandip.bhagat@morganstanley.com
sandy.yun@morganstanley.com
sanjay.verma@morganstanley.com
santosh.kumar@morganstanley.com
sarah.devlin@morganstanley.com
sayuri.aoyama@morganstanley.com
scott.cullerton@morganstanley.com
scott.heyer@morganstanley.com
scott.kelley@morganstanley.com
scott.piper@morganstanley.com
sean.meehan@morganstanley.com
sean.o'malley@morganstanley.com
sebastian.miralles@morganstanley.com
seth.horwitz@morganstanley.com
sette.voute@morganstanley.com
shailesh.singh@morganstanley.com
shannon.hart@morganstanley.com
shanta.huque@morganstanley.com
shari.angelica.setyawinata@morganstanley.com
sharon.cohen@morganstanley.com
sharon.ecke@morganstanley.com
sharon.huey@morganstanley.com
sharon.voci@morganstanley.com
shaun.smith@morganstanley.com
shawn.remish@morganstanley.com
shayne.marcos.de.abreu@morganstanley.com
sheila.piernock@morganstanley.com
sherri.cohen@morganstanley.com
shikhar.ranjan@morganstanley.com
shilpi.basak@morganstanley.com
shunichiro.saiki@morganstanley.com
simon.carter@morganstanley.com
simon.loveday@morganstanley.com
simon.p.baxter@morganstanley.com
slav.botchkarev@morganstanley.com
sloan.walker@morganstanley.com
soiricho.matsumoto@morganstanley.com
sophana.periasamy@morganstanley.com
soren.bech@morganstanley.com
soren.beck@morganstanley.com
spd-ops-ln@morganstanley.com
stan.delaney@morganstanley.com
stanley.ho@morganstanley.com
stefania.perrucci@morganstanley.com
stephan.kessler@morganstanley.com
stephen.a.smith@morganstanley.com
stephen.barclay@morganstanley.com
stephen.c.walker@morganstanley.com
stephen.chung@morganstanley.com
stephen.esser@morganstanley.com
stephen.pelensky@morganstanley.com
steve.luo@morganstanley.com
steve.turner@morganstanley.com
steven.dick@morganstanley.com

**Company & Corresponding Email Addresses**

steven.guyer@morganstanley.com
steven.heron@morganstanley.com
steven.jung@morganstanley.com
steven.kreider@morganstanley.com
steven.oblack@morganstanley.com
steven.shekane@morganstanley.com
steven.shin@morganstanley.com
stine.madsen@morganstanley.com
stuart.bohart@morganstanley.com
stuart.seeley@morganstanley.com
sumit.kapur@morganstanley.com
sunil.sud@morganstanley.com
sunita.menon@morganstanley.com
sunny.tang@morganstanley.com
suren.markosov@morganstanley.com
surrina.hu@morganstanley.com
susan.burnett@morganstanley.com
susan.lucas@morganstanley.com
susan.s.chen@morganstanley.com
suzanne.hone@morganstanley.com
suzanne.jagernauth@morganstanley.com
sven.van.kemenade@morganstanley.com
swanand.kelcar@morganstanley.com
tadashi.kikkawa@morganstanley.com
takao.kawamoto@morganstanley.com
takashi.moriuchi@morganstanley.com
tamara.doi@morganstanley.com
tamyra.thomas@morganstanley.com
tarah.holloway@morganstanley.com
tarini.mohan@morganstanley.com
tarrissa.hockenberry@morganstanley.com
ted.bigman@morganstanley.com
teimur.abasov@morganstanley.com
teri.martini@morganstanley.com
terr.conygham@morganstanley.com
terrance.rebello@morganstanley.com
theresa.shaughnessy@morganstanley.com
thomas.bennett@morganstanley.com
thomas.fenlon@morganstanley.com
thomas.frame@morganstanley.com
thomas.hewett@morganstanley.com
thomas.machowski@morganstanley.com
thomas.swaney@morganstanley.com
thomas.v.wallace@morganstanley.com
tim.antrobus@morganstanley.com
tim.ellerton@morganstanley.com
tim.morris@morganstanley.com
tim_coughlin@morganstanley.com
timothy.drinkall@morganstanley.com
timothy.gage@morganstanley.com
timothy.jannetta@morganstanley.com
timothy.s.brown@morganstanley.com
timothy.shannon@morganstanley.com
timothy.taylor@morganstanley.com

## Company & Corresponding Email Addresses

timothy.veraska@morganstanley.com
tina.fendl@morganstanley.com
tj.hughes@morganstanley.com
todd.herlihy@morganstanley.com
todd.m.lovell@morganstanley.com
todd.marciniak@morganstanley.com
tracey.ivey@morganstanley.com
travis.rudnick@morganstanley.com
trusha.chokshi@morganstanley.com
udit.mitra@morganstanley.com
ugo.ciliberti@morganstanley.com
valentina.vanderdys@morganstanley.com
vallende@morganstanley.es
vanessa.hopwood@morganstanley.com
vanessa.vanacker@morganstanley.com
vardhana.pawaskar@morganstanley.com
vera.rossi@morganstanley.com
vijay.chugh@morganstanley.com
viju.joseph@morganstanley.com
vinay.kedia@morganstanley.com
vincent.liu@morganstanley.com
vineet.hemdev@morganstanley.com
vinod.prashad@morganstanley.com
virginia.keehan@morganstanley.com
walter.maynard@morganstanley.com
walter.riddell@morganstanley.com
walter.thorman@morganstanley.com
warren.ackerman@morganstanley.com
wei.shi@morganstanley.com
wei.xei@morganstanley.com
wei-ling.liew@morganstanley.com
william.lawrence@morganstanley.com
william.lock@morganstanley.com
william.mccawley@morganstanley.com
william.mok@morganstanley.com
william.oliver@morganstanley.com
wilson.he@morganstanley.com
wimal.wijenayake@morganstanley.com
wojceich.hajduczyk@morganstanley.com
xiaojie.joe.shi@morganstanley.com
xiaoli.deng@morganstanley.com
xintian.lan@morganstanley.com
yamay@morganstanley.com
yi.liu@morganstanley.com
ying.ying@morganstanley.com
yoonju.hong@morganstanley.com
yoshiki.kano@morganstanley.com
yuri.maeda@morganstanley.com
yvonne.longley@morganstanley.com
zachary.stewart@morganstanley.com
zoe.oakman@morganstanley.com

## morganstanleyquilter

benbarringer@morganstanleyquilter.ie
brianweber@morganstanleyquilter.ie

**Company & Corresponding Email Addresses**

davidframe@morganstanleyquilter.ie
kevinronayne@morganstanleyquilter.ie
stephenrooney@morganstanleyquilter.ie

**morganstnaley**

michael.key@morganstnaley.com

**mori**

segawa@mori.co.jp
tsutomu-horiuchi@mori.co.jp

**morleyfm**

aaron.grehan@morleyfm.com
aaron.lynch@morleyfm.com
adam.lancelot@morleyfm.com
ade.adekunbi@morleyfm.com
adrian.jarvis@morleyfm.com
alan.stickings@morleyfm.com
alex.ingham@morleyfm.com
alex.mcintyre@morleyfm.com
alex.parr@morleyfm.com
alex.wroe@morleyfm.com
alexander.iwinski@morleyfm.com
alexandra.pedder@morleyfm.com
alison.murdoch@morleyfm.com
alistair.morrison@morleyfm.com
allen.twyning@morleyfm.com
amanda.sillars@morleyfm.com
amelia.savory@morleyfm.com
amit.mehta@morleyfm.com
amy.chamberlain@morleyfm.com
andrew.burdis@morleyfm.com
andrew.randell@morleyfm.com
andy.macdonald@morleyfm.com
aneil.ramroop@morleyfm.com
angela.ngo@morleyfm.com
angus.robertson@morleyfm.com
anita.skipper@morleyfm.com
anne.robson@morleyfm.com
anthony.david@morleyfm.com
aran.gordon@morleyfm.com
ash.verma@morleyfm.com
atikah.aini@morleyfm.com
barry.sanjana@morleyfm.com
ben.blackburn@morleyfm.com
ben.middleton@morleyfm.com
bertrand.kubala@morleyfm.com
betty.chen@morleyfm.com
bill.baker@morleyfm.com
binita.dyson@morleyfm.com
bruce.pearson@morleyfm.com
bruno.berry@morleyfm.com
caroline.allen@morleyfm.com
caroline.hedges@morleyfm.com
cathy.harris@morleyfm.com
ceris.williams@morleyfm.com
charles.hoblyn@morleyfm.com

## Company & Corresponding Email Addresses

chris.garcia@morleyfm.com
chris.higham2@morleyfm.com
chris.perryman@morleyfm.com
chris.wheaton@morleyfm.com
christoph.babbel@morleyfm.com
cirine.el.husseini@morleyfm.com
claire.harold@morleyfm.com
colin.dryburgh@morleyfm.com
colin.moar@morleyfm.com
daniel.klusmann@morleyfm.com
darren.kelly@morleyfm.com
david.clott@morleyfm.com
david.keen@morleyfm.com
david.lis@morleyfm.com
david.oxley@morleyfm.com
david.penney@morleyfm.com
david.shapiro@morleyfm.com
david.skinner@morleyfm.com
david.stevens@morleyfm.com
dominic.white@morleyfm.com
edgar.dmello@morleyfm.com
edward.bozzard@morleyfm.com
edward.hutchings@morleyfm.com
edward.murray@morleyfm.com
emma.cameron@morleyfm.com
emma.clark@morleyfm.com
emma.hudson@morleyfm.com
emma.sinclair@morleyfm.com
eric.kwan@morleyfm.com
erin.baines@morleyfm.com
federico.wynne@morleyfm.com
frances.scott@morleyfm.com
francesca.battisti-davies@morleyfm.com
frank.mensah@morleyfm.com
frederic.beaumelou@morleyfm.com
frederick.devries@morleyfm.com
gabriela.schneider@morleyfm.com
gary.neale@morleyfm.com
gary.saidler@morleyfm.com
gavin.feakes@morleyfm.com
gemma.cowie@morleyfm.com
georgina.hellyer@morleyfm.com
gerard.lane@morleyfm.com
gerry.inow@morleyfm.com
gillian.chee@morleyfm.com
graham.elliottshircore@morleyfm.com
harriet.parker@morleyfm.com
hassan.johaadien@morleyfm.com
haydn.davies@morleyfm.com
holly.grainger@morleyfm.com
ian.firth@morleyfm.com
ian.grant@morleyfm.com
ian.hally@morleyfm.com
iyad.farah@morleyfm.com

**Company & Corresponding Email Addresses**

jack.georgeson@morleyfm.com
james.cannon@morleyfm.com
james.kenney@morleyfm.com
james.turner@morleyfm.com
james.vokins@morleyfm.com
jas.singh@morleyfm.com
jeremy.soutter@morleyfm.com
jerry.brewin@morleyfm.com
jez.bezant@morleyfm.com
jill.walsh@morleyfm.com
jim.odell@morleyfm.com
john.botham@morleyfm.com
john.buckley@morleyfm.com
john.hayes@morleyfm.com
john.ip@morleyfm.com
john.manning@morleyfm.com
john.wilson@morleyfm.com
jonathan.abrahams@morleyfm.com
jonathan.fisher-hindle@morleyfm.com
joy.holmes-anckle@morleyfm.com
julian.murray@morleyfm.com
julie.quinn@morleyfm.com
kalpesh.shah@morleyfm.com
kameel.mohammed@morleyfm.com
katherine.garrett-cox@morleyfm.com
keith.barnes@morleyfm.com
kieran.curtis@morleyfm.com
konrad.boszko@morleyfm.com
kumar.ghosh@morleyfm.com
laurence.bensafi@morleyfm.com
lawrence.inman@morleyfm.com
leah.hope@morleyfm.com
lee.brennan@morleyfm.com
leigh.talbot@morleyfm.com
lisa.batterby@morleyfm.com
luk.janssens@morleyfm.com
malcolm.oates@morleyfm.com
marc.vanderbergh@morleyfm.com
mark.artherton@morleyfm.com
mark.atherton@morleyfm.com
mark.borland@morleyfm.com
mark.denham@morleyfm.com
mark.goodey@morleyfm.com
mark.watts@morleyfm.com
mark.westwood@morleyfm.com
matthew.haldane@morleyfm.com
matthew.hills@morleyfm.com
matthew.tatnell@morleyfm.com
maulshreesaroliya2@morleyfm.com
maurice.browne@morleyfm.com
mavis.lougher@morleyfm.com
may.brooks@morleyfm.com
mervin.coutinho@morleyfm.com
mervyn.douglas@morleyfm.com

**Company & Corresponding Email Addresses**

michael.jennings@morleyfm.com
michaeld.gallagher@morleyfm.com
michelle.cook@morleyfm.com
michelle.quinn@morleyfm.com
mike.appleby@morleyfm.com
mike.gallagher@morleyfm.com
miles.tym@morleyfm.com
mubushra.beg@morleyfm.com
nataliya.zalyesova@morleyfm.com
neil.smith@morleyfm.com
neil.wesley@morleyfm.com
niall.paul@morleyfm.com
nicholas.broughton@morleyfm.com
nick.alford@morleyfm.com
nick.mansley@morleyfm.com
nick.ridgewell@morleyfm.com
nick.woods@morleyfm.com
nicole.mardell@morleyfm.com
ole.hui@morleyfm.com
oliver.jackson@morleyfm.com
oliver.judd@morleyfm.com
owen.thomas2@morleyfm.com
parul.shah@morleyfm.com
patricia.davies@morleyfm.com
patrick.hughes@morleyfm.com
paul.dungate@morleyfm.com
paul.mingay@morleyfm.com
paul.simmons@morleyfm.com
paul.udall@morleyfm.com
paul.vandevaart@morleyfm.com
paula.allen@morleyfm.com
peter.cameron@morleyfm.com
peter.hackworth@morleyfm.com
peter.michaelis@morleyfm.com
peter.middleton@morleyfm.com
peter.rains@morleyfm.com
philip.parker@morleyfm.com
philip.pearson@morleyfm.com
pierre.francois@morleyfm.com
quin.casey@morleyfm.com
rahul.ahuja@morleyfm.com
raj.bajaj@morleyfm.com
rajan.rehan@morleyfm.com
richard.alborough@morleyfm.com
richard.cansell@morleyfm.com
richard.colwell@morleyfm.com
richard.dymond@morleyfm.com
richard.hallett@morleyfm.com
richard.saldanha@morleyfm.com
rita.dhut@morleyfm.com
rob.libbrecht@morleyfm.com
robert.brzoza@morleyfm.com
robert.goldsmith@morleyfm.com
robert.parsons@morleyfm.com

## Company & Corresponding Email Addresses

robin.west@morleyfm.com
roger.leow@morleyfm.com
roger.webb@morleyfm.com
rohin.morjaria@morleyfm.com
rosanna.moretti@morleyfm.com
russell.harris@morleyfm.com
ryan.staszewski@morleyfm.com
sam.holl@morleyfm.com
scott.mckenzie@morleyfm.com
sergio.ferreira@morleyfm.com
shahid.ikram@morleyfm.com
shawn.ross@morleyfm.com
simon.bray-stacey@morleyfm.com
simon.clements@morleyfm.com
simon.jaffe@morleyfm.com
simon.tring@morleyfm.com
sonia.beng@morleyfm.com
stephen.lee@morleyfm.com
stephen.lowe@morleyfm.com
steve.barker@morleyfm.com
steve.cleal@morleyfm.com
steve.ryder@morleyfm.com
steve.warner@morleyfm.com
steven.towers@morleyfm.com
stewart.newnham@morleyfm.com
stewart.robertson@morleyfm.com
stuart.ritson@morleyfm.com
tanya.clarke@morleyfm.com
tim.barker@morleyfm.com
tim.harris3@morleyfm.com
tim.lucas@morleyfm.com
tim.tanner@morleyfm.com
tom.wills@morleyfm.com
trevor.welsh@morleyfm.com
umang.vithlani@morleyfm.com
upkar.kambo@morleyfm.com
valentina.chen@morleyfm.com
victor.chu@morleyfm.com
will.fletcher-roberts@morleyfm.com
xuesong.zhao@morleyfm.com
ying.jiang@morleyfm.com

### morrisons
hazel.jones@morrisons.plc.uk
jburke@morrisons.co.uk

### morrisonsplc
niall.addison@morrisonsplc.co.uk

### mortgage
mmccarthy@wm.mortgage.com

### mortgagefamily
dan.collins@mortgagefamily.com
dan.gavin@mortgagefamily.com
daniel.collins@mortgagefamily.com
don.evans@mortgagefamily.com
donald.melroy@mortgagefamily.com

**Company & Corresponding Email Addresses**

dusty.downs@mortgagefamily.com
fatima.andrews@mortgagefamily.com
fei.huang@mortgagefamily.com
james.hummel@mortgagefamily.com
jason.hsueh@mortgagefamily.com
jean.stgermain@mortgagefamily.com
jeffrey.crossley@mortgagefamily.com
jennifer.lippincott@mortgagefamily.com
jim.mcsweeney@mortgagefamily.com
joan.cianciarulo@mortgagefamily.com
joe.bresnahan@mortgagefamily.com
joe.suter@mortgagefamily.com
john.urdman@mortgagefamily.com
josh.smith@mortgagefamily.com
joshua.hodgson@mortgagefamily.com
karen.collins@mortgagefamily.com
kim.jones@mortgagefamily.com
lauren.dezutti@mortgagefamily.com
margaret.brewster@mortgagefamily.com
maria.goldberg@mortgagefamily.com
mark.donahee@mortgagefamily.com
michael.britchkow@mortgagefamily.com
michael.farrell@mortgagefamily.com
michael.potenski@mortgagefamily.com
michelle.penson@mortgagefamily.com
mike.cook@mortgagefamily.com
mike.goeller@mortgagefamily.com
mike.leonardo@mortgagefamily.com
patrick.hayes2@mortgagefamily.com
paul.mccarthy@mortgagefamily.com
pete.thomas@mortgagefamily.com
quinton.long@mortgagefamily.com
rich.bradfield@mortgagefamily.com
sam.rosenthal@mortgagefamily.com
steve.crawford@mortgagefamily.com
tina.thompson@mortgagefamily.com
titilayo.udoh@mortgagefamily.com

**mortgagenetwork**

bpratt@mortgagenetwork.com
cgoodwin@mortgagenetwork.com
csa@mortgagenetwork.com
pasbury@mortgagenetwork.com
rmcinnes@mortgagenetwork.com

**morval**

adelco@morval.ch
agiorni@morval.ch
alanzoni@morval.ch
jgianetta@morval.ch
sfacineroso@morval.ch

**morvalgestion**

aprampolini@morvalgestion.com

**mosaic**

smonticelli@mosaic.com

**mosnar**

## Company & Corresponding Email Addresses

andrei.tcharouchine@mosnar.com
bryan.low@mosnar.com.sg
david.somerset@mosnar.com
david.wong@mosnar.com
evansd@mosnar.com
igor.souvorov@mosnar.com
keith.cooper@mosnar.com
marcus.hopkins@mosnar.com
peter.manning@mosnar.com

**motoristsgroup**
dan.crawford@motoristsgroup.com

**motorola**
lchaitman@motorola.com

**motus**
c.cappellini@motus.lu

**mppension**
kba@mppension.dk

**mps**
gsaya@mps.it
marco.di.santo@mps.co.it
mgarone@mps.it
mpozzi@mps.it
ncavanna@mps.it

**mpsa**
anne.gruz@mpsa.com
frederic.vercher@mpsa.com
sandrine.pariente@mpsa.com

**mpsalternative**
gaia.resnati@mpsalternative.it
stefano.pittaluga@mpsalternative.it

**mpsfinance**
alberto.basodonna@mpsfinance.it
andrea.gigli@mpsfinance.it
gennaro.pucci@mpsfinance.it
marco.peron@mpsfinance.it
matteo.bertotti@mpsfinance.it
michele.berti@mpsfinance.it
roberto.carli@mpsfinance.it
stefano.bramerini@mpsfinance.it

**mpsgr**
alessandro.cimino@mpsgr.it
alessandro.leonori@mpsgr.it
ambrogio.alfieri@mpsgr.it
angelo.antonini@mpsgr.it
angelo.palermo@mpsgr.it
annaclaudia.furgericaramaschi@mpsgr.it
ansuinelli@mpsgr.it
antonella.radetti@mpsgr.it
assunta.provenzano@mpsgr.it
cesare.sacchi@mpsgr.it
claudia.cisari@mpsgr.it
claudia.collu@mpsgr.it
claudia.stringari@mpsgr.it
claytonchristopher.hampton@mpsgr.it

**Company & Corresponding Email Addresses**

corrado.ciavattini@mpsgr.it
daniela.vitti@mpsgr.it
daniele.turchi@mpsgr.it
davide.pasi@mpsgr.it
elisa.sanguanini@mpsgr.it
elisabetta.toja@mpsgr.it
emanuele.delmonte@mpsgr.it
emilio.carli@mpsgr.it
eugenia.atrei@mpsgr.it
fabrice.alliaud@mpsgr.it
federico.trabucco@mpsgr.it
forno@mpsgr.it
francesco.espositof@mpsgr.it
franco.colombo@mpsgr.it
gianelle@mpsgr.it
gianluca.baruffaldi@mpsgr.it
gianluca.moneta@mpsgr.it
gianni.romano@mpsgr.it
giansanti@mpsgr.it
giordano@mpsgr.it
giorgio.cavicchioli@mpsgr.it
giuseppe.balducci@mpsgr.it
giustiniani@mpsgr.it
lars.schickentanz@mpsgr.it
laura.fiabane@mpsgr.it
lelli@mpsgr.it
leonori@mpsgr.it
liso@mpsgr.it
livio.sianesi@mpsgr.it
lorenzo.busnelli@mpsgr.it
luca.bosisio@mpsgr.it
luca.grassadonia@mpsgr.it
luigi.dompe@mpsgr.it
luigi.romanol@mpsgr.it
mannucci@mpsgr.it
manzini@mpsgr.it
marchesiello@mpsgr.it
marco.decaprio@mpsgr.it
marco.pastorini@mpsgr.it
marinelli@mpsgr.it
mario.seminerio@mpsgr.it
martinelli@mpsgr.it
massimo.cenci@mpsgr.it
massimo.donatoni@mpsgr.it
massimo.felletti@mpsgr.it
mauro.costantini@mpsgr.it
mazzili@mpsgr.it
mazzocchi@mpsgr.it
michele.debenedetto@mpsgr.it
mirko.falchi@mpsgr.it
nadia.pelassa@mpsgr.it
nicola.romito@mpsgr.it
nicoletta.zangrandi@mpsgr.it
novelli@mpsgr.it

## Company & Corresponding Email Addresses

padula@mpsgr.it
paolo.bagnoli@mpsgr.it
paoloangelogiuseppe.bugini@mpsgr.it
pasquale.masiello@mpsgr.it
pierino.caroti@mpsgr.it
ricciardi@mpsgr.it
rocco.bove@mpsgr.it
sara.amato@mpsgr.it
sebastiano.picone@mpsgr.it
silvana.vergara@mpsgr.it
simona.prati@mpsgr.it
stefano.cortina@mpsgr.it
stefano.ziglioli@mpsgr.it
teresa.susca@mpsgr.it
vittorio.deluigi@mpsgr.it

**mpssgr**

sabrina.massucco@mpssgr.it

**mrcm**

asosce@mrcm.com
emiller@mrcm.com
mkaufman@mrcm.com
pliu@mrcm.com
sstuck@mrcm.com

**mrml**

giovanni@mrml.ch

**ms**

allery@ms.com
athiv@ms.com
avinash.shah@ms.com
clark@ms.com
deutsch@ms.com
enelson@ms.com
gabriela.miron@ms.com
gfogel@ms.com
guineym@ms.com
howard.g.cohen@ms.com
jmo@ms.com
john.albright@ms.com
kbc@ms.com
kelly.l.williams@ms.com
knechtelj@ms.com
mackand@ms.com
maymin@ms.com
pad@ms.com
peo@ms.com
peter.oneill@ms.com
pfo@ms.com
rsaunder@ms.com
varjanp@ms.com

**ms1**

aki-tanaka@ms1.marusan-sec.co.jp

**msci**

simon.midgen@msci.com

**msdw**

**Company & Corresponding Email Addresses**

abesada@msdw.es
abigail.mckenna@msdw.com
aconde@msdw.es
andre.conway@msdw.com
anrodrig@msdw.es
balva@msdw.es
bcabeza@msdw.es
clare.mutone@msdw.com
daniel_dunn@msdw.com
david.cheng@msdw.com
diane.krause@msdw.com
dominic.caldecott@msdw.com
doreen_yoo@msdw.com
ellen.sahadi@msdw.com
gpeig@msdw.es
howard_schloss@msdw.com
james.willison@msdw.com
james_erven@msdw.com
jason.norris@msdw.com
john_julian@msdw.com
johnj_howard@msdw.com
joseph.hondros@msdw.com
jvillal@msdw.es
kenneth.dunn@msdw.com
margaret.johnson@msdw.com
mark_zebrowski@msdw.com
matthew_martines@msdw.com
mcortes@msdw.es
michael.allison@msdw.com
mike_davey@msdw.com
neil.stone@msdw.com
paul_lacosta@msdw.com
roberto.sella@msdw.com
rochelle_siegel@msdw.com
rximenez@msdw.es
sally_sancimino@msdw.com
scott.richard@msdw.com
steven.kreider@msdw.com
thomas.fant@msdw.com

**msfi**

adigioia@msfi.com
afleeman@msfi.com
andreak@msfi.com
asleeman@msfi.com
bfarrington@msfi.com
ccorrea@msfi.com
ckasika@msfi.com
clahr@msfi.com
claraw@msfi.com
danl@msfi.com
dclarke@msfi.com
dhernandez@msfi.com
dsegal@msfi.com
dturner@msfi.com

**Company & Corresponding Email Addresses**

jahsler@msfi.com
jclausen@msfi.com
jgray@msfi.com
jjasko@msfi.com
jmarino@msfi.com
joant@msfi.com
joel@msfi.com
kdudley@msfi.com
kkoeferl@msfi.com
kluh@msfi.com
larrys@msfi.com
lhernandez@msfi.com
membler@msfi.com
mferko@msfi.com
mhormozi@msfi.com
mpodraza@msfi.com
nsalgado@msfi.com
owilson@msfi.com
pbrugere@msfi.com
plangerman@msfi.com
rfriedman@msfi.com
rgooskens@msfi.com
ronl@msfi.com
scopren@msfi.com
sshunk@msfi.com
stumulty@msfi.com
tjonasz@msfi.com

**msh**
robertca@msh.co.il

**msk**
laptev@msk.vtb.ru

**msn**
bdeclosset@msn.com
carp1968@msn.com
chrislenzo@msn.com
cvancamp@email.msn.com
delphimgmt@msn.com
fishbro@msn.com
govmann@msn.com
p_carrubba@msn.com
sbcm@email.msn.com
teddytm@msn.com
tioga326@msn.com
wardwissner@msn.com
watsonla@msn.com
wbs1@msn.com

**mt**
bbugni@mt.gov
csheets@mt.gov
jputnam@mt.gov
nsax@mt.gov
rcooley@mt.gov

**mtahq**
gcaplan@mtahq.org

**Company & Corresponding Email Addresses**

jmarting@mtahq.org
jmurphy@mtahq.org

**mtam**

hiroshi_nishida@mtam.co.jp
makoto_uemura@mtam.co.jp
masahiro_kato@mtam.co.jp
mitsunobu_nishida@mtam.co.jp
souta_suzuki@mtam.co.jp

**mtbchk**

bp2@mtbchk.com.hk

**mtbcny**

daniel_c@mtbcny.com
isomura@mtbcny.com
kazutoshi@mtbcny.com
konishia@mtbcny.com
kurosawa@mtbcny.com
masako_w@mtbcny.com
miyamotok@mtbcny.com
rmagome@mtbcny.com
sylvie_morvan@mtbcny.com
tteshima@mtbcny.com

**mtbcusa**

jtierney@mtbcusa.com
thagihara@mtbcusa.com

**mtildn**

bwilliams@mtildn.co.uk
chawkins@mtildn.co.uk
dpike@mtildn.co.uk
dshell@mtildn.co.uk
jcoates@mtildn.co.uk
jriley@mtildn.co.uk
llingane@mtildn.co.uk
mlacey@mtildn.co.uk
mnakai@mtildn.co.uk
tyanagawa@mtildn.co.uk
ykawa@mtildn.co.uk
znonie@mtildn.co.uk

**mtr**

jkwan@mtr.com.hk
jlau@mtr.com.hk
kyuen@mtr.com.hk

**mttroybank**

mbrennan@mttroybank.com

**mtwm**

hidetaka_shinohara@mtwm.co.jp

**muenchenerhyp**

friedrich.munsberg@muenchenerhyp.de
marcel.watzdorf@muenchenerhyp.de
peter.knorr@muenchenerhyp.de
rafael.galuszkiewicz@muenchenerhyp.de
ralf.ochs@muenchenerhyp.de
richard-peter.leib@muenchenerhyp.de

**muenchener-verein**

langhans.wolfgang@muenchener-verein.de

## Company & Corresponding Email Addresses

### mufg
eric_j_planey@mufg.jp
shunichiro_totsuka@mufg.jp
tohru_yuhara@mufg.jp

### muis
jchua@muis.com.hk
kitamura@muis.com.hk
kuroda@muis.com.hk
nakanishi@muis.com.hk
tomita@muis.com.hk
vlui@muis.co.hk

### mulvihill
jway@mulvihill.com

### muncybank
helen.smith@muncybank.com

### munder
ahassinger@munder.com
alacayo@munder.com
amui@munder.com
athayer@munder.com
bfush@munder.com
bkozeliski@munder.com
bmatuszak@munder.com
bmcclell@munder.com
bspratt@munder.com
bupward@munder.com
cgermeroth@munder.com
dfox@munder.com
dmckoy@munder.com
drever@munder.com
dtrammell@munder.com
egoard@munder.com
goviatt@munder.com
gwilson@munder.com
jadams@munder.com
jevers@munder.com
jhollins@munder.com
jkreiter@munder.com
jrichardson@munder.com
jskornicka@munder.com
jwoodley@munder.com
ksmith@munder.com
lbetts@munder.com
lcao@munder.com
mbryk@munder.com
mgopal@munder.com
mgura@munder.com
mkrushena@munder.com
mlebovitz@munder.com
mpregler@munder.com
mshumaker@munder.com
mvandenb@munder.com
pdano@munder.com
piwasko@munder.com

## Company & Corresponding Email Addresses

proot@munder.com
pwood@munder.com
rcrosby@munder.com
rglise@munder.com
rshanks@munder.com
rsoderst@munder.com
sfayolle@munder.com
sverdun@munder.com
swittman@munder.com
tdong@munder.com
tkaniewski@munder.com
tkenny@munder.com
tmudie@munder.com

### munichre
afrancis@munichre.com
awest@munichre.com
bkaufmann@munichre.com
cormoneit@munichre.com
coschaefer@munichre.com
cschweizer@munichre.com
jkammerlohr@munichre.com
jludbrook@munichre.com
jmayer@munichre.com
jwilling@munichre.com
mboes@munichre.com
mgrandi@munichre.com
mkefer@munichre.com
mmueller@munichre.com
mseitz@munichre.com
msonnenholzner@munichre.com
mwalterspiel@munichre.com
mwerth@munichre.com
oschmuck@munichre.com
pmeybom@munichre.com
proeder@munichre.com
rhanek@munichre.com
rkleinschroth@munichre.com
seberle@munichre.com
tarnoldt@munichre.com
trossmeier@munichre.com
ulmueller@munichre.com

### munichreamerica
sturner@munichreamerica.com

### municrest
jslater@municrest.com

### murrayj
bstout@murrayj.com

### mutavie
fmartra@mutavie.fr
fmeschini@mutavie.fr
hfourn@mutavie.fr

### mutualofamerica
akotlyar@mutualofamerica.com
andrew.heiskell@mutualofamerica.com

**Company & Corresponding Email Addresses**

claudia.bosque@mutualofamerica.com
david.johnson@mutualofamerica.com
doreen.johns@mutualofamerica.com
duygu.akyatan@mutualofamerica.com
eleanor.innes@mutualofamerica.com
gary.wetterau@mutualofamerica.com
grace.lee@mutualofamerica.com
isabel.macalintal@mutualofamerica.com
jacqueline.sabella@mutualofamerica.com
jamie.zendel@mutualofamerica.com
john.korbis@mutualofamerica.com
john.polcari@mutualofamerica.com
joseph.gaffoglio@mutualofamerica.com
kevin.frain@mutualofamerica.com
mark.lesaffre@mutualofamerica.com
mary.canning@mutualofamerica.com
maryann.fullam@mutualofamerica.com
mastrogianis@mutualofamerica.com
michael.mastrogiannis@mutualofamerica.com
michelle.olave@mutualofamerica.com
mwagner@mutualofamerica.com
nancy.mcavey@mutualofamerica.com
stephen.rich@mutualofamerica.com
steve.ward@mutualofamerica.com
susan.greenleaf@mutualofamerica.com
theresa.ramko@mutualofamerica.com
thomas.dillman@mutualofamerica.com

**mutualofomaha**

bob.lovgren@mutualofomaha.com
gene.greiman@mutualofomaha.com
justin.brauer@mutualofomaha.com
justin.kavan@mutualofomaha.com
kent.knudsen@mutualofomaha.com
leslie.vanderveen@mutualofomaha.com
pat.miner@mutualofomaha.com
paul.kramper@mutualofomaha.com
troy.gerhardt@mutualofomaha.com
vic.hanson@mutualofomaha.com

**mutualtrust**

dharkin@mutualtrust.com
drouston@mutualtrust.com
mculkeen@mutualtrust.com

**mv4**

sebastien.hebert@mv4.fr

**mwam**

a.cannell@mwam.com
a.clake@mwam.com
a.clegg@mwam.com
a.hofmeyr@mwam.com
a.laycock@mwam.com
a.marber@mwam.com
a.shutze@mwam.com
a.taneja@mwam.com
avillait@mwam.com

## Company & Corresponding Email Addresses

c.compain@mwam.com
c.vickerman@mwam.com
c.wallace@mwam.com
cmartuschelli@mwam.com
d.eriksen@mwam.com
d.goodman@mwam.com
d.roberts@mwam.com
d.williams@mwam.com
d.zekrya@mwam.com
dford@mwam.com
e.fragomeni@mwam.com
e.houston@mwam.com
f.khan@mwam.com
f.syed@mwam.com
h.khan@mwam.com
hfreye@mwam.com
i.wace@mwam.com
j.abbott@mwam.com
j.carter@mwam.com
j.gifford@mwam.com
j.hart@mwam.com
j.holland@mwam.com
j.netherthorpe@mwam.com
jmcmanus@mwam.com
k.faulkner@mwam.com
m.hawtin@mwam.com
m.howley@mwam.com
m.johnson@mwam.com
m.rooney@mwam.com
n.duchenne@mwam.com
n.nesdale@mwam.com
n.nielsen@mwam.com
o.daniel@mwam.com
p.harling@mwam.com
p.marshall@mwam.com
p.smith@mwam.com
r.morris@mwam.com
s.barber@mwam.com
s.delmarco@mwam.com
s.goodman@mwam.com
s.hall@mwam.com
s.jones@mwam.com
s.tait@mwam.com
s.waite@mwam.com
t.davenport@mwam.com
t.doris@mwam.com
w.rehman@mwam.com

## mwamllc

avillaneda@mwamllc.com
danielong@mwamllc.com
jkoch@mwamllc.com
kwu@mwamllc.com
lmulpagano@mwamllc.com
nevans@mwamllc.com

## Company & Corresponding Email Addresses

nhelm@mwamllc.com
phumbert@mwamllc.com
rpetrenka@mwamllc.com
sbowron@mwamllc.com

**mwrdgc**
carl.rittmeyer@mwrdgc.dst.il.us

**mws**
ahester@mws.com
cfay@mws.com
dmurphy@mws.com
dwilliams@mws.com
fambrosi@mws.com
koconnor@mws.com
rwomack@mws.com

**mwv**
bruce@mwv.com
francis@mwv.com

**mwvinvest**
dbeard@mwvinvest.com
jaime@mwvinvest.com
lindav@mwvinvest.com
mwhalen@mwvinvest.com
nedmorgens@mwvinvest.com
raph@mwvinvest.com
scott@mwvinvest.com
teresa@mwvinvest.com

**mxminc**
paul.schwartz@mxminc.com

**mycorporatecu**
nick.fanning@mycorporatecu.com

**myerberg**
trading@myerberg.com

**myfloridacfo**
lester.joseph@myfloridacfo.com

**mylodh**
phga8408@mylodh.com

**mymainstreetbank**
rfurka@mymainstreetbank.com

**myprovident**
dternes@myprovident.com
rkiuttu@myprovident.com
vcoleman@myprovident.com

**mytilineos**
angelos.georgoulis@mytilineos.gr

**n05**
india7ok@n05.itscom.net

**na**
na@na.com
na@na.na
scott_payseur@na.natwestgfm.co

**na2**
kjpignataro@na2.us.ml.com

**nab**
adam.nolan@nab.co.uk

## Company & Corresponding Email Addresses

alexander.steiner@nab.ch
andre.nydegger@nab.ch
antonello.beverie@nab.ch
ashia.razzaq@nab.co.uk
christof.loser@nab.ch
daniele.russo@nab.ch
david.mcdermott@nab.co.uk
domeara@nab.co.uk
george.alevrofas@nab.ch
joe.platt@nab.co.uk
juerg.stoessel@nab.ch
matthias.mueller.2@nab.ch
michael.j.whelan@nab.com.au
michael.m.peric@nab.com.au
naliena.sriselvakandarajah@nab.ch
nathalie.weiss@nab.ch
pascal.koradi@nab.ch
pascal.wernle@nab.ch
peter.marten@nab.ch
philipp.brenneisen@nab.ch
robyn.mckegg@nab.com.au
roland.klaeger@nab.ch
sean.s.o'neil@nab.com.au
stefano.disalvo@nab.ch
stephen.gorman@nab.co.uk
theo.gavrilos@nab.co.uk
tim.mccaughey@nab.com.au

### nabasia

craig.marran@nabasia.com
henry.hooi@nabasia.com
jitendra.d.bhanap@nabasia.com
peter.j.zeitsch@nabasia.com
satoshi.nemoto@nabasia.com
shane.dardis@nabasia.com

### nabgroup

alan.bigley@eu.nabgroup.com
alex.watt@eu.nabgroup.com
andrew.beresford.davies@eu.nabgroup.com
andy.tyrell-clark@eu.nabgroup.com
chris.theobald@eu.nabgroup.com
christopher.leslie@eu.nabgroup.com
clive.hadingham@nabgroup.com
david.d.jones@eu.nabgroup.com
fernando.suarez@eu.nabgroup.com
fiona.craig-smith@eu.nabgroup.com
gdavidson@eu.nabgroup.com
greg.hadingham@eu.nabgroup.com
gregory.mcneill@eu.nabgroup.com
jay.sangha@eu.nabgroup.com
jon.burgess@eu.nabgroup.com
keith.hopkins@eu.nabgroup.com
lee.kelly@eu.nabgroup.com
mark.elflain@eu.nabgroup.com
mark.r.robson@eu.nabgroup.com

## Company & Corresponding Email Addresses

martin.penn@eu.nabgroup.com
matthew.morris@eu.nabgroup.com
mike.stone@eu.nabgroup.com
richard.woodhouse@eu.nabgroup.com
rupert.horrocks@eu.nabgroup.com
sandie.staimesse@eu.nabgroup.com
simon.starr@eu.nabgroup.com
tony.gioulis@eu.nabgroup.com
will.jennings@eu.nabgroup.com

### nabny

dhummer@nabny.com
gcamas@nabny.com
jrothman@nabny.com
mkok@nabny.com
mmchugh@nabny.com
mmertz@nabny.com
mparker@nabny.com
mpryce@nabny.com
mwalker@nabny.com
ngooley@nabny.com
nrutzell@nabny.com
nwoutas@nabny.com
pryan@nabny.com
rcammilleri@nabny.com
rdicanto@nabny.com
rgarritt@nabny.com
sstojanovic@nabny.com

### nacm

aerus_tran@nacm.com
aharton@nacm.com
allison_chirdon@nacm.com
andrew_beal@nacm.com
anne_huynh@nacm.com
anne_vu@nacm.com
atrice@nacm.com
blake.burdine@nacm.com
bob_mckay@nacm.com
brant_houston@nacm.com
brit_stickney@nacm.com
bryce_bulman@nacm.com
carma_wallace@nacm.com
carrie_boyko@nacm.com
cheryl_sutter@nacm.com
chris_herrera@nacm.com
chris_ying@nacm.com
christoph_hinkelmann@nacm.com
christopher_huffman@nacm.com
chuck.burge@houston.nacm.com
dan_janowiak@nacm.com
dan_stroot@nacm.com
darren_thorneycraft@nacm.com
david_boone@nacm.com
david_foster@nacm.com
david_lopez@nacm.com

**Company & Corresponding Email Addresses**

david_lynn@nacm.com
david_marchesani@nacm.com
david_pavan@nacm.com
david_vaughn@nacm.com
deniz_demiray@nacm.com
di.tian@nacm.com
doug_forsyth@nacm.com
doug_stone@nacm.com
dsong@nacm.com
edward_wagner@nacm.com
elizabeth.bernstein@nacm.com
flora_kim@nacm.com
frank.zhang@nacm.com
frank_feng@nacm.com
greg.ise@nacm.com
greg_choe@nacm.com
horacio_valeiras@nacm.com
james_li@nacm.com
jane_edmondson@nacm.com
janet_acheatel@nacm.com
janice_kary@nacm.com
jason_russell@nacm.com
jeff_klepacki@nacm.com
jennifer_gouslin@nacm.com
jerold_anderson@nacm.com
jim_odonnell@nacm.com
john_csarietti@nacm.com
john_giangiorgi@nacm.com
john_graves@nacm.com
john_kane@nacm.com
john_mccraw@nacm.com
johnc@nacm.com
joseph_forgie@nacm.com
justin_cass@nacm.com
justin_kass@nacm.com
kelly_ko@nacm.com
ken_perrone@nacm.com
kevin_chapman@nacm.com
kevin_oconnell@nacm.com
kevin_shapman@nacm.com
kristina.aubin@nacm.com
kunal_ghosh@nacm.com
larry_speidell@nacm.com
laurel_warren@nacm.com
lianne_nelson@nacm.com
liz_lemesevski@nacm.com
lucrecia.tam@nacm.com
mark_alvarez@nacm.com
mark_roemer@nacm.com
marna_whinington@nacm.com
mary_necochea@nacm.com
mary_singh@nacm.com
matt_axeline@nacm.com
matthew_grenfell@nacm.com

**Company & Corresponding Email Addresses**

michael_edmonds@nacm.com
michael_fredericks@nacm.com
michael_giggie@nacm.com
michael_waterman@nacm.com
michael_yee@nacm.com
morgan.jaffe@nacm.com
natalya_lebedeva@nacm.com
nelson_shing@nacm.com
nicholas_aberle@nacm.com
nlarrabee@nacm.com
nolan_wood@nacm.com
pahsha_missaghi@nacm.com
pedro.marcal@nacm.com
rchidley@nacm.com
rfp@nacm.com
rich.king@houston.nacm.com
richard_hofmann@nacm.com
rjohnson@nacm.com
robert_gamboa@nacm.com
rusty_hoss@nacm.com
sam.diamond@nacm.com
sam_chang@nacm.com
sean_hudson@nacm.com
slyford@nacm.com
snutt@nacm.com
stael@nacm.com
steven_brown@nacm.com
stuart_leitner@nacm.com
todd_buechs@nacm.com
todd_buesch@nacm.com
todd_wolter@nacm.com
tom_sullivan@nacm.com
vernon_bernardino@nacm.com
warren.zhang@nacm.com
william.chen@nacm.com
wnoar@nacm.com
wonil_lee@nacm.com
yasmin_kocur@nacm.com
yuka.marosek@nacm.com
zhuanxin_ding@nacm.com

**nae**

na@nae.com

**nafin**

abarbosa@nafin.gob.mx
gespinosa@nafin.gob.mx
gmadrigal@nafin.gob.mx
jadelavega@nafin.gob.mx
rcasillas@nafin.gob.mx
slarios@nafin.gob.mx
smilla@nafin.gob.mx
smoller@nafin.gob.mx
vmmartinez@nafin.gob.mx

**nagano-rokin**

shikin@nagano-rokin.co.jp

**Company & Corresponding Email Addresses**

**nagelmackers**

erik.brans@nagelmackers.be
gert.biesmans@nagelmackers.be
jo.demil@nagelmackers.be
mark.caeyers@nagelmackers.be
mickael.vandenhauwe@nagelmackers.be
rik.dhoest@nagelmackers.be
sabine.riga@nagelmackers.be

**nam**

a_ichikawa@nam.co.jp
a_inoue@nam.co.jp
a_watanabe@nam.co.jp
adachi@nam.co.jp
agata@nam.co.jp
aoki@nam.co.jp
azuma@nam.co.jp
douno@nam.co.jp
e_miura@nam.co.jp
ebiko@nam.co.jp
enomoto@nam.co.jp
fujiwara@nam.co.jp
fukuta@nam.co.jp
g_amano@nam.co.jp
g_iguchi@nam.co.jp
h_kitagawa@nam.co.jp
h_kubotani@nam.co.jp
h_nishikawa@nam.com
h_sato@nam.co.jp
h_yamaoka@nam.co.jp
h_yokoyama@nam.co.jp
haraguchi@nam.co.jp
hashida@nam.co.jp
hiroshima@nam.co.jp
honma@nam.co.jp
hosoe@nam.co.jp
hotta@nam.co.jp
i_sasaki@nam.co.jp
ichiki@nam.co.jp
ichino@nam.co.jp
iino@nam.co.jp
ikawa@nam.co.jp
ikeda@nam.co.jp
inaoka@nam.co.jp
inoue@nam.co.jp
irisawa@nam.co.jp
ishii@nam.co.jp
ishizuka@nam.co.jp
iwaki@nam.com
j_maruyama@nam.co.jp
k_nakatani@nam.co.jp
k_suzuki@nam.co.jp
k_yoshioka@nam.co.jp
kagami@nam.co.jp
kaida@nam.co.jp

**Company & Corresponding Email Addresses**

kamita@nam.co.jp
kamiya@nam.co.jp
kanbara@nam.co.jp
kaneda@nam.co.jp
kaneko@nam.co.jp
kawabe@nam.co.jp
kawamura@nam.co.jp
kimura@nam.co.jp
kinoshita@nam.co.jp
kobayashi@nam.co.jp
kodama@nam.co.jp
kojima@nam.co.jp
kubo@nam.co.jp
kubotani@nam.co.jp
kumagai@nam.co.jp
kuroda@nam.co.jp
kuroki@nam.co.jp
kusunose@nam.co.jp
m_hayashi@nam.co.jp
m_nakatani@nam.co.jp
m_oshima@nam.co.jp
m_yamada@nam.co.jp
m_yamaguchi@nam.co.jp
machino@nam.co.jp
matsunaga@nam.co.jp
matsuoka@nam.co.jp
mihara@nam.co.jp
mikuni@nam.co.jp
minami@nam.co.jp
minoshima@nam.co.jp
miyabayashi@nam.co.jp
miyagaki@nam.co.jp
miyata@nam.co.jp
mizoe@nam.co.jp
morioka@nam.co.jp
munakata@nam.co.jp
murakami@nam.co.jp
murase@nam.co.jp
muto@nam.co.jp
n_shimura@nam.co.jp
nagae@nam.co.jp
nakade@nam.co.jp
nakamura@nam.co.jp
nakanishi@nam.co.jp
nishizaki@nam.co.jp
niwa@nam.co.jp
nomura@nam.co.jp
nozaki@nam.co.jp
o_sakuma@nam.co.jp
ochiai@nam.co.jp
ogi@nam.co.jp
omori@nam.co.jp
ota@nam.co.jp
otsubo@nam.co.jp

**Company & Corresponding Email Addresses**

otsuki@nam.co.jp
oyoshi@nam.co.jp
r_kamiyama@nam.co.jp
sadakata@nam.com
sahoda@nam.co.jp
saji@nam.co.jp
sakae@nam.co.jp
sakai@nam.co.jp
sakamoto@nam.com
sakauchi@nam.co.jp
sakuma@nam.co.jp
samei@nam.co.jp
sampei@nam.co.jp
sasaki@nam.co.jp
shintani@nam.co.jp
shiomi@nam.co.jp
shiraishi@nam.co.jp
sogabe@nam.co.jp
sugimoto@nam.co.jp
suzuka@nam.co.jp
t_fujii@nam.co.jp
t_hirose@nam.co.jp
t_kitagawa@nam.co.jp
t_matsushita@nam.co.jp
t_takahashi@nam.co.jp
t_yamaguchi@nam.co.jp
t_yoshida@nam.co.jp
t2_ito@nam.co.jp
t4_ito@nam.co.jp
takada@nam.co.jp
takagaki@nam.co.jp
takano@nam.co.jp
takeda@nam.co.jp
takemura@nam.co.jp
takenaka@nam.co.jp
takeuchi@nam.co.jp
taniguchi@nam.co.jp
tateishi@nam.co.jp
teranishi@nam.co.jp
toba@nam.co.jp
tokunaga@nam.co.jp
tokushima@nam.co.jp
tomimura@nam.co.jp
tomita@nam.co.jp
toyoda@nam.co.jp
toyoshima@nam.co.jp
tsuchiyama@nam.co.jp
tsuda@nam.co.jp
tsutsumi@nam.co.jp
uchida@nam.co.jp
umeuchi@nam.co.jp
umino@nam.co.jp
wada@nam.co.jp
y_murakami@nam.co.jp

## Company & Corresponding Email Addresses

y_nishikawa@nam.co.jp
y2_nakamura@nam.co.jp
y6_tanaka@nam.co.jp
yabe@nam.co.jp
yamanaka@nam.co.jp
yamazaki@nam.co.jp
yatsunami@nam.co.jp
yoshizawa@nam.co.jp

**namhk**
ronnie.cheung@namhk.com.hk

**napanet**
jivey@napanet.net

**nasf-ca**
jeongweon.han@nasf-ca.com

**naspa**
alexander.stoll@naspa.de
arno.simon@naspa.de
frank.dittrich@naspa.de
manfred.dinges@naspa.de
ralf.ruhwedel@naspa.de
stefan.pihaule@naspa.de

**naspadub**
d.johnson@naspadub.ie
d.murphy@naspadub.ie
d.nittelet@naspadub.ie
e.mccarthy@naspadub.ie
f.oflynn@naspadub.ie
k.girmann@naspadub.ie
s.murphy@naspadub.ie

**naspa-mail**
eigenhandel@naspa-mail.de

**natcity**
amy.bonkoski@natcity.com
robert_judge@natcity.com
ted_moore@natcity.com

**natexiblr**
mark.padgett@natexiblr.com

**natexis**
hkcorp@natexis.com.hk

**natexisbleichroeder**
kevin.mcgovern@natexisbleichroeder.com

**natexisblr**
frederic.boucher@natexisblr.us

**natexisny**
csachs@natexisny.com
daustin@natexisny.com
eharker@natexisny.com
ekraus@natexisny.com
kdooley@natexisny.com
sshea@natexisny.com

**natexistx**
dpayer@natexistx.com
editkis@natexistx.com
pdeville@natexistx.com

## Company & Corresponding Email Addresses

**national**
ken_christie@national.com.au
ncs_futures@national.com.au
rick_sawers@national.com.au

**national_city**
becky.moser@national_city.com
james.burchett@national_city.com

**nationalasset**
astone@nationalasset.com
bbell@nationalasset.com
chafele@nationalasset.com
cstodghill@nationalasset.com
eevans@nationalasset.com

**national-bank**
bianca.kenkmann@national-bank.de
daniel.sommerer@national-bank.de
ekkehard.link@national-bank.de
georg.schachner@national-bank.de
jan.bottermann@national-bank.de

**nationalbanken**
ab@nationalbanken.dk
ala@nationalbanken.dk
dkn@nationalbanken.dk
hf@nationalbanken.dk
hk@nationalbanken.dk
kf@nationalbanken.dk
ljh@nationalbanken.dk
lle@nationalbanken.dk
mni@nationalbanken.dk
ns@nationalbanken.dk
pg@nationalbanken.dk
tha@nationalbanken.dk
tj@nationalbanken.dk
twm@nationalbanken.dk

**nationalcity**
abi.tobun@nationalcity.com
akin.rojugbokan@nationalcity.com
andrew.dunham@nationalcity.com
andrew.harding@nationalcity.com
ann.garland@nationalcity.com
anthony.novara@nationalcity.com
barbara.maniker@nationalcity.com
barbara.nagy@nationalcity.com
barbara.salzgerber@nationalcity.com
brian.cavalier@nationalcity.com
brian.prettyman@nationalcity.com
brian.stine@nationalcity.com
chitrang.purani@nationalcity.com
chris.erskine@nationalcity.com
christian.kalmbach@nationalcity.com
christopher.hetz@nationalcity.com
connie.chuhaloff@nationalcity.com
crystal.stetzy@nationalcity.com
daniel.poole@nationalcity.com

**Company & Corresponding Email Addresses**

daniel.raynor@nationalcity.com
david.edwards@nationalcity.com
david.fitzsimmons@nationalcity.com
david.linn@nationalcity.com
david.paulson@nationalcity.com
david.sommer@nationalcity.com
dawn.elseser@nationalcity.com
dawn.muhlhan@nationalcity.com
deborah.harvey@nationalcity.com
denise.callaghan@nationalcity.com
diane.nafziger@nationalcity.com
don.ross@nationalcity.com
douglas.holcomb@nationalcity.com
douglas.lukcso@nationalcity.com
eric.bergren@nationalcity.com
eric.flowers@nationalcity.com
frank.byrne@nationalcity.com
fred.senft@nationalcity.com
fredric.lingenfelter@nationalcity.com
garry.madis@nationalcity.com
gary.cui@nationalcity.com
greg.kitchen@nationalcity.com
gregory.hill@nationalcity.com
gustavus.bahr@nationalcity.com
harry.williams@nationalcity.com
hovik.tumasyan@nationalcity.com
jack.koch@nationalcity.com
james.barrett@nationalcity.com
james.halloran@nationalcity.com
james.ritchie@nationalcity.com
janet.derossett@nationalcity.com
jason.hach@nationalcity.com
jeff.brimhall@nationalcity.com
jeffrey.faunce@nationalcity.com
jeffrey.kelly@nationalcity.com
jeffrey.steck@nationalcity.com
jennifer.hammarlund@nationalcity.com
jeremy.henrich@nationalcity.com
john.defrancesco@nationalcity.com
john.farrall@nationalcity.com
john.hindman@nationalcity.com
john.straniero@nationalcity.com
jon.novak@nationalcity.com
joseph.denski@nationalcity.com
joseph.madrid@nationalcity.com
joseph.robison@nationalcity.com
justin.dailey@nationalcity.com
kenneth.blackwell@nationalcity.com
kenneth.karwowski@nationalcity.com
kimberly.wetmore@nationalcity.com
lenore.aufdenkampe@nationalcity.com
lisa.berger@nationalcity.com
louis.romagnoli@nationalcity.com
marcie.knittel@nationalcity.com

## Company & Corresponding Email Addresses

marilou.hitt@nationalcity.com
mark.atkinson@nationalcity.com
mark.bauhof@nationalcity.com
mark.lozina@nationalcity.com
mark.ringel@nationalcity.com
matt.mueller@nationalcity.com
matthew.downing@nationalcity.com
matthew.sherman@nationalcity.com
melvin.fernandes@nationalcity.com
michael.giannantonio@nationalcity.com
michael.kim@nationalcity.com
michael.moose@nationalcity.com
michael.pearl@nationalcity.com
michael.wagner@nationalcity.com
mike.davis2@nationalcity.com
mitchell.krahe@nationalcity.com
nanette.stevens@nationalcity.com
nicholas.srmag@nationalcity.com
nick.raich@nationalcity.com
nina.myers@nationalcity.com
pamela.maloney@nationalcity.com
patrick.azouri@nationalcity.com
patrick.gillentine@nationalcity.com
rebecca.berridge@nationalcity.com
renee.bonnell@nationalcity.com
renold.thompson@nationalcity.com
richard.dekaser@nationalcity.com
richard.stevens@nationalcity.com
rick.foytek@nationalcity.com
rita.ontko@nationalcity.com
robert.crowl@nationalcity.com
robert.gonci@nationalcity.com
robert.isaacs@nationalcity.com
robert.siefers@nationalcity.com
robert.taskey@nationalcity.com
russell.croninjr@nationalcity.com
rusty.sommer@nationalcity.com
ryan.brady@nationalcity.com
sara.spock@nationalcity.com
scott.cammenga@nationalcity.com
sen.li@nationalcity.com
stephen.hoedt@nationalcity.com
stephen.monto@nationalcity.com
steve.mcginnis@nationalcity.com
suzanne.rhen@nationalcity.com
tar@nationalcity.com
tei.onaka@nationalcity.com
terence.dooley@nationalcity.com
thomas.gurbach@nationalcity.com
thomas.jalics@nationalcity.com
thomas.o'malley@nationalcity.com
tim.swanson@nationalcity.com
timothy.compan@nationalcity.com
timothy.coyne@nationalcity.com

## Company & Corresponding Email Addresses

timothy.mackin@nationalcity.com
tobin.thomas@nationalcity.com
tony.daher@nationalcity.com
tony.swindall@nationalcity.com
twanna.cloyd@nationalcity.com
victoria.filkins@nationalcity.com
william.feeley@nationalcity.com
william.gutherie@nationalcity.com
william.mcdonnell@nationalcity.com
william.natcher@nationalcity.com

### national-city

cindy.liston@national-city.com
glen.matz@national-city.com
graig.stettner@national-city.com
gwen_o_ronald@national-city.com
howard.mccalip@national-city.com
james.sweet@national-city.com
james.walter@national-city.com
jennifer.wolfert@national-city.com
jim.myers@national-city.com
leslie.allfree@national-city.com
linda.heuman@national-city.com
michael.whalen@national-city.com
rod.elliott@national-city.com
timothy.holmes@national-city.com
timothy.mcdonough@national-city.com
walid.abdulkarim@national-city.com

### nationallife

dbrownlee@nationallife.com
dgass@nationallife.com
khart@nationallife.com
shiggins@nationallife.com

### nationalwesternlife

invest@nationalwesternlife.com
nmiller@nationalwesternlife.com

### nationstarmail

chris.delfs@nationstarmail.com
greg.neal@nationstarmail.com
james.jopio@nationstarmail.com
john.ortega@nationstarmail.com
peter.schwartz@nationstarmail.com
rick.cardillo@nationstarmail.com

### nationwide

abernem@nationwide.com
alanc.brown@nationwide.co.uk
alex.bannister@nationwide.co.uk
alex.ingham@nationwide.com
alison.gayton@nationwide.co.uk
andersb4@nationwide.com
andrew.hutchinson@nationwide.co.uk
andrewm1@nationwide.com
baigt@nationwide.com
baneyr@nationwide.com
barry.smith@nationwide.co.uk

**Company & Corresponding Email Addresses**

baterk@nationwide.com
bathj@nationwide.com
bensona1@nationwide.com
beshuka@nationwide.com
beth.wills@nationwide.co.uk
bhuttaj@nationwide.com
bingamc@nationwide.com
blakel@nationwide.com
boswelj7@nationwide.com
brian.cahill@nationwide.co.uk
brownm19@nationwide.com
buckj2@nationwide.com
burnsg@nationwide.com
bursinm@nationwide.com
burtchw@nationwide.com
cainj6@nationwide.com
caroline.riley@nationwide.co.uk
cassidyp@nationwide.com
cavinec@nationwide.com
caxidea@nationwide.com
changi@nationwide.com
chenens@nationwide.com
christopher.grant@nationwide.co.uk
cmaleyc1@nationwide.com
combsj7@nationwide.com
coonsf@nationwide.com
cornw@nationwide.com
daniel.mundy@nationwide.co.uk
davisg7@nationwide.com
donosoc@nationwide.com
edgarp@nationwide.com
ellen.nicholas@nationwide.co.uk
engw@nationwide.com
finefrc1@nationwide.com
fionnuala.earley@nationwide.co.uk
francis.hutchinson@nationwide.co.uk
frisbew@nationwide.com
fritzd1@nationwide.com
garry.mccubbin@nationwide.co.uk
gary.holland@nationwide.co.uk
geilr@nationwide.com
gifforb@nationwide.com
gilliaj2@nationwide.com
gleasot@nationwide.com
graeme.hughes@nationwide.co.uk
graham.thorn@nationwide.co.uk
gwinr1@nationwide.com
hallowh@nationwide.com
hanosej@nationwide.com
harropt@nationwide.com
hartwic@nationwide.com
hayley.sage@nationwide.co.uk
helen.short@nationwide.co.uk
heschs@nationwide.com

**Company & Corresponding Email Addresses**

howeld19@nationwide.com
huangj5@nationwide.com
huberr2@nationwide.com
huw.davies@nationwide.co.uk
iain.davies@nationwide.co.uk
jeremy.wood@nationwide.co.uk
jim.gibbons@nationwide.co.uk
jindaln@nationwide.com
jonathan.luff@nationwide.co.uk
jordanb8@nationwide.com
jordans@nationwide.com
justin.fox@nationwide.co.uk
kalbb@nationwide.com
karen.heaney@nationwide.co.uk
karl.austin@nationwide.co.uk
kelvin.yarker@nationwide.co.uk
kevin.farr@nationwide.co.uk
kevinc.mcgovern@nationwide.co.uk
kingjk@nationwide.com
kitched@nationwide.com
klemesb@nationwide.com
knudsok@nationwide.com
larry.banda@nationwide.co.uk
lee.thorpe@nationwide.co.uk
leggett1@nationwide.com
liam.coleman@nationwide.co.uk
liam.kelly@nationwide.co.uk
lonergw@nationwide.com
longfeb@nationwide.com
lutzg@nationwide.com
maderk@nationwide.com
magand@nationwide.com
magestd@nationwide.com
mak@nationwide.com
maleyc1@nationwide.com
mangasj@nationwide.com
manish.shah@nationwide.co.uk
manyems@nationwide.com
marcus.goffin@nationwide.co.uk
mario.miracco@nationwide.co.uk
mark.hedges@nationwide.co.uk
mark.morris@nationwide.co.uk
mark.saddleton@nationwide.co.uk
marrj4@nationwide.com
martin.graham@nationwide.co.uk
martyn.dyson@nationwide.co.uk
matherd@nationwide.com
mccause@nationwide.com
mcculls2@nationwide.com
mcnaughr@nationwide.com
melloney.bourn@nationwide.co.uk
michelle.devine@nationwide.co.uk
moledih@nationwide.com
montsdj@nationwide.com

**Company & Corresponding Email Addresses**

mynstep@nationwide.com
natalia.yakushev@nationwide.co.uk
neil.milton@nationwide.co.uk
nguyena4@nationwide.com
nick.cox@nationwide.co.uk
nick.robinson@nationwide.com
nigel.bazely@nationwide.co.uk
patelc1@nationwide.com
pengg@nationwide.com
phlegaj@nationwide.com
pipera@nationwide.com
poeppem@nationwide.com
powerst4@nationwide.com
puccij@nationwide.com
rabadam@nationwide.com
randy.nemecek@nationwide.com
renegal@nationwide.com
reynars@nationwide.com
richard.humphreys@nationwide.co.uk
rotherp@nationwide.com
samantha.glennerster@nationwide.co.uk
sampats@nationwide.com
sarah.hill@nationwide.co.uk
saudera@nationwide.com
schausb@nationwide.com
schmide3@nationwide.com
scott.freeman@nationwide.co.uk
seelyc@nationwide.com
serpicr@nationwide.com
siberej@nationwide.com
simpkip@nationwide.com
skorar@nationwide.com
sloneg1@nationwide.com
snyderl2@nationwide.com
songz@nationwide.com
steinmt1@nationwide.com
stengeu@nationwide.com
surya.devaguptapu@nationwide.co.uk
susan.grant@nationwide.co.uk
thompss4@nationwide.com
tilsonj1@nationwide.com
tim.mills@nationwide.co.uk
todryka@nationwide.com
tommy.chung@nationwide.co.uk
tothd@nationwide.com
tregeao@nationwide.com
trotteg@nationwide.com
vancew@nationwide.com
verband@nationwide.com
wangj6@nationwide.com
welchc@nationwide.com
westb3@nationwide.com
whitakw1@nationwide.com
widmays@nationwide.com

## Company & Corresponding Email Addresses

wildea1@nationwide.com
woodwar@nationwide.com
youngjp@nationwide.com
yuc2@nationwide.com
zhout@nationwide.com
zhuz@nationwide.com
ziliakj@nationwide.com

### nationwide financial
robertoakley@nationwide financial.com

### natixis
anadi.jauhari@natixis.us
ayala.cohen@multimanager.natixis.com
david.pershad@natixis.us
edward.parkes@natixis.us
franck.boisson@ap.natixis.com
harold.birk@natixis.us
jesse.sable@natixis.us
john.leitch@blr.natixis.com
jonathan.seligson@blr.natixis.com
karen.lim@ap.natixis.com
marie-edith.dugeny@natixis.us
mikal.patel@cm.natixis.com
patrick.owens@natixis.us
rus.lin@natixis.us
vincent.lauras@natixis.us
zineb.bouazzaoui@natixis.us

### natwestgfm
tony.tita@na.natwestgfm.com

### naver
hojung82@naver.com
kangsewon@naver.com
kwonkch@naver.com
leejw30@naver.com
sangwooh@naver.com

### navigator
siambk06@navigator.com

### nav-international
anthony.aiello@nav-international.com

### navispartners
tmocarski@navispartners.com

### navyfederal
darleen_brumley@navyfederal.org
laurie_bowden@navyfederal.org

### navymutual
amccray@navymutual.org
bcecil@navymutual.org

### nb
abacu@nb.com
abhishek.rathod@nb.com
adgelnic@nb.com
adiaz@nb.com
afoss@nb.com
agerrits@nb.com
aheitner@nb.com

## Company & Corresponding Email Addresses

ajuros@nb.com
amanolias@nb.com
amoretti@nb.com
andre.chan@nb.com
apadva@nb.com
apiccinich@nb.com
apritti@nb.com
apullano@nb.com
asingh@nb.com
autterma@nb.com
awilmot@nb.com
axel.schupf@nb.com
banderson@nb.com
bangus@nb.com
barbara.tarmy@nb.com
bcase@nb.com
bcetron@nb.com
bgaffney@nb.com
bjackson@nb.com
bjones@nb.com
bmullick@nb.com
bpearlman@nb.com
bpeck@nb.com
breiner@nb.com
brennan.hawken@nb.com
brian.kerrane@nb.com
bsegal@nb.com
bwong@nb.com
carias@nb.com
catherine.fabrizio@nb.com
cdamian@nb.com
cdelvillar@nb.com
cgretta@nb.com
chad.bruso@nb.com
charnguy@nb.com
ciampa@nb.com
ckantor@nb.com
ckoplin@nb.com
clifschutz@nb.com
codover@nb.com
coliner@nb.com
conrad.saldanha@nb.com
cporten@nb.com
creynolds@nb.com
cugwumba@nb.com
daross@nb.com
david.bunan@nb.com
david.wilsonjr@nb.com
dburshtan@nb.com
dflanagan@nb.com
dfletcher@nb.com
dgeffen@nb.com
dgertzulin@nb.com
dgiuffra@nb.com

**Company & Corresponding Email Addresses**

dlevine@nb.com
dmfogel@nb.com
dmigliorato@nb.com
dmizrachi@nb.com
dmontague@nb.com
dpaduano@nb.com
dpedowitz@nb.com
dportny@nb.com
dquartner@nb.com
drachlin@nb.com
drosenblatt@nb.com
dseto@nb.com
dweiner@nb.com
eboland@nb.com
ebrowne@nb.com
ecohen@nb.com
eeisman@nb.com
ekyriacou@nb.com
elopezbalboa@nb.com
emmerman@nb.com
ereagan@nb.com
eric.ribner@nb.com
erwin.zeuschner@nb.com
esia@nb.com
esterne@nb.com
fabbasi@nb.com
francis.fraenkel@nb.com
fsoule@nb.com
gabriel.presler@nb.com
gfrancfort@nb.com
ggulyan@nb.com
ghirai@nb.com
gjohanson@nb.com
gkaminsky@nb.com
grace.lee@nb.com
greg.bayvel@nb.com
gretchen.deignan@nb.com
gspivak@nb.com
hari.srinivasan@nb.com
hberlin@nb.com
help@nb.com
hganek@nb.com
hnewman@nb.com
hramallo@nb.com
hrubin@nb.com
idyott@nb.com
irbabush@nb.com
jagramonte@nb.com
jakob.grinbaum@nb.se
jan.sarlvik@nb.se
jared.mann@nb.com
jason.tauber@nb.com
jaston@nb.com
jbaicich@nb.com

## Company & Corresponding Email Addresses

jbaker@nb.com
jbarker@nb.com
jblumberger@nb.com
jbolton@nb.com
jbrorson@nb.com
jcaldas@nb.com
jchaikin@nb.com
jcollins@nb.com
jeff.nevins@nb.com
jeffreystein@nb.com
jefwyll@nb.com
jesschen@nb.com
jfurmato@nb.com
jgartland@nb.com
jhanna@nb.com
jhavriluk@nb.com
jhealy@nb.com
jheldman@nb.com
jkauffmann@nb.com
jkaufmann@nb.com
jkramer@nb.com
jlandau@nb.com
jlane@nb.com
jlasser@nb.com
jlovito@nb.com
jmadden@nb.com
jmariconti@nb.com
jmenzin@nb.com
jnadell@nb.com
joe.bender@nb.com
john.mcgovern@nb.com
jpmahaney@nb.com
jrivkin@nb.com
jschaefer@nb.com
jsulecki@nb.com
jterzis@nb.com
jvale@nb.com
jvanleeuwen@nb.com
jyuen@nb.com
kdaly@nb.com
kdelfino@nb.com
keith.tillman@nb.com
kgandre@nb.com
kgoel@nb.com
khowe@nb.com
khull@nb.com
kim.hansson@nb.se
kkahn@nb.com
kkalebich@nb.com
kkim@nb.com
klind@nb.com
kmccarthy@nb.com
krolson@nb.com
krostkowski@nb.com

**Company & Corresponding Email Addresses**

kryan@nb.com
ksimons@nb.com
kturek@nb.com
kwagner@nb.com
laberman@nb.com
lbalseiro@nb.com
lbretter@nb.com
ldix@nb.com
leisman@nb.com
lfisher@nb.com
lfitzpatrick@nb.com
lindsey.shaffner@nb.com
ljoe@nb.com
lluckmann@nb.com
lpollack@nb.com
lshields@nb.com
lsloate@nb.com
lsolmonson@nb.com
lsteinberger@nb.com
ltawil@nb.com
lthomas@nb.com
marc.regenbaum@nb.com
marisa.hernandez@nb.com
matthew.chan@nb.com
mbarr@nb.com
mbowyer@nb.com
mcohen@nb.com
mdesmond@nb.com
mehvish.rahman@nb.com
mfoster@nb.com
mgiordano@nb.com
mgoldstein@nb.com
mhanratty@nb.com
miles.price@nb.com
milin.rao@nb.com
mkamen@nb.com
mkaminsky@nb.com
mkomer@nb.com
mlazaro@nb.com
mllerena@nb.com
mlloyd@nb.com
mmessinger@nb.com
mpappas@nb.com
mporter@nb.com
mprainito@nb.com
msankey@nb.com
mscarpa@nb.com
mschrieber@nb.com
mschwartz@nb.com
mstein@nb.com
msullivan@nb.com
mzimmerman@nb.com
narevalo@nb.com
neill.groom@nb.com

**Company & Corresponding Email Addresses**

oksana.falenchuk@nb.com
paolo.frattaroli@nb.com
paul.leonardi@nb.com
paul.marsh@nb.com
pberdeja@nb.com
pbock@nb.com
pcallahan@nb.com
pchadha@nb.com
peter.eng@nb.com
peterrudman@nb.se
pkong@nb.com
pstrauss@nb.com
psundman@nb.com
pwade@nb.com
pwag@nb.com
pwang@nb.com
pwarner@nb.com
raheel.siddiqui@nb.com
rakeson@nb.com
ralph.defeo@nb.com
ravi.sankaran@bmo.nb.com
rcorman@nb.com
rdalelio@nb.com
rfranklin@nb.com
rfranzese@nb.com
rgerdeman@nb.com
rglasebrook@nb.com
rgrau@nb.com
rhaydon@nb.com
rhutton@nb.com
rjgatwar@nb.com
rlevine@nb.com
rmackenson@nb.com
rmarsh@nb.com
rmeyer@nb.com
rnackenson@nb.com
robaranc@nb.com
rolsen@nb.com
ronald.silvestri@nb.com
rorusso@nb.com
rpeterson@nb.com
rwerman@nb.com
rwhateley@nb.com
sajjadl@nb.com
sandy.goyal@nb.com
saurin.shah@nb.com
schin@nb.com
scott.dynan@nb.com
scott.hoina@nb.com
scthomas@nb.com
sdelia@nb.com
sespinosa@nb.com
sfreeman@nb.com
sgorman@nb.com

## Company & Corresponding Email Addresses

shaifali.aggarwal@nb.com
sherwin.soo@nb.com
sjpollak@nb.com
skatz@nb.com
smullen@nb.com
smurphy@nb.com
snangia@nb.com
socho@nb.com
spomeroy@nb.com
sriecke@nb.com
sromano@nb.com
sschaeffer@nb.com
sshigekawa@nb.com
stevebrown@nb.com
steven.majocha@nb.com
stfocken@nb.com
svijay@nb.com
svoulgaris@nb.com
sweiner@nb.com
sweiss@nb.com
swoodcock@nb.com
tbenzel@nb.com
tchallande@nb.com
tcreedon@nb.com
tdonahue@nb.com
tgleason@nb.com
theltman@nb.com
theres.abrahamsson@nb.se
tricia.tumminello@nb.com
tscott@nb.com
ttowers@nb.com
tvarkey@stonehill.nb.com
ulla.kauppinen@nb.se
vchang@nb.com
vincent.pecoraro@nb.com
vpicinic@nb.com
vscipioni@nb.com
william.hunter@nb.com
wpmuller@nb.com
yturocy@nb.com

### nbad

amal.ollaic@nbad.com
azzam.anani@nbad.ae
derek.hong@nbad.ae
farid.samji@nbad.com
hassan.hamadi@nbad.ae
hein.wielen@nbad.ae
kevin.michael@nbad.ae
mahmood.alaradi@nbad.com
mohamed.wafik@nbad.ae
musa.haddad@nbad.ae
natraj.shankar@nbad.ae
robert.smith@nbad.ae
sherif.zeneiny@nbad.com

## Company & Corresponding Email Addresses

steve.harrison@nbad.com
umair.tariq@nbad.com
ziad.sawan@nbad.ae

### nbadsuisse

abreccolini@nbadsuisse.ch

### nbak

gary.dalton@nbak.com

### nbb

anne.copperman@nbb.be
catherine.specia@nbb.be
christoph.machiels@nbb.be
documentation@nbb.be
eddy.dekoker@nbb.be
etienne.lavigne@nbb.be
finstab@nbb.be
jan.dewit@nbb.be
jan.dhondt@nbb.be
luc.coene@nbb.be
micheline.huart@nbb.be
norbert.vandecan@nbb.be
pierre.ledoyen@nbb.be
rajesh.iyer@nbb.com.bh
riyadh.yousif@nbb.com.bh
serge.longueville@nbb.be
yves.pirlet@nbb.be

### nbcbank

martha.johnson@nbcbank.com

### nbd

antonyi@nbd.com
popatn@nbd.com
rahmer@nbd.com
rickyh@nbd.com
sarrajf@nbd.com
schneiderp@nbd.com
varmas@nbd.com
vincentw@nbd.com

### nbeny

rshiber@nbeny.com

### nbf

andrew.marks@nbf.ca
bpahwa@nbf.co.ae
dharam.whabi@nbf.ae
ljan@nbf.co.ae
mark.attanasio@nbf.ca
saikat.kumar@nbf.ae
sunnyk@nbf.ae

### nbfinancial

robert.wessel@nbfinancial.com

### nbf-us

shealey@nbf-us.com
yshmuylovich@nbf-us.com

### nbg

aristotelis.skarentzos@nbg.gr
azacha@nbg.gr

## Company & Corresponding Email Addresses

bikou.anastasia@nbg.gr
burgayran.eric@nbg.gr
ctsagk@nbg.gr
daliakopoulos.stavros@nbg.gr
dkofid@nbg.gr
eastar@nbg.gr
gion.themistokli@nbg.gr
igneso@nbg.gr
itsope@nbg.gr
kmania@nbg.gr
lfragk@nbg.gr
lvalli@nbg.gr
papagrigoris.gr@nbg.gr
pchristo@nbg.gr
stephens.brian@nbg.gr
strange.bernard@nbg.gr
vlaseros.vasilios@nbg.gr
vmastr@nbg.gr
yiota.chondrou@nbg.gr

### nbg-france
dbertin@nbg-france.com

### nbgi
pmiaris@nbgi.co.uk

### nbgisec
aritossa@nbgisec.com

### nbim
aaa@nbim.no
adc@nbim.no
aha@nbim.no
aso@nbim.no
asw@nbim.no
ath@nbim.no
ati@nbim.no
atr@nbim.no
awb@nbim.no
bcl@nbim.no
beg@nbim.no
cah@nbim.no
chb@nbim.no
cma@nbim.no
ctn@nbim.no
dab@nbim.no
daj@nbim.no
dal@nbim.no
dhs@nbim.no
dma@nbim.no
dsh@nbim.no
dso@nbim.no
efo@nbim.no
efr@nbim.no
ega@nbim.no
egs@nbim.no
eko@nbim.no
elin.berg@nbim.no

## Company & Corresponding Email Addresses

ell@nbim.no
eoh@nbim.no
erf@nbim.no
erik.hilde@nbim.no
erp@nbim.no
esh@nbim.no
fek@nbim.no
fth@nbim.no
gch@nbim.no
geir.vestrum@nbim.no
gig@nbim.no
gma@nbim.no
gqh@nbim.no
gra@nbim.no
har@nbim.no
hbe@nbim.no
hck@nbim.no
hef@nbim.no
hfh@nbim.no
hgu@nbim.no
hma@nbim.no
hrh@nbim.no
hst@nbim.no
ils@nbim.no
jah@nbim.no
jdg@nbim.no
jgj@nbim.no
ji@nbim.no
joe@nbim.no
jru@nbim.no
jsu@nbim.no
jve@nbim.no
kam@nbim.no
kbr@nbim.no
kla@nbim.no
kmo@nbim.no
kov@nbim.no
ktn@nbim.no
kw@nbim.no
liying.lim@nbim.no
los@nbim.no
lpj@nbim.no
lvk@nbim.no
lwt@nbim.no
mab@nbim.no
maren.steinberg@nbim.no
mba@nbim.no
mbr@nbim.no
mid@nbim.no
mko@nbim.no
monica.espenes@nbim.no
mru@nbim.no
mvi@nbim.no
mwi@nbim.no

**Company & Corresponding Email Addresses**

nh@nbim.no
oaa@nbim.no
oaw@nbim.no
ocf@nbim.no
ogs@nbim.no
ola@nbim.no
opa@nbim.no
orb@nbim.no
osa@nbim.no
pag@nbim.no
pce@nbim.no
pgo@nbim.no
pjo@nbim.no
pkj@nbim.no
pno@nbim.no
psp@nbim.no
psv@nbim.no
rhe@nbim.no
rhs@nbim.no
rla@nbim.no
rno@nbim.no
rsi@nbim.no
rvv@nbim.no
rwi@nbim.no
sah@nbim.no
sbb@nbim.no
sbu@nbim.no
sel@nbim.no
she@nbim.no
sig@nbim.no
sigmund.kyrdalen@nbim.no
sle@nbim.no
sma2@nbim.no
ssy@nbim.no
stv@nbim.no
sug@nbim.no
sum@nbim.no
tal@nbim.no
tbo@nbim.no
tgr@nbim.no
thh@nbim.no
tib@nbim.no
tjo@nbim.no
tly@nbim.no
tov@nbim.no
trm@nbim.no
tsf@nbim.no
tvm@nbim.no
vegard.benterud@nbim.no
vek@nbim.no
vik@nbim.no
vld@nbim.no
vto@nbim.no
wia@nbim.no

## Company & Corresponding Email Addresses
ys@nbim.no

### nbimc
geoff.arseneau@nbimc.com

### nbindpls
dross@nbindpls.com
msmiley@nbindpls.com

### nbk
ammark@nbk.com
badert@nbk.com
dabdoub@nbk.com
fadichalouhi@nbk.com
georger@nbk.com
hetafm@nbk.com
malekh@nbk.com
mohdqabandi@nbk.com
ramkir@nbk.com

### nbkny
steve.allen@nbkny.com

### nbksg
ghong@nbksg.com.sg
kimmie@nbksg.com.sg
sw.chan@nbksg.com.sg

### nbne
pcardella@nbne.com

### nboc
anthony.dunleavy@nboc.com
butkiewv@nboc.com
chuck.mchugh@nboc.com
mchugh@nboc.com
rogge@nboc.com

### nbp
donald.malicki@nbp.pl

### nbs
alena.kuklisova@nbs.sk
dsvocak@nbs.sk
jim.coleman@nbs.co.uk
karol.mrva@nbs.sk
pavel.horcin@nbs.sk
peter.spano@nbs.sk
vkubica@nbs.sk
vladimir.polhorsky@nbs.sk

### ncbc
a.abuyazid@ncbc.com
a.baarma@ncbc.com
h.altoubaji@ncbc.com
h.redha@ncbc.com
j.hussain@ncbc.com
l.currie@ncbc.com
m.alhaddad@ncbc.com
m.mohammed@ncbc.com
m.seifelnasr@ncbc.com
n.janahi@ncbc.com
r.almajed@ncbc.com
s.abdo@ncbc.com

## Company & Corresponding Email Addresses

s.mansouri@ncbc.com
t.daba@ncbc.com
t.fakhro@ncbc.com

### ncc
pifss3@ncc.moc.kw

### ncfcorp
andrew.davis@ncfcorp.com
james.stubbs@ncfcorp.com
lon.magness@ncfcorp.com
robert.fauntleroy@ncfcorp.com
shelley.wilson@ncfcorp.com

### ncmapital
plyons@ncmapital.com

### ncmcapital
cstopa@ncmcapital.com
dcarter@ncmcapital.com
falston@ncmcapital.com
hbrackett@ncmcapital.com
james.peterson@ncmcapital.com
jfarrar@ncmcapital.com
mcuster@ncmcapital.com
mkhan@ncmcapital.com
mlawrence@ncmcapital.com
msloan@ncmcapital.com
relmer@ncmcapital.com
rick.jones@ncmcapital.com
rlestyk@ncmcapital.com
sjohn@ncmcapital.com
zach.schroeder@ncmcapital.com

### ncmgroup
ray.antes@ncmgroup.com

### ncmi
james.a.stouse@ncmi.com
jim.e.furr@ncmi.com
john.g.leibach@ncmi.com
model@ncmi.com

### nctreasurer
michael.nichols@nctreasurer.com

### nctrust
bob.borkowski@nctrust.com
doug.ebert@nctrust.com
john.rich@nctrust.com
marty.stenhouse@nctrust.com
rosemarie.reardon@nctrust.com
sandy.boes@nctrust.com
steve.frost@nctrust.com

### ndu
sullivanp@ndu.edu

### nebomanagement
daniel@nebomanagement.com
glenn@nebomanagement.com
tyler@nebomanagement.com

### neded
rbaier@neded.org

## Company & Corresponding Email Addresses

### neelmeyer
jan-eike.ehlers@neelmeyer.de
torsten.vetter@neelmeyer.de
volker.sarstedt@neelmeyer.de

### nefm
jdecouto@nefm.com

### nesteoil
juha.rouhiainen@nesteoil.com

### nestle
alain.chevee@nestle.com
alexander-james.thomson@nestle.com
ann.arbiol@nestle.com
bernadette.fabian@nestle.com
claude.crottaz@nestle.com
claudio.menghi@nestle.com
colombe.sudan@nestle.com
edward.hart@nestle.com
fabian.zepeda@nestle.com
gilbert.dupuis@nestle.com
jacques.marmier@nestle.com
jean-philippe.barbey@nestle.com
jean-pierre.steiner@nestle.com
john-kenneth.gillbanks@nestle.com
juerg.sudry@nestle.com
julian.green@uk.nestle.com
karin.brodbeck@us.nestle.com
manfred.lehmann@us.nestle.com
martin.huber@nestle.com
mathieu.cheysson@nestle.com
matteo.lodrini@nestle.com
michael.shrum@nestle.com
oriane.seydoux@nestle.com
patrick.yot@nestle.com
peter.tait@uk.nestle.com
peter.turnor@uk.nestle.com
philippe.blondiaux@nestle.com
phillippe.chapuis@nestle.com
roberto.manfreda@it.nestle.com
sandra.parisi@nestle.com
stephan.chauderna@nestle.com
tatsuya.mori@nestle.com
thierry.bochud@nestle.com
thierry.ralet@nestle.com
umberto.cirri@nestle.com

### net
colombi@net.mediolanum.it
david_wagenseller@net.com
g.desantis@net.mediolanum.it
mattias.ledunger@net.ptj.se
v.marcora@net.mediolanum.it

### netbank
dearley@netbank.com
jmccoy@netbank.com
wramsay@netbank.com

## Company & Corresponding Email Addresses

**netcologne**
rheinboden@netcologne.de

**netcom**
paulfssb@ix.netcom.com

**netease**
michael8@netease.com

**netglide**
research@netglide.com

**netian**
ytrhee@netian.com

**netntt**
hagino@netntt.fr

**netsgo**
paul123@netsgo.com
sjlee@netsgo.com

**nettuno**
luciocuppini@nettuno.it

**netvigator**
boihk@netvigator.com
bokhgkon@netvigator.com
bpbcvhk@netvigator.com
cyroh@netvigator.com
hanvit03@netvigator.com
hanvit04@netvigator.com
k9304@netvigator.com
llx@netvigator.com

**netvision**
belisha@netvision.net.il
bumbak@netvision.net.il
ldagan1@netvision.net
moran02@netvision.net.il

**neuberger**
jatyre@neuberger.com

**nevrodie**
aromaine@nevrodie.com
cjohnson@nevrodie.com
dloncto@nevrodie.com
lmcandrews@nevrodie.com
mnieves@nevrodie.com
mtraber@nevrodie.com
mtraver@nevrodie.com
nfurlanetto@nevrodie.com
nnejame@nevrodie.com
psilzer@nevrodie.com
sscott@nevrodie.com

**new-alliance**
peter_henricks@new-alliance.com
sandy_chan@new-alliance.com

**newalliancebank**
jfadams@newalliancebank.com

**newberryfederalbank**
ssligh@newberryfederalbank.com

**newmontmining**
rengel@newmontmining.com

## Company & Corresponding Email Addresses

**newportglobaladvisors**
t.reeg@newportglobaladvisors.com

**newsalemcapital**
apaul@newsalemcapital.com
ecosio@newsalemcapital.com
mwestman@newsalemcapital.com

**newstar**
jandrews@newstar.com

**newstaram**
agibbs@newstaram.com
agold@newstaram.com
amiller@newstaram.com
bdixon@newstaram.com
bpakenham@newstaram.com
cbarton@newstaram.com
cburling@newstaram.com
cchien@newstaram.com
cdeptford@newstaram.com
cstephenson@newstaram.com
ctritton@newstaram.com
dpindoria@newstaram.com
eadderson@newstaram.com
gcrossland@newstaram.com
gdeblonay@newstaram.com
ggriffith@newstaram.com
gkerr@newstaram.com
glogan@newstaram.com
hambrose@newstaram.com
hcovington@newstaram.com
hdixon@newstaram.com
hthakrar@newstaram.com
htyser@newstaram.com
ian.beattie@newstaram.co.uk
ilance@newstaram.com
jallsopp@newstaram.com
jane.watters@newstaram.com
jbamford@newstaram.com
jduffield@newstaram.com
jgledhill@newstaram.com
jridgewell@newstaram.com
lbernays@newstaram.com
mbeale@newstaram.com
mfotiadis@newstaram.com
mgroves@newstaram.com
mharrison@newstaram.com
mhurley@newstaram.com
mjamieson@newstaram.com
mksanders@newstaram.com
mpeacock@newstaram.com
nbrind@newstaram.com
ncampling@newstaram.com
nhayes@newstaram.com
nmeinertzhagen@newstaram.com
nsheridan@newstaram.com

**Company & Corresponding Email Addresses**

pmaxwell@newstaram.com
pmay@newstaram.com
proantree@newstaram.com
ranand@newstaram.com
richard.lewis@newstaram.com
rpease@newstaram.com
rruvigny@newstaram.com
rwhite@newstaram.com
slyttelton@newstaram.com
snaish@newstaram.com
srowe@newstaram.com
sshore@newstaram.com
styrrell@newstaram.com
sward@newstaram.com
swhittaker@newstaram.com
tbray@newstaram.com
thedden@newstaram.com
tserero@newstaram.com
tsteer@newstaram.com
tthompson@newstaram.com
twicks@newstaram.com
tzemek@newstaram.com

**newton**

ailsa_kegler@newton.co.uk
alex_stanic@newton.co.uk
andrew_couch@newton.co.uk
andrew_headley@newton.co.uk
audrey_lowrie@newton.co.uk
ben_russon@newton.co.uk
bob_gullett@newton.co.uk
campbell_watterson@newton.co.uk
caroline_lindsay@newton.co.uk
charles_french@newton.co.uk
charles_watterson@newton.co.uk
charles_whall@newton.co.uk
charlotte_ryland@newton.co.uk
christopher_metcalfe@newton.co.uk
damian_debellotte@newton.co.uk
damian_devellotte@newton.co.uk
daniel_white@newton.co.uk
danny_bourne@newton.co.uk
david_stieger@newton.co.uk
dominic_howlett@newton.co.uk
duncan_bulgin@newton.co.uk
ed_godden@newton.co.uk
ewan_markson-brown@newton.co.uk
fati_naraghi@newton.co.uk
firstname_surname@newton.co.uk
fred_moore@newton.co.uk
gemma_kingsley@newton.co.uk
giles_parkinson@newton.co.uk
gregory_lord@newton.co.uk
helen_christie@newton.co.uk
helen_groves@newton.co.uk

## Company & Corresponding Email Addresses

helena_morrissey@newton.co.uk
howard_cunningham@newton.co.uk
iain_stewart@newton.co.uk
james_harries@newton.co.uk
james_lowen@newton.co.uk
jamie_korner@newton.co.uk
jane_winchester@newton.co.uk
jason_mcaleer@newton.co.uk
jason_pidcock@newton.co.uk
jeff_munroe@newton.co.uk
jeremy_stuber@newton.co.uk
jo_bowen@newton.co.uk
john_bell@newton.co.uk
john_ewen@newton.co.uk
john_hair@newton.co.uk
jon_bell@newton.co.uk
jon_monnery@newton.co.uk
jonathan_bell@newton.co.uk
jonathan_dye@newton.co.uk
joseph_meawad@newton.co.uk
julie_carey@newton.co.uk
katherine_swanston@newton.co.uk
liannehackie@newton.co.uk
libby_williams@newton.co.uk
lisa_hamilton@newton.co.uk
mark_ivory@newton.co.uk
mark_rayward@newton.co.uk
martin_batty@newton.co.uk
mary_mccarthy@newton.co.uk
matthew_brown@newton.co.uk
mike_connor@newton.co.uk
mike_o'brien@newton.co.uk
miki_sugimoto@newton.co.uk
neil_smith@newton.co.uk
neiloy_ghosh@newton.co.uk
nick_clay@newton.co.uk
nick_moss@newton.co.uk
parmeshwar_chadha@newton.co.uk
patricia_bridson@newton.co.uk
paul_butler@newton.co.uk
paul_markham@newton.co.uk
paul_stephany@newton.co.uk
paula_niall@newton.co.uk
peter_hensman@newton.co.uk
philip_collins@newton.co.uk
philip_england@newton.co.uk
rajesh_shant@newton.co.uk
richard_wilmot@newton.co.uk
richard_wintle@newton.co.uk
robert_canepa-anson@newton.co.uk
robert_marshall-lee@newton.co.uk
robert_shelton@newton.co.uk
roger_wilkinson@newton.co.uk
rosalind_finney@newton.co.uk

**Company & Corresponding Email Addresses**

rosie_bichard@newton.co.uk
ross_ciesla@newton.co.uk
ruadhri_duncan@newton.co.uk
russell_pointon@newton.co.uk
sally_springer@newton.co.uk
sara_lowne@newton.co.uk
simon_laing@newton.co.uk
simon_nichols@newton.co.uk
simon_pryke@newton.co.uk
sophia_whitbread@newton.co.uk
stephen_oconnell@newton.co.uk
stephen_rowntree@newton.co.uk
stewart_cowley@newton.co.uk
stuart_eaton@newton.co.uk
susan_duffy@newton.co.uk
susan_ritchie@newton.co.uk
theresa_buckland@newton.co.uk
thomas_beevers@newton.co.uk
tim_lucas@newton.co.uk
tim_wilson@newton.co.uk
tineke_frikkee@newton.co.uk
tobias_bucks@newton.co.uk
zhixin_shu@newton.co.uk
zoe_kan@newton.co.uk

**newton**

robert_stewart@newton .co.uk

**new-york**

gould@new-york.sl.slb.com

**newyorklife**

alexandra_m_lomakin@newyorklife.com
apollack@newyorklife.com
clement_lau@newyorklife.com
courtenay_sturdevant@newyorklife.com
debra_curran@newyorklife.com
george_e_silos@newyorklife.com
gideon_pell@newyorklife.com
helen_vlassis@newyorklife.com
jaijit_kumar@newyorklife.com
jean_liu@newyorklife.com
kathleen_haberkern@newyorklife.com
lydia_sangree@newyorklife.com
michael_angelini@newyorklife.com
mourad_a_elayan@newyorklife.com
richard_schwartz@am.newyorklife.com

**ngc**

andy.ward@ngc.com
daniel.wong@ngc.com
dennis.newberry@ngc.com
denny.mcsweeny@ngc.com
gaston.kent@ngc.com
johnett.ryans@ngc.com
karim.gowani@ngc.com
mark.davidson@ngc.com
silva.sak@ngc.com

## Company & Corresponding Email Addresses

### ngm
alex.hack@ngm.co.uk
justin.eeles@ngm.co.uk
simon.down@ngm.co.uk

### ngrid
alison.stevens@ngrid.com

### ngtgroup
andrew.kluth@ngtgroup.com
kwok.liu@ngtgroup.com

### nib
bo.heide-ottosen@nib.fi
elice.pero@nib.int
jens.hellerup@nib.int
jon.thorsteinsson@nib.int
juha.kotajoki@nib.int
kaare.andersen@nib.int
kari.kukka@nib.fi
mattias.bremer@nib.int
patrik.wainio@nib.int
samu.slotte@nib.fi
sten.holmberg@nib.fi
susanne.fagerstolt@nib.int
torben.nielsen@nib.int

### nibc
alan.van.der.kamp@nibc.com
collateral@nibc.com
cora.mos@nibc.com
dirk.van.den.beukel@nibc.com
duncan.de.vries@nibc.com
emile.van.der.burg@nibc.com
frenk.van.der.vliet@nibc.com
hans.starrenburg@nibc.com
hans.van.leeuwen@nibc.com
hein.bulter@nibc.com
jan-jaap.meindersma@nibc.com
jan-willem.van.tongeren@nibc.com
jurgen.veenbergen@nibc.com
niek.allon@nibc.com
paul.van.der.worp@nibc.com
peter.van.der.sterren@nibc.com
rogier.everwijn@nibc.com
stephen.hotsma@nibc.com
toine.teulings@nibc.com
victor.van.will@nibc.com
vsevolod.nefedov@nibc.com

### nibcapital
charly.zwemstra@nibcapital.com
daniella.steenbergen@nibcapital.com
dick.van.ingen@nibcapital.com
edward.nijmeijer@nibcapital.com
emile.wentzel@nibcapital.com
guus.vermont@nibcapital.com
herman.guelovani@nibcapital.com
hugo.van.kattendijke@nibcapital.com

**Company & Corresponding Email Addresses**

jean.spanjersberg@nibcapital.com
jeroen_van.hessen@nibcapital.c
john.van.grootel@nibcapital.com
jonathan.butler@nibcapital.com
kim.pintelon@nibcapital.com
lucas.ruland@nibcapital.com
luuk.veenstra@nibcapital.com
paul.zekveld@nibcapital.com
richard.luijken@nibcapital.com
sean.costello@nibcapital.com
tarun.buxani@nibcapital.com

**nic**
treasury@nic.com.kw

**nicholas**
kathyevans@nicholas.com

**nicholasfunds**
arutlin@nicholasfunds.com
djohnson@nicholasfunds.com
dnicholas@nicholasfunds.com
gmarquardt@nicholasfunds.com
jkinnel@nicholasfunds.com
jmay@nicholasfunds.com
lpavelec@nicholasfunds.com
mgiese@nicholasfunds.com
mshelton@nicholasfunds.com

**nicos**
tetsurou.oomura@nicos.co.jp

**nifa**
christie.weston@nifa.org
jody.cook@nifa.org
judy.krasomil@nifa.org
steve.clements@nifa.org
timkenny@nifa.org

**nifty**
dcj-tfuse@nifty.com
kakuta.tominbank@nifty.com
tohoport@nifty.com

**niftyserve**
pxc04655@niftyserve.or.jp

**nihonjishin**
m-kobayashi@nihonjishin.co.jp
m-morishima@nihonjishin.co.jp
yoshio-yamashita@nihonjishin.co.jp

**nijobs**
john@nijobs.com

**ninegatescapital**
mrwedodge@ninegatescapital.com

**nisanet**
aaron.johnson@nisanet.com
alex.barenboym@nisanet.com
anthony.pope@nisanet.com
biswajit.bhattacharya@nisanet.com
brad.davis@nisanet.com
carl.kuebler@nisanet.com

## Company & Corresponding Email Addresses

carlos.celentano@nisanet.com
cheryl.hanson@nisanet.com
chris.moore@nisanet.com
dave.eichhorn@nisanet.com
ed.ziehmer@nisanet.com
ellen.dennis@nisanet.com
jason.sammet@nisanet.com
jorge.diaz-silva@nisanet.com
ken.lester@nisanet.com
kevin.turner@nisanet.com
kyle.carlin@nisanet.com
maanie.hamzaee@nisanet.com
matt.byron@nisanet.com
michael.doyle@nisanet.com
moshe.barak@nisanet.com
nathan.strauss@nisanet.com
pat.fuchs@nisanet.com
rebecca.bruenning@nisanet.com
rick.ratkowski@nisanet.com
sergi.turabelidze@nisanet.com
vijay.balakrishnan@nisanet.com
vinod.sadasivam@nisanet.com

**nisi**

anderson@nisi.net
bschalla@nisi.net
dmcconnell@nisi.net
jberrie@nisi.net
rogalinski@nisi.net
skearney@nisi.net

**nisource**

mdwyckoff@nisource.com

**nissay**

a1-inoue@nissay.co.jp
adachi02864@nissay.co.jp
akiyama20939@nissay.co.jp
a-matsu@nissay.co.jp
a-nishikawa@nissay.co.jp
aoki20848@nissay.co.jp
chiba17890@nissay.co.jp
egoshi18766@nissay.co.jp
endou26596@nissay.co.jp
fujimori02827@nissay.co.jp
fujimoto01773@nissay.co.jp
fujimoto20681@nissay.co.jp
fujiwara22503@nissay.co.jp
furuichi01257@nissay.co.jp
h1-endo@nissay.co.jp
h1-takeuchi@nissay.co.jp
hane18756@nissay.co.jp
hara26729@nissay.co.jp
hase22733@nissay.co.jp
hashimura02458@nissay.co.jp
hayami01735@nissay.co.jp
h-deguchi@nissay.co.jp

## Company & Corresponding Email Addresses

hfujikake@nissay.co.uk
h-hayashide@nissay.co.jp
hirose24469@nissay.co.jp
hnishi@nissay.co.uk
h-ohzaki@nissay.co.jp
h-takano@nissay.co.jp
h-takimoto@nissay.co.jp
ichikawa17950@nissay.co.jp
iki26838@nissay.co.jp
i-sasaki@nissay.co.jp
ishii02867@nissay.co.jp
ishimura02856@nissay.co.jp
ishizaki20751@nissay.co.jp
iwasa02885@nissay.co.jp
j-sakasaki@nissay.co.jp
k1-shimizu@nissay.co.jp
kasamatsu022294@nissay.co.jp
kawaguchi02439@nissay.co.jp
kawamori02808@nissay.co.jp
kawanago26743@nissay.co.jp
k-hirai@nissay.co.jp
kikuchi19513@nissay.co.jp
kimura02837@nissay.co.jp
kitamura26732@nissay.co.jp
kitou02355@nissay.co.jp
kiyomori19521@nissay.co.jp
kiyonaga02426@nissay.co.jp
kobayashi02905@nissay.co.jp
kobayashi18294@nissay.co.jp
kobayashi26289@nissay.co.jp
kon24375@nissay.co.jp
kosaka17932@nissay.co.jp
koutari02866@nissay.co.jp
koyakumaru18801@nissay.co.jp
kozaki22685@nissay.co.jp
k-toda@nissay.co.jp
k-tsuchizuka@nissay.co.jp
kuboki19538@nissay.co.jp
kubotani02857@nissay.co.jp
kuge02811@nissay.co.jp
kushiro03178@nissay.co.jp
k-utsumi@nissay.co.jp
k-yamaguchi@nissay.co.jp
masago02823@nissay.co.jp
masuda02318@nissay.co.jp
masuda03242@nissay.co.jp
matsumoto03356@nissay.co.jp
mitsui02828@nissay.co.jp
miwa02834@nissay.co.jp
miyabayashi02872@nissay.co.jp
miyagaki26437@nissay.co.jp
miyake18325@nissay.co.jp
miyawaza@nissay.co.jp
miyazawa03170@nissay.co.jp

## Company & Corresponding Email Addresses

mizuno02505@nissay.co.jp
m-ohtaka@nissay.co.jp
morii03300@nissay.co.jp
moriya05260@nissay.co.jp
muramatsu02877@nissay.co.jp
muramatsu24247@nissay.co.jp
murohashi02816@nissay.co.jp
nagata24444@nissay.co.jp
naitou16836@nissay.co.jp
nakamura18755@nissay.co.jp
nakanishi02815@nissay.co.jp
nakayama01768@nissay.co.jp
namai02262@nissay.co.jp
niimi02814@nissay.co.jp
n-izumida@nissay.co.jp
noguchi17817@nissay.co.jp
nukui05968@nissay.co.jp
okamoto02865@nissay.co.jp
okayasu03326@nissay.co.jp
okuno24340@nissay.co.jp
ooshima02862@nissay.co.jp
ootsuka19626@nissay.co.jp
oshima19414@nissay.co.jp
sakaguchi19592@nissay.co.jp
sakazaki02240@nissay.co.jp
sakuma02858@nissay.co.jp
sasaki22692@nissay.co.jp
satou01778@nissay.co.jp
segawa02272@nissay.co.jp
sekine02338@nissay.co.jp
shimotsu19522@nissay.co.jp
shinohara02869@nissay.co.jp
shintani02911@nissay.co.jp
shiotsu18789@nissay.co.jp
shiroto02400@nissay.co.jp
s-kasai@nissay.co.jp
sorita17822@nissay.co.jp
suzuki02335@nissay.co.jp
suzuki02418@nissay.co.jp
suzuki16846@nissay.co.jp
t1-ishii@nissay.co.jp
t2-amano@nissay.co.jp
takagaki16854@nissay.co.jp
takahashi22679@nissay.co.jp
takano19625@nissay.co.jp
takemura26697@nissay.co.jp
takenaka03302@nissay.co.jp
tanaka20789@nissay.co.jp
terui26698@nissay.co.jp
t-fujii@nissay.co.jp
t-hayama@nissay.co.jp
t-kaida@nissay.co.jp
t-kuroda@nissay.co.jp
t-maeda@nissay.co.jp

## Company & Corresponding Email Addresses

tmiyagawa@nissay.co.uk
tmorimoto@nissay.co.uk
toishigawa20856@nissay.co.jp
tokushima02362@nissay.co.jp
t-saito@nissay.co.jp
tsuchizuka02999@nissay.co.jp
tsurumi20491@nissay.co.jp
y-abiko@nissay.co.jp
y-akasaka@nissay.co.jp
yamamoto02325@nissay.co.jp
yamamoto26597@nissay.co.jp
yamamura24512@nissay.co.jp
yishibashi@nissay.co.uk
y-takayama@nissay.co.jp

**nissay-it**
takashi_uchino@nissay-it.co.jp

**nisshinfire**
kentarou.sakai@nisshinfire.co.jp

**nisshoiwai**
hitomi.yutaka@nisshoiwai.com

**nittanybank**
jprice@nittanybank.com

**njm**
kclayton@njm.com
pbogart@njm.com

**njmgroup**
mlynch@njmgroup.com

**nlcal**
gregory.klyne@nlcal.mail.abb.com
jan.schommartz@nlcal.mail.abb.com
petr.toman@nlcal.mail.abb.com

**nliinter**
h-adachi@nliinter.com

**nml**
lisa.teuteberg@nml.com

**nmoc**
toshiya.nakahara@nmoc.co.jp

**nn-holdings**
kobayashi_katsuhiko@nn-holdings.com

**noaddress**
idonthaveanemail@noaddress.com

**nochu**
ck@nochu.com.hk

**nochubank**
a-hara@nochubank.or.jp
a-kaneda@nochubank.or.jp
akino@nochubank.or.jp
akiyoshifj@nochubank.or.jp
a-kuninaka@nochubank.or.jp
anagano@nochubank.or.jp
a-nakayama@nochubank.or.jp
a-nishi@nochubank.or.jp
annkato@nochubank.or.jp
a-okamoto@nochubank.or.jp

**Company & Corresponding Email Addresses**

atakahashi@nochubank.or.jp
atsushi_nomura@nochubank.or.jp
a-yasutake@nochubank.or.jp
chigusa-uchida@nochubank.or.jp
c-nakata@nochubank.or.jp
crz-umeda@nochubank.or.jp
dfraenkel@nochubank.or.jp
d-sato@nochubank.or.jp
d-wakabayashi@nochubank.or.jp
e-hasegawa@nochubank.or.jp
ekondo@nochubank.or.jp
fujimi@nochubank.or.jp
fund-risk@nochubank.or.jp
furukawa@nochubank.or.jp
f-yokoo@nochubank.or.jp
h-ariga@nochubank.or.jp
hatanaka@nochubank.or.jp
hfujii@nochubank.or.jp
h-hasegawa@nochubank.or.jp
hide_suzuki@nochubank.or.jp
hide-nakano@nochubank.or.jp
hi-ishii@nochubank.or.jp
hiratsuka@nochubank.or.jp
hiroi-a@nochubank.or.jp
hirokazu-masuoka@nochubank.or.jp
hiroshinakamoto@nochubank.or.jp
hisato-ono@nochubank.or.jp
hi-suzuki@nochubank.or.jp
h-kamikawa@nochubank.or.jp
h-kumagai@nochubank.or.jp
h-matsu@nochubank.or.jp
h-ohyanagi@nochubank.or.jp
hoomori@nochubank.or.jp
h-ozawa@nochubank.or.jp
h-shintani@nochubank.or.jp
h-takahashi@nochubank.or.jp
i_yoshioka@nochubank.or.jp
i-akiyama@nochubank.or.jp
ikizawa@nochubank.or.jp
i-minegishi@nochubank.or.jp
itom@nochubank.or.jp
i-yajima@nochubank.or.jp
james_taylor@nochubank.or.jp
j-fujimori@nochubank.or.jp
j-furukawa@nochubank.or.jp
jmorishita@nochubank.or.jp
jmorita@nochubank.or.jp
j-okamoto@nochubank.or.jp
j-okuno@nochubank.or.jp
j-onuki@nochubank.or.jp
jrsiraki@nochubank.or.jp
jumehara@nochubank.or.jp
kai@nochubank.or.jp
ka-ichinoma@nochubank.or.jp

## Company & Corresponding Email Addresses

k-akimot@nochubank.or.jp
kataoka@nochubank.or.jp
ka-ushikubo@nochubank.or.jp
kazuto-n@nochubank.or.jp
kazuya-murakami@nochubank.or.jp
kei-fuji@nochubank.or.jp
keita_ando@nochubank.or.jp
kenji_yoda@nochubank.or.jp
ken-matsu@nochubank.or.jp
kenya_shitara@nochubank.or.jp
kenza-takeuchi@nochubank.or.jp
kfukuma@nochubank.or.jp
khanda@nochubank.or.jp
k-hirose@nochubank.or.jp
k-inadomi@nochubank.or.jp
kishii@nochubank.or.jp
k-kawashima@nochubank.or.jp
kkenichi@nochubank.or.jp
k-kikuhara@nochubank.or.jp
k-maeda@nochubank.or.jp
k-miki@nochubank.or.jp
k-morimoto@nochubank.or.jp
k-nagata@nochubank.or.jp
k-numa@nochubank.or.jp
k-ohba@nochubank.or.jp
koichi-akiyama@nochubank.or.jp
koichi-kumaki@nochubank.or.jp
koji.kikuchi@nochubank.or.jp
kosuke@nochubank.or.jp
k-shibata@nochubank.or.jp
k-shinbu@nochubank.or.jp
k-shirayama@nochubank.or.jp
k-sugita@nochubank.or.jp
k-takano@nochubank.or.jp
ktanaka@nochubank.or.jp
ktsukada@nochubank.or.jp
kuejo1979@nochubank.or.jp
k-uemura@nochubank.or.jp
k-ushikubo@nochubank.or.jp
kuwako@nochubank.or.jp
kyamaguchi@nochubank.or.jp
k-yamazaki@nochubank.or.jp
k-yanagi@nochubank.or.jp
m-anda@nochubank.or.jp
matsuot@nochubank.or.jp
m-furuya@nochubank.or.jp
m-hinomaru@nochubank.or.jp
m-hirayama@nochubank.or.jp
m-imai@nochubank.or.jp
miyoshi@nochubank.or.jp
mkawai@nochubank.or.jp
m-kita@nochubank.or.jp
m-kurata@nochubank.or.jp
m-nagano@nochubank.or.jp

## Company & Corresponding Email Addresses

m-nakayama@nochubank.or.jp
mnawa@nochubank.or.jp
msaito@nochubank.or.jp
m-sasaki@nochubank.or.jp
m-shoji@nochubank.or.jp
msugimoto@nochubank.or.jp
m-tsuchida@nochubank.or.jp
m-utsumi@nochubank.or.jp
n-aihara@nochubank.or.jp
naohiro-hosoda@nochubank.or.jp
nide@nochubank.or.jp
n-nakahara@nochubank.or.jp
norisato@nochubank.or.jp
noriyuki-harada@nochubank.or.jp
n-sakemi@nochubank.or.jp
obata_hideki@nochubank.or.jp
ogawa-k@nochubank.or.jp
ohkita@nochubank.or.jp
o-morita@nochubank.or.jp
riki@nochubank.or.jp
r-ono@nochubank.or.jp
rsawada@nochubank.or.jp
s_yagi@nochubank.or.jp
satsuka@nochubank.or.jp
s-eidome@nochubank.or.jp
se-inoue@nochubank.or.jp
shimokakimoto@nochubank.or.jp
shinpei_kataoka@nochubank.or.jp
shiod@nochubank.or.jp
skono@nochubank.or.jp
s-matsu@nochubank.or.jp
s-miyaji@nochubank.or.jp
smori@nochubank.or.jp
s-satoh@nochubank.or.jp
s-shibayama@nochubank.or.jp
s-shiota@nochubank.or.jp
s-sugimoto@nochubank.or.jp
s-takahashi@nochubank.or.jp
s-tsuchida@nochubank.or.jp
sugitat@nochubank.or.jp
s-yasui@nochubank.or.jp
s-yoshino@nochubank.or.jp
tadashi_matsumoto@nochubank.or.jp
tai-inoue@nochubank.or.jp
takahiro-fukai@nochubank.or.jp
t-akamatsu@nochubank.or.jp
takashima@nochubank.or.jp
takayuki_yamaguchi@nochubank.or.jp
takebayashi@nochubank.or.jp
takeshi_kuwabara@nochubank.or.jp
takeuchi@nochubank.or.jp
tamotsu_chiba@nochubank.or.jp
tanaka@nochubank.or.jp
tashi@nochubank.or.jp

## Company & Corresponding Email Addresses

t-endo@nochubank.or.jp
tfutaoka@nochubank.or.jp
tharuna@nochubank.or.jp
t-hashimoto@nochubank.or.jp
t-ishihara@nochubank.or.jp
t-kanamaru@nochubank.or.jp
t-kato@nochubank.or.jp
t-koba@nochubank.or.jp
tkubo@nochubank.or.jp
t-makita@nochubank.or.jp
t-nagaoka@nochubank.or.jp
tomo-kat@nochubank.or.jp
toshiyuki-takahashi@nochubank.or.jp
t-ozaki@nochubank.or.jp
tsakagawa@nochubank.or.jp
t-shimura@nochubank.or.jp
tsurugas@nochubank.or.jp
t-tajima@nochubank.or.jp
t-takano@nochubank.or.jp
ttakase@nochubank.or.jp
t-teranishi@nochubank.or.jp
tyanagis@nochubank.or.jp
tyano@nochubank.or.jp
uehara@nochubank.or.jp
urd-ikari@nochubank.or.jp
w-takeuchi@nochubank.or.jp
yasu-kajiyama@nochubank.or.jp
yhara@nochubank.or.jp
y-hiasa@nochubank.or.jp
y-itoh@nochubank.or.jp
yizawa@nochubank.or.jp
y-kajiya@nochubank.or.jp
ykawai@nochubank.or.jp
y-kobayashi@nochubank.or.jp
y-matsumoto@nochubank.or.jp
y-motoda@nochubank.or.jp
yonezawa@nochubank.or.jp
yonishi@nochubank.or.jp
yoshi-ken@nochubank.or.jp
ysakuma@nochubank.or.jp
y-takara@nochubank.or.jp
yuda@nochubank.or.jp
yujisasaki@nochubank.or.jp
yujisuzuki@nochubank.or.jp
yuzuru-iwasaki@nochubank.or.jp
y-yamada@nochubank.or.jp
y-yamaza@nochubank.or.jp
y-yasuda@nochubank.or.jp

**nochutb**
yamamotok@nochutb.co.jp

**noclue**
smarto'connor@noclue.com

**noehypo**
andrea.gruebl@noehypo.at

**Company & Corresponding Email Addresses**

andreas.mueller@noehypo.at
peter.olsacher@noehypo.at

**noemai**

sato@noemai.com

**noemail**

a.bianchi@noemail.com
a.ueda@noemail.com
a.yokokawa@noemail.com
d.wu@noemail.com
e.hermand@noemail.com
e.shibao@noemail.com
f.laird@noemail.com
g.kevin@noemail.com
h.haruta@noemail.com
h.ishikawa@noemail.com
h.iwai@noemail.com
h.ototake@noemail.com
h.sakamoto@noemail.com
h.takaichi@noemail.com
h.yagi@noemail.com
h.yoshida@noemail.com
hasegawa@noemail.com
i.ogura@noemail.com
i.uno@noemail.com
j.c.skiera@noemail.com
j.tate@noemail.com
k.abe@noemail.com
k.funaki@noemail.com
k.hayashi@noemail.com
k.katase@noemail.com
k.kawadoko@noemail.com
k.kume@noemail.com
k.noguchi@noemail.com
k.noumi@noemail.com
k.sueyasu@noemail.com
k.toriumi@noemail.com
k.uno@noemail.com
l.h.chooi@noemail.com
m.asada@noemail.com
m.horiuchi@noemail.com
m.ikeda@noemail.com
m.kitazawa@noemail.com
m.komura@noemail.com
m.kurosumi@noemail.com
m.matsuzawa@noemail.com
m.miyazono@noemail.com
m.nishida@noemail.com
m.okamoto@noemail.com
m.takano@noemail.com
m.takatani@noemail.com
m.tanaka@noemail.com
m.tojo@noemail.com
m.uno@noemail.com
m.yamda@noemail.com

**Company & Corresponding Email Addresses**

m.yasuoka@noemail.com
m.yoshiike@noemail.com
masayuki.watanabe@noemail.com
n.ando@noemail.com
n.chetwynd@noemail.com
n.inui@noemail.com
n.kaneko@noemail.com
n.konno@noemail.com
n.takahashi@noemail.com
o.aki@noemail.com
o.nohara@noemail.com
omatsumura@noemail.com
otani@noemail.com
r.nagahama@noemail.com
s.banno@noemail.com
s.hall@noemail.com
s.hirakawa@noemail.com
s.inada@noemail.com
s.kobayashi@noemail.com
s.kono@noemail.com
s.nagao@noemail.com
s.nakano@noemail.com
s.noma@noemail.com
s.ogawa@noemail.com
s.otake@noemail.com
s.satake@noemail.com
s.tansiokhoon@noemail.com
s.tatsumi@noemail.com
t.asada@noemail.com
t.kanemaru@noemail.com
t.kumakura@noemail.com
t.mieda@noemail.com
t.miyagi@noemail.com
t.nakamura@noemail.com
t.nakano@noemail.com
t.tajima@noemail.com
t.takahashi@noemail.com
t.tanami@noemail.com
t.tanimoto@noemail.com
u.kanda@noemail.com
w.taguchi@noemail.com
y.agemura@noemail.com
y.hayakawa@noemail.com
y.ikegami@noemail.com
y.ishikawa@noemail.com
y.ishiko@noemail.com
y.iwamoto@noemail.com
y.kita@noemail.com
y.kubota@noemail.com
y.matsukawa@noemail.com
y.matsuo@noemail.com
y.matsuta@noemail.com
y.niiro@noemail.com
y.okabayashi@noemail.com

## Company & Corresponding Email Addresses

y.okada@noemail.com
y.ozawa@noemail.com
y.shingai@noemail.com
y.takaike@noemail.com
y.tanaka@noemail.com
y.taya@noemail.com
y.unten@noemail.com
y.wada@noemail.com
y.yoshida@noemail.com

### noil
dsmith@noil.co.uk
trtadita@noil.co.uk
tyamamiya@noil.co.uk

### noimail
onuma@noimail.com

### nokia
alexander.von-nandelstadh@nokia.com
anne-maj.lonnberg@nokia.com
antonio.flores@nokia.com
anu.kallio@nokia.com
arto.sirvio@nokia.com
blanca.m.juti@nokia.com
bruna.maltoni@nokia.com
hanna.sievinen@nokia.com
investor.relations@nokia.com
jaana.myllynen@nokia.com
jorma.ollila@nokia.com
kenneth.lampinen@nokia.com
kumiko.koyama@nokia.com
marisa.ohara@nokia.com
marjatta.nissinen@nokia.com
martin.hofer@nokia.com
matt.shimao@nokia.com
mika.rydman@nokia.com
moyeen.ahmad@nokia.com
olivier.cognet@nokia.com
paul.bernard@nokia.com
per-ake.stahl@nokia.com
petri.vartiainen@nokia.com
rick.simonsen@nokia.com
thomas.westerlund@nokia.com
ulla.james@nokia.com
will.davis@nokia.com
yossi.hasson@nokia.com

### nomail
donotsend@nomail.com
kimura@nomail.com
manabe@nomail.com
yoneda@nomail.com

### nomura
aampontuah@us.nomura.com
abogart@us.nomura.com
ada.poon@hk.nomura.com
adam.fletcher@uk.nomura.com

## Company & Corresponding Email Addresses

aiyu@us.nomura.com
alan.saunders@uk.nomura.com
alessio.reggiani@uk.nomura.com
amemiya-0dq3@jp.nomura.com
andreas.katteneder@uk.nomura.com
andrew.tan@hk.nomura.com
andrew.widdop@nomura.co.uk
andrewmartin@us.nomura.com
aris.allegos@hk.nomura.com
ayu@us.nomura.com
balbert@us.nomura.com
barry.nix@uk.nomura.com
ben.lester@uk.nomura.com
bfarrell@us.nomura.com
blackrock@lu.nomura.com
bohare@us.nomura.com
caney@us.nomura.com
cblount@us.nomura.com
chiara.iacobelli@uk.nomura.com
christopher.stainbrook@nomura.co.uk
cschecter@us.nomura.com
cyrine.tayoubi@uk.nomura.com
darren.weston@uk.nomura.com
datamanagementlux@lu.nomura.com
david.v.green@uk.nomura.com
dcrall@us.nomura.com
dennis.lui@hk.nomura.com
dgruber@us.nomura.com
dleung@us.nomura.com
dweiss@us.nomura.com
edrucker@us.nomura.com
eparker@us.nomura.com
etorres@us.nomura.com
ezoe-0f8b@jp.nomura.com
fergus.taylor@uk.nomura.com
fqueiroz@us.nomura.com
francis.campeau@uk.nomura.com
fraser.fernee@uk.nomura.com
fred.clatworthy@uk.nomura.com
fsimo@us.nomura.com
fujii-0ftw@jp.nomura.com
fzheng@us.nomura.com
gary.mckenzie-smith@uk.nomura.com
geoffrey.wigington@uk.nomura.com
harish.vaghjiani@uk.nomura.com
hayakawa-1np1@jp.nomura.com
hhsiung@us.nomura.com
hiraoka-2nhp@jp.nomura.com
hirose-2ncv@jp.nomura.com
hkdavidl@nomura.com.hk
hkgcorreaa@mail.nomura.com.hk
ian.williamson@uk.nomura.com
ichen@us.nomura.com
ikeda-0fb2@jp.nomura.com

## Company & Corresponding Email Addresses

ishii-0d55@jp.nomura.com
isshiki-07ns@jp.nomura.com
james.barratt@nomura.co.uk
james.manders@hk.nomura.com
jbernstein@us.nomura.com
jckeller@us.nomura.com
jgorsky@us.nomura.com
jholley@us.nomura.com
jnorton@us.nomura.com
john.cossey@uk.nomura.com
johnchen@us.nomura.com
jon.bernstein@nomura.co.uk
joshua.turkington@hk.nomura.com
jpark@us.nomura.com
jsykes@us.nomura.com
jwong@us.nomura.com
kaji-0ghx@jp.nomura.com
katai-1q27@jp.nomura.com
kawada@us.nomura.com
kcheng@us.nomura.com
kikuchi-0g5s@jp.nomura.com
koizumi-b4940031@jp.nomura.com
kojima-0g23@jp.nomura.com
ldurkin@us.nomura.com
manish.sinha@uk.nomura.com
mark.agranovski@uk.nomura.com
maruyama-0dth@jp.nomura.com
matsuzaki-1dzn@jp.nomura.com
mazen.nomura@nomura.co.uk
mbromberg@us.nomura.com
mcasino@us.nomura.com
michael.cooper@uk.nomura.com
michael.sloyd@hk.nomura.com
michele.desouza@uk.nomura.com
miyuki-0dzs@jp.nomura.com
mkushnir@us.nomura.com
mmorriss@us.nomura.com
monden-2n6k@jp.nomura.com
morikawa-2ncw@jp.nomura.com
mprofili@us.nomura.com
mschill@us.nomura.com
mtiperma@us.nomura.com
mukai-0ddd@jp.nomura.com
nbenjami@us.nomura.com
nishisako-0b8h@jp.nomura.com
noki-b4940059@jp.nomura.com
nomura.kan@hk.nomura.com
npolowchena@us.nomura.com
ochiai-08bt@jp.nomura.com
ogawa-0g35@jp.nomura.com
ogishima-0d68@jp.nomura.com
ootsuka-0g5q@jp.nomura.com
paul.czerkawski@uk.nomura.com
paul.osman@uk.nomura.com

**Company & Corresponding Email Addresses**

pglaser@us.nomura.com
philip.blunsen@nomura.co.uk
pjain@us.nomura.com
pkenney@us.nomura.com
rbailes@us.nomura.com
rhdavis@us.nomura.com
rhoffman@us.nomura.com
rick.lam@hk.nomura.com
rlee@us.nomura.com
rlevine@us.nomura.com
rmchugh@us.nomura.com
rob.stanley@uk.nomura.com
roger.burns@uk.nomura.com
rpiasio@us.nomura.com
russell.matthews@uk.nomura.com
salbert@us.nomura.com
sanderson@us.nomura.com
sawada.hana@hk.nomura.com
scheng@us.nomura.com
shimada-0fb1@jp.nomura.com
shimizu-2nf3@jp.nomura.com
shindo-1qkf@jp.nomura.com
skotsen@us.nomura.com
srosenthal@us.nomura.com
stanley.seo@kr.nomura.com
stephen.kirkham@uk.nomura.com
suzuki-0g22@jp.nomura.com
suzuki-1hk9@jp.nomura.com
swolfson@us.nomura.com
terahata-0fmf@jp.nomura.com
tnocella@us.nomura.com
tomasz.sztuka@uk.nomura.com
toukai-b4940041@jp.nomura.com
wromary@us.nomura.com
yamauchi-0ft9@jp.nomura.com
yap.chinyee@hk.nomura.com
yatagai-2ngk@jp.nomura.com
yoshida-0gzn@jp.nomura.com
yvon.choi@hk.nomura.com

**nomura-asset**

andoh.yusuke@nomura-asset.com
balachandran.binu@nomura-asset.com
charalambous.christos@nomura-asset.com
garber.gil@nomura-asset.com
garg.shalabh@nomura-asset.com
griffin.john@nomura-asset.com
harrison.alexander@nomura-asset.com
howard.brooks@nomura-asset.co.uk
jhaveri.sanjiv@nomura-asset.com
joyner.joanne@nomura-asset.com
kraines.ben@nomura-asset.com
leszczynska.margaret@nomura-asset.com
levy.jay@nomura-asset.com
mark.bloomfield@nomura-asset.co.uk

## Company & Corresponding Email Addresses

mark.rogers@nomura-asset.co.uk
mark.stephens@nomura-asset.co.uk
morrongiello.michael@nomura-asset.com
nobutaka.kitajima@nomura-asset.co.uk
okada.shinichiro@nomura-asset.com
raj.madha@nomura-asset.co.uk
richard.bisson@nomura-asset.co.uk
richard.kruse@nomura-asset.co.uk
rosenberg.lawrence@nomura-asset.com
sanjay.patel@nomura-asset.co.uk
sherman.dave@nomura-asset.com
shimizu.makoto@nomura-asset.com
sobti.rajiv@nomura-asset.com
steven.abbott@nomura-asset.co.uk
thomson.scott@nomura-asset.com
tom.elder@nomura-asset.co.uk
toriumi.yoshiko@nomura-asset.com
tsuruo.mitch@nomura-asset.com
usguest1@nomura-asset.com
weintraub.michael@nomura-asset.com
yan.ming@nomura-asset.com
yasuyuki.fukuda@nomura-asset.co.uk

**nomurany**
mdoyle@nomurany.com

**none**
none@none.com

**noonam**
dpickering@noonam.com
ralexander@noonam.com
smittal@noonam.com
troberts@noonam.com

**noonday**
emily.forde@noonday.com
jhardin@noonday.com
ltashie@noonday.com
rrobinson@noonday.com

**nor**
per.greil@nor.no

**norcap**
brian.hellmer@norcap.com
dan.murphy@norcap.com
dan.olkowski@norcap.com
george.tsiamis@norcap.com
hawk@norcap.com
paul.perry@norcap.com
terry.pavlic@norcap.com

**nordea**
alexey.yeremenko@nordea.com
alf.norman@nordea.com
alf.norrman@nordea.com
amanda.dinh@nordea.com
anders.burholt@nordea.com
anders.kjaerjensen@nordea.lu
anders.schelde@nordea.com

**Company & Corresponding Email Addresses**

anders.stang.castberg@nordea.com
andreas.webster@nordea.com
anna.lindgren@nordea.com
anne.engen@nordea.com
arly.petersen@nordea.lu
arne.zippis@nordea.com
arthur.irwin@nordea.com
arthur.melhoos@nordea.com
asa.granberg@nordea.com
asa.wictor@nordea.com
asbjoern.hansen@nordea.com
bent.hoegh-jensen@nordea.com
bent.kristensen@nordea.com
bernard.louis@nordea.lu
birgir.gezelius@nordea.com
birgitte.munk@nordea.com
bjorn.henriksson@nordea.com
bjornar.tonhaugen@nordea.com
brian.s.jensen@nordea.com
c.bonde.pedersen@nordea.com
c.h.nielsen@nordea.com
carl.granath@nordea.com
carl-johan.granvik@nordea.com
carsten.moller@nordea.com
carsten.warren.petersen@nordea.com
casper.p@nordea.com
cathy.schlicht-bang@nordea.com
cecilia.carlsson@nordea.com
cecilia.hulten@nordea.com
charlotte.winther@nordea.com
christian.hyldahl@nordea.com
christian.k@nordea.com
christian.maahrbeck@nordea.com
christian.tornqvist@nordea.com
christina.lindberg@nordea.com
claus.f.nielsen@nordea.com
claus.hvidegaard@nordea.com
claus.vorm@nordea.com
colin.williams-hawkes@nordea.com
dan.hambrick@nordea.com
daniel.falk@nordea.com
david.nahor@nordea.com
eric.sandstrom@nordea.com
erik.blomberg@nordea.com
erik.hallarth@nordea.com
erik.hulvej@nordea.com
eugene.seo@nordea.com
frank.hvid.petersen@nordea.com
frederik.bodin@nordea.com
fredrik.bodin@nordea.com
fredrik.hardling@nordea.com
fredrik.hermansson@nordea.lu
george.friesen@nordea.com
gerard.cudzil@nordea.com

**Company & Corresponding Email Addresses**

goran.karlsen@nordea.com
gustaf.gronhagen@nordea.com
gustav.bengtsson@nordea.com
hakan.ewerklou@nordea.com
hanne.rongsted@nordea.com
hasse.nilsson@nordea.com
henik.horsolov.larsen@nordea.com
henning.padberg@nordea.com
henrik.b.thomsen@nordea.com
henrik.baum@nordea.com
henrik.baun@nordea.com
henrik.norby@nordea.com
henrik.ostergaard@nordea.com
henrik.pedersen@nordea.com
henrik.sandell@nordea.com
henrik.schmidt-lund@nordea.com
henrik.sode@nordea.lu
henrik.theil@nordea.com
hofbak@nordea.com
holger.lunden@nordea.com
ikka.poyhonen@nordea.com
imbo@nordea.com
inga-lill.carlberg@nordea.com
j.rasmussen@nordea.com
jacob.lester@nordea.com
jacob.lundbeck.serup@nordea.com
jacob.topp@nordea.com
jacob.truelsen@nordea.com
jan.pedersen@nordea.lu
jan.ritter@nordea.com
jan.sauter@nordea.se
jan.skovsby@nordea.com
janenielsen@nordea.com
jean.marie.bertin@nordea.com
jennifer.gafvels@nordea.com
jens.hogh@nordea.lu
jens.lund@nordea.com
jens.rasmussen@nordea.com
jens.rygaard@nordea.com
jesper.christiansen@nordea.com
jesper.gulstad@nordea.com
jesper.hofde@nordea.com
jesper.karlsen@nordea.com
jesper.norgaard@nordea.com
jesper.termansen@nordea.com
jesperchristensen@nordea.com
joakim.gustafson@nordea.com
johan.ekwall@nordea.com
johan.kastengren@nordea.com
johan.mortensen@nordea.com
johan.stein@nordea.com
johan.wistrom@nordea.com
john.birch@nordea.com
john.kolling@nordea.com

**Company & Corresponding Email Addresses**

john.rif@nordea.com
jonas.shum@nordea.com
jorgen.hoholt@nordea.com
jouni.salmenkivi@nordea.com
juergen.kapp@nordea.com
julie.bech@nordea.com
kaj.forsstrom@nordea.com
karl.lindqvist@nordea.com
karsten.bierre@nordea.com
kasper.lund@nordea.com
kasper.ullegaard@nordea.com
kerstin.claesson@nordea.com
kim.chr@nordea.com
kim.jensen@nordea.com
kim.pilgaard@nordea.com
kjetil.melkevik@nordea.com
kristina.ganea@nordea.com
kristina.riisberg@nordea.com
lars.abat@nordea.com
lars.bro@nordea.com
lars.dybwad@nordea.com
lars.hemmingsen@nordea.com
lars.hermann@nordea.com
lars.krohn@nordea.com
lars.remer@nordea.com
lars.riis-kofoed@nordea.com
lars.romer@nordea.com
lars.thuesen@nordea.com
lars.vambheim@nordea.com
lars.warg@nordea.com
lars-andreas.nilsen@nordea.com
larserik.hogh@nordea.lu
lasse.jensen@nordea.com
leif.haglund@nordea.com
leon.pedersen@nordea.com
leon.svejgaard@nordea.com
linda.ahlholm@nordea.com
line.hvidbaek@nordea.com
linn.nilsson@nordea.com
lotte.eriksen@nordea.com
m.pedersen@nordea.com
mads.fredsgaard@nordea.com
mads.ibsen@nordea.com
magne.myrmo@nordea.com
magnus.larsson@nordea.com
magnus.stenberg@nordea.com
margareta.leijonhufvud@nordea.com
maria.hultkvist@nordea.com
mark.kandborg@nordea.com
markku.vartiainen@nordea.com
martin.dahlgren@nordea.com
martin.gros.pedersen@nordea.com
martin.junker.nielsen@nordea.com
martin.nybye@nordea.com

**Company & Corresponding Email Addresses**

martin.tallroth@nordea.com
martti.forsberg@nordea.com
mathias.lundberg@nordea.com
mathias.nimlin@nordea.lu
mathias.wikberg@nordea.com
mats.carlsson@nordea.com
mats.hellstrom@nordea.com
mats.wandrell@nordea.com
mattias.sigurd@nordea.com
mette.ohlenschlager@nordea.com
michael.bertelsen@nordea.com
michael.kristensen@nordea.com
michal.danielewicz@nordea.com
mika.karikoski@nordea.com
mikael.melto@nordea.lu
mogens.kok@nordea.com
morten.grove@nordea.com
morten.steinsland@nordea.com
nana.larsson@nordea.com
niels.christensen@nordea.com
niels.juhl.christensen@nordea.com
niels.mejer@nordea.com
niklas.lindberg@nordea.com
nuri.goncy@nordea.com
oda.m.myklebust@nordea.com
ole.hakon.eek-nielsen@nordea.com
patrik.roos@nordea.com
paul.okholm@nordea.com
paul.westesson@nordea.com
pedergervin.pedersen@nordea.lu
per.engstrom@nordea.com
per.frederiksen@nordea.com
per.gregersen@nordea.com
per.martinelle@nordea.com
per.moller@nordea.com
per.ulderup@nordea.com
per-ake.rydgard@nordea.com
pernille.svensson@nordea.com
peter.brag@nordea.com
peter.dahlgren@nordea.com
peter.dalmalm@nordea.com
peter.danielsson@nordea.com
peter.kijne@nordea.com
peter.konstantyner@nordea.com
peter.liedholm@nordea.com
peter.mikkelsen@nordea.dk
peter.nicolson@nordea.com
philip.jagd@nordea.dk
poul.callesen@nordea.com
poul.winslov@nordea.com
poul.winslow@nordea.com
rene.petersen@nordea.com
richard.henricsson@nordea.com
richard.ritschel@nordea.lu

## Company & Corresponding Email Addresses

rickard.calalv@nordea.com
rickard.waldenlind@nordea.com
robert.madsen@nordea.com
robert.naess@nordea.com
robertlie.olson@nordea.com
robery.lingaas@nordea.com
rolf.ohlson@nordea.com
simon.hepworth@nordea.com
soren.aarup@nordea.com
soren.folkmann@nordea.com
soren.mortensen@nordea.com
soren.stilling.christensen@nordea.com
staffan.hornell@nordea.com
steen.blindum@nordea.com
steen.grondahl@nordea.lu
steen.thomsen@nordea.com
stefan.rocklind@nordea.com
stefan.sonnerstedt@nordea.com
stig.berg@nordea.com
sune.jensen@nordea.com
svante.sundholm@nordea.com
t.frederiksen@nordea.com
theis.nygaard@nordea.com
thihien.nguyen-khac@nordea.com
thomas.ladefoged@nordea.com
thomas.lindquist@nordea.com
thomas.sorensen@nordea.com
tim.jaksland@nordea.com
tim.madsen@nordea.com
tina.mortensen@nordea.com
tom.holflod@nordea.com
torben.f@nordea.com
torben.madsen@nordea.lu
torben.skodeberg@nordea.com
torbjorn.kronblad@nordea.com
ulf.stejmar@nordea.com
ulrich.hejle@nordea.com
ulrik.frederiksen@nordea.com
veronika.landsgard@nordea.com
william.shannon@nordea.com
xx@nordea.com

### nordeany
carlton.steele@nordeany.com

### nordeasecurities
jan.mathiasen@nordeasecurities.com
poul.ahlmann@nordeasecurities.com

### nordinvest
kuhnwaldt@nordinvest.de
pfeil@nordinvest.de
ruther@nordinvest.de
schaedler@nordinvest.de

### nordlb
aleksander.wolski@nordlb.com
alessandro.gajano@nordlb.com

## Company & Corresponding Email Addresses

andrea.odorico@nordlb.de
andreas.kopietz@nordlb.de
andreas.lechte@nordlb.de
andreas.libske@nordlb.de
andreas.schatzler@nordlb.de
andreas.wilke@nordlb.de
andrew.robinson@nordlb.com
audrey.tan@nordlb.com
axel.weidemann@nordlb.de
beverly.zakre@nordlb.com
bianca.evermann@nordlb.de
boris.haut@nordlb.de
bruce.gresswell@nordlb.com
carsten.tegtmeier@nordlb.de
chiang.kim.koh@nordlb.com
christian.pollmann@nordlb.de
christian.selbach@nordlb.de
claas.martens@nordlb.de
daniel.gerhardy@nordlb.com
david.dziekanski@nordlb.de
david.rowley@nordlb.com
dirk.sauer@nordlb.de
dirk.schlademann@nordlb.com
eberhard.becker@nordlb.de
frank.bartschat@nordlb.de
georg.peters@nordlb.com
gerhard.trippner@nordlb.de
guenter.dunkel@nordlb.com
hans-joachim.rohde@nordlb.de
hans-werner.seidel@nordlb.com
heiko.falke@nordlb.de
heinz-bernd.schmitz@nordlb.de
hinrich.holm@nordlb.com
ian.samson@nordlb.com
ingrid.lehmann@nordlb.de
isabelle.drinkuth@nordlb.com
jan.dejonge@nordlb.com
jean.lehmann@nordlb.com
jens.dierksen@nordlb.de
jens.kirsten@nordlb.de
jens-peter.vosseler@nordlb.de
joerg.jansen@nordlb.de
johannesjorg.riegler@nordlb.de
jonathan.mclaughlin@nordlb.com
juergen.dolle@nordlb.de
jutta.gieseler@nordlb.com
kai-ulrich.doerries@nordlb.de
kenneth.schmidt@nordlb.com
kevin.berger@nordlb.com
kin.hong.yeong@nordlb.com
kirsty.allen@nordlb.com
kirsty.gage@nordlb.com
konrad.kleinfeld@nordlb.de
lutz.kuhlmann@nordlb.de

## Company & Corresponding Email Addresses

lutz.ulbrich@nordlb.de
malte.stoeckhert@nordlb.com
marcus.mund@nordlb.de
martin.jank@nordlb.lu
martin.moeller@nordlb.de
martin.reichel@nordlb.de
matthias.eiternick@nordlb.de
mena.terveen@nordlb.de
michael.akmann@nordlb.de
michael.kiesewetter@nordlb.de
michael.stuenkel@nordlb.de
michael.wallis@nordlb.de
monika.sieniawska@nordlb.com
nelson.ma@nordlb.com
nisha.chengappa@nordlb.com
oliver.bohnsack@nordlb.de
omar.bolli@nordlb.com
paolo.aquino@nordlb.com
peter.fricke@nordlb.de
raimund.ferley@nordlb.de
salimah.osman@nordlb.com
sam.weinstock@nordlb.com
samira.laouer@nordlb.com
sergio.garcia@nordlb.com
sim.ee.san@nordlb.com
sonning.bredemeier@nordlb.de
stefan.rahaus@nordlb.de
stephen.hunter@nordlb.com
thomas.body@nordlb.lu
thomas.hoefermann@nordlb.de
thomas.liebe@nordlb.de
timothy.martin@nordlb.com
tjin.ong.kwok@nordlb.com
udo.schacht@nordlb.de
ulrich.scheppan@nordlb.de
ulrich.vogel@nordlb.lu
uwe.neumann@nordlb.de
uwe.rossmannek@nordlb.de
wainwright.babb@nordlb.com
werner.bade@nordlb.de
wolfgang.matzen@nordlb.de
wolfgang.michael.roth@nordlb.de

### nordstrom
andrew.nesse@nordstrom.com
david.loretta@nordstrom.com
jan.anderson@nordstrom.com
jonathan.w.saunders@nordstrom.com
kim.wolborsky@nordstrom.com
rj.jones@nordstrom.com
robin.williams@nordstrom.com

### norges-bank
anne-berit.christiansen@norges-bank.no
asbjorn.fidjestol@norges-bank.no
bjorn.taraldsen@norges-bank.no

## Company & Corresponding Email Addresses

bjorn-roger.wilhelmsen@norges-bank.no
henning.haugerudbraten@norges-bank.no
jan.qvigstad@norges-bank.no
jan-reinert.kallum@norges-bank.no
knut-n.kjaer@norges-bank.no

### norgeskredit
roger.nilsen@norgeskredit.no

### norgeskreditt
andreas.heiberg@norgeskreditt.no

### normura
bhirschberg@us.normura.com

### norrybank
jdsteele@norrybank.com

### northcentraltrust
bbosch@northcentraltrust.com
grolain@northcentraltrust.com
jbiondich@northcentraltrust.com
rvanrooyen@northcentraltrust.com

### northernhancockbank
mmangano@northernhancockbank.com

### northernhanockbank
cbutterfield@northernhanockbank.com

### northernlights
ebutcher@northernlights.net

### northernrock
andy.mcclean@northernrock.co.uk
annie.johnson@northernrock.co.uk
antony.swalwell@northernrock.co.uk
ben.thompson@northernrock.co.uk
c.scott@northernrock.co.uk
carl.flinn@northernrock.co.uk
cheryl.nichols@northernrock.co.uk
chris.storey@northernrock.co.uk
claire.blackett@northernrock.co.uk
david.johnson@northernrock.co.uk
derek.robinson@northernrock.co.uk
emma.tait@northernrock.co.uk
helen.illingworth@northernrock.co.uk
jane.rowell@northernrock.co.uk
jill.cassells@northernrock.co.uk
john.deane@northernrock.co.uk
nancy.irwin@northernrock.co.uk
phil.horner@northernrock.co.uk
phil.robinson@northernrock.co.uk
russell.brown@northernrock.co.uk
simon.beverley@northernrock.co.uk
sonia.crooks@northernrock.co.uk
stella.brown@northernrock.co.uk
steve.johnson@northernrock.co.uk
tim.pickering@northernrock.co.uk
tony.pierce@northernrock.co.uk
yen-lan.chueh@northernrock.co.uk

### northerntrust
paj2@northerntrust.com

**Company & Corresponding Email Addresses**

**northfieldsb**
albertregen@northfieldsb.com
johnalexander@northfieldsb.com

**northgrum**
myersal@mail.northgrum.com

**northseacapital**
anders.bang@northseacapital.com
lauge.sletting@northseacapital.com
patrik.nevsten@northseacapital.com
thomas.otbo@northseacapital.com

**northshorebank**
dwallach@northshorebank.com

**northsidebank**
esmeltzer@northsidebank.com
wmarsh@northsidebank.com

**northwesternm**
rrogers-windsor@northwesternm.dum

**northwesternmutual**
adampassarelli@northwesternmutual.com
allanschmitz@northwesternmutual.com
amiebrouillard@northwesternmutual.com
andrewprekop@northwesternmutual.com
andrewwassweiler@northwesternmutual.com
andyeng@northwesternmutual.com
angelascodellaro@northwesternmutual.com
anthonypolston@northwesternmutual.com
antionetteparish@northwesternmutual.com
beiwang@northwesternmutual.com
billwalker@northwesternmutual.com
bradcomincioli@northwesternmutual.com
bradkunath@northwesternmutual.com
brettelver@northwesternmutual.com
brianyeazel@northwesternmutual.com
brucepflaum@northwesternmutual.com
caesarcastroverde@northwesternmutual.com
carlbrummond@northwesternmutual.com
ccunningham@northwesternmutual.com
charliechang@northwesternmutual.com
chrisswain@northwesternmutual.com
christianmitchell@northwesternmutual.com
christikubiak@northwesternmutual.com
christinaantczak@northwesternmutual.com
christinamirarchi@northwesternmutual.com
craigcuzmanko@northwesternmutual.com
curtisludwick@northwesternmutual.com
danielknuth@northwesternmutual.com
danielmeehan@northwesternmutual.com
danielsauer@northwesternmutual.com
danielstier@northwesternmutual.com
danjulka@northwesternmutual.com
dannyflesch@northwesternmutual.com
davebarras@northwesternmutual.com
davekeuler@northwesternmutual.com
davidells@northwesternmutual.com

**Company & Corresponding Email Addresses**

davidhenderson@northwesternmutual.com
debraley@northwesternmutual.com
denniskorjenek@northwesternmutual.com
diannatorres@northwesternmutual.com
dinapetersen@northwesternmutual.com
dougpeck@northwesternmutual.com
ebanaszynski@northwesternmutual.com
erichwolff@northwesternmutual.com
ericzenner@northwesternmutual.com
gregsirotek@northwesternmutual.com
houstonmalden@northwesternmutual.com
howardstern@northwesternmutual.com
jacobgelfand@northwesternmutual.com
janinebrezovar@northwesternmutual.com
jasonschultz@northwesternmutual.com
jasonsmith@northwesternmutual.com
jasonsteigman@northwesternmutual.com
jasontkrueger@northwesternmutual.com
jebbentley@northwesternmutual.com
jeffdeangelis@northwesternmutual.com
jefferynelson@northwesternmutual.com
jeffkrumenauer@northwesternmutual.com
jeffkrygiel@northwesternmutual.com
jeffreylueken@northwesternmutual.com
jeffreysiegel@northwesternmutual.com
jeromebaier@northwesternmutual.com
jillgrueninger@northwesternmutual.com
johncroberts@northwesternmutual.com
johnkendall@northwesternmutual.com
johnschlifske@northwesternmutual.com
jonathanprod@northwesternmutual.com
jonsattler@northwesternmutual.com
jtravia@northwesternmutual.com
karenanderson@northwesternmutual.com
karlaadams@northwesternmutual.com
kategreen@northwesternmutual.com
kathleenbrooks@northwesternmutual.com
kathleenmurphy@northwesternmutual.com
kathycarey@northwesternmutual.com
kathysprague@northwesternmutual.com
kbreitzman@northwesternmutual.com
keiththompson@northwesternmutual.com
kennethbazan@northwesternmutual.com
larryrhodes@northwesternmutual.com
leahwestfall@northwesternmutual.com
leegeronime@northwesternmutual.com
lisacadotte@northwesternmutual.com
lisavasquez@northwesternmutual.com
lorikiraly@northwesternmutual.com
margaretlusiba@northwesternmutual.com
markboyle@northwesternmutual.com
markdoll@northwesternmutual.com
markkishler@northwesternmutual.com
markraffles@northwesternmutual.com

**Company & Corresponding Email Addresses**

martinmoser@northwesternmutual.com
martybutorac@northwesternmutual.com
marylinehan@northwesternmutual.com
maryphillips@northwesternmutual.com
masonross@northwesternmutual.com
mattcarroll@northwesternmutual.com
mattgruber@northwesternmutual.com
maureenshaughnessy@northwesternmutual.com
michaelbay@northwesternmutual.com
michaeldowdell@northwesternmutual.com
michaelholloway@northwesternmutual.com
michaeltreptow@northwesternmutual.com
michellemarsh@northwesternmutual.com
mikebuchholz@northwesternmutual.com
mikejohnson@northwesternmutual.com
mikemitch@northwesternmutual.com
mitchellwilner@northwesternmutual.com
muthusankar@northwesternmutual.com
nancyloferski@northwesternmutual.com
nataliewalrand@northwesternmutual.com
nickdefino@northwesternmutual.com
oleggurin@northwesternmutual.com
pablobarrutia@northwesternmutual.com
patriciavankampen@northwesternmutual.com
paultews@northwesternmutual.com
petereinders@northwesternmutual.com
philiprichards@northwesternmutual.com
quinnnoel@northwesternmutual.com
randalralph@northwesternmutual.com
rayauth@northwesternmutual.com
richardstrait@northwesternmutual.com
robertorgan@northwesternmutual.com
rrogers-windsor@northwesternmutual.com
ryanberg@northwesternmutual.com
ryandenton@northwesternmutual.com
sachintulyani@northwesternmutual.com
sandyrivas@northwesternmutual.com
seantwohig@northwesternmutual.com
srinivasbodapati@northwesternmutual.com
stanleynunoo@northwesternmutual.com
stevecoleman@northwesternmutual.com
stevenarthur@northwesternmutual.com
stevenlyons@northwesternmutual.com
steveswanson@northwesternmutual.com
stevetallmadge@northwesternmutual.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
teddryden@northwesternmutual.com
timbrown@northwesternmutual.com
timkellen@northwesternmutual.com
toddagger@northwesternmutual.com
toddjankowski@northwesternmutual.com
tomcarroll@northwesternmutual.com
troybarnett@northwesternmutual.com

## Company & Corresponding Email Addresses

varunmehta@northwesternmutual.com
wallysmith@northwesternmutual.com
zachbloom@northwesternmutual.com

**northwsternmutual**

reganhindman@northwsternmutual.com

**norwest**

heather.h.mootz@norwest.com
james.j.croyle@norwest.com
kathy.gray@nmb.norwest.com
marilyn.r.kemme@norwest.com
sung.w.sohn@norwest.com

**norwich**

marina.horwood@norwich.co.uk
praveen.richard@norwich.union.co.uk

**norwich-union**

andrew.r.walton@norwich-union.co.uk
beth.luckin@norwich-union.co.uk
kewh@norwich-union.co.uk
neil.davies@norwich-union.co.uk
owen.griffiths@norwich-union.co.uk
richard.field@norwich-union.co.uk
robert.mellows@norwich-union.co.uk
yvonne.alston@norwich-union.co.uk

**norwich-union-life**

chris.lewis7@norwich-union-life.co.uk
david.walsh2@norwich-union-life.co.uk
graham.johnston@norwich-union-life.co.uk
james.pearson@norwich-union-life.co.uk
john.lister@norwich-union-life.co.uk
john.osman@norwich-union-life.co.uk
nigel.hayes@norwich-union-life.co.uk
paul.harbord@norwich-union-life.co.uk
ranadeep.banerjee@norwich-union-life.co.uk
richard.green@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
steve.abel@norwich-union-life.co.uk
tony.spiers@norwich-union-life.co.uk

**notavail**

na@notavail.com

**notes**

bjorn.andersson@notes.electrolux.se
carlo.venneri@notes.electrolux.it
johan.bygge@notes.electrolux.se
luciano.cadamuro@notes.electrolux.it
marcellina.bazzo@notes.electrolux.it
michael_a_vardas@notes.ntrs.c
see@notes.not

**nothwesternmutual**

blanedexheimer@nothwesternmutual.com

**novarabank**

desistog@novarabank.com
pennal@novarabank.com

**novartis**

**Company & Corresponding Email Addresses**

adam.guthrie-james@novartis.com
aditya.bahl@novartis.com
aled_paton.williams@novartis.com
amal.khouri@novartis.com
amit.sadana@novartis.com
andre.ludin@group.novartis.com
andrea.waterhouse@pharma.novartis.com
andrea_ruff.waterhouse@pharma.novartis.com
andreas.kempf@pharma.novartis.com
andy.davis@pharma.novartis.com
anna.tsyrlova@novartis.com
anthony.martinangelo@pharma.novartis.com
atul.dandekar@novartis.com
axel.maibuecher@pharma.novartis.com
barbara.frisch@novartis.com
basil.goetsch@group.novartis.com
beat.steffen@pharma.novartis.com
betsy.nichols@novartis.com
binu.chaudhuri@pharma.novartis.com
boris.przytulski@novartis.com
brian.goldfus@novartis.com
carmen.burkhardt@pharma.novartis.com
cengiz.torer@novartis.com
cenk.cetin@novartis.com
cenkcetin@novartis.com
chantal.schmit@pharma.novartis.com
charles.lam@novartis.com
charles.monville@novartis.com
christian.besser@pharma.novartis.com
christian.gumpenberger@novartis.com
christian.hauck@novartis.com
christine.fischette@novartis.com
claire.nash@novartis.com
clement.schupp@group.novartis.com
daniel.weiss@novartis.com
darien.kadens@novartis.com
david.jimenez@pharma.novartis.com
david.lennon@novartis.com
david.mettler@novartis.com
david.wang@pharma.novartis.com
debraj.dasgupta@novartis.com
denis.asmar-kristiansen@novartis.com
dennis.hom@novartis.com
don.degolyer@pharma.novartis.com
doris.luescher_von_arx@pharma.novartis.com
edward.kurmann@novartis.com
elisa.peduzzi@novartis.com
ferdinando.porcellini@group.novartis.com
frances.wildhaber@group.novartis.com
francisco.bouzas@group.novartis.com
frank.dorka@novartis.com
franz.ehrensberger@gx.novartis.com
gerrard.terlouw@novartis.com
grace.xu@pharma.novartis.com

**Company & Corresponding Email Addresses**

hai.zhang@novartis.com
hans.troger@gx.novartis.com
hao.li@novartis.com
hari.thrivikramji@pharma.novartis.com
hari_sven.krishnan@novartis.com
harish.kaushal@novartis.com
helen-yw.lau@pharma.novartis.com
henry.wiersing@novartis.com
holger.kollmer@novartis.com
holger_b.mueller@novartis.com
howard.davis@novartis.com
jane.moulding@group.novartis.com
jasmin.patel@pharma.novartis.com
jean-bernard.gruenberger@pharma.novartis.com
jennifer.sung@novartis.com
jillian.amaral@pharma.novartis.com
joshi.venugopal@novartis.com
judi.gledhill@pharma.novartis.com
juergen.pohle@novartis.com
karen.huebscher@group.novartis.com
karen.nelson@novartis.com
kristin.yarema@novartis.com
kumar.ramamoorthy@pharma.novartis.com
kurt.schoergendorfer@novartis.com
laura.reimer@novartis.com
li.zhang@pharma.novartis.com
marcelo.garcia@novartis.com
mark.higgins@pharma.novartis.com
mark.matthisson@pharma.novartis.com
markus.ewert@novartis.com
markus.kalousek@novartis.com
martin.petracchi@pharma.novartis.com
mathieu.fortier@novartis.com
michael.haas@group.novartis.com
michael.meding@novartis.com
milton.grannatt@novartis.com
mitsuyoshi.minagawa@novartis.com
monika.giese@novartis.com
neil.johnston@novartis.com
nicholas.franco@pharma.novartis.com
nicole.valentini@group.novartis.com
nigel_scott.cook@pharma.novartis.com
nitin.somani@novartis.com
paolo.tramontana@group.novartis.com
pascale.oddou@pharma.novartis.com
peter.gygax@pharma.novartis.com
peter.thomas@group.novartis.com
raju.adhikari@novartis.com
rakesh.patel@novartis.com
raviprakash.dugyala@novartis.com
raymund.scheffrahn@novartis.com
rene.gilvert@novartis.com
richard.cai@novartis.com
rina.ghez@novartis.com

## Company & Corresponding Email Addresses

rita.kelley@pharma.novartis.com
roland.bettex@group.novartis.com
roland.eidherr@gx.novartis.com
romain.lege@novartis.com
ruey-shiuan.tsai@novartis.com
samir.master@pharma.novartis.com
sandra.disse_nicodeme@novartis.com
sean.jeong@novartis.com
shahe.sanentz@novartis.com
shiva.krupa@novartis.com
shohreh.gholsorkhi@pharma.novartis.com
silja.chouquet@pharma.novartis.com
srini.srinivasan@novartis.com
stefanie.steiner@groups.novartis.com
stefanie.witte@novartis.com
takanori.kanazawa@novartis.com
therese.johnsen@novartis.com
thomas.ebeling@novartis.com
thomas.hasmann@pharma.novartis.com
tong.zhao@novartis.com
trong-luu.truong@pharma.novartis.com
ulrich.osswald@novartis.com
ulrike.von_krosigk@novartis.com
urs.gfeller@group.novartis.com
ute.rohner@pharma.novartis.com
vanessa.king@novartis.com
vas.narasimhan@novartis.com
vincent.de_valliere@group.novartis.com
werner.schmidt@pharma.novartis.com
wolfgang.hofmann@group.novartis.com
yakun.li@novartis.com
yasmine.malak@novartis.com
yvan.leclercq@pharma.novartis.com

### novell
bmodersitzki@novell.com
mbrimhall@novell.com
rpowell@novell.com

### novelluscapital
blevine@novelluscapital.com
bpatterson@novelluscapital.com
jbryan@novelluscapital.com

### npbs
david.hair@npbs.co.uk
simon.cunliffe@npbs.co.uk

### nrcl
a.earl@nrcl.com
e.stein@nrcl.com
g.leporati@nrcl.com
j.wood@nrcl.com
m.bianchi@nrcl.com
m.duncan@nrcl.com
m.hughes@nrcl.com
p.newman@nrcl.com
r.goel@nrcl.com

## Company & Corresponding Email Addresses

r.stauss@nrcl.com

### nria
thattori@nria.com
tyoshinaga@nria.com

### nrts
ps78@nrts.com

### nrucfc
dwight.brown@nrucfc.coop
ewings@nrucfc.org
michelle.poyer@nrucfc.coop
steven.lilly@nrucfc.org
teri.ocampo@nrucfc.coop

### nsc
amy.lo@nsc.com
eva.leung@nsc.com
kazumi.ohira@nsc.com
laura.faller@nsc.ocm
lieh.oung@nsc.com

### nscorp
leanne.marilley@nscorp.com

### nsmcapital
bulk@nsmcapital.com

### ntra
jlb17@ntra.com

### ntrs
aab3@ntrs.com
aaj@ntrs.com
ab147@ntrs.com
ab62@ntrs.com
abm2@ntrs.com
ac118@ntrs.com
ac154@ntrs.com
acm2@ntrs.com
adh7@ntrs.com
adnan_khan@ntrs.com
ae14@ntrs.com
aet@ntrs.com
af40@ntrs.com
afs1@ntrs.com
ag30@ntrs.com
ag96@ntrs.com
agb3@ntrs.com
ah101@ntrs.com
ah46@ntrs.com
ah54@ntrs.com
aj57@ntrs.com
ajp4@ntrs.com
akb@ntrs.com
alan_robertson@ntrs.com
alexander_de_giorgio@notes.ntrs.com
alison_powell@ntrs.com
am121@ntrs.com
am169@ntrs.com
am192@ntrs.com

## Company & Corresponding Email Addresses

am28@ntrs.com
am52@ntrs.com
am64@ntrs.com
amc14@ntrs.com
amf1@ntrs.com
ams2@ntrs.com
an40@ntrs.com
andrei_kasianenko@notes.ntrs.com
andy_clayton@notes.ntrs.com
andy_mackellow@notes.ntrs.com
ar64@ntrs.com
arb2@ntrs.com
arch_king@ntrs.com
arr2@ntrs.com
as107@ntrs.com
atanas_alexiev@notes.ntrs.com
ay7@ntrs.com
baltz.timothy@ntrs.com
bbt1@ntrs.com
bc17@ntrs.com
bc37@ntrs.com
bck1@ntrs.com
bcs1@notes.ntrs.com
bdr1@ntrs.com
be8@ntrs.com
beg2@ntrs.com
beth.debryun@ntrs.com
bfl2@ntrs.com
bh79@ntrs.com
bjg1@ntrs.com
bjj1@ntrs.com
bk35@ntrs.com
bla1@ntrs.com
blt3@ntrs.com
bm84@ntrs.com
bpf2@ntrs.com
brp5@ntrs.com
bsa@ntrs.com
bsh1@ntrs.com
bv9@ntrs.com
can3@ntrs.com
car7@ntrs.com
cassandra_guichard@notes.ntrs.com
cb123@ntrs.com
cc62@ntrs.com
ces3@ntrs.com
cg10@ntrs.com
ch105@ntrs.com
christopher_m_isemann@notes.ntrs.com
christopher_thompson@ntrs.com
cj41@ntrs.com
cje2@ntrs.com
cjk1@ntrs.com
cjn2@ntrs.com

## Company & Corresponding Email Addresses

cl2@ntrs.com
cl26@ntrs.com
cl74@ntrs.com
cm141@ntrs.com
cmg2@ntrs.com
cmg4@ntrs.com
co8@ntrs.com
colin_robertson@notes.ntrs.com
cr38@ntrs.com
cr50@ntrs.com
cs12@ntrs.com
cs21@ntrs.com
css1@ntrs.com
cst1@ntrs.com
cw30@ntrs.com
cy5@ntrs.com
czr1@ntrs.com
da1@ntrs.com
da45@ntrs.com
dal@ntrs.com
daniel_iscra@notes.ntrs.com
dat2@ntrs.com
dav3@ntrs.com
david.rothon@notes.ntrs.com
david_hayton@notes.ntrs.com
david_kalis@notes.ntrs.com
db16@ntrs.com
db85@ntrs.com
dbc1@ntrs.com
dc40@ntrs.com
dch1@ntrs.com
dd109@ntrs.com
dd44@ntrs.com
ddt@ntrs.com
den1@ntrs.com
dfc1@ntrs.com
dfk1@ntrs.com
dh69@ntrs.com
diane_jones@ntrs.com
didier_haenecour@ntrs.com
dk39@ntrs.com
dk90@ntrs.com
dkm@ntrs.com
dkm5@ntrs.com
dkw2@ntrs.com
dlk6@ntrs.com
dlr11@ntrs.com
dm12@ntrs.com
dm17@ntrs.com
dm172@ntrs.com
dm36@ntrs.com
dm62@ntrs.com
dm80@ntrs.com
dontusethis@ntrs.com

## Company & Corresponding Email Addresses

dp13@ntrs.com
dp6@ntrs.com
dp61@ntrs.com
dpd2@ntrs.com
dr@ntrs.com
drp4@ntrs.com
ds111@ntrs.com
ds69@ntrs.com
dsa2@ntrs.com
dsd3@ntrs.com
dss2@notes.ntrs.com
du@ntrs.com
dz6@ntrs.com
eah@ntrs.com
eaw1@ntrs.com
eb46@ntrs.com
eb50@ntrs.com
ec19@ntrs.com
ec37@ntrs.com
ec51@ntrs.com
ecb2@ntrs.com
ech3@ntrs.com
ecm3@ntrs.com
ed.gonzalez@ntrs.com
ed.krisko@ntrs.com
edward_woods@ntrs.com
egk1@ntrs.com
eh15@ntrs.com
eja3@ntrs.com
ejo1@ntrs.com
ek8@ntrs.com
elaine_stankiewicz@notes.ntrs.com
eo6@ntrs.com
er5@ntrs.com
eric_lovetorn@notes.ntrs.com
eric_misenheimer@notes.ntrs.com
ers1@ntrs.com
et44@ntrs.com
eusebio_sanchez@notes.ntrs.com
evb@ntrs.com
ewj1@ntrs.com
ey2@ntrs.com
fk12@ntrs.com
fo10@ntrs.com
frank_sutton@ntrs.com
ga13@ntrs.com
gary_clunie@ntrs.com
gb63@ntrs.com
gbt@ntrs.com
gbv1@ntrs.com
gd45@ntrs.com
geb1@ntrs.com
ged3@ntrs.com
george_dernulc@ntrs.com

**Company & Corresponding Email Addresses**

gf6@ntrs.com
gj24@ntrs.com
gjg@ntrs.com
gk18@ntrs.com
glk1@ntrs.com
gloria_j_waters@notes.ntrs.com
gm10@ntrs.com
gmh@ntrs.com
gml2@ntrs.com
gmr1@ntrs.com
gregory_pasieka@notes.ntrs.com
gs58@ntrs.com
gw39@ntrs.com
helen_longhurst@notes.ntrs.com
helen_macdonell@ntrs.com
hg26@ntrs.com
hmm1@ntrs.com
hn6@ntrs.com
hp14@ntrs.com
hsc3@ntrs.com
ht18@ntrs.com
ib7@ntrs.com
ic14@ntrs.com
ig12@ntrs.com
ig16@ntrs.com
ijc@ntga.ntrs.com
iw12@ntrs.com
iws1@ntrs.com
jaa7@ntrs.com
jab15@ntrs.com
james_doolittle@notes.ntrs.com
james_gregory@notes.ntrs.com
jason.toussaint@ntrs.com
jb127@ntrs.com
jb136@notes.ntrs.com
jb204@ntrs.com
jb254@ntrs.com
jb84@ntrs.com
jbc3@ntrs.com
jbl@notes.ntrs.com
jbt2@ntrs.com
jc108@ntrs.com
jc143@ntrs.com
jc68@ntrs.com
jcc1@ntrs.com
jcw2@ntrs.com
jd9@ntrs.com
jdd3@ntrs.com
jdl2@ntrs.com
jdr3@ntrs.com
jec6@ntrs.com
jek1@ntrs.com
jennifer_m_seay@notes.ntrs.com
jew2@ntrs.com

**Company & Corresponding Email Addresses**

jg18@ntrs.com
jgb1@ntrs.com
jh149@ntrs.com
jh31@ntrs.com
jh5@ntrs.com
jh64@ntrs.com
jim_brefeld@notes.ntrs.com
jj8@ntrs.com
jja1@ntrs.com
jjg2@ntrs.com
jl101@ntrs.com
jl18@ntrs.com
jl70@ntrs.com
jlb17@ntrs.com
jle4@ntrs.com
jlg6@ntrs.com
jlj9@ntrs.com
jm113@ntrs.com
jm36@ntrs.com
jma3@ntrs.com
jmb21@ntrs.com
jmb23@ntrs.com
jmm6@ntrs.com
jms31@ntrs.com
john.bierwaczonek@notes.ntrs.com
john_conley@ntrs.com
john_d_diefenbach@notes.ntrs.com
john_irwin@notes.ntrs.com
john_krieg@ntrs.com
joseph_molloy@ntrs.com
josh_fiennes@ntrs.com
jp135@ntrs.com
jpd@ntrs.com
jpd1@ntrs.com
jph4@ntrs.com
jpk@ntrs.com
jr114@ntrs.com
jr69@ntrs.com
jrd9@ntrs.com
jrg1@ntrs.com
jrg9@ntrs.com
js131@ntrs.com
js142@ntrs.com
js201@ntrs.com
js97@ntrs.com
jsc5@ntrs.com
jsf2@ntrs.com
jt16@ntrs.com
juanita_collins@notes.ntrs.com
jwm6@ntrs.com
jxm8@ntrs.com
jxw2@ntrs.com
jy3@ntrs.com
kaiyee.wong@ntrs.com

## Company & Corresponding Email Addresses

karl_l._capion@ntrs.com
kate_lander@ntrs.com
kb88@ntrs.com
kc27@ntrs.com
kc38@ntrs.com
kc83@ntrs.com
kdm2@ntrs.com
ke@ntrs.com
kelli_klutts@ntrs.com
ken_chilvers@ntrs.com
kevin_connellan@notes.ntrs.com
kevin_hardy@ntrs.com
kevin_m_farrell@notes.ntrs.com
kevin_odonnell@ntrs.com
kevin_o'shaughnessy@notes.ntrs.com
kevin_p_mccormack@notes.ntrs.com
kevin_thaman@notes.ntrs.com
kh96@ntrs.com
khr@ntrs.com
kk48@ntrs.com
klo1@ntrs.com
km24@ntrs.com
km85@ntrs.com
km97@ntrs.com
kma4@ntrs.com
kms1@ntrs.com
kms2@ntrs.com
kp44@ntrs.com
kpj1@ntrs.com
krm2@ntrs.com
ks74@ntrs.com
ksk2@ntrs.com
ksw1@ntrs.com
la27@ntrs.com
lak@ntrs.com
lao2@ntrs.com
lcd2@ntrs.com
lcf1@ntrs.com
ld1@ntrs.com
ldr2@ntrs.com
le3@ntrs.com
lee_clark@ntrs.com
leh1@ntrs.com
liam_egan@notes.ntrs.com
lis_kielmann@ntrs.com
lisa_gargiulo@notes.ntrs.com
lisa_hanrahan@ntrs.com
ljg@ntrs.com
lm107@ntrs.com
lm57@ntrs.com
lmb@notes.ntrs.com
lml4@ntrs.com
lrd1@ntrs.com
ls31@ntrs.com

**Company & Corresponding Email Addresses**

ls37@ntrs.com
lss2@ntrs.com
lt38@ntrs.com
maclennan.alyson@ntrs.com
maf7@notes.ntrs.com
mal9@ntrs.com
mar15@ntrs.com
mara_c_fowler@notes.ntrs.com
maria_quintana@ntrs.com
marie_winters@notes.ntrs.com
marina_marchand@ntrs.com
mark_holmes@ntrs.com
mark_j_martinez@ntrs.com
mark_s._skowron@ntrs.com
mary_c_ainger@ntrs.com
mary_kay_wright@ntrs.com
marysa_mason@notes.ntrs.com
matthew_peron@notes.ntrs.com
matthew_such@ntrs.com
mb124@ntrs.com
mb192@ntrs.com
mbb4@ntrs.com
mbm6@ntrs.com
mc15@ntrs.com
mc53@ntrs.com
mc69@ntrs.com
mc98@ntrs.com
md111@ntrs.com
md41@ntrs.com
md71@ntrs.com
md72@ntrs.com
mdg7@ntrs.com
mdr6@ntrs.com
mef4@ntrs.com
mes5@ntrs.com
mf28@ntrs.com
mfh2@ntrs.com
mfw1@ntrs.com
mg57@ntrs.com
michelle_hilliman@ntrs.com
michelle_murphy@ntrs.com
mike_valencia@notes.ntrs.com
mirowski.adam@ntrs.com
mjb6@ntrs.com
mjm14@ntrs.com
mjr3@ntrs.com
mjt1@ntrs.com
mjv@ntrs.com
mjw6@ntrs.com
mk67@ntrs.com
mks4@ntrs.com
ml35@ntrs.com
ml82@ntrs.com
mlf3@ntrs.com

## Company & Corresponding Email Addresses

mlk5@ntrs.com
mm209@ntrs.com
mmb3@ntrs.com
mohammed_uddin@notes.ntrs.com
mp74@ntrs.com
mpe@ntrs.com
mpg3@ntrs.com
mr19@ntrs.com
mrp2@ntrs.com
msw5@ntrs.com
mt74@ntrs.com
mt98@ntrs.com
mtg@ntga.ntrs.com
mu1@ntrs.com
mv6@ntrs.com
mw29@ntrs.com
mz5@ntrs.com
nb62@ntrs.com
nb63@ntrs.com
ndm1@ntrs.com
nick_dymond@ntrs.com
nicola_spicer@notes.ntrs.com
nimish_patel@ntrs.com
nm22@ntrs.com
nml2@ntrs.com
np54@ntrs.com
np61@ntrs.com
nr16@ntrs.com
nw56@ntrs.com
oac1@ntrs.com
oh5@ntrs.com
old1@ntrs.com
osamu_hattori@notes.ntrs.com
pa1@ntrs.com
pa11@ntrs.com
pas8@ntrs.com
patrick_dwyer@ntrs.com
paula_smith@notes.ntrs.com
pdg3@ntrs.com
pdq1@ntrs.com
peter_yi@ntrs.com
pg38@ntrs.com
pgc1@ntrs.com
phillipa_morris@ntrs.com
pjd3@ntrs.com
pjf1@ntrs.com
pjh2@ntrs.com
ppg1@ntrs.com
pr49@ntrs.com
prp1@ntrs.com
pvh@ntrs.com
pw12@ntrs.com
pw46@ntrs.com
rag2@ntrs.com

## Company & Corresponding Email Addresses

rc79@ntrs.com
rcu1@ntrs.com
rg40@ntrs.com
rg55@ntrs.com
rgm1@ntrs.com
ri5@ntrs.com
richard_rothwell@ntrs.com
richards.jason@ntrs.com
rjs1@ntrs.com
rk43@ntrs.com
rl36@ntrs.com
rnl1@ntrs.com
rns@ntrs.com
rob_smith@ntrs.com
robert.bergson@notes.ntrs.com
robert_weeks@notes.ntrs.com
roy_marks@notes.ntrs.com
rp69@ntrs.com
rrb2@ntrs.com
rs101@ntrs.com
rs4@ntrs.com
rss4@ntrs.com
rv1@ntrs.com
rvc1@ntrs.com
rw35@ntrs.com
rw57@ntrs.com
rwm1@ntrs.com
rz5@ntrs.com
sc96@ntrs.com
sd62@ntrs.com
sds6@ntrs.com
sean.finegan@ntrs.com
sean_dillon@ntrs.com
seth.rosenthal@ntrs.com
sf19@ntrs.com
sga1@ntrs.com
sga3@ntrs.com
sh121@ntrs.com
sh127@ntrs.com
sh59@ntrs.com
shanil_shah@notes.ntrs.com
shaun.murphy@ntrs.com
simon_bancroft@notes.ntrs.com
simon_cohen@ntrs.com
skk4@ntrs.com
sl70@ntrs.com
sm168@ntrs.com
smr7@ntrs.com
sonia_lee@ntrs.com
sr59@ntrs.com
srh6@ntrs.com
ss86@ntrs.com
st46@ntrs.com
st58@ntrs.com

**Company & Corresponding Email Addresses**

st60@ntrs.com
stefanie.jaron@ntrs.com
stephen_dowds@ntrs.com
stephen_geis@notes.ntrs.com
stephen_watson@ntrs.com
steven_j_santiccioli@ntrs.com
sth2@ntrs.com
struan_malcolm@ntrs.com
sunil_daswani@ntrs.com
suny_park@notes.ntrs.com
susan_dondzik@notes.ntrs.com
sw13@ntrs.com
sw68@ntrs.com
tam1@ntrs.com
tam8@ntrs.com
tanya_fleming@notes.ntrs.com
tarun_kumar@ntrs.com
tb58@ntrs.com
td23@ntrs.com
te2@ntrs.com
tem4@ntrs.com
tf16@ntrs.com
tgs2@ntrs.com
thomas_e_kirkenmeier@notes.ntrs.com
timi_burgess@ntrs.com
timothy_blair@notes.ntrs.com
tj1@ntrs.com
tj4@ntrs.com
tjt2@notes.ntrs.com
tl10@ntrs.com
tms2@ntrs.com
tok@ntga.ntrs.com
tom_williams@ntrs.com
tqw4@ntrs.com
tracy_rowohlt@ntrs.com
troy_muniz@ntrs.com
ts103@ntrs.com
tsp2@ntrs.com
tts@ntrs.com
tw55@ntrs.com
twf1@ntrs.com
twt1@ntrs.com
unknow@ntrs.com
vivek.arora@ntrs.com
vm36@ntrs.com
vpa@ntrs.com
vs10@ntrs.com
vvt1@ntrs.com
wak1@ntrs.com
waol@ntrs.com
wb8@ntrs.com
wc8@ntrs.com
wd10@ntrs.com
wdb1@ntrs.com

## Company & Corresponding Email Addresses

weh@ntrs.com
wfh2@ntrs.com
wl11@ntrs.com
wp2@ntrs.com
yo3@ntrs.com
ys9@ntrs.com

### nts
thosono@nts.ricoh.co.jp

### ntt
banl@ntt.it

### ntt-finance
hiromasa.saiki@ntt-finance.co.jp
kae.yamamoto@ntt-finance.co.jp
keima.takubo@ntt-finance.co.jp
kozo.goto@ntt-finance.co.jp
kyoko.yokooji@ntt-finance.co.jp
masahiro.yamamoto@ntt-finance.co.jp
masaru.nishikawa@ntt-finance.co.jp
shigeru.nakayama@ntt-finance.co.jp
shu.nakai@ntt-finance.co.jp
yukiko.tachibana@ntt-finance.co.jp

### nttl
akihiko.sudo@nttl.co.jp
masaya.yagishita@nttl.co.jp
nobuhiko.nagumo@nttl.co.jp
shinji.nakamura@nttl.co.jp
tatsuo.takahashi@nttl.co.jp

### nuernberger
andreas.billmeyer@nuernberger.de
equity-research@nuernberger.de
fabrizio.fabrizi@nuernberger.de
fi-research@nuernberger.de
fritz.schmidt@nuernberger.de
henning.vonderforst@nuernberger.de
marcus.prella@nuernberger.de
martin.kleinhenz@nuernberger.de
michael.scherbel@nuernberger.de
oliver.fuchs@nuernberger.de
peter.hackenberger@nuernberger.de
stefan.dvorak@nuernberger.de
stefan.igel@nuernberger.de

### nusasim
delucia@nusasim.it
pazzaglia@nusasim.it

### nuveen
amber.kilgore@nuveen.com
bill.fitzgerald@nuveen.com
cadmus.hicks@nuveen.com
cathryn.steeves@nuveen.com
charles.hachten@nuveen.com
christopher.fama@nuveen.com
daniel.harris@nuveen.com
daniel.lomelino@nuveen.com
daniel.sun@nuveen.com

## Company & Corresponding Email Addresses

darrin.decosta@nuveen.com
daverk@nuveen.com
david.altshuler@nuveen.com
david.blair@nuveen.com
doris.nakamura@nuveen.com
douglas.baker@nuveen.com
eileen.paul@nuveen.com
evan.kallberg@nuveen.com
fernando.cristiano@nuveen.com
francis.sorensen@nuveen.com
glen.anderson@nuveen.com
gravem@nuveen.com
jeff.scharf@nuveen.com
john.gambla@nuveen.com
john.miller@nuveen.com
john.molloy@nuveen.com
john.wilhelm@nuveen.com
julie.bialek@nuveen.com
kevin.walker@nuveen.com
loukoj@nuveen.com
maillj@nuveen.com
marilyn.rinaldi@nuveen.com
martin.doyle@nuveen.com
michael.geier@nuveen.com
michael.mcgrath@nuveen.com
michael.white@nuveen.com
middlc@nuveen.com
mieke.holkeboer@nuveen.com
mike.davern@nuveen.com
mike.rosenthal@nuveen.com
mike.sheyker@nuveen.com
neilde@nuveen.com
patricia.klawitter@nuveen.com
paul.berejnoi@nuveen.com
paul.brennan@nuveen.com
philij@nuveen.com
rivese@nuveen.com
rob.guttschow@nuveen.com
scott.romans@nuveen.com
shari.sikes@nuveen.com
stephen.candido@nuveen.com
steve.hlavin@nuveen.com
steve.krupa@nuveen.com
susan.perozzi@nuveen.com
sylvester.njenga@nuveen.com
thomas.berry@nuveen.com
thomas.ellis@nuveen.com
thomas.spalding@nuveen.com
vitaly.chaika@nuveen.com
william.campbell@nuveen.com
wittyv@nuveen.com

### nwa

ben.j.bergum@nwa.com
brad.ellsworth@nwa.com

## Company & Corresponding Email Addresses

david.zanussi@nwa.com
gary.martin@nwa.com
marc.wemple@nwa.com
mickey.foret@nwa.com
thomas.kennedy@nwa.com

### nwbancorp

dreed@nwbancorp.com

### nwbcorp

mgiambrone@nwbcorp.com

### nxbp

alexandre.monthieu@nyc.nxbp.com
bill.maier@nyc.nxbp.com
carol.toh@ap.nxbp.com
caroline.sim@ap.nxbp.com
choon-siang.tay@ap.nxbp.com
clara.hang@ap.nxbp.com
david.grimaldi@nyc.nxbp.com
frank.madden@nyc.nxbp.com
gary.egloff@nyc.nxbp.com
ghislain.schubert@nyc.nxbp.com
guillaume.deparscau@nyc.nxbp.com
harold.birk@nyc.nxbp.com
helen.ho@ap.nxbp.com
irene.sy@nyc.nxbp.com
jessica.chien@ap.nxbp.com
jgana@nyc.nxbp.com
john.cholakis@nyc.nxbp.com
john.lagratta@nyc.nxbp.com
jonathan.totaram@nyc.nxbp.com
kelly.yan@ap.nxbp.com
laurene.daux@nyc.nxbp.com
louis.lavin@nyc.nxbp.com
michael.ferris@nyc.nxbp.com
morgane.detollenaere@ap.nxbp.com
nicolas.zerbib@nyc.nxbp.com
patric.lager@nyc.nxbp.com
per.paulsson@nyc.nxbp.com
philippe.massot@ap.nxbp.com
ralph.daloisio@nyc.nxbp.com
ray.meyer@nyc.nxbp.com
sdas@ap.nxbp.com
sin-minh.tan@ap.nxbp.com
sugar.ng@ap.nxbp.com
thierry.elias@nyc.nxbp.com
timothy.ligowski@nyc.nxbp.com
william.lam@ap.nxbp.com
yannick.leborgne@ap.nxbp.com
yvette.baudron@nyc.nxbp.com

### ny

a.nakajima@ny.tr.mufg.jp
alejandro.latorre@ny.frb.org
alex.cohen@ny.frb.org
alyssa.meyer@ny.frb.org
amanda.stokes@ny.frb.org

## Company & Corresponding Email Addresses

amelia.moncayo@ny.frb.org
angela.o'connor@ny.frb.org
antionette.dennis@ny.frb.org
ateptaya.rakpraja@ny.frb.org
brian.smedley@ny.frb.org
c.fersedi@ny.tr.mufg.jp
cedric.tille@ny.frb.org
christine.joedecke@ny.frb.org
cynthia.echevarria@ny.frb.org
daren.tedeschi@ny.frb.org
david.jones@ny.frb.org
david.saber@ny.frb.org
david.zee@ny.frb.org
davidson.hepburn@ny.frb.org
debby.perelmuter@ny.frb.org
deborah.leonard@ny.frb.org
dina.marchioni@ny.frb.org
dino.kos@ny.frb.org
douglas.bennett@ny.frb.org
ellen.correia@ny.frb.org
eric.stein@ny.frb.org
erica.rosen@ny.frb.org
evan.brown@ny.frb.org
evangeline.drosses@ny.frb.org
f.kawahara@ny.tr.mufg.jp
fabiola.ravazzolo@ny.frb.org
fxstaff.markets@ny.frb.org
glenn.haberbush@ny.frb.org
h.nagashima@ny.tr.mufg.jp
h.saylor@ny.frb.org
h.trueb@ny.tr.mufg.jp
ian.gordon@ny.frb.org
ian.lyngen@ny.frb.org
ilan.solot@ny.frb.org
ira.selig@ny.frb.org
isreal.sendrovic@ny.frb.org
j.nakazeki@ny.tr.mufg.jp
j.sun@ny.tr.mufg.jp
james.bergin@ny.frb.org
james.clark@ny.frb.org
james.harrigan@ny.frb.org
james.white@ny.frb.org
jason.lovelace@ny.frb.org
jason.miu@ny.frb.org
jeff.dawson@ny.frb.org
jeffrey.kong@ny.frb.org
john.clark@ny.frb.org
joseph.posillico@ny.frb.org
joshua.frost@ny.frb.org
joshua.wright@ny.frb.org
julie.remache@ny.frb.org
julie.sylvestre@ny.frb.org
k.ochi@ny.tr.mufg.jp
k.ono@ny.tr.mufg.jp

**Company & Corresponding Email Addresses**

kameke.sweeney@ny.frb.org
karin.kimbrough@ny.frb.org
kashmira.karnik@ny.frb.org
katherine.lewis@ny.frb.org
kathryn.chen@ny.frb.org
lara.green-spector@ny.frb.org
laura.brookins@ny.frb.org
laura.sarlo@ny.frb.org
laura.weir@ny.frb.org
lisa.chung@ny.frb.org
lorie.logan@ny.frb.org
luis.gonzalez@ny.frb.org
m.iida@ny.tr.mufg.jp
m.matsuo@ny.tr.mufg.jp
m.odagiri@ny.tr.mufg.jp
mara.bolis@ny.frb.org
mark.cabana@ny.frb.org
mark.choi@ny.frb.org
martijn.schrijvers@ny.frb.org
martijn.schriyers@ny.frb.org
mary.fleisch@ny.frb.org
matthew.hildebrandt@ny.frb.org
matthew.lieber@ny.frb.org
matthew.raskin@ny.frb.org
matthew.richter@ny.frb.org
matthew.rutherford@ny.frb.org
meg.mcconnell@ny.frb.org
michael.carson@ny.frb.org
michael.holscher@ny.frb.org
michael.mcmorrow@ny.frb.org
michael.schetzel@ny.frb.org
michelle.steinberg@ny.frb.org
narissa.schmidt@ny.frb.org
neil.boege@ny.frb.org
niall.coffey@ny.frb.org
om.arya@ny.frb.org
patricia.zobel@ny.frb.org
patrick.dwyer@ny.frb.org
phil.deimus@ny.frb.org
randall.rodda@ny.frb.org
robert.dekle@ny.frb.org
s.endo@ny.tr.mufg.jp
scott.sherman@ny.frb.org
sean.savage@ny.frb.org
sejal.patel@ny.frb.org
shehriyar.antia@ny.frb.org
steven.friedman@ny.frb.org
susan.chase@ny.frb.org
susan.stiehm@ny.frb.org
t.hirota@ny.tr.mufg.jp
t.ueda@ny.tr.mufg.jp
t.yamaguchi@ny.tr.mufg.jp
tim.o'day@ny.frb.org
timothy.johnson@ny.frb.org

## Company & Corresponding Email Addresses

warren.hrung@ny.frb.org
wendy.wong@ny.frb.org
y.sonobe@ny.tr.mufg.jp
zoltan.pozsar@ny.frb.org

### nybea

engr@nybea.com
kungs@nybea.com
marquardtw@nybea.com

### nyc

doreen.davidow@nyc.rabobank.co
thomas.dantonio@nyc.rabobank.c

### nychdc

kdealissia@nychdc.com
kmoore@nychdc.com

### nycomptroller

leanne.antrim@nycomptroller.com
tom.miller@nycomptroller.com

### nyct

msilver@nyct.net

### nykredit

alk@nykredit.dk
amy@nykredit.dk
aren@nykredit.dk
atm@nykredit.dk
avir@nykredit.dk
bfal@nykredit.dk
bjp@nykredit.dk
cf@nykredit.dk
choe@nykredit.dk
clk@nykredit.dk
clm@nykredit.dk
dakr@nykredit.dk
dis@nykredit.dk
est@nykredit.dk
haov@nykredit.dk
hehj@nykredit.dk
heja@nykredit.dk
jama@nykredit.dk
jap@nykredit.dk
jchr@nykredit.dk
jebo@nykredit.dk
jebr@nykredit.dk
jeti@nykredit.dk
jgh@nykredit.dk
jhn@nykredit.dk
jped@nykredit.dk
kfb@nykredit.dk
khyl@nykredit.dk
labe@nykredit.dk
lbp@nykredit.dk
lei@nykredit.dk
lowa@nykredit.dk
mbod@nykredit.dk
moav@nykredit.dk

**Company & Corresponding Email Addresses**

nfa@nykredit.dk
pebk@nykredit.dk
peje@nykredit.dk
roso@nykredit.dk
sdla@nykredit.dk
skh@nykredit.dk
soha@nykredit.dk
ssn@nykredit.dk
step@nykredit.dk
tlar@nykredit.dk
toa@nykredit.dk
toh@nykredit.dk
tov@nykredit.dk
trc@nykredit.dk
ulha@nykredit.dk

**nyl**

jrubin@nyl.com
thomas_haubenstricker@nyl.com
trini@nyl.com

**nylb**

jraphael@nylb.org
jtycon@nylb.org

**nylife**

maryellen@nylife.com
rufus_w_davenport@nylife.com

**nylim**

abaumber@nylim.com
aclemens@nylim.com
adam_hayden@nylim.com
aj_rzad@nylim.com
al_guiliano@nylim.com
al_martino@nylim.com
albert_montoya@nylim.com
albert_thompson@nylim.com
amcdermo@nylim.com
amisha_kaura@nylim.com
andrew_boschi@nylim.com
andrew_hsiai@nylim.com
anthony_malloy@nylim.com
aparower@nylim.com
arthur_torrey@nylim.com
asniffin@nylim.com
atul_sibal@nylim.com
beth_standbridge@nylim.com
brian_furlong@nylim.com
brian_murdock@nylim.com
carl_emont@nylim.com
carol_meyer@nylim.com
carolie_burroughs@nylim.com
carrie_henick@nylim.com
chantale_olivier@nylim.com
chris_andersen@nylim.com
chris_feind@nylim.com
christian_saltaformaggio@nylim.com

**Company & Corresponding Email Addresses**

christine_martini@nylim.com
christine_robertson@nylim.com
cpoli@nylim.com
daniel_glickman@nylim.com
dave_clement@nylim.com
david_bangs@nylim.com
david_cruz@nylim.com
david_kulo@nylim.com
david_melka@nylim.com
david_sell@nylim.com
david_wright@nylim.com
devon_mccormick@nylim.com
doug_bushell@nylim.com
dserek@nylim.com
efitzger@nylim.com
erik_michaels@nylim.com
follari@nylim.com
francis_ok@nylim.com
george_cherpelis@nylim.com
george_stephanides@nylim.com
gkravchik@nylim.com
grant_davis@nylim.com
harish_kumar@nylim.com
harvey_fram@nylim.com
ivan_jiang@nylim.com
jae_yoon@nylim.com
james_agostisi@nylim.com
james_smith@nylim.com
jeanne_cruz@nylim.com
jeff_boyce@nylim.com
jeffrey_morse@nylim.com
jesse_fisher@nylim.com
jessica_edwards@nylim.com
jhynes@nylim.com
joanne_jung@nylim.com
joanne_sanders@nylim.com
joe_carroll@nylim.com
john_bacso@nylim.com
john_cibbarelli@nylim.com
john_hendricks@nylim.com
jonathan_yan@nylim.com
joseph_mouridy@nylim.com
joshua_botnick@nylim.com
jsindelar@nylim.com
judith_keefe@nylim.com
julie_peng@nylim.com
karen_ng@nylim.com
kathleen_haas@nylim.com
katrina_howard@nylim.com
ken_boertzel@nylim.com
kenneth_chu@nylim.com
kenneth_sommer@nylim.com
kevin_m_smith@nylim.com
knewman@nylim.com

## Company & Corresponding Email Addresses

kseniya_ryabchenko@nylim.com
lbalagot@nylim.com
lee_baker@nylim.com
lisa_raiti@nylim.com
lisa_scuderi@nylim.com
ludger_hentschel@nylim.com
luke_smith@nylim.com
lviolante@nylim.com
maria.panganiban@nylim.com
mark_campellone@nylim.com
mark_saxonov@nylim.com
mark_talgo@nylim.com
martha_spreen@nylim.com
martin_king@nylim.com
matt_calvi@nylim.com
mblack@nylim.com
mboyce@nylim.com
mcashion@nylim.com
michael_pagano@nylim.com
michael_reifel@nylim.com
michelle_lim@nylim.com
mimi_s_eng@nylim.com
mona_patni@nylim.com
murielle_pierre-louis@nylim.com
ooke@nylim.com
pasquale_fungaroli@nylim.com
patsy_kreitman@nylim.com
paul_cunningham@nylim.com
paul_kraftic@nylim.com
paul_stern@nylim.com
paul_yee@nylim.com
peter_ra@nylim.com
philip_melville@nylim.com
philip_rio@nylim.com
polina_drantyev@nylim.com
post_howland@nylim.com
prossi@nylim.com
qbarker@nylim.com
ralph_marinaccio@nylim.com
rgranber@nylim.com
richard_kehoe@nylim.com
rniyazov@nylim.com
robert_dial@nylim.com
robert_ferguson@nylim.com
robert_young@nylim.com
roxanne_sosa@nylim.com
ruthard_murphy@nylim.com
saba_hekmat@nylim.com
scott_seewald@nylim.com
sday@nylim.com
sfasano@nylim.com
shari_lawson@nylim.com
steve_confessore@nylim.com
steven_lerit@nylim.com

## Company & Corresponding Email Addresses

steven_williams@nylim.com
stuart_ashton@nylim.com
tammy_mills@nylim.com
terrence_ellison@nylim.com
thomas.wong@nylim.com
thomas_girard@nylim.com
thomas_knoff@nylim.com
thomas_mcardle@nylim.com
timothy_reil@nylim.com
tmahon@nylim.com
todd_stewart@nylim.com
tony_elavia@nylim.com
tricia_capal@nylim.com
trinh_nguyen@nylim.com
tvolpe@nylim.com
victor_samoilovich@nylim.com
vshapsis@nylim.com
wollom@nylim.com

### nypa
brian.liu@nypa.gov
brian.mcelroy@nypa.gov
lisa.cole@nypa.gov

### nysif
bgarr@nysif.com
bramo@nysif.com
dlau@nysif.com
jodon@nysif.com
jsayegh@nysif.com
jstep@nysif.com
ldevlin@nysif.com
lpere@nysif.com
mmart@nysif.com
sworr@nysif.com
vaban@nysif.com
wwong@nysif.com

### nystrs
avanderw@nystrs.state.ny.us
aweimer@nystrs.state.ny.us
dbarzows@nystrs.state.ny.us
dsherman@nystrs.state.ny.us
ggenoves@nystrs.state.ny.us
jcoxon@nystrs.state.ny.us
jvirtane@nystrs.state.ny.us
jwilcox@nystrs.state.ny.us
ljohanse@nystrs.state.ny.us
mwolfe@nystrs.state.ny.us
mwood@nystrs.state.ny.us
pferguso@nystrs.state.ny.us
tlee@nystrs.state.ny.us

### nytimes
andersonj@nytimes.com
atlas@nytimes.com
bayot@nytimes.com
davidl@nytimes.com

**Company & Corresponding Email Addresses**

eaton@nytimes.com
edandr@nytimes.com
forero@nytimes.com
gilpin@nytimes.com
ginger@nytimes.com
gretchen@nytimes.com
jad@nytimes.com
jgillis@nytimes.com
jofuer@nytimes.com
laroht@nytimes.com
louisu@nytimes.com
morgenson@nytimes.com
mweinstein@nytimes.com
norris@nytimes.com
nschwartz@nytimes.com
romeros@nytimes.com
ross.schneiderman@nytimes.com
salpukas@nytimes.com
sommer@nytimes.com
tarango@nytimes.com
vikas@nytimes.com

**nyu**
maurice.maertens@nyu.edu

**oakhillinvestments**
fwmarketables@oakhillinvestments.com

**oaklandnet**
dfjones@oaklandnet.com

**oaktreecap**
arobinson@oaktreecap.com
bcook@oaktreecap.com
bmoores@oaktreecap.com
caltendorfer@oaktreecap.com
cboehringer@oaktreecap.com
cnewton@oaktreecap.com
drobinson@oaktreecap.com
fcanciani@oaktreecap.com
flaval@oaktreecap.com
hdambach@oaktreecap.com
jturner@oaktreecap.com
lsimkins@oaktreecap.com
mjones@oaktreecap.com
nducarre@oaktreecap.com
nsharif@oaktreecap.com
purquidi@oaktreecap.com
rreid@oaktreecap.com
smazzoli@oaktreecap.com
zmiddleton@oaktreecap.com

**oaktreecapital**
bvaissie@oaktreecapital.com
cward@oaktreecapital.com
seiseler@oaktreecapital.com

**obb**
hwessel@obb.com

**oberbank**

## Company & Corresponding Email Addresses

can.kuecuekkaplan@oberbank.at
guenther.dratlehner@oberbank.at
harald.limberger@oberbank.at
herwig.krist@oberbank.at
juergen.hoeffle@oberbank.at
mario.loidl@oberbank.at
r.hinterdorfer@oberbank.at
rita.pointer@oberbank.at
robert.musner@oberbank.at
wilfried.brandstetter@oberbank.at

### ocas

cindy.taggart@ocas.com
dan.carter@ocas.com
kim.renners@ocas.com
marybeth.cadle@ocas.com
paul.gerard@ocas.com
scott.vess@ocas.com

### ocbc

bentai@ocbc.com.sg
cheeslraymond@ocbc.com.sg
chiangll@ocbc.com.sg
chooykelsie@ocbc.com.sg
diongcm@ocbc.com
foocy@ocbc.com.sg
gohpwlinda@ocbc.com.sg
hengemstephanie@ocbc.com
jameskhoo@ocbc.com
lamsyelaine@ocbc.com
lawrencewong@ocbc.com.sg
leeanicholas@ocbc.com
leeedith@ocbc.com.sg
leekyalex@ocbc.com.sg
leem@ocbc.com.sg
leesg@ocbc.com.sg
leesmsimon@ocbc.com
linsamuel@ocbc.com.sg
lyeclvivian@ocbc.com.sg
naibh@ocbc.com.sg
ngjtjason@ocbc.com
njiauwclnurdin@ocbc.com
phangkw@ocbc.com
synsmsherman@ocbc.com.sg
szenicole@ocbc.com.sg
tan_yh@ocbc.net
tanaikchye@ocbc.com.sg
tanlh1@ocbc.com.sg
tansnchristine@ocbc.com
tantangkodelvin@ocbc.com.sg
tanyongkhim@ocbc.com.sg
taycwklaus@ocbc.com.sg
teocgcynthia@ocbc.com.sg
tholc@ocbc.com.sg
weeyanhann@ocbc.com.sg
wiradharmap@ocbc.com

## Company & Corresponding Email Addresses

wongkcherbert@ocbc.com.sg
wucliris@ocbc.com.sg
yap_tk@ocbc.com.sg
yeockpatrick@ocbc.com.sg
zhulyjanet@ocbc.com.sg

### occ
hueston.middleton@occ.trs.gov

### oce
ritt@oce.nl

### oceanfirst
rlaskowski@oceanfirst.com

### ocgov
jxue@ttc.ocgov.com
pcocking@ttc.ocgov.com

### octfcu
tduong@octfcu.org

### ocwen
apandey@ocwen.com
aschwartz@ocwen.com
dbroglino@ocwen.com
gstein@ocwen.com
john.stoj@ocwen.com
mmanhart@ocwen.com
mshort@ocwen.com
pritesh.ranjan@ocwen.com
rdelgado@ocwen.com
rfaris@ocwen.com
sajjad.hussain@ocwen.com
smilstein@ocwen.com
werbey@ocwen.com

### oddo
achacun@oddo.fr
adias@oddo.fr
afoucault@oddo.fr
amarmoiton@oddo.fr
arahme@oddo.fr
bsinescu@oddo.fr
cbraudeau@oddo.fr
cmanik@oddo.fr
cnauphal@oddo.fr
eblel@oddo.fr
echapuis@oddo.fr
ehavardduclos@oddo.fr
fleve@oddo.fr
gallain@oddo.fr
gdeschamps@oddo.fr
ggenere@oddo.fr
ghorenstein@oddo.fr
hleguen@oddo.fr
jbouffier@oddo.fr
jtebeka@oddo.fr
lbert@oddo.fr
llamagnere@oddo.fr
mblanchier@oddo.fr

## Company & Corresponding Email Addresses

mmerran@oddo.fr
msauvageot@oddo.fr
oravey@oddo.fr
phoddo@oddo.fr
plenders@oddo.fr
pnilsson@oddo.fr
priegis@oddo.fr
rboyer@oddo.fr
rtuffier@oddo.fr
salloy@oddo.fr
schamfrault@oddo.fr
sheddadji@oddo.fr
smaillard@oddo.fr
tjosien@oddo.fr
vgomez@oddo.fr
vsteen@oddo.fr
xhoche@oddo.fr
xktorza@oddo.fr

### odec

jdavis@odec.com
khuddle@odec.com
tbrickhouse@odec.com

### oechsle

adrian@uk.oechsle.com
davidl@oechsle.com
deek@oechsle.com
jdamon@oechsle.com
joes@oechsle.com
johnm@oechsle.com
johns@oechsle.com
kathleenh@oechsle.com
loisc@oechsle.com
mark@uk.oechsle.com
martinao@oechsle.com
neville@uk.oechsle.com
paulf@oechsle.com
peterr@oechsle.com
peters@oechsle.com
robinr@oechsle.com
tony.leggett@oechsle.com
warren@uk.oechsle.com
yasu@jp.oechsle.com

### oechsle-de

avogler@oechsle-de.com
franks@oechsle-de.com
rkostal@oechsle-de.com

### oenb

antoine.veyrassat@oenb.at
daniel.nageler@oenb.at
doris.kutalek@oenb.co.at
duchatcz@oenb.co.at
elisabeth.antensteiner@oenb.co.uk
erich.obetzhofer@oenb.co.at
gerald.fiala@oenb.co.at

## Company & Corresponding Email Addresses

helmut.gruber@oenb.co.at
ingrid.haar-stoehr@oenb.co.at
karl.schleinzer@oenb.co.at
markus.arpa@oenb.co.at
peregrin.chelik@oenb.co.at
reinhold.wanka@oenb.co.at
robert.reinwald@oenb.at
thomas.fichtinger@oenb.co.at
thomas.policzer@oenb.at
walter.benesch@oenb.co.at
walter.sevcik@oenb.co.at
wolfgang.haunold@oenb.co.at

**oeresundsbron**
kvh@oeresundsbron.com

**offitbank**
bdojonovic@offitbank.com
benedetto@offitbank.com
charlton@offitbank.com
chavez@offitbank.com
dutton@offitbank.com
giglia@offitbank.com
johnston@offitbank.com
mckee@offitbank.com
stacey.mcgovern@offitbank.com
steiman@offitbank.com
suk@offitbank.com
ttaylor@offitbank.com
willis@offitbank.com

**offitinvestments**
max.lazard@offitinvestments.com

**offivalmo**
c.masucci@offivalmo.fr

**ofheo**
vikas.mehta@ofheo.gov

**ofi-am**
bkabore@ofi-am.fr
bwatteyne@ofi-am.fr
cmasucci@ofi-am.fr
ehadzic@ofi-am.fr
etrussant@ofi-am.fr
fboinier@ofi-am.fr
fcaulry@ofi-am.fr
ggurfinkiel@ofi-am.fr
joger@ofi-am.fr
lheurtin@ofi-am.fr
mfay@ofi-am.fr
mlongeard@ofi-am.fr
ohuet@ofi-am.fr
ojezequel@ofi-am.fr
orequin@ofi-am.fr
pdumont@ofi-am.fr
pledonche@ofi-am.fr
sbigeard@ofi-am.fr
schow@ofi-am.fr

**Company & Corresponding Email Addresses**

sciccardini@ofi-am.fr
sfiszman@ofi-am.fr
tpauwels@ofi-am.fr
vhachevincenot@ofi-am.fr

**ofii**

akornchankul@ofii.com
bgoggins@ofii.com
ccrooks@ofii.com
cholloway@ofii.com
cmckenzie@ofii.com
dbowers@ofii.com
dgoldfarb@ofii.com
hlee@ofii.com
hwolfe@ofii.com
jdoyle@ofii.com
jfritchman@ofii.com
jglover@ofii.com
jhiggins@ofii.com
jhosler@ofii.com
jreed@ofii.com
jsoto@ofii.com
jweintraub@ofii.com
jwilliams@ofii.com
jzeman@ofii.com
lli@ofii.com
lpham@ofii.com
mmendelhan@ofii.com
mprasad@ofii.com
pbisbey@ofii.com
rheebner@ofii.com
rhill@ofii.com
sdray@ofii.com
thoey@ofii.com
traeke@ofii.com
twalter@ofii.com

**ofiinstititional**

dharper@ofiinstititional.com

**ofiinstitutional**

bmcginn@ofiinstitutional.com
cdecastro@ofiinstitutional.com
dmiles@ofiinstitutional.com
ebergagniini@ofiinstitutional.com
fwang@ofiinstitutional.com
gmansell@ofiinstitutional.com
jfoster@ofiinstitutional.com
jglover@ofiinstitutional.com
jkim@ofiinstitutional.com
kdachille@ofiinstitutional.com
kwoodson@ofiinstitutional.com
lproper@ofiinstitutional.com
lspicer@ofiinstitutional.com
nmccarthy@ofiinstitutional.com
rhadley@ofiinstitutional.com
rpfahl@ofiinstitutional.com

## Company & Corresponding Email Addresses

sbenjamin@ofiinstitutional.com
tswaney@ofiinstitutional.com

### ofina

ahainswo@ofina.on.ca
akraas@ofina.on.ca
callain@ofina.on.ca
dpeters@ofina.on.ca
hgraham@ofina.on.ca
ir.coop@ofina.on.ca
ircoop@ofina.on.ca
jplamour@ofina.on.ca
mjusto@ofina.on.ca
mmanning@ofina.on.ca
pmark@ofina.on.ca

### ofivalmo

abauduin@ofivalmo.fr
abelmedhi@ofivalmo.fr
cchadefaud@ofivalmo.fr
cdemarcy@ofivalmo.fr
cfarrugia@ofivalmo.fr
chassez@ofivalmo.fr
dnussbaum@ofivalmo.fr
fbohin@ofivalmo.fr
glaunay@ofivalmo.fr
hdaigre@ofivalmo.fr
hgoigouxbecker@ofivalmo.fr
jdevry@ofivalmo.fr
jhervy@ofivalmo.fr
jlamarre@ofivalmo.fr
ldespierre@ofivalmo.fr
mbelhouci@ofivalmo.fr
message_rechext@ofivalmo.fr
mmeyers@ofivalmo.fr
obibiano@ofivalmo.fr
oeudes@ofivalmo.fr
pgauthier@ofivalmo.fr
samand@ofivalmo.fr
snisi@ofivalmo.fr
xhoche@ofivalmo.fr

### oge

fleminds@oge.com
garretmj@oge.com
tidweltj@oge.com
walworcb@oge.com

### ohionational

irojas@ohionational.cl
jnavarrette@ohionational.cl
joseph_fischer@ohionational.com
maureen_kiefer@ohionational.com
michael_boedeker@ohionational.com
michael_burke@ohionational.com
nathan_hicks@ohionational.com
philip_byrde@ohionational.com

### ohionatl

**Company & Corresponding Email Addresses**

ccarlson@ohionatl.com
jmartin@ohionatl.com
mkahn@ohionatl.com

**ohionayional**

ggonzalez@ohionayional.cl

**ohiosavings**

adonatelli@ohiosavings.com
apresby@ohiosavings.com
jlederman@ohiosavings.com
pgoldberg@ohiosavings.com
rcrouse@ohiosavings.com
sbesancon@ohiosavings.com

**ohis**

deirdre.bruen@ohis.com
ricardo.grados@ohis.com
sfmswaps@ohis.com
yi.wang@ohis.com

**ohman**

harald.kjessler@ohman.se
johan.bynelius@ohman.se
jonas.sandefeldt@ohman.se
lena.ryrberg@ohman.se
peter.gummesson@ohman.se
thomas.ringkvist@ohman.se

**ohsers**

mbrugger@ohsers.org

**oko**

camilla.ahlskog@oko.fi
erkko.wennonen@oko.fi
jari.puhakka@oko.fi
jorma.komulainen@oko.fi
kari.nisula@oko.fi
kim.rellahan@oko.fi
kimmo.lempinen@oko.fi
marko.kosonen@oko.fi
mattila.timo@oko.fi
merja.niemi@oko.fi
mika.uusi-pantti@oko.fi
riku.wiitala@oko.fi

**okobank**

antti.marttila@okobank.com
eero.ketola@okobank.com
eeva.niemisto@okobank.fi
esko.torsti@okobank.fi
hanno.hirvinen@okobank.com
harri.kuosmanen@okobank.fi
jorma.alanne@okobank.com
jouni.jarviluoma@okobank.com
juuso.atrila@okobank.fi
kimmo.vuorinen@okobank.com
kristiina.karhos@okobank.fi
kyllikki.pankakoski@okobank.fi
lasse.aarto@okobank.com
mikael.silvennoinen@okobank.com

## Company & Corresponding Email Addresses

olli.ronka@okobank.com
ollipekka.vahvaselka@okobank.com
pekka.petro@okobank.com
petri.kangas@okobank.com
petteri.joensuu@okobank.com
reima.rytsola@okobank.com
reima.rytsola@okobank.fi
tero.rautasuo@okobank.com
tina.schumacher@okobank.fi
vesa.hokkanen@okobank.com

**okosam**
stanley@okosam.com

**olayan**
c.tirondola@olayan.com
d.hobson@olayan.com
f.amato@olayan.com
h.beyhum@olayan.com
n.habachy@olayan.com

**olayangroup**
c.heeran@olayangroup.com
d.bakolas@olayangroup.com
d.sheeler@olayangroup.com
e.farsoun@olayangroup.com
g.fournier@olayangroup.com
h.olayan@olayangroup.com
h.zeibak@olayangroup.com
j.duguid@olayangroup.com
j.giangrasso@olayangroup.com
j.sfiroudis@olayangroup.com
k.rao@olayangroup.com
l.perrotta@olayangroup.com
m.pardo@olayangroup.com
p.bassoul@olayangroup.com
p.hughes@olayangroup.com
r.hottensen@olayangroup.com
r.mccarthy@olayangroup.com
s.danforth@olayangroup.com
t.mccune-vassilev@olayangroup.com

**oldkent**
mike.martin@oldkent.com

**oldnational**
chris_wolking@oldnational.com
diane_ziliak@oldnational.com
jeff_lorenz@oldnational.com
jim_schmidt@oldnational.com
john_claybon@oldnational.com
john_poelker@oldnational.com
nathan_vogt@oldnational.com

**oleane**
gadreau@dial.oleane.com

**oliverwyman**
david.gershkoff@oliverwyman.com
norman.leung@oliverwyman.com

**olivetti**

**Company & Corresponding Email Addresses**

a.nicolotti@olivetti.com
d.ronchetti@olivetti.com
l.tonelli@olivetti.com
r.monti@olivetti.com
s.vaccarino@olivetti.com

**olyangroup**
d.jean-jacques@olyangroup.com

**olympiacapital**
jkelly@olympiacapital.com

**omam**
adrian.farthing@omam.co.uk
amadeo.alentorn@omam.co.uk
andrew.tunks@omam.co.uk
anthony.gunning@omam.co.uk
arvin.panganiban@omam.co.uk
ashton.bradbury@omam.co.uk
aziz.minhas@omam.co.uk
ben.paviour@omam.co.uk
bob.attridge@omam.co.uk
caroline.lee@omam.co.uk
catherine.gladwin@omam.co.uk
catriona.grant@omam.co.uk
chris.higham@omam.co.uk
chris.palmer@omam.co.uk
chris.rule@omam.co.uk
dan.nichols@omam.co.uk
dermot.keegan@omam.co.uk
dev.jadeja@omam.co.uk
donall.comerford@omam.co.uk
eoin.murray@omam.co.uk
eunice.yadi@omam.co.uk
gary.merrick@omam.co.uk
gavin.brown@omam.co.uk
gavin.scott@omam.co.uk
ian.goodhand@omam.co.uk
ian.heslop@omam.co.uk
james.barrett@omam.co.uk
john.mattimore@omam.co.uk
john.philpott@omam.co.uk
jon.marsden@omam.co.uk
jonathan.tierney@omam.co.uk
justin.lines@omam.co.uk
leif.cussen@omam.co.uk
mark.stevens@omam.co.uk
matt.hollier@omam.co.uk
matthew.nagele@omam.co.uk
michael.rose@omam.co.uk
mike.servent@omam.co.uk
nick.williams@omam.co.uk
paul.simpson@omam.co.uk
peter.baxter@omam.co.uk
philip.hunter@omam.com
rachid.semaoune@omam.co.uk
richard.black@omam.co.uk

**Company & Corresponding Email Addresses**

richard.moore@omam.co.uk
richard.tomlinson@omam.co.uk
scott.powers@omam.co.uk
sofia.skalistiri@omam.co.uk
spencer.copp@omam.co.uk
stephen.harrison@omam.co.uk
stephen.snowden@omam.co.uk
suresh.sadasivan@omam.co.uk
theresa.egan@omam.co.uk
tom.kirke@omam.co.uk
tracey.lander@omam.co.uk
will.menne@omam.co.uk

**omantel**

markazi@omantel.net.om

**omb**

andersa@omb.nyc.gov

**omef**

rbeyer@omef.com
tciambotti@omef.com

**omega-advisors**

abrown@omega-advisors.com
adevgan@omega-advisors.com
alexc@omega-advisors.com
bbornstein@omega-advisors.com
bcook@omega-advisors.com
billyg@omega-advisors.com
ckagaoan@omega-advisors.com
cyrus@omega-advisors.com
damorell@omega-advisors.com
davidm@omega-advisors.com
dclifford@omega-advisors.com
dorlow@omega-advisors.com
elevy@omega-advisors.com
finteam@omega-advisors.com
gbroshy@omega-advisors.com
jclifford@omega-advisors.com
jmoleti@omega-advisors.com
jware@omega-advisors.com
kalliope@omega-advisors.com
lgc@omega-advisors.com
mcooper@omega-advisors.com
mcooperman@omega-advisors.com
mnemeth@omega-advisors.com
mpicard@omega-advisors.com
mviscio@omega-advisors.com
nfedorow@omega-advisors.com
nlai@omega-advisors.com
pshangkuan@omega-advisors.com
pswigart@omega-advisors.com
rafaneh@omega-advisors.com
raj@omega-advisors.com
shirley@omega-advisors.com
shurwitz@omega-advisors.com
steven@omega-advisors.com

## Company & Corresponding Email Addresses

tmoe@omega-advisors.com
tor@omega-advisors.com
wvogel@omega-advisors.com
xin@omega-advisors.com

**omegasec**
tsakelis@omegasec.gr

**omg**
aleida.white@omg.co.uk
david.kenedix@omg.co.uk
mary.jackets@omg.co.uk
petra.sjostedt@omg.co.uk

**omicorp**
flondon@omicorp.com

**omigroup**
rodrigop@omiam.omigroup.com

**omntel**
cbotid2@omntel.net.om

**ompa**
smaile@ompa.com

**omron**
takahiro_kumon@omron.co.jp

**omv**
brigitte.juen@omv.com
david.salisbury@omv.com
erich.waba@omv.com
guenther.arnberger@omv.com
heimo.stauchner@omv.com
hubert.pilgerstorfer@omv.com
investor.relations@omv.com
michael.webster@omv.com
monika.schandor-steinberger@omv.com
nina.baernthaler@omv.com
norman.strobl@omv.com
oliver.dillenz@omv.com
peter.seitinger@omv.com
rainer.altenberger@omv.com
stefan.waldner@omv.com
udo.giegerich@omv.com
wolfgang.posch@omv.com
wolfgang.ruttenstorfer@omv.com

**oneamerica**
dave.weisenburger@oneamerica.com
edward.zhou@oneamerica.com
john.mason@oneamerica.com
mark.schmahl@oneamerica.com
mike.bullock@oneamerica.com

**onebeacon**
fturcotte@onebeacon.com
john_weber@onebeacon.com
peter_antos@onebeacon.com
pmcdonough@onebeacon.com
wluzzo@onebeacon.com

**oneinvest**
alberto@oneinvest.ch

**Company & Corresponding Email Addresses**

luca@oneinvest.ch
manuela@oneinvest.ch
maura@oneinvest.ch
peter@oneinvest.ch
tania@oneinvest.ch

**online**
vendome.nauer@online.lu

**ooev**
r.burgstaller@ooev.at
rweber@ooev.at

**ooooo**
ssssss@ooooo.com

**op**
jani.partanen@op.fi

**opcap**
abhi.acharya@opcap.com
alok.chopra@opcap.com
amule@opcap.com
andrew.gorczyk@opcap.com
anne.budlong@opcap.com
apitale@opcap.com
arthur.bascomb@opcap.com
asippel@opcap.com
bbarenboim@opcap.com
bcolton@opcap.com
bgutstein@opcap.com
bhill@opcap.com
bholmes@opcap.com
bill.sandow@opcap.com
bmlynarick@opcap.com
bparente@opcap.com
brett.pollack@opcap.com
bruce.koepfgen@opcap.com
catherine.wolfe@opcap.com
cglinsman@opcap.com
david.cassese@opcap.com
david.chamberlain@opcap.com
david.fossella@opcap.com
dchung@opcap.com
dmcmullan@opcap.com
emazen@opcap.com
eric.nelson@opcap.com
eric.sartorius@opcap.com
fcloppert@opcap.com
gary.mcanly@opcap.com
gerry.chan@opcap.com
giri.bogavelli@opcap.com
hling@opcap.com
ian.murdoch@opcap.com
jane.xia@opcap.com
jarbeeny@opcap.com
jared.knote@opcap.com
jeff.parker@opcap.com
jeffrey.stevens@opcap.com

## Company & Corresponding Email Addresses

jim.zhao@opcap.com
jkhan@opcap.com
jlindenthal@opcap.com
jmangione@opcap.com
jonathan.adams@opcap.com
jrowley@opcap.com
jtarnoff@opcap.com
jzeman@opcap.com
karla.harwich@opcap.com
kconroy@opcap.com
kgreenburg@opcap.com
lilo.sachs@opcap.com
louis.goldstein@opcap.com
martin.mickus@opcap.com
maureen.dillon@opcap.com
melanie.santos@opcap.com
mfetherston@opcap.com
mgreenwald@opcap.com
michael.corelli@opcap.com
michael.mathay@opcap.com
miles.wixon@opcap.com
nfrelinghuysen@opcap.com
pwroblewski@opcap.com
regina.chi@opcap.com
rhauser@opcap.com
roy.johnston@opcap.com
rurquhart@opcap.com
scott.winters@opcap.com
stephen.bond-nelson@opcap.com
terry.duggan@opcap.com
thomas.browne@opcap.com
thomas.hogan@opcap.com
tscerbo@opcap.com
vbaugh@opcap.com
vcurtis@opcap.com
wmcdaniel@opcap.com

**opco**

angela.chin@opco.com
axel.hester@opco.com
bob.okin@opco.com
bryan.mckigney@opco.com
cary.holcomb@opco.com
chris.kulick@opco.com
douglas.cameron@opco.com
drew.meyers@opco.com
greg.white@opco.com
kathy.wilson@opco.com
marshall.dornfeld@opco.com
michael.schwartz@opco.com
paul.harris@opco.com
ralph.barbato@opco.com
richard.white@opco.com
robert.lowenthal@opco.com
roger.elsas@opco.com

## Company & Corresponding Email Addresses

sandra.hernandez@opco.com
sherrie.beehler@opco.com
tom.nevin@opco.com
william.roche@opco.com
yixiong.chen@opco.com

## opers

acalvin@opers.org
aenderle@opers.org
alohof@opers.org
bsturm@opers.org
cgregson@opers.org
choover@opers.org
chufford@opers.org
clove@opers.org
codaniel@opers.org
crieddle@opers.org
cruoff@opers.org
cyoho@opers.com
dgerman@opers.org
dlampe@opers.org
dsarver@opers.org
ecagnina@opers.org
efrance@opers.org
eweis@opers.org
jblue@opers.org
jboushelle@opers.org
jglee@opers.org
jhom@opers.org
jlake@opers.org
jmay@opers.org
jstack@opers.org
jwright@opers.org
kmartin@opers.org
kmcdowell@opers.org
kvangundy@opers.org
ltracy@opers.org
mehresman@opers.org
mparker@opers.org
msforza@opers.org
mshanahan@opers.org
msherman@opers.org
mshoaf@opers.org
mstought@opers.org
nkotsonis@opers.org
pedging@opers.org
rcarrier@opers.org
rfinn@opers.org
rfox@opers.org
rgball@opers.org
rmorton@opers.org
rtong@opers.org
sbarker@opers.org
smurray@opers.org
ssommerfeld@opers.org

## Company & Corresponding Email Addresses

sstuck@opers.org
tblack@opers.org
transactions@opers.com
tsoots@opers.org
tsteitz@opers.org
tswingle@opers.org
wneville@opers.org
xgu@opers.org

**op-f**
bluke@op-f.org
rcheuvront@op-f.org

**ophedge**
patrice.williams@ophedge.com

**ophedgeny**
eugene.didenko@ophedgeny.com
john.shannon@ophedgeny.com

**oppehmeimerfunds**
jmilan@oppehmeimerfunds.com

**oppenheim**
achim.hammerschmitt@oppenheim.de
achim.walde@oppenheim.de
adrian.marcu@oppenheim.ch
adrian.scherer@oppenheim.ch
alexander.bischoff@oppenheim.de
alexander.straesser@oppenheim.de
alfons.klein@oppenheim.lu
alison.goetze@oppenheim.de
alwin.schenk@oppenheim.de
amelie.wipplinger@oppenheim.de
andrea.baum@oppenheim.de
andrea.lorenz@oppenheim.de
andrea.zenzen@oppenheim.de
andreas.boden@oppenheim.de
andreas.schmidt@oppenheim.de
andreas.winterberg@oppenheim.de
angela.daloiso-willms@oppenheim.de
anke.detering@oppenheim.de
annegret.steinmetz@oppenheim.de
annette.henke@oppenheim.lu
axel.giesselbach@oppenheim.de
bastian.schaefer@oppenheim.de
bernd.henseler@oppenheim.de
bettina.guschel@oppenheim.de
bjoern.poehlker@oppenheim.de
boris.leissner@oppenheim.de
carmen.daub@oppenheim.de
carsten.menke@oppenheim.de
christian.schindler@oppenheim.de
christine.schmidt@oppenheim.de
christof.kessler@oppenheim.de
christoph.andomaitis@oppenheim.de
christoph.hott@oppenheim.de
christoph.seegerer@oppenheim.de
christoph.wiedebach@oppenheim.de

## Company & Corresponding Email Addresses

christophe.frisch@oppenheim.de
claudia.gentgen@oppenheim.lu
claudia.reichfloyd@oppenheim.ch
claudia.wieditz@oppenheim.de
cornelius.klein@oppenheim.de
dagmar.alpen@oppenheim.de
daniel.janssen@oppenheim.de
daniel.kremer@oppenheim.de
denis.elter@oppenheim.ch
dieter.pfundt@oppenheim.de
dietmar.albertz@oppenheim.de
drmichael.brune@oppenheim.de
elke.steinel@oppenheim.de
evelin.rutten@oppenheim.de
frank.baumann@oppenheim.de
frank.huebner@oppenheim.de
frank.kemper@oppenheim.de
frank.klein@oppenheim.de
frank.kosiolek@oppenheim.de
frank.umlauf@oppenheim.de
frank.wellendorf@oppenheim.de
franz.fuchs@oppenheim.de
friedrich.bacmeister@oppenheim.de
friedrich-wilhelm.kersting@oppenheim.de
gabriele.collatz@oppenheim.de
georg.scholz@oppenheim.de
gerald.pittner@oppenheim.de
gerhard.merten@oppenheim.de
gisbert.lang@oppenheim.de
gregor.oboth@oppenheim.de
gudrun.hollender@oppenheim.de
guido.bugiel@oppenheim.de
guido.ostermeier@oppenheim.de
guido.willems@oppenheim.de
hagen.ernst@oppenheim.de
hanna.ahrens@oppenheim.de
hans-joerg.stamm@oppenheim.de
hans-peter.bandur@oppenheim.de
hans-peter.fliegel@oppenheim.de
hans-ulrich.mayer@oppenheim.de
harald.wenzel@oppenheim.de
heiko.wagner@oppenheim.de
heinz.merkens@oppenheim.de
henning.thiel@oppenheim.de
holger.pfieffer@oppenheim.de
holger.schmitt@oppenheim.de
hubertus.underberg@oppenheim.de
ingo.koch@oppenheim.de
irina.sidorovitch@oppenheim.de
jan.juretzka@oppenheim.de
jeannette.moehlenbrock@oppenheim.de
jens.rowohlt@oppenheim.de
jerome.cavard@oppenheim.ch
joachim.vonwirth@oppenheim.de

**Company & Corresponding Email Addresses**

joan.wichterich@oppenheim.de
jochen.kottmann@oppenheim.de
joerg.hoeller@oppenheim.de
joerg.hundhausen@oppenheim.de
joerg.lausberg@oppenheim.de
joerg.lentes@oppenheim.de
joerg.mueller@oppenheim.de
joerg.puetz@oppenheim.de
joerg.walti@oppenheim.ch
joohee.lee@oppenheim.de
jutta.kruft@oppenheim.de
karl.funke-kaiser@oppenheim.de
katharina.schiffer@oppenheim.de
katrin.loehken@oppenheim.de
kerstin.laser@oppenheim.de
kim.dalby@oppenheim.de
knut.griese@oppenheim.de
larry.anderson@oppenheim.de
lars.edler@oppenheim.de
leifholger.dietze@oppenheim.de
liang.ding@oppenheim.de
lutz.klaus@oppenheim.de
manfred.caesar@oppenheim.de
marc.hocks@oppenheim.de
marc.lessenich@oppenheim.de
marco.birg@oppenheim.de
marco.zingsheim@oppenheim.de
mark.niethard@oppenheim.de
markus.kuether@oppenheim.de
markus.pfeffer@oppenheim.de
martin.lohaus@oppenheim.de
martina.fischer@oppenheim.de
mathias.weil@oppenheim.de
matthias.gruber@oppenheim.de
matthias.kail@oppenheim.de
matthias.loos@oppenheim.de
matthias.ries@oppenheim.de
metehan.sen@oppenheim.de
michael.braubach@oppenheim.de
michael.brauchitsch@oppenheim.de
michael.henkel@oppenheim.de
michael.lohre@oppenheim.de
michael.mathiowetz@oppenheim.de
norbert.braems@oppenheim.de
norbert.tolksdorf@oppenheim.de
oezkan.dogan@oppenheim.de
oliver.baumann@oppenheim.de
oliver.krieg@oppenheim.de
patrick.solerschubert@oppenheim.de
patrick.stiefel@oppenheim.de
pawel.tomczyk@oppenheim.de
peter.guntermann@oppenheim.de
peter.mauder@oppenheim.de
petermark.vogel@oppenheim.ch

## Company & Corresponding Email Addresses

petra.meyer@oppenheim.de
philip.schmitz@oppenheim.de
philipp.schwenecke@oppenheim.de
philipp.schweneke@oppenheim.de
pierre.annutsch@oppenheim.de
pius.cavelty@oppenheim.ch
rainer.jaeger@oppenheim.de
ralf.breuer@oppenheim.de
ralf.thomas@oppenheim.de
ralph.glatz@oppenheim.de
ralph.messerschmidt@oppenheim.de
raphael.fuhrmann@oppenheim.de
reinhard.pfingsten@oppenheim.de
reinhard.thierbach@oppenheim.de
robert.joseph@oppenheim.at
rolf.hartmann@oppenheim.de
romain.goerens@oppenheim.lu
ronald.schauer@oppenheim.de
sascha.vinogradic@oppenheim.de
sascha.werberich@oppenheim.de
selcuk.erbas@oppenheim.de
serge.brighi@oppenheim.lu
siegfried.simon@oppenheim.de
stefan.janssen@oppenheim.de
stefan.ufer@oppenheim.de
steffen.heihoff@oppenheim.de
stephan.muehlner@oppenheim.de
sven.kaiser@oppenheim.de
thomas.mertens@oppenheim.de
thomas.olbrich@oppenheim.de
tobias.frei@oppenheim.ch
torsten.schellscheidt@oppenheim.de
ulrike.kastens@oppenheim.de
uwe.neumann@oppenheim.de
walter.liebe@oppenheim.de
winfried.becker@oppenheim.de
wolfgang.jesinger@oppenheim.de
wolfgang.munsche@oppenheim.de
york.zucchi@oppenheim.de
youngjun.yoon@oppenheim.de

### oppenheimer

amerrill@oppenheimer.com
awilde@oppenheimer.com
ileon@oppenheimer.com

### oppenheimerfunds

aabuhan@oppenheimerfunds.com
aarza@oppenheimerfunds.com
abanerjee@oppenheimerfunds.com
abomfim@oppenheimerfunds.com
adardani@oppenheimerfunds.com
addssurujballie@oppenheimerfunds.com
adelongis@oppenheimerfunds.com
agilston@oppenheimerfunds.com
ahaykin@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

akrause@oppenheimerfunds.com
akreso@oppenheimerfunds.com
akurinets@oppenheimerfunds.com
aliddell@oppenheimerfunds.com
amagid@oppenheimerfunds.com
amakwana@oppenheimerfunds.com
amanioudakis@oppenheimerfunds.com
amika@oppenheimerfunds.com
amontefusco@oppenheimerfunds.com
aparish@oppenheimerfunds.com
aperciballi@oppenheimerfunds.com
arotemberg@oppenheimerfunds.com
ashah@oppenheimerfunds.com
asteinmetz@oppenheimerfunds.com
auttaro@oppenheimerfunds.com
aweiner@oppenheimerfunds.com
azatulovskaya@oppenheimerfunds.com
azhou@oppenheimerfunds.com
azichy@oppenheimerfunds.com
azimmer@oppenheimerfunds.com
bbonomo@oppenheimerfunds.com
bcampbell@oppenheimerfunds.com
bcogger@oppenheimerfunds.com
bengle@oppenheimerfunds.com
bgiladi@oppenheimerfunds.com
bgord@oppenheimerfunds.com
bjaume@oppenheimerfunds.com
blevitt@oppenheimerfunds.com
blinden@oppenheimerfunds.com
bmacaskill@oppenheimerfunds.com
bneigut@oppenheimerfunds.com
breid@oppenheimerfunds.com
brockmuller@oppenheimerfunds.com
bsamuel@oppenheimerfunds.com
bsherman@oppenheimerfunds.com
bstewart@oppenheimerfunds.com
bvangundy@oppenheimerfunds.com
bweiss@oppenheimerfunds.com
bwilby@oppenheimerfunds.com
cburgess@oppenheimerfunds.com
ccarson@oppenheimerfunds.com
ccastro@oppenheimerfunds.com
ccavasina@oppenheimerfunds.com
cemanuel@oppenheimerfunds.com
cgapay@oppenheimerfunds.com
cgilbert@oppenheimerfunds.com
ckandilis@oppenheimerfunds.com
cklimas@oppenheimerfunds.com
ckrieg@oppenheimerfunds.com
cleavy@oppenheimerfunds.com
cullyatt@oppenheimerfunds.com
cvaccaro@oppenheimerfunds.com
cwinter@oppenheimerfunds.com
cwolf@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

cwong@oppenheimerfunds.com
dartemiev@oppenheimerfunds.com
dbrady@oppenheimerfunds.com
dbrown@oppenheimerfunds.com
dcampbell@oppenheimerfunds.com
dcarroll@oppenheimerfunds.com
dclements@oppenheimerfunds.com
dcoady@oppenheimerfunds.com
dcompert@oppenheimerfunds.com
ddonovan@oppenheimerfunds.com
dengstrom@oppenheimerfunds.com
dfalicia@oppenheimerfunds.com
dfoxhoven@oppenheimerfunds.com
dfreud@oppenheimerfunds.com
dgagliardo@oppenheimerfunds.com
dgulko@oppenheimerfunds.com
dkelley@oppenheimerfunds.com
dlewis@oppenheimerfunds.com
dloughran@oppenheimerfunds.com
dmangnuson@oppenheimerfunds.com
dmccomb@oppenheimerfunds.com
dmoore@oppenheimerfunds.com
dmorgan@oppenheimerfunds.com
dnegry@oppenheimerfunds.com
doronweber@oppenheimerfunds.com
drubens@oppenheimerfunds.com
dzejda@oppenheimerfunds.com
ebaggett@oppenheimerfunds.com
echa@oppenheimerfunds.com
eciulla@oppenheimerfunds.com
eclemens@oppenheimerfunds.com
eeverett@oppenheimerfunds.com
eferreira@oppenheimerfunds.com
ekim@oppenheimerfunds.com
elorber@oppenheimerfunds.com
elovett@oppenheimerfunds.com
elupo@oppenheimerfunds.com
erichter@oppenheimerfunds.com
ezeff@oppenheimerfunds.com
fbowerman@oppenheimerfunds.com
fjennings@oppenheimerfunds.com
gcaan@oppenheimerfunds.com
gevans@oppenheimerfunds.com
gjacobe@oppenheimerfunds.com
gli@oppenheimerfunds.com
globalteam@oppenheimerfunds.com
gpilc@oppenheimerfunds.com
gsharma@oppenheimerfunds.com
hacavedo@oppenheimerfunds.com
hheikenfeld@oppenheimerfunds.com
jackbrown@oppenheimerfunds.com
jbonnell@oppenheimerfunds.com
jboydell@oppenheimerfunds.com
jbunyak@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

jburke@oppenheimerfunds.com
jcardillo@oppenheimerfunds.com
jchon@oppenheimerfunds.com
jdamian@oppenheimerfunds.com
jdelano@oppenheimerfunds.com
jdjones@oppenheimerfunds.com
jdoney@oppenheimerfunds.com
jerven@oppenheimerfunds.com
jharris@oppenheimerfunds.com
jharubin@oppenheimerfunds.com
jimmyk@oppenheimerfunds.com
jjones@oppenheimerfunds.com
jlatino@oppenheimerfunds.com
jleverenz@oppenheimerfunds.com
jlivengood@oppenheimerfunds.com
jmandzij@oppenheimerfunds.com
jmccullough@oppenheimerfunds.com
jmcdonnell@oppenheimerfunds.com
jmcgovern@oppenheimerfunds.com
jmendez@oppenheimerfunds.com
jokray@oppenheimerfunds.com
jputnam@oppenheimerfunds.com
jreiter@oppenheimerfunds.com
jrowlett@oppenheimerfunds.com
jsadeghi@oppenheimerfunds.com
jselman@oppenheimerfunds.com
jshields@oppenheimerfunds.com
jsmith@oppenheimerfunds.com
jsrosen@oppenheimerfunds.com
jthiron@oppenheimerfunds.com
jvertz@oppenheimerfunds.com
jwelsh@oppenheimerfunds.com
jwu@oppenheimerfunds.com
jzorgdrager@oppenheimerfunds.com
kbaum@oppenheimerfunds.com
kbryan@oppenheimerfunds.com
kchoy@oppenheimerfunds.com
kfeinberg@oppenheimerfunds.com
kherold@oppenheimerfunds.com
kkunam@oppenheimerfunds.com
knadler@oppenheimerfunds.com
kpfleeger@oppenheimerfunds.com
kspencer@oppenheimerfunds.com
kstokes@oppenheimerfunds.com
kwedding@oppenheimerfunds.com
kwinston@oppenheimerfunds.com
kwolfgruber@oppenheimerfunds.com
lantonelli@oppenheimerfunds.com
lborsack@oppenheimerfunds.com
ldarling@oppenheimerfunds.com
lepolito@oppenheimerfunds.com
lkamman@oppenheimerfunds.com
lkohn@oppenheimerfunds.com
lvenezia@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

lwalsh@oppenheimerfunds.com
mbaylin@oppenheimerfunds.com
mberumen@oppenheimerfunds.com
mbinning@oppenheimerfunds.com
mborre@oppenheimerfunds.com
mburns@oppenheimerfunds.com
mcamarella@oppenheimerfunds.com
mcarbuto@oppenheimerfunds.com
mdugan@oppenheimerfunds.com
mfranz@oppenheimerfunds.com
mgoldverg@oppenheimerfunds.com
mhora@oppenheimerfunds.com
mhui@oppenheimerfunds.com
mjones@oppenheimerfunds.com
mkotlarz@oppenheimerfunds.com
mlevine@oppenheimerfunds.com
mlozovik@oppenheimerfunds.com
mmadden@oppenheimerfunds.com
mpaisner@oppenheimerfunds.com
mpleet@oppenheimerfunds.com
mquinn@oppenheimerfunds.com
mreinganum@oppenheimerfunds.com
mrosen@oppenheimerfunds.com
mskatrud@oppenheimerfunds.com
mspinar@oppenheimerfunds.com
mtaylor@oppenheimerfunds.com
mwilliams@oppenheimerfunds.com
mzavanelli@oppenheimerfunds.com
nbrown@oppenheimerfunds.com
ndownes@oppenheimerfunds.com
nmonoyios@oppenheimerfunds.com
nrhodes@oppenheimerfunds.com
nsharma@oppenheimerfunds.com
obychuk@oppenheimerfunds.com
owolff@oppenheimerfunds.com
padams@oppenheimerfunds.com
paynsley@oppenheimerfunds.com
pchen@oppenheimerfunds.com
pcocuzza@oppenheimerfunds.com
pfitzsimmons@oppenheimerfunds.com
pgbrown@oppenheimerfunds.com
pheeb@oppenheimerfunds.com
pnaik@oppenheimerfunds.com
pschu@oppenheimerfunds.com
pshomig@oppenheimerfunds.com
pstrzalkowski@oppenheimerfunds.com
rbhaman@oppenheimerfunds.com
rboespflug@oppenheimerfunds.com
rdishmon@oppenheimerfunds.com
rdolan@oppenheimerfunds.com
rdunphy@oppenheimerfunds.com
rentwistle@oppenheimerfunds.com
rfielding@oppenheimerfunds.com
rkanovich@oppenheimerfunds.com

**Company & Corresponding Email Addresses**

rlbaker@oppenheimerfunds.com
rleveque@oppenheimerfunds.com
rlin@oppenheimerfunds.com
rmatthews@oppenheimerfunds.com
rmisko@oppenheimerfunds.com
roseanngomez@oppenheimerfunds.com
rprevitali@oppenheimerfunds.com
rrobis@oppenheimerfunds.com
rroyce@oppenheimerfunds.com
rsah@oppenheimerfunds.com
rsanni-thomas@oppenheimerfunds.com
rschadt@oppenheimerfunds.com
rstein@oppenheimerfunds.com
ruthannewilliams@oppenheimerfunds.com
rvarela@oppenheimerfunds.com
rzibelli@oppenheimerfunds.com
s_williams@oppenheimerfunds.com
sbarot@oppenheimerfunds.com
scaccese@oppenheimerfunds.com
scaton@oppenheimerfunds.com
scebeci@oppenheimerfunds.com
scottier@oppenheimerfunds.com
secval@oppenheimerfunds.com
sevans@oppenheimerfunds.com
sflorentin@oppenheimerfunds.com
sframe@oppenheimerfunds.com
sgupta@oppenheimerfunds.com
sli@oppenheimerfunds.com
slopata@oppenheimerfunds.com
slucaccini@oppenheimerfunds.com
spaul@oppenheimerfunds.com
spolevikov@oppenheimerfunds.com
spolyak@oppenheimerfunds.com
srenhowe@oppenheimerfunds.com
sscharer@oppenheimerfunds.com
ssmith@oppenheimerfunds.com
sspelts@oppenheimerfunds.com
swalker@oppenheimerfunds.com
szervos@oppenheimerfunds.com
tbarbato@oppenheimerfunds.com
tkeffer@oppenheimerfunds.com
tmacrini@oppenheimerfunds.com
tryan@oppenheimerfunds.com
tswaney@oppenheimerfunds.com
twillis@oppenheimerfunds.com
uzak@oppenheimerfunds.com
vbopp@oppenheimerfunds.com
veleswarapu@oppenheimerfunds.com
wchen@oppenheimerfunds.com
wgolie@oppenheimerfunds.com
wlu@oppenheimerfunds.com
wmazzafro@oppenheimerfunds.com
wmcnamara@oppenheimerfunds.com
wshepard@oppenheimerfunds.com

## Company & Corresponding Email Addresses

wstrauss@oppenheimerfunds.com

### oppenheimprumerica

alex.decarniere@oppenheimprumerica.lu
andreas.marnett@oppenheimprumerica.de

### oppnheimerfunds

mamato@oppnheimerfunds.com

### opppenheim

andrea.vathje@opppenheim.de

### optimix

dvmastrigt@optimix.nl
hauptmann@optimix.nl
imoen@optimix.nl
jdboer@optimix.nl
pkitzen@optimix.nl
westerling@optimix.nl

### optiver

christopherlee@optiver.com
edwinvanderkruk@optiver.com
hpieterse@optiver.com
jj@optiver.com
nicholasstepanek@optiver.com
rmeijer@optiver.com
sebastiaankoeling@optiver.com
stuartbridge@optiver.com
tadhgoshea@optiver.com

### optonline

billamon@optonline.net
clapton1@optonline.net
cwsmith1@optonline.net
rel626ad@optonline.net
waynelyski@optonline.net

### opusinvestment

adwyer@opusinvestment.com
ajoachim@opusinvestment.com
amoylan@opusinvestment.com
atripp@opusinvestment.com
cbrannon@opusinvestment.com
dhamburger@opusinvestment.com
etrigilio@opusinvestment.com
lconner@opusinvestment.com
llibbey@opusinvestment.com
mirose@opusinvestment.com
mlannigan@opusinvestment.com
nchamberlain@opusinvestment.com
pdolan@opusinvestment.com
rfernandez@opusinvestment.com
rlabonte@opusinvestment.com
shoconnell@opusinvestment.com
shyney@opusinvestment.com
slaryea@opusinvestment.com
wpiel@opusinvestment.com

### oracle

anne.domagala@oracle.com
bruce.cochran@oracle.com

## Company & Corresponding Email Addresses

darrell.leong@oracle.com
gwestpha@us.oracle.com
janet.campbell@oracle.com
leslie.roulias@oracle.com
mrmohler@us.oracle.com
ryan.seghesio@oracle.com

**oraclepartners**
bob@oraclepartners.com

**orange-ft**
walter.vejdovsky@orange-ft.com

**orange-ftgroup**
jeanmichel.serre@orange-ftgroup.com
matthieu.coisne@orange-ftgroup.com

**orbitex**
ramiz.hasan@orbitex.co.uk

**ords**
ssiva@ords.com.au

**orecm**
jthompson@orecm.com

**organon**
aa.os@organon.oss.akzonobel.nl
robbert.vanheekeren@organon.com

**orgrealproperty**
sgruber@orgrealproperty.com

**orientalfg**
jrodriguez@orientalfg.com

**origincm**
vineet@origincm.com

**orix**
akira_mochiduki@orix.co.jp
bboland@orix.com
biegel.macaraeg@orix.com
bnguyen@orix.com
brandon.davis@orix.com
bstevenson@orix.com
bwillson@orix.com
cgaines@orix.com
chubach@orix.com
clucas@orix.com
cweiner@orix.com
david.fletcher@orix.com
jarred.mayrosh@orix.com
jkahn@orix.com
jun_shimamoto@orix.co.jp
kandice.stephens@orix.com
kazuya_katayama@orix.co.jp
kiyoshi_habiro@orix.co.jp
makoto_inoue@orix.co.jp
mitch.wasterlain@orix.com
miyauchi@orix.com
phorng@orix.com
roudabush@orix.com
ryuhei_sakamoto@orix.co.jp
stephanie.tan@orix.com

**Company & Corresponding Email Addresses**

takeshi_sato@orix.co.jp
yayoi_ichigi@orix.co.jp
yoshiki_ueno@orix.co.jp
yousuf.abbasi@orix.com

**orixcm**

bbailey@orixcm.com
blashley@orixcm.com
csmith@orixcm.com
dturner@orixcm.com
esullivan@orixcm.com
jmeyers@orixcm.com
kbetz@orixcm.com
mcannon@orixcm.com
mdoran@orixcm.com
pzetlmaier@orixcm.com
rcook@orixcm.com
rkirk@orixcm. com
rparks@orixcm.com
sbassett@orixcm.com
ssheng@orixcm.com
vgu@orixcm.com

**orkfin**

jan.klype@orkfin.no

**orkla**

alexander.dal@orkla.no
erik.thuestad@orkla.no
ola.uhre@orkla.no
ottar.haugerud@orkla.no
stein.egil.valderhaug@orkla.com
tone.varmann@orkla.no

**orl**

yosir@orl.co.il

**orleanscapital**

cjohnson@orleanscapital.com
ebecker@orleanscapital.com
fcrane@orleanscapital.com
jcasper@orleanscapital.com
pkyle@orleanscapital.com
rabele@orleanscapital.com

**orncapital**

morong@orncapital.com

**orrstown**

rrussell@orrstown.com

**osbornpartners**

mturner@osbornpartners.com

**osc**

agoosby@osc.state.ny.us
bballe@osc.state.ny.us
bsiary@osc.state.ny.us
dbenson@osc.state.ny.us
dloglisci@osc.state.ny.us
jcelestine@osc.state.ny.us
jhull@osc.state.ny.us
rarnold@osc.state.ny.ue

## Company & Corresponding Email Addresses

rarnold@osc.state.ny.us
retienne@osc.state.ny.us
rlimage@osc.state.ny.us
sdaniels@osc.state.ny.us
ssebastian@osc.state.ny.us
sstamps@osc.state.ny.us
tmiller@osc.state.ny.us

**osmiumcapital**
chris@osmiumcapital.com

**ospraie**
maria.park@ospraie.com
richard.puma@ospraie.com
steve.lafontaine@ospraie.com

**ost**
michael.viteri@ost.state.or.us
tom.lofton@ost.state.or.us

**ostc-uk**
david.shaw@ostc-uk.com

**osterweis**
carlk@osterweis.com
chris.lilienthal@osterweis.com
cian.sanchez@osterweis.com
gary.cooper@osterweis.com
gina.castro@osterweis.com
greg.hermanski@osterweis.com
jennifer.turner@osterweis.com
joe.freihammer@osterweis.com
john.osterweis@osterweis.com
karen.cooper@osterweis.com
lillian.teran@osterweis.com
lucy.hardy@osterweis.com
matt.berler@osterweis.com
mike.hugh@osterweis.com
mike.hughes@osterweis.com
nick.graves@osterweis.com
peter.frommer@osterweis.com
sasha.kovriga@osterweis.com
shengsheng@osterweis.com
simon.lee@osterweis.com
steve.monosson@osterweis.com
steve.moore@osterweis.com
tom.davidson@osterweis.com

**ota**
jean-yves.de-longevialle@ota.fr.socgen.com

**otfs**
deberson@otfs.state.ga.us
lbuik@otfs.state.ga.us
mmatike@otfs.state.ga.us
mwjones@otfs.state.ga.us
steve_caffarelli@otfs.state.ga.us
tcampbel@otfs.state.ga.us

**otp**
barabasgy@otp.hu

**otpalap**

## Company & Corresponding Email Addresses

koevesb@otpalap.hu

**otpbank**
banfiz@otpbank.hu
bencsicslg@otpbank.hu
ederl@otpbank.hu
gaspara@otpbank.hu
kamarasit@otpbank.hu
kerekesm@otpbank.hu
kerekgyartoi@otpbank.hu
kopanyisz@otpbank.hu
lazurl@otpbank.hu
losteinerd@otpbank.hu
martona@otpbank.hu
molnarl@otpbank.hu
paalex@otpbank.hu
polanyig@otpbank.hu
szutsb@otpbank.hu
turkovitsa@otpbank.hu

**oub**
ong.ker.ying@oub.com.sg

**oubgroup**
mark.chengcs@oubgroup.com

**outgun**
lehman@outgun.com

**outokumpu**
johanna.gustafsson@outokumpu.com
juha.hakala@outokumpu.com

**ovis**
progbank@ovis.net

**ovt**
philipp.sierstorpff@ovt.de

**oxy**
chris_stavros@oxy.com
david_powell@oxy.com
jim_siccardi@oxy.com

**oyakbank**
bkesler@oyakbank.com.tr
ctulumen@oyakbank.com.tr
huzun@oyakbank.com.tr
mkayahanli@oyakbank.com.tr
ozozden@oyakbank.com.tr
shamam@oyakbank.com.tr

**oyakmenkul**
canan.uras@oyakmenkul.com.tr

**oyakportfoy**
tankut.celik@oyakportfoy.com.tr

**oyens**
h.kempen@oyens.nl

**pacbell**
gaudio@pacbell.net
pmt@pacbell.net
rdesroch@pacbell.net

**paccar**
emmanuel.mapaye@paccar.com

## Company & Corresponding Email Addresses

ron.ranheim@paccar.com
sarah.bradford@paccar.com

### pacent

csherman@pacent.com
cteng@pacent.com
darriola@pacent.com

### pacholder

asammarco@pacholder.com
dgroshoff@pacholder.com
jcornwell@pacholder.com
jshanahan@pacholder.com
mmyers@pacholder.com
rboden@pacholder.com

### pacificassets

jeff@pacificassets.com

### pacific-crest

dwilkins@pacific-crest.com

### pacificincome

bennett@pacificincome.com
bluke@pacificincome.com
bpashamova@pacificincome.com
dmeyer@pacificincome.com
ekaragiannis@pacificincome.com
jdorosk@pacificincome.com
jmcadams@pacificincome.com
lmcadams@pacificincome.com
mbesh@pacificincome.com
mharkness@pacificincome.com
mharper@pacificincome.com
myean@pacificincome.com
rhargaden@pacificincome.com
ryakubik@pacificincome.com
thallen@pacificincome.com
vriego@pacificincome.com

### pacificlife

adrianne.medeiros@pacificlife.com
alap.shah@pacificlife.com
alec.chen@pacificlife.com
annabel.varda@pacificlife.com
barney.dougherty@pacificlife.com
bdelacruz@pacificlife.com
brendan.collins@pacificlife.com
brian.robertson@pacificlife.com
carolyn.mcmillin@pacificlife.com
cathy.schwartz@pacificlife.com
celia.chan@pacificlife.com
cheri.law@pacificlife.com
christina.he@pacificlife.com
colleen.lally@pacificlife.com
dale.patrick@pacificlife.com
dana.dee@pacificlife.com
darcy.lewis@pacificlife.com
darcy.woodruff@pacificlife.com
david.chang@pacificlife.com

## Company & Corresponding Email Addresses

david.smith@pacificlife.com
david.weismiller@pacificlife.com
diane.dales@pacificlife.com
donna.bebb@pacificlife.com
edwin.ferrell@pacificlife.com
elaine.havens@pacificlife.com
eric.gritzmacher@pacificlife.com
florenzio.vargas@pacificlife.com
frank.mccreary@pacificlife.com
gordon.delianedis@pacificlife.com
hanh.luu@pacificlife.com
hany.gobreial@pacificlife.com
james.leasure@pacificlife.com
jane.grulke@pacificlife.com
jane.hsu@pacificlife.com
jessica.fu@pacificlife.com
joe.celentalo@pacificlife.com
john.milberg@pacificlife.com
johnathan.tang@pacificlife.com
karen.carnemolla@pacificlife.com
karen.wright@pacificlife.com
kashif.malik@pacificlife.com
kevin.collins@pacificlife.com
kevin.liang@pacificlife.com
larry.card@pacificlife.com
lori.johnstone@pacificlife.com
lynn.wang@pacificlife.com
madeline.vargas@pacificlife.com
mark.holmlund@pacificlife.com
marla.lincolnfelter@pacificlife.com
martin.fleischman@pacificlife.com
matthew.levene@pacificlife.com
michael.long@pacificlife.com
michael.lonia@pacificlife.com
michael.marzouk@pacificlife.com
mike.jurgensen@pacificlife.com
mley@pacificlife.com
peter.fiek@pacificlife.com
ray.lee@pacificlife.com
rex.olson@pacificlife.com
rgarton@pacificlife.com
richard.banno@pacificlife.com
richard.taube@pacificlife.com
ronald.canent@pacificlife.com
ronn.cornelius@pacificlife.com
sarah.belitz@pacificlife.com
scott.marshall@pacificlife.com
sec.derivativesconfirms@pacificlife.com
simon.lee@pacificlife.com
thuy.cellini@pacificlife.com
tod.nasser@pacificlife.com
tom.billiard@pacificlife.com
tpremer@pacificlife.com
victoria.bloom@pacificlife.com

## Company & Corresponding Email Addresses

violet.osterberg@pacificlife.com

### pacificorp

shelby.bell@pacificorp.com

### pacifictrust

abonne@pacifictrust.net
kgrabmore@pacifictrust.net
mlech@pacifictrust.net
sjorgen@pacifictrust.net

### painewebber

egravina@painewebber.com

### pala

cmurray@pala.com

### paladininvestments

adunn@paladininvestments.com
jmalet@paladininvestments.com
lhill@paladininvestments.com
mmccall@paladininvestments.com
psommers@paladininvestments.com
tkadlec@paladininvestments.com

### palatine

m.michel@palatine.fr
p.duval@palatine.fr
s.poirelle@palatine.fr

### pallmallpartners

eo@pallmallpartners.com
hp@pallmallpartners.com
jg@pallmallpartners.com
jl@pallmallpartners.com
mj@pallmallpartners.com
oc@pallmallpartners.com
sw@pallmallpartners.com

### pamglobalfunds

adrian.cravchinsky@pamglobalfunds.com
peter.west@pamglobalfunds.com

### panagora

aborthwick@panagora.com
ajayaraman@panagora.com
akraus@panagora.com
alester@panagora.com
atroilo@panagora.com
bbelton@panagora.com
c.merrian@panagora.com
csengil@panagora.com
dding@panagora.com
dkantsyrev@panagora.com
dliddell@panagora.com
dmckenna@panagora.com
dnolan@panagora.com
epeters@panagora.com
esorensen@panagora.com
gmussalli@panagora.com
hhuang@panagora.com
jfeinberg@panagora.com
jgriffin@panagora.com

## Company & Corresponding Email Addresses

jlooney@panagora.com
jzhao@panagora.com
kmasse@panagora.com
kyang@panagora.com
liglesias@panagora.com
lma@panagora.com
mbatstone@panagora.com
mclark@panagora.com
mwang@panagora.com
npytlak@panagora.com
pbresnehan@panagora.com
psun@panagora.com
pvieth@panagora.com
rhua@panagora.com
rkelly@panagora.com
rregan@panagora.com
rwhite@panagora.com
ryarlas@panagora.com
sbaum@panagora.com
scollins@panagora.com
slouis@panagora.com
snaik@panagora.com
tdoyle@panagora.com
tsmith@panagora.com
wzink@panagora.com

**panalpina**
daniele.vecchi@panalpina.com
marcel.kellerhals@panalpina.com

**panamericanlife**
brhodes@panamericanlife.com
lbaudot@panamericanlife.com
rrevuelta@panamericanlife.com

**panglobalfunds**
jose.rodrigo@panglobalfunds.com

**panmure**
steve.philebrown@panmure.com
steven.philebrown@panmure.com

**panynj**
airving@panynj.gov
amulligan@panynj.gov
jhogan@panynj.gov
jliso@panynj.gov
jtomasulo@panynj.gov

**papl**
jrbigger@papl.com

**par**
chantal.rondeau@par.coflexip.fr
chritohe.bourgeonnier@par.coflexip.fr
nathalie.chalard@par.coflexip.fr
xavier.aublet@par.coflexip.fr

**paradigmasset**
ejd@paradigmasset.com
jem@paradigmasset.com
tkp@paradigmasset.com

## Company & Corresponding Email Addresses

**paragonassociates**
bdyer@paragonassociates.net
karen@paragonassociates.net
lisa.miller@paragonassociates.net
nolapel@paragonassociates.net
scott@paragonassociates.net
sheila@paragonassociates.net

**paretopartners**
anthony.neilson@paretopartners.com
carolyn.blight@paretopartners.com
daniel.smith@paretopartners.com
jakob.bak@paretopartners.com
janet.murphy@paretopartners.com
julia.woolf@paretopartners.com
michael.bennis@paretopartners.com
nancy.pellegrino@paretopartners.com
naveen.joshi@paretopartners.com

**paribas**
alvaro.camunas@paribas.com
dean.rock@paribas.com
eve_cohen@paribas.com
jean-maurice_ladure@paribas.co
jochen_meyers@paribas.com
marine.pinson@paribas.com
nathalie_dufour@paribas.com
rebecca_marlowe@paribas.com
sean_park@paribas.com
simon_parkins@paribas.com
walter.schabel@americas.paribas.com

**parkerhunter**
snydern@parkerhunter.com

**parknationalbank**
cdd@parknationalbank.com
dtrautman@parknationalbank.com
jkozak@parknationalbank.com

**parknatl**
cgruner@parknatl.com
jbarlow@parknatl.com
jcampbell@parknatl.com

**partnerre**
pierre.rivier@partnerre.com

**partners**
michihiro.ashiya@partners.co.jp
noritomo.nomoto@partners.co.jp
seishiro.niwano@partners.co.jp
shoji.koyama@partners.co.jp
yasushi.inoue@partners.co.jp

**partnersgroup**
lars.jaeger@partnersgroup.net

**partnerstatestreet**
avilaythong@partnerstatestreet.com
jjalade@partnerstatestreet.com

**pas**
pan67867@pas.mei.co.jp

## Company & Corresponding Email Addresses

**pasche**
asussland@pasche.ch
dperregaux@pasche.ch
jjustitz@pasche.ch
lemonet@pasche.ch
pjulita@pasche.ch
rallemann@pasche.ch
researchea@pasche.ch
rvoegeli@pasche.ch
securities@pasche.ch
swuthrich@pasche.ch
thomas.frey@pasche.ch
umberto.celentano@pasche.ch

**passbanca**
enrico.tomaello@passbanca.it
manuel.pozzi@passbanca.it
marco.nicoletti@passbanca.it
massimo.verduci@passbanca.it
paolo.falaguerra@passbanca.it
rubens.riva@passbanca.it

**patmedia**
jniblo@patmedia.net

**patriotic**
be@patriotic.com

**patteninc**
anders@patteninc.com
ashlee@patteninc.com
mark@patteninc.com
rryan@patteninc.com

**pattersoncapital**
jean.clark@pattersoncapital.com
tradingcolor@pattersoncapital.com

**pauligroup**
bruno@pauligroup.com
elena@pauligroup.com
kurt@pauligroup.com
pim@pauligroup.com
zak@pauligroup.com

**pauzeassetmanagement**
steve@pauzeassetmanagement.com

**pavc**
quant@pavc.com

**pax**
rmeyer@pax.ch
ureber@pax.ch

**paychex**
esterling@paychex.com
mchinelly@paychex.com
ofinnigan@paychex.com
sppalmer@paychex.com
tdarby@paychex.com

**paydenpotomac**
slliu@paydenpotomac.com

**payden-rygel**

**Company & Corresponding Email Addresses**

ahovsepian@payden-rygel.com
ahuang@payden-rygel.com
awong@payden-rygel.com
bala@payden-rygel.com
bberberian@payden-rygel.com
bboyd@payden-rygel.com
bkalra@payden-rygel.com
bmatthews@payden-rygel.com
cambrose@payden-rygel.com
carmbruster@payden-rygel.com
ccooper@payden-rygel.com
cjang@payden-rygel.com
corndorff@payden-rygel.com
cpanait@payden-rygel.com
czeppieri@payden-rygel.com
czhang@payden-rygel.com
dballantine@payden-rygel.com
dbelcore@payden-rygel.com
deastman@payden-rygel.com
dellyson@payden-rygel.com
dhilton@payden-rygel.com
dkelley@payden-rygel.com
dlipsey@payden-rygel.com
dmccrary@payden-rygel.com
dobrien@payden-rygel.com
dscott@payden-rygel.com
dwagner@payden-rygel.com
dwilliams@payden-rygel.com
dzee@payden-rygel.com
ehovey@payden-rygel.com
ekim@payden-rygel.com
eli@payden-rygel.com
flee@payden-rygel.com
fspindler@payden-rygel.com
garygreenberg@payden-rygel.com
ghall@payden-rygel.com
gmorrison@payden-rygel.com
gtornga@payden-rygel.com
jbulpitt@payden-rygel.com
jgibson@payden-rygel.com
jkiani@payden-rygel.com
jkolter@payden-rygel.com
jlam@payden-rygel.com
jlopez@payden-rygel.com
jmontemayor@payden-rygel.com
jschwartz@payden-rygel.com
jwong@payden-rygel.com
kdonia@payden-rygel.com
kklegseth@payden-rygel.com
kparker@payden-rygel.com
krote@payden-rygel.com
lmatthias@payden-rygel.com
mbeerens@payden-rygel.com
mhannallah@payden-rygel.com

## Company & Corresponding Email Addresses

mhuynh@payden-rygel.com
mkagawa@payden-rygel.com
msalvay@payden-rygel.com
msyal@payden-rygel.com
neisele@payden-rygel.com
nsagnanert@payden-rygel.com
nuc@payden-rygel.com
nwamai@payden-rygel.com
omelnikov@payden-rygel.com
pcramer@payden-rygel.com
pmoshabad@payden-rygel.com
psengelmann@payden-rygel.com
rbarbosa@payden-rygel.com
rpatel@payden-rygel.com
rrappaport@payden-rygel.com
rreichle@payden-rygel.com
ryu@payden-rygel.com
sblomberg@payden-rygel.com
sdobrenchuk@payden-rygel.com
smoini@payden-rygel.com
srefuge@payden-rygel.com
sweiner@payden-rygel.com
tchen@payden-rygel.com
telder@payden-rygel.com
thiggins@payden-rygel.com
trider@payden-rygel.com
vnguyen@payden-rygel.com
vtran@payden-rygel.com
whawley@payden-rygel.com
ysamarasinghe@payden-rygel.com

**pbc**
ljiangang@pbc.gov.cn

**pbi**
michaela.langerbein@pbi.lu

**pbk**
123@pbk.pl
pawel.golebiewski@pbk.pl

**pboc**
margaret.macomsen@pboc.com

**pb-santander**
pdolle@pb-santander.com

**pbucc**
arussell@pbucc.org
baguas-estaris@pbucc.org
cwaterworth@pbucc.org
dkniffin@pbucc.org
gdoty@pbucc.org
gsimcik@pbucc.org
ntelesford-siriboe@pbucc.org
sdixon@pbucc.org
sham@pbucc.org
ssaleh@pbucc.org

**pclient**
rgreenjr@pclient.com

## Company & Corresponding Email Addresses

### peabodyenergy
rportell@peabodyenergy.com
whawkins@peabodyenergy.com

### peacapital
kcorba-brown@peacapital.com
mark.afrisiabi@peacapital.com

### pearson
luke.swanson@pearson.com
simon.mays-smith@pearson.com

### pechiney
florence_friedman@pechiney.com
frantoise_darras@pechiney.com
philippe_noury@pechiney.com
xavier_langlois_d'estaintot@pechiney.com

### pelaguscapital
brunousai@pelaguscapital.com

### pembacreditadvisers
dmcdiarmid@pembacreditadvisers.com
fdevenoges@pembacreditadvisers.com
mbeutler@pembacreditadvisers.com
mdjuric@pembacreditadvisers.com
morschulik@pembacreditadvisers.com
rcopinot@pembacreditadvisers.com
shuesler@pembacreditadvisers.com
tkytoenen@pembacreditadvisers.com

### pembrokecm
d.mace@pembrokecm.com

### pemex
alazraki@dcf.pemex.com
avelarde@dcf.pemex.com
elevin@dcf.pemex.com
gaguirre@dcf.pemex.com
ginfante@dcf.pemex.com
gmanon@dcf.pemex.com
gmerino@dcf.pemex.com
jjsuarez@dcf.pemex.com
jrodrig@dcf.pemex.com
mnavarro@dcf.pemex.com
rrueda@dcf.pemex.com
sathie@dcf.pemex.com

### penncapital
aberenato@penncapital.com
charvey@penncapital.com
damble@penncapital.com
djackson@penncapital.com
egreen@penncapital.com
jdetzi@penncapital.com
jdickinson@penncapital.com
jklinger@penncapital.com
jlivewell@penncapital.com
jmaguire@penncapital.com
jnahas@penncapital.com
kroche@penncapital.com
ksharma@penncapital.com

**Company & Corresponding Email Addresses**

mbergman@penncapital.com
mloo@penncapital.com
msmith@penncapital.com
nkurita@penncapital.com
pduffy@penncapital.com
pnolan@penncapital.com
psilva@penncapital.com
pwelch@penncapital.com
rhocker@penncapital.com
sschumacher@penncapital.com
trading@penncapital.com

**pennlibertybank**
jnagle@pennlibertybank.com
taicher@pennlibertybank.com

**pennmutual**
beaulieu.christopher@pennmutual.com
beckelman.david@pennmutual.com
borthwick.alan@pennmutual.com
broome.lisa@pennmutual.com
donaldson.john@pennmutual.com
gruber.mark@pennmutual.com
hu.david@pennmutual.com
meyers.bill@pennmutual.com
myers.joshua@pennmutual.com
ripper.jennifer@pennmutual.com
rosenblatt.jordan@pennmutual.com
sherman.peter@pennmutual.com

**pennsecurity**
p.scanlon@pennsecurity.com

**penntrust**
anderson@penntrust.com
berglund@penntrust.com
fredericks@penntrust.com
investmentgroup@penntrust.com
krb@penntrust.com
mcfarland@penntrust.com
merriman@penntrust.com
sheppard@penntrust.com
woolbert@penntrust.com

**pensioenfondsvervoer**
m.menko@pensioenfondsvervoer.nl
p.groenendijk@pensioenfondsvervoer.nl

**pensioenmail**
f.mahieu@pensioenmail.nl

**pensioenstork**
j.m.vanderheijden@pensioenstork.nl
j.vandectaats@pensioenstork.nl
y.w.bom@pensioenstork.nl

**pensionboards-ucc**
pagliarop@pensionboards-ucc.org
sharperl@pensionboards-ucc.org

**peoples**
bert.gallant@peoples.com
denise.lemay@peoples.com

## Company & Corresponding Email Addresses

djcolwe@peoples.com
george.deecken@peoples.com
john.dinoto@peoples.com
mjcibor@peoples.com

### peoplesbanknet
krosenzweig@peoplesbanknet.com

### peoplesbankpa
dbrown@peoplesbankpa.com

### peoplesbt
scott.patterson@peoplesbt.com

### pepco
tjkamerich@pepco.com

### pera
fwreynolds@pera.state.nm.us

### percunia
peter.edwall@percunia.nu

### peregrinecapital
barbara.mcfadden@peregrinecapital.com
bill.giese@peregrinecapital.com
bill.grierson@peregrinecapital.com
candy.spielmann@peregrinecapital.com
colin.sharp@peregrinecapital.com
dan.hagen@peregrinecapital.com
dave.lunt@peregrinecapital.com
doug.pugh@peregrinecapital.com
gary.nussbaum@peregrinecapital.com
jason.ballsrud@peregrinecapital.com
jay.strohmaier@peregrinecapital.com
jeff.nordstrom@peregrinecapital.com
jim.ross@peregrinecapital.com
john.dale@peregrinecapital.com
paul.vonkuster@peregrinecapital.com
paul.wurm@peregrinecapital.com
robert.mersky@peregrinecapital.com
sam.smith@peregrinecapital.com
scott.engelmann@peregrinecapital.com
tasso.coin@peregrinecapital.com
valerie.feggestad@peregrinecapital.com

### permatabank
afamilianto@permatabank.co.id
lsundari@permatabank.co.id

### pernod-ricard
asdelaitte@pernod-ricard.fr
denis.fievet@pernod-ricard.com
emmanuel.babeau@pernod-ricard.com
laurent.ramounet@pernod-ricard.com
nkrantz@pernod-ricard.fr
patrick.deborredon@pernod-ricard.com
pierre.pringuet@pernod-ricard.com
richard.burrows@pernod-ricard.com

### perpetual
ed_burke@perpetual.co.uk
richard_hopkins@perpetual.co.uk
stewart.mudd@perpetual.co.uk

## Company & Corresponding Email Addresses
stuart.parks@perpetual.co.uk
### perrycap
aarest@perrycap.com
aathanasiou@perrycap.com
achang@perrycap.com
acohan@perrycap.com
aercil@perrycap.com
aferrier@perrycap.com
afink@perrycap.com
agelband@perrycap.com
ahawk@perrycap.com
aisikoff@perrycap.com
ajuang@perrycap.com
akarol@perrycap.com
akatz@perrycap.com
akomery@perrycap.com
alee@perrycap.com
aluo@perrycap.com
ang@perrycap.com
art@perrycap.com
asabogal@perrycap.com
asistos@perrycap.com
azelig@perrycap.com
bbarna@perrycap.com
bcarroll@perrycap.com
bkaranjia@perrycap.com
blast.lkrempa@perrycap.com
bmarkowitz@perrycap.com
bshan@perrycap.com
bwhitfield@perrycap.com
bwong@perrycap.com
cchai@perrycap.com
cgulati@perrycap.com
ckapoor@perrycap.com
ckoranda@perrycap.com
cliu@perrycap.com
clui@perrycap.com
cnugent@perrycap.com
cp@perrycap.com
cwilliams@perrycap.com
dadan@perrycap.com
dalgarin@perrycap.com
dameris@perrycap.com
dchow@perrycap.com
dfraser@perrycap.com
dgunderson@perrycap.com
dkyle@perrycap.com
dmak@perrycap.com
dnekava@perrycap.com
drentschler@perrycap.com
drussekoff@perrycap.com
dswindler@perrycap.com
dthomas@perrycap.com
dwalch@perrycap.com

**Company & Corresponding Email Addresses**

dweiss@perrycap.com
eeynon@perrycap.com
ehennings@perrycap.com
ejager@perrycap.com
ekinariwala@perrycap.com
eliu@perrycap.com
fcua@perrycap.com
gbrokaw@perrycap.com
gchetan@perrycap.com
ggrinstead@perrycap.com
hgulati@perrycap.com
htomita@perrycap.com
hyu@perrycap.com
jbaraona@perrycap.com
jcheng@perrycap.com
jcoleman@perrycap.com
jconte@perrycap.com
jeisenstodt@perrycap.com
jfreeman@perrycap.com
jhirt@perrycap.com
jhorowitz@perrycap.com
jklaperman@perrycap.com
jlee@perrycap.com
jmckenna@perrycap.com
jogrdon@perrycap.com
jor@perrycap.com
jparrot@perrycap.com
jsiew@perrycap.com
jsorrentino@perrycap.com
jvulliez@perrycap.com
jwang@perrycap.com
jweisstub@perrycap.com
jyang@perrycap.com
kcushman@perrycap.com
ksosnick@perrycap.com
lcai@perrycap.com
ljefferson@perrycap.com
lkravitz@perrycap.com
lmorales@perrycap.com
lrosen@perrycap.com
lsilverman@perrycap.com
lzhang@perrycap.com
mbrooks@perrycap.com
mchambers@perrycap.com
mchung@perrycap.com
mdriscoll@perrycap.com
metheridge@perrycap.com
mhui@perrycap.com
mlele@perrycap.com
mlindenberger@perrycap.com
mmacdonald@perrycap.com
mneus@perrycap.com
mrajan@perrycap.com
mrochelli@perrycap.com

**Company & Corresponding Email Addresses**

msong@perrycap.com
nmarchetta@perrycap.com
nxu@perrycap.com
pcastaneda@perrycap.com
peze@perrycap.com
pfinops@perrycap.com
pkanna@perrycap.com
pleff@perrycap.com
pquinn@perrycap.com
psellers@perrycap.com
pshih@perrycap.com
rborkenstein@perrycap.com
rcrosby@perrycap.com
rflax@perrycap.com
rgusick@perrycap.com
rkalaau@perrycap.com
rpaige@perrycap.com
rperry@perrycap.com
rpleasant@perrycap.com
rpripstein@perrycap.com
rstern@perrycap.com
sbasham@perrycap.com
scates@perrycap.com
schi@perrycap.com
sfederico@perrycap.com
sgeskos@perrycap.com
shalberstam@perrycap.com
sliu@perrycap.com
smasin@perrycap.com
spatel@perrycap.com
ssafdieh@perrycap.com
sstoffel@perrycap.com
svanhouten@perrycap.com
tfarouki@perrycap.com
tfitzgerald@perrycap.com
tkaneko@perrycap.com
tlightcap@perrycap.com
tlitt@perrycap.com
tloh@perrycap.com
tmartin@perrycap.com
tolivierre@perrycap.com
tpeart@perrycap.com
twesthus@perrycap.com
vjacobson@perrycap.com
wsample@perrycap.com
xchen@perrycap.com
ygoldman@perrycap.com
yleung@perrycap.com
ytakezaki@perrycap.com
ztananbaum@perrycap.com

**perrycounty**

jkapsar@perrycounty.com
pczim@perrycounty.com

**pershing**

## Company & Corresponding Email Addresses

bbrennan@pershing.com
bdenigris@pershing.com
charles.vandermerwe@pershing.co.uk
cklotz@pershing.com
cmessinger@pershing.com
dcannon@pershing.com
dpenn@pershing.com
ggregoire@pershing.com
kleahy@pershing.com
kresch@pershing.com
mshort@pershing.com
poellers@pershing.com
rcastaldo@pershing.com
rfiske@pershing.com
sandyhertzfeld@pershing.com
tbragg@pershing.com
tgurr@pershing.com
thowanger@pershing.com
tviola@pershing.com

### persi

bmaynard@persi.state.id.us
rsugiyama@persi.state.id.us

### petercam

adg@petercam.be
avs@petercam.be
bernard.laliere@petercam.be
bge@petercam.be
bve@petercam.be
bvo@petercam.be
caroline.piers@petercam.be
cco@petercam.be
cmo@petercam.be
csw@petercam.be
dma@petercam.be
dvv@petercam.be
esi@petercam.be
fbu@petercam.be
fve@petercam.be
gda@petercam.lu
gino.delaere@petercam.be
gle@petercam.be
gno@petercam.be
hce@petercam.be
hmo@petercam.be
jbo@petercam.be
jdb@petercam.be
jdr@petercam.be
jle@petercam.be
jlu@petercam.be
johnny.debuysscher@petercam.be
jvb@petercam.be
jvg@petercam.be
kdb@petercam.be
ldo@petercam.be

## Company & Corresponding Email Addresses

ldt@petercam.be
mbr@petercam.be
monique.delhaye@petercam.be
nds@petercam.be
nicolas.coffe@petercam.be
ohe@petercam.be
ped@petercam.be
philip.bille@petercam.be
pmb@petercam.be
pse@petercam.be
steven.decoster@petercam.be
svi@petercam.be
svo@petercam.be
xvc@petercam.be

**peteres**
sullivan@peteres.com

**petro-canada**
dallan@petro-canada.ca
gritchie@petro-canada.ca
jdmiller@petro-canada.ca
khall@petro-canada.ca
lmcmahon@petro-canada.ca
marogers@petro-canada.ca
peter.kallos@petro-canada.com

**petronas**
aidam@petronas.com.my
falina@petronas.com.my
hisham_arahim@petronas.com.my
ismadii@petronas.com.my
jamzidi@petronas.com.my
nureilen_poulina@petronas.com.my
rabijar@petronas.com.my

**pfam**
graham.barnett@pfam.com

**pfdincome**
chadwick@pfdincome.com
common@pfdincome.com
ettinger@pfdincome.com
higgins@pfdincome.com
seto@pfdincome.com
stone@pfdincome.com
suri@pfdincome.com
tucci@pfdincome.com

**pfhoogovens**
jelles.vanas@pfhoogovens.nl

**pfizer**
aengus.quinn@pfizer.com
anne.mcevoy@pfizer.com
brian.farrelly@pfizer.com
brian.g.byala@pfizer.com
brian.mcmahon@pfizer.com
camilla.uden@pfizer.com
colum.lane@pfizer.com
fiona.o'leary@pfizer.com

## Company & Corresponding Email Addresses
gavin.o'donahue@pfizer.com
mairead.hall@pfizer.com
mark.dodds@pfizer.com
sandeep.a.saggar@pfizer.com
sharon.farrel@pfizer.com
susan.webb@pfizer.com

### pfm
cheddarr@pfm.com
creasonj@pfm.com
dayk@pfm.com
noelp@pfm.com
obrienk@pfm.com
varanof@pfm.com
varanom@pfm.com

### pfpc
ciara.rochford@pfpc.com
derek.niddrie@pfpc.com
donna.r.williams@pfpc.com
frank.milligan@pfpc.com
k.king@pfpc.com
kevin.goode@pfpc.com
muhammad.khan@pfpc.com
nelson.march@pfpc.com
peilin.charrette@pfpc.com
richard.rose@pfpc.com
sean.kearney@pfpc.com
sebastien.deperez@pfpc.iet
steven.lupacchino@pfpc.com

### pg
arcuri.ja@pg.com
list.tl@pg.com
rech.m@pg.com
snellgrove.dk@pg.com

### pgalternative
corinne.bizzoni@pgalternative.com
michele.befacchia@pgalternative.com
simona.dottavi@pgalternative.com

### pge
a0s7@pge.com
c1c4@pge.com
cjl0@pge.com
hjp5@pge.com
jrfc@pge.com
kxlj@pge.com
mgw3@pge.com
msk4@pge.com
nhl1@pge.com
pek1@pge.com
slva@pge.com
vxb6@pge.com

### pge-corp
gabriel.togneri@pge-corp.com
julia.martin@pge-corp.com
kathleen.tappero@pge-corp.com

## Company & Corresponding Email Addresses

kenneth.lee@pge-corp.com
michael.donnelly@pge-corp.com

### pggm

alex.veldenvander@pggm.nl
angelique.pieterse@pggm.nl
arjan.gort@pggm.nl
arno.jansen@pggm.nl
azgs@pggm.nl
barbara.van.weerden@pggm.nl
barry.vrijssen@pggm.nl
bart.saenen@pggm.nl
beleggingenbotreasury@pggm.nl
bob.debi-tewari@pggm.nl
boca@pggm.nl
bofixedincome@pggm.nl
bruno.de.haas@pggm.nl
cora.morren@pggm.nl
desiree.wareman@pggm.nl
edgar.taverne@pggm.nl
eveline.somers@pggm.nl
fookley.wong@pggm.nl
frank.v.d.kant@pggm.nl
frans.de.wit@pggm.nl
gerrit.fokke@pggm.nl
gerwin.holland@pggm.nl
han.van.manen@pggm.nl
han.van.manen@pggm.nl
hanneke.velthuis.oude@pggm.nl
hans.optveld@pggm.nl
hans.spikker@pggm.nl
hans.van.ee@pggm.nl
harrie.dielen@pggm.nl
hasd@pggm.nl
ido.degeus@pggm.nl
iwan.peters@pggm.nl
jaap.van.dam@pggm.nl
jac.kragt@pggm.nl
jacco.koopmans@pggm.nl
jacquelien.coes@pggm.nl
jage@pggm.nl
jan.theo.varkevisser@pggm.nl
jan.willem.van.oostveen@pggm.nl
jantheo.varkevisser@pggm.nl
jelle.beenen@pggm.nl
jeroen.rutte@pggm.nl
karel.noordzij@pggm.nl
kim.aupers@pggm.nl
kim.haasbroek@pggm.nl
kirna.smit@pggm.nl
leo.lueb@pggm.nl
marc.nuijten@pggm.nl
marjolein.sol@pggm.nl
mark.van.vliet@pggm.nl
martijn.verwoest@pggm.nl

## Company & Corresponding Email Addresses

mascha.canio@pggm.nl
michael.himmelbauer@pggm.nl
michel.koster@pggm.nl
niels.kortleve@pggm.nl
oost@pggm.nl
patricia.voets@pggm.nl
patrick.fleur@pggm.nl
patrick.schenkhuizen@pggm.nl
patrick.vijgeboom@pggm.nl
paul.schep@pggm.nl
peter.kraneveld@pggm.nl
piet.roelandt@pggm.nl
pod@pggm.nl
raymond.hendriks@pggm.nl
raymond.sars@pggm.nl
raymond.van.wersch@pggm.nl
roderick.mouthaan@pggm.nl
roelof.v.d.struik@pggm.nl
roland.verhoeven@pggm.nl
scew@pggm.nl
sevinc.acar@pggm.nl
simone.de.haas@pggm.nl
slaa@pggm.nl
suzan.peeters@pggm.nl
swro@pggm.nl
tinka.kleine@pggm.nl
tjerk.methorst@pggm.nl
vand@pggm.nl
vladimir.goloviznine@pggm.nl
wema@pggm.nl
werner.sohier@pggm.nl
william.amzand@pggm.nl
zwoa@pggm.nl

### pgn
kristin.stathis@pgn.com

### phfa
bhudson@phfa.org

### philippemagistretti
philippe@philippemagistretti.com

### philips
alan.cathcart@philips.com
andreas.van.den.berg@philips.com
anthony.eltvedt@philips.com
anuska.gonzalvo@philips.com
bart.ras@philips.com
carlos.fernandez@philips.com
constantijn.sweep@philips.com
daniel.camejo@philips.com
dries.de.haan@philips.com
ed.siegel@philips.com
heinz.jeranko@philips.com
jaap.bastiaansen@philips.com
james.nolan@philips.com
jarvis.seaman@philips.com

**Company & Corresponding Email Addresses**

jasper.kemme@philips.com
joe.mcgoldrick@philips.com
k.ganesh@philips.com
luc-winters@philips.com
marcel.onclin@philips.com
marcio.barbosa@philips.com
marjon.jansen@philips.com
mark.kirkland@philips.com
maura.spielmann@philips.com
michael.bh.yu@philips.com
onno.van.de.griend@philips.com
peter.tonetti@philips.com
peter.warmerdam@philips.com
piet.verheijen@philips.com
rob.schreur@philips.com
robert.strijbos@philips.com
simon.karregat@philips.com
tim.soetens@philips.com
tosca.lahpor@philips.com
treasury.middleoffice@philips.com

**phillip**
choonjin@phillip.com.sg
kevintaybl@phillip.com.sg
steventanel@phillip.com.sg

**phillyinvest**
jbehrend@phillyinvest.com

**phineus**
mgrant@phineus.net

**phl**
christopher_kelleher@phl.com
michael_dorsel@phl.com
michael_hugton@phl.com
nelson_correa@phl.com
phil_mcloughlin@phl.com

**phlyins**
ddebusschere@phlyins.com
pking@phlyins.com

**phoenix**
jon.super@phoenix.gov

**phoenixwm**
ed.novak@phoenixwm.com

**phs**
coy.baugh@phs.com
david.erickson@phs.com
gregory.scott@phs.com
joyce.zacks@phs.com

**phxinv**
alexander.glover@phxinv.com
amy.keith@phxinv.com
andy.szabo@phxinv.com
benjamin.caron@phxinv.com
brian.lee@phxinv.com
chris.saner@phxinv.com
christine.davis@phxinv.com

## Company & Corresponding Email Addresses

cynthia.beaulieu@phxinv.com
daniel.moskey@phxinv.com
daniel.senecal@phxinv.com
dave.albrycht@phxinv.com
dave.byerly@phxinv.com
edward.burns@phxinv.com
erin.pulkkinen@phxinv.com
gulen.indomenico@phxinv.com
heather.dunham@phxinv.com
joe.guenther@phxinv.com
joe.kennedy@phxinv.com
jonathan.stanley@phxinv.com
kimberly.scott@phxinv.com
kyle.jennings@phxinv.com
lisa.leonard@phxinv.com
lorraine.votta@phxinv.com
lynn.ryan@phxinv.com
nick.rinaldi@phxinv.com
phyllis.devericks@phxinv.com
ruta.ziverte@phxinv.com
sharon.rothbaum@phxinv.com
steven.colton@phxinv.com
steven.gottesman@phxinv.com
ted.hines@phxinv.com
thomas.cloutier@phxinv.com
tim.heaney@phxinv.com

### pia
gilad-b@pia.co.il
jonatan-a@pia.co.il

### piadvisors
robert_benthemdegrave@piadvisors.net
tom_angers@piadvisors.net
wei_huang@piadvisors.net

### piaggio
annapaola.zupo@piaggio.com
ines.degiorgio@piaggio.com
maurizio.ballati@piaggio.com
prignoli@piaggio.com

### piaggioaero
gcostantini@piaggioaero.it

### pictet
abaskov@pictet.com
abisschop@pictet.com
adavoudi@pictet.com
adelamaze@pictet.com
ademichele@pictet.com
aengerer@pictet.com
afelix@pictet.com
afreddi@pictet.com
afriederich@pictet.com
ahickey@pictet.com
amanghi@pictet.com
amathier@pictet.com
amehta@pictet.com

**Company & Corresponding Email Addresses**

antonio.perez@pictet.com
aoya@pictet.com
aralli@pictet.com
arivoire@pictet.com
aroelli@pictet.com
aschiffelholz@pictet.com
asoucas@pictet.com
asteele@pictet.com
asuntay@pictet.com
atavazzi@pictet.com
athiebaud@pictet.com
avasagiri@pictet.com
avernes@pictet.com
azitkute@pictet.com
bbarker@pictet.com
bdemole@pictet.com
beberle@pictet.com
blambert@pictet.com
bmueller@pictet.com
bourse-lux@pictet.com
bpaquay@pictet.com
calvarin@pictet.com
cdirac@pictet.com
cfluckiger@pictet.com
cford@pictet.com
cgreen@pictet.com
cgurz@pictet.com
cjenni@pictet.com
ckoos@pictet.com
clecamp@pictet.com
cleong@pictet.com
clocher@pictet.com
cmaillard@pictet.com
cmyburg@pictet.com
coffenhauser@pictet.com
cpatterson@pictet.com
creyl@pictet.com
cschweizer@pictet.com
cvandekerckhove@pictet.com
cvonturk@pictet.com
dbaumgartner@pictet.com
dbird@pictet.com
dchatterjee@pictet.com
ddawit@pictet.com
dfaes@pictet.com
dinfante@pictet.com
dleuba@pictet.com
dpeterson@pictet.com
drubin@pictet.com
dscilingo@pictet.com
dwydler@pictet.com
echiabudini@pictet.com
edepotter@pictet.com
egarnier@pictet.com

**Company & Corresponding Email Addresses**

ehanouna@pictet.com
ehargreaves@pictet.com
emendez@pictet.com
emerging@pictet.com
eroyen@pictet.com
etarchini@pictet.com
evantuyll@pictet.com
fbigler@pictet.com
fborgnana@pictet.com
fbrunet@pictet.com
fcattaneo@pictet.com
fgirod@pictet.com
fpacicca@pictet.com
fpaolini@pictet.com
fsalina@pictet.com
fsawaf@pictet.com
fweber@pictet.com
gballocchi@pictet.com
gbucaille@pictet.com
gbumbra@pictet.com
gchamorro@pictet.com
gcracco@pictet.com
gdassier@pictet.com
ghuber@pictet.com
gkunz@pictet.com
gmicheli@pictet.com
gubaghs@pictet.com
haedo@pictet.com
hgaudart@pictet.com
hportner@pictet.com
hreenpaa@pictet.com
jacques.desaussure@pictet.com
jarguello@pictet.com
jashurst@pictet.com
jbarbe@pictet.com
jbeguelin@pictet.com
jbell@pictet.com
jbenetti@pictet.com
jbenhamida@pictet.com
jbloomfield@pictet.com
jbongard@pictet.com
jchristin@pictet.com
jclerc@pictet.com
jdurante@pictet.com
jjunge@pictet.com
jjvaucher@pictet.com
jlarsson@pictet.com
jlee@pictet.com
jmanry@pictet.com
jmondini@pictet.com
jpsmith@pictet.com
jruez@pictet.com
jruiz@pictet.com
jvogt@pictet.com

**Company & Corresponding Email Addresses**

kachtar@pictet.com
kmoore@pictet.com
kparsipour@pictet.com
lbelloni@pictet.com
lbradbury@pictet.com
lcarpin@pictet.com
ldesbiens@pictet.com
lgodin@pictet.com
lperrin@pictet.com
lreinhard@pictet.com
lveilleux@pictet.com
m.boulton@pictet.com
mallemann@pictet.com
mapictet@pictet.com
mbartek@pictet.com
mbinggeli@pictet.com
mbooty@pictet.com
mbriol@pictet.com
mcretier@pictet.com
mgrupper@pictet.com
mjohnson@pictet.com
mkidane@pictet.com
mmclaughlin@pictet.com
mmorita@pictet.com
mporet@pictet.com
msetrouk@pictet.com
mtee@pictet.com
mzetchi@pictet.com
ncampiche@pictet.com
nfaure@pictet.com
nmahurkar@pictet.com
nmustoe@pictet.com
nsheera@pictet.com
nstanbridge@pictet.com
oginguene@pictet.com
ogros@pictet.com
oknobloch@pictet.com
p_lambert@pictet.com
pagarwal@pictet.com
pallenbach@pictet.com
pbacchetta@pictet.com
pbass@pictet.com
pdeweck@pictet.com
pfaivre@pictet.com
pfranc@pictet.com
pfroehlicher@pictet.com
phposta@pictet.com
pjarvis@pictet.com
pperret@pictet.com
ppol@pictet.com
prohner@pictet.com
psarreau@pictet.com
pserafini@pictet.com
pthullen@pictet.com

**Company & Corresponding Email Addresses**

pwarga@pictet.com
pzweifel@pictet.com
rbanz@pictet.com
rborgeat@pictet.com
rbuehler@pictet.com
rchiabudini@pictet.com
rcudre@pictet.com
rgaensslen@pictet.com
rghrenassia@pictet.com
rhauser@pictet.com
rjames@pictet.com
rjoller@pictet.com
rormond@pictet.com
rscudre@pictet.com
rwilliamson@pictet.com
sburrows@pictet.com
schurch@pictet.com
scornet@pictet.com
seisenhut@pictet.com
seisinger@pictet.com
sfanchini@pictet.com
sfuhrer@pictet.com
sfukushima@pictet.com
sgonzalezgrigori@pictet.com
shavercroft@pictet.com
showald@pictet.com
sjacot@pictet.com
sjaun@pictet.com
skasaya@pictet.com
skelley@pictet.com
skhan@pictet.com
slautizar@pictet.com
slee@pictet.com
smaillard@pictet.com
smartel@pictet.com
spatel@pictet.com
sperry@pictet.com
spralong@pictet.com
ssejournet@pictet.com
sspiegelberg@pictet.com
stenjoukian@pictet.com
stockstrading@pictet.com
structured_products@pictet.com
styrrell@pictet.com
szancanella@pictet.com
szanzi@pictet.com
tcentofanti@pictet.com
tday@pictet.com
tgujer@pictet.com
thagino@pictet.com
tlacraz@pictet.com
tlam@pictet.com
tpaccot@pictet.com
trading@pictet.com

## Company & Corresponding Email Addresses

trodwell@pictet.com
vcara@pictet.com
vfuentes@pictet.com
vgrimaldi@pictet.com
vrossier@pictet.com
wegli@pictet.com
wmaenner@pictet.com
wtan@pictet.com
wting@pictet.com
xchollet@pictet.com
ybigeard@pictet.com
ybonzon@pictet.com
ybruggisser@pictet.com
ygoffinet@pictet.com
ygottmeier@pictet.com
ykramer@pictet.com
ymauron@pictet.com
ypoulou@pictet.com
ysuzuki@pictet.com

**piercap**
alex.yakirevich@piercap.com
andrew.hokenson@piercap.com
anne.hua@piercap.com
clem.garcia@piercap.com
eric.ardito@piercap.com
natalie.wright@piercap.com
pier.assistant@piercap.com
vinay.ved2@piercap.com

**pilgrimfunds**
cshea@pilgrimfunds.com
jferro@pilgrimfunds.com
rstiver@pilgrimfunds.com
thaag@pilgrimfunds.com

**pilkington**
jeff.mcmahonj@pilkington.com
keith.stafford@pilkington.com
wendy.rodriguez@pilkington.com

**pim**
peter.blosch@pim.com

**pimco**
aaron.bryson@pimco.com
abby.john@pimco.com
abby.simon@pimco.com
aditya.damani@pimco.com
adrienn.sarandi@pimco.com
ahuff@pimco.com
aj.washington@pimco.com
alec.kersman@pimco.com
alex.hadirahardjo@pimco.com
alex.hartl@pimco.com
alex.kim@pimco.com
alex.williamson@pimco.com
alice.wang@pimco.com
alison.macartney@pimco.com

**Company & Corresponding Email Addresses**

alka.singal@pimco.com
amber.schulten@pimco.com
amin.molavi@pimco.com
aminul.haque@pimco.com
amit.chopra@pimco.com
amit.thanki@pimco.com
amy.hsiang@pimco.com
amy.hsu@pimco.com
analytics@pimco.com
anctil@pimco.com
andreas.berndt@pimco.com
andrew.balls@pimco.com
andrew.robertson@pimco.com
anika.gielow@de.pimco.com
anindita.sharma@sg.pimco.com
aniruddha.das@pimco.com
ann.pham@pimco.com
anna.pryde@pimco.com
annie.mirzaians@pimco.com
anthony.nguyen@pimco.com
antoinette.eltz@pimco.com
anton.dombrovsky@de.pimco.com
antony.voznesensky@pimco.com
aportill@pimco.com
arjun.madan@pimco.com
arshavir.grigoryan@pimco.com
art.hastings@pimco.com
asay@pimco.com
ashley.vitar@pimco.com
astrid.linder@de.pimco.com
atousa.sarcon@pimco.com
aurore.leclercq@pimco.com
awittkop@pimco.com
aylin.somersan@pimco.com
ayu@pimco.com
baker@pimco.com
bansal@pimco.com
barry.ross@au.pimco.com
bdaniels@pimco.com
bdeleon@pimco.com
beaumont@pimco.com
ben.dadbin@pimco.com
ben.edwards@pimco.com
ben.ehlert@pimco.com
ben.mcgloin@pimco.com
benjamin.chan@pimco.com
betsy.lind@pimco.com
bewernitz@pimco.com
bhansali@pimco.com
bill.cullinan@pimco.com
bill.cumby@pimco.com
bill.tsotsos@pimco.com
billy.rogers@pimco.com
bkelly@pimco.com

**Company & Corresponding Email Addresses**

bob.burns@pimco.com
bob.ettl@pimco.com
bob.gingrich@pimco.com
boyd@pimco.com
brad.guynn@pimco.com
bradd.kern@pimco.com
bradley.marr@pimco.com
bransby.whitton@pimco.com
brett.lyons@pimco.com
brett.weichbrod@pimco.com
brian.jacobs@pimco.com
brian.tomlinson@pimco.com
brick@pimco.com
bridget.inglis@pimco.com
brogers@pimco.com
bruce.brittain@pimco.com
bryan.filkey@pimco.com
bryan.poulsen@pimco.com
bryan.poulson@pimco.com
bryan.tsu@pimco.com
burcin.dilek@de.pimco.com
calvin.liew@pimco.com
candice.stack@pimco.com
carboni@pimco.com
carlo.micali@pimco.com
carlos.agredano@pimco.com
carpente@pimco.com
carrie.peterson@pimco.com
cdawson@pimco.com
chad.plotke@pimco.com
chang@pimco.com
changhong.zhu@pimco.com
chanie.raykoff@pimco.com
chantal.manseau@pimco.com
charles.gaffney@pimco.com
charles.wyman@pimco.com
chen.xu@pimco.com
chen@pimco.com
cheryl.juarez@pimco.com
chipp@pimco.com
chisato.kohari@pimco.com
chnguyen@pimco.com
chris.balster@pimco.com
chris.caltagirone@pimco.com
chris.clonce@pimco.com
chris.dialynas@pimco.com
chris.franta@pimco.com
chris.kemp@pimco.com
chris.lofdahl@pimco.com
chris.tarui@pimco.com
chrissy.austin@pimco.com
christian.schuetz@de.pimco.com
christian.staub@pimco.com
christian.stracke@pimco.com

**Company & Corresponding Email Addresses**

christian.wild@pimco.com
christina.goodridge@pimco.com
christine.chu@pimco.com
christine.li@pimco.com
christine.mathes@pimco.com
christine.telish@pimco.com
christopher.brune@pimco.com
christopher.vyn@pimco.com
claudia.rosello@pimco.com
colby.matthews@pimco.com
colin.brennan@pimco.com
colleen.kochivar@pimco.com
cooke@pimco.com
corina.munoz@pimco.com
cowell@pimco.com
cristina.nunziata@pimco.com
cupps@pimco.com
cynthia.loh@pimco.com
cyrille.conseil@pimco.com
daniel.hyman@pimco.com
daniel.nikaiyn@pimco.com
darius.gagne@pimco.com
darius.ilgunas@pimco.com
david.andrews@pimco.com
david.blair@pimco.com
david.linton@pimco.com
david.su@pimco.com
david.zhang@pimco.com
ddorff@pimco.com
deepa.salastekar@pimco.com
derek.fan@pimco.com
devin.arcoleo@pimco.com
dgnguyen@pimco.com
dominique.linder@de.pimco.com
don.pfohlman@pimco.com
don.suskind@pimco.com
donna.cohen@pimco.com
donna.riley@pimco.com
dugan@pimco.com
durn@pimco.com
ed.cruz@pimco.com
ed.devlin@pimco.com
ed.urbano@pimco.com
edda.agnarsdottir@de.pimco.com
ehsan.bashi@pimco.com
elizabeth.morgan@pimco.com
ellen.shimada@pimco.com
emily.chen@pimco.com
emily.hoo@uk.pimco.com
england@pimco.com
eric.bartlett@au.pimco.com
eric.mogelof@pimco.com
erich.mayer@de.pimco.com
erik.haven@pimco.com

## Company & Corresponding Email Addresses

erik.keller@pimco.com
erik.velicer@pimco.com
erika.lowe@pimco.com
erin.langford@pimco.com
eva.traber@de.pimco.com
evan.cathey@pimco.com
evan.curtis@pimco.com
evan.pan@pimco.com
evans@pimco.com
eve.tournier@uk.pimco.com
felix.blomenkamp@pimco.com
ferrell@pimco.com
fournier@pimco.com
frances.regalado@pimco.com
frank.kokai@pimco.com
gang.hu@pimco.com
gbui@pimco.com
geoffrey.bowers@pimco.com
geoffrey.lasry@pimco.com
georgios.allamanis@pimco.com
gerald.koh@pimco.com
gerlinde.schwab@de.pimco.com
gita.bal@pimco.com
goldman@pimco.com
grace.wu@pimco.com
graziella.di.trani@de.pimco.com
greg.gore@pimco.com
gregor.diem@de.pimco.com
gross@pimco.com
grudolph@pimco.com
guillermo.osses@pimco.com
hague@pimco.com
han@pimco.com
hansford.warner@pimco.com
hehn@pimco.com
helen.xing@pimco.com
helsing@pimco.com
hemanshu.mandalia@pimco.com
henning.fock@de.pimco.com
hgu@pimco.com
hidetoshi.minamisawa@pimco.com
hiroshi.kuno@jp.pimco.com
hiroshi.kuno@pimco.com
hnorris@pimco.com
hockmeng.foong@pimco.com
hojung.kang@de.pimco.com
holly.johnson@pimco.com
hozef.arif@pimco.com
ignacio.galaz@pimco.com
inge.hirschauer@de.pimco.com
ivascyn@pimco.com
ivy.nguyen@pimco.com
jacob.procuniar@pimco.com
jaime.villa@pimco.com

**Company & Corresponding Email Addresses**

jaime-anne.fabio@pimco.com
jakub.janicki@de.pimco.com
jan.schopen@de.pimco.com
janet.campbell@au.pimco.com
jason.austin@pimco.com
jason.zambanini@pimco.com
jayme.dirienzo@pimco.com
jeff.muehlethaler@pimco.com
jennifer.bridwell@pimco.com
jennifer.dinapoli@pimco.com
jennifer.hsieh@pimco.com
jennifer.oliva@pimco.com
jennifer.prince@pimco.com
jennifer.yang@pimco.com
jeremy.browne@au.pimco.com
jerome.schneider@pimco.com
jesse.pricer@pimco.com
jiaying.huang@pimco.com
jill.mcgarvey@pimco.com
jill.suh@pimco.com
jim.keller@pimco.com
jing.yang@pimco.com
joanders@pimco.com
joao.freire@pimco.com
joe.dolan@pimco.com
joel.strauch@pimco.com
joern.kleinhans@pimco.com
john.brynjolfsson@pimco.com
john.cavalieri@pimco.com
john.cummings@pimco.com
john.gomez@pimco.com
john.kirkowski@pimco.com
john.miller@pimco.com
john.morrison@pimco.com
john.norris@pimco.com
john.sheehy@pimco.com
johnpascal.vanhouden@pimco.com
joline.ortiz@pimco.com
jon.horne@pimco.com
jon.jiang@pimco.com
jon.yip@pimco.com
jordan@pimco.com
joseph.greenwald@pimco.com
joseph.guirguis@pimco.com
joseph.narens@pimco.com
joseph.yeon@pimco.com
joseph.zhang@sg.pimco.com
josh.davis@pimco.com
joshua.hawkins@pimco.com
joshua.katz@pimco.com
joshua.yelsey@pimco.com
judy.chan@pimco.com
juergen.dahlhoff@de.pimco.com
jules.naters@pimco.com

**Company & Corresponding Email Addresses**

julia.kelting@de.pimco.com
julie.anderson@pimco.com
julie.mcdaniel@pimco.com
justin.barnum@pimco.com
justina.iuga@pimco.com
jwilliams@pimco.com
kai.wildfoerster@de.pimco.com
kaiping.su@pimco.com
kan.mam@pimco.com
kangmin.lin@pimco.com
kara.netro@pimco.com
karen.doane@pimco.com
karine.mercado@pimco.com
kasten.walther@pimco.com
kate.soiguine@pimco.com
kathleen.dwyer@pimco.com
kathleen.gaertner@de.pimco.com
kathy.park@pimco.com
katie.della.maria@pimco.com
katie.dellamarie@pimco.com
katrina.horner@pimco.com
kaveh.heravi@pimco.com
kaylee.garden@pimco.com
kelly.derrig@pimco.com
ken.miller@pimco.com
kennedy@pimco.com
kevin.chan@pimco.com
kevin.forhane@pimco.com
kevin.gray@pimco.com
kevin.slebioda@pimco.com
kevin.winters@pimco.com
kezelman@pimco.com
kim.gillaspy@pimco.com
kimberley.stafford@pimco.com
kimberly.cullen@pimco.com
kimble.skov@pimco.com
koonnang.tse@pimco.com
kozovich@pimco.com
krista.elliott@pimco.com
kristen.luke@pimco.com
kristen.monson@pimco.com
kristi.elliot-heitman@pimco.com
kristi.whitewolf@pimco.com
kristian.baney@pimco.com
ksmith@pimco.com
kumaran.damodaran@pimco.com
kwame.anochie@pimco.com
kwiatkow@pimco.com
laci.smith@pimco.com
lalantika.padmanabhan@pimco.com
lana.moy@pimco.com
lance.whitewolf@pimco.com
lanny.moelijanto@pimco.com
lauren.walsh@pimco.com

**Company & Corresponding Email Addresses**

lemuel.kong@pimco.com
leonardo.sanchez@pimco.com
ley@pimco.com
li.li@pimco.com
libby.cantrill@pimco.com
lisa.kim@pimco.com
liz.latch@pimco.com
liz.tech@pimco.com
loredana.lapace@pimco.com
loren.ollenburger@pimco.com
lori.hsu@pimco.com
lori.zarutsky@pimco.com
louanges@pimco.com
lupin.rahman@pimco.com
luu@pimco.com
magdalene.yee@pimco.com
maggie.bekele@pimco.com
makiko.dodo@pimco.com
manuel.hayes@pimco.com
marcellus.fisher@pimco.com
marcia.clark@pimco.com
marco.grzesik@de.pimco.com
marco.vanakkeren@pimco.com
marcus.schulmerich@de.pimco.com
marcy.rappaport@pimco.com
maria.munoz@pimco.com
maria.nguyen@pimco.com
maria.rose@pimco.com
mariappa@pimco.com
marion.scherzinger@de.pimco.com
mark.afrasiabi@pimco.com
mark.jelic@pimco.com
mark.kiesel@pimco.com
mark.lampano@pimco.com
mark.pearce@pimco.com
mark.thompson@pimco.com
markus.mueller@de.pimco.com
markus.von.crailsheim@de.pimco.com
martin.feeny@pimco.com
martina.benke@de.pimco.com
masako.walsh@pimco.com
mather@pimco.com
matt.clark@pimco.com
matt.dorsten@pimco.com
matt.mulcahy@pimco.com
matt.shaw@pimco.com
matt.woods@pimco.com
matt.zehner@pimco.com
matthew.brenner@pimco.com
matthew.mclenaghan@pimco.com
matthew.welling@pimco.com
max.lisenkov@pimco.com
mccallon@pimco.com
mccray@pimco.com

## Company & Corresponding Email Addresses

mcculley@pimco.com
melani.reyes@pimco.com
mewbourne@pimco.com
mhughes@pimco.com
miali@pimco.com
michael.brandl@pimco.com
michael.brownell@pimco.com
michael.burns@pimco.com
michael.chandra@pimco.com
michael.chang@pimco.com
michael.covert@pimco.com
michael.gomez@pimco.com
michael.jacobs@pimco.com
michael.liwski@pimco.com
michael.martini@pimco.com
michael.pruin@pimco.com
michael.sonner@de.pimco.com
michael.terry@pimco.com
michael.watchorn@pimco.com
michael.zhang@pimco.com
michele.weinberger@pimco.com
mihir.worah@pimco.com
mike.summerfield@pimco.com
mike.trovato@pimco.com
millimet@pimco.com
mitchell.wilner@pimco.com
mittal@pimco.com
moid.hanif@pimco.com
molsen@pimco.com
mukund.kumar@pimco.com
murata@pimco.com
murphy.mccann@pimco.com
nadege.goldfinger@de.pimco.com
nadine.rathmann@de.pimco.com
naran@pimco.com
natalie.karpov@pimco.com
natalie.trevithick@pimco.com
nate.earle@pimco.com
nathan.chiaverini@pimco.com
nedal.alqam@pimco.com
nest@pimco.com
nic.johnson@pimco.com
nishant.upadhyay@pimco.com
noel.yi@pimco.com
nori.funaki@pimco.com
oliver.schweizer@pimco.com
olivia.kim@pimco.com
omar.obeid@pimco.com
orozco@pimco.com
oskar.akerberg@de.pimco.com
pankovic@pimco.com
parikh@pimco.com
pasi.hamalainen@pimco.com
patience.musingarimi@pimco.com

**Company & Corresponding Email Addresses**

paul.allen@uk.pimco.com
paul.benson@pimco.com
paul.kim@pimco.com
paul.wendler@pimco.com
paul.wildermuth@pimco.com
peter.bretschger@pimco.com
peter.luc@pimco.com
petercramer@pimco.com
philip-john.munoz@pimco.com
philipp.kellerhals@de.pimco.com
pmurphy@au.pimco.com
potthof@pimco.com
powell.thurston@pimco.com
powers@pimco.com
putnicki@pimco.com
qunshan.gao@de.pimco.com
rahul.seksaria@pimco.com
raja.mukherji@pimco.com
ralf.werner@de.pimco.com
rama.nambimadom@pimco.com
ramin.toloui@pimco.com
ramon.maronilla@pimco.com
raulin.villegas@pimco.com
ray.lim@pimco.com
rene.martel@pimco.com
ric.costa@pimco.com
richard.clarida@pimco.com
richard.colasuonno@pimco.com
richard.mak@pimco.com
richie.cruz@pimco.com
rick.morioka@pimco.com
rieko.uehara@pimco.com
rob.corley@pimco.com
robert.lee@pimco.com
robert.mead@de.pimco.com
rodger.elble@pimco.com
rodosky@pimco.com
roger.nieves@pimco.com
roham.medifar@pimco.com
rollins@pimco.com
ronald.manley@pimco.com
ronnie@de.pimco.com
rosamund.price@pimco.com
rosboro@pimco.com
rosiak@pimco.com
rpalmer@pimco.com
rudolf.boeltl@de.pimco.com
rudy.garza@pimco.com
rudy.pimentel@pimco.com
rueda@pimco.com
rupali.saggar@pimco.com
rushant.sanathara@pimco.com
ryan.blute@pimco.com
ryan.clarkson@pimco.com

**Company & Corresponding Email Addresses**

ryan.hart@pimco.com
ryan.kagy@pimco.com
ryan.korinke@pimco.com
ryan.lanphere@pimco.com
ryan.lecznar@pimco.com
ryan.murphy@pimco.com
ryan.watkins@pimco.com
sachiko.okuma@jp.pimco.com
samantha.harrison@pimco.com
sanae.tsuchiya@jp.pimco.com
sanjeev.gogna@de.pimco.com
saori.mitsuta@pimco.com
sapna.shah@pimco.com
sara.pollack@pimco.com
sarah.brindle@pimco.com
schulist@pimco.com
schwetz@pimco.com
scott.beltz@pimco.com
scott.striegel@pimco.com
sean.mccarthy@pimco.com
sesay@pimco.com
seth.coulson@pimco.com
seth.ruthen@pimco.com
shad.rogers@pimco.com
shailesh.gupta@pimco.com
shaler@pimco.com
sharad.ghosh@pimco.com
shareef.bahador@pimco.com
sharp@pimco.com
shogo.fujita@jp.pimco.com
showbhik.kalra@pimco.com
sihn.luong@pimco.com
simon@pimco.com
simone.pressley@pimco.com
smartin@pimco.com
stacie.anctil@pimco.com
stacy.schaus@pimco.com
stefan.kuehne@de.pimco.com
stephanie.packer@pimco.com
stephen.derrick@pimco.com
stephen.reynolds@pimco.com
steve.aguirre@pimco.com
steve.hong@pimco.com
steven.gleason@pimco.com
steven.jones@pimco.com
strauch@pimco.com
suhail.dada@pimco.com
sunil.kothari@pimco.com
susan.raessler@pimco.com
susanne.haag@de.pimco.com
susie.wilson@pimco.com
tais.pacheco@pimco.com
tais.rojas@pimco.com
tamerlan.abdikeev@pimco.com

**Company & Corresponding Email Addresses**

tami.vendig@pimco.com
tammie.arnold@pimco.com
taylor.alan-lee@pimco.com
teresa.elston@pimco.com
terrence.ing@pimco.com
tetsuro.kondo@pimco.com
therese.vu@pimco.com
thomas.finkenzeller@pimco.com
thomas.kressin@de.pimco.com
thomas@pimco.com
thuy.pham@pimco.com
tim.haaf@de.pimco.com
timo.boehm@de.pimco.com
tina.suo@pimco.com
tobias.prokesch@de.pimco.com
tobias.spandri@de.pimco.com
tom.otterbein@pimco.com
tommy.nguyen@pimco.com
tomomi.yoshioka@pimco.com
tongli.han@pimco.com
toni.afonso@de.pimco.com
toru.lin@pimco.com
tracey.jourdal@pimco.com
tracy.chin@au.pimco.com
trevor.liang@pimco.com
trip.lilly@pimco.com
trosky@pimco.com
vadim.yasnov@pimco.com
vanheel@uk.pimco.com
verona@pimco.com
veronika.neubauer@de.pimco.com
victor.cabral@pimco.com
viola.patock@de.pimco.com
wainwright.babb@de.pimco.com
warren.chou@pimco.com
warren.min@pimco.com
wayne.lai@pimco.com
wendong.qu@pimco.com
wenwen.lindroth@pimco.com
wes.murphy@pimco.com
weston.kasper@pimco.com
wilbur.chow@pimco.com
william.chipp@pimco.com
william.pompa@pimco.com
wolf.diederichs@pimco.com
xing.wan@pimco.com
yi-ling.lin@pimco.com
ying.qiu@pimco.com
yingying.zheng@sg.pimco.com
yukiji.konno@pimco.com
yukji.konno@pimco.com
yvonne.jara@pimco.com
zilver@pimco.com
zubin.kapadia@pimco.com

## Company & Corresponding Email Addresses

### pimcoadvisors
erik.aarts@pimcoadvisors.com
kathy.hoffman@pimcoadvisors.com

### pimcoequity
gtournant@pimcoequity.com

### piog
chris.galizio@piog.com
joanne.fisher@piog.com
sam.polyak@piog.com

### pioneer
aaron.dunn@pioneer.com
eweigel@pioneer.com

### pioneeralternativest
ailish.custer@pioneeralternativest.com

### pioneeraltinvest
adrian.doyle@pioneeraltinvest.com
andrea.buda@pioneeraltinvest.com
anna.maher@pioneeraltinvest.com
anne.hegarty@pioneeraltinvest.com
barry.kelly@pioneeraltinvest.com
carcie.rogers@pioneeraltinvest.co.uk
eamonn.murphy@pioneeraltinvest.ie
edel.o'leary@pioneeraltinvest.com
francis.heagney@pioneeraltinvest.com
gareth.kiernan@pioneeraltinvest.com
gcassoni@pioneeraltinvest.com
gernot.rumpf@pioneeraltinvest.com
glenda.levin@pioneeraltinvest.co.uk
graham.o'meara@pioneeraltinvest.com
greg.baker@pioneeraltinvest.com
janet.ige@pioneeraltinvest.com
jason.mullins@pioneeraltinvest.com
kenneth.montgomery@pioneeraltinvest.com
lisa.casey@pioneeraltinvest.ie
luca.mengoni@pioneeraltinvest.com
lucio.vignati@pioneeraltinvest.com
manuele.moi@pioneeraltinvest.com
neil.donnelly@pioneeraltinvest.com
nicola.conroy@pioneeraltinvest.com
oliver.owen@pioneeraltinvest.com
rana.kudsi@pioneeraltinvest.co.uk
riccardo.cavo@pioneeraltinvest.com
richard.mormile@pioneeraltinvest.com
tommaso.mancuso@pioneeraltinvest.com
viktor.turk@pioneeraltinvest.com

### pioneeraltinvestments
colm.friel@pioneeraltinvestments.com
tomas.cunnane@pioneeraltinvestments.com

### pioneerinvest
alberto.gandolfi@pioneerinvest.ie
alessandro.patruno@pioneerinvest.it
alessia.berardi@pioneerinvest.it
alex.parsons@pioneerinvest.ie
allen.wong@pioneerinvest.com

**Company & Corresponding Email Addresses**

andrea.carelli@pioneerinvest.it
andrea.dilorenzo@pioneerinvest.it
andrea.tavoni@pioneerinvest.it
andrew.acheson@pioneerinvest.com
andrew.feltus@pioneerinvest.com
andrew.schlumper@pioneerinvest.com
angela.lewis@pioneerinvest.com
ann-marie.hanley@pioneerinvest.com
antonello.ditaranto@pioneerinvest.it
antonio.ferraresi@pioneerinvest.ie
april.seah@pioneerinvest.ie
ashesh.savla@pioneerinvest.com
asta.vaichys@pioneerinvest.com
audrey.choi@pioneerinvest.com.sg
bob.pieroni@pioneerinvest.com
bradley.galko@pioneerinvest.com
carl.reynolds@pioneerinvest.com
caterina.mensa@pioneerinvest.it
charles.mayer@pioneerinvest.com
chris.chapin@pioneerinvest.com
christian.fay@pioneerinvest.com
christian.fey@pioneerinvest.com
christian.proietto@pioneerinvest.ie
christina.yow@pioneerinvest.com.sg
christopher.smart@pioneerinvest.com
clarkson.williams@pioneerinvest.com
conor.mcdermott@pioneerinvest.ie
cosimo.marasciulo@pioneerinvest.it
cristian.segui@pioneerinvest.com
cristina.marini@pioneerinvest.it
cristina.matti@pioneerinvest.ie
cristina.siro@pioneerinvest.it
dan.sim@pioneerinvest.com
daniel.barry@pioneerinvest.ie
daniele.leccacorvi@pioneerinvest.it
dario.frigerio@pioneerinvest.ie
david.cahill@pioneerinvest.ie
david.eurkus@pioneerinvest.com
david.harte@pioneerinvest.ie
david.sobell@pioneerinvest.com
davide.astolfi@pioneerinvest.it
davide.comoglio@pioneerinvest.it
davide.dicataldo@pioneerinvest.it
debora.delbo@pioneerinvest.it
denise.ocallaghan@pioneerinvest.ie
dennis.pray@pioneerinvest.com
diego.franzin@pioneerinvest.ie
domenico.alonzi@pioneerinvest.it
dominik.kremer@pioneerinvest.de
ed.doyle@pioneerinvest.com
edoardo.mezza@pioneerinvest.it
elaine.keenan@pioneerinvest.ie
elisa.perna@pioneerinvest.it
elisabetta.spaltni@pioneerinvest.it

## Company & Corresponding Email Addresses

emanuela.verri@pioneerinvest.it
emilio.orechia@pioneerinvest.it
enrico.bovalini@pioneerinvest.it
enrico.stacchietti@pioneerinvest.it
eric.pinn@pioneerinvest.com
eric.weigel@pioneerinvest.com
erika.belloni@pioneerinvest.it
fabrizio.bugatti@pioneerinvest.it
feargal.dempsey@pioneerinvest.ie
federica.baldan@pioneerinvest.it
federica.masciaga@pioneerinvest.it
fiona.lim@pioneerinvest.com.sg
france.maniaci@pioneerinvest.com
francesco.dall'angelo@pioneerinvest.it
francesco.gruosso@pioneerinvest.ie
francesco.sandrini@pioneerinvest.ie
franco.sobrero@pioneerinvest.it
george.sidgwick@pioneerinvest.com
gertrude.fitzpatrick@pioneerinvest.ie
gianfranco.digennaro@pioneerinvest.it
giovanni.facchinimartini@pioneerinvest.it
giuseppe.avignone@pioneerinvest.it
giuseppe.ciliberto@pioneerinvest.it
giuseppe.nava@pioneerinvest.it
greg.andrews@pioneerinvest.com
gregor.smart@pioneerinvest.com
james.healy@pioneerinvest.com
jessica.frattura@pioneerinvest.com
jessica.mitchell@pioneerinvest.com
john.carey@pioneerinvest.com
john.corron@pioneerinvest.com
john.franks@pioneerinvest.com
john.peckham@pioneerinvest.com
josiely.hermida@pioneerinvest.com
joslyn.suriel@pioneerinvest.com
karen.hannaway@pioneerinvest.com
karl.huber@pioneerinvest.de
ken.fuller@pioneerinvest.com
ken.senecal@pioneerinvest.com
lee.bernstein@pioneerinvest.com
len.robinson@pioneerinvest.com
leo.murphy@pioneerinvest.com
livia.foo@pioneerinvest.com
lorenzo.portelli@pioneerinvest.it
luca.lanzara@pioneerinvest.it
lucia.cutrofello@pioneerinvest.it
marcello.esposito@pioneerinvest.it
marco.cecchi@pioneerinvest.it
marina.zarbin@pioneerinvest.it
mark.madden@pioneerinvest.com
mark.phillips@pioneerinvest.com
mark.whirdy@pioneerinvest.ie
markus.steinbeis@pioneerinvest.de
maureen.keady@pioneerinvest.com

## Company & Corresponding Email Addresses

mauro.casati@pioneerinvest.it
michael.lang@pioneerinvest.ie
michael.rega@pioneerinvest.com
michael.temple@pioneerinvest.com
molly.mclaughlin@pioneerinvest.com
monica.basso@pioneerinvest.it
monica.defend@pioneerinvest.it
neville.newman@pioneerinvest.ie
nicholas.lambros@pioneerinvest.com
noel.keegan@pioneerinvest.ie
paolo.barbieri@pioneerinvest.it
paolo.cei@pioneerinvest.it
paolo.dimontorio@pioneerinvest.ie
paolo.vesconi@pioneerinvest.it
pat.itrato@pioneerinvest.com
patrick.lambe@pioneerinvest.ie
patrick.lebourdais@pioneerinvest.com.sg
paul.cloonan@pioneerinvest.com
pavlos.alexandrakis@pioneerinvest.com
peter.floyd@pioneerinvest.com
peter.luongo@pioneerinvest.com
philip.colburn@pioneerinvest.com
pierluigi.salvatore@pioneerinvest.it
pierpaolo.iasci@pioneerinvest.ie
rebecca.moquin@pioneerinvest.com
rene.breseghello@pioneerinvest.it
richard.schlanger@pioneerinvest.com
robert.gauvain@pioneerinvest.com
robert.noble@pioneerinvest.ie
roberto.gallo@pioneerinvest.it
rod.wright@pioneerinvest.com
sal.pramas@pioneerinvest.com
sammi.truong@pioneerinvest.com
samuel.wardwell@pioneerinvest.com
sandro.matta@pioneerinvest.it
sandro.pierri@pioneerinvest.it
sara.sechi@pioneerinvest.it
sauyin.loke@pioneerinvest.com.sg
scott.kushner@pioneerinvest.com
scott.zilora@pioneerinvest.com
sergio.dellecave@pioneerinvest.com.sg
seth.roman@pioneerinvest.com
sheena.price@pioneerinvest.ie
sherry.zhang@pioneerinvest.com
sofia.sermos@pioneerinvest.com
stephen.cummings@pioneerinvest.com
stephen.roseberry@pioneerinvest.com
steven.morrison@pioneerinvest.com
sunita.singh@pioneerinvest.com
teresa.freeley@pioneerinvest.com
theresa.hamacher@pioneerinvest.com
tim.foley@pioneerinvest.com
tim.mulrennan@pioneerinvest.com
timothy.horan@pioneerinvest.com

## Company & Corresponding Email Addresses

timothy.mulrenan@pioneerinvest.com
timothy.pynchon@pioneerinvest.com
tin.chan@pioneerinvest.com
tiziana.rizzati@pioneerinvest.it
tommaso.sanzin@pioneerinvest.it
tony.clarizio@pioneerinvest.com
tony.pizzi@pioneerinvest.com
tracy.wright@pioneerinvest.com
viviana.gisimundo@pioneerinvest.it
walter.hunnewell@pioneerinvest.com
william.mennonna@pioneerinvest.com
william.taylor@pioneerinvest.com
yves.raymond@pioneerinvest.com

### pioneerinvestments

adamgabor.laux@pioneerinvestments.com
alan.janson@pioneerinvestments.com
alberto.fontana@pioneerinvestments.com
alexander.schneidhofer@pioneerinvestments.at
alfred.grusch@pioneerinvestments.at
ali.mahallati@pioneerinvestments.com
alicia.fasi@pioneerinvestments.com
alison.crawford@pioneerinvestments.com
andrea.martinello@pioneerinvestments.com
andreas.schuster@pioneerinvestments.at
andreas.wosol@pioneerinvestments.at
andrew.lynch@pioneerinvestments.com
angelo.corbetta@pioneerinvestments.com
benjamin.hwang@pioneerinvestments.com
bernd.hartmann@pioneerinvestments.com
bernhard.pieb@pioneerinvestments.at
bokchuan.tan@pioneerinvestments.com
brian.stack@pioneerinvestments.com
carol.lintz@pioneerinvestments.com
charles.melchreit@pioneerinvestments.com
chin.liu@pioneerinvestments.com
christian.cangiotti@pioneerinvestments.com
christian.frischauf@pioneerinvestments.com
christian.zimmermann@pioneerinvestments.com
christoph.schmidt@pioneerinvestments.com
cormac.lucey@pioneerinvestments.com
daniel.gilbert@pioneerinvestments.com
david.allen@pioneerinvestments.com
david.brecht@pioneerinvestments.com
davide.cataldo@pioneerinvestments.com
davide.cifarelli@pioneerinvestments.com
diane.cullen@pioneerinvestments.com
diego.melingo@pioneerinvestments.com
dieter.beil@pioneerinvestments.com
doug.lanzillo@pioneerinvestments.com
drew.wollensak@pioneerinvestments.com
eimear.walsh@pioneerinvestments.com
emre.tuncer@pioneerinvestments.com
envy.ayub@pioneerinvestments.com
erich.hackl@pioneerinvestments.at

## Company & Corresponding Email Addresses

ernst.kaiser@pioneerinvestments.at
fabio.cencetti@pioneerinvestments.com
filippo.mascheroni@pioneerinvestments.com
fpuricelli.consultant@pioneerinvestments.com
francesco.bracchi@pioneerinvestments.com
friedrich.maier@pioneerinvestments.at
geoffrey.dailey@pioneerinvestments.com
giordano.lombardo@pioneerinvestments.com
giovanni.mazzariello@pioneerinvestments.com
gladys.lau@pioneerinvestments.com
gregory.buckley@pioneerinvestments.com
guenter.philipp@pioneerinvestments.com
guido.graninger@pioneerinvestments.at
hans.koeck@pioneerinvestments.at
harald.staudinger@pioneerinvestments.com
herbert.virag@pioneerinvestments.at
howard.weiss@pioneerinvestments.com
isolde.lindorfer-kubu@pioneerinvestments.at
jacopo.moresco@pioneerinvestments.com
jakob.frauenschuh@pioneerinvestments.at
james.moynihan@pioneerinvestments.com
jeremy.humphries@pioneerinvestments.com
joel.ng@pioneerinvestments.com
johann.kernbauer@pioneerinvestments.at
john.daly@pioneerinvestments.com
jonathan.sharkey@pioneerinvestments.com
julius.hechtl@pioneerinvestments.at
keith.hogan@pioneerinvestments.com
ken.taubes@pioneerinvestments.com
ken.winston@pioneerinvestments.com
kim.galle@pioneerinvestments.com
laurence.mcgrath@pioneerinvestments.com
lorraine.mcallister@pioneerinvestments.com
luca.fiamenghi@pioneerinvestments.com
luca.pizzaia@pioneerinvestments.com
luigi.cesari@pioneerinvestments.com
m.senoner@pioneerinvestments.com
marco.impagnatiello@pioneerinvestments.com
marco.martinelli@pioneerinvestments.com
marco.pirondini@pioneerinvestments.com
marco.predieri@pioneerinvestments.com
margarete.strasser@pioneerinvestments.at
mariangela.tonelli@pioneerinvestments.com
mariano.gambaro@pioneerinvestments.com
mario.kogler@pioneerinvestments.at
mark.scrowston@pioneerinvestments.com
massimiliano.rasori@pioneerinvestments.com
matteo.codari@pioneerinvestments.com
matteo.mallardo@pioneerinvestments.com
matthew.parkerson@pioneerinvestments.com
meredith.birdsall@pioneerinvestments.com
michael.demayo@pioneerinvestments.com
michael.frattura@pioneerinvestments.com
michael.rachor@pioneerinvestments.com

## Company & Corresponding Email Addresses

mikael.baeckstroem@pioneerinvestments.at
nicholas.lambros@pioneerinvestments.com
nicholas.mcconway@pioneerinvestments.com
norbert.heider@pioneerinvestments.com
oreste.auleta@pioneerinvestments.com
peter.bodis@pioneerinvestments.com
peter.koenigbauer@pioneerinvestments.com
peter.wiley@pioneerinvestments.com
philip.norton@pioneerinvestments.com
pierreandre.klein@pioneerinvestments.com
ralph.ziefle@pioneerinvestments.com
ramnath.iyer@pioneerinvestments.com
rebecca.rebello@pioneerinvestments.com
rene.torgersen@pioneerinvestments.com
richard.stevens@pioneerinvestments.com
robert.urie@pioneerinvestments.com
robin.louch@pioneerinvestments.com
sarah.horowitz@pioneerinvestments.com
silvia.tartara@pioneerinvestments.com
sonja.hoebartner@pioneerinvestments.com
stefan.rohrer@pioneerinvestments.at
stephanie.audy@pioneerinvestments.com
stephanie.lim@pioneerinvestments.com
susan.lyons@pioneerinvestments.com
suzanne.flynn@pioneerinvestments.com
terry.shu@pioneerinvestments.com
thomas.kellner@pioneerinvestments.at
thomas.radinger@pioneerinvestments.com
tilo.brauer@pioneerinvestments.com
tugrul.kolad@pioneerinvestments.com
vincent.salvato@pioneerinvestments.com
vincenzo.moramarco@pioneerinvestments.com
werner.hohl@pioneerinvestments.com
william.woo@pioneerinvestments.com
wolfgang.bauer@pioneerinvestments.com

**pioneerpathcap**
anthony.chedid@pioneerpathcap.com

**pionneraltinvest**
patrick.brennan@pionneraltinvest.com

**pionnerinvest**
marina.martina@pionnerinvest.it

**pipeline**
akmagician@pipeline.com

**piper**
brian.helburg@piper.com

**piperjaffrey**
tseitz@piperjaffrey.com

**pipex**
abe.dli@dial.pipex.com
amano.dli@dial.pipex.com
busdev.abl@dial.pipex.com
ikushima.dli@dial.pipex.com
m.voller@dial.pipex.com
masai.dli@dial.pipex.com

## Company & Corresponding Email Addresses

nagayama.dli@dial.pipex.com
ohira.dli@dial.pipex.com
sahashi.dli@dial.pipex.com
yanagihara.dli@dial.pipex.com

### pirelli
bernard.huppert@pirelli.com
luca.dipalma@pirelli.com
roberto.burini@pirelli.com
susanne.zimmermann@pirelli.com

### pitt
smp70@pitt.edu

### pjc
andrew.s.duff@pjc.com
andrew.w.olson@pjc.com
avaughan@pjc.com
barry.j.nordstrand@pjc.com
ben.s.lieberman@pjc.com
brian.j.clark@pjc.com
bzilka@pjc.com
david.a.collins@pjc.com
dwoodring@pjc.com
elena.h.zupfer@pjc.com
eric.b.moreira@pjc.com
jconnor@pjc.com
jellegard@pjc.com
joel.r.denney@pjc.com
john.j.kennedy@pjc.com
kdavis@pjc.com
lpodobinski@pjc.com
lucas.g.jackson@pjc.com
m.b.winges@pjc.com
mark.d.schierman@pjc.com
mfredricks03@pjc.com
mlibera@pjc.com
mmantyla@pjc.com
msulliban@pjc.com
peter.a.signori@pjc.com
pgray@pjc.com
pstowell@pjc.com
richard.j.barry@pjc.com
richard.r.helmerichs@pjc.com
robert.reilly@pjc.com
sjohnsen03@pjc.com
sweinberg@pjc.com
tracey.l.masterson@pjc.com
twright@pjc.com
william.j.emptage@pjc.com

### pkb
fdolfi@pkb.ch
fund@pkb.ch
nporter@pkb.ch
trading@pkb.ch

### pkinvest
pkirkby@pkinvest.com

## Company & Corresponding Email Addresses
psmith@pkinvest.com

### pksbb
lmeier@pksbb.ch
raoul.gyger@pksbb.ch
sandor.sigrist@pksbb.ch

### plainscapital
gswank@plainscapital.com

### planet
olaf.ephraim@planet.nl

### plaza-am
h.yamazaki@plaza-am.co.jp
i.kubo@plaza-am.co.jp
murai@plaza-am.co.jp
warit@plaza-am.co.jp
y.kawaguchi@plaza-am.co.jp

### pls
donotuse@pls.com

### pluto
sagacmt@pluto.plala.or.jp

### pm
chris.skillin@us.pm.com
ciao.xing@us.pm.com
michael.waks@us.pm.com
nancy.delisi@us.pm.com
rosemary.ripley@us.pm.com

### pmaia
flint@pmaia.com

### pmail
t0632521@pmail.tepco.co.jp

### pmim
cs@pmim.com

### pmintl
araci.mithat@pmintl.ch
chang.herbert@pmintl.ch
croteau.nathalie@pmintl.ch
frank.derooij@pmintl.com
halina.bernard@pmintl.com
hasan.uzun@pmintl.com
pmfe.ecoresearch@pmintl.com
treasurymarketnews@pmintl.com
zurbruegg.daniel@pmintl.ch

### pmlmail
peller.cathy@pmlmail.com
warriner.debbi@pmlmail.com

### pmm-jr
chip@pmm-jr.com

### pnc
a.clarke.remmey@pnc.com
aaron.polack@pnc.com
adam.hynes@pnc.com
adam.potulski@pnc.com
aimee.ebbert@pnc.com
alan.moore@pnc.com
albert.riccardi@pnc.com

**Company & Corresponding Email Addresses**

alex.bouzakis@pnc.com
alexander.oxenham@pnc.com
alison.rahuba@pnc.com
almmarketinfo@pnc.com
almtraders@pnc.com
amanda.lipphardt@pnc.com
amy.carcione@pnc.com
amy.wodarczyk@pnc.com
angelina.grandel@pnc.com
anne.saxer@pnc.com
anthony.koo@pnc.com
arjun.nanda@pnc.com
beverly.lambe@pnc.com
bill.demchak@pnc.com
bob.grandhi@pnc.com
brandon.shuler@pnc.com
brendan.burke@pnc.com
brett.dunn@pnc.com
brian.harrington@pnc.com
brian.judy@pnc.com
bruce.smith@pnc.com
calli.gaul@pnc.com
carla.robertson@pnc.com
cary.greenspan@pnc.com
casey.blackburn@pnc.com
chad.wilshire@pnc.com
charles.loritz@pnc.com
charlton.chafey@pnc.com
chip.giese@pnc.com
chris.jordheim@pnc.com
christina.bunting@pnc.com
christine.eckert@pnc.com
christine.mettee@pnc.com
christine.ryan@pnc.com
christopher.davis@pnc.com
christopher.evanego@pnc.com
christopher.mcgurn@pnc.com
christopher.merlo@pnc.com
christopher.rowe@pnc.com
christopher.young@pnc.com
chuffstu@pnc.com
chung.ng@pnc.com
cicely.hurt@pnc.com
colleen.dixon@pnc.com
craig.keto@pnc.com
curt.stauffer@pnc.com
daniel.chorba@pnc.com
daniel.larochelle@pnc.com
daniel.lysik@pnc.com
david.addison@pnc.com
david.enick@pnc.com
david.ferguson@pnc.com
david.france@pnc.com
david.r.jones@pnc.com

**Company & Corresponding Email Addresses**

david.rommel@pnc.com
david.rossi@pnc.com
david.sletvold@pnc.com
deborah.bentley@pnc.com
dennis.maliszewski@pnc.com
diane.white@pnc.com
domenic.parente@pnc.com
donna.ennis@pnc.com
douglas.holthaus@pnc.com
durbin.vido@pnc.com
dwilliams@pnc.com
edward.chidiac@pnc.com
elisabeth.hudgens@pnc.com
elizabeth.aycock@pnc.com
eric.anglin@pnc.com
eric.farls@pnc.com
erik.rhodes@pnc.com
eugene.pillot@pnc.com
fabio.militello@pnc.com
farah.khan@pnc.com
frankin.rogers@pnc.com
franklin.white@pnc.com
frederick.lang@pnc.com
gagan.singh@pnc.com
gary.winschel@pnc.com
gene.pisasale@pnc.com
gregory.hart@pnc.com
gretchen.tremblay@pnc.com
hayden.lutz@pnc.com
heather.trunick@pnc.com
henry.hoffman@pnc.com
hirouye.teshome@pnc.com
jacob.saumure@pnc.com
jacqueline.kelly@pnc.com
jake.moloznik@pnc.com
james.burzotta@pnc.com
james.maciver@pnc.com
james.ryan@pnc.com
james.sullivan@pnc.com
james.zbach@pnc.com
jamie.frederick@pnc.com
janice.stratton@pnc.com
jason.schumacher@pnc.com
jay.a.weinberg@pnc.com
jeanna.adcock@pnc.com
jeffrey.bryant@pnc.com
jeffrey.farabaugh@pnc.com
jeffrey.tornick@pnc.com
jennifer.zlotorzynski@pnc.com
jesy.boales.nonemployee@pnc.com
jill.witkin@pnc.com
jody.schaffman@pnc.com
john.boffelly@pnc.com
jonathan.jennings@pnc.com

**Company & Corresponding Email Addresses**

joseph.brehl@pnc.com
joseph.jordan@pnc.com
joseph.knisely@pnc.com
joseph.yacone@pnc.com
joseph.zymroz@pnc.com
josephina.maguigad@pnc.com
josh.bodin@pnc.com
josh.hall@pnc.com
joshua.kakel@pnc.com
judy.jones@pnc.com
julie.infanti@pnc.com
justin.kurkiewicz@pnc.com
justin.sullivan@pnc.com
katharine.dudley@pnc.com
katherine.brown@pnc.com
katherine.manuel@pnc.com
kathleen.beck@pnc.com
kathleen.obinger@pnc.com
kelley.brunssen@pnc.com
kenneth.pittman@pnc.com
kevin.borisenko@pnc.com
kevin.fearnow@pnc.com
kevin.laake@pnc.com
kevin.mccreadie@pnc.com
krishna.varikooty@pnc.com
kristi.subramanian@pnc.com
kristy.wieggman@pnc.com
krupa.desai@pnc.com
lati.wells@pnc.com
laura.louden@pnc.com
laura.tiburzi@pnc.com
leslie.claassen@pnc.com
leticia.zemaitis@pnc.com
linda.angevine@pnc.com
linda.cavell@pnc.com
linda.derkach@pnc.com
lisa.elzer@pnc.com
lisa.kovac@pnc.com
lisa.kreiling@pnc.com
loi.huynh@pnc.com
lorraine.henderson@pnc.com
mai.heffernan@pnc.com
marci.kerr@pnc.com
marcus.whitehead@pnc.com
margaret.obermeyer@pnc.com
marian.walsh@pnc.com
mark.williams@pnc.com
martin.menton@pnc.com
mary.a.jones@pnc.com
mary.lucas@pnc.com
mary.makowske@pnc.com
maryam.bhatti@pnc.com
mathew.kraut@pnc.com
matt.rockstroh@pnc.com

**Company & Corresponding Email Addresses**

matt.williams@pnc.com
matthew.donner@pnc.com
matthew.fleming@pnc.com
matthew.mckenzie@pnc.com
maureen.callahan@pnc.com
melissa.fransen@pnc.com
michael.allen@pnc.com
michael.andrascik@pnc.com
michael.dorigan@pnc.com
michael.herwig@pnc.com
michael.morton@pnc.com
michael.ramirez@pnc.com
michael.rocco@pnc.com
michael.saghy@pnc.com
michael.satyshur@pnc.com
michele.gronsky@pnc.com
michelle.cole@pnc.com
mitchell.roberts@pnc.com
mmueller@pnc.com
myron.oppenheimer@pnc.com
nancy.bernier@pnc.com
nancy.notaro@pnc.com
nathan.agens@pnc.com
nathan.herring@pnc.com
nicholas.kennedy@pnc.com
nicholas.lyons@pnc.com
patricia.klems@pnc.com
patricia.lamotta@pnc.com
patricia.o'donnell@pnc.com
paul.crovo@pnc.com
paul.mondschein@pnc.com
paul.rutherford@pnc.com
paul.speargas@pnc.com
philip.blayney@pnc.com
phyllis.ames-kennedy@pnc.com
phyllis.harris@pnc.com
rachel.lewis@pnc.com
rajat.rajan@pnc.com
randolph.reitenauer@pnc.com
rebecca.rogers@pnc.com
rebekah.mccahan@pnc.com
reggie.wilkes@pnc.com
renee.arledge@pnc.com
rhondale.haywood@pnc.com
richard.clark@pnc.com
richard.convy@pnc.com
richard.johnson@pnc.com
rick.rubin@pnc.com
rick.schlesinger@pnc.com
robert.martorana@pnc.com
robert.melvin@pnc.com
robert.swartz@pnc.com
ronald.flohr@pnc.com
royce.woods@pnc.com

## Company & Corresponding Email Addresses

ruairi.o'neill@pnc.com
sara.jones.nonemployee@pnc.com
sarah.mcgaughy@pnc.com
scott.canuel@pnc.com
sean.rhoderick@pnc.com
sean.windisch@pnc.com
shawn.snyder@pnc.com
shaz.khan@pnc.com
smanning@pnc.com
sphurthi.annapareddy@pnc.com
stephanie.dain@pnc.com
stephen.collins@pnc.com
stephen.davenport@pnc.com
stephen.gertz@pnc.com
stephen.ventrello@pnc.com
steven.baumgarten@pnc.com
steven.ellis@pnc.com
steven.strycula@pnc.com
sue.gonzalez@pnc.com
ted.chin@pnc.com
teresa.cook@pnc.com
terri.mueller@pnc.com
terri.thomas@pnc.com
terri.wallace@pnc.com
thomas.kiernan@pnc.com
thomas.melcher@pnc.com
todd.chesterpal@pnc.com
todd.harris@pnc.com
travis.burch@pnc.com
troy.linton@pnc.com
vanessa.duchman@pnc.com
virginia.stoops@pnc.com
w.patrick.flanigan@pnc.com
william.boyd@pnc.com
william.callihan@pnc.com
william.knight@pnc.com
william.lowry@pnc.com

## pncadvisors

adam.falcon@pncadvisors.com
adrian.harris@pncadvisors.com
amy.bartosh@pncadvisors.com
amy.hellwarth@pncadvisors.com
amy.kilgore@pncadvisors.com
amy.l.phillips@pncadvisors.com
andrea.bussell@pncadvisors.com
anna.parisano@pncadvisors.com
anthony.romantino@pncadvisors.com
benjamin.sawyer@pncadvisors.com
brian.murphy@pncadvisors.com
brian.zagorac@pncadvisors.com
christopher.dillon@pncadvisors.com
christopher.hurley@pncadvisors.com
christopher.sidoni@pncadvisors.com
cindy.zaccardi@pncadvisors.com

**Company & Corresponding Email Addresses**

david.marsh@pncadvisors.com
david.shen@pncadvisors.com
ddavis@pncadvisors.com
deborah.perry@pncadvisors.com
denise.gargan@pncadvisors.com
devereaux.phelps@pncadvisors.com
donald.alderfer@pncadvisors.com
dorothy.giannotti@pncadvisors.com
douglas.roman@pncadvisors.com
duane.austin@pncadvisors.com
edward.robertson@pncadvisors.com
elizabeth.nelligan@pncadvisors.com
eric.fenk@pncadvisors.com
eric.rhodes@pncadvisors.com
fareeha.arshad@pncadvisors.com
ford.lankford@pncadvisors.com
gordon.wright@pncadvisors.com
greg.bottjer@pncadvisors.com
heather.woody@pncadvisors.com
jack.fatica@pncadvisors.com
jaco.jordaan@pncadvisors.com
jacqueline.lawarre@pncadvisors.com
james.beam@pncadvisors.com
james.coyne@pncadvisors.com
james.purisky@pncadvisors.com
james.witterschein@pncadvisors.com
james.young@pncadvisors.com
jeffery.ghergo@pncadvisors.com
jeffrey.brasse@pncadvisors.com
jennette.ducloo@pncadvisors.com
jennifer.sposato@pncadvisors.com
jeremy.roman@pncadvisors.com
john.banitt@pncadvisors.com
john.cannon@pncadvisors.com
john.lockhardt@pncadvisors.com
john.traynor@pncadvisors.com
jonathan.williams@pncadvisors.com
joseph.connors@pncadvisors.com
julie.young@pncadvisors.com
kacy.gambles@pncadvisors.com
karen.eversole@pncadvisors.com
keith.hartman@pncadvisors.com
kelly.kelly@pncadvisors.com
kelly.knouzi@pncadvisors.com
kevin.barger@pncadvisors.com
kevin.delaney@pncadvisors.com
ladonna.cooper@pncadvisors.com
lawrence.haas@pncadvisors.com
lawrence.post@pncadvisors.com
lori.andrews@pncadvisors.com
louis.lemos@pncadvisors.com
marcia.hoover@pncadvisors.com
mark.connolly@pncadvisors.com
mark.dubois@pncadvisors.com

## Company & Corresponding Email Addresses

mark.stockwell@pncadvisors.com
maryanne.pape@pncadvisors.com
melanie.settina@pncadvisors.com
michael.demaria@pncadvisors.com
michael.pagano@pncadvisors.com
neil.rai@pncadvisors.com
nicholas.besh@pncadvisors.com
oretheia.lander@pncadvisors.com
owen.burman@pncadvisors.com
pat.antonetti@pncadvisors.com
paul.kamor@pncadvisors.com
peter.molinaro@pncadvisors.com
peter.tiemey@pncadvisors.com
petr.thorson@pncadvisors.com
philip.tuzzolino@pncadvisors.com
ralph.fetrow@pncadvisors.com
randy.vogel@pncadvisors.com
rich.okeeffe@pncadvisors.com
richard.diem@pncadvisors.com
richard.massuci@pncadvisors.com
richard.yurasko@pncadvisors.com
rsaltarelli@pncadvisors.com
ryan.neupaver@pncadvisors.com
sean.laird@pncadvisors.com
sharon.tallman@pncadvisors.com
shipra.gupta@pncadvisors.com
spenta.dinshaw@pncadvisors.com
stephen.koeller@pncadvisors.com
stuart.strasner@pncadvisors.com
terese.zingg@pncadvisors.com
thomas.wilson@pncadvisors.com
timothy.lambour@pncadvisors.com
timothy.o'grady@pncadvisors.com
tricia.mankoski@pncadvisors.com
w.richard.jones@pncadvisors.com
william.bonawitz@pncadvisors.com
william.francis@pncadvisors.com

### pncbank

adam.mackey@pncbank.com
alfred.shepard@pncbank.com
amber.dougherty@pncbank.com
amber.salvi@pncbank.com
arlene.walsh@pncbank.com
arnold.greenwald@pncbank.com
arthur.patten@pncbank.com
bayard.fiechter@pncbank.com
bernadette.smith@pncbank.com
bill.parsley@pncbank.com
brad.lamson-scribner@pncbank.com
brian.warren@pncbank.com
bridget.haggerty@pncbank.com
bruce.guiot@pncbank.com
carol.cozen@pncbank.com
carol.plucinnik@pncbank.com

**Company & Corresponding Email Addresses**

carol.woody@pncbank.com
cathleen.smitreski@pncbank.com
cathy.petherick@pncbank.com
charles.black@pncbank.com
charles.harris@pncbank.com
charlie.oneill@pncbank.com
charlotte.mclaughlin@pncbank.com
chris.panza@pncbank.com
christine.koch@pncbank.com
craig.dunn@pncbank.com
curtis.watters@pncbank.com
cynthia.walker@pncbank.com
dale.dominick@pncbank.com
daniel.behrend@pncbank.com
daniel.keane@pncbank.com
daniel.teed@pncbank.com
david.brune@pncbank.com
david.everly@pncbank.com
david.lentz@pncbank.com
david.saletta@pncbank.com
david.templeton@pncbank.com
deborah.andrews@pncbank.com
diana.jones@pncbank.com
donald.ames@pncbank.com
donald.berdine@pncbank.com
donald.pettler@pncbank.com
douglas.shaffer@pncbank.com
dv.davis@pncbank.com
edgar.loring@pncbank.com
elizabeth.burnett@pncbank.com
emilia.marisco@pncbank.com
emily.dryden@pncbank.com
erik.vadeika@pncbank.com
eugene.becker@pncbank.com
eugene.stone@pncbank.com
francis.aloi@pncbank.com
francis.keene@pncbank.com
francis.ogrady@pncbank.com
funso.doherty@pncbank.com
gail.zilka@pncbank.com
george.wong@pncbank.com
glenn.metzger@pncbank.com
greg.fischer@pncbank.com
greg.kahofer@pncbank.com
greg.weirich@pncbank.com
gregory.harris@pncbank.com
h.scott.cunningham@pncbank.com
henry.hummel@pncbank.com
j.vanbuchanan@pncbank.com
jack.broeren@pncbank.com
jack.gillette@pncbank.com
james.bernier@pncbank.com
james.bondelid@pncbank.com
james.dunigan@pncbank.com

## Company & Corresponding Email Addresses

james.hutchinson@pncbank.com
james.kolovos@pncbank.com
james.kubaney@pncbank.com
james.morton@pncbank.com
jane.mcdevitt@pncbank.com
jane.michael@pncbank.com
janet.mangano@pncbank.com
jason.marshall@pncbank.com
jeffrey.kleintop@pncbank.com
jeffrey.wolfanger@pncbank.com
jennifer.crimmins@pncbank.com
jeremi.dehainaut@pncbank.com
jim.kinsman@pncbank.com
jim.maze@pncbank.com
john.canally@pncbank.com
john.culbertson@pncbank.com
john.cupelo@pncbank.com
john.dewey@pncbank.com
john.hagan@pncbank.com
john.hodges@pncbank.com
john.minsker@pncbank.com
john.robertson@pncbank.com
john.sofis@pncbank.com
john.ward@pncbank.com
jonathan.lewis@pncbank.com
joseph.ciufo@pncbank.com
joseph.lantz@pncbank.com
julie.ford@pncbank.com
justin.bertram@pncbank.com
justine.obrien-holmes@pncbank.com
katherine.gibson@pncbank.com
kathleen.amshoff@pncbank.com
kathleen.crow@pncbank.com
keith.aleardi@pncbank.com
keith.eby@pncbank.com
kenneth.eirkson@pncbank.com
kevin.birmingham@pncbank.com
kevin.wilson@pncbank.com
kirsten.connolly@pncbank.com
kristen.garton@pncbank.com
lacy.letenoff@pncbank.com
linda.trout@pncbank.com
lisa.docs@pncbank.com
lisa.goldhamer@pncbank.com
lorraine.zysk@pncbank.com
mark.batty@pncbank.com
mark.busher@pncbank.com
mark.evanco@pncbank.com
mark.fleming@pncbank.com
mark.hanson@pncbank.com
marlena.stevens@pncbank.com
martin.goldenbaum@pncbank.com
mary.durkosh@pncbank.com
maryann.magdich@pncbank.com

**Company & Corresponding Email Addresses**

maryhelen.myles@pncbank.com
matthew.lifson@pncbank.com
matthew.mcguirk@pncbank.com
matthew.yanni@pncbank.com
michael.ball@pncbank.com
michael.broe@pncbank.com
michael.hrycenko@pncbank.com
michael.scharfe@pncbank.com
nancy.pryor@pncbank.com
nathan.oakley@pncbank.com
nicole.meister@pncbank.com
pam.mccready@pncbank.com
patricia.leib@pncbank.com
patrick.gibson@pncbank.com
patrick.kern@pncbank.com
patrick.wallace@pncbank.com
paul.emata@pncbank.com
paul.kosiba@pncbank.com
peter.albano@pncbank.com
peter.ferrise@pncbank.com
peter.francek@pncbank.com
peter.kempf@pncbank.com
peter.rolfsen@pncbank.com
peter.vanwinkle@pncbank.com
phil.austin@pncbank.com
rachel.zhang@pncbank.com
ralph.hood@pncbank.com
randall.king@pncbank.com
ray.scholtz@pncbank.com
rea.miller@pncbank.com
richard.carnes@pncbank.com
richard.dameron@pncbank.com
richard.fiedorek@pncbank.com
richard.henry@pncbank.com
richard.mauro@pncbank.com
richard.padgham@pncbank.com
richard.yarmey@pncbank.com
rick.wayne@pncbank.com
robert.bouhl@pncbank.com
robert.murgenovich@pncbank.com
robert.parrella@pncbank.com
robert.rohm@pncbank.com
robert.sahlfeld@pncbank.com
robert.stauffer@pncbank.com
robert.warth@pncbank.com
ronald.blankenbuehler@pncbank.com
sandra.weck@pncbank.com
scott.kroll@pncbank.com
sergei.baranovsky@pncbank.com
sherry.costanzo@pncbank.com
stephen.winterstein@pncbank.com
steve.bellman@pncbank.com
steve.kelly@pncbank.com
steve.pearson@pncbank.com

**Company & Corresponding Email Addresses**

steven.pena@pncbank.com
steven.shapiro@pncbank.com
suanna.rockwell@pncbank.com
susan.blake@pncbank.com
susan.egger@pncbank.com
terry.strange@pncbank.com
thomas.henry@pncbank.com
thomas.hermann@pncbank.com
thomas.obrien@pncbank.com
thomas.poskin@pncbank.com
tom.calimano@pncbank.com
tom.kendrat@pncbank.com
tom.mcgrane@pncbank.com
tony.romero@pncbank.com
tracey.smith@pncbank.com
valerie.gay@pncbank.com
vickie.detorre@pncbank.com
victor.maccagnan@pncbank.com
w.bruce.vetter@pncbank.com
warren.shaw@pncbank.com
wayne.koble@pncbank.com
william.cevallos@pncbank.com
william.gorman@pncbank.com
william.keller@pncbank.com
william.long@pncbank.com
william.melrose@pncbank.com
zi.jung@pncbank.com

**pncequity**
michael.rost@pncequity.com

**pncconsult**
peter.neumayer@pncconsult.de

**pnm**
jackerman@mail.pnm.com
mmarzec@mail.pnm.com

**po**
akira_kamimura@po.fujisawa.co.jp
efujimura453962@po.yasuda.co.jp
harold.johnson@po.state.ct.us
hisashi_hosokawa@po.fujisawa.co.jp
katouk@po.jsf.co.jp
kazufumi_ohashi@po.fujisawa.co.jp
k-bond@po.minc.ne.jp
kenmotih@po.jsf.co.jp
ksuda241813@po.yasuda.co.jp
kyamada190904@po.yasuda.co.jp
leeann.palladino@po.state.ct.us
miyosik@po.jsf.co.jp
motidus@po.jsf.co.jp
nagoyak@po.jsf.co.jp
nakajik@po.jsf.co.jp
nakazak@po.jsf.co.jp
sendaik@po.jsf.co.jp
shiozaki-y@po.jsf.co.jp
susan.sweeney@po.state.ct.us

## Company & Corresponding Email Addresses

tamaiy@po.jsf.co.jp
tsekine445954@po.yasuda.co.jp
ykikkawa608904@po.yasuda.co.jp
yshigeta063863@po.yasuda.co.jp

### po2
abet@po2.jsf.co.jp
akasakah@po2.jsf.co.jp
minagah@po2.jsf.co.jp
murasat@po2.jsf.co.jp
sinodat@po2.jsf.co.jp
sugayat@po2.jsf.co.jp
sugimok@po2.jsf.co.jp
tagutit@po2.jsf.co.jp
yamagus@po2.jsf.co.jp
zinzaa@po2.jsf.co.jp

### pobox
cramos@pobox.upenn.edu
hkreider@pobox.upenn.edu
invest@pobox.upenn.edu

### pohjola
christian.jansson@pohjola.com
esko.lahtinen@pohjola.com
marko.utriainen@pohjola.com
miia.salovaara@pohjola.fi

### polaroid
makhlos@polaroid.com

### pomonacapital
cblum@pomonacapital.com

### ponderco
ftaylor@ponderco.com
jcheney@ponderco.com

### pop
jeberly@pop.net
lleiberman@pop.net
mcp1@pop.net
rsearle@pop.net
thomas.keller@pop.lbbw.de

### poplodi
giuseppe.miretta@poplodi.it
gvismara@poplodi.it
sorini@poplodi.it

### popso
andrea.masoli@popso.it
claudio.bongiolatti@popso.it
dario.dellacagnoletta@popso.it
enrico.zadra@popso.ch
gestioni.patrimoniali@popso.it
intermediazione@popso.it
lorenzo.fomasi@popso.it
lorenzo.tenni@popso.it
marcello.betto@popso.it
marco.romanelli@popso.ch
mario.erba@popso.it
massimiliano.casini@popso.ch

## Company & Corresponding Email Addresses

matteo.porro@popso.ch
paolo.fumagalli@popso.ch
pietro.codoni@popso.ch
pietro.scibona@popso.ch
renato.petrelli@popso.it
sandro.scalabrino@popso.it

### popvi
scalcagnini@popvi.it

### portagebank
amarsh@portagebank.com

### portcapital
jonas.strom@portcapital.com

### portfoliocapital
mdurica@portfoliocapital.com

### post
mcarson@post.harvard.edu

### postbank
ado.keber@postbank.lu
alexander.breidenassel@postbank.de
alexander.schumacher@postbank.de
andre.schuetz@postbank.de
andre.schumacher@postbank.lu
andrea.spiniello@postbank.de
andreas.fenner@postbank.de
andreas.funk@postbank.de
andreas.kraemer@postbank.de
ascan.iredi@postbank.de
axel.hinzmann@postbank.de
bernard.kleene@postbank.de
bernhard.dommermuth@postbank.de
bilal.topcu@postbank.de
birgit.hauser@postbank.de
brian.mandt@postbank.de
carsten.stillbauer@postbank.de
christian.herter@postbank.de
christoph.sprenger@postbank.de
danika.oneal@postbank.de
dominik.petri@postbank.de
dr.jan-alexander.posth@postbank.de
egbert.klinski@postbank.de
eugen.hamann@postbank.de
eusebio.garre@postbank.de
fondadministration@postbank.lu
frank.mueller@postbank.de
georg.briele@postbank.de
geraldchristoph.dorsch@postbank.de
gerhard.thoms@postbank.de
guido.behrendt@postbank.de
hans-juergen.reuvers@postbank.de
hartwig.oberfeld@postbank.de
holger.dahlke@postbank.lu
horst.kuepker@postbank.de
horst.willemse@postbank.de
ingo.loehrl@postbank.de

**Company & Corresponding Email Addresses**

irene.eppers@postbank.lu
ivonne.gessinger@postbank.lu
jens.kaessner@postbank.de
joerg.kesting@postbank.de
johannes.maier@postbank.de
juergen.klaus@postbank.de
karl.kronnagel@postbank.de
klaus.ripper@postbank.de
lars.stoy@postbank.de
loukas.rizos@postbank.de
manfred.stiller@postbank.de
marc.burkhard@postbank.de
marc.heimeroth@postbank.de
marcus.dr.chromik@postbank.de
marita.schaaf@postbank.lu
markus.diebel@postbank.de
markus.karstaedt@postbank.de
markus.schloemann@postbank.de
martina.mertens@postbank.de
mary.stavrou@postbank.de
matthias.gramb@postbank.de
michael.braun@postbank.de
michael.fey@postbank.de
michael.hoesgen@postbank.de
michael.schlosser@postbank.de
michael.winkler@postbank.de
mohammad.montu@postbank.de
nils.stoerling@postbank.de
oliver.diemke@postbank.de
paul-gerhard.ebel@postbank.de
peter.scheffel@postbank.de
peter.trosker@postbank.de
petra.steves@postbank.de
petra.wittmeier@postbank.de
poba-kundenhandel@postbank.de
ralf-peter.dorow@postbank.de
regis.weiler@postbank.lu
reiner.pfeifferling@postbank.de
richard.schmidt@postbank.de
robert.kamp@postbank.de
robert.mccormack@postbank.de
robin.estenfelder@postbank.de
roman.gieck@postbank.de
ronald.graf@postbank.de
sabine.nowak@postbank.de
sbosch@postbank.de
stamatia.kavadia@postbank.de
stefan.besendorfer@postbank.de
stefan.hollidt@postbank.de
stefan.karbach@postbank.de
stefan.soellner@postbank.de
stefan.wald@postbank.de
steffen.buchwald@postbank.de
steffen.schattner@postbank.de

## Company & Corresponding Email Addresses

steffen.vonhof@postbank.de
susann.gunten@postbank.de
sven.becker@postbank.de
sven.thomas@postbank.de
thomas.jost@postbank.de
thomas.marek@postbank.de
thomas.merz@postbank.de
thomas.stengl@postbank.de
thomas.stockmann@postbank.lu
tumat@postbank.de
ulrich.geuss@postbank.de
ulrich.nowak@postbank.de
uwe.nagel@postbank.de
uwe.sass@postbank.de
volker.amspach@postbank.de
volker.armspach@postbank.de
walter.schmidt@postbank.de
winfried.mittne@postbank.lu
wolfgang.dahrmoeller@postbank.de
wolfgang.ewig@postbank.de

### posten
dick.fredrikson@posten.se
ulrika.bagge@posten.se

### potomacasset
dhumphries@potomacasset.com

### ppm
hyla.holmes@ppm.com
sarah.williams@ppm.com

### ppmaerica
craddis@ppmaerica.com

### ppmamerica
adam.spielman@ppmamerica.com
afrim.ponik@ppmamerica.com
al.zick@ppmamerica.com
amy.melevage@ppmamerica.com
andrew.arbesman@ppmamerica.com
andy.schleiger@ppmamerica.com
bill.doyle@ppmamerica.com
bill.eastwood@ppmamerica.com
bob.graham@ppmamerica.com
brad.panganiban@ppmamerica.com
brian.manczak@ppmamerica.com
brian.schuster@ppmamerica.com
brion.johnson@ppmamerica.com
bruce.gorchow@ppmamerica.com
calvin.walker@ppmamerica.com
carol.mchugh@ppmamerica.com
carol.schweidel@ppmamerica.com
catherine.drake@ppmamerica.com
catherine.quinn@ppmamerica.com
chris.brown@ppmamerica.com
chris.raub@ppmamerica.com
chris.schlosser@ppmamerica.com
christopher.kappas@ppmamerica.com

**Company & Corresponding Email Addresses**

chuck.james@ppmamerica.com
colin.robina@ppmamerica.com
craig.close@ppmamerica.com
craig.smith@ppmamerica.com
curt.burns@ppmamerica.com
dan.lepre@ppmamerica.com
dave.wagner@ppmamerica.com
david.dieffenbacher@ppmamerica.com
david.frizzie@ppmamerica.com
david.grzesiak@ppmamerica.com
david.seay@ppmamerica.com
david.zachar@ppmamerica.com
denise.hlad@ppmamerica.com
ed.sun@ppmamerica.com
eddie.hebert@ppmamerica.com
elizabeth.thomas@ppmamerica.com
eric.bailey@ppmamerica.com
erica.stokke@ppmamerica.com
gary.ng@ppmamerica.com
greg.moldovanyi@ppmamerica.com
hide.yamakawa@ppmamerica.com
j.demberio@ppmamerica.com
james.damron@ppmamerica.com
jason.kennedy@ppmamerica.com
jay.dietrich@ppmamerica.com
jeff.moran@ppmamerica.com
jennifer.haidu@ppmamerica.com
jill.thomas@ppmamerica.com
jim.cox@ppmamerica.com
jim.elliott@ppmamerica.com
jim.young@ppmamerica.com
jjlegg@ppmamerica.com
joanne.bianco@ppmamerica.com
joe.schohn@ppmamerica.com
joel.brown@ppmamerica.com
john.heshelman@ppmamerica.com
john.stark@ppmamerica.com
john.sunu@ppmamerica.com
john.walding@ppmamerica.com
ken.parch@ppmamerica.com
kent.born@ppmamerica.com
kevin.mccloskey@ppmamerica.com
kim.monstvil@ppmamerica.com
kliton.duri@ppmamerica.com
laura.adelman@ppmamerica.com
laura.reepmeyer@ppmamerica.com
laura.zimmer@ppmamerica.com
leandra.knes@ppmamerica.com
lindsay.havig@ppmamerica.com
lisa.stojak@ppmamerica.com
lori.galayda@ppmamerica.com
luciano.morelli@ppmamerica.com
luke.lau@ppmamerica.com
luke.stifflear@ppmamerica.com

## Company & Corresponding Email Addresses

marc.sullivan@ppmamerica.com
mark.kim@ppmamerica.com
mark.klipsch@ppmamerica.com
mark.redfearn@ppmamerica.com
mark.vandenherik@ppmamerica.com
mary.battaglia@ppmamerica.com
matt.dean@ppmamerica.com
matt.robbins@ppmamerica.com
matt.woodruff@ppmamerica.com
michael.dire@ppmamerica.com
michael.harrington@ppmamerica.com
michael.mackinnon@ppmamerica.com
mike.camasta@ppmamerica.com
mike.kennedy@ppmamerica.com
mike.laskowski@ppmamerica.com
mstaub@ppmamerica.com
mwilley@ppmamerica.com
nelson.zamora@ppmamerica.com
nicole.kidder@ppmamerica.com
nicole.lawrence@ppmamerica.com
philip.stec@ppmamerica.com
rich.brody@ppmamerica.com
robert.broseman@ppmamerica.com
robert.lin@ppmamerica.com
robert.rudolph@ppmamerica.com
robert.schmid@ppmamerica.com
sam.fusco@ppmamerica.com
sam.yee@ppmamerica.com
sandhya.mullangi@ppmamerica.com
sandy.szakach@ppmamerica.com
sarah.williams@ppmamerica.com
scott.richards@ppmamerica.com
sheila.sohr@ppmamerica.com
sheri.blacher@ppmamerica.com
stuart.lissner@ppmamerica.com
sundeep.mullangi@ppmamerica.com
susan.perrino@ppmamerica.com
sylvia.fulk@ppmamerica.com
terry.coleman@ppmamerica.com
tim.kominiarek@ppmamerica.com
tony.balestrieri@ppmamerica.com
ying.timmermann@ppmamerica.com

### ppm-sa
senzo.hlangu@ppm-sa.com

### ppm-sing
joanna.ong@ppm-sing.com

### ppm-uk
alison.browning_jones@ppm-uk.com
barlaj.brah@ppm-uk.com
clare.kostiaev@ppm-uk.com
david.docherty@ppm-uk.com
gary.clarke@ppm-uk.com
gary.mcnamara@ppm-uk.com
howard.soley@ppm-uk.com

## Company & Corresponding Email Addresses

ina.decker@ppm-uk.com
jeremy.richards@ppm-uk.com
jo.pink@ppm-uk.com
karen.cleary@ppm-uk.com
karen.howard@ppm-uk.com
mark.crutchley@ppm-uk.com
mark.patterson@ppm-uk.com
mike.ramsay@ppm-uk.com
philip.may@ppm-uk.com
rob.crimes@ppm-uk.com
robert.barrett@ppm-uk.com
sam.bathia@ppm-uk.com
sarah.bagnall@ppm-uk.com
sarah.redhead@ppm-uk.com
stephen.connolly@ppm-uk.com
steve.whitehead@ppm-uk.com

### pramericafi
jamie.dixon@pramericafi.com
michiel.vonsaher@pramericafi.com

### pramericafinancial
caroline.refell@pramericafinancial.com
donna.cabral@pramericafinancial.com
edward.farley@pramericafinancial.com
rebecca.irwin@pramericafinancial.com

### preferredbank
cchan@preferredbank.com
rpun@preferredbank.com

### premafin
andrea.novarese@premafin.hp.it

### premafinhp
andrea.crepaz@premafinhp.it

### premcor
karyn.ovelmen@premcor.com

### premierassetmanagement
dms@premierassetmanagement.com
jmr@premierassetmanagement.com
jts@premierassetmanagement.com
mat@premierassetmanagement.com
th@premierassetmanagement.com

### premierfunds
alexr@premierfunds.co.uk
andreww@premierfunds.co.uk
kennethw@premierfunds.co.uk

### presaz
rick@presaz.com

### presidentiallife
espear@presidentiallife.com
jherlihy@presidentiallife.com
jleone@presidentiallife.com
jmonacelli@presidentiallife.com
mabrams@presidentiallife.com
mgeevarghese@presidentiallife.com
srubin@presidentiallife.com

### presidiomanagement

## Company & Corresponding Email Addresses

eric@presidiomanagement.com
knoe@presidiomanagement.com
pbest@presidiomanagement.com
pmartin@presidiomanagement.com
vbrady@presidiomanagement.com
wbrady@presidiomanagement.com

### presidiomanagment
gdyer@presidiomanagment.com

### presidiomangement
schang@presidiomangement.com

### pressprich
dcaputo@pressprich.com
jcalvo@pressprich.com
jcarroll@pressprich.com
jwalker@pressprich.com
lmilstein@pressprich.com
vpulidore@pressprich.com

### preussag
leiding.gerd@preussag.com

### prever
lencastre@prever.com.br

### previdenza
ldagostino@previdenza.com

### pricoacapital
terence.wong@pricoacapital.com

### primark
pauline.dennehy@primark.com

### primarytrendfunds
barry@primarytrendfunds.com

### primco
christine@primco.com
david@primco.com
george@primco.com
jamie@primco.com
janzalone@primco.com
ken@primco.com
kevin@primco.com
kim@primco.com
ling@primco.com
lisa@primco.com
rick@primco.com
robk@primco.com
sam@primco.com
stevej@primco.com
stevew@primco.com

### primecapital
cemuskali@primecapital.com

### princeton
aadesai@princeton.edu
aandriko@princeton.edu
aapatel@princeton.edu
adaml@princeton.edu
aditig@princeton.edu
aharoon@princeton.edu

**Company & Corresponding Email Addresses**

airwin@princeton.edu
amcelroy@princeton.edu
amengual@princeton.edu
amild@princeton.edu
amkatz@princeton.edu
amneal@princeton.edu
amohan@princeton.edu
amukherj@princeton.edu
amwu@princeton.edu
arhudson@princeton.edu
arkenned@princeton.edu
arr@princeton.edu
asternbe@princeton.edu
azawadow@princeton.edu
bakiciol@princeton.edu
bbartlet@princeton.edu
bbunker@princeton.edu
beugnies@princeton.edu
blinder@princeton.edu
bmalkiel@princeton.edu
bmcguire@princeton.edu
bordelon@princeton.edu
burick@princeton.edu
bvirbits@princeton.edu
bxue@princeton.edu
cfung@princeton.edu
chenlu@princeton.edu
chuanw@princeton.edu
cmccarth@princeton.edu
cparkhur@princeton.edu
cstassen@princeton.edu
csutherl@princeton.edu
dachengx@princeton.edu
dafner@princeton.edu
davuluri@princeton.edu
dblair@princeton.edu
dchoi@princeton.edu
dcraver@princeton.edu
dianwang@princeton.edu
dlevit@princeton.edu
dlu@princeton.edu
dmoraru@princeton.edu
drwalsh@princeton.edu
eamonoo@princeton.edu
ehildner@princeton.edu
emeikleh@princeton.edu
eonodugo@princeton.edu
estaley@princeton.edu
estebang@princeton.edu
eweyl@princeton.edu
faisala@princeton.edu
fbianchi@princeton.edu
fnaim@princeton.edu
fongc@princeton.edu

**Company & Corresponding Email Addresses**

fpapakon@princeton.edu
fschwart@princeton.edu
gabriela@princeton.edu
ganesh@princeton.edu
gara@princeton.edu
gbrumen@princeton.edu
gerbaldi@princeton.edu
gjgray@princeton.edu
glam@princeton.edu
goldlust@princeton.edu
grabate@princeton.edu
hhong@princeton.edu
hkaya@princeton.edu
hosfield@princeton.edu
hsshin@princeton.edu
huilee@princeton.edu
hyunchoi@princeton.edu
hzaman@princeton.edu
hzwu@princeton.edu
icheng@princeton.edu
jadem@princeton.edu
jboyer@princeton.edu
jcacho@princeton.edu
jcltwo@princeton.edu
jdunn@princeton.edu
jgwang@princeton.edu
jingjinz@princeton.edu
jinyan@princeton.edu
jjacod@princeton.edu
jmac@princeton.edu
joses@princeton.edu
jpetsoul@princeton.edu
jqfan@princeton.edu
jrojas@princeton.edu
jseigel@princeton.edu
jtessin@princeton.edu
jvisokom@princeton.edu
ko@princeton.edu
kyu@princeton.edu
lejohnso@princeton.edu
liebmann@princeton.edu
lkostove@princeton.edu
lminott@princeton.edu
lschulz@princeton.edu
ltom@princeton.edu
lveraart@princeton.edu
markus@princeton.edu
mbachand@princeton.edu
mbilgili@princeton.edu
mboisot@princeton.edu
mgenc@princeton.edu
mgidusko@princeton.edu
mhays@princeton.edu
mhummer@princeton.edu

**Company & Corresponding Email Addresses**

milbradt@princeton.edu
mjayakum@princeton.edu
mjweinbe@princeton.edu
moehmke@princeton.edu
molinaro@princeton.edu
mp3@princeton.edu
mschonge@princeton.edu
mseng@princeton.edu
mshams@princeton.edu
msong@princeton.edu
mulvey@princeton.edu
myogo@princeton.edu
ncojocar@princeton.edu
nitinj@princeton.edu
npereira@princeton.edu
nsaksena@princeton.edu
nzelizer@princeton.edu
pbabb@princeton.edu
pbartlet@princeton.edu
pbewerun@princeton.edu
petewang@princeton.edu
popescua@princeton.edu
ppetresc@princeton.edu
pren@princeton.edu
pstein@princeton.edu
rajashek@princeton.edu
rcarmona@princeton.edu
reinhard@princeton.edu
rgambira@princeton.edu
rgreeno@princeton.edu
rgromero@princeton.edu
rwsimmon@princeton.edu
rxing@princeton.edu
sbkahn@princeton.edu
senedhun@princeton.edu
shengx@princeton.edu
shiliang@princeton.edu
shkang@princeton.edu
shoda@princeton.edu
shuangy@princeton.edu
sinonsen@princeton.edu
sircar@princeton.edu
slansing@princeton.edu
slindset@princeton.edu
smahon@princeton.edu
smchen@princeton.edu
snatoch@princeton.edu
ssung@princeton.edu
stmetsov@princeton.edu
sxue@princeton.edu
szetan@princeton.edu
thines@princeton.edu
tjohn@princeton.edu
tsun@princeton.edu

**Company & Corresponding Email Addresses**

tvanderz@princeton.edu
tzhao@princeton.edu
velbert@princeton.edu
vmoissin@princeton.edu
vrosenth@princeton.edu
wendellc@princeton.edu
whessert@princeton.edu
wjsulliv@princeton.edu
wlayton@princeton.edu
wookim@princeton.edu
woongp@princeton.edu
wxiong@princeton.edu
xiantang@princeton.edu
xinghu@princeton.edu
xtan@princeton.edu
yacine@princeton.edu
yaowang@princeton.edu
yihanf@princeton.edu
yingho@princeton.edu
yingj@princeton.edu
yjian@princeton.edu
yuanbol@princeton.edu
yuhongl@princeton.edu
zhiguohe@princeton.edu
zjzhang@princeton.edu
zxiao@princeton.edu
zyap@princeton.edu

**principal**

abiola.abby@principal.com
albin.kirk@principal.com
albright.dave@principal.com
alt.tim@principal.com
anantakrishnan.lakshman@principal.com
ayer.zeid@principal.com
baymiller.jon@principal.com
bennett.scott@principal.com
bergan.travis@principal.com
best.rob@principal.com
bishop.jack@principal.com
blake.david@principal.com
bogart.jerry@principal.com
bruce.dick@principal.com
brustkern.scott@principal.com
camp.herb@principal.com
carson.byron@principal.com
carson.scott@principal.com
cataldo.bob@principal.com
chapman.jay@principal.com
christians.jeffrey@principal.com
clark.sarah.e@principal.com
coulson.rich@principal.com
custis.margie@principal.com
dagostino.michael@principal.com
dasilva.robert@principal.com

**Company & Corresponding Email Addresses**

davidson.jon@principal.com
davis.bryan@principal.com
denkinger.mark@principal.com
donahue.mark@principal.com
donaldson.bryan@principal.com
doudna.jon.d@principal.com
drees.doug@principal.com
dummer.marcus@principal.com
everett.todd@principal.com
fischer.deena@principal.com
fought.catherine@principal.com
francis.dennis@principal.com
freese.chris@principal.com
gajerawala.jaideep@principal.com
gerard.paul@principal.com
gibson.dawn.m@principal.com
gilbert.tim@principal.com
gleichman.allison@principal.com
gosnell.maggie@principal.com
gronau.jarad@principal.com
grossman.kelly@principal.com
gunkel.jackie@principal.com
guns.elizabeth@principal.com
haigh.jason@principal.com
halsne.crystal@principal.com
halter.pat@principal.com
harmsen.tami@principal.com
hass.rachel@principal.com
hernandez.javier@principal.com
hornickel.maggie@principal.com
hotchkiss.terry@principal.com
houchin.jeff@principal.com
huff.mike@principal.com
huffman.cherie@principal.com
in.soonok@principal.com
ingram.amanda@principal.com
isley.erika@principal.com
iverson.troy@principal.com
jiroutek.bob@principal.com
johnson.mike@principal.com
johnson.stace@principal.com
jones.clint@principal.com
jorge.julio@principal.com
kain.scott@principal.com
kamper.sasha@principal.com
karstrom.mark@principal.com
koele.jeff@principal.com
koenigsaecker.brooke@principal.com
koh.keith@principal.com
kooienga.mark@principal.com
krueger.doug@principal.com
lay.roger@principal.com
ledlie.jolene@principal.com
lehman2@exchange.principal.com

**Company & Corresponding Email Addresses**

leinoff.andrew@principal.com
li.brayton@principal.com
marin.bob@principal.com
mayer.chris@principal.com
mcgee.deb@principal.com
menken.dennis@principal.com
michels.john@principal.com
mikesell.anne@principal.com
miller.chad@principal.com
miller.shayne@principal.com
mitchell.tom.f@principal.com
mitchell.tom@principal.com
nadermann.brian@principal.com
nagger.erez@principal.com
noga.david@principal.com
oczkowski.michael@principal.com
perez.jonathan@principal.com
peris.eduardo@principal.com
peterson.marc@principal.com
phillips.steph@principal.com
playle.sarah@principal.com
popp.jennifer@principal.com
prall.connie@principal.com
primeau.david@principal.com
raley.sarah@principal.com
ramzy.austin@principal.com
reeg.eric@principal.com
reeg.gloria@principal.com
reeg.tracy@principal.com
riggins.sarah@principal.com
robertson.alice@principal.com
rowley.russ@principal.com
ryan.erin@principal.com
ryan.john@principal.com
saeger.erich@principal.com
sams.scott@principal.com
schneider.steven@principal.com
schoening.julie@principal.com
siebel.aaron@principal.com
silver.joan@principal.com
smith.darrin@principal.com
sollars.heath@principal.com
soppe.corey@principal.com
sovereign.ryan@principal.com
spencer.sarah@principal.com
stange.lisa@principal.com
stephany.brenda@principal.com
sterling.amy@principal.com
stoermer.brad@principal.com
sutcliffe.spencer@principal.com
tang-varner.min@principal.com
taylor.jon@principal.com
ternes.kyle@principal.com
terpstra.brian@principal.com

## Company & Corresponding Email Addresses

thomsen.troy@principal.com
tietz.rob@principal.com
vandenberg.mark@principal.com
vanmersbergen.kristin@principal.com
vonnahme.eddie@principal.com
walker.john.m@principal.com
warren.andy@principal.com
waugh.dick@principal.com
weirup.jed@principal.com
westcott.andrew@principal.com
white.derek@principal.com
wise.tami@principal.com

### privat
ikast@privat.dk

### privata
moresi@privata.ch

### privateadvisors
tberry@privateadvisors.com

### probtp
a.chausseblanche@probtp.com
af.evroux@probtp.com
c.jouan@probtp.com
d.desaivre@probtp.com
e.roux@probtp.com
f.begic@probtp.com
i.mouallim@probtp.com
jp.eyok@probtp.com
m.ange@probtp.com
p.emmenecker@probtp.com
p.ramadier@probtp.com
s.matalon@probtp.com

### prodigy
dafried1@prodigy.net

### proequity
j.hahn@proequity.com

### profilosgr
gianluca.tomei@profilosgr.it

### progbank
bwinwood@progbank.com
dwharton@progbank.com

### progressive
anthony_grandolfo@progressive.com
ashish_bordia@progressive.com
ayo_munford@progressive.com
bill_cody@progressive.com
carrie_skaggs@progressive.com
dbenson@progressive.com
diane_boich@progressive.com
dominic_j_visco@progressive.com
eleanora_crosby@progressive.com
evelyn_erb@progressive.com
ilona_k_daw-krizman@progressive.com
jonathan_bauer@progressive.com
joseph_zhu-carnevale@progressive.com

## Company & Corresponding Email Addresses

kevin_went@progressive.com
lisa_m._stelmack@progressive.com
loren_letteau@progressive.com
nhu_bragg@progressive.com
patrick_s_brennan@progressive.com
rsaraf1@progressive.com
sandy_richards@progressive.com
steven_anderson@progressive.com

### promos

a.colandrea@promos.it
e.fiorentino@promos.it
l.devivo@promos.it
m.florio@promos.it
m.rossi@promos.it
v.malasomma@promos.it

### prospectsecurities

cpittman@prospectsecurities.com
jcate@prospectsecurities.com
sjohnson@prospectsecurities.com

### protection-re

heiko.jagemann@protection-re.com

### protective

adam.adrian@protective.com
belinda.bradley@protective.com
bill.heath@protective.com
cthigpen@protective.com
diane.griswold@protective.com
greg.hicks@protective.com
ivey_wade@protective.com
jackie_lucas@protective.com
jared.wingard@protective.com
jimmy.k.adams@protective.com
jjohns@protective.com
john.roesle@protective.com
lance.black@protective.com
philip.passafiume@protective.com
rich.bielen@protective.com
steven.denny@protective.com
vallery.brown@protective.com
vita.bates@protective.com
vita.padalino@protective.com
webster.ray@protective.com

### provalue

c.meyer@provalue.ch
email@provalue.ch
j.chidekel@provalue.ch

### provbank

apapa@provbank.com
csbrooks@provbank.com
damiller@provbank.com
ecaywood@provbank.com
jcantrell@provbank.com
ljbeyer@provbank.com
rdjames@provbank.com

## Company & Corresponding Email Addresses

thiltner@provbank.com

**provequity**
bis.subramanian@provequity.co.uk
karim.tabet@provequity.co.uk
m.dominguez@provequity.com
mstewart@provequity.com
p.salem@provequity.com
t.winkler@provequity.com

**providencefunds**
alexey@providencefunds.com
greg@providencefunds.com
vince@providencefunds.com

**provident**
erinchatwoo@provident.com
mleiper@provident.com

**providentbank**
rtowne@providentbank.com
scwilliams@providentbank.com

**provident-bank**
ccarey@provident-bank.com
cwilliams1@provident-bank.com
dthomas@provident-bank.com
jjplum@provident-bank.com
rgravino@provident-bank.com
rhoverson@provident-bank.com

**providentcompanies**
brad_gilbert@providentcompanies.com
gina_kane@providentcompanies.com
james_glascock@providentcompanies.com
jerry_knowles@providentcompanies.com
karen_lynch@providentcompanies.com
kathy_petty@providentcompanies.com

**providentmutual**
cgrant@providentmutual.com
klarrabee@providentmutual.com

**providentnj**
kevin.ward@providentnj.com

**provincebankers**
pdarling@provincebankers.com

**provinzial**
drucks@provinzial.com
gerd.lockert@provinzial.com
malte.kleindiek@provinzial.com
minkleid@provinzial.com
nellessk@provinzial.com
seeger@provinzial.com
stefan.bauer@provinzial.com
sylvia.wiensgoll@provinzial.com
verhalen@provinzial.com

**provinzial-online**
abreuer@provinzial-online.de
hhedder@provinzial-online.de
mpernhorst@provinzial-online.de
sbrandt@provinzial-online.de

## Company & Corresponding Email Addresses
uandratschke@provinzial-online.de

### provnet
apearl@provnet.com
awestreich@provnet.com
ayoshioka@provnet.com
bburch@provnet.com
bcarter@provnet.com
bclaybrook@provnet.com
bwilson@provnet.com
dfurth@provnet.com
djohnston@provnet.com
ghandtmann@provnet.com
jeff@provnet.com
jlandreth@provnet.com
jyoon@provnet.com
lrogers@provnet.com
lshriver@provnet.com
nbrines@provnet.com
rcampagna@provnet.com
rpark@provnet.com
skraus@provnet.com
sommanney@provnet.com
sperkins@provnet.com
tmitchell@provnet.com
twalklett@provnet.com

### proximus
bmb.smb.fa.benchmarking@proximus.net
carine.mosselmans@proximus.net
koen.tackx@proximus.net
thierry.lambrechts@proximus.net

### prsint
j.alvarez@prsint.com
j.arnold@prsint.com
n.delgado@prsint.com
p.castro@prsint.com

### prudential
adam.goodwin@prudential.com
aida.soto@prudential.com
aimee.landes@prudential.com
akio.hashimoto@prudential.com
albert.trank@prudential.com
alexis.levine@prudential.com
alyssa.comiso@prudential.com
amanda.ross@prudential.com
andrea.kutscher@prudential.com
andrew.harnischfeger@prudential.com
anne.fifick@prudential.com
annie.ji@prudential.com
anumeet.sawhney@prudential.com
arvind.rajan@prudential.com
aslan.kanshaw@prudential.com
barbara.hermans@prudential.com
benjamin.steger@prudential.com
bernard.whitsett@prudential.com

## Company & Corresponding Email Addresses

bernard.winograd@prudential.com
bharat.mehta@prudential.com
bob.causey@prudential.com
bogdan.ianev@prudential.com
bonita.anderson@prudential.com
brad.patterson@prudential.com
brian.barnhurst@prudential.com
brian.clapp@prudential.com
brian.curran@prudential.com
brian.foster@prudential.com
brian.juliano@prudential.com
brian.k.ahrens@prudential.com
brian.lemons@prudential.com
brian.lodestro@prudential.com
brian.magee@prudential.com
brian.reppert@prudential.com
brian.thomas@prudential.com
bryan.raynor@prudential.com
carladesousa@prudential.com
carlos.arrom@prudential.com
carmen.gomez@prudential.com
carolina.rojas@prudential.com
catherine.cresswell@prudential.com
cathleen.paugh@prudential.com
cathy.hepworth@prudential.com
cheryl.akawie@prudential.com
cheryl.yanukonis@prudential.com
chris.mcalister@prudential.com
christi.hofmann@prudential.com
christine.mecka@prudential.com
christopher.baydar@prudential.com
christopher.connolly@prudential.com
christopher.noll@prudential.com
christopher.piros@prudential.com
christopher.rowe@prudential.com
claribel.almonte@prudential.com
colby.wheeler@prudential.com
cole.zucker@prudential.com
colleen.janiw@prudential.com
craig.dewling@prudential.com
dai.fan@prudential.com
daniel.schimel@prudential.com
daniel.thorogood@prudential.com
danielle.wolstromer@prudential.com
dave.woolford@prudential.com
david.barnard@prudential.com
david.bessey@prudential.com
david.delvecchio@prudential.com
david.jiang@prudential.com
david.mandel@prudential.com
david.mcdonald@prudential.com
david.winans@prudential.com
dean.lewallen@prudential.com
denise.m.taylor@prudential.com

**Company & Corresponding Email Addresses**

dennis.bushe@prudential.com
dennis.hepworth@prudential.com
dmitry.dinces@prudential.com
donna.sells@prudential.com
doreen.melillo@prudential.com
douglas.fitzgerald@prudential.com
douglas.g.smith@prudential.com
douglas.spratley@prudential.com
dtyson@prudential.com
edward.blaha@prudential.com
edward.geyer@prudential.com
edward.l.campbell@prudential.com
edward.ory@prudential.com
edward.scheuer@prudential.com
elaine.rivera@prudential.com
elissa.steinberg@prudential.com
elitza.lear@prudential.com
elizabeth.halpin@prudential.com
ellen.gaske@prudential.com
emad.mahmoud@prudential.com
emmett.dockery@prudential.com
eric.dutaud@prudential.com
eric.giza@prudential.com
eric.morales@prudential.com
eric.shea@prudential.com
eric.sorensen@prudential.com
erica.piotrowski@prudential.com
erik.schiller@prudential.com
eugene.thomas@prudential.com
evan.scussel@prudential.com
evangeline.davis@prudential.com
everitt.sean@prudential.com
evgeny.nikitin@prudential.com
florence.reid@prudential.com
florence.s.chan@prudential.com
frank.duplak@prudential.com
frank.jones@prudential.com
frank.trumbour@prudential.com
gary.collins@prudential.com
gary.horbacz@prudential.com
gary.knapp@prudential.com
gary.kobernick@prudential.com
gary.neubeck@prudential.com
gary.wu@prudential.com
geoff.hazard@prudential.com
geoff.rea@prudential.com
george.edwards@prudential.com
gerilyn.tort@prudential.com
gerson.levin@prudential.com
gina.innarella@prudential.com
glen.baptist@prudential.com
gregory.drakes@prudential.com
gregory.polizotto@prudential.com
gyliane.morgan@prudential.com

**Company & Corresponding Email Addresses**

hblake@prudential.com
helen.froyan@prudential.com
henry.balbirer@prudential.com
henry.hom@prudential.com
henry.wong@prudential.com
hong.chen@prudential.com
hugo.barth@prudential.com
ingrid.holm@prudential.com
jack.ambrosio@prudential.com
jack.gaston@prudential.com
jaime.lykes@prudential.com
james.herbst@prudential.com
james.mccrane@prudential.com
james.passavant@prudential.com
james.scott@prudential.com
james.sullivan@prudential.com
james_herbst@prudential.com
james3.russell@prudential.com
jamie.kelner@prudential.com
jamie.reilly@prudential.com
janet.crowe@prudential.com
jason.iannuzzi@prudential.com
jeannie.moy@prudential.com
jeffrey.angtuaco@prudential.com
jeffrey.healy@prudential.com
jeffrey.pascarella@prudential.com
jennifer.peda@prudential.com
jennifer.rossi@prudential.com
jill.monaghan@prudential.com
jim.chen@prudential.com
jim.diskin@prudential.com
jim.dolce@prudential.com
jim.m.murphy@prudential.com
joanna.samolej@prudential.com
joanne.heintz@prudential.com
jocelyn.friel@prudential.com
jodi.smith@prudential.com
joe.lemanowicz@prudential.com
joe.lombardi@prudential.com
joel.kallman@prudential.com
joel.mahler@prudential.com
joel.sklar@prudential.com
john.barnas@prudential.com
john.demeo@prudential.com
john.dipaolo@prudential.com
john.dittemer@prudential.com
john.doherty@prudential.com
john.domingues@prudential.com
john.grucza@prudential.com
john.maley@prudential.com
john.mcintyre@prudential.com
john.paulsen@prudential.com
john.praveen@prudential.com
john.rodrigues@prudential.com

**Company & Corresponding Email Addresses**

john.shain@prudential.com
john.smigelsky@prudential.com
john.vanbelle@prudential.com
johnny.mak@prudential.com
jonathan.hunt@prudential.com
joseph.brophy@prudential.com
joseph.dangelo@prudential.com
joseph.lemanowicz@prudential.com
joseph.mollica@prudential.com
joseph.savino@prudential.com
joseph.schatz@prudential.com
joseph.tully@prudential.com
josephine.newman@prudential.com
joyce.condon@prudential.com
juan.espinoza@prudential.com
judy.blaha@prudential.com
julia.mclean@prudential.com
jung-chiang.chang@prudential.com
karen.murphy@prudential.com
katarzyna.kozak@prudential.com
katherine.barna@prudential.com
katherine.chang@prudential.com
kay.willcox@prudential.com
keith.telesca@prudential.com
kellie.chappell@prudential.com
kelly.valli@prudential.com
ken.heard@prudential.com
kenneth.ruggiero@prudential.com
kevin.myers@prudential.com
kevin.o'meara@prudential.com
kimberley.frazier@prudential.com
kurt.carlson@prudential.com
kyle.hollargregory@prudential.com
kyuho.han@prudential.com
leaia.keith@prudential.com
leonard.santoro@prudential.com
leonel.escota@prudential.com
leslie.mccabe@prudential.com
linda.alicea@prudential.com
linda.l.murray@prudential.com
linda.nolan@prudential.com
lisa.dabreau@prudential.com
lisa.greene@prudential.com
lisa.ilaria@prudential.com
lisa.liu@prudential.com
lorely.martinez.machin@prudential.com
lori.wise@prudential.com
lorraine.guensch@prudential.com
louis.kerry@prudential.com
luisito.fernandez@prudential.com
malcolm.dalrymple@prudential.com
mani.sabapathi@prudential.com
manoj.rengarajan@prudential.com
manolita.brasil@prudential.com

**Company & Corresponding Email Addresses**

marchanille.folley@prudential.com
marcus.perl@prudential.com
margaret.stumpp@prudential.com
margaret.vitale@prudential.com
maria.e.carrion@prudential.com
maria.ng@prudential.com
maria.petracca@prudential.com
maria.tullo@prudential.com
maria.vasiliades@prudential.com
marialena.sargentelli@prudential.com
marie.coppola@prudential.com
mariusz.banasiak@prudential.com
marjorie.champlin@prudential.com
mark.grier@prudential.com
martha.tuttle@prudential.com
martin.lawlor@prudential.com
mary.acosta@prudential.com
matthew.angelucci@prudential.com
matthew.nastasi@prudential.com
matthew.werner@prudential.com
maxwell.smith@prudential.com
megan.joseph@prudential.com
mehill.marku@prudential.com
melissa.barnett@prudential.com
meredith.hess@prudential.com
michael.campion@prudential.com
michael.collins@prudential.com
michael.haake@prudential.com
michael.haigh@prudential.com
michael.harari@prudential.com
michael.lemesevski@prudential.com
michael.lenarcic@prudential.com
michael.lorditch@prudential.com
michael.macaluso@prudential.com
michael.marinelli@prudential.com
michael.niosi@prudential.com
michael.p.o'brien@prudential.com
michael.paradis@prudential.com
michael.plosica@prudential.com
michael.rosner@prudential.com
michael.schopin@prudential.com
michelle.gonnella@prudential.com
michelle.popola@prudential.com
miguel.thames@prudential.com
mike.lillard@prudential.com
mike.metsker@prudential.com
miwa.ishii@prudential.com
monica.wong@prudential.com
msanchez@prudential.com
nancy.sheola@prudential.com
nerim.blakaj@prudential.com
newton.lam@prudential.com
nicole.eccleston@prudential.com
nikola.ivanov@prudential.com

## Company & Corresponding Email Addresses

nisha.m.patel@prudential.com
nobel.kamberi@prudential.com
noelle.lohmeyer@prudential.com
noha.negm@prudential.com
noreen.reilly@prudential.com
oliver.brassard@prudential.com
pallavi.golla@prudential.com
parag.pandya@prudential.com
patricia.klaslo@prudential.com
patrick.murrayhayden@prudential.com
paul.appleby@prudential.com
paul.chen@prudential.com
paul.grasso@prudential.com
paul.merrey@prudential.co.uk
paul.parseghian@prudential.com
paul.price@prudential.com
paul.zetterstrom@prudential.com
peter.carlson@prudential.com
peter.cody@prudential.com
peter.cordrey@prudential.com
peter.freitag@prudential.com
peter.j.decandia@prudential.com
peter.kahn@prudential.com
peter.nelson@prudential.com
philip.engel@prudential.com
phillip.huson@prudential.com
priscilla.ordonez@prudential.com
quant.research@prudential.com
rafal.niedzialek@prudential.com
rajat.shah@prudential.com
ralph.visconti@prudential.com
randy.hood@prudential.com
raymond.ditzel@prudential.com
renee.gallizzo@prudential.com
reny.thomas@prudential.com
rich.burns@prudential.com
rich.crist@prudential.com
rich.vaccaro@prudential.com
richard.albanese@prudential.com
richard.greenwood@prudential.com
richard.hrabchak@prudential.com
richard.lossano@prudential.com
richard.parent@prudential.com
richard.piccirillo@prudential.com
richard.rogers@prudential.com
richard.romano@prudential.com
richard.toner@prudential.com
richard.wendell@prudential.com
rick.lynes@prudential.com
rick.romano@prudential.com
riz.raja@prudential.com
robert.bayer@prudential.com
robert.browne@prudential.com
robert.franklin@prudential.com

## Company & Corresponding Email Addresses

robert.frascona@prudential.com
robert.gromadski@prudential.com
robert.mcmurray@prudential.com
robert.scheurer@prudential.com
robert.simone@prudential.com
robert.spano@prudential.com
robert.tipp@prudential.com
robert.vargas@prudential.com
robert.waas@prudential.com
robin.snyder@prudential.com
robyn.donahue@prudential.com
robyn.gallegos@prudential.com
rodney2.allen@prudential.com
ronald.joelson@prudential.com
rosanne.baruh@prudential.com
rosemary.zeppetella@prudential.com
ross.smead@prudential.com
roxanne.lawrence@prudential.com
roy.hansel@prudential.com
ryan.kelly@prudential.com
samuel.silver@prudential.com
sandra1.williams@prudential.com
santiago.fernandez@prudential.com
scott.celia@prudential.com
scott.donnelly@prudential.com
scott.hayward@prudential.com
scott.motta@prudential.com
scott.simon@prudential.com
scott.swanson@prudential.com
scott.turner@prudential.com
scott.w.sweitzer@prudential.com
sergio.bernal@prudential.com
seth.kurland@prudential.com
shannon.calli@prudential.com
sharon.carroll@prudential.com
shelley.sherer@prudential.com
spencer.phua@prudential.com
stephen.haeckel@prudential.com
steve.ahrens@prudential.com
steve.koomar@prudential.com
steve.moehlman@prudential.com
steve.napoli@prudential.com
steve.saperstein@prudential.com
steven.crotteau@prudential.com
steven.kellner@prudential.com
steven.pearson@prudential.com
steven.raab@prudential.com
steven.tanz@prudential.com
stewart.wong@prudential.com
stuart.liebeski@prudential.com
sunil.uppal@prudential.com
susan.courtney@prudential.com
susan.gaynor@prudential.com
susan.hickok@prudential.com

## Company & Corresponding Email Addresses

tara.morley@prudential.com
temple.houston@prudential.com
terence.wheat@prudential.com
terrance.choi@prudential.com
theodore.lockwood@prudential.com
thomas.chang@prudential.com
thomas.didia@prudential.com
thomas.roglieri@prudential.com
thomas.vecchione@prudential.com
tiffany.fleming@prudential.com
tim.fetten@prudential.com
timothy.harth@prudential.com
todd.petersen@prudential.com
tom.liu@prudential.com
tom.radwanski@prudential.com
tom.terchek@prudential.com
val.isayev@prudential.com
veronica.amati@prudential.com
vincent.palermo@prudential.com
virginia.celebuski@prudential.com
vladimir.arrieta@prudential.com
wai.chiang@prudential.com
weishuo.lai@prudential.com
wesley.whiteman@prudential.com
william.bentley@prudential.com
william.chao@prudential.com
william.higgins@prudential.com
william.hoagland@prudential.com
william.mcmanus@prudential.com
william.roberts@prudential.com
william.turner@prudential.com
xiaoming.fan@prudential.com
yasuhiro.akiyama@prudential.com
yves.trinquet@prudential.com
yvonne.provost@prudential.com
zulfiqar.ali@prudential.com

**prudentialsavingsbank**
jcorrato@prudentialsavingsbank.com

**prufunds**
emily.feng@prufunds.com.tw
yichun.shih@prufunds.com.tw

**prusec**
andrew_stanbury@prusec.com
anne_briglia@prusec.com
beth_pietrangelo@prusec.com
brendan_delaney@prusec.com
brian_jaspers@prusec.com
david_a_klein@prusec.com
david_tone@prusec.com
drew_schoonmaker@prusec.com
evan_evans@prusec.com
francesco_p_sinatra@prusec.com
frank_mcconville@prusec.com
frank_s_sileo@prusec.com

**Company & Corresponding Email Addresses**

jack_tate@prusec.com
joann_morano@prusec.com
joseph_castelluccio@prusec.com
joyce_newman@prusec.com
keith_baird@prusec.com
kelly_fogarty@prusec.com
kerry_fogarty@prusec.com
michael_sealey@prusec.com
michelle_girard@prusec.com
patricia_brosokas@prusec.com
patricia_kelly@prusec.com
paul_j_thompson@prusec.com
robert_dowman@prusec.com
robert_grogg@prusec.com
rory_hudson@prusec.com
sean_barry@prusec.com
thomas_murdock@prusec.com
victoria_metherell@prusec.com
william_kirby@prusec.com

**psai**

buffat@psai.ch
champion@psai.ch
comes@psai.ch
develey@psai.ch
fuochi@psai.com
traversa@psai.com

**pscnet**

eang18@mail.pscnet.com.tw
eason@mail.pscnet.com.tw
irischang@mail.pscnet.com.tw
michael2855@mail.pscnet.com.tw
monroewu@mail.pscnet.com.tw
peterhs@mail.pscnet.com.tw
yolanda@mail.pscnet.com.tw

**pseg**

aaron.gould@pseg.com
mortin.plawner@pseg.com
richard.teisch@pseg.com

**pshk**

caesar@pshk.com.hk
victorma@pshk.com.hk

**pt**

bpmelux1@pt.lu
cir@pt.lu
dlucas@pt.lu
guccione@pt.lu
pneman@pt.lu
rominves@pt.lu
sbjensen@pt.lu

**ptbni**

adrielpang@ptbni.com.sg
ccrm@ptbni.co.jp
diana@ptbni.com.sg
dodi@ptbni.com.sg

## Company & Corresponding Email Addresses

eriunanto@ptbni.com.sg
herry@ptbni.com.sg
paulinechen@ptbni.com.sg
totosuharto@ptbni.com.sg
trs@ptbni.co.jp

### ptd
jtnb@ptd.net
nsbank@ptd.net

### ptsem
corey.galstan@ptsem.edu

### pub
t-iwasa@pub.taisei.co.jp

### public
cjuste@public.ibercaja.es
ib301048@public.ibercaja.es
ib302031@public.ibercaja.es
imartin@public.ibercaja.es
josearc@public.ibercaja.es
joserac@public.ibercaja.es
jpalomar@public.ibercaja.es
mlobo@public.ibercaja.es
smf@public.ibercaja.es

### publica
beat.troehler@publica.ch
daniel.suetterlin@publica.ch
jose.gonzales@publica.ch
juan.wu@publica.ch
myriam.hildbrand@publica.ch
myriam.leuenberger@publica.ch
peter.reusser@publica.ch
werner.hertzog@publica.ch

### publicbank
co@publicbank.com.my
gkb@publicbank.com.my
lyp@publicbank.com.my
thk@publicbank.com.my
wongjs@publicbank.com.my

### publicfm
manjerovicg@publicfm.com
margolism@publicfm.com
schiebelk@publicfm.com

### publicis
loris.nold@publicis.com
pierre.benaich@publicis.fr

### publix
jason.troller@email.publix.com
jerry.keen@email.publix.com

### pugco
alewis@pugco.com
bgrama@pugco.com
prowan@pugco.com

### pughcapital
bingram@pughcapital.com
mpugh@pughcapital.com

## Company & Corresponding Email Addresses

nmcfadden@pughcapital.com
sgreiwe@pughcapital.com
sorr@pughcapital.com
ylou@pughcapital.com

### puilaetco

andrei.kobzar@puilaetco.be
benoit.bouche@puilaetco.be
bernard.coussee@puilaetco.com
bruno.du.bus@puilaetco.be
dirk.peeters@puilaetco.com
european.desk@puilaetco.com
florence.van.tomme@puilaetco.be
francois.dieryk@puilaetco.com
geoffrey.timmermans@puilaetco.com
isabelle.jacobs@puilaetco.com
jan.vantomme@puilaetco.com
johan.robbens@puilaetco.com
kris.motmans@puilaetco.com
laurence.triest@puilaetco.com
luc.van.malder@puilaetco.com
marc.engels@puilaetco.be
michelle.remy@puilaetco.com
olivier.colsoul@puilaetco.be
philippe.jungers@puilaetco.com
philippe.rochez@puilaetco.com
riet.vijgen@puilaetco.be
roald.borre@puilaetco.be
sambine.tomber@puilaetco.com
sophie.rouard@puilaetco.be
thomas.palmblad@puilaetco.com
xavier.hannaerts@puilaetco.com

### puilaetcodewaay

christophe.vancanneyt@puilaetcodewaay.be

### putnam

a_dimarzio@putnam.com
a_syed@putnam.com
aarya@putnam.com
adam_katz@putnam.com
adam_strout@putnam.com
adrian_chan@putnam.com
aidan_coghlan@putnam.com
akira_horii@putnam.com
alan_bronstein@putnam.com
albert_chan@putnam.com
alex_lupis@putnam.com
alex_rickson@putnam.com
alex_zinny@putnam.com
alexis_potts@putnam.com
alicia_m_alcantara@putnam.com
allen_shweitzer@putnam.com
allison_fitzgerald@putnam.com
allison_kessler@putnam.com
amanda_taplett@putnam.com
amrish_pattni@putnam.com

## Company & Corresponding Email Addresses

amy_hougland@putnam.com
amy_kaminski@putnam.com
amy_skaff@putnam.com
andres_montoya@putnam.com
andrew_chlumecky@putnam.com
andrew_fahey@putnam.com
andrew_graham@putnam.com
andrew_matteis@putnam.com
andrew_sommers@putnam.com
angela_patel@putnam.com
ann_hintzman@putnam.com
anna_bulkovshteyn@putnam.com
anna_mitelman@putnam.com
anthonie_wain@putnam.com
anthony_sutton@putnam.com
anton_simon@putnam.com
antonella_muscarella@putnam.com
april_goodman@putnam.com
austin_kairnes@putnam.com
aziz_ouldsfiya@putnam.com
b_connolly@putnam.com
b_libby@putnam.com
b_murray@putnam.com
barbara_hileman@putnam.com
bartlett_geer@putnam.com
bernie_crowley@putnam.com
beth_gorrie@putnam.com
beth_myruski@putnam.com
bethany_roy@putnam.com
beverly_young@putnam.com
bfarr@putnam.com
bill_kohli@putnam.com
bill_sullivan@putnam.com
blake_anderson@putnam.com
bob_fleming@putnam.com
bob_kea@putnam.com
bob_piepenburg@putnam.com
bora_kem@putnam.com
brad_greenleaf@putnam.com
braxton_zink@putnam.com
brett_browchuk@putnam.com
brett_kozlowski@putnam.com
brett_risserz@putnam.com
brian_dechristopher@putnam.com
brian_dwyer@putnam.com
brian_hennessey@putnam.com
brian_hertzog@putnam.com
brian_j_lall@putnam.com
brian_lucier@putnam.com
brian_mahon@putnam.com
brian_murphy@putnam.com
brian_pearly@putnam.com
brian_schutter@putnam.com
brian_soifer@putnam.com

**Company & Corresponding Email Addresses**

brook_dane@putnam.com
bruce_macdonald@putnam.com
bryan_bernaldo@putnam.com
bryan_cockrell@putnam.com
c_gauthier@putnam.com
calvin_h_place@putnam.com
camille_carlstrom@putnam.com
carl_bell@putnam.com
carman_dewees@putnam.com
carmel_peters@putnam.com
caroline_choe@putnam.com
caroline_decoste@putnam.com
caroline_nesbit@putnam.com
carolyn_herzog@putnam.com
catherine_kennedy@putnam.com
chad_curtis@putnam.com
chandra_hagan@putnam.com
chandrasekar_sundaram@putnam.com
charles_haley@putnam.com
charles_legg@putnam.com
charles_macglashing@putnam.com
charles_ouellet@putnam.com
chase_white@putnam.com
cheryl_burns@putnam.com
cheryl_tomasz@putnam.com
chip_bankes@putnam.com
chirag_shah@putnam.com
chris_gauthier@putnam.com
chris_mcleod@putnam.com
christina_pluta@putnam.com
christina_scully@putnam.com
christine_martell@putnam.com
christine_tolisano@putnam.com
christopher_bryce@putnam.com
christopher_calmeyn@putnam.com
christopher_janowski@putnam.com
christopher_kotyla@putnam.com
christopher_obara@putnam.com
christopher_o'malley@putnam.com
colette_powell@putnam.com
colin_naughton@putnam.com
colleen_quinn@putnam.com
constantine_mamakos@putnam.com
coo_way_law@putnam.com
craig_baskin@putnam.com
craig_goryl@putnam.com
craig_oliver@putnam.com
craig_weiner@putnam.com
cyndie_machadinho@putnam.com
cyril_malak@putnam.com
cyrus_dilmaghani@putnam.com
d_jaroch@putnam.com
dan_johansson@putnam.com
daniel_beaudry@putnam.com

**Company & Corresponding Email Addresses**

daniel_choquette@putnam.com
daniel_j_hollenbeck@putnam.com
daniel_klim@putnam.com
daniel_ko@putnam.com
david.thomlinson@putnam.com
david_bate@putnam.com
david_calabro@putnam.com
david_costantiello@putnam.com
david_depew@putnam.com
david_galvin@putnam.com
david_gerber@putnam.com
david_hilder@putnam.com
david_l_king@putnam.com
david_mael@putnam.com
david_morgan@putnam.com
david_rietdijk@putnam.com
david_s_herold@putnam.com
david_shea@putnam.com
david_sutton@putnam.com
david_white@putnam.com
deirdre_goldenbogen@putnam.com
denise_howe@putnam.com
denise_selden@putnam.com
devanjan_sinha@putnam.com
dherald@putnam.com
diana_blagoeva@putnam.com
diana_damyanova@putnam.com
diane_leone@putnam.com
diane_wheeler@putnam.com
dick_frucci@putnam.com
dirk_morris@putnam.com
donald_matthew_hill@putnam.com
donna_ingeneri@putnam.com
duncan_harvey@putnam.com
ed_haldeman@putnam.com
edward_d'alelio@putnam.com
edward_shadek@putnam.com
eiichiro_miura@putnam.com
eileen_eichman@putnam.com
elizabeth.leighton@putnam.com
emily_cooper@putnam.com
emily_kemp@putnam.com
eric_graber-lopez@putnam.com
eric_harthun@putnam.com
eric_meltzer@putnam.com
eric_stewart@putnam.com
erik_johnson@putnam.com
erik_tyler@putnam.com
erin_lefkowitz@putnam.com
erin_mccormack@putnam.com
ernesto_garzon@putnam.com
erwin_martens@putnam.com
ethan_case@putnam.com
eugene_shuster@putnam.com

## Company & Corresponding Email Addresses

fabrice_bay@putnam.com
fenella_boyle@putnam.com
franco_maniaci@putnam.com
franz_valencia@putnam.com
fred_isleib@putnam.com
fredric_levine@putnam.com
fredrik_gjerstad@putnam.com
fumihiko_otsuka@putnam.com
gabriela_mitchell@putnam.com
gail_foresyth@putnam.com
gcha@putnam.com
geoff_kelley@putnam.com
geoff_trawick@putnam.com
george_godfrey@putnam.com
george_issa@putnam.com
george_mussalli@putnam.com
george_stairs@putnam.com
gerald_moore@putnam.com
gerard_boggio@putnam.com
gian_fabbri@putnam.com
gilbert_tsang@putnam.com
gina_szymanski@putnam.com
gita_ramakrishnan@putnam.com
glen_monnelly@putnam.com
gordon_lawrence@putnam.com
gregory_gallagher@putnam.com
gregory_morillo@putnam.com
gregory_white@putnam.com
greta_friel@putnam.com
gretchen_cupples@putnam.com
hanako_yoshimi@putnam.com
harry_gakidis@putnam.com
heather_brun@putnam.com
heather_roberts@putnam.com
henri_fouda@putnam.com
henrietta_fraser@putnam.com
hiroko_tanaka@putnam.com
hiroshi_kato@putnam.com
huilaine_yang@putnam.com
ian_larkin@putnam.com
j_fedderly@putnam.com
j_kutin@putnam.com
jack_mcgowan@putnam.com
jaclyn_simpson@putnam.com
jacques_longerstaey@putnam.com
jagadish_kakumanu@putnam.com
jaime_kiehn@putnam.com
jake_rehor@putnam.com
james_conklin@putnam.com
james_eckler@putnam.com
james_fetch@putnam.com
james_lamb@putnam.com
james_mitro@putnam.com
james_nielson@putnam.com

## Company & Corresponding Email Addresses

james_polk@putnam.com
james_prusko@putnam.com
james_r_moser@putnam.com
james_thomas@putnam.com
jana_wolfova@putnam.com
jared_wallace@putnam.com
jarrod_pelletier@putnam.com
jason_fromer@putnam.com
jason_kritzer@putnam.com
jason_vaillancourt@putnam.com
jatin_misra@putnam.com
jay.cushing@putnam.com
jean_sievert@putnam.com
jeff_dewolfe@putnam.com
jeff_knight@putnam.com
jeff_mcclory@putnam.com
jeff_mcphail@putnam.com
jeff_sacknowitz@putnam.com
jeff_weishaar@putnam.com
jeffrey_dibuono@putnam.com
jeffrey_kaufman@putnam.com
jeffrey_nelson@putnam.com
jeffrey_nichols@putnam.com
jeffrey_plante@putnam.com
jeffrey_santerre@putnam.com
jeffrey_saunders@putnam.com
jeffrey_stought@putnam.com
jeffrey_turkanis@putnam.com
jennifer_harsey@putnam.com
jennifer_hebert@putnam.com
jennifer_kossuth@putnam.com
jennifer_waden@putnam.com
jenny_wong@putnam.com
jessica_feldman@putnam.com
jessica_scoon@putnam.com
jessica_wirth@putnam.com
jie_huang@putnam.com
jim_st._john@putnam.com
jim_wiess@putnam.com
joanne_driscoll@putnam.com
joanne_macphail-walsh@putnam.com
joe_joseph@putnam.com
john.golden@putnam.com
john_caron@putnam.com
john_ferry@putnam.com
john_mclanahan@putnam.com
john_morgan@putnam.com
john_murray@putnam.com
john_o'rourke@putnam.com
john_soto@putnam.com
john_tilney@putnam.com
john_van_tassel@putnam.com
john_yen@putnam.com
jonathan_brandt@putnam.com

**Company & Corresponding Email Addresses**

jonathan_bridges@putnam.com
jonathan_francis@putnam.com
jonathan_gabriel@putnam.com
jonathan_maietta@putnam.com
jonathan_sharkey@putnam.com
jonathan_topper@putnam.com
joseph_byrne@putnam.com
joseph_casal@putnam.com
joseph_muscarella@putnam.com
joseph_towell@putnam.com
josh_byrne@putnam.com
joshua_brooks@putnam.com
joshua_cummings@putnam.com
joyce_dragone@putnam.com
juan_carlos_sosa@putnam.com
juan_garces@putnam.com
judi_swirbalus@putnam.com
julia_yoo@putnam.com
julian_wellesley@putnam.com
julie_lee@putnam.com
julien.dumas-pilhou@putnam.com
june_martin@putnam.com
junko_ichikawa@putnam.com
justin_gates@putnam.com
justin_melendez@putnam.com
justin_schneider@putnam.com
justina_chung@putnam.com
k_hiromitsu@putnam.com
karen_siafakas@putnam.com
karina_rubel@putnam.com
karletty_medina@putnam.com
katherine.diedrichsen@putnam.com
kathleen_croft@putnam.com
kathryn_henry@putnam.com
kathy_hassey@putnam.com
katie_george@putnam.com
katy_young@putnam.com
kei_tsuruoka@putnam.com
keith_luh@putnam.com
kelly_morgan@putnam.com
kelsey_chen@putnam.com
ken_dobbins@putnam.com
ken_sharma@putnam.com
kenneth_bogden@putnam.com
kenneth_gosier@putnam.com
kenneth_wong@putnam.com
kevin_divney@putnam.com
kevin_f_murphy@putnam.com
kevin_hsu@putnam.com
kevin_m_murphy@putnam.com
kevin_manacek@putnam.com
kevin_stowell@putnam.com
kevin_waden@putnam.com
kim_mclanahan@putnam.com

**Company & Corresponding Email Addresses**

konstantin_stoev@putnam.com
krishna_memani@putnam.com
kristin_donahue@putnam.com
kristin_nixon-donahue@putnam.com
kristy_endo@putnam.com
kyle_mcdermott@putnam.com
l_sabatino@putnam.com
lana_taylor@putnam.com
larry_charbonneau@putnam.com
lauren_demore@putnam.com
lauren_smart@putnam.com
lauritz_ringdal@putnam.com
leah_graham@putnam.com
lee_montag@putnam.com
liana_cardillo@putnam.com
libor_vojkovsky@putnam.com
lily_maclean@putnam.com
lindsey_curley@putnam.com
lisa_christensen@putnam.com
lisa_dalessandro@putnam.com
lisa_emerick@putnam.com
lisa_horkan@putnam.com
lisa_rasmussen@putnam.com
lisa_sacerdote@putnam.com
lisa_stuber@putnam.com
luis_roman@putnam.com
lyra_jakabhazy@putnam.com
m_higgins@putnam.com
m_j_abata@putnam.com
m_leighton@putnam.com
m_maccarran@putnam.com
m_scafati@putnam.com
manish_patel@putnam.com
manny_weiss@putnam.com
manoj_kapai@putnam.com
marc_lindquist@putnam.com
marci_goasdone@putnam.com
margaret_casey@putnam.com
maria_garcia-lomas@putnam.com
mark_alley@putnam.com
mark_bredesen@putnam.com
mark_cogan@putnam.com
mark_pollard@putnam.com
marshall_glassner@putnam.com
mary_fitzgerald@putnam.com
mary_hapij@putnam.com
marykate_o'donnell@putnam.com
mathieu_grodner@putnam.com
matt_hill@putnam.com
matthew_antle@putnam.com
matthew_beagle@putnam.com
matthew_doody@putnam.com
matthew_gordon@putnam.com
matthew_laplant@putnam.com

**Company & Corresponding Email Addresses**

matthew_o'malley@putnam.com
matthew_scales@putnam.com
matthew_wu@putnam.com
maurizio_ferconi@putnam.com
max.kaufmann@putnam.com
megan_craigen@putnam.com
megan_murray@putnam.com
melissa_bisso@putnam.com
melissa_chadwick@putnam.com
melissa_cunniff@putnam.com
melissa_downes@putnam.com
meredith_vass@putnam.com
michael_arends@putnam.com
michael_atkin@putnam.com
michael_cuddy@putnam.com
michael_dovorany@putnam.com
michael_dowd@putnam.com
michael_ducharme@putnam.com
michael_evangelista@putnam.com
michael_gallagher@putnam.com
michael_garrity@putnam.com
michael_husson@putnam.com
michael_lima@putnam.com
michael_malm@putnam.com
michael_mccormack@putnam.com
michael_mclean@putnam.com
michael_mercauto@putnam.com
michael_nance@putnam.com
michael_petro@putnam.com
michael_richards@putnam.com
michael_salm@putnam.com
michael_tassinari@putnam.com
michael_yogg@putnam.com
michel_pean@putnam.com
michell_morphew@putnam.com
michelle_culosi@putnam.com
michelle_murphy@putnam.com
miguel_oleaga@putnam.com
mike_abata@putnam.com
mike_mills@putnam.com
milton_pepin@putnam.com
ming_hui@putnam.com
mohamad_omran@putnam.com
mohamed-mohram@putnam.com
n_liu@putnam.com
n_ward@putnam.com
nancy_miranda@putnam.com
narahari_phatak@putnam.com
natalia_pietrzyk@putnam.com
nathaniel_roberts@putnam.com
nathaniel_salter@putnam.com
navin_belani@putnam.com
nicholas_skrine@putnam.com
nicole_auffrey@putnam.com

**Company & Corresponding Email Addresses**

nicole_ledoux@putnam.com
norm_boucher@putnam.com
olga_keyser@putnam.com
p_dankens@putnam.com
p_nicholas@putnam.com
p_tracy@putnam.com
pam_gao@putnam.com
pam_holding@putnam.com
paresh_upadhyaya@putnam.com
parker_king@putnam.com
patricia_gaynor@putnam.com
patricia_morse@putnam.com
patrick_andersen@putnam.com
patrick_flynn@putnam.com
patrick_loranger@putnam.com
paul_brittman@putnam.com
paul_bucuvalas@putnam.com
paul_drury@putnam.com
paul_maguire@putnam.com
paul_scanlon@putnam.com
paula_papastathis@putnam.com
peter_angelopolus@putnam.com
peter_ferrelli@putnam.com
peter_grant@putnam.com
peter_hadden@putnam.com
peter_milczarek@putnam.com
peter_schwab@putnam.com
peter_v._meyer@putnam.com
peter_zacowich@putnam.com
philippe_bibi@putnam.com
prashant_sundararajan@putnam.com
r_beaudoin@putnam.com
r_ethington@putnam.com
r_mead@putnam.com
rab_khan@putnam.com
rachel_west@putnam.com
rajni_tyagi@putnam.com
raman_srivastava@putnam.com
randy_cutler@putnam.com
randy_farina@putnam.com
raymond_haddad@putnam.com
raza_rana@putnam.com
rcervone@putnam.com
rebecca_hurley@putnam.com
rhonda_crosson@putnam.com
richard_block@putnam.com
richard_decoste@putnam.com
richard_hoang@putnam.com
richard_johannes@putnam.com
richard_leung@putnam.com
richard_macdonald@putnam.com
richard_pilat@putnam.com
rick_weed@putnam.com
rick_wynn@putnam.com

**Company & Corresponding Email Addresses**

ridgely_ficks@putnam.com
rikiya_kato@putnam.com
rob_bloemker@putnam.com
rob_daley@putnam.com
robert_daley@putnam.com
robert_davis@putnam.com
robert_ginsberg@putnam.com
robert_higgins@putnam.com
robert_macdonald@putnam.com
robert_mahan@putnam.com
robert_paine@putnam.com
robert_reynolds@putnam.com
robert_salvin@putnam.com
robert_schoen@putnam.com
robert_schoen_at_ccpoienov1@putnam.com
robert_tulipani@putnam.com
ron_mintz@putnam.com
ronald_mccullough@putnam.com
ryan_cottreau@putnam.com
ryan_m_burkart@putnam.com
ryan_zannini@putnam.com
s_giontzis@putnam.com
s_howley@putnam.com
s_medina@putnam.com
s_preve@putnam.com
s_ramamurthy@putnam.com
sabina_ciminero@putnam.com
saied_simozar@putnam.com
sakiko_reuterskiold@putnam.com
salvatore_dellagrotta@putnam.com
samuel_chamovitz@putnam.com
sandin_wang@putnam.com
sanjay_chopra@putnam.com
sanjay_shah@putnam.com
sara_dauber@putnam.com
sarah_burckmyer@putnam.com
sarah_marshall@putnam.com
sayuri_owens@putnam.com
scott_donaldson@putnam.com
scott_fedak@putnam.com
scott_nelson@putnam.com
sean_murphy@putnam.com
sergey_dyakin@putnam.com
seshu_dasari@putnam.com
seth_tweeddale@putnam.com
sheba_alexander@putnam.com
sheila_concannon@putnam.com
shigeki.makino@putnam.com
siddhartha_gill@putnam.com
simon_davis@putnam.com
simon_mckay@putnam.com
siobhan_doherty@putnam.com
skip_short@putnam.com
sriketan_mahanti@putnam.com

**Company & Corresponding Email Addresses**

stacey_wagner@putnam.com
stanley_chu@putnam.com
steffen_panzone@putnam.com
stephanie_hallenbeck@putnam.com
stephen_driscoll@putnam.com
stephen_hall@putnam.com
stephen_o'connell@putnam.com
stephen_oler@putnam.com
stephen_peacher@putnam.com
stephen_w_vandermark@putnam.com
steve_gianelli@putnam.com
steve_gorman@putnam.com
steve_horner@putnam.com
steve_karnes@putnam.com
steve_oristaglio@putnam.com
steve_zechello@putnam.com
steven_bagley@putnam.com
steven_desimone@putnam.com
subbiah_subramanian@putnam.com
subrata_ghose@putnam.com
sue_downing@putnam.com
sunitha_thomas@putnam.com
susan_macleod@putnam.com
susan_mccormack@putnam.com
suzanne_deshaies@putnam.com
t_mangam@putnam.com
t_tang@putnam.com
takeshi_itai@putnam.com
ted_knuckles@putnam.com
terri_warren@putnam.com
thalia_meehan@putnam.com
tim_gaudette@putnam.com
timothy_codrington@putnam.com
timothy_edmonstone@putnam.com
timothy_ferguson@putnam.com
timothy_lyons@putnam.com
tl_tsang@putnam.com
todd.snyder@putnam.com
tom_conway@putnam.com
tomoko_hanazawa@putnam.com
tony_ruysdeperez@putnam.com
tracy_sweeney@putnam.com
tuck.hall@putnam.com
vashawn_cooper@putnam.com
vikram_dhindsa@putnam.com
vinay_agarwal@putnam.com
vivek_gandhi@putnam.com
w_berglund@putnam.com
walton_pearson@putnam.com
wayne_sundquist@putnam.com
wee-kuok_chieng@putnam.com
wen-fu_wu@putnam.com
whu@putnam.com
william_boziuk@putnam.com

## Company & Corresponding Email Addresses

william_gibbs@putnam.com
william_gould@putnam.com
william_hazelton@putnam.com
william_landes@putnam.com
william_marshall@putnam.com
william_schmitt@putnam.com
william_wright@putnam.com
willow_piersol@putnam.com
wscully@putnam.com
wtderosa@putnam.com
wyman_chan@putnam.com
xinjia_liu@putnam.com
yannick_aron@putnam.com
yeshe_l_corona@putnam.com
yoeuth_yen@putnam.com
york_lo@putnam.com
yoshiki_nagata@putnam.com
yumiko_matsubara@putnam.com
yumiko_sai@putnam.com
yun-young_lee@putnam.com
zachary_harrison@putnam.com
zhikai_chen@putnam.com

### putnaminv

avo_ora@putnaminv.com
bryan_bernaldo@putnaminv.com
charles_bankes@putnaminv.com
chris_stevo@putnaminv.com
daniel_grana@putnaminv.com
david_hamlin@putnaminv.com
grainne_gilligan@putnaminv.com
kevin_cronin@putnaminv.com
kevin_kowalski@putnaminv.com
leo_kropywiansky@putnaminv.com
name_surname@putnaminv.com
peter_fleisher@putnaminv.com
stephen_dexter@putnaminv.com

### putnamlovell

jmitchell@putnamlovell.com

### putnamlovellnbf

mdipisa@putnamlovellnbf.com
pbadeski@putnamlovellnbf.com

### pvf

jmeyer@pvf.nl
ralphen@pvf.nl

### pw

grant.rubin@pw.utc.com

### pwmco

alecp@pwmco.com
bperkins@pwmco.com
ckempler@pwmco.com
cleshock@pwmco.com
jkautz@pwmco.com
jtugman@pwmco.com
kpreloger@pwmco.com

## Company & Corresponding Email Addresses

pschott@pwmco.com
rhughes@pwmco.com
timu@pwmco.com
tjenkins@pwmco.com
toddp@pwmco.com
tperkins@pwmco.com
tthome@pwmco.com
vnewman@pwmco.com

### qatarbank
adel.mustafawi@qatarbank.com
vijay.valabhadas@qatarbank.com

### qcb
faraha@qcb.gov.qa

### qgcapital
aackerman@qgcapital.com
akaplan@qgcapital.com
arichardson@qgcapital.com
bliff@qgcapital.com
bswain@qgcapital.com
elovelace@qgcapital.com
griina@qgcapital.com
hcacanando@qgcapital.com
lnapoli@qgcapital.com
mlynch@qgcapital.com
mzucker@qgcapital.com
sandrews@qgcapital.com
st@qgcapital.com
tstrobach@qgcapital.com

### qic
a.morgan@qic.com
a.ogorman@qic.com
a.ryder@qic.com
b.prendergast@qic.com
b.sanders@qic.com
b.white@qic.com
c.martin@qic.com
d.field@qic.com
d.lau@qic.com
d.lillicrap@qic.com.au
d.spurgeon@qic.com
g.brearley@qic.com
g.christiansen@qic.com
g.liddell@qic.com
k.king@qic.com
k.wilkes@qic.com
l.tyson@qic.com
m.ward@qic.com
p.graham@qic.com
p.scobie@qic.com
r.garland@qic.com
r.jewell@qic.com
s.buckley@qic.com
s.hutchinson@qic.com
s.julius@qic.com

## Company & Corresponding Email Addresses

s.rissman@qic.com
s.smith@qic.com
t.foley@qic.com
t.rieck@qic.com

### qifmanagement
puru.vashishtha@qifmanagement.com
puru@qifmanagement.com
ravin.agrawal@qifmanagement.com
shobhit@qifmanagement.com
srin@qifmanagement.com
trishul@qifmanagement.com

### qmassociates
betty.tong@qmassociates.com
daniel.carlucci@qmassociates.com
wai.chiang@qmassociates.com

### qnb
abdullah.alhail@qnb.com.qa
adel.fadlallah@qnb.com.qa
hicham.saliba@qnb.com.qa
niels.andersson@qnb.com.qa
wassim.jomaa@qnb.com.qa

### qsk
julian.s.heslop@qsk.com
paul.x.ward@qsk.com

### qts-am
ssansotta@qts-am.net

### quadrantcapital
benreid@quadrantcapital.com
cpink@quadrantcapital.com
datkins@quadrantcapital.com
tlyons@quadrantcapital.com

### qualcomm
acoors@qualcomm.com
hsao@qualcomm.com
jbelk@qualcomm.com
jlyle@qualcomm.com
josephm@qualcomm.com
juliec@qualcomm.com
nweiss@qualcomm.com
pjacobs@qualcomm.com
rgrannis@qualcomm.com
vickif@qualcomm.com

### quantjock
tmarks@quantjock.net
trading@quantjock.net

### quanttradebd
rparker@quanttradebd.com

### quicknet
jb.heuvel@quicknet.nl

### quick-reilly
erik.smith@exchange.quick-reilly.com
liz.krahel@exchange.quick-reilly.com
tony.trani@exchange.quick-reilly.com

### quilter

## Company & Corresponding Email Addresses

benmountain@quilter.co.uk
chiarahurley@quilter.co.uk
chrisbingham@quilter.co.uk
christopherturner@quilter.co.uk
danielrowland@quilter.co.uk
davidadams@quilter.co.uk
jillosborne@quilter.co.uk
keithgraham@quilter.co.uk
lizdhillon@quilter.co.uk
ricardocruz@quilter.co.uk
robertmerrifield@quilter.co.uk

### quilterjersey
rebeccabryant@quilterjersey.com
timchilde@quilterjersey.com

### quilweb
hsorel@quilweb.com

### qwest
brian.luedtke@qwest.com
klutito@qwest.com
smatson@qwest.com

### ra
kato_takahiko@ra.smbc.co.jp
koike_masamichi@ra.smbc.co.jp
munemasa_hiroshi@ra.smbc.co.jp
sasano_toshihiro@ra.smbc.co.jp
takahashi_seiichiro@ra.smbc.co.jp
ueno_masashige@ra.smbc.co.jp

### rabobank
adam.king@rabobank.com
adrian.felstead@rabobank.co.uk
aiyan.shaukat@rabobank.com
alan.barbier@rabobank.com
alyssa.jaffe@rabobank.com
andre.blom@utc.rabobank.com
andres.salazar@rabobank.com
andrew.berry@rabobank.com
andrew.docker@rabobank.com
andrew.robinson@rabobank.com
andrew.townsend@rabobank.com
andrew.viney@rabobank.com
andries.hoekema@rabobank.com
anita.keij@rabobank.com
anli.tan@rabobank.com
arie.hooimeijer@rabobank.com
barbara.van.teeffelen@rabobank.com
bart.fransen@rabobank.com
ben.miall@rabobank.com
brad.mckinnon@rabobank.com
brian.gould@rabobank.com
carla.sher@rabobank.com
carolyn.brazier@rabobank.com
chretien.harmeling@rabobank.com
chris.collings@rabobank.com
chris.hammond@rabobank.co.uk

## Company & Corresponding Email Addresses

chris.packe@rabobank.com
christien.luttikuizen@rabobank.com
christopher.lew@rabobank.com
craig.bonder@rabobank.com
crispijn.kooijmans@rabobank.com
cyril.latroche@rabobank.com
david.hardingham@rabobank.com
daymian.campbell@rabobank.com
deniz.konuralp@rabobank.com
derrick.dsouza@rabobank.com
doreen.crawford@rabobank.com
doris.brouwer@utc.rabobank.com
eddie.villiers@rabobank.com
edwin.pietersen@utc.rabobank.com
elaine.obrien@dub.rabobank.com
elaine.oconnor@dub.rabobank.com
elisabeth.favrat@rabobank.com
eraj.asadi@nyc.rabobank.com
ewen.mcdonald@rabobank.com
f.w.heerema@ams.rabobank.com
fabio.minervini@rabobank.com
fabrice.vidal@rabobank.com
frederike.broekhuizen@rabobank.com
g.neville@nyc.rabobank.com
gary.blackwell@rabobank.com
gary.kendall@rabobank.com
garyth.stone@rabobank.com
george.lyons@rabobank.com
greger.flodin@rabobank.com
gwilym.jennett@rabobank.com
hamidah.thanawala@nyc.rabobank.com
hamish.mcloughlin@rabobank.com
harjan.kuiper@rabobank.com
heather.crain@rabobank.com
henk.aardema@utc.rabobank.com
henk.rozendaal@rabobank.com
j.w.vollack@nyc.rabobank.com
james.han@rabobank.com
james.pieri@rabobank.com
james.telders@rabobank.com
japp.slotema@utc.rabobank.com
jeffrey.chubb@rabobank.com
john.marlow@rabobank.com
john.moroney@rabobank.com
john.spellman@rabobank.com
judith.hamilton@rabobank.com
justin.harwood@rabobank.com
justin.sliney@nyc.rabobank.com
karen.boyer@nyc.rabobank.com
keith.bigwood@rabobank.com
ken.towers@rabobank.com
kevin.mclaughlin@rabobank.com
kevin.mullin@rabobank.com
kevin.taylor@rabobank.com

**Company & Corresponding Email Addresses**

kirstie.turner@rabobank.com
lee.davison-poltock@rabobank.com
lee.ferridge@rabobank.com
lisa.wichman@rabobank.com
lorraine.mcneely@rabobank.com
luke.morrison@rabobank.com
malkeet.dhaliwal@rabobank.com
manolo.pedrini@rabobank.com
marc.genovese@rabobank.com
mark.curtis@nyc.rabobank.com
mark.dams@rabobank.com
mark.lauber@rabobank.com
martin.tunstall@rabobank.com
martin.van.meerendonk@rabobank.com
martino.brioni@rabobank.com
max.blom@utc.rabobank.com
max.nuti@nyc.rabobank.com
micha.schipper@rabobank.com
michael.gower@rabobank.com
michael.halevi@rabobank.com
michael.phelan@rabobank.com
michail.eleftheriou@rabobank.com
natasja.aardema@utc.rabobank.com
nick.maurice@rabobank.com
oliver.wolter@rabobank.com
pal.chidambaram@rabobank.com
paul.butler@rabobank.com
peter.hursthouse@rabobank.com
peter.plester@rabobank.com
petra.spelbos@rabobank.com
philip.kemp@rabobank.com
ralph.andresen@rabobank.com
randy.himelfarb@rabobank.com
randy.watkins@rabobank.com
raymond.miller@rabobank.com
ricardo.scaff@rabobank.com
richard.bennett@rabobank.com
richard.herbst@rabobank.com
richard.mattner@nyc.rabobank.com
rick.llewellyn@rabobank.com
robert.harris@rabobank.com
robert.trynes@rabobank.com
roger.bradshaw@rabobank.com
ronald.grobeck@rabobank.com
rudy.bulis@nyc.rabobank.com
rufus.round@rabobank.com
salim.hasnat@rabobank.com
sarah.lee@rabobank.com
sarah-jane.campbell@rabobank.com
scott.swift@rabobank.com
sergio.nakashima@sao.rabobank.com
servet.canal@rabobank.com
sheldon.sussman@rabobank.com
simon.burton@rabobank.com

## Company & Corresponding Email Addresses

simon.parker@rabobank.com
sophie.hawkes@rabobank.com
spyros.degleris@rabobank.com
stefano.pallotti@rabobank.com
steve.thomas@rabobank.com
steve.wilks@rabobank.com
steven.alcorn@rabobank.com
stewart.kalish@nyc.rabobank.com
t.stevens@nyc.rabobank.com
tamara.zaliznyak@rabobank.com
thomas.salvia@rabobank.com
thon.huijser@rabobank.com
thorstein.vrolijk@rabobank.com
tina.cao@rabobank.com
tjard.westbroek@rabobank.com
tobias.becker@rabobank.com
tracy.pridgen@rabobank.com
vincent.vierhout@rabobank.com
vladimir.sotskov@rabobank.com
warren.tong@rabobank.com
wendy.rosenfeld@rabobank.com
wink.mora@rabobank.com

### rabo-bank

christopoulosg@rabo-bank.com
debriconj@rabo-bank.com
dickinsons@rabo-bank.com
freemanc@rabo-bank.com
gatesa@rabo-bank.com
gladeni@rabo-bank.com
hilla@rabo-bank.com
jeddob@rabo-bank.com
rothb@rabo-bank.com
sam.horowitz@rabo-bank.com
vanderd@rabo-bank.com
verhoefm@rabo-bank.com
wyckb@rabo-bank.com

### raborobecobank

e.grandjean@raborobecobank.lu
m.vanoosten@raborobecobank.lu

### rad

eitan_a@rad.co.il
yehuda_z@rad.co.il

### rahnbodmer

augusto.devincenzo@rahnbodmer.ch
bidermann.christian@rahnbodmer.ch
bilgic.hueseyin@rahnbodmer.ch
brunner.urs@rahnbodmer.ch
burhan.fazlija@rahnbodmer.ch
christa.lorenzi@rahnbodmer.ch
cortesi.franco@rahnbodmer.ch
egger.fritz@rahnbodmer.ch
hofmann.patrick@rahnbodmer.ch
hostettler.sascha@rahnbodmer.ch
hostettler.ueli@rahnbodmer.ch

## Company & Corresponding Email Addresses

hug.kurt@rahnbodmer.ch
inauen.michael@rahnbodmer.ch
jacober.toni@rahnbodmer.ch
knecht.bernhard@rahnbodmer.ch
kulhoff.birgit@rahnbodmer.ch
martin.bidermann@rahnbodmer.ch
michele.diprizio@rahnbodmer.ch
payer.bernhard@rahnbodmer.ch
perschl.andreas@rahnbodmer.ch
rey.dominique@rahnbodmer.ch
riesen.markus@rahnbodmer.ch
rosenfelder.sascha@rahnbodmer.ch
steinhauser.eric@rahnbodmer.ch
thorsten.kuechler@rahnbodmer.ch
walter.roman@rahnbodmer.ch
wiederkehr.juerg@rahnbodmer.ch

### rai
a.desario@rai.it
capello@rai.it
e.paracchini@rai.it
f.belli@rai.it
f.bertolino@rai.it
m.cali@rai.it

### raiffeisen
andreas.ulrich@raiffeisen.ch
christian.amos@raiffeisen.ch
daniel.smith@raiffeisen.ch
felice.degrandi@raiffeisen.ch
frank.verstraeten@raiffeisen.ch
ivo.butler@raiffeisen.ch
markus.egger@raiffeisen.ch
peter.frehner@raiffeisen.ch

### raiffeisenbank
bernd.chory@raiffeisenbank.at
christian.tunkl@raiffeisenbank.at
dieter.biegel@raiffeisenbank.at
diethard.holzer@raiffeisenbank.at
gerhard.scharinger@raiffeisenbank.at
gernot.nagl@raiffeisenbank.at
guenther.hain@raiffeisenbank.at
herbert.neuhauser@raiffeisenbank.at
herwig.haidn@raiffeisenbank.at
isabella.bertolas@raiffeisenbank.at
jochen.bonk@raiffeisenbank.at
michael.handl@raiffeisenbank.at
roland.eder@raiffeisenbank.at
stefan.horvath@raiffeisenbank.at
stephan.krotz@raiffeisenbank.at
werner.hochrainer@raiffeisenbank.at
werner.serles@raiffeisenbank.at
wolfgang.huber@raiffeisenbank.at

### rainierfunds
andreal.durbin@rainierfunds.com
angela.diamantini@rainierfunds.com

## Company & Corresponding Email Addresses

ann.aoyama@rainierfunds.com
cathy.woodard@rainierfunds.com
dan.henry@rainierfunds.com
daniel.brewer@rainierfunds.com
dirk.huenink@rainierfunds.com
julie.lentini@rainierfunds.com
justin.kane@rainierfunds.com
lizzie@rainierfunds.com
mark.broughton@rainierfunds.com
markd@rainierfunds.com
mary.vollert@rainierfunds.com
matt.kennedy@rainierfunds.com
mike.emery@rainierfunds.com
miranda.bradford@rainierfunds.com
peter.musser@rainierfunds.com
stacie.cowell@rainierfunds.com
trevor.williams@rainierfunds.com
tyler.platte@rainierfunds.com

### rallc
li@rallc.com

### ramrealestate
mkaras@ramrealestate.com

### ranierfunds
justin.kane@ranierfunds.com

### ratp
anais.martin@ratp.fr
arnaud.toubert@ratp.fr
dominique.queguiner@ratp.fr
laurence.bucks@ratp.fr
marie-sylvie.seillan@ratp.fr
maurice.jarlier@ratp.fr
sylvie.jeanjean@ratp.fr

### raymondjames
andrew.hahn@raymondjames.com
arnie.palatnek@raymondjames.com
bob.anastasi@raymondjames.com
bobby.colon@raymondjames.com
brad.tottle@raymondjames.com
brian.cebuhar@raymondjames.com
brian.cothran@raymondjames.com
bryan.meckley@raymondjames.com
chad.bolen@raymondjames.com
chet.helck@raymondjames.com
dan.franks@raymondjames.com
david.smith@raymondjames.com
debbie.wolfe@raymondjames.com
dennis.zank@raymondjames.com
dominique.vacheron@raymondjames.com
eric.longphee@raymondjames.com
eva.skibicki@raymondjames.com
fred.hosken@raymondjames.com
fred.whaley@raymondjames.com
gary.cook@raymondjames.com
greg.kovac@raymondjames.com

## Company & Corresponding Email Addresses

howard.house@raymondjames.com
james.armstrong@raymondjames.com
jeff.reda@raymondjames.com
jeff.trocin@raymondjames.com
jennifer.flavin@raymondjames.com
jeremy.dunford@raymondjames.com
jim.mcdaniel@raymondjames.com
jim.sickling@raymondjames.com
joe.estes@raymondjames.com
joey.speyrer@raymondjames.com
john.walsh@raymondjames.com
katherine.vigeveno@raymondjames.com
kent.nelson@raymondjames.com
larry.schaad@raymondjames.com
lori.stone@raymondjames.com
louis.parks@raymondjames.com
maria.shepherd@raymondjames.com
mark.drouse@raymondjames.com
mark.reaves@raymondjames.com
matt.klocke@raymondjames.com
melanie.wilson@raymondjames.com
michael.mayes@raymondjames.com
mike.smith@raymondjames.com
mo.krausman@raymondjames.com
natasa.glusac@raymondjames.com
nicholas.lacy@raymondjames.com
norman.nelson@raymondjames.com
patrick.oconnor@raymondjames.com
paul.beaudoin@raymondjames.com
peter.reilly@raymondjames.com
raymond.gutowski@raymondjames.com
ryan.rackley@raymondjames.com
ryann.donohue@raymondjames.com
sarah.tucker@raymondjames.com
scott.cook@raymondjames.com
scott.warnock@raymondjames.com
scottie.diebold@raymondjames.com
terry.bedford@raymondjames.com
thomas.layton@raymondjames.com
thomas.mcconville@raymondjames.com
tom.clark@raymondjames.com
tom.franke@raymondjames.com
toma.james@raymondjames.com
van.sayler@raymondjames.com

### rb

ivo.prokop@rb.cz
martin.palasek@rb.cz
michal.baranek@rb.cz
michal.michalov@rb.cz
michal.ondruska@rb.cz
milan.fajkus@rb.cz
pavel.mertlik@rb.cz

### rba

andersenm@rba.gov.au

## Company & Corresponding Email Addresses

bantag@rba.gov.au
battellinor@rba.gov.au
bedij@rba.gov.au
blackg@rba.gov.au
cassidyn@rba.gov.au
cheshirej@rba.gov.av
dowlings@rba.gov.au
draytonk@rba.gov.au
goddena@rba.gov.au
griffinj@rba.gov.au
growj@rba.gov.av
milliganj@rba.gov.au
owenr@rba.gov.av
skeersc@rba.gov.au
vossa@rba.gov.au
westons@rba.gov.au
whitelawj@rba.gov.au

### rbb
mmikulik.security@rbb.at

### rbb-bank
ghoellerl.security@rbb-bank.co.at
jwaltl.security@rbb-bank.co.at
pladreiter@rbb-bank.co.at

### rbc
adrian.plummer@rbc.com
alvin.bhawanie@rbc.com
beatrice.werlen@rbc.com
brad.spring@rbc.com
brian.hickling@rbc.com
carmine.pollice@rbc.com
cathy.vassell-burnett@rbc.com
christopher.strong@rbc.com
colleen.rasmussen@rbc.com
dan.camenietzki@rbc.com
daniel.reynolds@rbc.com
david.cox@rbc.com
david.lambert@rbc.com
dawn.hazlewood@rbc.com
dominic.wallington@rbc.com
dorothy.radulescu@rbc.com
euadne.callendar-david@rbc.com
francisco.martins@rbc.com
francois.gauvin@rbc.com
frank.gambino@rbc.com
glenn.mitchell@rbc.com
greg.adair@rbc.com
hugh.maclean@rbc.com
james.lark@rbc.com
james.mcmahon@rbc.com
janice.koshida@rbc.com
jason.melo@rbc.com
jason.storsley@rbc.com
jean-francois.dion@rbc.com
jean-jacques.scheidegger@rbc.com

## Company & Corresponding Email Addresses

john.groves@rbc.com
john.logie@rbc.com
kenneth.tovich@rbc.com
manoj.mistry@rbc.com
maria.z.desousa@rbc.com
mark.hirst@rbc.com
marty.balch@rbc.com
mary.chiappetta@rbc.com
matt.barasch@rbc.com
meshaniakwe.swai@rbc.com
michael.dejana@rbc.com
michael.horning@rbc.com
michael.montague@rbc.com
nick.stobart@rbc.com
nyma.hosein@rbc.com
pat.jack@rbc.com
paul.chan@rbc.com
philip.ball@rbc.com
rafe.garvin@rbc.com
raymond.chang@rbc.com
raymond.mark@rbc.com
richard.hall@rbc.com
sandra.nunes@rbc.om
stephen.notidis@rbc.com
stuart.udall@rbc.com
susan.lieberman@rbc.com
timothy.wood@rbc.com
trevor.carlin@rbc.com
vittorio.fegitz@rbc.com

### rbccm

adam.waldman@rbccm.com
adrian.bell@rbccm.com
ahmad.kreydieh@rbccm.com
alexander.birr@rbccm.com
ali.jalai@rbccm.com
alistair.featherstone@rbccm.com
al-karim.ramji@rbccm.com
andrew.blair-rains@rbccm.com
andrew.munn@rbccm.com
andrew.thornhill@rbccm.com
andrew.white@rbccm.com
andy.hinde@rbccm.com
andy.scace@rbccm.com
anup.goswami@rbccm.com
barry.ryan@rbccm.com
benny.tommasino@rbccm.com
bill.haines@rbccm.com
bis.mukerji@rbccm.com
brad.heintzman@rbccm.com
caitlin.glendinning@rbccm.com
cara.fleisher@rbccm.com
cathy.izzo@rbccm.com
charles.russell@rbccm.com
chris.harvey-fros@rbccm.com

**Company & Corresponding Email Addresses**

christophe.ollari@rbccm.com
christopher.lindsey@rbccm.com
clinton.matter@rbccm.com
colin.lambert@rbccm.com
colleen.longobardi@rbccm.com
daniel.smith@rbccm.com
david.barker@rbccm.com
david.bibona@rbccm.com
david.jackson@rbccm.com
david.millar@rbccm.co.uk
david.wilson@rbccm.com
devin.haran@rbccm.com
diamond.charania@rbccm.com
dieter.dorp@rbccm.com
edward.flowers@rbccm.com
elaine.skinner@rbccm.com
eoin.ward@rbccm.com
eric.blanchard@rbccm.com
eric.wise@rbccm.com
erik.jacobs@rbccm.com
evan.glass@rbccm.com
georg.grodzki@rbccm.com
giuseppe.pollifrone@rbccm.com
grant.gibson@rbccm.com
james.roche@rbccm.com
jameson.hick@rbccm.com
jason.lindeman@rbccm.com
jean.dulude@rbccm.com
jean.mink@rbccm.com
jennifer.wright@rbccm.com
jeremy.loewendahl@rbccm.com
jerry.lee@rbccm.com
jim.byrd@rbccm.com
joe.geli@rbccm.com
joe.muskatel@rbccm.com
john.e.beckwith@rbccm.com
john.harkins@rbccm.com
jordi.orriols-gil@rbccm.com
joseph.giammerella@rbccm.com
josh.denzinger@rbccm.com
julie.evans@rbccm.com
kelly.bateman@rbccm.com
kevin.wilson@rbccm.com
lee.acerbis@rbccm.com
lee.shaiman@rbccm.com
les.vowell@rbccm.com
marc.goldwyn@rbccm.com
margus.ehatam@rbccm.com
maria.glew@rbccm.com
mark.iles@rbccm.com
mark.wood@rbccm.com
martin.ward@rbccm.com
matt.ocallaghan@rbccm.com
matthew.munzar@rbccm.com

## Company & Corresponding Email Addresses

matthew.rex@rbccm.com
melissa.marano@rbccm.com
michael.atherton@rbccm.com
mike.quinn@rbccm.com
mike.srba@rbccm.com
mussadiq.lakhani@rbccm.com
nathan.griffiths@rbccm.com
neil.taylor@rbccm.com
nicholas.wright@rbccm.com
nick.wood@rbccm.com
pdoerig@rbccm.com
penny.gregory@rbccm.com
peter.brown@rbccm.com
ralph.langenborg@rbccm.com
richard.jenkins@rbccm.com
richard.owens@rbccm.com
richard.waddington@rbccm.com
rizwan.ahmad@rbccm.com
rob.pomphrett@rbccm.com
robert.burns@rbccm.com
robert.doyle@rbccm.com
roger.pellegrini@rbccm.com
russell.jones@rbccm.com
ryan.neske@rbccm.com
sanjai.bhonsle@rbccm.com
santosh.varki@rbccm.com
scott.umbs@rbccm.com
simon.ling@rbccm.com
simon.overington@rbccm.com
softa.shields@rbccm.com
stephen.greene@rbccm.com
stephen.levitan@rbccm.com
steve.thom@rbccm.com
steven.h.ng@rbccm.com
tarquin.orchard@rbccm.com
terry.fallon@rbccm.com
tim.pearce@rbccm.com
tim.sutton@rbccm.com
toby.rome@rbccm.com
tom.peters@rbccm.com
tony.botting@rbccm.com
uri.ron@rbccm.com
warren.leonard@rbccm.com
wasim.afzal@rbccm.com
william.ballard@rbccm.com
winnie.sze@rbccm.com
yu.li@rbccm.com

### rbcdexia-is

joan.frith@rbcdexia-is.com
nick.conroy@rbcdexia-is.com
stefan.wilkes@rbcdexia-is.net
stephen.rudland@rbcdexia-is.com
teresa.guerrero@rbcdexia-is.es

### rbcds

## Company & Corresponding Email Addresses

amish.desai@rbcds.com
andy.conway@us.rbcds.com
colin.sturgeb@rbcds.com
david.leibowitz@us.rbcds.com
mguy@rbcds.com
michael.marco@us.rbcds.com
mike.bowick@rbcds.com
pat.russett@rbcds.com
ron.stanley@rbcds.com
santosh.varki@us.rbcds.com
sashah@rbcds.com
thomas.fredericks@us.rbcds.com
winson.ho@rbcds.com

**rbcds-ged-uk**
research1@rbcds-ged-uk.com

**rbcel**
richarad@rbcel.com
summerge@rbcel.com

**rbcinvestments**
melissa.cavelti@rbcinvestments.com
stephane.rochon@rbcinvestments.com

**rbgt**
hansjoerg.ertl@rbgt.raiffeisen.at

**rbi**
adas@rbi.org.in
anandsinha@rbi.org.in
bhoibk@rbi.org.in
devinderkumar@rbi.org.net
etrajendran@rbi.org.in
gsrinivas@rbi.org.in
indranilchakraborty@rbi.org.in
jaganmohan@rbi.org.in
janakraj@rbi.org.in
jpbansal@rbi.org.in
lmanjunath@rbi.org.in
meenahemchandra@rbi.org.in
opmall@rbi.org.in
pkrishnamurthy@rbi.org.in
prakash@rbi.org.in
rajivranjan@rbi.org.in
rakeshmohan@rbi.org.in
rcpanda@rbi.org.in
scrath@rbi.org.in
sgopinath@rbi.org.in
siddharthsanyal@rbi.org.in
sundarmurthy@rbi.org.in
tcnair@rbi.org.in
ushathorat@rbi.org.in
vijayraina@rbi.org.in

**rbim**
tczitron@rbim.com

**rbmg**
aocasio@rbmg.com
jraxter@rbmg.com

## Company & Corresponding Email Addresses

### rbnz
john.young@rbnz.govt.nz
nick.smyth@rbnz.govt.nz
waikin.choy@rbnz.govt.nz

### rbos
adrian.hill@rbos.co.uk
brent.eastburg@rbos.com

### rbs
mthomson@rbs.co.uk
stev.beill@rbs.co.uk

### rbscoutts
active.advisory@rbscoutts.com
andreas.schwyn@rbscoutts.com
andreas.sigg@rbscoutts.com
andriana.oikonomopoulou@rbscoutts.com
arno.meier@rbscoutts.com
beat.ehrismann@rbscoutts.com
bruno.engler@rbscoutts.com
daniel.nyffeler@rbscoutts.com
dominik.halder@rbscoutts.com
doris.giger@rbscoutts.com
elmar.juenger@rbscoutts.com
fabrizio.favara@rbscoutts.com
gilbert.wuelser@rbscoutts.com
gregory.narmont@rbscoutts.com
hakan.sesle@rbscoutts.com
jason.ulrich@rbscoutts.com
jean-michel.oneyser@rbscoutts.com
karl.zahner@rbscoutts.com
kim.blaser@rbscoutts.com
laura.argentini@rbscoutts.com
marc.boetschi@rbscoutts.com
rudolf.buxtorf@rbscoutts.com
ruedi.zaugg@rbscoutts.com
thomy.zuend@rbscoutts.com
urs.gahler@rbscoutts.com

### rbsgc
aleshia.toussaint@rbsgc.com
bryn.cirillo@rbsgc.com
catherine.intriago@rbsgc.com
daniel.weidlich@rbsgc.com
e.g.fisher@rbsgc.com
eric.hiller@rbsgc.com
james.waring@rbsgc.com
jeff.black@rbsgc.com
jonathan.blob@rbsgc.com
joseph.carchidi@rbsgc.com
joshua.thimons@rbsgc.com
joy.kousoulas@rbsgc.com
kamil.falkowski@rbsgc.com
kevin.cavanaugh@rbsgc.com
kimberly.kehle@rbsgc.com
lu.chen@rbsgc.com
mina.guiahi@rbsgc.com

## Company & Corresponding Email Addresses

ming.lin@rbsgc.com
morris.sachs@rbsgc.com
nakayra.profit@rbsgc.com
nicholas.tarasovic@rbsgc.com
richard.berberian@rbsgc.com
robert.costello@rbsgc.com
robert.moro@rbsgc.com
scott.lemone@rbsgc.com
steven.sherrick@rbsgc.com
suzanne.andre@rbsgc.com
timothy.tiani@rbsgc.com

### rbtt
amrit.sinanan@jm.rbtt.com
emmanuel.alisternoel@tt.rbtt.com
henry.defreitas@an.rbtt.com
ian.kelly@jm.rbtt.com
kavita.suratsingh@tt.rbtt.com
ninoska.mack@tt.rbtt.com
patricia.kongting@tt.rbtt.com
raheem.mungrue@tt.rbtt.com
stephen.tangnian@tt.rbtt.com

### rcbank
tom.lee@rcbank.com

### rccl
aadvani@rccl.com
agibson@rccl.com
ctorres@rccl.com
dmathewes@rccl.com
lbarry@rccl.com
pmartinez@rccl.com
rowan@rccl.com
ttrotter@rccl.com

### rcil
elizabeth.potter@rcil.co.uk

### rcm
aikaterini.kosmopoulou@uk.rcm.com
alexandra.muchna@rcm.at
alexandra.richter@de.rcm.com
andrea.szabo-kelly@de.rcm.com
andreas.bartels@de.rcm.com
andreas.bockberger@rcm.at
andreas.riegler@rcm.at
angelika.millendorfer@rcm.at
barbara.kalcik@rcm.at
barbara.wiener@rcm.at
bernhard.ullram@rcm.at
burkhard.weiss@rcm.at
christian.leinweber@rcm.at
christian.pail@rcm.at
christian.pollanz@rcm.at
christian.zima@rcm.at
connie.schuemann@rcm.at
daniela.uhlik-kliemstein@rcm.at
florian.leisch@rcm.at

**Company & Corresponding Email Addresses**

gabriel.panzenboeck@rcm.at
georg.nitzlader@rcm.at
gerhard.bauer@rcm.at
gernot.mayr@rcm.at
gregor.holek@rcm.at
gregor.rudolph-dengel@de.rcm.com
guenther.schmitt@rcm.at
hannes.loacker@rcm.at
helen.lam@hk.rcm.com
herbert.perus@rcm.at
joern.lange@rcm.at
josef.bernhard@rcm.at
juergen.maier@rcm.at
kurt.schappelwein@rcm.at
lars.dahlhoff@de.rcm.com
leopold.salcher@rcm.at
lydia.reich@rcm.at
magdalena.wasowicz@rcm.at
marc.caretti@rcm.at
mark.monson@rcm.at
martin.hinterhofer@rcm.at
martin.soeldner@rcm.at
martyn.king@uk.rcm.com
nicole.papassavvas@de.rcm.com
nigel.lanning@uk.rcm.com
norbert.janisch@rcm.at
patrick.pastollnigg@rcm.at
paul.pawelka@rcm.at
peter.schlagbauer@rcm.at
robert.senz@rcm.at
roman.thurner@rcm.at
ronald.schneider@rcm.at
stefan.gruenwald@rcm.at
thomas.korhammer@rcm.at
thomas.orthen@de.rcm.com
ulrike.tatzber@rcm.at
zoltan.koch@rcm.at

**rcn**
nwadelton@rcn.com

**rcomext**
clement_marchand@rcomext.com

**readrite**
michael.montgomery@readrite.com

**realemutua**
alessandro.bianco@realemutua.it
alessio.cazzola@realemutua.it
anna.deambrosis@realemutua.it
antonio.agliardi@realemutua.it
gianpiero.zannier@realemutua.it
giovanni.monticone@realemutua.it
giulio.saitta@realemutua.it
maurizio.pillon@realemutua.it
paolo.ascolani@realemutua.it
patrizia.driusso@realemutua.it

## Company & Corresponding Email Addresses
simonaesterina.borio@realemutua.it
### realestate
gerhard.thiele@realestate.de
### reamsasset
bcrider@reamsasset.com
bobby@reamsasset.com
cholland@reamsasset.com
dolson@reamsasset.com
dspurgeon@reamsasset.com
gcard@reamsasset.com
iacosta@reamsasset.com
ksalsbery@reamsasset.com
megan@reamsasset.com
plaughlin@reamsasset.com
rdavis@reamsasset.com
scaldwell@reamsasset.com
srosener@reamsasset.com
svincent@reamsasset.com
tfink@reamsasset.com
tthompson@reamsasset.com
### reatech
aclark@reatech.net
cboon@reatech.net
mbourne@reatech.net
rmuller@reatech.net
sjackaman@reatech.net
### rebeco
k.shan@rebeco.nl
### recordcm
cbeckley@recordcm.com
dpatel@recordcm.com
jbrown@recordcm.com
jsleigh@recordcm.com
skhan@recordcm.com
### redcapitalgroup
dwmelchi@redcapitalgroup.com
### redstoneadv
tyoung@redstoneadv.com
### redwoodtrust
akemi.tanaka@redwoodtrust.com
akihiro.iisaka@redwoodtrust.com
andrew.cramer@redwoodtrust.com
andrew.gillmer@redwoodtrust.com
andy.sirkis@redwoodtrust.com
bo.stern@redwoodtrust.com
bobby.kumar@redwoodtrust.com
brett.nicholas@redwoodtrust.com
brian.choi@redwoodtrust.com
celeste.yang@redwoodtrust.com
cheryl.lopez@redwoodtrust.com
chris.livermore@redwoodtrust.com
dennis.ching@redwoodtrust.com
doug.hansen@redwoodtrust.com
erin.james@redwoodtrust.com

## Company & Corresponding Email Addresses

garnet.kanouse@redwoodtrust.com
gloria.li@redwoodtrust.com
jason.moutray@redwoodtrust.com
john.isbrandtsen@redwoodtrust.com
john.sousa@redwoodtrust.com
katherine.young@redwoodtrust.com
kyle.koelbel@redwoodtrust.com
mari.kawawa@redwoodtrust.com
marie.siemens@redwoodtrust.com
mark.bennett@redwoodtrust.com
sambou.makalou@redwoodtrust.com
selnalyn.locsin@redwoodtrust.com
vivian.truong@redwoodtrust.com

### reedelsevier
ceri.drewett@reedelsevier.co.uk
sybella.stanley@reedelsevier.com

### reemtsma
daniel.pradilla@reemtsma.de
iqbal.lambat@reemtsma.de

### refco
amoody@refco.com
ddonora@refco.com
dhenritze@refco.com
djanelli@refco.com
esanford@refco.com
fcaruso@refco.com
gparodi@refco.com
gsapio@refco.com
jagoglia@refco.com
jjacaruso@refco.com
jkozlowski@refco.com
jpalmieri@refco.com
jpenner@refco.com
khall@refco.com
lkalamaras@refco.com
mbuenaventura@refco.com
rdoyle@refco.com
ssassano@refco.com
tfinnegan@refco.com
tsaturn@refco.com
tyorke@refco.com
tzizzamia@refco.com
vpulidore@refco.com
wsullivan@refco.com

### refcoeurope
pmaliczak@refcoeurope.com

### reflectioncap
lshen@reflectioncap.com

### regimentcapital
bcarroll@regimentcapital.com

### relan
wim.v.dam@relan.nl

### reliancebank
blehman@reliancebank.com

**Company & Corresponding Email Addresses**

byahner@reliancebank.com

**reliastar**

greg.anderson@reliastar.com
jim.mahnke@reliastar.com
scott.peterson@reliastar.com
steve.norcutt@reliastar.com

**relico**

mteichner@relico.com

**remar**

gianluca.v@remar.it
marco.p@remar.it

**remy-cointreau**

bruno.mouclier@remy-cointreau.com
dominique.heriard-dubreuil@remy-cointreau.com
emmanuel.arabian@remy-cointreau.com
francoise.cambilargiu@remy-cointreau.com
gauthier.vasseur@remy-cointreau.com
herve.dumesny@remy-cointreau.com
john.colleemallay@remy-cointreau.com
philippe.geay@remy-cointreau.com
sebastian.davila.torres@remy-cointreau.com

**renault**

denis.soubeyran@renault.com
salome.camur@renault.com

**rencap**

jarnoff@rencap.com

**reno**

caron@reno.ch
d.girard-soppet@reno.ch

**renre**

smh@renre.com

**rental4**

jlblazquet@rental4.es

**rentec**

adrienne@rentec.com
annie@rentec.com
arif@rentec.com
arosenfeld@rentec.com
brandt@rentec.com
catanasio@rentec.com
cconnor@rentec.com
ds@rentec.com
edward@rentec.com
elaina@rentec.com
eqtraders@rentec.com
fernando@rentec.com
georgeh@rentec.com
gudjon@rentec.com
igor@rentec.com
jgraf@rentec.com
jrowen@rentec.com
kaye@rentec.com
krossi@rentec.com
laetitia@rentec.com

**Company & Corresponding Email Addresses**

laraine@rentec.com
magaro@rentec.com
mendo-research@rentec.com
mgiordano@rentec.com
mikeo@rentec.com
ming@rentec.com
mkim@rentec.com
mmindich@rentec.com
msilber@rentec.com
nat@rentec.com
norman@rentec.com
paul@rentec.com
pbroda@rentec.com
rhoades@rentec.com
richard@rentec.com
rizzoni@rentec.com
sebastian@rentec.com
tbob@rentec.com
tfallon@rentec.com
tkerns@rentec.com
zierk@rentec.com

**rentech**

colin.oreilly@rentech.com
daivd.oakes@rentech.com
greg.flowers@rentech.com

**rentenbank**

berens@rentenbank.de smtp bere
florian.friedel@rentenbank.de
goebel@rentenbank.de
kuhfahl@rentenbank.de
olma@rentenbank.de smtp olma@r
reinhardt@rentenbank.de
schlereth@rentenbank.de
thorsten.urban@rentenbank.de
zimpelmann@rentenbank.de

**repsolpf**

jsanchor@repsolpf.com

**repsolypf**

acortinadealcocer@repsolypf.com
adodinh@repsolypf.com
apershukova@repsolypf.com
bmarting@repsolypf.com
cgarciag@repsolypf.com
dcaceresn@repsolypf.com
jlmunozv@repsolypf.com
jmcastanom@repsolypf.com
jsanzc@repsolypf.com
lmartinm@repsolypf.com
lojimenezre@repsolypf.com
lrejonp@repsolypf.com
mmarcosa@repsolypf.com
mrcuestar@repsolypf.com
pgonzalezp@repsolypf.com
tegilal@repsolypf.com

## Company & Corresponding Email Addresses

### repsol-ypf
agomiss@repsol-ypf.com
aplazam@repsol-ypf.com
elunas@repsol-ypf.com
fgarciat@repsol-ypf.com
garriaga@repsol-ypf.com
mshernandez@repsol-ypf.com
rpsimarro@repsol-ypf.com
sfidalgos@repsol-ypf.com

### resbank
andre.marais@resbank.co.za
brian.kahn@resbank.co.za
henry.mitchell-innes@resbank.co.za
jeanette.chuene@resbank.co.za
johan.vandenheever@resbank.co.za
kumari.perumal@resbank.co.za
mzi.njamela@resbank.co.za
naledi.selobai@resbank.co.za
salome.venter@resbank.co.za
zafar.parker@resbank.co.za
zodwa.matsau@resbank.co.za

### research
research@research.com

### reservefunds
glenn_koenig@reservefunds.com
jack_rosa@reservefunds.com
mike_sheridan@reservefunds.com
richard_bard@reservefunds.com

### resolution
iain.mcmillan@resolution.com

### resolutionasset
adam.walker@resolutionasset.com
adrian.darley@resolutionasset.com
alison.galbraith@resolutionasset.com
angela.mclean@resolutionasset.com
annemarie.french@resolutionasset.com
betsy.anderson@resolutionasset.com
bill.blackley@resolutionasset.com
brian.jack@resolutionasset.com
chris.bowie@resolutionasset.com
darren.mclean@resolutionasset.com
david.clark@resolutionasset.com
david.ridland@resolutionasset.com
dennis.wyles@resolutionasset.com
derek.montgomery@resolutionasset.com
diane.wilson@resolutionasset.com
douglas.wright@resolutionasset.com
finlay.macdonald@resolutionasset.com
gareth.henry@resolutionasset.com
gary.mcaleese@resolutionasset.com
gordon.shannon@resolutionasset.com
graeme.lindsay@resolutionasset.com
hamish.robertson@resolutionasset.com
helen.macleod@resolutionasset.com

## Company & Corresponding Email Addresses

iain.hannah@resolutionasset.com
james.smith@resolutionasset.com
jennifer.chirrey@resolutionasset.com
jin.wong@resolutionasset.com
kenny.watson@resolutionasset.com
lenny.shaw@resolutionasset.com
lisa.gibb@resolutionasset.com
margaret.reilly@resolutionasset.com
mark.wilson@resolutionasset.com
paul.corner@resolutionasset.com
peter.reid@resolutionasset.com
phil.heaney@resolutionasset.com
ralph.brook-fox@resolutionasset.com
raymond.connor@resolutionasset.com
richard.balloch@resolutionasset.com
robert.neeson@resolutionasset.com
russell.oxley@resolutionasset.com
steven.brodie@resolutionasset.com
stuart.thomson@resolutionasset.com
susan.hunter@resolutionasset.com
symon.scott@resolutionasset.com
terry.ewing@resolutionasset.com

### resolutionglasgow
david.hughes@resolutionglasgow.com

### resolutionplc
andrew.burke@resolutionplc.com
andrew.hayward@resolutionplc.com
andrew.rendell@resolutionplc.com
andy.dean@resolutionplc.com
david.eubank@resolutionplc.com
debbie.savory@resolutionplc.com
jason.cornish@resolutionplc.com
mike.merrick@resolutionplc.com
rick.johnston@resolutionplc.com

### resurgencellc
awhite@resurgencellc.com
bhaney@resurgencellc.com
jbarone@resurgencellc.com
jrubin@resurgencellc.com
mpalmer@resurgencellc.com
rsymington@resurgencellc.com

### resurgenscapitalmarkets
rpercy@resurgenscapitalmarkets.com
tcarey@resurgenscapitalmarkets.com

### retemail
bbsa.pcavero@retemail.es

### retirement
rpatsy@retirement.sc.gov

### reuschel
guenther.wurm@reuschel.com
michael.gruner@reuschel.com
nikolaus.junk@reuschel.com

### reuters
joseph.bow@reuters.com

## Company & Corresponding Email Addresses

mgallo.kbw.com@reuters.net

### rewe
marc.roehder@rewe.de

### rewe-group
harald.greiner@rewe-group.com
markus.schaefer@rewe-group.com
peter.radtke@rewe-group.com

### rfc
escholt@rfc.com
jlundgr@rfc.com
wsiats@rfc.com

### rg
gh@rg.de

### rgbk
chandy@rgbk.com
jcarter@rgbk.com
jfcarter@rgbk.com

### rgcrownbank
jsanchez@rgcrownbank.com

### rgonline
jortiz@rgonline.com
jsandoval@rgonline.com
laldea@rgonline.com

### rhbco
klaplena@rhbco.com
rbluestein@rhbco.com

### rhco
andrew_stephenson@rhco.com
brandy_conner@rhco.com
brian_mulderry@rhco.com
chris_wells@rhco.com
christina_sampanes@rhco.com
david_kass@rhco.com
jason_crowley@rhco.com
jeff_campbell@rhco.com
jim_snave@rhco.com
jonathan_scher@rhco.com
lou_corsetti@rhco.com
robert_johnson@rhco.com

### rhone-poulenc
bernard.ginet@paris.rhone-poulenc.com

### ri
georg.feldscher@ri.co.at
roland.mechtler@ri.co.at

### richemont
chrislast@richemont.com
christophe.toulousy@richemont.com
ed.mcquigg@richemont.com
francesco.cucinelli@richemont.com
jennifermclennan@richemont.com
john.mcanulty@richemont.com
karen.whinney@richemont.com
mariuskuchen@richemont.com
sonia.thueler@richemont.com

**Company & Corresponding Email Addresses**

sophie.cagnard@richemont.com
valerie.grivotet-masri@richemont.com
vassilina.lapteva@richemont.com

**richmond**

lmoelche@richmond.edu
mwerner@richmond.edu
rblandfo@richmond.edu

**richmondcap**

bschultz@richmondcap.com
hboss@richmondcap.com
mwalker@richmondcap.com
rwait@richmondcap.com

**ricoh-usa**

martin.rainsford@ricoh-usa.com

**ridgeworth**

alan.gayle@ridgeworth.com
ashi.parikh@ridgeworth.com
joe.ward@ridgeworth.com
matthew.lota@ridgeworth.com
matthew.welden@ridgeworth.com
stephen.smith@ridgeworth.com
william.turner@ridgeworth.com

**rid-intl**

julie.casey@uk.rid-intl.com

**rieter**

christian.zwahlen@rieter.com
ewald.trutmann@rieter.com
gianpiero.dibattista@rieter.com
juerg.maurer@rieter.com
renate.traxler@rieter.com

**riggsbank**

christine_kyle@riggsbank.com
colleen_doremus@riggsbank.com
james_wilhelm@riggsbank.com
jonathan_yudt@riggsbank.com
nate_reischer@riggsbank.com
owen_burman@riggsbank.com
sara_sampsell@riggsbank.com
vipin_sahijwani@riggsbank.com

**right**

left@right.com

**riksbank**

annette.henriksson@riksbank.se
christer.nilsson@riksbank.se
christian.ragnartz@riksbank.se
jacob.bolin@riksbank.se
johan.moeschlin@riksbank.se
johanna.nahkuri.hogfeldt@riksbank.se
lena.stromberg@riksbank.se
staffan.thonners@riksbank.se

**ris**

marc.archambault@ris.com
monica.senior@ris.com

**risklab**

## Company & Corresponding Email Addresses

bernd.schmid@risklab.de
bernhard.brunner@risklab.de
matthias.kaltenbacher@risklab.de

**rivercapital**
dkang@rivercapital.net

**riyad**
na@riyad.com

**riyadbank**
abdullah.al-zahrani@riyadbank.com
adel.ateeq@riyadbank.com
alan.hill@riyadbank.com
balshamlan@riyadbank.com
batel.al-batel@riyadbank.com
haytham.abualreesh@riyadbank.com
jamaang@riyadbank.com
majid.a.al-suwaigh@riyadbank.com
samir.sweidan@riyadbank.com
thierry.demolder@riyadbank.com
waalgasam@riyadbank.com

**riyadhbank**
kmasri@riyadhbank.com.sa

**rjf**
bmulford@eagle.rjf.com
ccleary@10e.rjf.com
dloufman@fi.rjf.com
eevanouskas@fi.rjf.com
gdodson@fi.rjf.com
lfunes@rjarg.rjf.com
mcullinane@fi.rjf.com
mhills@10e.rjf.com
pburns@interops.rjf.com
pharrington@fi.rjf.com
pwallace@heritagefunds.rjf.com
tmulligan@eagle.rjf.com

**rjobrien**
jwright@rjobrien.com

**rjrt**
lentzc@rjrt.com
quintaj@rjrt.com
rievesg@rjrt.com

**rk**
kikuchi_seiji@rk.smbc.co.jp
kimura_koji@rk.smbc.co.jp
koda_takashi@rk.smbc.co.jp
kojima_isao@rk.smbc.co.jp
matsugasaki_honami@rk.smbc.co.jp
matsuo_ryoji@rk.smbc.co.jp
nakazawa_hiroshi@rk.smbc.co.jp
otsubo_shinichiro@rk.smbc.co.jp
sato_toshihiro@rk.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
yamada_yoshihiro@rk.smbc.co.jp
yoda_koichiro@rk.smbc.co.jp

**rkag**

## Company & Corresponding Email Addresses

georg.linzer@rkag.at
gerhard.aigner@rkag.at
klaus.glaser@rkag.at
kurt.kotzegger@rkag.at
margarita.fischer@rkag.at

### rlam

andrea.williams@rlam.co.uk
andrew.carter@rlam.co.uk
bradley.mitchell@rlam.co.uk
chris.jeffrey@rlam.co.uk
daniel.capocci@rlam.co.uk
david.martin@rlam.co.uk
edward.chan@rlam.co.uk
eric.holt@rlam.co.uk
george.henderson@rlam.co.uk
graham.cook@rlam.co.uk
ian.kernohan@rlam.co.uk
ian.sharman@rlam.co.uk
ivor.pether@rlam.co.uk
jacqueline.simpson@rlam.co.uk
jane.coffey@rlam.co.uk
jeegar.jagani@rlam.co.uk
john.carmen@rlam.co.uk
jonathan.mclure@rlam.co.uk
jonathan.platt@rlam.co.uk
kevin.lilley@rlam.co.uk
leigh.himsworth@rlam.co.uk
lisa.xiao@rlam.co.uk
magnus.paterson@rlam.co.uk
mark.bannister@rlam.co.uk
mark.gazia@rlam.co.uk
martin.cholwill@rlam.co.uk
martin.foden@rlam.co.uk
mohindra.wadhwa@rlam.co.uk
neil.bardwell@rlam.co.uk
paola.binns@rlam.co.uk
paola.bins@rlam.co.uk
paul.doran@rlam.co.uk
paul.rayner@rlam.co.uk
rick.dentith@rlam.co.uk
robert.talbut@rlam.co.uk
sajiv.vaid@rlam.co.uk
stefan.bain@rlam.co.uk
stephen.booth@rlam.co.uk
stephen.peirce@rlam.co.uk
symon.bradford@rlam.co.uk
tayo.ajilore@rlam.co.uk
terence.nahar@rlam.co.uk
vicky.harriss@rlam.co.uk
victoria.cannon@rlam.co.uk
victoria.stewart@rlam.co.uk
zilla.ford@rlam.co.uk

### rlb-noe

andreas.eberhardt@rlb-noe.raiffeisen.at

## Company & Corresponding Email Addresses

robert.hinterberger@rlb-noe.raiffeisen.at
sascha.stadnikow@rlb-noe.raiffeisen.at
tim.geissler@rlb-noe.raiffeisen.at
werner.oellerer@rlb-noe.raiffeisen.at

### rlb-tirol

albert.hell@rlb-tirol.at
bernhard.gstrein@rlb-tirol.at
christian.andreatta@rlb-tirol.at
guenter.oberzaucher@rlb-tirol.at
heinz.hofer@rlb-tirol.at

### rmbcapital

mwachter@rmbcapital.com

### rmf

adrian.gmuer@rmf.ch
andreas.froehlich@rmf.ch
bernadette.behrens@rmf.ch
bruno.achermann@rmf.ch
carsten.oppelt@rmf.ch
cboesch@rmf.ch
cschneider@rmf.ch
dana.bucher@rmf.ch
daniel.franc@rmf.ch
daniel.ineichen@rmf.ch
david.scicolone@rmf.ch
dbucher@rmf.ch
dieter.bergmaier@rmf.ch
edwin.garcia@rmf.ch
felix.gasser@rmf.ch
flurin.grond@rmf.ch
francoise.kotur@rmf.ch
guido.ruoss@rmf.ch
hans.hurschler@rmf.ch
juerg.gutzwiler@rmf.ch
laiwei.boguet@rmf.ch
lincoln.valentine@rmf.ch
linus.nilsson@rmf.ch
marco.ghiringhelli@rmf.ch
marcus.vaughan@rmf.ch
marek.kuzdra@rmf.ch
markus.orschulik@rmf.ch
michael.notari@rmf.ch
michel.fest@rmf.ch
mmink@rmf.ch
nicolas.mueller@rmf.ch
patric.gysin@rmf.ch
patrick.stutz@rmf.ch
peter.cannon@rmf.ch
richard.kobler@rmf.ch
richard.mueller@rmf.ch
rmfrey@rmf.ch
robin.lowe@rmf.ch
roland.hausheer@rmf.ch
rosana.stacewicz@rmf.ch
sbossart@rmf.ch

## Company & Corresponding Email Addresses

sgraf@rmf.ch
silvia.leonhard@rmf.ch
simon.koenig@rmf.ch
sschmette@rmf.ch
stefan.chappot@rmf.ch
stefan.huesler@rmf.ch
susanne.kundert@rmf.ch
susanne.otruba@rmf.ch
thomas.dubach@rmf.ch
thomas.keller@rmf.ch

**rmm**
sadruddin.rejeb@rmm.im

**rn**
a.j.a.m.kuijpers@rn.rabobank.nl
c.j.h.berg@rn.rabobank.nl
fm.rn.bbr.pricelist@rn.rabobank.nl
j.c.kobes@rn.rabobank.nl
kameyama_tomoyuki@rn.smbc.co.jp
motoyama_taichi@rn.smbc.co.jp
takeda_kengo@rn.smbc.co.jp
tanizaki_katsunori@rn.smbc.co.jp

**rnb**
jose.calvo@rnb.it

**rncgenter**
ahutton@rncgenter.com

**rnt**
bvermeulen@rnt.com
cneuhauser@rnt.com
ddelafie@rnt.com
dreed@rnt.com
dwang@rnt.com
dwiener@rnt.com
eadrion@rnt.com
jchigounis@rnt.com
jgordon@rnt.com
jhoerle@rnt.com
jjerkovich@rnt.com
jkaufthal@rnt.com
jmaxwell@rnt.com
jscheibel@rnt.com
jvieira@rnt.com
mappleton@rnt.com
mflewharty@rnt.com
rcapalbo@rnt.com
rhoerle@rnt.com
rrickard@rnt.com
sarcaro@rnt.com
sfrimere@rnt.com
tgilling@rnt.com
vsellecc@rnt.com

**robeco**
a.durville@robeco.nl
a.enayati@robeco.nl
a.janssen@robeco.nl

**Company & Corresponding Email Addresses**

a.jongma@robeco.nl
a.klep@robeco.nl
a.m.c.de.bruijn@robeco.nl
a.maani.shirazi@robeco.nl
a.van.rijn@robeco.nl
aikram@robeco.nl
b.coolen@robeco.nl
b.k.voogelaar@robeco.nl
b.m.galesloot@robeco.nl
b.zeldenrust@robeco.nl
boudewijn.de.haan@robeco.nl
c.aben@robeco.nl
c.hennekam@robeco.nl
c.m.van.den.bergh@robeco.nl
c.n.van.der.oord@robeco.nl
c.van.marle@robeco.nl
c.vondenbusch@robeco.nl
c.zandbergen@robeco.nl
casparsala@robeco.nl
ccvba@robeco.nl
chris.van.den.heuvel@robeco.nl
d.c.blitz@robeco.nl
d.chatzoudis@robeco.nl
d.grashoff@robeco.nl
d.groeneveld@robeco.nl
d.haesen@robeco.nl
d.hoozemans@robeco.nl
d.uljee@robeco.nl
e.bakker@robeco.nl
e.dikmans@robeco.nl
e.giesen@robeco.nl
e.j.nijmeijer@robeco.nl
e.j.siermann@robeco.nl
e.m.h.van.leeuwen@robeco.nl
e.maarel@robeco.nl
e.noomen@robeco.nl
e.papavoine@robeco.nl
e.sanichar@robeco.nl
ed.van.wijk@robeco.nl
f.c.breen@robeco.nl
f.mevis@robeco.nl
f.pietersma@robeco.nl
f.sanders@robeco.nl
frederic.peemans@robeco.be
g.c.m.van.breukelen@robeco.nl
g.van.de.paal@robeco.nl
g.van.der.geer@robeco.nl
h.elmers@robeco.nl
h.grootveld@robeco.nl
h.sevdican@robeco.nl
h.vorstenbosch@robeco.nl
h.westra@robeco.nl
hugues.rialan@robeco.com
i.f.graat@robeco.nl

## Company & Corresponding Email Addresses

i.j.s.laudy@robeco.nl
i.maartense@robeco.nl
i.w.geluk@robeco.nl
ian.carey@robeco.com
j.a.h.van.dijk@robeco.nl
j.a.m.m.geurts@robeco.nl
j.bergmans@robeco.nl
j.duyvesteyn@robeco.nl
j.hoek@robeco.nl
j.hottinga@robeco.nl
j.j.van.duijn@robeco.nl
j.m.tieman@robeco.nl
j.m.van.der.hart@robeco.nl
j.montella@robeco.nl
j.neele@robeco.nl
j.pang@robeco.nl
j.peperkamp@robeco.nl
j.ruizenveld@robeco.com
j.ruizeveld@robeco.nl
j.s.mosselaar@robeco.nl
j.schuurman@robeco.nl
j.smit@robeco.nl
j.van.ijserloo@robeco.nl
j.w.de.moor@robeco.nl
k.sangha@robeco.nl
k.smits@robeco.nl
k.steffens@robeco.nl
k.van.de.luijtgaarden@robeco.nl
k.van.trigt@robeco.nl
l.frijns@robeco.nl
l.meijaard@robeco.nl
l.rensch@robeco.nl
l.snoei@robeco.nl
l.swinkels@robeco.nl
m.a.de.beauvesier.watson@robeco.nl
m.bac@robeco.nl
m.bachoe@robeco.nl
m.c.bellotto@robeco.nl
m.c.l.bellotto@robeco.nl
m.c.vriezen@robeco.com
m.el.idrioui@robeco.nl
m.glazener@robeco.nl
m.h.de.kok@robeco.nl
m.h.de.pater@robeco.nl
m.heiniger@robeco.ch
m.hellemons@robeco.nl
m.j.pronk@robeco.nl
m.plakman@robeco.nl
m.prinsze@robeco.nl
m.strating@robeco.nl
m.van.der.kroft@robeco.nl
m.van.lent@robeco.nl
m.van.voorst@robeco.nl
m.zandbergen@robeco.nl

## Company & Corresponding Email Addresses

m.zwanenburg@robeco.nl
n.adj@robeco.nl
n.gouderjaan@robeco.nl
n.m.polak@robeco.nl
n.molenaar@robeco.nl
n.saghir@robeco.nl
n.van.de.westelaken@robeco.nl
o.van.thull@robeco.nl
p.a.g.van.homelen@robeco.nl
p.algoe@robeco.nl
p.csoregh@robeco.nl
p.houweling@robeco.nl
p.j.j.ferket@robeco.nl
p.kwaak@robeco.nl
p.t.n.bruin@robeco.nl
p.van.der.lely@robeco.nl
p.van.der.spek@robeco.nl
p.van.overbeek@robeco.nl
p.van.peer@robeco.nl
p.van.vliet@robeco.nl
pieter.korteweg@robeco.nl
q.zhao@robeco.nl
r.a.moraal@robeco.nl
r.blokland@robeco.nl
r.brenninkmeijer@robeco.nl
r.brouwer@robeco.nl
r.de.die@robeco.nl
r.elemans@robeco.nl
r.houben@robeco.nl
r.kroos@robeco.nl
r.nahar@robeco.nl
r.pisano@robeco.nl
r.schellekens@robeco.nl
r.speetjens@robeco.nl
r.sprangers@robeco.nl
r.tan@robeco.nl
r.van.den.barselaar@robeco.nl
r.van.der.meer@robeco.nl
r.velida@robeco.nl
r.venster@robeco.nl
r.wuijster@robeco.nl
rgtreasury@robeco.nl
roland.de.bruijn@robeco.nl
s.barnhard@robeco.nl
s.bergakker@robeco.nl
s.bichsel@robeco.nl
s.bus@robeco.nl
s.k.w.de.willigen@robeco.nl
s.kanodia@robeco.nl
s.lie@robeco.nl
s.van.den.heuvel@robeco.nl
s.van.eijkern@robeco.nl
s.van.heijst@robeco.nl
stefan.jager@robeco.nl

**Company & Corresponding Email Addresses**

t.borrie@robeco.nl
t.botteldooren@robeco.nl
t.bykova@robeco.nl
t.jansen@robeco.nl
t.jonkman@robeco.nl
t.naaijkens@robeco.nl
t.putters@robeco.nl
t.wang@robeco.nl
t.wiersma@robeco.nl
treasury@robeco.com
v.van.der.sanden@robeco.nl
v.verberk@robeco.nl
w.de.groot@robeco.nl
w.h.pals@robeco.nl
w.j.c.van.hekeren@robeco.nl
w.j.c.van.heteren@robeco.nl
w.lewi@robeco.nl
w.schramade@robeco.nl
w.van.schaik@robeco.nl
x.chi@robeco.nl
x.liu@robeco.nl
y.j.steenbergen@robeco.nl
z.jiang@robeco.nl

**robecoinvest**

alexandra.iwanicki@robecoinvest.com
ben.taylor@robecoinvest.com
blake.miller@robecoinvest.com
charles.sweat@robecoinvest.com
daniel.vandivort@robecoinvest.com
darlene.haut@robecoinvest.com
david.seto@robecoinvest.com
eric.emmert@robecoinvest.com
eric.klein@robecoinvest.com
eric.pelio@robecoinvest.com
gregory.cipolaro@robecoinvest.com
howard.booth@robecoinvest.com
jim.ramsay@robecoinvest.com
julieann.remache@robecoinvest.com
may.liu@robecoinvest.com
myron.manternach@robecoinvest.com
sara.freedman@robecoinvest.com
stevens.mcaleer@robecoinvest.com
valasis.vafiadis@robecoinvest.com
walter.barrett@robecoinvest.com

**robecousa**

brian.rohman@robecousa.com
christina.yuan@robecousa.com
dominick.dealto@robecousa.com
gregory.weiss@robecousa.com
hautd@robecousa.com
howard.mooth@robecousa.com
kenneth.heavey@robecousa.com
kerry.anwander@robecousa.com
kevin.casey@robecousa.com

**Company & Corresponding Email Addresses**

lisa.white@robecousa.com
michael.lesesne@robecousa.com
michael.mccune@robecousa.com
michael.venezia@robecousa.com
nick.damico@robecousa.com
shirley.szeto@robecousa.com
sid.bakst@robecousa.com
stephen.lee@robecousa.com
steve.cowie@robecousa.com
thomas.girard@robecousa.com

**robertvan**

russell@robertvan.com

**robur**

anders.johansson@robur.se
andrej.kledzik@robur.se
angelica.hanson@robur.se
ase.londskog@robur.se
bjorn.stenback@robur.se
erik.gerestrand@robur.se
goran.espelund@robur.se
henrik.forsberg@robur.se
ian.raftell@robur.se
ingemar.syrehn@robur.se
johan.alm@robur.se
johan.forskund@robur.se
johan.heden@robur.se
jonas.pripp@robur.se
lennart.b.johansson@robur.se
magnus.jacobsson@robur.se
marcus.martayan@robur.se
marianne.erikson@robur.se
marianne.nilsson@robur.se
martin.bolander@robur.se
mats.lagerquist@robur.se
mattias.olsson@robur.se
michael.tull@robur.se
nicholas.peacock@robur.se
robert.wagner@robur.se
sara.arfwidson@robur.se
therese.karlsson@robur.se
tomas.makranci@robur.se
tomas.risbecker@robur.se
ulrika.linden@robur.se
veronica.yu@robur.se

**roche**

christoph.rentsch@roche.com
christoph.streib@roche.com
gabriela.stadler@roche.com
hanskaspar.denzler@roche.com
philipp.herzig@roche.com

**roche-olten**

mail@roche-olten.ch

**rochester**

joyce.johnson@rochester.edu

## Company & Corresponding Email Addresses

kathy.king-griswold@rochester.edu
richard.insalaco@rochester.edu

### rockco

akello@rockco.com
amunro@rockco.com
ayuen@rockco.com
cbrown@rockco.com
ccetateanu@rockco.com
ccrosby@rockco.com
cdambroso@rockco.com
dharris@rockco.com
dkoo@rockco.com
dsmith@rockco.com
dsong@rockco.com
dstern@rockco.com
efox@rockco.com
ejemetz@rockco.com
emonahan@rockco.com
esobong@rockco.com
hboutros@rockco.com
jball@rockco.com
jchang@rockco.com
jcrystal@rockco.com
jdavis@rockco.com
jgraves@rockco.com
jhaboucha@rockco.com
jmcdonald@rockco.com
jwaldman@rockco.com
lroberts@rockco.com
mraezer@rockco.com
mseo@rockco.com
mweeks@rockco.com
mweisenberg@rockco.com
nfink@rockco.com
pcrotty@rockco.com
rlederman@rockco.com
rmorillo@rockco.com
rnarayana@rockco.com
rnuciforo@rockco.com
shashemi@rockco.com
sjun@rockco.com
tmccarthy@rockco.com
tradinggroup@rockco.com
vlee@rockco.com
vmelendez@rockco.com
wsmoltino@rockco.com

### rockcreekglobal

ambeschloss@rockcreekglobal.com.

### rockfound

cshiung@rockfound.org
jsassoon@rockfound.org
rchen@rockfound.org
rkelly@rockfound.org
tharrington@rockfound.org

## Company & Corresponding Email Addresses

**rocklandtrust**
 bill.paras@rocklandtrust.com
 brad.francis@rocklandtrust.com
 brian.callow@rocklandtrust.com
 christopher.oddleifson@rocklandtrust.com
 dave.marcoux@rocklandtrust.com
 david.smith@rocklandtrust.com
 deirdre.dennehy@rocklandtrust.com
 denis.sheahan@rocklandtrust.com
 dennis.oconnell@rocklandtrust.com
 diane.degrandpre@rocklandtrust.com
 dorothy.irvine@rocklandtrust.com
 doug.butler@rocklandtrust.com
 george.lamb@rocklandtrust.com
 jane.lundquist@rocklandtrust.com
 jason.lilly@rocklandtrust.com
 jeff.hulett@rocklandtrust.com
 jennifer.fiorella@rocklandtrust.com
 john.peterson@rocklandtrust.com
 joseph.tascone@rocklandtrust.com
 lei.qin@rocklandtrust.com
 robert.cozzone@rocklandtrust.com
 todd.maddock@rocklandtrust.com
 william.lavelle@rocklandtrust.com

**rocko**
 mvargova@rocko.com

**roffresources**
 aroff@roffresources.com

**roggeglobal**
 chip.allison@roggeglobal.com
 corinne.hill@roggeglobal.com
 tim.dowling@roggeglobal.com

**rolex**
 gian.heim@rolex.ch
 hubert.duplessix@rolex.com

**rolls-royce**
 peter.barnes-wallis@rolls-royce.com
 richard.evans@rolls-royce.com

**rolss-royce**
 alflatt@rolss-royce.com

**roma**
 m.rellini@roma.bcc.it

**romabank**
 mkotta@romabank.com

**romagest**
 a.chinca@romagest.it
 g.mattioli@romagest.it
 l.lamberti@romagest.com
 m.ferrari@romagest.it
 p.bordi@romagest.it
 p.ronzoni@romagest.it

**rorerasset**
 bob.leininger@rorerasset.com
 cstorms@rorerasset.com

## Company & Corresponding Email Addresses

dpm@rorerasset.com
l.aasheim@rorerasset.com
s.hannigan@rorerasset.com
susan.livesey@rorerasset.com

### roseassetmgt

rose@roseassetmgt.com

### roslyn

aintreglia@roslyn.com
jmancino@roslyn.com
lcornell@roslyn.com

### rotafinansbank

kreim@rotafinansbank.com.tr

### rothschild

adam.greenbury@rothschild.co.uk
alessio.de.comite@it.rothschild.com
alina.addison@rothschild.co.uk
anthony.bailly@fr.rothschild.com
ashley.blatter@rothschild.co.uk
bronwyn.matthews@rothschild.com.au
bruce.meadows@rothschild.com.au
callum.burns@rothschild.com.au
charles.doll@fr.rothschild.com
david.elsner@rothschild.com.au
domenica.martina@rothschild.com.au
emma.wilson@rothschild.co.uk
eric.sadoun@fr.rothschild.com
francois.deroussy@fr.rothschild.com
gillian.willard@rothschild.co.uk
glen.hoffman@rothschild.com.au
glenn.beatham@rothschild.com
glynn.meth@rothschild.com.au
graham.curds@rothschild.co.uk
hugh.denning@rothschild.com.au
james.hogan@rothschild.com.au
joanne.lee@rothschild.co.uk
john.hunter@rothschild.co.uk
john.langrish@rothschild.co.uk
john.sealy@rothschild.co.uk
jonathon.josey@rothschild.co.uk
julien.boy@fr.rothschild.com
kavita.gupta@rothschild.co.uk
laurence.irlicht@rothschild.com.au
leigh.enevoldson@rothschild.co.uk
les.young@rothschild.co.uk
louis.albert@fr.rothschild.com
mario.berti@rothschild.co.uk
mark.collier@rothschild.co.uk
mark.mcgowen@rothschild.com.au
matthew.reynolds@rothschild.co.uk
matthew.riordan@rothschild.com.au
mcinnesd@rothschild.co.uk
neil.cox@rothschild.co.uk
niki.sutton@rothschild.co.uk
paul.hannan@rothschild.com.au

## Company & Corresponding Email Addresses

phil.yeates@rothschild.co.uk
rodolphe.zellitch@fr.rothschild.com
rosalyn.wildman@rothschild.co.uk
rupert.howard@rothschild.co.uk
sandra.liyanage@rothschild.co.uk
scott.maddock@rothschild.com.au
sebastien.barbe@fr.rothschild.com
simon.white@rothschild.co.uk
tim.barker@rothschild.com.au
victoria.hasler@rothschild.co.uk

**rothschildbank**

adrian.neubrandt@rothschildbank.com
benjamin.meyer@rothschildbank.com
carlo.braunwalder@rothschildbank.com
claudio.sacchet@rothschildbank.com
craig.richmond@rothschildbank.com
davide.rima@rothschildbank.com
debora.bucher@rothschildbank.com
dominiquejulien.maire@rothschildbank.com
harry.jaeaeskelaeinen@rothschildbank.com
heinz.nesshold@rothschildbank.com
lorenz.trautmann@rothschildbank.com
luca.daldosso@rothschildbank.com
luigi.roccu@rothschildbank.com
marko.ouvnjak@rothschildbank.com
markus.henz@rothschildbank.com
nicolas.carroz@rothschildbank.com
peter.wuethrich@rothschildbank.com
renato.bruno@rothschildbank.com
roland.ducommun@rothschildbank.com
rudolf.marty@rothschildbank.com
urs.pfister@rothschildbank.com

**rothschild-bank**

robert.baumann@rothschild-bank.ch

**rothschild-cie**

anterieux.n@rothschild-cie.fr
braud.p@rothschild-cie.fr
jeanne.asseraf@rothschild-cie.fr
levy.julien@rothschild-cie.fr
michel.girault@rothschild-cie.fr
tillit.j@rothschild-cie.fr

**rothschilds**

david.mott@rothschilds.co.uk
jeffrey.soar@rothschilds.co.uk

**roundtableimc**

jason.osier@roundtableimc.com
jeff.wong@roundtableimc.com
jennifer.blachford@roundtableimc.com

**rowamcompanies**

whwells@rowamcompanies.com

**rowancompanies**

dmcnease@rowancompanies.com
lyndaa@rowancompanies.com
smcleod@rowancompanies.com

## Company & Corresponding Email Addresses

### roxburycap
dmessler@roxburycap.com

### roxcap
ajl@roxcap.com
bsmoluch@roxcap.com
cathy@roxcap.com
daiva@roxcap.com
ehirsch@roxcap.com
ejones@roxcap.com
ekolin@roxcap.com
honeycutt@roxcap.com
jmoten@roxcap.com
jprestine@roxcap.com
jshanaha@roxcap.com
kahn@roxcap.com
kmclean@roxcap.com
krobinson@roxcap.com
lblessinger@roxcap.com
massey@roxcap.com
prokosz@roxcap.com
richard@roxcap.com
rmarvin@roxcap.com
ryan@roxcap.com
smarshman@roxcap.com
smyers@roxcap.com
tdavies@roxcap.com
tschuster@roxcap.com

### royalasianbank
eshin@royalasianbank.com

### royalbank
cam.desbrisay@royalbank.com
craig.wright@royalbank.com
david.gibbins@royalbank.com
david.robertson@royalbank.com
jason.breckenridge@royalbank.com
luisa.starns@royalbank.com
nick.thomas@royalbank.com
simon.waddington @royalbank.com

### royalbankamerica
aziegler@royalbankamerica.com
cdrimak@royalbankamerica.com
gwagner@royalbankamerica.com
jdecker@royalbankamerica.com
jpergolin@royalbankamerica.com

### royalbankpa
jhanuscin@royalbankpa.com
jmcswiggan@royalbankpa.com

### royal-london
david.bird@royal-london.co.uk
david.rose@royal-london.co.uk
ken.spry@royal-london.co.uk
paul.langton@royal-london.co.uk
stephen.shone@royal-london.co.uk

### royalsun

## Company & Corresponding Email Addresses

alex.mctavish@gcc.royalsun.com
andrew.burke@uk.royalsun.com
ian.craston@gcc.royalsun.com
julian.hance@wgo.royalsun.com
keith.feldman@uk.royalsun.com
louise.somers@gcc.royalsun.com
marian.povey@wgo.royalsun.com
naren.dutta@gcc.royalsun.com
neil.moge@gcc.royalsun.com

### royalusa
john.rhinelander@royalusa.com
michael.cicerone@royalusa.com
stephanie.babich@royalusa.com

### roycenet
bhench@roycenet.com
buzz@roycenet.com
cflynn@roycenet.com
charlie@roycenet.com
croyce@roycenet.com
cvanderbush@roycenet.com
dnadel@roycenet.com
dsermon@roycenet.com
eschreiber@roycenet.com
fayres@roycenet.com
fgannon@roycenet.com
jdeysher@roycenet.com
jharvey@roycenet.com
jkaplan@roycenet.com
jlowe@roycenet.com
jskinner@roycenet.com
jtaylor@roycenet.com
lromeo@roycenet.com
smcboyle@roycenet.com
whitney@roycenet.com

### rozenfeld
brenda@rozenfeld.net

### rpm
johan.alenius@rpm.se
magnus@rpm.se

### rpweb
f.iuri@rpweb.it
s.latorre@rpweb.it

### rr
adolfog@san.rr.com
alfonso@san.rr.com
awr@nyc.rr.com
benrey@san.rr.com
blakew@nyc.rr.com
claudiag@san.rr.com
davidg@san.rr.com
edlarsen@houston.rr.com
hgiuliano@nyc.rr.com
jkomives@wi.rr.com
jokarma@wi.rr.com

## Company & Corresponding Email Addresses

jsinclair@houston.rr.com
myrna@san.rr.com
oscarj@san.rr.com
pgill4@nyc.rr.com
tday@kc.rr.com
trose2@mn.rr.com

**rrcol**
zsofia@rrcol.com

**rreef**
barry.mcconnell@rreef.com
john.hammond@rreef.com
sacha.hoek@rreef.com

**rsa**
bettyc@rsa.state.al.us
dbronner@rsa.state.al.us
julieb@rsa.state.al.us
lance@rsa.state.al.us
nicholasp@rsa.state.al.us

**rsa-al**
adam.rogers@rsa-al.gov
allan.carr@rsa-al.gov
bobby.long@rsa-al.gov
keith.buchanan@rsa-al.gov
kevin.gamble@rsa-al.gov
marc.green@rsa-al.gov
michael.mcnair@rsa-al.gov
steve.lambdin@rsa-al.gov

**rsausa**
adam_martin@rsausa.com
alex_rodriguez@rsausa.com
andrew_jacobson@rsausa.com
barry_roof@rsausa.com
cynthia_byers@rsausa.com
dave_shumway@rsausa.com
david_f_king@rsausa.com
eric_chen@rsausa.com
erika_helms@rsausa.com
jason_clark@rsausa.com
jimmy_huang@rsausa.com
julie_ledford@rsausa.com
kris_rao@rsausa.com
leonard_davenport@rsausa.com
linda_merry@rsausa.com
ray_trogdon@rsausa.com
robin_z_shortridge@rsausa.com
sandra_vogel@rsausa.com

**rsco**
bella_berns@rsco.com

**rsi-ch**
arnaud@rsi-ch.com
christophegay@rsi-ch.com

**rtiaa-cref**
gogara@rtiaa-cref.org

**ruanecunniff**

**Company & Corresponding Email Addresses**

armank@ruanecunniff.com
cynthiac@ruanecunniff.com
davidp@ruanecunniff.com
epope@ruanecunniff.com
gina@ruanecunniff.com
jim@ruanecunniff.com
joann@ruanecunniff.com
joseph@ruanecunniff.com
kevin@ruanecunniff.com
lorio@ruanecunniff.com
lshlafman@ruanecunniff.com
marvin@ruanecunniff.com
maureen@ruanecunniff.com
michael@ruanecunniff.com
nicoles@ruanecunniff.com
richie@ruanecunniff.com
robertg@ruanecunniff.com
toddr@ruanecunniff.com

**ruedblass**

alan.zlatar@ruedblass.ch
christoph.borucki@ruedblass.ch
christoph-ernst.kaufmann@ruedblass.ch
cristian.canis@ruedblass.ch
daniel.wittmer@ruedblass.ch
konstantin.giantiroglou@ruedblass.ch
marc.wyss@ruedblass.ch
markus.digion@ruedblass.ch
markus.huber@ruedblass.ch
michael.tschudin@ruedblass.ch
roberto.sisi@ruedblass.ch
rolf.frey@ruedblass.ch
sacha.deutsch@ruedblass.ch
stefano.zoffoli@ruedblass.ch
thomas.zollinger@ruedblass.ch
ulrich.schulze@ruedblass.ch

**russell**

acheng@russell.com
aduncan@russell.com
agarcia@russell.com
amurphy@russell.com
araihl@russell.com
areid@russell.com
asneddon@russell.com
babang@russell.com
bbaggenstos@russell.com
bgolob@russell.com
bmock@russell.com
btillberg@russell.com
bweber@russell.com
cgoodsel@russell.com
clane@russell.com
crallo@russell.com
dbrown@russell.com
djordanovic@russell.com

**Company & Corresponding Email Addresses**

dmoon@russell.com
dpayne@russell.com
dpierce@russell.com
dsobba@russell.com
dtilton@russell.com
dwong@russell.com
eloventorn@russell.com
eogard@russell.com
fmalcolm@russell.com
gkorte@russell.com
hharo@russell.com
hstewart@russell.com
ibattye@russell.com
ibosnjak@russell.com
ifaasee@russell.com
igoh@russell.com
jafarrar@russell.com
jageller@russell.com
jalston@russell.com
jamoore@russell.com
jbarton@russell.com
jdefty@russell.com
jdroubay@russell.com
jduberly@russell.com
jfjohnson@russell.com
jganung@russell.com
jhenry@russell.com
jhoffman@russell.com
jhussey@russell.com
jimhof@russell.com
jlangebrekke@russell.com
jlenzo@russell.com
jleverett@russell.com
jlukens@russell.com
jmark@russell.com
jmclaughlin@russell.com
jocwilliams@russell.com
jsacks@russell.com
jvelis@russell.com
kbrunson@russell.com
kmainelli@russell.com
ksahlin@russell.com
lcavallari@russell.com
lmurphy@russell.com
mamberson@russell.com
mbednarczyk@russell.com
mbrown@russell.com
mducharme@russell.com
mfjelstad@russell.com
mfreudenstein@russell.com
mgardner@russell.com
mhewitt@russell.com
mlparis@russell.com
mruff@russell.com

**Company & Corresponding Email Addresses**

nabraham@russell.com
ndudley@russell.com
nmcfarland@russell.com
npilcher@russell.com
nschmidt@russell.com
pbusick@russell.com
pcoates@russell.com
pgreenwood@russell.com
pkaperick@russell.com
pkreiselmaier@russell.com
qzimmerman@russell.com
rbabst@russell.com
rbishop@russell.com
rbutler@russell.com
rhall@russell.com
sansel@russell.com
sbacchus@russell.com
sbickham@russell.com
sbraedt@russell.com
sbryant@russell.com
sburrill@russell.com
sgrimm@russell.com
skoval@russell.com
sperek@russell.com
sspinhar@russell.com
strecker@russell.com
tallen@russell.com
tbagley@russell.com
tfletcher@russell.com
tmorton@russell.com
trallen@russell.com
tsnedden@russell.com
uha@russell.com
vsondhi@russell.com
wmcquade@russell.com
yholzhauer@russell.com
ymaeda@russell.com
ytamir@russell.com
ywhittenberger@russell.com
yzerizef@russell.com

**russellmellon**

ctaylor@russellmellon.com
kspellman@russellmellon.com
smcintosh@russellmellon.com

**ruv**

andreas.fuths@ruv.de
dirk.strehmel@ruv.de
frank.brandstaetter@ruv.de
gerhard.wuenstel@ruv.de
helge.ullmann@ruv.de
jens.klein@ruv.de
joerg.boche@ruv.de
jorg.jacobs@ruv.de
michael.boes@ruv.de

## Company & Corresponding Email Addresses

petra.becker@ruv.de
petra.bradler@ruv.de
rainer.neumann@ruv.de
ralf.van-dawen@ruv.de
thomas.zengeler@ruv.de
thorsten.guse@ruv.de
wolfgang.kernbach@ruv.de

### rvg

karin.kunrath@rvg.at

### rvs

bernhard.hofer@rvs.at
elisabeth.manhartsgruber@rvs.at
manfred.reichholf@rvs.at
petra.steffler@rvs.at

### rwbaird

bdebastiani@rwbaird.com
beckerdt@rwbaird.com
bhall@rwbaird.com
bhutchinson@rwbaird.com
bmahoney@rwbaird.com
bmayes@rwbaird.com
bmcintyre@rwbaird.com
bmorgan@rwbaird.com
breilly@rwbaird.com
bvenable@rwbaird.com
ccolvin@rwbaird.com
ccooper@rwbaird.com
cgregory@rwbaird.com
cneitzke@rwbaird.com
cseverson@rwbaird.com
dguffy@rwbaird.com
dpaton@rwbaird.com
gedwards@rwbaird.com
gplacek@rwbaird.com
jeverhart@rwbaird.com
jgassman@rwbaird.com
jgood@rwbaird.com
jmadden@rwbaird.com
jwyant@rwbaird.com
khemauer@rwbaird.com
khoey@rwbaird.com
llange@rwbaird.com
mantonini@rwbaird.com
nzarcone@rwbaird.com
plawton@rwbaird.com
ppurcell@rwbaird.com
pstscherban@rwbaird.com
rcane@rwbaird.com
rswilliams@rwbaird.com
sbooth@rwbaird.com
tbyrne@rwbaird.com
tconklin@rwbaird.com
thogan@rwbaird.com
tmaxwell@rwbaird.com

**Company & Corresponding Email Addresses**

  tseidcheck@rwbaird.com
  wmahler@rwbaird.com

**rwe**

  andreasg.zetzsche@rwe.com
  axel.gerhardy@rwe.com
  dirk.trochelmann@rwe.com
  egbert.cosack@rwe.com
  franz-josef.schulte@rwe.com
  georg.lambertz@rwe.com
  herbert.fuchs@rwe.com
  huib.morelisse@rwe.com
  jochen.petersen@rwe.com
  karl-heinz.adermann@rwe.com
  martin.vahlbrock@rwe.com
  michael.coffey@rwe.com
  peter.matza@rwe.com
  siegfried.gendries@rwe.com
  susanne.weitz@rwe.com
  ulrich.brand@rwe.com

**rwedea**

  andre.stockmann@rwedea.com

**rwjf**

  boneil@rwjf.org
  elondon@rwjf.org
  kcandel@rwjf.org
  mmeswani@rwjf.org
  rslocum@rwjf.org

**rwjuh**

  carl.obrien@rwjuh.edu
  geriann.swenarton@rwjuh.edu

**ryanbeck**

  alangel@ryanbeck.com
  bgadbois@ryanbeck.com
  bmannion@ryanbeck.com
  bperry@ryanbeck.com
  diane.rothberg@ryanbeck.com
  dwsmith@ryanbeck.com
  gwatts@ryanbeck.com
  jay.suskind@ryanbeck.com
  lisa.schultz@ryanbeck.com
  mschoenfelder@ryanbeck.com
  paul.lesica@ryanbeck.com
  richard.kernan@ryanbeck.com
  rkonrad@ryanbeck.com
  ssouhrada@ryanbeck.com

**ryanlabs**

  bkeller@ryanlabs.com
  dmaurice@ryanlabs.com
  gmichalik@ryanlabs.com
  jpeng@ryanlabs.com
  mdonelan@ryanlabs.com
  msalzillo@ryanlabs.com
  pmendonca@ryanlabs.com

**rzb**

**Company & Corresponding Email Addresses**

alexander.zoerner@rzb.at
alexandra.spitz@rzb.at
ana.babaja@rzb.at
axel.summer@rzb.at
christian.burger@rzb.at
christian.gneist@rzb.at
christian.saeckl@rzb.at
christoph.gamsjaeger@rzb.at
daniel.eckhardt@rzb.at
daniel.novotny-farkas@rzb.at
edith.schiller@rzb.at
ernst.galavics@rzb.at
eugen.puseizer@rzb.at
florian.glinz@rzb.at
franz-christian.mach@rzb.at
georg.traunfellner@rzb.at
gerd.frimmel@rzb.at
gerhard.boesch@rzb.at
gerhard.herda@rzb.at
gerhard.koller@rzb.at
gerold.koeb@rzb.at
guenter.hoellerl@rzb.at
guenther.poettler@rzb.at
hans.rettl@rzb.at
harald.riedler@rzb.at
harald.schoenauer@rzb.at
heidelinde.gross@rzb.at
heinz.kurzmann@rzb.at
hellmuth.bauer@rzb.at
herbert.hrdlicka@rzb.at
herbert.stepic@rzb.at
himali.upadhya@rzb.at
hubert.figl@rzb.at
ihsan.goerec@rzb.at
ingolf.schalko@rzb.at
johann.oberlechner@rzb.at
johannes.rhomberg@rzb.at
juergen.nitsch@rzb.at
juergen.rauschmeier@rzb.at
karin.baumgartner@rzb.at
karin.ellmauer@rzb.at
klaus.krombass@rzb.at
ksenia.tareva@rzb.at
luigi.fanciano@rzb.at
manuel.vaid@rzb.at
manuela.aschauer@rzb.at
manuela.jordan-sima@rzb.at
manuela.molnar@rzb.at
marcel.burtscher@rzb.at
marcin.maj@rzb.at
margit.hasslinger@rzb.at
maria.kavaliova@rzb.at
markus.grien@rzb.at
markus.obrist@rzb.at

## Company & Corresponding Email Addresses

markus.tischelmayer@rzb.at
martin.kirisch-von-saldern-ahlimb@rzb.at
martin.unger@rzb.at
matthias.gabriel@rzb.at
max.benedini@rzb.at
michael.ehrensberger@rzb.at
michael.gramann@rzb.at
mmang@rzb.at
nicolaus.hagleitner@rzb.at
nikolaus.cichy@rzb.at
oliver.steiner@rzb.at
patrick.butler@rzb.at
peter.onofrej@rzb.at
petr.polach@rzb.at
raaed.kabbabe@rzb.at
robert.kliesspiess@rzb.at
roland.klimesch@rzb.at
roman.exenberger@rzb.at
stefan.eckhardt@rzb.at
thomas.neidhardt@rzb.at
thomas.schopper@rzb.at
vadim.b.matyushkin@rzb.at
verena.gradwohl@rzb.at
walter.demel@rzb.at
walter.kickenweitz@rzb.at
wolfgang.fischer@rzb.at
wolfgang.matschek@rzb.at
wzbbl@rzb.at
wzbhse@rzb.at
wzblwm@rzb.at
wzbren@rzb.at
wzbscw@rzb.at

**rzbfinance**
jgapay@rzbfinance.com

**rzb-wien**
wzblad@rzb-wien.raiffeisen.at

**saab**
ulrika.lundgren@saab.se

**saad**
alqatari@saad.com.sa

**saadgroup**
alberto@saadgroup.com
chris@saadgroup.com
clive@saadgroup.com
george@saadgroup.com
jean-roger@saadgroup.com
kimberly@saadgroup.com
laurent@saadgroup.com
leticia@saadgroup.com
olivia@saadgroup.com
sandro@saadgroup.com

**saarlb**
alexander.kurtz@saarlb.de
bernd.luxenburger@saarlb.de

## Company & Corresponding Email Addresses

carolin.warken@saarlb.de
daniel.jacoby@saarlb.de
elke.schummer@saarlb.de
guido.bellmann@saarlb.de
hans-peter.arweiler@saarlb.de
herbert.weinmann@saarlb.de
ilka.quiring@saarlb.de
joachim.schaefer@saarlb.de
joerg.backes@saarlb.de
johannes.klumpp@saarlb.de
nadine.eil@saarlb.de
norbert.both@saarlb.de
reiner.montag@saarlb.de
rolf.buchholz@saarlb.de
silvia.schuhn@saarlb.de
vanessa.schaefer@saarlb.de
wolfgang.koettner@saarlb.de

### sabadellatlantico
acerete@sabadellatlantico.com
mumbrue@sabadellatlantico.com
sanzolga@sabadellatlantico.com
soyj@sabadellatlantico.com

### sabadellbancaprivada
valerarafael@sabadellbancaprivada.com

### sabb
jehadtashkandi@sabb.com
mazenmatraji@sabb.com
megrenalkulaibi@sabb.com
mohammedaltuwaijri@sabb.com

### sabena
baudouin.devaucleroy@sabena.be

### saccounty
hooverm@saccounty.net
maurerm@saccounty.net
santodomingob@saccounty.net
shimamotom@saccounty.net
stensrudj@saccounty.net

### sace
a.genna@sace.it
a.lanza@sace.it
c.cioninivisani@sace.it
e.luciani@sace.it
f.fritelli@sace.it
g.regoli@sace.it
g.tellini@sace.it
i.gambelli@sace.it
l.brichetto@sace.it
l.gasparini@sace.it
p.dignazio@sace.it
r.taricco@sace.it

### sachsenlb
adrian.oates@sachsenlb.ie
aidan.cronin@sachsenlb.ie
andreas.stehr@sachsenlb.de

## Company & Corresponding Email Addresses

angelika.schulze@sachsenlb.de
anita.hughes@sachsenlb.ie
anna.devine@sachsenlb.ie
benjamin.boehm@sachsenlb.ie
bernadette.gielnik@sachsenlb.ie
burkart.moench@sachsenlb.de
christopher.nolan@sachsenlb.ie
daniela.trutz@sachsenlb.de
david.dunk@sachsenlb.ie
derek.traynor@sachsenlb.ie
gabriel.nolan@sachsenlb.ie
hans.bernhard.trinius@sachsenlb.de
herbert.suess@sachsenlb.de
ines.rueberg@sachsenlb.ie
ingo.steffenhag@sachsenlb.de
james.mcevoy@sachsenlb.ie
jay.briganti@sachsenlb.ie
joerg.keller@sachsenlb.de
jonathan.dent@sachsenlb.ie
karsten.wettig@sachsenlb.de
karsten_legner@sachsenlb.ie
kevin_shinners@sachsenlb.ie
knut.herse@sachsenlb.de
ludger.feldmann@sachsenlb.de
martin.lally@sachsenlb.ie
michael.frawley@sachsenlb.ie
morgan.osullivan@sachsenlb.ie
neil.macdermott@sachsenlb.ie
neil_mcnamara@sachsenlb.ie
olivia.sampson@sachsenlb.ie
peter.kroeger@sachsenlb.de
rainer.vogel@sachsenlb.ie
robert_sonneborn@sachsenlb.ie
rolf.linke@sachsenlb.ie
ron.krueger@sachsenlb.ie
ronan.kelly@sachsenlb.ie
rory.macgowan@sachsenlb.ie
stefan.leusder@sachsenlb.de
stephan.dietrich@sachsenlb.ie
sven.petersen@sachsenlb.ie
thomas.maul@sachsenlb.de
thomas.pohontsch@sachsenlb.de
tino.petzold@sachsenlb.de
tom.hartung@sachsenlb.de
uwe.krause@sachsenlb.ie
werner.eckert@sachsenlb.de
werner.kolb@sachsenlb.de

### saemor

markvoermans@saemor.com
martijnvanveen@saemor.com
ranipiputri@saemor.com
richardschreuder@saemor.com
svenbakker@saemor.com
svenbouman@saemor.com

**Company & Corresponding Email Addresses**

**safdie**
ncharton@safdie.com
pfischer@safdie.com
rauch@safdie.com
shmulik@safdie.com
tbrunetti@safdie.com

**safeco**
andjoh@safeco.com
bevden@safeco.com
bevyor@safeco.com
bilwhi@safeco.com
bremar@safeco.com
brenwi@safeco.com
brikut@safeco.com
cagjoh@safeco.com
chadri@safeco.com
chrden@safeco.com
davgin@safeco.com
elipon@safeco.com
grecar@safeco.com
henhaf@safeco.com
henhas@safeco.com
jaybun@safeco.com
jefsch@safeco.com
joschr@safeco.com
joswan@safeco.com
kitbro@safeco.com
lesfox@safeco.com
lynsag@safeco.com
marmet@safeco.com
micmca@safeco.com
mikhug@safeco.com
pastev@safeco.com
ricmea@safeco.com
ronspa@safeco.com
shmill@safeco.com
stakra@safeco.com
stasha@safeco.com
stebau@safeco.com
timhok@safeco.com
vinfra@safeco.com

**safei**
afrancisco@safei.es
anperez@safei.es
dherrero@safei.es
gpardo@safei.es
jlgarcia@safei.es
rbedmar@safei.es

**safeway**
cathy.ikeuchi@safeway.com
george.waidelich@safeway.com

**safra**
alexandre.suarez@safra.lu
christophe.loizeau@safra.lu

## Company & Corresponding Email Addresses

david.luis@safra.lu
denis.clement@safra.lu
maria.dossantos@safra.lu
marie-christine.lambin@safra.lu
rodrigo.barbieri@safra.lu
vincent.georges@safra.lu

**sagitta**

atolhurst@sagitta.co.uk
badams@sagitta.co.uk
cokill@sagitta.co.uk
cwest@sagitta.co.uk
etomacelli@sagitta.com
jscott@sagitta.co.uk
mbrewer@sagitta.co.uk
mcoch@sagitta.co.uk
nel-rayyes@sagitta.co.uk
rcresci@sagitta.co.uk
smiller@sagitta.co.uk

**sai**

dario.sclaverano@sai.it
edmondo.bosco@sai.it
gianluca.vallosio@sai.it
giovanni.sanfelici@sai.it
marco.demicheli@sai.it
paolo.malcotti@sai.it
piercarlo.debernardi@sai.it
raffaele.riccioli@sai.it
riccardo.divenuta@sai.it
silvia.demagistris@sai.it
stefano.carlino@sai.it

**saib**

flahham@saib.com.sa
hbouali@saib.com.sa
maljadaani@saib.com.sa
rhaddad@saib.com.sa
salfaghm@saib.com.sa

**saigroup**

blehmann@saigroup.com
rrabl@saigroup.com

**saikyobank**

cap-03@saikyobank.co.jp
cap-04@saikyobank.co.jp
ibg@saikyobank.co.jp

**sainsburys**

lynda.ashton@sainsburys.co.uk
michael.snape@sainsburys.co.uk
sarah.boden@sainsburys.co.uk

**saint-gobain**

anne-marie.lagarde@saint-gobain.com
benoit.bazin@saint-gobain.com
boris.bruck@saint-gobain.com
claire.moses@saint-gobain.com
edouard.jounet@saint-gobain.com
elisabeth.sellier@saint-gobain.com

## Company & Corresponding Email Addresses

helene.barzoukas@saint-gobain.com
jean-calude.brunet@saint-gobain.com
jean-luc.beauchu@saint-gobain.com
josiane.pensier@saint-gobain.com
natalia.crofut@saint-gobain.com
nicolas.badre@saint-gobain.com
philipe.brunet@saint-gobain.com
philippe.seux@saint-gobain.com

**saipem**
alberto.delbon@saipem.eni.it
giulio.bozzini@saipem.eni.it
pietrofranco.tali@saipem.eni.it
salvatore.colli@saipem.eni.it
vincenzo.masellicampagna@saipem.eni.it

**sairgroup**
gbaumgar@sairgroup.com
gschorderet@sairgroup.com

**saisim**
attilio.capella@saisim.it
francesco.mameo@saisim.it
gianluca.baldoni@saisim.it

**sakura**
hiroyuki_koide@sakura.co.jp
kazuhisa_miyagawa@sakura.co.jp
masayuki_suzuki@sakura.co.jp
shinichiro_kohashi@sakura.co.jp
shinji_higashihara@sakura.com
takashi_hiroyasu@sakura.co.jp
tamihiro_kawauchi@sakura.com
thoshino@sakura.co.uk
tsugumasa_kojima@sakura.co.jp
yasuhito_nakajima@sakura.co.jp

**sakurafinance**
clive.burgess@sakurafinance.com

**salamercati**
info@salamercati.it
sara.carabella@salamercati.it

**salemfive**
pingyin.chai@salemfive.com

**salvatoreferragamo**
claudio_alini@salvatoreferragamo.it

**salzburg**
awinklhofer.rvs@salzburg.raiffeisen.at
blang.rvs@salzburg.raiffeisen.at
mroitmayer.rvs@salzburg.raiffeisen.at

**sama**
falhumaidah@sama.org.sa
kalkhattaf@sama.org.sa
maljasser@sama.gov.sa

**sama-ksa**
aalkhamis@sama-ksa.org
nalnhammed@sama-ksa.org
talkhereiji@sama-ksa.org

**samba**

## Company & Corresponding Email Addresses

abdulrahman.al-fadda@samba.com
abdulwahab.al-betairi@samba.com.sa
adel.al-maiman@samba.com.sa
askari.naqvi@samba.com
harith.abussaud@samba.com
leon.koh@samba.com
majeed.al-abduljabbar@samba.com
mohammed.al-amro@samba.com
nadir.al-koraya@samba.com
nasser.abanmy@samba.com
shareef.alkorayea@samba.com.sa
shujaat.nadeem@samba.com
sultan.al-shehri@samba.com
yasser.al-mazyad@samba.com

### samgmt
jcattier@samgmt.com
jtaliaferro@samgmt.com
rdoll@samgmt.com
sjames@samgmt.com

### samipfd
bsussman@samipfd.com
jurciuoli@samipfd.com
mkrishnan@samipfd.com
pjacoby@samipfd.com
rgiangregorio@samipfd.com

### samllc
rmills@samllc.com

### sammallahti
mikko@sammallahti.evli.fi

### sampo
antti.urvas@sampo.fi
arto.laakkonen@sampo.com
harri.piipponen@sampo.fi
harri.siira@sampo.fi
heikki.nordman@sampo.fi
ilkka.aitero@sampo.com
jouni.parviainen@sampo.fi
juha.raitanen@sampo.fi
jussi.karppinen@sampo.fi
kari.koivula@sampo.fi
kimmo.lilja@sampo.fi
markku.pehkonen@sampo.fi
martti.siivola@sampo.fi
matti.seppanen@sampo.fi
mika.manninen@sampo.fi
minna.rosenlund@sampo.fi
patrick.lapvetelainen@sampo.fi
seppo.ilonen@sampo.fi
tapani.mannersuo@sampo.fi
teemu.liikanen@sampo.fi
tom.lundsten@sampo.fi
tuomas.inkinen@sampo.fi
tuula.k.koskimaki@sampo.fi
ville.talasmaki@sampo.fi

| Company & Corresponding Email Addresses |
|---|

**sampo-leonia**
vesa.nurminen@sampo-leonia.fi

**sampopankki**
anna-maria.veckman@sampopankki.fi
kalle.kuokka@sampopankki.fi
ville.holma@sampopankki.fi

**samsung**
bdh007@samsung.co.kr
blash.yi@samsung.com
booun@samsung.co.kr
buchoi@samsung.co.kr
changhoon.kwak@samsung.com
chulhwan.kwon@samsung.com
cjmin.choi@samsung.com
cy422.lee@samsung.com
daehyuck.lim@samsung.com
daewoong.lim@samsung.com
dongmin3.lee@samsung.com
dw2500.ha@samsung.com
easthosu@samsung.co.kr
ejk1@samsung.co.kr
eunhyoung.cho@samsung.com
genech@samsung.co.kr
hakyoung.lee@samsung.com
hgl@samsung.co.kr
hosangli@samsung.co.kr
hyejin0610.kim@samsung.com
hyowook.kim@samsung.com
hyunjong.jung@samsung.com
in_cheon.park@samsung.com
ins.park@samsung.com
jaehyun.jo@samsung.com
jaesuk.yang@samsung.com
jay.baek@samsung.com
jeewon.ha@samsung.com
jeong-ho.hwang@samsung.com
jeryun.lee@samsung.com
jg.bae@samsung.com
jh1120.kim@samsung.com
jinjoong.nam@samsung.com
jmtop.lee@samsung.com
joohong.min@samsung.com
kathleen.park@samsung.com
kelvin.tam@samsung.com
keumdeok.shin@samsung.com
keyyoung.lee@samsung.com
kisoo.park@samsung.com
kjulius@samsung.com
kmh18@samsung.co.kr
koosh@samsung.co.kr
kugjae.lee@samsung.com
kyungmin877.kim@samsung.com
kyungsik1.lee@samsung.com
mcho@samsung.com

**Company & Corresponding Email Addresses**

moonsun7.choi@samsung.com
ms777.kim@samsung.com
msahn@samsung.com
owenkwon@samsung.co.kr
pcsuk@samsung.co.kr
s.min@samsung.com
sanghee_lee@samsung.com
sangho.d.jung@samsung.com
secalist.cho@samsung.com
seongwook.jang@samsung.com
seungchul.yoo@samsung.com
seung-hwan.kang@samsung.com
shinyoon.roh@samsung.com
sihyoung.ahn@samsung.com
silim7@samsung.co.kr
sj700.kim@samsung.com
sung-jin.park@samsung.com
tjum@samsung.co.kr
truenorth.lee@samsung.com
wonjae.choi@samsung.com
ybaekim@samsung.co.kr
yl950121@samsung.co.kr
yong-jae.lee@samsung.com
yongjoon.jang@samsung.com
youngsun.choi@samsung.com
youngw.yoon@samsung.com

**samung**
junahn@samung.co.kr

**sandellmgmt**
engiam@sandellmgmt.com

**sandiego**
sjohnson@sandiego.gov

**sandlercap**
ben@sandlercap.com
brent@sandlercap.com
carese@sandlercap.com
cheryl@sandlercap.com
dmc@sandlercap.com
doug@sandlercap.com
drew@sandlercap.com
ehsu@sandlercap.com
eric@sandlercap.com
farah@sandlercap.com
hannah@sandlercap.com
jae@sandlercap.com
john@sandlercap.com
johnd@sandlercap.com
josh@sandlercap.com
jtinker@sandlercap.com
kevin@sandlercap.com
mark@sandlercap.com
matt@sandlercap.com
michael@sandlercap.com
mtully@sandlercap.com

## Company & Corresponding Email Addresses

smccuen@sandlercap.com
surya@sandlercap.com
tim@sandlercap.com
tom@sandlercap.com
vito@sandlercap.com

### sandleroneill

aroth@sandleroneill.com
dbrown@sandleroneill.com
dpetro@sandleroneill.com
dsullivan@sandleroneill.com
jcolbert@sandleroneill.com
jharte@sandleroneill.com
kfitzsimmons@sandleroneill.com
kstefanski@sandleroneill.com
rblair@sandleroneill.com
tdoheny@sandleroneill.com

### sandoz

denise.almeida@sandoz.com
johannes.raneburger@sandoz.com
kurt.schoergendorfer@sandoz.com
loviena.gonsalves@sandoz.com

### sandvik

gunnar.batelsson@sandvik.com
hans.bill@sandvik.com
helene.gunnarson@sandvik.com
jan.ahlander@sandvik.com
jan.lissaker@sandvik.com
per.elfstrom@sandvik.com
pernilla.eriksson@sandvik.com

### sangamon

gene@sangamon.com

### sanofi-aventis

osamu.tomoda@sanofi-aventis.com
takao.kimura@sanofi-aventis.com

### sanostra

afleixasa@sanostra.es
bborras@sanostra.es
fcolom@sanostra.es
fcomasf@sanostra.es
fmestresb@sanostra.es
jbernaus@sanostra.es
jcapons@sanostra.es
jgilmartin@sanostra.es
lcompanyr@sanostra.es
mdurant@sanostra.es
mppomar@sanostra.es
msalasd@sanostra.es
rarroyo@sanostra.es

### sanpaolo

a.decourcel@sanpaolo.fr
a.derycke@sanpaolo.fr
a.garombo@sanpaolo.fr
antonio.migliorini@sanpaolo.com
c.sollier@sanpaolo.fr

## Company & Corresponding Email Addresses

f.terranti@sanpaolo.fr
g.bezzina@sanpaolo.fr
g.herouard@sanpaolo.fr
imcc@sanpaolo.fr
mromano@sanpaolo.lu
p.jourda@sanpaolo.fr
pcecere@sanpaolo.co.uk
rcaporaso@sanpaolo.lu
rcarducci@sanpaolo.co.uk

### sanpaoloam

anna.lombani@sanpaoloam.lu
attilio.femiano@sanpaoloam.lu
luigi.fallanca@sanpaoloam.lu
michele.ma@sanpaoloam.lu
michelle.ma@sanpaoloam.lu
savina.martinucci@sanpaoloam.lu
stephane.iacono@sanpaoloam.lu
thierry.collard@sanpaoloam.lu

### sanpaoloimi

alberto.avanzo@sanpaoloimi.com
alessandro.decinti@sanpaoloimi.it
alessandro.lolli@sanpaoloimi.com
alfonso.iozzo@sanpaoloimi.com
angelo.cioffi@sanpaoloimi.com
cathy.lesse@sanpaoloimi.com
cristina.lege@sanpaoloimi.com
daniela.giberti@sanpaoloimi.com
enrico.arrigoni@sanpaoloimi.com
francesco.dimeo@sanpaoloimi.com
giovanni.saletta@sanpaoloimi.com
giuseppe.lasorda@sanpaoloimi.com
giuseppe.scarabosio@sanpaoloimi.com
ivette.iacueo@sanpaoloimi.com
lorenzo.fioretta@sanpaoloimi.com
marcello.terraneo@sanpaoloimi.com
orietta.beccati@sanpaoloimi.com
paolo.cancellaro@sanpaoloimi.it
peter.rossi@sanpaoloimi.com
stefano.pastorino@sanpaoloimi.com
stephen.mccrory@sanpaoloimi.com
tullio.lucca@sanpaoloimi.com
william.karcher@sanpaoloimi.com

### sanpaolony

barbara@sanpaolony.com
marian@sanpaolony.com

### sanpaolowm

andrea.cau@sanpaolowm.com
annamaria.boldrini@sanpaolowm.com
francesca.rinaldi@sanpaolowm.com

### sanpoaloimi

guiseppe.scarabosio@sanpoaloimi.com
marco.gastaldi@sanpoaloimi.com

### santalucia

josemanuel.jimenezm@santalucia.es

**Company & Corresponding Email Addresses**

rsandeogracias@santalucia.es

**santander**
daniel.pires@santander.pt
joana.guerreiro@santander.pt
rosario.bettencourt@santander.pt

**santander-ga**
antonio.damiao@santander-ga.pt

**santandergbm**
keith.mason@santandergbm.com
roland.steere@santandergbm.com

**santandersecurities**
cvallecillo@santandersecurities.com
ghernandez@santandersecurities.com
jwatson@santandersecurities.com

**sanwabank**
btolliver@sanwabank.com
dlampert@sanwabank.com
dsilva@sanwabank.com
psherringham@sanwabank.com

**sanwafp**
rhaggard@sanwafp.com

**sanwaint**
apower@sanwaint.com

**sanyo**
nishi020727@sanyo.co.jp

**saralee-de**
jschets@saralee-de.com

**saras**
corrado.costanzo@saras.it
laura.terenzi@saras.it
marco.schiavetti@saras.it
massimo.vacca@saras.it
michele.cornaggia@saras.it
rafaella.casula@saras.it
ugo.ercolano@saras.it
valentina.salvini@saras.it

**sarasin**
adrian.zuercher@sarasin.ch
aleksandar.marjanovic@sarasin.ch
alex.schmid@sarasin.ch
andre.moritz@sarasin.ch
andreas.frieden@sarasin.ch
andreas.luethi@sarasin.ch
andreas.plattner@sarasin.ch
arthur.hoffmann@sarasin.ch
balazs.magyar@sarasin.ch
beat.kaiser@sarasin.ch
beat.keiser@sarasin.ch
bernd.pomrehn@sarasin.ch
carmen.felix@sarasin.ch
catrina.vaterlaus@sarasin.ch
christian.gassmann@sarasin.ch
christian.graber@sarasin.ch
christian.kunzelmann@sarasin.ch

## Company & Corresponding Email Addresses

christoph.amherd@sarasin.ch
christoph.hohl@sarasin.ch
christoph.kessler@sarasin.ch
christoph.kilchherr@sarasin.ch
christoph.ladner@sarasin.ch
christoph.suetterlin@sarasin.ch
danilo.maggetti@sarasin.ch
david.kaegi@sarasin.ch
dennis.buetzer@sarasin.ch
dominique.ehrbar@sarasin.ch
fernando.pelaez@sarasin.ch
gabriele.grewe@sarasin.ch
gerd.ramsperger@sarasin.ch
ian.hogg@sarasin.co.uk
istp@sarasin.ch
jacqueline.zimmermann@sarasin.ch
jan.gregor@sarasin.ch
jan.poser@sarasin.ch
johann.glaw@sarasin.ch
john.godley@sarasin.co.uk
juan.martini@sarasin.ch
juerg.buetzer@sarasin.ch
juerg.mueller@sarasin.ch
juerg.peng@sarasin.ch
juergen.anders@sarasin.ch
jules.luethy@sarasin.ch
keros.bragagnolo@sarasin.ch
kurt.rohr@sarasin.ch
leonhard.roth@sarasin.ch
manfred.gridl@sarasin.ch
marco.dorazio@sarasin.ch
martin.baumgartner@sarasin.ch
martin.frank@sarasin.ch
matthias.fawer@sarasin.ch
matthias.leuenberger@sarasin.ch
matthias.priebs@sarasin.ch
michael.lengweiler@sarasin.ch
michael.romer@sarasin.ch
michael.schlup@sarasin.ch
michele.ciarmoli@sarasin.ch
niculin.camenisch@sarasin.ch
nils.ossenbrink@sarasin.ch
oskar.schenker@sarasin.ch
othmar.keiser@sarasin.ch
patrick.hasenboehler@sarasin.ch
patrick.humair@sarasin.ch
patrik.janovjak@sarasin.ch
philip.kibble@sarasin.ch
philipp.baertschi@sarasin.ch
rahel.wuethrich@sarasin.ch
rainer.maennle@sarasin.ch
reto.portmann@sarasin.co.uk
richard.luu@sarasin.ch
sascha.brutschin@sarasin.ch

## Company & Corresponding Email Addresses

simon.rivett-carnac@sarasin.co.uk
stefan.gaechter@sarasin.ch
stephan.aschmann@sarasin.ch
stevan.bajic@sarasin.ch
thomas.christen@sarasin.ch
tim.temple@sarasin.co.uk
tobias.halasz@sarasin.ch
torsten.haufe@sarasin.ch

### sarenet
kutxagest@sarenet.es

### sarofim
achristensen@sarofim.com
aclapson@sarofim.com
akokolis@sarofim.com
banderson@sarofim.com
bhopson@sarofim.com
blemasters@sarofim.com
brobison@sarofim.com
ccrain@sarofim.com
csarofim@sarofim.com
csheedy@sarofim.com
dalder@sarofim.com
dconnally@sarofim.com
dpesikoff@sarofim.com
emoffett@sarofim.com
fdaily@sarofim.com
fsands@sarofim.com
gblackman@sarofim.com
glee@sarofim.com
jcolucci@sarofim.com
jjacobe@sarofim.com
jreynolds@sarofim.com
jsokol@sarofim.com
kburke@sarofim.com
ldetrick@sarofim.com
llonergan@sarofim.com
lnelson@sarofim.com
maltenau@sarofim.com
mthakor@sarofim.com
mwilken@sarofim.com
nzdeblick@sarofim.com
research@sarofim.com
rfrankel@sarofim.com
rreza@sarofim.com
rthomas@sarofim.com
sgupta@sarofim.com
shodges@sarofim.com
swilson@sarofim.com
thensley@sarofim.com
vfernandez@sarofim.com

### sas
johan.torngren@sas.se

### sasiny
mpiatkowski@sasiny.com

## Company & Corresponding Email Addresses

**satander**
ana.jesus@satander.pt

**saudibank**
mohab.mufti@saudibank.com
moody.karout@saudibank.com
stephen.luker@saudibank.com
vivian.evans@saudibank.com

**saw**
aparker@saw.com
eladd@saw.com
sscherer@saw.com

**saybrook**
tnguyen@saybrook.net

**sb**
craig.r.maxwell@sb.com
jonathan.a.seabrook@sb.com
petra.laux@sb.com

**sbafla**
carolina.hood@sbafla.com
chuck.pollock@sbafla.com
dmitri.pisarev@sbafla.com
jaime.frade@sbafla.com

**sbc**
mw6144@sbc.com

**sbcglobal**
anderson.marjorie@sbcglobal.net
arnoldjacobson@sbcglobal.net
david.tyson@sbcglobal.net
mgdow@sbcglobal.net
richardjackson6551@sbcglobal.net

**sbcm**
clinton@sbcm.com
feldman@sbcm.com
hokugo@sbcm.com
jumpei_tsushima@sbcm.com
kkishi@sbcm.com
lattime@sbcm.com
oposa@sbcm.com
tsubota@sbcm.com

**sbernstein**
rastogirk@sbernstein.com

**sbliusa**
dmcintosh@sbliusa.com

**sbp-banque**
rfacchini@sbp-banque.ch
sformentini@sbp-banque.ch

**sbphrd**
janet_mason-1@sbphrd.com

**sbsi**
dan@sbsi.com
sal@sbsi.com

**sbtbank**
sdale@sbtbank.com

**sbtorsvr123**

## Company & Corresponding Email Addresses

sal_demarco@sbtorsvr123.tor.scotia-mcleod.com

**sc**
asada-norihiro@sc.mufg.jp
fukutani-toshiyuki@sc.mufg.jp
shioiri-minoru@sc.mufg.jp
shiraishi-shuuichi@sc.mufg.jp
suzuki-hiromichi@sc.mufg.jp
takahashi-masahiko@sc.mufg.jp
tomishima-miki@sc.mufg.jp
yamaguchi-tsunayoshi@sc.mufg.jp

**sca**
klas.lavemark@sca.com

**scafg**
michael.esposito@scafg.com

**scania**
anders_c.paulsson@scania.com
magnus.ohlen@scania.com
patrik.sandell@scania.com
pia.herrala@scania.com
ulf.soderstrom@scania.com

**scbjapan**
akira.matsumoto@scbjapan.mhs.compuserve.com

**sce**
gus.flores@sce.com
henryga@sce.com
marvin.tong@sce.com
michael.a.hart@sce.com
richard.ghazarian@sce.com

**sceptre**
davidsexsmith@sceptre.ca
timhylton@sceptre.ca

**scfirstbank**
byungheon.chae@scfirstbank.com
daeyong.jeong@scfirstbank.com
gene.kim@scfirstbank.com
grace.jk.lee@scfirstbank.com
hoyeun.han@scfirstbank.com
hyeongon.yun@scfirstbank.com
hyomin.ahn@scfirstbank.com
jeeyoung.jyk.kim@scfirstbank.com
jinwook.suh@scfirstbank.com
jonghwa.park@scfirstbank.com
sungtaek.woo@scfirstbank.com
woochul.ham@scfirstbank.com
wooyoung.cho@scfirstbank.com
yangmoo.hur@scfirstbank.com
yoonsoo.bae@scfirstbank.com

**schelhammer**
guenther.bergauer@schelhammer.at

**schering**
carola.schlender@schering.de
knut.mager@schering.de
peter.vogt@schering.de

**schindler**

## Company & Corresponding Email Addresses

alexander_studer@ch.schindler.com
juerg.heiz@ch.schindler.com
stephan.jud@ch.schindler.com

### schmidtbank

frank-ruediger.griep@schmidtbank.de
matthias.kuzinski@schmidtbank.de
thomas.blum@schmidtbank.de
thomas.j.schmidt@schmidtbank.de
thomas.wollner@schmidtbank.de

### schny

arivera@schny.com
asanchez@schny.com
ddediego@schny.com
dkeane@schny.com
gcasado@schny.com
gnicolle@schny.com
jkorngold@schny.com
jsaavedra@schny.com
kwagner@schny.com
mcastrosalinas@schny.com
mgonzalo@schny.com
mmischel@schny.com
pperry@schny.com
slouie@schny.com

### schoellerbank

caroline.hoell@schoellerbank.at
claudia.forster@schoellerbank.at
edgar.maichel@schoellerbank.at
felix.dueregger@schoellerbank.at
harald.pointecker@schoellerbank.at
josef.falzberger@schoellerbank.at
peter.schillinger@schoellerbank.at
rene.lobnig@schoellerbank.at
thomas.hofer@schoellerbank.at

### schootsepoort

lindenhovius@schootsepoort.nl
mvanhelden@schootsepoort.nl
rhaan@schootsepoort.nl

### schotters

barney@schotters.com

### schrdoers

pengfong.ng@schrdoers.com

### schretlen

e.schmahl@schretlen.com
h.dieperink@schretlen.com
j.j.p.m.dood@schretlen.com
m.p.a.j.lemans@schretlen.com
n.h.p.h.huls@schretlen.com

### schroders

adam.osborn@schroders.com
akiko.hirai@schroders.com
akira.mashio@schroders.com
akira.namegawa@schroders.com
alan.wilson@schroders.com

**Company & Corresponding Email Addresses**

alice.viseu@schroders.com
amelia.wong@schroders.com
andrew.rose@schroders.com
anthony.chow@schroders.com
arturo.espinosa@schroders.com
ayumi.kobayashi@schroders.com
barry.chatman@schroders.com
betina.sommers@ar.schroders.com
beverly.smith@us.schroders.com
bob.bykerk@schroders.com
bryan.choo@schroders.com
camila.stolf@br.schroders.com
carlos.scretas@br.schroders.com
catherine.zhu@schroders.com
chalit.masoodi@schroders.com
chenhsiu.chen@schroders.com
cheryl.tan@schroders.com
chowyang.ang@schroders.com
chris.deyoung@us.schroders.com
chris.jankowski@us.schroders.com
conlon@schroders.com
dan.scholl@us.schroders.com
dan.sullivan@us.schroders.com
daniel.lenz@schroders.com
david.baldt@us.schroders.com
david.gibson@schroders.com
david.harris@us.schroders.com
david.lui@schroders.com
deborah.chaplin@us.schroders.com
desiree.dang@schroders.com
dino.teitler@schroders.com
edmond.huang@schroders.com
edward.ritchie@schroders.com
eiji.yano@schroders.com
eleanor.yuen@schroders.com
elisabeth.scott@schroders.com
emiko.ishikawa@schroders.com
eric.kong@schroders.com
erika.sakanoshita@schroders.com
fabiana.arana@br.schroders.com
francis.chung@schroders.com
fumie.fujikura@schroders.com
genji.tsukatani@schroders.com
grace.lee@schroders.com
gregor.hirt@schroders.com
guillermo.besaccia@ar.schroders.com
hayden.briscoe@schroders.com
henry.choon@schroders.com
hirokazu.kawachi@schroders.com
hiromi.fukuda@schroders.com
hiromi.mori@schroders.com
hiroshi.tamura@schroders.com
holly.fullam@us.schroders.com
horace.cheng@schroders.com

## Company & Corresponding Email Addresses

howphuang.goh@schroders.com
hui.wu@schroders.com
hweeli.ho@schroders.com
jacqueline.kuek@schroders.com
jacquie.loh@schroders.com
janet.kay@schroders.com
jason.yan@schroders.com
jay.luong@schroders.com
jeanchristophe.desainthilaire@schroders.com
jeffrey.kan@schroders.com
jeffrey.menapace@us.schroders.com
jimmy.lau@schroders.com
john.ford@schroders.com
jorie.widener@us.schroders.com
junichi.minami@schroders.com
katherine.cox@us.schroders.com
katie.harbison@us.schroders.com
katsumi.arai@schroders.com
kazuhiro.toyoda@schroders.com
kazuko.yabutani@schroders.com
keisuke.tsumoto@schroders.com
kell.ow@schroders.com
ken.lambden@schroders.com
ken.maeda@schroders.com
kenneth.chan@schroders.com
khenghock.tan@schroders.com
kimie.abe@schroders.com
kimie.tsuchiya@schroders.com
king.lee@schroders.com
kwokmun.cheong@schroders.com
laura.luo@schroders.com
lieven.debruyne@schroders.com
liping.yeo@schroders.com
lokewy@schroders.com
lori.woodland@us.schroders.com
louisa.lo@schroders.com
madoka.tamura@schroders.com
marcel.schroder@schroders.com
marco.solis@us.schroders.com
marcus.wong@schroders.com
marie.bouveresse@us.schroders.com
masaaki.nishikori@schroders.com
masaki.taketsume@schroders.com
matheus.tarzia@br.schroders.com
matthew.lam@schroders.com
maurien.yau@schroders.com
michi.mochizuki@schroders.com
mihkel.kase@schroders.com
mihoko.asaga@schroders.com
millicent.lai@schroders.com
minji.chang@us.schroders.com
miyoko.ogiwara@schroders.com
nathan.gibbs@schroders.com
neil.mackay@schroders.com

**Company & Corresponding Email Addresses**

norbert.brestel@schroders.com
oliver.traub@schroders.com
paula.bujia@schroders.com
piangsze.chua@schroders.com
richard.brown@schroders.com
richard.lin@schroders.com
richard.shum@schroders.com
rinji.watanabe@schroders.com
robin.parbrook@schroders.com
rodica.glavan@schroders.com
ryan.haynes@us.schroders.com
ryan.mostafa@us.schroders.com
saori.tajima@schroders.com
seokhooi.teoh@schroders.com
sharon.kuok@schroders.com
shogo.maeda@schroders.com
shogo.maede@schroders.com
shohei.ura@schroders.com
siddharth.kumar@schroders.com
simon.doyle@schroders.com
simon.rigby@schroders.com
siokmei.lim@schroders.com
soufat.hartawan@schroders.com
stefan.frischknecht@schroders.com
susan.beck@us.schroders.com
susan.park@us.schroders.com
susian.phoa@schroders.com
susumu.tominaga@schroders.com
taiichi.akamatsu@schroders.com
takahiko.okutsu@schroders.com
takeshi.kanamaru@schroders.com
takeshi.nakamitsu@schroders.com
taketoshi.taira@schroders.com
takuji.komuro@schroders.com
takuya.furutani@schroders.com
tatsuya.kinugasa@schroders.com
ted.manges@us.schroders.com
tetsuo.iwashita@schroders.com
tetsushi.nagato@schroders.com
toby.hudson@schroders.com
tomoko.ohta@schroders.com
tony.hui@us.schroders.com
toshio.konishi@schroders.com
urs.duss@schroders.com
urs.winiger@schroders.com
vincent.yee@schroders.com
vipin.narula@schroders.com
warren.hastings@schroders.com
weeming.goh@schroders.com
wei.tan@schroders.com
wesley.sparks@us.schroders.com
william.cheng@schroders.com
willy.lee@schroders.com
yoko.yoshino@schroders.com

## Company & Corresponding Email Addresses

yoshie.hashiyada@schroders.com
youngroe.kim@schroders.com
yuka.nakamura@schroders.com
yukiko.kawano@schroders.com
yukiko.shishido@schroders.com
yvonne.wang@schroders.com

### schwab

alfonso.portillo@schwab.com
allan.yam@schwab.com
allen.santos@schwab.com
andy.tikofsky@schwab.com
angel.velez@schwab.com
barry.bailey@schwab.com
bernard.smith@schwab.com
brian.j.jones@schwab.com
caleb.wray@schwab.com
cameron.ullyatt@schwab.com
chris.kendall@schwab.com
craig.nauman@schwab.com
dave.martin@schwab.com
david.rosenberg@schwab.com
dennis.goldman@schwab.com
dennis.lollie@schwab.com
djhoanna.soriano@schwab.com
duane.kent@schwab.com
dusan.britan@schwab.com
elizabeth.phillips@schwab.com
elton.guan@schwab.com
eric.fellows@schwab.com
eric.halverson@schwab.com
eric.thaller@schwab.com
eugene.lam@schwab.com
frank.galea@schwab.com
greg.brida@schwab.com
howie.kennedy@schwab.com
james.cortez@schwab.com
james.d.pierce@schwab.com
janice.diamond@schwab.com
jeffrey.thiemann@schwab.com
jennifer.rogers@schwab.com
jerry.chafkin@schwab.com
jessica.yuan@schwab.com
jim.garrison@schwab.com
joanna.roberts@schwab.com
joanna.vanogle@schwab.com
joanne.buresh@schwab.com
joanne.larkin@schwab.com
john.clements@schwab.com
john.maierhofer@schwab.com
john.novak@schwab.com
john.shelton@schwab.com
john.smith@schwab.com
joseph.fortier@schwab.com
karen.flores@schwab.com

**Company & Corresponding Email Addresses**

karen.wiggan@schwab.com
kathryn.battles@schwab.com
keenan.jackson@schwab.com
kevin.healey@schwab.com
kevin.healy@schwab.com
kevin.lindholm@schwab.com
kevin.shaughnessy@schwab.com
kimon.daifotis@schwab.com
larry.mano@schwab.com
lilybell.gonzalez@schwab.com
linda.klingman@schwab.com
lisa.clover@schwab.com
lizann.sonders@schwab.com
marc.loomis@schwab.com
mark.khomin@schwab.com
mark.mesinger@schwab.com
mary.colby@schwab.com
maryann.mcginn@schwab.com
matthew.hastings@schwab.com
mei-luh.lee@schwab.com
michael.chang@schwab.com
michael.ginestro@schwab.com
michael.lin@schwab.com
michael.loudermilk@schwab.com
michael.neitzke@schwab.com
mick.brown@schwab.com
mike.devlin@schwab.com
mildred.patubo@schwab.com
nigel.murtagh@schwab.com
olga.milosavljevic@schwab.com
payel.ghosh@schwab.com
pearl.chang@schwab.com
peter.campfield@schwab.com
philip.neyland@schwab.com
phillip.pilch@schwab.com
raynisa.wilson@schwab.com
renee.dougherty@schwab.com
robert.acheritogaray@schwab.com
ron.toll@schwab.com
sarah.schumacher@schwab.com
scott.rhoades@schwab.com
sheldon.engler@schwab.com
sidney.yu@schwab.com
smichael@schwab.com
stephen.b.ward@schwab.com
stephen.rowenhorst@schwab.com
steven.chan@schwab.com
steven.hung@schwab.com
suzanne.mckenzie@schwab.com
tai.truong@schwab.com
thomas.brown@schwab.com
thomas.gregg@schwab.com
thomas.werbinski@schwab.com
todd.fraser@schwab.com

## Company & Corresponding Email Addresses

tyler.blum@schwab.com
vijayaanand.karuppia@schwab.com
vivienne.hsu@schwab.com
william.merrill@schwab.com
yana.posovsky@schwab.com

### scif
mraleman@scif.com

### scj
dsampson@scj.com

### scl
m_matsumoto@scl.co.jp

### scmadv
aalaimo@scmadv.com
achow@scmadv.com
agutierrez@scmadv.com
ahicks@scmadv.com
bbishop@scmadv.com
bkane@scmadv.com
bmoss@scmadv.com
cbonomi@scmadv.com
csmith@scmadv.com
dconrad@scmadv.com
dcouden@scmadv.com
gseneca@scmadv.com
jbishop@scmadv.com
jdawson@scmadv.com
jjacobi@scmadv.com
ksaha@scmadv.com
lmilner@scmadv.com
slee@scmadv.com
traci@scmadv.com
wgoodrich@scmadv.com

### scm-lp
andrew.emory@scm-lp.com
andrewb@scm-lp.com
arunm@scm-lp.com
austinc@scm-lp.com
christineg@scm-lp.com
dwightw@scm-lp.com
eugenew@scm-lp.com
garyc@scm-lp.com
glennw@scm-lp.com
harisha@scm-lp.com
iand@scm-lp.com
jdraves@scm-lp.com
jeffb@scm-lp.om
jeffc@scm-lp.com
jennap@scm-lp.com
jeremym@scm-lp.com
johnd@scm-lp.com
johnl@scm-lp.com
kevink@scm-lp.com
kitm@scm-lp.com
larryg@scm-lp.com

## Company & Corresponding Email Addresses

markc@scm-lp.com
matt@scm-lp.com
mattc@scm-lp.com
matthewg@scm-lp.com
mikec@scm-lp.com
mikef@scm-lp.com
nicolao@scm-lp.com
robt@scm-lp.com
sierdt@scm-lp.com
stevem@scm-lp.com
steven@scm-lp.com
todd@scm-lp.com
toma@scm-lp.com
willd@scm-lp.com

### scor
clegrand@scor.com
elafage@scor.com
fdevarenne@scor.com
ffluteau@scor.com
gdubus@scor.com
hcalder@scor.com
jtilquin@scor.com
ljacquot@scor.com
prousseau@scor.com
skosthowa@scor.com

### scoteq
akryan@scoteq.co.uk
elaine.crichton@scoteq.co.uk
mweir@scoteq.co.uk
nsmeaton@scoteq.co.uk

### scotiabank
andy.poon@scotiabank.com
barbara.beller@scotiabank.com
chunken.lee@scotiabank.com
david_muldoon@scotiabank.ie
fran.oneill@scotiabank.ie
gilbert.li@scotiabank.com
ian.berry@scotiabank.com
jeremy.wong@scotiabank.com
jim.odoherty@scotiabank.ie
john.leonard@scotiabank.ie
jrmcampbell@scotiabank.ie
karen.leung@scotiabank.com
pkluge@scotiabank.com

### scotiacapiral
ringo_lau@scotiacapiral.com

### scotiacapital
abaratta@scotiacapital.com
akito_nishiwaki@scotiacapital.com
alain.belanger@scotiacapital.com
alan_ginsberg@scotiacapital.com
andre_depass@scotiacapital.com
ari_zaionz@scotiacapital.com
bernie_tan@scotiacapital.com

**Company & Corresponding Email Addresses**

brad_hotson@scotiacapital.com
carrie_denton@scotiacapital.com
chris_camisa@scotiacapital.com
chris_septirymen@scotiacapital.com
daniel_moore@scotiacapital.com
daniil_bunimovich@scotiacapital.com
david_ford@scotiacapital.com
david_heath@scotiacapital.com
dean_bates@scotiacapital.com
dominic_scarano@scotiacapital.com
edwin_goh@scotiacapital.com
eitan_straisfeld@scotiacapital.com
ernie_mammano@scotiacapital.com
garry_fredrickson@scotiacapital.com
gen_metsugi@scotiacapital.com
george_neofitidis@scotiacapital.com
grace_lim@scotiacapital.com
greg_woynarski@scotiacapital.com
heather_fraser@scotiacapital.com
hideo_mine@scotiacapital.com
howard_lacy@scotiacapital.com
james_gallant@scotiacapital.com
jeffrey_boland@scotiacapital.com
jenny_tham@scotiacapital.com
jim_crandall@scotiacapital.com
joe_hurley@scotiacapital.com
john_cullen@scotiacapital.com
john_hynes@scotiacapital.com
john_morale@scotiacapital.com
john_ryan@scotiacapital.com
julia_yung@scotiacapital.com
keith_linde@scotiacapital.com
kevin_f_fitzgerald@scotiacapital.com
kevin_ray@scotiacapital.com
kshamta_kaushik@scotiacapital.com
kyle_mclean@scotiacapital.com
luke_evans@scotiacapital.com
malcolm_park@scotiacapital.com
mark_breault@scotiacapital.com
mark_strickland@scotiacapital.com
martin_sibileau@scotiacapital.com
martin_weeks@scotiacapital.com
matt_giffen@scotiacapital.com
maureen_tieman@scotiacapital.com
michael_aglialoro@scotiacapital.com
michael_smith@scotiacapital.com
mike_fortier@scotiacapital.com
mohamed_walji@scotiacapital.com
niall_whelan@scotiacapital.com
nick_chan@scotiacapital.com
nick_kibblewhite@scotiacapital.com
norman_last@scotiacapital.com
patrick_wong@scotiacapital.com
paul_godfrey@scotiacapital.com

## Company & Corresponding Email Addresses

paul_harrison@scotiacapital.com
paul_phillips@scotiacapital.com
peter_snook@scotiacapital.com
pruyn_haskins@scotiacapital.com
rcole@scotiacapital.com
ricardo.funes@scotiacapital.com
rmillard@scotiacapital.com
rmustard@scotiacapital.com
rob_paskulin@scotiacapital.com
ronald_dooley@scotiacapital.com
ronan_lynch@scotiacapital.com
russell_gibbons@scotiacapital.com
ryan_ferguson@scotiacapital.com
sam_shiu@scotiacapital.com
sanju_raturi@scotiacapital.com
scott_clements@scotiacapital.com
scott_dulmage@scotiacapital.com
sean_buchan@scotiacapital.com
simon_burdett@scotiacapital.com
steven_butler@scotiacapital.com
subashini_chandran@scotiacapital.com
tony_silva@scotiacapital.com
tryfo@scotiacapital.com
wai_mei_leong@scotiacapital.com
yoke_har_ng@scotiacapital.com

**scotiacaptial**
adolan@scotiacaptial.ie

**scotiacassels**
amit_marwaha@scotiacassels.com

**scotiamarkets**
steven_ng@scotiamarkets.com

**scotiatreasury**
gary_bundsho@scotiatreasury.com

**scotiishwidows**
niel.sutherland@scotiishwidows.com

**scottishlife**
nlovatt@scottishlife.co.uk
sbennett@scottishlife.co.uk

**scottishpower**
andrew.neilson2@scottishpower.plc.uk
david.foster@scottishpower.plc.uk
david.ross@scottishpower.com
jacqueline.redmond@scottishpower.plc.uk
peter.durman@scottishpower.com
simon.lowth@scottishpower.com

**scottishwidows**
adrian.eastwood@scottishwidows.co.uk
alastair.reynolds@scottishwidows.co.uk
anne.duncan@scottishwidows.co.uk
bruce.miller@scottishwidows.co.uk
derek.crooks@scottishwidows.co.uk
derek.gall@scottishwidows.co.uk
keith.muir@scottishwidows.co.uk
kevin.doerr@scottishwidows.co.uk

**Company & Corresponding Email Addresses**

michael.green@scottishwidows.co.uk
michael.jowitt@scottishwidows.co.uk
michael.joyce@scottishwidows.co.uk
michael.payne@scottishwidows.co.uk
peter.glancy@scottishwidows.co.uk
roddy.macpherson@scottishwidows.co.uk

**scottstringfellow**

abergman@scottstringfellow.com
gjones@scottstringfellow.com
gshipp@scottstringfellow.com
jhaggerty@scottstringfellow.com
wmcmaster@scottstringfellow.com

**scsalliance**

gdamond@scsalliance.com
ivogtle@scsalliance.com
tdm@scsalliance.com
wmuraydem@scsalliance.com

**scsb**

chlee@scsb.com.tw
cinny@scsb.com.tw
dick@scsb.com.tw
ericho@scsb.com.tw
hsucc@scsb.com.tw
joanna@scsb.com.tw
tiger5@scsb.com.tw
vivianha99@scsb.com.tw
yuching@scsb.com.tw

**scsbank**

wmurayden@scsbank.com

**scudder**

abe_wons@scudder.com
ahmad_zuaiter@scudder.com
alison_lifland@scudder.com
andrew_norris@scudder.com
ann_heffron@scudder.com
barbara_lentine@scudder.com
bart_holl@scudder.com
brian_brocious@scudder.com
brian_fahrman@scudder.com
charles_king@scudder.com
chelsea_blaylock_miller@scudder.com
chris_steward@scudder.com
cody_mccubbin@scudder.com
connie_moran@scudder.com
craig_kohler@scudder.com
curtis_butler@scudder.com
dale_geurts@scudder.com
dan_csuma@scudder.com
daniil_taytsel@scudder.com
david_wines@scudder.com
donna_issac@scudder.com
ed_baldini@scudder.com
ed_chisholm@scudder.com
ed_games@scudder.com

## Company & Corresponding Email Addresses

edmond_villani@scudder.com
eric_engebretson@scudder.com
felix_khaychuk@scudder.com
felix_norbut@scudder.com
frank_rachwalski@scudder.com
gerald_moran@scudder.com
greg_sivin@scudder.com
heddy_elbedewe@scudder.com
hlynch@scudder.com
jennifer_bloomfield@scudder.com
joan_r._gregory@scudder.com
jon.boorman@scudder.co.uk
jonathan.lee@scudder.com
joseph_lee@scudder.com
karen_boyne@scudder.com
kathleen_h._parker@scudder.com
kathleen_lasch@scudder.com
keith_savard@scudder.com
kevin_zhu@scudder.com
kieran_kearins@scudder.com
kimberly_trani@scudder.com
laura_peres@scudder.com
leon_lowenstine@scudder.com
louise_carley@scudder.com
luanne_zurlo@scudder.com
marc_zupicich@scudder.com
marinella_bogaziotis@scudder.com
mark_morgan@scudder.com
mary_shanks@scudder.com
matt_hergott@scudder.com
maureen_sullivan@scudder.com
mehdi_dazi@scudder.com
melissa_kwan@scudder.com
michael.etzkorn@scudder.com
michael_hart@scudder.com
michael_lengowski@scudder.com
midge_kubiniec@scudder.com
mirtha_morin@scudder.com
nathan_lee@scudder.com
nick_anisimov@scudder.com
paul_rogers@scudder.com
pet_olsen@scudder.com
ray_helfer@scudder.com
richard_chen@scudder.com
rick_jackson@scudder.com
robert_king@scudder.com
robin_kraemer@scudder.com
roni_white@scudder.com
sharon_mahoney@scudder.com
susan_gray@scudder.com
tara_kenney@scudder.com
ted_andrews@scudder.com
tina_wang@scudder.com
tommy_kriengprarthana@scudder.com

## Company & Corresponding Email Addresses

tony_borges@scudder.com
tracy_desjardins@scudder.com
william_tobey@scudder.com
wren_york@scudder.com
yuriy_melnikov@scudder.com

### scudderr
felix_norbut@scudderr.com

### sdcera
bxjohnson@sdcera.org
ddeutsch@sdcera.org
jreyes@sdcera.org
lneedle@sdcera.org

### sdcwa
kbrust@sdcwa.org

### sdm
baudoixa@sdm.cic.fr
colinja@sdm.cic.fr
delamatu@sdm.cic.fr
hoangan@sdm.cic.fr
jeannire@sdm.cic.fr
letouzcy@sdm.cic.fr
mallater@sdm.cic.fr
mercieni@sdm.cic.fr
pannetbr@sdm.cic.fr
sadowsth@sdm.cic.fr
saintral@sdm.cic.fr

### seaboardco
gp@seaboardco.com

### seabridge
gkeith@seabridge.com

### seacapinvests
jwiesner@seacapinvests.com
kschultz@seacapinvests.com

### seagate
karri.s.barry@seagate.com
marianne.beckwith@seagate.com
walter.chang@seagate.com

### seas
anarg@seas.upenn.edu
ashpole@seas.upenn.edu
bhedvat@seas.upenn.edu
cynthiax@seas.upenn.edu
ganas@seas.upenn.edu
julieaw@seas.upenn.edu
jungsun@seas.upenn.edu
liyi@seas.upenn.edu
sanvi@seas.upenn.edu
shhedvat@seas.upenn.edu

### seattle
kellie.craine@seattle.gov
rod.rich@seattle.gov

### seawardmgmt
cbarrow@seawardmgmt.com
ckennedy@seawardmgmt.com

**Company & Corresponding Email Addresses**

gmikula@seawardmgmt.com
jbratschi@seawardmgmt.com
jcook@seawardmgmt.com
kfougere@seawardmgmt.com
rscoville@seawardmgmt.com
twoodhouse@seawardmgmt.com

**seb**

aasa.annerstedt@seb.se
albert.hammar@seb.se
alison.sandor@seb.se
anders.christensen@seb.dk
anders.christiansen@seb.se
anders.kvist@seb.se
anders.nordborg@seb.se
anders.stensbol@seb.se
anders.x.hogberg@seb.se
andreas.x.hansson@seb.se
andrew.tipper@seb.se
annika.bolin@seb.se
annika.falkengren@seb.se
apostolos.mimikos@seb.co.uk
asa.jemseby@seb.se
asa.palm@seb.se
athanase.pispas@seb.se
carl.dimeo@seb.se
carl.hammar@seb.se
carl.jensen@seb.dk
carl-christian.hoeg@seb.se
caroline.lundqvist@seb.se
carsten.dehn@seb.se
chris.dorman@seb.se
christer.andersson@seb.se
christer.wennerberg@seb.se
christian.fredriksson@seb.se
christian.heiberg@seb.se
christian.jessen@seb.se
christian.kuehn@seb.de
christian.thulin@seb.se
christopher.flensborg@seb.se
christopher.kandimaa@seb.co.uk
claes.lachmann@seb.se
claus.klarup.christiansen@seb.dk
daniel.bjork@seb.se
daniel.wendin@seb.se
david.steiner@seb.se
derek.simmross@seb.se
elis.olsson@seb.se
francis.delattre@seb.se
frank.isaksen@seb.no
fredrik.barnekow@seb.se
fredrik.hultgren@seb.se
fredrik.jansson@seb.se
fredrik.lockne@seb.se
fredrik.sundvall@seb.se

## Company & Corresponding Email Addresses

goran.farkas@seb.se
goran.fors@seb.se
gunnar.gustafsson@seb.se
gustav.fyring@seb.se
hanse.ringstrom@seb.se
helene.e.pettersson@seb.se
henrik.therkildsen@seb.se
holger.cassens@seb.de
igor.ribaric@seb.de
jamie.morris@seb.se
jan.bryding@seb.dk
jan.parsons@seb.se
janrune.skorpen@seb.se
jenny.ramstedt@seb.se
jens.kramarczik@seb.de
joakim.strom@seb.se
joern.carsten.schmid@seb.de
johan.larsson@seb.se
johan.rydelius@seb.se
johan.wallenborg@seb.se
johan.wennerholm@seb.se
john.bodker@seb.se
john.wang@seb.se
jonas.g.larsson@seb.se
jonas.x.lundberg@seb.se
julie.ellneby@seb.se
karin.lindlad@seb.se
karl.nordlander@seb.se
karsten.hansen@seb.se
klas.eklund@seb.se
krissy.rands@seb.co.uk
lars.juelskjaer@seb.se
laurence.diebolt@seb.lu
leif.almhorn@seb.se
leif.andersson@seb.se
linda.brandt@seb.se
lisbeth.moller-larsen@seb.dk
magnus.carlsson@seb.se
magnus.hedin@seb.se
magnus.lilja@seb.se
magnus.lilje@seb.se
magnus.lindholm@seb.se
magnus.ward@seb.se
marc.daniel.heinz@seb.de
marco.paolucci@seb.lu
marcus.christiansson@seb.se
marcus.kinch@seb.se
marcus.wallenberg@seb.se
markus.christiansson@seb.se
martin.axell@seb.se
martin.johansson@seb.se
martin.polach@seb.de
martin.serse@seb.se
mathias.alrixion@seb.se

**Company & Corresponding Email Addresses**

mats.wirdefeldt@seb.se
mette.osterbye@seb.se
michael.bruun@seb.dk
michael.mattsson@seb.se
mie.jakobsen@seb.se
mie.peters@seb.se
mikael.anveden@seb.se
mikael.haglund@seb.se
mikael.spangberg@seb.se
mireille.rydberg@seb.se
nick.mchale@seb.co.uk
nicolas.dechamps@seb.se
niels.lorentz@seb.se
niels.ulrik.mousten@seb.se
ole.harmsen@seb.dk
olof.ahlback@seb.se
otto.francke@seb.se
ove.jensen@seb.dk
patrick.pircher@seb.co.uk
patrik.zingmark@seb.se
per.lundqvist@seb.se
per-arne.blomquist@seb.se
peter.andren@seb.se
peter.b.wikstrom@seb.se
peter.friedmann@seb.de
peter.holtermand@seb.se
peter.hostrup@seb.se
peter.sward@seb.se
petter.andreassen@seb.se
petter.kristiansen@seb.se
philip.winckle@seb.se
pierpaolo.squillante@seb.lu
rickard.stenberg@seb.se
rickard.synnergren@seb.se
robert.johansson@seb.se
roger.gifford@seb.co.uk
ronny.moller@seb.se
rowan.flatt@seb.co.uk
sandrine.gregoire@seb.lu
simon.osterberg@seb.se
simone.busalt@seb.de
soren.hovgaard@seb.dk
staffan.beckvid@seb.se
steen.melton@seb.dk
stefan.friberg@seb.se
stefan.marelid@seb.se
stefan.nielsson@seb.se
stefan.tordai@seb.se
stefania.bianchi@seb.se
steffen.jordan@seb.de
stephan.treschow@seb.se
stevce.mojanovski@seb.se
steven.yorke@seb.se
stuart.fleet@seb.co.uk

**Company & Corresponding Email Addresses**

teis.knuthsen@seb.se
thomas.bengtson@seb.se
thomas.eitzen@seb.no
thomas.lonnerstam@seb.se
thomas.lund@seb.co.uk
thor.skaret@seb.se
tom.brofors@seb.se
tomas.rydin@seb.se
tomas.wiklander@seb.se
ulf.noren@seb.se
uwe.pyde@seb.de
uwe.schwarz@seb.de
wolfgang.kuhl@seb.de

**sebam**

andre.horn@sebam.de
andreas.gartner@sebam.de
choysoon.chua@sebam.de
dieter.wawrzinek@sebam.de
frank.laufenburg@sebam.de
juergen.meyer@sebam.de
julian.mittag@sebam.de
ken-ji.kok@sebam.de
marco.duenkeloh@sebam.de
mark.waehner@sebam.de
martin.figge@sebam.de
martin.schau@sebam.de
norbert.schley@sebam.de
stefan.fimmen@sebam.de
thomas.koerfgen@sebam.de
thorsten.koch@sebam.de
thorsten.schilling@sebam.de

**sebank**

yvonne.siljelof@sebank.se

**sebfundservices**

ronald.meyer@sebfundservices.lu

**sebgroup**

marie.eriksson@sebgroup.lu

**sebgyllenberg**

allan.ray@sebgyllenberg.fi

**seb-invest**

thomas.koerfgen@seb-invest.de

**sebny**

anders.c.johansson@sebny.com
brian.lomax@sebny.com
christian.dahlberg@sebny.com
jack.peene@sebny.com
kiran.gandhi@sebny.com
stefan.ericson@sebny.com
stefan.johansson@sebny.com

**sebprivatebank**

christian.glowig@sebprivatebank.com
christian.glowing@sebprivatebank.com
victor.oliveira@sebprivatebank.com

**sebprivatebanking**

## Company & Corresponding Email Addresses

henrik.trulsson@sebprivatebanking.com
joergen.staf@sebprivatebanking.com
karsten.marzoll@sebprivatebanking.com
lotta.aleblad@sebprivatebanking.com
martin.bronner@sebprivatebanking.com

### sec
toshiaki_ito@sec.orix.co.jp

### secmut
vweber@secmut.com

### secumd
robert.sepich@secumd.com
tony.caccese@secumd.com

### securian
gary.hatfield@securian.com

### securities
lwagen@securities.co.uk
nkelly@securities.co.uk

### security
nick.buckles@security.securicor.co.uk

### securitybenefit
roger.offermann@securitybenefit.com
tami.marshall@securitybenefit.com

### securitycapital
cmoore@securitycapital.comj

### securitykag
alfred.kober@securitykag.at
peter.ladreiter@securitykag.at

### sed
fredrik.fyring@sed.se

### sedbank
johan.rosen@sedbank.se

### sede
vincenzo.ferrari@sede.estense.coop.it

### sedlabanki
agusta.johnson@sedlabanki.is
arnor.sighvatsson@sedlabanki.is
bergur.bardason@sedlabanki.is
eirikur.gudnason@sedlabanki.is
jon.sigurgeirsson@sedlabanki.is
karen.vignisdottir@sedlabanki.is
rene.kallestrup@sedlabanki.is
sturla.palsson@sedlabanki.is
thorarinn.petursson@sedlabanki.is

### seic
acruel@seic.com
amarsteller@seic.com
amillen@seic.com
asthill@seic.com
aulli@seic.com
bludwig@seic.com
bpeters@seic.com
daniloff@seic.com
dhaslam@seic.com
dlac@seic.com

## Company & Corresponding Email Addresses

dwelch@seic.com
ebarbaneagra@seic.com
edendy@seic.com
ekeating@seic.com
equinn@seic.com
gbyrnes@seic.com
gkurdziel@seic.com
gsoeder@seic.com
ipooe@seic.com
jmartielli@seic.com
jsmigiel@seic.com
kata@seic.com
kmarkar@seic.com
krkline@seic.com
lwoo@seic.com
lzetterberg@seic.com
mbitar@seic.com
mfair@seic.com
mfusarelli@seic.com
mmanning@seic.com
mschafer@seic.com
nbejaoui@seic.com
nwagner@seic.com
pbednarek@seic.com
pdesantis@seic.com
pphelan@seic.com
questions@seic.com.
rbamford@seic.com
rgaskell@seic.com
rmeyer@seic.com
robertu@seic.com
smarsh@seic.com
ssimko@seic.com
tmccorkell@seic.com
tsauermelch@seic.com
vhan@seic.com
wwightman@seic.com

### sek

archana.gupta@sek.se
emma@sek.se
erik.haden@sek.se
george.englund@sek.se
jatd@sek.se
klas.axelman@sek.se
laho@sek.se
mibr@sek.se
patrik.lindgren@sek.se
peaa@sek.se
per.molinder@sek.se
rasmus.blomquist@sek.se
rian@sek.se
soli@sek.se
ulbo@sek.se
ulf.boden@sek.se

**Company & Corresponding Email Addresses**

**sekisui**
yuushi001@sekisui.jp

**selective**
allison.dekker@selective.com
connie.maillet@selective.com
diederik.olijslager@selective.com
fred.ferraro@selective.com
john.venusti@selective.com
kerry.guthrie@selective.com
kevin.kelly@selective.com
lydia.norton@selective.com
richard.duggan@selective.com
teresa.thomas@selective.com

**selectiveinsurance**
rankr@selectiveinsurance.com

**selectum**
paul.springorum@selectum.be
rein.schutte@selectum.be

**selex-si**
apansini@selex-si.com

**sella**
adele.morsa@sella.it
andrea.cortese@sella.it
andrea.povero@sella.it
anna.francia@sella.it
anna.moro@sella.it
bruno.torchio@sella.it
claudio.boggio@sella.it
crema.federico@sella.it
enrico.baroni@sella.it
enrico.carta_zina@sella.it
fabrizio.antoniotti@sella.it
fabrizio.penso@sella.lu
francesca.fiammengo@sella.it
francesca.rinaldi@sella.it
francesco.diriso@sella.it
giancarlo.lanzotti@sella.it
gianni.franciscono@sella.it
ginafranco.cuscie@sella.it
giorgia.ghiglia@sella.it
guido.pella@sella.it
jose.drago@sella.it
leonardo.cervelli@sella.it
lorenzo.donna@sella.it
mauro.gavietto@sella.it
mauro.menzio@sella.it
michela.fenzi@sella.it
mirko.beltrami@sella.it
nadia.blasone@sella.it
nicolo'.mattana@sella.it
paolo.olivetto@sella.it
paolo.valle@sella.it
revolon.alberto@sella.it
roberto.paglino@sella.it

## Company & Corresponding Email Addresses

ruggero.botto@sella.it
silvio.fantini@sella.it
stefania.andreotti@sella.it

### sellagestioni
massimo.calvagno@sellagestioni.it
paolo.rossi@sellagestioni.it

### semfinny
agarcia@semfinny.com

### seminole-electric
gcuyler@seminole-electric.com

### senecacapital
atam@senecacapital.com
bbaker@senecacapital.com
bchen@senecacapital.com
bgutierrez@senecacapital.com
bmelton@senecacapital.com
bmueller@senecacapital.com
cmarinko@senecacapital.com
csloyer@senecacapital.com
fcooley@senecacapital.com
gdimagiba@senecacapital.com
hnathan@senecacapital.com
jhayes@senecacapital.com
jprestine@senecacapital.com
mbublitz@senecacapital.com
mshamia@senecacapital.com
mto@senecacapital.com
nwilson@senecacapital.com
pippolito@senecacapital.com
rlittle@senecacapital.com
rvoigt@senecacapital.com
sboscoe@senecacapital.com
tgrande@senecacapital.com
twong@senecacapital.com
upatel@senecacapital.com

### senfin
susanne.reichenbach@senfin.verwalt-berlin.de

### sentinelfunds
ckresco@sentinelfunds.com
kmcdonough@sentinelfunds.com
tbrownell@sentinelfunds.com

### sentinelinvestments
hroper@sentinelinvestments.com

### sentraspelman
ssmith@sentraspelman.com

### sentry
mark.evans@sentry.com

### sentry-direct
dkeefe@sentry-direct.com

### seoulbank
dongylee@seoulbank.net
jaechoonl@seoulbank.net
seansryu@seoulbank.net
twozn@seoulbank.co.kr

## Company & Corresponding Email Addresses
ykk@seoulbank.net
yskim@seoulbank.net

**septa**
dcancelmo@septa.org

**servibanca**
anunes@servibanca.pt
apiloto@servibanca.pt
btanner@servibanca.pt
fribeiro@servibanca.pt
jleitao@servibanca.pt
jpalmela@servibanca.pt
jvelasco@servibanca.pt
malemao@servibanca.pt
rlopes@servibanca.pt
sala.mercados@servibanca.pt

**serviceasset**
rmiller@serviceasset.com

**setre**
erika.lundquist@setre.mail.abb.com
johan.jonson@setre.mail.abb.com

**seven-cm**
rlabbe@seven-cm.com

**sevenco**
mats.onner@sevenco.se

**sfbank**
kedwards@sfbank.co.uk

**sfbcic**
dgriffin@sfbcic.com
dstipe@sfbcic.com
hhyslop@sfbcic.com

**sfbli**
carol@sfbli.com
dcarlisle@sfbli.com
ddivine@sfbli.com
hlbrown@sfbli.com
mpolk@sfbli.com

**sfc-uk**
dudley@sfc-uk.com
hakan@sfc-uk.com
jasond@sfc-uk.com
kamran@sfc-uk.com
rehan@sfc-uk.com
spike@sfc-uk.com
steven@sfc-uk.com
sultan@sfc-uk.com
zaheer@sfc-uk.com

**sfdrill**
coliver@sfdrill.com
nmoran@sfdrill.com

**sffs**
manfred.eisenhuth@sffs.siemens.de

**sfim**
jtaylor-firth@sfim.co.uk
rsargent@sfim.co.uk

## Company & Corresponding Email Addresses

tcollins@sfim.co.uk
tcomins@sfim.co.uk
thowe@sfim.co.uk
vsilvester@sfim.co.uk

### sfmny

andres_finkielsztain@sfmny.com
marc_weiden@sfmny.com
mike_donatelli@sfmny.com
patrick_yee@sfmny.com
tim_rice@sfmny.com
william_mehl@sfmny.com

### sfmtok

masaki.shimazu@sfmtok.co.jp

### sfs

benedikt.kutschevas@sfs.siemens.de
eva.pietsch@sfs.siemens.de
iris.kern@sfs.siemens.de
jan.elischberger@sfs.siemens.de
joachim.henssler@sfs.siemens.de
joachim.inkmann@sfs.siemens.de
katharina.neidert@sfs.siemens.de
manfred.hartl@sfs.siemens.de
martinious.hartmann@sfs.siemens.de
matthias.plenio@sfs.siemens.de
michael.sack@sfs.siemens.de
ronald.huebener@sfs.siemens.de
stephan.zeigler@sfs.siemens.de
tony.lindstroem@sfs.siemens.de
wolfgang.lotze@sfs.siemens.de

### sg

bill_derasmo@sg.mufg.jp
markus.naef@sg.ch
martin.schuepbach@sg.ch

### sgadvisors

awilkinson@sgadvisors.com

### sgam

abdeljellil.bouzidi@sgam.com
adriano.difatta@sgam.com
alain.clot@sgam.com
alain.ernewein@sgam.com
alain.fontenla@sgam.com
alain.pitous@sgam.com
alain.rocher@sgam.com
alain.tematio@sgam.com
alan.coq@sgam.com
alan.torry@sgam.co.uk
alexandra.delacroix@sgam.com
alexandre.sanchez@sgam.com
alexandre.tournier@sgam.com
andre.bonder@sgam.com
andrew.jackson@sgam.co.uk
anna.facchinet@sgam.com
anne.leborgne@sgam.com
antoine.machado@sgam.com

**Company & Corresponding Email Addresses**

antonia.kopitsa@sgam.com
aous.labbane@sgam.com
arie.assayag@sgam.com
aurelie.renard@sgam.com
aymar.deleotoing@sgam.com
aymeric.de-drouas@sgam.com
aymerick.de-drouas@sgam.com
benoit.maguet@sgam.com
bernadette.busquere@sgam.com
bernard.kalfon@sgam.com
bertrand.de-dinechin@sgam.com
beryl.bouvier-di-nota@sgam.com
brigitte.le-bris@sgam.com
candice.campbell@sgam.com
carole.arumainayagam@sgam.co.uk
caroline.gauthier@sgam.com
cedric.chaboud@sgam.com
charles.haddad@sgam.com
charles-etienne.de-cidrac@sgam.com
chengling.yeang@sgam.com
chiaa.babya@sgam.com
chiraz.mnif@sgam.com
chris.mckellick@sgam.co.uk
christian.gueldry@sgam.com
christophe.de-failly@sgam.com
christophe.lalo@sgam.com
christophe.marcilloux@sgam.com
christophe.neuville@sgam.fr
christophe.puyo@sgam.com
claire.desmalades@sgam.com
claude.cavard@sgam.com
claude.morice@sgam.com
claude.rivaud@sgam.com
clothilde.malaussene@sgam.com
colin.riddles@sgam.co.uk
corinne.nicollet@sgam.com
corinne.rifa-saurel@sgam.com
craig.harper@sgam.co.uk
curzon.peier@sgam.co.uk
daniel.deroubaix@sgam.com
daniel.herbera@sgam.com
david.benson@sgam.co.uk
david.blanchard@sgam.com
david.foubard@sgam.com
david.kabile@sgam.com
david.liddell@sgam.com
david.thiery@sgam.com
didier.borowski@sgam.com
dominique.zelmanowicz@sgam.com
elena.harder@sgam.com
emilie.chauvet@sgam.com
emmanuel.defigueiredo@sgam.com
emmanuel.painchault@sgam.com
emmanuel.robinet@sgam.com

**Company & Corresponding Email Addresses**

eric.bar@sgam.com
eric.bramoulle@sgam.com
eric.brard@sgam.com
eric.mijot@sgam.com
eric.talleux@sgam.com
eric.tournier@sgam.com
eric.turjeman@sgam.com
eric.voelckel@sgam.com
erwan.keraudy@sgam.com
esther.dijkman@sgam.com
ethan.reiner@sgam.com
etienne.margueritat@sgam.com
eva.riou@sgam.com
evelyn.ong@sgam.com
fabienne.crayssac@sgam.com
felicie.lhoste@sgam.com
francis.lee@sgam.com
franck.leroy@sgam.com
francois.laget@sgam.com
francois.soupe@sgam.com
francoise.guillaume@sgam.com
francois-guillaume.rideau@sgam.com
francois-xavier.deucher@sgam.com
frederic.aujard@sgam.com
frederic.barroyer@sgam.com
frederic.boungnaseng@sgam.com
frederic.lepetit@sgam.com
frederic.pons@sgam.com
frederique.dubrion@sgam.com
fridoline.mapakou@sgam.com
gareth.isaac@sgam.com
gary.brandom@sgam.co.uk
gilles.a.garnier@sgam.com
grace.ho@sgam.com
gregoire.ledoux@sgam.com
gregoire.pesques@sgam.com
guillaume.rigeade@sgam.com
guy.lodewyckx@sgam.com
guy.sidiki@sgam.com
guy.thomas@sgam.com
hamdi.karray@sgam.com
hanna.assayag@sgam.com
hari.sandhu@sgam.co.uk
hassan.lahlou@sgam.com
hayley.featherstone@sgam.co.uk
henrik.de-koning@sgam.com
hoang-my.n'guyen@sgam.com
hovik.mazedjian@sgam.com
hugh.grieves@sgam.co.uk
hugh.sergeant@sgam.co.uk
hugues.bernamonti@sgam.com
ioana.lefebvre-vornic@sgam.com
isabelle.ardon@sgam.com
isabelle.degavoty@sgam.com

## Company & Corresponding Email Addresses

jacqueline.peinaud@sgam.com
james.kwok@sgam.com
james.livingstone-wallace@sgam.com
jean-charles.delcroix@sgam.com
jean-charles.gand@sgam.com
jeanjoseph.memeteau@sgam.com
jean-louis.lanaute@sgam.com
jean-michel.vallas@sgam.com
jean-pierre.vincent@sgam.com
jerome.cazaux@sgam.com
john.morton@sgam.com
john.richards@sgam.co.uk
john.stafford@sgam.co.uk
jonathan.halioua@sgam.com
julien.jarmoszko@sgam.co.uk
julien.vannier@sgam.com
kais.mbarek@sgam.com
karin.vivier@sgam.com
ken.wren@sgam.co.uk
lai.ly@sgam.com
laurence.guerin@sgam.com
laurence.henaff@sgam.com
laurence.taillandier-mathieu@sgam.com
laurie.fournier@sgam.com
lionel.gitzinger@sgam.com
lionel.knezaurek@sgam.com
lionel.parisot@sgam.com
lorenzo.gallenga@sgam.com
louis.lavoie@sgam.com
luis.dejuan@sgam.com
malcolm.murray@sgam.co.uk
marc.paasch@sgam.com
marco.wong@sgam.com
marie-anne.allier@sgam.com
marie-helene.jenny@sgam.com
marie-suzanne.mazelier@sgam.com
marina.boutry-cuypers@sgam.com
marina.cohen@sgam.com
marlene.archer@sgam.com
masataka.akimoto@sgam.com
mathieu.azzouz@sgam.com
matthew.robertson@sgam.co.uk
michael.hayat@sgam.com
michael.levy@sgam.com
michala.marcussen@sgam.com
michel.agou@sgam.com
michel.menigoz@sgam.com
michel.palitcheff@sgam.com
michele.jolive@sgam.com
morgane.prou@sgam.com
nadia.elhammoumi-bensaci@sgam.com
nadine.glicenstein@sgam.com
nanako.yabe@sgam.com
nathalie.caillat@sgam.com

**Company & Corresponding Email Addresses**

nathalie.masniere@sgam.com
nicolas.guyon-gellin@sgam.com
nicolas.muller@sgam.com
nishit.shah@sgam.co.uk
olfa.maalej@sgam.com
olivier.dupond@sgam.com
olivier.garnier@sgam.com
olivier.korber@sgam.com
olivier.maman@sgam.com
pascal.fournie-taillant@sgam.com
patrick.herfroy@sgam.com
patrick.lefort@sgam.com
patrick.william@sgam.com
pauline.abadie@sgam.com
pauline.toffier@sgam.com
peter.lee@sgam.com
philippe.brosse@sgam.com
philippe.colas@sgam.com
philippe.de-gouville@sgam.com
philippe.joly@sgam.com
philippe.langham@sgam.co.uk
philippe.lasnier-de-lavalette@sgam.com
philippe.mitaine@sgam.com
philippe.mouy@sgam.com
pierre.capra@sgam.com
pierre.fourche@sgam.com
pierre.gomot@sgam.com
pierre-jean.marcon@sgam.com
quoc-giao.tran@sgam.com
raphael.couble@sgam.com
raphael.dieterlen@sgam.com
raphael.dubois@sgam.com
raymond.rouphael@sgam.com
roland.sotula@sgam.com
sabine.cosse@sgam.com
saide.el-hachem@sgam.com
sandrine.vannier@sgam.com
sarah.martin@sgam.com
sarah.pohlinger@sgam.co.uk
sarah.polhinger@sgam.co.uk
schlomy.botbol@sgam.com
sebastien.dumay@sgam.com
serge.darolles@sgam.com
severine.leprise@sgam.com
sgam.eco@sgam.com
shaun.giacomo@sgam.com
sophie.carter@sgam.co.uk
sophie.dedise@sgam.com
sosi.vartanesian@sgam.com
sosi.vartanesyan@sgam.com
stephanie.akhal@sgam.com
stephanie.faibis@sgam.com
steven.gould@sgam.com
stewart.gilmartin@sgam.co.uk

## Company & Corresponding Email Addresses

takouhi.tchertchian@sgam.co.uk
tanguy.de-lauzon@sgam.com
tarek.akrout@sgam.com
theduy.nguyen@sgam.com
thierry.bechu@sgam.com
thierry.bensoussan@sgam.com
thierry.martinez@sgam.com
thierry.mirabel@sgam.com
thierry.moulin@sgam.com
thierry.nardozi@sgam.com
tony.duprez@sgam.com
valerie.blot@sgam.com
valerie.verge@sgam.com
veronica.bats@sgam.com
vincent.fravel@sgam.com
virginie.deterck@sgam.com
wah-yong.tan@sgam.com
wallace.chu@sgam.com
winson.fong@sgam.com
yassine.essiassi@sgam.com
yasuko.nakamura@sgam.com
yuetling.sinfailam@sgam.co.uk
yvan.mamalet@sgam.com

### sgc

alui@sgc.com
elwyn@sgc.com
lbolson@sgc.com

### sgcib

alexandre.miot@sgcib.com
andreas.wiechmann@sgcib.com
antoine.baert@sgcib.com
antony.lingard@sgcib.com
ariel.chen@sgcib.com
arnaud.poix@sgcib.com
arthur.baker@sgcib.com
aru.sivananthan@sgcib.com
bagatouria@sgcib.com
basile.rivoire@sgcib.com
bastien.berthon@sgcib.com
benjamin.clerget@sgcib.com
benoit.meulot@sgcib.com
bill.bingham@sgcib.com
bill.kavaler@sgcib.com
bob.marx@sgcib.com
bobby.bhakar@sgcib.com
byron.smith@sgcib.com
carlos.bonetto@us.sgcib.com
cathy.yamashita@sgcib.com
charles.gillet@sgcib.com
christopher.baines@sgcib.com
christopher.walker@us.sgcib.com
clive.hadingham@sgcib.com
cyril.beriot@sgcib.com
dan.sang@sgcib.com

**Company & Corresponding Email Addresses**

daniel.kelly@sgcib.com
daniel.quilliot@sgcib.com
david.burke@sgcib.com
david.sanders@sgcib.com
david.simpson@sgcib.com
davide.grignani@sgcib.com
de.doan-tran@sgcib.com
denholm.paul@sgcib.com
dolf.kohnhorst@sgcib.com
douglas.lenart@sgcib.com
dzovig.keledjian@sgcib.com
enrique.diaz-alvarez@sgcib.com
fouad.farah@sgcib.com
franck.de-vaulx@sgcib.com
francois.caille@sgcib.com
gary.li@sgcib.com
guillaume.boccara@sgcib.com
guillaume.de-carpentier@sgcib.com
guillaume.dupin@sgcib.com
guillaume.friedel@sgcib.com
guy.johnston@sgcib.com
haresh.sheth@sgcib.com
harry.nullet@sgcib.com
hector.negroni@us.sgcib.com
henri.lalanne@sgcib.com
ian.adelson@sgcib.com
ilan.botbol@sgcib.com
ivelin.millet@sgcib.com
james.cooper@sgcib.com
james.millward@sgcib.com
jason.lawrence@sgcib.com
jean.de-lavalette@sgcib.com
john.calzolaio@sgcib.com
john.wambold@sgcib.com
joy.das@sgcib.com
julian.smith@sgcib.com
julie.mooney@sgcib.com
kent.yang@sgcib.com
kerry.meanwell@sgcib.com
kim.thielemans@sgcib.com
laura.carrere@sgcib.com
laurent.solbes@sgcib.com
lester.cheng@sgcib.com
leticia.gentilhomme@sgcib.com
maire-laure.chandumont@sgcib.com
maria.adelman@us.sgcib.com
mario.bove@sgcib.com
mark.goodman@sgcib.com
mark.newby@sgcib.com
mark.pantling@sgcib.com
matt.cambria@sgcib.com
maxime.popineau@sgcib.com
michael.hogg@sgcib.com
michael.menken@sgcib.com

**Company & Corresponding Email Addresses**

michael.sam@sgcib.com
michel.granchi@sgcib.com
mike.baradas@sgcib.com
mike.giasi@sgcib.com
nathan.dawes@sgcib.com
niaz.haider@sgcib.com
nick.duffy@sgcib.com
nicolas.moulonguet@sgcib.com
nicolas.truong@sgcib.com
nina.ross@sgcib.com
okan.aksel@sgcib.com
paul.milton@sgcib.com
peter.abeles@sgcib.com
peter.corrigan@sgcib.com
peter.nowicki@sgcib.com
phillippe.robeyns@sgcib.com
pome.gautier@sgcib.com
pratik.shah@sgcib.com
rahul.verma@sgcib.com
raphael.thuin@sgcib.com
rebecca.kingwell@sgcib.com
regis.copinot@sgcib.com
richard.mcintosh@sgcib.com
robert.ehrbar@sgcib.com
robert.lynch@sgcib.com
robert.ryan@sgcib.com
robert.taplett@sgcib.com
robert.tinari@sgcib.com
roger.sachs@sgcib.com
romain.rouillon@sgcib.com
ross.long@sgcib.com
rye.harper@sgcib.com
sergio.leifert@sgcib.com
silvia.pace@sgcib.com
silvio.borelli@sgcib.com
simon.petres@sgcib.com
spencer.parker@us.sgcib.com
stephane.landon@sgcib.com
stephen.walker@sgcib.com
stephen.williams@sgcib.com
steve.henderson@sgcib.com
steven.pollock@sgcib.com
stuart.stevenson@sgcib.com
sylvie.kichenin@sgcib.com
tae.park@sgcib.com
therese.schwabe@sgcib.com
tiffany.ying@sgcib.com
todd.rogers@sgcib.com
tom.day@sgcib.com
tricia.shinden@sgcib.com
victor.gauvin@sgcib.com
vijay.katechia@sgcib.com
vince.heneghan@sgcib.com
vincent.matera@us.sgcib.com

## Company & Corresponding Email Addresses

william.johnson@sgcib.com
willie.honeyball@sgcib.com
yuriy.melnikov@sgcib.com

### sgcowen

carlo.costantini@sgcowen.com
ifill@sgcowen.com
scott.waggoner@sgcowen.com

### sgi

daniel.cugni@sgi.com
nigel@sgi.com

### sgib

peter.lindsey@sgib.com

### sgk1

takeo.tonda@sgk1.ho.dkb.co.jp

### sgkb

christian.looser@sgkb.ch
m.hungerbuehler@sgkb.ch
mario.boari@sgkb.ch
p.kaufmann@sgkb.ch
patrik.eberhart@sgkb.ch
r.morgenthaler@sgkb.ch
tanja.allenspach@sgkb.ch

### sgrf

aown@sgrf.gov.om
majan@sgrf.gov.om

### sgsbpvn

aldo.belletti@sgsbpvn.it
derivatiestero@sgsbpvn.it
en.gallina@sgsbpvn.it
luigi.delgreco@sgsbpvn.it
mario.ge@sgsbpvn.it

### sgsfunds

graeme@sgsfunds.com
ming@sgsfunds.com
samual@sgsfunds.com

### sgss

laura.ferreri@sgss.socgen.it

### sgz-bank

christina.jahn@sgz-bank.de
ralf.hilfrich@sgz-bank.de
rhammerl@sgz-bank.lu
wolfgang.broetz@sgz-bank.de

### sharonbank

arussell@sharonbank.com
mhendry@sharonbank.com

### sharp

matsumoto.noriaki@sharp.co.jp

### sharpridge

rick.cleary@sharpridge.com

### shay

atoto@shay.com
bbarros@shay.com
cremo@shay.com
dcasteel@shay.com

## Company & Corresponding Email Addresses

dellenwood@shay.com
dpetro@shay.com
kblaser@shay.com
mtrautman@shay.com
rdsjr@shay.com
tchiaro@shay.com

### shb
akhafaga@shb.com.sa
eignacio@shb.com.sa
joba01@shb.se

### shbank
jeffw@shbank.com

### shcm
w.kenney@shcm.co.uk

### shell
a.mouti@shell.com
abraham.kozhipatt@shell.com
adrian.richardson@shell.com
afke.schipstra@shell.com
andres.jaramillo@si.shell.com
andres.m.jaramillo@si.shell.com
axel.rohm@shell.com
ayako.ono@shell.com
ben.j.reterink@si.shell.com
bert.b.vandenberg@shell.com
bing-bing.chang@shell.com
bob.m.arends@si.shell.com
catherine.b.kelly@si.shell.com
ceri.powell@shell.com
clive.r.hopkins@si.shell.com
craig.saul@shell.com
david.p.griffith@shell.com
desire.bogaert@shell.com
dirk.h.q.stefels@si.shell.com
donna.l.dewick@si.shell.com
eugene.gullit@shell.com
eve.yang@shell.com
fadi.mitri@shell.com
gerard.b.paulides@si.shell.com
gerard.vanderpol@shell.com
grzegorz.gut@shell.com
gustavo.bursztyn@shell.com
helmut.h.cardon@si.shell.com
hicham.zemmouri@shell.com
hon-cheung.man@shell.com
ingrid.turley@shell.com
irakli.menabde@shell.com
j.teo@shell.com
j.v.hinchey@sepiv.shell.com
j.v.hinchley@sepiv.shell.com
janpeter.jp.duijvestijn@si.shell.com
jenny.j.pace@si.shell.com
job.hekhuis@shell.com
joe.mcdonnell@shell.com

## Company & Corresponding Email Addresses

judith.dekker@shell.com
karen.h.toh@si.shell.com
kevin.henderson@shell.com
kristof.abbeloos@shell.com
lauren.peter@si.shell.com
laurens.deprez@shell.com
lisa.givert@shell.com
lynn.azar@shell.com
m.vijver@shell.com
maria.coellodellobet@shell.com
maryjo.jacobi@shell.com
michael.m.godfrey@spms.shell.com
michael.m.harrop@si.shell.com
mikael.bjarkedal@shell.com
mike.m.treanor@si.shell.com
monika.graczyk@shell.com
moody.aboutaleb@shell.com
mukesh.sethi@shell.com
nick.n.humphrey@si.shell.com
nicolas.merzeau@shell.com
nik-rizal.kamil@shell.com
olivier.wolthoorn@shell.com
p.achanapornkul@shell.com
p.downie@shell.com
patrick.p.deboer@shell.com
patrick.vandersloot@shell.com
pervis.thomas@shell.com
peter.bonekamp@shell.com
peter.kolthof@shell.com
petra.schruth@shell.com
philip.liverpool@shell.com
piers.robinson@shell.com
pim.vansanten@shell.com
prasanth.v.dev@si.shell.com
quynh.pham@shell.com
rhea.hamilton@shell.com
robert.c.j.meijer@si.shell.com
robert.klap@shell.com
ronald.ryan@shell.com
rozimi.r.abdulrahman@si.shell.com
saloni.nagpal@shell.com
samco_treasury@shell.com
sandra.s.kruis-schuiten@si.shell.com
sanjay.j.bhide@si.shell.com
scott.duggal@shell.com
simon.roddy@shell.com
spb-treasury@shell.com
stephen.m.g.hodge@si.shell.com
stephen.s.williams@shell.com
steve.milner@shell.com
steven.fries@shell.com
steven.s.harraway@si.shell.com
stuart.j.chaplin@si.shell.com
syb.s.bartlema@shell.com

## Company & Corresponding Email Addresses

taron.ganjalyan@shell.com
theo.j.vandaalen@si.shell.com
tony.a.m.eales@opc.shell.com
velma.brumfield@shell.com
walter.w.vandevijver@si.shell.com
willem.boeschoten@shell.com
wim.thomas@shell.com
wouter.s.devries@si.shell.com
yai-wan.y.wong@opc.shell.com

### shellus

bmpatrick@shellus.com
rjstapleton@shellus.com
vengel@shellus.com

### shelterinsurance

bchatman@shelterinsurance.com
lmorrissey@shelterinsurance.com

### shenkman

fran@shenkman.com

### shenkmancapital

amy.levine@shenkmancapital.com
amy.ruderman@shenkmancapital.com
christopher.sym@shenkmancapital.com
david.acampora@shenkmancapital.com
evan.mcgee@shenkmancapital.com
frank@shenkmancapital.com
greg.naso@shenkmancapital.com
greg.shenkman@shenkmancapital.com
jason@shenkmancapital.com
jeff.gallo@shenkmancapital.com
jon.savas@shenkmancapital.com
jordan.barrow@shenkmancapital.com
kristin@shenkmancapital.com
kwok.ng@shenkmancapital.com
lawrence@shenkmancapital.com
mark.flanagan@shenkmancapital.com
mark@shenkmancapital.com
matt.elliott@shenkmancapital.com
michael.mccaffery@shenkmancapital.com
mike.kanner@shenkmancapital.com
mike.rosenthal@shenkmancapital.com
neil.wechsler@shenkmancapital.com
nick.sarchese@shenkmancapital.com
radha.subramanian@shenkmancapital.com
raymond.condon@shenkmancapital.com
rob@shenkmancapital.com
ruxandra.ghika@shenkmancapital.com
scott.grabine@shenkmancapital.com
steve.schweitzer@shenkmancapital.com
ted@shenkmancapital.com
todd.shirak@shenkmancapital.com
tofi.lakhani@shenkmancapital.com
tom@shenkmancapital.com

### shenlife

don.kinzer@shenlife.com

## Company & Corresponding Email Addresses

lee.battle@shenlife.com
robert.peterson@shenlife.com
steve.hilbish@shenlife.com

### shikokubank
bullbull@shikokubank.co.jp

### shinbiro
jeff21@shinbiro.com

### shinhan
dragoze@shinhan.com
kunileem@shinhan.com
shseo@shinhan.com.hk
tws@shinhan.com

### shinseibank
akira.watanabe@shinseibank.co.jp
albert.maass@shinseibank.com
alex.delaiglesia@shinseibank.com
anatoli.shakin@shinseibank.com
arun.mittal@shinseibank.com
asheesh.sharma@shinseibank.com
atsushi.takagi@shinseibank.com
ben.weiss@shinseibank.com
bob.gei@shinseibank.com
celia.wong@shinseibank.com
chenyang.fei@shinseibank.com
christina.lai@shinseibank.com
christopher.martin@shinseibank.com
claudio.aritomi@shinseibank.com
david.zhang@shinseibank.com
douglas.kennedy@shinseibank.com
fumiaki.nakao@shinseibank.com
fumihiko.tsuchida@shinseibank.com
gary.hyman@shinseibank.com
george.shilowitz@shinseibank.com
harvey.young@shinseibank.com
hidetoshi.arakawa@shinseibank.com
hiroshi.ishii02@shinseibank.com
hiroshi.sonoda@shinseibank.com
hiroyuki.uchiyama@shinseibank.com
hiroyuki.watanabe@shinseibank.com
hitoshi.itou@shinseibank.com
james.mudie@shinseibank.com
john.mack@shinseibank.com
junko.torikai@shinseibank.com
juri.yamamoto@shinseibank.co.jp
katsumasa.mori@shinseibank.com
kayoko.makimoto@shinseibank.com
kayoko.yamanishi@shinseibank.com
kazuma.sakai@shinseibank.com
kazumichi.fuziwara@shinseibank.com
keith.fujii@shinseibank.com
kenta.fukudome@shinseibank.com
kentarou.noguchi@shinseibank.com
kiyofumi.tamei@shinseibank.co.jp
koji.takagi@shinseibank.com

**Company & Corresponding Email Addresses**

kotaro.tanaka@shinseibank.com
kouhei.nishikawa@shinseibank.com
kruskal.hewitt@shinseibank.com
kunio.ishimori@shinseibank.com
mamoru.ashimoto@shinseibank.com
mark.cutis@shinseibank.com
mark.mallia@shinseibank.com
mark.militello@shinseibank.com
mark.thompson@shinseibank.com
martin.stein@shinseibank.com
masayuki.tomizawa@shinseibank.com
matthew.clark@shinseibank.com
michael.gordon@shinseibank.com
michael.puglia@shinseibank.com
mirei.lee@shinseibank.com
nam-joon.kim@shinseibank.com
nick.james@shinseibank.com
nobuki.takeya@shinseibank.com
nobuyuki.takei@shinseibank.com
osamu.utsunomiya@shinseibank.com
peter.gray@shinseibank.co.jp
rahul.saito@shinseibank.com
raymond.spencer@shinseibank.com
richard.liang@shinseibank.com
robert.brennan@shinseibank.com
robert.gates@shinseibank.com
satoshi.iwase@shinseibank.com
shinji.hasumi@shinseibank.com
shintaro.sasaki@shinseibank.com
shuuichirou.torigoe@shinseibank.com
sooyoung.min@shinseibank.com
steven.stuart@shinseibank.com
stewart.harding@shinseibank.com
stuart.baker@shinseibank.com
taichi.kawai@shinseibank.com
takahiro.sawada@shinseibank.com
taylor.siedell@shinseibank.com
teruyo.hiromatsu@shinseibank.com
tetsuhiro.toomata@shinseibank.com
thomas.donnelly@shinseibank.co.jp
tom.pedersen@shinseibank.com
tomoyuki.mizohata@shinseibank.com
toshiaki.yukiue@shinseibank.com
tsuyoshi.shimizu@shinseibank.com
yasuhiro.fujiki@shinseibank.com
yi-chen.huang@shinseibank.com
yoshie.miyauchi@shinseibank.com
yoshihiro.koitabashi@shinseibank.com
yoshiki.obayashi@shinseibank.com
yui.takamatsu@shinseibank.com
yusuke.umeno@shinseibank.com
yuuko.ogawa@shinseibank.com
yuzo.yamamoto@shinseibank.com

**shinseicapital**

## Company & Corresponding Email Addresses

chris.berry@shinseicapital.com
michael.levine@shinseicapital.com

**shinsei-sec**
keiko.nakatsuka@shinsei-sec.co.jp

**shinvest**
benoit_pincon@shinvest.co.kr

**shiplp**
pchan@shiplp.com

**shizuoka**
frontoffice@shizuoka.be

**shizuokabkny**
hirai@shizuokabkny.com
nakamura@shizuokabkny.com
nishikawa@shizuokabkny.com
yokotachi@shizuokabkny.com

**shorecap**
chris.leverton@shorecap.co.uk
chris.ring@shorecap.co.uk
michael.vanmessel@shorecap.co.uk
neil.letchford@shorecap.co.uk
olivia.ladenburg@shorecap.co.uk
rupert.armitage@shorecap.co.uk
simon.fine@shorecap.co.uk

**shroders**
karen.lin@shroders.com

**sib**
bkennett@sib.wa.gov
dczub@sib.wa.gov
dong@sib.wa.gov
gbruebaker@sib.wa.gov
jsinks@sib.wa.gov
lharrison@sib.wa.gov
mmooers@sib.wa.gov
mtosteson@sib.wa.gov
myip@sib.wa.gov
prunnalls@sib.wa.gov
rripple@sib.wa.gov
tbosworth@sib.wa.gov
tritchey@sib.wa.gov

**sicapital**
joshi.r@sicapital.com

**siebertnet**
aesmail@siebertnet.com
ckangur@siebertnet.com
cmyer@siebertnet.com
csorkin@siebertnet.com
jcostello@siebertnet.com
jperkin@siebertnet.com
psosnowski@siebertnet.com
smontenero@siebertnet.com

**siemens**
alexander.muench@siemens.com
andrea.schinle@siemens.com
andreas.schwab@siemens.com

**Company & Corresponding Email Addresses**

arne.kleversaat@siemens.com
birgit.gropp@siemens.com
brigitta.kocherhans@siemens.com
buddy.moran@sc.siemens.com
christina.schmoee@siemens.com
claude.pettus@siemens.com
claudia.morf@swpc.siemens.com
dagmar.mundani@siemens.com
daniel.schmotolocha@siemens.com
daniela.mattausch@siemens.com
edward.wojtowicz@siemens.com
elizabeth.rosero@sc.siemens.com
frank.ganserer@siemens.com
frank.izzo@siemens.com
gerd.goette@siemens.com
gross.sabine@siemens.com
guido.petruzzelli@siemens.com
hans-juergen.schmidtke@siemens.com
hans-peter.rupprecht@siemens.com
harald.bachmaier@siemens.com
henning.kosmack@siemens.com
hoffmann.bernhard@siemens.com
holger.poetschke@siemens.com
jens.hammann@siemens.com
jens.schulte@siemens.com
jens.wittrin@sfs.siemens.com
jochen.koepf@siemens.com
joseph.alvarez@siemens.com
joseph.vessecchia@siemens.com
katharina.taufer@siemens.com
kurt.muntwiler@siemens.com
lothar.wilisch@siemens.com
manfred.eisenhuth@siemens.com
marcus.desimoni@siemens.com
mariel.vondrathen@siemens.com
martin.kuehrer@siemens.com
mary-jane.fallon@siemens.com
michael.bueker@siemens.com
michael.haberger@siemens.com
michael.rohan@sfs.siemens.com
michael.sen@siemens.com
miroslav.mitev@siemens.com
nicola.bates@siemens.com
oliver.poetsch@siemens.com
patrick.feth@siemens.com
per.horn@siemens.com
peter.moritz@siemens.com
pierre.sattler@siemens.com
rainer.hackl@siemens.com
ralf.lierow@siemens.com
regina.hornung@siemens.com
richard.johnston@siemens.com
roland.alter@siemens.com
roland.mittenhuber@siemens.com

## Company & Corresponding Email Addresses

rudolf.hamann@siemens.com
rudy.setiawan@siemens.com
scott.caponegro@siemens.com
sergio.carey@siemens.com
siddharth.kasera@siemens.com
stephanie.feigt@siemens.com
susanne.woelfinger@siemens.com
tanja.kufner@siemens.com
ursula.radeke-pietsch@siemens.com
veronika.henkel@siemens.com
xaver.augustin@siemens.com

### sierraglobal

cfmichaels@sierraglobal.com
cperetz@sierraglobal.com
dcoster@sierraglobal.com
jdubeshter@sierraglobal.com
mrivera@sierraglobal.com
msherman@sierraglobal.com
nwalcott@sierraglobal.com
salb@sierraglobal.com
sdecanio@sierraglobal.com
tcorliss@sierraglobal.com
thlang@sierraglobal.com

### sigchina

guan@sigchina.com

### sigmacap

duncanw@sigmacap.com
heatherr@sigmacap.com
sohnm@sigmacap.com
tateb@sigmacap.com

### siichi

allen@siichi.com
dtankin@siichi.com
mscholten@siichi.com

### silchester

akiko@silchester.com
andrew.kojima@silchester.com
aravenscroft@silchester.com
asummers@silchester.com
benoit@silchester.com
bertrand@silchester.com
chaynes@silchester.com
fgoddard@silchester.com
john@silchester.demon.co.uk
kandrew@silchester.com
lcrawford@silchester.com
lucy@silchester.com
mcowan@silchester.com
rdornau@silchester.com
sallen@silchester.com
sarah.butt@silchester.com
sbeehre@silchester.com
sbutt@silchester.com
sknowles@silchester.com

## Company & Corresponding Email Addresses
tmusto@silchester.com

**silvantcapital**
brad.erwin@silvantcapital.com
brandi.allen@silvantcapital.com
christin.armacost@silvantcapital.com
gus.guinther@silvantcapital.com
james.foster@silvantcapital.com
jennifer.stewart@silvantcapital.com
joe.ransom@silvantcapital.com
kristin.ribic@silvantcapital.com
marc.schneidau@silvantcapital.com
michael.sansoterra@silvantcapital.com
mike.bain@silvantcapital.com
randy.loving@silvantcapital.com
sandeep.bhatia@silvantcapital.com

**simgest**
capello@simgest.it
casolino@simgest.it
cilluffo@simgest.it
digianni@simgest.it
direzione@simgest.it
guizzardi@simgest.it
miluccio@simgest.it
russo@simgest.it

**simmonsfirst**
diane.wilson@simmonsfirst.com
john.orfanos@simmonsfirst.com

**sin**
komatusi@sin.nn-ja.or.jp
kura@sin.is-ja.jp
ninou@sin.is-ja.jp
tomita@sin.nn-ja.or.jp

**sina**
abaoyu@sina.com
benjaminzk@sina.com
koalast@vip.sina.com

**singapore**
lonniru@singapore.cic.fr

**singaporeair**
margaret_bong@singaporeair.com.sg
michael_chan@singaporeair.com.sg

**singer-friedlander**
conradc@singer-friedlander.com
vdunlop@invest.singer-friedlander.com

**singers**
felix.fitch@singers.co.im
philip.gent@singers.co.uk
richard.stanley@singers.co.im

**singnet**
asean@singnet.com.sg
chbsg@singnet.com.sg
tinga8@singnet.com.sg

**sinopia**
abueno@sinopia.fr

## Company & Corresponding Email Addresses

alhassane.diallo@sinopia.fr
anne.verge@sinopia.fr
anne-marie.vigneulle@sinopia.fr
anne-sophie.lebigre@sinopia.fr
benedicte.mougeot@sinopia.com.hk
benjamin.taksin@sinopia.fr
benoit.mercereau@sinopia.fr
cboue@sinopia.fr
cfisher@sinopia.fr
charles.fischer@sinopia.fr
delphine.lanquetot@sinopia.fr
diana.radu@sinopia.fr
ekatarina.diatchenko@sinopia.fr
ekatarina.diatchenko@sinopia.fr
elie.elkhoueiri@sinopia.fr
elie.el-khoueri@sinopia.fr
elie.khoueiri@sinopia.com.hk
ftriolaire@sinopia.fr
gtaillard@sinopia.fr
hmoudachirou@sinopia.fr
hugolini@sinopia.fr
isira.perera@sinopia.fr
jan-eric.fillieule@sinopia.fr
jboulliat@sinopia.fr
jeremie.pessayre@sinopia.fr
jerome.allouche@sinopia.fr
julien.renoncourt@sinopia.fr
julien.tourchon@sinopia.fr
luc.dumontier@sinopia.fr
mheitzmann@sinopia.fr
nneang@sinopia.fr
olivier.gaval@sinopia.fr
omalteste@sinopia.fr
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
pduchesne@sinopia.fr
pierre.sequier@sinopia.fr
sophie.sentilhes@sinopia.fr
stanley.smadja@sinopia.fr
tdeltchev@sinopia.fr
ydesjardins@sinopia.fr
ykobusinski@sinopia.fr

### sinopia-group

david.billaux@sinopia-group.com
harvey.sidhu@sinopia-group.com
jean-francois.schmitt@sinopia-group.com
nils.jungbacke@sinopia-group.com

### sinvest

agambirazio.miami@sinvest.es
aleal.lisboa@sinvest.es
bbraamcamp.lisboa@sinvest.es
cgarcia-de-juana.londres@sinvest.es
cmantunes.lisboa@sinvest.es
dmannion.dublin@sinvest.es

## Company & Corresponding Email Addresses

dsolana.madrid@sinvest.es
gsessions.londres@sinvest.es
hrocha.lisboa@sinvest.es
jmaraluce.madrid@sinvest.es
lcolin.madrid@sinvest.es
mbelo.lisboa@sinvest.es
mdetorre.madrid@sinvest.es
mgarrett.madrid@sinvest.es
ncubides.miami@sinvest.es
nhanderson@sinvest.es
pcosta.lisboa@sinvest.es
pfernandes.lisboa@sinvest.es
rcosta.buenos-aires@sinvest.es
rzubillaga.miami@sinvest.es
sanchez_laura@sinvest.es
swahnon.londres@sinvest.es
zrivilla.madrid@sinvest.es

### siny
akumar.ny@siny.com
nbhandiwad@siny.com
sferriss.ny@siny.com

### sirachcap
abaruffi@sirachcap.com
bkern@sirachcap.com
bvanaken@sirachcap.com
hbateman@sirachcap.com
jbeckett@sirachcap.com
jkieburtz@sirachcap.com
jrailey@sirachcap.com
kgiboney@sirachcap.com
lkatz@sirachcap.com
lmartin@sirachcap.com
vkampe@sirachcap.com

### siriusadvisorsllc
garrettw@siriusadvisorsllc.com

### sirti
f.bruno@sirti.it
r.medici@sirti.it

### sis
jlengal@sis.cz
mburda@sis.cz
msmid@sis.cz

### sisto
ecareddu@sisto.uni.net

### sistonet
agelardini@sistonet.org
gmazzilis@sistonet.org
llamberti@sistonet.org
pcipriani@sistonet.org

### sisu
dcoleman@sisu.com

### sisucapital
bsimpson@sisucapital.com
dmills@sisucapital.com

## Company & Corresponding Email Addresses

ggoranov@sisucapital.com
hdavda@sisucapital.com
jdesrosiers@sisucapital.com
jfitzsimmons@sisucapital.com
jseppala@sisucapital.com
kharford@sisucapital.com
mdayalji@sisucapital.com
mreinisch@sisucapital.com
nmohandas@sisucapital.com
oigwe@sisucapital.com
pcoleman@sisucapital.com
pmidgley@sisucapital.com
sgcoates@sisucapital.com

### sitinvest

bad@sitinvest.com
bjo@sitinvest.com
brg@sitinvest.com
cmr@sitinvest.com
dab@sitinvest.com
dam@sitinvest.com
das@sitinvest.com
dmg@sitinvest.com
dmw@sitinvest.com
etn@sitinvest.com
hag@sitinvest.com
jam@sitinvest.com
jkk@sitinvest.com
jmb@sitinvest.com
jx@sitinvest.com
klj@sitinvest.com
kpo@sitinvest.com
lch@sitinvest.com
ljf@sitinvest.com
mal@sitinvest.com
map@sitinvest.com
mcb@sitinvest.com
mhb@sitinvest.com
mjr@sitinvest.com
mjs@sitinvest.com
mtl@sitinvest.com
nt@sitinvest.com
pjj@sitinvest.com
plm@sitinvest.com
rds@sitinvest.com
rjs@sitinvest.com
rws@sitinvest.com
sl@sitinvest.com
smc@sitinvest.com
tmm@sitinvest.com
tse@sitinvest.com
wfw@sitinvest.com

### sixcontinents

alastair.scott@sixcontinents.com
anthony.stern@sixcontinents.com

08-13555-mg    Doc 4478    Filed 07/23/09    Entered 07/23/09 17:11:46    Main Document
Pg 1621 of 2693

| Company & Corresponding Email Addresses |
|---|
| hayley.kluman@sixcontinents.com |
| jo.guano@sixcontinents.com |
| mike.thompson@sixcontinents.com |
| patricia.taylor@sixcontinents.com |
| richard.north@sixcontinents.com |
| yvonne.davenport-ruby@sixcontinents.com |

**sjam**
tushiki@sjam.co.jp

**sjs-group**
fpedretti@sjs-group.com
gmivelaz@sjs-group.com
prewcastle@sjs-group.com
tcarvalho@sjs-group.com

**sk**
mmullers@sk.koeln.de

**ska**
hanspeter.barth@ska.com

**skag**
alexander.koepnick@skag.siemens.de
carl-friedrich.wartner@skag.siemens.de
christoph.ulschmid@skag.siemens.de
elisabeth.stoeckle@skag.siemens.de
gerd.neitzel@skag.siemens.de
patrick.muhl@skag.siemens.de

**skam**
a.fujino@skam.co.jp
h.miyazaki@skam.co.jp
h.nomura@skam.co.jp
k.kobayashi@skam.co.jp
m.ishikawa@skam.co.jp
m.onishi@skam.co.jp
n.fujiwara@skam.co.jp
s.hasegawa@skam.co.jp
s.nagayama@skam.co.jp
t.kobayashi@skam.co.jp

**skandia**
adri.ridder@skandia.se
agneta.wallmark@skandia.se
anthony.gillham@skandia.co.uk
bengt.sandberg@skandia.se
brian.newbould@skandia.co.uk
hans.forssman@skandia.se
jasper.thomas@skandia.co.uk
lars.orrevall@skandia.se
marghita.sandstrom@skandia.se
mikael.bjorin@skandia.se
niklas.johansson@skandia.se
omar.nahas@skandia.se
p.lindgren@skandia.se
per.limdberg@skandia.se
raj.hallen@skandia.co.uk
richard.vincent@skandia.co.uk
robert.celsing@skandia.se
robert.corbally@skandia.com

## Company & Corresponding Email Addresses

roland.nilsson@skandia.se

### skanska
jonas.granholm@skanska.se

### skba
abischel@skba.com
mann@skba.com
rothe@skba.com
zuck@skba.com

### skckny
khirano@skckny.com
tyamamoto@skckny.com

### skf
marita.bjork@skf.com
tore.bertilsson@skf.com

### skibofin
info@skibofin.com

### sk-koeln
bjoern.schwarz@sk-koeln.de
christian.busshaus@sk-koeln.de
dieter.loreng@sk-koeln.de
heinz.rother@sk-koeln.de
kerstin.cremer@sk-koeln.de
lenka.juchelkova@sk-koeln.de
sabine.theis@sk-koeln.de

### skpfcw
dominik.hartmann@skpfcw.de
stefan.fritz@skpfcw.de

### skurupssparbank
sven.johansson@skurupssparbank.se

### skystonecapital
brich@skystonecapital.com
knelson@skystonecapital.com

### sl-am
a.fail@sl-am.nl
andreas.gerber@sl-am.com
christine.reinhard@sl-am.com
claus.neumeier@sl-am.com
daniel.berner@sl-am.com
george.heyward@sl-am.com
holger.huber@sl-am.com
j.idema@sl-am.nl
jan.grunow@sl-am.com
jan.kotatko@sl-am.com
k.altena@sl-am.nl
liz.rees@sl-am.com
marc.bruetsch@sl-am.com
marc.meier@sl-am.com
marco.mueller@sl-am.com
mariusz.platek@sl-am.com
mark.amery@sl-am.co.uk
mbarker@sl-am.co.uk
michael.bernegger@sl-am.com
michael.holliger@sl-am.com
michael.klose@sl-am.com

## Company & Corresponding Email Addresses

michel.oechslin1@sl-am.com
nick.jost@sl-am.com
patrick.brechbuehl@sl-am.com
per.erikson@sl-am.com
peter.birchmeier@sl-am.com
peter.kaste@sl-am.com
peter.studer@sl-am.com
pierre.guillemin@sl-am.com
r.feddes@sl-am.nl
renato.beroggi@sl-am.com
robert.balan@sl-am.com
roland.kuehnis@sl-am.com
s.djadoenath@sl-am.nl
s.stots@sl-am.nl
sebastien.dirren@sl-am.com
simon.wyss@sl-am.com
stefan.landolt@sl-am.com
sylvia.walter@sl-am.com
thomas.cho@sl-am.com
thomas.fink@sl-am.com
thomas.isler@sl-am.com
thomas.schaad@sl-am.com
timea.gregorcsok@sl-am.ch
toni.winghart@sl-am.com
ulf.johansson@sl-am.com
valero.matriciani@sl-am.com

### slb
pfister@slb.com

### slcam
helen.vaughan@slcam.co.uk
stephen.corry@slcam.co.uk

### slhfp
franz.schmid@slhfp.ch
reto.grau@slhfp.ch

### sli
ckingston@sli.co.im

### sliim
takeshi_nakagami@sliim.co.jp

### slkfjsdklf
dobbsfsd@slkfjsdklf.com

### slma
capital.markets@slma.com
charlie.colligan@slma.com
felmon.bartolome@slma.com
guido.e.vanderven@slma.com
john.laudier@slma.com
lance.franke@slma.com
leo.subler@slma.com
louis.jimeno@slma.com
mark.l.heleen@slma.com
mark.w.daly@slma.com
naren.nayak@slma.com
stacy.le-cao@slma.com
steve.oconnell@slma.com

## Company & Corresponding Email Addresses

steven.j.mcgarry@slma.com
yingnan.ma@slma.com

### sloan-group

michael.ferraro@sloan-group.com

### sloveniansavings

bill@sloveniansavings.com

### slsp

bacharova.olivia@slsp.sk
barancok.milan@slsp.sk
gajdos.vladimir@slsp.sk
glasova.anna@slsp.sk
hladik.lubomir@slsp.sk
kniz.peter@slsp.sk
kokovova.dana@slsp.sk
kratochvilova.renata@slsp.sk
krizan.peter@slsp.sk
mazanova.zuzana@slsp.sk
musak.michal@slsp.sk
orlovsky.michal@slsp.sk
osuchova.andrea@slsp.sk
pataky.jan@slsp.sk
sibrava.martin@slsp.sk
svitek.dusan@slsp.sk
tekauerova.andrea@slsp.sk
zabadal.juraj@slsp.sk
zatkalik.michal@slsp.sk

### smabtp

francois_noble@smabtp.fr
guillaume_giacomino@smabtp.fr
hubert_rodarie@smabtp.fr
nathalie_peleau-coutolleau@smabtp.fr
sylvain_pommeret@smabtp.fr

### smart

johngre@smart.net

### smbc

chris.chan@smbc.com.hk
svetlana.petrischeva@gb.smbc.com

### smbc-cm

frenklah@smbc-cm.com
yxu@smbc-cm.com

### smbcgroup

akira_fujiwara@gb.smbcgroup.com
al_galluzzo@smbcgroup.com
alan_springett@gb.smbcgroup.com
andrew_fensome@gb.smbcgroup.com
elwood_langley@smbcgroup.com
gary_coy@gb.smbcgroup.com
helena_mercer@gb.smbcgroup.com
hiroshi_okawa@gb.smbcgroup.com
jeremy_hodges@gb.smbcgroup.com
jim_miller@gb.smbcgroup.com
joao.oliveira@gb.smbcgroup.com
john_timms@gb.smbcgroup.com
jonathan_jenkins@gb.smbcgroup.com

## Company & Corresponding Email Addresses

koichi.obu@gb.smbcgroup.com
koichi_honda@gb.smbcgroup.com
mari.honda-wulf@gb.smbcgroup.com
mark_gordon@gb.smbcgroup.com
masahiro_imajo@gb.smbcgroup.com
nadine_burnett@smbcgroup.com
nick@gb.smbcgroup.com
nobuyuki.sato@gb.smbcgroup.com
nobuyuki_kawabata@smbcgroup.com
olof.bengtsson@gb.smbcgroup.com
osuma_itagaki@smbcgroup.com
patrick_miller@smbcgroup.com
paul_graham@gb.smbcgroup.com
paula_hartnett@gb.smbcgroup.com
peter_sonza@smbcgroup.com
peter_twidale@gb.smbcgroup.com
shinichiro.watanabe@gb.smbcgroup.com
shusui_kataoka@smbcgroup.com
simon_chantry@gb.smbcgroup.com
simon_rogers@gb.smbcgroup.com
sophie.condon@gb.smbcgroup.com
stephen_dunn@gb.smbcgroup.com
suresh_tata@smbcgroup.com
takamitsu_kajii@gb.smbcgroup.com
william_folkard@gb.smbcgroup.com
yasuhiko_imai@smbcgroup.com
yoshihiro_hyakutome@smbcgroup.com
yoshihiro_ikeda@gb.smbcgroup.com
yoshinori.kawamura@smbcgroup.com

### smbc-si
gene@smbc-si.com
hanley@smbc-si.com
mrl@smbc-si.com

### smf
michael.antoni@smf.sachsen.de

### smhgroup
bernard.cuadra@smhgroup.com
john.watras@smhgroup.com
neil.shaughnessy@smhgroup.com

### smhl
tony.rizzo@smhl.com

### smith
cecw@smith.williamson.co.uk
cg@smith.williamson.co.uk
chl@smith.williamson.co.uk
cjk@smith.williamson.co.uk
dgme@smith.williamson.co.uk
drg@smith.williamson.co.uk
hb2@smith.williamson.co.uk
jas2@smith.williamson.co.uk
mark.swain@smith.williamson.co.uk
mb@smith.williamson.co.uk
paul.oelmann@smith.williamson.co.uk
william.cussans@smith.williamson.co.uk

**Company & Corresponding Email Addresses**

**smithbarney**
jim.r.schrader@smithbarney.com
robert.feinman@smithbarney.com

**smithbreeden**
aarganbright@smithbreeden.com
agriffiths@smithbreeden.com
ahelfert@smithbreeden.com
ajamison@smithbreeden.com
bgriffin@smithbreeden.com
bmims@smithbreeden.com
cgraner@smithbreeden.com
charvey@smithbreeden.com
chughes@smithbreeden.com
cstopa@smithbreeden.com
dadler@smithbreeden.com
ddektar@smithbreeden.com
dgagnon@smithbreeden.com
dstein@smithbreeden.com
edawson@smithbreeden.com
eflood@smithbreeden.com
ehassid@smithbreeden.com
ghollingsworth@smithbreeden.com
gpalmer@smithbreeden.com
gseals@smithbreeden.com
gsinha@smithbreeden.com
jcurd@smithbreeden.com
jduensing@smithbreeden.com
jfarley@smithbreeden.com
jgalloway@smithbreeden.com
jgladieux@smithbreeden.com
jharr@smithbreeden.com
jormsby@smithbreeden.com
jprendergast@smithbreeden.com
jsieren@smithbreeden.com
jsprow@smithbreeden.com
jwallace@smithbreeden.com
jwheeler@smithbreeden.com
jwilkinson@smithbreeden.com
kfisher@smithbreeden.com
kfleming@smithbreeden.com
kgriffin@smithbreeden.com
khenderson@smithbreeden.com
kmonds@smithbreeden.com
kstaneck@smithbreeden.com
lfrazier@smithbreeden.com
lsullivan@smithbreeden.com
mford@smithbreeden.com
mkrump@smithbreeden.com
mpasquale@smithbreeden.com
mshostedt@smithbreeden.com
mturner@smithbreeden.com
nlayzer@smithbreeden.com
pnolan@smithbreeden.com
raufdenspring@smithbreeden.com

**Company & Corresponding Email Addresses**

rfox@smithbreeden.com
rperry@smithbreeden.com
rschundler@smithbreeden.com
schow@smithbreeden.com
sdavies@smithbreeden.com
sdunphy@smithbreeden.com
sfurman@smithbreeden.com
skon@smithbreeden.com
ssmith@smithbreeden.com
tcunneen@smithbreeden.com
tmoore@smithbreeden.com
tnixon@smithbreeden.com
trowe@smithbreeden.com
twalters@smithbreeden.com
yzhang@smithbreeden.com

**smithgraham**
akeith@smithgraham.com
bpope@smithgraham.com
btomlinson@smithgraham.com
csmith@smithgraham.com
ctheccanat@smithgraham.com
delsenbrock@smithgraham.com
gonisiforou@smithgraham.com
jhouse@smithgraham.com
mwilbanks@smithgraham.com
pjain@smithgraham.com
rgeorgeson@smithgraham.com
rjohnson@smithgraham.com
sjohnson@smithgraham.com
vshelton@smithgraham.com

**smith-graham**
wenlo@smith-graham.com

**smithindia**
prasad@smithindia.com

**smithmgtllc**
ddorsey@smithmgtllc.com
jdorsey@smithmgtllc.com
jrossi@smithmgtllc.com
klevesque@smithmgtllc.com
nscott@smithmgtllc.com
rsmith@smithmgtllc.com

**smith-nephew**
lucy.fuller@smith-nephew.com
peter.nind@smith-nephew.com

**smithnyc**
bpierce@smithnyc.com
dbinsol@smithnyc.com
hfreeman@smithnyc.com

**smiths_group**
antony.woods@smiths_group.com

**smiths-group**
john.langston@smiths-group.com
russell.plumley@smiths-group.com

**smr-invest**

## Company & Corresponding Email Addresses

anne.lemire@smr-invest.com

### smu

cbode@smu.edu

### smud

irye@smud.org

### smurfitgroup

brendan.glynn@hq.smurfitgroup.com
mkenny@smurfitgroup.ie
paul.regan@hq.smurfitgroup.com

### snamprogetti

gianni.oriani@snamprogetti.eni.it
stefano.amarilli@snamprogetti.eni.it

### snamretegas

claudia.carloni@snamretegas.it
claudio.demarco@snamretegas.it
lorella.dicosmo@snamretegas.it
salvatore.russo@snamretegas.it

### snb

alois.seeholzer@snb.ch
andrea.nowak@snb.ch
bettina.malacarne@snb.ch
brigitte.bieg@snb.ch
christoph.maron@snb.ch
claudia.kipfer@snb.ch
cristina.borsani@snb.ch
erich.gmuer@snb.ch
gion.cavegn@snb.ch
jonas.birk@snb.ch
koslowski.christopher@snb.ch
lienert.alex@snb.ch
marcel.zimmermann@snb.ch
nicole.braendle@snb.ch
research.corporates@snb.ch
research.investment@snb.ch
roman.baumann@snb.ch
sandro.streit@snb.ch
sergio.andenmatten@snb.ch
simon.marquis@snb.ch
thomas.stucki@snb.com

### sncf

christine.hemat@sncf.fr
didier.debruin@sncf.fr
jean-luc.drugeon@sncf.fr
joelle.pennanech@sncf.fr
julien.joachim@sncf.fr
nicolas.perot@sncf.fr
paul.galtier@sncf.fr
sandrine.rabel@sncf.fr
sophie.betbeder@sncf.fr

### sndo

maria.norstrom@sndo.se

### snecma

isabelle.bonnault@snecma.fr

### snreaal

## Company & Corresponding Email Addresses

ronald.latenstein@snreaal.nl

### sns

alexander.lubeck@sns.nl
bart.vandekamer@sns.nl
bert.sukdeo@sns.nl
bram.ragetlie@sns.nl
corne.vanzeijl@sns.nl
foppe-jan.vandermeij@sns.nl
hans.molenaar@sns.nl
hans.slomp@sns.nl
harry.vandriel@sns.nl
hilde.veelaert@sns.nl
joos.grapperhaus@sns.nl
jorrit.vanspaendonck@sns.nl
marc.vandeweijenberg@sns.nl
marco.vanson@sns.nl
mariette.maassen@sns.nl
martien.meijer@sns.nl
michel.wetser@sns.nl
niels.degraaff@sns.nl
pim.burggraeve@sns.nl
rene.groteboer@sns.nl
roelie.vanwijk@sns.nl

### snsam

ad.kroot@snsam.nl
bart.aandentoorn@snsam.nl
hyung-ja.dezeeuw@snsam.nl
ruben.smit@snsam.nl

### snsams

e.vanaken@snsams.nl

### snsreaal

pim.poppe@snsreaal.nl

### snsreeal

irene.backx@snsreeal.nl
kris.wulteputte@snsreeal.nl

### snssecurities

ascalon.maharaj@snssecurities.nl
ben.pais@snssecurities.nl
dirkjan.blikkendaal@snssecurities.nl
geurt.szabang@snssecurities.nl
henk.stenneberg@snssecurities.nl
jacques.dejong@snssecurities.nl
janpaul.vanderent@snssecurities.nl
jos.limmen@snssecurities.nl
kees.schlimmer@snssecurities.nl
luuk.strijers@snssecurities.nl
marco.jansen@snssecurities.nl

### snwsc

belgin@snwsc.com
dleek@snwsc.com
jdresser@snwsc.com
jwebster@snwsc.com
kcramer@snwsc.com
khinds@snwsc.com

## Company & Corresponding Email Addresses

kmurphy@snwsc.com
mbanks@snwsc.com
mfranz@snwsc.com
mlarlee@snwsc.com
mmckinnon@snwsc.com
pmiya@snwsc.com
rallen@snwsc.com
rrech@snwsc.com
slemon@snwsc.com
theod@snwsc.com
tmitchell@snwsc.com

### soam

anovitske@soam.com
cernst@soam.com
elipsky@soam.com
gcronin@soam.com
hmaltese@soam.com
jbalkind@soam.com
jhall@soam.com
jru@soam.com
jstewart@soam.com
kforbes@soam.com
kheflin@soam.com
kpuglisi@soam.com
lbutterworth@soam.com
soam@soam.com

### soapstonecapital

nussdorf@soapstonecapital.com

### socegen

pierre.weinstein@us.socegen.com

### socgen

abed.becheik@socgen.com
alain.besnard@socgen.com
alain.smeraldi@socgen.com
andrea.frontini@socgen.co.uk
ann.memery@socgen.com
anne.pascual@socgen.com
archana.jiwnani@socgen.com
arnaud.levyrueff@socgen.com
axel.cabrol@socgen.com
bob.woods@us.socgen.com
cecile.lafon@socgen.com
cedric.veylon@us.socgen.com
charlotte.gourmanel@socgen.com
christelle.kavanagh@socgen.com
christophe.cadoz@socgen.com
christophe.jaeck@socgen.co.uk
christophe.savinas@socgen.com
christopher.hagstrom@socgen.co.uk
ciara.kennedy@socgen.com
conor.mulligan@socgen.com
corinne.hentzen@socgen.com
corinne.pastor@socgen.com
cristina.tapparelli@socgen.co.uk

**Company & Corresponding Email Addresses**

cyril.tourneur@socgen.com
dan.mantini@socgen.com
david.conyers@socgen.com
david.donnelly@us.socgen.com
david.le-cloirec@socgen.com
david.modiano@socgen.com
delphine.lietaer@socgen.com
denis.hoorelbeke@socgen.com
domenico.iuliano@socgen.com
don.travis@us.socgen.com
edouard.klehe@us.socgen.com
emerick.duchene@socgen.com
emilie.guillon@socgen.com
emmanuel.martin@socgen.com
emmanuel.saglio@us.socgen.com
eric.kuder@socgen.com
fabrice.hermann@socgen.com
fabrice.hugon@socgen.com
florence.borel@socgen.co.uk
florent.odetto@socgen.com
franck.moehrel@socgen.com
fraser.mackie@socgen.co.uk
gilles.adam@socgen.com
hamid.elkhlifi@socgen.com
herve.kias@socgen.com
hubert.le-liepvre@socgen.co.uk
isabelle.guilhot@socgen.com
issa.dabbo@socgen.com
james.edwards@socgen.com
james.tresler@us.socgen.com
jay.sands@us.socgen.com
jean-marie.bernollin@socgen.com
jean-marie.laurent@socgen.com
jean-sebastien.minetti@socgen.com
jeremy.gibbs@socgen.co.uk
jill.jacobson@us.socgen.com
joel.le-carpentier@socgen.com
johan.levavasseur@socgen.com
john.mcconnell@socgen.com
john.stack@us.socgen.com
jon.wilcox@us.socgen.com
joseph-emmanuel.a.trojman@socgen.com
laurence.bidault@socgen.com
laurent.vandrebeck@socgen.com
lisa.khoo@socgen.com
louis.gallo@us.socgen.com
lukas.magada@socgen.com
marc.leonio@socgen.com
marie-virginie.vuong@socgen.com
marino.mazzeo@us.socgen.com
martin.friederichs@us.socgen.com
martin.larger@socgen.com
mathilde.frapsauce@socgen.com
matt.charleston@socgen.co.uk

**Company & Corresponding Email Addresses**

maurice.nhan@socgen.com
mireille.moulet@socgen.com
mpompeu@socgen.com
muriel.patin@socgen.com
nadia.geldof@socgen.com
nick.vamvakas@socgen.com
nicolas.commerot@socgen.com
nicolas.malka@socgen.com
olivier.ciron@socgen.com
olivier.de-parcevaux@socgen.com
olivier.jamet@socgen.com
olivier.kerjan@socgen.com
olivier.mace@socgen.com
oriane.cheneau@socgen.com
pascal.grandin@socgen.com
patrick.lukundola@socgen.com
philippe.branley@socgen.com
philippe.danilo@socgen.com
phillip.schemel@us.socgen.com
pierre.charlot@socgen.com
pierre-marie.di-maria-laval@us.socgen.com
rachel.jones@socgen.co.uk
regis.copinot@socgen.co.uk
remy.charre@socgen.com
robert.lamentino@us.socgen.com
sandrine.magloire@us.socgen.com
sebastien.thenard@socgen.com
seth.mankin@us.socgen.com
severine.blond@socgen.com
stacey.hughes@us.socgen.com
steven.bobasch@socgen.co.uk
sylvie.rodrigues@socgen.com
tara.glen@socgen.co.uk
the-hung.nguyen@socgen.com
thierry.dumait@socgen.com
vadim.bagatouria@us.socgen.com
vincent.le-meur@socgen.com
virginie.vuong@socgen.com
yann.thomas@socgen.com
yoshiaki.kang@us.socgen.com
younes.benchlikha@socgen.com

**socgenfunds**
cdelardemelle@socgenfunds.com

**sodexhoalliance**
francoise.belleguic@sodexhoalliance.com
pierre.benaich@sodexhoalliance.com

**sodexho-alliance**
vironda.jeanjacques@sodexho-alliance.fr

**soditic**
sabina.sardi@soditic.co.uk

**soeulbank**
hjpark@soeulbank.net

**sogeko**
kimgregori@sogeko.com

## Company & Corresponding Email Addresses

**sohu**
tinachiu@sohu.com

**sojitz**
hama.toru@sojitz.com
katakai.taketo@sojitz.com
kunitoki.shoji@sojitz.com
miyauchi.hideo@sky.sojitz.com
nami.makiya@sojitz.com

**sol**
uchida_hironori@sol.nichimen.co.jp
yokota_j@sol.nichimen.co.jp

**solvay**
dominique.clerbois@solvay.com
jai.wall@solvay.com
kerstin.lilla@solvay.com
michel.friesewinkel@solvay.com
patrick.verelst@solvay.com
rene.degreve@solvay.com
roger.bickerstaffe@solvay.com

**somersettrust**
bittner@somersettrust.com
hudak@somersettrust.com

**sompo-japan**
akoyano@sompo-japan.co.jp
atsuji1@sompo-japan.co.jp
ekitahara@sompo-japan.co.jp
hfukuda10@sompo-japan.co.jp
hkurachi@sompo-japan.co.jp
hmaeta@sompo-japan.co.jp
hmanabe1@sompo-japan.co.jp
htakano6@sompo-japan.co.jp
iishii1@sompo-japan.co.jp
jkojima4@sompo-japan.co.jp
kkoyanagi2@sompo-japan.co.jp
kmotohashi@sompo-japan.co.jp
ksakai10@sompo-japan.co.jp
ksuzuki13@sompo-japan.co.jp
mnagamori@sompo-japan.co.jp
mnakano5@sompo-japan.co.jp
msano4@sompo-japan.co.jp
mtonmi1@sompo-japan.co.jp
myamada62@sompo-japan.co.jp
nkojima2@sompo-japan.co.jp
nmurakami3@sompo-japan.co.jp
onose@sompo-japan.co.jp
rtakayasu@sompo-japan.co.jp
simamura2@sompo-japan.co.jp
skasai13@sompo-japan.co.jp
stakemoto1@sompo-japan.co.jp
syoneda@sompo-japan.co.jp
tamaki@sompo-japan.co.jp
thayase1@sompo-japan.co.jp
thikida@sompo-japan.co.jp
tkushi@sompo-japan.co.jp

## Company & Corresponding Email Addresses

tnobezawa1@sompo-japan.co.jp
togiso@sompo-japan.co.jp
tokamoto4@sompo-japan.co.jp
ykamiya@sompo-japan.co.jp
ykuroda1@sompo-japan.co.jp
ynakahara1@sompo-japan.co.jp
yoosawa7@sompo-japan.co.jp
ytakai@sompo-japan.co.jp

**sonpo-japan**
hokabayashi@sonpo-japan.co.jp

**sony**
emma.blaylock@us.sony.com

**sonylife**
yoshihiro6902_yamashita@sonylife.co.jp

**sonyusa**
james_rosenstock@sonyusa.com
maryanne_rupy@sonyusa.com

**soppdedd**
fxdept@soppdedd.com

**sormlandssparbank**
jimmy.stenstrom@sormlandssparbank.se

**soros**
aaron.freed@soros.com
adriana.barato@soros.com
ahmad.zuaiter@soros.com
alex.shapiro@soros.com
ambika.kapoor@soros.com
amy.synatzske@soros.com
anna.chung@soros.com
annmarie.egan@soros.com
anthony.corbisiero@soros.com
barry.henderson@soros.com
ben.spires@soros.com
bernardo.villela@soros.com
beth.mlynarczyk@soros.com
betsy.battle@soros.com
bill.mcculloch@soros.com
brett.bornstein@soros.com
bruce.levitt@soros.com
cecilia.to@soros.com
chris.fellingham@soros.com
christian.reddy@soros.com
christopher.marra@soros.com
christopher.wiegand@soros.com
clifford.shu@soros.com
conor.grimley@soros.com
craigresearch@soros.com
cynthia.paul@soros.com
dale.edwards@soros.com
darinka.rakic@soros.com
david.kulsar@soros.com
david.modest@soros.com
david.murphy@soros.com
david.vavrichek@soros.com

## Company & Corresponding Email Addresses

david.wassong@soros.com
derek.wallis@soros.com
dorothy.mosko@soros.com
eric.mahland@soros.com
eric.marx@soros.com
erik.mahland@soros.com
glenn.livingstone@soros.com
hans.grootjen@soros.com
harriett.gordon@soros.com
henry.park@soros.com
howie.rubin@soros.com
ilan.stern@soros.com
irina.slutsker@soros.com
isabella.soon@soros.com
jamie.kanterman@soros.com
jeff.newman@soros.com
jessica.ho@soros.com
jguillory@soros.com
jim.ragusa@soros.com
jixin.dai@soros.com
john.dischiavi@soros.com
john.meyers@soros.com
jonathan.bilzin@soros.com
joseph.khalil@soros.com
joseph.ritter@soros.com
julio.lorenzo@soros.com
katie.riccardella@soros.com
keith.anderson@soros.com
kristofer.segerberg@soros.com
laura.morrison@soros.com
lbell@soros.com
marc.luongo@soros.com
maria.dorman@soros.com
maria.vassalou@soros.com
mark.schwartz@soros.com
mason.haupt@soros.com
matthew.vigneau@soros.com
me@soros.com
michael.au@soros.com
michelle.ross@soros.com
mike.anderson@soros.com
mike.takata@soros.com
murat.ozbaydar@soros.com
nester.clark@soros.com
nial@soros.com
paul.reagan@soros.com
pearle.lee@soros.com
peter.caruso@soros.com
phaedonresearch@soros.com
rahul.sabarwal@soros.com
rick.delosreyes@soros.com
robert.corman@soros.com
robert.kim@soros.com
robert.soros@soros.com

**Company & Corresponding Email Addresses**

roshan.patel@soros.com
ryan.foster@soros.com
sabrina.liu@soros.com
sameet.desai@soros.com
scott.sleece@soros.com
scott_lewis@soros.com
scq@soros.com
sean.kelly@soros.com
sean.lynch@soros.com
sender.cohen@soros.com
serena.tse@soros.com
sharon.rha@soros.com
shwan.taha@soros.com
simon.lau@soros.com
srdjan.vukovic@soros.com
stephen.raneri@soros.com
steve.guihan@soros.com
steve.jones@soros.com
steve.schofield@soros.com
sydney.xu@soros.com
think@soros.com
tito.acosta@soros.com
tom.schwartz@soros.com
tracie.ahern@soros.com
tuncay.cevher@soros.com
viana.huie@soros.com

**soufflet-group**
bhass@soufflet-group.com

**southernco**
smcardle@southernco.com
taperkin@southernco.com

**southwest-mutual**
nchillar@southwest-mutual.com

**sov**
cnw@sov.com
km@sov.com

**sovereignbank**
gweitzel@sovereignbank.com
nspadafo@sovereignbank.com

**sozialbank**
a.verleger@sozialbank.de
w.runge@sozialbank.de

**spaengler**
bernhard.lehner@spaengler.at
birgit.poelzl@spaengler.at
d.feitzinger@spaengler.at
horst.dick@spaengler.at
ingrid.gerner@spaengler.at
ingrid.strasser@spaengler.at
marcus.ehrhardt@spaengler.at
robert.ensinger@spaengler.at

**sparbankenikarlshamn**
thomas.larsson@sparbankenikarlshamn.se

**sparbanken-nord**

## Company & Corresponding Email Addresses

ulf.lindgren@sparbanken-nord.se

### sparebank1

jan.breivik@sparebank1.no

### sparinvest

alexander.fleischer@sparinvest.com
alexander.giuliani@sparinvest.com
alexandra.toyfl@sparinvest.com
amalia.ripfl@sparinvest.com
claudia.mehser@sparinvest.com
claudia.welzig@sparinvest.com
constanze.fay@sparinvest.com
doris.stadler@sparinvest.com
edwin.trieblnig@sparinvest.com
franz.kisser@sparinvest.com
gerhard.beulig@sparinvest.com
gernot.schrotter@sparinvest.com
hans.leitner@sparinvest.com
harald.kober@sparinvest.com
herbert.matzinger@sparinvest.com
iris.heher-milkowits@sparinvest.com
johann.pruckner@sparinvest.com
karl.altrichter@sparinvest.com
manfred.zourek@sparinvest.com
martin.mihalyi@sparinvest.com
michiel.vanderwerf@sparinvest.com
paul.severin@sparinvest.com
peter.andahazy@sparinvest.com
peter.svoboda@sparinvest.com
peter.varga@sparinvest.com
thomas.bobek@sparinvest.com
thomas.oposich@sparinvest.com
veronika.posch@sparinvest.com
wolfgang.mayer@sparinvest.com
wolfgang.zemanek@sparinvest.com

### sparkasse

dario.bogni@sparkasse.it
richard.seebacher@sparkasse.it

### sparkasse-bochum

klaus.pieper@sparkasse-bochum.de
michael.rijneveen@sparkasse-bochum.de

### sparkasse-bremen

bernd.etmer@sparkasse-bremen.de
bjoern.mahler@sparkasse-bremen.de
frank.gobrecht@sparkasse-bremen.de
heiko.starossom@sparkasse-bremen.de
jan.focken@sparkasse-bremen.de
joerg.lindenberg@sparkasse-bremen.de

### sparkasse-hannover

andreas.janke@sparkasse-hannover.de
carsten.hinterthuer@sparkasse-hannover.de
christian.meier@sparkasse-hannover.de
cornelia.schulze@sparkasse-hannover.de
mia.schiefer@sparkasse-hannover.de
sandra.kochanski@sparkasse-hannover.de

## Company & Corresponding Email Addresses

sylvia.lause@sparkasse-hannover.de

### sparkasse-koelnbonn

bernadette.kaufhold@sparkasse-koelnbonn.de
bjoern.marquardsen@sparkasse-koelnbonn.de
caasten.czech@sparkasse-koelnbonn.de
christian.braun-dziurzik@sparkasse-koelnbonn.de
detlef.becker@sparkasse-koelnbonn.de
erik.bartel@sparkasse-koelnbonn.de
harald.floeter@sparkasse-koelnbonn.de
holger.reske@sparkasse-koelnbonn.de
kerstin.raczuhn@sparkasse-koelnbonn.de
klaus-ullrich.spiller@sparkasse-koelnbonn.de
mario.adolphs@sparkasse-koelnbonn.de
martin.koelker@sparkasse-koelnbonn.de
martina.brueck@sparkasse-koelnbonn.de
nils.bantleon@sparkasse-koelnbonn.de
rene.dichant@sparkasse-koelnbonn.de
sandra.steinbuechel@sparkasse-koelnbonn.de
stefan.dahm@sparkasse-koelnbonn.de
susanne.diehl@sparkasse-koelnbonn.de
sylvia.hassert@sparkasse-koelnbonn.de
torsten.jasper@sparkasse-koelnbonn.de
torsten.mietzner@sparkasse-koelnbonn.de
vera.stoeck@sparkasse-koelnbonn.de
werner.lorbach@sparkasse-koelnbonn.de

### sparkasse-krefeld

frank.krahn@sparkasse-krefeld.de
gerhard.krueger@sparkasse-krefeld.de
susanne.kubik@sparkasse-krefeld.de
wilfried.esten@sparkasse-krefeld.de

### sparkassenversicherung

axel.kolbe@sparkassenversicherung.de
frank.osswald@sparkassenversicherung.de
gerlinde.jetzschke@sparkassenversicherung.de
hans.allmandinger@sparkassenversicherung.de
hermann-josef.abelen@sparkassenversicherung.de
ingo.kugel@sparkassenversicherung.de
manfred.rupps@sparkassenversicherung.de
thomas.geiser@sparkassenversicherung.de

### sparkasse-ooe

christian.stoebich@sparkasse-ooe.at
hannes.marschalek@sparkasse-ooe.at
martin.kamleitner@sparkasse-ooe.at
maximilian.haslbauer@sparkasse-ooe.at

### sparkasse-pforzheim

handel@sparkasse-pforzheim.de

### spasset

aboffa@spasset.lu
aninni@spasset.lu
bcometto@spasset.lu
fwouters@spasset.lu
iitaliano@spasset.lu
lavico@spasset.lu
mmottino@spasset.lu

## Company & Corresponding Email Addresses

**spavm**
johan.grunditz@spavm.se

**spectraweb**
zulauf.invest@spectraweb.ch

**spectrumassetmgmt**
george.dowd@spectrumassetmgmt.com

**spectrumassetmgt**
songer@spectrumassetmgt.com

**spectruminvest**
cwindeyer@spectruminvest.com.au
lskardoon@spectruminvest.com.au

**spfbeheer**
cvanderleest@spfbeheer.nl
fberg@spfbeheer.nl
ghartman@spfbeheer.nl
hheerink@spfbeheer.nl
hhermsen@spfbeheer.nl
hhoning@spfbeheer.nl
hroekel@spfbeheer.nl
iruis@spfbeheer.nl
jbrandenburg@spfbeheer.nl
jidema@spfbeheer.nl
jkappe@spfbeheer.nl
lparren@spfbeheer.nl
mandringa@spfbeheer.nl
mcardous@spfbeheer.nl
mmulder@spfbeheer.nl
mmulleners@spfbeheer.nl
nwinsen@spfbeheer.nl
pvenlet@spfbeheer.nl
rmoolenaar@spfbeheer.nl
rvesters@spfbeheer.nl
shaaijer@spfbeheer.nl
smangroo@spfbeheer.nl
swit@spfbeheer.nl
wiersel@spfbeheer.nl
ydungen@spfbeheer.nl

**spgestion**
afournier@spgestion.fr
hcabanac@spgestion.fr

**sph-spms**
teerl@sph-spms.nl
vonbeckumd@sph-spms.nl
zimmermanr@sph-spms.nl

**spin**
pbvermag@spin.ch

**spinnaker**
lmattar@spinnaker.com.br
mrmenezes@spinnaker.com.br
pcremiao@spinnaker.com.br

**spinnakerasia**
christopher.teague@spinnakerasia.com
david.curran@spinnakerasia.com
guoxing.wang@spinnakerasia.com

## Company & Corresponding Email Addresses

kirkalexander@spinnakerasia.com
mwlim@spinnakerasia.com
tarun.gandhi@spinnakerasia.com

### spinnakercapital

alexis.habib@spinnakercapital.com
boris.erenburg@spinnakercapital.com
christian.kopf@spinnakercapital.com
claude.marion@spinnakercapital.com
daniel.strauss@spinnakercapital.com
erika.bogar@spinnakercapital.com
jorge.rosas@spinnakercapital.com
nicolaos.koulioumba@spinnakercapital.com

### spinnaker-capital

bradley.wickens@spinnaker-capital.com
bradley.wikens@spinnaker-capital.com
orsi.scott@spinnaker-capital.com

### spintech

spencer.punter@spintech.com

### springhousecapital

jgraf@springhousecapital.com

### sprint

annemarie.gemma@frbny.sprint.com
david.c.lam@exxon.sprint.com
susan.mclaughlin@frbny.sprint.com
suzanne.boughner@frbny.sprint.com

### sprintmail

jsteinberg@sprintmail.com

### sp-sa

helge.heyd@sp-sa.de

### spt

casieber@spt.com
cslarson@spt.com
mdpeters@spt.com
mlinstro@spt.com
nng@spt.com
ppuster@spt.com
tspaeth@spt.com

### spv

torleif.berg@spv.no

### sqam

fabrice.callet@sqam.com

### sra

jwarmath@sra.state.md.us
shuber@sra.state.md.us
tray@sra.state.md.us

### sr-bank

petter.olberg@sr-bank.no

### srfsanpaoloimi

n.manuti@srfsanpaoloimi.com

### sric

alang@sric.net
jbyron@sric.net
yshields@sric.net

### srpnet

## Company & Corresponding Email Addresses

mjgoughn@srpnet.com
wjniemei@srpnet.com

**ss**

ftinsect@ss.iij4u.or.jp

**ssb**

cserpa@ssb.com
jdfitch@ssb.com

**sscims**

adam.weaver@sscims.com
alberto.correia@sscims.com
aldene.erskine@sscims.com
allison.aytes@sscims.com
annie.cheng@sscims.com
anuya.dhage@sscims.com
beth.cesari@sscims.com
bill.chau@sscims.com
blake.metsch@sscims.com
boriana.farias@sscims.com
brentley.stark@sscims.com
brijesh.patel@sscims.com
cheryl.witty@sscims.com
cindy.kon@sscims.com
clark.phan@sscims.com
cynthia.johnson@sscims.com
darrell.le@sscims.com
david.brownson@sscims.com
david.doan@sscims.com
david.kramer@sscims.com
debra.harris@sscims.com
dhiren.banker@sscims.com
dominic.degrasio@sscims.com
emi.sato@sscims.com
eric.bartlete@sscims.com
erik.haven@sscims.com
erin.tomlinson@sscims.com
estevan.botello@sscims.com
etsuko.kawaguchi@sscims.com
frank.bruno@sscims.com
frank.choi@sscims.com
frank.kokai@sscims.com
geoffrey.graham@sscims.com
george.guerrero@sscims.com
graham.shute@sscims.com
hannah.chung@sscims.com
hugo.komatsu@sscims.com
iris.ngo@sscims.com
jared.barton@sscims.com
jeff.grant@sscims.com
jeff.huang@sscims.com
jennifer.hardeman@sscims.com
jennifer.worthington@sscims.com
jesse.chang@sscims.com
joe.rosenfelt@sscims.com
joe.salcido@sscims.com

**Company & Corresponding Email Addresses**

jon.moehl@sscims.com
joseph.davidson@sscims.com
joy.sumner@sscims.com
julie.nguyen@sscims.com
juzar.gadiwala@sscims.com
karen.grimsley@sscims.com
kathy.martin@sscims.com
katrina.nguyen@sscims.com
kenneth.koo@sscims.com
khoa.phan@sscims.com
kim.tran@sscims.com
lachlan.macquarie@sscims.com
lejohn.pai@sscims.com
lenka.khou@sscims.com
liam.murphy@sscims.com
libby.vangelos@sscims.com
lisa.dao@sscims.com
lisa.hoffman@sscims.com
ljpai@sscims.com
lulu.chen@sscims.com
mehdi.dalavarian@sscims.com
melissa.silverman@sscims.com
michael.burdian@sscims.com
michael.jacobs@sscims.com
michael.novikoff@sscims.com
michael.painter@sscims.com
michael.pruin@sscims.com
michael.steier@sscims.com
mike.bell@sscims.com
mike.li@sscims.com
mike.yetter@sscims.com
naomi.yamamoto@sscims.com
nolan.toy@sscims.com
peggy.brynjolfsson@sscims.com
peter.luevanos@sscims.com
phan.dang@sscims.com
phillip.rhee@sscims.com
rafael.lim@sscims.com
ralph.lopez@sscims.com
ricardo.vit@sscims.com
robert.hart@sscims.com
robert.leo@sscims.com
robert.orca@sscims.com
romina.dalpogetto@sscims.com
ross.jackson@sscims.com
sachin.bawale@sscims.com
sat.buu@sscims.com
scott.sunbury@sscims.com
stan.lee@sscims.com
sue.collazo@sscims.com
theresa.tran@sscims.com
thomas.kopkash@sscims.com
thomas.williams@sscims.com
todd.humphreys@sscims.com

## Company & Corresponding Email Addresses

tran.nguyen@sscims.com
trevor.walker@sscims.com
veruschka.tan@sscims.com
zvi.shapiro@sscims.com

### sscinc

alastair.johnson@sscinc.com
cfurlo@sscinc.com
drussell@sscinc.com
jamenta@sscinc.com
jhazen@sscinc.com
mac92@sscinc.com
rpullara@sscinc.com
sgoode@sscinc.com
ssaadian@sscinc.com

### ssf

zhipengw@ssf.gov.cn

### ssfutures

yeechung@ssfutures.com

### ssg

christopher_t_grune@ssg.com

### ssga

aaron_hurd@ssga.com
adel_daghmouri@ssga.com
aiman_baharna@ssga.com
aisling_toby@ssga.com
akash_sindagi@ssga.com
alain_louis@ssga.com
alan_brown@ssga.com
alex_reeve@ssga.com
alex_salcedo@ssga.com
alexi_makkas@ssga.com
alison_kerivan@ssga.com
allen_kwong@ssga.com
amos_rogers@ssga.com
andrea_d'abramo@ssga.com
andrew_chodorow@ssga.com
andrew_goodale@ssga.com
andrew_tenczar@ssga.com
angela_finn@ssga.com
anita_xu@ssga.com
anthony_falzarano@ssga.com
anthony_fiore@ssga.com
anthony_foley@ssga.com
anthony_golowenko@ssga.com
anthony_yau@ssga.com
anu_kothari@ssga.com
anurag_mishra@ssga.com
anurag_wakhlu@ssga.com
arlene_rockefeller@ssga.com
arun_karna@ssga.com
ashley_vallone2@ssga.com
ashling_mcdonald@ssga.statestr
attilio_qualtieri@ssga.com
azim_alvi@ssga.com

**Company & Corresponding Email Addresses**

banaja_mishra@ssga.com
barbara_shegog@ssga.com
barbara_thompson@ssga.com
barry_allen@ssga.com
barry_spear@ssga.com
bart_hellwig@ssga.com
ben_kottler@ssga.com
ben_salm@ssga.com
benjamin_garfield@ssga.com
benjamin_tarlow@ssga.com
benjamin_wong@ssga.com
bill_driscoll@ssga.com
bill_page@ssga.com
bill_street@ssga.com
bing_lin@ssga.com
bob_magri@ssga.com
brad_aham@ssga.com
brett_wander@ssga.com
brian_black@ssga.com
brian_hickey@ssga.com
brian_kinney@ssga.com
buttenheim_maureen@ssga.com
carl_erdly@ssga.com
carlos_coutinho@ssga.com
carmen_assang@ssga.com
carole_morin@ssga.com
carrie_heilweil@ssga.com
casey_paton@ssga.com
chandra_manibog@ssga.com
charisse_kilkeary@ssga.com
charles_byrne@ssga.com
charles_mottinger@ssga.com
charles_tao@ssga.com
chee_ooi@ssga.com
ching-yin_fung@ssga.com
chris_butler@ssga.com
chris_rice@ssga.com
chris_sunderland@ssga.com
christian_dansereau@ssga.com
christine_chen@ssga.com
christos_koutsoyannis@ssga.com
chuck_martin@ssga.com
chuck_mcginn@ssga.com
ciaran_casey@ssga.com
cindy_wong@ssga.com
craig_degiacomo@ssga.com
craig_orr@ssga.com
craig_slater@ssga.com
cynthia_moy@ssga.com
dan_mo@ssga.com
dan_peirce@ssga.com
dan_stachel@ssga.com
daniel_hannemann@ssga.com
daniel_williams@ssga.com

**Company & Corresponding Email Addresses**

david_benhamou@ssga.com
david_boatwright@ssga.com
david_duseau@ssga.com
david_ely@ssga.com
david_hegg@ssga.com
david_kobuszewski@ssga.com
david_l_smith@ssga.com
david_mazza@ssga.com
david_mcavoy@ssga.com
david_ondek@ssga.com
david_sandrew@ssga.com
david_zielinski@ssga.com
dduseau@ssga.com
dean_gekas@ssga.com
delphine_hovan@ssga.com
denisa_sokolova@ssga.com
derek_riddell@ssga.com
derek_sadowsky@ssga.com
didier_rosenfeld@ssga.com
divya_gopal@ssga.com
dodd_kittsley@ssga.com
domini_gardner@ssga.com
drew_cortez@ssga.com
dsauve@ssga.com
dunbrack_gary@ssga.com
dwayne_parmley@ssga.com
eldar_nigmatullin@ssga.com
eleanor_marsh@ssga.com
elizabeth_mingle@ssga.com
elizabeth_shea@ssga.com
elizabeth_worster@ssga.com
elya_schwartzman@ssga.com
emcommodities@ssga.com
eric_chatron@ssga.com
eric_tempesta@ssga.com
eva_manimtim@ssga.com
faruk_patel@ssga.com
fernando_diaz@ssga.com
frances_raboy@ssga.com
franck_mercier@ssga.com
franky_mui@ssga.com
frederic_jarnet@ssga.com
fujiko_matsumoto@ssga.com
gary_zhang@ssga.com
geoffrey_somes@ssga.com
george_hoguet@ssga.com
george_xiang@ssga.com
glen_johnson@ssga.com
glenn_johnson@ssga.com
gregory_taieb@ssga.com
hardeep_parmar@ssga.com
helen_chan@ssga.com
helen_romeo@ssga.com
henri_fouda@ssga.com

**Company & Corresponding Email Addresses**

henry_jim@ssga.com
henry_lanza@ssga.com
holly_clifford@ssga.com
holly_sabourin@ssga.com
hong_zeng@ssga.com
hui_jin@ssga.com
huimin_wu@ssga.com
ivka_kalus@ssga.com
jacob_gilman@ssga.com
james_callahan@ssga.com
james_canney@ssga.com
james_contis@ssga.com
james_donahue@ssga.com
james_faulkner@ssga.com
james_klocek@ssga.com
james_kramer@ssga.com
james_mauro@ssga.com
james_reichert@ssga.com
jason_jeffers@ssga.com
jason_randlett@ssga.com
jay_ladieu@ssga.com
jean-christophe_beaulieu@ssga.com
jeetendra_naidu@ssga.com
jeff_st_peters@ssga.com
jeffrey_beach@ssga.com
jeffrey_carter@ssga.com
jeffrey_ladestro@ssga.com
jeffrey_megar@ssga.com
jeffrey_morrissey@ssga.com
jeng_chou@ssga.com
jenna_giannelli@ssga.com
jennifer_plaza@ssga.com
jennifer_sjostedt@ssga.com
jianzhuang_cai@ssga.com
jim_hopkins@ssga.com
jo_anne_ferullo@ssga.com
joe_kavey@ssga.com
joe_lutkevitch@ssga.com
joel_case@ssga.com
joel_goodwin@ssga.com
joelle_mcphail@ssga.com
john_balder@ssga.com
john_choe@ssga.com
john_cronin@ssga.com
john_furtado@ssga.com
john_kirby@ssga.com
john_laposta@ssga.com
john_lau@ssga.com
john_longhurst@ssga.com
john_morton@ssga.com
john_richard@ssga.com
john_tucker@ssga.com
john_waskiewicz@ssga.com
john_white@ssga.com

**Company & Corresponding Email Addresses**

jonathan_forman@ssga.com
joseph_marus@ssga.com
kali_ramachandran@ssga.com
kan_zheng@ssga.com
karen_chong@ssga.com
karen_tsang@ssga.com
katherine_pierce@ssga.com
kathryn_barry@ssga.com
kelly_rooney@ssga.statestreet.
kenneth_kubec@ssga.com
kent_finkle@ssga.com
kerstin_ramstrom@ssga.com
kevin_tuttle@ssga.com
khengsiang_ng@ssga.com
kimberly_gluck@ssga.com
konstantinos_dafoulas@ssga.com
kristopher_a_giardino@ssga.com
kshama_shetty@ssga.com
kyle_kelly@ssga.com
lati_lelelit@ssga.com
lauren_kossow@ssga.com
laurent_dupouy@ssga.com
leo_yerukhimovich@ssga.com
lin_yuan@ssga.com
lindsey_richardon@ssga.com
ling_luo@ssga.com
lokesh_bidarakatti@ssga.com
madhu_arumugham@ssga.com
mahesh_konda@ssga.com
mahesh_vel@ssga.com
maile_robichaud@ssga.com
malini_belani@ssga.com
marc_laflamme@ssga.com
marc_toucette@ssga.com
marc_touchette@ssga.com
margaret_nelson@ssga.com
maria_pino@ssga.com
marie_gaines@ssga.com
mariusz_zielinski@ssga.com
mark_d'alfonso@ssga.com
mark_flanagan@ssga.com
mark_hooker@ssga.com
mark_marinella@ssga.com
mark_reilly@ssga.com
martin_oetiker@ssga.com
mary_mcdermott@ssga.com
matt_pappas@ssga.com
matthew.pace@ssga.com
matthew_george@ssga.com
matthew_griswold@ssga.com
matthew_kelly@ssga.com
matthew_lau@ssga.com
matthew_mcphee@ssga.com
matthew_natale@ssga.com

**Company & Corresponding Email Addresses**

matthew_steinaway@ssga.com
max_desantis@ssga.com
mayank_seksaria@ssga.com
mei_chu@ssga.com
melissa_webster@ssga.com
mi_chen@ssga.com
michael_brunell@ssga.com
michael_collinsjr@ssga.com
michael_feehily@ssga.com
michael_hebert@ssga.com
michael_madden@ssga.com
michael_mccrorey@ssga.com
michael_milby@ssga.com
michael_ohara@ssga.com
michael_porter@ssga.com
michael_przygoda@ssga.com
michael_riggs@ssga.com
michael_riley@ssga.com
michael_schoeck@ssga.com
michael_soued@ssga.com
michael_thompson@ssga.com
michael_williams@ssga.com
michael_wood@ssga.com
michael_young@ssga.com
michelle_aquino@ssga.com
michelle_cheong@ssga.com
miguel_villanueva@ssga.com
mike_caffi@ssga.com
mike_martel@ssga.com
mirna_zelic@ssga.com
murat_sensoy@ssga.com
nancy_tolson@ssga.com
narayana_siddappa@ssga.com
nathaniel_evarts@ssga.com
neil_amaral@ssga.com
neil_boege@ssga.com
nicholas_sacca@ssga.com
nigel_foo@ssga.com
oekambi@ssga.com
ola_folarin@ssga.com
oliver_zeng@ssga.com
owen_anastasia@ssga.com
pallavi_kudva@ssga.com
pam_hegarty@ssga.com
pamela_costa@ssga.com
patricia_gildea@ssga.statestre
patricia_murphy@ssga.com
patrick_armstrong@ssga.com
patrick_wong@ssga.com
paul_brakke@ssga.com
paul_gardner@ssga.com
paul_greff@ssga.com
paul_young@ssga.com
paula_craft@ssga.com

## Company & Corresponding Email Addresses

peaches_kenneally@ssga.com
peng_liu@ssga.com
peter.willet@ssga.com
peter_hajjar@ssga.com
peter_lert@ssga.com
peter_lindley@ssga.com
peter_lindner@ssga.com
phil_meckel@ssga.com
philip_reardon@ssga.com
pia_mccusker@ssga.com
pierre_auguste@ssga.com
ponnamma_lalith@ssga.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pritha_mitra-stiff@ssga.com
qi_guan@ssga.com
quang_la@ssga.com
rachael_leman@ssga.com
rajiv_prabhakar@ssga.com
rami_hassan@ssga.com
ramon_maronilla@ssga.com
rankd_galletti@ssga.com
raul_riverajr@ssga.com
ray_cunha@ssga.com
rebecca_kelsch@ssga.com
richard_arnott@ssga.com
richard_bowers@ssga.com
richard_ngpack@ssga.com
richard_ochman@ssga.com
richard_thomas@ssga.com
ritirupa_samanta@ssga.com
rob_rubano@ssga.com
robert_dempsey@ssga.com
robert_devaney@ssga.com
robert_jackson@ssga.com
robert_kania@ssga.com
robert_pickett@ssga.com
robert_ricciarelli@ssga.com
robert_uek@ssga.com
rodolfo_robles@ssga.com
romulus_carbunari@ssga.com
ross_bolton@ssga.com
ryan_campbell@ssga.com
ryan_langille@ssga.com
sammy_yip@ssga.com
sandy_wong-ng@ssga.com
sara_divello@ssga.com
sarath_sathkumara@ssga.com
scott_conlon@ssga.com
scott_fulford@ssga.com
scott_miller@ssga.com
scott_piche@ssga.com
scott_richards@ssga.com
sean_dillon@ssga.com

## Company & Corresponding Email Addresses

sean_flannery@ssga.com
sean_lucier@ssga.com
sean_lussier@ssga.com
shawn_johnson@ssga.com
shelli_edgar@ssga.com
shilpa_sree@ssga.com
shinichi_kuragasaki@ssga.com
shruti_verma@ssga.com
simon_collinge@ssga.com
simon_mullumby@ssga.com
siu_moy@ssga.com
solomon_tadesse@ssga.com
sophia_banar@ssga.com
spiros_jamas@ssga.com
stanley_kwok@ssga.com
stephen_burke@ssga.com
stephen_j_nash@ssga.com
stephen_krajewski@ssga.com
stephen_mantle@ssga.com
steven_a_russo@ssga.com
steven_kistner@ssga.com
steven_meier@ssga.com
sue_burris@ssga.com
sunitha_das@ssga.com
susan_foster@ssga.com
susan_reigel@ssga.com
susie_rathsombath@ssga.com
swong-ng@ssga.com
tabitha_waithaka@ssga.com
taras_ivanenko@ssga.com
ted_gekas@ssga.com
theresa_maurer@ssga.com
thierry_iniguez@ssga.com
thomas_distefano@ssga.com
thomas_gaylord@ssga.com
thomas_guarini@ssga.com
thomas_kayola@ssga.com
thomas_kelly@ssga.com
thomas_kennelly@ssga.com
thomas_sherry@ssga.com
thomas_stolberg@ssga.com
tim_garry@ssga.com
tim_gary@ssga.com
tim_gaudette@ssga.com
timothy_cook@ssga.com
timothy_corbett@ssga.com
timothy_furbush@ssga.com
timothy_ryan@ssga.com
ting_li@ssga.com
toby_michaud@ssga.com
todd_bean@ssga.com
todd_brezinski@ssga.com
todd_kennedy@ssga.com
tom_connelley@ssga.com

## Company & Corresponding Email Addresses

tom_favazza@ssga.com
tom_hagstrom@ssga.com
tom_motley@ssga.com
tommy_cheung@ssga.com
tony_beaulac@ssga.com
tony_scola@ssga.com
tyhesha_harrington@ssga.com
tyler_yuan@ssga.com
velma_chang@ssga.com
veronica_ho@ssga.com
vic_thompson@ssga.com
vidya_krishnaswamy@ssga.com
vimal_jayaraj@ssga.com
vincent_p_thornton@ssga.com
vincent_suen@ssga.com
volodymyr_zdorovtsov@ssga.com
wally_cheung@ssga.com
walter_stock@ssga.com
wayne_parrish@ssga.com
william_chow@ssga.com
william_cunningham@ssga.com
william_deroche@ssga.com
william_jurgelewicz@ssga.com
winnie_pun@ssga.com
xianxin_zhao@ssga.com
xuesong_hu@ssga.com
yann_depin@ssga.com
yasuyo_meisner@ssga.com
yi_y_xu@ssga.com
yin_kon@ssga.com
yining_gu@ssga.com
yuehan_liu@ssga.com
yvonne_tai@ssga.com
zichong_wang@ssga.com
zoran_stanisljevic@ssga.com

**ssk1**

mihoko.yoshii@ssk1.ho.dkb.co.jp

**sskduessekdorf**

frank.hendricks@sskduessekdorf.de

**sskduesseldorf**

alfred.kadagies@sskduesseldorf.de

**sskhan**

j.weinhold@sskhan.de
r.ebert@sskhan.de

**ssm**

dkiessling@ssm.com
jpannel@ssm.com
lhealy@ssm.com
morlando@ssm.com
tshively@ssm.com

**ssmb**

andres.recoder@ssmb.com
andrew.schlossberg@ssmb.com
bob.kopprasch@ssmb.com

## Company & Corresponding Email Addresses

carmella.dirienzo@ssmb.com
charles.schifano@ssmb.com
david.graff@ssmb.com
david.j.griffiths@ssmb.com
fred.chapey@ssmb.com
j.bianchi@ssmb.com
jacquelyn.kirkland@ssmb.com
joseph.deane@ssmb.com
josh.lane@ssmb.com
krisiti.conway@ssmb.com
lou.mccrimlisk@ssmb.com
marlon.rockensuess@ssmb.com
menko.jaekel@ssmb.com
michele.mirabella@ssmb.com
neil.mack@ssmb.com
robert.ball@ssmb.com
robert.l.battel@ssmb.com
ruppert.vernon@ssmb.com
sheridan.j.lear@ssmb.com
thomas.ekert@ssmb.com
thomas.miele@ssmb.com
veronica.a.gilmartin@ssmb.com

### ssmhc

brenda_schaefer@ssmhc.com
karen_everhart@ssmhc.com
kris_zimmer@ssmhc.com

### ssrm

acohen@ssrm.com
bhaggerty@ssrm.com
bodell@ssrm.com
bpassalacqua@ssrm.com
bwestvold@ssrm.com
ccreelman@ssrm.com
cmcgowan@ssrm.com
cvilaythong@ssrm.com
dcarson@ssrm.com
ddavis@ssrm.com
dlafferty@ssrm.com
doconnell@ssrm.com
dporitzky@ssrm.com
dstrelow@ssrm.com
egovoni@ssrm.com
ekeaney@ssrm.com
esears@ssrm.com
gmartin@ssrm.com
hmorris@ssrm.com
jbalder@ssrm.com
jdoucette@ssrm.com
jgiroux@ssrm.com
jlynch@ssrm.com
jmulligan@ssrm.com
jvillela@ssrm.com
jwallace@ssrm.com
kepshteyn@ssrm.com

**Company & Corresponding Email Addresses**

kepstein@ssrm.com
klangholm@ssrm.com
lbangs@ssrm.com
library@ssrm.com
lsarlo@ssrm.com
mboss@ssrm.com
mdavid@ssrm.com
mgedney@ssrm.com
mikecallahan@ssrm.com
mjohannsen@ssrm.com
mlomasney@ssrm.com
mtaber@ssrm.com
pspain@ssrm.com
rmurphy@ssrm.com
sbrown@ssrm.com
scumberbatch@ssrm.com
smacdonald@ssrm.com
snagarajan@ssrm.com
sstjohn@ssrm.com
swardwell@ssrm.com
thagstrom@ssrm.com
wdunlap@ssrm.com
whamilton@ssrm.com

**ssrrealty**
flieblic@ny.ssrrealty.com
**sswedbank**
peter.tram@sswedbank.com
**st**
alain.dutheil@st.com
alessandro.brenna@st.com
andrea.cuomo@st.com
antonia.sala@st.com
benoit.de-leusse@st.com
bruno.steve@st.com
carlo.bozotti@st.com
carlo.ferro@st.com
cristina.brambilla@st.com
edoardo.sirtori@st.com
giorgio.incognito@st.com
giuseppe.amodio@st.com
giuseppe.notarnicola@st.com
joshua.friedman@st.com
jpickart@state.st.com
kongfk@st.com.sg
laurence.valente@st.com
mario.arlati@st.com
piero.mosconi@st.com
seah.peter@st.com
tait.sorensen@st.com
**stableriver**
justin.wu@stableriver.com
mike.sebesta@stableriver.com
**staceybraun**
jwexler@staceybraun.com

## Company & Corresponding Email Addresses

pbwillis@staceybraun.com
rweiden@staceybraun.com
tcalimano@staceybraun.com

### stadshuset

max.ehrengren@stadshuset.stockholm.se
per.eriksson@stadshuset.stockholm.se

### staedtische

c.buchmayer@staedtische.co.at
c.wurl@staedtische.co.at
d.janik@staedtische.co.at
g.weber@staedtische.co.at
h.jaindl@staedtische.co.at
j.hiller@staedtische.co.at
m.oberdorfer@staedtische.co.at
s.kogler@staedtische.co.at
walter.schultes@staedtische.co.at

### standarchartered

matthew-denis.galligan@sg.standarchartered.com

### standard

kdottl@standard.com
rjain@standard.com

### standardchartered

aaron.chua@sg.standardchartered.com
alistair.bulloch@tw.standardchartered.com
amar.singh@standardchartered.com
andrew.willans@us.standardchartered.com
ankit.garg@uk.standardchartered.com
anthony.jacob@us.standardchartered.com
anthony.walton@standardchartered.com
benjamin.velazquez@us.standardchartered.com
bill.hughes@us.standardchartered.com
brad.levitt@sg.standardchartered.com
brookfurst@us.standardchartered.com
bryan.henning@sg.standardchartered.com
catherine.williams@uk.standardchartered.com
celia.haung@tw.standardchartered.com
charlie.wang@sg.standardchartered.com
charu.narain@kr.standardchartered.com
diptochakratorty@us.standardchartered.com
dudley.hancox@us.standardchartered.com
emily.sun@tw.standardchartered.com
esther.wahl@us.standardchartered.com
franco.rossi@us.standardchartered.com
frank.law@hk.standardchartered.com
frank.robleto@us.standardchartered.com
george.ct.hsu@tw.standardchartered.com
gregory.clinton@sg.standardchartered.com
helen.s.hui@tw.standardchartered.com
hitan.patel@uk.standardchartered.com
ht.chen@tw.standardchartered.com
jackie.vazquez@us.standardchartered.com
jacqueline.swaine@us.standardchartered.com
jahangir.aka@sg.standardchartered.com
james.mccabe@us.standardchartered.com

**Company & Corresponding Email Addresses**
jane.loo@sg.standardchartered.com
jaspal.bindra@sg.standardchartered.com
jeffrey.jw.ha@kr.standardchartered.com
jevin.fan@tw.standardchartered.com
john.stewart@us.standardchartered.com
julio.rojas@us.standardchartered.com
karen.siercke-franco@standardchartered.com
keith.de-vaz@sg.standardchartered.com
lakshmikanthan.ravisankar@sg.standardchartered.com
lee.guan-liu@standardchartered.com
leung.franco@uk.standardchartered.com
marc.krusko@us.standardchartered.com
marc.leaver@standardchartered.com
margaret.lee@hk.standardchartered.com
matthew.geason@sg.standardchartered.com
matthew.welch@sg.standardchartered.com
michael.palagonia@us.standardchartered.com
mike.rees@sg.standardchartered.com
neo.wee-siang@uk.standardchartered.com
park.jw@kr.standardchartered.com
patrick.ck.wong@hk.standardchartered.com
paul.hare@uk.standardchartered.com
perdigon.luis-fernando@us.standardchartered.com
peter.dodds@us.standardchartered.com
peter.sargant@hk.standardchartered.com
peter.womg@sg.standardchartered.com
pham.phu-khoi@sg.standardchartered.com
pradeep.jyer@us.standardchartered.com
proctor.david@sg.standardchartered.com
rahul.arora@uk.standardchartered.com
richard.lau@sg.standardchartered.com
robert.ryan@us.standardchartered.com
rodrigo.gurdian@us.standardchartered.com
seah.hway-keng@sg.standardchartered.com
sean.copley@us.standardchartered.com
shizuo.ichikawa@jp.standardchartered.com
stephen.ts.chan@hk.standardchartered.com
steve.puttock@uk.standardchartered.com
sundeep.bhandari@in.standardchartered.com
tammy-yi-jiun.liou@tw.standardchartered.com
vince.chen@tw.standardchartered.com
vis.shankar@sg.standardchartered.com
vyayant.jan@us.standardchartered.com
woo.youngsong@us.standardchartered.com
yip.chris@sg.standardchartered.com
yoshio.shimizu@uk.standardchartered.com
**standardlife**
aatish_porwal@standardlife.com
aileen_crombie@standardlife.com
alasdair_maclean@standardlife.com
alexander_godwin@standardlife.com
alistair_way@standardlife.com
alistair_wittet@standardlife.com
amy_boog@standardlife.com

## Company & Corresponding Email Addresses

andrew.sutherland@standardlife.com
andrew_milligan@standardlife.com
andrew_walker@standardlife.com
andy_gipp@standardlife.com
andy_townsend@standardlife.com
anita_griffin@standardlife.com
anne_breen@standardlife.com
anne-sophie.barette@standardlife.ca
arthur_milson@standardlife.com
bill_lambert@standardlife.com
brian_fleming@standardlife.com
carol_duncan@standardlife.com
charles.jenkins@standardlife.ca
chris_haimendorf@standardlife.com
chris_verrecchia@standardlife.com
christina_butler@standardlife.com
christopher_waddington@standardlife.com
claude.turcot@standardlife.ca
clemens_buenger@standardlife.com
colin_ledlie@standardlife.com
craig_x_macdonald@standardlife.com
daniela_kriegenburg@standardlife.com
david_baddon@standardlife.com
david_cumming@standardlife.com
derek_quinn@standardlife.com
dinka.kucic@standardlife.ca
dominic_byrne@standardlife.com
donal_reynolds@standardlife.com
donna_boyd@standardlife.com
doriana.cirella@standardlife.ca
dougie_smyth@standardlife.com
douglas_mcneill@standardlife.com
douglas_roberts@standardlife.com
edward_leggett@standardlife.com
elaine_cairns@standardlife.com
elaine_morrison@standardlife.com
emma_shelton@standardlife.com
erlend_lochen@standardlife.com
euan_munro@standardlife.com
euan_sanderson@standardlife.com
euan_stirling@standardlife.com
evelyn_bourke@standardlife.com
feryal_taki@standardlife.com
fiona_dickinson@standardlife.com
fiona_melville@standardlife.com
firstname_surname@standardlife.com
fraser_chalmers@standardlife.com
gareth_gettinby@standardlife.com
geir-rune.johnskareng@standardlife.ca
george_walker@standardlife.com
georgina_marshall@standardlife.com
gordon_lowson@standardlife.com
graeme_orr@standardlife.com
graham_downie@standardlife.com

**Company & Corresponding Email Addresses**

greg_cookson@standardlife.com
haider_raja@standardlife.com
harry_nimmo@standardlife.com
hazel_murray@standardlife.com
hector_kilpatrick@standardlife.com
helen_driver@standardlife.com
hilary_oconnor@standardlife.com
iain_galloway@standardlife.com
iain_maccormick@standardlife.com
iain_mason@standardlife.com
ian_robertson@standardlife.com
ivan.francis@standardlife.ca
jane_somerville@standardlife.com
jessica_cheung@standardlife.com
jim.pearson@standardlife.com
jim_conway@standardlife.com
jim_cull@standardlife.com
joanna_dormer@standardlife.com
john_c_wilson@standardlife.com
john_cummins@standardlife.com
john_hughes@standardlife.com
john_metcalfe@standardlife.com
john_page@standardlife.com
john_whelan@standardlife.com
jonathan_gibbs@standardlife.com
jonathan_rowe@standardlife.com
juli_kao@standardlife.com
julie_mason@standardlife.com
karen_e_robertson@standardlife.com
kathleen_mckechnie@standardlife.com
katy_ross@standardlife.com
kay_ayre@standardlife.com
kay_eyre@standardlife.com
kaythie_reid@standardlife.com
keith_skeoch@standardlife.com
kevin_hogg@standardlife.com
kevin_smith@standardlife.com
kevin_thompson@standardlife.com
kiki_macdonald@standardlife.com
leon_webb@standardlife.com
lesley_duncan@standardlife.com
louise_mackenzie@standardlife.com
magdalene_miller@standardlife.com
maher.yaghi@standardlife.ca
malcolm.jones@standardlife.com
malin_nairn@standardlife.com
marie-eve.savard@standardlife.ca
mark_niznik@standardlife.com
mark_vincent@standardlife.com
marlin_hesslefors@standardlife.com
matthew_harris@standardlife.com
matthew_williams@standardlife.com
mel_stimpson@standardlife.com
michael_hill@standardlife.com

**Company & Corresponding Email Addresses**

neil_matheson@standardlife.com
norman.raschkowan@standardlife.ca
paul_pasquill@standardlife.com
paul_stackhouse@standardlife.com
pauline_macpherson@standardlife.com
peter.hill@standardlife.ca
raquel.castiel@standardlife.ca
reg_watson@standardlife.com
richard_batty@standardlife.com
richard_moffat@standardlife.com
richard_scholefield@standardlife.com
robert_mckillop@standardlife.com
rod_paris@standardlife.com
ronnie_petrie@standardlife.com
rory_adam@standardlife.com
ross_teverson@standardlife.com
sam_wilkins@standardlife.com
samantha_lamb@standardlife.com
sarah_smart@standardlife.com
scott_allen@standardlife.com
sharon_kane@standardlife.com
shirley.cartmill@standardlife.ca
simon_kinnie@standardlife.com
simon_wood@standardlife.com
sital_cheema@standardlife.com
sli.industrials@standardlife.com
sonia.raikes@standardlife.ca
stan_pearson@standardlife.com
stella.yannoulakis@standardlife.ca
stephen_currie@standardlife.com
stephen_grant@standardlife.com
stephen_mccrow@standardlife.com
stephen_tait@standardlife.com
stephen_weeple@standardlife.com
steve.belisle@standardlife.ca
steven_dailly@standardlife.com
steven_lodge@standardlife.com
steven_swann@standardlife.com
steven_way@standardlife.com
stuart_j_fraser@standardlife.com
stuart_lindsay@standardlife.com
stuart_macarthur@standardlife.com
susan.da-sie@standardlife.ca
susan_tarry@standardlife.com
svitlana_gubriy@standardlife.com
tamsin_balfour@standardlife.com
theresa_costigan@standardlife.com
thomas_moore@standardlife.com
thomas_rahman@standardlife.com
tom_muir@standardlife.com
tony.maturo@standardlife.ca
tony_hood@standardlife.com
tracey_killorn@standardlife.com
valerie.cecchini@standardlife.ca

## Company & Corresponding Email Addresses

vicky_frew@standardlife.com
wesley_mccoy@standardlife.com
will_james@standardlife.com
yassar_ali@standardlife.com

### standish

akoch@standish.com
dborgman@standish.com
dchen@standish.com
dgillespie@standish.com
dkingsley@standish.com
dleonhardt@standish.com
gnichols@standish.com
jjew@standish.com
jmauceli@standish.com
llam@standish.com
rpatterson@standish.com
ssawren@standish.com
tgraf@standish.com

### standishmellon

acatalan@standishmellon.com
achiu@standishmellon.com
afitzgerald@standishmellon.com
aganesan@standishmellon.com
akozhemiakin@standishmellon.com
alindblom@standishmellon.com
anorman@standishmellon.com
asmith@standishmellon.com
bbennett@standishmellon.com
bhu@standishmellon.com
bkeating@standishmellon.com
bli@standishmellon.com
bmaitre@standishmellon.com
bmurphy@standishmellon.com
bstanick@standishmellon.com
bstone@standishmellon.com
cbarris@standishmellon.com
cbernier@standishmellon.com
cdillon@standishmellon.com
cdolan@standishmellon.com
cflammia@standishmellon.com
cfrisoli@standishmellon.com
cpellegrino@standishmellon.com
cpowers@standishmellon.com
ctodd@standishmellon.com
cvanbrunt@standishmellon.com
dbelman@standishmellon.com
dbelton@standishmellon.com
dbowser@standishmellon.com
dchittim@standishmellon.com
dczajak@standishmellon.com
ddriscoll@standishmellon.com
dfishman@standishmellon.com
dguffey@standishmellon.com
dhertan@standishmellon.com

**Company & Corresponding Email Addresses**

dhorsfall@standishmellon.com
dleduc@standishmellon.com
dma@standishmellon.com
dmarques@standishmellon.com
dmorse@standishmellon.com
dmukhin@standishmellon.com
drabasco@standishmellon.com
drichter@standishmellon.com
dspadafora@standishmellon.com
dswallow@standishmellon.com
dvieira@standishmellon.com
dzigas@standishmellon.com
ebinns@standishmellon.com
efriedland@standishmellon.com
elee@standishmellon.com
epearlman@standishmellon.com
eskanning@standishmellon.com
ewhite@standishmellon.com
fxue@standishmellon.com
gcurran@standishmellon.com
gczamara@standishmellon.com
ghaight@standishmellon.com
gneville@standishmellon.com
hjoy@standishmellon.com
janderson@standishmellon.com
jbak@standishmellon.com
jbarone@standishmellon.com
jbilodeau@standishmellon.com
jbower@standishmellon.com
jcaruso@standishmellon.com
jgately@standishmellon.com
jgaul@standishmellon.com
jharrison@standishmellon.com
jhartwell@standishmellon.com
jhosa@standishmellon.com
jkaniclides@standishmellon.com
jklein@standishmellon.com
jmauceli@standishmellon.com
jmcinerney@standishmellon.com
jmcnichols@standishmellon.com
jmoore@standishmellon.com
jmurcio@standishmellon.com
jninobla@standishmellon.com
jnmurray@standishmellon.com
jnutt@standishmellon.com
jpavao@standishmellon.com
jphilbin@standishmellon.com
jsommariva@standishmellon.com
jsullivan@standishmellon.com
jtocio@standishmellon.com
juhrig@standishmellon.com
jvillela@standishmellon.com
jwhite@standishmellon.com
jwindham@standishmellon.com

**Company & Corresponding Email Addresses**

kbater@standishmellon.com
kbirkeland@standishmellon.com
kbowes@standishmellon.com
kholmes@standishmellon.com
kwatters@standishmellon.com
kwosepka@standishmellon.com
lansty@standishmellon.com
lcarroll@standishmellon.com
lcriswell@standishmellon.com
lguittarr@standishmellon.com
llu@standishmellon.com
lwhite@standishmellon.com
mbandar@standishmellon.com
mcampbell@standishmellon.com
mcaporale@standishmellon.com
mcassel@standishmellon.com
mcollins@standishmellon.com
mcunningham@standishmellon.com
mdunham@standishmellon.com
mduque@standishmellon.com
mellis@standishmellon.com
mfaloon@standishmellon.com
mfeeley@standishmellon.com
mflinn@standishmellon.com
mgiorgio@standishmellon.com
mhoule@standishmellon.com
mlynch@standishmellon.com
mmcnerney@standishmellon.com
mmullaney@standishmellon.com
mmurray@standishmellon.com
mpiersol@standishmellon.com
msalvi@standishmellon.com
mseidner@standishmellon.com
mzonghetti@standishmellon.com
nhyde2@standishmellon.com
npearson@standishmellon.com
nrogers@standishmellon.com
nsharma@standishmellon.com
pgillis@standishmellon.com
pgoncalves@standishmellon.com
pgordon@standishmellon.com
pkennedy@standishmellon.com
ploughran@standishmellon.com
prockwood@standishmellon.com
psage@standishmellon.com
rbayston@standishmellon.com
rfalchetti@standishmellon.com
rkubiak@standishmellon.com
rmedina@standishmellon.com
rreeves@standishmellon.com
rtate@standishmellon.com
sbonte@standishmellon.com
sbrinkley@standishmellon.com
schhonn@standishmellon.com

**Company & Corresponding Email Addresses**

scoan@standishmellon.com
scummins@standishmellon.com
sday@standishmellon.com
sdietzel@standishmellon.com
sharvey@standishmellon.com
sheinauer@standishmellon.com
showes@standishmellon.com
skodangil@standishmellon.com
sminer@standishmellon.com
smountain@standishmellon.com
smurphy@standishmellon.com
stubbs@standishmellon.com
syang@standishmellon.com
tbair@standishmellon.com
tbavin@standishmellon.com
tcasey@standishmellon.com
tchase@standishmellon.com
tcriscuolo@standishmellon.com
tenglish@standishmellon.com
tfahey@standishmellon.com
tgregory@standishmellon.com
tjcasey@standishmellon.com
tkniola@standishmellon.com
tmanzi@standishmellon.com
tmarzilli@standishmellon.com
tndoyle@standishmellon.com
treardon@standishmellon.com
vjohnson@standishmellon.com
wcook@standishmellon.com
wkeeley@standishmellon.com

**stanford**

acllo@stanford.edu
ahampton@stanford.edu
akshat@stanford.edu
alextran@stanford.edu
awu09@stanford.edu
bernicepang@stanford.edu
brownh@stanford.edu
catchu@stanford.edu
christine.su@stanford.edu
cjtman@stanford.edu
clar@stanford.edu
dennis.jiang@stanford.edu
dfabunan@stanford.edu
doreenh@stanford.edu
drosanti@stanford.edu
giesecke@stanford.edu
glemens@stanford.edu
hagestad@stanford.edu
haoxiang.zhu@stanford.edu
hartman5@stanford.edu
itang@stanford.edu
jhyang29@stanford.edu
kashmira@stanford.edu

**Company & Corresponding Email Addresses**

kbjohnson@stanford.edu
klikoff@stanford.edu
kloewke@stanford.edu
kyle.welch@stanford.edu
languyen@stanford.edu
lowkum@stanford.edu
maryho@stanford.edu
mercerj@stanford.edu
mfan09@stanford.edu
mlross@stanford.edu
mmtan@stanford.edu
nilnevik@stanford.edu
pochi@stanford.edu
rchin@stanford.edu
ryean@stanford.edu
sampathj@stanford.edu
sarif@stanford.edu
sgleslie@stanford.edu
sgupta16@stanford.edu
sjacobsn@stanford.edu
sudeept@stanford.edu
syoo@stanford.edu
tifflin@stanford.edu
tomvacek@stanford.edu
vanle@stanford.edu
vera.kotlik@stanford.edu
wafawei@stanford.edu
wpy@stanford.edu
ychuah@stanford.edu
yifuwu@stanford.edu
yud@stanford.edu

**state**

andy.christensen@state.mn.us
andy.palmer@state.tn.us
aweisbec@state.nd.us
bjjacksha@state.nm.us
bryan.otero@state.nm.us
carrie.green@state.tn.us
cheryl.k.griffith@state.or.us
colin.macnaught@state.ma.us
connie.lee@state.nm.us
dalee@state.nm.us
daniel.crews@state.tn.us
david.lee@state.nm.us
debbie.k.beyer@state.or.us
deborah.gallegos@state.nm.us
dlyle@state.nm.us
dmhenden@state.nm.us
dwalte1@state.wy.us
dwillocks@state.tn.us
ellen.t.hanby@state.or.us
ffoy@state.nm.us
gward@state.tn.us
hbstucky@state.nm.us

## Company & Corresponding Email Addresses

helen_di.bartolomeo@state.co.us
james.a.robinson@state.tn.us
jason.matz@state.mn.us
jeremy.conlin@state.tn.us
jesse.picunko@state.tn.us
jj.kirby@state.mn.us
jmeyer@state.wy.us
joaquin.lujan@state.nm.us
julian.baca@state.nm.us
kay.chippeaux@state.nm.us
leighton.shantz@state.tn.us
marie.harker@state.co.us
marilyn.radovich@state.co.us
mark.canavan@state.nm.us
markus.klar@state.tn.us
matthew.hedges@state.tn.us
mhomko@state.nm.us
michael.brakebill@state.tn.us
michael.custer@state.nm.us
michael.keeler@state.tn.us
michael.moulder@state.tn.us
mike.menssen@state.mn.us
mwalde@state.wy.us
norma.harvey@state.or.us
paulh@state.nm.us
perrin.lim@state.or.us
pratseff@state.tn.us
rachel.roberts@state.tn.us
rmcguf@state.wy.us
rmwest@state.nm.us
robert.gish@state.nm.us
rose.struck@state.nm.us
roy.wellington@state.tn.us
sandy.hall@state.co.us
scott.newman@state.nm.us
sgarla@state.wy.us
slummi@state.wy.us
starla.bennett@state.nm.us
steve.kuettel@state.mn.us
terry.b.davis@state.tn.us
tmcclure@state.tn.us
todd.barger@state.nm.us
tporter@state.nd.us
william.redmond@state.tn.us

## statefarm

becky.byrd.g3mx@statefarm.com
blake.vrooman.hgyr@statefarm.com
brian.bengtson.g6rm@statefarm.com
chad.moser.g3ef@statefarm.com
corey.schieler.hj54@statefarm.com
donald.heltner.hm3n@statefarm.com
doug.hocker.nng9@statefarm.com
duncan.funk.a7x8@statefarm.com
gail.hartley.a4zk@statefarm.com

## Company & Corresponding Email Addresses

george.coontz.qhfn@statefarm.com
greg.shull.crlo@statefarm.com
h.p.johnson.alcv@statefarm.com
heather.caldwell.lx95@statefarm.com
jeff.bellisario.q06w@statefarm.com
jeff.roop.l31z@statefarm.com
jim.mullins.jywg@statefarm.com
john.higgins.qcaq@statefarm.com
john.malito.h3gt@statefarm.com
katie.hubbard.hsis@statefarm.com
kevin.rock.h46t@statefarm.com
kris.grant.nne6@statefarm.com
kurt.moser.apvj@statefarm.com
laura.coen.liq7@statefarm.com
lin.yang.lt7n@statefarm.com
lisa.rogers.g7ix@statefarm.com
lon.erickson.hevu@statefarm.com
lyle.triebwasser.awk8@statefarm.com
mary.a.white.cvjq@statefarm.com
michael.miller.hswy@statefarm.com
mike.smith.hgwm@statefarm.com
mike.zaroogian.nrhg@statefarm.com
nancy.e.byers.cpe7@statefarm.com
paul.eckley.agei@statefarm.com
paul.heller.h7br@statefarm.com
phil.fazio.hvg5@statefarm.com
robert.m.reardon.azk7@statefarm.com
robert.stephan.cmy5@statefarm.com
robert.webb.nocl@statefarm.com
sara.mills.ht5g@statefarm.com
sara.press.pdjb@statefarm.com
shane.jent.c2e2@statefarm.com
terry.ludwig.cvwb@statefarm.com
tim.zelgert.q07p@statefarm.com
tom.chang.hbw1@statefarm.com
tonya.sweeden.g3mz@statefarm.com

### statestree

david.fry@statestree.com
jonathan.byrne@statestree.com

### statestreet

adrian.shanahan@statestreet.com
aduman@statestreet.com
agbhimani@statestreet.com
agmavros@statestreet.com
ahchan@statestreet.com
ahommo@jp.statestreet.com
aito@jp.statestreet.com
albaribeault@statestreet.com
ankwok@statestreet.com
anthony.jones@statestreet.com
apineta@statestreet.com
arali@statestreet.com
armand-didier.kapo@statestreet.com
asaruya@jp.statestreet.com

## Company & Corresponding Email Addresses

assunta.borza@statestreet.com
aswagner@statestreet.com
batkins@statestreet.com
bawilliams@statestreet.com
bcollins@statestreet.com
behnan.maclean@statestreet.com
bkeelan@statestreet.com
bmorris@statestreet.com
bparnell@statestreet.com
brderivativescustodykk@statestreet.com
brian.kim@irvine.statestreet.com
brook.milnes@statestreet.com
bwhitfield@statestreet.com
carolyn.kerr@statestreet.com
casvendsen@statestreet.com
cbroderick@statestreet.com
cgreen@statestreet.com
christian.richard@statestreet.com
ciaran.fitzpatrick@statestreet.com
cjprobyn@statestreet.com
clmcguiness@statestreet.com
cmishra@statestreet.com
cnetti@statestreet.com
cprior@statestreet.com
craig_oliver@ssga.statestreet.com
croncari@statestreet.com
cvstarble@statestreet.com
cwmurphy@statestreet.com
d.dwyer@statestreet.com
dan_bouchard@statestreet.com
daniel.sibley@statestreet.com
dasasser@statestreet.com
dbosch@statestreet.com
dcmcguiggin@statestreet.com
dderamo@statestreet.com
ddgillet@statestreet.com
dennis.morway@statestreet.com
derek.lightburn@statestreet.com
devin.kelly@statestreet.com
dhealy@statestreet.com
djforster@statestreet.com
dlgreer@statestreet.com
dpaquet@statestreet.com
dpsmyth@statestreet.com
dsnoirfalise@statestreet.com
dwhite@statestreet.com
eflanaganraynaud@statestreet.com
eiordanova@statestreet.com
ejerouville@statestreet.com
ejobrien@statestreet.com
emckinnon@statestreet.com
estirling@statestreet.com
eugene.mullen@statestreet.com
famato@statestreet.com

**Company & Corresponding Email Addresses**

fdminnellijr@statestreet.com
fgeerards@statestreet.com
fgjerstad@statestreet.com
fminatchy@statestreet.com
fwhite@statestreet.com
gavin.redmond@statestreet.com
ghorner@statestreet.com
glevine@statestreet.com
gmiller@statestreet.com
gmrieunier@statestreet.com
gnolan@statestreet.com
greg.chmielewski@statestreet.com
gsbyers@statestreet.com
gus_fleites@ssga.statestreet.com
hani.mansour@statestreet.com
heather.watts@statestreet.com
henry.tran@statestreet.com
hmolog@statestreet.com
hwinokur@statestreet.com
ibtcalreconnightteam@statestreet.com
ilnicki@statestreet.com
jaime.halligan@statestreet.com
jain.kim@statestreet.com
james_kramer@ssga.statestreet.com
jamesmanning@statestreet.com
jcconrad@statestreet.com
jdcurtiss@statestreet.com
jdupond@statestreet.com
jecybulski@statestreet.com
jeff.lambert@statestreet.com
jflaherty@statestreet.com
j-f-mcdonald@statestreet.com
jfrewald@statestreet.com
jgfitzgibbon@statestreet.com
jhlynch@statestreet.com
jjcronin@statestreet.com
jjeffcoate@statestreet.com
jjlandry@statestreet.com
jjristau@statestreet.com
jlormiston@statestreet.com
jmaroney@statestreet.com
jmcarr@statestreet.com
jmccann@statestreet.com
jn'guyenton@statestreet.com
joanne.tobin@statestreet.com
john.agyeman@statestreet.com
jonathan.carroll@statestreet.com
jootjers@statestreet.com
joseph.dutton@statestreet.com
jpolseno@statestreet.com
jrcoco@statestreet.com
jshimizu@jp.statestreet.com
julio_fuentes@statestreet.com
jwchua@statestreet.com

**Company & Corresponding Email Addresses**

jwood1@statestreet.com
k.sato@jp.statestreet.com
kaquinto@statestreet.com
ken.spillane@statestreet.com
kericsson@statestreet.com
kfleck@statestreet.com
kma@statestreet.com
ks.lee@statestreet.com
kshatch@statestreet.com
laderick.daniels@statestreet.com
laeggleston@statestreet.com
lauretta.buser@statestreet.com
lawrence.tabuso@statestreet.com
lcpeck@statestreet.com
ldomjanich@statestreet.com
ldrigo@statestreet.com
lkwok@statestreet.com
lloyd.wynter@statestreet.com
lnayak@statestreet.com
london-ims-slambe@statestreet.com
lpgomes@statestreet.com
lrharrison@statestreet.com
lsberg@statestreet.com
lyng@statestreet.com
macrawford@statestreet.com
mark.mcdonnell@statestreet.com
matthew.schroeder@statestreet.com
mcstegeman@statestreet.com
mdaleandro@statestreet.com
melissa.coco@statestreet.com
memacvicar@statestreet.com
mfmurray@statestreet.com
mfpopolizio@statestreet.com
mgiddings@statestreet.com
mgomes@statestreet.com
mhcarey@statestreet.com
michael.crimmings@statestreet.com
mina.tomovska@statestreet.com
mjdever@statestreet.com
mjrec@statestreet.com
mjwhelan@statestreet.com
mkduarte@statestreet.com
mlbercume@statestreet.com
mllucero@statestreet.com
mmartin@statestreet.com
mmetcalfe@statestreet.com
mmulka@statestreet.com
mrharding@statestreet.com
mrifflemacher@statestreet.com
mtenney@statestreet.com
mthiam@statestreet.com
mtmanteufel@statestreet.com
mwong@statestreet.com
ncracknell@statestreet.com

## Company & Corresponding Email Addresses

ndelavouet@statestreet.com
neasa.lenehan@statestreet.com
nhloucks@statestreet.com
nndare@statestreet.com
p.reynolds@statestreet.com
peconomou@statestreet.com
peter.kucharski@statestreet.com
peter_willett@ssga.statestreet.com
pfleming@statestreet.com
pflynch@statestreet.com
phaddad@statestreet.com
pharris@jp.statestreet.com
pjadhav@statestreet.com
pkalogeras@statestreet.com
pmmcavoy@statestreet.com
pmoore@statestreet.com
poconomo@statestreet.com
pricingroom@statestreet.com
prwalsh@statestreet.com
pthogan@statestreet.com
qyang@statestreet.com
ralph.smith@statestreet.com
rdhall@statestreet.com
renee.kassis@statestreet.com
rjdegirolamo@statestreet.com
robin.kokilananda@statestreet.com
ron.logue@statestreet.com
rpinto@statestreet.com
rsewradj@statestreet.com
sabdikeev@jp.statestreet.com
salarie@statestreet.com
sam.hunter-nolan@statestreet.com
sambroceo@statestreet.com
sbstrader@statestreet.com
schallan@statestreet.com
scomiskey@statestreet.com
scompton@statestreet.com
seiji.fukuhara@statestreet.com
sergio.leon@statestreet.com
sg_ca308@statestreet.com
sham@jp.statestreet.com
shane.mooney@statestreet.com
sharifsadler@statestreet.com
sharline.cathalina@statestreet.com
shennessey@statestreet.com
shschwartz@statestreet.com
simon.brook@statestreet.com
simon.quinn@statestreet.com
sinead.gray@statestreet.com
sinead.mulligan@statestreet.com
sjmalley@statestreet.com
sjmink@statestreet.com
skaross@statestreet.com
skothari@statestreet.com

## Company & Corresponding Email Addresses

slaffoy@statestreet.com
slmurphy@statestreet.com
snaghibi@statestreet.com
sschmitz@statestreet.com
sue_bonfeld@ssga.statestreet.com
suzanne_schwartz@statestreet.com
swolson@statestreet.com
syasuda@statestreet.com
tbosworth@statestreet.com
tjbryant@statestreet.com
tjmacdonald@statestreet.com
tlkaufman@statestreet.com
tmdargie@statestreet.com
tmeringoff@statestreet.com
tmizuno@jp.statestreet.com
tony.mcghee@irvine.statestreet.com
twilcox@statestreet.com
twmanning@statestreet.com
tyisha.wolfe@statestreet.com
val.glynn@statestreet.com
vcapalbo@statestreet.com
vickrum.chima@statestreet.com
wayne.han@irvine.statestreet.com
welocke@statestreet.com
wgcromp@statestreet.com
whandrade@statestreet.com
wlmao@statestreet.com
wzantonucci@statestreet.com
yli@statestreet.com
ymizuno@jp.statestreet.com

**statestreetkc**

bnnorth@statestreetkc.com
cssiebel@statestreetkc.com
krsmith@statestreetkc.com
rahagerty@statestreetkc.com

**statestreetnl**

iain.wallace@statestreetnl.com
sara.sterckx@statestreetnl.com
sytze.bouius@statestreetnl.com
thomas.jonk@statestreetnl.com

**statetreet**

jvthol@statetreet.com

**statoil**

anma@statoil.com
dlts@statoil.com
eiey@statoil.com
erifo@statoil.com
gts@statoil.com
kgso@statoil.com
klamo@statoil.com
ojgil@statoil.com
rabu@statoil.com
snapa@statoil.com
terje@statoil.com

## Company & Corresponding Email Addresses

thjomoe@statoil.com
tiw@statoil.com
tmoi@statoil.com
ttod@statoil.com
tvo@statoil.com

### statoilhydro

bbe@statoilhydro.com
blik@statoilhydro.com
ewar@statoilhydro.com
fgv@statoilhydro.com
gsim@statoilhydro.com
harhe@statoilhydro.com
nowers@statoilhydro.com
sirif@statoilhydro.com
sveins@statoilhydro.com
thhans@statoilhydro.com

### stbank

bob.rout@stbank.net
mark.kochvar@stbank.net
sandy.loperfito@stbank.net

### stb-usa

seclendalm@stb-usa.com

### stcloud

dcooley@stcloud.org

### steginsky

andrew@steginsky.com

### steinonline

daniele.crivellini@steinonline.it
enrico.ugolini@steinonline.it
marco.baglione@steinonline.it
silvia.pesci@steinonline.it

### steinroe

bandrews@steinroe.com
bcridland@steinroe.com
bmohr@steinroe.com
bwadden@steinroe.com
eheatwole@steinroe.com
gpierce@steinroe.com
htang@steinroe.com
jbreen@steinroe.com
jkovanda@steinroe.com
jmartin@steinroe.com
jpage@steinroe.com
lhansen@steinroe.com
lmaddox@steinroe.com
lschippl@steinroe.com
ochng@steinroe.com
rtong@steinroe.com
skrull@steinroe.com
slewis@steinroe.com
smatthias@steinroe.com
sulaszek@steinroe.com
tanaya@steinroe.com
tmerkle@steinroe.com

## Company & Corresponding Email Addresses

zdonovan@steinroe.com

### stemarie

pierre@stemarie.net

### stephens

amathes@stephens.com
bbane@stephens.com
bburns@stephens.com
bbush@stephens.com
bill.vanburen@stephens.com
brian.halloran@stephens.com
bruce.kos@stephens.com
bstaten@stephens.com
bwallick@stephens.com
cborromeo@stephens.com
cbradbury@stephens.com
christopher.crum@stephens.com
dalbertson@stephens.com
dfinch@stephens.com
eolsen@stephens.com
gfeltus@stephens.com
gstandridge@stephens.com
hbrooks@stephens.com
jblackwell@stephens.com
jbrown@stephens.com
jcarroll@stephens.com
jcashmore@stephens.com
jerry.pawloski@stephens.com
jsmith@stephens.com
jthornton@stephens.com
kfredericks@stephens.com
khickey@stephens.com
kranucci@stephens.com
kscanlon@stephens.com
lhooker@stephens.com
llants@stephens.com
lnassikas@stephens.com
mark.merricks@stephens.com
mgumm@stephens.com
mia.thompson@stephens.com
mlewis@stephens.com
mmarchand@stephens.com
msteele@stephens.com
nfisken@stephens.com
nilsa.vazquez@stephens.com
nrollins@stephens.com
pcarr@stephens.com
pwoodruff@stephens.com
rblank@stephens.com
rcrane@stephens.com
sara.stein@stephens.com
schase@stephens.com
smadden@stephens.com
snelson@stephens.com
tjyoung@stephens.com

**Company & Corresponding Email Addresses**

wsimpson@stephens.com

**sterlingbancorp**

joel.schprechman@sterlingbancorp.com

**sterlingbank**

ahermann@sterlingbank.com
ccommyn@sterlingbank.com

**sterlingcap**

kcotner@sterlingcap.com

**sterling-capital**

bbridges@sterling-capital.com
brasile@sterling-capital.com
bwalton@sterling-capital.com
dralston@sterling-capital.com
ebrea@sterling-capital.com
hnbui@sterling-capital.com
jmcneilis@sterling-capital.com
jmihaltian@sterling-capital.com
krunge@sterling-capital.com
kstoll@sterling-capital.com
lbuchanan@sterling-capital.com
lhouser@sterling-capital.com
ljones@sterling-capital.com
lmastandrea@sterling-capital.com
mkaczmarek@sterling-capital.com
mmarlette@sterling-capital.com
mmontgomery@sterling-capital.com
ngrant@sterling-capital.com
pbrown@sterling-capital.com
prau@sterling-capital.com
ralexander@sterling-capital.com
rduckworth@sterling-capital.com
rlacoff@sterling-capital.com
tbeyer@sterling-capital.com

**sterlingpartner**

twippman@sterlingpartner.us

**sterlingpartners**

grice@sterlingpartners.us
jreyes@sterlingpartners.us
jrosenberg@sterlingpartners.us
palphonse@sterlingpartners.us

**sterlingsavings**

brian.kittredge@sterlingsavings.com
dan.smith@sterlingsavings.com
norm.judd@sterlingsavings.com
rich.hobson@sterlingsavings.com
scott.granly@sterlingsavings.com
steve.page@sterlingsavings.com
tim.cassels@sterlingsavings.com

**stern**

dbackus@stern.nyu.edu
lveldkam@stern.nyu.edu
mdl313@stern.nyu.edu
tphilipp@stern.nyu.edu

**sternagee**

## Company & Corresponding Email Addresses

blake@sternagee.com
jsteiner@sternagee.com

### sterneagee

apritchett@sterneagee.com
cbarrow@sterneagee.com
clandon@sterneagee.com
fgray@sterneagee.com
jburrow@sterneagee.com
krussell@sterneagee.com
msullivan@sterneagee.com
rsison@sterneagee.com

### sterne-agee

jharris@sterne-agee.com
kgoostree@sterne-agee.com
krussell@sterne-agee.com
rharris@sterne-agee.com

### stg

alain.spadone@stg.ch
allan-peter.holmes@stg.ch
andreas.gyger@stg.ch
andreas.hunzinger@stg.ch
anton.knecht@stg.ch
bernhard.staeger@stg.ch
daniel.saner@stg.ch
john-patrik.gilgen@stg.ch
nadine.probst@stg.ch
olivier.quinodoz@stg.ch
peter.ammann@stg.ch
rene.saner@stg.ch
roger.baumann@stg.ch
stefano.minervini@stg.ch

### sticm

bud.duffy@sticm.com

### stifel

abkemeier@stifel.com
baschmucker@stifel.com
boffs@stifel.com
cewasson@stifel.com
champioc@stifel.com
ddickherber@stifel.com
drew.breittholz@stifel.com
dsliney@stifel.com
flemings@stifel.com
gary.diaz@stifel.com
jasullivan@stifel.com
jpbowman@stifel.com
kruszewr@stifel.com
mimhoff@stifel.com
neff@stifel.com
nolld@stifel.com
npenwell@stifel.com
phiferh@stifel.com
pothe@stifel.com
rfroig@stifel.com

## Company & Corresponding Email Addresses

rhimelfarb@stifel.com
schlaflj@stifel.com
slineyd@stifel.com
slstark@stifel.com
srcousino@stifel.com
thoelem@stifel.com
tpmulroy@stifel.com
vaugh-r@stifel.com
whitet@stifel.com

**stinnes**
armin-peter.bode@stinnes.de
gabriele.roolfs@stinnes.de
georg.mueller@stinnes.de
ines.moser@stinnes.de
investor@stinnes.de
juergen.buchsteiner@stinnes.de
michael.maeltzer@stinnes.de
olaf.bueltmann@stinnes.de
pia.pfeiffer@stinnes.de
wulf.bernotat@stinnes.de

**sto**
mike.addy@sto.sc.gov
rick.harmon@sto.sc.gov
shakun.tahiliani@sto.sc.gov
snydegger@sto.state.id.us
treasurer@sto.sc.gov

**stonebridgebank**
fschea@stonebridgebank.com
lranalli@stonebridgebank.com
tmennie@stonebridgebank.com

**stonehill**
cwilson@stonehill.com

**stonehillcap**
akalter@stonehillcap.com
amaietta@stonehillcap.com
jlewis@stonehillcap.com
jmotulsky@stonehillcap.com
jsacks@stonehillcap.com
mthoyer@stonehillcap.com
peter@stonehillcap.com
research@stonehillcap.com
snelson@stonehillcap.com
tom@stonehillcap.com
wteetsel@stonehillcap.com

**storagetek**
kenneth_baird@storagetek.com
tanya_quartararone@storagetek.com

**storebrand**
anders.johansen@storebrand.no
anders.peinert@storebrand.com
bard.bringedal@storebrand.com
bernt.sagaard@storebrand.com
e2s@storebrand.com
enrique.ferrer@storebrand.com

## Company & Corresponding Email Addresses

erik.ferning@storebrand.com
espen.furnes@storebrand.com
frederic.ottesen@storebrand.no
haimiao.bao@storebrand.com
hans.aasnaes@storebrand.com
hans.olav.husum@storebrand.com
hans-martin.thorsen@storebrand.com
hao.wu@storebrand.com
ingunn.gurvin@storebrand.no
ivar.qvist@storebrand.no
jakob.skjold.vejlo@storebrand.com
karsten.solberg@storebrand.no
lars.dahl@storebrand.com
lasse.theimann@storebrand.com
lmu@storebrand.com
mariann.stoltenberg.lind@storebrand.com
morten@storebrand.com
oddvar.frigstad@storebrand.com
p5k@storebrand.no
paal.renli@storebrand.com
sigbjorn.birkeland@storebrand.no
soren.stilling.christensen@storebrand.com
trond.hermansen@storebrand.com
truls.evensen@storebrand.com
v9c@storebrand.com
william.ambrose@storebrand.no
wo2@storebrand.com

**stortek**
arthur_chen@stortek.com

**stpaul**
ann.schulte@stpaul.com
dennis.loperfido@stpaul.com
gary.tie@stpaul.com
justus.hedeen@stpaul.com
katie.bourget@stpaul.com
lucy_davies@stpaul.com
scott.durbahn@stpaul.com
tom.kozlak@stpaul.com
tracey.ray@stpaul.com
vikas.singhal@stpaul.com

**stpaultravelers**
cholly@stpaultravelers.com
ehess@stpaultravelers.com
gsimpson@stpaultravelers.com
lsitcawi@stpaultravelers.com
mhilt@stpaultravelers.com
mtoppi@stpaultravelers.com
njwatson@stpaultravelers.com
shanifor@stpaultravelers.com

**stratexnet**
carol_goudey@stratexnet.com

**strenuuscapital**
laurent.faure@strenuuscapital.com

**stroeve**

## Company & Corresponding Email Addresses

bastiaan.braams@stroeve.nl
david.vander.zande@stroeve.nl
janjoost.maas@stroeve.nl

### strome

bolsen@strome.com
cbere@strome.com
cborman@strome.com
fsalas@strome.com
mstrome@strome.com
pdavies@strome.com

### strsoh

arobertson@strsoh.org
aroras@strsoh.org
besselmc@strsoh.org
bremerb@strsoh.org
brownind@strsoh.org
brownins@strsoh.org
bumpg@strsoh.org
cantue@strsoh.com
cheek@strsoh.org
chenc@strsoh.org
colasanr@strsoh.org
collinsr@strsoh.org
cottrelb@strsoh.org
creechj@strsoh.org
daultonb@strsoh.org
denneyj@strsoh.org
dienstc@strsoh.org
doddk@strsoh.org
downiem@strsoh.org
draket@strsoh.org
dudaneyd@strsoh.org
dyerh@strsoh.org
eastwoos@strsoh.org
fitzgerj@strsoh.org
fortunad@strsoh.org
fritzb@strsoh.org
furbyo@strsoh.org
gamblej@strsoh.org
geogc@strsoh.org
gerchiko@strsoh.org
ghalah@strsoh.org
gravest@strsoh.org
griffind@strsoh.org
hammonds@strsoh.org
hohenstt@strsoh.org
hooverl@strsoh.org
hulandd@strsoh.org
imbodenj@strsoh.org
kandhars@strsoh.org
karolyis@strsoh.org
keithh@strsoh.org
klingelp@strsoh.org
klught@strsoh.org

## Company & Corresponding Email Addresses

lambertt@strsoh.org
leej@strsoh.org
lij@strsoh.org
lynchb@strsoh.org
martinsj@strsoh.org
mathewb@strsoh.org
mauersbi@strsoh.org
mccombst@strsoh.org
mcmahonb@strsoh.org
meethj@strsoh.org
menonr@strsoh.org
mitchels@strsoh.org
morrowj@strsoh.org
muratorm@strsoh.org
postons@strsoh.org
prakashs@strsoh.org
regenbom@strsoh.org
ritterj@strsoh.org
rnichols@strsoh.org
robertsd@strsoh.org
robleep@strsoh.org
rodgersl@strsoh.org
salisbuj@strsoh.org
schwarcj@strsoh.org
sharpeb@strsoh.org
shewrinj@strsoh.org
stoudems@strsoh.org
tabler-yosha@strsoh.com
tedeschl@strsoh.org
tincherj@strsoh.org
warnera@strsoh.org
westr@strsoh.org
wohlfroa@strsoh.org
wolfej@strsoh.org
worleym@strsoh.org
yeamansm@strsoh.org

**structuredcredit**
wang@structuredcredit.com
wickwire@structuredcredit.com

**sturdy**
caroline@sturdy.fsnet.co.uk

**stw**
andy@stw.com
billy@stw.com
cherie@stw.com
christine@stw.com
hugh@stw.com
jb@stw.com
laura@stw.com
lisa@stw.com
michelle@stw.com
rick@stw.com
sangela@stw.com
scott@stw.com

## Company & Corresponding Email Addresses

sean@stw.com
todd@stw.com
tony@stw.com

**stwca**
tmcfaul@stwca.com

**suburbanonline**
akuseski@suburbanonline.org
jbraasch@suburbanonline.org
jcastellon@suburbanonline.org

**sudameris**
jean_marie.vichot@sudameris.fr

**suisse**
fabio.depaoli@credit.suisse.com
jody.leung@credit.suisse.com

**sumitomo**
fernando_vera@sumitomo.com
kevin_mccabe@sumitomo.com
nathalie_huet@sumitomo.com

**sumitomobank**
doron_sabag@sumitomobank.com
eduardo_goya@sumitomobank.com
fukumaru873562@sumitomobank.co.jp
greg_aptman@sumitomobank.com
ieki806573@sumitomobank.co.jp
iida569649@sumitomobank.co.jp
mandy.tam@sumitomobank.com.hk
matsui552358@sumitomobank.co.jp
paul_rudewick@sumitomobank.com
romanie.dobbs@gb.sumitomobank.com
shimasaki156801@sumitomobank.co.jp
tajima166786@sumitomobank.co.jp
takashi_shimahara@sumitomobank.com

**sumitomocorp**
atsuhiro.yoshitsugu@sumitomocorp.co.jp
feng.wang@sumitomocorp.co.jp
fumiaki.iwase@sumitomocorp.co.jp
hideaki.mizushima@sumitomocorp.co.jp
hidetaka.tomita@sumitomocorp.co.jp
hiroshi.takagi@sumitomocorp.co.jp
kazushi.awa@sumitomocorp.co.jp
kengo.nakashima@sumitomocorp.co.jp
masaru.shiomi@sumitomocorp.co.jp
miho.eto@sumitomocorp.co.jp
shinya.miyazaki@sumitomocorp.co.jp
takashi-a.shibuya@sumitomocorp.co.jp
toshihiro.iwamura@sumitomocorp.co.jp
toshiya.kotake@sumitomocorp.co.jp

**sumitomocorpeurope**
ldnhz-trade@sumitomocorpeurope.com
toshihiko.ashizawa@sumitomocorpeurope.com

**sumitomolife**
naoyoshi_kuwata@sumitomolife.co.jp
yoshio_sato@sumitomolife.co.jp

**sumitomometals**

## Company & Corresponding Email Addresses

fujiwara-iso@sumitomometals.co.jp
inata-kzh@sumitomometals.co.jp
takahash-iko@sumitomometals.co.jp
tomiyama-ysh@sumitomometals.co.jp

### sumitomo-rd

fukada.hajime@sumitomo-rd.co.jp
nishimiya.koh@sumitomo-rd.co.jp
taku.yasuo@sumitomo-rd.co.jp
tobita.shigemi@sumitomo-rd.co.jp

### sumitomotrust

akihiko.hirayama@sumitomotrust.co.jp
aritat@sumitomotrust.co.jp
azuma@sumitomotrust.co.jp
b.lynch@sumitomotrust.co.jp
c.fair@sumitomotrust.co.jp
c.friend@sumitomotrust.co.jp
c.otoole@sumitomotrust.co.jp
c.swinnerton@sumitomotrust.co.jp
d.stanbrook@sumitomotrust.co.jp
daniel.kim@sumitomotrust.co.jp
e.matsuoka@sumitomotrust.co.jp
h.evans@sumitomotrust.co.jp
h.shah@sumitomotrust.co.jp
hirai@sumitomotrust.co.jp
hiroaki.sato@sumitomotrust.co.jp
iijima@sumitomotrust.co.jp
imanishi@sumitomotrust.co.jp
iwasaki@sumitomotrust.co.jp
james.wong@sumitomotrust.co.jp
jenny.chang@sumitomotrust.co.jp
jigami@sumitomotrust.co.jp
judy.liu@sumitomotrust.co.jp
junichi.sayato@sumitomotrust.co.jp
krystie.lei@sumitomotrust.co.jp
linda.goggans@sumitomotrust.co.jp
m.pawlukowska@sumitomotrust.co.jp
masahiko.yamamoto@sumitomotrust.co.jp
nakaij@sumitomotrust.co.jp
natalie.wright@sumitomotrust.co.jp
nishida@sumitomotrust.co.jp
ojika@sumitomotrust.co.jp
onaka@sumitomotrust.co.jp
p.deloffre@sumitomotrust.co.jp
p.flynn@sumitomotrust.co.jp
p.foster@sumitomotrust.co.jp
paul.casino@sumitomotrust.co.jp
r.sierra@sumitomotrust.co.jp
r.yesodharan@sumitomotrust.co.jp
s.duffy@sumitomotrust.co.jp
s.earl@sumitomotrust.co.jp
sakae.igarashi@sumitomotrust.co.jp
sallyong@sumitomotrust.co.jp
shinnousuke.kobayashi@sumitomotrust.co.jp
shipra.gupta@sumitomotrust.co.jp

## Company & Corresponding Email Addresses

skawazoe@sumitomotrust.lu
stephanie.fowler@sumitomotrust.co.jp
t.mclaren@sumitomotrust.co.jp
takanabe@sumitomotrust.co.jp
tsuji@sumitomotrust.co.jp
unon@sumitomotrust.co.jp
yamaguchino@sumitomotrust.co.jp
yutaka.hasegawa@sumitomotrust.co.jp

**sumitomotrustusa**
bcummings@sumitomotrustusa.com
pkelly@sumitomotrustusa.com

**summafs**
hmachado@summafs.com

**summitbank**
cfowler@summitbank.com
cpalmer@summitbank.com
cpreston@summitbank.com
csabol@summitbank.com
dcunn@summitbank.com
ggillesp@summitbank.com
jcheatham@summitbank.com
jkurdek@summitbank.com
jwolk@summitbank.com
mciccone@summitbank.com
pbennorth@summitbank.com
rbunning@summitbank.com
rzimmerman@summitbank.com
smalkoff@summitbank.com
wtrotman@summitbank.com

**summitpartnersllc**
agm@summitpartnersllc.com
cdf@summitpartnersllc.com
cds@summitpartnersllc.com
dsk@summitpartnersllc.com
gcc@summitpartnersllc.com
grr@summitpartnersllc.com
jjs@summitpartnersllc.com
jph@summitpartnersllc.com
kmk@summitpartnersllc.com
kpa@summitpartnersllc.com
mjs@summitpartnersllc.com
pad@summitpartnersllc.com
smf@summitpartnersllc.com
spc@summitpartnersllc.com
srs@summitpartnersllc.com

**sunamerica**
adoulos@sunamerica.com
alarkin@sunamerica.com
ameissner@sunamerica.com
anussenblatt@sunamerica.com
asheridan@sunamerica.com
astewart@sunamerica.com
bbarrett@sunamerica.com
bvoege@sunamerica.com

**Company & Corresponding Email Addresses**

bwiese@sunamerica.com
cpalumbo@sunamerica.com
d.lew@sunamerica.com
dgero@sunamerica.com
elavender@sunamerica.com
jadidjaja@sunamerica.com
james.lee@sunamerica.com
jbaxter@sunamerica.com
jbelardi@sunamerica.com
jmerchant@sunamerica.com
jmonaghan@sunamerica.com
jmosier@sunamerica.com
john.massey@sunamerica.com
jramsay@sunamerica.com
jrisner@sunamerica.com
jrushin@sunamerica.com
jwintrob@sunamerica.com
kchung@sunamerica.com
kforte@sunamerica.com
khonig@sunamerica.com
kmurphy@sunamerica.com
kweeger@sunamerica.com
mbeaulieu@sunamerica.com
mjackson@sunamerica.com
mreagan@sunamerica.com
nkelly@sunamerica.com
pma@sunamerica.com
pmcmillan@sunamerica.com
rramirez@sunamerica.com
sbenitez@sunamerica.com
sfinnk@sunamerica.com
skallok@sunamerica.com
sneimeth@sunamerica.com
snicholls@sunamerica.com
ssalas@sunamerica.com
ssterling@sunamerica.com
stillinghast@sunamerica.com
tbettingfield@sunamerica.com
tbrandt@sunamerica.com
tcampbell@sunamerica.com
tcesareck@sunamerica.com
tchow@sunamerica.com
tdenkler@sunamerica.com
tmusante@sunamerica.com
tpettee@sunamerica.com
twexman@sunamerica.com

**sunbankpa**

jrichardson@sunbankpa.com
twalter@sunbankpa.com

**suncapadv**

beth.dubuque@suncapadv.com
brian.stanick@suncapadv.com
chenglong.gong@suncapadv.com
cindy.mu@suncapadv.com

## Company & Corresponding Email Addresses

cindy.wu@suncapadv.com
david.elwell@suncapadv.com
jun.gao@suncapadv.com
justin.lessard@suncapadv.com
kristi.feinzig@suncapadv.com

### suncoastfcu

tdorety@suncoastfcu.org

### sunlife

ajay.batra@sunlife.com
alex.secord@sunlife.com
alexandra.zvarich@sunlife.com
amy.fichtenkort@sunlife.com
andrew.creedon@sunlife.com
antonio.garcesii@sunlife.com
art.baril@sunlife.com
ashley.smith@sunlife.com
bill_stout@sunlife.com
bonnie.ward@sunlife.com
brad_rubin@sunlife.com
brett.pacific@sunlife.com
caris_cheung@sunlife.com
christopher.laird@sunlife.com
cnork@sunlife.com
dan.hess@sunlife.com
david.belanger@sunlife.com
david.fletcher@sunlife.com
david.medeiros@sunlife.com
deborah_foss@sunlife.com
denver_smith@sunlife.com
derek.granger@sunlife.com
elisabeth.colleran@sunlife.com
eric.elg@sunlife.com
eric.granat@sunlife.com
esther.onoja@sunlife.com
eugene_lundrigan@sunlife.com
evan.moskovit@sunlife.com
felix.mednikov@sunlife.com
gail.hosselbarth@sunlife.com
geoff.cardner@sunlife.com
gerald.charlette@sunlife.com
glenn.barry@sunlife.com
greg.spyropoulos@sunlife.com
hugh.oneill@sunlife.com
hussam.syed@sunlife.com
jack_donnelly@sunlife.com
james_shannon@sunlife.com
jason.zeman@sunlife.com
jeff_cheng@sunlife.com
jeffrey.sooy@sunlife.com
jennifer.bialobrzeski@sunlife.com
jennifer.burque@sunlife.com
jim_anderson@sunlife.com
john.chamberlain@sunlife.com
john.d.vincent@sunlife.com

**Company & Corresponding Email Addresses**

john.donovan@sunlife.com
john.slocum@sunlife.com
john.whelihan@sunlife.com
joi.simpson@sunlife.com
julie.perks@sunlife.com
justin.lessard@sunlife.com
kathryn.fric@sunlife.com
keith.cressman@sunlife.com
ken.march@sunlife.com
kenneth.houghton@sunlife.com
kevin.phelan@sunlife.com
kim.dowdes@sunlife.co.uk
laura.cronin@sunlife.com
lawson.frazier@sunlife.com
lee_brewda@sunlife.com
leo.saraceno@sunlife.com
manh.pham@sunlife.com
marc.hurley@sunlife.com
mark.prouty@sunlife.com
matt.zibell@sunlife.com
michael.aroian@sunlife.com
michael.bjelic@sunlife.com
mike.savage@sunlife.com
mike_labrinos@sunlife.com
min.he@sunlife.com
mona.yee@sunlife.com
neil.osullivan@sunlife.com
olesya.zhovtanetska@sunlife.com
padraic.kiernan@sunlife.com
paola.decegama@sunlife.com
patrick_blais@sunlife.com
paul.elwood@sunlife.com
paul.sinclair@sunlife.com
peng.zhou@sunlife.com
peter_crocco@sunlife.com
rick_gable@sunlife.com
rick_gordon@sunlife.com
robert.sweeney@sunlife.com
robert.veno@sunlife.com
rzilb@sunlife.com
sancho.chan@sunlife.com
sara.alvarado@sunlife.com
sean.craven@sunlife.com
srbui.seferian@sunlife.com
stephen.r.white@sunlife.com
steve.kelley@sunlife.com
steve.morris@sunlife.com
steven.cooper@sunlife.com
steven.theofanis@sunlife.com
steven.wyman@sunlife.com
sylvia.vyrostko@sunlife.com
terri.warren@sunlife.com
terry.tsui@sunlife.com
tim.monahan@sunlife.com

**Company & Corresponding Email Addresses**

tom.pedulla@sunlife.com
william.mercer@sunlife.com
wilson.ho@sunlife.com
wong2@sunlife.com

**sunrise**

urs.edward.blattmann@sunrise.ch

**suntory**

fumiyoshi_mano@suntory.co.jp
kenichi_takamura@suntory.co.jp
manabu_matsumoto@suntory.co.jp
takayuki_funatsu@suntory.co.jp
tiseki@suntory.com
tsutomu_maeda@suntory.co.jp
yoshiteru_ishikawa@suntory.co.jp

**suntrust**

adam.white@suntrust.com
amy.creason@suntrust.com
andy.richman@suntrust.com
angela.crews@suntrust.com
bettie.hilliard@suntrust.com
brian.cann@suntrust.com
brian.gaither@suntrust.com
brian.haas@suntrust.com
brian.harhai@suntrust.com
brian.horwitt@suntrust.com
ces.illustre@suntrust.com
chip.johnson@suntrust.com
chris.hett@suntrust.com
david.hippchen@suntrust.com
donna.nance@suntrust.com
eduardo.piedra@suntrust.com
ellen.koebler@suntrust.com
gay.cash@suntrust.com
hance.thurston@suntrust.com
jack.purcell@suntrust.com
jason.bohrer@suntrust.com
john.fisher@suntrust.com
john.reid@suntrust.com
jonathan.nace@suntrust.com
julia.hale@suntrust.com
khoa.a.tran@suntrust.com
lara.hall@suntrust.com
lori.armocida@suntrust.com
margaret.dempster@suntrust.com
mark.brommer@suntrust.com
mark.christman@suntrust.com
matthew.davlin@suntrust.com
michael.sasser@suntrust.com
michele.thompson@suntrust.com
neil.roner@suntrust.com
nicholas.luzecky@suntrust.com
nicholas.ramm@suntrust.com
paul.thompson@suntrust.com
phil.niehaus@suntrust.com

## Company & Corresponding Email Addresses

phillip.rogers@suntrust.com
robert.j.williams@suntrust.com
robert.lynn@suntrust.com
robert.parkinson@suntrust.com
robert.partlow@suntrust.com
seth.sprague@suntrust.com
shirley.banes@suntrust.com
steve.brasier@suntrust.com
sundeep.dhaliwal@suntrust.com
tesha.winslow@suntrust.com
tony.brown@suntrust.com
wayne.calvert@suntrust.com

### suntrustmortgage
tuck.reed@suntrustmortgage.com

### suravenir
francois.verveur@suravenir.fr

### surugabank
hiroaki.momose@surugabank.co.jp
kazuo.yuyama@surugabank.co.jp
masaki.shibuya@surugabank.co.jp
riyouzo.iknoshita@surugabank.co.jp
seiji.inui@surugabank.co.jp
tetsu.itou@surugabank.co.jp
tsunemitsu.kosuge@surugabank.co.jp
ymn0498@surugabank.co.jp
yoshitake.anzai@surugabank.co.jp

### susqbanc
sdeva@susqbanc.com

### suva
bruno.wuethrich@suva.ch
christoph.amiet@suva.ch
christophe.ollier@suva.ch
daniel.bieri@suva.com
daniel.hutter@suva.ch
herbert.kupferschmied@suva.ch
hilmar.langensand@suva.ch
hubert.niggli@suva.ch
hug@suva.ch
markus.ostrowski@suva.ch
peter.blum.pbb@suva.ch
urs.meister@suva.ch

### svb
ggroothuis@svb.nl
marijkedaamen@svb.nl
mwillems@svb.nl

### s-versicherung
albert.ohandjanians@s-versicherung.at
alfred.neimke@s-versicherung.at
andreas.schindler@s-versicherung.at
raimund.korherr@s-versicherung.co.at
reza.kazemi@s-versicherung.at
richard.weiland@s-versicherung.co.at
sabine.heidrich@s-versicherung.at

### svmonline

## Company & Corresponding Email Addresses

cjeruzal@svmonline.com
cmclean@svmonline.co.uk
ddodds@svmonline.co.uk
drobertson@svmonline.co.uk
hcuthbert@svmonline.com
hkilpatrick@svmonline.com
mcampbell@svmonline.com
mlawson@svmonline.co.uk
nveitch@svmonline.com
sdorward@svmonline.com

**svpglobal**
gbraylovskiy@svpglobal.com

**sv-versicherungen**
angelika.wehl@sv-versicherungen.de
sven.simon@sv-versicherungen.de

**sw**
egamboa@sw.com

**swarovski**
milo.bajic@swarovski.com
nicola.scampoli@swarovski.com
susanne.ramer@swarovski.com

**swbank-stl**
dpisarkiewicz@swbank-stl.com
kkane@swbank-stl.com

**swbell**
twadap@swbell.net

**swcorp**
anderson@swcorp.org
arnoldj@swcorp.org
bensont@swcorp.org
brewerk@swcorp.org
byrnem@swcorp.org
castillor@swcorp.org
debreem@swcorp.org
elliottb@swcorp.org
foxb@swcorp.org
garnerd@swcorp.org
gossj@swcorp.org
griffink@swcorp.org
haj@swcorp.org
horakb@swcorp.org
jarvelak@swcorp.org
petersonc@swcorp.org
robertsonm@swcorp.org
schiesss@swcorp.org
shic@swcorp.org
smithb@swcorp.org
turnerb@swcorp.org
wilsonz@swcorp.org

**swedbank**
anders.durling@swedbank.com
anders.ekedahl@swedbank.com
anders.granstrand@swedbank.com
anders.granstrand@swedbank.se

## Company & Corresponding Email Addresses

anders.hamnmark@swedbank.se
anna.jegnell@swedbank.com
anna.von.knorring@swedbank.se
anneli.brummer@swedbank.com
anne-soife.murphy@swedbank.com
annika.wijkstrom@swedbank.com
ann-marie.karlsson@swedbank.se
asa.avestedt@swedbank.com
asa.zernig@swedbank.se
birgitte.bonnesen@swedbank.com
carl.beyer@swedbank.com
cavin.o"driscoll@swedbank.com
christer.ahlquist@swedbank.com
christina.lindell@swedbank.com
eric.stjernstrom@swedbank.com
erik.stjernstrom@swedbank.se
eriksson.henrik@swedbank.com
eva.sohlman-knave@swedbank.com
f.karisson@swedbank.com
fredrik.andersson@swedbank.com
fredrik.thulin@swedbank.com
gill.nacksten-marcusson@swedbank.se
hakan.borgedahl@swedbank.com
hans.jansson@swedbank.com
henrik.grunditzs@swedbank.com
henrik.holmin@swedbank.se
ida.lindgren@swedbank.com
inger.standanger@swedbank.se
jan.lundquist@swedbank.com
jan.o.andersson@swedbank.com
jenny.malmstrom@swedbank.se
jens.isaksson@swedbank.com
jim.linford@swedbank.com
john.matthews@swedbank.com
jonny.sylven@swedbank.com
julian.daley@swedbank.com
karl-johan.lundin@swedbank.com
kristina.melin@swedbank.com
lars.a.persson@swedbank.com
lars.lundquist@swedbank.com
ludvig.uddeholt@swedbank.com
magnus.leijon@swedbank.se
magnus.ljungblad@swedbank.se
marcus.ostman@swedbank.com
margarita.salcedo@swedbank.com
maria.lundell@swedbank.com
martin.rydin@swedbank.se
micael.johansson@swedbank.com
neal.meacham@swedbank.com
niclas.lennartsson@swedbank.com
nikki@swedbank.com
nilla.skallstrom@swedbank.com
olev.trygg@swedbank.com
oringstrom@swedbank.se

## Company & Corresponding Email Addresses

patrik.ragan@swedbank.se
patrik.zedendahl@swedbank.com
per.aspegren@swedbank.com
per.aspegren@swedbank.se
per.eklund@swedbank.com
per.forsgren@swedbank.se
per.hoglund@swedbank.com
per-olof.uppeke@swedbank.com
peter.hulqvist@swedbank.com
petter.westlye@swedbank.com
rickard.skogsfors@swedbank.com
robin.ghosal@swedbank.com
sgoldberg@swedbank.com
sofia.branfelt@swedbank.se
stefan.elofsson@swedbank.com
thomas.beckman@swedbank.com
ulf.lindqvist@swedbank.com

### swedbankrobur

anders.dahl@swedbankrobur.se
anders.p.ramsten@swedbankrobur.se
bjarne.persson@swedbankrobur.se
carl-fredrik.lorenius@swedbankrobur.se
christer.engel@swedbankrobur.se
david.stenlund@swedbankrobur.se
elena.loven@swedbankrobur.se
elisabet.nathhorst@swedbankrobur.se
fredrik.mattsson@swedbankrobur.se
fredrik.myren@swedbankrobur.se
giovanni.polastri@swedbankrobur.se
goran.villner@swedbankrobur.se
hans.lindh@swedbankrobur.se
henrik.sandell@swedbankrobur.se
hugo.lewne@swedbankrobur.se
ingrid.albinsson@swedbankrobur.se
jacob.gemmel@swedbankrobur.se
jan.brunn@swedbankrobur.se
johan.b.sandberg@swedbankrobur.se
johan.elmquist@swedbankrobur.se
johan.eriksson@swedbankrobur.se
johan.strand@swedbankrobur.se
jonas.palmqvist@swedbankrobur.se
jonas.ulvsback@swedbankrobur.se
jonas.victorsson@swedbankrobur.se
jorgen.olofsson@swedbankrobur.se
kristofer.barrett@swedbankrobur.se
magnus.bakke@swedbankrobur.se
magnus.henjeby@swedbankrobur.se
maria.ljungqvist.marti@swedbankrobur.se
marten.larsson@swedbankrobur.se
mats.waldemarsson@swedbankrobur.se
niklas.larsson@swedbankrobur.se
paula.treutiger@swedbankrobur.se
per.griberg@swedbankrobur.se
per.lilja@swedbankrobur.se

**Company & Corresponding Email Addresses**

per.solvin@swedbankrobur.se
peter.abelin@swedbankrobur.se
peter.lingen@swedbankrobur.se
rikard.forssmed@swedbankrobur.se
sara.arfwidsson@swedbankrobur.se
sebastian.arslanogullari@swedbankrobur.se
staffan.knafve@swedbankrobur.se
stefan.franzen@swedbankrobur.se
therese.larsson@swedbankrobur.se
thomas.karlsson@swedbankrobur.se
ulrika.enhorning@swedbankrobur.se

**swib**

aaron.stakston@swib.state.wi.us
adam.ault@swib.state.wi.us
albert.rauch@swib.state.wi.us
alex.wilson@swib.state.wi.us
barbara.hauge@swib.state.wi.us
bill.mccorkle@swib.state.wi.us
brian.heimsoth@swib.state.wi.us
bruce.johnson@swib.state.wi.us
carissa.callison@swib.state.wi.us
cecilia.silver@swib.state.wi.us
chad.neumann@swib.state.wi.us
chirag.gandhi@swib.state.wi.us
chongyu.hua@swib.state.wi.us
dan.jenkins@swib.state.wi.us
daryl.moe@swib.state.wi.us
david.villa@swib.state.wi.us
dean.martin@swib.state.wi.us
dewalbv@swib.state.wi.us
diane.linn@swib.state.wi.us
doug.adler@swib.state.wi.us
equitiesmeetings@swib.state.wi.us
felipe.moreno@swib.state.wi.us
hungja@swib.state.wi.us
ian.calame@swib.state.wi.us
jackie.doeler@swib.state.wi.us
james.gannon@swib.state.wi.us
jason.schultz@swib.state.wi.us
jeff.lucas@swib.state.wi.us
jeffery.rahm@swib.state.wi.us
jesse.haifley@swib.state.wi.us
joe.woerner@swib.state.wi.us
john.dobson@swib.state.wi.us
john.lahman@swib.state.wi.us
john.nelson@swib.state.wi.us
joy.mukherjee@swib.state.wi.us
judy.yu@swib.state.wi.us
kathy.sanford@swib.state.wi.us
kelli.harris@swib.state.wi.us
kevin.markgraf@swib.state.wi.us
kirk.fox@swib.state.wi.us
kishor.agrawal@swib.state.wi.us
leesj@swib.state.wi.us

**Company & Corresponding Email Addresses**

liendk@swib.state.wi.us
lina.bandyopadhyay@swib.state.wi.us
lisa.winer@swib.state.wi.us
martha.truog@swib.state.wi.us
marti.dishowitz@swib.state.wi.us
mary.micheels@swib.state.wi.us
michael.harmelink@swib.state.wi.us
monica.jaehnig@swib.state.wi.us
nancy.mccartan@swib.state.wi.us
nicholas.stanton@swib.state.wi.us
rick.petran@swib.state.wi.us
robert.beggs@swib.state.wi.us
robert.severance@swib.state.wi.us
sandeep.brion@swib.state.wi.us
sarah.weis@swib.state.wi.us
tami.rosemeyer@swib.state.wi.us
thomas.freeman@swib.state.wi.us
tilly.steinbeck@swib.state.wi.us
todd.ludgate@swib.state.wi.us
todd.smith@swib.state.wi.us
travejr@swib.state.wi.us
trish.reopelle@swib.state.wi.us
valata.dewalt@swib.state.wi.us
wagnema@swib.state.wi.us

**swift**

harry.thurairatnam@swift.com
lorraine.esposito@swift.com
richard.chilton@swift.com
russell.jones@swift.com

**swip**

alan.thompson@swip.com
alison.drackford@swip.com
amelia.taylor@swip.com
andrew.ness@swip.com
arran.craig@swip.com
arun.sarwal@swip.com
bill.bulloch@swip.com
cameron.tod@swip.com
caroline.silander@swip.com
catie.wearmouth@swip.com
chris.clarke@swip.com
chris.fontenla@swip.com
christopher.bamberry@swip.com
christopher.hislop@swip.com
cindy.mccarron@swip.com
colin-j.beveridge@swip.com
craig.inches@swip.com
craig.veysey@swip.com
darren.j.mcconachie@swip.com
david.keir@swip.com
dean.buckley@swip.com
demie.demetriou@swip.com
divya.mathur@swip.com
fraser.laird@swip.com

## Company & Corresponding Email Addresses

gareth.quantrill@swip.com
garry.williams@swip.com
gillian.mccall@swip.com
graeme.caughey@swip.com
graeme.troy@swip.com
graham.wood@swip.com
gregor.macdonald@swip.com
greig.bryson@swip.com
guy.skinner@swip.com
harry.mackinnon@swip.com
heather.clayton@swip.com
heather.mckay@swip.com
helen.brodison@swip.com
ian.hally@swip.com
ian.panton@swip.com
ian.tabberer@swip.com
ian.vose@swip.com
ingrid.pino@swip.com
james.clunie@swip.com
janetta.chung@swip.com
johnny.russell@swip.com
juan.valenzuela@swip.com
kaori.ishii@swip.com
kathleen.dewandeleer@swip.com
kim.catechis@swip.com
laurent.frings@swip.com
lisa.rose@swip.com
luke.hickmore@swip.com
mairi.main@swip.com
malcolm.reid@swip.com
mark.wilkie@swip.com
mark@swip.com
martin.todd@swip.com
maureen.hemphill@swip.com
michael.wassermann@swip.com
mike.mcnaught-davis@swip.com
mikiko.abe@swip.com
mohammed.zaidi@swip.com
neil.falconer@swip.com
neil.fawcett@swip.com
nicholas.duncan@swip.com
nick.millington@swip.com
patricia.wilson@swip.com
richard.patterson@swip.com
risto.oja@swip.com
robert.waugh@swip.com
rod.davidson@swip.com
ross.olusanya@swip.com
russell.peddie@swip.com
sean.phayre@swip.com
simon.hunter@swip.com
siobhan.laing@swip.com
stephen.dry@swip.com
stephen.hall@swip.com

**Company & Corresponding Email Addresses**

stuart.mcmaster@swip.com
stuart.steven@swip.com
tim.dickson@swip.com
vicky.watson@swip.com
vikas.chopra@swip.com

**swipartnership**

alan.reid@swipartnership.co.uk
andrew.fraser@swipartnership.co.uk
andrew.herberts@swipartnership.co.uk
andrew.november@swipartnership.co.uk
andy.frepp@swipartnership.co.uk
andy.gray@swipartnership.co.uk
andy.playle@swipartnership.co.uk
anne.fraser@swipartnership.co.uk
anne.hetherington@swipartnership.co.uk
anne-marie.main@swipartnership.co.uk
ben.ebert@swipartnership.co.uk
bryan.mcmorrine@swipartnership.co.uk
buckett.leslie@swipartnership.co.uk
caroline.ely@swipartnership.co.uk
chris.hegarty@swipartnership.co.uk
chris.scott@swipartnership.co.uk
chrisann.morrison@swipartnership.co.uk
colin.burt@swipartnership.co.uk
david.urch@swipartnership.co.uk
donald.aiken@swipartnership.co.uk
douglas.kerr@swipartnership.co.uk
douglas.mcphail@swipartnership.co.uk
duncan.sutherland@swipartnership.co.uk
duncan.thomson@swipartnership.co.uk
fabrice.sendra@swipartnership.co.uk
francoise.watson@swipartnership.co.uk
frank.chen@swipartnership.co.uk
frazer.barrie@swipartnership.co.uk
hilary.kermode@swipartnership.co.uk
iain.havard@swipartnership.co.uk
jeff.casson@swipartnership.co.uk
jeff.king@swipartnership.co.uk
jennifer.douglas@swipartnership.co.uk
jennifer.gillespie@swipartnership.co.uk
joel.marks@swipartnership.co.uk
john.bale@swipartnership.co.uk
john.lyons@swipartnership.co.uk
ken.adams@swipartnership.co.uk
lesley.o'neill@swipartnership.co.uk
lisa.farrall@swipartnership.co.uk
mark.munro@swipartnership.co.uk
mark.phillips@swipartnership.co.uk
mark.venerus@swipartnership.co.uk
mary.nnachi@swipartnership.co.uk
michael.smith@swipartnership.co.uk
murray.scott@swipartnership.co.uk
name.surname@swipartnership.co.uk
neil.mackay@swipartnership.co.uk

## Company & Corresponding Email Addresses

neil.murray@swipartnership.co.uk
nick.mcleod-clark@swipartnership.co.uk
nick.owen@swipartnership.co.uk
nick.thompson@swipartnership.co.uk
ominder.dhillon@swipartnership.co.uk
peter.cockburn@swipartnership.co.uk
peter.dorward@swipartnership.co.uk
peter.glynne-percy@swipartnership.com
philip.chappell@swipartnership.co.uk
philip.rose@swipartnership.co.uk
pia.nyholm@swipartnership.co.uk
richard.dingwall-smith@swipartnership.co.uk
richard.dunbar@swipartnership.co.uk
robert.forrest@swipartnership.co.uk
rory.hammerson@swipartnership.co.uk
sandy.naim@swipartnership.co.uk
sebastian.mackay@swipartnership.co.uk
simon.moss@swipartnership.co.uk
steven.aitken@swipartnership.co.uk
steven.logan@swipartnership.co.uk
steven.maxwell@swipartnership.co.uk
stewart.cowe@swipartnership.co.uk
stewart.mcmillan@swipartnership.co.uk
suhail.arain@swipartnership.co.uk
tim.butcher@swipartnership.co.uk
tim.scholefield@swipartnership.co.uk
tony.foster@swipartnership.co.uk
tony.mather@swipartnership.co.uk
tony.whalley@swipartnership.co.uk
wendy.russell-hall@swipartnership.co.uk
william.blair@swipartnership.co.uk

**swippartnership**
nikki.blues@swippartnership.co.uk

**swissbank**
hansjoerg.kaser@mhs.swissbank.com

**swissca**
aholzgang@swissca.ch
dallan@swissca.co.uk
daniel.wuermli@swissca.ch
dhunziker@swissca.ch
dmilne@swissca.co.uk
gfischer@swissca.ch
gmills@swissca.co.uk
michelle.linder@swissca.ch
msouthgate@swissca.co.uk
nhowes@swissca.co.uk
pbaenziger@swissca.ch
pmeier@swissca.ch
rsahli@swissca.ch

**swisscanto**
alain.waber@swisscanto.ch
alex.schoeb@swisscanto.ch
alexandra.jung@swisscanto.ch
alexandra.kuenzi@swisscanto.ch

## Company & Corresponding Email Addresses

andreas.waeger@swisscanto.ch
beat.gerber@swisscanto.ch
ben.hauzenberger@swisscanto.ch
bettina.rheinberger@swisscanto.ch
blaise.roduit@swisscanto.ch
chi.tran@swisscanto.ch
christian.takushi@swisscanto.ch
daniel.wuermli@swisscanto.ch
denise.gugerli@swisscanto.ch
dieter.galli@swisscanto.ch
florian.esterer@swisscanto.ch
flurin.joller@swisscanto.ch
frederik.vonameln@swisscanto.ch
gerhard.wagner@swisscanto.ch
hans.frey@swisscanto.ch
hansueli.gasser@swisscanto.ch
heinrich.flueckiger@swisscanto.ch
jerome.benathan@swisscanto.ch
karl.stettler@swisscanto.ch
klaus.goeggelmann@swisscanto.ch
michael.bretscher@swisscanto.ch
mike.dang@swisscanto.ch
mirko.santucci@swisscanto.ch
mondher.bettaieb-loriot@swisscanto.ch
pascal.schuler@swisscanto.ch
patrik.scheuber@swisscanto.ch
peter.braendle@swisscanto.ch
peter.gachnang@swisscanto.ch
peter.reinmuth@swisscanto.ch
peter.stenz@swisscanto.ch
phirt@swisscanto.ch
reto.niggli@swisscanto.ch
sebastian.felsch@swisscanto.ch
stefan.eichenberger@swisscanto.ch
sule.kusogullari@swisscanto.ch
thomas.haerter@swisscanto.ch
thomas.watter@swisscanto.ch
thomas.zbinden@swisscanto.ch

### swisscap
cronenberghs@swisscap.com
merlini@swisscap.com
montezin@swisscap.com
patelli@swisscap.com
salatti@swisscap.com
sedleger@swisscap.com
topatigh@swisscap.com

### swisscapital
joaol@swisscapital.net

### swissfirst
christian.lach@swissfirst.ch
dallas.webb@swissfirst.ch
daniel.biedermann@swissfirst.ch
davide.costantini@swissfirst.ch
felicia.reed@swissfirst.ch

## Company & Corresponding Email Addresses

frank.rauber@swissfirst.ch
jean-philippe.bertschy@swissfirst.ch
marco.massarotti@swissfirst.ch
martin.muenchbach@swissfirst.ch
rene.schmidli@swissfirst.ch
roland.maier@swissfirst.ch
stephan.meier@swissfirst.ch
stephan.troxler@swissfirst.ch
thomas.maag@swissfirst.ch
thomas.matter@swissfirst.ch
toni.tomasone@swissfirst.ch
verena.kamer@swissfirst.ch

### swissfp

bauer@swissfp.com
bausch@swissfp.com
lahaut@swissfp.com

### swissinv

anita@swissinv.com
gilles.wormser@swissinv.com
peter@swissinv.com

### swisslife

andreas.vonsalis@swisslife.ch
anna.magnusson@swisslife.de
carlo.germana@swisslife.ch
christoph.curtius@swisslife.ch
christoph.riedi@swisslife.ch
daniel.debernardis@swisslife.ch
dieter.baumann@swisslife.ch
kirsten.gut@swisslife.ch
markus.arn@swisslife.ch
martin.senn@swisslife.ch
oliver.oberlach@swisslife.ch
patrick.frost@swisslife.ch
philip.chan@swisslife.ch
philipp.galliker@swisslife.ch
philippe.reichlin@swisslife.ch
rolf.jufer@swisslife.ch
rudolf.keller@swisslife.ch
rudolf.suter@swisslife.ch
ruth.grob@swisslife.ch
tanco.ong@swisslife.ch
volkmar.ritter@swisslife.ch

### swissre

abhishek_maheshwari@swissre.com
adam_fusco@swissre.com
adolf_decurtins@swissre.com
adrian_halter@swissre.com
adrian_ricketts@swissre.com
alan_niederer@swissre.com
alban_fauchere@swissre.com
albert_papa@swissre.com
alexander_choniski@swissre.com
alison_barbi@swissre.com
amelia_lorenzo@swissre.com

## Company & Corresponding Email Addresses

andre_keller@swissre.com
andre_moutenot@swissre.com
andreas_graf@swissre.com
andreas_hillebrand@swissre.com
andreas_weber@swissre.com
andreasdaniel_knecht@swissre.com
andrew_chai@swissre.com
annie_tran@swissre.com
anthony_cinquemani@swissre.com
baris_pinar@swissre.com
beat_luethi@swissre.com
benjamin_ho@swissre.com
benjamin_meuli@swissre.com
benjamin_weidmann@swissre.com
benno_flury@swissre.com
brian_rosenblum@swissre.com
brian_trust@swissre.com
britta_rendlen@swissre.com
bruno_letsch@swissre.com
bryan_niggli@swissre.com
caius_ng@swissre.com
caspar_benz@swissre.com
catherine_ehrlich@swissre.com
cengiz_kayihan@swissre.com
chris_weihs@swissre.com
christian_bausch@swissre.com
christian_meienberger@swissre.com
christian_schmidt@swissre.com
christina_morillo@swissre.com
christine_soenning@swissre.com
christoph_schneider@swissre.com
christopher.squillante@swissre.com
claus_huber@swissre.com
daniel_andris@swissre.com
daniel_gelinas@swissre.com
daniel_groleau@swissre.com
daniel_koepfer@swissre.com
daniel_sun@swissre.com
david_godfrey@swissre.com
david_murphy@swissre.com
david_oloan@swissre.com
davide_crippa@swissre.com
davide_guidicelli@swissre.com
dieter_dobmeier@swissre.com
dietmar_petroll@swissre.com
dominique_zenruffinen@swissre.com
edith_paetzold@swissre.com
edith_patzold@swissre.com
elizabeth_wesson@swissre.com
elliot_katz@swissre.com
elliot_wittlin@swissre.com
eric_hyde@swissre.com
eric_thorlacius@swissre.com
esther_baur@swissre.com

**Company & Corresponding Email Addresses**

eva_durnermeyer@swissre.com
fabio_robbiani@swissre.com
felix_niederer@swissre.com
felix_stutz@swissre.com
florian_burkhardt@swissre.com
florian_komac@swissre.com
francesca_seegy@swissre.com
frank_ronan@swissre.com
fred_tillman@swissre.com
frederic_mathier@swissre.com
gabriela_stadler@swissre.com
geof_pelger@swissre.com
giacomo_balzarini@swissre.com
giovanni_villanueva@swissre.com
giuseppe_magnano@swissre.com
gloria_vogel@swissre.com
goran_kaiblinger@swissre.com
gordon_boozer@swissre.com
gregor_mast@swissre.com
guido_rust@swissre.com
hanspeter_haessig@swissre.com
harold_weiss@swissre.com
heid_chan@swissre.com
heidi_turner@swissre.com
heike_halsinger@swissre.com
heinz_pfister@swissre.com
honluong_ly@swissre.com
hyde_chow@swissre.com
iordanis_chatziprodromou@swissre.com
irene_luelingduffy@swissre.com
isabelle_armanville@swissre.com
jacques_aigrain@swissre.com
james_molloy@swissre.com
james_tayler@swissre.com
jamie_kudrako@swissre.com
jan_jaeger@swissre.com
jenny_allan@swissre.com
jenny_slater@swissre.com
jerome_haegeli@swissre.com
joe_higgins@swissre.com
john_barrasso@swissre.com
john_davidson@swissre.com
jonas_misteli@swissre.com
jonas_vonoldenskioeld@swissre.com
joseph.hissong@swissre.com
juerg_hess@swissre.com
juerg_steiger@swissre.com
juergalexander_gutzwiller@swissre.com
juergen_mueller@swissre.com
kathrin_schriber@swissre.com
kerry_obrien@swissre.com
kevin_higgins@swissre.com
konstantin_stoev@swissre.com
kristina_schnyder@swissre.com

**Company & Corresponding Email Addresses**

kummy_wan@swissre.com
kurt_haueter@swissre.com
kurt_karl@swissre.com
kurt_zihlmann@swissre.com
larry_ward@swissre.com
linda_leisengang@swissre.com
lisa_monaco@swissre.com
llewellyn_connolly@swissre.com
luis_reyna@swissre.com
mahmoud_elshaer@swissre.com
marc_fussteig@swissre.com
marc_radice@swissre.com
marcos_baer@swissre.com
maria_custer@swissre.com
mark_knight@swissre.com
mark_mccarthy@swissre.com
mark_meenan@swissre.com
marko_duvnjak@swissre.com
markus_eugster@swissre.com
markus_feurstein@swissre.com
martin_ramseyer@swissre.com
matthew_stone@swissre.com
matthias_vonschumacher@swissre.com
melanie_santos@swissre.com
melissa_mayorga@swissre.com
michael_brendle@swissre.com
michael_dudek@swissre.com
michael_gubser@swissre.com
michael_notaro@swissre.com
michael_stimpfle@swissre.com
mike_hammer@swissre.com
mike_minnich@swissre.com
milos_vujanic@swissre.com
mirjam_trachsel@swissre.com
monika_kollerurben@swissre.com
nehal_patel@swissre.com
niels_slikker@swissre.com
oliver_wolfensberger@swissre.com
owen_deane@swissre.com
pascal_zbinden@swissre.com
patrick_andreatta@swissre.com
patrick_scherrer@swissre.com
patrick_wendt@swissre.com
pattra_piriyapoksombut@swissre.com
paul_cooley@swissre.com
paulandrew_cannon@swissre.com
peter_leffler@swissre.com
peter_middelkamp@swissre.com
peter_reichenbach@swissre.com
philip-wright@swissre.com
polly_kolotas@swissre.com
randy_goodleaf@swissre.com
reinhard_eckl@swissre.com
rich_fitzsimons@swissre.com

## Company & Corresponding Email Addresses

richard_tanner@swissre.com
robin_bircher@swissre.com
rodney_scholten@swissre.com
rolf_ehrensberger@swissre.com
ronnie_mueller@swissre.com
salvatore_amato@swissre.com
sandro_galfetti@swissre.com
scott_knapp@swissre.com
sebastian_wernli@swissre.com
sheldon_ross@swissre.com
siamak_izadkia@swissre.com
stephan_eugster@swissre.com
stephane_boisier@swissre.com
stephen_deletto@swissre.com
steve_olentine@swissre.com
steve_triantafilidis@swissre.com
steven_bachman@swissre.com
steven_lin@swissre.com
steven_wolcott@swissre.com
strategy_development@swissre.com
sven_kaiser@swissre.com
tanjaangiola_minella@swissre.com
tauno_loertscher@swissre.com
thomas_farmakis@swissre.com
thomas_graf@swissre.com
thomas_michel@swissre.com
thomas_rothenberger@swissre.com
thomas_schaub@swissre.com
timothy_daggett@swissre.com
todd_cooper@swissre.com
tony_arnese@swissre.com
tyler_ratcliffe@swissre.com
uwe_carl@swissre.com
uweeberhard_remy@swissre.com
verena_zollikofer@swissre.com
vidmantas_pleta@swissre.com
vincent.matsui@swissre.com
walid_bacha@swissre.com
wesley_clifton@swissre.com
xin_fu@swissre.com
yin_chan@swissre.com
yuan_zhou@swissre.com
yvette_becker@swissre.com
zurich_otc@swissre.com

**swm**

sandner.guenter@swm.de

**swst**

dcastillo@swst.com
dheidkamp@swst.com
dleland@swst.com
ffellows@swst.com
gluskie@swst.com
jbohnsack@swst.com
kpugliani@swst.com

## Company & Corresponding Email Addresses

mgrant@swst.com
mritchie@swst.com
pprice@swst.com
rnash@swst.com
sjagannathan@swst.com
sochel@swst.com

### syb

gail.russell@syb.com
mark.holloway@syb.com
nancy.davis@syb.com

### symantec

anil_phull@symantec.com
charles_rice@symantec.com
christopher_koshiyama@symantec.com
derek_groff@symantec.com
dora_jiang@symantec.com
guojun_chu@symantec.com
heli_erickson@symantec.com
imiranda@symantec.com
jeanmarie_reahl@symantec.com
john_staudenraus@symantec.com
julie_liang@symantec.com
priti_kartik@symantec.com
rossini_stotomas@symantec.com
rowena_lynn@symantec.com
sandeep_varma@symantec.com
sschamel@symantec.com
sshin@symantec.com
taylor_adams@symantec.com
tony_siytangco@symantec.com
veena_avadhanam@symantec.com

### sympatico

ahamilton27@sympatico.ca

### symphonia

andrea.pastorelli@symphonia.it
angelo.abbondio@symphonia.it
luca.corti@symphonia.it
marco.bartolomei@symphonia.it
roberto.cucchetti@symphonia.it
silvia.merendoni@symphonia.it

### synchrony

info@synchrony.ch
jerome.spichiger@synchrony.ch
samuel.guillet@synchrony.ch
stephane.croisier@synchrony.ch

### synovus

dakemadray@synovus.com
gregpolk@synovus.com
jeremyknezek@synovus.com
jimdorwaldt@synovus.com
jodylowery@synovus.com
lensexton@synovus.com
lizdavis@synovus.com
meredithwatson@synovus.com

## Company & Corresponding Email Addresses

mikewienckowski@synovus.com
patreynolds@synovus.com
rickbotthof@synovus.com
timothystrickland@synovus.com

### synovusmortgage

aaronyoder@synovusmortgage.com
davidsmith@synovusmortgage.com
toddcheney@synovusmortgage.com

### syorks-ja

jhattesrley.sypa@syorks-ja.gov.uk

### systembolaget

anders.soderlund@systembolaget.se

### szkb

alexandre.jaloux@szkb.ch
jeanpierre.hunziker@szkb.ch
juerg.ruf@szkb.ch
roland.kaelin@szkb.ch

### t

tbc@t.com
tbc@t.t

### t_mobil

barbara.plato@t_mobil.de

### t3

tanabe@t3.rim.or.jp

### tagfolio

ashleylong@tagfolio.com
bobcalhoun@tagfolio.com
carolynrphipps@tagfolio.com
cindygillespie@tagfolio.com
denisequigley@tagfolio.com
ericharper@tagfolio.com
kathleenwebster@tagfolio.com
kevingirts@tagfolio.com
larisadakhis@tagfolio.com
martymartin@tagfolio.com
mehmetcamurdan@tagfolio.com
michellejohnson@tagfolio.com
mickeyelliott@tagfolio.com
mikeandreessen@tagfolio.com
mlivingston@tagfolio.com
parhambehrooz@tagfolio.com
paulbratten@tagfolio.com
petevatev@tagfolio.com
raymatsuura@tagfolio.com
scottbrown@tagfolio.com
scotteldridge@tagfolio.com
shannonbrown@tagfolio.com
shawnferrell@tagfolio.com
staceyrooney@tagfolio.com
steveedelman@tagfolio.com
susanreed@tagfolio.com
toddkuimjian@tagfolio.com
tomburton@tagfolio.com
tracylundberg@tagfolio.com

## Company & Corresponding Email Addresses

yolandasparrow@tagfolio.com

### tahoeadvisors
swiggett@tahoeadvisors.com

### tahomacapital
john.putz@tahomacapital.com

### taib
bikram@taib.com

### taicobu
hamdan@taicobu.com

### taiyo-seimei
h-iwasaki@taiyo-seimei.co.jp
h-yamagata@taiyo-seimei.co.jp
j-kitami@taiyo-seimei.co.jp
j-ujiie@taiyo-seimei.co.jp
k-sekiyama@taiyo-seimei.co.jp
k-tsujita@taiyo-seimei.co.jp
ma-nakamura@taiyo-seimei.co.jp
mi-yoneda@taiyo-seimei.co.jp
mo-ikeda@taiyo-seimei.co.jp
n-kudou@taiyo-seimei.co.jp
ta-takahashi@taiyo-seimei.co.jp
t-furuya@taiyo-seimei.co.jp
t-hikino@taiyo-seimei.co.jp
t-hirao@taiyo-seimei.co.jp
t-ichibagase@taiyo-seimei.co.jp
t-negama@taiyo-seimei.co.jp
t-oohori@taiyo-seimei.co.jp
ts-ishiad@taiyo-seimei.co.jp
t-uemura@taiyo-seimei.co.jp
t-yamane@taiyo-seimei.co.jp
t-yamashita@taiyo-seimei.co.jp
yas-ueda@taiyo-seimei.co.jp
y-kiyotomo@taiyo-seimei.co.jp
y-onoda@taiyo-seimei.co.jp
y-yokoyama@taiyo-seimei.co.jp

### takeda
fujishima_akira@takeda.co.jp
kato_koichi@takeda.co.jp
nagase_yoshinori@takeda.co.jp
nakajima_yasushi@takeda.co.jp
okumura_masumi@takeda.co.jp
yukishige_koichi@takeda.co.jp

### tao
rjle@tao.sainsburys.co.uk

### tapiola
anna.vaananen@tapiola.fi
ari.luukkonen@tapiola.fi
hanna.hiidenpalo@tapiola.fi
jari.eklund@tapiola.fi
jari.jarvinen@tapiola.fi
jonna.pursiainen@tapiola.fi
jyrki.makela@tapiola.fi
kari.pihkala@tapiola.fi
lippo.suominen@tapiola.fi

## Company & Corresponding Email Addresses

marko.ojala@tapiola.fi
markus.niinikoski@tapiola.fi
outi.kalpio@tapiola.fi
petteri.vaarnanen@tapiola.fi
riitta.naaralainen-vallila@tapiola.fi

### target
stacy.houser@target.com

### tasitalia
richard.pitre@tasitalia.com

### tateandlyle
archi.quddus@tateandlyle.com

### tba
tba@tba.com
tbaf@tba.com

### tbb
108368@mail.tbb.com.tw
a110682@mail.tbb.com.tw
a8987@mail.tbb.com.tw
b893a@mail.tbb.com.tw
dm@tbb.com.hk
eloy@mail.tbb.com.tw
gm@tbb.com.hk
happyday@mail.tbb.com.tw
lisateng0327@mail.tbb.com.tw
ln1@tbb.com.hk
lundytsai@mail.tbb.com.tw
lyt3811@mail.tbb.com.tw
michaelyang@mail.tbb.com.tw
tr@tbb.com.hk
wtsai@mail.tbb.com.tw
yu.lin@mail.tbb.com.tw

### tbc
tbc@tbc.tbc

### tbcam
abutayyoun.jm@tbcam.com
bailer.j@tbcam.com
balanda.m@tbcam.com
bateman.p@tbcam.com
benson.sm@tbcam.com
bloom.e@tbcam.com
bogar.m@tbcam.com
bonsignore.fp@tbcam.com
bowers.r@tbcam.com
boyd.jm@tbcam.com
brady.a@tbcam.com
brandaleone.sk@tbcam.com
brennan.n@tbcam.com
brooks.dl@tbcam.com
budny.a@tbcam.com
cameron.dh@tbcam.com
campbell.ba@tbcam.com
carpenter.ps@tbcam.com
catalan.aa@tbcam.com
chan.m@tbcam.com

## Company & Corresponding Email Addresses

cheng.pk@tbcam.com
clark.am@tbcam.com
cmkang@tbcam.com
corrado.jm@tbcam.com
costello.we@tbcam.com
cronan.km@tbcam.com
curran.l@tbcam.com
daglio.da@tbcam.com
deboever.cf@tbcam.com
decristofaro.j@tbcam.com
diamond.ag@tbcam.com
dishop.mp@tbcam.com
duncan.br@tbcam.com
dutile.d@tbcam.com
eastman.rj@tbcam.com
fitzgibbon.sp@tbcam.com
forkner.km@tbcam.com
friedman.m@tbcam.com
gennaco.j@tbcam.com
ghublikian.ma@tbcam.com
giannacopoulos.kp@tbcam.com
goguen.fj@tbcam.com
grant.td@tbcam.com
griffin.ca@tbcam.com
griffin.m@tbcam.com
han.s@tbcam.com
harrison.r@tbcam.com
hayes.cp@tbcam.com
henry.dk@tbcam.com
herskovitz.m@tbcam.com
higgins.cm@tbcam.com
holton.m@tbcam.com
huang.y@tbcam.com
hull.ra@tbcam.com
intoppa.d@tbcam.com
israel.l@tbcam.com
jerome.dg@tbcam.com
johnson.ia@tbcam.com
jurik.w@tbcam.com
karen.singson@tbcam.com
karydas.d@tbcam.com
kedersha.cm@tbcam.com
khtikian.d@tbcam.com
kierstead.tm@tbcam.com
kilbride.sh@tbcam.com
kolano.s@tbcam.com
kuehndorf.f@tbcam.com
ladner.sd@tbcam.com
letourneau.sp@tbcam.com
levan.db@tbcam.com
lydotes.ja@tbcam.com
macey.jd@tbcam.com
malikowski.j@tbcam.com
marshall.as@tbcam.com

## Company & Corresponding Email Addresses

mcgrail.pj@tbcam.com
mcgrew.jd@tbcam.com
mchugh.jd@tbcam.com
mclaughlin.t@tbcam.com
mead.cl@tbcam.com
miller.eg@tbcam.com
mills.b@tbcam.com
mills.s2@tbcam.com
minerva.ml@tbcam.com
morris.ra@tbcam.com
morrissey.pm@tbcam.com
mundia.dn@tbcam.com
newell.pa@tbcam.com
newman.p@tbcam.com
nguyen@tbcam.com
oconnell.km@tbcam.com
ohl.d@tbcam.com
o'neill.rj@tbcam.com
patzer.ws@tbcam.com
peruzzi.lg@tbcam.com
pescaro.r@tbcam.com
piccione.cc@tbcam.com
pires.jn@tbcam.com
piskorowski.jj@tbcam.com
prentice.jr@tbcam.com
rabelo.l@tbcam.com
rajamani.r@tbcam.com
rosa.jp@tbcam.com
rosania.rr@tbcam.com
royal.tm@tbcam.com
roychoudhury.p@tbcam.com
rubin.b@tbcam.com
ryan.aj@tbcam.com
scarbonchi.v@tbcam.com
sealy.dm@tbcam.com
selvakumar.mc@tbcam.com
sheppard.p@tbcam.com
silberstein.c@tbcam.com
silvia.aa@tbcam.com
slover.e@tbcam.com
smith.ca@tbcam.com
spoont.b@tbcam.com
stephan.md@tbcam.com
strain.bj@tbcam.com
sumner.j@tbcam.com
swords.e@tbcam.com
thayer.ep@tbcam.com
thiaw.a@tbcam.com
thieme.d@tbcam.com
threlfall.r@tbcam.com
trafton.c@tbcam.com
trukas.j@tbcam.com
truschel.je@tbcam.com
tuttle.le@tbcam.com

## Company & Corresponding Email Addresses

vogel.p@tbcam.com
vonderluft.h@tbcam.com
wakefield.tw@tbcam.com
walter.er@tbcam.com
watson.rk@tbcam.com
watts.r@tbcam.com
wehbe.r@tbcam.com
welch.j@tbcam.com
wheeler.j@tbcam.com
williamson.bw@tbcam.com
wilson.rc@tbcam.com
zeuthen.r@tbcam.com

### tbfglobal
peter.dreidel@tbfglobal.com

### tbgmc
thybo@tbgmc.com

### tbiplc
caroline.price@tbiplc.co.uk

### tbpadvisors
gdlevitz@tbpadvisors.com
jhplunkett@tbpadvisors.com

### tcbank
angie@tcbank.com.tw
arielchou@tcbank.com.tw
ariellin@tcbank.com.tw
bernice.hsu@tcbank.com.tw
calvin_yeh@tcbank.com.tw
chunyi0968@tcbank.com.tw
clo925@tcbank.com.tw
eileenwei@tcbank.com.tw
huichun@tcbank.com.tw
ivanlin@tcbank.com.tw
jamieh@tcbank.com.tw
jason.chen@tcbank.com.tw
jason.yu@tcbank.com.tw
jasonting@tcbank.com.tw
jessicalin@tcbank.com.tw
lawrence.lou@tcbank.com.tw
leochen@tcbank.com.tw
lupe@tcbank.com.tw
maychen@tcbank.com.tw
meganchu@tcbank.com.tw
msing@tcbank.com.tw
rotanni@tcbank.com.tw
sadiehsu@tcbank.com.tw
sherry88233@tcbank.com.tw
william.chung@tcbank.com.tw
winson.chuang@tcbank.com.tw

### tcb-bank
alantsao@tcb-bank.com.tw
annee@tcb-bank.com.tw
chwanjau@tcb-bank.com.tw
fei-linghu@tcb-bank.com.tw
harry@tcb-bank.com.tw

## Company & Corresponding Email Addresses

hsiu-yun@tcb-bank.com.tw
jeanie@tcb-bank.com.tw
mandychen@tcb-bank.com.tw
peterhsieh@tcb-bank.com.tw

### tcdrs

dianna@tcdrs.org
paul@tcdrs.org
winsome@tcdrs.org

### tcenterprise

hanachang@tcenterprise.com.tw
robertfuh@tcenterprise.com.tw

### tchinc

cdk@tchinc.com
cma@tchinc.com
fjr@tchinc.com
research@tchinc.com
sl@tchinc.com
tlt@tchinc.com
wjc@tchinc.com

### tcmb

aycan.aksay@tcmb.gov.tr
aydin.suat@tcmb.gov.tr
aytul.ganioglu@tcmb.gov.tr
banu.kesim@tcmb.gov.tr
disiliskiler@tcmb.gov.tr
gaye.derman@tcmb.gov.tr
ilknur.dumanli@tcmb.gov.tr
jale.ataman@tcmb.gov.tr
lale.gursu@tcmb.gov.tr
piyasa@tcmb.gov.tr
soner.aksu@tcmb.gov.tr

### tcm-ltd

chris.bond@tcm-ltd.com
mark.coy@tcm-ltd.com
matthew.furr@tcm-ltd.com
mike.cameron@tcm-ltd.com
scott.rowell@tcm-ltd.com

### tcva

wkeyes@tcva.com

### tcw

adam.coppersmith@tcw.com
alex.stanojevic@tcw.com
allen.li@tcw.com
allyson.pfeifer@tcw.com
amanda.prentiss@tcw.com
amir.rao@tcw.com
amy.vanhoek@tcw.com
andrew.hsu@tcw.com
andrew.lee@tcw.com
andrew.park@tcw.com
anil.lalchand@tcw.com
anth.valencia@tcw.com
antonina.antonova@tcw.com
arianne.pagsisihan@tcw.com

## Company & Corresponding Email Addresses

arnold.egli@tcw.com
art.carlson@tcw.com
ayinikkat.radhakrishnan@tcw.com
barbara.vanevery@tcw.com
barbra.ongwico@tcw.com
benjamin.herrick@tcw.com
benjamin.tryon@tcw.com
betania.soto@tcw.com
blair.thomas@tcw.com
blaise.antin@tcw.com
bonnie.baha@tcw.com
bonnie.knapp@tcw.com
brandon.bond@tcw.com
brandon.gray@tcw.com
brendt.stallings@tcw.com
bret.rosen@tcw.com
brett.roth@tcw.com
brett.rowley@tcw.com
brian.beitner@tcw.com
brian.daly@tcw.com
brian.gilmore@tcw.com
brian.shim@tcw.com
bryan.applequist@tcw.com
calvin.ngai@tcw.com
catherine.rist@tcw.com
chang.lee@tcw.com
chris.mann@tcw.com
chris.weber@tcw.com
chris.wright@tcw.com
claude.erb@tcw.com
conrad.chen@tcw.com
craig.blum@tcw.com
craig.rethmeyer@tcw.com
cris.santaanaiii@tcw.com
dan.kale@tcw.com
daniel.pavlinik@tcw.com
darleen.boyle@tcw.com
darryl.schall@tcw.com
david.aung@tcw.com
david.demarchi@tcw.com
david.kennedy@tcw.com
derek.derman@tcw.com
diana.montenegro@tcw.com
don.evenson@tcw.com
edison.hwang@tcw.com
edward.franks@tcw.com
elissar.boujaoude@tcw.com
emily.davidson@tcw.com
eric.arentsen@tcw.com
eric.fuller@tcw.com
erik.karas@tcw.com
ernestina.rodriguez@tcw.com
evan.harwood@tcw.com
fifi.wong@tcw.com

**Company & Corresponding Email Addresses**

finola.dogerty@tcw.com
finola.doherty@tcw.com
francine.smith@tcw.com
george.kappas@tcw.com
ghobart@tcw.com
gregory.whiteley@tcw.com
guillermo.serrano@tcw.com
haicheng.li@tcw.com
heather.bergman@tcw.com
helen.chen@tcw.com
hoshrav.patel@tcw.com
husam.nazer@tcw.com
iman.brivanlou@tcw.com
james.burns@tcw.com
james.goldberg@tcw.com
james.hassett@tcw.com
james.shevlet@tcw.com
jamison.vanniel@tcw.com
janell.mcdowell@tcw.com
jared.frandle@tcw.com
jason.maxwell@tcw.com
jay.gerard@tcw.com
jean-charles.sambor@tcw.com
jeanie.maldonado@tcw.com
jeffery.atherton@tcw.com
jeffrey.gundlach@tcw.com
jeffrey.lee@tcw.com
jeffrey.lin@tcw.com
jeffrey.mayberry@tcw.com
jeffrey.sherman@tcw.com
jennifer.jacob@tcw.com
jeremy.may@tcw.com
jerome.egan@tcw.com
jessica.gillmor@tcw.com
jm.chapus@tcw.com
joe.galligan@tcw.com
joe.garcia@tcw.com
joe.viola@tcw.com
joel.damiani@tcw.com
john.fekete@tcw.com
john.friedman@tcw.com
john.gibbons@tcw.com
john.hwang@tcw.com
john.nelson@tcw.com
john.rocchio@tcw.com
john.snider@tcw.com
jonathan.marcus@tcw.com
joshua.grumer@tcw.com
julia.juwono@tcw.com
jusceline.diaz@tcw.com
justin.braiker@tcw.com
karen.tsang@tcw.com
karin.lopatin@tcw.com
kate.hua@tcw.com

## Company & Corresponding Email Addresses

katherin.kim@tcw.com
ken.austin@tcw.com
ken.shinoda@tcw.com
kevin.hunter@tcw.com
komal.sri-kumar@tcw.com
kristine.smith@tcw.com
kyle.fan@tcw.com
leigh.peffer@tcw.com
leila.ung@tcw.com
lisa.zeller@tcw.com
loren.fleckenstein@tcw.com
lou.dietrich@tcw.com
lou.lucido@tcw.com
luz.padilla@tcw.com
marcela.meirelles@tcw.com
marie.thomasson@tcw.com
mark.attanasio@tcw.com
mark.christensen@tcw.com
mark.senkpiel@tcw.com
mark.wooden@tcw.com
melissa.strausberg@tcw.com
melissa.weiler@tcw.com
meribeth.brand@tcw.com
michael.chambers@tcw.com
michael.dicintio@tcw.com
michael.hsu@tcw.com
michael.lee@tcw.com
michael.parks@tcw.com
michael.quinn@tcw.com
michael.reilly@tcw.com
michelle.skelly@tcw.com
mike.olson@tcw.com
minet.mucka@tcw.com
mona.eraiba@tcw.com
monica.erickson@tcw.com
morris.chen@tcw.com
nanlan.ye@tcw.com
narges.rafigh@tcw.com
natasha.knechtel@tcw.com
needed@tcw.com
neil.chudgar@tcw.com
nick.bartolo@tcw.com
nick.capuano@tcw.com
nicolas.pelletier@tcw.com
nicole.saulet@tcw.com
nihir.shah@tcw.com
nirav.parikh@tcw.com
noah.kauffman@tcw.com
pablo.ferreri@tcw.com
palak.pathak@tcw.com
pat.perez@tcw.com
patrick.todd@tcw.com
paul.kirste@tcw.com
peter.su@tcw.com

## Company & Corresponding Email Addresses

peter.viehl@tcw.com
phil.abejar@tcw.com
philip.barach@tcw.com
qun.ju@tcw.com
randolph.birkman@tcw.com
raymond.henze@tcw.com
rhett.neuenschwander@tcw.com
rich.stevenson@tcw.com
richard.smith@tcw.com
rob.holland@tcw.com
robert.beyer@tcw.com
robert.hanisee@tcw.com
robert.park@tcw.com
rod.boone@tcw.com
roland.ho@tcw.com
ross.slusser@tcw.com
safia.abdullah@tcw.com
sagar.parikh@tcw.com
sajjad.naqvi@tcw.com
saker.nusseibeh@tcw.com
sam.garza@tcw.com
samir.sikka@tcw.com
samuel.lau@tcw.com
schwaj@tcw.com
scott.butler@tcw.com
scott.fukumoto@tcw.com
scott.thornton@tcw.com
sena.tak@tcw.com
shannon.callan@tcw.com
shelby.pollard@tcw.com
sherry.fung@tcw.com
shirley.zheng@tcw.com
simon.coombes@tcw.com
stefan.abrams@tcw.com
stephanie.cheung@tcw.com
stephen.keck@tcw.com
stephen.suo@tcw.com
steve.burlingame@tcw.com
steven.bergman@tcw.com
steven.sau@tcw.com
sufei.koo@tcw.com
sumit.sharma@tcw.com
susan.suvall@tcw.com
sydney.guilder@tcw.com
thomas.lyon@tcw.com
tiffany.hayden@tcw.com
tom.mckissick@tcw.com
vera.vanert@tcw.com
veronica.vasquez@tcw.com
vibiana.irvine@tcw.com
vicki.bull@tcw.com
vincent.fiorillo@tcw.com
vitaliy.liberman@tcw.com
wayne.hosang@tcw.com

## Company & Corresponding Email Addresses

wendy.barker@tcw.com
will.jordan@tcw.com
xuan.tran@tcw.com

### tcwgroup

baz@tcwgroup.com
bergas@tcwgroup.com
bergj@tcwgroup.com
brennw@tcwgroup.com
burnsm@tcwgroup.com
emfitmp1@tcwgroup.com
foleyp@tcwgroup.com
harkes@tcwgroup.com
heflim@tcwgroup.com
insulj@tcwgroup.com
kapoom@tcwgroup.com
kayses@tcwgroup.com
noonem@tcwgroup.com
schwej@tcwgroup.com
segalb@tcwgroup.com
segovj@tcwgroup.com
srik@tcwgroup.com
taboal@tcwgroup.com
tellet@tcwgroup.com
thalle@tcwgroup.com
whitea@tcwgroup.com
zhengx@tcwgroup.com

### tdcapital

jill.frankle@tdcapital.com

### tde

twalker@tde.org

### tdsec

colboc@tdsec.co.uk
hendrt@tdsec.co.uk
holaph@tdsec.co.uk
whitth@tdsec.co.uk
wynnid@tdsec.co.uk

### tdsecurities

adrian.vandenbok@tdsecurities.com
alex.pop@tdsecurities.com
aye.thiha@tdsecurities.com
brian.healion@tdsecurities.com
carmen.parente@tdsecurities.com
christian.hansson@tdsecurities.com
christopher.kong@tdsecurities.com
christopher.terenzi@tdsecurities.com
christopher.wilcox@tdsecurities.com
damian.park@tdsecurities.com
daniel.elias@tdsecurities.com
daniel.ram@tdsecurities.com
david.cardillo@tdsecurities.com
derek.astley@tdsecurities.com
derrick.herndon@tdsecurities.com
des.monks@tdsecurities.com
diane.maurice@tdsecurities.com

## Company & Corresponding Email Addresses

edward.kim@tdsecurities.com
eli.bass@tdsecurities.com
eric.lam@tdsecurities.com
fouad.ahmed@tdsecurities.com
foxcrk@tdsecurities.com
grant.gillan@tdsecurities.com
greg.rosen@tdsecurities.com
holly.wang@tdsecurities.com
imran.rizvi@tdsecurities.com
james.wykes@tdsecurities.com
janek.wichtowski@tdsecurities.com
jason.rich@tdsecurities.com
jason.young@tdsecurities.com
jeffery.weaver@tdsecurities.com
jeffrey.manton@tdsecurities.com
john.b.young@tdsecurities.com
john.gisborne@tdsecurities.com
jordan.lupu@tdsecurities.com
kirill.aleksandrov@tdsecurities.com
leon.rosen@tdsecurities.com
marina.desyak@tdsecurities.com
marselen.spencer@tdsecurities.com
mesbah.ahmed@tdsecurities.com
michael.franzese@tdsecurities.com
nikolaos.koukiasas@tdsecurities.com
peter.echausse@tdsecurities.com
peter.metcalfe@tdsecurities.com
rick.mak@tdsecurities.com
roger.ferguson@tdsecurities.com
samantha.li@tdsecurities.com
sang.han@tdsecurities.com
sanju.raturi@tdsecurities.com
shafin.moledina@tdsecurities.com
shawn.robb@tdsecurities.com
steven.macdougall@tdsecurities.com
terrence.matthews@tdsecurities.com
zachary.latif@tdsecurities.com

### tdusa

hecken@tdusa.com
metcap@tdusa.com
spielp@tdusa.com

### tdwaterhouse

brandonwarshawsky@tdwaterhouse.com
daniellezabala@tdwaterhouse.com

### tea

alastair.kirkpatrick@tea.state.tx.us
bglenn@tea.state.tx.us
cveintem@tea.state.tx.us
htimmins@tea.state.tx.us
jhubbard@tea.state.tx.us
karim.hirani@tea.state.tx.us
ssheehan@tea.state.tx.us

### teachersfcu

mge@teachersfcu.org

## Company & Corresponding Email Addresses

tf@teachersfcu.org

### teamcapitalbank
bsayago@teamcapitalbank.com

### teamstatestreet
brant.hughes@teamstatestreet.com
kerstin.gottsleben@teamstatestreet.com
susanne.joeckle@teamstatestreet.com

### teb
bulent.ertuna@teb.com.tr
burak.iyigun@teb.com.tr
burcu.pekuzpaltura@teb.com.tr
ece.yavuz@teb.com.tr
gokhan.erkiralp@teb.com.tr
haydar.colakoglu@teb.com.tr
henza.tukel@teb.com.tr
levent.guven@teb.tr
melik.odabas@teb.com.tr
osman.yilmaz@teb.com.tr
ozan.turkoglu@teb.com.tr
rifatrafi.ojalvo@teb.com.tr
tugrul.ozbakan@teb.com.tr
uleblebici@teb.com.tr

### tecapital
mwaterhouse@tecapital.com

### technologyreview
admin@technologyreview.it

### teijin
n.takano@teijin.co.jp

### tektronix
mark.modjeski@tektronix.com

### telcocom
ambrf@telcocom.com

### tele1europe
ivar.stromberg@tele1europe.se
petra.asteson@tele1europe.se
tommy.ekstrom@tele1europe.se

### telecomitalia
luigi1.premoli@telecomitalia.it

### telefonica
ajimenezh@telefonica.es
almundena.diazvarez@telefonica.es
arturo.polodelamorena@telefonica.es
arturo.sanchez@telefonica.es
carlos.falco@telefonica.es
carlos.fernandezarteaga@telefonica.es
carmen.rodenasgallego@telefonica.es
cdavid.maroto@telefonica.es
dmaus@telefonica.es
dolores.garcia@telefonica.es
eduardo.riospita@telefonica.es
elisa.ariaspalomero@telefonica.es
emilio.vera@telefonica.es
eva.delbarrioarranz@telefonica.es
ezequiel.nieto@telefonica.es

## Company & Corresponding Email Addresses

farcuhs@telefonica.es
fatima.espinosacueva@telefonica.es
fermin.alvarezcarril@telefonica.es
francisco.blanco@telefonica.es
francisco.deines@telefonica.es
francisco.mochonmorcillo@telefonica.es
gonzalo.hernandodiazambrona@telefonica.es
h.mahaud@telefonica.es
isabel.beltranespana@telefonica.es
jaime.nicolasmoure@telefonica.es
javier.delgadomartinez@telefonica.es
javier.lopezmanzano@telefonica.es
jmallolnieto@telefonica.es
jose.ceajimenez@telefonica.es
josenrique.sola@telefonica.es
juanantonio.mielgocarrizo@telefonica.es
leticia.rodriguezartolazabal@telefonica.es
mariabelen.cruzgomez@telefonica.es
mariano.garciadelaoliva@telefonica.net
mjose.martinezpardavila@telefonica.es
mjose.massanchez@telefonica.es
nuria.casadohernandez@telefonica.es
oscar.gonzalezgonzalez@telefonica.es
patxi.ipina@telefonica.es
piedad.gonzalezgonzalez@telefonica.es
pilar.castrillocarreira@telefonica.es
pilar.segurasanchez@telefonica.es
s.olivares@telefonica.es
silvia.hernandezmartin@telefonica.es
soledad.seivanenavia@telefonica.es

**telefonicachile**
martin.laborde@telefonicachile.cl
**telefonica-data**
jose.cea@telefonica-data.com
**telefonicamedia**
fmenendez@telefonicamedia.com
**telefonicamoviles**
andres_a@telefonicamoviles.com
ares_a@telefonicamoviles.com
delosreyes_r@telefonicamoviles.com
garcialegaz_m@telefonicamoviles.com
herrera-f1@telefonicamoviles.com
ibanez_m@telefonicamoviles.com
juan.vidaurrazaga@telefonicamoviles.cl
sanroman_a@telefonicamoviles.com
**telefonica-msolutions**
jacobo.sanroman@telefonica-msolutions.com
**telekom**
a.baumann@telekom.de
a.gabelmann@telekom.de
achim.johannsen@telekom.de
ajung@telekom.de
andre.klaus@telekom.de
andrea.lumma@telekom.de

## Company & Corresponding Email Addresses

andreas.puy@telekom.de
andreas.spitzauer@telekom.de
annegret.kintzig-solbach@telekom.de
annett.hempel@telekom.de
arne.baehr@telekom.de
axel.scheuermann@telekom.de
bernard.chevreux@telekom.de
bernd.matheis@telekom.de
bernward.scholtyseck@telekom.de
bettina.esser@telekom.de
birgit.woscidlo@telekom.de
bjoern.weidenmueller@telekom.de
carolin.billetter@telekom.de
christiane.hoeing@telekom.de
christina.de-haas@telekom.de
christoph.greitemann@telekom.de
dirk.wehrse@telekom.de
erlera@telekom.de
fred.eversmann@telekom.de
gerhard.mischke@telekom.de
hilmar.jeschke@telekom.de
holger.rambach@telekom.de
jakob.poggensee@telekom.de
joachim.schneider@telekom.de
juergen.stettner@telekom.de
karl.matheis@telekom.de
karl-gerhard.eick@telekom.de
kevin.copp@telekom.de
klaus.schlegel@telekom.de
louis.stutterheim@telekom.de
marius.rispeter@telekom.de
mark.fenstermann@telekom.de
matthias.hildebrand@telekom.de
michael.franzen@telekom.de
michael.plate@telekom.de
michael.schug@telekom.de
michel.rosenfeld@telekom.de
nicole.niedermeier@telekom.de
peer.rossbach@telekom.de
peer.wrede@telekom.de
robert.hauber@telekom.de
siegfried.seiffert@telekom.de
stefan.neullens@telekom.de
stefanie.tholen@telekom.de
stephan.eger@telekom.de
stephan.schmitt@telekom.de
stephan.wiemann@telekom.de
thilo.kusch@telekom.de
thilo.theilen@telekom.de
thomas-g.winkler@telekom.de
ursula.jahns@telekom.de
ute.valerius@telekom.de
wolfgang.mueller31@telekom.de
zitta.moncada@telekom.de

## Company & Corresponding Email Addresses

### telenor
dag.eide@telenor.com
kirsten.hansson@telenor.com
kristine.jensen@telenor.com
marianne.moe@telenor.com
tolle.groterud@telenor.com

### teleos
aboyd@teleos.com
cstella@teleos.com
ctsien@teleos.com
dgressel@teleos.com
dsatake@teleos.com
hhuang@teleos.com
jmadonna@teleos.com
jwang@teleos.com
kbjerke@teleos.com
kkolev@teleos.com
rlochoff@teleos.com
robr@teleos.com
sgressel@teleos.com
teleos@teleos.com

### telerate
equity@telerate.it

### temasek
ahswan@temasek.com.sg
alpinmehta@temasek.com.sg
alvingoh@temasek.com.sg
ambrish@temasek.com
andrewyeo@temasek.com.sg
antonydirga@temasek.com.sg
ap@temasek.com.sg
ashok@temasek.com.sg
bengteck@temasek.com.sg
boonhow@temasek.com.sg
bridgetlee@temasek.com.sg
cheefoong@temasek.com.sg
cheekeen@temasek.com.sg
chiak.ming@temasek.com.sg
chicheun@temasek.com.sg
christinalim@temasek.com.sg
chweemein@temasek.com.sg
colesirucek@temasek.com.sg
cong@temasek.com.sg
davidbelmont@temasek.com.sg
davidheng@temasek.com.sg
dawnchan@temasek.com.sg
delainecheong@temasek.com.sg
dennissiew@temasek.com.sg
eddieong@temasek.com.sg
felixtan@temasek.com.sg
fengfang@temasek.com.sg
fongsin@temasek.com.sg
geoffreylai@temasek.com.sg
gerardlee@temasek.com.sg

## Company & Corresponding Email Addresses

grantferguson@temasek.com.sg
gregoryvanbeek@temasek.com.sg
guanyi@temasek.com.sg
gwendeltung@temasek.com.sg
hanboon@temasek.com.sg
harpeet@temasek.com.sg
hockleong@temasek.com.sg
hoesoon@temasek.com.sg
htam@temasek.com.sg
huihoon@temasek.com.sg
hweifern@temasek.com.sg
irenesim@temasek.com.sg
ivylun@temasek.com.sg
jamesliew@temasek.com.sg
jimmyphoon@temasek.com.sg
jonathanang@temasek.com.sg
juliett@temasek.com.sg
kahchuen@temasek.com.sg
keeheng@temasek.com.sg
khooshih@temasek.com.sg
kiennguyen@temasek.com.sg
kimyin@temasek.com.sg
landao@temasek.com.sg
lennychen@temasek.com.sg
lesleylu@temasek.com.sg
lilliankiang@temasek.com.sg
lindafoo@temasek.com.sg
lingling@temasek.com.sg
liqian@temasek.com.sg
lukehan@temasek.com.ga
lusong@temasek.com.sg
maelim@temasek.com.sg
manish.kejriwal@temasek.com
mathewwelch@temasek.com.sh
mingmin@temasek.com.sg
murliravi@temasek.com.sg
nifei@temasek.com.sg
patrickchong@temasek.com.sg
phillipchang@temasek.com.sg
punnamas@temasek.com.sg
ranjitdandekar@temasek.com.sg
raymondchiam@temasek.com.sg
rohit@temasek.com.sg
samuel@temasek.com.sg
seryin@temasek.com.sg
shaoming@temasek.com.sg
sheauming.lim@temasek.com.sg
shernwei@temasek.com.sg
sherrytan@temasek.com.sg
shyamsunderr@temasek.com.sg
siongted@temasek.com.sg
skk@temasek.com.sg
sokchuang@temasek.com.sg
stellakwek@temasek.com.sg

**Company & Corresponding Email Addresses**

suetchee@temasek.com.sg
sugandhi@temasek.com.sg
suni@temasek.com.sg
tanss@temasek.com.sg
teckyong@temasek.com.sg
touficsehnaoui@temasek.com.sg
vinashgopalakrishnan@temasek.com.sg
warrenhua@temasek.com.sg
wenhong@temasek.com.sg
wilsonwang@temasek.com.sg
wujie@temasek.com.sg
yechyn@temasek.com.sg
yewheng@temasek.com.sg
yongteck@temasek.com.sg
yoongpin@temasek.com.sg

**temgweb**

gwaltz@temgweb.com

**templeton**

aaji@templeton.com
abelg@templeton.com
acallender@templeton.com
acherwenka@templeton.com
achua@templeton.com
acook1@templeton.com
adevadi@templeton.com
adocal@templeton.com
aguardia@templeton.com
ahue@templeton.com
amackirdy@templeton.com
arace@templeton.com
areitma@templeton.com
aridall@templeton.com
bbarret@templeton.com
bbernard@templeton.com
bjennifer@templeton.com
bmichel@templeton.com
bmurphy@templeton.com
bokay@templeton.com
bpickholtz@templeton.com
bradin@templeton.com
bsands@templeton.com
cbayliss@templeton.com
cborn@templeton.com
cchua@templeton.com
cdean1@templeton.com
cgreer@templeton.com
chaugk@templeton.com
cindy.bradley@templeton.com
cliu1@templeton.com
colshan@templeton.com
cpeel@templeton.com
crinald@templeton.com
csweeting@templeton.com
cyoung2@templeton.com

**Company & Corresponding Email Addresses**

dboehme@templeton.com
dfarago@templeton.com
dgraham@templeton.com
dlewis@templeton.com
dlim@templeton.com
dluu@templeton.com
dpandey@templeton.com
dpettee@templeton.com
dreed@templeton.com
dsmall@templeton.com
dvasquez@templeton.com
dwilliams@templeton.com
edavis@templeton.com
ehowe@templeton.com
eknowles@templeton.com
emiller@templeton.com
evaldes@templeton.com
fkam@templeton.com
gcharles@templeton.com
gcleare@templeton.com
gkonieczny@templeton.com
gmorgan@templeton.com
gmotyl@templeton.com
gzhilyaev@templeton.com
handerson@templeton.com
harnett@templeton.com
hbhodes@templeton.com
hlim2@templeton.com
hmchatt@templeton.com
hwaddell@templeton.com
iwatters@templeton.com
iweinrub@templeton.com
jaychoi@templeton.com
jcoates@templeton.com
jdagena@templeton.com
jdavies@templeton.com
jharper2@templeton.com
jleman@templeton.com
jlopez3@templeton.com
jmanres@templeton.com
jradtke@templeton.com
jrengar@templeton.com
jsheeha@templeton.com
jsheridan@templeton.com
jvelazq@templeton.com
jwhitti@templeton.com
jwong3@templeton.com
jyunk@templeton.com
jzhang@templeton.com
karencoll@templeton.com
kboksiner@templeton.com
kfox@templeton.com
kguggis@templeton.com
kkirkpa@templeton.com

**Company & Corresponding Email Addresses**

kleung2@templeton.com
knsivasu@templeton.com
krowbotham@templeton.com
ksowen@templeton.com
lbrigevich@templeton.com
lfmyers@templeton.com
lmarcus@templeton.com
lpackham@templeton.com
ltesta@templeton.com
lthompson@templeton.com
mbloemen@templeton.com
mchen2@templeton.com
mellenby@templeton.com
mgulley@templeton.com
mkandiah@templeton.com
mmobius@templeton.com
mmorantz@templeton.com
mmurchison@templeton.com
mmurphy@templeton.com
mnagle@templeton.com
mpatton@templeton.com
mrudy@templeton.com
mstrohf@templeton.com
nboersma@templeton.com
ncarlis@templeton.com
ndevlin@templeton.com
nfernando@templeton.com
nfitzwilliams@templeton.com
nklein@templeton.com
nrenie@templeton.com
nshah@templeton.com
ogaysin@templeton.com
padsule@templeton.com
pdejosselin@templeton.com
pjhaveri@templeton.com
pmccall@templeton.com
pmccarrol@templeton.com
pmoeschter@templeton.com
pnori@templeton.com
pnutter@templeton.com
pwilmsh@templeton.com
rdemarco@templeton.com
rferste@templeton.com
rfilatov@templeton.com
rhakim@templeton.com
rmccall@templeton.com
rparekh@templeton.com
rsuarez@templeton.com
sbarker@templeton.com
sbaucom@templeton.com
schae@templeton.com
sdimitrijevic@templeton.com
sedelst@templeton.com
skelly2@templeton.com

**Company & Corresponding Email Addresses**

skosior@templeton.com
slin1@templeton.com
sono@templeton.com
spemsin@templeton.com
spersaud@templeton.com
speter1@templeton.com
spetri@templeton.com
srajah@templeton.com
sroger1@templeton.com
sschlus@templeton.com
svfox@templeton.com
sychung@templeton.com
syeung2@templeton.com
tamato@templeton.com
tdickson@templeton.com
tedoua@templeton.com
thellmer@templeton.com
tina.sadler@templeton.com
tlanyi@templeton.com
tong@templeton.com
tpodlewski@templeton.com
tqiu-a@templeton.com
tsands@templeton.com
tscott@templeton.com
twilkin@templeton.com
vlee@templeton.com
wchuang@templeton.com
whopkins@templeton.com
wstephe@templeton.com
x.nguyen@templeton.com
yfung@templeton.com

**temsek**
rahimah@temsek.com.sg

**tepco**
hamada.yoshio@tepco.co.jp
iguchi.seiichi@tepco.co.jp
nita@tepco.co.jp
uchida.masaaki@tepco.co.jp

**terex**
jpgalichon@terex.com
koreilly@terex.com

**terra**
claudia.sierra@corp.terra.com
joaquim.agut@corp.terra.com

**tesco**
andrew.higginson@uk.tesco.com
anna.margot@uk.tesco.com
bob.howell@uk.tesco.com
chris.griffith@uk.tesco.com
harjeet.drubra@uk.tesco.com
jo.boorman@uk.tesco.com
kate.vain@uk.tesco.com
keith.richardson@uk.tesco.com
naomi.smith@uk.tesco.com

## Company & Corresponding Email Addresses

nicola.chambers@uk.tesco.com
sarah.titterington@uk.tesco.com
steve.n.butler@uk.tesco.com
steve.webb@uk.tesco.com

**test**
florian@test.com
test@test.com
thomas.fluegel@test.com

**tetral**
bjorn.thelander@tetral.com
jacques.demaurex@tetral.com
john.odonnell@tetral.com
peterc.andersson@tetral.com

**tetrapak**
bernard.gehringer@tetrapak.com
jonathan.gale@tetrapak.com
olivier.abulker@tetrapak.com
stephan.sommer@tetrapak.com

**teva**
chappy.nochumsohn@teva.co.il
dan.suesskind@teva.co.il
dorit@teva.co.il
nurit.heinsdorf@teva.co.il
oren.cohanoff@teva.co.il
shira.y.cohen@teva.co.il
tal.greenberg@teva.co.il
yishay.amon@teva.co.il
yossi.levin@teva.co.il

**texaco**
pattsm@texaco.com
raffeph@texaco.com
smithep@texaco.com

**tfb**
sucha.m@tfb.co.th

**tfdincome**
kleiman@tfdincome.com

**tfeurope**
lene.jensen@tfeurope.com

**th**
johan@ksc7.th.com

**thalesgroup**
alexandre.dejuniac@thalesgroup.com
cyril.ravilly@fr.thalesgroup.com
eric.chadeyras@thalesgroup.com
florence.serpeau@thalesgroup.com
jean-claude.climeau@thalesgroup.com
marie-helene.heguy@thalesgroup.com
ross.mcinnes@thalesgroup.com
sylvie.lucot@thalesgroup.com

**thamesriver**
ajohnson@thamesriver.co.uk
akuiper@thamesriver.co.uk
akuti@thamesriver.co.uk
alhonneur@thamesriver.co.uk

## Company & Corresponding Email Addresses

awhite@thamesriver.co.uk
axie@thamesriver.co.uk
bsmith@thamesriver.co.uk
btallaksen@thamesriver.co.uk
ccurrington@thamesriver.co.uk
cmt@thamesriver.co.uk
cporter@thamesriver.co.uk
croos@thamesriver.co.uk
daniel_s@thamesriver.co.uk
dforrester@thamesriver.co.uk
dmcgettigan@thamesriver.co.uk
dwinney@thamesriver.co.uk
eclarke@thamesriver.co.uk
fengels@thamesriver.co.uk
firstinitialsurname@thamesriver.co.uk
fmartin@thamesriver.co.uk
gcorr@thamesriver.co.uk
hllewellyn@thamesriver.co.uk
hpike@thamesriver.co.uk
ismith@thamesriver.co.uk
jcallow@thamesriver.co.uk
jcharles@thamesriver.co.uk
jferrario@thamesriver.co.uk
jfkw@thamesriver.co.uk
jgallow@thamesriver.co.uk
jmair@thamesriver.co.uk
jnewdigate@thamesriver.co.uk
jthomson@thamesriver.co.uk
kebrooks@thamesriver.co.uk
kkq@thamesriver.co.uk
matt@thamesriver.co.uk
mbianchi@thamesriver.co.uk
mcowell@thamesriver.co.uk
mfrancis@thamesriver.co.uk
mmabbutt@thamesriver.co.uk
mnoorani@thamesriver.co.uk
morchard@thamesriver.co.uk
mpm@thamesriver.co.uk
nreeves@thamesriver.co.uk
nsamuels@thamesriver.co.uk
nsiegfried@thamesriver.co.uk
nziegelasch@thamesriver.co.uk
pthursby@thamesriver.co.uk
rthomas@thamesriver.co.uk
sbenedetti@thamesriver.co.uk
sdesai@thamesriver.co.uk
sleighmyers@thamesriver.co.uk
sraikundlia@thamesriver.co.uk
tzucker@thamesriver.co.uk

### thameswater
liz.christie@thameswater.co.uk

### the-ark
aperrino@the-ark.com
charleshe@the-ark.com

**Company & Corresponding Email Addresses**

chetzel@the-ark.com
cmbrandt@the-ark.com
dlyons@the-ark.com
ekane@the-ark.com
hrbreck@the-ark.com
iapicella@the-ark.com
jcscott@the-ark.com
jemullane@the-ark.com
jmermelstein@the-ark.com
jparsons@the-ark.com
jpontone@the-ark.com
jterlau@the-ark.com
kbradely@the-ark.com
mgollinello@the-ark.com
mkravitz@the-ark.com
mmckenna@the-ark.com
mwalker@the-ark.com
ncelantano@the-ark.com
nperetz@the-ark.com
nsingh@the-ark.com
nsmueller@the-ark.com
paheine@the-ark.com
paiaconis@the-ark.com
pjcucurullo@the-ark.com
sdelprete@the-ark.com
sdwood@the-ark.com
smarciano@the-ark.com
ssteiner@the-ark.com
trosinsky@the-ark.com
tujazdowski@the-ark.com
wgcharcalis@the-ark.com
whdavid@the-ark.com

**thebank**

kscheidemantle@thebank.com
mdebiasio@thebank.com
mfrench@thebank.com

**the-cmc**

tcall@the-cmc.com

**thecolumbiabank**

jradick@thecolumbiabank.com

**thederbyshire**

andrew.fairman@thederbyshire.co.uk
keith.hurley@thederbyshire.co.uk
kris.gozra@thederbyshire.co.uk

**the-hague**

vernet@the-hague.sl.slb.com

**theharris**

megan.haran@theharris.com
nick.momyer@theharris.com

**thehartford**

abhishek.rajgarhia@thehartford.com
adrayll.askew@thehartford.com
alison.murdoch@thehartford.com
amanda.howard@thehartford.com

**Company & Corresponding Email Addresses**

andy.kohnke@thehartford.com
antoine.ortiz@thehartford.com
asheq.fazlullah@thehartford.com
bella.grishtaev@thehartford.com
betsy.roberts@thehartford.com
betty.chan@thehartford.com
beverly.jackowitz@thehartford.com
bhalendu.deshpande@thehartford.com
bill.davison@thehartford.com
bill.meaney@thehartford.com
bill.pauling@thehartford.com
blake.hall@thehartford.com
brian.baczyk@thehartford.com
brian.biskupiak@thehartford.com
brian.dirgins@thehartford.com
brian.mandirola@thehartford.com
buchi.ramagopal@thehartford.com
carlos.feged@thehartford.com
charlene.fang@thehartford.com
charles.grande@thehartford.com
chris.hanlon@thehartford.com
christine.mozonski@thehartford.com
christopher.bade@thehartford.com
christopher.cooper@thehartford.com
chuck.moon@thehartford.com
clifford.abramsky@thehartford.com
cwsmith@thehartford.com
damon.delmonte@thehartford.com
daniel.segal@thehartford.com
dave.jepsky@thehartford.com
david.bovey@thehartford.com
david.braun@thehartford.com
david.grady@thehartford.com
david.harlow@thehartford.com
david.shebit@thehartford.com
david.weigert@thehartford.com
dawn.crunden@thehartford.com
deborah.lewis2@thehartford.com
deirdre.mcguire@thehartford.com
diana.mcnamara@thehartford.com
diane.camerota@thehartford.com
don.waggaman@thehartford.com
donald.oneill@thehartford.com
douglas.lafleur@thehartford.com
edward.caputo@thehartford.com
edward.mcmahon@thehartford.com
edward.vaimberg@thehartford.com
eli.giombi@thehartford.com
elizabeth.ellis@thehartford.com
eva.konopka@thehartford.com
f.trifiro@thehartford.com
felicia.deng@thehartford.com
felicia.peng@thehartford.com
frank.ossino@thehartford.com

## Company & Corresponding Email Addresses

fred.eis@thehartford.com
glenn.gazdik@thehartford.com
goran.ridic@thehartford.com
gregory.smith@thehartford.com
gulen.indomenico@thehartford.com
harold.hawkins@thehartford.com
harry.murray@thehartford.com
harry.norman@thehartford.com
james.serhant@thehartford.com
jamie.mitchell@thehartford.com
jaryl.frazer@thehartford.com
jbruno@thehartford.com
jean.jameson@thehartford.com
jean.sennett@thehartford.com
jeannette.drucker@thehartford.com
jeffrey.garnett@thehartford.com
jeffrey.macdonald@thehartford.com
jim.angelo@thehartford.com
jim.connolly@thehartford.com
john.connor@thehartford.com
john.hanecak@thehartford.com
john.hendricks@thehartford.com
john.ladd@thehartford.com
john.o'connor@thehartford.com
john.sadlon@thehartford.com
judith.irish@thehartford.com
julie.graham@thehartford.com
juliet.murphy@thehartford.com
ken.day@thehartford.com
ken.winston@thehartford.com
kenneth.doiron@thehartford.com
kevin.jeram@thehartford.com
kevin.zhu@thehartford.com
kurt.nyman@thehartford.com
lisa.audet@thehartford.com
lisa.piker@thehartford.com
lori.kollmeyer@thehartford.com
lorraine.muir@thehartford.com
lyuben.petrunoff@thehartford.com
margaret.mann@thehartford.com
marie.gagliardi@thehartford.com
mark.hopkins@thehartford.com
mark.hunt@thehartford.com
mark.kurcon@thehartford.com
mark.niland@thehartford.com
mark.wisnesky@thehartford.com
matthew.thomas@thehartford.com
matthew.wiezalis@thehartford.com
michael.appell@thehartford.com
michael.boyle@thehartford.com
michael.pineau@thehartford.com
mike.mecca@thehartford.com
mmahoney@thehartford.com
mpoznar@thehartford.com

## Company & Corresponding Email Addresses

nancy.jacy@thehartford.com
nancy.janiszewski@thehartford.com
nancy.o'connor@thehartford.com
nasri.toutoungi@thehartford.com
nathan.jones@thehartford.com
neeraj.mahajan@thehartford.com
nicholas.mocciolo@thehartford.com
papri.bhattacharya@thehartford.com
patrick.hennigan@thehartford.com
patrick.murphy@thehartford.com
peggy.koury@thehartford.com
pete.perrotti@thehartford.com
peter.talbot@thehartford.com
ppask@thehartford.com
ralph.witt@thehartford.com
ray.uy@thehartford.com
renee.beaudreau@thehartford.com
richard.razza@thehartford.com
robert.buzdon@thehartford.com
robert.crusha@thehartford.com
robert.mchenry@thehartford.com
robert.paiano@thehartford.com
rohit.sobti@thehartford.com
rosario.distefano@thehartford.com
sam.otchere@thehartford.com
sarah.driscoll@thehartford.com
scott.wallace@thehartford.com
sharon.adams@thehartford.com
sharon.gentles@thehartford.com
spencer.ruhl@thehartford.com
stanley.cherney@thehartford.com
stephen.petretto@thehartford.com
susan.driscoll@thehartford.com
syed.ali@thehartford.com
thomas.heavron@thehartford.com
thomas.keene@thehartford.com
thomas.kennedy@thehartford.com
thomas.reese@thehartford.com
thorsten.suder@thehartford.com
tim.jarka@thehartford.com
tim.ryan@thehartford.com
tim.wilhide@thehartford.com
timothy.caffrey@thehartford.com
timothy.corbett@thehartford.com
tony.magnoli@thehartford.com
tracy.eccles@thehartford.com
william.gilchrist@thehartford.com

### thehbb
mmaurer@thehbb.com

### ther
kgaub@ther.com
mluciano@ther.com

### theriverbank
cdanielson@theriverbank.com

## Company & Corresponding Email Addresses

**thesouthgroup**
mike.fowler@thesouthgroup.com

**thestreet**
aaron.task@thestreet.com
cedmonds@thestreet.com
enorton@thestreet.com
markets@thestreet.com

**thezenith**
dpetrula@thezenith.com
ktrotman@thezenith.com

**thfirst**
mcarty@thfirst.com

**thirdave**
jrehor@thirdave.com

**thirdfedbank**
dstewart@thirdfedbank.com
reble@thirdfedbank.com

**thomascook**
richard.walker@thomascook.com

**thomascookag**
dr.alexander.zschocke@thomascookag.com

**thomson-csf**
floriandelacomble@siege.thomson-csf.com
laurent.muttelet@siege.thomson-csf.com

**threadneedle**
abigail.rotheroe@threadneedle.co.uk
adam.spagnoletti@threadneedle.co.uk
alasdair.ross@threadneedle.co.uk
alessandro.tarello@threadneedle.co.uk
alex.lyle@threadneedle.co.uk
alexrobarts@threadneedle.co.uk
alison.henshaw@threadneedle.co.uk
amanda.mcfarlane@threadneedle.co.uk
amy.levenstien@threadneedle.co.uk
andrea.trainer@threadneedle.co.uk
andreas.waldeburg@threadneedle.co.uk
andrew.carter@threadneedle.co.uk
andrew.crawford@threadneedle.co.uk
andrew.hills@threadneedle.co.uk
andrew.holliman@threadneedle.co.uk
andrew.richardson@threadneedle.co.uk
andrew.strong@threadneedle.co.uk
andy.sawyer@threadneedle.co.uk
anita.o'neill@threadneedle.co.uk
anna.macdonald@threadneedle.co.uk
arran.boreham@threadneedle.co.uk
ashish.kochar@threadneedle.co.uk
barrie.whitman@threadneedle.co.uk
belinda.wright@threadneedle.co.uk
ben.cook@threadneedle.co.uk
ben.otoole@threadneedle.co.uk
bill.barker@threadneedle.co.uk
carl.hempenstall@threadneedle.co.uk
caroline.clarke@threadneedle.co.uk

## Company & Corresponding Email Addresses

celia.larkin@threadneedle.co.uk
charles.franklin@threadneedle.co.uk
chris.fidyk@threadneedle.co.uk
chris.fox@threadneedle.co.uk
chris.jones@threadneedle.co.uk
christopher.white@threadneedle.co.uk
cindy.larke@threadneedle.co.uk
colin.atkinson@threadneedle.co.uk
cormac.weldon@threadneedle.co.uk
crispin.henderson@threadneedle.co.uk
dan.ison@threadneedle.co.uk
dan.vaughan@threadneedle.co.uk
daniel.ison@threadneedle.co.uk
danny.burton@threadneedle.co.uk
danny.firth@threadneedle.co.uk
daren.miller@threadneedle.co.uk
darrell.o'dea@threadneedle.co.uk
darren.fallon@threadneedle.co.uk
dave.chappell@threadneedle.co.uk
david.backhouse@threadneedle.co.uk
david.blocker@threadneedle.co.uk
david.donora@threadneedle.co.uk
david.dudding@threadneedle.co.uk
david.morgan@threadneedle.co.uk
david.oliphant@threadneedle.co.uk
dawn.bullivant@threadneedle.co.uk
dennis.ferro@threadneedle.co.uk
dominic.baker@threadneedle.co.uk
dominic.rossi@threadneedle.co.uk
don.jordison@threadneedle.co.uk
ed.miller@threadneedle.co.uk
edward.gaunt@threadneedle.co.uk
elana.farr@threadneedle.co.uk
emma.photis@threadneedle.co.uk
esther.perkins@threadneedle.co.uk
eve.gembarski@threadneedle.co.uk
forename.surname@threadneedle.co.uk
gabriel.heskin@threadneedle.co.uk
gareth.davies@threadneedle.co.uk
gareth.williams@threadneedle.co.uk
gary.mcguire@threadneedle.co.uk
gigi.chan@threadneedle.co.uk
helen.phillips@threadneedle.co.uk
henry.stipp@threadneedle.co.uk
ian.farley@threadneedle.co.uk
ian.peddle@threadneedle.co.uk
igor.ojereliev@threadneedle.co.uk
james.blake@threadneedle.co.uk
jan.debruijn@threadneedle.co.uk
jayne.clayson@threadneedle.co.uk
jenny.ljunghammar@threadneedle.co.uk
jeremy.podger@threadneedle.co.uk
jim.longley@threadneedle.co.uk
jonathan.barber@threadneedle.co.uk

**Company & Corresponding Email Addresses**

jonathan.crown@threadneedle.co.uk
jonathan.staples@threadneedle.co.uk
jules.mort@threadneedle.co.uk
julian.thompson@threadneedle.co.uk
julie.thomas@threadneedle.co.uk
karen.omalley@threadneedle.co.uk
karen.silvester@threadneedle.co.uk
katie.barton@threadneedle.co.uk
katy.mccandless@threadneedle.co.uk
keeley.johnson@threadneedle.co.uk
ken.keating@threadneedle.co.uk
ketish.pothalingam@threadneedle.co.uk
kevin.rowe@threadneedle.co.uk
kim.jupp@threadneedle.co.uk
kirsteen.melandri@threadneedle.co.uk
koray.hassan@threadneedle.co.uk
laurence.mutkin@threadneedle.co.uk
lee.alexander@threadneedle.co.uk
leigh.harrison@threadneedle.co.uk
lisa.lim@threadneedle.co.uk
lorin.gresser@threadneedle.co.uk
madeline.forrester@threadneedle.co.uk
majid.khan@threadneedle.co.uk
majorie.yamvrias@threadneedle.co.uk
malcolm.kemp@threadneedle.co.uk
mandy.coatsworth@threadneedle.co.uk
manon.georga@threadneedle.co.uk
marcus.farr@threadneedle.co.uk
marius.botha@threadneedle.co.uk
mark.harris@threadneedle.co.uk
mark.higgins@threadneedle.co.uk
mark.pearce@threadneedle.co.uk
mark.reinisch@threadneedle.co.uk
mark.westwood@threadneedle.co.uk
martin.collins@threadneedle.co.uk
martin.harvey@threadneedle.co.uk
martyn.horn@threadneedle.co.uk
matthew.kates@threadneedle.co.uk
maureen.lentz@threadneedle.co.uk
maxine.cuffe@threadneedle.co.uk
micael.poole@threadneedle.co.uk
michael.mullaney@threadneedle.co.uk
michael.seymour@threadneedle.co.uk
michael.temchin@threadneedle.co.uk
neil.brown@threadneedle.co.uk
neil.roylance@threadneedle.co.uk
nick.hawkes@threadneedle.co.uk
nick.sofocleous@threadneedle.co.uk
nikolay.sysuev@threadneedle.co.uk
paul.cramp@threadneedle.co.uk
paul.doyle@threadneedle.co.uk
paul.gibbs@threadneedle.co.uk
paul.kirtley@threadneedle.co.uk
paul.mcintyre@threadneedle.co.uk

## Company & Corresponding Email Addresses

paul.morgan@threadneedle.co.uk
paul.murray-john@threadneedle.co.uk
paul.witchalls@threadneedle.co.uk
pauline.nepgen@threadneedle.co.uk
per.kunow@threadneedle.co.uk
peter.allwright@threadneedle.co.uk
peter.gladwin@threadneedle.co.uk
philip.best@threadneedle.co.uk
philip.dicken@threadneedle.co.uk
polly.escott@threadneedle.co.uk
quentin.fitzsimmons@threadneedle.co.uk
rafael.polatinsky@threadneedle.com
ramona.glass@threadneedle.co.uk
rebecca.johnson@threadneedle.co.uk
rhys.foulkes@threadneedle.co.uk
richard.house@threadneedle.co.uk
richard.mccormick@threadneedle.co.uk
richard.wilson@threadneedle.co.uk
rob.jones@threadneedle.co.uk
rob.long@threadneedle.co.uk
rob.thompson@threadneedle.co.uk
robert.stirling@threadneedle.co.uk
roman.gaiser@threadneedle.co.uk
rosemary.hann@threadneedle.co.uk
sam.hill@threadneedle.co.uk
sam.morley@threadneedle.co.uk
samantha.nel@threadneedle.co.uk
sandra.holdsworth@threadneedle.co.uk
sanjib.datta@threadneedle.co.uk
sarah.arkle@threadneedle.co.uk
sarah.kendrick@threadneedle.co.uk
sarah.roles-ndibe@threadneedle.co.uk
sarah.williams@threadneedle.co.uk
scott.meech@threadneedle.co.uk
scott.perry@threadneedle.co.uk
simon.astley@threadneedle.co.uk
simon.blakeney@threadneedle.co.uk
simon.bond@threadneedle.co.uk
simon.davies@threadneedle.co.uk
simon.haines@threadneedle.co.uk
simon.jones@threadneedle.co.uk
simon.manning@threadneedle.co.uk
sonia.johnson@threadneedle.co.uk
stephen.moore@threadneedle.co.uk
stephen.thornber@threadneedle.co.uk
stephen.turtle@threadneedle.co.uk
steve.r.brown@threadneedle.co.uk
steven.binks@threadneedle.co.uk
steven.hewitt@threadneedle.co.uk
stuart.hawkins@threadneedle.co.uk
subodh.baid@threadneedle.co.uk
sunian.davies@threadneedle.co.uk
sunita.goklaney@threadneedle.co.uk
syd.wilkinson@threadneedle.co.uk

**Company & Corresponding Email Addresses**

therese.niklasson@threadneedle.com
tim.craigen@threadneedle.co.uk
tina.allen@threadneedle.co.uk
tjeerd.voskamp@threadneedle.co.uk
toby.foord-kelcey@threadneedle.co.uk
tom.copper@threadneedle.co.uk
toni.jenson@threadneedle.co.uk
tony.jensen@threadneedle.co.uk
tony.sandhu@threadneedle.co.uk
trudie.rothery@threadneedle.co.uk
val.george@threadneedle.co.uk
vanessa.donegan@threadneedle.co.uk
victoria.leggett@threadneedle.co.uk
victoria.norman@threadneedle.co.uk
victoria.port@threadneedle.co.uk
vivek.jeswani@threadneedle.co.uk
william.davies@threadneedle.co.uk
william.frewen@threadneedle.co.uk
yuktai.chan@threadneedle.co.uk

**thrivent**

aaron.griga@thrivent.com
al.onstad@thrivent.com
amanda.mason@thrivent.com
andrea.thomas@thrivent.com
andrew.meister@thrivent.com
bill.devens@thrivent.com
bill.stouten@thrivent.com
brett.schwiesow@thrivent.com
brian.flanagan@thrivent.com
brian.wasson@thrivent.com
charles.haff@thrivent.com
cheryl.rhome-brumitt@thrivent.com
chris.serra@thrivent.com
christopher.scheuer@thrivent.com
christy.jaeger@thrivent.com
claire.villamor@thrivent.com
conrad.smith@thrivent.com
darren.bagwell@thrivent.com
dave.maule@thrivent.com
dave.schnarsky@thrivent.com
david.heupel@thrivent.com
david.lund@thrivent.com
david.rudow@thrivent.com
david.spangler@thrivent.com
david.streit@thrivent.com
diane.lindeborg@thrivent.com
eric.scherbarth@thrivent.com
eric.swanson@thrivent.com
fred.plautz@thrivent.com
gary.schaal@thrivent.com
greg.meisenger@thrivent.com
greg.petryszyn@thrivent.com
gregory.anderson@thrivent.com
inger.trooien@thrivent.com

**Company & Corresponding Email Addresses**

jackie.messerschmidt@thrivent.com
james.dier@thrivent.com
james.king@thrivent.com
james.rolfs@thrivent.com
janet.grangaard@thrivent.com
janine.afflitto@thrivent.com
jean_callaway@thrivent.com
jennifer.zlimen@thrivent.com
jeremy.anderson@thrivent.com
jerry.bayer@thrivent.com
jim.grossman@thrivent.com
johan.akesson@thrivent.com
john.groton@thrivent.com
john.hintz@thrivent.com
john.krause@thrivent.com
john.larish@thrivent.com
john.pickering@thrivent.com
katherine.knowles@thrivent.com
kathy.hegseth@thrivent.com
kati.reese@thrivent.com
keith.gangl@thrivent.com
kenneth.satre@thrivent.com
kent.mortensen@thrivent.com
kent.white@thrivent.com
keri.spanbauer@thrivent.com
kevin.brimmer@thrivent.com
kevin.carlson@thrivent.com
kevin.schmitting@thrivent.com
kurt.carlson@thrivent.com
kurt.kreienbrink@thrivent.com
kurt.lauber@thrivent.com
laura.gearhart@thrivent.com
lauri.brunner@thrivent.com
linda.ohme@thrivent.com
marc.beulke@thrivent.com
mariann.montagne@thrivent.com
marisue.menke@thrivent.com
mark.morgan@thrivent.com
mark.r.anderson@thrivent.com
mark.simenstad@thrivent.com
mary.carmean@thrivent.com
mary.towle@thrivent.com
matthew.finn@thrivent.com
melissa.fowlkes@thrivent.com
michael.binger@thrivent.com
michael.landreville@thrivent.com
michael.swendsen@thrivent.com
michelle.vandinter@thrivent.com
mike.horton@thrivent.com
neil.bizily@thrivent.com
noah.monsen@thrivent.com
patricia.eitrheim@thrivent.com
paul.griesbach@thrivent.com
paul.kern@thrivent.com

## Company & Corresponding Email Addresses

paul.ocenasek@thrivent.com
rand.mattsson@thrivent.com
randy.boushek@thrivent.com
reginald.pfeifer@thrivent.com
robb.phillips@thrivent.com
robert.drobinski@thrivent.com
scott.lalim@thrivent.com
scott.vergin@thrivent.com
stephen.fredlund@thrivent.com
steve.lowe@thrivent.com
steven.lee@thrivent.com
susan.mcdonald@thrivent.com
tammie.ryan@thrivent.com
thane.bublitz@thrivent.com
tim.norman@thrivent.com
tom.dutta@thrivent.com
tony.enebo@thrivent.com
travis.sell@thrivent.com
william.hochmuth@thrivent.com

### thruway
kathy_taylor@thruway.state.ny.us
lawrence_decosmo@thruway.state.ny.us
michael_sikule@thruway.state.ny.us

### thyssenkrupp
carlsson@tk.thyssenkrupp.com
empelmann@tk.thyssenkrupp.com
gregor@tk.thyssenkrupp.com
grimm@tk.thyssenkrupp.com
guertler@tk.thyssenkrupp.com
hamberger@tk.thyssenkrupp.com
hecker@tk.thyssenkrupp.com
hilger@tk.thyssenkrupp.com
kirsten@tk.thyssenkrupp.com
panek@tk.thyssenkrupp.com
rademacher@tk.thyssenkrupp.com
regelmann@tk.thyssenkrupp.com
salchow@tk.thyssenkrupp.com
siebel@tk.thyssenkrupp.com
thomas.ebben@thyssenkrupp.com
voss@tk.thyssenkrupp.com
wallesch@tk.thyssenkrupp.com

### ti
economic@ti.com
eneira@ti.com
jsantero@ti.telefonica.es
nstapleton@ti.com
sktan@ti.com

### tiaa
ckling@tiaa.cref.org

### tiaacref
aorane@tiaacref.org
manish.goyal@tiaacref.org

### tiaa-cref
aacosta@tiaa-cref.org

**Company & Corresponding Email Addresses**

aafkhami@tiaa-cref.org
aaguilar@tiaa-cref.org
aaquino@tiaa-cref.org
ablackbu@tiaa-cref.org
ablanco@tiaa-cref.org
abrackett@tiaa-cref.org
acao@tiaa-cref.org
achong@tiaa-cref.org
aclearfield@tiaa-cref.org
adamani@tiaa-cref.org
agradus@tiaa-cref.org
aharriga@tiaa-cref.org
ahatta@tiaa-cref.org
ahuffman@tiaa-cref.org
ahung@tiaa-cref.org
akong@tiaa-cref.org
akuzmanov@tiaa-cref.org
alipton@tiaa-cref.org
amao@tiaa-cref.org
amckinnon@tiaa-cref.org
amirabelli@tiaa-cref.org
amitroff@tiaa-cref.org
amuromcew@tiaa-cref.org
aourso@tiaa-cref.org
aparekh@tiaa-cref.org
apatel@tiaa-cref.org
apersson@tiaa-cref.org
apolidor@tiaa-cref.org
arudder@tiaa-cref.org
asapp@tiaa-cref.org
asingh2@tiaa-cref.org
atayjasanant@tiaa-cref.org
atelford@tiaa-cref.org
avenegas@tiaa-cref.org
awinogradoff@tiaa-cref.org
awong@tiaa-cref.org
aziccardi@tiaa-cref.org
baguilar@tiaa-cref.org
bangello@tiaa-cref.org
bberman@tiaa-cref.org
benglish@tiaa-cref.org
bfield@tiaa-cref.org
bfriedman@tiaa-cref.org
bgrenning@tiaa-cref.org
bgriffen@tiaa-cref.org
bguinta@tiaa-cref.org
bhammond@tiaa-cref.org
billmartin@tiaa-cref.org
bjohnson@tiaa-cref.org
blee@tiaa-cref.org
blefsky@tiaa-cref.org
bmartin@tiaa-cref.org
bmerriman@tiaa-cref.org
bmoskowitz@tiaa-cref.org

## Company & Corresponding Email Addresses

bpaul@tiaa-cref.org
bportnoy@tiaa-cref.org
breigel@tiaa-cref.org
briegel@tiaa-cref.org
broelke@tiaa-cref.org
brolke@tiaa-cref.org
bspremulli@tiaa-cref.org
btyszka@tiaa-cref.org
cagnew@tiaa-cref.org
cbaker@tiaa-cref.org
cberger@tiaa-cref.org
cbush@tiaa-cref.org
ccook@tiaa-cref.org
cdisunno@tiaa-cref.org
cfrenes@tiaa-cref.org
cjoglekar@tiaa-cref.org
ckilleen@tiaa-cref.org
ckling@tiaa-cref.org
ckuhn@tiaa-cref.org
cmurray2@tiaa-cref.org
cnelson@tiaa-cref.org
cnolen@tiaa-cref.org
cpower@tiaa-cref.org
cquinn@tiaa-cref.org
croig@tiaa-cref.org
csemanuk@tiaa-cref.org
cthompson@tiaa-cref.org
cyi@tiaa-cref.org
daclarke@tiaa-cref.org
daxelrod@tiaa-cref.org
dbroderick@tiaa-cref.org
dcollins@tiaa-cref.org
dcopp@tiaa-cref.org
ddial@tiaa-cref.org
dfording@tiaa-cref.org
dglickman@tiaa-cref.org
djoe@tiaa-cref.org
dknight@tiaa-cref.org
dladd@tiaa-cref.org
dmacdona@tiaa-cref.org
dpatel@tiaa-cref.org
dperry@tiaa-cref.org
dpersky@tiaa-cref.org
dponeman@tiaa-cref.org
droberts2@tiaa-cref.org
dsepulve@tiaa-cref.org
eenglish@tiaa-cref.org
eeodice@tiaa-cref.org
eflores@tiaa-cref.org
egrzybowski@tiaa-cref.org
egunning@tiaa-cref.org
ehammes@tiaa-cref.org
eismith@tiaa-cref.org
ejorgoni@tiaa-cref.org

**Company & Corresponding Email Addresses**

ekim@tiaa-cref.org
elveus@tiaa-cref.org
emartens@tiaa-cref.org
emarti@tiaa-cref.org
emelloul@tiaa-cref.org
eparissi@tiaa-cref.org
ephipps@tiaa-cref.org
erosa@tiaa-cref.org
esaari@tiaa-cref.org
esangala@tiaa-cref.org
eschmidt@tiaa-cref.org
eschultz@tiaa-cref.org
esheridan@tiaa-cref.org
esimsolo@tiaa-cref.org
etoy@tiaa-cref.org
fbeck@tiaa-cref.org
fduque@tiaa-cref.org
garcije@tiaa-cref.org
garianna@tiaa-cref.org
gchinery@tiaa-cref.org
gmaccord@tiaa-cref.org
gmaccordy@tiaa-cref.org
gproctor@tiaa-cref.org
gsaterson@tiaa-cref.org
hallison@tiaa-cref.org
harmbrus@tiaa-cref.org
hbagai@tiaa-cref.org
hdavis@tiaa-cref.org
herickson@tiaa-cref.org
hkerrich@tiaa-cref.org
hlee@tiaa-cref.org
hmann@tiaa-cref.org
hng@tiaa-cref.org
hperrin@tiaa-cref.org
hshigenobu@tiaa-cref.org
hwang@tiaa-cref.org
ibader@tiaa-cref.org
ibahena@tiaa-cref.org
ikapadwala@tiaa-cref.org
imatthew@tiaa-cref.org
imoraino@tiaa-cref.org
jaferrari@tiaa-cref.org
jalissan@tiaa-cref.org
jascampbell@tiaa-cref.org
jbarnett@tiaa-cref.org
jbhansal@tiaa-cref.org
jblair@tiaa-cref.org
jbrooks@tiaa-cref.org
jburian@tiaa-cref.org
jcampagna@tiaa-cref.org
jcantey@tiaa-cref.org
jcerra@tiaa-cref.org
jchang@tiaa-cref.org
jcunniff@tiaa-cref.org

**Company & Corresponding Email Addresses**

jdeneher@tiaa-cref.org
jdevaney@tiaa-cref.org
jdrexel@tiaa-cref.org
jdziwura@tiaa-cref.org
jeasler@tiaa-cref.org
jemery@tiaa-cref.org
jespinosa@tiaa-cref.org
jfallon@tiaa-cref.org
jfernandez@tiaa-cref.org
jgordin@tiaa-cref.org
jgutierrez@tiaa-cref.org
jhan@tiaa-cref.org
jharrington@tiaa-cref.org
jhiggins@tiaa-cref.org
jhsin@tiaa-cref.org
jibell@tiaa-cref.org
jjoseph@tiaa-cref.org
jkaliberda@tiaa-cref.org
jkerner@tiaa-cref.org
jlaing@tiaa-cref.org
jlawson@tiaa-cref.org
jlin@tiaa-cref.org
jlitchfi@tiaa-cref.org
jliu@tiaa-cref.org
jmazejy@tiaa-cref.org
jmccullough@tiaa-cref.org
jmerkelson@tiaa-cref.org
jminaya@tiaa-cref.org
jmorriss@tiaa-cref.org
johayon@tiaa-cref.org
john.goodreds@tiaa-cref.org
josapia@tiaa-cref.org
jpipia@tiaa-cref.org
jpozharny@tiaa-cref.org
jrolston@tiaa-cref.org
jromano@tiaa-cref.org
jschnabel@tiaa-cref.org
jself@tiaa-cref.org
jshane@tiaa-cref.org
jsmith4@tiaa-cref.org
jsomers@tiaa-cref.org
jspencer@tiaa-cref.org
jsummers@tiaa-cref.org
jtaymuree@tiaa-cref.org
jtina@tiaa-cref.org
jtribolet@tiaa-cref.org
jtsang@tiaa-cref.org
jtse@tiaa-cref.org
jveen@tiaa-cref.org
jwillis@tiaa-cref.org
jwpatel@tiaa-cref.org
jyearwood@tiaa-cref.org
jzarzycki@tiaa-cref.org
karapp@tiaa-cref.org

**Company & Corresponding Email Addresses**

kbadams@tiaa-cref.org
kbeaton@tiaa-cref.org
kbubeck@tiaa-cref.org
kechen@tiaa-cref.org
kezhang@tiaa-cref.org
kfedoff@tiaa-cref.org
kfedosienko@tiaa-cref.org
kfloody@tiaa-cref.org
kgeismore@tiaa-cref.org
khua@tiaa-cref.org
kitlee@tiaa-cref.org
kkhemraj@tiaa-cref.org
klarson@tiaa-cref.org
klorenz@tiaa-cref.org
kmatsuda@tiaa-cref.org
knohdomi@tiaa-cref.org
kolivier@tiaa-cref.org
krenfrew@tiaa-cref.org
kriordan@tiaa-cref.org
kschroder@tiaa-cref.org
ksiqueiros@tiaa-cref.org
kweldon@tiaa-cref.org
kxyee@tiaa-cref.org
larchiba@tiaa-cref.org
lbaran@tiaa-cref.org
lblack@tiaa-cref.org
lenloe@tiaa-cref.org
lfayanju@tiaa-cref.org
liberat@tiaa-cref.org
lkamp@tiaa-cref.org
llabelle@tiaa-cref.org
llaing@tiaa-cref.org
llee@tiaa-cref.org
lli@tiaa-cref.org
llin@tiaa-cref.org
lloren@tiaa-cref.org
lmontgomery@tiaa-cref.org
lpalmer2@tiaa-cref.org
lroventi@tiaa-cref.org
lschausten@tiaa-cref.org
lscheinson@tiaa-cref.org
lschmerhold@tiaa-cref.org
lschwartz@tiaa-cref.org
ltankel@tiaa-cref.org
ltribuch@tiaa-cref.org
lwilson@tiaa-cref.org
lyingyingli@tiaa-cref.org
mainge@tiaa-cref.org
mbauch@tiaa-cref.org
mbrennan@tiaa-cref.org
mduthie@tiaa-cref.org
mferraro@tiaa-cref.org
mfiducioso@tiaa-cref.org
mfleisch@tiaa-cref.org

**Company & Corresponding Email Addresses**

mfrancis@tiaa-cref.org
mgold@tiaa-cref.org
mgoyal@tiaa-cref.org
mhalperin@tiaa-cref.org
mholbert@tiaa-cref.org
mhuang@tiaa-cref.org
mkeyes@tiaa-cref.org
mkotov@tiaa-cref.org
mlaw@tiaa-cref.org
mlee@tiaa-cref.org
mlee2@tiaa-cref.org
mlembo@tiaa-cref.org
mliebowitz@tiaa-cref.org
mmaselli@tiaa-cref.org
mmavraki@tiaa-cref.org
mmichael@tiaa-cref.org
mmosher@tiaa-cref.org
montione@tiaa-cref.org
mperalta@tiaa-cref.org
mpeyton@tiaa-cref.org
mpierre@tiaa-cref.org
mqian@tiaa-cref.org
mrothway@tiaa-cref.org
mschepps@tiaa-cref.org
mshing@tiaa-cref.org
mshmaruk@tiaa-cref.org
mtam@tiaa-cref.org
mxliu@tiaa-cref.org
myamini@tiaa-cref.org
nbenjamin@tiaa-cref.org
ncarola@tiaa-cref.org
nfitzger@tiaa-cref.org
nheller@tiaa-cref.org
njawale@tiaa-cref.org
njayanty@tiaa-cref.org
nmerritt@tiaa-cref.org
nnakano@tiaa-cref.org
nray@tiaa-cref.org
nrutkiew@tiaa-cref.org
nryder@tiaa-cref.org
nsheth@tiaa-cref.org
pahampton@tiaa-cref.org
parana@tiaa-cref.org
patkins@tiaa-cref.org
pdavis@tiaa-cref.org
pdilella@tiaa-cref.org
pflood@tiaa-cref.org
pgoginen@tiaa-cref.org
pguilbert@tiaa-cref.org
phershey@tiaa-cref.org
phidar@tiaa-cref.org
pknepple@tiaa-cref.org
pliu@tiaa-cref.org
pmchugh@tiaa-cref.org

## Company & Corresponding Email Addresses

pnolan@tiaa-cref.org
pscola@tiaa-cref.org
pwright@tiaa-cref.org
razarbayejani@tiaa-cref.org
rcheng@tiaa-cref.org
rchung@tiaa-cref.org
rcoppola@tiaa-cref.org
rcutler@tiaa-cref.org
reaton@tiaa-cref.com
regbert@tiaa-cref.org
rgeorge@tiaa-cref.org
rhausmann@tiaa-cref.org
rheckman@tiaa-cref.org
rjameson@tiaa-cref.org
rjohnson@tiaa-cref.org
rkhoury@tiaa-cref.org
rkwee@tiaa-cref.org
rli@tiaa-cref.org
rlucy@tiaa-cref.org
rmccarter@tiaa-cref.org
rmclaughlin@tiaa-cref.com
rmulford@tiaa-cref.org
rnielsen@tiaa-cref.org
rrogovin@tiaa-cref.org
rsanders@tiaa-cref.org
ryanmiller@tiaa-cref.org
sbrausa@tiaa-cref.org
sbrauser@tiaa-cref.org
sbudde@tiaa-cref.org
scheng@tiaa-cref.org
scordes@tiaa-cref.org
scorsell@tiaa-cref.org
scottwilliams@tiaa-cref.org
scowilliams@tiaa-cref.org
sdatta@tiaa-cref.org
sevans@tiaa-cref.org
sgreen@tiaa-cref.org
sgruppo@tiaa-cref.org
shamroff@tiaa-cref.org
shanda@tiaa-cref.org
shirsch@tiaa-cref.org
shooda@tiaa-cref.org
skempler@tiaa-cref.org
skesanapally@tiaa-cref.org
skhan@tiaa-cref.org
skraljic@tiaa-cref.org
skupchin@tiaa-cref.org
slabaugh@tiaa-cref.org
sleu@tiaa-cref.org
slevine@tiaa-cref.org
smaconald@tiaa-cref.org
smalik@tiaa-cref.org
soliver@tiaa-cref.org
soppenheimer@tiaa-cref.org

**Company & Corresponding Email Addresses**

soshea@tiaa-cref.org
spatel3@tiaa-cref.org
spyarilal@tiaa-cref.org
sraab@tiaa-cref.org
srichardson2@tiaa-cref.org
srossiello@tiaa-cref.org
srutz@tiaa-cref.org
ssanford@tiaa-cref.org
ssinnan@tiaa-cref.org
ssteinberg@tiaa-cref.org
ssterman@tiaa-cref.org
stong@tiaa-cref.org
straum@tiaa-cref.org
sulick@tiaa-cref.org
svichness@tiaa-cref.org
svirgilio@tiaa-cref.org
swolkowicki@tiaa-cref.org
swolrich@tiaa-cref.org
syarcia@tiaa-cref.org
tdenapoli@tiaa-cref.org
tfranks@tiaa-cref.org
tharte@tiaa-cref.org
tishmael@tiaa-cref.org
tkohata@tiaa-cref.org
tkolefas@tiaa-cref.org
tleone@tiaa-cref.org
tmaffia@tiaa-cref.org
tscalise@tiaa-cref.org
tsolano@tiaa-cref.org
uengler@tiaa-cref.org
vcao@tiaa-cref.org
vnagarajan@tiaa-cref.org
vsamoilovich@tiaa-cref.org
wchung@tiaa-cref.org
wdalasio@tiaa-cref.org
wferguson@tiaa-cref.org
wiebke.wanner-borchardt@tiaa-cref.org
wshepetin@tiaa-cref.org
wtsai@tiaa-cref.org
wwilkinson@tiaa-cref.org
xchen@tiaa-cref.org
xzhang@tiaa-cref.org
yhyun@tiaa-cref.org
yikeda@tiaa-cref.org
yjiang@tiaa-cref.org
ykoudinov@tiaa-cref.org
ymiura@tiaa-cref.org
yprakash@tiaa-cref.org
yxia@tiaa-cref.org
yxu@tiaa-cref.org

**tiaa-creff**
jcook@tiaa-creff.org

**tiberasset**
cswihart@tiberasset.com

## Company & Corresponding Email Addresses

gripka@tiberasset.com
jhalliday@tiberasset.com
mpschmitt@tiberasset.com

### tibom
gustavo.quesada@tibom.com

### tibsite
aburner@tibsite.com
eburgess@tibsite.com
ljames@tibsite.com

### tic
provalue@tic.ch

### ticino
gmozzetti@ticino.com
hgplu1@ticino.com

### tigerasiafund
julia.choi@tigerasiafund.com
jun_li@tigerasiafund.com
winnie.liu@tigerasiafund.com

### tigerconsumer
andy_rafal@tigerconsumer.com
kevin_sowers@tigerconsumer.com

### tigerfund
alok.agrawal@tigerfund.com
athos.zakou@tigerfund.com
charles_anderson@tigerfund.com
dan_morehead@tigerfund.com
david_golob@tigerfund.com
deborah_lunan@tigerfund.com
jerry_koljenovic@tigerfund.com
jim.davis@tigerfund.com
john_robertson@tigerfund.com
matt_ngai@tigerfund.com
michael_hodge@tigerfund.com
pat_omeara@tigerfund.com
patrick_mccormack@tigerfund.com
paul_brooke@tigerfund.com
peter.lee@tigerfund.com
peter.marturano@tigerfund.com
rob_pohly@tigerfund.co
ron_glantz@tigerfund.com
tim_jenkins@tigerfund.com

### tigerglobal
aarmenio@tigerglobal.com
achin@tigerglobal.com
aodonnell@tigerglobal.com
astern@tigerglobal.com
bschleppy@tigerglobal.com
ccoleman@tigerglobal.com
cschmitt@tigerglobal.com
cwatts@tigerglobal.com
dchiappinelli@tigerglobal.com
fdewan@tigerglobal.com
germino@tigerglobal.com
jlocker@tigerglobal.com

**Company & Corresponding Email Addresses**

jmarovich@tigerglobal.com
jsanberg@tigerglobal.com
jzhang@tigerglobal.com
kdeluca@tigerglobal.com
lfixel@tigerglobal.com
mko@tigerglobal.com
mlakhamraju@tigerglobal.com
mrosenberg@tigerglobal.com
nchandra@tigerglobal.com
operations@tigerglobal.com
rfallon@tigerglobal.com
rjones@tigerglobal.com
rrobinson@tigerglobal.com
sshleifer@tigerglobal.com

**tigersharklp**
guy_pennisi@tigersharklp.com

**tillinghast**
hoffmaw@tillinghast.com

**tilney**
andrew.barr@tilney.com
heather.tomkinson@tilney.com
nigel.davies@tilney.com
peter.botham@tilney.com
stuart.forshaw@tilney.com
verity.criddle@tilney.com
vincent.regan@tilney.com

**timeinc**
birc_reports@timeinc.com
steven_mintz@timeinc.com

**timemagazine**
dan_kadlec@timemagazine.com

**tin**
alldeals@tin.it
bapvtit@tin.it
cparac@tin.it

**tinet**
estertonnin-linic@tinet.ie
pierrerouy@tinet.ie

**t-interactiva**
ibo.sanz@t-interactiva.com
josec.duran@t-interactiva.com

**tiscali**
b.silvestri@tiscali.it

**titan**
hpw@titan.gr
papoui@titan.gr

**tjim**
crobinson@tjim.com
dhaws@tjim.com
jdavis@tjim.com
lcalfy@tjim.com
nschrems@tjim.com
rparry@tjim.com
sschenk@tjim.com

## Company & Corresponding Email Addresses

### tkb
adrian.stalder@tkb.ch
angelo.iannella@tkb.ch
bernhard.eugster@tkb.ch
handel@tkb.ch
kurt.oswald@tkb.ch
markus.sola@tkb.ch
michael.selb@tkb.ch
michael.singer@tkb.ch
patrick.rutz@tkb.ch
pm@tkb.ch
richard.rossatti@tkb.ch
vivian.brunner@tkb.ch

### tkit
jjang11@tkit.co.kr

### tmam
a-masuda@tmam.co.jp
fujimaru@tmam.co.jp
h-sawashima@tmam.co.jp
h-takigawa@tmam.co.jp
imada@tmam.co.jp
inamura@tmam.co.jp
kuga@tmam.co.jp
m-matsushita@tmam.co.jp
m-tojima@tmam.co.jp
n-suzuki@tmam.co.jp
ohira@tmam.co.jp
sakai@tmam.co.jp
t-hagiwara@tmam.co.jp
yamamoto@tmam.co.jp
yasuda@tmam.co.jp
yotsukura@tmam.co.jp

### tmgchicago
amanyan@tmgchicago.com
breecemckinney@tmgchicago.com
clayg@tmgchicago.com
csarnicki@tmgchicago.com
csmith@tmgchicago.com
cvanella@tmgchicago.com
doug.adam@tmgchicago.com
elliot.lapan@tmgchicago.com
garrett.see@tmgchicago.com
gregv@tmgchicago.com
james.pienta@tmgchicago.com
jeffconrad@tmgchicago.com
jimmcr@tmgchicago.com
joe.kelderman@tmgchicago.com
jpienta@tmgchicago.com
kathleen.calungcagin@tmgchicago.com
kyle.bergstrom@tmgchicago.com
magne@tmgchicago.com
mikef@tmgchicago.com
mmersch@tmgchicago.com
mmorganstern@tmgchicago.com

## Company & Corresponding Email Addresses

pierre.lapan@tmgchicago.com
plofdahl@tmgchicago.com

### tmgny

briand@tmgny.com
craigk@tmgny.com
dans@tmgny.com
fredf@tmgny.com
josephs@tmgny.com
jwdiben@tmgny.com
kamrang@tmgny.com
markh@tmgny.com

### t-mi

jamie.guild@t-mi.com
laurence.dare@t-mi.com
mark.searle@t-mi.com

### tmihk

daniel@tmihk.com

### tmjchicago

eric.meier@tmjchicago.com

### tmmna

kchandra@tmmna.com

### t-mobil

karseten.heppner@t-mobil.de

### t-mobile

claire.kerr@t-mobile.net
daniel.daub@t-mobile.net
joerg.pergande@t-mobile.net
monika.hoffmann@t-mobile.de
p.geier@t-mobile.net
radek.svoboda@t-mobile.net
ralf.schweers@t-mobile.net
ulrich.vornefeld@t-mobile.net
victoria.feldens@t-mobile.net

### toddinvestment

cscott@toddinvestment.com
jwhite@toddinvestment.com
rbordogna@toddinvestment.com

### tokaitokyo

ayako_nakamura@tokaitokyo.co.jp
enran_shin@tokaitokyo.co.jp
hiroyo_hozaki@tokaitokyo.co.jp
hiroyuki_machiyama@tokaitokyo.co.jp
hsilien_aw@tokaitokyo.co.jp
kayoko_watanabe@tokaitokyo.co.jp
kazuyuki_araki@tokaitokyo.co.jp
kiyoshi_yamada@tokaitokyo.co.jp
kouji_kawaguchi@tokaitokyo.co.jp
koutarou_satou@tokaitokyo.co.jp
kumiko_kojima@tokaitokyo.co.jp
mayumi_satou@tokaitokyo.co.jp
naomi_inoue@tokaitokyo.co.jp
sadahito_tomioka@tokaitokyo.co.jp
syouhei_rin@tokaitokyo.co.jp
syunji_shiima@tokaitokyo.co.jp

## Company & Corresponding Email Addresses

yoh_nihei@tokaitokyo.co.jp
yuuji_sakurai@tokaitokyo.co.jp

### tokyomarineam
takurat@tokyomarineam.co.jp

### tokyostarbank
fumiyasu.yokoo@tokyostarbank.co.jp
hideaki.nagai@tokyostarbank.co.jp
hiroyuki.okuyama@tokyostarbank.co.jp
hiroyuki.tani@tokyostarbank.co.jp
kenji.watanabe@tokyostarbank.co.jp
kentaro.ujiie@tokyostarbank.co.jp
kevin.hoffmansmith@tokyostarbank.co.jp
kimiaki.yamaguchi@tokyostarbank.co.jp
kouji.sugita@tokyostarbank.co.jp
manabu.nagano@tokyostarbank.co.jp
masaru.irie@tokyostarbank.co.jp
reiko.kinoshita@tokyostarbank.co.jp
s.yonemori@tokyostarbank.co.jp
shinichi.yamazoe@tokyostarbank.co.jp
takao.niwa@tokyostarbank.co.jp
takeshi.sasaki@tokyostarbank.co.jp
tomomi.kihara@tokyostarbank.co.jp
yasuharu.kuse@tokyostarbank.co.jp
yasuko.inoue@tokyostarbank.co.jp
yasutoyo.senda@tokyostarbank.co.jp
yasuyuki.mochizuki@tokyostarbank.co.jp
yutaka.komori@tokyostarbank.co.jp

### tokyotrust
maruyama@tokyotrust.co.jp
masumura@tokyotrust.co.jp
nakada@tokyotrust.co.jp
nio@tokyotrust.co.jp
takada@tokyotrust.co.jp
takeuchi@tokyotrust.co.jp

### tominbank
kigawa@tominbank.co.jp
kojima-y@tominbank.co.jp
tanaka-t@tominbank.co.jp
yanagiha@tominbank.co.jp

### t-online
conti-pensionskasse@t-online.de
essenhyp@t-online.de
ksk-gp.handel@t-online.de
r.deifel@t-online.net
richard.seissler@t-online.de

### topdanmark
fla@topdanmark.dk
nla@topdanmark.dk
too@topdanmark.dk

### torchmarkcorp
ahintz@torchmarkcorp.com
eschmidt@torchmarkcorp.com
jlane@torchmarkcorp.com
mpressley@torchmarkcorp.com

## Company & Corresponding Email Addresses

rtucker@torchmarkcorp.com

**tortoiseadvisors**

zhamel@tortoiseadvisors.com

**total**

benoit.charpentier@total.com
claire.le-louet@total.com
estelle.leroy@total.com
eudes.charpentier@total.com
franªois-m.brice@total.com
holding.financement-bourse@total.com
ir.nyc@total.com
isabelle.lemee-martin@total.com
marianne.spelte@total.com
matthieu.faury@total.com
thibault.hautier@total.com

**totalfinaelf**

eric.bigot@totalfinaelf.com
herve.jaskulke@totalfinaelf.com
ladislas.paszkiewicz@totalfinaelf.com
michel.hourcard@totalfinaelf.com
paris.de-bollardiere@totalfinaelf.com
pascal.breant@totalfinaelf.com
raphael.guastalla@totalfinaelf.com

**towerbrook**

alex.meyersiek@towerbrook.com
anna.ernberg@towerbrook.com
christian.unger@towerbrook.com
christophe.defert@towerbrook.com
jose.arellano@towerbrook.com
katrin.tonning@towerbrook.com
nicolas.chavanne@towerbrook.com
ramez.sousou@towerbrook.com
rayhan.davis@towerbrook.com
tess.strom@towerbrook.com

**towerfcu**

sean.zimmermann@towerfcu.org
sharon.tengeres@towerfcu.org
stephanie.cook@towerfcu.org

**towers**

bellons@towers.com
brooke.mcdonald@towers.com
cavek@towers.com
cruicka@towers.com
juddb@towers.com
lewise@towers.com
lik@towers.com
lukinm@towers.com
zumaetj@towers.com

**towersperrin**

craig.bishop@towersperrin.com
david.bayliffe@towersperrin.com
jeanette.simmons@towersperrin.com
jeffrey.dobro@towersperrin.com
lisa.swatkoski@towersperrin.com

## Company & Corresponding Email Addresses

loretta.rasmussen@towersperrin.com
richard.q.wendt@towersperrin.com
steven.treftz@towersperrin.com
william.higgins@towersperrin.com

### toyota

cindy_wang@toyota.com
dennis.apple@toyota.com
jean_liao@toyota.com
ryan_rycraw@toyota.com
shelby_niss@toyota.com
soo_young_der@toyota.com

### toyotrustbank

y-yoshizawa@toyotrustbank.co.jp

### toyotrustny

ohmura@toyotrustny.com

### tp-cm

cdagostino@tp-cm.com
dgaertner@tp-cm.com
dyelle@tp-cm.com

### tpgbank

robertgruwell@tpgbank.com

### tprice

jtaliaferro@tprice.com

### tr

akihiro_kitano@tr.mufg.jp
akio_shimizu@tr.mufg.jp
akira_matsuzaka@tr.mufg.jp
akira_sato@tr.mufg.jp
akira_takanabe@tr.mufg.jp
akira_tanaka@tr.mufg.jp
amd-fbond_post@tr.mufg.jp
atsushi_sakamoto@tr.mufg.jp
chiharu_oka@tr.mufg.jp
chisako_tsuchiya@tr.mufg.jp
emiko1_nakamura@tr.mufg.jp
gyo_kawata@tr.mufg.jp
hajime_ishigami@tr.mufg.jp
hayashida@tr.mufg.jp
hideaki_inoue@tr.mufg.jp
hideaki_sasaki@tr.mufg.jp
hideaki_takaki@tr.mufg.jp
hideki_nukanobu@tr.mufg.jp
hideki_ota@tr.mufg.jp
hideo_fukui@tr.mufg.jp
hideo_shimomura@tr.mufg.jp
hidetomo_yoshizawa@tr.mufg.jp
hidetsugu_minami@tr.mufg.jp
hiroaki_baba@tr.mufg.jp
hiroaki_saito@tr.mufg.jp
hirofumi_horikoshi@tr.mufg.jp
hiroharu_ryoke@tr.mufg.jp
hirokatsu_yoshida@tr.mufg.co.jp
hirokazu_kubo@tr.mufg.jp
hiroki_norimura@tr.mufg.jp

**Company & Corresponding Email Addresses**

hiroki-masuoka@tr.mufg.jp
hiromitsu_watanabe@tr.mufg.jp
hironobu_takeda@tr.mufg.jp
hiroshi_hashimoto@tr.mufg.jp
hiroshi_kurihara@tr.mufg.jp
hiroshi_minagawa@tr.mufg.jp
hiroshi_nakamura@tr.mufg.jp
hiroshi_nishida@tr.mufg.jp
hiroshi_otsuki@tr.mufg.jp
hiroshi_umayahara@tr.mufg.jp
hiroyasu_omura@tr.mufg.jp
hiroyuki_bando@tr.mufg.jp
hiroyuki_kobayashi@tr.mufg.jp
hiroyuki_shimizu@tr.mufg.jp
hiroyuki_yoshino@tr.mufg.jp
hisato_yasuda@tr.mufg.jp
hitoshi_shinto@tr.mufg.jp
hoshi_nishikawa@tr.mufg.jp
isao_ikegami@tr.mufg.jp
jiro_omori@tr.mufg.jp
judyanna_chau@tr.mufg.jp
junichi_nakano@tr.mufg.jp
junichi_ono@tr.mufg.jp
junko_odakura@tr.mufg.co.jp
kanako_sai@tr.mufg.jp
kaori_ambo@tr.mufg.jp
kaori_iwasaki@tr.mufg.jp
katsuei_tani@tr.mufg.jp
kayoko_fukuda@tr.mufg.jp
kazuhide_aisa@tr.mufg.jp
kazuhiko_sudo@tr.mufg.jp
kazuhiro_kikuchi@tr.mufg.jp
kazuhiro_ohashi@tr.mufg.jp
kazuhiro_sawada@tr.mufg.jp
kazuki_takahashi@tr.mufg.jp
kazunori_terawaki@tr.mufg.jp
kazuo_watanabe@tr.mufg.jp
kazuyuki_mitsuhashi@tr.mufg.jp
kazuyuki_tai@tr.mufg.jp
kei_ito@tr.mufg.jp
kei_shibuya@tr.mufg.jp
keiichiro_takeda@tr.mufg.co.jp
keisuke_koriyama@tr.mufg.jp
keisuke_nishikawa@tr.mufg.jp
keisuke_seko@tr.mufg.jp
ken_mitsutani@tr.mufg.jp
kenichi_fukui@tr.mufg.jp
kenichi_ito@tr.mufg.jp
kenichi_kuga@tr.mufg.jp
kenichi_takano@tr.mufg.jp
kenji_aikawa@tr.mufg.jp
kentaro_kikuchi@tr.mufg.jp
kentaro_shimizu@tr.mufg.jp
kenzo_umetani@tr.mufg.co.jp

**Company & Corresponding Email Addresses**

kiichiro_tamura@tr.mufg.jp
koichi_ogawa@tr.mufg.jp
koichiro_ono@tr.mufg.jp
koji_hashimoto@tr.mufg.jp
koji_hattori@tr.mufg.jp
kosuke_tsuchida@tr.mufg.jp
kunihiko_nakaji@tr.mufg.jp
maho_tsukahara@tr.mufg.jp
makoto_uemura@tr.mufg.jp
manabu_takano@tr.mufg.jp
masaaki_kobayashi@tr.mufg.jp
masaaki_miyoshi@tr.mufg.jp
masaharu_katsumori@tr.mufg.jp
masaharu_suehira@tr.mufg.jp
masahiro_nakai@tr.mufj.jp
masahisa_ogawa@tr.mufg.jp
masaki_saito@tr.mufg.jp
masanori_tanahashi@tr.mufg.jp
masaru_yamamoto@tr.mufg.jp
masato_ishibe@tr.mufg.jp
masato_sakaguchi@tr.mufg.jp
masatsugu_tsuchiya@tr.mufg.jp
masayuki_otaki@tr.mufj.jp
masuhiro_yamamoto@tr.mufg.jp
mayumi_ono@tr.mufg.jp
megumi_nakano@tr.mufg.jp
michio_iida@tr.mufg.jp
michiyoshi_nishimura@tr.mufg.jp
mikinao_matsushita@tr.mufg.jp
mikio_sugisaki@tr.mufg.jp
minako_kimura@tr.mufg.jp
mitsuhiro_yoneda@tr.mufg.jp
mitsunori_hino@tr.mufg.jp
miyoko_kawamura@tr.mufg.jp
morio_hoshino@tr.mufg.jp
motoki_otsuka@tr.mufg.jp
motoshige_hayashi@tr.mufg.jp
myojin@tr.mufg.jp
naoki_nakazawa@tr.mufg.jp
naoki_shimmura@tr.mufg.jp
naoko_matsuba@tr.mufg.jp
naoko_takada@tr.mufg.jp
naoto_kon@tr.mufg.jp
naoto_suzuki@tr.mufg.jp
noboru_hayakawa@tr.mufg.jp
nobuo_anzai@tr.mufg.jp
nobuyuki1_takeuchi@tr.mufg.jp
noriyuki_okamoto@tr.mufg.jp
risa_genjima@tr.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp

## Company & Corresponding Email Addresses

ryoji_shimizu@tr.mufg.jp
satoru_kobayashi@tr.mufg.jp
satoru_nojima@tr.mufg.jp
satoru_takakuwa@tr.mufg.jp
satoshi_kubo@tr.mufg.jp
satoshi_nasu@tr.mufg.jp
satoshi_sakamaki@tr.mufg.jp
satoshi_someya@tr.mufg.jp
saya_nozu@tr.mufg.jp
shigeharu_yuasa@tr.mufg.jp
shigehiro_wakamoto@tr.mufg.jp
shigekazu_kawasaki@tr.mufg.jp
shin_okumoto@tr.mufg.jp
shinichi_harada@tr.mufg.jp
shinichi_okada@tr.mufg.jp
shinichiro_hyogo@tr.mufg.jp
shinichiro_nakada@tr.mufg.jp
shinji_okazawa@tr.mufg.co.jp
shinta_tahara@tr.mufg.co.jp
shinya_ito@tr.mufg.jp
shoichi_oyama@tr.mufg.jp
shoji_shimamura@tr.mufg.jp
shujiro_hosokawa@tr.mufg.jp
shunichi_sakai@tr.mufg.jp
shunsuke_kikutani@tr.mufg.jp
shusei_imai@tr.mufg.jp
sinichi_namikawa@tr.mufg.jp
so_ota@tr.mufg.jp
sunao_yokokawa@tr.mufg.jp
susumu_aono@tr.mufg.jp
tadashi_hoshino@tr.mufg.jp
takaaki_nakamura@tr.mufg.jp
takanori_ishii@tr.mufg.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_tamura@tr.mufg.jp
takashi_yamaguchi@tr.mufg.jp
takashi_yamamoto@tr.mufg.jp
takefumi_hirose@tr.mufg.co.jp
takefumi_konishi@tr.mufg.jp
takemasa_niki@tr.mufg.jp
takeshi_tagami@tr.mufg.jp
takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
taro_yamauchi@tr.mufg.jp
tatsuya_noguchi@tr.mufg.jp
tatsuya_tarumi@tr.mufg.jp
teruhiko_tokuno@tr.mufg.jp
tetsumasa_yamamoto@tr.mufg.jp
tetsuo_yamashita@tr.mufg.co.jp
tetsuo_yamashita@tr.mufg.jp
tetsuro_suwa@tr.mufg.jp
tetsuya_hikino@tr.mufg.jp
tetsuya_kuwabara@tr.mufg.jp

## Company & Corresponding Email Addresses

tomohiro_ochiai@tr.mufg.jp
tomohiro_toyota@tr.mufg.jp
tomoo_shimizu@tr.mufg.jp
tomoya_kinugasa@tr.mufg.jp
tomoyuki_awano@tr.mufg.jp
toru_imahori@tr.mufg.jp
toru_watanabe@tr.mufg.jp
toshiaki_fuse@tr.mufg.jp
toshiaki_kajiura@tr.mufg.jp
toshiaki_kimura@tr.mufg.jp
toshihiko_nishi@tr.mufg.jp
toshihiko_sakai@tr.mufg.jp
toshio_goto@tr.mufg.jp
toshio_shimizu@tr.mufg.jp
toshitaka_iinuma@tr.mufg.jp
toshiyuki_miwa@tr.mufg.jp
tsukasa_yoshizaki@tr.mufg.jp
tsunemasa_tsukada@tr.mufg.jp
tsutomu_kinoshita@tr.mufg.jp
tsuyoshi_kodaka@tr.mufg.jp
yasuhiko_fukuda@tr.mufg.jp
yasuhiro_hara@tr.mufg.jp
yasushi_iwamoto@tr.mufg.jp
yohei_omichi@tr.mufg.jp
yoichi_kawaguchi@tr.mufg.jp
yorio_ota@tr.mufg.jp
yoshiaki_oya@tr.mufg.jp
yoshifumi_shirahama@tr.mufg.jp
yoshiharu_inoue@tr.mufg.jp
yoshihisa_okada@tr.mufg.jp
yoshihito_ichiguchi@tr.mufg.jp
yoshinori_takano@tr.mufg.co.jp
yoshio_tominaga@tr.mufg.jp
yoshiro_mizukami@tr.mufg.jp
yoshitaka_ino@tr.mufg.jp
yoshitaka_nagano@tr.mufg.jp
yoshiyuki_masuda@tr.mufg.jp
yoshiyuki_sato@tr.mufg.jp
yosuke_kobayashi@tr.mufg.jp
yukari_sakai@tr.mufg.jp
yukihiro_miyata@tr.mufg.jp
yukimasa_araki@tr.mufg.jp
yukio_ichikawa@tr.mufg.jp
yuko_hirayama@tr.mufg.jp
yumi_yoshida@tr.mufg.jp
yusuke_fujishima@tr.mufg.jp
yusuke_mogami@tr.mufg.jp
yusuke_tanaka@tr.mufg.jp
yutaka_kawakami@tr.mufg.jp
yuya_saijo@tr.mufg.jp
yuzo_konishiike@tr.mufg.jp

**tractebel**

alexandar.pechovitch@tractebel.com
daniel.voisey@tractebel.be

## Company & Corresponding Email Addresses

etienne.deranter@tractebel.be
jean.rappe@tractebel.com
marc.verstrate@tractebel.be
olivier.poswick@tractebel.com
patrick.verlee@tractebel.be
phillipe.tacquenier@tractebel.com

### tradersbanking
gmartin@tradersbanking.com

### tradestreetinv
ed.cassens@tradestreetinv.com
jim.williams@tradestreetinv.com
martha.sherman@tradestreetinv.com

### tradition
michael.linnane@tradition.co.uk

### trafalgarcapital
nick.cremin@trafalgarcapital.com
simon.colson@trafalgarcapital.com

### transamerica
anne.gee@transamerica.com
brad.slocum@transamerica.com
brian.westhoff@transamerica.com
david.o'brien@transamerica.com
derek.brown@transamerica.com
desiree.cloud@transamerica.com
edward.han@transamerica.com
erik.u.rolle@transamerica.com
erika.mobley@transamerica.com
gary.rolle@transamerica.com
greg.haendel@transamerica.com
greg.weirick@transamerica.com
heidi.hu@transamerica.com
jcaskin@transamerica.com
jeffrey.hoo@transamerica.com
jeffrey.lucia@transamerica.com
jen.robertson@transamerica.com
john.huber@transamerica.com
john.lawrence@transamerica.com
joshua.shaskan@transamerica.com
kirk.feldhus@transamerica.com
kirk.kim@transamerica.com
krista.mallary@transamerica.com
michelle.stevens@transamerica.com
mike.papworth@transamerica.com
patty.arrieta@transamerica.com
peter.lopez@transamerica.com
rich.farra@transamerica.com
scott.dinsdale@transamerica.com
shlomo.crandus@transamerica.com
susan.vanzeyl@transamerica.com
thomas.larkin@transamerica.com
thomas.marshall@transamerica.com

### transat
fxdevulder@transat.tm.fr
jmthomas@transat.tm.fr

## Company & Corresponding Email Addresses

tkotrec@transat.tm.fr

**transmaket**

andrew.motion@transmaket.co.uk

**transmarketgroup**

calvin.davis@transmarketgroup.com

**transtrend**

joep@transtrend.com

**travelers**

alvaro_villamil@travelers.com
amaster1@travelers.com
bonnie.crisco@travelers.com
clucci@travelers.com
emil_molinaro@travelers.com
fishman@travelers.com
gnantie@travelers.com
hcameron@travelers.com
jfgreen@travelers.com
jordan_m_stitzer@travelers.com
pamela_westmoreland@travelers.com
rmcilrat@travelers.com
smorris3@travelers.com
teresamtorrey@travelers.com

**travelrs**

kirstin.mobyed@travelrs.com

**trdlnk**

joeg@trdlnk.com

**tre**

dminot@tre.state.vt.us
doug@tre.wa.gov
fmmrykalo@tre.state.pa.us
fpascual@tre.wa.gov
hclay@tre.state.ma.us
jmacdonald@tre.state.ma.us
jwaldron@tre.state.ma.us
mcoll@tre.wa.gov
swong@tre.state.ma.us

**treas**

parihj@treas.gov.ab.ca
talang@treas.gov.ab.ca

**treasurer**

beth.harrison@treasurer.state.nc.us
brett.hall@treasurer.state.nc.us
carlene.tracy@treasurer.state.nc.us
jeff.smith@treasurer.state.nc.us
john.mccoy@treasurer.state.nc.us
keith.leonard@treasurer.state.nc.us
nadine.taylor@treasurer.state.nc.us
steve.eubanks@treasurer.state.nc.us

**treasury**

colleen.park@treasury.govt.nz
khoyle@treasury.state.al.us
mattias.grahn@treasury.saab.se
minht@treasury.state.az.us
richardh@treasury.state.az.us

## Company & Corresponding Email Addresses

spappan@treasury.state.la.us
steve.joss@treasury.govt.nz
timw@treasury.state.az.us

### trees-invest
jmoss@trees-invest.com
snewhall@trees-invest.com

### trefinance
dalessandro@trefinance.ch
gasparri@trefinance.lu

### tribune
tkennedy@tribune.com

### trigon
lmason@trigon.com
rlsimmons@trigon.com
wlupoletti@trigon.com

### trigone
trading@trigone.com

### trilon
jtremayne@trilon.com

### trinkaus
alfred.parmentier@trinkaus.de
axel.cron@trinkaus.de
bernd.schuster@trinkaus.de
c.mueller-goedecke@trinkaus.de
christian.heger@trinkaus.de
diana.nolte@trinkaus.de
dirk.doetsch@trinkaus.de
dirk.guber@trinkaus.de
felix.prinzenberg@trinkaus.de
frank.joachim@trinkaus.de
frank.pradel@trinkaus.de
gernot.specht@trinkaus.de
guenter.hertle@trinkaus.de
guido.cameron@trinkaus.de
hans-juergen.kremer@trinkaus.de
harald.edele@trinkaus.de
inka.michallek@trinkaus.de
jens.raiser@trinkaus.de
joerg.ludewig@trinkaus.de
juergen.suess@trinkaus.de
karsten.tripp@trinkaus.de
klaus.luepertz@trinkaus.de
klaus-michael.menz@trinkaus.de
lars.niggeling@trinkaus.de
markus.herten@trinkaus.de
martin.sirch@trinkaus.de
michael.auracher@trinkaus.de
michael.kaplar@trinkaus.de
mihnea.stefan.mihai@trinkaus.de
nicoletta_krause@trinkaus.de
olaf.conrad@trinkaus.de
peter.cipa@trinkaus.de
peter.weldner@trinkaus.de
ralf.knoch@trinkaus.de

## Company & Corresponding Email Addresses

robert.demohn@trinkaus.de
sabine.stahl@trinkaus.de
sandra.gueth@trinkaus.de
siegmar.thakur-weigold@trinkaus.de
stefanie.tragier@trinkaus.de
stephan.muhr@trinkaus.de
wertpapierleihe@trinkaus.de
winfried.gausselmann@trinkaus.de

**triton**
nantoim1@triton.ocn.ne.jp

**tritonglobalcapital**
jctorres@tritonglobalcapital.com

**trmshedge**
aberris@trmshedge.com
bcase@trmshedge.com
efisher@trmshedge.com
eoliver@trmshedge.com
jfox@trmshedge.com
jschock@trmshedge.com
ksaathoff@trmshedge.com
maureenr@trmshedge.com
pames@trmshedge.com
pbowen@trmshedge.com
sdisterheft@trmshedge.com
sern@trmshedge.com
shoughton@trmshedge.com
tchernak@trmshedge.com

**troweassociates**
trow@troweassociates.com

**troweprce**
gail_manning@troweprce.com

**troweprice**
abrooks@troweprice.com
acecil@troweprice.com
adam_perold@troweprice.com
agnese_melbarde@troweprice.com
ahamilton@troweprice.com
aholcomb@troweprice.com
ajmal_ahmady@troweprice.com
alevenson@troweprice.com
alex_frey@troweprice.com
alexander_strey@troweprice.com
alisa_fiumara@troweprice.com
amit_seth@troweprice.com
anastasia_shiach@troweprice.com
andrew_hyman@troweprice.com
andrew_kyle@troweprice.com
anna_dopkin@troweprice.com
ari_krupp@troweprice.com
arichmond@troweprice.com
art_varnado@troweprice.com
ashley_woodruff@troweprice.com
awilhelm@troweprice.com
b.lewbart@troweprice.com

## Company & Corresponding Email Addresses

barry_henderson@troweprice.com
bbeere@troweprice.com
bberghuis@troweprice.com
bbrown@troweprice.com
bdausch@troweprice.com
bebner@troweprice.com
ben_griffiths@troweprice.com
benjamin_riley@troweprice.com
bmanick@troweprice.com
bmarcotte@troweprice.com
bob_smith@troweprice.com
brburns@troweprice.com
brent_warner@troweprice.com
breynolds@troweprice.com
brian_bennett@troweprice.com
brian_brennan@troweprice.com
brian_ropp@troweprice.com
brogers@troweprice.com
brubin@troweprice.com
bruce_kennedy@troweprice.com
bstromberg@troweprice.com
btaylor@troweprice.com
bwaesche@troweprice.com
cailin_rutter@troweprice.com
caroline_teichner@troweprice.com
caroline_young@troweprice.com
carson_dickson@troweprice.com
cbavely@troweprice.com
cberrier@troweprice.com
cbravo@troweprice.com
cchang@troweprice.com
charles_ober@troweprice.com
charles_pfeifer@troweprice.com
charles_shriver@troweprice.com
charlie_hill@troweprice.com
cheid@troweprice.com
chen_shao@troweprice.com
chirag_vasavada@troweprice.com
chris_carlson@troweprice.com
chris_copsey@troweprice.com
chris_kushlis@troweprice.com
chris_rothery@troweprice.com
chris_tuitt@troweprice.com
christian_oneill@troweprice.com
christina_barth@troweprice.com
christopher_alderson@troweprice.com
christopher_brown@troweprice.com
christopher_dillon@troweprice.com
christopher_edge@troweprice.com
christopher_fortune@troweprice.com
christopher_loop@troweprice.com
christopher_mcavoy@troweprice.com
christopher_whitehouse@troweprice.com
chuck_emrich@troweprice.com

## Company & Corresponding Email Addresses

cindy_lau@troweprice.com
clark_shields@troweprice.com
clive_williams@troweprice.com
cmickel@troweprice.com
cmunoz@troweprice.com
cnickel@troweprice.com
continia_scruggs@troweprice.com
corey_shull@troweprice.com
corgant@troweprice.com
cpepin@troweprice.com
craig_thiese@troweprice.com
cwendler@troweprice.com
cwills@troweprice.com
dan_schick@troweprice.com
daniel_flax@troweprice.com
daniel_martino@troweprice.com
darrell_braman@troweprice.com
david_beers@troweprice.com
david_eiswert@troweprice.com
david_jones@troweprice.com
david_lee@troweprice.com
david_rowlett@troweprice.com
david_stanley@troweprice.com
david_tan@troweprice.com
david_tiberii@troweprice.com
david_warren@troweprice.com
dawagner@troweprice.com
dean_tenerelli@troweprice.com
deasley@troweprice.com
deborah_dibucci@troweprice.com
deborah_hare@troweprice.com
deborah_mosier@troweprice.com
denice_holin@troweprice.com
denise_grotz@troweprice.com
denise_victor@troweprice.com
dgardner@troweprice.com
dgiroux@troweprice.com
diana_hurley@troweprice.com
dimitri_grechenko@troweprice.com
dmallas@troweprice.com
dmitry_taraschansky@troweprice.com
don_peters@troweprice.com
donna_anderson@troweprice.com
driley@troweprice.com
dshackelford@troweprice.com
dtjones@troweprice.com
dwallack@troweprice.com
edward_bernard@troweprice.com
elena_nikolaeva@troweprice.com
emtel@troweprice.com
eobrien@troweprice.com
eric_chu@troweprice.com
eric_devilbiss@troweprice.com
eric_veiel@troweprice.com

## Company & Corresponding Email Addresses

evan_shay@troweprice.com
f_bair@troweprice.com
falonso@troweprice.com
fanshi_zhao@troweprice.com
farah_khan@troweprice.com
federico_santilli@troweprice.com
fiona_leonard@troweprice.com
fmadsen@troweprice.com
fred_rizzo@troweprice.com
gabriel_solomon@troweprice.com
geoffrey_hardin@troweprice.com
geoffrey_stetler@troweprice.com
george_marzano@troweprice.com
ginny_kidd@troweprice.com
gmccrickard@troweprice.com
gnahory@troweprice.com
gonzalo_pangaro@troweprice.com
grace_zheng@troweprice.com
greg_birdsong@troweprice.com
greg_donaldson@troweprice.com
greg_eppley@troweprice.com
greg_fisher@troweprice.com
groche@troweprice.com
gthomas@troweprice.com
guido_stubenrauch@troweprice.com
h_ellenbogen@troweprice.com
hcondez@troweprice.com
heather_mcpherson@troweprice.com
hellen_madden@troweprice.com
hevans@troweprice.com
hmcguirk@troweprice.com
holly_barber@troweprice.com
homero_radway@troweprice.com
howard_woodward@troweprice.com
hubert_stiles@troweprice.com
ian_kelson@troweprice.com
ian_mcdonald@troweprice.com
imade_alhaji@troweprice.com
inigo_mijangos@troweprice.com
invops_reconciliation@troweprice.com
ira_carnahan@troweprice.com
jack_bannister@troweprice.com
jacqueline_peterson@troweprice.com
jaldave@troweprice.com
james_damian@troweprice.com
james_macmiller@troweprice.com
jane_mcmanus@troweprice.com
janet_cockey@troweprice.com
jason_a_white@troweprice.com
jason_collins@troweprice.com
jason_nogueira@troweprice.com
jason_polun@troweprice.com
jay_markowitz@troweprice.com
jbergolios@troweprice.com

**Company & Corresponding Email Addresses**

jcallaghan@troweprice.com
jcrooks@troweprice.com
jdelgado@troweprice.com
jean_medecin@troweprice.com
jeff_arricale@troweprice.com
jeff_rottinghaus@troweprice.com
jeff_zoller@troweprice.com
jennifer_louison@troweprice.com
jennifer_martin@troweprice.com
jeremy_ellis@troweprice.com
jerome_clark@troweprice.com
jhart@troweprice.com
jhauser@troweprice.com
jhirsch@troweprice.com
jill_hirsch@troweprice.com
jim_murphy@troweprice.com
jim_tzitzouris@troweprice.com
jkennedy@troweprice.com
jlang@troweprice.com
jlaporte@troweprice.com
jlinehan@troweprice.com
jlynagh@troweprice.com
jmilano@troweprice.com
joanna_forakis@troweprice.com
joanne_sisson@troweprice.com
joanne_wilson@troweprice.com
johannah_mcgowan@troweprice.com
john_coe@troweprice.com
john_criezis@troweprice.com
john_ford@troweprice.com
john_sherman@troweprice.com
jon_christiansen@troweprice.com
jonathan_chirunga@troweprice.com
jonathan_chou@troweprice.com
jonty_starbuck@troweprice.com
joseph_croteau@troweprice.com
joseph_fath@troweprice.com
joseph_rohm@troweprice.com
josh_spencer@troweprice.com
josh_tyson@troweprice.com
joshua_nelson@troweprice.com
jpotee@troweprice.com
jprado@troweprice.com
jprey@troweprice.com
jriepe@troweprice.com
jsalsbery@troweprice.com
jsiegel@troweprice.com
jslater@troweprice.com
jsordoni@troweprice.com
julianne_kortz@troweprice.com
julie_waples@troweprice.com
jung_lieu@troweprice.com
justin_gerbereux@troweprice.com
justin_thomson@troweprice.com

**Company & Corresponding Email Addresses**

juyen_tan@troweprice.com
jwakeman@troweprice.com
jwells@troweprice.com
kalisa_hines@troweprice.com
kallen@troweprice.com
kamran_baig@troweprice.com
kara_cheseby@troweprice.com
karen_ellis@troweprice.com
karen_farrell@troweprice.com
kate_stewart@troweprice.com
katherine_gavin@troweprice.com
kathryn_floyd@troweprice.com
kburkett@troweprice.com
kcicchini@troweprice.com
keir_joyce@troweprice.com
kenneth_moreland@troweprice.com
kevin_mastalerz@troweprice.com
kevin_mish@troweprice.com
kevin_yang@troweprice.com
keysha_page@troweprice.com
keyvan_alekasir@troweprice.com
kford@troweprice.com
kimberly_stokes@troweprice.com
kjenner@troweprice.com
kloome@troweprice.com
kregan@troweprice.com
kristen_walsh@troweprice.com
kuematsu@troweprice.com
kurt_umbarger@troweprice.com
kwame_webb@troweprice.com
larry_puglia@troweprice.com
laura_mcwilliams@troweprice.com
lauri_lindgren@troweprice.com
lee_arnold@troweprice.com
lee_overton@troweprice.com
leigh_robertson@troweprice.com
leigh_woodworth@troweprice.com
linda_murphy@troweprice.com
linda_smith@troweprice.com
lmorandi@troweprice.com
lucy.warden@troweprice.com
lucy_dwyer@troweprice.com
luther_carter@troweprice.com
lvassor@troweprice.com
lward@troweprice.com
marcy_lash@troweprice.com
marey_herrfeldt@troweprice.com
maria_yaffe@troweprice.com
marisa_alexander@troweprice.com
mark_bussard@troweprice.com
mark_edwards@troweprice.com
mark_hodson@troweprice.com
marta_yago@troweprice.com
martin_lee@troweprice.com

**Company & Corresponding Email Addresses**

mary_miller@troweprice.com
matt_balas@troweprice.com
matthew_martinek@troweprice.com
maura_binder@troweprice.com
max_brummel@troweprice.com
mbs@troweprice.com
mehmet_kinak@troweprice.com
mekpahamensah@troweprice.com
melanie_rizzo@troweprice.com
melissa_gallagher@troweprice.com
melissa_shank@troweprice.com
melissa_strilecki@troweprice.com
mfinn@troweprice.com
mhoffman@troweprice.com
michael_connelly@troweprice.com
michael_daley@troweprice.com
michael_gitlin@troweprice.com
michael_grogan@troweprice.com
michael_kubik@troweprice.com
michael_lambe@troweprice.com
michael_lasota@troweprice.com
michael_magboo@troweprice.com
michael_oh@troweprice.com
michael_piccinino@troweprice.com
michael_reinartz@troweprice.com
michael_roberts@troweprice.com
michael_shaman@troweprice.com
michael_sola@troweprice.com
mike_fang@troweprice.com
mike_sewell@troweprice.com
mitchell_todd@troweprice.com
mkoons@troweprice.com
mmcgonigle@troweprice.com
mmioki@troweprice.com
mporterward@troweprice.com
mtoohey@troweprice.com
mvankints@troweprice.com
mvaselkiv@troweprice.com
mweigman@troweprice.com
nalin_yogasundram@troweprice.com
nathalie_robertson@troweprice.com
nathan_tawes@troweprice.com
ned_notzon@troweprice.com
neil_smith@troweprice.com
niall_gallagher@troweprice.com
nick_welsh@troweprice.com
nina_jones@troweprice.com
nina_topham@troweprice.com
olivia_barbee@troweprice.com
pathey@troweprice.com
patrick_hudson@troweprice.com
paul_greene@troweprice.com
paul_massaro@troweprice.com
paul_wojcik@troweprice.com

**Company & Corresponding Email Addresses**

pdeluca@troweprice.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peter_bates@troweprice.com
phil_kligman@troweprice.com
philip_burger@troweprice.com
philip_rodrigs@troweprice.com
pkarpers@troweprice.com
pkossian@troweprice.com
pleiser@troweprice.com
pnestico@troweprice.com
pputman@troweprice.com
prashant_jeyaganesh@troweprice.com
quanta_graves@troweprice.com
r_t_quinn@troweprice.com
rachel_delahunty@troweprice.com
rahul_ghosh@troweprice.com
raymond_mills@troweprice.com
rebecca_arnold@troweprice.com
regina_hill@troweprice.com
rfoo@troweprice.com
rhett_hunter@troweprice.com
richard_clattenburg@troweprice.com
richard_dent@troweprice.com
richard_presley@troweprice.com
rick_delosreyes@troweprice.com
rob_bartolo@troweprice.com
robert_larkins@troweprice.com
robert_mcwilliam@troweprice.com
robert_panariello@troweprice.com
robert_revel-chion@troweprice.com
robin_eads@troweprice.com
rrubino@troweprice.com
rsharps@troweprice.com
rwhitney@troweprice.com
ryan_burgess@troweprice.com
ryan_turner@troweprice.com
samual_hecker@troweprice.com
samuel_hecker@troweprice.com
sara_zielske@troweprice.com
sboothe@troweprice.com
sclancy@troweprice.com
scott_berg@troweprice.com
scott_livingston@troweprice.com
scott_solomon@troweprice.com
sebastian_schrott@troweprice.com
sebastien.mallet@troweprice.com
sfecik@troweprice.com
shawn_driscoll@troweprice.com
siby_thomas@troweprice.com
sklein@troweprice.com
snanda@troweprice.com
stefan_hubrich@troweprice.com
stephen_alosa@troweprice.com

**Company & Corresponding Email Addresses**

stephen_finamore@troweprice.com
stephen_haas@troweprice.com
steve_richter@troweprice.com
steven_brooks@troweprice.com
steven_huber@troweprice.com
steven_krichbaum@troweprice.com
stillet@troweprice.com
stroll@troweprice.com
susan_troll@troweprice.com
suzanne_cho@troweprice.com
tamara_glock@troweprice.com
tammy_wiggs@troweprice.com
taymour_tamaddon@troweprice.com
tdrumgoole@troweprice.com
ted_robson@troweprice.com
terri_hett@troweprice.com
terri_wharton@troweprice.com
terry_davis@troweprice.com
tgosheff@troweprice.com
thea_williams@troweprice.com
thenry@troweprice.com
thomas_harner@troweprice.com
thomas_spratt@troweprice.com
thomas_watson@troweprice.com
thuber@troweprice.com
tim_bei@troweprice.com
tim_parker@troweprice.com
tjordan@troweprice.com
tmagness@troweprice.com
toby_baker@troweprice.com
trevor_denton@troweprice.com
tromero@troweprice.com
ttaylor@troweprice.com
ttewksbury@troweprice.com
twiese@troweprice.com
vanessa_dekker@troweprice.com
victoria_kagler@troweprice.com
vidya_kadiyam@troweprice.com
vreid@troweprice.com
wdiffenbaugh@troweprice.com
william_somers@troweprice.com
wlee@troweprice.com
wstuart@troweprice.com
yazhi_shen@troweprice.com
zhitong_zhang@troweprice.com

**trs**

andreas.kohler@trs.state.tx.us
anthony.broussard@trs.state.tx.us
belinda.blanchard@trs.state.va.us
ben.woodward@trs.state.tx.us
bernie.bozzelli@trs.state.tx.us
beverly.monroe@trs.state.tx.us
bill@trs.state.ok.us
brad.gilbert@trs.state.tx.us

**Company & Corresponding Email Addresses**

brad.thawley@trs.state.tx.us
brandon.kunz@trs.state.tx.us
brian.baumhover@trs.state.tx.us
britt.harris@trs.state.tx.us
carlos.chujoy@trs.state.tx.us
carol.leung@trs.state.tx.us
chi.chai@trs.state.tx.us
chriselda.gonzalez@trs.state.tx.us
claudia.williams@trs.state.tx.us
corina.scoggins@trs.state.tx.us
courtney.villalta@trs.state.tx.us
craig.mccullough@trs.state.tx.us
curt.rogers@trs.state.tx.us
david.destefano@trs.state.tx.us
david.johnson@trs.state.tx.us
david.meyer@trs.state.tx.us
deborah.ferguson@trs.state.tx.us
demetrius.pope@trs.state.tx.us
derek.clark@trs.state.tx.us
derek.peterson@trs.state.tx.us
drew.maxwell@trs.state.tx.us
frank.fernandes@trs.state.tx.us
george.ibarra@trs.state.tx.us
herman.barber@trs.state.tx.us
herman.martina@trs.state.tx.us
jaime.llano@trs.state.tx.us
james.hille@trs.state.tx.us
janis.hydak@trs.state.tx.us
jeannine.moreland@trs.state.tx.us
jeffrey.blazek@trs.state.tx.us
jeremy.aston@trs.state.tx.us
jerry.albright@trs.state.tx.us
jim.morris@trs.state.tx.us
jingshan.fu@trs.state.tx.us
john.allen@trs.state.tx.us
john.demichele@trs.state.tx.us
john.ritter@trs.state.tx.us
john.watkins@trs.state.tx.us
jon.hook@trs.state.tx.us
jyoti.gupta@trs.state.tx.us
karen.andersen@trs.state.tx.us
karen.peters@trs.state.tx.us
karoline.freeman@trs.state.tx.us
katy.hoffman@trs.state.tx.us
kay.cuclis@trs.state.tx.us
keith.garrison@trs.state.tx.us
kelly.doggett@trs.state.tx.us
kelly.newhall@trs.state.tx.us
kevin.lincoln@trs.state.tx.us
kj.vanackeren@trs.state.tx.us
komson.silapachai@trs.state.tx.us
kristi.vorce@trs.state.tx.us
larry.powell@trs.state.tx.us
lee.partridge@trs.state.tx.us

## Company & Corresponding Email Addresses

linda.wright@trs.state.tx.us
lisa.hill@trs.state.tx.us
lori.brown@trs.state.tx.us
margaret.layne@trs.state.va.us
mark.albert@trs.state.tx.us
mark.cassens@trs.state.tx.us
marshall.reid@trs.state.tx.us
martin.hurtado@trs.state.tx.us
matt.robertson@trs.state.tx.us
matthew.denbleyker@trs.state.tx.us
michael.green@trs.state.tx.us
michiro.naito@trs.state.tx.us
mohan.balachandran@trs.state.tx.us
monica.larson@trs.state.tx.us
pat.barker@trs.state.tx.us
patricia.cantu@trs.state.tx.us
patricia.garcia@trs.state.tx.us
patrick.cosgrove@trs.state.tx.us
pete.mclaughlin@trs.state.tx.us
phillip.auth@trs.state.tx.us
ralph.linn@trs.state.tx.us
richard.campbell@trs.state.tx.us
ross.willmann@trs.state.tx.us
roy.kurian@trs.state.tx.us
scot.leith@trs.state.tx.us
scott.moore@trs.state.tx.us
scott.samuel@trs.state.tx.us
sean.tracey@trs.state.tx.us
sharlyne.toon@trs.state.tx.us
shayne.mcguire@trs.state.tx.us
stacey.peot@trs.state.tx.us
stacy.syphrett@trs.state.tx.us
stephen.kim@trs.state.tx.us
steve.peterson@trs.state.tx.us
steve.sample@trs.state.tx.us
stuart.davidson@trs.state.tx.us
terri.krumnow@trs.state.tx.us
terry.harris@trs.state.tx.us
tim.jones@trs.state.tx.us
tom.cammack@trs.state.tx.us
tom.lyon@trs.state.tx.us
travis.cocke@trs.state.tx.us
victoria.wong@trs.state.tx.us
warren.tucker@trs.state.tx.us
wayne.speer@trs.state.tx.us
yanira.leon@trs.state.tx.us

**trsl**
dan@trsl.state.la.us
paula@trsl.state.la.us

**trumark**
azygarewicz@trumark.org

**trusco**
adam.stewart@trusco.com

**truscocapital**

## Company & Corresponding Email Addresses

aki.pampush@truscocapital.com
alex.okulski@truscocapital.com
andrea.beu@truscocapital.com
andrew.atkins@truscocapital.com
becky.alley@truscocapital.com
betty.pola@truscocapital.com
bill.longan@truscocapital.com
bob.rhodes@truscocapital.com
boyce.reid@truscocapital.com
brian.underwood@truscocapital.com
bryan.bakardjiev@truscocapital.com
celia.stanley@truscocapital.com
chad.stephens@truscocapital.com
charles.east@truscocapital.com
charlie.leonard@truscocapital.com
chip.campbell@truscocapital.com
chris.d.carter@truscocapital.com
chris.giglio@truscocapital.com
christopher.caputo@truscocapital.com
colleen.doremus@truscocapital.com
daniel.bromstad@truscocapital.com
daniel.thernize@truscocapital.com
david.beyer@truscocapital.com
david.mcmackin@truscocapital.com
david.young@truscocapital.com
dean.speer@truscocapital.com
deborah.hopkins@truscocapital.com
denise.wells@truscocapital.com
derek.altenbaugh@truscocapital.com
doug.mitchell@truscocapital.com
earl.denney@truscocapital.com
elliot.perny@truscocapital.com
garrett.smith@truscocapital.com
george.calvert@truscocapital.com
greg.hallman@truscocapital.com
greg.peters@truscocapital.com
gregory.fraser@truscocapital.com
howard.udis@truscocapital.com
jason.wallis@truscocapital.com
jennifer.connolly@truscocapital.com
jennifer.constine@truscocapital.com
jim.kofron@truscocapital.com
jim.luke@truscocapital.com
john.osborne@truscocapital.com
jp.yarusinski@truscocapital.com
julia.short@truscocapital.com
julie.vinar@truscocapital.com
kaltrina.baraliu@truscocapital.com
kim.maichle@truscocapital.com
kimberley.cook@truscocapital.com
lee.poage@truscocapital.com
lewis.wilson@truscocapital.com
linda.bochenski@truscocapital.com
margaret.fowler@truscocapital.com

**Company & Corresponding Email Addresses**

mark.a.smith@truscocapital.com
marty.yates@truscocapital.com
matt.boden@truscocapital.com
merlin.tolstyk@truscocapital.com
michael.somogyi@truscocapital.com
michael.welker@truscocapital.com
patrick.mason@truscocapital.com
raanan.pritzker@truscocapital.com
rick.nelson@truscocapital.com
risei.goto@truscocapital.com
robert.corner@truscocapital.com
ron.schwartz@truscocapital.com
sabrina.bowens@truscocapital.com
scott.e.craig@truscocapital.com
shelly.simpson@truscocapital.com
sonny.surkin@truscocapital.com
sowmdeb.sen@truscocapital.com
stephen.britt@truscocapital.com
stephen.futch@truscocapital.com
stephen.yarbrough@truscocapital.com
steve.noone@truscocapital.com
steven.kittrell@truscocapital.com
stuart.vanarsdale@truscocapital.com
sunita.sarathi@truscocapital.com
sunny.shreeve@truscocapital.com
tina.long@truscocapital.com
trish.myers@truscocapital.com

**trustbancorp**
kkishiyama@trustbancorp.com
mchen@trustbancorp.com

**tryg**
nathan.baruch@tryg.dk
torben.jorgensen@tryg.dk

**tsb**
alan.sippetts@tsb.co.uk

**tsbj**
david.mihlon@tsbj.com

**tsbjinc**
akral@tsbjinc.com
gjacobsen@tsbjinc.com
kbania@tsbjinc.com
lmiller@tsbjinc.com
rkekish@tsbjinc.com

**tskb**
akyildirime@tskb.com.tr
bakircii@tskb.com.tr
buyukerm@tskb.com.tr
cakiroglua@tskb.com.tr
hancia@tskb.com.tr
koftecioglug@tskb.com.tr
polatn@tskb.com.tr
tanferb@tskb.com.tr
tarimtayf@tskb.com.tr
yucek@tskb.com.tr

**Company & Corresponding Email Addresses**

**tsocorp**
ebaudendistel@tsocorp.com
jmccoy@tsocorp.com
jnguyen@tsocorp.com
mdelaossa@tsocorp.com
oschwethelm@tsocorp.com
rcoppock@tsocorp.com

**tsquarecm**
michael.russell@tsquarecm.com

**tswinvest**
bbellamy@tswinvest.com
bdonahoe@tswinvest.com
bharrell@tswinvest.com
bhawkins@tswinvest.com
cbrighton@tswinvest.com
ctafel@tswinvest.com
cwittmann@tswinvest.com
dhinchman@tswinvest.com
ejennings@tswinvest.com
freichel@tswinvest.com
ggoodykoontz@tswinvest.com
hwhitworth@tswinvest.com
jjenkins@tswinvest.com
jkokemor@tswinvest.com
jpickler@tswinvest.com
lgibson@tswinvest.com
mcreager@tswinvest.com
mcullen@tswinvest.com
mrobertson@tswinvest.com
mthompson@tswinvest.com
mtyler@tswinvest.com
pdillard@tswinvest.com
pferwerda@tswinvest.com
pvansaun@tswinvest.com
rporter@tswinvest.com
shorsley@tswinvest.com
smiller@tswinvest.com
soakey@tswinvest.com
tcoleman@tswinvest.com
tminnick@tswinvest.com
tthomson@tswinvest.com

**t-systems**
carsten.wallmeier@t-systems.com
christian.ammer@t-systems.com
constanze.jung@t-systems.com
francesco.dibari@t-systems.de
henning.heinrich@t-systems.com
nilesh.paranjape@t-systems.com
roy.vageskar@t-systems.com
thomas.looschen@t-systems.com
wolfgang.bufe@t-systems.com

**ttbgam**
mtsuruta@ttbgam.co.uk

**ttc**

## Company & Corresponding Email Addresses

chughes@ttc.co.san-bernardino.ca.us

### ttcpa

jbyerly@ttcpa.sbcounty.gov
rderdowski@ttcpa.sbcounty.gov

### ttmc

alexu@ttmc.com
steveb@ttmc.com

### ttu

charlie.wall@ttu.edu

### tucsonelectric

phux@tucsonelectric.com

### tudor

adam.grunfeld@tudor.com
adam.odorczuk@tudor.com
alberto.antonini@tudor.com
alberto.musalem@tudor.com
alex.gordon@tudor.com
alex@tudor.com
allison.aikman@tudor.com
amb@tudor.com
amit.hampel@tudor.com
andrew.flynn@tudor.com
andrew.gellert@tudor.com
andrew.mulberry@tudor.com
andrew.smith@tudor.com
andrew@tudor.com
andy.waugh@tudor.com
angel.ubide@tudor.com
anthony.pizzino@tudor.com
aogorman@tudor.com
ashley.fox@tudor.com
ashwin.vasan@tudor.com
aspascoa@tudor.com
bill.curtis@tudor.com
bill.lu@tudor.com
bjorn.nielsen@tudor.com
bob.mcnally@tudor.com
bobm@tudor.com
brandon.sica@tudor.com
brock.saunders@tudor.com
brooke.bernstein@tudor.com
bruce.bolton@tudor.com
bruce.townsend@tudor.com
bschorn@tudor.com
carl.fantasia@tudor.com
caroline.meroz@tudor.com
chris.long@tudor.com
christopher.eitzmann@tudor.com
cjones@tudor.com
clive.stevens@tudor.com
cmunroe@tudor.com
cormac.kinney@tudor.com
dan.baxter@tudor.com
dan.lee@tudor.com

**Company & Corresponding Email Addresses**

dan.schiff@tudor.com
daniel.campbell@tudor.com
daniel.farren@tudor.com
daniel.pelletier@tudor.com
darryl.schall@tudor.com
david.dix@tudor.com
david.moore@tudor.com
david.silbering@tudor.com
david.tompkins@tudor.com
david.white@tudor.com
deborah.elliot@tudor.com
deborah.miller@tudor.com
dennis.follmer@tudor.com
dhart@tudor.com
dimitry.shklovsky@tudor.com
doug.hart@tudor.com
elaine.lingle@tudor.com
em-research@tudor.com
eorlander@tudor.com
eric.olander@tudor.com
eric.ross@tudor.com
findata-vendor@tudor.com
francesca.massone@tudor.com
fsaldan@tudor.com
garth.jonson@tudor.com
gary.cheung@tudor.com
geraldine.savastano@tudor.com
glenn.christal@tudor.com
guang-liang.he@tudor.com
helpdesk@tudor.com
hni@tudor.com
hnudelman@tudor.com
howard.spector@tudor.com
hrao@tudor.com
james.cooke@tudor.com
jamesxu@tudor.com
jan.hedges@tudor.com
janeen.donati@tudor.com
janerik.warneryd@tudor.com
jason.jennaro@tudor.com
jeff.silverman@tudor.com
jennifer.ahearn@tudor.com
jeremy.fand@tudor.com
jessica.david@tudor.com
jhelmers@tudor.com
jim.pallotta@tudor.com
jim.phelan@tudor.com
jim.pulaski@tudor.com
john.dolan@tudor.com
john.macfarlane@tudor.com
john.sack@tudor.com
john.torell@tudor.com
joshua.fox@tudor.com
joshua.mcinerney@tudor.com

## Company & Corresponding Email Addresses

joyce.choi@tudor.com
jpatafio@tudor.com
jryu@tudor.com
jtormey@tudor.com
kcook@tudor.com
kenneth.cheong@tudor.com
kevin.oles@tudor.com
kishi@tudor.com
kmilsom@tudor.com
lalit.narayan@tudor.com
lauren.garner@tudor.com
laurens.leerink@tudor.com
lesley.anderson@tudor.com
lleon@tudor.com
louise@tudor.com
lourenco.bastostigre@tudor.com
luis.roco@tudor.com
marc.shivers@tudor.com
maria.carbone@tudor.com
marisa.mackey@tudor.com
mark.forziati@tudor.com
mark.hillery@tudor.com
mark.houghton@tudor.com
mark.pickard@tudor.com
marlane.pereiro@tudor.com
matt@tudor.com
mbrown@tudor.com
michael.lins@tudor.com
michael.stansky@tudor.com
michelle.kelner@tudor.com
mikael.andren@tudor.com
mike.riccardi@tudor.com
mlutz@tudor.com
mohamed.alam@tudor.com
neal.wadhera@tudor.com
neil.desai@tudor.com
neil.smaldon@tudor.com
nicholas.raho@tudor.com
paolo.vico@tudor.com
patrick.carney@tudor.com
patrick.dunn@tudor.com
patrick.ryan@tudor.com
paul.kong@tudor.com
peter.monaco@tudor.com
peter.swank@tudor.com
randall@tudor.com
research1@tudor.com
research-newsletter-data@tudor.com
rhd@tudor.com
richard.berthiaume@tudor.com
richard.fuld@tudor.com
richard.jackson@tudor.com
richard.pike@tudor.com
rick.ganong@tudor.com

**Company & Corresponding Email Addresses**

rmarsh@tudor.com
rmiriam@tudor.com
rob.broggi@tudor.com
robert.ott@tudor.com
roy.standfest@tudor.com
sally.waugh@tudor.com
simon.gillis@tudor.com
sjames@tudor.com
spencer@tudor.com
stephen.bernardi@tudor.com
steve.evans@tudor.com
steve.mathews@tudor.com
susan.dewhurst@tudor.com
sysops@tudor.com
tara.abidi@tudor.com
ted.clark@tudor.com
terry.cooke@tudor.com
thayer.swallen@tudor.com
therese.oswald@tudor.com
thirao@tudor.com
todd.edgar@tudor.com
tommy.zovich@tudor.com
tony.briney@tudor.com
trychlik@tudor.com
uhoffman@tudor.com
ulrike.hoffmann-burchardi@tudor.com
vchow@tudor.com
vgade@tudor.com
vinnie.gade@tudor.com
vinnie@tudor.com
vladamir.zelkov@tudor.com
wade.schwartz@tudor.com
whe@tudor.com
whuston@tudor.com
william.flaherty@tudor.com

**tui**
peter.ganz@tui.com

**tullib**
dhamilton@tullib.com
gfaedi@tullib.com
irehm@tullib.com
mflachsmann@tullib.com
mscott@tullib.com
pepstein@tullib.com
sbecuzzi@tullib.com

**turner**
kgates@turner.com

**turner-invest**
fls@turner-invest.com
jdp@turner-invest.com
jim@turner-invest.com

**turnerinvestments**
bclark@turnerinvestments.com
bfarley@turnerinvestments.com

## Company & Corresponding Email Addresses

bne@turnerinvestments.com
bturcotte@turnerinvestments.com
cfrantzen@turnerinvestments.com
cmchugh@turnerinvestments.com
dbrenia@turnerinvestments.com
dhirsch@turnerinvestments.com
dhonold@turnerinvestments.com
dkovacs@turnerinvestments.com
dmcmanus@turnerinvestments.com
dsmith@turnerinvestments.com
fsustersic@turnerinvestments.com
gcromwell@turnerinvestments.com
hmcmeekin@turnerinvestments.com
hoshea@turnerinvestments.com
jbarrett@turnerinvestments.com
jbatten@turnerinvestments.com
jclark@turnerinvestments.com
jfh@turnerinvestments.com
jkrocheski@turnerinvestments.com
jrt@turnerinvestments.com
jschrotberger@turnerinvestments.com
kfurgiule@turnerinvestments.com
ks@turnerinvestments.com
mbianchi@turnerinvestments.com
mglaser@turnerinvestments.com
mhinmon@turnerinvestments.com
mlozano@turnerinvestments.com
mlr@turnerinvestments.com
mquigley@turnerinvestments.com
mtopley@turnerinvestments.com
mturner@turnerinvestments.com
mwukitsch@turnerinvestments.com
pechavarria@turnerinvestments.com
rclarke@turnerinvestments.com
rparlanti@turnerinvestments.com
rturner@turnerinvestments.com
rwetmore@turnerinvestments.com
schang@turnerinvestments.com
sgold@turnerinvestments.com
sk@turnerinvestments.com
sswickard@turnerinvestments.com
steveg@turnerinvestments.com
tdibella@turnerinvestments.com
thedlund@turnerinvestments.com
thoang@turnerinvestments.com
vshankaran@turnerinvestments.com
wmcvail@turnerinvestments.com

**tva**
chris.stinett@tva.com
vbisaria@tva.gov

**twdb**
gerald.slater@twdb.state.tx.us

**tweedy**
areda@tweedy.com

## Company & Corresponding Email Addresses

bborer@tweedy.com
csenior@tweedy.com
elarner@tweedy.com
fhawrylak@tweedy.com
lgerski@tweedy.com
ljereski@tweedy.com
pneri@tweedy.com
tshrager@tweedy.com
wbrowne@tweedy.com

**twfhclife**
832860@twfhclife.com.tw

**twi**
ed.ruggiero@twi.com
rich.bressler@twi.com

**uab**
raza.hussain@uab.ae

**uaf-fr**
ifascia@uaf-fr.com
mnguyen@uaf-fr.com

**ual**
mark.heuer@ual.com

**uamc**
hildamelendez@uamc.com
johnhall@uamc.com
kirkpark@uamc.com

**uaw**
pkrell@uaw.net

**ub**
aosaka_yasuhiko@ub.smbc.co.jp
arako_hideyuki@ub.smbc.co.jp
domae_masahiro@ub.smbc.co.jp
hirano_kenzo@ub.smbc.co.jp
iwai_kazushi@ub.smbc.co.jp
kawara_akihiro@ub.smbc.co.jp
nakamura_nobuaki@ub.smbc.co.jp
nobuhiro_morita@ub.smbc.co.jp

**ubae**
antonino.sprizzi@ubae.it
giulio.campello@ubae.it
massimiliano.schiavoni@ubae.it

**ubibanca**
daniele.pellegrino@ubibanca.it
fabrizio.valzelli@ubibanca.it
stefano.tiraboschi@ubibanca.it

**ubipramerica**
c.serini@ubipramerica.it

**ubk**
burnettr@ubk.net
healym@ubk.net
mcraea@ubk.co.uk
michael.collis@ubk.net
reynoldr@ubk.co.uk
stakemm@ubk.net
withamd@ubk.co.uk

## Company & Corresponding Email Addresses

### ubk-plc
gohar.bilal@ubk-plc.com
jeff.dober@ubk-plc.com
peter.roseblade@ubk-plc.com
wilkinsn@ubk-plc.com

### ubm
adriano.poli@ubm.it
alberto.casari@ubm.com
alberto.distefano@ubm.it
alessandro.abbenda@ubm.it
alessia.gaddi@ubm.it
amalotchko.consulente@ubm.unicredit.it
angelo.bigoni@ubm.it
caterina.tamborra@ubm.it
davide.campo@ubm.it
davide.colombo@ubm.it
domenicantonio.degiorgio@ubm.it
elena.bellini@ubm.it
fabio.dezordo@ubm.unicredit.it
fabrizio.ferrini@ubm.unicredit.it
federica.ottavio@ubm.it
franco.spiccia@ubm.unicredit.it
gianfranco.capano@ubm.it
iulca.giussani@ubm.it
julia.scardova@ubm.unicredit.it
loredana.lombardini@ubm.it
lorenzo.ippoliti@ubm.it
luca.bortolami@ubm.unicredit.it
marco.aschieri@ubm.it
marco.funto@ubm.it
marco.mussini@ubm.it
massimo.bianchi@ubm.it
nicola.ferrari@ubm.it
nicola.pochettino@ubm.it
paolo.manfredini@ubm.it
roberto.pezzoli@ubm.it
roberto.tona@ubm.it
sabrina.manco@ubm.it
sandra.armetta@.ubm.com
sandra.rizzuto@ubm.it
sara.bertogali@ubm.it
sara.metelli@ubm.it
sergio.madeo@ubm.it
sergio.molisani@ubm.it
stefano.alberigo@ubm.it

### uboc
andrew.baron@uboc.com
april.tuders@uboc.com
ben.wood@uboc.com
bernard.tsui@uboc.com
bhong@uboc.com
brian.schelter@uboc.com
chris.niles@uboc.com
chris.smiley@uboc.com

**Company & Corresponding Email Addresses**

christina.buck@uboc.com
cori.farwell@uboc.com
craig.burrell@uboc.com
daniel.zbyvatel@uboc.com
dave.dobon@uboc.com
david.coffey@uboc.com
david.rhee@uboc.com
david.wines@uboc.com
dennis.macritchie@uboc.com
dorothy.cooney@uboc.com
erin.selleck@uboc.com
florence.velten@uboc.com
gene.tsui@uboc.com
glen.schneiderman@uboc.com
gordon.erb@uboc.com
gregroy.jordan@uboc.com
hitesh.mehta@uboc.com
hon.to@uboc.com
jack.jazmadarian@uboc.com
jake.lee@uboc.com
jeff.sakamoto@uboc.com
jeffery.volrath@uboc.com
jeffrey.hiraishi@uboc.com
jeffrey.katz@uboc.com
jim.griffin@uboc.com
joan.farrell@uboc.com
john.rice@uboc.com
john.utz@uboc.com
johnark.lee@uboc.com
k.hamahashi@uboc.com
kim.ohara@uboc.com
kurt.hocker@uboc.com
lanyee.chan@uboc.com
larry.seipelt@uboc.com
leslie.well@uboc.com
louise.sepulveda@uboc.com
mark.kreymer@uboc.com
mark.penson@uboc.com
matthew.sargent@uboc.com
michael.ginestro@uboc.com
michael.hayashida@uboc.com
michael.tschida@uboc.com
mike.soccio@uboc.com
patti.cheung@uboc.com
preston.walters@uboc.com
richard.grahman@uboc.com
robert.dawson@uboc.com
robert_bigelow@uboc.com
scott.jessup@uboc.com
sean.toranji@uboc.com
sebastian.sandoval@uboc.com
stender.sweeney@uboc.com
steven.ikemura@uboc.com
tanya.klymkowych@uboc.com

**Company & Corresponding Email Addresses**

tomoko.iwakawa@uboc.com

willy.wolfe@uboc.com

**ubp**

aco@ubp.ch

aho@ubp.ch

aka@ubp.ch

ala@ubp.ch

alr@ubp.ch

amm@ubp.ch

ant@ubp.ch

arc@ubp.ch

arh@ubp.ch

ati@ubp.ch

bdb@ubp.ch

bem@ubp.ch

ber@ubp.ch

bff@ubp.ch

bjp@ubp.ch

boc@ubp.ch

bro@ubp.ch

but@ubp.ch

cay@ubp.ch

chg@ubp.ch

cho@ubp.ch

christophe.bernard@ubp.ch

cko@ubp.ch

clo@ubp.ch

cok@ubp.ch

ddepicciotto@ubp.com

dee@ubp.ch

dgh@ubp.ch

dgi@ubp.ch

djk@ubp.ch

dmn@ubp.ch

dnf@ubp.ch

dpenseyres@ubp.com

dwm@ubp.ch

era@ubp.ch

erz@ubp.ch

esc@ubp.ch

etj@ubp.ch

fbe@ubp.ch

fjo@ubp.ch

fod@ubp.ch

frd@ubp.ch

fru@ubp.ch

gap@ubp.ch

gbp@ubp.ch

gg@ubp.ch

gil@ubp.ch

gjm@ubp.ch

gln@ubp.ch

gth@ubp.ch

gul@ubp.ch

**Company & Corresponding Email Addresses**

haj@ubp.ch
hjo@ubp.ch
hmt@ubp.ch
jaw@ubp.ch
jgo@ubp.ch
jne@ubp.ch
jsa@ubp.ch
kav@ubp.ch
khr@ubp.ch
kod@ubp.ch
lae@ubp.ch
lat@ubp.ch
lax@ubp.ch
lpe@ubp.ch
lsp@ubp.ch
ltr@ubp.ch
mdm@ubp.ch
mdp@ubp.ch
mom@ubp.ch
moo@ubp.ch
mrk@ubp.ch
msy@ubp.ch
mun@ubp.ch
nle@ubp.ch
nma@ubp.ch
npo@ubp.ch
ola@ubp.ch
omo@ubp.ch
op@ubp.ch
ora@ubp.ch
pcl@ubp.ch
pcr@ubp.ch
pec@ubp.ch
pgr@ubp.ch
ph@ubp.ch
pha@ubp.ch
phn@ubp.ch
plo@ubp.ch
pmf@ubp.ch
pnf@ubp.ch
ppt@ubp.ch
pri@ubp.ch
prp@ubp.ch
ptr@ubp.ch
pwir@ubp.ch
rdc@ubp.ch
rea@ubp.ch
rer@ubp.ch
rme@ubp.ch
rob@ubp.ch
rsb@ubp.ch
rsp@ubp.ch
rtl@ubp.ch
ruu@ubp.ch

**Company & Corresponding Email Addresses**

rwq@ubp.ch
sck@ubp.ch
sem@ubp.ch
sgy@ubp.ch
sjb@ubp.ch
ski@ubp.ch
skr@ubp.ch
snn@ubp.ch
str@ubp.ch
syi@ubp.ch
ths@ubp.ch
tor@ubp.ch
uts@ubp.ch
wgowen@ubp.com
zak@ubp.ch

**ubpam**

dt@ubpam.com
ri@ubpam.com

**ubs**

aaron.balsam@ubs.com
aaron.matzinger@ubs.com
aaron.scott@ubs.com
aaron.stephens@ubs.com
aarti.shah@ubs.com
abraham.joseph@ubs.com
abraham.lifszyc@ubs.com
achim.peijan@ubs.com
adrian-matthias.weibel@ubs.com
adriano.maranta@ubs.com
aengus.mcmahon@ubs.com
agathe.bolli@ubs.com
agnieszka.felecka@ubs.com
agnieszka.kudaj@ubs.com
ai-khanh.tran@ubs.com
alain.bissat@ubs.com
alain.eckmann@ubs.com
alain.piccinni@ubs.com
alan.patterson@ubs.com
albert.aberli@ubs.com
albert.jennings@ubs.com
albert.kuebler@ubs.com
albert.tsuei@ubs.com
alberto.martinelli@ubs.com
aldo.fischlin@ubs.com
alec.duchatellier@ubs.com
alejandro.nunez@ubs.com
alejandro.urbina@ubs.com
aleksandar.vucenovic@ubs.com
aleksey.zaurov@ubs.com
alessandra.lenoci@ubs.com
alessandro.barbi@ubs.com
alessandro.dagaro@ubs.com
alessio.hofer@ubs.com
alex.hume@ubs.com

## Company & Corresponding Email Addresses

alex.jaecklin@ubs.com
alex.kao@ubs.com
alex.manz@ubs.com
alex.nagel@ubs.com
alex.schoenberger@ubs.com
alexander.alli@ubs.com
alexander.ganz@ubs.com
alexander.kobler@ubs.com
alexandra.chester@ubs.com
alexandra.derungs@ubs.com
alexandra.iliadis@ubs.com
alexandra-a.mahoney@ubs.com
alexandre.marcuard@ubs.com
alison.o-leary@ubs.com
alistair.mcgiven@ubs.com
alix.stewart@ubs.com
allen.cheung@ubs.com
amanda.arkley@ubs.com
amarnath.reganti@ubs.com
amele@ubs.com
anda.rezaioff@ubs.com
andre.brisacher@ubs.com
andre.pluess@ubs.com
andre.ryf@ubs.com
andrea.bornaghi@ubs.com
andrea.maerk@ubs.com
andreas.freihofer@ubs.com
andreas.hinz@ubs.com
andreas.hoefert@ubs.com
andreas.hug@ubs.com
andreas.leichter@ubs.com
andreas.maerk@ubs.com
andreas.muenst@ubs.com
andreas.scherrer@ubs.com
andreas.schmidlin@ubs.com
andreas.sidler@ubs.com
andreas-za.rueegg@ubs.com
andrej.grossmann@ubs.com
andres.harr@ubs.com
andrew.cahill@ubs.com
andrew.clifton@ubs.com
andrew.ho@ubs.com
andrew.lane@ubs.com
andrew.larson@ubs.com
andrew.maclaren@ubs.com
andrew.mcguire@ubs.com
andrew.strommen@ubs.com
andrew.sutphin@ubs.com
andrew.white@ubs.com
andrew.wilkins@ubs.com
andy.gang@ubs.com
andy.martin@ubs.com
andy.witten@ubs.com
angel.bunesch@ubs.com

**Company & Corresponding Email Addresses**

angelo.papale@ubs.com
angelo.ranaldo@ubs.com
angus.muirhead@ubs.com
anirudh.srivastava@ubs.com
anne.briglia@ubs.com
anne.minahan@ubs.com
anne-caroline.szybilski@ubs.com
anne-marie.heverin@ubs.com
annick.lauper@ubs.com
anthony.hes@ubs.com
anthony.lechiara@ubs.com
antoine.foetisch@ubs.com
antoinette.addison@ubs.com
anton.karadakov@ubs.com
antonia.koenig@ubs.com
antonio.manzini@ubs.com
antonio.piras@ubs.com
antony.sander@ubs.com
anupam.agrawal@ubs.com
april.robbins@ubs.com
arancha.cano@ubs.com
archana.anumula@ubs.com
arian.faesch@ubs.com
armeen.bhesania@ubs.com
armin.hasler@ubs.com
arnaud.benoist-vidal@ubs.com
art.gresh@ubs.com
arthur.laichtman@ubs.com
arthur.wichmann@ubs.com
arunabh.singh@ubs.com
asaf.buchner@ubs.com
ashley.patterson@ubs.com
astrid.laskowski@ubs.com
athos.bouyakos@ubs.com
aude.nerac@ubs.com
augustin.werner@ubs.com
axel.nygaard@ubs.com
banu.simmons-sueer@ubs.com
barbara.barreca@ubs.com
barbara.english@ubs.com
barbara.gruenewald@ubs.com
barbara.passy@ubs.com
barbara.weston@ubs.com
barry.channon@ubs.com
barry.mcalinden@ubs.com
basil.keller@ubs.com
beat.jakob@ubs.com
beat.john@ubs.com
beat.kempf@ubs.com
beat.moser@ubs.com
beat.schmocker@ubs.com
beat.wagner@ubs.com
beatrice.brunner@ubs.com
bekim.laski@ubs.com

**Company & Corresponding Email Addresses**

belinda.couniotakis@ubs.com
ben.faulkner@ubs.com
ben.nielson@ubs.com
ben.yuen@ubs.com
benedict.nielsen@ubs.com
benno.weber@ubs.com
ben-y.zhang@ubs.com
bernard.bochatey@ubs.com
bernard.hunter@ubs.com
bernard.wong@ubs.com
bernd.hahn@ubs.com
bernhard.kern@ubs.com
bernhard.obenhuber@ubs.com
bertrand.guerin@ubs.com
betsy.kadlec@ubs.com
bhaskar.sriyapu@ubs.com
bill.carroll@ubs.com
bill.talbot@ubs.com
bill-za.martin@ubs.com
bin.shi@ubs.com
bking@ubs.com
blake.hiltabrand@ubs.com
bojan.petrovich@ubs.com
bonnie.goldsborough@ubs.com
bonnie.wang@ubs.com
boris.rohrer@ubs.com
brandan.lavalle@ubs.com
brandon.bonfig@ubs.com
brandon.kornhaber@ubs.com
branimir.petranovic@ubs.com
brendan.hobal@ubs.com
brendan.lavelle@ubs.com
brett.schechterman@ubs.com
brian.boonstra@ubs.com
brian.fehrenbach@ubs.com
brian.gallagher@ubs.com
brian.markovich@ubs.com
brian.mcmartin@ubs.com
brian.oreilly@ubs.com
brian.pannuzzo@ubs.com
brian.pearce@ubs.com
brian.rigert@ubs.com
brian.singer@ubs.com
brinson@ubs.com
britta.simon@ubs.com
bruce.ebnother@ubs.com
bruno.bertocci@ubs.com
bruno.guldener@ubs.com
bruno.heusser@ubs.com
bruno.lechevallier@ubs.com
bruno.marxer@ubs.com
bryan.ashenberg@ubs.com
bryan.choo@ubs.com
bryan.turner@ubs.com

**Company & Corresponding Email Addresses**

carl.berrisford@ubs.com
carl.vine@ubs.com
carlo.muschietti@ubs.com
carmen.fabian@ubs.com
carole.ratsimandresy-walter@ubs.com
caroline.dupuy@ubs.com
caroline.keany@ubs.com
caroline.miller@ubs.com
caroline.mueller@ubs.com
carsten.schlufter@ubs.com
carter.mccaslin@ubs.com
casey.whymark@ubs.com
cathy.witeck@ubs.com
cedric.degen@ubs.com
celine.jaber@ubs.com
cesare.valeggia@ubs.com
chad.kusserow@ubs.com
charles.bull@ubs.com
charles.gorman@ubs.com
charles.mathys@ubs.com
charles.service@ubs.com
charlotte.baenninger@ubs.com
chee-seng.chan@ubs.com
chester.wierciak@ubs.com
chetan.dandavate@ubs.com
chin-chern.soen@ubs.com
chin-keong.tan@ubs.com
chirag.sheth@ubs.com
chris.bak-phillips@ubs.com
chris.brewster@ubs.com
chris.salvisberg@ubs.com
chris.shibutani@ubs.com
christian.basler@ubs.com
christian.carrillo@ubs.com
christian.dysli@ubs.com
christian.evans@ubs.com
christian.gast@ubs.com
christian.jochum@ubs.com
christian.schoen@ubs.com
christian.senn@ubs.com
christian.tanner@ubs.com
christian.unternaehrer@ubs.com
christian.zwahlen@ubs.com
christiana.toutet@ubs.com
christina.lam@ubs.com
christof.gerstenkorn@ubs.com
christoph.arnold@ubs.com
christoph.hugi@ubs.com
christoph.ritter@ubs.com
christoph.windlin@ubs.com
christopher.noll@ubs.com
christopher.rew@ubs.com
christopher.shea@ubs.com
christy.pedersen@ubs.com

**Company & Corresponding Email Addresses**

cj.sylvester@ubs.com
claude.gaudin@ubs.com
claudia.dummermuth@ubs.com
claudia.edelmann@ubs.com
claudio.corsi@ubs.com
clive.richardson@ubs.com
clive.standish@ubs.com
colin-d.alexander@ubs.com
colleen.brophy@ubs.com
colleen.farrell@ubs.com
connie.yan@ubs.com
corinna.traumueller@ubs.com
cornel.egger@ubs.com
costa.vayenas@ubs.com
craig.ellinger@ubs.com
craig.walling@ubs.com
cybele.almeida@ubs.com
cyril.berchtold@ubs.com
dalibor.maksimovic@ubs.com
dan.berger@ubs.com
dan.dubrow@ubs.com
dan.shoenholz@ubs.com
daniel.alonso@ubs.com
daniel.bloom@ubs.com
daniel.diaz@ubs.com
daniel.edelman@ubs.com
daniel.etter@ubs.com
daniel.fabbri@ubs.com
daniel.hammar@ubs.com
daniel.kalt@ubs.com
daniel.koenig@ubs.com
daniel.kremer@ubs.com
daniel.lienhard@ubs.com
daniel.lutz@ubs.com
daniel.manz@ubs.com
daniel.matviyenko@ubs.com
daniel.pass@ubs.com
daniel.philips@ubs.com
daniel.rempfler@ubs.com
daniel.shea@ubs.com
daniel.sowho@ubs.com
daniel.t.brown@ubs.com
daniela.marder@ubs.com
daniela.rodriguez-valer@ubs.com
daniela.rodriquez-valer@ubs.com
daniela.steinbrinkmattei@ubs.com
daniele.cometto@ubs.com
danielle.cassidy@ubs.com
daniel-ze.meier@ubs.com
darren.starr@ubs.com
dave.hoskins@ubs.com
david.bailey@ubs.com
david.balmon@ubs.com
david.disque@ubs.com

**Company & Corresponding Email Addresses**

david.dorgee@ubs.com
david.faulke@ubs.com
david.hobbs@ubs.com
david.hochuli@ubs.com
david.horisberger@ubs.com
david.howey@ubs.com
david.kauppila@ubs.com
david.lefkowitz@ubs.com
david.lettenberger@ubs.com
david.morrow@ubs.com
david.moylett@ubs.com
david.perrett@ubs.com
david.perrotta@ubs.com
david.ric@ubs.com
david.ristau@ubs.com
david.rothweiler@ubs.com
david.small@ubs.com
david.soldatic@ubs.com
david.strouse@ubs.com
david.sullivan@ubs.com
david.wabnik@ubs.com
david.walczak@ubs.com
david-h.kim@ubs.com
david-l.jones@ubs.com
david-r.long@ubs.com
dawn.zerillo@ubs.com
dean.crowe@ubs.com
dean.ungar@ubs.com
debbie.baggett@ubs.com
debbie.johnson@ubs.com
debbie.sanger@ubs.com
deborah.jang@ubs.com
debra.freschl@ubs.com
deepkumar.gandhi@ubs.com
delphine.benahim@ubs.com
delphine.bourrilly@ubs.com
demetri.goradetsky@ubs.com
dena.hydes@ubs.com
denise.groeger@ubs.com
derek.sasveld@ubs.com
desmond.tjiang@ubs.com
dev.sahai@ubs.com
dfriedma@ubs.com
dgagliano@ubs.com
diana.brandsema@ubs.com
diana.mathewson@ubs.com
diane.carabella@ubs.com
diane.green@ubs.com
digby.armstrong@ubs.com
dimitrios.vomvas@ubs.com
dimple.kaur@ubs.com
dirk.faltin@ubs.com
dirk.renkert@ubs.com
dirk.siefert@ubs.com

## Company & Corresponding Email Addresses

djones@ubs.com
dkhanna@ubs.com
domingo.kim@ubs.com
dominic.schnider@ubs.com
dominik.brunner@ubs.com
dominik.popp@ubs.ch
dominique.ferrat@ubs.com
don.oliver@ubs.com
donald.jackson@ubs.com
donghong.zheng@ubs.com
donna.quon@ubs.com
doug.flegg@ubs.com
douglas.hayley-barker@ubs.com
douglas.lehman@ubs.com
dragan.sestovic@ubs.com
drew.carrington@ubs.com
duccio.giovannini@ubs.com
duncan.larraz@ubs.com
dvermann@ubs.com
eddie.ko@ubs.com
edmond.granges@ubs.com
edouard.senechal@ubs.com
edward.filippi@ubs.com
edward.graham@ubs.com
edward.hasse@ubs.com
edward.kramer@ubs.com
edward.oppedisano@ubs.com
edward-j.haase@ubs.com
edwin.denson@ubs.com
edwy.zoonekynd@ubs.com
egerry@ubs.com
eharris@ubs.com
eileen.keating@ubs.com
elias.chrysostomou@ubs.com
elizabeth.dirlam@ubs.com
elizabeth.ott@ubs.com
elizabeth.scott@ubs.com
ellen.bakke@ubs.com
emily.meek@ubs.com
enrique.gomez-tagle@ubs.com
ephrem.shiu@ubs.com
eric.carlson@ubs.com
eric.chevallier@ubs.com
eric.foelmli@ubs.com
eric.glicksman@ubs.com
eric.kaplan@ubs.com
eric.leng@ubs.com
eric.maidenberg@ubs.com
eric.mark@ubs.com
eric.staudt@ubs.com
erika.rosado@ubs.com
erin.lawler@ubs.com
ernst.rohner@ubs.com
etain.mcmahon@ubs.com

## Company & Corresponding Email Addresses

etienne.varloot@ubs.com
eun.lee@ubs.com
evan.kominsky@ubs.com
evie.limas@ubs.com
fabian.buchmann@ubs.com
fabian.hildbrand@ubs.com
fabio.feitler@ubs.com
fabio-pietro.ferrari@ubs.com
fabrice.schwarzmann@ubs.com
farhan.naqvi@ubs.com
fedra.del-aquila@ubs.com
felipe.vivacqua-pinto@ubs.com
felix.brill@ubs.com
felix.heinser@ubs.com
felix.landsiedl@ubs.com
felix.stauffer@ubs.com
feyzullah.egriboyun@ubs.com
fiona.neill@ubs.com
firstname.surname@ubs.com
frances.williams@ubs.com
francesco.di-benedetto@ubs.com
francesco.forni@ubs.com
francis.anner@ubs.com
francois.brunault@ubs.com
francois.chavanne@ubs.com
frank.bisdorf@ubs.com
frank.cross@ubs.com
frank.else@ubs.com
frank.fiore@ubs.com
frank.goergen@ubs.com
frank.knapp@ubs.com
frank.lubrich@ubs.com
frank.manduca@ubs.com
frank.muesel@ubs.com
frank.sikora@ubs.com
frank.vallario@ubs.com
fred.lee@ubs.com
freddie.napier@ubs.com
frederic.gajdos@ubs.com
frieder.helbrecht@ubs.com
gabriel.csendes@ubs.com
gabriella.abderhalden@ubs.com
gabrielle.perregaux@ubs.com
gaelle.trezza@ubs.com
gary.clunie@ubs.com
gary.cunningham@ubs.com
gary.herrmann@ubs.com
gary.plummer@ubs.com
gaudenz.schneider@ubs.com
gaurav.agarwal@ubs.com
gene.ko@ubs.com
geoff.limroth@ubs.com
geoffroy.buffetrille@ubs.com
georg.nikolaidis@ubs.com

**Company & Corresponding Email Addresses**

georg.reichelmeier@ubs.com
george.halaby@ubs.com
george.lambertson@ubs.com
georges.marival@ubs.com
georgios.sakoulis@ubs.com
gerard.de-senarclens@ubs.com
gerard.holinski@ubs.com
gerard.meier@ubs.com
gerard.sistek@ubs.com
gerard.yeo@ubs.com
gerit.heinz@ubs.com
gero.freund@ubs.com
giacomo.rallo@ubs.com
gianreto.camboni@ubs.com
gianreto.gamboni@ubs.com
gilbert.ruiz@ubs.com
gilles-andre.bey@ubs.com
gina.saleem@ubs.com
giorgio.cattacin@ubs.com
giorgio.cortiana@ubs.com
giovanni.staunovo@ubs.com
glenn.schorr@ubs.com
graham.cohen@ubs.com
graham.glass@ubs.com
graham.pattle@ubs.com
graham.vance@ubs.com
grainne.bolland@ubs.com
grant.chamberlain@ubs.com
greg.trinks@ubs.com
greg.wachsman@ubs.com
gregor.d-adam@ubs.com
gregory.hung@ubs.com
guido.bigger@ubs.com
guilherme.pini@ubs.com
guillermo.bublik@ubs.com
gustav.biner@ubs.com
gwenael.allouche@ubs.com
hannes.honnegger@ubs.com
hans.dramm@ubs.com
hans.sanders@ubs.com
hansjoerg.borutta@ubs.com
hans-peter.hausheer@ubs.com
hans-ulrich.jost@ubs.com
harley.esposito@ubs.com
harold.singleton@ubs.com
harold-clifford.meye@ubs.com
hartmut.issel@ubs.com
heenal.patel@ubs.com
heeralal.choudhary@ubs.com
heiner.speich@ubs.com
heinz.haemmerli@ubs.com
heinz.kaiser@ubs.com
heinz.ruettimann@ubs.com
heinz-za.schumacher@ubs.com

## Company & Corresponding Email Addresses

henry.lee@ubs.com
henry.schmeltzer@ubs.com
henry.stalder@ubs.com
henry.tang@ubs.com
hermann.rittmeyer@ubs.com
hippolyte.de-weck@ubs.com
holger.steppack@ubs.com
holly.hollub@ubs.com
hongbing.hsu@ubs.com
hon-hoong.chong@ubs.com
hope.lundt@ubs.com
hubert.lienhard@ubs.com
huylao.derungs@ubs.com
hywel.franklin@ubs.com
ian.ashment@ubs.com
ian.black@ubs.com
ian.cross@ubs.com
ian.mcintosh@ubs.com
ian.paczek@ubs.com
ian.pitfield@ubs.com
ian.quek@ubs.com
igor.lasun@ubs.com
igor.nicolay@ubs.com
igor.nikolay@ubs.com
ilija.murisic@ubs.com
ingeborg.schumacher@ubs.com
ioannis.drikos@ubs.com
irg.buehrer@ubs.com
irina.budnikova@ubs.com
isa.scheunpflug@ubs.com
isak.ahlbom@ubs.com
ivan.caiola@ubs.com
ivano.colanero@ubs.com
jacob.bjorheim@ubs.com
jacob.miller@ubs.com
jacqueline.smith@ubs.com
jacquelyn.laux@ubs.com
jacques.beuchat@ubs.com
jae.kim@ubs.com
jakob.krummenacher@ubs.com
james.cassidy@ubs.com
james.chao@ubs.com
james.craft@ubs.com
james.furman@ubs.com
james.hedley@ubs.com
james.hnilo@ubs.com
james.law@ubs.com
james.malles@ubs.com
james.mclellan@ubs.com
james.sherman@ubs.com
jamie.coutts@ubs.com
jamil.marques@ubs.com
jan.peterhans@ubs.com
jan.scherer@ubs.com

## Company & Corresponding Email Addresses

janice.daly@ubs.com
jan-marc.fergg@ubs.com
jarard.blake@ubs.com
jared.heine@ubs.com
jasmeet-s.chadha@ubs.com
jasmina.milicevic@ubs.com
jason.bastedo@ubs.com
jason.feller@ubs.com
jason.jackal@ubs.com
jason.lai@ubs.com
jason.modine@ubs.com
jason.perlioni@ubs.com
jason.spieler@ubs.com
jaspal.tuli@ubs.com
jatin.doktor@ubs.com
jean-baptiste.baezner@ubs.com
jean-francois.bunlon@ubs.com
jean-francois.legoux@ubs.com
jean-louis.lumia@ubs.com
jean-marc.bernon@ubs.com
jean-marc.schneider@ubs.com
jeff.hoernemann@ubs.com
jeff.richmond@ubs.com
jeff.santos@ubs.com
jeff.song@ubs.com
jeff.witmer@ubs.com
jeff.woodard@ubs.com
jeffrey.constantino@ubs.com
jeffrey.cutshall@ubs.com
jeffrey.hill@ubs.com
jeffrey.kanter@ubs.com
jeffrey.laughman@ubs.com
jeffrey.leader@ubs.com
jeffrey.putman@ubs.com
jeffrey.zhang@ubs.com
jeffrey.ziglar@ubs.com
jenna.simon@ubs.com
jennelyn.tanchua@ubs.com
jennifer.band@ubs.com
jennifer.comparato@ubs.com
jennifer.haidu@ubs.com
jennifer.miller@ubs.com
jens.annerczok@ubs.com
jens.finkbeiner@ubs.com
jeremy.burns@ubs.com
jeremy.heer@ubs.com
jeremy.raccio@ubs.com
jeremy.zirin@ubs.com
jerome.raffaldini@ubs.com
jian.zhang@ubs.com
jiayu.li@ubs.com
jill.dodds@ubs.com
jill.fine@ubs.com
jim.mckeever@ubs.com

**Company & Corresponding Email Addresses**

jim.rice@ubs.com
jim_keegan@ubs.com
jinal.sheth@ubs.com
jleblanc@ubs.com
jmigdal@ubs.com
joachim.brand@ubs.com
joachim.klement@ubs.com
joachim.loebb@ubs.com
joan.jackson@ubs.com
joanna.pamphilis@ubs.com
joanny.dalloz@ubs.com
joe.nowinski@ubs.com
joerg.diedrich@ubs.com
joerg.oehmig@ubs.com
joerg.philipsen@ubs.com
johannes.grausgruber@ubs.com
johannes.schwab@ubs.com
johesrohan.shanmugarajah@ubs.com
john.balassi@ubs.com
john.baley@ubs.com
john.brock@ubs.com
john.cotton@ubs.com
john.fraser@ubs.com
john.harrison@ubs.com
john.hegarty@ubs.com
john.larun@ubs.com
john.leonard@ubs.com
john.lyons@ubs.com
john.marshall@ubs.com
john.nena@ubs.com
john.piccard@ubs.com
john.pickard@ubs.com
john.poole@ubs.com
john.quackenbush@ubs.com
john.sagan@ubs.com
john.snowden@ubs.com
john.sung@ubs.com
john.vantassel@ubs.com
john.vinci@ubs.com
john.white@ubs.com
john.wollen@ubs.com
john-j.kelly@ubs.com
jon.adams@ubs.com
jon.taylor@ubs.com
jonathan.beck@ubs.com
jonathan.bilby@ubs.com
jonathan.blum@ubs.com
jonathan.davies@ubs.com
jonathan.marocco@ubs.com
jonathan.napora@ubs.com
jonathan.woloshin@ubs.com
jonathon.rogoff@ubs.com
jorge.ramirez@ubs.com
jose.blanco@ubs.com

**Company & Corresponding Email Addresses**

jose.gomez@ubs.com
josef.graber@ubs.com
josef.rest@ubs.com
jose-luis.vega@ubs.com
joseph.chapey@ubs.com
joseph.macku@ubs.com
joseph.mancini@ubs.com
joseph.mullally@ubs.com
joseph.pittman@ubs.com
joseph.zalewski@ubs.com
joseph-anthony.sawe@ubs.com
joshua.krasner@ubs.com
joshua.mccallum@ubs.com
joshua.stone@ubs.com
jsanchez@ubs.com
judith.houlihan@ubs.com
juerg.kramis@ubs.com
juerg.nager@ubs.com
juerg.sterchi@ubs.com
juerg.zimmermann@ubs.com
juergen.staerk@ubs.com
juerg-za.mueller@ubs.com
juerg-zb.schmid@ubs.com
julie.marc@ubs.com
julien.krieger@ubs.com
justin.denham@ubs.com
justin.lung@ubs.com
justin.partington@ubs.com
justin.tabellione@ubs.com
karen.devlin@ubs.com
karen.drummond@ubs.com
karena.fung@ubs.com
karin.kuelling@ubs.com
karl.graeff@ubs.com
karla.duss@ubs.com
kaspar.bischofberger@ubs.com
kate.prince@ubs.com
kate.saunders@ubs.com
katherine.garcia@ubs.com
katherine.johnson@ubs.com
katherine.ohagan@ubs.com
katherine.richardson@ubs.com
kathleen.de-clercq@ubs.com
kathleen.mcnamara@ubs.com
kathryn.mak@ubs.com
katja.buenger@ubs.com
kayvan.vahid@ubs.com
keith.stollery@ubs.com
keith.strong@ubs.com
keke.lee@ubs.com
kelly.adair@ubs.com
kelly.chang@ubs.com
ken.karl@ubs.com
kent.crosland@ubs.com

**Company & Corresponding Email Addresses**

kerri.pacello@ubs.com
kevan.comstock@ubs.com
kevin.barker@ubs.com
kevin.mcintyre@ubs.com
kevin.terhaar@ubs.com
kevin-c.condon@ubs.com
kevin-douglas.stringer@ubs.com
khadine.clifford@ubs.com
kieran.corr@ubs.com
kiki.katsikas@ubs.com
kimberley.frazier@ubs.com
kipp.schrage@ubs.com
kirsten.schulz-lobeck@ubs.com
kirstin.gardiner@ubs.com
kitty-m.lee@ubs.com
kjeld.engberg@ubs.com
klaus.spoeri@ubs.com
klaus.wellershof@ubs.com
konstantin.leidman@ubs.com
kris.dorr@ubs.com
kristy.lynch@ubs.com
krockey@ubs.com
kuan.oh@ubs.com
kumi.matsuoka@ubs.com
kurt.billick@ubs.com
kylie.luszczynski@ubs.com
lance.heppleston@ubs.com
lanz.chan@ubs.com
lara.meier@ubs.com
larissa.knepper@ubs.com
larry.gibson@ubs.com
laura.marmorale@ubs.com
laura.wuertenberger@ubs.com
laurent.krein@ubs.com
laurent.wunderli@ubs.com
laurent-za.favre@ubs.com
lawrence.kemp-g@ubs.com
lawrence.latner@ubs.com
lawrence.swift@ubs.com
lee.sotos@ubs.com
lena.gurba@ubs.com
lena.gwerder@ubs.com
leon.xin@ubs.com
leonardo-za.brenna@ubs.com
leteka.bojanowski@ubs.com
lewis.applefeld@ubs.com
lila.seirafi@ubs.com
lilian.montero@ubs.com
linda.fellmann@ubs.com
lindsay.pratt@ubs.com
linus.raeber@ubs.com
lionel.oster@ubs.com
lisa.costabile@ubs.com
lisa.goh@ubs.com

**Company & Corresponding Email Addresses**

loo.tze-hsin@ubs.com
lori.bilker@ubs.com
lori.boomgaardt@ubs.com
loris.centola@ubs.com
louis.birro@ubs.com
louise.burgess@ubs.com
louise.mackenzie@ubs.com
lowell.yura@ubs.com
lpollack@ubs.com
lt.lawler@ubs.com
luca.bottinelli@ubs.com
lucia.bonilla@ubs.com
lucia.grimaldi@ubs.com
luciano.diez-canedo@ubs.com
lucy.oflaherty@ubs.com
lukas.feh@ubs.com
luke.gleeson@ubs.com
lydia.miller@ubs.com
m.mueller@ubs.com
m.putschert@ubs.com
macrina.otieno@ubs.com
malcolm.hawkes@ubs.com
malcolm.mortimer@ubs.com
malin.schlebusch@ubs.com
manas.satapathy@ubs.com
manuel.riobo@ubs.com
marc.aebli@ubs.com
marc.bicheler@ubs.com
marc.both@ubs.com
marc.buchli@ubs.com
marc.denjean@ubs.com
marc.herrmann@ubs.com
marc.winter@ubs.com
marcel.briggen@ubs.com
marcel.egli@ubs.com
marcel.huber@ubs.com
marcel.nellen@ubs.com
marcel.progin@ubs.com
marcel.rohner@ubs.com
marcel.wespi@ubs.com
marco.eng@ubs.com
marco.estermann@ubs.com
marco.galli@ubs.com
marco.mascetti@ubs.com
marco.peter@ubs.com
marco.prioni@ubs.com
marco.schaller@ubs.com
marco.schwinger@ubs.com
marco.stucky@ubs.com
marco.tritschler@ubs.com
marcos.bueno@ubs.com
marcos.lopez-de-prado@ubs.com
marc-philip.grujoski@ubs.com
marcus.jetzer@ubs.com

**Company & Corresponding Email Addresses**

marcus.linfoot@ubs.com
marcus.sasse@ubs.com
marcus.schreiber@ubs.com
marcus.truman@ubs.com
marcus-philipp.buergi@ubs.com
margaret.charno@ubs.com
margherita.piliero@ubs.com
margrit.luethi@ubs.com
maria.rabinovich@ubs.com
maria.waite@ubs.com
marina.evans@ubs.com
mario.paolini@ubs.com
marisa.snell@ubs.com
marissa.ponti@ubs.com
mark.andersen@ubs.com
mark.boylan@ubs.com
mark.buizen@ubs.com
mark.cannan@ubs.com
mark.deans@ubs.com
mark.holder@ubs.com
mark.lehmann@ubs.com
mark.lohmann@ubs.com
mark.mckevitt@ubs.com
mark.melchiorre@ubs.com
mark.napp@ubs.com
mark.powers@ubs.com
mark.reardon@ubs.com
mark.roggensinger@ubs.com
mark.serdan@ubs.com
mark.wade@ubs.com
mark.walkling@ubs.com
mark.wallace@ubs.com
mark.weeks@ubs.com
marko.deuticke@ubs.com
mark-sw.chan@ubs.com
markus.baechtold@ubs.com
markus.baertschi@ubs.com
markus.eichacker@ubs.com
markus.fuchs@ubs.com
markus.heyde@ubs.com
markus.irngartinger@ubs.com
markus.roennau@ubs.com
markus.thiele@ubs.com
markus.winkler@ubs.com
markus-f.korner@ubs.com
markus-m.studer@ubs.com
martha.scheiber@ubs.com
marthe.dupin@ubs.com
martin.britz@ubs.com
martin.buerki@ubs.com
martin.clarke@ubs.com
martin.degen@ubs.com
martin.goetz@ubs.com
martin.spillmann@ubs.com

**Company & Corresponding Email Addresses**

martin.tobler@ubs.com
martine.wehlen@ubs.com
marvin.liniger@ubs.com
mary.drummond@ubs.com
mary.farrell@ubs.com
mary.may@ubs.com
mary.tuccillo@ubs.com
maryam.ettehadieh@ubs.com
maryann.moriarty@ubs.com
masahide.hata@ubs.com
massimo.micarelli@ubs.com
mateen.ahmed@ubs.com
mathieu.labille@ubs.com
matilde.acerra@ubs.com
matt.chan@ubs.com
matt.collins@ubs.com
matt-g.johnson@ubs.com
matthew.boice@ubs.com
matthew.chua@ubs.com
matthew.cox@ubs.com
matthew.iannucci@ubs.com
matthew.konosky@ubs.com
matthew.liebman@ubs.com
matthew.mcwilliams@ubs.com
matthew.stemp@ubs.com
matthias.boesch@ubs.com
matthias.dettwiler@ubs.com
matthias.fuerstenberger@ubs.com
maurice.schaffner@ubs.com
maurin.salzmann@ubs.com
maurizio.maniglia@ubs.com
maurus.capaul@ubs.com
max.jackson@ubs.com
max.schneiter@ubs.com
maximilian.anderl@ubs.com
maximilian.muench@ubs.com
may.teo@ubs.com
mayumi.yamazoe@ubs.com
meher.kakalia@ubs.com
mehran.nakhjavani@ubs.com
melanie.berchier@ubs.com
melinda.kautz@ubs.com
mhorn@ubs.com
michael.abellera@ubs.com
michael.burka@ubs.com
michael.chan@ubs.com
michael.chatman@ubs.com
michael.clements@ubs.com
michael.constantinou@ubs.com
michael.cowin@ubs.com
michael.davies@ubs.com
michael.degregorio@ubs.com
michael.dion@ubs.com
michael.ditillio@ubs.com

**Company & Corresponding Email Addresses**

michael.dow@ubs.com
michael.frankland@ubs.com
michael.hirschberg@ubs.com
michael.hitzlberger@ubs.com
michael.huesmann@ubs.com
michael.klene@ubs.com
michael.mahaffy@ubs.com
michael.markowitz@ubs.com
michael.moser@ubs.com
michael.nell@ubs.com
michael.riesner@ubs.com
michael.rucci@ubs.com
michael.sabatino@ubs.com
michael.schmitt@ubs.com
michael.stalker@ubs.com
michael.tagliaferro@ubs.com
michael.von-orelli@ubs.com
michael.wong@ubs.com
michael-d.kennedy@ubs.com
michael-m.murphy@ubs.com
michael-t.taylor@ubs.com
michail.kougioulis@ubs.com
michel.bellia@ubs.com
michel.vernier@ubs.com
michele.charno@ubs.com
michele.finder@ubs.com
michele.grossi@ubs.com
michele.lanfranchini@ubs.com
michele.ponzoni@ubs.com
michelle.boreham@ubs.com
michelle.yeung@ubs.com
mike.braden@ubs.com
mike.ryan@ubs.com
mike.welch@ubs.com
misha.weber@ubs.com
mitchell.spiegel@ubs.com
mmaldona@ubs.com
mmarkow@ubs.com
mmarsall@ubs.com
monica.ferri@ubs.com
monika.bieri@ubs.com
monika.gmuer@ubs.com
monika-za.isler@ubs.com
morgan.duthon@ubs.com
moritz.soler@ubs.com
mtincher@ubs.com
mwelty@ubs.com
mzaino@ubs.com
nadim.drissi@ubs.com
nancy.barber@ubs.com
nancy.lukin@ubs.com
nathalie.loetscher@ubs.com
nathan.kirkpatrick@ubs.com
neal.goss@ubs.com

**Company & Corresponding Email Addresses**

neal.mercer@ubs.com
nedeltcho.akov@ubs.com
neil.mears@ubs.com
nic.barnes@ubs.com
nicholas.mandrinos@ubs.com
nicholas.melhuish@ubs.com
nicholas.pavitt@ubs.com
nicholas.vagra@ubs.com
nicholas.xanders@ubs.com
nicholas-t.king@ubs.com
nick.agarwal@ubs.com
nick.goldsmith@ubs.com
nick.irish@ubs.com
nico.baader@ubs.com
nicola.hinton@ubs.com
nicole.decker@ubs.com
nigel.barter@ubs.com
nigel.coleman@ubs.com
nigel.taylor@ubs.com
niklaus.zyndel@ubs.com
nils.rask@ubs.com
nina.borowczak@ubs.com
nitesh.agarwal@ubs.com
nitish.patel@ubs.com
noriyuki.arai@ubs.com
nupur.bhargava@ubs.com
olaf.liedtke@ubs.com
ol-anq-execution@ubs.com
oliver.adler@ubs.com
oliver.buschmann@ubs.com
oliver.camponovo@ubs.com
oliver.dettmann@ubs.com
oliver.zellweger@ubs.com
olivier.antille@ubs.com
omowunmi.awomolo@ubs.com
oscar.andreu@ubs.com
oussama.himani@ubs.com
oyvin.furustol@ubs.com
pamela.siple@ubs.com
pamela.tong@ubs.com
pascal.dutler@ubs.com
pascal.engel@ubs.com
pascal.koeppel@ubs.com
pascal.loeffelmann@ubs.com
pascal.rennie@ubs.com
pascal-za.meier@ubs.com
pat.luby@ubs.com
patrick.bourbon@ubs.com
patrick.brauer@ubs.com
patrick.chan@ubs.com
patrick.dutli@ubs.com
patrick.dyson@ubs.com
patrick.henseler@ubs.com
patrick.koplenig@ubs.com

## Company & Corresponding Email Addresses

patrick.lupini@ubs.com
patrick.oustin@ubs.com
patrick.petz@ubs.com
patrick.suter@ubs.com
patrick-za.zimmermann@ubs.com
paul.chambers@ubs.com
paul.daley@ubs.com
paul.drumm@ubs.com
paul.fairbrother@ubs.com
paul.fiani@ubs.com
paul.graham@ubs.com
paul.harvey@ubs.com
paul.hilsley@ubs.com
paul.kaio@ubs.com
paul.mitchell@ubs.com
paul.sharpe@ubs.com
paul.stanley@ubs.com
paul.zelisko@ubs.com
paul-k.harris@ubs.com
pawan.dhir@ubs.com
pearse.griffith@ubs.com
peifang.chan@ubs.com
pei-jie.shiu@ubs.com
perhad.merwanji@ubs.com
peter.agnes@ubs.com
peter.begler@ubs.com
peter.brehm@ubs.com
peter.cote@ubs.com
peter.doerig-bal@ubs.com
peter.ham@ubs.com
peter.jecklin@ubs.com
peter.koritschan@ubs.com
peter.lee@ubs.com
peter.miselis@ubs.com
peter.morgan@ubs.com
peter.osborne@ubs.com
peter.ott@ubs.com
peter.rundle@ubs.com
peter.schaerer@ubs.com
peter.siciliano@ubs.com
peter.simmons@ubs.com
peter.wan@ubs.com
peter.wufli@ubs.com
peter.yuen@ubs.com
peter-za.haug@ubs.com
pghavami@ubs.com
philip.braeker@ubs.com
philip.garbarino@ubs.com
philip.guest@ubs.com
philip.haigh@ubs.com
philip.ruvinsky@ubs.com
philip.salman@ubs.com
philipp.bochsler@ubs.com
philipp.bonvin@ubs.com

## Company & Corresponding Email Addresses

philipp.guerber@ubs.com
philipp.hegetschweiler@ubs.com
philipp.matter@ubs.com
philipp.raetz@ubs.com
philipp.ruegg@ubs.com
philipp.wilson@ubs.com
philippe.graeppi@ubs.com
philippe.heiz@ubs.com
philippe.stadler@ubs.com
philippe-g.mueller@ubs.com
philipp-p.hegetschweiler@ubs.com
phillip-pt.thompson@ubs.com
phoenix.wright@ubs.com
pierre.conrad@ubs.com
pierre-andre.poletti@ubs.com
pmccarth@ubs.com
pratik.shah@ubs.com
preya.patel@ubs.com
przemyslaw.pyziel@ubs.com
pui-kei.yuen@ubs.com
purl.hogan@ubs.com
qasim.abbas@ubs.com
rachel.english@ubs.com
rachmah.idroes@ubs.com
raffaele.moretti@ubs.com
raffaella.conti@ubs.com
raffaella.mezzanzanica@ubs.com
rainer.amacker@ubs.com
rami.boustany@ubs.com
raphael.bucher@ubs.com
raphael.luescher@ubs.com
raphael.zemp@ubs.com
ray.marquette@ubs.com
raymond.meier@ubs.com
raymond.sulentic@ubs.com
rebecca.parker@ubs.com
reena.bajwa@ubs.com
regis.gaston@ubs.com
reiner.huebner@ubs.com
rene.capitelli@ubs.com
rene.hagmann@ubs.com
rene.noelly@ubs.com
reto.demostene@ubs.com
riccardo.senn@ubs.com
richard.cashin@ubs.com
richard.collins@ubs.com
richard.flack@ubs.com
richard.philips@ubs.com
richard.tanner@ubs.com
richard.west@ubs.com
richard-h.thomas@ubs.com
rika.sato@ubs.com
rina.bhattacharyya@ubs.com
rob.nunn@ubs.com

**Company & Corresponding Email Addresses**

rob.turner@ubs.com
robert.apter@ubs.com
robert.child@ubs.com
robert.delgrande@ubs.com
robert.durante@ubs.com
robert.ewers@ubs.com
robert.fitzpatrick@ubs.com
robert.gambi@ubs.com
robert.grey@ubs.com
robert.hellstrand@ubs.com
robert.holmes@ubs.com
robert.kaniuk@ubs.com
robert.lam@ubs.com
robert.mccarthy@ubs.com
robert.rausch@ubs.com
robert.roberts@ubs.com
robert.sabatino@ubs.com
robert.takacs@ubs.com
robert-a.murray@ubs.com
roberto.ruiz-scholtes@ubs.com
robin.aspinall@ubs.com
robin.dutt@ubs.com
robin.gnaegi@ubs.com
rochus.baumgartner@ubs.com
roger.hartmann@ubs.com
roger.nizard@ubs.com
roger.reist@ubs.com
roger.ruettimann@ubs.com
roland.emch@ubs.com
roland.iberg@ubs.com
roland.schetter@ubs.com
roland-u.niederer@ubs.com
rolf.ganter@ubs.com
rolf.schmidli@ubs.com
romain.lahoste@ubs.com
roman.boner@ubs.com
roman.huesler@ubs.com
romano.brandenberg@ubs.com
romeo.maciocci@ubs.com
ron.phillips@ubs.com
ron.portnoy@ubs.com
ron.veld@ubs.com
ronald.aziz@ubs.com
ronald.blogowski@ubs.com
rory.beaton@ubs.com
rory.buchan@ubs.com
rory.davan@ubs.com
rosanna.fabbri@ubs.com
ross.dilkes@ubs.com
ruchita.pathak@ubs.com
rudolf.enderli@ubs.com
rudolf.gleisner@ubs.com
rudolf.leemann@ubs.com
rudolf.roffler@ubs.com

## Company & Corresponding Email Addresses

rudy.hokanson@ubs.com
rui.zheng@ubs.com
ruiling.zeng@ubs.com
russell.platts@ubs.com
ryan.nugent@ubs.com
ryan.peirce@ubs.com
ryan.raymond@ubs.com
sacha.bernasconi@ubs.com
sacha.holderegger@ubs.com
sagar.sheth@ubs.com
saibal.mukherjee@ubs.com
sally.dessloch@ubs.com
sally.stoffel@ubs.com
sam.lam@ubs.com
samir.parikh@ubs.com
samuel.kim@ubs.com
sandeep.bhatia@ubs.com
sandra.cafazzo@ubs.com
sandra.goldschneider@ubs.com
sandro.campestrini@ubs.com
sandro.lozza@ubs.com
sandro.merino@ubs.com
sandro.zwyssig@ubs.com
sangeeta.marfatia@ubs.com
sara.cotter@ubs.com
sarah.collins@ubs.com
sarah.kostezer@ubs.com
sarah.webb@ubs.com
saravanan.rajendran@ubs.com
sarosh.nanavati@ubs.com
satyan.sanghrajka@ubs.com
satyanarayana.allala@ubs.com
saverio.console@ubs.com
saverio.cusano@ubs.com
scott.bondurant@ubs.com
scott.dolan@ubs.com
scott.vandersnow@ubs.com
scott.wilkin@ubs.com
sean.parker@ubs.com
sebastian.petrich@ubs.com
sebastian.steib@ubs.com
sebastian.voigt@ubs.com
sebastien.delachapelle@ubs.com
sebastien.gaillot@ubs.com
sebastien.galy@ubs.com
sefik.feratovic@ubs.com
selene.mantegani-cioccariello@ubs.com
selva.neelakandan@ubs.com
seth.michaels@ubs.com
shadab.ali@ubs.com
sh-advanced@ubs.com
shaheen.iqubal@ubs.com
shannon.hilton@ubs.com
shannon-j.curley@ubs.com

**Company & Corresponding Email Addresses**

shantanu.agrawal@ubs.com
shari.gilfillan@ubs.com
sharon.su@ubs.com
shawn.lytle@ubs.com
shayan.hussain@ubs.com
shayan.norasteh@ubs.com
sheila.noonan@ubs.com
shelley.aron@ubs.com
shihwan.chung@ubs.com
sh-investorrelations@ubs.com
sh-psp-aa-ge-apa@ubs.com
shu-yang.tan@ubs.com
signorio.camille@ubs.com
silas.chu@ubs.com
silvia.marelli@ubs.com
silvia.quaglinibarbi@ubs.com
silvio.dieterich@ubs.com
simeon.zeffert@ubs.com
simon.densem@ubs.com
simon.fischer@ubs.com
simon.foessmeier@ubs.com
simon.foster@ubs.com
simon.goetschmann@ubs.com
simon.park@ubs.com
simona.canepa@ubs.com
simone.bomio@ubs.com
simone.haefeli@ubs.com
simone.hofer@ubs.com
simon-p.taylor@ubs.com
sindhu.tantri@ubs.com
sinead.fitzpatrick@ubs.com
sonia.dezordo@ubs.com
sophie.payot@ubs.com
spencer.leung@ubs.com
sryan@ubs.com
stacey.lane@ubs.com
stanford.horn@ubs.com
stefan.bohren@ubs.com
stefan.duerler@ubs.com
stefan.feller@ubs.com
stefan.fischer@ubs.com
stefan.janoska@ubs.com
stefan.krause@ubs.com
stefan.lewellen@ubs.com
stefan.richner@ubs.com
stefan.roderer@ubs.com
stefan.schaedler@ubs.com
stefan.weber@ubs.com
stefanie.scholtysik@ubs.com
stefano.cavaglia@ubs.com
stefano.solferini@ubs.com
stefan-r.meyer@ubs.com
stefan-za.schneider@ubs.com
stephan.bloch@ubs.com

**Company & Corresponding Email Addresses**

stephan.demoulin@ubs.com
stephan.locher@ubs.com
stephan.michel@ubs.com
stephane.astic@ubs.com
stephanie.lappe@ubs.com
stephanie.windsor@ubs.com
stephen.flynn@ubs.com
stephen.freedman@ubs.com
steve.best@ubs.com
steven.breen@ubs.com
steven.grahame@ubs.com
steven.herbert@ubs.com
steven.liu@ubs.com
steven.marotta@ubs.com
steven.schwimmer@ubs.com
steven.slaughter@ubs.com
steven.wittwer@ubs.com
steven_za.smith@ubs.com
stuart.low@ubs.com
stuart.moon@ubs.com
stuart.newman@ubs.com
stuart.piper@ubs.com
subhash.tripathi@ubs.com
subodh.agarwal@ubs.com
sudhansu.sahoo@ubs.com
sue.cory@ubs.com
sulamith.wuethrich@ubs.com
sumit.juneja@ubs.com
sumit-s.gupta@ubs.com
sundeep.gantori@ubs.com
sunil.dattani@ubs.com
susan.clarke@ubs.com
susan.hudson@ubs.com
susan.o'connor@ubs.com
susanne.leemann@ubs.com
susanne.moosberger@ubs.com
swati.mittal@ubs.com
swati.tewari@ubs.com
swaugh@ubs.com
swen.molteni@ubs.com
syed.saleemuddin@ubs.com
sylvain.honold@ubs.com
sylvester.dube@ubs.com
tamika.bradford@ubs.com
tanja.karl-sawatzki@ubs.com
tazio.storni@ubs.com
terence.cheng@ubs.com
teresa.nielsen@ubs.com
terry.smith@ubs.com
theo.amacher@ubs.com
theodore.drury@ubs.com
theresa.han@ubs.com
theresa.hickman@ubs.com
thibaud.halewyck@ubs.com

## Company & Corresponding Email Addresses

thom.gascoigne@ubs.com
thomas.angermann@ubs.com
thomas.barrett@ubs.com
thomas.berner@ubs.com
thomas.borah@ubs.com
thomas.cole@ubs.com
thomas.digenan@ubs.com
thomas.flury@ubs.com
thomas.gut@ubs.com
thomas.haag@ubs.com
thomas.herzog@ubs.com
thomas.ineke@ubs.com
thomas.kruemmel@ubs.com
thomas.locher@ubs.com
thomas.mckelvey@ubs.com
thomas.prangley@ubs.com
thomas.rennemann@ubs.com
thomas.rustici@ubs.com
thomas.saladin@ubs.com
thomas.stocker@ubs.com
thomas.van-der-meulen@ubs.com
thomas.veillet@ubs.com
thomas.viola@ubs.com
thomas.wacker@ubs.com
thomas-georg.hasenboehler@ubs.com
thomas-gerhard.huber@ubs.com
thomas-markus.oesch@ubs.com
thomas-t.butler@ubs.com
thomas-zd.mueller@ubs.com
tiffany.lam@ubs.com
till.bechtolsheimer@ubs.com
tim.gorle@ubs.com
tim.jaenecke@ubs.com
tim.vanklaveren@ubs.com
tim.winstone@ubs.com
timothy.riddell@ubs.com
tina.forssgren@ubs.com
tminor@ubs.com
tobeconfirmed@ubs.com
tobias.schulte@ubs.com
todd-a.greenfield@ubs.com
tom.clarke@ubs.com
tom.hill@ubs.com
tom.sciaranetti@ubs.com
tommy.mueller@ubs.com
tony.kauzlarich@ubs.com
tony-w-a.andersson@ubs.com
travis.schaftenaar@ubs.com
tricia.mendoza@ubs.com
trideep.bhattacharya@ubs.com
trina.yates@ubs.com
trip.shepard@ubs.com
tscott@ubs.com
ulf.schlenker@ubs.com

**Company & Corresponding Email Addresses**

ulhas.shenoy@ubs.com
ulrich.niederer@ubs.com
ulrich.sperl@ubs.com
urs.antonioli@ubs.com
urs.beer@ubs.com
urs.keller@ubs.com
urs.schnueriger@ubs.com
urs.schubiger@ubs.com
urs.von-gunten@ubs.com
urs-s.weber@ubs.com
ursula.nitschke@ubs.com
uwe.roehrig@ubs.com
uwe.schillhorn@ubs.com
vadim.moroz@ubs.com
vanessa.brathwaite@ubs.com
vasilios.simantirakis@ubs.com
venkat.badri@ubs.com
venkat.gorantla@ubs.com
vera.kaeppler@ubs.com
veronica.lopez-ibor@ubs.com
veronika.weisser@ubs.com
victoria.engwell@ubs.com
vijay.sharma@ubs.com
vijaya.govindan@ubs.com
vikram.kaura@ubs.com
viktoria.beromelidze@ubs.com
vincent.couson@ubs.com
vincent.duval@ubs.com
vincent.gilles@ubs.com
vincent.kouch@ubs.com
vincent.mistretta@ubs.com
vipul.arora@ubs.com
vish.khasarla@ubs.com
vitor.palazzo@ubs.com
vivian.lin@ubs.com
vivienne.chia@ubs.com
vladimir.demine@ubs.com
volker.zaworka@ubs.com
walter.di-egidio@ubs.com
walter.edelmann@ubs.com
walter.wehrli@ubs.com
warren.zhu@ubs.com
wencheng.chen@ubs.com
werner.ruefenacht@ubs.com
wfurth@ubs.com
wido.mina@ubs.com
william.brown@ubs.com
william.deallaume@ubs.com
william.egli@ubs.com
william.ferri@ubs.com
william.fleury@ubs.com
william.veronda@ubs.com
william.weng@ubs.com
willy.schmassmann@ubs.com

## Company & Corresponding Email Addresses

wilson.au@ubs.com
wilson.lin@ubs.com
xavier.lefranc@ubs.com
xiaoqing.hu@ubs.com
xuebo.liu@ubs.com
yoichi.sannomiya@ubs.com
yves.kissenpfennig@ubs.com
yves.kupferschmid@ubs.com
yves.longchamp@ubs.com
yvonne.goetz@ubs.com
yvonne.thomas@ubs.com
zac.bobolakis@ubs.com
zahiye.yuksel@ubs.com
zain.nizami@ubs.com
zemira.montemarano@ubs.com
zenon.voyiatzis@ubs.com
ziad.boustani@ubs.com
zoe.von-streng@ubs.com

### ubsi-wv

blair.jason@ubsi-wv.com

### ubs-oconnor

aleksandr.eydelman@ubs-oconnor.com
alexander.pasman@ubs-oconnor.com
andrew.wong@ubs-oconnor.com
bernard.ahkong@ubs-oconnor.com
beth.malkosky@ubs-oconnor.com
brian.fitzpatrick@ubs-oconnor.com
cherie.farrell@ubs-oconnor.com
chris.dardanes@ubs-oconnor.com
christian.updyke@ubs-oconnor.com
christopher-j.carlson@ubs-oconnor.com
dan.berkery@ubs-oconnor.com
daniel.murphy@ubs-oconnor.com
david.brumirski@ubs-oconnor.com
david.lau@ubs-oconnor.com
deborah.morrow@ubs-oconnor.com
denis.graeber@ubs-oconnor.com
derek.beckman@ubs-oconnor.com
derek.dabrowski@ubs-oconnor.com
dl-ubsoc-ops-chi@ubs-oconnor.com
ella.matt@ubs-oconnor.com
fred.shultz@ubs-oconnor.com
george.lacosto@ubs-oconnor.com
george.locasto@ubs-oconnor.com
george.zhang@ubs-oconnor.com
gordon.wright@ubs-oconnor.com
james.delmedico@ubs-oconnor.com
james.nicholas@ubs-oconnor.com
james.radke@ubs-oconnor.com
jason.randolph@ubs-oconnor.com
jennifr.pape@ubs-oconnor.com
jeremy.mayes@ubs-oconnor.com
jim.gibbons@ubs-oconnor.com
jim.vanek@ubs-oconnor.com

## Company & Corresponding Email Addresses

jiqiong.dai@ubs-oconnor.com
joe.reiff@ubs-oconnor.com
john.moore@ubs-oconnor.com
joseph.newell@ubs-oconnor.com
joseph.scoby@ubs-oconnor.com
katrina.winiecki@ubs-oconnor.com
keng-swee.yeo@ubs-oconnor.com
kenneth.harris@ubs-oconnor.com
kevin.bass@ubs-oconnor.com
kong-dong.zheng@ubs-oconnor.com
laura.devlin@ubs-oconnor.com
lucille.volanti@ubs-oconnor.com
mark.imbriano@ubs-oconnor.com
matt.houtsma@ubs-oconnor.com
matthew.parker@ubs-oconnor.com
molly.carl@ubs-oconnor.com
nicholas.nocerino@ubs-oconnor.com
nitish.patel@ubs-oconnor.com
padraig.hassett@ubs-oconnor.com
philip.cohen@ubs-oconnor.com
randy.lynch@ubs-oconnor.com
sally.english@ubs-oconnor.com
scott.fuller@ubs-oconnor.com
scott.kinum@ubs-oconnor.com
t-kiang.tan@ubs-oconnor.com
vily.dardanes@ubs-oconnor.com
will.carpmael@ubs-oconnor.com
william.martin@ubs-oconnor.com
zachary.ziliak@ubs-oconnor.com

### ubspainewebber
jmosseri@ubspainewebber.com
kspero@ubspainewebber.com

### ubssdic
sophia.rui@ubssdic.com

### ubsw
adam.pisarczyk@ubsw.com
amit.valecha@ubsw.com
andrew.hayes@ubsw.com
boris.shir@ubsw.com
brian.burns@ubsw.com
chris.melendes@ubsw.com
claudio.hofer@ubsw.com
cristina.klinger@ubsw.com
daniel.ferraro@ubsw.com
david.greenberg@ubsw.com
david.sotnick@ubsw.com
edward.kyritz@ubsw.com
erik.siegel@ubsw.com
eunice.singh@ubsw.com
ian.harnett@ubsw.com
jay.petit@ubsw.com
jeffrey.sperling@ubsw.com
joakim.slettvoll@ubsw.com
john.cryan@ubsw.com

## Company & Corresponding Email Addresses

john.emanuel@ubsw.com
jose.rovalino@ubsw.com
keith.statfeld@ubsw.com
laurence.lee@ubsw.com
martin.schmid@ubsw.com
meredith.stabile@ubsw.com
michael.stiefel@ubsw.com
michael-g.barnes@ubsw.com
monica.ulrich@ubsw.com
nicolas.boccabella@ubsw.com
omar.namoos@ubsw.com
peter.dorn@ubsw.com
peter-l.harnik@ubsw.com
petra.rihm@ubsw.com
qaiser.waheed@ubsw.com
reto.cantoni@ubsw.com
reto.stadelmann@ubsw.com
richard.hochreutiner@ubsw.com
rob.baretto@ubsw.com
sarah.snyder@ubsw.com
shingmin.lai@ubsw.com
sh-otc-client-service@ubsw.com
silvio.dieterich@ubsw.com
simon.phillips@ubsw.com
steve.ng@ubsw.com
sylvia.dresel-waibel@ubsw.com
thomas.lally@ubsw.com
tim.macek@ubsw.com
vinnie.varca@ubsw.com
wayne.king@ubsw.com

**ubt**
mark.portz@ubt.com
steve.fielder@ubt.com
sue.hartman@ubt.com

**ubz**
u.mueller@ubz.ch

**ucarb**
fitzpajw@ucarb.com

**ucb-group**
arnaud.denis@ucb-group.com
charles.janssen@ucb-group.com
doug.gingerella@ucb-group.com
enrico.bastianelli@ucb-group.com
guy.vandendorpe@ucb-group.com
marc.wiers@ucb-group.com
mohamed.chaoui@ucb-group.com

**ucbi**
jim_hudgins@ucbi.com
mark_mershon@ucbi.com
mitch_bleske@ucbi.com
rcochran@ucbi.com
rex_schuette@ucbi.com

**ucmpartners**
rortiz@ucmpartners.com

## Company & Corresponding Email Addresses

tarmstrong@ucmpartners.com

### ucop

aaron.staines@ucop.edu
alice.yee@ucop.edu
allen.woo@ucop.edu
brett.johnson@ucop.edu
byron.ong@ucop.edu
christine.zhu@ucop.edu
david.russ@ucop.edu
david.schroeder@ucop.edu
duane.gilyot@ucop.edu
ingrid.yang@ucop.edu
jeffrey.heil@ucop.edu
jesse.phillips@ucop.edu
kim.evans@ucop.edu
linda.fried@ucop.edu
marie.berggren@ucop.edu
matt.scoble@ucop.edu
melvin.stanton@ucop.edu
michael.john@ucop.edu
neetesh.kumar@ucop.edu
omar.sanders@ucop.edu
patricia.small@ucop.edu
randolph.wedding@ucop.edu
satish.swamy@ucop.edu
steven.algert@ucop.edu

### uebgroup

alan.mudie@uebgroup.com
alexandre.cherneaux@uebgroup.com
barry.harris@uebgroup.com
bruce.docherty@uebgroup.com
hans.thurnheer@uebgroup.com
reto.frei@uebgroup.com

### uecic

mgrobien@uecic.cicomore.fr
psantucci@uecic.cicomore.fr

### uedayagi

ha.sakai@uedayagi.co.jp

### uef

abasagoiti@uef.es
asanmartin@uef.es
eprieto@uef.es
jatomas@uef.es
jhernandezr@uef.es
jlecubarri@uef.es
jmarrojo@uef.es
jpsanchez@uef.es
svazquezh@uef.es

### ufgam

ffenner@ufgam.com
i.ryabov@ufgam.com
itaran@ufgam.com

### ufj

seth@ufj.com

## Company & Corresponding Email Addresses

### ufjbank

buhei_yoshida@ufjbank.co.jp
greg_ziejewski@ufjbank.co.jp
jean-michel_fatovic@ufjbank.co.jp
joanne_slack@ufjbank.co.jp
shigeru_nobukami@ufjbank.co.jp
shinichi_shindou@ufjbank.co.jp
siew_chiow_walton@ufjbank.co.jp
tarik_hussain@ufjbank.co.jp
yasutaka_furuya@ufjbank.co.jp
yoshinori_akakura@ufjbank.co.jp
yoshiyuki_nishi@ufjbank.co.jp
zsuzsana_degia@ufjbank.co.jp

### ufjbgam

ttaniura@ufjbgam.com

### ufji

bakerm@ufji.com
balintm@ufji.com
bterrell@ufji.com
cgoymer@ufji.com
croberts@ufji.com
daviesm@ufji.com
dgeorge@ufji.com
harknessm@ufji.com
jonesl@ufji.com
keeleyt@ufji.com
martina@ufji.com
molding@ufji.com
odriscollg@ufji.com
pagem@ufji.com
rconnolly@ufji.com
rmiddlehurst@ufji.com
robinsong@ufji.com
sbrown@ufji.com
shatzlstefanis@ufji.com
slamberton@ufji.com
vdavid-robin@ufji.com
weberm@ufji.com

### ufj-partners

ai.fujiwara@ufj-partners.co.jp
akio.takemoto@ufj-partners.co.jp
atsushi.fujino@ufj-partners.co.jp
hiroshi.yokoyama@ufj-partners.co.jp
isao.isoe@ufj-partners.co.jp
issei.kitamura@ufj-partners.co.jp
izumi.yonezawa@ufj-partners.co.jp
katsuhiro.tamura@ufj-partners.co.jp
katsuji.yoshida@ufj-partners.co.jp
keiji.funo@ufj-partners.co.jp
keitaro.kanai@ufj-partners.co.jp
koji.ito@ufj-partners.co.jp
masahiko.maruyama@ufj-partners.co.jp
masanori.iijima@ufj-partners.co.jp
masaru.wada@ufj-partners.co.jp

## Company & Corresponding Email Addresses

masayuki.tsukahara@ufj-partners.co.jp
masayuki.yonezawa@ufj-partners.co.jp
mayumi.irie@ufj-partners.co.jp
naomi.inoue@ufj-partners.co.jp
naoya.tabuchi@ufj-partners.co.jp
noriyuki.kyono@ufj-partners.co.jp
satoru.tanabe@ufj-partners.co.jp
shinichiro.shiraki@ufj-partners.co.jp
shu.irikura@ufj-partners.co.jp
souta.inoue@ufj-partners.co.jp
taichiro.kira@ufj-partners.co.jp
takashi.inagaki@ufj-partners.co.jp
takuya.hiroi@ufj-partners.co.jp
terunobu.kinoshita@ufj-partners.co.jp
tetsuya.hasegawa@ufj-partners.co.jp
tomomitsu.yanaba@ufj-partners.co.jp
toshiaki.mizuno@ufj-partners.co.jp
tsuyoshi.matsumoto@ufj-partners.co.jp
wakako.sano@ufj-partners.co.jp
yasuki.sagara@ufj-partners.co.jp
yasunari.furusawa@ufj-partners.co.jp
yasutoshi.kaneko@ufj-partners.co.jp
yauhiro.nozaki@ufj-partners.co.jp
yoko.muramatsu@ufj-partners.co.jp
yoshikazu.hiranaka@ufj-partners.co.jp
yukiko.suzuki@ufj-partners.co.jp

### ufjtrustbank

h-fukuro@ufjtrustbank.co.jp
hi-oota@ufjtrustbank.co.jp
h-nagai@ufjtrustbank.co.jp
h-shimozato@ufjtrustbank.co.jp
ko-yoshida@ufjtrustbank.co.jp
m-tsuruta@ufjtrustbank.co.jp
nob-shimizu@ufjtrustbank.co.jp
ta-inoue@ufjtrustbank.co.jp
t-shibata@ufjtrustbank.co.jp

### ugls

francis.ambrosi@ugls.com

### ugsl

vincent.molinari@ugsl.com

### uh

pkelleher@uh.edu
rbartlett@uh.edu
warga@uh.edu

### uic

dealingroom@uic.it
rbonanni@uic.it
rvitale@uic.it

### ui-gmbh

andreas.kempter@ui-gmbh.de
andreas.marquardt@ui-gmbh.de
banzhaf@ui-gmbh.de
christian.burzin@ui-gmbh.de
daniel.andemeskel@ui-gmbh.de

## Company & Corresponding Email Addresses

goetzke@ui-gmbh.de
knauer@ui-gmbh.de
lenk@ui-gmbh.de
markus.pfaff@ui-gmbh.de
mielke@ui-gmbh.de
norbert.vock@ui-gmbh.de
oliver.steck@ui-gmbh.de
pangritz@ui-gmbh.de
pauler@ui-gmbh.de
puschroeder@ui-gmbh.de
quaiser@ui-gmbh.de
stauber@ui-gmbh.de
thomas.lachmann@ui-gmbh.de
udo.klos@ui-gmbh.de
vorbeck@ui-gmbh.de
wedewer@ui-gmbh.de
yang.wang@ui-gmbh.de

### uiuc
ccloyd@uiuc.edu

### uk
aalbader@kio.uk.com
aalbuaijan@kio.uk.com
aalshehab@kio.uk.com
aaltammar@kio.uk.com
abakarat@uk.tr.mutg.jp
acarrier@uk.tr.mufg.jp
achristev@kio.uk.com
aholcroft@uk.tr.mufg.jp
ahudson@uk.tr.mufg.jp
akiko.morley@uk.mufg.jp
akira.hoshino@uk.mufg.jp
andrew.jenner@uk.mufg.jp
andrew.montford@uk.mufg.jp
andrew.sutton@uk.mufg.jp
brett.emms@uk.mufg.jp
calonso@uk.tr.mufg.jp
ccareford@kio.uk.com
cloader@kio.uk.com
danderson-bassey@kio.uk.com
daren.lorkin@uk.mufg.jp
david.bourne@uk.mufg.jp
david.r.thomas@uk.mufg.jp
dkrimholtz@uk.tr.mufg.jp
dreinecke@kio.uk.com
dwickham@kio.uk.com
ealrashidi@kio.uk.com
ebergman@kio.uk.com
elodieat@kio.uk.com
ematheson@kio.uk.com
emi.clarke@uk.mufg.jp
emitchell@uk.tr.mufg.jp
esther.gilbert@uk.mufg.jp
fmouhsine@kio.uk.com
gary.hutchings@uk.mufg.jp

## Company & Corresponding Email Addresses

gavin.grant@uk.dmg.deuba.com
gconner@kio.uk.com
glen.pratt@uk.fid.intl.com
gpang@kio.uk.com
gtedds@kio.uk.com
gwilliams@uk.tr.mufg.jp
hajime.kawada@uk.mufg.jp
halfouzan@kio.uk.com
harry.eyre@uk.mufg.jp
hford@kio.uk.com
hideaki.maehara@uk.mufg.jp
hideo.kazusa@uk.mufg.jp
hiroshi.morioka@uk.mufg.jp
hstirrat@kio.uk.com
ian.davies@uk.mufg.jp
ichiei.kuki@uk.mufg.jp
iodonovan@kio.uk.com
james.lyons@uk.mufg.jp
jburdass@uk.tr.mufg.jp
jmitsubori@uk.tr.mufg.jp
kalmogahwi@kio.uk.com
kazuki_fukunaga@uk.mufg.jp
kazutoshi.tubakihara@uk.mufg.jp
keitaro.furukawa@uk.mufg.jp
kenichi.yoshida@uk.kokusai-am.co.jp
khamadah@kio.uk.com
knakai@uk.tr.mufg.jp
kousaku.nakanishi@uk.mufg.jp
ksato@uk.tr.mufg.jp
luke.carpenter@uk.mufg.jp
makoto.miyazaki@uk.mufg.jp
malasousi@kio.uk.com
malkharafi@kio.uk.com
mark.escott@uk.mufg.jp
mark.walker@uk.mufg.jp
masaaki.miyake@uk.mufg.jp
mbishara@kio.uk.com
mfrost@kio.uk.com
msmith@kio.uk.com
mwatson@kio.uk.com
nalrifai@kio.uk.com
naohiko.hirose@uk.mufg.jp
nobuaki.murayama@uk.kokusai-am.co.jp
nobuho.nanjo@uk.mufg.jp
nryb@uk.tr.mufg.jp
nyuba@uk.tr.mufg.jp
oalquraishi@kio.uk.com
oalsallal@kio.uk.com
pestephane@kio.uk.com
peter.hanrott@uk.mufg.jp
pkyle@kio.uk.com
plangham@kio.uk.com
ptomlin@kio.uk.com
pvithlani@kio.uk.com

## Company & Corresponding Email Addresses

rclarke@kio.uk.com
richard.smithyes@uk.mufg.jp
rlee@uk.tr.mufg.jp
rwisentaner@kio.uk.com
ryo.daido@uk.mufg.jp
salateeqi@kio.uk.com
salothman@kio.uk.com
salsane@kio.uk.com
sarah.gannon@uk.mufg.jp
sez.ulusoy@uk.mufg.jp
sferguson@kio.uk.com
sfujine@uk.tr.mufg.jp
shard@kio.uk.com
shigetake.nakayama@uk.mufg.jp
thomas.fennessey@uk.mufg.jp
tsder@uk.mufg.jp
wabusuud@kio.uk.com
wdawber@uk.tr.mufg.jp
yoshiniobu.onishi@uk.mufg.jp
yoshio.sano@uk.mufg.jp
yoshitaka.satani@uk.mufg.jp
ysuganuma@uk.tr.mufg.jp
yuichiro.tawara@uk.mufg.jp
yumi.kikukawa@uk.mufg.jp

### ukabnamro
huiberg.boumeester@ukabnamro.com
kevin.neman@ukabnamro.com
pabla.vanheck@ukabnamro.com

### uk-dexia
choldsworth@uk-dexia.com
iwales@uk-dexia.com
pstiles@uk-dexia.com

### uk-fid-intl
alex.jones@uk-fid-intl.com
deborah.kearns@uk-fid-intl.com

### ukgateway
david.renton@ukgateway.net

### ullico
briley@ullico.com
jdramsta@ullico.com
jlinehan@ullico.com
mpistner@ullico.com

### ulsterbank
brian.lynch@ulsterbank.com
david.lammas@ulsterbank.com
jim.fox@ulsterbank.com
marguerite.gaffney@ulsterbank.com
niamh.wylie@ulsterbank.com
simon.barry@ulsterbank.com

### ultan
tad@ultan.net
tago@ultan.net

### ulyss
joanne_whittier@ulyss.com

## Company & Corresponding Email Addresses

john_kim@ulyss.com
josh_nash@ulyss.com

### umb

angel.lupercio@umb.com
anthony.faulkner@umb.com
bonnie.johnson@umb.com
brenda.mcintosh@umb.com
brian.scharf@umb.com
bruce.fernandez@umb.com
charles.heath@umb.com
cheryl.kelley@umb.com
david.holmes@umb.com
deborah.dutoit@umb.com
dirk.richter@umb.com
gary.anderson@umb.com
gary.merrill@umb.com
george.hersh@umb.com
gustavo.magno@umb.com
hanan.levin@umb.com
iwona.murphy@umb.com
james.moffett@umb.com
james.reed@umb.com
james.swindler@umb.com
jason.votruba@umb.com
john.indellicate@umb.com
kathryn.johnson@umb.com
kdavison@umb.com
larry.valencia@umb.com
mark.weber@umb.com
mary.curtis@umb.com
melissa.smith-heath@umb.com
michael.doyle@umb.com
michael.fogarty@umb.com
michael.harold@umb.com
michael.heimlich@umb.com
michael.stack@umb.com
nancy.grasse@umb.com
premal.kadakia@umb.com
richard.campbell@umb.com
richard.talerico@umb.com
robert.weber@umb.com
sanja.milas-hardy@umb.com
sean.ketcherside@umb.com
shelly.ma@umb.com
sherman.pitts@umb.com
steven.vankeirsbilck@umb.com
timothy.burger@umb.com
william.oliver@umb.com
william.reese@umb.com

### umcmortgage

cahles@umcmortgage.com

### umich

awend@umich.edu
mdougan@umich.edu

## Company & Corresponding Email Addresses

**umn**
c-davy@umn.edu
datse001@umn.edu
mason057@umn.edu
suedb001@umn.edu

**umtb**
banain@umtb.co.il
benelizrs@umtb.co.il
ditalj@umtb.co.il
eldadf@umtb.co.il
eliy@umtb.co.il
erlichd@umtb.co.il
finkelsteins@umtb.co.il
katsnelsons@umtb.co.il
leiblea@umtb.co.il
meirz@umtb.co.il
mesikad@umtb.co.il

**umtbusa**
nprecel@umtbusa.com

**umwafunds**
dmoore@umwafunds.org
gsonies@umwafunds.org
jmogg@umwafunds.org
mmerrill@umwafunds.org

**unb**
ahmed.m.kamel@unb.ae
ganesh.h.kaulaskar@unb.co.ae
jaffar.rizvi@unb.ae
mir.a.ali@unb.ae
nadeem.h.lalani@unb.ae
nihal.manamperi@unb.ae
omeir.jilani@unb.ae
qamar.a.abbasi@unb.ae
sherif.nabih@unb.ae
suroor.khalife@unb.ae
tom@unb.com
zafar.i.rizvi@unb.ae

**unbmountcarmel**
svisloskie@unbmountcarmel.com

**unc**
terence@unc.ae

**uncb**
ktucker@uncb.com
rbitner@uncb.com

**u-net**
stockex@cis.u-net.com

**unfcu**
csullivan@unfcu.com
mvillamin@unfcu.com
poneill@unfcu.com
rcolavecchio@unfcu.com
vkulkarni@unfcu.com
yadams@unfcu.com

**unibail**

**Company & Corresponding Email Addresses**

   julie.fagart@unibail.fr
   marketnews@unibail.fr

**unibail-rodamco**
   anne-sophie.sancerre@unibail-rodamco.com
   marguerite.decanecaude@unibail-rodamco.com

**unibanca**
   ercolepolloni@unibanca.it
   marinacacchi@unibanca.it

**unibanco**
   bruno.magalhaes@unibanco.com
   rodrigo.rocha@unibanco.com

**unibank**
   ajens@unibank.dk
   bknud@unibank.dk
   boan@unibank.dk
   boste@unibank.dk
   cvest@unibank.dk
   hebr@unibank.dk
   hepe@unibank.dk
   jasa@unibank.dk
   jhon@unibank.lu
   mkofo@unibank.dk
   obech@unibank.dk
   palle.hansen@unibank.dk
   rubyl@unibank.dk
   svejg@unibank.dk

**unicapital**
   albert.ng@unicapital.com.hk
   chanik.park@unicapital.com.hk
   sanjiv.garg@unicapital.com.hk

**unicredit**
   adriano.capellini@unicredit.it
   alberto.riva@unicredit.it
   andrea.laruccia@unicredit.it
   antonella.massari@unicredit.it
   claudio.volpi@unicredit.it
   elena.tonti@unicredit.it
   gabriele.simonetti@unicredit.it
   lamberto.giusti@unicredit.it
   lucio.picca@unicredit.it
   luigi.parrilla@unicredit.it
   marinella.bottoni@unicredit.it
   marta.campriani@unicredit.it
   martin.hicks@unicredit.it
   massimo.cotella@unicredit.it
   mirco.brisighelli@unicredit.it
   orazio.tarda@unicredit.it
   ranieri.demarchis@unicredit.it
   roberto.volpato@unicredit.it

**unicreditgrop**
   wojciech.mazurkiewicz@unicreditgrop.co.uk

**unicreditgroup**
   alexander.kohberger@unicreditgroup.at
   alfred.deutsch@unicreditgroup.at

## Company & Corresponding Email Addresses

barbara.meyler@unicreditgroup.at
carlo.gaudente@unicreditgroup.eu
dennis.rada@unicreditgroup.de
domenico.sabadini@unicreditgroup.de
erich.draxler@unicreditgroup.at
erik.haubold@unicreditgroup.de
georg.kopecek@unicreditgroup.at
gerald.gromann@unicreditgroup.at
gerhard.narbeshuber@unicreditgroup.at
gerold.pum@unicreditgroup.at
giuseppe.rapisarda@unicreditgroup.eu
gunther.adam@unicreditgroup.at
harald.schlick@unicreditgroup.at
janchristoph.gebhardt@unicreditgroup.at
katharina.schmid@unicreditgroup.de
lionel.bignone@unicreditgroup.co.uk
marco.pavoni@unicreditgroup.eu
marion.khueny@unicreditgroup.de
martin.christ@unicreditgroup.at
martin.tuch@unicreditgroup.de
michael.bitton@unicreditgroup.co.uk
nurselin.camlibel@unicreditgroup.de
peter.etzrodt@unicreditgroup.de
robert.blumensaat@unicreditgroup.at
victoria.vonaretin@unicreditgroup.de

### unigestion

aprudent@unigestion.com
btaillardat@unigestion.com
caschenbrenner@unigestion.com
ebague@unigestion.com
echampenois@unigestion.com
ffradin@unigestion.com
ffrick@unigestion.com
jfclement@unigestion.com
mpagetgoy@unigestion.com
nmessing@unigestion.com
oaeschlimann@unigestion.com
pbonart@unigestion.com
podonnet@unigestion.com
vagarwal@unigestion.com

### unilever

arno.blezer@unilever.com
ben.rijff@unilever.com
danny-van.wijk@unilever.com
debbie.guddens@unilever.com
hans.engelhard@unilever.com
jaimie.lowe@unilever.com
jan.jansens@unilever.com
manon.hazelhof@unilever.com
martin.sanders@unilever.com
nichola.griffiths@unilever.com
paul-van.hastenberg@unilever.com

### unilver

rob.clement@unilver.com

## Company & Corresponding Email Addresses

### unims
afelli@unims.org

### unionbankph
mrbengson@unionbankph.com
rjempalmado@unionbankph.com
tintin@unionbankph.com
vbv@unionbankph.com

### union-invest
bfeldhaus@union-invest.de
jkellersmann@union-invest.de

### union-investment
aengel@union-investment.de
afagenzer@union-investment.de
akoettner@union-investment.de
alexander.karpov@union-investment.de
alexander.ohl@union-investment.de
alexander.wagner@union-investment.de
alexandra.annecke@union-investment.de
amikus@union-investment.de
ande.stagge@union-investment.de
andre.koettner@union-investment.de
andreas.brandt@union-investment.de
andreas.mark@union-investment.de
andreas.spitzhuettl@union-investment.de
aposthoff@union-investment.de
armin.ingerl@union-investment.de
aschneider@union-investment.de
aschubert@union-investment.de
axel.brosey@union-investment.de
axel.degen@union-investment.de
barbara.pohlmann@union-investment.de
beberhardt@union-investment.de
bernd.gentemann@union-investment.de
bernd.schroeder@union-investment.de
bheiss@union-investment.de
bjoern.strauss@union-investment.de
bodo.schimpfermann@union-investment.de
boris.schakowski@union-investment.de
carsten.hilck@union-investment.de
cfeth@union-investment.de
christian.gaertner@union-investment.de
christoph.niesel@union-investment.de
cwojcik@union-investment.de
david.milleker@union-investment.de
dieter.konrad@union-investment.de
dieter.schwarz@union-investment.de
dirk.rybarczyk@union-investment.de
dmitri.barinov@union-investment.de
drauch@union-investment.de
eicke.reneerkens@union-investment.de
ekaterina.iliouchenko@union-investment.de
eknobelspiess@union-investment.de
elena.ginsburg@union-investment.de
elke.schoeppl@union-investment.de

## Company & Corresponding Email Addresses

ewerner@union-investment.de
fabel@union-investment.de
fehrich@union-investment.de
ffeldmann@union-investment.de
ffreund@union-investment.de
florian.leipacher2@union-investment.de
frank.engels@union-investment.de
frank.thormann@union-investment.de
frank.wiederhold@union-investment.de
grantyun.cheng@union-investment.de
gujost@union-investment.de
gunther.kramert@union-investment.de
hakem.saidi@union-investment.de
hannah.cunliffe@union-investment.de
hans.hoelzl@union-investment.de
hansjoachim.koenig@union-investment.de
hansjoerg.walther@union-investment.de
harald.lohre@union-investment.de
hartmut.leibrock@union-investment.de
helen.windischbauer@union-investment.de
helmut.hipper@union-investment.de
hfriedrich@union-investment.de
hhorz@union-investment.de
holger.risse@union-investment.de
ilga.haubelt@union-investment.de
ingo.speich@union-investment.de
jan.zimmermann@union-investment.de
jens.berkenhagen@union-investment.de
jens.hansen@union-investment.de
joachim.buddendick@union-investment.de
joanna.gloeggler@union-investment.de
jochen.guessow@union-investment.de
joerg.boysen@union-investment.de
joerg.schaefer@union-investment.de
joerg.schneider@union-investment.de
joern.spillman@union-investment.de
john.mcmanus@union-investment.de
jschmidt@union-investment.de
juergen.hackenberg@union-investment.de
juergen.schillinger@union-investment.de
jvogler@union-investment.de
jwarncke@union-investment.de
jwilhelm@union-investment.de
jwuest@union-investment.de
kitty.schoenstedt@union-investment.de
lilianna.kielbik@union-investment.de
lorena.vinueza@union-investment.de
luca.paolini@union-investment.de
marco.salcoacci@union-investment.de
marek.koch@union-investment.de
markus.brechtmann@union-investment.de
markus.manns@union-investment.de
markus.walchshofer@union-investment.de
martin.hrdina@union-investment.de

## Company & Corresponding Email Addresses

matthias.luetzen@union-investment.de
max.holzer@union-investment.de
mbrechtmann@union-investment.de
mhellingrath@union-investment.de
michael.flaschka@union-investment.de
michael.gierse@union-investment.de
michael.herzum@union-investment.de
michael.muders@union-investment.de
michael.mueller2@union-investment.de
michael.nipp@union-investment.de
michael.schiller@union-investment.de
mkieswetter@union-investment.de
mkrahwinkel@union-investment.de
mmarinov@union-investment.de
monika.friedl@union-investment.de
mschaub@union-investment.de
norbert.faller@union-investment.de
normen.fritz@union-investment.de
patrick.schmidt@union-investment.de
patryk.jablonowski@union-investment.de
peter.albrecht@union-investment.de
peter.hitzler-spital@union-investment.de
peter.schottmueller@union-investment.de
phanau@union-investment.de
pkohlmann@union-investment.de
ralf.boeckel@union-investment.de
ralf.branda@union-investment.de
rboettner@union-investment.de
reiner.kloecker@union-investment.de
rene.przyborowsky@union-investment.de
rginsberg@union-investment.de
rkerth@union-investment.de
robert.volk@union-investment.de
robin.stemann@union-investment.de
rouven.koelmel@union-investment.de
rruchay@union-investment.de
sebastian.rohm@union-investment.de
sebastien.buch@union-investment.de
sergey.dergachev@union-investment.de
sergio.macias@union-investment.de
shirschbrich@union-investment.de
silvia.kronawitter@union-investment.de
skramer@union-investment.de
ssauerschell@union-investment.de
stefan.brugger@union-investment.de
stefan.steinberger@union-investment.de
stefan.thomsen@union-investment.de
stefanie.strabel@union-investment.de
stephan.ertz@union-investment.de
sven.hoelzer@union-investment.de
sweiss@union-investment.de
tafflerbach@union-investment.de
tbossert@union-investment.de
thomas.joekel@union-investment.de

## Company & Corresponding Email Addresses

thorsten.neumann@union-investment.de
thschneider@union-investment.de
tmoeller@union-investment.de
torsten.zenner@union-investment.de
upallasch@union-investment.de
uschuh@union-investment.de
ute.rosen@union-investment.de
uwe.wiedl@union-investment.de
vanessa.beck@union-investment.de
vdiehl@union-investment.de
wassili.papas@union-investment.de
wkirsten@union-investment.de
wsiegler@union-investment.de
yvonne.lange@union-investment.de

**union-investments**
fstrei@union-investments.de

**union-panagora**
andre.guenther@union-panagora.de
archontakis@union-panagora.de
christian.wilde@union-panagora.de
cord.brannolte@union-panagora.de
daniel.linzmeier@union-panagora.de
harald.henke@union-panagora.de
helmut.paulus@union-panagora.de
joerg.oswald@union-panagora.de
oliver.murschall@union-panagora.de
rocio.muniz@union-panagora.de
sascha.mergner@union-panagora.de
soenke.steinert@union-panagora.de
soeren.steinert@union-panagora.de
stefan.klein@union-panagora.de
thomas.kieselstein@union-panagora.de
thorsten.muff@union-panagora.de
tobias.stein@union-panagora.de
volker.floegel@union-panagora.de

**uniqa**
markus.klug@uniqa.at

**unisfair**
david.lerner@unisfair.com

**unisys**
david.burnley@unisys.com
kevin.coleman@unisys.com

**unitel**
femba@unitel.co.kr
jlee22@unitel.co.kr
seasee@unitel.co.kr
ultrayy@unitel.co.kr

**unitymgmt**
sworth@unitymgmt.com

**university-lending**
jphipps@university-lending.com

**universoservizi**
antonio.tomaselli@universoservizi.com

**univest**

**Company & Corresponding Email Addresses**

rushp@univest.net

**unknown**

tba@unknown.com
unknowm@unknown.com
unknown@unknown.com
unknowns@unknown.com

**unocal**

ctlasgs@uclhq.unocal.com

**unum**

bbateman@unum.com
bmiller@unum.com
bvance@unum.com
mbarnett2@unum.com
tawhite@unum.com
wleinberger@unum.com

**unumprovident**

bbrant@unumprovident.com
bcollins@unumprovident.com
bgilbert@unumprovident.com
bmtaylor@unumprovident.com
bstutts@unumprovident.com
dfussell@unumprovident.com
dsmith@unumprovident.com
egriffith@unumprovident.com
fnewtonjr@unumprovident.com
jbwagnon@unumprovident.com
jfpowell@unumprovident.com
jparker@unumprovident.com
jsuber@unumprovident.com
kbell@unumprovident.com
kboston@unumprovident.com
kmorris@unumprovident.com
lbrown@unumprovident.com
lfinlay@unumprovident.com
lherdle@unumprovident.com
lhuse@unumprovident.com
mcraven@unumprovident.com
mshen@unumprovident.com
mtsanders@unumprovident.com
mupdegraff@unumprovident.com
mvenkatesan@unumprovident.com
psatterfield@unumprovident.com
rbarry@unumprovident.com
rcarroll@unumprovident.com
rhensley@unumprovident.com
rlockerman@unumprovident.com
rlonic@unumprovident.com
sbuchanan@unumprovident.com
smunson@unumprovident.com
snbrown@unumprovident.com
thoye@unumprovident.com
vwaddell@unumprovident.com

**uobam**

chutipon.aus@uobam.co.th

**Company & Corresponding Email Addresses**

**uobgroup**

adrienne.gohsl@uobgroup.com
albert.gohyc@uobgroup.com
andrea.leongyh@uobgroup.com
andrea.leougyh@uobgroup.com
andy.eesy@uobgroup.com
belin.ngse@uobgroup.com
boh.huiling@uobgroup.com
chia.tsechern@uobgroup.com
chong.jiunyeh@uobgroup.com
choong.leeming@uobgroup.com
colin.ngck@uobgroup.com
daniel.limkb@uobgroup.com
david.ngwy@uobgroup.com
deng.jiewen@uobgroup.com
dennis.siewtk@uobgroup.com
dharmo.soejanto@uobgroup.com
edmund.onghk@uobgroup.com
elgin.tingst@uobgroup.com
evelyn.ongky@uobgroup.com
fong.waicheong@uobgroup.com
frederick.wongpy@uobgroup.com
freida.tayhk@uobgroup.com
genevieve.taytt@uobgroup.com
gerard.teoky@uobgroup.com
gilbert.ongtc@uobgroup.com
goh.sansan@uobgroup.com
goh.soomay@uobgroup.com
goh.yumin@uobgroup.com
grace.yeoph@uobgroup.com
gunawan.wijaya@uobgroup.com
ho.yewweng@uobgroup.com
huimin.ng@uobgroup.com
imran.khan@uobgroup.com
jacqueline.mok@uobgroup.com
james.liewcs@uobgroup.com
jason.rosendhal@uobgroup.com
joanne.lauch@uobgroup.com
john.doyle@uobgroup.com
jolene.seetohsa@uobgroup.com
joyce.tanml@uobgroup.com
judith.oliver@uobgroup.com
kerrine.kohps@uobgroup.com
koh.hweefong@uobgroup.com
koh.sweenguan@uobgroup.com
leona.tansh@uobgroup.com
leong.mae-e@uobgroup.com
lim.leengoh@uobgroup.com
lim.suetling@uobgroup.com
lim.su-wen@uobgroup.com
lim.yeechoon@uobgroup.com
low.hanseng@uobgroup.com
magdalene.chuahl@uobgroup.com
mark.tanky@uobgroup.com

## Company & Corresponding Email Addresses

matthew.limbk@uobgroup.com
melvin.leepc@uobgroup.com
michael.liuwf@uobgroup.com
nah.chiewming@uobgroup.com
nancy.sheng@uobgroup.com
nishish.doshi@uobgroup.com
norman.wukm@uobgroup.com
oeij.yuansiang@uobgroup.com
ooi.guattin@uobgroup.com
paul.cheonghl@uobgroup.com
paul.sugandi@uobgroup.com
rachel.onghy@uobgroup.com
rayner.woohl@uobgroup.com
rebecca.leesy@uobgroup.com
rodney.ungsg@uobgroup.com
shay.pangkh@uobgroup.com
simon.tanwk@uobgroup.com
simon.yangyq@uobgroup.com
stephanie.limpc@uobgroup.com
stephanie.loyxh@uobgroup.com
steven.kohwk@uobgroup.com
tam.kwokfun@uobgroup.com
tan.jweechye@uobgroup.com
tan.yanteck@uobgroup.com
tay.tongpoh@uobgroup.com
teo.hiangboon@uobgroup.com
teo.monkean@uobgroup.com
terence.tanbh@uobgroup.com
thean.hweimei@uobgroup.com
thio.boonkiat@uobgroup.com
tng.kweelian@uobgroup.com
toh.sweehuat@uobgroup.com
uamsic@uobgroup.com
victor.wongky@uobgroup.com
violet.sohbm@uobgroup.com
wang.hoimin@uobgroup.com
wee.tzeming@uobgroup.com
wong.an21derk@uobgroup.com
wong.kwongyew@uobgroup.com
wong.soontong@uobgroup.com
yip.sheekeen@uobgroup.com

### uob-oskam
sufoo@uob-oskam.co.my

### up
crwalters@up.com
jhamann@up.com
mpbendon@up.com
spmele@up.com

### upamc
may53@upamc.com.tw
peiyitsai@upamc.com.tw
simonchao@upamc.com.tw

### upbna
benjamin.rawlins@upbna.com

## Company & Corresponding Email Addresses

chuck.simmers@upbna.com
dennis.whittaker@upbna.com
joe.panessa@upbna.com
john.crawford@upbna.com

### update

update@update.com

### ups

adolny@ups.com
bdykes@ups.com
bhaislip@ups.com
bziolo@ups.com
daxelson@ups.com
eur1adl@europe.ups.com
eur1jxd@europe.ups.com
eur1sjf@europe.ups.com
gbarth@ups.com
gskelley@ups.com
jmcmahan@ups.com
jpowers@ups.com
kkuehn@ups.com
lhillman@ups.com
lisaknudsen@ups.com
mark.vale@ups.com
mculloty@ups.com
mjones9@ups.com
mroper@ups.com
parv.gill@europe.ups.com
peter.dunstan@europe.ups.com
rbotoff@ups.com
rchang@ups.com
rgasway@ups.com
sfowler@ups.com
stuartjones@ups.com

### url

daniel_chang@ms77.url.com.tw

### us

aadvis@us.mufg.jp
aarlotta@us.tr.mufg.jp
adessie@us.mufg.jp
adizon@us.mufg.jp
adon@us.mufg.jp
agiller@us.mufg.jp
amori@us.mufg.jp
bchin@us.tr.mufg.jp
bdunn@us.mufg.jp
bsnyder@us.mufg.jp
cbonaparte@us.mufg.jp
ccamisa@us.mufg.jp
cchegren@us.mufg.jp
cdelauro@us.mufg.jp
cdroussiotis@us.mufg.jp
cfrancavilla@us.mufg.jp
chchen@us.mufg.jp
christopher.h.stanley@us.hsbc.om

**Company & Corresponding Email Addresses**

crodriguez@us.mufg.jp
cstewart@us.mufg.jp
ctsang@us.mufg.jp
cwoolford@us.mufg.jp
dejima@us.mufg.jp
eoka@us.tr.mufg.jp
epollish@us.mufg.jp
ewhite@us.tr.mufg.jp
fiwasa@us.mufg.jp
gengland@us.mufg.jp
gmule@us.mufg.jp
gstewart@us.mufg.jp
hasamura@us.mufg.jp
hkambara@us.mufg.jp
hzimmermann@us.mufg.jp
jbrown@us.mufg.jp
jcarlos@us.mufg.jp
jfeeney@us.mufg.jp
jjeffers@us.mufg.jp
jjoyner@us.tr.mufg.jp
jleffler@us.mufg.jp
jmak@us.mufg.jp
jmillar@us.mufg.jp
jtazawa@us.mufg.jp
julee@us.mufg.jp
jyeager@us.mufg.jp
kbrinkman@us.mufg.jp
kcheng@us.mufg.jp
kgouda@us.mufg.jp
kkubo@us.mufg.jp
kmcgroary@us.mufg.jp
komori@us.mufg.jp
ktada@us.mufg.jp
lelkins@us.mufg.jp
lfoale@us.mufg.jp
lkim@us.mufg.jp
ltam@us.mufg.jp
mcoseo@us.mufg.jp
mcourtney@us.mufg.jp
mfalkner@us.mufg.jp
mferradas@us.mufg.jp
mgarfinkel@us.mufg.jp
mishii@us.mufg.jp
mmack@us.mufg.jp
mmarron@us.mufg.jp
mmcallister@us.tr.mufg.jp
mnoguchi@us.mufg.jp
mpalmeri@us.mufg.jp
mrini@us.mufg.jp
msaito@us.mufg.jp
msolis@us.mufg.jp
msullivan@us.mufg.jp
mtakagi@us.mufg.jp
myabe@us.tr.mufg.jp

## Company & Corresponding Email Addresses

mzion@us.mufg.jp
nbattista@us.mufg.jp
nharima@us.mufg.jp
nokusawa@us.tr.mufg.jp
nsaffra@us.mufg.jp
pdonnelly@us.mufg.jp
pmullen@us.mufg.jp
pshah@us.mufg.jp
rbohner@us.mufg.jp
rdeonarain@us.mufg.jp
rfretz@us.mufg.jp
rfunes@us.mufg.jp
rkay@us.mufg.jp
rtoyoshima@us.mufg.jp
scarvo@us.mufg.jp
sharrison@us.mufg.jp
soconnell@us.mufg.jp
sross@us.tr.mufg.jp
sschaffer@us.mufg.jp
ssmall@us.mufg.jp
tdearth@us.mufg.jp
thussain@us.mufg.jp
tiino@us.mufg.jp
tochiai@us.tr.mufg.jp
tso@us.mufg.jp
ttsuyuzaki@us.mufg.jp
tyakuwa@us.tr.mufg.jp
vadams@us.mufg.jp
wosada@us.mufg.jp
yakakura@us.mufg.jp
yfang@us.mufg.jp
yfuruya@us.mufg.jp
yyamamoto@us.mufg.jp

### usa

alanhrice@usa.net
andreas.wuerfel@usa.telekom.de
deancummings@usa.net
nils.paellmann@usa.telekom.de
richard_li@usa.net
semimartingale@usa.net
spongyt@usa.redcross.org
streeterd@usa.redcross.org
t.higuchi@usa.net

### usaa

andrew.jenkins@usaa.com
anthony.era@usaa.com
arnold.espe@usaa.com
bernie.williams@usaa.com
bob.iverson@usaa.com
bob.sitko@usaa.com
brianw.smith@usaa.com
cliff.gladson@usaa.com
cody.perkins@usaa.com
dale.hoffmann@usaa.com

## Company & Corresponding Email Addresses

dan.denbow@usaa.com
daniel.leimbach@usaa.com
darrell.deming@usaa.com
david.terris@usaa.com
diana.kellerman@usaa.com
diane.tobin@usaa.com
didi.weinblatt@usaa.com
don.schulze@usaa.com
donna.baggerly@usaa.com
douglas.rollwitz@usaa.com
douglas.ward@usaa.com
edwin.mcquiston@usaa.com
eileen.dodds@usaa.com
erin.mccoig@usaa.com
hal.candland@usaa.com
jason.bryan@usaa.com
john.camacho@usaa.com
john.spear@usaa.com
judi.kosub@usaa.com
julianne.bass@usaa.com
kelli.leffingwell@usaa.com
kevin.kaase@usaa.com
kevin.moore@usaa.com
kevin1.kelly@usaa.com
kirk.lobb@usaa.com
lisa.alexander@usaa.com
marianne.gerber@usaa.com
mark.oetinger@usaa.com
matthew.freund@usaa.com
maya.chapa@usaa.com
michael.bunting@usaa.com
neal.graves@usaa.com
oleg.maximov@usaa.com
patti.bradshaw@usaa.com
paul.salniker@usaa.com
paul.sandhu@usaa.com
peter.boardman@usaa.com
regina.shafer@usaa.com
richard.kimball@usaa.com
robert.landry@usaa.com
robert.pariseau@usaa.com
robert.urban@usaa.com
roger.price@usaa.com
ronald.sweet@usaa.com
ryan.beach@usaa.com
sarah.wilson@usaa.com
scott.glover@usaa.com
susan.lay@usaa.com
tim.reynolds@usaa.com
trae.willoughby@usaa.com
wasif.latif@usaa.com
yolanda.zamora@usaa.com

### usabancshares

jcp@usabancshares.com

## Company & Corresponding Email Addresses

machonddjm@usabancshares.com

### usagbank

john.graves@usagbank.com

### usbank

aaron.mcbroom@usbank.com
allen.steinkopf@usbank.com
andrea.murdock@usbank.com
andrew.adams@usbank.com
andrew.mcdonald@usbank.com
andrew.obrien@usbank.com
andrew.p.haas@usbank.com
ann.vazquez@usbank.com
anthony.burger@usbank.com
ash.stoesz@usbank.com
asitha.sandanayake@usbank.com
barrett.cooke@usbank.com
becky.villeneuve@usbank.com
benjamin.stone@usbank.com
beth.carrington@usbank.com
bri.douglas@usbank.com
bruce.knutson@usbank.com
bruce.salvog@usbank.com
catherine.fischer@usbank.com
chris.neuharth@usbank.com
christina.loutsch@usbank.com
christopher.doering@usbank.com
christopher.drahn@usbank.com
christopher.engel@usbank.com
christopher.thornton@usbank.com
cori.krebs@usbank.com
corina.bunu@usbank.com
dana.johanson@usbank.com
daniel.spiller@usbank.com
daniel.stanley@usbank.com
danko.turic@usbank.com
darin.k.montgomery@usbank.com
daryl.bible@usbank.com
david.cline@usbank.com
david.jeppson@usbank.com
david.moffett@usbank.com
davidf.johnson@usbank.com
dawn.brandhagen@usbank.com
deanne.phillips@usbank.com
derek.bloom@usbank.com
don.keller@usbank.com
doug.ebner@usbank.com
doug.harris@usbank.com
douglas.hedberg@usbank.com
douglas.wagner@usbank.com
dustin.mayer@usbank.com
edward.kachinski@usbank.com
elisabeth.creighton@usbank.com
ellen.suchar@usbank.com
emil.busse@usbank.com

**Company & Corresponding Email Addresses**

emmanouil.pytikakis@usbank.com
gregory.evansky@usbank.com
gregory.hanson@usbank.com
gregory.park@usbank.com
heidi.stevens@usbank.com
helenitsa.mentavlos@usbank.com
james.palmer@usbank.com
james.sias@usbank.com
jan.meyer@usbank.com
jason.danen@usbank.com
jason.obrien@usbank.com
jay.rosenberg@usbank.com
jeanne.redelius@usbank.com
jeffery.keys@usbank.com
jeffrey.ebert@usbank.com
jeffrey.plotnik@usbank.com
jill.ling@usbank.com
jim.arnold@usbank.com
joan.calott@usbank.com
joe.kuschke@usbank.com
joe.neuberger@usbank.com
john.dikeman@usbank.com
john.stern@usbank.com
john.wenker@usbank.com
jon.loth@usbank.com
jose.rodriguez1@usbank.com
joseph.belew@usbank.com
joseph.holinka@usbank.com
joseph.tessmer1@usbank.com
joseph.ulrey@usbank.com
joshua.overholt@usbank.com
juanita_morales@usbank.com
judith.murphy@usbank.com
judy.varnado@usbank.com
karen.bowie@usbank.com
kari.nestaval@usbank.com
karin.andreen@usbank.com
katherine.k.miller@usbank.com
kathleen.heltemes@usbank.com
keith.hembre@usbank.com
kelly.carlson1@usbank.com
ken.kauffman@usbank.com
kenneth.nelson@usbank.com
kevin.storm@usbank.com
lawrence.backes@usbank.com
lois.psuik@usbank.com
lori.snow@usbank.com
magda.kmiecik@usbank.com
marcia.ryder@usbank.com
marijo.goldstein@usbank.com
mark.gierach@usbank.com
mark.green@usbank.com
mark.jordahl@usbank.com
mark.traster@usbank.com

## Company & Corresponding Email Addresses

matthew.corbett@usbank.com
michael.burke@usbank.com
michael.hamilton@usbank.com
michael.shattuck@usbank.com
michael.stelzer@usbank.com
michael.welle@usbank.com
michael.wilkerson@usbank.com
mike.j.smith@usbank.com
monica.murray@usbank.com
nancy.olsen@usbank.com
nancy.wiser@usbank.com
natasha.olivia@usbank.com
nicholas.h.luzecky@usbank.com
nicholas.negrini@usbank.com
omaira.krueger@usbank.com
pamela.coleman@usbank.com
patricia.dawson2@usbank.com
patricia.schrandt@usbank.com
patrick.mcsweeney@usbank.com
paul.scofield@usbank.com
peter.kline@usbank.com
phil.melville@usbank.com
robert.barrett@usbank.com
robert.eyre@usbank.com
robert.kocur@usbank.com
robin.rettschlag@usbank.com
ruth.mattson@usbank.com
ryan.bernardi@usbank.com
sandra.zerbo@usbank.com
scott.cullen@usbank.com
sean.mcleod@usbank.com
shaista.tajamal@usbank.com
stephanie.kay@usbank.com
stephen.meyer@usbank.com
tammy.bauer@usbank.com
tas.keval@usbank.com
thomas.kuhlmann@usbank.com
tim.russell@usbank.com
timothy.crandall@usbank.com
todd.schwartz@usbank.com
tom.palzewicz@usbank.com
troy.huff@usbank.com
vaida.tautvaisaite@usbank.com
victoria.dehn@usbank.com
vivian.whiteley@usbank.com
walter.dewey@usbank.com
william.schmidt@usbank.com
yan.luo@usbank.com
yan.tang@usbank.com
yun.lan@usbank.com

**usc**
hamao@usc.edu
ndeguzma@usc.edu

**uscentral**

## Company & Corresponding Email Addresses

bshelton@uscentral.org
bshulman@uscentral.org
bthomas@uscentral.org
cloveless@uscentral.org
ddickens@uscentral.org
dedington@uscentral.org
dfilby@uscentral.org
dkempen@uscentral.org
dlee@uscentral.org
gmoore@uscentral.org
jcox@uscentral.org
kbrick@uscentral.org
khatfield@uscentral.org
lpartridge@uscentral.org
phidaka@uscentral.org
rglenny@uscentral.org
scarrithers@uscentral.org
sjones@uscentral.org

### usg
kmcging@usg.com

### usinor
jean-louis.marchand@usinor.com
thierry.royer@usinor.com

### usnh
edmund.harvey@usnh.edu

### uss
aewheaton@uss.com
afereday@uss.co.uk
amccarthy@uss.co.uk
asmith@uss.co.uk
bcarol@uss.com
blevenstein@uss.co.uk
cpratt@uss.co.uk
dfrank@uss.co.uk
efernando@uss.co.uk
efguna@uss.com
esandstedt@uss.co.uk
gaglynn@uss.com
gdwedell@uss.com
grhaggarty@uss.com
hreid@uss.co.uk
hvmamelak@uss.com
jdann@uss.co.uk
jfletche@uss.co.uk
jhayward@uss.co.uk
jralward@uss.com
jturner@uss.co.uk
kmstults@uss.com
lgclark@uss.com
mclark@uss.co.uk
mjhosler@uss.com
nbasten@uss.co.uk
nkissack@uss.co.uk
nlandell-mills@uss.co.uk

## Company & Corresponding Email Addresses

pagylfe@uss.com
rafink@uss.com
rafisher@uss.com
rrathour@uss.co.uk
rrees@uss.co.uk
rsedwards@uss.com
rwsnyder@uss.com
tghadially@uss.co.uk
tjmcglinn@uss.com
wdonovan@uss.com
wlow@uss.co.uk

## ussocgen

dan.kramer@ussocgen.com

## ustrust

abaldassare@ustrust.com
adam_moss@ustrust.com
adela_sanchez@ustrust.com
alan_burnette@ustrust.com
albert_choi@ustrust.com
alejandro.a.gomez@ustrust.com
alex_kopelevich@ustrust.com
alexander.stock@ustrust.com
allison_kellog@ustrust.com
allison_kvikstad@ustrust.com
amber_knighten@ustrust.com
amelia.hopkins@ustrust.com
amy_kong@ustrust.com
amy_sahler@ustrust.com
andrew.gautier@ustrust.com
andrew_kosche@ustrust.com
anita_johal@ustrust.com
anne_spaulding@ustrust.com
anthony_monforton@ustrust.com
anthony_scherrer@ustrust.com
apowers@ustrust.com
aratcliffe@ustrust.com
arthur_greenspon@ustrust.com
ashish_shrivastava@ustrust.com
bdirubbio@ustrust.com
ben_tanen@ustrust.com
benjamin_garfield@ustrust.com
benjamin_lathrop@ustrust.com
bhurt@ustrust.com
bill_shealy@ustrust.com
bill_vaughn@ustrust.com
brett_berry@ustrust.com
brian_fitzgerald@ustrust.com
brian_fry@ustrust.com
brian_kobuszewski@ustrust.com
bruce_elwell@ustrust.com
bruno_fellin@ustrust.com
btavel@ustrust.com
btien@ustrust.com
bwalker@ustrust.com

**Company & Corresponding Email Addresses**

caleb_david@ustrust.com
cansbro@ustrust.com
carl_henke@ustrust.com
carmen_s_diaz@ustrust.com
cathy_yau@ustrust.com
cbhalla@ustrust.com
ccarilli@ustrust.com
charles_cullen@ustrust.com
charles_grosvenor@ustrust.com
charles_wert@ustrust.com
cheryl_curtin@ustrust.com
cheryl_maclachlan@ustrust.com
chris_fittin@ustrust.com
christine_macnally@ustrust.com
christine_wallace@ustrust.com
christopher_hyzy@ustrust.com
christopher_kavanagh@ustrust.com
christopher_scheper@ustrust.com
cryan@ustrust.com
curt_fintel@ustrust.com
daniel_cunningham@ustrust.com
daniel_gould@ustrust.com
daniel_payne@ustrust.com
daniel_williams@ustrust.com
dave_drew@ustrust.com
dave_ross@ustrust.com
david_fryer@ustrust.com
david_glennon@ustrust.com
david_schwartzman@ustrust.com
david_strenz@ustrust.com
deb_vargo@ustrust.com
deborah_bailey@ustrust.com
deborah_koplick@ustrust.com
deborah_newcomb@ustrust.com
debra_barnard@ustrust.com
debra_ivey@ustrust.com
delefson@ustrust.com
dennis_ott@ustrust.com
diane_jurcik@ustrust.com
dina_mastrangelo@ustrust.com
dlinehan@ustrust.com
donald_spelman@ustrust.com
dpyle@ustrust.com
drichie@ustrust.com
durraj_tase@ustrust.com
ecassidy@ustrust.com
edward_glesmannjr@ustrust.com
edward_reilly@ustrust.com
elisabeth_schwan@ustrust.com
elizabeth_cady@ustrust.com
elizabeth_collins@ustrust.com
emily_shei-sadiq@ustrust.com
eric_blake@ustrust.com
eric_duskin@ustrust.com

## Company & Corresponding Email Addresses

eric_grasinger@ustrust.com
eric_hayes@ustrust.com
evan_gordon@ustrust.com
fatima_dickey@ustrust.com
fay_gambee@ustrust.com
fran_burchman@ustrust.com
frances_barrett@ustrust.com
frances_fernandez@ustrust.com
frances_sevilla@ustrust.com
frank_rosetti@ustrust.com
frank_salem@ustrust.com
gail_clay@ustrust.com
gcrosby@ustrust.com
gcuneo@ustrust.com
george_churchilljr@ustrust.com
george_lang@ustrust.com
george_whiteley@ustrust.com
georgianne_latosh@ustrust.com
gerald_calder@ustrust.com
glenn_switzer@ustrust.com
gpagan@ustrust.com
guillaume_detournemire@ustrust.com
hank_greenleaf@ustrust.com
heather_cheney@ustrust.com
helen_roesch@ustrust.com
helen_wong@ustrust.com
herb_achey@ustrust.com
hgreenleaf@ustrust.com
ipeters@ustrust.com
iprior@ustrust.com
james_g_dempsey@ustrust.com
james_landers@ustrust.com
janelle_joaquim@ustrust.com
jannet_aminov@ustrust.com
japruzzese@ustrust.com
jay_baumgardner@ustrust.com
jaybrian_springer@ustrust.com
jbutler@ustrust.com
jcorcoran@ustrust.com
jeanette_duras@ustrust.com
jeanpaul_desrochers@ustrust.com
jeffrey_buyak@ustrust.com
jennifer_bryne@ustrust.com
jennifer_charlebois@ustrust.com
jeremy_stjean@ustrust.com
jessica_mcmullin@ustrust.com
jhayes@ustrust.com
jholihan@ustrust.com
jknox@ustrust.com
jlafferty@ustrust.com
jmoore@ustrust.com
jnicholas_smith@ustrust.com
joan_ellis@ustrust.com
joan_lanius-nichol@ustrust.com

## Company & Corresponding Email Addresses

john_carey@ustrust.com
john_clymer@ustrust.com
john_corcoran@ustrust.com
john_doppman@ustrust.com
john_harris@ustrust.com
john_lafferty@ustrust.com
john_lent@ustrust.com
john_mcdermott@ustrust.com
john_minogue@ustrust.com
john_rendinaro@ustrust.com
john_rich@ustrust.com
john_wright@ustrust.com
john_zhang@ustrust.com
jonathan_bergner@ustrust.com
jonathan_stanley@ustrust.com
jose_fernandez@ustrust.com
joseph_gallagher@ustrust.com
joseph_gardino@ustrust.com
jpaladino@ustrust.com
jpugh@ustrust.com
jshort@ustrust.com
jsmith@ustrust.com
judith_cranna@ustrust.com
judith_tomo@ustrust.com
julie_jackson@ustrust.com
junius_davenport@ustrust.com
karla_encarnacion@ustrust.com
katherine.maciag@ustrust.com
kchang@ustrust.com
keith_jaret@ustrust.com
keith_sullivan@ustrust.com
kenneth_thomas@ustrust.com
kim_sommers@ustrust.com
kkellison@ustrust.com
kmcalley@ustrust.com
kris_krauel@ustrust.com
kristina_alley@ustrust.com
lauren_guaimano@ustrust.com
lee_gardella@ustrust.com
leo_grohowski@ustrust.com
linda_dubrow@ustrust.com
linda_ludwig@ustrust.com
lisa_lyons@ustrust.com
lisa_mcgowan@ustrust.com
lisa_premo@ustrust.com
lissa_rurik@ustrust.com
lnadel@ustrust.com
lorinda_laub@ustrust.com
louis_abel@ustrust.com
lromero@ustrust.com
lweiss@ustrust.com
lynne_dombroski@ustrust.com
lynne_gorski@ustrust.com
marc_doss@ustrust.com

## Company & Corresponding Email Addresses

margaret_hou@ustrust.com
margaret_mccarthy@ustrust.com
marilyn_wales@ustrust.com
marilynaponte-cotto@ustrust.com
mark_livesay@ustrust.com
mark_ryan@ustrust.com
mark_wieland@ustrust.com
mark_wolkstein@ustrust.com
martin_chanzit@ustrust.com
mary_davey@ustrust.com
matthew_roddy@ustrust.com
matthew_welsh@ustrust.com
maureen_ganley@ustrust.com
mboland@ustrust.com
mbrisbane@ustrust.com
meaghan_moran@ustrust.com
medwards@ustrust.com
melanie_hayes@ustrust.com
mercedeh_shahbodaghi@ustrust.com
mgnadinger@ustrust.com
michael_cannella@ustrust.com
michael_innocenti@ustrust.com
michael_kirkbride@ustrust.com
michael_kramer@ustrust.com
michael_oliver@ustrust.com
michael_zazzarino@ustrust.com
michel_stack@ustrust.com
michelle_thomas@ustrust.com
michelle_watson@ustrust.com
mike_pucci@ustrust.com
mike_rogers@ustrust.com
mike_shea@ustrust.com
mildred_killian@ustrust.com
mindy_hodges@ustrust.com
mitchell_feingold@ustrust.com
morris_noble@ustrust.com
mscott@ustrust.com
mtaggart@ustrust.com
muriel_nichols@ustrust.com
mwarner@ustrust.com
nadine_armstrong@ustrust.com
nstubel@ustrust.com
pai@ustrust.com
pamela_diamantis@ustrust.com
pamela_hunter@ustrust.com
pamela_sweet@ustrust.com
patrick_yip@ustrust.com
paul_albonetti@ustrust.com
paul_kronlokken@ustrust.com
paul_napoli@ustrust.com
paul_oldfield@ustrust.com
paul_unchalipongse@ustrust.com
paula_blacher@ustrust.com
paula_laliberte@ustrust.com

**Company & Corresponding Email Addresses**

pauline_sheedy@ustrust.com
peter_yuen@ustrust.com
phil.mierzwa@ustrust.com
philip_roberts@ustrust.com
pking@ustrust.com
pkscaturro@ustrust.com
pschaffer@ustrust.com
ptracey@ustrust.com
raghav_nandagopal@ustrust.com
randy_peterson@ustrust.com
rbayles@ustrust.com
rchesterton@ustrust.com
rebecca_hillis@ustrust.com
reiner_triltsch@ustrust.com
rhansen@ustrust.com
rich_carter@ustrust.com
richard_limekiller@ustrust.com
rmcgreevey@ustrust.com
robert_aufenanger@ustrust.com
robert_mcgee@ustrust.com
robert_meyer@ustrust.com
robert_pitti@ustrust.com
robert_rudnick@ustrust.com
roger_li@ustrust.com
rosalyn_schick@ustrust.com
rosemarie_reardon@ustrust.com
rsagar@ustrust.com
rshemesh@ustrust.com
sagnewhuke@ustrust.com
sanderson@ustrust.com
sandy_boes@ustrust.com
sara_leslie@ustrust.com
scott_benesch@ustrust.com
scott_gasparini@ustrust.com
scott_merritt@ustrust.com
scraige@ustrust.com
sergio_dearujo@ustrust.com
sgillia@ustrust.com
sharvey@ustrust.com
skosier@ustrust.com
spanetta@ustrust.com
stephen_evans@ustrust.com
stephen_kistner@ustrust.com
steven_hobbs@ustrust.com
susan_walton@ustrust.com
suzanne_wilcox@ustrust.com
tanya_birmingham@ustrust.com
tavallone@ustrust.com
tcook@ustrust.com
tevnin@ustrust.com
tgalvin@ustrust.com
theresa_pereira@ustrust.com
thomas_appleton@ustrust.com
thomas_arrington@ustrust.com

## Company & Corresponding Email Addresses

thomas_ashton@ustrust.com
thomas_brennecke@ustrust.com
thomas_connolly@ustrust.com
thomas_rogowski@ustrust.com
tim_leach@ustrust.com
timothy_evnin@ustrust.com
tiricia_mills@ustrust.com
tj_brannon@ustrust.com
tleach@ustrust.com
tmarvel@ustrust.com
todd_fellerman@ustrust.com
tparliman@ustrust.com
tporcelli@ustrust.com
tsmith@ustrust.com
tsynnott@ustrust.com
valerie_connolly@ustrust.com
vhammond@ustrust.com
walter_seibert@ustrust.com
wbrigham@ustrust.com
william.ferdinand@ustrust.com
william_dodds@ustrust.com
william_glasgow@ustrust.com
william_graham@ustrust.com
wseibert@ustrust.com
yani_lee@ustrust.com
ychan@ustrust.com
zeba_ahmad@ustrust.com

### uswest
vhjohn@uswest.com

### utah
cbrandt@utah.gov

### utc
aaron.bromage@pw.utc.com
akhil.johri@utc.com
alvin.wang@pw.utc.com
barbara.nguyen@pw.utc.com
charles.vanvleet@utc.com
christopher.paolino@utc.com
claire.carney@utc.com
david.porter@utc.com
douglas.scheffel@pw.utc.com
james.moody@utc.com
johanne.sognnaes@pw.utc.com
ken.parks@utc.com
maria.lee@utc.com
rick.baril@utc.com
robert.king@pw.utc.com
robin.diamonte@utc.com
roganti@corphq.utc.com
ryan.hutson@pw.utc.com
witzkyc@corphq.utc.com
yunjc@pw.utc.com

### utcpower
tom.mceachin@utcpower.com

## Company & Corresponding Email Addresses

### utendahl
boris@ucm.utendahl.com
cpapadopoullos@utendahl.com
dburns@utendahl.com
dmaurice@utendahl.com
jcorkran@ucm.utendahl.com
jferguson@ucm.utendahl.com
jkamil@ucm.utendahl.com
jmenozzi@utendahl.com
jutendahl@utendahl.com
kfrancis@utendahl.com
kwoods@utendahl.com
mrhodes@utendahl.com
prinfret@utendahl.com
pzuckerwise@ucm.utendahl.com
smallick@utendahl.com
sortiz@utendahl.com
tmandel@utendahl.com
vmarks@ucm.utendahl.com

### utilicorp
jhardt@utilicorp.com

### utimco
ciberg@utimco.org
hdoak@utimco.org
jmandeville@utimco.org
mnewcomb@utimco.org
rkampfe@utimco.org
rmollen@utimco.org
rruebsahm@utimco.org

### utsystem
dburck@utsystem.edu
thull@utsystem.edu

### vaamllc
togorman@vaamllc.com

### valance
cguerra@valance.us
dpatton@valance.us
gwebber@valance.us
mpede@valance.us
mprochazka@valance.us
soreilly@valance.us

### valcourt
aconway@valcourt.ch
mconway@valcourt.ch
pwaro@valcourt.ch

### valeo
benoit.deryng@valeo.com
john.thomason@valeo.com
remy.dumoulin@valeo.com
vincent.marcel@valeo.com

### valero
ashley.smith@valero.com
brian.glenn@valero.com
eric.fisher@valero.com

## Company & Corresponding Email Addresses

gene.edwards@valero.com
greg.kin@valero.com
jim.malott@valero.com
joseph.gorder@valero.com
kerry.o'brien@valero.com
matthew.jackson@valero.com
mike.ciskowski@valero.com
william.klesser@valero.com

**valic**
bill_trimbur@valic.com

**valio**
heikki.halkilahti@valio.fi

**vallourec**
john.robinson@vallourec.fr

**valueline**
balston@valueline.com
bbrooks@valueline.com
bmitstifer@valueline.com
cheebner@valueline.com
jgeffen@valueline.com
jkaplan@valueline.com
kbramlage@valueline.com
nbendig@valueline.com
pdebbas@valueline.com
rplummer@valueline.com
rromaine@valueline.com
rstock@valueline.com
sgrant@valueline.com
sviebrock@valueline.com
syeary@valueline.com

**vanderhoop**
mark.post@vanderhoop.nl

**vangaurd**
kenneth_frantzen@vangaurd.com

**vanguard**
aaron_j_wilson@vanguard.com
abe_georges@vanguard.com
adam_g_eccles@vanguard.com
adam_michael_ferguson@vanguard.com
ahilya_george@vanguard.com
aileen_duffy@vanguard.com
alan_randall@vanguard.com
allison_s_boxer@vanguard.com
andrea_m_tomb@vanguard.com
andrew_maack@vanguard.com
anne_b_wachter@vanguard.com
anthony_r_durant@vanguard.com
balaji_macherla@vanguard.com
barbara_nesspor@vanguard.com
barbara_samett@vanguard.com
barry_wzorek@vanguard.com
bill_bonawitz@vanguard.com
bob_behal@vanguard.com
brandon_l_bowers@vanguard.com

**Company & Corresponding Email Addresses**

brent_j_causey@vanguard.com
brian_conlan@vanguard.com
brian_k_hilliard@vanguard.com
brian_w_quigley@vanguard.com
bryan_r_baebler@vanguard.com
carol_s_rosiak@vanguard.com
catherine_gordon@vanguard.com
celine.whiting@vanguard.com.au
chad_sumpter@vanguard.com
chantille_a_jackson@vanguard.com
chao_han@vanguard.com
charles_m_shuey@vanguard.com
charles_w._smith@vanguard.com
chase_j_stewart@vanguard.com
cheryl_roberts@vanguard.com
christian_loxham@vanguard.com
christina_drissel@vanguard.com
christine_symington@vanguard.com
christopher_a_kender@vanguard.com
christopher_alwine@vanguard.com
christopher_g_lemmo@vanguard.com
christopher_philips@vanguard.com
christopher_reece@vanguard.com
coleen_mcelwee@vanguard.com
corey_r_holeman@vanguard.com
corinne_morrone@vanguard.com
craig_jubinski@vanguard.com
dan_kostaroff@vanguard.com
daniel_sullivan@vanguard.com
daniel_w_wallick@vanguard.com
daniel_wallick@vanguard.com
darlene_marshall@vanguard.com
david_forcey@vanguard.com
david_glocke@vanguard.com
david_holliday@vanguard.com
david_lee@vanguard.com
david_vanommeren@vanguard.com
david_w_mcnamara@vanguard.com
david_zhu@vanguard.com
dawn_murtaugh@vanguard.com
deborah_voit@vanguard.com
delbert_stafford@vanguard.com
denise.delaney@vanguard.com.au
derek_carr@vanguard.com
diane_smith@vanguard.com
diboo_a_daniel@vanguard.com
dmitry_gaysinskiy@vanguard.com
donald_m_butler@vanguard.com
donald_r_hanrahan@vanguard.com
donna_sanna@vanguard.com
douglass_m_dies@vanguard.com
duane_kelly@vanguard.com
earl_robinson@vanguard.com
edward_mcgettigan@vanguard.com

**Company & Corresponding Email Addresses**

edward_rosenberg@vanguard.com
elena_singleton@vanguard.com
elizabeth_berry@vanguard.com
elizabeth_noble@vanguard.com
ellen_d_harvey@vanguard.com
ellen_d_miller@vanguard.com
emily.chow@vanguard.com.au
emily_wong@vanguard.com
eric_arinsburg@vanguard.com
eric_handsman@vanguard.com
eric_vannoy@vanguard.com
erick_g_miller@vanguard.com
erin_c_kelly@vanguard.com
ethan_t_swartz@vanguard.com
fei_xu@vanguard.com
felix.sommerhalder@vanguard.com.au
felix_lim@vanguard.com
frank_cesario@vanguard.com
garth_fealey@vanguard.com
geoffrey_kenneck@vanguard.com
geoffrey_s_kenneck@vanguard.com
george_sauter@vanguard.com
gerald_hwang@vanguard.com
giancarlo_ciccarone@vanguard.com
glenn_e_sheay@vanguard.com
gregory_davis@vanguard.com
gregory_s_nassour@vanguard.com
hamed_kone@vanguard.com
hugh_p_watters@vanguard.com
j_bruce_martin@vanguard.com
james_d_troyer@vanguard.com
james_faulker@vanguard.com
james_mchugh@vanguard.com
jason_hannon@vanguard.com
jean_lu@vanguard.com
jeffrey_forney@vanguard.com
jeffrey_johnson@vanguard.com
jeffrey_yellin@vanguard.com
jennifer_kwon@vanguard.com
jeremy_mathias@vanguard.com
jessica_fedderly@vanguard.com
jessica_m_mendez@vanguard.com
jim_heisler@vanguard.com
joel_b_steinberg@vanguard.com
joel_m_dickson@vanguard.com
john_c_malley@vanguard.com
john_galante@vanguard.com
john_grimes@vanguard.com
john_hollyer@vanguard.com
john_lanius@vanguard.com
john_m_carbone@vanguard.com
john_t_mcdevitt@vanguard.com
john_wertz@vanguard.com
jonah_andrew_white@vanguard.com

**Company & Corresponding Email Addresses**

jonathan.burne@vanguard.com.au
jonathan_jacoby@vanguard.com
jonathan_lemco@vanguard.com
jonathan_wilkenfeld@vanguard.com
jong_c_bahk@vanguard.com
joseph_brennan@vanguard.com
joseph_davis@vanguard.com
joseph_ferrari@vanguard.com
joseph_v_keltz@vanguard.com
josh_c_barrickman@vanguard.com
juan_trujillo@vanguard.com
julia_smith@vanguard.com
julie_yoo@vanguard.com
justin_a_judd@vanguard.com
justin_mandeville@vanguard.com
justin_schwartz@vanguard.com
kara_tuinstra@vanguard.com
karen_grozinski@vanguard.com
kari_a_pietrafitta@vanguard.com
kathleen_d_hyland@vanguard.com
kathryn_allen@vanguard.com
kathy_mchenry@vanguard.com
kelly_a_peterson@vanguard.com
kelsey_carrington@vanguard.com
kenneth_volpert@vanguard.com
ker_moua@vanguard.com
kevin_barger@vanguard.com
kevin_carsley@vanguard.com
kevin_j_concannon@vanguard.com
kevin_laughlin@vanguard.com
kimberly_a_d'angelo@vanguard.com
kimberly_stockton@vanguard.com
kurt_j_ayling@vanguard.com
kyla_rivera@vanguard.com
larry_ring@vanguard.com
laura_w_hunt@vanguard.com
leo_corrigan@vanguard.com
les.bright@vanguard.com.au
leslie_a_mccabe@vanguard.com
li_zhu@vanguard.com
lynne_brady@vanguard.com
mabel_c_yu@vanguard.com
malcolm_smith@vanguard.com
maritsa_blavakis@vanguard.com
mark_dorfler@vanguard.com
mark_katarsky@vanguard.com
mark_lahoda@vanguard.com
mark_louka@vanguard.com
marlin_brown@vanguard.com
marques_glaze@vanguard.com
mathew.mccrum@vanguard.com.au
matthew_price@vanguard.com
maura_k_mcfadden@vanguard.com
maya_burkova@vanguard.com

## Company & Corresponding Email Addresses

melissa_l_o'meara@vanguard.com
melissa_leedom@vanguard.com
michael.carmel@vanguard.com.au
michael_albano@vanguard.com
michael_bartsch@vanguard.com
michael_drayo@vanguard.com
michael_h_buek@vanguard.com
michael_luong@vanguard.com
michael_mcginn@vanguard.com
michael_montanez@vanguard.com
michael_perre@vanguard.com
michael_praplaski@vanguard.com
michael_salevsky@vanguard.com
michael_wintrode@vanguard.com
mindy_iannacone@vanguard.com
mirza_cavalic@vanguard.com
nafis_t_smith@vanguard.com
natasha_roselli@vanguard.com
nathan_newport@vanguard.com
nathan_t_persons@vanguard.com
nelson_w_wicas@vanguard.com
nicholas_pronko@vanguard.com
nicole_m_martin@vanguard.com
omar_f_selim@vanguard.com
omar_k_sanders@vanguard.com
pamela_wisehaupt_tynan@vanguard.com
patricia_a_lunova@vanguard.com
patrick_gremban@vanguard.com
patrick_milligan@vanguard.com
paul_jakubowski@vanguard.com
paul_lohrey@vanguard.com
paul_m_malloy@vanguard.com
peter.embury@vanguard.com.au
peter_m_steinmetz@vanguard.com
peter_mahoney@vanguard.com
phileasa_p_patrick@vanguard.c
phillip_sapovits@vanguard.com
pramela_krishna@vanguard.com
qeg_research@vanguard.com
quinn_d_nguyen@vanguard.com
quynh.vu@vanguard.com.au
rachael.foo@vanguard.com.au
rachel_smith@vanguard.com
rahul_k_vyas@vanguard.com
randall_pollock@vanguard.com
randy_smith@vanguard.com
reid_smith@vanguard.com
rich_petruzzo@vanguard.com
richard_c_hepner@vanguard.com
richard_powers@vanguard.com
richard_whitfield@vanguard.com
robert_buckwalter@vanguard.com
robert_f._auwaerter@vanguard.com
roger.mcintosh@vanguard.com.au

## Company & Corresponding Email Addresses

ronald_reardon@vanguard.com
rosanna.vecchio@vanguard.com.au
ross_howell@vanguard.com.au
russell.papst@vanguard.com.au
russell_dussling@vanguard.com
ruth_levine@vanguard.com
ruwan_wickrema@vanguard.com
ryan_j_gill@vanguard.com
ryan_lindsay@vanguard.com
ryan_ludt@vanguard.com
samuel.weaner@vanguard.com.au
sarah_carbone@vanguard.com
scott_e_miles@vanguard.com
shan.kwee@vanguard.com.au
shawn_moser@vanguard.com
shruti_basavaraj@vanguard.com
stephanie_setyadi@vanguard.com
stephen.howard@vanguard.com.au
stephen_burke@vanguard.com
stephen_m_mcfee@vanguard.com
stephen_m_steenkamer@vanguard.com
stephen_w_kozeracki@vanguard.com
steve_xia@vanguard.com
stuart_hosansky@vanguard.com
susan_graef@vanguard.com
susy_m_kim@vanguard.com
tara_hillegass@vanguard.com
tara_s_hillegas@vanguard.com
thomas_p_lynch@vanguard.com
thomas_perks@vanguard.com
tom_ennis@vanguard.com
twana_cooper@vanguard.com
ubcd@vanguard.com
ugxo@vanguard.com
victory_lan_team@vanguard.com
w_robert_main@vanguard.com
william_d_baird@vanguard.com
william_k_roberts@vanguard.com
william_w_smith@vanguard.com
yan_pu@vanguard.com
yan_zilbering@vanguard.com
yesim_tokat@vanguard.com
yong_yao@vanguard.com
zakia_andrews@vanguard.com
zia_e_qasim@vanguard.com

**vanguardasia**
rohit.reddy@vanguardasia.com
**vanguardmedica**
p.worrall@vanguardmedica.com
**vanguardventure**
bob@vanguardventure.com
**vankampen**
avelarl@vankampen.com
bakerb@vankampen.com

## Company & Corresponding Email Addresses

bednarc@vankampen.com
birdm@vankampen.com
blackb@vankampen.com
browne@vankampen.com
burgesc@vankampen.com
byrnej@vankampen.com
byront@vankampen.com
cherins@vankampen.com
connifm@vankampen.com
coppert@vankampen.com
damicoj@vankampen.com
david.walker@vankampen.com
devin.armstrong@vankampen.com
donna.tucker@vankampen.com
doylej@vankampen.com
edlingr@vankampen.com
faldutoc@vankampen.com
frankji@vankampen.com
friess@vankampen.com
gary.jones@vankampen.com
gerard.fogarty@vankampen.com
gilberk@vankampen.com
godlinw@vankampen.com
golodr@vankampen.com
gonzalpj@vankampen.com
greenes@vankampen.com
hartma@vankampen.com
hayesj@vankampen.com
hodgee@vankampen.com
holtk@vankampen.com
houseyb@vankampen.com
jamiesc@vankampen.com
jim.gilligan@vankampen.com
joanna.anderson@vankampen.com
joneslj@vankampen.com
justin.speer@vankampen.com
kevin.christensen@vankampen.com
lederj@vankampen.com
littlee@vankampen.com
lochj@vankampen.com
maloneye@vankampen.com
malym@vankampen.com
marches@vankampen.com
mark.laskin@vankampen.com
mcmeanc@vankampen.com
millers@vankampen.com
minierm@vankampen.com
mollbea@vankampen.com
paulhl@vankampen.com
phillipj@vankampen.com
pietrzad@vankampen.com
piraroj@vankampen.com
pricee1@vankampen.com
purpuro@vankampen.com

**Company & Corresponding Email Addresses**

recendm@vankampen.com
reynolj@vankampen.com
rieglerw@vankampen.com
roederj@vankampen.com
ruizj@vankampen.com
schickw@vankampen.com
schorlej@vankampen.com
schultk@vankampen.com
schumar@vankampen.com
scottjef@vankampen.com
shahmes@vankampen.com
shermanb@vankampen.com
sherrof@vankampen.com
smithd@vankampen.com
starshm@vankampen.com
strykerr@vankampen.com
terresed@vankampen.com
tom.bastian@vankampen.com
vickreb@vankampen.com
vksenloanfunds@vankampen.com
wallace1@vankampen.com
warwicj@vankampen.com
wellsj@vankampen.com
whiteg@vankampen.com
willial@vankampen.com
wimmelr@vankampen.com
wintersb@vankampen.com
wlodarskis@vankampen.com
yarrowp@vankampen.com
yiy@vankampen.com
zaroogianm@vankampen.com

**vanlanschot**

a.klijn@vanlanschot.com
a.knottenbelt@vanlanschot.com
assets@vanlanschot.lu
c.wijtvliet@vanlanschot.com
david.putzeys@vanlanschot.be
dirk.verrelst@vanlanschot.be
e.wening@vanlanschot.com
f.j.h.vanriel@vanlanschot.com
f.korver@vanlanschot.com
f.vanolphen@vanlanschot.com
g.sirks@vanlanschot.com
g.zwart@vanlanschot.com
h.beltman@vanlanschot.com
h.m.smits@vanlanschot.com
h.veugelers@vanlanschot.com
i.j.w.p.vanoudenhoven@vanlanschot.com
j.a.c.horsten@vanlanschot.com
j.a.p.molenaar@vanlanschot.com
j.h.g.m.dollevoet@vanlanschot.com
j.p.f.vanrhee@vanlanschot.com
j.p.vanwijngaarden@vanlanschot.com
j.stam@vanlanschot.com

**Company & Corresponding Email Addresses**

j.storm@vanlanschot.com
j.vanbavel@vanlanschot.com
jan.verhaeghen@vanlanschot.be
m.engelbertink@vanlanschot.com
m.g.benders@vanlanschot.com
m.krauss@vanlanschot.com
m.vandiesen@vanlanschot.nl
o.zee@vanlanschot.com
p.j.zweep@vanlanschot.com
r.t.c.m.obbens@vanlanschot.com
r.vanheyningen@vanlanschot.com
w.wiegel@vanlanschot.com

**vanliewtrust**
wwalbrun@vanliewtrust.com

**varco**
gboyadjieff@varco.com

**vargasr**
roberto@vargasr.com

**vartanbank**
jadams@vartanbank.com

**vatech**
harald.hagenauer@vatech.at

**vattenfall**
andreas.wiklund@vattenfall.com
benny.karlsson@vattenfall.com
lars.johnsson@vattenfall.com

**vaudoise**
drenaud@vaudoise.ch
hsuter@vaudoise.ch
kschoeb@vaudoise.ch
paegerter@vaudoise.ch

**vb**
aihara_hirofumi@vb.smbc.co.jp
katayama_kei@vb.smbc.co.jp
kawahara_eiji@vb.smbc.co.jp
masuda_susumu@vb.smbc.co.jp
takahashi_yui@vb.smbc.co.jp
takashima_makoto@vb.smbc.co.jp
watanabe_akiya@vb.smbc.co.jp
watanabe_tomonori@vb.smbc.co.jp

**vbl**
georg.geenen@vbl.de
kurt.koehler@vbl.de
pascal.mangang@vbl.de
thomas.konanz@vbl.de

**vbloomberg**
hutchip@vbloomberg.net

**vblt**
alexander.frauenfeld@vblt.de

**vcallc**
ahaghighat@vcallc.com
cbaker@vcallc.com
dortiz@vcallc.com
ecurry@vcallc.com

## Company & Corresponding Email Addresses

emaisel@vcallc.com
eohara@vcallc.com
ezikry@vcallc.com
hrubinstein@vcallc.com
jhill@vcallc.com
jmcguire@vcallc.com
kdarwish@vcallc.com
lzeno@vcallc.com
mkonheiser@vcallc.com
mtaylor@vcallc.com
npauwels@vcallc.com
plivney@vcallc.com
ppancza@vcallc.com
rlee@vcallc.com
rsalazar@vcallc.com
sbernhardt@vcallc.com
srobbins@vcallc.com
tgoepfert@vcallc.com
vtimpanelli@vcallc.com
wli@vcallc.com
wmaloney@vcallc.com

**ve**
tsutsui_shinichi@ve.smbc.co.jp

**veb**
avk@veb.ru
gkk@veb.ru
gornostaeva@veb.ru
kuvaeva_e_e@veb.ru
mas@veb.ru
mkh@veb.ru
pnk@veb.ru
staroverov_s_v@veb.ru

**vector**
csales@vector.com.mx

**vegafinance**
sdm@vegafinance.fr

**vegagest**
stefano.costagli@vegagest.it

**vegapartners**
dstrumwasser@vegapartners.com
jbuick@vegapartners.com
mikes@vegapartners.com
nlouie@vegapartners.com
rtjong@vegapartners.com
sgendal@vegapartners.com
sgreenhaus@vegapartners.com
swerner@vegapartners.com

**vendome**
sylvie.fromont@vendome.com
zahra.kassim-lakha@vendome.com

**venetobanca**
aldo.santi@venetobanca.it
angelo.ceccato@venetobanca.it
centrocambi@venetobanca.it

## Company & Corresponding Email Addresses

dario.tramarin@venetobanca.it
michele.trova@venetobanca.it
tesoreria@venetobanca.it

### venetoireland
rita@venetoireland.com

### verizon
cindy.v.macaulay@verizon.com
johnl.graves@verizon.net
jungyun@verizon.net
leslie.a.book@verizon.com
sewickley.sb@verizon.net
thomas.w.fiske@verizon.com
venture.quest@verizon.net
west.fed@verizon.net

### verkehrsbank
akaup@verkehrsbank.de
peter.strassmann@verkehrsbank.de
vschoett@verkehrsbank.de

### vers-am
michael.urzendnik@vers-am.de
rolf.geck@vers-am.de

### versorgungskammer
mwellein@versorgungskammer.de
rweger@versorgungskammer.de

### verzon
kwonkyun.chung@verzon.net

### vescore
karsten.koch@vescore.com
kirsten.stoll@vescore.com

### vestarcap
jelrod@vestarcap.com

### vestarcapital
asaltoun@vestarcapital.com
bmodesitt@vestarcapital.com
boconnor@vestarcapital.com
erussell@vestarcapital.com
gbernstein@vestarcapital.com
kwhalen@vestarcapital.com
nahmad@vestarcapital.com
pcalamari@vestarcapital.com
ptegano@vestarcapital.com

### vestarden
jbard@vestarden.com
koroberts@vestarden.com
mthomsic@vestarden.com

### vestareurope
ehughes@vestareurope.com

### victoryconeect
conrad_r_metz@victoryconeect.com.com

### victoryconnect
adam_d_sherman@victoryconnect.com
andrew_j_givens@victoryconnect.com
aneep_d_maniar@victoryconnect.com
angie_kavc@victoryconnect.com

## Company & Corresponding Email Addresses

arlene_blackman@victoryconnect.com
arvind_k_sachdeva@victoryconnect.com
brent_c_zimmerman@victoryconnect.com
brian.pears@victoryconnect.com
brian_pears@victoryconnect.com
c_stephen_wesselkamper@victoryconnect.com
carolyn_rains@victoryconnect.com
chris_welker@victoryconnect.com
cindy_m_janez@victoryconnect.com
cnapolitano@victoryconnect.com
craig_e_ruch@victoryconnect.com
dave_gimera@victoryconnect.com
david_a_kolpak@victoryconnect.com
dennis_walsh@victoryconnect.com
donna_p_jacobs@victoryconnect.com
donna_pitroski@victoryconnect.com
emaronak@victoryconnect.com
ernest_c_pelaia@victoryconnect.com
fumiko_hagiwara@victoryconnect.com
gary_h_miller@victoryconnect.com
greg_conners@victoryconnect.com
harriet_uhlir@victoryconnect.com
heidi_adelman@victoryconnect.com
jack_b_lake@victoryconnect.com
jame_j_balazsy@victoryconnect.com
james_m_albers@victoryconnect.com
jason_e_putman@victoryconnect.com
jason_m_mirr@victoryconnect.com
jason_rottinger@victoryconnect.com
jdahl@victoryconnect.com
jean_horenstein@victoryconnect.com
jeff_graff@victoryconnect.com
jvanderoord@victoryconnect.com
katherine_manahan@victoryconnect.com
kathy_a_heigle@victoryconnect.com
kelly_j_butauski@victoryconnect.com
kirk_a_schmitt@victoryconnect.com
lawrence_g_babin@victoryconnect.com
leslie_z_globits@victoryconnect.com
lori_swain@victoryconnect.com
mark_h_summers@victoryconnect.com
martin_l_shagrin@victoryconnect.com
matthew_lombardo@victoryconnect.com
mdirienzo@victoryconnect.com
michael_k_barr@victoryconnect.com
michael_sanders@victoryconnect.com
mkoskuba@victoryconnect.com
mvanmeter@victoryconnect.com
nicholas_a_dame@victoryconnect.com
owen_spaite@victoryconnect.com
paul_a_toft@victoryconnect.com
paul_d_danes@victoryconnect.com
rascal_house@victoryconnect.com
reuben_scherzer@victoryconnect.com

## Company & Corresponding Email Addresses

richard_a_janus@victoryconnect.com
richard_j_turgeon@victoryconnect.com
richard_vanden_boogard@victoryconnect.com
robert_israel@victoryconnect.com
robert_j_strnad@victoryconnect.com
robert_r_maneri@victoryconnect.com
robin_m_hudson@victoryconnect.com
robin_n_ventura@victoryconnect.com
russell_vellequette@victoryconnect.com
sarah_k_bondurant@victoryconnect.com
scott_stokes@victoryconnect.com
sean_m_roche@victoryconnect.com
skefer@victoryconnect.com
theresa_tipton-fletcher@victoryconnect.com
thomas_uutala@victoryconnect.com
tkne@victoryconnect.com
william_allen@victoryconnect.com

### vigilantcap

ahall@vigilantcap.com
dmulkern@vigilantcap.com
jcarlisle@vigilantcap.com
ssorensen@vigilantcap.com

### vilpa

cgeorgou@vilpa.net

### viningsparks

abosworth@viningsparks.com
dgarson@viningsparks.com
dhaskins@viningsparks.com
fscott@viningsparks.com
jward@viningsparks.com
kgrossutti@viningsparks.com
lorton@viningsparks.com
msquitieri@viningsparks.com
rhiett@viningsparks.com
tmay@viningsparks.com

### vircap

mpardo@vircap.com

### virgin

alex.harris@fly.virgin.com
branko.ilic@fly.virgin.com
julie.southern@fly.virgin.com
paul.tydeman@fly.virgin.com
roger.parish@fly.virgin.com

### visi

nrjwfg@visi.com

### vittoriaassicurazioni

a_acutis@vittoriaassicurazioni.it

### vkac

browningj@vkac.com

### vkb

a.goergner@vkb.de
barbara.hausmann@vkb.de
bastian.hentschel@vkb.de
bernd.quaiser@vkb.de

## Company & Corresponding Email Addresses

harald.fischer@vkb.de
monika.cronenberg@vkb.de
richard.wagner@vkb.de
roland.kluger@vkb.de
roland.koessler@vkb.de
stefan.lechner@vkb.de
volkmar.kriesch@vkb.de

### vkm
pierced@vkm.com

### vmcmail
carnwathd@vmcmail.com
reeset@vmcmail.com

### vmfcapital
dkaplan@vmfcapital.com
jaugustine@vmfcapital.com
mvanmeter@vmfcapital.com
mwolfe@vmfcapital.com
tgordinier@vmfcapital.com
tmyers@vmfcapital.com

### vnu
b.hilberts@hq.vnu.com
d.van.den.berg@hq.vnu.com
f.cremers@hq.vnu.com
h.de.visser@hq.vnu.com
h.galavazi@hq.vnu.com
h.platschorre@hq.vnu.com
m.borkink@hq.vnu.com
p.flach@hq.vnu.com
r.de.meel@hq.vnu.com

### vodafone
ulrike.kroener@vodafone.com

### voicenet
charleyc@voicenet.com

### volcorp
jmerry@volcorp.org

### volksbank
alois.schrott@volksbank.it
axel.tomio@volksbank.it
fth@volksbank.it
roberto.marini@volksbank.it
si@volksbank.it

### volkswagen
albrecht.moehle@volkswagen.de
g.savoini@volkswagen.de
gerhard.neufer@volkswagen.de
hans.jansen@volkswagen.de
hans-heinrich.pahl@volkswagen.de
jan.ruecker@volkswagen.de

### volvo
bengt.ohlsson@volvo.com
thomas.lestin@volvo.com

### vomagfinanz
hans-peter.rub@vomagfinanz.ch

### vontobel

**Company & Corresponding Email Addresses**

adam.hrdina@vontobel.ch
alain.dettling@vontobel.ch
aleardo.snozzi@vontobel.ch
amira.ayoubi@vontobel.ch
andrea.schneider@vontobel.ch
andreas.feller@vontobel.ch
andreas.lippold@vontobel.de
andreas.nigg@vontobel.ch
andreas.sarbach@vontobel.ch
anne.tschanz@vontobel.ch
asella.keiser@vontobel.ch
beat.muerset@vontobel.ch
beat.weiss@vontobel.ch
bernhard.vier@vontobel.ch
brigitte.favre@vontobel.ch
bruno.gartmann@vontobel.ch
carmen.baumann@vontobel.ch
cedric.lewy@vontobel.ch
chiara.bellon@vontobel.it
christian.koenig@vontobel.ch
christian.meury@vontobel.ch
christian.mossdorf@vontobel.ch
christina.haemmerli@vontobel.ch
christoph.blaettler@vontobel.ch
christoph.ledergerber@vontobel.ch
christophe-pierre.lobisommer@vontobel.ch
claudia.werren@vontobel.ch
dan.ruchti@vontobel.ch
daniel.bruehwiler@vontobel.ch
daniel.grueneisen@vontobel.ch
daniel.kuehne@vontobel.ch
daniela.schoeb@vontobel.ch
david.molnar@vontobel.ch
dimitrios.manolidis@vontobel.ch
domenico.grenci@vontobel.ch
edmund.wandeler@vontobel.ch
erik.steffen@vontobel.ch
european.equity@vontobel.ch
fabienne.beguin@vontobel.ch
fabio.bartesaghi@vontobel.ch
francois.karacsony@vontobel.ch
franziska.hofweber@vontobel.ch
fredy.flury@vontobel.ch
georg.vonwattenwyl@vontobel.ch
giada.cereghetti@vontobel.ch
hans.speich@vontobel.ch
herbert.scheidt@vontobel.ch
herve.sumi@vontobel.ch
ilona.monz@vontobel.ch
ivan.cheng@vontobel.ch
jacqueline.sprenger@vontobel.ch
jean-philippe.hechel@vontobel.ch
jiazhi.chenseiler@vontobel.ch
jon.peter@vontobel.ch

## Company & Corresponding Email Addresses

juerg.huegli@vontobel.ch
leif.ludwig@vontobel.ch
manuel.gadient@vontobel.ch
marc.haenni@vontobel.ch
marco.kipfer@vontobel.li
marco.knoerr@vontobel.ch
marianne.herren@vontobel.ch
mark.friis@vontobel.ch
markus.brun@vontobel.ch
martha.travers@vontobel.ch
martin.dequervain@vontobel.ch
martin.leber@vontobel.ch
martin.roesch@vontobel.ch
martina.honegger@vontobel.ch
matthias.schaefer@vontobel.ch
maurice.picard@vontobel.ch
maurus.huser@vontobel.ch
maya.elias@vontobel.ch
michael.negele@vontobel.ch
michel.rodrigues@vontobel.ch
monika.frauenschuh@vontobel.at
muriel.michaud@vontobel.ch
natalie.depil@vontobel.ch
nick.saager@vontobel.ch
oliver.buerge@vontobel.ch
olivier.bamert@vontobel.ch
paolo.beltrami@vontobel.it
pascal.curtet@vontobel.ch
pascal.dudle@vontobel.ch
patric.ackermann@vontobel.ch
patrick.brandenberger@vontobel.ch
patrick.loepfe@vontobel.ch
paul.hirschi@vontobel.ch
peter.berger@vontobel.ch
peter.camenzind@vontobel.ch
peter.rebsamen@vontobel.ch
philip.ammann@vontobel.ch
philip.farnum@vontobel.ch
philippe.jaquet@vontobel.ch
rafael.rudnik@vontobel.ch
ralf.wiedenmann@vontobel.ch
ralph.bilger@vontobel.ch
ralph.lattner@vontobel.ch
reinhard.wirz@vontobel.ch
remy.mattey@vontobel.ch
rene.exenberger@vontobel.ch
rene.landtwing@vontobel.ch
rene.schertenleib@vontobel.ch
reto.grieder@vontobel.com
robert.gonzales@vontobel.ch
roberto.picano@vontobel.ch
roger.studer@vontobel.ch
roland.bercher@vontobel.ch
roland.schoch@vontobel.ch

**Company & Corresponding Email Addresses**

rolf.hossli@vontobel.ch
rolf.schaller@vontobel.ch
romain.pasche@vontobel.ch
ronald.angst@vontobel.ch
rudolf.stutz@vontobel.ch
sanjay.jhaveri@vontobel.ch
sascha.graf@vontobel.ch
sascha.imhof@vontobel.ch
serge.lauper@vontobel.ch
silvana.fiorillo@vontobel.ch
stefan.buchli@vontobel.ch
stephan.arnold@vontobel.ch
steve.pochop@vontobel.ch
susanne.brandenberger@vontobel.ch
thomas.buri@vontobel.ch
thomas.burri@vontobel.ch
thomas.hunziker@vontobel.ch
thomas.maurer@vontobel.ch
thomas.steinemann@vontobel.ch
tina.knecht@vontobel.ch
urbain.mbazoa@vontobel.ch
urs.bieri@vontobel.ch
urs.knuchel@vontobel.ch
vedran.rudelj@vontobel.ch
volker.wehrle@vontobel.ch
werner.bollier@vontobel.ch
werner.wegmann@vontobel.ch
youri.vorobiev@vontobel.ch
zeno.staub@vontobel.ch

**vonwiller**
jfpaschoud@vonwiller.ch

**voyageur**
acarlson@voyageur.net
bsvendahl@voyageur.net
bswensen@voyageur.net
cji@voyageur.net
cmadden@voyageur.net
dcox@voyageur.net
dnoren@voyageur.net
ehathaway@voyageur.net
gtelfer@voyageur.net
jhuber@voyageur.net
jlammers@voyageur.net
jlee@voyageur.net
jmccain@voyageur.com
jmercer@voyageur.net
jmowbray@voyageur.net
jnorungolo@voyageur.net
jrath@voyageur.net
jstit@voyageur.net
kdimitrov@voyageur.net
khaberman@voyageur.net
kharemza@voyageur.net
ktroedsson@voyageur.net

**Company & Corresponding Email Addresses**

ktyszko@voyageur.net
lberry@voyageur.net
lwieczorek@voyageur.net
malbert@voyageur.net
mcarlson@voyageur.net
mlee@voyageur.net
mneska@voyageur.net
nscinto@voyageur.net
nwalstrom@voyageur.net
pcoleman@voyageur.net
plafontaine@voyageur.net
rcook@voyageur.net
rharrison@voyageur.net
rkanzenbach@voyageur.net
rlarson@voyageur.net
scabalka@voyageur.net
seddleblute@voyageur.net
seldredge@voyageur.net
sgibbons@voyageur.net
spotvin@voyageur.com
srusnak@voyageur.net
sveluri@voyageur.net
tbrux@voyageur.net
thinze@voyageur.net
tknutson@voyageur.net
tmcglinch@voyageur.net
wschramm@voyageur.net
ythor@voyageur.net

**voyaguer**
czuelke@voyaguer.net

**vp**
yoshimatsu_hitoshi@vp.smbc.co.jp

**vpbank**
adrian.morger@vpbank.com
belinda.mettier@vpbank.com
bernd.hartmann@vpbank.com
cecilia.isaksson@vpbank.com
dominik.brueschweiler@vpbank.com
edward.werner@vpbank.com
florian.riener@vpbank.com
fulgenzio.jorio@vpbank.com
guenther.hotz@vpbank.com
hans-ulrich.nigg@vpbank.com
hendrik.breitenstein@vpbank.com
janette.buehler@vpbank.com
joerg.lorenz@vpbank.com
juergen.negele@vpbank.com
klaus.burger@vpbank.com
manuel.matt@vpbank.com
marcel.fleisch@vpbank.com
marco.seeger@vpbank.com
markus.falk@vpbank.com
markus.huber@vpbank.com
markus.natter@vpbank.com

**Company & Corresponding Email Addresses**

martin.aebi@vpbank.com
martina.mueller@vpbank.com
nathalie.loeliger@vpbank.com
norbert.noser@vpbank.com
philippe.christen@vpbank.com
rolf.zuercher@vpbank.com
sandra.erne@vpbank.com
stefan.meyer@vpbank.com
sylwia.buechel@vpbank.com
thomas.lusetti@vpbank.com
thomas.wille@vpbank.com
tino.tziotzios@vpbank.com
werner.holpp@vpbank.com

**vph**
roland.egger@vph.ch

**vpv**
bakker@vpv.nl
buijink@vpv.nl
hof@vpv.nl
kwakkenbos@vpv.nl
nakad@vpv.nl
versnel@vpv.nl
wang@vpv.nl

**vr**
ito_yoshikazu@vr.smbc.co.jp
kanai_keiji@vr.smbc.co.jp
ooka_eiko@vr.smbc.co.jp
sakono_kenji@vr.smbc.co.jp
sato_shuichi@vr.smbc.co.jp

**vrgestioni**
rmeraviglia@vrgestioni.it

**vsuarez**
frabell@mail.vsuarez.com

**vtb**
admitriev@vtb.ru
adubenskiy@vtb.ru
borunov@vtb.ru
dmelnikov@vtb.ru
dmitry_ponomarev@vtb.ru
ibobryshev@vtb.ru
kisselev@vtb.ru
kkozhin@vtb.ru
kni@vtb.ru
krasnikov@vtb.ru
lyubchenko@vtb.ru
malykhin@vtb.ru
mouratov@vtb.ru
piankov@vtb.ru
rozhanskaya@vtb.ru
suchkov@vtb.ru
szlobin@vtb.ru
td77@vtb.ru
zarezov@vtb.ru

**vtbam**

## Company & Corresponding Email Addresses

aapikyan@vtbam.ru
garbuz@vtbam.ru
taskin@vtbam.ru

### vtbeurope
dominic.adams@vtbeurope.com
edward.bungey@vtbeurope.com
kris.yip@vtbeurope.com.sg
mctan@vtbeurope.co.sg
peter.johnston@vtbeurope.com
tm.yap@vtbeurope.com.sg

### vtb-europe
alex.medlock@vtb-europe.com

### vuw
andreas.schwichtenberg@vuw.de
dirk.froebe@vuw.de
holger.pudimat@vuw.de
lothar.bick@vuw.de
lutz.krabbe@vuw.de
marcus.hagel@vuw.de
markus.heuer@vuw.de
matthias.pickert@vuw.de
stefan.raida@vuw.de
stella.vonahrentschildt@vuw.de
udo.meyer@vuw.de
yvonne.kurkowski@vuw.com

### vw
grant.nicholson@vw.com
peter.schupp@vw.com

### vwd
vwd@vwd.org

### vwfsag
c.denks@vwfsag.de
m.mueller2@vwfsag.de

### vystarcu
greenertj@vystarcu.org
lawrenceg@vystarcu.org

### wachovia
aaron.elliott@wachovia.com
aj.guido@wachovia.com
alan.buchwald@wachovia.com
alan.chudoba@wachovia.com
alan.kabbani@wachovia.com
alex.henley@wachovia.com
alice.lehman@wachovia.com
alicia.overcash@wachovia.com
andrew.yost@wachovia.com
andy.tomsho@wachovia.com
ann.dixon@wachovia.com
ann.gill@wachovia.com
anna.stavreska@wachovia.com
anthony.colacino@wachovia.com
ashley.coleman@wachovia.com
bill.hughes@wachovia.com
bill.wight@wachovia.com

**Company & Corresponding Email Addresses**

bimal.mishra@wachovia.com
bob.mccoy@wachovia.com
bobby.clemente@wachovia.com
brendan.thorpe@wachovia.com
brian.grabenstein@wachovia.com
brian.joyce@wachovia.com
brian.roth@wachovia.com
brian.zirkle1@wachovia.com
brianna.white@wachovia.com
brunno.alvarez@wachovia.com
bryan.brading@wachovia.com
caroline.shelton@wachovia.com
caryn.chittenden@wachovia.com
charlotte.barnette@wachovia.com
chris.corcoran@wachovia.com
chris.haverland@wachovia.com
christina.carpenter@wachovia.com
christophe.schroeder@wachovia.com
christopher.appleman@wachovia.com
cliff.jordan@wachovia.com
colleen.taylor@wachovia.com
conor.dooley@wachovia.com
craig.noble@wachovia.com
craig.zedalis@wachovia.com
curtis.arledge@wachovia.com
dake.madray@wachovia.com
dale.lawton@wachovia.com
dan.zynda@wachovia.com
daniel.w.eichelberger@wachovia.com
daniel.wang@wachovia.com
darrell.baber@wachovia.com
david.hauglid@wachovia.com
david.king@wachovia.com
david.kramer@wachovia.com
david.kraybill@wachovia.com
david.mason@wachovia.com
david.silander@wachovia.com
david.trepanier@wachovia.com
david.worley@wachovia.com
david.zhai@wachovia.com
davidh.simmons@wachovia.com
deb.mcdonald@wachovia.com
dennis.harvey@wachovia.com
derek.armour@wachovia.com
deron.smithy@wachovia.com
dianne.cobb@wachovia.com
dludeman@wachovia.com
donnie.johnson@wachovia.com
doug.connor@wachovia.com
douglas.sipkin@wachovia.com
ed.cherry@wachovia.com
ed.covington@wachovia.com
eddie.anderson@wachovia.com
edwarde.moise@wachovia.com

**Company & Corresponding Email Addresses**

elena.korneeva@wachovia.com
elizabeth.richardson@wachovia.com
ellen.taylor@wachovia.com
eric.painter@wachovia.com
eric.peyton@wachovia.com
erin.wohlnick@wachovia.com
ernest.lang@wachovia.com
francis.jacobs@wachovia.com
franklin.mccoy@wachovia.com
fred.pennekamp@wachovia.com
gary.lee@wachovia.com
gary.thornton@wachovia.com
george.mccall@wachovia.com
george.scott@wachovia.com
gerry.luff@wachovia.com
greg.dawson@wachovia.com
greg.kares@wachovia.com
gregory.richardson@wachovia.com
harold.lorenzo@wachovia.com
harry.blanchard@wachovia.com
heathe.clark@wachovia.com
huaiyu.xiong1@wachovia.com
hulya.erbas@wachovia.com
ibrahim.bitar@wachovia.com
igor.axenov@wachovia.com
jack.sullivan@wachovia.com
jake.zelnick@wachovia.com
james.burke1@wachovia.com
james.guptill@wachovia.com
james.johnson@wachovia.com
james.maino@wachovia.com
jamie.gregory@wachovia.com
jamie.oneill@wachovia.com
jamie.swisher@wachovia.com
jason.schenker@wachovia.com
jay.bryson@wachovia.com
jeff.cook@wachovia.com
jeff.richardson@wachovia.com
jeffrey.martin@wachovia.com
jerry.alston@wachovia.com
jerry.burton@wachovia.com
jerry.keefe@wachovia.com
jill.enzmann@wachovia.com
jill.hamilton@wachovia.com
jim.beck@wachovia.com
jim.burr@wachovia.com
jim.dolan@wachovia.com
jim.makhlouf@wachovia.com
jim.ouzts@wachovia.com
jimmie.wilson@wachovia.com
jm.cunniff@wachovia.com
joe.buechler@wachovia.com
joe.campanie@wachovia.com
joe.waterfill@wachovia.com

## Company & Corresponding Email Addresses

john.brady1@wachovia.com
john.elster@wachovia.com
john.jurek@wachovia.com
john.mcloughlin@wachovia.com
john.mercante@wachovia.com
john.milani@wachovia.com
john.shope@wachovia.com
john.wooten@wachovia.com
jon.currier@wachovia.com
jon.farrin@wachovia.com
jonathan.reed@wachovia.com
jonathan.turnbull1@wachovia.com
jonathan.webb1@wachovia.com
joseph.bossong@wachovia.com
joseph.gieker@wachovia.com
kai.su@wachovia.com
kammal.patel@wachovia.com
kazeem.kashimawo@wachovia.com
ken.bolich@wachovia.com
kevin.lesage@wachovia.com
kevin.sweeney@wachovia.com
kim.shaffer@wachovia.com
kimberly.langell@wachovia.com
kristin.engelberger@wachovia.com
larry.topper@wachovia.com
leary.dixon@wachovia.com
louis.carousa@wachovia.com
louis.serra@wachovia.com
mansour.benkreira@wachovia.com
margaret.d'ambrosio@wachovia.com
mark.abrahm@wachovia.com
mark.harden@wachovia.com
mark.mahone@wachovia.com
mark.mcfalls@wachovia.com
mark.misenheimer@wachovia.com
mark.noonan@wachovia.com
mark.spaulding@wachovia.com
mary.sherrill@wachovia.com
matthew.fiordaliso@wachovia.com
matthew.myers1@wachovia.com
michael.c.smith@wachovia.com
michael.dorfman1@wachovia.com
michael.hill@wachovia.com
michael.schaufler@wachovia.com
mike.buttner@wachovia.com
mike.holt@wachovia.com
mitch.wilson@wachovia.com
natasha.mahmutovic@wachovia.com
nazma.ahsan1@wachovia.com
neil.lambiotte@wachovia.com
neil.ryan@wachovia.com
paolo.giordano@wachovia.com
patrice.green@wachovia.com
patrick.bumann@wachovia.com

**Company & Corresponding Email Addresses**

paul.caleca@wachovia.com
paul.hulbert@wachovia.com
paul.ringsted@wachovia.com
pauline.hedgecock@wachovia.com
peter.abric@wachovia.com
peter.kelly@wachovia.com
peter.lang@wachovia.com
phil.dumns@wachovia.com
phillip.neuhart@wachovia.com
phyllis.allgood@wachovia.com
pm.research@wachovia.com
ramu.singh@wachovia.com
randall.lynch@wachovia.com
reggie.imamura@wachovia.com
remy.levy@wachovia.com
richard.edmonds@wachovia.com
robbie.holler@wachovia.com
robert.brown@wachovia.com
robert.teller@wachovia.com
roger.french@wachovia.com
romano.kwok@wachovia.com
ross.tauchert@wachovia.com
russ.kimbro@wachovia.com
sam.bullard@wachovia.com
sammy.sangiovanni@wachovia.com
samrah.kazmi@wachovia.com
sarath.madap@wachovia.com
scott.beveridge@wachovia.com
scott.weaver@wachovia.com
sean.cronin@wachovia.com
shanikwa.peterkin@wachovia.com
sheila.swanson@wachovia.com
smriti.popenoe@wachovia.com
snehashis.das@wachovia.com
stephen.smith@wachovia.com
steve.desalvo@wachovia.com
steven.hughes@wachovia.com
steven.jones@wachovia.com
steven.reynolds@wachovia.com
steven.sawyer1@wachovia.com
steven.zapata@wachovia.com
sue.bachman@wachovia.com
suzanne.morrison@wachovia.com
syed.shah@wachovia.com
ted.ake@wachovia.com
terry.begley@wachovia.com
tim.pratt@wachovia.com
timothy.macphail@wachovia.com
todd.hunter@wachovia.com
todd.stitt@wachovia.com
tom.graf@wachovia.com
tom.johnson@wachovia.com
tom.speir@wachovia.com
tom.wurtz@wachovia.com

## Company & Corresponding Email Addresses

tony.carey@wachovia.com
tonya.joseph@wachovia.com
trey.stenersen@wachovia.com
tricia.harris@wachovia.com
vamsi.raju@wachovia.com
varsay.sirleaf@wachovia.com
wade.stinnette@wachovia.com
walter.dolhare@wachovia.com
wes.davis@wachovia.com
william.odonnell@wachovia.com
william.ponder@wachovia.com
wilson.moore@wachovia.com
woojung.park@wachovia.com
yankel.fernandez@wachovia.com
yulia.gilman@wachovia.com
ziggy.stubelek@wachovia.com

### wachoviasec

elizabeth.traster@wachoviasec.com
glenn.jaffe@wachoviasec.com
graphael@wachoviasec.com
jbwhite@wachoviasec.com
jjoseph@wachoviasec.com
mark.dinora@wachoviasec.com
mwlee@wachoviasec.com
pthornton@wachoviasec.com
sam.turner@wachoviasec.com
scooke@wachoviasec.com
timothy.anderson@wachoviasec.com
valerie.sussman@wachoviasec.com
william.straub@wachoviasec.com

### waddell

akapoor@waddell.com
amoulton@waddell.com
awang@waddell.com
ayoung@waddell.com
bbailey@waddell.com
bclark@waddell.com
bhalverson@waddell.com
bklapmeyer@waddell.com
bkrug@waddell.com
bnelson@waddell.com
bogden@waddell.com
bwarden@waddell.com
cbrundige@waddell.com
cbuchanan@waddell.com
ccoffin@waddell.com
cdeeds@waddell.com
cgunther@waddell.com
chooper@waddell.com
cma@waddell.com
cnewman@waddell.com
cparker@waddell.com
daustin@waddell.com
dbecker@waddell.com

**Company & Corresponding Email Addresses**

dborberg@waddell.com
dcartwright@waddell.com
ddercher@waddell.com
dginther@waddell.com
dhamilton@waddell.com
druth@waddell.com
dvrabac@waddell.com
ebecker@waddell.com
fjiang@waddell.com
gscott@waddell.com
gzinn@waddell.com
hherrmann@waddell.com
hzhao@waddell.com
jalbright@waddell.com
jcusser@waddell.com
jkrumplys@waddell.com
jmaxwell@waddell.com
jmoore@waddell.com
jobrown@waddell.com
jsander@waddell.com
jsundeen@waddell.com
jsurles@waddell.com
jvandiver@waddell.com
kascott@waddell.com
kgau@waddell.com
kmcquade@waddell.com
kmonroe@waddell.com
ktucker@waddell.com
lcipolla@waddell.com
ldobyns@waddell.com
lglogau@waddell.com
llytle@waddell.com
lrieke@waddell.com
mavery@waddell.com
mbeischel@waddell.com
mcorty@waddell.com
mhekman@waddell.com
mnorris@waddell.com
motterstrom@waddell.com
mseferovich@waddell.com
mstevovich@waddell.com
mvanmaanen@waddell.com
mwalls@waddell.com
mwarden@waddell.com
mwilliams@waddell.com
mwolverton@waddell.com
nbrown@waddell.com
nmcintosh@waddell.com
nnewton@waddell.com
pmorris@waddell.com
psanders@waddell.com
psrinivas@waddell.com
psterner@waddell.com
rcaldwell@waddell.com

## Company & Corresponding Email Addresses

rhechler@waddell.com
rheidemann@waddell.com
rnightingale@waddell.com
sbrown@waddell.com
sdavenport@waddell.com
sfisher@waddell.com
sregan@waddell.com
sross@waddell.com
sschneider@waddell.com
ssollars@waddell.com
sstarbuc@waddell.com
sstotts@waddell.com
ssullivan@waddell.com
tbechter@waddell.com
tburger@waddell.com
tcjohnst@waddell.com
tdykman@waddell.com
tjacos@waddell.com
tjmiller@waddell.com
tlewis@waddell.com
tmengel@waddell.com
ttowery@waddell.com
vhoward@waddell.com
vlee@waddell.com
vreddy@waddell.com
zshafran@waddell.com

### wafra

a.vigh@wafra.com
c.cataldi@wafra.com
c.leary@wafra.com
d.kallus@wafra.com
f.al-mubaraki@wafra.com
f.mubaraki@wafra.com
j.briceno@wafra.com
j.divito@wafra.com
j.gillies@wafra.com
j.jewett@wafra.com
j.whitehorn@wafra.com
k.baldauf@wafra.com
m.schaffer@wafra.com
p.kandhari@wafra.com
r.solenske@wafra.com
r.tateossian@wafra.com
t.jenkins@wafra.com
v.seaman@wafra.com

### wahcovia

pat.shevlin@wahcovia.com

### walterind

anarvades@walterind.com
ehart@walterind.com
jkelly@walterind.com
jtroy@walterind.com
mdearden@walterind.com
mzakas@walterind.com

## Company & Corresponding Email Addresses

vryan@walterind.com

### waltonst

schulman@waltonst.com

### wamco

mzelouf@wamco.co.uk

### wamu

abigail.matthias@wamu.net
adam.rodgers@wamu.net
alex.park@wamu.net
alex.zlotnikov@wamu.net
alison.yake@wamu.net
allen.bond@wamu.net
amy.bohall@wamu.net
andrew.eschenbach@wamu.net
andriy.pokotilov@wamu.net
angela.liu@wamu.net
anna.griffel@wamu.net
ashish.negandhi@wamu.net
ashli.black@wamu.net
bart.maser@wamu.net
bill.longbrake@wamu.net
bradley.curtis@wamu.net
brett.atkinson@wamu.net
brian.terpstra@wamu.net
bruce.kendrex@wamu.net
bryson.hadley@wamu.net
carroll.moseley@wamu.net
catherine.tong@wamu.net
charles.chen.u201181@wamu.net
charles.fix@wamu.net
chris.gaffney@wamu.net
christian.branlund@wamu.net
christopher.moen@wamu.net
courtney.hashimoto@wamu.net
crystal.wallace@wamu.net
dale.ramquist@wamu.net
dandan.zhu@wamu.net
daniel.medak@wamu.net
dave.coultas@wamu.net
david.beck@wamu.net
david.farstead@wamu.net
david.frederickson@wamu.net
david.gilhooley@wamu.net
david.griffith@wamu.net
david.horning@wamu.net
david.piechowski@wamu.net
deborah.wardwell@wamu.net
dennis.lai@wamu.net
dennis.lau@wamu.net
diana.kaspic@wamu.net
douglas.potolsky@wamu.net
edward.o.brien@wamu.net
elaine.lu@wamu.net
elaine.wang@wamu.net

**Company & Corresponding Email Addresses**

elizabeth.wilson@wamu.net
eric.jacks@wamu.net
eric.mohr@wamu.com
erik.digiacomo@wamu.net
gary.hunter@wamu.net
gary.wang@wamu.net
genet.solomon@wamu.net
george.cooksey@wamu.net
george.juscsak@wamu.net
gerald.hansen@wamu.net
greg.camas@wamu.net
gregory.harris@wamu.net
gregory.hull@wamu.net
harrison.luvai@wamu.net
henrik.aas@wamu.net
henry.darakhovskiy@wamu.net
holley.huang@wamu.net
hq.chen@wamu.net
hubert.shen@wamu.net
hung.ngo@wamu.net
james.douthitt@wamu.net
jane.repensek@wamu.net
jeff.he@wamu.net
jennifer.stock@wamu.net
jian.yang@wamu.net
jie.yang@wamu.net
jim.mcdougall@wamu.net
jin.wu@wamu.net
john.drastal@wamu.net
john.lauber@wamu.net
josh.lavik@wamu.net
jun.ma@wamu.net
k.johnson@wamu.net
karen.shao@wamu.net
karen.veraa@wamu.net
karen.westwood@wamu.net
keith.kuenzli@wamu.net
kent.usell@wamu.net
kevin.pitt@wamu.net
kevin.richmond@wamu.net
kiantie.njauw@wamu.net
kristine.mantey@wamu.net
kyle.johnson@wamu.net
larry.holden@wamu.net
lawrence.olivier@wamu.net
lene.cooper@wamu.net
lisa.leikin@wamu.net
mark.hurley@wamu.net
mark.lieberman@wamu.net
marsha.yuan@wamu.net
martha.johnsen@wamu.net
matthew.kennedy@wamu.net
matthew.wolden@wamu.net
maxwell.zhu@wamu.net

**Company & Corresponding Email Addresses**

meeta.koregaonkar@wamu.net
melissa.rose@wamu.net
mercy.lu@wamu.net
michael.aaknes@wamu.net
michael.b.li@wamu.net
michael.gill-more@wamu.net
michael.hack@wamu.net
michael.kocz@wamu.net
michael.lash@wamu.net
michelle.fogerty@wamu.net
mingmin.zhang@wamu.net
molly.rang@wamu.net
morgan.collins@wamu.net
munish.gupta@wamu.net
myron.dutenhoffer@wamu.net
nicholas.foley@wamu.net
paul.a.herbst@wamu.net
paul.zych@wamu.net
peggy.burton@wamu.net
peter.freilinger@wamu.net
peter.struck@wamu.net
qiang.fu@wamu.net
rahul.sen@wamu.net
raymond.man@wamu.net
richard.colavecchio@wamu.net
richard.fisher@wamu.net
rob.moore@wamu.net
robert.batt@wamu.net
robert.furutani@wamu.net
robert.kern@wamu.net
robert.l.titus@wamu.net
robert.miles@wamu.net
robin.secrist@wamu.net
ryan.mccann@wamu.net
ryan.olsen@wamu.net
sam.crocker@wamu.net
sarah.hewitt@wamu.net
scott.gordon@wamu.net
scott.maw@wamu.net
sean.becketti@wamu.net
sean.koval@wamu.net
sean.marion@wamu.net
sehbal.oner@wamu.net
shafiq.akhtar@wamu.net
shengyu.zhang@wamu.net
shijun.liu@wamu.net
smriti.shetty@wamu.net
stephen.mak@wamu.net
steve.miller@wamu.net
steve.spencer@wamu.net
steve.stearns@wamu.net
steven.center@wamu.net
steven.tholl@wamu.net
susan.lee@wamu.net

## Company & Corresponding Email Addresses

thomas.colvin@wamu.net
tim.lemmon@wamu.net
tim.pihl@wamu.net
toan.nguyen@wamu.net
todd.hanssen@wamu.net
tom.borer@wamu.net
tom.casey@wamu.net
tony.yu@wamu.net
trent.williams@wamu.net
troy.haines@wamu.net
ulf.ghosh@wamu.net
vera.ho@wamu.net
vicky.wu@wamu.net
vijay.bhasin@wamu.net
vincent.varca@wamu.net
wei.wu@wamu.net
william.l.smith@wamu.net
winston.pun@wamu.net
xiaohai.liao@wamu.net
yoav.tamir@wamu.net
youyi.chen@wamu.net
yvonne.so@wamu.net
zhongwu.huang@wamu.net

**wamulends**
patricia.evans@wamulends.net
patrick.cutler@wamulends.net
scott.bowes@wamulends.net

**wamuloans**
mike.aaknes@wamuloans.net

**wamumortgage**
ahoang@wamumortgage.com
ckennedy@wamumortgage.com
dkelher@wamumortgage.com
dmurphy@wamumortgage.com
dwisdorf@wamumortgage.com
zmccune@wamumortgage.com

**wanadoo**
bdr.paris@wanadoo.fe
bdr.paris@wanadoo.fr
dev.sdm.bqhervet@wanadoo.fr
gerard.de-maupeou@wanadoo.com
nbkparis@wanadoo.fr
pascal.hautcoeur@wanadoo.fr
philippe@wanadoo.com

**warburg-ai**
dietmar.bahr@warburg-ai.com
jan.bassewitz@warburg-ai.com

**warburgpincus**
cgonzalo@warburgpincus.com
csiu@warburgpincus.com
hnewman@warburgpincus.com
researchrequest@warburgpincus.com
rking@warburgpincus.com
tsommerfeld@warburgpincus.com

## Company & Corresponding Email Addresses

### wartsila

jukka.hakola@wartsila.com
t.eriksson@wartsila.com

### wasatchadvisors

ajay@wasatchadvisors.com
akutuzov@wasatchadvisors.com
aoreilly@wasatchadvisors.com
aschaber@wasatchadvisors.com
asunderland@wasatchadvisors.com
bhadden@wasatchadvisors.com
blake@wasatchadvisors.com
brian@wasatchadvisors.com
cbowen@wasatchadvisors.com
clattin@wasatchadvisors.com
cmccready@wasatchadvisors.com
dan@wasatchadvisors.com
dboston@wasatchadvisors.com
dchace@wasatchadvisors.com
dholder@wasatchadvisors.com
dshaffer@wasatchadvisors.com
dwillis@wasatchadvisors.com
gbohlen@wasatchadvisors.com
gmata@wasatchadvisors.com
jb@wasatchadvisors.com
jcardon@wasatchadvisors.com
jiml@wasatchadvisors.com
jlarsen@wasatchadvisors.com
jmalooly@wasatchadvisors.com
jmazanec@wasatchadvisors.com
jscowcroft@wasatchadvisors.com
jstewart@wasatchadvisors.com
jwhatcott@wasatchadvisors.com
karey@wasatchadvisors.com
laura@wasatchadvisors.com
lgeritz@wasatchadvisors.com
lhoffman@wasatchadvisors.com
linda@wasatchadvisors.com
mbengtzen@wasatchadvisors.com
mcocorinis@wasatchadvisors.com
mgerding@wasatchadvisors.com
mhynes@wasatchadvisors.com
mlappas@wasatchadvisors.com
mmadsen@wasatchadvisors.com
mmodi@wasatchadvisors.com
mpetty@wasatchadvisors.com
mstanley@wasatchadvisors.com
ndihora@wasatchadvisors.com
nkamruddin@wasatchadvisors.com
paul@wasatchadvisors.com
pcapri@wasatchadvisors.com
phoebe@wasatchadvisors.com
rgreen@wasatchadvisors.com
robert@wasatchadvisors.com
roger@wasatchadvisors.com

## Company & Corresponding Email Addresses

rpearce@wasatchadvisors.com
rsnow@wasatchadvisors.com
rstoichev@wasatchadvisors.com
sam@wasatchadvisors.com
sswenson@wasatchadvisors.com
stucker@wasatchadvisors.com
tchristenson@wasatchadvisors.com
twilliams@wasatchadvisors.com
vanya@wasatchadvisors.com
zlarkin@wasatchadvisors.com

### washfed
jbrand@washfed.com
jmilin@washfed.com

### washingtonfederal
brent.beardall@washingtonfederal.com
rwhitehead@washingtonfederal.com

### washpost
falerb@washpost.com
hamiltonm@washpost.com
lozadac@washpost.com
pearlsteins@washpost.com
rampellc@washpost.com
schneiderh@washpost.com

### washtenawmortgage
troyb@washtenawmortgage.com

### washtrust
bswilliams@washtrust.com
cjturcotte@washtrust.com
dlpicozzi@washtrust.com
dmheiberger@washtrust.com
gjfogarty@washtrust.com
mffriel@washtrust.com
mjlanglois@washtrust.com
mkgim@washtrust.com
prphillips@washtrust.com

### wasserella
lior_jassur@wasserella.com

### watchhillfunds
esmith@watchhillfunds.com
richard.chin@watchhillfunds.com

### waterfield
ericz@waterfield.com
gretap@waterfield.com
jfeccko@waterfield.com
natea@waterfield.com

### watermarkgroup
andy@watermarkgroup.com
bbenedict@watermarkgroup.com
bill@watermarkgroup.com
brian@watermarkgroup.com
david@watermarkgroup.com
guobin@watermarkgroup.com
howard@watermarkgroup.com
jeff@watermarkgroup.com

**Company & Corresponding Email Addresses**

john@watermarkgroup.com
kirsten@watermarkgroup.com

**watrust**

bbrill@watrust.com
bkittredge@watrust.com
jheath@watrust.com
lstallinga@watrust.com
nreynolds@watrust.com
peter@watrust.com
rboutz@watrust.com
rrichard@watrust.com
sscranton@watrust.com

**watsonwyatt**

andrea.scaffidi@eu.watsonwyatt.com

**wavin**

ton.bruijne@wavin.com

**wayne**

bill_murphy@wayne.edu

**waypointbank**

joyce.libby@waypointbank.com

**wbcap**

aplummer@wbcap.net
dradtke@wbcap.net
josier@wbcap.net
jyoungers@wbcap.net
kcroft@wbcap.net
lmardis@wbcap.net
mcollet@wbcap.net

**wbfinance**

jbgauzere@wbfinance.com

**wbm-am**

thomas.middendorf@wbm-am.de

**wcbarksdale**

cwebb@wcbarksdale.com
draja@wcbarksdale.com
fpuryear@wcbarksdale.com
tcarpenter@wcbarksdale.com

**wclabs**

herendp@wclabs.com

**wcmadvisors**

brian.canion@wcmadvisors.com
chris.andress@wcmadvisors.com
elana.russell@wcmadvisors.com
joyce.chiang@wcmadvisors.com
kevin.loucks@wcmadvisors.com
kristi.guay@wcmadvisors.com
linda.selegue@wcmadvisors.com
mark.little@wcmadvisors.com
michael.cheung@wcmadvisors.com
patricia.elmer@wcmadvisors.com
paul.ravetta@wcmadvisors.com
peter.bury@wcmadvisors.com

**wdr**

karyn.ishler@wdr.com

## Company & Corresponding Email Addresses

### wdwitter
abalestrieri@wdwitter.com
autterman@wdwitter.com
dianen@wdwitter.com
jverdis@wdwitter.com
mwitter@wdwitter.com
nstuebe@wdwitter.com
ptsu@wdwitter.com
rgreulich@wdwitter.com
sdlanders@wdwitter.com
tbarrens@wdwitter.com
tbyrne@wdwitter.com

### web
alexlaux@web.de
erich.marquart@web.de

### weberbank
ais.research@weberbank.de
denis.kahl@weberbank.de
dirk.ruettgers@weberbank.de
ingo.klamroth@weberbank.de
soeren.wiedau@weberbank.de
thomas.meissner@weberbank.de

### websterbank
aerickson@websterbank.com
akocay@websterbank.com
bbernabe@websterbank.com
bwandelmaier@websterbank.com
cmartin@websterbank.com
cpanasci@websterbank.com
dbirulin@websterbank.com
drosato@websterbank.com
eahjerpe@websterbank.com
fmilley@websterbank.com
gbruhn@websterbank.com
hjung@websterbank.com
jbond@websterbank.com
jdalton@websterbank.com
jgilsenan@websterbank.com
jli@websterbank.com
jpalmer@websterbank.com
jplush@websterbank.com
kmccutcheon@websterbank.com
kpartesano@websterbank.com
ldevey@websterbank.com
lsweeney@websterbank.com
nlosek@websterbank.com
nmarchetti@websterbank.com
nolson@websterbank.com
rkostraba@websterbank.com
rsforza@websterbank.com
ssmith@websterbank.com
tmangan@websterbank.com
towens@websterbank.com

### wedbush

## Company & Corresponding Email Addresses

allan.johnston@wedbush.com
chuck.kuechler@wedbush.com
daryl.david@wedbush.com
david.seymour@wedbush.com
dyan.sotelo@wedbush.com
ed.carlson@wedbush.com
jon.workman@wedbush.com
madeline.matias@wedbush.com
mark.germond@wedbush.com
michael.sims@wedbush.com
vincent.moy@wedbush.com

### wedbushbank
mark.taylor@wedbushbank.com

### wella
pleischner@wella.de
ppielmeyer@wella.de

### wellfargo
jennifer.breese@wellfargo.com

### wellilngton
hwang@wellilngton.com

### wellington
aacanty@wellington.com
aairving@wellington.com
aamullins@wellington.com
ababson@wellington.com
abasi@wellington.com
acfisher@wellington.com
acgallo@wellington.com
achall@wellington.com
achugh@wellington.com
acmoran@wellington.com
acneedham@wellington.com
acnicolaou@wellington.com
aehug@wellington.com
agelhausen@wellington.com
agitnik@wellington.com
agupta@wellington.com
agzaldastani@wellington.com
ahgao@wellington.com
ahillfelder@wellington.com
ahughes@wellington.com
akfinger@wellington.com
akhaitan@wellington.com
akholden@wellington.com
albirardar@wellington.com
alchen@wellington.com
aldurant@wellington.com
alkaplan@wellington.com
amchetoukhina@wellington.com
amcorry@wellington.com
amfisher@wellington.com
apaone@wellington.com
apartani@wellington.com
aplam@wellington.com

**Company & Corresponding Email Addresses**

ardesai@wellington.com
arheiskell@wellington.com
arkohler@wellington.com
asdriansky@wellington.com
asheisler@wellington.com
asmall@wellington.com
assareen@wellington.com
atoirac@wellington.com
atrabocchi@wellington.com
avarvak@wellington.com
avianello@wellington.com
avlajinac@wellington.com
ayfong@wellington.com
azepstein@wellington.com
bathompson@wellington.com
baypondgrp@wellington.com
bcavazos@wellington.com
bdoherty@wellington.com
bdverrecchia@wellington.com
belogan@wellington.com
bgeorge@wellington.com
bglazer@wellington.com
bjmatthews@wellington.com
bjpowers@wellington.com
bjswords@wellington.com
bkwallenmeyer@wellington.com
bmgarvey@wellington.com
bmritter@wellington.com
bmrosenbaum@wellington.com
bnguyen@wellington.com
bnsinger-scott@wellington.com
bnswanson@wellington.com
bphan@wellington.com
brmurray@wellington.com
bsantiago@wellington.com
bssohn@wellington.com
bstoesser@wellington.com
btbrown@wellington.com
btoconnor@wellington.com
bwhastreiter@wellington.com
bwoolmington@wellington.com
bwoolminton@wellington.com
bwzink@wellington.com
bzmeunier@wellington.com
cacoutinho@wellington.com
cagainey@wellington.com
caheckscher@wellington.com
cajones@wellington.com
camadill@wellington.com
canicholson@wellington.com
cargyle@wellington.com
casmith@wellington.com
castewart@wellington.com
cchace@wellington.com

**Company & Corresponding Email Addresses**

ccmartin@wellington.com
cdnorton@wellington.com
cdperry@wellington.com
cdzindler@wellington.com
cefanning@wellington.com
cefleming@wellington.com
cemartin@wellington.com
cfercolino@wellington.com
cfuchs@wellington.com
cgoodman@wellington.com
cgrohe@wellington.com
cjmccarthy@wellington.com
cjnorton@wellington.com
cjtringali@wellington.com
clcrosby@wellington.com
clgootkind@wellington.com
clleow@wellington.com
cmbreen@wellington.com
cmcrimaldi@wellington.com
cmdacosta@wellington.com
cmlopez@wellington.com
cmmylod@wellington.com
cmnatale@wellington.com
cmorales@wellington.com
cmrivas@wellington.com
cmulhern@wellington.com
cprotzko@wellington.com
crconway@wellington.com
crpouillart@wellington.com
cstaehly@wellington.com
csteachout@wellington.com
dachang@wellington.com
dacollins@wellington.com
dasiegle@wellington.com
david.palmisano@wellington.com
dbdubard@wellington.com
dbmarshak@wellington.com
dcandida@wellington.com
dccushing@wellington.com
dcmoore@wellington.com
dcnordin@wellington.com
ddo@wellington.com
deshahmoon@wellington.com
dgoddeau@wellington.com
dgorovitz@wellington.com
dguerrero@wellington.com
djelliott@wellington.com
djfitzpatrick@wellington.com
djkeene@wellington.com
djkilbride@wellington.com
djpozen@wellington.com
dkim@wellington.com
dknoll@wellington.com
dkramer@wellington.com

## Company & Corresponding Email Addresses

dlallinson@wellington.com
dlherlihy@wellington.com
dlkaschub@wellington.com
dmaclary@wellington.com
dmgrzywacz@wellington.com
dmneubert@wellington.com
dmukhin@wellington.com
dmurphy@wellington.com
dphannafin@wellington.com
dpowell@wellington.com
drdaly@wellington.com
drfassnacht@wellington.com
dskoko@wellington.com
dspope@wellington.com
dstunnell@wellington.com
dtdwyer@wellington.com
dwbarnard@wellington.com
eashea@wellington.com
ebpealman@wellington.com
ecgriffin@wellington.com
eclandsiedel@wellington.com
ecronin@wellington.com
ecvigsnes@wellington.com
edhall@wellington.com
eemcevoy@wellington.com
efjeffries@wellington.com
eiraniparast@wellington.com
ejdoherty@wellington.com
ejkleinerman@wellington.com
ejouellette@wellington.com
ejshapiro@wellington.com
ejtateosian@wellington.com
ekhmelnik@wellington.com
elee@wellington.com
elmeyi@wellington.com
emingle@wellington.com
emrice@wellington.com
eomalley@wellington.com
epbousa@wellington.com
ephamilton@wellington.com
epowens@wellington.com
epsalazar@wellington.com
ereznik@wellington.com
erking@wellington.com
erlambi@wellington.com
ertumasz@wellington.com
esgrace@wellington.com
estromquist@wellington.com
etroutman@wellington.com
ewwebb@wellington.com
eyeo@wellington.com
fdcatrickes@wellington.com
fjboggan@wellington.com
flee@wellington.com

**Company & Corresponding Email Addresses**

fteixeira@wellington.com
fvwisneski@wellington.com
gakim@wellington.com
gaross@wellington.com
gavincenzo@wellington.com
gbhardwaj@wellington.com
gdpool@wellington.com
ggallison@wellington.com
ggianarikas@wellington.com
gjgarabedian@wellington.com
gjkochanski@wellington.com
gjwilson@wellington.com
glacek@wellington.com
gleblanc@wellington.com
gmgoldman@wellington.com
gpfrasca@wellington.com
gptucker@wellington.com
grlawrence@wellington.com
gtbauer@wellington.com
gvondrashek@wellington.com
heduffy@wellington.com
hgbender@wellington.com
hhuang@wellington.com
hlalva@wellington.com
horloff@wellington.com
hsoykan@wellington.com
hwhiles@wellington.com
ichanana@wellington.com
igarcia@wellington.com
irlink@wellington.com
jaboselli@wellington.com
jahorowitz@wellington.com
jalord@wellington.com
jaramos@wellington.com
jarome@wellington.com
jarullo@wellington.com
jbarlow@wellington.com
jbevilacqua@wellington.com
jcashe@wellington.com
jcbouchard@wellington.com
jceastman@wellington.com
jchen@wellington.com
jcheng@wellington.com
jchung@wellington.com
jcjensen@wellington.com
jckeogh@wellington.com
jcotoole@wellington.com
jcronin@wellington.com
jcsaboliauskas@wellington.com
jdacosta@wellington.com
jdhawan@wellington.com
jdwek@wellington.com
jekim@wellington.com
jesimkin@wellington.com

**Company & Corresponding Email Addresses**

jespinoza@wellington.com
jessica.upchurch@wellington.com
jfaverill@wellington.com
jfcahill@wellington.com
jfkelkel@wellington.com
jfmarvan@wellington.com
jfox@wellington.com
jfrice@wellington.com
jgbullion@wellington.com
jgcarter@wellington.com
jglionna@wellington.com
jgood@wellington.com
jhschwartz@wellington.com
jhshakin@wellington.com
jjash@wellington.com
jjbalboni@wellington.com
jkhng@wellington.com
jkostohryz@wellington.com
jlavender@wellington.com
jlee@wellington.com
jlkripke@wellington.com
jlnettesheim@wellington.com
jlydotes@wellington.com
jmberger@wellington.com
jmberteaux@wellington.com
jmgoins@wellington.com
jmhynes@wellington.com
jmkelliher@wellington.com
jmlangton@wellington.com
jmorton@wellington.com
jmoschitz@wellington.com
jnberg@wellington.com
jnmordy@wellington.com
jparker@wellington.com
jphoffman@wellington.com
jphoffmann@wellington.com
jrroberts@wellington.com
jrryan@wellington.com
jsansone@wellington.com
jsblout@wellington.com
jscurran@wellington.com
jshafer@wellington.com
jsnaidu@wellington.com
jsoukas@wellington.com
jspeterson@wellington.com
jstephan@wellington.com
jthomson@wellington.com
jttan@wellington.com
jvalentino@wellington.com
jvpalowich@wellington.com
jwagenseller@wellington.com
jwcoffey@wellington.com
jwheuer@wellington.com
jwjeong@wellington.com

**Company & Corresponding Email Addresses**

jwvalone@wellington.com
jyin@wellington.com
jykim@wellington.com
jyoh@wellington.com
jywang@wellington.com
jzhou@wellington.com
kabrams@wellington.com
kaloring@wellington.com
kamcluskey@wellington.com
kamignault@wellington.com
kamolino@wellington.com
kaoshea@wellington.com
kdence@wellington.com
kebandtel@wellington.com
kejackson@wellington.com
kelorincz@wellington.com
kespelman@wellington.com
kewhite@wellington.com
kfreytag@wellington.com
khgrimes@wellington.com
khyap@wellington.com
kiwai@wellington.com
kjmayer@wellington.com
klabrams@wellington.com
klaud@wellington.com
kmbarry@wellington.com
kmcdowell@wellington.com
kmiyazaki@wellington.com
kplinska@wellington.com
kprowell@wellington.com
kshishimi@wellington.com
ksking@wellington.com
ktburns@wellington.com
ktwilliams@wellington.com
kwilliams@wellington.com
labaumann@wellington.com
lagabriel@wellington.com
lakeady@wellington.com
laparrington@wellington.com
laschultz@wellington.com
laweir@wellington.com
lcao@wellington.com
lchabrier@wellington.com
lching@wellington.com
lclark@wellington.com
lesaba@wellington.com
lfpohlman@wellington.com
lhenao@wellington.com
lhshortsleeve@wellington.com
ljkeene@wellington.com
ljsardone@wellington.com
lkchong@wellington.com
lkshah@wellington.com
lktan@wellington.com

**Company & Corresponding Email Addresses**

lli@wellington.com
llsmith@wellington.com
lmlynch@wellington.com
lpzhong@wellington.com
lshea@wellington.com
lsthrift@wellington.com
lthill@wellington.com
lwang@wellington.com
mabutler@wellington.com
maflaherty@wellington.com
maneely@wellington.com
mawhitaker@wellington.com
mayarger@wellington.com
mbiggi@wellington.com
mceverett@wellington.com
mchand@wellington.com
mctaylor@wellington.com
mcwitherell@wellington.com
mdemarco@wellington.com
mdflanagan@wellington.com
mdhudson@wellington.com
mdmandel@wellington.com
mdrawding@wellington.com
meabularach@wellington.com
mecarroll@wellington.com
mel-husseini@wellington.com
memaclachlan@wellington.com
memegargel@wellington.com
menunez@wellington.com
mestabrook@wellington.com
mestack@wellington.com
mfallon@wellington.com
mfgarrett@wellington.com
mgbaker@wellington.com
mhansbury@wellington.com
mhbosworth@wellington.com
mhnat@wellington.com
mhsullivan@wellington.com
miford@wellington.com
mjbeckwith@wellington.com
mjbirmingham@wellington.com
mjmaresco@wellington.com
mjmcgonagle@wellington.com
mjsager@wellington.com
mjwandimi@wellington.com
mkbatgos@wellington.com
mkbittar@wellington.com
mkobayashi@wellington.com
mkoide@wellington.com
mkpiccuiro@wellington.com
mkpiccuirro@wellington.com
mlcillan@wellington.com
mlevitzky@wellington.com
mlhong@wellington.com

**Company & Corresponding Email Addresses**

mlneft@wellington.com
mlobue@wellington.com
mmahdasian@wellington.com
mmcosta@wellington.com
mmgeorge@wellington.com
mmwalsh@wellington.com
mnviviano@wellington.com
mpdigregorio@wellington.com
mpmiller@wellington.com
mpryshlak@wellington.com
mpshumway@wellington.com
mrodier@wellington.com
msato@wellington.com
msbakshi@wellington.com
mschwab@wellington.com
msgignac@wellington.com
mslacamera@wellington.com
msmakivic@wellington.com
msrikantaiah@wellington.com
mstrzepka@wellington.com
msznajer@wellington.com
mtabbott@wellington.com
mtlynch@wellington.com
mtmasdea@wellington.com
mtstover@wellington.com
mvandersen@wellington.com
mvmckee@wellington.com
mvpike@wellington.com
mwhasib@wellington.com
nabuhoff@wellington.com
nacarpentier@wellington.com
naltieri@wellington.com
nbboullet@wellington.com
nbooth@wellington.com
nelfner@wellington.com
nghajar@wellington.com
nkofman@wellington.com
nlirette@wellington.com
nmchoumenkovitch@wellington.com
nmjackman@wellington.com
nmlam@wellington.com
nnitisusanta@wellington.com
noelf@wellington.com
npundavia@wellington.com
nsiddiqui@wellington.com
nslevy@wellington.com
ntuteja@wellington.com
nusiyama@wellington.com
oafalase@wellington.com
pacoleman@wellington.com
pasummerville@wellington.com
pblain@wellington.com
pbreault@wellington.com
pemarrkand@wellington.com

**Company & Corresponding Email Addresses**

pfisher@wellington.com
pgartin@wellington.com
pgmcpherson@wellington.com
pgoodstadt@wellington.com
phperelmuter@wellington.com
pihiggins@wellington.com
pmahn@wellington.com
pmtraquina@wellington.com
prkulkarni@wellington.com
psalniker@wellington.com
psun@wellington.com
pwcarpi@wellington.com
pwruedi@wellington.com
rabruno@wellington.com
radrogue@wellington.com
ramrhein@wellington.com
ranagle@wellington.com
rawurster@wellington.com
rbcawley@wellington.com
rcheung@wellington.com
rcsykes@wellington.com
rdburn@wellington.com
rdrands@wellington.com
rdsykes@wellington.com
rejustice@wellington.com
rfhayes@wellington.com
rfuhrman@wellington.com
rgmohan@wellington.com
rgrubbs@wellington.com
rjbarrett@wellington.com
rjfaro@wellington.com
rjfreniere@wellington.com
rjiang@wellington.com
rjkaye@wellington.com
rjmoro@wellington.com
rjthurston@wellington.com
rkhoffman@wellington.com
rkrishnan@wellington.com
rlalexander@wellington.com
rlderesiewicz@wellington.com
rlevans@wellington.com
rmarsjanik@wellington.com
rmzdunczyk@wellington.com
rpmeagher@wellington.com
rpmelanson@wellington.com
rrpatel@wellington.com
rsdynan@wellington.com
rsmurphy@wellington.com
rtcrawford@wellington.com
rteixeira@wellington.com
rvdyer@wellington.com
rwlangway@wellington.com
saabramowitz@wellington.com
sagorman@wellington.com

## Company & Corresponding Email Addresses

salangone@wellington.com
sandymehta@wellington.com
sapons@wellington.com
sarichter@wellington.com
sasardinha@wellington.com
sasoderberg@wellington.com
sbogiony@wellington.com
scangeli@wellington.com
scbearce@wellington.com
schakravarthy@wellington.com
sdzaleski@wellington.com
senelson@wellington.com
sesimpson@wellington.com
sevickers@wellington.com
sfbrown@wellington.com
sfpedersen@wellington.com
sgao@wellington.com
sgaya@wellington.com
sgkovacs@wellington.com
sgopalraman@wellington.com
shenry@wellington.com
sistjohn@wellington.com
sjboxer@wellington.com
sjpannell@wellington.com
sjplace@wellington.com
sjsturtevant@wellington.com
skennedy@wellington.com
slcastonguay@wellington.com
slmole@wellington.com
slopez@wellington.com
slouyang@wellington.com
slstefany@wellington.com
slutzinger@wellington.com
smelliott@wellington.com
smfanning@wellington.com
smharrington@wellington.com
smhayes@wellington.com
smillan@wellington.com
smkammann@wellington.com
smlaplante@wellington.com
smleonard@wellington.com
smortimer@wellington.com
smpike@wellington.com
so'halloran@wellington.com
srhart@wellington.com
srmay@wellington.com
srsinger@wellington.com
sshah@wellington.com
ssingh@wellington.com
ssmayhugh@wellington.com
stirons@wellington.com
stobrien@wellington.com
svchivukula@wellington.com
taggart@wellington.com

**Company & Corresponding Email Addresses**

tdhaney@wellington.com
tdscribner@wellington.com
teconnolly@wellington.com
tesmith@wellington.com
tfbourell@wellington.com
tgmckinnon@wellington.com
tizuta@wellington.com
tjane@wellington.com
tjayne@wellington.com
tjcoleman@wellington.com
tjmccarthy@wellington.com
tjmccormack@wellington.com
tjmeidhof@wellington.com
tkamimura@wellington.com
tkamo@wellington.com
tlcancelarich@wellington.com
tlee@wellington.com
tlevering@wellington.com
tlong@wellington.com
tlpappas@wellington.com
tnmanning@wellington.com
tnpickering@wellington.com
tpappas@wellington.com
tseveritt@wellington.com
tshasta@wellington.com
twbaxter@wellington.com
twegan@wellington.com
twleung@wellington.com
vbacheller@wellington.com
vegannae@wellington.com
vmdiamond@wellington.com
vmtrojan@wellington.com
vmurthy@wellington.com
vpetrov@wellington.com
vsingh@wellington.com
wadoyle@wellington.com
wdgoldenthal@wellington.com
wdiianni@wellington.com
wflynn@wellington.com
whparker@wellington.com
wjfoley@wellington.com
wjhannigan@wellington.com
wli@wellington.com
wlwrightson@wellington.com
wmcromwell@wellington.com
wmogrodnick@wellington.com
wnbooth@wellington.com
wreckmeyer@wellington.com
xxia@wellington.com
yapan@wellington.com
yiwang@wellington.com
yiyu@wellington.com
ylu@wellington.com
ypmodak@wellington.com

**Company & Corresponding Email Addresses**

yxwang@wellington.com
yyang@wellington.com

**wellingtonmgt**

jquinn@wellingtonmgt.com

**wellmanage**

ajshilling@wellmanage.com
amkillian@wellmanage.com
asoffit@wellmanage.com
btmcgill@wellmanage.com
ctfreeman@wellmanage.com
dgmurray@wellmanage.com
dtdwyer@wellmanage.com
dwpalmer@wellmanage.com
jjohara@wellmanage.com
jrryan@wellmanage.com
mcarmen@wellmanage.com
mchally@wellmanage.com
nbgreene@wellmanage.com
przepf@wellmanage.com
rcdaigle@wellmanage.com
rscherfke@wellmanage.com
scconcannon@wellmanage.com
smtremble@wellmanage.com
spglendon@wellmanage.com
sshan@wellmanage.com
tskramstad@wellmanage.com
wfwanner@wellmanage.com

**wells**

brad@wells.com
matt@wells.com
need@wells.com

**wellsbrokerage**

jhullar@wellsbrokerage.com

**wellscap**

acragg@wellscap.com
alex.basman@wellscap.com
alison.shimada@wellscap.com
allengr@wellscap.com
andrew.greenberg@wellscap.com
atrachte@wellscap.com
bmulliga@wellscap.com
bridget.a.powers@wellscap.com
casas@wellscap.com
chalida.meas@wellscap.com
chantrac@wellscap.com
choup@wellscap.com
darek.j.martin@wellscap.com
david.brandmire@wellscap.com
david.hand@wellscap.com
dean.meddaugh@wellscap.com
debra.delsecco@wellscap.com
dermott.g.larkin@wellscap.com
douglas.gregor@wellscap.com
douglas.n.pratt@wellscap.com

**Company & Corresponding Email Addresses**

elaine.tse@wellscap.com
frank.chiang@wellscap.com
george.matthews@wellscap.com
hansense@wellscap.com
ilan.weiss@wellscap.com
irenen@wellscap.com
james.w.paulsen@wellscap.com
jarad.vasquez@wellscap.com
jbcraig@wellscap.com
jimieram@wellscap.com
joel.carlson@wellscap.com
john.peetz@wellscap.com
jonathan.r.terry@wellscap.com
jschristensen@wellscap.com
kazanchv@wellscap.com
kirk.hartman@wellscap.com
kirstin.a.pumper@wellscap.com
kochs@wellscap.com
kokoszka@wellscap.com
linda.o'brian@wellscap.com
lindsey.b.wilde@wellscap.com
madeline.y.wu@wellscap.com
marie.chandoha@wellscap.com
matt.steadman@wellscap.com
matthew.a.grimes@wellscap.com
maulik.bhansali@wellscap.com
melanie.santos@wellscap.com
melvillt@wellscap.com
mike.j.nelson@wellscap.com
mike.mcdougall@wellscap.com
mike.volberding@wellscap.com
mira.l.park@wellscap.com
mseeman@wellscap.com
nichole.hammond@wellscap.com
omalley@wellscap.com
peter.i.shih@wellscap.com
riveraj@wellscap.com
rmangels@wellscap.com
robert.chuck@wellscap.com
ryan.mcreynolds@wellscap.com
satomi.matsumoto@wellscap.com
sbrady@wellscap.com
schaffsu@wellscap.com
sean.dunne@wellscap.com
sean.mcginnis@wellscap.com
sebrell@wellscap.com
smithsco@wellscap.com
ssayer@wellscap.com
steve.ricks@wellscap.com
terry.goode@wellscap.com
theresa.fennell@wellscap.com
tiffanie.wong@wellscap.com
tony.ledergerber@wellscap.com
vicki.bryce@wellscap.com

**Company & Corresponding Email Addresses**

walter.beveridge@wellscap.com
waltonm@wellscap.com
weaverje@wellscap.com
whiteal@wellscap.com
william.stevens@wellscap.com
wisniews@wellscap.com

**wellsfargo**

adam.bordner@wellsfargo.com
adam.wilkie@wellsfargo.com
alan.mckenney@wellsfargo.com
alexander.kalkanis@wellsfargo.com
alisa.w.hsieh@wellsfargo.com
allen.ayvazian@wellsfargo.com
amy.z.bracken@wellsfargo.com
anderjr@wellsfargo.com
andrew.peskin@mortgage.wellsfargo.com
andrew.tennant@wellsfargo.com
angela.freeman@wellsfargo.com
angela.guller@mortgage.wellsfargo.com
angiusd@wellsfargo.com
anthony.r.winkeler@wellsfargo.com
arreolan@wellsfargo.com
attardo@wellsfargo.com
banlawim@wellsfargo.com
barbara.s.brett@wellsfargo.com
barbara.wintemberg@mortgage.wellsfargo.com
becky.poyser@wellsfargo.com
benjamin.m.calhoun@wellsfargo.com
bill.zuro@wellsfargo.com
bob.muske@mortgage.wellsfargo.com
bonillaj@wellsfargo.com
bonnie.b.newman@wellsfargo.com
book@wellsfargo.com
boscoec@wellsfargo.com
boveet@wellsfargo.com
brad.davis@wellsfargo.com
bradley.g.spartz@wellsfargo.com
brent.eckhoff@wellsfargo.com
brent.hemminghaus@wellsfargo.com
brett.stein@wellsfargo.com
brian.a.smith@wellsfargo.com
brian.d.krum@wellsfargo.com
brian.i.hsieh@wellsfargo.com
brian.r.landy@wellsfargo.com
bruce.saldinger@wellsfargo.com
bryan.r.mead@wellsfargo.com
byersk@wellsfargo.com
c.david.allman@wellsfargo.com
callahaj@wellsfargo.com
carhidrj@wellsfargo.com
carla.chayet@wellsfargo.com
carla.l.clement@wellsfargo.com
carlos.v.quimbo@wellsfargo.com
cary.immesoete@wellsfargo.com

**Company & Corresponding Email Addresses**

casas@wellsfargo.com
cheryl.j.rosen@mortgage.wellsfargo.com
chewja@wellsfargo.com
chinlori@wellsfargo.com
chinsw@wellsfargo.com
chris.c.gilbertson@wellsfargo.com
chris.downey@wellsfargo.com
chris.jordan@mortgage.wellsfargo.com
cindyli@wellsfargo.com
connie.ou@wellsfargo.com
cory.darr@wellsfargo.com
cowdenw@wellsfargo.com
craig.allen@wellsfargo.com
dana.chesterman@wellsfargo.com
dana.stephens@wellsfargo.com
daniel.l.lee@wellsfargo.com
darryl.f.hannington@wellsfargo.com
david.bialzak@mortgage.wellsfargo.com
david.d.sylvester@wellsfargo.com
david.grijalva@wellsfargo.com
david.hogenkamp@mortgage.wellsfargo.com
david.l.navarre@wellsfargo.com
dayalj@wellsfargo.com
dennis.l.nelson@wellsfargo.com
dennis.lui@wellsfargo.com
derek.hine@wellsfargo.com
diane.k.veltri@wellsfargo.com
dominic.marshall@wellsfargo.com
duvallm@wellsfargo.com
earl.takasaki@wellsfargo.com
edna.rodriguez@wellsfargo.com
elopez@wellsfargo.com
eric.b.backer@wellsfargo.com
evansart@wellsfargo.com
evansdw@wellsfargo.com
fianne.chen@wellsfargo.com
fkoster@wellsfargo.com
franz.seow@wellsfargo.com
frmoreno@wellsfargo.com
froebjn@wellsfargo.com
garth.wahlberg@wellsfargo.com
gary.westphal@wellsfargo.com
genevieve.ramsay@wellsfargo.com
gishm@wellsfargo.com
glenn.e.johnson@wellsfargo.com
greg.genung@wellsfargo.com
greg.lavallee@wellsfargo.com
greg.t.maddox@wellsfargo.com
hakan.beygo@wellsfargo.com
hal.kotowsky@wellsfargo.com
halea@wellsfargo.com
harkend@wellsfargo.com
henry.naah@wellsfargo.com
hhermann@wellsfargo.com

**Company & Corresponding Email Addresses**

highsmj@wellsfargo.com
hiren.r.patel@wellsfargo.com
hobie.hodge@wellsfargo.com
holly.tillman@wellsfargo.com
hopkindl@wellsfargo.com
howard.chak@wellsfargo.com
hsumarj@wellsfargo.com
hughesc@wellsfargo.com
jack.ahlert@wellsfargo.com
jacobus.louw@wellsfargo.com
james.p.rutzen@wellsfargo.com
james.r.wetschka@wellsfargo.com
jamie.k.johnson@wellsfargo.com
janice.a.wallis@wellsfargo.com
jason.j.thelen@wellsfargo.com
jay.fisher@wellsfargo.com
jeff.a.myers@wellsfargo.com
jeff.morsman@wellsfargo.com
jennifer.vraney@wellsfargo.com
jeremy.r.goebel@wellsfargo.com
jeremy.stokes@wellsfargo.com
jerome.philpott@wellsfargo.com
jesse.abraham@wellsfargo.com
jim.e.dabroi@wellsfargo.com
joe.r.york@wellsfargo.com
joe.white@wellsfargo.com
johancla@wellsfargo.com
john.critchfield@wellsfargo.com
john.p.gibbons@wellsfargo.com
john.q.wang@wellsfargo.com
john.wong@wellsfargo.com
jon.w.salmon@wellsfargo.com
jonathan.gray@wellsfargo.com
joseph.g.mcmahon@wellsfargo.com
josephine.jimenez@wellsfargo.com
josh.d.bales@wellsfargo.com
karen.a.cheng@wellsfargo.com
karen.c.parrin@wellsfargo.com
karen.j.ekegren@wellsfargo.com
kathy.faulkner@wellsfargo.com
kathy.sheng@wellsfargo.com
keith.j.hopkins@wellsfargo.com
kenny.earl@wellsfargo.com
kevin.penner@wellsfargo.com
khambay.vankham@wellsfargo.com
kimberly.e.ryan@wellsfargo.com
lance.marx@wellsfargo.com
larry.l.scholl@mortgage.wellsfargo.com
lasdenj@wellsfargo.com
laurie.r.white@wellsfargo.com
lawalice@wellsfargo.com
leechris@wellsfargo.com
leonard.austin@wellsfargo.com
leslie.e.paulson@wellsfargo.com

## Company & Corresponding Email Addresses

lewsusank@wellsfargo.com
linda.m.barbeau@wellsfargo.com
liuj@wellsfargo.com
lynne.royer@wellsfargo.com
manila.sisamouth@wellsfargo.com
maria.t.fox@wellsfargo.com
marjorie.h.grace@wellsfargo.com
mark.clegg@wellsfargo.com
mark.m.niles@wellsfargo.com
mark.munger@wellsfargo.com
mark.oman@wellsfargo.com
mark.stanley@wellsfargo.com
mark.w.goyne@wellsfargo.com
masontoa@wellsfargo.com
matt.ginsburg@wellsfargo.com
matthew.herron@wellsfargo.com
maya.sarda@wellsfargo.com
megan.salb@wellsfargo.com
meirg1@wellsfargo.com
michael.a.schaefer@wellsfargo.com
michael.c.bird@wellsfargo.com
michael.d.miller@wellsfargo.com
michael.dorsey@wellsfargo.com
michael.strong@wellsfargo.com
michael.w.shinners@wellsfargo.com
michelle.beattie@mortgage.wellsfargo.com
mike.castle@wellsfargo.com
mike.heid@wellsfargo.com
mike.mcdougall@wellsfargo.com
mike.schlarman@wellsfargo.com
mirandss@wellsfargo.com
mjohnson@wellsfargo.com
mohan.chellaswami@wellsfargo.com
nagsa@wellsfargo.com
nancy.lederer@wellsfargo.com
neil.dey@wellsfargo.com
nelsone@wellsfargo.com
newell@wellsfargo.com
noah.wise@wellsfargo.com
pamela.a.inghram@wellsfargo.com
patricia.bloom@wellsfargo.com
patrick.greene@mortgage.wellsfargo.com
patrick.seelen@wellsfargo.com
paul.ardleigh@wellsfargo.com
paul.h.sperling@wellsfargo.com
paul.lockwood@imc.wellsfargo.com
paul.y.hikichi@wellsfargo.com
peter.r.diliberti@wellsfargo.com
philip.r.rice@wellsfargo.com
polly.m.traer@wellsfargo.com
pooja.rajput@wellsfargo.com
poonmo@wellsfargo.com
randy.angerhofer@wellsfargo.com
ray.wong@wellsfargo.com

## Company & Corresponding Email Addresses

raymond.k.tong@wellsfargo.com
raymond.leffler@wellsfargo.com
rebecca.j.norman@wellsfargo.com
richard.d.mellin@wellsfargo.com
rita.chu@wellsfargo.com
rob.cue@wellsfargo.com
robert.g.smith@wellsfargo.com
robyn.haley@wellsfargo.com
roderick.d.boothby@wellsfargo.com
roger.w.adams@wellsfargo.com
rosenbes@wellsfargo.com
ruben.avilez@wellsfargo.com
ryan.curdy@wellsfargo.com
ryan.e.lowe@wellsfargo.com
ryan.g.huckstorf@wellsfargo.com
sanderje@wellsfargo.com
sanjay.roy@wellsfargo.com
santiagt@wellsfargo.com
schlossg@wellsfargo.com
scott.chambers@wellsfargo.com
scott.grupe@wellsfargo.com
scott.quigley@wellsfargo.com
scott.schwindt@wellsfargo.com
sedrick.tydus@wellsfargo.com
senftan@wellsfargo.com
shannon.r.edgar@wellsfargo.com
sharkemw@wellsfargo.com
shen@wellsfargo.com
sherwood.h.yuen@wellsfargo.com
sheryl.graf@wellsfargo.com
shewsjr@imc.wellsfargo.com
silas.l.matthies@wellsfargo.com
sonja.j.rodine@wellsfargo.com
sonja.reed@wellsfargo.com
sophia.l.talkington@wellsfargo.com
stephanie.christie@wellsfargo.com
steve.kuhns@wellsfargo.com
steven.r.ashley@wellsfargo.com
steven.s.pfeiffer@wellsfargo.com
susan.hughes@wellsfargo.com
susan.k.miller@wellsfargo.com
tai.vu@wellsfargo.com
taorong.jiang@wellsfargo.com
thaiqu@wellsfargo.com
thomas.bellone@wellsfargo.com
thomas.oconnor@wellsfargo.com
tim.covington@mortgage.wellsfargo.com
tim.kitt@mortgage.wellsfargo.com
tim.l.musik@wellsfargo.com
tim.mankus@wellsfargo.com
timothy.andrew@wellsfargo.com
tinglei@wellsfargo.com
todd.a.neils@wellsfargo.com
tom.potts@wellsfargo.com

## Company & Corresponding Email Addresses

troy.ludgood@wellsfargo.com
valerie.s.dahlman@wellsfargo.com
vlad.stavitskiy@wellsfargo.com
wardj@wellsfargo.com
weiscaro@wellsfargo.com
weldonjc@wellsfargo.com
wendy.a.willett@wellsfargo.com
will.jacobsen@wellsfargo.com
william.r.posch@wellsfargo.com
wladkomh@wellsfargo.com
ying.hu@wellsfargo.com
young.cho@wellsfargo.com
zachary.tyler@wellsfargo.com

### wemam
merten.trautmann@wemam.com

### wesbanco
brichmond@wesbanco.com
piergallini@wesbanco.com
ryoung@wesbanco.com
schmitt@wesbanco.com

### wescorp
bburrell@wescorp.org
bchang@wescorp.org
beberhardt@wescorp.org
bfrench@wescorp.org
chu@wescorp.org
dhuesch@wescorp.org
djohnston@wescorp.org
dparsons@wescorp.org
dthompson@wescorp.org
dtrinder@wescorp.org
gchan@wescorp.org
gsmithb@wescorp.org
iyu@wescorp.org
jhamilton@wescorp.org
jthomas@wescorp.org
jxue@wescorp.org
kcheng@wescorp.org
kgensler@wescorp.org
plin@wescorp.org
pschulten@wescorp.org
raraujo@wescorp.org
rdouglass@wescorp.org
srickert@wescorp.org
swaddell@wescorp.org
tlane@wescorp.org
vherman@wescorp.org
wrickert@wescorp.org

### wessanen-hq
a.toorn@wessanen-hq.com

### wessex
timothyweir@wessex.co.uk

### wessexam
carolinerogers@wessexam.co.uk

## Company & Corresponding Email Addresses

maisienicholls@wessexam.co.uk
peterchesterfield@wessexam.co.uk
richarddennis@wessexam.co.uk

### westam

alexis.renault@westam.de
andre.schlingloff@westam.com
andre_schaefer@westam.de
andreas.schipull@westam.com
bastian.gries@westam.com
christian.doppstadt@westam.com
christian.hantel@westam.com
christian.sobatta@westam.com
claudia.bengtson@westam.com
claudia.kleinherne@westam.com
claudia.trojca@westam.com
david.hays@westam.com
david.kroon@westam.com
eckhard.pflieger@westam.com
elke.hadenfeldt@westam.com
ernst.osiander@westam.com
frank.blass@westam.de
frank.richter@westam.com
guenther_welter@westam.de
gundula.oehlke@westam.com
heike_juergens@westam.com
henning.flender@westam.com
henning.lenz@westam.com
jan.pieterse@westam.com
jim.kellerman@westam.com
juergen.heinz@westam.com
karin.spletzer@westam.com
katrin_schneider@westam.de
kevin.spires@westam.com
lsheryl.hudson@westam.com
marc.siebel@westam.com
markus.ilg@westam.com
markus.knebel@westam.com
max.kircher@westam.com
michael.dobler@westam.com
michael.grunow@westam.com
michael.linden@westam.com
mike.willett@westam.com
natascha_finger@westam.de
natascha_kluike@westam.de
patrick.lyn@westam.com
peter-noel.schoemig@westam.com
raimund.saier@westam.com
sandra.tessarek@westam.com
stefan.braun@westam.com
stephanie.brennan@westam.com
susan.malone@westam.com
suzy.chapman@westam.com
tara.dierschke@westam.com
thomas.noack@westam.com

## Company & Corresponding Email Addresses

tim.frankenheim@westam.com
uwe.fuiten@westam.com
vanessa.schumack@westam.com
vanessa.shumack@westam.com
vikki.hanges@westam.com
vinay.sharma@westam.com
vinay_sharma@westam.com
walter.schepers@westam.com
yvonne.quintero@westam.com

### westamerica
brian.bock@westamerica.com
doug.young@westamerica.com

### westcapinv
gcweirick@westcapinv.com
gedelstein@westcapinv.com
glweirick@westcapinv.com
jshaskon@westcapinv.com
kgorny@westcapinv.com
lmcguigan@westcapinv.com
pfisher@westcapinv.com

### westernasset
acormack@westernasset.co.uk
adiaz@westernasset.com
aewing@westernasset.com
ajagajeeranram@westernasset.co.uk
ajajoo@westernasset.com
akong@westernasset.com
alan.thetford@westernasset.com
alexei.koval@westernasset.com
alyng@westernasset.com
amack@westernasset.com
amardia@westernasset.com
amcclymonds@westernasset.com
amorberg@westernasset.com
amy.lieu@westernasset.com
amy.shim@westernasset.com
amy.tsao@westernasset.com
ann.chan@westernasset.com
aoganezov@westernasset.com
apace@westernasset.com
apatros@westernasset.com
areeves@westernasset.com
arvinder.chowdhary@westernasset.com
asanto@westernasset.com
awong@westernasset.com
ayukichae@westernasset.com
barbara.ferguson@westernasset.com
bbarrall@westernasset.com
bbertucci@westernasset.com
bedivierre.bagui@westernasset.com
benjamin.birnbaum@westernasset.com
bherkenhoff@westernasset.com
bhunsaker@westernasset.com
bjacoby@westernasset.com

**Company & Corresponding Email Addresses**

bkeh@westernasset.com
bkhoo@westernasset.com
bmartin@westernasset.com
bmok@westernasset.com
bnoble@westernasset.co.uk
brendan.bowman@westernasset.com
brian.t.giordano@westernasset.com
bspeiser@westernasset.co.uk
bwongtrakool@westernasset.com
cbau@westernasset.com
cdiegelman@westernasset.com
cduff@westernasset.com
cecilia.fung@westernasset.com
ceichstaedt@westernasset.com
cgollmeier@westernasset.co.uk
charles.bardes@westernasset.com
chetna.mistry@westernasset.com
chlam@westernasset.com
christian.amantea@westernasset.com
christian.heller@westernasset.com
christine.dizon@westernasset.com
christopher.jacobs@westernasset.com
cifeacho@westernasset.co.uk
cjendra@westernasset.com
cjobling@westernasset.co.uk
cjong@westernasset.com
ckilpatrick@westernasset.com
cmatthews@westernasset.co.uk
cmedema@westernasset.com
cnavalta@westernasset.com
conor.christopher@westernasset.com
cpoon@westernasset.com
cschloss@westernasset.com
cshia@westernasset.com
csibley@westernasset.com
csu@westernasset.com
ctelling@westernasset.co.uk
cwelch@westernasset.co.uk
cyee@westernasset.com
dalexander@westernasset.com
dalvarado@westernasset.com
daniel.wong@westernasset.com
david.shillaber@westernasset.com
dcheng@westernasset.com
ddeveies@westernasset.com
deandre.parks@westernasset.com
dfleet@westernasset.com
dgibson@westernasset.com
dheng@westernasset.com
dklein@westernasset.co.uk
dloebig@westernasset.com
dmcnamara@westernasset.com
dmitry.zolotarevsky@westernasset.com
dneary@westernasset.com

**Company & Corresponding Email Addresses**

douglas.wade@westernasset.com
dplotsky@westernasset.com
dschlichter@westernasset.co.uk
dslogoff@westernasset.com
dsmith@westernasset.com
dwest@westernasset.co.uk
ecuellar@westernasset.com
edward.paulinski@westernasset.com
ehren.stanhope@westernasset.com
ekio.arai@westernasset.com
ekwon@westernasset.com
ema@westernasset.com
emoody@westernasset.com
eneumayer@westernasset.com
eramirez@westernasset.com
erecord@westernasset.com
eri.suzuoka@westernasset.com
eric.bush@westernasset.com
eric.stratmoen@westernasset.com
erin.b.olphert@westernasset.com
erobie@westernasset.com
erovetti@westernasset.com
esalim@westernasset.com
ewiller@westernasset.com
fjohnson@westernasset.com
fpoon@westernasset.com
frances.lee@westernasset.com.sg
frank.gao@westernasset.com
frederick.marki@westernasset.com
frederick.poon@westernasset.com
fredrik.walfridsson@westernasset.com
fusafumi.saito@westernasset.com
gbenoit@westernasset.com
gbound@westernasset.co.uk
gchin@westernasset.com
gcooper@westernasset.com
george.lee@westernasset.com
ggorman@westernasset.com
ghandler@westernasset.com
gkass@westernasset.com
gordon.chiu@westernasset.com
gparker@westernasset.co.uk
gpeeke@westernasset.com
grant.schick@westernasset.com
gslavin@westernasset.com
gyu@westernasset.com
hdoek@westernasset.co.uk
hiroshi.yumura@westernasset.com
hiroyuki.kimura@westernasset.com
hsafonoff@westernasset.com
hscott@westernasset.co.uk
hvu@westernasset.com
hyokota@westernasset.com
iabukhlal@westernasset.co.uk

## Company & Corresponding Email Addresses

iayala@westernasset.com
ideharo@westernasset.com
iedmonds@westernasset.co.uk
iharker@westernasset.com
ijustice@westernasset.co.uk
irvin.lee@westernasset.com
ivo.iliev@westernasset.com
jarek.karpinski@westernasset.com
jasmith@westernasset.com
jcarieri@westernasset.com
jcarlson@westernasset.com
jchang@westernasset.com
jeff.vanschaick@westernasset.com
jeffrey.jones@westernasset.com
jellis@westernasset.com
jennifer.anderson@westernasset.com
jennifer.crane@westernasset.com
jessie.robinson@westernasset.com
jewald@westernasset.com
jflick@westernasset.com
jgibson@westernasset.com
jgreenan@westernasset.co.uk
jgregory@westernasset.co.uk
jhartviksen@westernasset.com
jhirschmann@westernasset.com
jhuynh@westernasset.com
jibraev@westernasset.com
jin.kim@westernasset.com
jing.zhou@westernasset.com
jjlee@westernasset.com
jkatz@westernasset.com
jkim@westernasset.com
jmarquez@westernasset.com
jmatsui@westernasset.com
jmccourt@westernasset.com
jnewbery@westernasset.co.uk
jnuruki@westernasset.com
joanna.poon@westernasset.com
joel.dignadice@westernasset.com
john.hwang@westernasset.com
john.mooney@westernasset.com
joseph.genco@westernasset.com
jpark@westernasset.com
jramachandran@westernasset.com
jrowlinson@westernasset.co.uk
jsavarese@westernasset.com
jscholnick@westernasset.com
jsharpe@westernasset.com
jso@westernasset.com
julie.callahan@westernasset.com
julie.choi@westernasset.com
julius.charoensook@westernasset.com
jvnelson@westernasset.com
jwhincup@westernasset.co.uk

## Company & Corresponding Email Addresses

jziegler@westernasset.com
kailash.chhaya@westernasset.com
kazuto.doi@westernasset.com
kchang@westernasset.com
kcoffin@westernasset.com
kevin.faulcon@westernasset.com
kevin.gore@westernasset.com
kevin.kennedy@westernasset.com
kgardner@westernasset.com
khathirat@westernasset.com
kieran.hughes@westernasset.com
kleech@westernasset.com
kluna@westernasset.com
kly@westernasset.com
kmeidl@westernasset.com
kpoutre@westernasset.com
kritter@westernasset.com
ktran@westernasset.com
kumi.shinomiya@westernasset.com
kuyehara@westernasset.com
kyle.colburn@westernasset.com
landerson@westernasset.com
lawrence.daly@westernasset.com
lblanco@westernasset.com
lbouwhuis@westernasset.co.uk
lenero@westernasset.com
liam.lynch@westernasset.com
lterrones@westernasset.com
madams@westernasset.com
marco.avanzobarbieri@westernasset.com
marcos.collina@westernasset.com
margarita.blandon@westernasset.com
mari.ohnuki@westernasset.com
marie.pollerana@westernasset.com
mark.kimbrough@westernasset.com
mark.nigro@westernasset.com
martin.hanley@westernasset.com
masako.aoki@westernasset.com
mbuchanan@westernasset.com
mcampbell@westernasset.com
mcgraves@westernasset.com
mduda@westernasset.com
mhodges@westernasset.co.uk
mhsieh@westernasset.com
michael.bazdarich@westernasset.com
michael.bismark@westernasset.com
michael.danso@westernasset.com
michael.fine@westernasset.com
michael.herrera@westernasset.com
michael.jorgenson@westernasset.com
michael.kearney@westernasset.com
michele.mirabella@westernasset.com
midori.murata@westernasset.com
midori.omura@westernasset.com

## Company & Corresponding Email Addresses

miki.nagao@westernasset.com
mjackson@westernasset.co.uk
mlieberman@westernasset.com
mlindbloom@westernasset.com
mlooker@westernasset.co.uk
mmckenzie@westernasset.com
molly.schwartz@westernasset.com
mpak@westernasset.com
msoussan@westernasset.com
mstory@westernasset.com
mvanraaphorst@westernasset.com
nkhosla@westernasset.com
nlieu@westernasset.com
nmatsui@westernasset.co.uk
nobuya.nemoto@westernasset.com
nsheth@westernasset.com
ntshua@westernasset.com
nyaroslavskiy@westernasset.com
o.alvarez@westernasset.com
olivier.asselin@westernasset.com
olivier.guipet@westernasset.com
osaeed@westernasset.co.uk
otto.dichtl@westernasset.com
parthapratim.chakraborty@westernasset.com
patrick.budden@westernasset.com
patrick.purington@westernasset.com
patrick.tan@westernasset.com
paulo.alexandrecaricati@westernasset.com
pbrandow@westernasset.com
pchandran@westernasset.com
peyre@westernasset.com
philip.foronda@westernasset.com
pierre.gurdal@westernasset.com
piyush.sahni@westernasset.com
pkendall@westernasset.com
polsen@westernasset.com
ppatel@westernasset.com
pstutz@westernasset.com
rakhee.popat@westernasset.com
ramici@westernasset.com
raymond.lee@westernasset.com
rbooth@westernasset.co.uk
rdotson@westernasset.com
reisenhauer@westernasset.com
rgarza@westernasset.com
rich.ghazarian@westernasset.com
rkouliev@westernasset.com
rledis@westernasset.com
rlundelius@westernasset.com
rmacphee@westernasset.com
rmass@westernasset.com
rmessina@westernasset.com
rnightingale@westernasset.co.uk
robert.abad@westernasset.com

**Company & Corresponding Email Addresses**

robert.amodeo@westernasset.com
ronald.perry@westernasset.com
rshih@westernasset.com
rsnoke@westernasset.com
rsotter@westernasset.co.uk
russell.grimwood@westernasset.co.uk
rvillanueva@westernasset.com
ryang@westernasset.com
ryi@westernasset.com
rzielonka@westernasset.com
sbang@westernasset.com
sbeatty@westernasset.com
sbisht@westernasset.com
schester@westernasset.co.uk
schuthari@westernasset.com
sdavis@westernasset.com
sdelarosa@westernasset.com
sfulton@westernasset.com
shanbo.tao@westernasset.com
shannon.chesnut@westernasset.com
shaun.ramcharitar@westernasset.com
shiori.takinami@westernasset.com
shuang@westernasset.com
sidney.santos@westernasset.com
sjohnson@westernasset.com
slin@westernasset.com
sluh@westernasset.com
smorrison@westernasset.com
spuodziunas@westernasset.com
srogan@westernasset.com
ssattarzadeh@westernasset.co.uk
stan@westernasset.com
stephen.cook@westernasset.com
stephen.sibley@westernasset.com
steven.delarosa@westernasset.com
stpark@westernasset.com
strepp@westernasset.com
sudha.sethuraman@westernasset.com
suguru.yasuno@westernasset.com
susan.signori@westernasset.com
swaps.operations@westernasset.com
takahiro.omura@westernasset.com
tcarr@westernasset.com
tgalloway@westernasset.com
thomas.hansen@westernasset.com
thomas.kwong@westernasset.com
thomas.miller@westernasset.com
tmcmahon@westernasset.com
tnallasamy@westernasset.com
togrady@westernasset.com
towers@westernasset.com
tpham@westernasset.com
traney@westernasset.com
tsettel@westernasset.com

## Company & Corresponding Email Addresses

tslight@westernasset.co.uk
ttint@westernasset.com
tvigna@westernasset.com
twoodhams@westernasset.co.uk
vacharya@westernasset.com
vbudinger@westernasset.com
vchavez@westernasset.com
victor.chu@westernasset.com
vidhu.aggarwal@westernasset.com
wilfred.wong@westernasset.com
william.quinones@westernasset.com
wkilcullen@westernasset.com
wmuller@westernasset.com
ybaguindoc@westernasset.com
yevgeniy.falkovich@westernasset.com
ykurosawa@westernasset.com
yping@westernasset.com
zahmed@westernasset.com

**westernbank**
dpurcell@westernbank.com

**westernworld**
g.meserole@westernworld.com

**westfieldgrp**
joekohmann@westfieldgrp.com
johnhaney@westfieldgrp.com
kevinfellman@westfieldgrp.com
ronaldstephonic@westfieldgrp.com
troygayle@westfieldgrp.com

**westgen**
agriffith@westgen.bm

**westhyp**
adrian.burkhard@westhyp.de
andreas.cziborra@westhyp.de
peggy.flemming@westhyp.de
sylke.schaefer@westhyp.de

**westimmo**
tobias.ilgen@westimmo.de

**westimmobank**
alexander.saur@westimmobank.com
andreas.nockel@westimmobank.de
heiko.dech@westimmobank.com
jan.maass@westimmobank.de
joachim.flasnoecker@westimmobank.de
juergen.mann@westimmobank.com
klaus.schreiner@westimmobank.com

**westlb**
alan_bookspan@westlb.com
alastair_neely@westlb.co.uk
alfonso_famiglietti@westlb.co.uk
ali_riza_incekara@westlb.co.uk
alina_gonzalez@westlb.com
alvaro_ballesteros@westlb.co.uk
amit_patel@westlb.co.uk
andreas_strate@westlb.de

**Company & Corresponding Email Addresses**

andrew.saideman@westlb.com
andrew_tait@westlb.co.uk
angus_cameron@westlb.co.jp
anne-marie_corry@westlb.co.uk
anoop_manhas@westlb.co.uk
anthony_cheng@westlb.co.uk
anthony_lawlor@westlb.co.uk
anthony_lofaso@westlb.com
antoine_baert@westlb.co.uk
anton_martin@westlb.co.uk
antonio.pagano@westlb.co.uk
antonios.gemeliaris@westlb.co.uk
araceli_munoz@westlb.co.uk
arminee_bowler@westlb.com
axel_jager@westlb.co.uk
barbara_abts@westlb.de
barry_groveman@westlb.com
bartlomiej_rutkowski@westlb.co.uk
bill_mccormick@westlb.com
bjoern_bauermeister@westlb.de
bjoern_erwart@westlb.de
bob_brown@westlb.co.uk
bruno_bardavid@westlb.co.uk
candace_daly@westlb.co.uk
carrie_gensler@westlb.com
chris_case@westlb.co.uk
chris_mckenna@westlb.co.uk
christa_koenigstein@westlb.com
christian.schuetze@westlb.com
christian_grane@westlb.com
christian_schablitzki@westlb.de
christine_jacobsen@westlb.com
claire_mead@westlb.co.uk
claudia_neurath@westlb.de
claus_duelfer@westlb.de
clemens_krieg@westlb.de
cyril_derveloy@westlb.com
dagmar_lange@westlb.de
dan_mules@westlb.co.uk
danny_carrasco@westlb.co.uk
darren_nolan@westlb.co.uk
david_brown@westlb.co.uk
david_gault@westlb.com
david_johnson@westlb.co.uk
david_wagner@westlb.com
deedee_sklar@westlb.com
derek_mcgirt@westlb.com
derek_pattanakreingkrai@westlb.co.uk
dimitris_printzos@westlb.co.uk
dirk.krauth@westlb.de
dirk_van_hout@westlb.de
donna_button@westlb.co.uk
dr_m_vandenadel@westlb.de
efstathios_margonis@westlb.co.uk

**Company & Corresponding Email Addresses**

ernst.benninghoven@westlb.de
fabian_vieth@westlb.com
festus_marinho@westlb.co.uk
florian_merkel@westlb.de
frank.neugebauer@westlb.lu
frank_eggers@westlb.de
frank_schuermann@westlb.de
fred_maus@westlb.com
futures_settlements@westlb.co.uk
g.ghiglieno@westlb.it
gary_o'connor@westlb.co.uk
gavin_doyle@westlb.co.uk
george_suspanic@westlb.com
gerd-henning.beck@westlb.lu
gerhard_roggemann@westlb.de
girish_narula@westlb.co.uk
glenn_davies@westlb.co.uk
gordon_bryant@westlb.com
grahame_pilcher@westlb.co.uk
gregory_faranello@westlb.com
guido_mundt@westlb.de
hagen-jens_braun@westlb.de
hans-josef_peusquens@westlb.de
herbert_jackel@westlb.de
hkg_apac_derivatives_processing_westlbhongkong@westlb.com.hk
horst-kaspar.greven@westlb.com
iain_burnett@westlb.co.uk
ian_griffin@westlb.co.uk
ingo_wichelhaus@westlb.de
j.sengera@westlb.de
jacob_manczyk@westlb.com
james.neill@westlb.co.uk
james_turner@westlb.co.uk
jane_harps@westlb.com
jarl_kristensen@westlb.de
jason_rosenthal@westlb.co.jp
jean_pierre_albin@westlb.co.uk
jennifer_tarozzi@westlb.com
jens-kristian.hoenen@westlb.com
jerry_long@westlb.co.uk
jing_min.li@westlb.com
jochen.kirst@westlb.com
joerg_brinkmann@westlb.co.uk
johannes.scheel@westlb.lu
john_geremia@westlb.com
john_penny@westlb.co.uk
johnathan_cheung@westlb.com
jonathan_glen@westlb.co.uk
jose_perez@westlb.com
joseph_carroll@westlb.com
joyce_taylor@westlb.co.uk
karl_bejasa@westlb.com
karl_eschelbach@westlb.com
kayvan_fateh-tehrani@westlb.com

## Company & Corresponding Email Addresses

keith_clement@westlb.co.uk
kerstin.koehler@westlb.de
kheil_mcintyre@westlb.com
klemens_breuer@westlb.de
kurt_vilio@westlb.co.uk
leon_vaysburd@westlb.com
leonardo_moreno@westlb.com
manfred_puffer@westlb.de
marc_j_cohen@westlb.com
marc_moehr@westlb.co.uk
marcel_morisse@westlb.co.uk
marcus_kramer@westlb.de
mardoche.assor@westlb.co.uk
margarita_roman-ramirez@westlb.com
mark.thompson@westlb.de
mark_lanspa@westlb.com
markus.maier@westlb.com
marni_joy@westlb.com
martin_stief@westlb.de
mathieu_rabiller@westlb.co.uk
matthew_bianco@westlb.com
matthew_leone@westlb.com
maureen_powell@westlb.com
maurizio_fazzari@westlb.de
melanie_struve@westlb.de
michael.pohr@westlb.lu
michael_antonicelli@westlb.com
michael_balzer@westlb.co.uk
michael_kraft@westlb.com
michael_mikolajczak@westlb.com
michael_renner@westlb.de
michael_stoelting@westlb.de
miguel_viani@westlb.com
mike_east@westlb.co.uk
mirko_panse@westlb.de
naomi_kirwan@westlb.co.uk
neil_colverd@westlb.co.uk
neil_young@westlb.co.uk
nick_field@westlb.co.uk
nigel_denison@westlb.co.uk
norbert_doerr@westlb.de
norberto_zaiet@westlb.com
olaf-alexander.priess@westlb.lu
olga_dadamatova@westlb.com
oliver.schleypen@westlb.com
patrick_okeefe@westlb.com
paul_edwards@westlb.co.uk
paul_heath@westlb.co.uk
paul_j.edwards@westlb.co.uk
paul_martin@westlb.co.uk
peter_decrem@westlb.com
peter_dow@westlb.co.uk
peter_zafiris@westlb.com
philip_aspinall@westlb.co.uk

**Company & Corresponding Email Addresses**

philip_chu@westlb.co.jp
portfoliomanagement@westlb.lu
pui_chow@westlb.com
rafael_valbuena@westlb.co.uk
ralf.recktenwald@westlb.lu
ravi_nathan@westlb.co.uk
reiner_michels@westlb.de
richard_a_hill@westlb.co.uk
richard_c_hughes@westlb.co.uk
richard_neuman@westlb.com
robert.bourke@westlb.co.uk
robert_anzalone@westlb.com
robert_diforio@westlb.com
robert_dollery@westlb.co.uk
robert_stein@westlb.co.uk
robert_wieser@westlb.com
ronnie_lawrence@westlb.co.uk
ruediger.lange@westlb.de
sanjay_bhasin@westlb.co.uk
sanjay_bhatt@westlb.com
scott_carr@westlb.co.uk
scott_wojie@westlb.com
sean_tully@westlb.com
sharif_islam@westlb.com
sharon_mcgarvey@westlb.com
shaun_williams@westlb.co.uk
sigrid.derichs@westlb.de
sigrid.nauss@westlb.de
simon_mcdonagh@westlb.co.uk
simon_wilkinson@westlb.co.uk
simone_erhardt@westlb.co.uk
sofia_larsen@westlb.co.uk
stefan_boecker@westlb.de
stephan.kemper@westlb.de
stephan_plagemann@westlb.co.uk
stephen_piatkowski@westlb.co.uk
steven_petrie@westlb.com
stuart_bennett@westlb.co.uk
stuart_frohmaier@westlb.co.uk
tara_moore@westlb.co.uk
terence_mark@westlb.com
thierry_nardon@westlb.de
thomas.keith@westlb.lu
thomas_irwin@westlb.com
thomas_reh@westlb.de
thomas_schrebel@westlb.com
thorsten_kanzler@westlb.de
tim_richards@westlb.co.uk
tim_sai_louie@westlb.co.uk
tom_lodge@westlb.co.uk
tony_baildon@westlb.co.jp
udo_bodewig@westlb.de
ulrich_corbach@westlb.de
victor_hong@westlb.com

## Company & Corresponding Email Addresses

vinit_patel@westlb.co.uk
volker_rheinfeld@westlb.de
walid_assaf@westlb.co.uk
wayne.foster@westlb.co.uk
wendy_ferguson@westlb.com
yoon_chang@westlb.com

### westlbpanmure

markus_bolder@westlbpanmure.com
michael.trogisch@westlbpanmure.com
nils.becker@westlbpanmure.com

### westlbtrust

jan.friske@westlbtrust.com

### westmerchant

darren.read@westmerchant.co.uk
lisa.rozario@westmerchant.co.uk

### westmiltonstatebank

rsmith@westmiltonstatebank.com

### westpac

ahector@westpac.com.au
alukas@westpac.com.au
anoll@westpac.com.au
aramsay@westpac.com.au
bholman@westpac.com.au
bscammell@westpac.com.au
dblenkinsop@westpac.com.au
dhoney@westpac.com.au
dmalcom@westpac.com.au
dtelfer@westpac.com.au
emilym@westpac.com.au
fbalzer@westpac.com.au
gkopsiaftis@westpac.com.au
hkillen@westpac.com.au
irankin@westpac.com.au
jcarter@westpac.com.au
jcleary@westpac.com.au
jengel@westpac.com.au
jshelbourne@westpac.co.au
lberetin@westpac.com
lporter@westpac.com.au
mhawkins@westpac.com.au
mhunt@westpac.com.au
mjohn@westpac.com.au
mstatham@westpac.com.au
nfjalltoft@westpac.com.au
nobrien@westpac.com.au
noconnor@westpac.com.au
nwaite@westpac.com.au
pdavidson@westpac.com.au
phadden@westpac.com.au
rconnolly@westpac.com.au
rduff@westpac.com.au
sbensan@westpac.com.au
sonyajenkins@westpac.com.au
targent@westpac.com.au

**Company & Corresponding Email Addresses**

tonysmith@westpac.com.au
tstalker@westpac.com.au
wayne_bruce@westpac.co.nz

**westshorefund**
michael.tyler@westshorefund.com

**westunionbank**
twhaling@westunionbank.com

**wewill4u**
brsperandeo@wewill4u.com
jwood@wewill4u.com

**weyerhaeuser**
aleksander.weiler@weyerhaeuser.com
aly.kanji@weyerhaeuser.com
jeffrey.klein@weyerhaeuser.com
laura.coen@weyerhaeuser.com
nicki.wolfert@weyerhaeuser.com
william.stivers@weyerhaeuser.com

**wffoothill**
cglick@wffoothill.com

**wfg**
abhiram.vijayasarathy@wfg.com
abigail.james@wfg.com
jason.baichtal@wfg.com
lily.yau@wfg.com
matthew.coleman@wfg.com

**wfgweb**
crau@wfgweb.com
dkoch@wfgweb.com
kflynn@wfgweb.com
khendrickson@wfgweb.com
lcoffey@wfgweb.com
mmehl@wfgweb.com
plarson@wfgweb.com
skeenan@wfgweb.com
talbrecht@wfgweb.com

**wfweb**
peter.estlick@wfweb.com

**wga**
dshaw@wga.com
jchang@wga.com
jsmith@wga.com
mlewis@wga.com

**wgsl**
vidur.goel@wgsl.com

**wgtrading**
barella@wgtrading.com
bburnes@wgtrading.com
kmehrzad@wgtrading.com
rjaeger@wgtrading.com
swalsh@wgtrading.com

**wgv-online**
klaus.brachmann@wgv-online.de
ralf.krott@wgv-online.de

**wgz**

## Company & Corresponding Email Addresses

diego.alvarez@wgz.de

### wgzbank

andreas.mailaender@wgzbank.de
andreas.ziegler@wgzbank.de
bernd.roth@wgzbank.de
conor.walley@wgzbank.ie
geraldine.walsh@wgzbank.ie
patrick.gallagher@wgzbank.ie
robert.melvin@wgzbank.ie
ruth.norton@wgzbank.ie
ulrich.schulze-ueding@wgzbank.de
walter.schmidt@wgzbank.de

### wgz-bank

carsten.mack@wgz-bank.de
christian.bree@wgz-bank.de
christine.allmann@wgz-bank.de
claus.stegemann@wgz-bank.de
drosario@wgz-bank.ie
duc.nguyen@wgz-bank.de
fokke-tann.paradies@wgz-bank.de
franco.scheil@wgz-bank.de
heiko.fleer@wgz-bank.de
holger.riedel@wgz-bank.de
irvine@wgz-bank.ie
kavanagh@wgz-bank.ie
klaus.gehrmann@wgz-bank.de
martin.koetter@wgz-bank.de
metscher@wgz-bank.lu
michael.fink@wgz-bank.de
michael.frenzel@wgz-bank.de
rainer.hagemann@wgz-bank.de
short@wgz-bank.ie
somers@wgz-bank.ie
stefan.hein@wgz-bank.de
stephan.hink@wgz-bank.de
timon.lissel@wgz-bank.de
volker.knoepfle@wgz-bank.de

### wharton

adewole@wharton.upenn.edu
aedmans@wharton.upenn.edu
akouassi@wharton.upenn.edu
akronfol@wharton.upenn.edu
albornoz@wharton.upenn.edu
amarczak@wharton.upenn.edu
aminl@wharton.upenn.edu
anily@wharton.upenn.edu
apak2@wharton.upenn.edu
blimpert@wharton.upenn.edu
burnsl@wharton.upenn.edu
choo@wharton.upenn.edu
colb@wharton.upenn.edu
croninkc@wharton.upenn.edu
czhang@wharton.upenn.edu
dragesic@wharton.upenn.edu

**Company & Corresponding Email Addresses**

eichlerl@wharton.upenn.edu
elas@wharton.upenn.edu
farberlj@wharton.upenn.edu
goldiesh@wharton.upenn.edu
grossad@wharton.upenn.edu
hamet@wharton.upenn.edu
hanhu@wharton.upenn.edu
hani@wharton.upenn.edu
headley@wharton.upenn.edu
hefty@wharton.upenn.edu
henryu@wharton.upenn.edu
hunterp@wharton.upenn.edu
isuzuki@wharton.upenn.edu
jamieg@wharton.upenn.edu
jasoncd@wharton.upenn.edu
joyyxu@wharton.upenn.edu
jqc@wharton.upenn.edu
juheda@wharton.upenn.edu
kirstien@wharton.upenn.edu
kkliu@wharton.upenn.edu
kylew@wharton.upenn.edu
lclark@wharton.upenn.edu
linachan@wharton.upenn.edu
lippinco@wharton.upenn.edu
meras@wharton.upenn.edu
mfaiella@wharton.upenn.edu
minglu@wharton.upenn.edu
msanch@wharton.upenn.edu
mutreja@wharton.upenn.edu
nana@wharton.upenn.edu
neillo@wharton.upenn.edu
nkhoda@wharton.upenn.edu
nortonk@wharton.upenn.edu
ntuteja@wharton.upenn.edu
phills@wharton.upenn.edu
pille@wharton.upenn.edu
pirrucce@wharton.upenn.edu
psavor@wharton.upenn.edu
pshen@wharton.upenn.edu
rafaelh@wharton.upenn.edu
rakshitp@wharton.upenn.edu
rready@wharton.upenn.edu
sai@wharton.upenn.edu
saikatc@wharton.upenn.edu
saket.saurabh.wg09@wharton.upenn.edu
sarkar@wharton.upenn.edu
shanr@wharton.upenn.edu
shawny@wharton.upenn.edu
singhh@wharton.upenn.edu
sjalan@wharton.upenn.edu
souleles@wharton.upenn.edu
stal@wharton.upenn.edu
thardt@wharton.upenn.edu
tingz@wharton.upenn.edu

## Company & Corresponding Email Addresses

toublan@wharton.upenn.edu
tumurd@wharton.upenn.edu
uranguma@wharton.upenn.edu
vrvikas@wharton.upenn.edu
weihan@wharton.upenn.edu
weihuaxu@wharton.upenn.edu
wtawornt@wharton.upenn.edu
yencheng@wharton.upenn.edu

**whartonco**
anupam.batura@whartonco.com
caroline.velarde@whartonco.com
daniel.cook@whartonco.com
dave.shastri@whartonco.com
david_prosser@whartonco.com
gerard.hammond@whartonco.com
heath@whartonco.com
james.mccunn@whartonco.com
js.paley@whartonco.com
julio.arriaza@whartonco.com
mariano@whartonco.com
maurice.salem@whartonco.com

**whbhk**
frank@whbhk.com
frankiewu@whbhk.com
honcheongwu@whbhk.com
kwokhingliu@whbhk.com
raymondwong@whbhk.com
suiwahchan@whbhk.com

**whippoorwhillassociates**
akishore@whippoorwhillassociates.com
mlee@whippoorwhillassociates.com

**whirlpool**
mark_brown@whirlpool.com

**whitepinecapital**
bwalker@whitepinecapital.com
cbellows@whitepinecapital.com
dsenneseth@whitepinecapital.com
dtaft@whitepinecapital.com
jboylan@whitepinecapital.com
mwallace@whitepinecapital.com
psmith@whitepinecapital.com

**whitneybank**
bferguson@whitneybank.com
bogden@whitneybank.com
ghodlewsky@whitneybank.com
glowe@whitneybank.com
jgay@whitneybank.com
jmcelroy@whitneybank.com
lmcdougal@whitneybank.com
mdudley@whitneybank.com
nhunt@whitneybank.com
rfox@whitneybank.com
ssolomon@whitneybank.com
tfisher@whitneybank.com

## Company & Corresponding Email Addresses

wmurry@whitneybank.com

**whkbk**
erichuen@whkbk.com
jacksonyuen@whkbk.com

**whummer**
ahowes@whummer.com
dcox@whummer.com
dmueller@whummer.com
dpoitras@whummer.com
jcorrenti@whummer.com
mdierkes@whummer.com
mmcmahon@whummer.com
trowland@whummer.com

**whv**
fawcett.p@whv.com

**wieneritalia**
g.isak@wieneritalia.com
p.masci@wieneritalia.com

**wienerstadtwerke**
andreas.kysela@wienerstadtwerke.at

**wil**
allison.rea@wil.com
binahn@wil.com
dougb@wil.com
vincentn@wil.com

**willcap**
adams@willcap.com
burdeshaw@willcap.com
carl@willcap.com
coard@willcap.com
copeland@willcap.com
finkelstein@willcap.com
jones@willcap.com
levin@willcap.com
mcclearin@willcap.com
rwilliams@willcap.com
seidita@willcap.com
williams@willcap.com

**willcapmanagement**
malnak@willcapmanagement.com
owusu@willcapmanagement.com
paul@willcapmanagement.com
stclaire@willcapmanagement.com

**willdolater**
tbc@willdolater.com

**williamblair**
aamiry@williamblair.com
aanderson@williamblair.com
adesai@williamblair.com
aflynn@williamblair.com
ahezroni@williamblair.com
ahuson@williamblair.com
akominik@williamblair.com
areddi@williamblair.com

## Company & Corresponding Email Addresses

bkasten@williamblair.com
bwaller@williamblair.com
ccoustan@williamblair.com
ckilmer@williamblair.com
cohara@williamblair.com
cpreyss@williamblair.com
cramos@williamblair.com
cvincent@williamblair.com
dbuckley@williamblair.com
dfording@williamblair.com
diannessa@williamblair.com
dmerjan@williamblair.com
dmitchell@williamblair.com
dricci@williamblair.com
emaddix@williamblair.com
ggreig@williamblair.com
gpusinelli@williamblair.com
hbundy@williamblair.com
jessica.jasko@williamblair.com
jgolan@williamblair.com
jgomberg@williamblair.com
jjostrand@williamblair.com
jkaplan@williamblair.com
jkarlis@williamblair.com
jkrantz@williamblair.com
jlapalm@williamblair.com
jmccaffrey@williamblair.com
jnedoss@williamblair.com
jnelson@williamblair.com
jroberts@williamblair.com
jrocca@williamblair.com
jurbina@williamblair.com
kbrewer@williamblair.com
kgaffud@williamblair.com
kgagnon@williamblair.com
klynch@williamblair.com
kmcatamney@williamblair.com
kwiese@williamblair.com
lmccourt@williamblair.com
mbuchta@williamblair.com
mcthompson@williamblair.com
mdthompson@williamblair.com
mjanuszewski@williamblair.com
mleslie@williamblair.com
mmcgrane@williamblair.com
mseitz@williamblair.com
nhynds@williamblair.com
nseltzer@williamblair.com
ntruderung@williamblair.com
pdonnelly@williamblair.com
pquinn@williamblair.com
pstekl@williamblair.com
psularz@williamblair.com
rgordon@williamblair.com

## Company & Corresponding Email Addresses

rjbukovac@williamblair.com
rlanphier@williamblair.com
rmorris@williamblair.com
rspitz@williamblair.com
rweaver@williamblair.com
sbraming@williamblair.com
sriddell@williamblair.com
ssanchez@williamblair.com
sschiff@williamblair.com
svoulgaris@williamblair.com
tcope@williamblair.com
tkauss@williamblair.com
tkurisu@williamblair.com
tmcclone@williamblair.com
tmccormick@williamblair.com
tobryan@williamblair.com
tsternberg@williamblair.com
tstory@williamblair.com
tsullivan@williamblair.com
wbenton@williamblair.com
wsexton@williamblair.com

### williams
sharna.reingold@williams.com

### willis
peter.marquard@willis.com

### willowbridge
fmarrapodi@willowbridge.com
jschwartz@willowbridge.com
mgan@willowbridge.com

### wilmingtontrust
ahopkins@wilmingtontrust.com
akaczmarczyk@wilmingtontrust.com
aweaver@wilmingtontrust.com
calbright@wilmingtontrust.com
ckjohnson@wilmingtontrust.com
dderamo@wilmingtontrust.com
ddickinson@wilmingtontrust.com
dmorgan@wilmingtontrust.com
dnishi@wilmingtontrust.com
dpoplos@wilmingtontrust.com
esmith@wilmingtontrust.com
gellis@wilmingtontrust.com
gpaloni@wilmingtontrust.com
jbitter@wilmingtontrust.com
jfahey@wilmingtontrust.com
jgleason@wilmingtontrust.com
jmalloy@wilmingtontrust.com
jsitek@wilmingtontrust.com
kstrohmeier@wilmingtontrust.com
lmanista@wilmingtontrust.com
lmerritt@wilmingtontrust.com
lmore@wilmingtontrust.com
mlawrence@wilmingtontrust.com
mlyster@wilmingtontrust.com

## Company & Corresponding Email Addresses

ptheriault@wilmingtontrust.com
rbabiak@wilmingtontrust.com
rhoffman@wilmingtontrust.com
rkent@wilmingtontrust.com
rvogel@wilmingtontrust.com
sdavenport@wilmingtontrust.com
sedmonds@wilmingtontrust.com
srobinson@wilmingtontrust.com
tjohnson@wilmingtontrust.com
tkisaka@wilmingtontrust.com
tneale@wilmingtontrust.com
vparameswaran@wilmingtontrust.com
wpease@wilmingtontrust.com
zqasim@wilmingtontrust.com

**wilmingtrust**
mbrown@wilmingtrust.com

**winstarmail**
gilsec@winstarmail.com

**winterthur**
elke.felber@winterthur.ch
emmanuel.leblanc@winterthur.com
erhard.ammann@winterthur.ch
frank.wigger@winterthur.ch
hans-ulrich.furger@winterthur.ch
herbert.fuchs@winterthur.ch
jeremy.klein@winterthur.ch
konstantin.principe@winterthur.ch
luca.santamaria@winterthur.it
lutz.honstetter@winterthur.com
marcel.sieger@winterthur.ch
mark.romano@winterthur.com
matt.pfister@winterthur.ch
matthias.henny@winterthur.ch
matthias.pestalozzi@winterthur.ch
maurizio.ghilosso@winterthur.it
michael.stamm@winterthur.ch
peter.sigg@winterthur.ch
roland.prien@winterthur.ch
roman.rohner@winterthur.ch
vincent.fleury@winterthur.com

**wintrust**
ddykstra@wintrust.com
dgalvan@wintrust.com
psheridan@wintrust.com
sweichle@wintrust.com

**wisa**
budiman.swardi@wisa.com.sg

**wisc**
kkavajecz@wisc.edu

**wisi**
akhandwala@wisi.com
aprabhu@wisi.com
avandaalen@wisi.com
cgoudreau@wisi.com

**Company & Corresponding Email Addresses**

csimko@wisi.com
dforgie@wisi.com
gkryskiewicz@wisi.com
jcorchard@wisi.com
jdiogostine@wisi.com
jfields@wisi.com
jmehta@wisi.com
jwhite@wisi.com
mflament@wisi.com
mloura@wisi.com
rbard@wisi.com
skirtman@wisi.com
udaley@wisi.com

**wkb**

georges.luggen@wkb.ch

**wl-bank**

hermann.kallwey@wl-bank.de
oliver.battling@wl-bank.de
torsten.probst@wl-bank.de

**wmam**

bogdan.covaciu@wmam.com
cem.mani@wmam.com
christian.exner@wmam.com
cynthia.podschuweit@wmam.com
daniel.tubbs@wmam.com
gabriele.breuer@wmam.com
gunther.westen@wmam.com
iris.secker@wmam.com
karsten.seier@wmam.com
maik.ohm@wmam.com
marc.herres@wmam.com
marion.stommel@wmam.com
ngoc_bao_ha.dippold@wmam.com
sarah.luetgert@wmam.com
stephanie.kolacki@wmam.com
sven.rudolf@wmam.com
ulrich.faupel@wmam.com

**wmblair**

am4@wmblair.com
bmm@wmblair.com
cw@wmblair.com
des@wmblair.com
di@wmblair.com
dkm@wmblair.com
dm2@wmblair.com
fcf@wmblair.com
ff@wmblair.com
intlresearch@wmblair.com
jc2@wmblair.com
jgj@wmblair.com
jpn@wmblair.com
jwm@wmblair.com
keb@wmblair.com
kh@wmblair.com

## Company & Corresponding Email Addresses

lt@wmblair.com
lvm@wmblair.com
nhb@wmblair.com
rjt@wmblair.com
sf@wmblair.com
tas@wmblair.com
wjt@wmblair.com

### wmcdirect
aleonida@wmcdirect.com
hpark@wmcdirect.com
jzollo@wmcdirect.com
mgrossma@wmcdirect.com

### wmfd
cepstein@wmfd.net

### wmgf
caverill@wmgf.net
jhealy@wmgf.net
svanallen@wmgf.net

### wmich
johnson@wmich.edu
robert.beam@wmich.edu

### wnco
adam.decaire@wnco.com
blair.mcgrain@wnco.com
bob.kneisley@wnco.com
charlene.jones@wnco.com
chris.monroe@wnco.com
lee.lipton@wnco.com
leslie.carr@wnco.com
lonny.hurwitz@wnco.com
marcy.brand@wnco.com
megan.gregory@wnco.com
megan.parmelee@wnco.com
nan.barry@wnco.com
paul.sacco@wnco.com
ryan.martinez@wnco.com
scott.topping@wnco.com
tammy.romo@wnco.com

### woelbern
n.fiebig@woelbern.de

### woelbern-invest
m.brodesser@woelbern-invest.de

### wolterskluwer
ahull@wolterskluwer.com
didier.rinkel@wolterskluwer.com
fmuusse@wolterskluwer.com
folkert.van.breugel@wolterskluwer.com
gdessing@wolterskluwer.com
jsmalen@wolterskluwer.com
kirsten.beach@wolterskluwer.com
prensink@wolterskluwer.com
rkloek@wolterskluwer.com
rmulder@wolterskluwer.com

### wolverhampton

| Company & Corresponding Email Addresses |
|---|
| davidevans@wolverhampton.gov.uk |
| dlcripps@wolverhampton.gov.uk |
| matt.underhill@wolverhampton.gov.uk |

**woobibank**
sychung@woobibank.com

**woodfern**
andy@woodfern.com
cindy@woodfern.com
leah@woodfern.com

**woodman**
jstolze@woodman.com
rmaher@woodman.com

**woodmen**
sbengtson@woodmen.com

**woodstockcorp**
adriand@woodstockcorp.com
annk@woodstockcorp.com
jenniferc@woodstockcorp.com
jenniferr@woodstockcorp.com
lfoster@woodstockcorp.com
maryc@woodstockcorp.com
mikeh@woodstockcorp.com
naomid@woodstockcorp.com
peterh@woodstockcorp.com
petes@woodstockcorp.com
rogerf@woodstockcorp.com
sdoyle@woodstockcorp.com
tedf@woodstockcorp.com
toma@woodstockcorp.com
tstakem@woodstockcorp.com

**woolwich**
anthony.lee@woolwich.co.uk
chris.stroud@woolwich.co.uk
debbie.laurel@woolwich.co.uk
raghnall.craighead@woolwich.co

**wooribank**
andrew.lee@wooribank.com
aquabally@wooribank.com
cchalong@wooribank.com
chae0911@wooribank.com
daniel@wooribank.com
derivatives@wooribank.com
dknife21@wooribank.com
don.choi@wooribank.com
gubonnie@wooribank.com
haekyun@wooribank.com
haha3730@wooribank.com
happyhome@wooribank.com
hsk@wooribank.com
ilhoahn@wooribank.com
iykang@wooribank.com
jeonghochoi@wooribank.com
jihoonkim@wooribank.com
jintkim@wooribank.com

## Company & Corresponding Email Addresses

jiyunchoi@wooribank.com
jkjt0007@wooribank.com
jungsooha@wooribank.com
jyoung@wooribank.com
khhwang@wooribank.com
ksm.1023@wooribank.com
kssuh@wooribank.com
lee0039@wooribank.com
mantrey@wooribank.com
mckwak@wooribank.com
minyou@wooribank.com
mklee@wooribank.com
moosookim@wooribank.com
myojeong@wooribank.com
nugisid@wooribank.com
patrickryoo@wooribank.com
paulkim@wooribank.com
pilho.cho@wooribank.com
pss8837@wooribank.com
pym@wooribank.com
pym3@wooribank.com
sam@wooribank.com
sehong@wooribank.com
seoeunah@wooribank.com
shnam720@wooribank.com
singapore@wooribank.com
snowk@wooribank.co.jp
sshyun@wooribank.com
ssoy@wooribank.com
sunshine@wooribank.com
swlee@wooribank.com
ttaogi@wooribank.com
vincentngcc@wooribank.com
yipaik@wooribank.com
yong76@wooribank.com
yunhongsong@wooribank.com
ziyoon@wooribank.com

**wordbank**
kmahajan@wordbank.org

**work**
axel.schmitt@work.de
eyal@work.com
francois@work.com
helena@work.com
morten@work.com

**worldbank**
abajaj@worldbank.org
abalana@worldbank.org
aberkelaar@worldbank.org
aboubker@worldbank.org
ajuhasz@worldbank.org
aklippel@worldbank.org
akobor@worldbank.org
akuijs@worldbank.org

**Company & Corresponding Email Addresses**

alevy@worldbank.org
amantri@worldbank.org
asailesh@worldbank.org
bkrupa@worldbank.org
bmurira@worldbank.org
cbartlett@worldbank.org
cburroughs@worldbank.org
cdelvalle@worldbank.org
charrison1@worldbank.org
ckanejanus@worldbank.org
cna@worldbank.org
cnachnani@worldbank.org
cperque@worldbank.org
csuarez@worldbank.org
cteng@worldbank.org
cwang@worldbank.org
cyazgan@worldbank.org
dbelcher@worldbank.org
ddanker@worldbank.org
ddworfrecaut@worldbank.org
dmartin2@worldbank.org
dratha@worldbank.org
echen1@worldbank.org
efavaro@worldbank.org
egratcheva@worldbank.org
embi@worldbank.org
esu@worldbank.org
fcastro@worldbank.org
fmainolfi@worldbank.org
gperry@worldbank.org
gpetre@worldbank.org
greiter@worldbank.org
gwheeler@worldbank.org
hakama@worldbank.org
hbouhia@worldbank.org
hreichelt@worldbank.org
hsierra@worldbank.org
htsubota@worldbank.org
hwilliams1@worldbank.org
imendelson@worldbank.org
izelenko@worldbank.org
jbasterra@worldbank.org
jclark3@worldbank.org
jdraaisma1@worldbank.org
jfrancis@worldbank.org
jgandolfo@worldbank.org
jherliby@worldbank.org
jjohnsoncalari@worldbank.org
jpoulsen@worldbank.org
jwang1@worldbank.org
kahmed5@worldbank.org
kasadsyed@worldbank.org
kcaldwell@worldbank.org
kchandrasekhar@worldbank.org

## Company & Corresponding Email Addresses

kkrouskas@worldbank.org
klay@worldbank.org
klloyd@worldbank.org
krice@worldbank.org
ksubramanian@worldbank.org
kthankavelu@worldbank.org
kyabe@worldbank.org
lburakreis@worldbank.org
lpacis@worldbank.org
lvangeijlswijk@worldbank.org
mbennett1@worldbank.org
mbennett2@worldbank.org
mbrennan@worldbank.org
mcushman@worldbank.org
mdado@worldbank.org
mfarid6@worldbank.org
mfranco@worldbank.org
mgonzalez5@worldbank.org
mguillenpeters@worldbank.org
mkoch@worldbank.org
mnearon@worldbank.org
mprokunina@worldbank.org
mrivero@worldbank.org
mskuratovskaya@worldbank.org
mzhao1@worldbank.org
nayoub@worldbank.org
njiang@worldbank.org
nmarais@worldbank.org
nmckenzie@worldbank.org
nsumardi@worldbank.org
nvenkatesh@worldbank.org
oschmitt@worldbank.org
plimlomwongse@worldbank.org
qchen@worldbank.org
qfan@worldbank.org
qli2@worldbank.org
qwang@worldbank.org
rbrivera@worldbank.org
rchidiac@worldbank.org
rlicorish@worldbank.org
rmalikyar@worldbank.org
rpellegrino@worldbank.org
rpernia1@worldbank.org
rramiah@worldbank.org
rwilliams1@worldbank.org
scalvo@worldbank.org
sellis@worldbank.org
skhalatbari@worldbank.org
sng@worldbank.org
soliveros@worldbank.org
span@worldbank.org
spiot@worldbank.com
srajkumar@worldbank.org
srutledge@worldbank.org

## Company & Corresponding Email Addresses

ssem@worldbank.org
sshivraman@worldbank.org
sstreifel@worldbank.org
svanderbreetstra@worldbank.org
tdayioglu@worldbank.org
tfay@worldbank.org
tfukui@worldbank.org
tgeorge@worldbank.org
tglaessner@worldbank.org
tstrider@worldbank.org
tthangpijaigul@worldbank.org
twang@worldbank.org
vmarghescu@worldbank.org
vrustaman@worldbank.org
vtagle@worldbank.org
wchen5@worldbank.org
wdonkor@worldbank.org
ziqbal@worldbank.org

### worldcom
atlanti@worldcom.ch

### worldinvest
firstname.surname@worldinvest.com
gwenda.jenkins@worldinvest.com

### wpginv
alissa.douglas@wpginv.com

### wpginvest
amy.lichstein@wpginvest.com
betham@wpginvest.com
brennanr@wpginvest.com
camilla.hsiung@wpginvest.com
christopher.conneely@wpginvest.com
easton.ragsdale@wpginvest.com
guzmane@wpginvest.com
howard.mattsson@wpginvest.com
joanne.ricca@wpginvest.com
ken.kaplan@wpginvest.com
maheshwr@wpginvest.com
manuel.russon@wpginvest.com
margery.flicker@wpginvest.com
mcgehee.porter@wpginvest.com
michael.lee@wpginvest.com
mickie.chow@wpginvest.com
nancy.enslein@wpginvest.com
nicole.cash@wpginvest.com
peter.albanese@wpginvest.com
peter.moukios@wpginvest.com
richard.shuster@wpginvest.com
rod.moore@wpginvest.com
roupen.ardhaldjian@wpginvest.com
schaen@wpginvest.com
sfrancisco.ghiglino@wpginvest.com
sheri.kaplan@wpginvest.com
thomas.delpiaz@wpginvest.com
todd.ehret@wpginvest.com

## Company & Corresponding Email Addresses
trina.steinbach@wpginvest.com
wen.wang@wpginvest.com
### wpgonvest
koontzl@wpgonvest.com
### wpgvp
rmahtre@wpgvp.com
### wrainvest
michael@wrainvest.com
### wrberkley
elinekin@wrberkley.com
jmcgrath@wrberkley.com
jshiel@wrberkley.com
lhenjes@wrberkley.com
nlang@wrberkley.com
wberkley@wrberkley.com
### wscapital
abr@wscapital.com
alenzi@wscapital.com
alucero@wscapital.com
cking@wscapital.com
esteel@wscapital.com
gberg@wscapital.com
jjangro@wscapital.com
jjangrow@wscapital.com
judelhofen@wscapital.com
lfouts@wscapital.com
mgunning@wscapital.com
pgoeller@wscapital.com
rparyani@wscapital.com
sbrasher@wscapital.com
tcabra@wscapital.com
tlefevre@wscapital.com
zwydra@wscapital.com
### wsfsbank
mturner@wsfsbank.com
paul.greenplate@wsfsbank.com
rsamuels@wsfsbank.com
sfowle@wsfsbank.com
### wssc
ttraber@wssc.dst.md.us
### wstlb
eugene_chan@wstlb.com
### wuerttag
rglaesche@wuerttag.de
### wuerttembergische
bernhard.kuehn@wuerttembergische.de
katrin.fischer@wuerttembergische.de
marc.bauer@wuerttembergische.de
oliver.bleickert@wuerttembergische.de
praktikum@wuerttembergische.de
ralf.draeger@wuerttembergische.de
tanja.uhlmann@wuerttembergische.de
### wuertt-hyp
andreas.schenk@wuertt-hyp.de

## Company & Corresponding Email Addresses

christoph.schwarz@wuertt-hyp.de
robert.grassinger@wuertt-hyp.de

### wuestenrot

alexander.van.echelpoel@wuestenrot.de
andrea.reinwald@wuestenrot.de
andreas.fischle@wuestenrot.de
andreas.lingenfelder@wuestenrot.de
bernd.fischer@wuestenrot.de
bernhard.wischkoni@wuestenrot.de
frank.boetzer@wuestenrot.de
frank.retzmann@wuestenrot.de
guenther.winklhofer@wuestenrot.at
hans-joachim.staats@wuestenrot.de
joachim.froehlich@wuestenrot.de
manuela.stiefel@wuestenrot.de
markus.gerber@wuestenrot.de
volker.kunath@wuestenrot.de
wolfgang.wiefel@wuestenrot.de

### wvimb

jasons@wvimb.org
toms@wvimb.org

### wvsbank

accounting@wvsbank.com

### ww-ag

r.maier@ww-ag.com

### wwal

brad@wwal.com

### wwasset

artur.podlejski@wwasset.de
bernd.graessler@wwasset.de
christian.pompejus@wwasset.de
ernst-ludwig.haaks@wwasset.de
goetz.alles@wwasset.de
jens.wildermuth@wwasset.de
jochen.veith@wwasset.de
martin.seitz@wwasset.de
michael.engelhard@wwasset.de
sabine.mueller@wwasset.de
torben.riedel@wwasset.de
torsten.gruber@wwasset.de
wolfgang.stuelb@wwasset.de

### wwinv

janeleung@wwinv.com.hk

### wwk

alfred.stix@wwk.de
dieter.wussler@wwk.de
gunther.hahn@wwk.de
michael.limmert@wwk.de
peter.siegmund@wwk.de
thomas.winterholler@wwk.de

### wyeth

siegert@wai.wyeth.com

### xcla

dchait@xcla.com

**Company & Corresponding Email Addresses**

**xilinx**
martha.hertanu@xilinx.com
ted.boufaissal@xilinx.com

**xl**
wrobbie@xl.bm

**xlca**
ralph.diserio@xlca.com

**xlgroup**
allen.roth@xlgroup.com
anne.hohbein@xlgroup.com
brendan.mazur@xlgroup.com
cheryl.sedlak@xlgroup.com
craig.koszewski@xlgroup.com
daniel.stecklein@xlgroup.com
ed.hubbard@xlgroup.com
frank.beardsley@xlgroup.com
gregory.berman@xlgroup.com
jas.jalaf@xlgroup.com
kevin.mcgivern@xlgroup.com
kurt.edmark@xlgroup.com
kurtis.holle@xlgroup.com
nina.khromova@xlgroup.com
sohail.rasul@xlgroup.com
steven.harms@xlgroup.com
steven.powell@xlgroup.com
timothy.swenson@xlgroup.com
vincent.torres@xlgroup.com

**xlserv**
dmurnin@xlserv.com
dseymour@xlserv.com
gking@xlserv.com
mrego@xlserv.com
pgonzalez@xlserv.com
pjsnyder@xlserv.com
pwallace@xlserv.com
sturner@xlserv.com

**xm**
f.mitani@xm.mitsui.co.jp
osamumori@xm.mitsui.co.jp
t.iwamoto@xm.mitsui.co.jp
ta.mizuno@xm.mitsui.co.jp

**xroadcapital**
jsindelar@xroadcapital.com

**xxx**
xx@xxx.com
xxx@xxx.com
xxxx@xxx.com

**yadkinvalleybank**
edwin.laws@yadkinvalleybank.com

**yahoo**
abachee@yahoo.com
ageday@yahoo.com
akashabibb@yahoo.com
blackbeller@yahoo.co.jp

**Company & Corresponding Email Addresses**

bpgiroud@yahoo.fr
breckinridgesmith@yahoo.com
bryanlhchen@yahoo.com.tw
ccsteve@yahoo.com.tw
chilgefort_silchester@yahoo.com
csw1469@yahoo.co.kr
dbthomas2@yahoo.com
dennis_c_chen@yahoo.com
djones_nyc@yahoo.com
dougneish@yahoo.com
fengxj2000@yahoo.com.cn
gordacha@yahoo.com
heejoonyoon@yahoo.co.kr
hoshuiwei@yahoo.com
jcpca356@yahoo.com
jdpark21@yahoo.co.kr
jeffasher2@yahoo.com
jesperaway@yahoo.com
jhmoehling@yahoo.com
johnjjkramer@yahoo.com
joshua.zwass@yahoo.com
joshuafan@yahoo.com
jparchidec@yahoo.fr
jss_shin@yahoo.co.kr
jun_kang@yahoo.com
kash6970@yahoo.com
kdbetc@yahoo.co.kr
kevinkilduff@yahoo.com
kocfa@yahoo.com
kori.sykiba@yahoo.com
kperry1@yahoo.com
ktwist1@yahoo.com
kyuhyukpark@yahoo.co.kr
macfukimo@yahoo.com.tw
mannypatel_2000@yahoo.com
marcello_morini@yahoo.com
marcs1955@yahoo.com
michael_spinello@yahoo.com
michaeljmoster@yahoo.com
mlinsteven@yahoo.com.tw
mmurphy1014@yahoo.com
mohlman_k@yahoo.com
mtish18@yahoo.com
mynameandy1972@yahoo.com
noikokyrakisie@yahoo.com
nosbigneb@yahoo.com
pa_volery@yahoo.com
parkerjeffery@yahoo.com
pctan_99@yahoo.com
pierrjohnson@yahoo.com
rgstcollins@yahoo.com
rw658658@yahoo.com.tw
s_pomerantz@yahoo.com
s_tindall@yahoo.com

## Company & Corresponding Email Addresses

sanchototo@yahoo.co.kr
sancruri@yahoo.co.kr
sara_alasfour@yahoo.com
shariffr@yahoo.com
shawn_boire@yahoo.com
shlee369@yahoo.co.kr
srgobran@yahoo.com
subhaguha@yahoo.com
sugx1967@yahoo.com.cn
todd_qed@yahoo.com
tombillcook@yahoo.com
torucrazy@yahoo.co.jp
vzanardi11@yahoo.com
wrhufftr@yahoo.com
xuzhengguang2003@yahoo.co.uk
yeyos@yahoo.com

### yale
antti.petajisto@yale.edu
carrie.abildgaard@yale.edu
guillermo.mondino@yale.edu
james.choi@yale.edu
mike.finnerty@yale.edu
seth.alexander@yale.edu
thomas.kaufmann@yale.edu
victoria.raucci@yale.edu

### yamagatabank
cmaid@yamagatabank.co.jp

### yamaguchibank
hironobu_ueda@yamaguchibank.co.jp
hiroyuki_yoshimura@yamaguchibank.co.jp
itaru_takahashi@yamaguchibank.co.jp
keiji_sasaki@yamaguchibank.co.jp
kiyofumi_yanagida@yamaguchibank.co.jp
kouji_sasaki@yamaguchibank.co.jp
makoto_emoto@yamaguchibank.co.jp
mitsuo_shigemura@yamaguchibank.co.jp
seiichirou_oka@yamaguchibank.co.jp
soichi_takimoto@yamaguchibank.co.jp
takashi_hirota@yamaguchibank.co.jp
takehiro_shinya@yamaguchibank.co.jp
tetsuyoshi_kubo@yamaguchibank.co.jp
yoshichika_araki@yamaguchibank.co.jp
yoshinori_ichikawa@yamaguchibank.co.jp

### yamanashibank
toushi@yamanashibank.co.jp

### yapikredi
berna.cagatay@yapikredi.com.tr
defne.dilber@yapikredi.com.tr
ebru.basci@yapikredi.com.tr
mert.oncu@yapikredi.com.tr
okay.kiygi@yapikredi.com.tr
saruhan.yucel@yapikredi.com.tr
yasemin.oktay@yapikredi.com.tr

### yasudalife

**Company & Corresponding Email Addresses**

a-chan@yasudalife.com.hk

**yasuda-life**

a-morinaga@yasuda-life.co.jp
g-seino@yasuda-life.co.jp
h-nogawa@yasuda-life.co.jp
h-shijmizu@yasuda-life.co.jp
k-higawa@yasuda-life.co.jp
k-matsuyama@yasuda-life.co.jp
k-sekigu@yasuda-life.com.jp
ma-kawai@yasuda-life.co.jp
n-matsunaga@yasuda-life.co.jp
n-miyata@yasuda-life.co.jp
r-toyota@yasuda-life.co.jp
sh_takahashi@yasuda-life.co.jp
s-otsuka@yasuda-life.co.jp
s-tanahara@yasuda-life.co.jp
s-tsubuku@yasuda-life.co.jp
t.akimoto@yasuda-life.co.jp
t-oishi@yasuda-life.co.jp
t-sagasaki@yasuda-life.co.jp
y-shimura@yasuda-life.co.jp

**yasudalifeny**

t-fujimoto@yasudalifeny.com

**ybs**

amcaton@ybs.co.uk
clparrish@ybs.co.uk
crhuitson@ybs.co.uk
djmurray@ybs.co.uk
dwmundy@ybs.co.uk
jzhayes@ybs.co.uk
rjdriver@ybs.co.uk
robin.hargrave@ybs.co.uk
sljones@ybs.co.uk

**yd**

ishida_shigeru@yd.smbc.co.jp
kotoyori_setsuya@yd.smbc.co.jp
nagasaki_takahide@yd.smbc.co.jp
otsu_yukio@yd.smbc.co.jp

**yesbank**

david.schlesinger@yesbank.com
francis.mitchell@yesbank.com
james.gertie@yesbank.com
jstaskel@yesbank.com
kfarrell@yesbank.com
michael.thomson@yesbank.com
peter.krawchuk@yesbank.com
vwhill2@yesbank.com

**yesinvest**

mark.persichetti@yesinvest.com

**yf7**

shiyola@yf7.so-net.ne.jp

**yieldworks**

dennyc@yieldworks.com

**yk**

## Company & Corresponding Email Addresses

hamazaki_koji@yk.smbc.co.jp
kodaira_masaaki@yk.smbc.co.jp
komori_seiji@yk.smbc.co.jp
matsuo_yasunari@yk.smbc.co.jp
miyamoto_manabu@yk.smbc.co.jp
nagata_arihiro@yk.smbc.co.jp
sakuragi_toshiharu@yk.smbc.co.jp
tsujino_hirohiko@yk.smbc.co.jp
yamashita_etsuko@yk.smbc.co.jp
yatagai_tomoaki@yk.smbc.co.jp

### ymcanet
wolert@ymcanet.org

### ymcaret
arjun@ymcaret.org
hays@ymcaret.org
kerin@ymcaret.org
kwon@ymcaret.org
lundgren@ymcaret.org
nauman@ymcaret.org
raskin@ymcaret.org
rubinstein@ymcaret.org

### yorktraditionsbank
hkeller@yorktraditionsbank.com
jblecher@yorktraditionsbank.com
mgalloway@yorktraditionsbank.com
phelsel@yorktraditionsbank.com
tclinton@yorktraditionsbank.com
vwisman@yorktraditionsbank.com

### youngstovall
hbueno@youngstovall.com

### ytb
s-invest@ytb.co.jp

### zas
marc.weibel@zas.admin.ch
philippe.kuttler@zas.admin.ch

### zcmgroup
philip.chan@zcmgroup.com

### zelengora
david@zelengora.com
vlad@zelengora.com

### zenkyoren-usa
higashi@zenkyoren-usa.com
k-higuchi@zenkyoren-usa.com
oguro@zenkyoren-usa.com

### zf
burkhard.ischler@zf.siemens.de
eckhard.muenchow@zf.siemens.de
marcus.desimoni@zf.siemens.de

### zinnecker-consult
frank.zinnecker@zinnecker-consult.com

### zinobanka
kalfusova@zinobanka.cz

### zionsbancorp
clark.hinckley@zionsbancorp.com

## Company & Corresponding Email Addresses

### zionsbank
andy.robbins@zionsbank.com
david.vanwagoner@zionsbank.com
flint@zionsbank.com
s192jmw@zionsbank.com
s221drg@zionsbank.com
s221jeb@zionsbank.com

### zionyf
daryl@zionyf.net

### ziraatbank
fncetinel@ziraatbank.com.tr
tberdil@ziraatbank.com.tr

### zkb
alessandro.ianeselli@zkb.ch
alfonso.lopez@zkb.ch
anastassios.frangulidis@zkb.ch
andre.buck@zkb.ch
andre.ziltener@zkb.ch
andrea.baiker@zkb.ch
andreas.habluetzel@zkb.ch
andreas.holzer@zkb.ch
andreas.venditti@zkb.ch
andrej.subaric@zkb.ch
annett.baumast@zkb.ch
atilla.koc@zkb.ch
beat.gabathuler@zkb.ch
beat.pfiffner@zkb.ch
beat.schumacher@zkb.ch
bernhard.straub@zkb.ch
bruno.ammann@zkb.ch
can.marfurt@zkb.ch
christian.schmid@zkb.ch
christoph.hoop@zkb.ch
christoph.riedweg@zkb.ch
christoph.ritschard@zkb.ch
claude.zehnder@zkb.ch
daniel.benz@zkb.ch
daniel.buerki@zkb.ch
daniel.burki@zkb.ch
daniel.guenther@zkb.ch
daniel.gunther@zkb.ch
daniel.meyer@zkb.ch
daniel.muff@zkb.ch
daniel.rohner@zkb.ch
daniel.treichler@zkb.ch
daniel.zuercher@zkb.ch
daniele.tedesco@zkb.ch
danilo.zanetti@zkb.ch
dario.laterza@zkb.ch
dominik.irniger@zkb.ch
edwin.j.erne@zkb.ch
enrico.denicola@zkb.ch
erich.meier@zkb.ch
fabian.jacoma@zkb.ch

**Company & Corresponding Email Addresses**

fabio.pervangher@zkb.ch
florian.kuebler@zkb.ch
florian.streiff@zkb.ch
gabriel.bartholdi@zkb.ch
georg.marti@zkb.ch
giulia.sanna@zkb.ch
hans.fischer@zkb.ch
hans.valer@zkb.ch
hansjoerg.schmidt@zkb.ch
john.hansen@zkb.zh
judith.wider@zkb.ch
juerg.reichen@zkb.ch
juerg.syz@zkb.ch
karin.bendler@zkb.ch
klaus.brugger@zkb.ch
klemenz.huser@zkb.ch
lasse.andersen@zkb.ch
laszlo.temesi@zkb.ch
luana.guerriero@zkb.ch
luca.corletto@zkb.ch
lucian.caflisch@zkb.ch
luigi.vignola@zkb.ch
marc.mattes@zkb.ch
marc.schulthess@zkb.ch
marcel.riedener@zkb.ch
marcello.musio@zkb.ch
marco.curti@zkb.ch
marco.mazotti@zkb.ch
marco.strittmatter@zkb.ch
mark.diethelm@zkb.ch
markus.hofmann@zkb.ch
markus.kramer@zkb.ch
markus.thony@zkb.ch
markus.waeber@zkb.ch
martin.huesler@zkb.ch
martin.rosenberger@zkb.ch
martin.schreiber@zkb.ch
martin.sieg@zkb.ch
matthias.rohr@zkb.ch
max.zuberbuehler@zkb.ch
meinrad.gyr@zkb.ch
michael.nawrath@zkb.ch
michael.winkler1@zkb.ch
michel.dacher@zkb.ch
michele.beffa@zkb.ch
michele.hofmann@zkb.ch
miguel.perez@zkb.ch
miguel.pino@zkb.ch
nicholas.porchet@zkb.ch
nicolas.porchet@zkb.ch
olaf.martin@zkb.ch
oliver.kubli@zkb.ch
paolo.vanini@zkb.ch
paolo.zagaria@zkb.ch

**Company & Corresponding Email Addresses**

pascal.seidner@zkb.ch
patrick.burgermeister@zkb.ch
patrick.fenske@zkb.ch
patrick.frey@zkb.ch
patrick.lutz@zkb.ch
patrick.pagotto@zkb.ch
patrik.schwendimann@zkb.ch
peter.berger@zkb.ch
peter.eichenberger@zkb.ch
peter.huwyler@zkb.ch
peter.schmid2@zkb.ch
peter.scot@zkb.ch
philipp.rieder@zkb.ch
priska.scot@zkb.ch
raffaele.carmine@zkb.ch
regula.schaub@zkb.ch
remo.krauer@zkb.ch
rene.nicolodi@zkb.ch
reto.lienhard@zkb.ch
richard.frei@zkb.ch
richard.friederich@zkb.ch
richard.jucker@zkb.ch
robert.hauser@zkb.ch
robert.sekula@zkb.ch
roland.berchtold@zkb.ch
roland.kalt@zkb.ch
roland.koster@zkb.ch
roland.woehr@zkb.ch
rolf.luescher@zkb.ch
roman.luethy@zkb.ch
ronald.born@zkb.ch
rosario.dellaquila@zkb.ch
rouven-dean.dibbern@zkb.ch
sabine.doebeli@zkb.ch
sacha.ziegler@zkb.ch
sascha.kessler@zkb.ch
serge.rotzer@zkb.ch
sibylle.bischofberger@zkb.ch
silvano.de.col@zkb.ch
simon.weiss@zkb.ch
simone.farinelli@zkb.ch
simone.schaerer@zkb.ch
stefan.zimmermann@zkb.ch
stephan.krenboeck@zkb.ch
susanne.torren@zkb.ch
sven.bucher@zkb.ch
thomas.bruhin@zkb.ch
thomas.domenig@zkb.ch
thomas.feurer@zkb.ch
thomas.germann@zkb.ch
thomas.keller@zkb.ch
thomas.nellen@zkb.ch
thorsten.hock@zkb.ch
tim.mueller1@zkb.ch

## Company & Corresponding Email Addresses

titus.schnyder@zkb.ch
ueli.von.burg@zkb.ch
urs.beck@zkb.ch
urs.fischbach@zkb.ch
ursula.oser@zkb.ch
vitus.vonwil@zkb.ch
willy.hautle@zkb.ch
yasemin.ersan@zkb.ch

### zkblondon
wmeier@zkblondon.co.uk

### zn
bunno_masakazu@zn.smbc.co.jp
horiuchi_shigeto@zn.smbc.co.jp
kawamura_yoshinori@zn.smbc.co.jp
maekawa_masahiko@zn.smbc.co.jp
nemoto_haruo@zn.smbc.co.jp
tanaka_yasuyuki@zn.smbc.co.jp

### zscap
szuo@zscap.com

### zuam
bomatter@zuam.ch
koeppel@zuam.ch
maggi@zuam.ch
marti@zuam.ch
research@zuam.ch

### zugerkb
bruno.bachmann@zugerkb.ch
daniel.rossacher@zugerkb.ch
fernando.fernandez@zugerkb.ch
jouke.douma@zugerkb.ch

### zurcapm
nick.corcoran@zurcapm.com

### zurich
carl.emanuel.schillig@zurich.com
christopher.vincent@zurich.com
chung.keat.khov@zurich.com
felix.stadelmann@zurich.com
francesco.colombo.berrettarossa@it.zurich.com
george.klein@zurich.com
graham.nankivell@zurich.com
ian.chapman@zurich.com
jens.a.werner@zurich.ch
luca.cioffi@it.zurich.com
manfredi.rosso@it.zurich.com
mark.steiger@zurich.com
matteo.riccardi@it.zurich.com
michele.cullom@zurich.com
michelle.vrba@zurich.com
mike.parker@zurich.com
paolo.penco@it.zurich.com
paul.steiger@zurich.com
pierre.wauthier@zurich.com
reed.nuttall@zurich.com
sandro.doudin@zurich.com

**Company & Corresponding Email Addresses**

saoirse.jones@zurich.com
saranja.andrews@zurich.com
stafano.racco@it.zurich.com
stephanie.douglas@zurich.com
susana.sanchez@zurich.com
udo.von.werne@zurich.com
urban.angehrn@zurich.com

**zurichscudder**

hitesh.bharkhda@zurichscudder.co.uk

**zwitserleven**

h.hendriks@zwitserleven.nl
h.molenaar@zwitserleven.nl
m.engelen@zwitserleven.nl
m.veling@zwitserleven.nl
p.konneman@zwitserleven.nl
r.van.hees@zwitserleven.nl

**zzn**

abaia@searchjapan.zzn.com

**Exhibit "E"**

| Claim Name | Address Information |
|---|---|
| ALSTON & BIRD LLP | COUNSEL FOR BANK OF AMERICA,ATTN: MARTIN G. BUNIN, CRAIG E. FREEMAN,WILLIAM HAO,90 PARK AVENUE,  NEW YORK, NY 10016 |
| ALSTON & BIRD LLP | COUNSEL FOR BANK OF AMERICA,ATTN: JOHN C. WEITNAUER, ESQ.,1201 WEST PEACHTREE STREET,  ATLANTA, GA 30309 |
| ANDREWS KURTH LLP | ATTORNEY FOR EPCO HOLDINGS, INC.,ATTN: PETER GOODMAN,450 LEXINGTON AVE., 15TH FLOOR,  NEW YORK, NY 10017 |
| BAKER & MCKENZIE LLP | ATTORNEYS FOR PORTFOLIO GREEN GERMAN CMB,ATTN: IRA A. REID,1114 AVENUE OF THE AMERICAS,  NEW YORK, NY 10036 |
| BAKER & MCKENZIE LLP | ATTYS FOR LINCORE LIMITED,E-CAPITAL PROF,& CHEUNG KONG BOND FINANCE LIMITED,ATTN: IRA A. REID,1114 AVENUE OF THE AMERICAS,  NEW YORK, NY 10036 |
| BAKER & MCKENZIE LLP | ATTORNEYS FOR PORTFOLIO GREEN GERMAN CMB,ATTN: CARMEN H. LONSTEIN,ONE PRUDENTIAL PLAZA, SUITE 3500,130 EAST RANDOLPH DRIVE,  CHICAGO, IL 60601 |
| BAKER & MCKENZIE LLP | ATTYS FOR LINCORE LIMITED,E-CAPITAL PROF,& CHEUNG KONG BOND FINANCE LIMITED,ATTN: CARMEN H. LONSTEIN,ONE PRUDENTIAL PLAZA, SUITE 3500,  CHICAGO, IL 60601 |
| BLANK ROME LLP | ATTORNEYS FOR BANCA ITALEASE S.P.A.,ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVAL,405 LEXINGTON AVENUE,  NEW YORK, NY 10174 |
| BLANK ROME LLP | ATTORNEYS FOR ITALEASE FINANCE S.P.A.,ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVAL,405 LEXINGTON AVENUE,  NEW YORK, NY 10174 |
| BLANK ROME LLP | ATTORNEYS FOR THE NEW JERSEY HOUSING,AND MORTGAGE FINANCE AGENCY,ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVAL,THE CHRYSLER BUILDING, 405 LEXINGTON AVE,  NEW YORK, NY 10174 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTORNEYS FOR CITIGROUP INC.,ATTN: DERYCK A. PALMER, JOHN J. RAPISARD,GEORGE A. DAVIS, ANDREW TROOP,ONE WORLD FINANCIAL CENTER,  NEW YORK, NY 10281 |
| CHAPMAN AND CUTLER LLP | ATTORNEYS FOR BANK OF MONTREAL,JAMES E. SPIOTTO, ANN E. ACKER,FRANKLIN H. TOP, III,111 WEST MONROE STREET,  CHICAGO, IL 60603 |
| DUANE MORRIS LLP | ATTORNEYS FOR NATL AGRICULTURAL COOPERAT,ATTN: LAWRENCE J. KOTLER, JOHN DELLAPORT,JUNGHYE JUNE YEUM,1540 BROADWAY,  NEW YORK, NY 10036 |
| DUFFY & ATKINS LLP | ATTORNEYS FOR S. MISSISSIPPI ELECTRIC PO,AND COAST ELECTRIC POWER ASSOCIATION,ATTN: TODD E. DUFFY, JAMES E. ATKINS,DENNIS J. NOLAN,  NEW YORK, NY 10001 |
| FABYANSKE, WESTRA, HART & THOMSON, P.A. | ATTORNEYS FOR BREMER FINANCIAL CORPORATI,ATTN: PAUL L. RATELLE,800 LASALLE AVENUE,SUITE 1900,  MINNEAPOLIS, MN 55402 |
| GREENBERG TRAURIG, LLP | ATTORNEYS FOR FPL ENERGY POWER MARKETING,AND FLORIDA POWER & LIGHT COMPANY,ATTN: MARIA J. DICONZA,200 PARK AVENUE,  NEW YORK, NY 10166 |
| HOLME ROBERTS & OWEN LLP | ATTORNEYS FOR NATIONAL CINEMEDIA, LLC.,ATTN: LAWRENCE BASS,1700 LINCOLN STREET, SUITE 4100,  DENVER, CO 80203 |
| KELLEY DRYE & WARREN LLP | ATTORNEYS FOR TULLETT PREBON HOLDINGS CO,ATTN: ERIC R. WILSON, HOWARD S. STEEL,101 PARK AVENUE,  NEW YORK, NY 10178 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTORNEYS FOR AVENUE INVESTMENTS, L.P.,ATTN: JONATHAN M. WAGNER, DANA L. POST,1177 AVENUE OF THE AMERICAS,  NEW YORK, NY 10036 |
| LATHAM & WATKINS LLP | COUNSEL FOR NETAPP, INC.,ATTN: MARK A. BROUDE,885 THIRD AVENUE,  NEW YORK, NY 10022-4802 |
| LOCKE LORD BISSELL & LIDDELL LLP | COUNSEL FOR REYNOLDS AMERICAN DEFINED,BENEFIT MASTER TRUST,ATTN: JAY G. SAFER,885 THIRD AVENUE, 26TH FLOOR,  NEW YORK, NY 10022 |
| MORITT HOCK HAMROFF & HOROWITZ LLP | CO-COUNSEL TO THE HOTCHKISS SCHOOL,ATTN: LESLIE ANN BERKOFF, THERESA A. DRI,400 GARDEN CITY PLAZA,  GARDEN CITY, NY 11530 |
| MORRISON & FOERSTER LLP | ATTORNEYS FOR BRM GROUP, LTD.,ATTN: LORENZO MARINUZZI, NORMAN S. ROSEN,1290 AVENUE OF THE AMERICAS,  NEW YORK, NY 10104 |
| MUNGER, TOLLES & OLSON LLP | COUNSEL FOR SOUTHERN CALIFORNIA EDISON C,ATTN: MARK SHINDERMAN, SETH GOLDMAN,355 SOUTH GRAND AVENUE, SUITE 3500,  LOS ANGELES, CA 90071-1560 |
| NIXON PEABODY LLP | COUNSEL TO BRYANT UNIVERSITY,ATTN: ROBERT N. H. CHRISTMAS, VICTOR G.,437 MADISON AVENUE,  NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO DEUTSCHE BANK TRUST COMPANY A,AND DEUTSCHE BANK NATIONAL TRUST |

| Claim Name | Address Information |
|---|---|
| NIXON PEABODY, LLP | COMPANY,ATTN: CHRISTOPHER M. DESIDERIO,437 MADISON AVENUE,  NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO DEUTSCHE BANK TRUST COMPANY A,AND DEUTSCHE BANK NATIONAL TRUST COMPANY,ATTN: AMANDA D. DARWIN, RICHARD C. PEDON,100 SUMMER STREET,  BOSTON, MA 02110 |
| PATTERSON BELKNAPWEBB&TYLER LLP | ATTORNEYS FOR ASBURY ATLANTIC, INC.,AND ASBURY- SOLOMONS, INC.,ATTN: DAVID W. DYKHOUSE, DANIEL A. LOWEN,BRIAN P. GUINEY,  NEW YORK, NY 10036-6710 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTORNEYS FOR EMBARCADERO AIRCRAFT,SECURITIZATION TRUST,ATTN: C. PAYSON COLEMAN, RICK B. ANTONOF,MARK N. LESSARD,  NEW YORK, NY 10036 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTORNEYS FOR NORTON GOLD FIELDS LIMITED,ATTN: EDWARD H. TILLINGHAST, III,MALANI J. CADEMARTORI,30 ROCKEFELLER PLAZA, 24TH FLOOR,  NEW YORK, NY 10112 |
| SIDLEY AUSTIN LLP | ATTORNEYS FOR AIRCRAFT FINANCE TRUST,ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA,787 SEVENTH AVENUE,  NEW YORK, NY 10019 |
| THOMPSON HINE LLP | ATTORNEYS FOR THE A.M. MCGREGOR HOME,ATTN: MARTIN EISENBERG,335 MADISON AVE, 12TH FLOOR,  NEW YORK, NY 10017 |
| WHYTE HIRSCHBOECK DUDEK S.C. | ATTORNEYS FOR METAVANTE CORPORATION,ATTN: BRUCE G. ARNOLD, DARYL L. DIESING,DANIEL J. MCGARRY,555 EAST WELLS STREET,  MILWAUKEE, WI 53202-3819 |
| WIGGIN AND DANA LLP | CO-COUNSEL TO THE HOTCHKISS SCHOOL,ATTN: SHARYN B. ZUCH,185 ASYLUM STREET, HARTFORD, CT 06103-3402 |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK | ATTORNEYS FOR HARTFORD INVESTMENT MANAGE,THE HARTFORD FLOATING RATE FUND,THE HARTFORD HIGH YIELD FUND,ATTN: MARK G. LEDWIN, ESQ.,  WHITE PLAINS, NY 10604 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | COUNSEL FOR REYNOLDS AMERICAN DEFINED,BENEFIT MASTER TRUST,ATTN: MICHAEL G. BUSENKELL,222 DELAWARE AVENUE,  WILMINGTON, DE 19801 |

## Total Creditor Count 36

| Claim Name | Address Information |
|---|---|
| 3G FUND LP | 800 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 |
| APPALACHIAN ASSET MANAGEMENT CO. | HEAD OFFICE,745 SEVENTH AVENUE, 5TH FLOOR, NEW YORK, NY 10019 |
| APPALACHIAN ASSET MANAGEMENT CO. | HEAD OFFICE,200 VESEY STREET 7TH FL, NEW YORK, NY 10285 |
| BNL OBBLIGAZIONI EMERGENTI | RE BNP PARIBAS ASSET MGMT,5 AVENUE KLEBER, PARIS,  75116 FR |
| COUNTRYWIDE BANK FSB | ATTN: CONTE KATHLEEN,TREASURY BANK, NATIONAL ASSOC,4500 PARK GRANADA,MAIL STOP CH-20, CALABASAS, CA 91302 |
| COUNTRYWIDE HOME LOANS INC | ATTN: PAUL NEWMAN,4500 PARK GRANADA MS CH 20B, CALABASAS, CA 91302 |
| PUERTO RICO SALES TAX FINANCING CORP. | ATTN: LAWRENCE A. BAUER,C/O SIDLEY AUSTIN LLP,787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUEENSLAND INVESTMENT TRUST NO 1 | ATTN: SENIOR LEGAL ADVISOR,QUEENSLAND INVESTMENT CORPORATION,LEVEL 6, CENTRAL PLAZA II,66 EAGLE STREET, BRISBANE,  QLD 4000 AU |
| QUEENSLAND INVESTMENT TRUST NO 2 | ATTN: SENIOR LEGAL ADVISOR,QUEENSLAND INVESTMENT CORPORATION,LEVEL 6, CENTRAL PLAZA II,66 EAGLE STREET, BRISBANE,  QLD 4000 AU |
| ROYAL BANK OF SCOTLAND PLC (THE) | ATTN: GREENWICH CAPITAL MARKETS,600 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| SAMSUNG SPAS PRIVATE BOND FUND 3 | 3RD FL., SAMSUNG LIFE YEOUIDO BLDG,36-1 YEOUIDO-DO,YEONGDEUNGPO-GU, SEOUL, 150-886 KR |
| ST PAUL HOMES | ATTN: G. BRYAN OROS AND DAVID W. HOGUE,339 EAST JAMESTOWN ROAD, GREENVILLE, PA 16125 |
| TENASKA POWER SERVICES CO. (EEI') | 1701 E. LAMAR BLVD. SUITE 100, ARLINGTON, TX 76006 |

**Total Creditor Count 13**

| Claim Name | Address Information |
|---|---|
| AARE-TESSIN AG FUR ELEKTRIZITAET | ATTN:RETO RAMSTEIN, CONTRACT MANAGER BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| AARE-TESSIN AG FUR ELEKTRIZITAET | ATTN:RETO RAMSTEIN BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| ABAXBANK S.P.A. | ATTN:LEGAL DEPARTMENT CORSO MONFORTE 34 MILANO 20122 ITALY |
| ABERDEEN ASSET MANAGEMENT INC. | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC. | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LTD | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LTD | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT PLC | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT PLC | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABSA BANK LIMITED | ATTN:LEGAL - DOCUMENTATION MANAGEMENT 15 ALICE LANE, GROUND FLOOR PRIVATE BAG X10056 SANDOWN, SANDTON 2196 SOUTH AFRICA |
| ABSA BANK LIMITED | ATTN:LEGAL - DOCUMENTATION MANAGEMENT ABSA BANK LIMITED 15 ALICE LANE, GROUND FLOOR SANDOWN, SANDTON 2196 SOUTH AFRICA |
| ABSOLUTE SOFTWARE CORPORATION | ATTN:CHAD MCCARTHY SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CANADA |
| ACTS AERO TECHNICAL SUPPORT &SERVICES INC | ATTN:NICHOLAS VANASSE,VP CHIEF LEGAL OFFICER & CORP. SECURITY AVEOS FLEET PERFORMANCE INC. 2311 ALFRED-NOBEL BOULEVARD, SUITE 400 SAINT - LAURENT QC H4S 2B6 CANADA |
| ADDAMS COUNTY, CO. | ATTN:JIM ROBINSON C/O ADAMS COUNTY, COLORADO 450 SOUTH 4TH STREET BRIGHTON CO 80601 |
| AECO HAS STORAGE PARTNERSHIP | (NISKA GS HOLDINGS,I,LP ATTN:DAVID BRYNLUND 400 - 607 8TH AVE SW CALGARY AB T2P 0A7 CANADA |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC | ATTN:CONTRACT ADMINISTRATION 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALPHA BANK AE | ATTN:FINANCIAL MARKETS, GROUP PLANNING DIVISION 40 STADIOU STREET ATHENS 102 52 GREECE |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD. | ATTN:MIKE POLO, COO C/O ALPHDYNE ASSET MANAGEMENT LLC 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| AMERICAN AIRLINES, INC. | ATTN:K. HELEN YU P.O. BOX 619616 MD 5675 DFW AIRPORT TX 75261 |
| AMERICAN BAPTIST HOMES OF THE WEST | ATTN:DAVID A. GRANT, SVP & GENERAL COUNSEL 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMTD STRATEGIC CAPITAL LIMITED | ATTN:RUSKIN CHOW, SR VP, BUSINESS DEVELOPMENT ROOM 2501-2053, 25/F WORLD TRADE CENTRE 280 GLOUCESTER ROAD CAUSEWAY BAY HONG KONG |
| ANCILLA SYSTEMS INCORPORATED | ATTN:TONI MOLA / FREDERICK F. ARAND 1419 SOUTH LAKE PARK AVENUE HOBART IN 46342 |
| ANZ NATIONAL BANK LIMITED | ATTN:KATRINA WRIGHT, ASSOCIATE GENERAL COUNSEL ANZ CENTRE, P.O. BOX 92210 23-29 ALBERT STREET, LEVEL 21 AUCKLAND NEW ZEALAND |
| AOZORA BANK, LTD | ATTN:TREASURY FUNDING DIVISION 3-1, KUDAN, MINAMI 1-CHOME CHIYODA-KU TOKYO 1028660 JAPAN |
| AOZORA BANK, LTD | ATTN:ROBERT G. MINION, RICHARD BERNSTEIN / MICHAEL LESTINO C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| ARDEN ASSET MANAGEMENT LLC | ATTN:DOV LANDO, GENERAL COUNSEL 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | ATTN:DAVID SACHS / CLAIRE GIBBS C/O ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARLIGNTON PARTNERS LP | ATTN:MICHAEL LINDSAY, ASST VP, ASSET MANAGEMENT WELLS FARGO BANK, NA 2010 CORPORATE RIDGE, SUITE 1000 MCLEAN VA 22102 |
| ARLIGNTON PARTNERS LP | ATTN:MARK B. WILSON, CHIEF FINANCIAL OFFICER THE PARK COMPANIES 124 ONE MADISON PLAZA, SUITE 1500 MADISON MS 39110 |
| AUSTIN CAPITAL MANAGEMENT | ATTN:JUNE CHUNG KEYCORP 127 PUBLIC SQUARE OH-01-27-0200 CLEVELAND OH |

| Claim Name | Address Information |
| --- | --- |
| AUSTIN CAPITAL MANAGEMENT | 44114-1306 |
| AUSTIN CAPITAL MANAGEMENT | ATTN:RYAN MACDONALD 5000 PLAZA ON THE LAKE BOULEVARD, SUITE 250 AUSTIN, TEX AS 78746 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD (ANZ) | ATTN:ALEXANDRA FOGARTY, ASSOCIATE DIRECTOR ANZ BANKING GROUP LTD 100 QUEEN STREET, LEVEL 3 MELBOURNE VIC 3000 AUSTRALIA |
| AUSTRIALIAN SUPER | ATTN:JASON COTTER LEVEL 33 50 LONSDALE STREET MELBOURNE VIC 3000 AUSTRALIA |
| AZIENDA ELETTRICA TICINESE | ATTN:AVV. FLAVIA GRASSI VIALE OFFICINA 10 BELLINZONA 6500 SWITZERLAND |
| BALL ASIA PACIFIC LIMITED | ATTN:COLIN HEDLEY/ VICE PRESIDENT OF FINANCE UNITS 1612-1618 TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK, KOWLOON, HONG KONG MONGKOK HONG KONG |
| BALL ASIA PACIFIC LIMITED | ATTN:GENERAL COUNSEL; JEFF KNOBEL C/O BALL CORPORATION 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN:GENERAL COUNSEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN:JEFF KNOBEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | ATTN:LEGAL DEPARTMENT, STEFANO BALLARINI VIA GRAMSCI 7 TORINO 10121 ITALY |
| BANCA ITALESE S.P.A. | ATTN:SANDRO MARUCCI VIA CINCO DEL DUCA N. 12 MILLAN 20122 ITALY |
| BANCA POPOLARE DELL EMILLA ROMAGNA SOC. COOP. | ATTN:UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DI VICENZA S.C.P.A. | ATTN:FINANCIAL DIVISON, DOCUMENTATION UNIT CORSO COMO 15 MILANO 20154 ITALY |
| BANCA REALE S.P.A. | ATTN:RACHELE FRANCA SFORZA CORSO VITTORIO EMANUELE 101 TORINO 10128 ITALY |
| BANCAJA GARANTIZADO 14, FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA GARANTIZADO 14, FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA GARANTIZADO 15, FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA GARANTIZADO 15, FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA GARANTIZADO RENTA VARIABLE 10 FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA GARANTIZADO RENTA VARIABLE 10 FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | ATTN:PATRICIA GOLDSCHMIDT, LEGAL DEPARTMENT EDIFICIO QUARTZO RUA ALEXANDRE HERCULANO, 38 LISBOA 1269-161 PORTUGAL |
| BANK JULIUS BAER & CO. LTD. | ATTN:DR. MICHAEL GERNY / P. ROOS LEGAL PRODUCTS & SERVICES (POFC) P.O. BOX MORGANTENSTRASSE 1 ZURICH CH-8010 SWITZERLAND |
| BANKOF CHINA LIMITED | ATTN:TREASURY DEPARTMENT / LEGAL & COMPLIANCE DEPT 1 FUXINGMEN NEJ DAJIE BEIJING 100818 CHINA, PEOPLE'S REPUBLIC |
| BARCLAYS BANK PLC | ATTN:NICK WEBB 5 THE NORTH COLONNADE CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| BEAR STEARNS BANK PLC | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS BANK PLC | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR, STEARNS INTERNATIONAL LIMITED | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| BG INTERNATIONAL LIMITED | ATTN:REBECCA TOMALIN,UK CREDIT MGR & NICK TYLER, LEGAL COUNSEL 100 THAMES VALLEY PARK DRIVE READING, BERKS RG6 1PT UNITED KINGDOM |
| BKW FMB ENERGIE AG | ATTN:LEGAL COUNSEL TRADING VIKTORIAPLATZ 2 BERNE 25 CH-3000 SWITZERLAND |
| BONDI BEACHSIDE PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW 2000 AUSTRALIA |
| BONDI BEACHSIDE REBEL PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW NSW 2000 AUSTRALIA |
| BONDI BEAHSIDE HOLDINGS PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW NSW 2000 AUSTRALIA |
| BP GAS MARKETING LIMITED | ATTN:FIONA CROSS, LEGAL DEPARTMENT / LINDA BERGER 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UNITED KINGDOM |
| BRADFORD & BINGLEY PLC | ATTN:DIRECTOR OF TREASURY & WHOLESALE BANKING PO BOX 88 CROFT ROAD CROSSFLATTS BINGLEY WEST YORKSHIRE BD16 2UA UNITED KINGDOM |
| BRE BANK SA | ATTN:MATTHEW P. MORRIS, PARTNER 18 SENATORSKA STREET P.O. BOX 728 WARSWAWA 00-950 POLAND |
| BRE BANK SA | ATTN:MATTHEW P. MORRIS, PARTNER LOVELLS LLP 590 MADISON AVEUE NEW YORK NY 10022 |
| BREVAN HOWARD MASTER FUND LIMITED | ATTN:ALEX UNDERWOOD, GENERAL COUNSEL C/O BREVAN HOWARD ASSET MANAGEMENT, LLP ALMACK HOUSE, 2ND FLOOR 28 KING STREET LONDON SW1Y 6XA UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LIMITED | ATTN:ALEX UNDERWOOD, GENERAL COUNSEL C/O BREVAN HOWARD ASSET MANAGEMENT, LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BRIDGEWATER ASSOCIATES, INC. | ATTN:COUNTERPARTY & CLIENT RELATIONS ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRITISH ENERGY TRADING AND SALES LIMITED | ATTN:THE COMPANY SECRETARY GSO BUSINESS PARK EAST KILBRIDE G74 5PG UNITED KINGDOM |
| BROOKHAVEN AT LEXINGTON | ATTN:LISA GILLISSEN, DIRECTOR OF FINANCE C/O SYMMES LIFE CARE, INC 1010 WALTHAM ST. SUITE 600 LEXINGTON MA 02421-8052 |
| CAAM GLOBAL BOND FUND | ATTN:JENNY SOFIAN, WINSTON THNG 168 ROBINSON ROAD, NO. 22-03 CAPITAL TOWERS 68912 SINGAPORE |
| CAAM GLOBAL BOND FUND | ATTN: WINSTON THNG CREDIT AGRICOLE ASSET MANAGEMENT SINGAPORE LIMITED 168 ROBINSON ROAD, NO. 22-03 CAPITAL TOWERS 68912 SINGAPORE |
| CAIXA SABADELL | ATTN:MERTIXWELL OLIVE,MGR,GLOBAL RISK CONTROL DEPT CAIXA D'ESTALVIS DE SABADELL CALLE GRACIA 17 SABADELL 8201 SPAIN |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN:JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CANYON COUNTRY COMMUNITIES, L.P. | ATTN:CHRISTIAN D. DUBOIS C/O PILLSBURY WINTHROP SHAW PITTMAN, LLP 50 FREMONT STREET SAN FRANCISCO CA 94105-2228 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | ATTN:LEGAL GROUP; MARK GONZALEZ C/O CAPSTONE INVESTMENT ADVISORS, LLC 44 WALL STREET, 4TH FLOOR NEW YORK NY 10005 |
| CAROLINA FIRST BANK | ATTN:MIKE FOWLER, TREASURER 104 SOUTH MAIN STREET GREENVILLE SC 29601 |
| CASSA DEPOSITI E PRESTITI SPA | ATTN:AREA LEGALE AND DIREZIONE FINANZA VIA GOITO 4 ROME 185 ITALY |
| CASTLESTONE MANAGEMENT | ATTN:MRS. JANE LINNEY 2ND FLOOR, NICOLA JANE HOUSE SOUTHERN GATE TERMINUS ROAD CHICHESTER PO19 8SE UNITED KINGDOM |
| CHEROKEE WATER & SEWAGE AUTHORITY | ATTN:JANICE HENDERSON, DIR. OF FINANCE/ADMIN. PO BOX 5000 CANTON GA 30114 |
| CHINATRUST COMMERCIAL BANK | ATTN:LEGAL DEPARTMENT 16F., NO. 3, SONGSHOU ROAD XINYI DISTRICT TAIPEI CITY 110 110 TAIWAN |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | ATTN:JOHN NORRIS, CEO 2002 WEST SUNNYSIDE DRIVE P.O. BOX 83210 PHOENIX AZ 85071-3210 |
| CITY OF AUSTIN D/B/A AUSTIN ENERGY | ATTN; BRENT HARSHMAN, ASSISTANT CITY ATTORNEY TOWN LAKE CENTER 721 BARTON SPRINGS ROAD AUSTIN TX 78704 |
| COLBY-SAWYER COLLEGE | ATTN:DOUGLAS W. LYON, TREASURER 541 MAIN STREET NEW LONDON NH 03257-7835 |
| COMMERZBANK AG | ATTN:JOACHIM BALLERSTAEDT GLOBAL INTENSIVE CARE RELATIONSHIP INTERNATIONAL FRANKFURT AM MAIN 60261 GERMANY |

| Claim Name | Address Information |
|---|---|
| CONECTIV ENERGY SUPPLY INC | ATTN:CONTRACTS MANAGER [BY COURIER] 300 NORTH WAKEFIELD DRIVE NEWARK DE 19702 |
| CONECTIV ENERGY SUPPLY INC | ATTN:CONTRACTS MANAGER PO BOX 6066 NEWARK DE 19702 |
| COUNTY OF SONOMA PENSION OBLIGATION BONDS, | SERIES 1993 ATTN:JONATHAN KADLEC, REVENUE & DEBT COLLECTOR SONOMA CTY AUDITOR-CONTROLLER/TREASURER-TAX COLL PO BOX 3879 SANTA ROSA CA 95403 |
| COUNTY OF SONOMA PENSION OBLIGATION BONDS, | SERIES 1993 ATTN:CATHY PATTON SONOMA CTY AUDITOR-CONTROLLER/TREASURER-TAX COLL PO BOX 3879 SANTA ROSA CA 95403 |
| CTC MASTER FUND LTD. | ATTN:JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO IL 60604 |
| DAIWA SECURITIES SMBC CO. LTD. | ATTN:DERIVATIVE ADMINISTRATION SECTION GRAN TOKYO NORTH TOWER, 27TH FLOOR 9-1 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-3753 JAPAN |
| DAVID L. JACOBSON | ATTN:DAVID L. JACOBSON 67611 HIGHWAY 210 MAXWELL IA 50161 |
| DE 'LONGHI CAPITAL SERVICES S.R.L | ATTN:FABIO DE 'LONGHI - DIREZIONE TESORERIA DE 'LONGHI CAPITAL SERVICES S.R.L VIA LODOVICO SEITZ, 47 TREVISO 31100 ITALY |
| DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD(BV) | ATTN:MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | ATTN:MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN EVENT TRADING LTD | ATTN:MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD | ATTN:MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. | ATTN:MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DELL GLOBAL BV | ATTN:SCOTT J. DEPTA, SENIOR CORPORATE COUNSEL ONE DELL WAY - RR1 - 59 ROUND ROCK TX 78682 |
| DELL PRODUCTS LP | ATTN:SCOTT J. DEPTA, SENIOR CORPORATE COUNSEL ONE DELL WAY - RR1 - 59 ROUND ROCK TX 78682 |
| DEPFA ACS BANK | ATTN:JOAN DOYLE 1 COMMONS STREET IFSC DUBLIN 1 IRELAND, REPUBLIC OF |
| DEPFA BANK PLC | ATTN:JOAN DOYLE 1 COMMONS STREET IFSC DUBLIN 1 IRELAND, REPUBLIC OF |
| DEUTSCHE LUFTHANSA AG | ATTN:STEFAN KUPER, FRA CJ/W LUFTHANSA AVIATION CENTER AIRPORTING FRANKFURT/MAIN 60546 GERMANY |
| DEUTSCHE POSTBANK AG | ATTN:TRANSACTION MANAGEMENT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D - 53175 GERMANY |
| DEXIA BANK BELGIUM | ATTN:KARINE DRIESEN, LEGAL DEPARTMENT DEXIA BANQUE BELGIQUE BOULEVARD PACHECO, 44 BRUXELLES 1000 BELGIUM |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | ATTN:M. JEAN - NICOLAS DURAND DEXIA BANQUE INTERNATIONALE A LUXEMBURG CONSEILS JURIDIQUES LEGAL DEPARTMENT PLM + 218 D 69 D'ESCH L-2953 LUXEMBOURG |
| DEXIA CREDIOP S.P.A. | ATTN:SEGRETERIA GENERALE,EDOARDO BARATELLA, RAFFAELLA PIVA; VIA VENTI SETTEMBRE N. 30 ROME 00187 ITALY |
| DEXIA CREDIT LOCAL | ATTN:PIERRE- GUILLAUME VEAUX DEXIA ASSET MANAGEMENT WASHINGTON PLAZA - 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA CREDIT LOCAL | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA KOMMUNALKREDIT BANK AG | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT C/O DEXIA CREDIT LOCAL DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA MUNICIPAL AGENCY | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DISTRICT OF COLUMBIA | ATTN:LASANA K MACK OFFICE OF FINANCE AND TREASURY 1275 K. STREET NW, SUITE 600 WASHINGTON DC 20005 |
| DIVERSIFIED BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |

| Claim Name | Address Information |
|---|---|
| DIVERSIFIED BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DOCTORS PENSION FUND SERVICES | ATTN:PAUL VERMEULEN,HEAD OF MID OFFICE INVESTMENTS STICHING PENSIOENFUNDS VOOR HUISARTSEN NEWTONLAAN 71-77 POSTBUS 85344 UTRECHT 3508 AH NETHERLANDS, THE |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC. | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC. | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DUKE ENERGY INDIANA, INC (F/K/A PSI ENERGY, INC) | 139 E. FOURTH STREET, EA 503 CINCINNATI OH 45201 |
| DUKE ENERGY INDIANA, INC (F/K/A PSI ENERGY, INC) | ATTN:RHODA WILLIAMS 221 E. FOURTH STREET AT- II 5TH FLOOR CINCINNATI OH 45202 |
| DUKE ENERGY INDIANA, INC. | ATTN:RHODA WILLIAMS, MANAGER, CONTRACT MGMT. 139 EAST FOURTH STREET, EA 606 CINCINNATI OH 45201-0960 |
| DZ BANK AG | ATTN:MARKUS EISENBURGER PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK IRELAND PLC | ATTN:MARK JACOB GUILD HOUSE, GUILD STREET I.F.S.C. DUBLIN 1 IRELAND, REPUBLIC OF |
| EASTERN CONNECTICUT HEALTH NETWORK INC. | ATTN:LLOYD PELLETIER 71 HAYNES STREET MANCHESTER CT 06040-4131 |
| EASTERN MAINE HEALTHCARE | ATTN:DANIEL B. COFFEY, EVP THE CIANCHETTE BUILDING 43 WHITING HILL ROAD, SUITE 500 BREWER ME 04412 |
| EATON VANCE MANAGEMENT | ATTN:FREDERICK S. MARIUS EATON VANCE MANAGEMENT TWO INTERNATIONAL PLACE, 6TH FLOOR BOSTON MA 02110 |
| EDF TRADING MARKETS LIMITED | ATTN:SENIOR ADMINISTRATIVE OFFICER CARDINAL PLACE, 3RD FLOOR 80 VICTORIA STREET LONDON SW1E 5JL UNITED KINGDOM |
| EFG EUROBANK ERGASIAS SA | ATTN:JEFFREY RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EIDESIS CAPITAL MASTER FUND LITD | ATTN:GREGORY SONIS C/O EIDESIS STRUCTURED CREDIT FUND GP, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| ELLIOTT ASSOCIATES, L.P. | ATTN:ELLIOT GREENBERG C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | ATTN:MATTHEW J. GOLD KLEINBERG, KAPLAN, WOLFF & COHEN, PC 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | ATTN:ELLIOT GREENBERG C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | ATTN:MATTHEW J. GOLD KLEINBERG, KAPLAN, WOLFF & COHEN, PC 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELWYN, INC | ATTN:DANIEL M. REARDON, VP, CFO 111 ELWYN ROAD MEDIA PA 19063 |
| EMC CORPORATION | ATTN:HEATHER SALBER 176 SOUTH STREET HOPKINTON MA 01748 |
| EMIRATES NATIONAL OIL COMPANY (SINGAPORE) | PRIVATE LIMITED ATTN:MID OFFICE MANAGER 3 TEMASEK AVENUE #24-02 CENTENNIAL TOWER SINGAPORE 39190 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| ENI S.P.A. | ATTN:CHIEF COUNSEL FINANCE CAPITAL MARKET AND LEGAL DEPARTMENT COORDINATION PIAZZALE ENRICO MATTEI 1 ROMA 00144 ITALY |
| ENI S.P.A. | ATTN:FINANCE FINANCE PIAZZA EZIO VANONI 1 SAN DONATO, MILANESE (MI) 20097 ITALY |
| ENI UK LIMITED | ATTN:SUZANNE C. BELL, SENIOR LEGAL COUNSEL NORTH SEA GAS & POWER ENI UK LIMITED, ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| EPISCOPAL HOMES FOUNDATION | ATTN:BILL TANNER, VP / FUND DEVELOPMENT EPISCOPAL SENIOR COMMUNITIES 2185 N/ CALIFORNIA BOULEVARD, SUITE 575 WALNUT CREEK CA 94596 |
| ERSTE EUROPAISCHE PFANDBRIEF- | UND KOMMUNALKREDITBANK ATTN:BACK OFFICE, ROBERT THOMMES AKTIENGESELLSCHAFT IN LUXEMBURG BOITE POSTALE 2133 LUXEMBURG L-1021 LUXEMBURG |
| ESSEX FOUNTAIN PARK APARTMENTS, L.P. | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| ESSEX INGLENOOK COURT, LLC | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| EUROBANK ERGASIAS S.A. | ATTN:JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FAIRFAX FINANCIAL HOLDINGS LIMITED | ATTN:PAULA SAWYERS, LEGAL COUNSEL 95 WELLINGTON STREET WEST, SUITE 800 TORONTO ON M5J 2N7 CANADA |
| FAITH PROPERTIES INC. | ATTN:SCOTT GRASS; JASON HUME, CFO 5526 STATE ROAD 26 EAST LAFAYETTE IN 47905 |
| FANNIE MAE | ATTN PETER MCGONIGLE, ESQ. FANNIE MAE 1835 MARKET ST. SUITE 2300 PHILADELPHIA PA 19103 |
| FANNIE MAE | ATTN:DEPUTY GENERAL COUNSEL FOR CAPITAL MARKETS FEDERAL NATIONAL MORTGAGE ASSOCIATION 3900 WISCONSIN AVE. NW WASHINGTON DC 20016 |
| FEDERAL HOME LOAN BANK OF SEATTLE | ATTN:LEGAL DEPT-GERARD CHAMPAGNE,SVP & CHIEF CNSL 1504 4TH AVENUE, SUITE 1800 SEATTLE WA 98101 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN:MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK NY 10271 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN:GEORGE KIELMAN, ASSOCIATE GENERAL COUNSEL 8200 JONES BRANCH DR., MS 202 MCLEAN VA 22102 |
| FERRERO S.P.A. | ATTN:FINANZA PIAZZALE PIETRO FERRERO, 1 ALBA (CN) 12051 ITALY |
| FIRST BANK | ATTN:EDWARD FURMAN 600 JAMES S. MCDONNELL BLVD. M1-199-018 HAZELWOOD MO 63042 |
| FIRST BANKING CENTER | ATTN:JIM SCHUSTER, CHIEF FINANCIAL OFFICER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FISHERMAN'S LANDING ASSOCIATES | ATTN:NICHOLAS PICARSIC C/O FIRST CAPITAL CORPORATION 1350 OLD FREEPORT RD, SUITE 3A PITTSBURGH PA 15238 |
| FLA COMMUNITY SERV CORP-WALTON | ATTN:MELISSA W. PILCHER 4432 U.S. HIGHWAY 98 EAST SANTA ROSA BEACH FL 32459 |
| GALLERY QMS MASTER FUND | ATTN:ANGELA VACCARO C/O HORTON POINT LLC 1180 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10036 |
| GEORGE B. KAISER | ATTN:SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA OK 74103 |
| GEORGE B. KAISER | ATTN:DON MILLICAN / KEN KINNEAR C/O FREDERIC DOWART LAWYERS 6733 SOUTH YALE AVENUE TULSA OK 74136 |
| GEORGETOWN UNIVERSITY | ATTN:SUSAN LIM, FINANCIAL AFFAIRS BUDGET DEPT RYAN ADMINISTRATION BLDG 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GERMANIA STREET, LLC | ATTN:TINA SHIPMAN C/O KC VENTURE GROUP, LLC 2020 W. 89TH STREET, SUITE 320 LEAWOOD KS 66206 |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| GLENCORE COMMODITIES LTD | ATTN:JON NESBIT / YVONNE VOONG LONDON BRANCH 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN:ADELINE ANG / MARILYN KOO / SETH KIM FAR SINGAPOE BRANCH 1 TEMASK AVENUE #34-01 MILLENIA TOWER SINGAPORE 39192 SINGAPORE |
| GLENCORE COMMODITIES LTD | ATTN:SEAN MCANDREW / MARC DELAURENTIS STAMFORD BRANCH THREE STAMFORD PLAZA 301 |

| Claim Name | Address Information |
|---|---|
| GLENCORE COMMODITIES LTD | TRESSER BOULEVARD STAMFORD CT 06901-3244 |
| GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE | MASTER FUND LP ATTN:GUSTAVO HERNANDEZ C/O GLOBAL SECURITIES ADVISORS, LLC 405 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174 |
| GOODELL LOVING TRUST | ATTN:MS. PATRICIA GOODELL 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GULF INTERNATIONAL BANK B.S.C. | ATTN:SECURITIES & DERIVATIVES UNIT / LEGAL UNIT 3 PLACE AVENUE P.O. BOX 1017 MANAMA BAHRAIN |
| HARRY B. LEVINE | ATTN:HARRY B. LEVINE 3 DRUMMOND TERRACE LIVINGSTON NJ 07039 |
| HARRY B. LEVINE | ATTN:HARRY B. LEVINE 75 HAMPSHIRE LANE BOYNTON BEACH FL 33436 |
| HAYMAN ADVISORS, LP | ATTN:CHRISTOPHER KIRKPATRICK, GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, LP | ATTN:CHRISTOPHER KIRKPATRICK, GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HEBRON ACADEMY | ATTN:PHIL GLEASON BURNSTEIN SHUR 100 MIDDLE STREET P.O. BOX 9729 PORTLAND ME 04104-5029 |
| HEBRON ACADEMY | ATTN:JAMES L. BISESTI, BUSINESS MANAGER 339 PARIS ROAD P.O. BOX 309 HEBRON ME 04238-0309 |
| HFR EM ADVANTAGE MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HFR MF THAYER BROOK MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HIGH YIELD BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| HIGH YIELD BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN:GENERAL COUNSEL 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS, LP | ATTN:GENERAL COUNSEL 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HOKKAIDO INTERNATIONAL AIRLINES CO., LTD. | ATTN:YOSHIKAZU OYAUCGI, EXECUTIVE MANAGING DIR NISHI 2-CHOME 9 KITA 1-JO CHUO KU SAPPORO HOKKAIDO 060-0001 JAPAN |
| HORIZON21 ALTERNATIVE INVESTMENTS LTD | ATTN:CHIEF EXECUTIVE OFFICE HORIZON21 ALTERNATIVE INVESTMENTS (CAYMAN) LTD P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR, GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HSBC BANK FRANCE | ATTN:FLORENCE LEPICARD 103 AVENUE DES CHAMPS-ELYSEES PARIS CEDEX 08 75419 FRANCE |
| HSBC BANK FRANCE | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN:RICHARD GRAY GBM LEGAL, LEVEL 22 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA | C/O HSBC SECURITIES INC LEGAL DEPARTMENT, 7TH FLOOR 452 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC FRANCE | ATTN:FLORENCE LEPICARD DAJF/LEGAL & TAX DEPT, GLOBAL BANKING AND MARKETS CAMILLE D'HAUTEFEUILLE 103 AVENUE DES CHAMPS ELYSEES PARIS 75008 FRANCE |
| HYPERION BROOKFIELD COLLATERALIZED | SECURITIES FUND, INC. ATTN:LILY TJIOE, ASSISTANT VICE PRESIDENT C/O HYPERION BROOKFIELD ASSET MANAGEMENT , INC. THREE WORLD FINANCIAL CENTER 200 VESSEY STREET, 10TH FLOOR NEW YORK NY 10281-1010 |
| ICCREA BANCA SPA | ATTN:LEGAL DEPARTMENT / CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| IMPERIAL TOBACCO FINANCE PLC | ATTN:GROUP TREASURY PO BOX 244 SOUTHVILLE BRISTOL BS99 7UJ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLP | ATTN:CHRIS JACOBY, VICE PRESIDENT C/O ASSET MANAGEMENT GROUP INVESTMENT CORP 6501 E. BELLEVIEW AVE, SUITE 400 ENGLEWOOD CO 80111 |
| INTESA SANPAOLO SPA | ATTN:MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN 20121 ITALY |
| J.P. MORGAN SECURITIES LTD. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LTD. | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JA SOLAR HOLDINGS CO LTD | ATTN:JIAN XIE RM 705, NO. 36 JIANG CHANG SAN ROAD ZHA BEI SHANGHAI 200436 CHINA, PEOPLE'S REPUBLIC |
| JA SOLAR HOLDINGS CO LTD | ATTN:VAN DURRER, ESQ - LEGAL COUNSEL SKADDEN, ARPS, SLATE, MEAGHER & FLOM 300 SOUTH GRAND AVENUE. SUITE 3400 LOS ANGELES CA 90071 |
| JEWISH BOARD OF FAMILY & CHILDREN'S SERVICES, INC. | ATTN:RONALD F. RIES, CPA, CFO 120 WEST 57TH STREET, 7TH FLOOR NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JUICE ENERGY INC. | ATTN:D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON DC 20036 |
| JYSKE BANK A/S | ATTN:MICHAEL FRIIS, LAWYER - LEGAL DEPARTMENT VESTERGADE 8-16 SILKEBORG DK-8600 DENMARK |
| KBL EUROPEAN PRIVATE BANKERS S.A. | ATTN:PETER VERMEULEN, LIESBET LEFEVERE-LEGAL DEPT 43 BOULEVARD ROYAL L-2955 LUXEMBOURG |
| KEYSTONE ENERGY PARTNERS, LP | ATTN:GENERAL COUNSEL, SHARI STACK 1111 BAGBY, SUITE 2510 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN:ALICE R. L. GINSBURGH, ASST. GENERAL COUNSEL 500 DALLAS STREET - SUITE 1000 HOUSTON TX 77002 |
| KOCH FINANCIAL CORPORATION | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING, LP | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOREA EAST-WEST POWER CO. LTD | 411, YEONGDONGDAERO GANGMAN- GU SEOUL 135-791 KOREA, REPUBLIC OF |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | ATTN:RICHARD HALEY PICERNE DEVELOPMENT CORPORATION OF FLORIDA C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LANDESBANK BERLIN AG | ATTN:HENNING GRAVLEV UNTERNEHMENSENTWICKLUNG UND RECHT RECHT - KAPITALMARK (LBB-RK 2) ALEXANDERPLATZ 2 BERLIN 10178 GERMANY |
| LEVEL GLOBAL OVERSEAS MASTER FUND, LTD | ATTN:LAWRENCE CANZONERI 888 SEVENTH AVENUE, 27TH FLOOR NEW YORK NY 10019 |
| LEVEL RADAR AMSTER FUND, LTD | ATTN:LAWRENCE CANZONERI 888 SEVENTH AVENUE, 27TH FLOOR NEW YORK NY 10019 |
| LIBERTY HARBOR MASTER FUND I L.P. | ATTN:MICHAELA LUDBROOK 30 HUDSON STREET, 37TH FLOOR JERSEY CITY NJ 07302 |
| LIBERTY HARBOR MASTER FUND II L.P. | ATTN:MICHAELA LUDBROOK 30 HUDSON STREET, 37TH FLOOR JERSEY CITY NJ 07302 |
| LIBRA FUND LP | ATTN:RANJAN TANDON / ALEX FLEYTEKH 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022-7218 |
| LIBRA OFFSHORE LTD | ATTN:RANJAN TANDON / ALEX FLEYTEKH C/O LIBRA ADVISORS, LLC 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022-7218 |
| LIFE CARE ST. JOHN'S, INC | ATTN:PRESIDENT AND CEO C/O VICAR'S LANDING 1000 VICAR'S LANDING WAY PONTE |

| Claim Name | Address Information |
|---|---|
| LIFE CARE ST. JOHN'S, INC | VEDRA BEACH FL 32082 |
| LLOYDS TSB BANK PLC | ATTN:DAVID COLE / MIKE DENSEM CORPORATE MARKETS BUSINESS SUPPORT 48 CHISWELL STREET, 1ST FLOOR LONDON EC1Y 4XX UNITED KINGDOM |
| LSN/TLS OBLIGATED GROUP | ATTN:RICHARD M. BAGER, EXECUTIVE VP, CFO, CPA DIAKON LUTHERAN SOCIAL MINISTRIES 960 CENTURY DRIVE MECHANICSBURG PA 17055 |
| LUMINUS ENERGY PARTNERS MASTER FUND LTD | ATTN:NICOLE PANEBIANCO C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019 |
| MACKAY SHIELDS CREDIT STRATEGY FUND LTD | ATTN:BYRON H. SPIVAK, DEPUTY GENERAL COUNSEL & MD MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MACKAY SHIELDS CREDIT STRATEGY PARTNERS LP | ATTN:BYRON H. SPIVAK, DEPUTY GENERAL COUNSEL & MD MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MACKINAW POWER HOLDINGS LLC | ATTN:RAY EHRIG 1415 LOUISIANA, SUITE 3500 HOUSTON TX 77002 |
| MACQUARIE BANK LIMITED | ATTN:ANDREW HARDING,EXEC DIR, HEAD, LEGAL RISK MGT MACQUARIE GROUP LIMITED LEVEL 4, NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE COOK POWER INC | ATTN:ANDREW HARDING,EXEC DIR, HEAD, LEGAL RISK MGT MACQUARIE GROUP LIMITED LEVEL 4, NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MANSFIELD MEMORIAL HOMES LLC | ATTN:RAYMOND L. LOUGHMAN, EXECUTIVE DIRECTOR 50 BLYMYER AVE MANSFIELD OH 44903 |
| MARK WENTWORTH HOME | ATTN:MARY ELLEN DUNHAM, EXECUTIVE DIRECTOR 346 PLEASANT STREETS PORTSMOUTH NH 03801 |
| MARRIOTT INTERNATIONAL, INC | ATTN:ASST. TREASURER DEPT. 52/924.11 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARRIOTT INTERNATIONAL, INC | ATTN:ASST. GEN. COUNSEL - CORP. FIN. DEPT. 52/923 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARSHALL & ILSLEY CORPORATION | ATTN:MICHAEL C. SMITH, CORPORATE TREASURY 770 NORTH WATER STREET MILWAUKEE WI 53202 |
| MELIORBANCA SPA | ATTN:MR. MASSIMO SGABUSSI, CFO DOMENICO PESCOSOLIDO SERVIZIO CONTROLLO RISCHI FINANZIARI VIA BORROMEI 5 MILANO 20123 ITALY |
| MELIORBANCA SPA | ATTN:MASSIMO SGABUSSI, CHIEF FINANCIAL OFFICER VIA BORROMEI, 5 MILANO 20123 ITALY |
| MERCURIA ENERGY TRADING PTE LTD | ATTN:ANNA LI KONINGSLAAN 112 GV UTRECHT 3583 NETHERLANDS, THE |
| MERCURIA ENERGY TRADING SA | ATTN:ANNA LI KONINGSLAAN 112 GV UTRECHT 3583 NETHERLANDS, THE |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | ATTN:LYNN HAMPTON, VP OF FINANCE AND CFO 1 AVIATION CIRCLE WASHINGTON DC 20001-6000 |
| MF GLOBAL UK LIMITED | ATTN:NIGEL AVEY, DIRECTOR, LEGAL & COMPLIANCE SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MICHIGAN STATE UNIVERSITY | ATTN:GLEN KLEIN, DIRECTOR 412 ADMINISTRATION BUILDING EAST LANSING MI 48824 |
| MINISTRY OF FINANCE SWEDEN (KINGDOM OF SWEEDEN) | SW: JURIDIKAVDELNINGEN C/O THE SWEDISH NATIONAL DEBT OFFICE RIKSGALDEN NORRLANDSGATAN 15 STOCKHOLM SE 103 74 SWEDEN |
| MINNESOTA LIFE INSURANCE COMPANY | ATTN:VICE PRESIDENT, INVESTMENT LAW 400 ROBERT ST. SAINT PAUL MN 55101-2098 |
| MINNESOTA LIFE INSURANCE COMPANY | ATTN:PAUL C. DORN ADVANTUS CAPITAL MANAGEMENT 400 ROBERT ST. SAINT PAUL MN 55101-2098 |
| MINNESOTA MASONIC HOME (NORTH RIDGE / CARE CENTER) | ATTN:ERIC NEETENBEEK MINNESOTA MASONIC HOME CARE CENTER 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437-3699 |
| MINNESOTA MASONIC HOME (NORTH RIDGE / CARE CENTER) | ATTN:STEVEN J. SEILER JOHNSON, KILLEN & SEILER 230 WEST SUPERIOR STREET, SUITE 800 DULUTH MN 55802 |
| MIRAE ASSET SECURITIES CO LTD | ATTN:LEGAL DEPARTMENT MIRAE ASSET BUILDING 9TH FLOOR 45-1 YOUIDO- DONG YOUNGDEUNGPO- GU SEOUL 150-994 KOREA, REPUBLIC OF |
| MITSUBISHI CORPORATION | ATTN:MR. KOICHIRO TAKAGI 3-1, MARUNOUCHI 2-CHOME PRECIOUS METALS GLOBAL RISK MGMT. TEAM BULLION & GLOBAL COMMODITY FUTURES CHIYODA-KU, TOKYO 108-8228 JAPAN |
| MITSUBISHI CORPORATION | ATTN:ANDREW D. SCHAFFER 1675 BROADWAY NEW YORK NY 10019 |
| MITSUBISHI CORPORATION | ATTN:PAMELA J. SACKMANN 1675 BROADWAY NEW YORK NY 10019 |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN:DERIVATIVES DOCUMENTATION, GLOBAL MARKETS BUSINESS UNIT 4-5 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |

| Claim Name | Address Information |
|---|---|
| MITSUI & CO. ENERGY RISK MANAGEMENT INC. | ATTN:LEGAL DEPARTMENT MITSUI & CO. ENERGY RISK MANAGEMENT LTD. 5TH FLOOR, ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| MITSUI & CO. ENERGY RISK MANAGEMENT INC. | ATTN:LEGAL DEPARTMENT 200 PARK AVE, 31ST FLOOR NEW YORK NY 10166 |
| MIZRAHI TEFAHOT BANK, LTD | ATTN:IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZUHO SECURITIES CO. LTD, TOKYO | ATTN:KASUMI NAKAMURA REGAL DEPT OF MIZUHO SECURITIES CO, LTD. OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-004 JAPAN |
| MONTAUK ENERGY CAPITAL, LLC | ATTN:MARTIN L. RYAN, VP AND GENERAL COUNSEL 680 ANDERSEN DRIVE FOSTER PLAZA 10, 5TH FL PITTSBURGH PA 15220 |
| MONTPELIER FOUNDATION | ATTN:MICHAEL QUINN, PRESIDENT P.O. BOX 911 ORANGE VA 22960 |
| MOORE CAPITAL MANAGEMENT, LP | ATTN:LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE EUROPE CAPITAL MANAGEMENT, LLP | ATTN:JULIE O'NEILL ONE CURZON STREET, 6TH FLOOR LONDON W1J 5HA UNITED KINGDOM |
| MORGAN STANLEY & CO. INCORPORATED | ATTN:CHRISTOPHER BUCCHINO, MANAGING DIR. 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN:LEGAL DEPT 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY CAPITAL GROUP INC. | ATTN:ROBERT P. KINNEY, CHAIRMAN & PRESIDENT 2000 WESTCHESTER AVENUE, 1ST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORNINGSIDE MINISTRIES FOUNDATION, INC. (THE) | ATTN:ALVIN A. LOEWENBERG, JR. - PRESIDENT THE MORNINGSIDE MINISTRIES FOUNDATION, INC. C/O MORNINGSIDE MINISTRIES 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| MOUNT POLLEY MINING CORPORATION | ATTN:ANDRE DEEPWELL, CFO IMPERIAL METALS CORPORATION 580 HORNBY STREET, SUITE 200 VANCOUVER BC V6C 3B6 CANADA |
| MPS CAPITAL SERVICES BANCA PER LE IMPRESE SPA | ATTN:ILARIA FRANCI V.LE MAZZINI, 23 SIENA 53100 ITALY |
| MTR CORPORATION LIMITED | ATTN:LEGAL MANAGER, GENERAL MTR HEADQUARTERS BUILDING TELFORD PLAZA KOWLOON BAY HONG KONG |
| MUSKINGUM COUNTY OHIO | ATTN:ANITA J. ADAMS, COUNTY AUDITOR 401 MAIN ST. ZANESVILLE OH 43701 |
| NANTUCKET FUND LP | ATTN:GINA M. MANIACI 40950 WOODWARD AVENUE, SUITE 307 BLOOMFIELD HILL MI 48304 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTNL: GNERAL COUNSEL, EUROPE 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL BANK OF GREECE, SA | ATTN:VICKY ZARAFETA TREASURY SUPORT OPERATIONS AKADIMIAS 68 ATHENS 106-78 GREECE |
| NATURAL GAS EXCHANGE INC. | ATTN:CHERYL GRADEN, CHIEF LEGAL COUNSEL 140- 4 AVENUE SW SUITE 2330 CALGARY AB T2P 3N3 CANADA |
| NATURAL GAS EXCHANGE INC. | ATTN:CATHY WATCKINS, LEGAL COUNSEL 140- 4 AVENUE SW SUITE 2330 CALGARY AB T2P 3N3 CANADA |
| NESTE OIL OYJ | ATTN:MARJA MAKI KEILARANTA 21 POB 95, FI-02150 ESPOO NESTE OIL FI-00095 FINLAND |
| NEVADA POWER COMPANY D/B/A NV ENERGY | ATTN:VINCENT P.BURTON, MGR - ENERGY SUPPLY CONTRACT ADMIN. 6226 W. SAHARA AVENUE LAS VEGAS NV 89146 |
| NEXEN ENERGY MARKETING LONDON LIMITED | ATTN:JAIME COCKBURN 100 BROMPTON ROAD LONDON SW3 1ER UNITED KINGDOM |
| NEXEN ENERGY MARKETING LONDON LTD. | ATTN:HEAD OF LEGAL / HEAD OF FINANCE 100 BROMPTON ROAD LONDON SW3 1ER UNITED KINGDOM |
| NIBC BANK N.V. | ATTN:LEGAL DEPARTMENT P.O. BOX 380 THE HAGUE 2501 BH NETHERLANDS, THE |
| NIBC BANK N.V. | ATTN:LEGAL DEPARTMENT CARNEGIEPLEIN 4 THE HAGUE 2517 KJ NETHERLANDS, THE |
| NIPSCO | ATTN:JAMES ORLANDO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN:SUSANNE KOLDEWEY / DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANOVER D-30159 GERMANY |
| NORDIC INVESTMENT BANK | ATTN:STEN HOLMBERG, CHIEF COUNSEL FABIANINKATU 34 P.O. BOX 249 HELSINKI FL-00171 FINLAND |
| NORTHERN ROCK PLC | ATTN:LEGAL SERVICES NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NE3 4PL UNITED KINGDOM |
| NORTHWESTERN MEDICAL CENTER | ATTN:TED D. SIROTTA, CFO 133 FAIRFIELD STREET ST. ALBANS VT 05478 |

| Claim Name | Address Information |
|---|---|
| NORTHWOODS- CATHEDRAL CITY, LP | C/O BRET H REED JR., A LAW CORPORATION 621 ACADIA AVENUE CORONA DEL MAR CA 92625 |
| NORTON GOLD FIELDS LIMITED | ATTN:MICHELLE MUSCILLO, PARTNER HOPGOOD GANIM LAWYERS LEVEL 8, WATERFRONT PLACE 1 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| NORTON GOLD FIELDS LIMITED | ATTN:SIMON BRODIE 79 HOPE STREET LEVEL 1 SOUTH BRISBANE QLD 4101 AUSTRALIA |
| NORTON GOLD FIELDS LIMITED | ATTN:MALANI CADEMARTORI SHEPPARD MULLIN ATTORNEYS AT LAW 30 ROCKAFELLA PLAZA SUITE 2400 NEW YORK NY 10112 |
| OPPENHEIMERFUNDS INCA/C OFI AT CORE PLUS FX INC | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INST REAL ASSET FD LLC | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INSTITUTIONAL CORE FI | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INSTITUTIONAL SHORT FI | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFII ALPHA-PLUS FUND, LP | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| P. FERRERO & C. SPA | ATTN:FINANZA FERRERO SPA PIZZALE FERRERO, 1- ALBA (CN) 12051 ITALY |
| PAHJOLA BANK PLC | ATTN:JORMA ALANNE LEGAL SERVICES PO BOX 308 POHJOLA FI- 00013 FINLAND |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | ATTN:DEANNA DERRICK PGS LARGE CAP TRAX TRUST PO BOX 1034 GT HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | ATTN:CAROLINE  BENTZ / STACEY REDFORD PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PARTNER REINSURANCE COMPANY | ATTN:DIRECTOR, LEGAL GROUP 90 PITTS BAY ROAD WELLESLY HOUSE SOUTH PEMBROKE HM 08 BERMUDA |
| PARTNER REINSURANCE COMPANY | ATTN:CHIEF OPERATING OFFICER PARTNERRE CAPITAL MARKETS CORP. ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER REINSURANCE COMPANY | ATTN:CHIEF COMPLAINCE OFFICER PARTNERRE ASSET MANAGEMENT CORPORATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PENN WEST PETROLEUM LTD | ATTN:DAVID STERNA, VP SUITE 200, 207 NINTH AVE. SW CALGARY AB T2P 1K3 CANADA |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PEOPLE'S BANK | ATTN:ROBERT E. TRAUTMANN, EVP & GENERAL COUNSEL 850 MAIN STREET, 16TH FL BRIDGEPORT CT 06604 |
| PEOPLE'S BANK | ATTN:ELIZABETH AUSTIN PULLMAN & COMLEY 850 MAIN ST. BRIDGEPORT CT 06604 |
| PEOPLE'S BANK OF CHINA | ATTN:COMPLIANCE DIVISION C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE RESERVE MANAGEMENT DEPARTMENT 4/F PINGAN MANSION, 23 JIN RONG STREET XICHENG DISTRICT, BEIJING 100140 CHINA, PEOPLE'S REPUBLIC |
| PERPETUAL TRUSTEE COMPANY LIMITED AS TRUSTEE FOR | THE TRILOGY ASSET SECURITIES TRUST SERIES 1 ATTN:GREG WHITE, MANAGER – TRANSACTION MANAGEMENT 123 PITT STREET, LEVEL 12 SYDNEY NSW 2000 AUSTRALIA |
| PHILLIP H. MORSE | ATTN:PHILLIP H. MORSE 290 LOCHA DRIVE JUPITER FL 33458 |
| PHOENIX ARTS, LLC | ATTN:BEN ERDREICH 2332 SECOND AVENUE NORTH BIRMINGHAM AL 35203 |
| PICERNE DEVEOPMENT CORPORATION OF FLORIDA | ATTN:RICHARD HALEY C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| PICERNE PALM KEY, LLC | ATTN:RICHARD HALEY PICERNE DEVELOPMENT CORPORATION OF FLORIDA C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| PICKERSGILL, INC. | ATTN:EXECUTIVE DIRECTOR 615 CHESNUT AVE. TOWSON MD 21204 |
| PIETRO FERRERO | 64 AVENUE LEQUIME RHODE SAINT – GENESE BELGIUM |
| PIETRO FERRERO | ATTN:RICHARD BERTOCCI & ANDREAS SEUFFERT C/O GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN:MARY FU, DIRECTOR C/O 200 CANTONMENT ROAD #15-00 SOUTHPOINT SINGAPORE |

| Claim Name | Address Information |
|---|---|
| PIONEER CHOICE HOLDINGS LIMITED | 89763 SINGAPORE |
| POPULAR GESTION A/CEUROVALOR SEL DVD EUROPA | ATTN:ALFONSA MUNOZ & MIGUEL UCEDA EUROVALOR SELECCION DIVIDENDO EUROPA FL CLLE LABASTIDA, 11, 3A PLANTA MADRID 28034 SPAIN |
| PORTFOLIO CDS TRUST 191 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 192 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 193 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 194 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 195 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 196 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 208 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 209 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 210 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 211 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 212 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 213 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 214 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 233 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 234 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 235 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 236 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 237 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 238 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 239 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 240 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 241 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 242 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 243 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 244 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| PP APTOS L.P. & SKEPNER DEVELOPMENT CORPORATION | ATTN:LEGAL DEPARTMENT 770 SAN RAMON VALLEY BOULEVARD DANVILLE CA 94526 |
| PQ CORPORATION | ATTN:WILLIAM J. SICHKO, JR P.O. BOX 840 VALLEY FORGE PA 19482 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN:JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LTD | ATTN:JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PROSIEBEN SAT.1 MEDIA AG | ATTN:RAIF GIERIG / FRANK PLESSMANN GROUP FINANCE & TREASURY MEDIENALLEE 7 UNTERFOHRING 85774 GERMANY |
| PROVIDENT LIFE & ACCIDENT INSURANCE CO INC | ATTN:RICHARD J. MACLEAN UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| PROVINCE OF BRITISH COLUMBIA | DEBT MANAGEMENT BRANCH PO BOX 9423 STN. PROV GOVT 620 SUPERIOR STREET 2ND FLOOR VICTORIA BC V8W 9V1 CANADA |
| PROVINCE OF BRITISH COLUMBIA | ATTN:MICHEAL SHEPHERD, SENIRO SOLICITOR MINISTRY OF ATTY GENL, LEGAL SERVICES BRANCH PO BOX 9289 STN PROV GOVT SUITE 602, 1175 DOUGLAS STREET VICTORIA BC V8W 9V1 CANADA |
| PRU ALHPA FIXED INCOME OPPORTUNITY MASTER | FUND I,LP ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU ALHPA FIXED INCOME OPPORTUNITY MASTER | FUND I,LP ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU FIXED INCOME EMERGING MARKETS LONG | SHORT MASTER FUND I, LTD ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU FIXED INCOME EMERGING MARKETS LONG | SHORT MASTER FUND I, LTD ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL FIXED INCOME MANAGEMENT | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL FIXED INCOME MANAGEMENT | ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN:GARY F. NEUBECK GATEWAY CENTER II, 5TH FL NEWARK NJ 07102 |
| PRUDENTIAL INVESTMENT MANAGEMENT INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL INVESTMENT MANAGEMENT INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PT DAVOMAS ABADI, TBK | ATTN:HASIEM WILY, HEAD OF INVESTOR RELATIONS J1. PANGERAN JAYAKARTA 117 JAKARTA PUSAT 10730 INDONESIA |
| PTT PUBLIC COMPANY LIMITED | ATTN:MR. SURONG BULAKUL, SENIOR EXECUTIVE VP 555 VIBHAVADI RANGSIT ROAD CHATUCHAK, BANGKOK 10900 THAILAND |
| PUBLIC POWER GENERATION AGENCY | ATTN:MR. ED TRICKER WOODS & AITKEN, LLP 301 SOUTH 13TH ST., SUITE 500 LINCOLN NE 68508 |
| QUANTUM PARTNERS LDC | ATTN:SERGE BENCHETRIT WILLKIE FATT & GALLAGHER 787 SEVENTTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LDC | ATTN:JAY SCHOENFARBER C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 31ST FLOOR NEW YORK NY 10106 |
| RAI RADIOTELEVISIONE ITALIANA SPA | ATTN:DIREZIONE AFFARI, LEGAL SOCIETARI, PIERLUIGI LAX VIALE MAZZINI 14 ROME 198 ITALY |
| RAIFFEISENLANDESBANK VORARLBERG WAREN-UND REVISION | ATTN:DIR. ANTON TROJER, MAG. RICHARD KOHLBACHER RAIFFEISENLANDESBANK VORARLBERG RHEINSTRASSE 11 BREGENZ 6900 AUSTRIA |
| REGIMENT CAPITAL LTD | ATTN:DEREK M MEISNER C/O REGIMENT CAPITAL ADVISORS LP 222 BERKLEY STREET, 12TH FLOOR BOSTON MA 02116 |
| RELIANCE INDUSTRIES LIMITED | ATTN:VISHWANATHAN K, VICE PRESIDENT SUPPLY & TRADING COMMERCIAL, BLDG NO. 2, 2ND FL. RELIANCE CORPORATE PARK, "B" WING THANE BELAPUR ROAD GHANSOLI, NAVI MUMBAI 400-701 INDIA |
| RESERVOIR MASTER FUND LP | ATTN:GENERAL COUNSEL C/O RESERVOIR CAPITAL GROUP, L.L.C. 650 MADISON AVENUE, |

| Claim Name | Address Information |
|---|---|
| RESERVOIR MASTER FUND LP | 26TH FLOOR NEW YORK NY 10022 |
| RESOLUTE ANETH, LLC | ATTN:JAMES M. PICCONE AND JOAN E. ZAK, LEGAL DEPT 1675 BROADWAY, SUITE 1950 DENVER CO 80202 |
| RESONA BANK, LTD. | ATTN:TREASURY DIVISION 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| ROYAL BANK OF CANADA | ATTN:MANAGING DIRECTOR, GMR TRADING CREDIT RISK ROYAL BANK PLAZA 200 BAY STREET, 2ND FLOOR TORONTO ON M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | ATTN:EMILY JELICH, VP & ASSOC. GENERAL COUNSEL ROYAL BANK PLAZA 200 BAY STREET, 14TH FLOOR TORONTO ON M5J 2W7 CANADA |
| RTE-CNES | ATTN:ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT – DENIS 93206 FRANCE |
| SAITAMA RESONA BANK, LTD. | ATTN:TREASURY AND SECURITIES DIVISION 1-2 OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| SAN DIEGO HOSPITAL ASSOCIATION | ATTN:LEGAL DIVISION SHARP HEALTHCARE 8695 SPECTRUM CENTER BLVD. SAN DIEGO CA 92123-1489 |
| SANMINA-SCI CORPORATION | ATTN:WALTER BOILEAU, VP & TREASURER 30 EAST PLUMERIA DRIVE SAN JOSE CA 95134 |
| SANMINA-SCI CORPORATION | ATTN:MIKE TYLER, EVP, GENL CNSL & CORP SECRETARY 2700 NORTH FIRST STREET SAN JOSE CA 95134 |
| SANTANDER / SUPERFONDO EVOLUCION F1 | ATTN:AMADEO REYNES PASCUAL, HEAD OF RISK CONTROL & VALUATION SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF. PINAR PLANTA 1, BOADILLA DEL MONT MADRID 28660 SPAIN |
| SANTANDER / SUPERFONDO EVOLUCION F1 | ATTN:MARIA DOLORES RAMOS MARTINEZ, HEAD OF GUARANTEED PRODUCTS SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF. PINAR PLANTA 0, BOADILLA DEL MONT MADRID 28660 SPAIN |
| SANTANDER/SUPERFONDO EVOLUCION F I | ATTN:MR. AMADEO REYNES PASCUAL C/O SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF PINAR PLANTA 1 CIUDAD GRUPO SANTANDER, BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/SUPERFONDO EVOLUCION F I | ATTN:MARIA DOLORES RAMOS MARTINEZ, HEAD OF GUARANTEED PRODUCTS C/O SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF PINAR PLANTA 0 CIUDAD GRUPO SANTANDER, BOADILLA DEL MO MADRID 28660 SPAIN |
| SCHIPHOL NEDERLAND B.V. | ATTN : TABOR SWEET TREASURY & RISK MANAGEMENT EVERT VAN DER BEEKSTRAAT 202 LUCHTHAVEN SCHIPHOL 1118 CP NETHERLANDS, THE |
| SEATTLE PACIFIC UNIVERSITY | ATTN:MARC L. BARRECA K&L GATES LLP 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | ATTN:CRAIG KISPERT 3307 THIRD AVENUE WEST, SUITE 103 SEATTLE WA 98119-1922 |
| SEI INSTITUTIONAL INTERNATIONAL TRUST | FIXED INCOME PORTFOLIO ATTN:TONY BEAL, COMPLIANCE RECORD CURRENCY MANAGEMENT LIMITED MORGAN HOUSE MADEIRA WALK WINDSOR, BERKSHIRE SL4 IEP UNITED KINGDOM |
| SEI INSTITUTIONAL INTERNATIONAL TRUST | FIXED INCOME PORTFOLIO ATTN:DAVID MCCANN, LEGAL SEI 1 FREEDOM VALLEY DRIVE OAKS PA 19456 |
| SESTANTE FINANCE SRL. | ATTN:MARCO BIALE / PAOLA LEPRE C/O MELIORBANCA SPA VIA BORROMEI 5 MILAN 20123 ITALY |
| SHEPHERD OF THE VALLEY | LUTHERAN RETIREMENT SERVICES, INC. 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHINKIN CENTRAL BANK | ATTN:TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU TOKYO 103-0028 JAPAN |
| SHK ASIA DYNAMIC HOLDINGS LTD | ATTN:CHRISTOPHE LEE / CHRISTINE WONG C/O SHK FUND MANAGEMENT LIMITED 12/F CITIC TOWER 1 TIM MEI AVENUE CENTRAL, HONG KONG CHINA, PEOPLE'S REPUBLIC |
| SIERRA PACIFIC POWER COMPANY D/B/A/ NV ENERGY | ATTN:VINCENT P. BURTON, MANAGER – ENERGY SUPPLY CONTRACT ADMIN. 6226 W. SAHARA AVENUE LAS VEGAS NV 89146 |
| SIGMA CAPITAL ASSOCIATES, LLC | ATTN:PETER S. NUSSBAUM, GENERAL COUNSEL C/O SIGMA CAPITAL MANAGEMENT, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SIGMA CAPITAL ASSOCIATES, LLC | ATTN:LAWRENCE WU HARRY JHO LLC 10 EAST 38TH STREET, 7TH FLOOR NEW YORK NY 10016 |
| SIMGEST SIM SPA | ATTN:SONIA CAPELLO SIMGEST SPA VIA CAIROLI 11 BOLOGNA 40121 ITALY |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | ATTN:CHIEF FINANCIAL OFFICER 7037 U.S. HIGHWAY 49 P.O. BOX 15849 HATTIESBURG MS 39404-5849 |

| Claim Name | Address Information |
|---|---|
| SOUTHERN CALIFORNIA EDISON | ATTN:SETH GOLDMAN MULLER, TOLLES & OLSEN 355 SOUTH GRAND AVENUE, 35TH FLOOR LOS ANGELES CA 90071-1560 |
| SOUTHERN CALIFORNIA EDISON | ATTN:HEATHER HARRISON / J. ERIK ISKEN, LAW DEPT SOUTHERN CALIFORNIA EDISON CO 2244 WALNUT GROVE AVENUE, G.O. 1, QUAD 3B ROSEMEAD CA 91170 |
| SOUTHWESTERN ILLINOIS DEVELOPMENT REVENUE BONDS | SERIES 2006, ANDERSON HOSPITAL ATTN" MARK HEER, ASSOCIATE LEGAL COUNSEL C/O UMB BANK, N.A. 1010 GRAND BOULEVARD, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| SPARK ENERGY, L.P. | ATTN:TREASURY DEPT 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARK ENERGY, L.P. | ATTN:LEGAL NOTICES 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:JEFFREY A. SCHAFFER, MANAGING MEMBER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:SOLMARIA VELEZ, CONTROLLER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STANDARD BANK | REF: EJA/ EAM C/O FIELD FISHER WATERHOUSE LLP 35 VINE ST LONDON EC3N 2AA UNITED KINGDOM |
| STATOILHYDRO ASA | ATTN:TERRI SUE MARTIN 1055 WASHINGTON BOULEVARD, 7TH FLOOR STAMFORD CT 06901 |
| SUMITOMO CORPORATION TOYKO | ATTN:AKIRA SOEDA 1-8-11 HARUMI CHUO-KU TOYKO 104-8610 JAPAN |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN:SCOTT DIAMOND & MARIE-LOUISE FULWEILER, VP & ASSOCIATE GENERAL COUNSEL 277 PARK AVENUE NEW YORK NY 10172 |
| SUNCOR ENERGY MARKETING INC | ATTN:CURTIS SERRA,DIR-LEGAL AFFAIRS/CONTRACTS MGR P.O. BOX 38 112-4TH AVENUE S.W. CALGARY AB T2P 2V5 CANADA |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | ATTN:MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06836-2571 |
| SUNTRUST ROBINSON HUMPHREY | ATTN:FRED D. WOOLF, DIR-FINANCIAL RISK MGMT OPS 3333 PEACHTREE ROAD, N.E. MAIL CODE GA-ATL 3913 ATLANTA GA 30326 |
| SUNTRUST ROBINSON HUMPHREY | ATTN:DAVID BLOOM, FIRST VP & ASSOCIATE GENL CNSL 303 PEACHTREE STREET, 36TH FLOOR ATLANTA GA 30326 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN:MARK CLEARY, SVP 875 THIRD AVENUE, 4TH FL. NEW YORK NY 10022-7218 |
| SWEDISH NATIONAL DEBT OFFICE | ATTB: JOHANNA LIDELL, LEGAL COUSEL RIKSGALDEN NORRLANDSGATAN 15 STOCKHOLM SE-103-74 SWEDEN |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | ATTN:CAROL LEE C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND, L.P. | ATTN:CAROL LEE C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TAISHIN INTERNATIONAL BANK | ATTN:LOO-FEI HWANG, CHIEF RISK OFFICER ADELINE JAI, FINANCIAL TRADING 12F. NO. 118, SECTION 4 REN-AI ROAD TAIPEI CITY 106 TAIWAN |
| TDA-JPMC 2002 CIBC5 LLC | ATTN:JOHN SCHWARTZ C/O TRIMONT REAL ESTATE ADVISORS 3424 PEACHTREE ROAD, SUITE 2200 ATLANTA GA 30326 |
| TEHACHAPI-CUMMINGS COUNTY WATER DISTRICT | ATTN:JOHN MARTIN, GENERAL MANAGER P.O. BOX 326 TEHACHAPI CA 93581 |
| TELEFONICA, S.A. | ATTN:CARLOS JIMENEZ ZATO (LEGAL DEPARTMENT) DISTRITO C EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID 28050 SPAIN |
| TERNA S.P.A. | ATTN:FILOMENA PASSEGGIO, DIRECTOR OF CORPORATE SECRETARY & LEGAL DEPT. VIA ARNO 64 ROMA 00198 ITALY |
| TERNA S.P.A. | ATTN:FINANCE DIRECTOR VIALE REGINA MARGHERITA, 125 ROMA 00198 ITALY |
| THE BANK OF NOVA SCOTIA | ATTN:BRADLEY TATE, LEGAL COUNSEL - LEGAL DEPT 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE CARLYE GROUP, LP.A/C CSP II USIS HOLDINGS LP | ATTN:JOHN BECZAK, VICE PRESIDENT C/O THE CARLYLE GROUP 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| THE CHILDREN'S INSTITUTE OF PITTSBURGH | ATTN:JODY MULVIHILL, VICE PRESIDENT OF FINANCE 1405 SHADY AVENUE PITTSBURGH PA 15217 |
| THE DAYTON POWER AND LIGHT COMPANY | ATTN:MANAGER, CONTRACT ADMIN; CHARLENE BELL 1065 WOODMAN DRIVE DAYTON OH 45431 |
| THE HONG KONG AND SHANGAI BANKIGN CORP | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ |

| Claim Name | Address Information |
|---|---|
| THE HONG KONG AND SHANGAI BANKIGN CORP | UNITED KINGDOM |
| THE HONG KONG AND SHANGAI BANKIGN CORP | ATTN:VIVIENNE CHAN LEGAL DEPT, LEVEL 37 1 QUEENS ROAD CENTRAL CENTRAL HONG KONG |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | ATTN:MICHAEL DRESNIN & PHILIP OBAZEE C/O DELAWARE INVESTMENT ADVISORS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| THE LUTHERAN HOME, INC | ATTN:SCOTT MCFADDEN, PRESIDENT 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| THE NORINCHHUKIN BANK | ATTN:MASAKI NAGANO, VP & MANAGEER - TREASURY 245 PARK AVENUE, 21ST FLOOR NEW YORK NY 10167-0104 |
| THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | ATTN:SCOTT ZIMMERMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | ATTN:ANDREW SHAW C/O SIDLEY AUSTIN ONE SOUTH DEARBORN CHICAGO IL 60603 |
| THE ROMAN CATHOLIC DIOCESE OF MEMPHIS | ATTN:JIM ABERNATHY, CFO 5825 SHELBY OAKS DRIVE MEMPHIS TN 38134-7316 |
| TORONTO DOMINION BANK | ATTN:ADRIANA GROSKOPF, VICE PRESIDENT TD LEGAL DEPARTMENT 66 WELLINGTON STREET WEST TD BANK TOWER, 12TH FLOOR TORONTO ON M5K 1A2 CANADA |
| TORONTO DOMINION BANK | ATTN:SUSAN MOORE, VICE PRESIDENT & DIRECTOR TD SECURITIES, TREASURY CREDIT TD TOWER, 6TH FLOOR 66 WELLINGTON STREET WEST TORONTO ON M5K 1A2 CANADA |
| TORONTO DOMINION BANK | ATTN:ELIZABETH L FERNANDO, MANAGING DIR, LEGAL TD SECURITIES (USA) LLC 31 WEST 52ND STREET NEW YORK NY 10019 |
| TORONTO DOMINION BANK | ATTN:DION W. HAYES MCGUIREWOODS LLP ONE JAMES CENTER 901 EAST CARY STREET RICHMOND VA 23219 |
| TORTOISE CAP ADV LLC | A/C PGSTORTOISE HIGH INC INV. TRUST ATTN:MS.  DEANNA DERRICK P.O. BOX 1034 GT, HARBOUR PLACE, 4TH ST 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| TORTOISE CAP ADV LLC | A/C PGSTORTOISE HIGH INC INV. TRUST CAROLINE BENTZ / STACEY REDFORD C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| TORTOISE CAP ADV LLC A/C PGSTORTOISE HIGH INC INV | ATTN:DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FL 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| TORTOISE CAP ADV LLC A/C PGSTORTOISE HIGH INC INV | ATTN:CAROLINE BENTZ / STACEY REDFORD PGS TORTOISE HIGH INCOME INVESTMENT TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| TOTSA TOTAL OIL TRADING SA | ATTN:DERIVATIVES DESK / LEGAL DEPARTMENT WORLD TRADE CENTER 1 10 ROUTE DE L'AEROPORT, CP 276 GENEVA AIRPORT 15 CP 276 SWITZERLAND |
| TPG - RESEARCH PARK PLAZA I & II LLC | CITY NATIONAL PLAZA 515 SOUTH FLOWER STREET LOS ANGELES CA 90071 |
| TPG - RESEARCH PARK PLAZA I & II MEZZANINE LLC | TPG - REASEARCH PARK PLAZA I 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TPG - STONEBRIDGE PLAZA II LLC | ATTN:TODD L MERKE C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TPG - STONEBRIDGE PLAZA II MEZZANINE LLC | ATTN:TODD L MERKE C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TRAFIGURA DERIVATIVES LIMITED | ATTN:HEAD OF RISK MANAGEMENT, GENERAL COUNSEL C/O TRAFIGURA LIMITED PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H6DU UNITED KINGDOM |
| TRILOGY ENERGY LP | ATTN:DAVID BARVA 1400, 332 ? 6TH AVENUE S.W CALGARY AB T2P 0B2 CANADA |
| TRINITAS HOSPITAL | ATTN:KAREN LUMPP, SR VP & CFO 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TVO COACH HOUSE NORTH LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE SOUTH LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO CORINTH PLACE LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| UMB BANK & TRUST, N.A. | ATTN:BRIAN P. KRIPPNER, VICE PRESIDENT 2 SOUTH BROADWAY, SUITE 435 ST. LOUIS MO 63102 |

| Claim Name | Address Information |
|---|---|
| UMB BANK & TRUST, N.A. | ATTN:MARK HEER, ASSOCIATE LEGAL COUNSEL UMB BANK, N.A. 1010 GRAND BOULEVARD, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UMB BANK, N.A. | ATTN:SANDY BATTAS, VICE PRESIDENT CORPORATE TRUST DEPARTMENT 2 SOUTH BROADWAY, SUITE 435 ST. LOUIS MO 63102 |
| UMB BANK, N.A. | ATTN:MARK HEER, ASSOCIATE LEGAL COUNSEL CORPORATE TRUST DEPARTMENT 1010 MARKET STREET, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UMB BANK, N.A. | ATTN:BRENT W. KEEP, VP CORPORATE TRUST DEPARTMENT 1010 MARKET STREET, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UNIV MEDICAL ASSOCIATES OF THE MEDICAL UNIVERSITY | OF SOUTH CAROLINA ATTN:ELIZABETH (LISA) J. PHILP C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN ST, SUITE 400 (29401) POST OFFICE BOX 1431 CHARLESTON SC 29401 |
| UNIV MEDICAL ASSOCIATES OF THE MEDICAL UNIVERSITY | OF SOUTH CAROLINA ATTN:MICHAEL C. KEELS, CONTROLLER 1180 SAM RITTENBERG BLVD. CHARLESTON SC 29407-3374 |
| UNIVERSITY OF PITTSBURGH | ATTN:AMY K.MARSH, TREASURER & CHIEF INVESTMENT OFF OFFICE OF FINANCE 2409 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF SCRANTON | ATTN:JOHN F. MCNAMARA, COMPTROLLER OFFICE OF THE TREASURER LINDEN STREET & MONROE AVENUE SCRANTON PA 18510 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | ATTN:KENNETH CODY 18 GARRISON AVE. DURHAM NH 03824-2334 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ATTN:RICHARD J. MACLEAN, ESQ. UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| UTAH HOUSING CORP | ATTN:PRESIDENT AND CEO 2479 S LAKE PARK BLVD SALT LAKE CITY UT 84120 |
| VANGUARD FIXED INCOME SECURITIES FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD GROUP, INC | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD INSTITUTIONAL INDEX FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD INVESTMENT SERIES PLC | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD VALLEY FORGE FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD VARIABLE INSURANCE FUND | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VITOL SA | ATTN:MANAGER, COMMODITIES & SWAP GROUP OPERATIONS BOULEVARD DU PONT-D' ARVE 28 P.O. BOX 384 GENEVA 4 1211 SWITZERLAND |
| WALT DISNEY COMPANY (THE) | ATTN:JONATHAN HEADLEY, SVP CORP FINANCE 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-0513 |
| WALT DISNEY COMPANY (THE) | ATTN:ALAN N. BRAVERMAN, SEVP, GEN. COUNSEL 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-1030 |
| WARREN WICKLUND ASSET MANAGEMENT ASA | ATTN:VEGARD FINSTAD PO BOX 656 SENTRUM OSLO N-0106 NORWAY |
| WCG MASTER FUND LTD. | ATTN:KENNETH ULBRICHT, CHIEF OPERATING OFFICER C/O WCG MANAGEMENT L.P. 2 WORLD FINANCIAL CENTER, 7TH FLOOR 225 LIBERTY STREET NEW YORK NY 10281-1010 |
| WCG MASTER FUND LTD. | ATTN:IAN CHEUNG OTC DOCUMENTATION 2 INTERNATIONAL DRIVE, 3/F RYE BROOK NY 10573 |
| WELLINGTON MANAGEMENT COMPANY, LLP | ATTN:DONALD CAIAZZA, VICE PRESIDENT & COUNSEL 75 STATE STREET BOSTON MA 02109 |
| WELLMONT HEALTH SYSTEM | ATTN:GARY MILLER 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WEST POINT HOUSING LLC | ATTN:SHARON MARCONE 10 CAMPUS BLVD. NEWTOWN SQUARE PA 19073 |
| WESTAR ENERGY | ATTN:CONTRACT ADMINISTRATION & LAW DEPARTMENT P.O. BOX 889 (66601-0889) 818 S. KANSAS AVENUE TOPEKA KS 66612 |
| WESTERN UNIVERSITY OF HEALTH SCIENCES | ATTN:TAMARA MCGRATH BUSINESS OFFICE 309 EAST SECOND STREET POMONA CA 91766-1854 |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN:BRIAN CHAN, CHIEF FINANCIAL OFFICER UNITS 1-5, 36TH FLOOR CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |
| WORLD FUEL SERVICES CORPORATION | ATTN:R.ALEXANDER LAKE, GENL CNSL & CORP SECURITY 9800 N.W. STREET, SUITE 400 |

| Claim Name | Address Information |
|---|---|
| WORLD FUEL SERVICES CORPORATION | MIAMI FL 33178 |
| WSSEX WANDERING CREEK, LLC | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK INVESTMENT LIMITED | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| ZAIS CL LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-A CAYMAN LIMITED | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-B LP | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-C LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-A LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-B L.P. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-C LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-D LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-F LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-I LP | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS OPPORTUNITY MASTER FUND, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS SCEPTICUS FUND 1, LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS SCEPTICUS FUND 3, LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 3 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1107 |
| ZAIS ZEPHYR A-1, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS ZEPHYR A-5, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |

**Total Creditor Count 520**

| Claim Name | Address Information |
|---|---|
| 1100 VERMONT OWNER LLC | 3050 K STREET, SUITE 170 WASHINGTON DC 20007-5123 |
| 1100 VERMONT OWNER LLC | 520 MADISON AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| 1199 NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SE | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| 1221 OAK STREET, SUITE 536 | PRESIDENT 1221 OAK STREET SUITE 536 OAKLAND CA 94612 |
| 1301 MEZZANINE BORROWER LLC | TWO NORTH RIVERSIDE PLAZA, SUITE 210 CHICAGO IL 60606 |
| 1551 NORTH TUSTIN AVENUE SUITE 300 | 1551 NORTH TUSTIN AVENUE SUITE 300 SANTA ANA CA 92705 |
| 1SH – STRATEGIC GLOBAL FUND: EMERGING MARKET | ONE POST OFFICE SQUARE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| 20TH & SEVENTH ASSOC | 20TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 20TH & SEVENTH ASSOC | 19TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 20TH & SEVENTH ASSOCIATES LLC | 20TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 23RD CHELSEA ASSOCIATES | THE CHELSEA ASSOCIATES LLC 131 W. 23RD STREET NEW YORK NY 10011-2423 |
| 23RD CHELSEA ASSOCIATES | 23RD CHELSEA ASSOCIATES 203 EAST 86TH STREET NEW YORK NY 10028 |
| 23RD CHELSEA ASSOCIATES | 22ND CHELSEA ASSOCIATES 203 EAST 86TH STREET NEW YORK NY 10028 |
| 3D CAPITAL FUND LTD | ATTN: INVESTMENT MANAGER OF THE 3D CAPITAL FUND LTD. BARLCAY 'S GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD | ATTN: INVESTMENT MANAGER OF THE 3D CAPITAL FUND LTD. THE 3D CAPITAL FUND LTD BARLCAY #APPOSS GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | ATTN: HEAD OF LEGAL FOR ERISA NOICES: C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | ATTN: AUDREY BYRNE – ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | AUDREY BYRNE – ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | INVESTMENT PROCESS GROUP C/O BARCLAYS GLOBAL INVESTORS, N.A. AS INVESTMENT MANAGER FOR THE 3D GLOBAL OPPORTUNITIES FUND LTD. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | HEAD OF LEGAL FOR ERISA NOICES: C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | C/O BARCLAYS GLOBAL INVESTORS, N.A. AS INVESTMENT MANAGER FOR THE 3D GLOBAL OPPORTUNITIES FUND LTD. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3G FUND LP | 3G CAPITAL PARTNERS LTD. 800 THIRD AVENUE 31ST FLOOR NEW YORK NY 10022 |
| 3M DEFINED CONTRIBUTION PLANS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| 3M PENSION AND LIFE ASSURANCE SCHEME | C/O DEUTSCHE ASSET MGMT LTD 60 WALL STREET 26TH FLOOR LONDON EC2A 2UU UNITED KINGDOM |
| 424 CHURCH STREET LLC | AMSTAR GROUP 1050 17TH STREET SUITE 1200 DENVER CO 80265 |
| 550845 D DH , | MAINZER LANDSTRASSE 11-13 60329 FRANKFURT 60329 GEORGIA |
| 551304 / ALLIANZGL INV KAG MBHA/C DBI FONDS VPT R1 | MAINZER LANDSTRASSE 11-13 FRANKFURT AM MAIN 60329 GEORGIA |
| 615 SOUTH DUPONT HIGHWAY | 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| 7TH AVENUE INC. SERIES III | C/O HSBC BANK (CAYMAN) LIMITED HSBC HOUSE 68 WEST BAY ROAD P.O. BOX 1109 GEORGE TOWN, GRAND CAYMAN KY1-1102 CANADA |
| 801 GRAND 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| 801 GRAND 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| 801 GRAND 2006-2 | ATTN: ALAN KRESS PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| 801 GRAND 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| 801 GRAND 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 801 GRAND 2006-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND 2006-2 | ATTN: MARK GLENN U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL STREET, 3RD FL. MAIL STATION EX-MA-FED BOSTON MA 02110 |
| 801 GRAND 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 801 GRAND 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 801 GRAND 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 801 GRAND 2006-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 801 GRAND 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 801 GRAND 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 801 GRAND 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 801 GRAND 2006-2 | 801 GRAND CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN CANADA |
| 801 GRAND 2006-2 | MAPLES PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH ST GRAND CAYMAN CANADA |
| 801 GRAND CDO SPC | ATTN: ALAN KRESS PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| 801 GRAND CDO SPC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC | ATTN: MARK GLENN U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL STREET, 3RD FL. MAIL STATION EX-MA-FED BOSTON MA 02110 |
| 801 GRAND CDO SPC | ATTN: JOE ELSTO VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 801 GRAND CDO SPC | 801 GRAND CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN CANADA |
| 801 GRAND CDO SPC | ATTN: DALE CROWLEY ADDRESS FOR NOTICES TO MAPLES AND CALDER: MAPLES PO BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CANADA |
| 801 GRAND CDO SPC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 81 VH HOLDING SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| 81 VH HOLDING SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| 81 VH HOLDING SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| 81 VH HOLDING SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 81 VH HOLDING SARL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 81 VH HOLDING SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 81 VH HOLDING SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 81 VH HOLDING SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 81 VH HOLDING SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 81 VH HOLDING SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 81 VH HOLDING SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| 81 VH HOLDING SARL | STREET 16TH FLOOR HOUSTON TX 77002 |
| 81 VH HOLDING SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 81 VH HOLDING SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 81 VH HOLDING SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 8117 MANAGER (TBP)A/C 8117A ENERGY FUND LP | C/O BP CAPITAL, LP 8117 PRESTON ROAD, SUITE 260 DALLAS TX 75225 |
| 8117A ENERGY FUND LP | HAYNES AND BOONE, LLP 901 MAIN STREET, SUITE 3100 DALLAS TX 75225 |
| 8117B ENERGY EQUITY FUND | BP CAPITAL, LP DALLAS TX 75225 |
| 8117C CAPITAL ENERGY EQUIT | BP CAPITAL, LP DALLAS TX 75225 |
| 8117C CAPITAL ENERGY EQUITY INTL | ATTN: ROBERT D. ALBERGOTTI C/O HAYNES AND BOONE, LLP 901 MAIN STREET, SUITE 3100 DALLAS TX 75202-3789 |
| 8117D CAPITAL ENERGY EQUIT | BP CAPITAL, LP DALLAS TX 75225 |
| 8117E TBP | ATTN: DANNY TILLETT HAYNES AND BOONE, LLP ATTORNEYS AND COUNSELORS 901 MAIN STREET, SUITE 3100 DALLAS TX 75202-3789 |
| 8117E TBP | T. BOONE PICKENS 8117 PRESTON ROAD, SUITE 260 DALLAS TX 75225 |
| 816 CONGRESS OWNER LLC | 1551 NORT TUSTIN AVENUE SUITE 300 SANTA ANA CA 92705 |
| A#AMPERL GOODBODY SOLICITORS | A#AMPERL GOODBODY SOLICITORS INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| A-CAMPUS BRAUNSCHWEIG SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A.M. MCGREGOR | 14900 PRIVATE DRIVE EAST CLEVELAND OH 44112 |
| A/S ORESUNDSFORBINDELSEN | FINANCE DEPARTMENT VESTER SOGADE 10, DK-1601 COPENHAGEN V. GERMANY |
| A/S ORESUNDSFORBINDELSEN | A/S ORESUNDSFORBINDELSEN VESTER SOGADE 10, COPENHAGEN V. DK-1601 GERMANY |
| A/S ORESUNDSFORBINDELSEN | VESTER SOGADE 10, DK-1601 COPENHAGEN V. GERMANY |
| AARE-TESSIN AG | ATTN: RETO RAMSTEIN / PETER SCHIB BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| AARE-TESSIN AG FUR ELEKTRIZITAET | AARE-TESSING LTD. FOR ELECTRICITY (ATEL) BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| AARE-TESSIN AG FUR ELEKTRIZITAET | BAHNHOFQUAI 12 4601 OLTEN SWITZERLAND |
| AAREAL BANK AG | OPS LEGAL AND DOCUMENTATION PAULINENSTRASSE, 15 WIESBADEN 65189 GEORGIA |
| ABAXBANK S.P.A | HEAD OF FINANCIAL MARKETS DIVISION CARSO MANFORTE, 34 MILANO 20122 ITALY |
| ABAXBANK S.P.A | CORSO MONFORTE, 34 MILANO ITALY |
| ABBEY NATIONAL PLC | ATTN: MANAGER SETTLEMENTS PO BOX 545 ST HELIER JERSEY JE4 8XG SWITZERLAND |
| ABBEY NATIONAL PLC | ATTN: TREASURY(ANTS)/DIRECTOR OF OPERATIONS(ANFP) HEAD OFFICE(ANTS) ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| ABBEY NATIONAL PLC | ATTN: ANDREW MARSLAND SANTANDER GLOBAL BANKINIG 2 TRITON SQUARE, REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL PLC | P.O. BOX 545 ST HELIER JERSEY JE4 8XG CHANNEL ISLANDS JERSEY |
| ABERDEEN - AB0723 M0AON3-SE723AON LONG DATED STRLN | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN - AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0466C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0472C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0473C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0481C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0485C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0488C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0494C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0496C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0514C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB1625 M1SOW-SE1625 | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN AB1998C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5041C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5043C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5047C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON UNITED KINGDOM |
| ABERDEEN AB9012 M3IFL3-SE9012 | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB9318C/O ABERDEEN ASSET MGMT | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| PLC | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB9405C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3026558 | HEAD OF DERIVATIVES TRADING / HEAD OF LEGAL ABERDEEN FUND MANAGEMENT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3026558 | ABERDEEN FUND MANAGEMENT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027937 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027937 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027945 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027945 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 802 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 802 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 812 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 812 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LIMI | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9404 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9404 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9410 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9410 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT PLC | 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN ASSET MANAGERS LTD/LX0485 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGERSA/C EMERGING MKTS DEBT ABS | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN DB1793C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN DB2023RE ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN FM 1875604 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FM 1875604 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND 1850318 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND 1850318 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT / 120 895 525 | THE HEAD OF DERAVATIVE LEGAL / HEAD LEGAL ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT / 120 895 525 | ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ABERDEEN FUND MANAGEMENT / SE9348 | ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1822667 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1822675 | ABERDEEN FUND MANAGEMENT LIMITED 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1855689 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1875019 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/ 1850334 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/ 1850334 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1856022 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1856022 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1863940 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1863940 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1874608 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1874608 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1882880 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1882880 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1883364 DEM 0 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1883364 DEM 0 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1825445 | 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1870718 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1872176 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1875574 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1875574 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1879472 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1883534 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1883534 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9321 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ABERDEEN FUND MANAGEMENT LTD / SE9321 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9368 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9368 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD/SE9338 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD/SE9338 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C 1881973 DEM 072806ABER | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C 1881973 DEM 072806ABER | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C ABERDEEN FUND 1882589 D | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C ABERDEEN FUND 1882589 D | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTDA/C ABERDEEN GBL II-GBL AGG | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN GLOBAL EUROPEAN HIGH YIELD BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II - GLOBAL AGGREGATE BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II - GLOBAL HIGH YIELD BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- EURO CORPORATE BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- GLOBAL BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- INDEX LINKED BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- LONG DATED STERLING AGGREGATE | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- LONG DATED STERLING BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- LONG DATED STERLING CREDIT FUN | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- STERLING AGGREGATE BOND FUND ( | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- STERLING BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS INDEX LINKED BOND FU | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS LONG DATED STERLING | (LX0514/AB0514) ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS STERLING BOND FUND ( | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS STERLING CREDIT FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ICVC CORPORATE BONDC/O ABERDEEN ASSET MGM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA FUNDS II - | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| FIXED INCOME AL | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II EURHEDGED SHARE CLASS F | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II GBP HEDGED SHARE CLASS | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II GBPHEDGED SHARE CLASS F | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- AB1625 M1SOW-SE1625RE ABERDEEN ASSET MGM | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- AB9012 M3IFL-SE9012RE ABERDEEN ASSET MGM | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- ALCAN PACKAGINGPENSION PLANC/O ABERDEEN | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- NORTHAMPTONSHIREALPHA PORTFOLIOC/O ABERD | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- PHILIPS PENSION FUNDC/O ABERDEEN ASSET M | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- RUSSELL INV CO PLC -SBZ EURO BD PORTFOLI | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- S/P SCA HYGIENEPRODUCTS NEDERLANDC/O ABE | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- SELECT GLOBALSOVEREIGN BOND FUND (AB9235 | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- TATE & LYLE GROUPPENSION SCHEME (AB7072) | C/O FIELD FISHER WAREHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABN AMRO BANK N.V. | ATTN: DANIEL BLEY/FREDERICK P. ENGLER 540 W. MADISON STREET, SUITE 2202 CHICAGO IL 60661 |
| ABN AMRO BANK N.V. | ATTN: TREASURY OPERATIONS ABN AMRO BANK N.V., CHICAGO BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60662 |
| ABN AMRO BANK N.V. | ATTN: TREASURY OPERATION ABN AMRO BANK N.V., NEW YORK BRANCH C/O ABN AMRO BANK N.V., CHICAGO BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60602 |
| ABN AMRO BANK N.V. | ATTN: OFM/SWAPS DEPARTMENT ABN AMRO BANK N.V. AMSTERDAM HEAD OFFICE P.O. BOX 283 1000 EA AMSTERDAM THAILAND |
| ABN AMRO BANK N.V. | ATTN: LOAN ADMINISTRATION DEPARTMENT ABN AMRO BANK N.V., LONDON BRANCH 199 BISHOPSGATE LONDON EC2M 3TY UNITED KINGDOM |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V CORPORATE COMMUNICATIONS (HQ9142) P.O. BOX 283 AMSTERDAM 1001 EA THAILAND |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V CORPORATE COMMUNICATIONS (HQ9142) P.O. BOX 283 AMSTERDAM 1000 EA THAILAND |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V. AMSTERDAM HEAD OFFICE P.O. BOX 283 1000 EA AMSTERDAM THAILAND |
| ABN AMRO BANK N.V., SEOUL | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABN AMRO BANK NV | ATTN: TREASURY OPERATION ABN AMRO BANK N.V., NEW YORK BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60602 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: DAVID ABRAMS CC. BINGHAM MCCUTCHEN LLP PAMET CAPITAL MANAGEMENT, LP 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: STEVEN LOZNER CC. PAMET CAPITAL MANAGEMENT, LP BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL INTERNATIONAL LTD | PAMET CAPITAL MANAGEMENT, LP 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS I LP | JASON PRICE ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS I LP | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |

| Claim Name | Address Information |
|---|---|
| ABRAMS CAPITAL PARTNERS I LP | ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS II LP | JASON PRICE ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS II LP | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL PARTNERS II LP | ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABS INVESTORS LLC | ATTN: MR. JOHN A. WILLIAMS ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| ABS INVESTORS, LLC | ABS INVESTORS, LLC ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| ABSA BANK LIMITED | ATTN:  JOHN VITALS, CEO 180 COMMISSIONER STREET ABSA TOWERS NORTH JOHANNESBURG SOMALIA |
| ABSA BANK LIMITED | 180 COMMISSIONER STREET ABSA TOWERS NORTH JOHANNESBURG SOMALIA |
| ABSOLUTE SOFTWARE CORPORATION | SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CANADA |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI INVESTMENT AUTHORITY | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ABU DHABI INVESTMENT AUTHORITY | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ABU DHABI INVESTMENT AUTHORITY | P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR TREASURY DEPARTMENT ABU DHABI INVESTMENT AUTHORITY 125 CORNICHE ST PO BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: KHALIL FOULATHI 211 CORNICHE ST, PO BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI INVESTMENT AUTHORITY | 211 CORNICHE ST, PO BOX 3600 ABU DHABI UKRAINE |
| ABU DHABI INVESTMENT COMPANY | NATIONAL BANK OF ABU DHABI BUILDING KHALIDIYA, TARIQ BIN ZIAD STREET, P.O. BOX 46309 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AC CAPITAL PARTNER LTD | C/O AIBIFS WEST BLOCK BUILDING IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| AC TRANSIT EMPLOYEES RETIREMENT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP INC SERIES 2005-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP INC SERIES 2005-B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP SERIES 2007-A | JOHN F. KOLLA, SR. – VP, INTERIM CFO #AMPER CONTRO ACCESS GROUP INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP SERIES 2007-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCESS GROUP SERIES 2007-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP SERIES 2007-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP SERIES 2007-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP SERIES 2007-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP SERIES 2007-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP SERIES 2007-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP SERIES 2007-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ACCESS GROUP SERIES 2007-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP SERIES 2007-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP SERIES 2007-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP SERIES 2007-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP SERIES 2007-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP SERIES 2007-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP SERIES 2007-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCIDENT COMPENSATION CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ACCIDENT COMPENSATION CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ACCORD ENERGY LTD | MILLSTREAM MAIDENHEAD ROAD WINDSOR BERKSHIRE SL4 5GD UNITED KINGDOM |
| ACM INCOME FUND INC | ATTN: MICHAEL COFFEE, OPERATIONS C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | ATTN: MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | ALLIANCE ACM INCOME FUND INC C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | ATTN: RONI FARAH P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | RONI FARAH ACTS AERO TECHNICAL SUPPORT SERVICES INC. P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | ACTS AERO TECHNICAL SUPPORT SERVICES INC. P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS RETIREMENT LIFE COMMUNITIES | ATTN: GERALD GRANT 375 MORRIS ROAD P.O. BOX 90 WEST POINT PA 19486-0090 |
| ACTS RETIREMENT LIFE COMMUNITIES | 375 MORRIS RD PO BOX 90 WEST POINT PA 19486-0090 |
| ACUITY MASTER FUND LTD | ACUITY CAPITAL MANAGEMENT LLC 4 GREENWICH OFFICE PARK, 3RD FLOOR GREENWICH CT 06831 |
| ADAM, DAVID W. | 9393 SOUTH 33RD STREET FRANKLIN WI 53132 |
| ADAR INVESTMENT FUND LTD. | C/O ADAR INVESTMENT MANAGEMENT LLC 156 WEST 56TH STREET, SUITE 801 NEW YORK NY 10019 |
| ADM DERIVATIVES INC | ATTN: TOM CASEY 141 W. JACKSON BLVD. SUITE 1600A CHICAGO IL 60604 |
| ADM DERIVATIVES INC | 141 W. JACKSON BLVD. SUITE 1600A CHICAGO IL 60604 |
| ADMIRAL FLAGSHIP MASTER FUND LTD | ADMIRAL FLAGSHIP MASTER FUND LTD. C/O ADMIRAL CAPITAL MANAGEMENT LLC 41 PUTNAM AVENUE GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| ADVANCED GRAPHIC PRINTING, INC. | PARQUE INDUSTRIAL AMELIA CALLE DIANA LOTE 18 #AMPER 19 GUAYNABO PR 00968 |
| ADVANCED GRAPHIC PRINTING, INC. | ATTN: JOEL ACEVEDO, GENERAL MANAGER ADVANCED GRAPHIC PRINTING, INC. P.O. BOX 9066602 SAN JUAN PR 00906-6602 |
| ADVANCED GRAPHIC PRINTING, INC. | P.O. BOX 9066602 SAN JUAN PR 00906-6602 |
| ADVANCED MICRO DEVICES INC | ATTN: JOHN PATTERSON ONE AMD PLACE, PO BOX 3453 SUNNYVALE CA 94088 |
| ADVANCED MICRO DEVICES INC | ONE AMD PLACE, PO BOX 3453 SUNNYVALE CA 94088 |
| ADVANCED MICRO DEVICES INC | ONE AMD PLACE PO BOX 3452 SUNNYVALE CA 94088 |
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO | ADVENTIST HEALTH SYSTEM/SUNBELT INC. 111 NORTH ORLANDO AVENUE WINTER PARK FL 32789 |
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO | 111 NORTH ORLANDO AVENUE WINTER PARK FL 32789 |
| ADVENTIST HEALTHCARE INC | JAMES G. LEE 1801 RESEARCH BLVD., SUITE 300 ROCKVILLE MD 20850 |
| ADVENTIST HEALTHCARE INC | 1801 RESEARCH BLVD., SUITE 300 ROCKVILLE MD 20850 |
| AEC FIXED INCOME INV I, LTD | ATTN: CHRISTINE C. SMITH NOTICES THE BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| AEC FIXED INCOME INV I, LTD | CHRISTINE C. SMITH NOTICES THE BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| AEC FIXED INCOME INV I, LTD | BRIAN MORALES (THE ANNIE E. CASEY FOUNDATION) THE AEC FIXED INCOME FUND, LTD. P.O.BOX 1093GT - QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AEC FIXED INCOME INV I, LTD | THE AEC FIXED INCOME FUND, LTD. P.O.BOX 1093GT - QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AECO GAS STORAGE (EDI) | NISKA GS HOLDINGS, I, L.P. 1200, 855 - 2ND STREET S.W. CALGARY AB T2P 4Z5 CANADA |
| AECO GAS STORAGE PARTNERSHIP | ATTN: ALI KELLY VINSON 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103-0040 |
| AEGIS OF PLEASANT HILL, LLC | OAKMONT SENIOR LIVING, LLC 220 CONCOURSE BOULEVARD SANTA ROSA CA 95403 |
| AEGON DERIVATIVES NV | AEGONPLEIN 50 TV THE HAGUE 2591 NIGER |
| AEP ENERGY PARTNERS LP | ATTN: CONTRACT ADMINISTRATION 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | CONTRACT ADMINISTRATION 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | ATTN: CONFIRMATIONS 155 W. NATIONWIDE BLVD., FOURTH FL. SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | CONFIRMATIONS 155 W. NATIONWIDE BLVD., FOURTH FL. SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS, INC. | C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AES EASTERN ENERGY L.P. | ATTN: TOM SPENCER, CONTRACT ADMINISTRATION AES EASTERN ENERGY, LP 231 MAIN STREET VESTAL NY 13850 |
| AES EASTERN ENERGY L.P. | AES EASTERN ENERGY 130 EAST SENECA STREET, SUITE 505 ITHACA NY 14850 |
| AETERNO MASTER FUND LP | C/O ING CLARION CAPITAL, LLC 230 PARK AVENIUE, 12TH FLOOR NEW YORK NY 10169 |
| AETNA, INC RETIREMENT PLAN FOR THE EMPLOYEE OF AET | 151 FARMINGTON AVENUE, RT21 HARTFORD CT 06156 |
| AETNA, INC RETIREMENT PLAN FOR THE EMPLOYEE OF AET | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| AFCO CARGO PIT LLC PROJECT, PA | 7600 COLSHIRE DRIVE SUITE 1400 MCLEAN VA 22102 |
| AGAMAS CAPITAL MGMT LPA/C PGAS BLACK DELTA CELL | 825 THIRD AVENUE, 35TH FLOOR NEW YORK NY 10022 |
| AGAMAS CONTINUUM MASTER FUND LTD | C/O AGAMAS CAPITAL MANAGEMENT, LP 825 THIRD AVENUE, 35TH FLOOR NEW YORK NY 10022 |
| AGFIRST FARM CREDIT BANK | 1401 HAMPTON STREET P.O. BOX 1499 COLUMBIA SC 29202-1499 |
| AGIF - ALLIANZ PIMCO TREASURY EURO BOND | ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. 6A, ROUTE DE TR?VES SENNINGERBERG |

| Claim Name | Address Information |
|---|---|
| PLUS 2009 | L-2633 LUXEMBOURG |
| AGILENT TECHNOLOGIES INC | 5301 STEVENS CREEK BOULEVARD SANTA CLARA CA 95052-8059 |
| AGILENT TECHNOLOGIES UK LTD RETIREMENT BENEFITS PL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AGILENT TECHNOLOGIES UK LTD RETIREMENT BENEFITS PL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AGILITY GLOBAL FIXED INCOME MASTER FUND LP | 767 FIFTH AVE. NEW YORK NY 10153 |
| AGILITY GLOBAL FIXED INCOME MASTER FUND LP | PERELLA WEINBERG PARTNERS LP 767 FIFTH AVENUE NEW YORK NY 10153 |
| AGL SEPARATE ACCOUNT II LLC | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AGL SEPARATE ACCOUNT LLC | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AGOSTINI, EDWARD & SYLVIA JTWROS | EDWARD J. AGOSTINI AND SYLVIA AGOSTINI 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| AGRIBANK, FCB | 375 JACKSON STREET ST. PAUL MN 55101 |
| AGRIUM INC | 13131 LAKE FRASER DRIVE SE CALGARY AB T2J 7E8 CANADA |
| AGRIUM INC | 13131 LAKE FRASER DRIVE SE CALGARY AB T2J 7E8 CANADA |
| AHF- BAY FUND LLC | ATTN: DAN FRENCH C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 112 GRAPEVINE TX 76051 |
| AHF- BAY FUND LLC | ATTN: DAN FRENCH C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 11 GRAPEVINE TX 76051 |
| AHF- BAY FUND LLC | 1310 NORTH WHITE CHAPEL BOULEVARD SOUTHLAKE TX 76092 |
| AHF- BAY FUND LLC | AHF-BAY FUND, LLC C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 112 GRAPEVINE TX 76051 |
| AHORRO CORPORACION FINANCIERIA SV SA | ATTN: CARLOS RODRIGUS, CONFEDERACION ESPANO DE CAJA DE AHORROS 16 WATERLOO PLACE LONDON SW1Y 4AR UNITED KINGDOM |
| AHORRO CORPORACION FINANCIERIA SV SA | 16 WATERLOO PLACE ATT: CARLOS RODRIGUS LONDON SW1Y 4AR UNITED KINGDOM |
| AIFUL CORPORATION | TOKYOEKIMAE-BLDG, 5TH FLOOR 1-5-2 CHOME YAESU CHUO-KU, TOKYO 104-0028 JAPAN |
| AIG CDS, INC. | INVESTMENT GRADE CREDIT GROUP AIG CDS, INC. C/O AIG GLOBAL INVESTMENT CORP 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG CDS, INC. | C/O AIG GLOBAL INVESTMENT CORP 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG CDS, INC. | AIG CDS, INC. C/O AIG GLOBAL INVESTMENT CORP 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: ALAN FROST/EXECUTIVE VICE PRESIDENT 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: GENERAL COUNSEL AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP. | AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP/SAN MATEO CJPFA | 555 COUNTY CENTER. REDWOOD CITY CA 94063 |
| AIG GLOBAL INVESTMENT GROUP PORTABLE ALPHA FUND SP | C/O AIG GLOBAL INVESTMENT CORP. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AIG INTERNATIONAL INC | 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC | ATTN: GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG INTERNATIONAL INC. | ONE GREENWICH PLAZA GREENWICH CT 06830 |
| AIG PRIVATE BANK LTD | PELIKANSTRASSE 37 P.O. BOX 1376 ZURICH CH-8021 SWITZERLAND |
| AIM BASIC BALANCED FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM ENHANCED SHORT BOND FUND | C/O AIM ADVISORS, INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM HIGH YIELD FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |

| Claim Name | Address Information |
|---|---|
| AIM INCOME FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM SHORT TERM BOND FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: PORTFOLIO ADMINISTRATIION NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | GENERAL COUNSEL NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | PORTFOLIO ADMINISTRATIION NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: GENERAL COUNSEL C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: PORTFOLIO ADMINISTRATIION C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM V.I HIGH YIELD FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM V.I. DIVERSIFIED INCOME FUND | C/O AIM ADVISORS, INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM VI BASIC BALANCED FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIR CANADA INC | ATTN: PIERRE HOULE AIR CANADA CENTRE, ZIP1277 (BUILDING 2, 7TH FLOOR) 7373 COTE VERTU WEST SAINT LAURENT QC H4S 1Z3 CANADA |
| AIR CANADA, INC. | AIR CANADA CENTRE, ZIP1277 COURIER ROOM, BUILDING 6, GATE 2 ENTRANCE 730 COTE VERTU WEST DORVAL QB H4Y 1C2 CANADA |
| AIR FRANCE SA | HEAD OF DUEL DEPARTMENT AIR FRANCE SA -DAZP SERIVE CARBURANT 45, RUE DE PARIS 95747 ROISSY CDG CEDEX, FRANCE |
| AIRASIA BERHAD | MEGAT KAMARRUDDIN MEZZANINE FLOOR, LCC TERMINAL JALAN KLIA S3, SOUTHERN SUPPORT ZONE KL INTERNATIONAL AIRPORT SEPANG, SELANGOR D.E. 64000 MOROCCO |
| AIRASIA BERHAD | 25-5, BLOCK H JALAN PJU 1/37 DATARAN PRIMA, PETALING JAYA SELANGOR D.E. 47301 MOROCCO |
| AIRCRAFT FINANCE TRUST | WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AIRCRAFT LEASE SECURITISATION LIMITED | ATTN: INSURED PORTFOLIO MANAGEMENT, CC: MBIA INSURANCE CORPORATION ARMONK NY 10504 |
| AIRCRAFT LEASE SECURITISATION LIMITED | ATTN: INSURED PORTFOLIO MANAGEMENT, STRUCTURED FINANCE CC: MBIA INSURANCE CORPORATION ARMONK NY 10504 |
| AIRCRAFT LEASE SECURITISATION LIMITED | AIRCRAFT LEASE SECURITIZATION LIMITED 22 GRENVILLE STREET ST. HELIER JERSEY JE4 8PX SWITZERLAND |
| AIRCRAFT LEASE SECURITISATION LIMITED | CC: DEBIS AIRFINANCE CASH MANAGER II LIMITED SHANNON, COUNTY CLARE IRAN (ISLAMIC REPUBLIC OF) |
| AIRIS NEWARK INTERNATIONAL AIR CARGO CENTER | CARGO BUILDING 340 NEWARK NJ 07114 |
| AIRIS NEWARK INTERNATIONAL AIR CARGO CENTER | AIRIS HOLDINGS, LLC BUSINESS DEVELOPMENT, WILLIAMS TOWER 2800 POST OAK BOULEVARD, SUITE 5880 HOUSTON TX 77056 |
| AIRLIE CDO I LIMITED | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10011-003 |
| AIRLIE CDO I LIMITED | ATTN:  THE DIRECTORS AIRLIE CDO I, LTD C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AIRLIE CDO I LIMITED | ATTN:  DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AIRLIE CDO I LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AIRLIE CDO I LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AIRLIE CDO I LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AIRLIE CDO I LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| AIRLIE CDO I LIMITED | 25TH FLOOR CHICAGO IL 60661 |
| AIRLIE CDO I LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE CDO I LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AIRLIE CDO I LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AIRLIE CDO I LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AIRLIE CDO I LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AIRLIE CDO I LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AIRLIE CDO I LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AIRLIE CDO I LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE CDO I LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE CDO I LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AIRLIE CDO I LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | ATTN: JAMES E. SPIOTTO C/O CHAPMAN AND CUTLER LLC CHICAGO IL 60603-4080 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | C/O US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: THE DIRECTORS AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE OPPORTUNITY MASTER FUND LTD | ATTN:  BRENDAN DRISCOLL C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P. 115 EAST PUTNAM AVENUE GREENWICH CT 06830 |
| AIRLIE OPPORTUNITY MASTER FUND LTD | AIRLIE OPPORTUNITY MASTER FUND, LTD. C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P. 115 EAST PUTNAM AVENUE GREENWICH CT 06830 |
| AJAX RE LIMITED | ATTN: THE DIRECTORS AJAX RE LIMITED C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE, NORTH CHURCH ST, PO BOX 1109, KY1-1102 CANADA |
| AJAX RE LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE NORTH CHURCH ST, PO BOX 1109 KY1-1102 CANADA |
| AJAX RE LIMITED | C/O HSBC FINANCIAL SERVICES (CAYMAN) LTD STRATHVALE HOUSE NORTH CHURCH ST, PO BOX 1109 GRAND CAYMAN CAYMAN ISLANDS KY1-1102 CANADA |
| AKANTHOS ARBITRAGE MASTER FUND, LP | ATTN: THOMAS MOYACK C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 WOODLAND HILLS CA 91367 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | AKANTHOS ARBITRAGE MASTER FUND, L.P. C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 WOODLAND HILLS CA 91367 |
| ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: TREASURER P.O. BOX 301463 MONTGOMERY AL 36130-1463 |
| ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | 1751 CONG. W.L. DICKINSON DRIVE MONTGOMERY AL 36130 |
| ALABAMA DRINKING WATER FINANCE AUTHORITY | ALABAMA STATE HOUSE RM. 205 MONTGOMERY AL 36130 |
| ALABAMA STATE UNIVERSITY | 915 S JACKSON ST MONTGOMERY AL 36104 |
| ALADDIN GENIE II LP | ALADDIN CAPITAL MANAGEMENT INC. SIX LANDMARK SQUARE STAMFORD CT 06901 |
| ALAMEDA COUNTY EMPLOYEES RETIREMENT FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALAS INVESTMENT SERVICES(FORME RLLY ATTORNEYS) | C/O JULIUS BAER INVESTMENTS LIMITED LONDON 64 ST. JAMES`S STREET LONDON SW1A 1NF UNITED KINGDOM |
| ALAS INVESTMENT SERVICES(FORME RLLY ATTORNEYS) | ATTORNEY'S LIABILITY ASSURANCE SOCIETY, INC. 311 SOUTH WACKER DRIVE, SUITE 5700 CHICAGO IL 60606-6622 |
| ALASKA ELECTRICAL PENSION FUND INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALASKA ELECTRICAL PENSION FUND INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALASKA HOUSING FINANCE CORP. | ATTN: CHIEF FINANCIAL OFFICER 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALASKA HOUSING FINANCE CORP. | ALASKA HOUSING FINANCE CORP. 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALASKA HOUSING FINANCE CORP. | PO BOX 101020 ANCHORAGE AK 99510-1020 |
| ALASKA HOUSING FINANCE CORP. | 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALCAN PACKAGING PENSION PLAN | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ALCOA POWER GENERATING INC | 1200 RIVERVIEW TOWER 900 SOUTH GAY ST KNOXVILLE TN 37902 |
| ALCOA POWER GENERATING INC - EEI | ATTN: ASSISTANT TREASURER ALCOA INC. 390 PARK AVENUE NEW YORK NY 10022-4608 |
| ALCOA POWER MARKETING, INC - EEI | 1200 RIVERVIEW TOWER 900 SOUTH GAY ST KNOXVILLE TN 37902 |
| ALDERSLY | 2120 VITAZO EAST TIBURON CA 94920 |

| Claim Name | Address Information |
|---|---|
| ALEPPA FUNDING II LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALEPPA FUNDING II LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALETTI & C BANCA D'INVEST MOBILIARE (DO NOT USE) | V. SANTO SPIRITO, 14 MILANO 20121 ITALY |
| ALEXANDRITE SANDS APARTMENT, YUMA, ARIZONA | 230 WEST MORRISON ST YUMA AZ 85365 |
| ALHAMBRA REDEVELOPMENT AGENCY | CITY OF ALHAMBRA ALHAMBRA CA 91801 |
| ALIANT BANK | 200 ALIANT PARKWAY P.O. BOX 1237 ALEXANDER CITY AL 35011-1237 |
| ALIQUOT ACTIVE COMMODITY INDEX (UCITS) FUND | ATTN: LEON DIAMOND CASTLESTONE MANAGEMENT PLC C/O ALIQUOR ACTIVE COMMODITY INDEX (UCITS) FUND NEW YORK NY 10020 |
| ALIXPARTNERS LLP | 2000 TOWN CENTER, SUITE 2400 SOUTHFIELD MI 48075 |
| ALL WEATHER @ 10% LIMITED | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ALL WEATHER@12% TRADING LTD | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ALLEGHENY ENERGY SUPPLY COMPANY LLC | ATTN: CONTRACT ADMINISTRATION ALLEGHENY ENERGY SUPPLY COMPANY, LLC 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC | 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | ATTN: DEAN BRITTON 1440 BROADWAY 23RD FLOOR NEW YORK NY 10018 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | ATTEN: DEAN BRITTON 1440 BROADWAY, 23RD FLOOR NEW YORK NY 10018 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | 1440 BDWY, 23RD FL NEW YORK NY 10018 |
| ALLEN ACADEMY | C/O FIRST INDEPENDENCE NATIONAL BANK 44 MICHIGAN AVENUE DETROIT MI 48226 |
| ALLERGAN INC PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ALLIANCE ACM GLOBAL CREDIT - U.S. SUB-FUND | ALLIANCE ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE CAPITAL MANAGEMENT L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE ACM U.S. CREDIT TOTAL RETURN SUB-FUND | ALLIANCE ACM U.S. CREDIT TOTAL RETURN SUB-FUND C/O ALLIANCE CAPITAL MANAGEMENT L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN INTERMEDIATE BOND FUND | ALLIANCEBERNSTEIN INTERMEDIATEBOND PORTFOLIO C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE FOR COMMUNITY CARE | 86 S. 14TH ST FKA AVENUES TO MENTAL HEALTH SAN JOSE CA 95112 |
| ALLIANCE IMAGING INC | 1900 S. STATE COLLEGE BLVD., SUITE 600 ANAHEIM CA 92806 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JEFF ROSST C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ROBERT WADDELL, SENIOR VP-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: CORPORATE TRUST OFFICE THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE 101 BARCLAY STREET NEW YORK NY 10286 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| TR 2005-A | STREET 3RD FLOOR BOSTON MA 02110 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TRUST 2005- | C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE PIPELINE LIMITED PARTNERSHIP | SUITE 600 605 5TH AVENUE SOUTH WEST CALGARY AB T2P 3H5 CANADA |
| ALLIANCE SANFORD C. BERNSTEIN FUND II – INTER DURA | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND II – INTER DURA | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND-INTERMED. DUR. | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND-INTERMED. DUR. | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ATTN: MICHAEL COFFEE, OPERATIONS C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ATTN: MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ALLIANCE US GOVERMENTHIGH GRADE FUND C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) | INCOME ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) FIXED INCOME HIGH ALPHA PORTFOLIO, C/O ALLIANCEBER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN POOLING PORT FOLIOS-ALLIANCEBERN | DURATION BOND PORT ALLIANCEBERNSTEININTER DURATION BOND PORTFOLIO C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN POOLING PORTFOLIO – ALLIANCEBERN | PORTFOLIO ALLIANCEBERNSTEIN L.P.A/C ALLIANCEBERNPOOLING PORT C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN TAX-MANAGED WEALTH PRESERVATION | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN TAX-MANAGED WEALTH PRESERVATION | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE | ATTN: MARK R. MANLEY, LEGAL DEPARTMENT C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US STRATEGIC | ATTN: MARK R. MANLEY, LEGAL DEPARTMENT C/O ALLIANCEBERNSTEIN, L.P 1345 AVENUE |

| Claim Name | Address Information |
|---|---|
| CORE-PLUS FIXED INC | OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INC | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANZ AUSTRALIA INSURANCE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ AUSTRALIA INSURANCE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ EMPLOYEES MASTER RETIR EMENTTRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ EMPLOYEES MASTER RETIR EMENTTRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ FLEXI RENTENFONDS (DIT 520005) | C/O DEUTSCHER INVESTMENT TRUST GMBH MAINZER LANDSTR 11-13 FRANKFURT AM MAIN D-60329 GEORGIA |
| ALLIANZ GLOBAL INVESTORS KAPITALANL – DIT/521504 P | C/O DEUTSCHER INVESTMENT TRUST GMBH MAINZER LANDSTR 11-13 FRANKFURT AM MAIN D-60329 GEORGIA |
| ALLIANZ LIFE INSURANCE CO OF NORTH AMERICA | P.O. BOX 59060 MINNEAPOLIS MN 55459-0060 |
| ALLIANZ LIFE INSURANCE CO OF NORTH AMERICA | ATTN: MICHAEL SCRIVER; JEFFREY KLETTI P.O. BOX 59060 MINNEAPOLIS MN 55459-0060 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA – | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA – | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ LIFE INSURANCE COMPANYOF NORTH AMERICA | 5701 GOLDEN HILLS DRIVE MINNEAPOLIS MN 55416-1297 |
| ALLIANZ PIMCO TSY BD PLUS 2015 (ADAM LUX 553315) | C/O ALLIANZ DRESDNER ASSET MANAGEMENT 6A ROUTE DE TREVES, SENNINGERBERG 26 LUXEMBOURG L2633 LUXEMBOURG |
| ALLIANZ RISK TRANSFER | ATTN: CHRIS FISCHER HIRS– COO LAVATERSTRASSE 67 ZURICH CH– 8002 SWITZERLAND |
| ALLIANZ RISK TRANSFER | ALLIANZ RISK TRANSFER LAVATERSTRASSE 67 CH-8002 ZURICH CH- 8002 SWITZERLAND |
| ALLIANZ SE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ SPA | ATTN: DIR. INVESTIMENTI E GESTIONE MOBILIARE - PROPRIETA' RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLIANZ SPA | ATTN: MAURO RE RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLIANZ SPA | RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLINA HEALTH SYSTEM | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLINA HEALTH SYSTEM | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ALLINA HEALTH SYSTEMS | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLINA HEALTH SYSTEMS DEFINED BENEFIT MASTER TRUST | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLINA HEALTH SYSTEMS DEFINED BENEFIT MASTER TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ALLISON TRANSMISSION INC | ATTN: PAUL NICHOLAS 4700 WEST 10TH STREET INDIANAPOLIS IN 46222 |
| ALLISON TRANSMISSION INC | 4700 WEST 10TH STREET INDIANAPOLIS IN 46222 |
| ALLMERICA FINANCIAL LIFE INSUR ANCE & ANNUITY COMP | ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY 440 LINCOLN STREET WORCESTER MA 01653 |
| ALLSTATE INSURANCE COMPANY INC | 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY | 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK | C/O ALLSTATE INVESTMENTS, LLC 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLTEL CORPORATION MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ALPHA BANK AE | 40 STADIOU STREET GR– 102 52 ATHENS GREECE |
| ALPHA D2 LIMITED | 6 PRINCES GATE LONDON SW7 1QJ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ALPHA MEZZ CDO 2007-1, LTD. | CHIEF OPERATING OFFICE COUNTRYWIDE ALTERNATIVE ASSET MANAGEMENT INC. CALABASAS CA 91302 |
| ALPHA MEZZ CDO 2007-1, LTD. | CDO GROUP BONY AND TRUSTEE FOR ALPHA MEZZ CDO 2007-1 NEW YORK NY 10286 |
| ALPHA MEZZ CDO 2007-1, LTD. | ALPHA MEZZ CDO 2007-1, LTD ALPHA MEZZ CDO 2007-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALPHA MEZZ CDO 2007-1, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALPHA MONTHLY INCOME FOREIGN BONDS FUND | ALPHA ASSET MANAGEMENT A.E.D.A.K. 12-14 PESMAZOGLOU STR. GR-105 64 ATHENS GREECE |
| ALPHADYNE INTERNATIONALMASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT, LLC 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| ALPINE CAPITAL BANK | ATTN: DAVID M. ABOODI, PRESIDENT 680 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10019 |
| ALPINE CAPITAL BANK | ATTN: DAVID M. ABOODI, PRESIDENT ALPINE CAPITAL BANK 680 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10019 |
| ALPINE CAPITAL BANK | 680 FIFTH AVE NEW YORK NY 10019 |
| ALTA CDO 2007-1 LTD | ATTN: ERIC J. DONAGHEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ALTA CDO 2007-1 LTD | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| ALTA CDO 2007-1 LTD | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| ALTA CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTA CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|------------|---------------------|
| ALTA CDO 2007-1 LTD | MARKET STREET WILMINGTON DE 19890 |
| ALTA CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTA CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTA CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTA CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTA CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTA CDO 2007-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALTA CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTA CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTA CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTA CDO 2007-1 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: AMY BYRNES C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTADIS FINANCIAL SERVICES SNC | 143 BOULEVARD ROMAIN ROLLAND PARIS 75014 FRANCE |
| ALTAE PRIVATE EQUITY INDEX,FI | REGISTRO MERCANTIL DE MADRID, TOMO 8.336, GENERAL 7938 DE LA SECCION 3. DEL LIBRO DE SOCIEDADES FOLIO 14 HOJA N, INSCRIPCION 1 79.438-1 SPAIN |
| ALTAGAS LIMITED PARTNERSHIP | DIRECTOR GAS MARKETING 355 - 4TH AVENUE SW SUITE 1700 CALGARY AB T2P 0J1 CANADA |
| ALTAGAS LIMITED PARTNERSHIP "EDI" | 355 - 4TH AVENUE SW SUITE 1700 CALGARY AB T2P 0J1 CANADA |
| ALTAR ROCK FUND LP, THE | C/O TUDOR INVESTMENT CORPORATION 1275 KING STREET GREENWICH CT 06831 |
| ALTERNATIVE HIGH YIELD BANK LOAN POOL | 767 FIFTH AVENUE NEW YORK NY 10153 |
| ALTERNATIVE MULTI STRATEGY FUND LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI STRATEGY FUND LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| (THE) | STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTOONA CITY AUTHORITY SERIES | 20 GREENWOOD ROAD ALTOONA PA 16602-7114 |
| ALZETTE EUROPEAN CLO S.A. | BOULEVARD DU PRINCE HENRI 33 LUXEMBOURG LUXEMBOURG |
| ALZHELMER'S RESOURCE CENTER OF CONNECTICUT | 1261 SOUTH MAIN STREET PLAINTSVILLE CT 06479 |
| AMB GENERALI ASSET MGRSA/C AMGI-FONDS VEMOB | AMB GENERALI ASSET MANAGERS GEREONSWALL 68 KÖLN 50670 GEORGIA |
| AMBAC CREDIT PRODUCTS LLC | GENERAL COUNSEL AMBAC ASSURANCE CORPORATION ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC CREDIT PRODUCTS LLC | AMBAC ASSURANCE CORPORATION ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC CREDIT PRODUCTS LLC | ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC FINANCIAL SERVICES, LLC | ATTN: STEVEN L. DYMANT ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC FINANCIAL SERVICES, LLC | AMBAC FINANCIAL SERVICES, L.P. ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBER FINANCE LIMITED | MOURANT 22 GRENVILLE STREET ST HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| AMBER MASTER FUND (CAYMAN) SPC | 153 EAST 53RD STREET- 57TH FLOOR CITIGROUP CENTER NEW YORK NY 10022 |
| AMERADA HESS CORPORATION EMPLOYEES PENSION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| AMERADA HESS CORPORATION EMPLOYEES PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| AMEREN ENERGY GENERATING COMPANY | P.O. BOX 66149, MC427 ST. LOUIS MO 63166 |
| AMEREN ENERGY MARKETING COMPANY | ATTN: CONTRACT ADMINISTRATION AMEREN ENERGY MARKETING COMPANY 1901 CHOUTEAU AVE., MC-950 SAINT LOUIS MO 63103 |
| AMEREN ENERGY MARKETING COMPANY | ONE AMEREN PLAZA 1901 CHOUTEAU AVENUE PO BOX 66149 ST. LOUIS MO 63166-6149 |
| AMEREN ENERGY MARKETING COMPANY | 1901 CHOUTEAU AVE., MC-950 SAINT LOUIS MO 63103 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT- CORPORATE DEVELOPMENT & TREAS AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT-CORPORATE DEVELOPMENT AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT AND TREASURER 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | VICE PRESIDENT- CORPORATE DEVELOPMENT AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | AMERICAN AIRLINES, INC. P.O. BOX 619616 MAIL DROP 5509 FORT WORTH TX 75261-9616 |
| AMERICAN AIRLINES INC MASTER FIXED BENEFIT PENSION | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AMERICAN AIRLINES INC PILOTS VARIABLE BENEFIT PLAN | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AMERICAN AIRLINES, INC. | P.O. BOX 619616, MD 5661 /FORT WORTH AIRPORT DALLAS TX 75261-9616 |
| AMERICAN BAPTIST HOMES OF THE WEST | ATTN: DAVID A. GRANT, SVP 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMERICAN BAPTIST HOMES OF THE WEST | 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMERICAN CHARTERED BANK | ATTN: LANSDOWNE GREG AMERICAN CHARTERED BANK 1199 E. HIGGINS ROAD SCHAUMBURG IL 60173 |
| AMERICAN CHARTERED BANK | 1199 E. HIGGINS ROAD SCHAUMBURG IL 60173 |
| AMERICAN CHEMICAL SOCIETY INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY PETROLEUM RESEARCH FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY PETROLEUM RESEARCH FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | ATTN: JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION AS AGE | 155 W NATIONWIDE BLVD. SUITE 500 COLUMBUS OH 43215 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | ATTN: ERIC GIESLER 5000 WESTOWN PARKWAY SUITE 440 WEST DES MOINES HI 50266 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | P.O. BOX 71216 DES MOINES IA 50325 |
| AMERICAN EXPRESS BANK LTD | ATTN: PETER SISTI, TREASURER AMERICAN EXPRESS BANK LTD. INTERNATIONAL OPERATIONS CENTRE 510 SPENCER PLAZA, 768/769 ANNA SALAI CHENNIA 600 002 INDIA |
| AMERICAN EXPRESS BANK LTD | ATTN: GLOBAL DERIVATIVES SUPPORT AMERICAN EXPRESS BANK LTD 253-257 HIGH STREET NORTH POOLE DORSET BH15 1DW ENGLAND |
| AMERICAN EXPRESS BANK, LTD. | C/O AMERICAN EXPRESS FINANCIAL ADVISORS 254 AXP FINANCIAL CENTER, H19/254 707 2ND AVE. SOUTH MINNEAPOLIS MN 55474 |
| AMERICAN HEART ASSOCIATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN HEART ASSOCIATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN HONDA FINANCE CORPORATION | ATTN: JAN BOBSIN/SCOTT C. DAVIS 20800 MADRONA AVENUE TORRANCE CA 90503 |
| AMERICAN HONDA FINANCE CORPORATION | ATTN: PAUL C. HONDA P.O BOX 2295 TORRANCE CA 90503 |
| AMERICAN HONDA FINANCE CORPORATION | 20800 MADRONA AVENUE TORRANCE CA 90503 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | JOHN TOOHEY 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AMERICAN INVESTOR LIFE INSURANCE COMPANY | C/O AMERUS CAPITAL MGMT GROUP 699 WALNUT STREET SUITE 300 DES MOINES IA 50309 |
| AMERICAN MUNICIPAL POWER-OHIO, INC. | ATTN:CONTRACT ADMINISTRATION AMERICAN MUNICIAPAL POWER-OHIO, INC. 2600 AIRPORT DRIVE COLUMBUS OH 43219 |
| AMERICAN MUNICIPAL POWER-OHIO, INC. | 2600 AIRPORT DRIVE COLUMBUS OH 43219 |
| AMERICAN NATIONAL BANK  NA | 9999 BELLAIRE BLVD HOUSTON TX 77036 |
| AMERICAN NATIONAL INSURANCE COMPANY | C/O SM PO BOX 58969 HOUSTON TX 77528- 8969 |
| AMERICAN SKANDIA TRUST – ADVANCED STRATEGIES PORTF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN SKANDIA TRUST – ADVANCED STRATEGIES PORTF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN TRADING & PRODUCTIONCO (ATAPCO) | 10 EAST BALTIMORE STREET SUITE 1600 BALTIMORE MD 21202 |
| AMERICREDIT 2005-B-M | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMERICREDIT 2005-B-M | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT 2005-B-M | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMERICREDIT 2005-B-M | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMERICREDIT 2005-B-M | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| AMERICREDIT 2005-B-M | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT 2005-B-M | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT 2005-B-M | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMERICREDIT 2005-B-M | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMERICREDIT 2005-B-M | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMERICREDIT 2005-B-M | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMERICREDIT 2005-B-M | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMERICREDIT 2005-B-M | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMERICREDIT 2005-B-M | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT 2005-B-M | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT 2005-B-M | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M | CTS/ABS WELLS FARGO, NATIONAL ASSOCIATION SIXTH AND MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M | ATTN: CONNIE COFFEY AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005-B-M C/O AMERICREDIT FINANCIAL SERVICES, INC. 801 CHERRY STREET, SUITE 3900 FORT WORTH TX 76102 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M | WITH COPIES TO: MBIA INSURANCE CORPORATION 113 KING STREET ARMONK NY 10504 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F | WITH A COPY TO: AMERICREDIT FINANCIAL SERVICES, INC. FORT WORTH TX 76102 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | TRANSACTION OVERSIGHT DEPARTMENT WITH A COPY TO: FINANCIAL SECURITY ASSURANCE INC. NEW YORK NY 10019 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: CONNIE COFFEY WITH A COPY TO: AMERICREDIT FINANCIAL SERVICES, INC. FORT WORTH TX 76102 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT FINANCIAL SERVICES INC | AMERICREDIT FINANCIAL SERVICES, INC. 801 CHERRY STREET, SUITE 3900 FORT WORTH TX 76102 |
| AMERIPRISE FINANCIAL INC | ATTN: DERIVATIVES DOCUMENTATION GROUP 254 AMERPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| AMERIPRISE FINANCIAL, INC. | 1109 AMERIPRISE FINANCIAL CENTER H19/1109 MINNEAPOLIS MN 55474 |
| AMERUS LIFE INSURANCE COMPANY | AVIVA INVESTORS NORTH AMERICA INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AMGEN RETIREMENT AND SAVINGS PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| AMMC CLO III LTD | ONE EAST FOURTH STREET- 3RD FLOOR CINCINNATI OH 45202 |
| AMMC CLO III LTD | THE DIRECTORS AMMC CLO III, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AMMC CLO III LTD | C/O. AMERICAN MONEY MANAGEMENT CORP. ONE EAST FOURTH ST. – 3RD FLOOR CINCINNATI OH 45202 |
| AMMC CLO III LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO III LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO III LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO III LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO III LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO III LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO III LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO III LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO III LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO III LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO III LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO III LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| AMMC CLO III LTD | STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO III LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO III LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO III LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO IV LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO IV LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO IV LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO IV LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO IV LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO IV LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO IV LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO IV LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO IV LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO IV LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO IV LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO IV LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO IV LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO IV LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO IV LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO IV, LTD | ATTN: MR. CHESTER ENG CC: AMERICAN MONEY MANAGEMENT CORPORAT CINCINNATI OH 45202 |
| AMMC CLO IV, LTD | ATTN: INSTITUTIONAL TRUST SERVICES CC: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION HOUSTON TX 77002 |
| AMMC CLO IV, LTD | ATTN: THE DIRECTORS AMMC CLO IV, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AMMC CLO V LTD | MR. CHESTER ENG, RE: AMMC CLO V, LIMITED WITH A COPY TO: AMERICAN MONEY MANAGEMENT CORPORATION LLC CINCINNATI OH 45202 |
| AMMC CLO V LTD | THE DIRECTORS AMMC CLO V, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AMMC CLO V LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO V LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO V LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO V LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| AMMC CLO V LTD | 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO V LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO V LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO V LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO V LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO V LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO V LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO V LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO V LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO V LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO V LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO V LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO VI LTD | CHESTER ENG AMERICAN MONEY MANAGEMENT CORPORATION LLC ONE EAST FOURTH STREET C/O AMMC CLO VI, LIMITED CINCINNATI OH 45202 |
| AMMC CLO VI LTD | THE DIRECTORS AMMC CLO VI, LIMITED C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CANADA |
| AMMC CLO VI LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO VI LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO VI LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO VI LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO VI LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO VI LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO VI LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO VI LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO VI LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO VI LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO VI LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO VI LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO VI LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| AMMC CLO VI LTD | STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO VI LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO VI LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMP CAPITAL ENHANCED YIELD FUND | PO BOX R227 ROYAL EXHANGE SYDNEY NSW 1225 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | ATTN: MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | 50 BRIDGE STREET SYDNEY NSW 2008 AUSTRALIA |
| AMP CAPITAL INVESTORS LTD – FD INTERNATIONAL BOND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD – FD INTERNATIONAL BOND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD – FUTURE DIRECTIONS INTE | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD – FUTURE DIRECTIONS INTE | 2 LIBERTY SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS– RESPONSIBLE INVESTMENT LEAD | SHARE FUND AMP CAPITAL INVESTORS LEVEL 12 – 50 BRIDGE STREET SYDNEY NSW 2000 AUSTRALIA |
| AMSTERDAM HOUSE CONTINUING CARE RETIREMENT COMMUNI | 1060 AMSTERDAM AVE NEW YORK NY 10025 |
| AMTD STRATEGIC CAPITAL LIMITED | AMTD DIRECT LIMITED 12/F, CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG SWITZERLAND |
| ANA G MENDEZ UNIVERSITY SYSTEM, PR | EDIE DE FINANZAS CARR 173 KM O.3 CUPEY, RIO PIEDRAS PUERTO RICO |
| ANADARKO PETROLEUM CORPORATION | ATTN: MANAGER, CORPORATE CREDIT SERVICES ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE TEH WOODLANDS TX 77380 |
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE TEH WOODLANDS TX 77380 |
| ANCHORAGE ADVISORS LLC | ATTN: CFO AND GENERAL COUNSEL/ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE ADVISORS LLC | ATTN: ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY NEW YORK NY 10012 |
| ANCHORAGE ADVISORS LLC | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN:  ANNE-MARIE KIM C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN: CFO AND GENERAL COUNSEL/ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN: ERIC SACKS, CONTROLLER C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | ATTN: CFO AND GENERAL COUNSEL C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | ATTN: ANNE-MARIE KIM C/O ANCHORAGE ADVISORS, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | C/O SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | ATTN: GENERAL COUNSEL C/O ANCHORAGE ADVISORS, L.L.C. 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | ATTN: NATALIE BIRRELL, COO; ERIC SACKS, CONTROLLER C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FL. NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANDERSON CORP. EMPLOYEES PENSION & | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT TRST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ANDERSONS INC | ATTN: BETSEY HALL, ASSISTANT GENERAL COUNSEL THE ANDERSONS, INC. 480 W. DUSSEL DRIVE - P.O. BOX 119 MAUMEE OH 43537 |
| ANDERSONS INC | ATTN: MIKE IRMEN, DIRECTOR OF ETHANOL SERVICES THE ANDERSONS, INC. 480 W. DUSSEL DRIVE - P.O. BOX 119 MAUMEE OH 43537 |
| ANDREW MELLON FOUNDATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| ANDREW W MELLON FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ANDREW W MELLON FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ANF PARTNERS #1 | 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| ANF PARTNERS #1 | ATTN: DOMINICK J. FAZZIO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| ANF PARTNERS #1 | 1400 LAPALCO BLVD BLG 2 HARVEY LA 70058 |
| ANGELA KNOTT: THIS ENTITY HAS BEEN SET UP IN ENTIT | LBIE CAN RECEIVE FEES FROM IT. THERE IS NOT ISDA DOCUMENTATION IN PLACE AND NONE IS REQUIRED.  UNKNOWN |
| ANGLIOLIERI FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANGLIOLIERI FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANGLIOLIERI FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANGLIOLIERI FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANGLIOLIERI FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANGLIOLIERI FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANGLIOLIERI FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANGLIOLIERI FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANGLIOLIERI FINANCE PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANGLIOLIERI FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANGLIOLIERI FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANGLIOLIERI FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANGLIOLIERI FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANGLIOLIERI FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANGLIOLIERI FINANCE PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANGLO IRISH BANK CORPORATION PLC | ATTN: EILEEN CARR STEPHEN COURT 18/21 ST STEPHEN'S GREEN DUBLIN 2 DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| ANGLO IRISH BANK CORPORATION PLC | STEPHEN COURT 18/21 ST STEPHEN'S GREEN DUBLIN 2 DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| ANP FUNDING I, LLC | ATTN: CONTRACT ADMINISTRATOR C/O INTERNATIONAL POWER 62 FOREST STREET, SUITE 102 MARLBOROUGH MA 01752 |
| ANP FUNDING I, LLC | ATTN: DAVID T. MUSSELMAN, GENERAL COUNSEL C/O INTERNATIONAL POWER 62 FOREST |

| Claim Name | Address Information |
|---|---|
| ANP FUNDING I, LLC | STREET, SUITE 102 MARLBOROUGH MA 01752 |
| ANP FUNDING I, LLC | C/O INTERNATIONAL POWER 62 FOREST STREET, SUITE 102 MARLBOROUGH MA 01752 |
| ANTHRACITE BALANCE COMPANY (DIS 1) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (32) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (32) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (32) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (36) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (40) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (44) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (44) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (44) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (48) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (50) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (7) LIMITED | C/O HSBC HOUSE, MARY STREET PO BOX 1109 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| ANTHRACITE BALANCED COMPANY (7) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (7) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (7) LTD | CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (AWF) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (GMN) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-1) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-10) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-12) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-16) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-17) LTD | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-17) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-18) | THE DIRECTORS AIB INTERNATIONAL CENTER, I.F.S.C. DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-23) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-27) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (IR-7) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (J R-38) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-10) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-12) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-13) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-21) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-23) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-27) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-34) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-35) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-40) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-47) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-49) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (JR-49) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-50) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-51) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-52) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-54) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-58) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
| --- | --- |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR-60) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR46) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (JR48) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| LTD | STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (LIBGDF) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (ODSF) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (ODSF) LTD - MAY | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (R-20) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-22) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-23) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-24) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-25) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |

| Claim Name | Address Information |
|---|---|
| LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | AIB INTERNATIONAL CENTRE HSBC BANK PLC, LVL 24, 8 CANADA SQ GLOBAL TRANSACTION BANKING, HSBC SECURITIES SERVICES CORPORATE TRUST LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | IRELAND AIB INTERNATIONAL CENTRE ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTL CENTRE, IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ATTN: KIERAN HIGGINS AIB INTERNATIONAL CENTRE NOMURA INTL PLC 1 ST MARTINAPPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-5) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY (R-7) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY IR-19 | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY IR-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY IR-19 | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTL CENTRE IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: KIERAN HIGGINS NOMURA INTL PLC 1 ST MARTIN#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | HSBC BANK PLC GLOBAL TRANSACTION BANKING HSBC SECURITIES SERVICES CORP TRUST, LVL 24,  8 CANADA SQ LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENTS (CAYMAN ) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTERNATIONAL FINANCIAL SERVICES LTD. AIB INTERNATIONAL CENTRE, IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | HSBC BANK PLS GLOBAL TRANSACTION BANKING HSBC SECURITIES SERVICES CORP TRUST, LVL 24,  8 CANADA SQ LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE MASTER CO (2) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE MASTER CO (2) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE MASTER CO (2) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER COMPANY (4) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE MASTER COMPANY (4) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE RATED INVESTMENTS (JR-14) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE RATED INVESTMENTS (R-15) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE RATED INVESTMENTS JERSEY SERIES 45 | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | C/O HSBC HOUSE, MARY STREET PO BOX 1109 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| ANTHRACITE REFERENCE COMPANY (23) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ANWORTH MORTGAGE ASSET CORP | 1299 OCEAN AVENUE SUITE 200 SANTA MONICA CA 90401 |
| ANZ NATIONAL BANK LIMITED | ANZ CENTRE LEVEL 28 23-29 ALBERT STREET P.O BOX 6243 WELLESLEY STREET NIGER |
| ANZ NATIONAL BANK LIMITED | ATTN: SENIOR MANAGER, MARKETS OPERATION INSTITUTIONAL MARKETS, LEVEL 3 NBNZ HOUSE 1 VICTORIA STREET, P O BOX 540 WELLINGTON NIGER |
| AON CORPORATION | 200 EAST RANDOLPH STREET CHICAGO IL 60601 |
| AOZORA BANK, LTD. | ATTN: MICHAEL B. LESTINO, ATTORNEY LOWENSTEIN SANDLER PC 1251 AVE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK, LTD. | 3-1, KUDAN-MINAMI 1-CHOME CHIYODA-KU TOKYO 102-8660 JAPAN |
| APPALACHIAN POWER COMPANY | AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ICELAND |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CANADA |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | DEUTSCHE TRUSTEE COMPANY LIMITED WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUILA MERCHANT SERVICES INC | ATTN: JOHN BRUNGARDT UTILICORP UNITED INC. C/O AQUILA RISK MANAGEMENT CORPORATION OMAHA NE 68164 |
| AQUILA MERCHANT SERVICES, INC. | UTILICORP UNITED INC. C/O AQUILA RISK MANAGEMENT CORPORATION OMAHA NE 68164 |
| ARAB BANKING CORPORATION (B.S.C) | ATTN: MARK LEONARD ARAB BANKING CORPORATION P.O. BOX 5698 MANAMA BOSNIA AND HERZEGOVINA |
| ARAB BANKING CORPORATION (B.S.C) | ARAB BANKING CORPORATION P.O. BOX 5698 MANAMA BOSNIA AND HERZEGOVINA |
| ARAB BANKING CORPORATION (B.S.C) | ABC TOWER, DIPLIOMATIC AREA P.O. BOX 2808 MANAMA 5998 KIRIBATI |
| ARACRUZ TRADING INTERNATIONAL COMMERCIAL AND SERVI | LIABILITY COMPANY 2161 CSOMAD, AKACOS UTCA 11 BUDAPEST HUNGARY |
| ARBOR PARK, LP | 11515 LEISURE DRIVE DALLAS TX 75234-4701 |
| ARBORS AT GEORGETOWN LIMITED DIVIDEND HOUSING | ASSOCIATION LIMITED PARTNERSHIP C/O THE STERLING GROUP 3900 EDISON LAKES PARKWAY SUITE 201 MISHAWAKA IN 46546 |
| ARCADIA PETROLEUM LTD | ALMACK HOUSE 28 KING STREET LONDON W1Y 6AR UNITED KINGDOM |
| ARCHDIOCESE OF NEW YORK PENSIO N PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESE OF NEW YORK PENSIO N PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESE OF NEWARK LAY PENSION PLAN | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ARCHDIOCESE OF NEWARK LAY PENSION PLAN | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ARCHDIOCESE OF NEWARK PRIESTS PENSION PLAN | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| ARCHDIOCESE OF ST. LOUIS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ARCHE MASTER FUND, L.P | ARCHE MASTER FUND, L.P. C/O XE CAPITAL ADVISERS, LLC 24 WEST 40TH STREET, 3RD FLOOR NEW YORK NY 10018 |
| ARCHSTONE-SMITH OPERATING TRUST | 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| ARCHSTONE-SMITH OPERATING TRUST | C/O MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGMAN AVENUE ST. PAUL MN 55116 |
| ARCHSTONE-SMITH OPERATING TRUST | ATTN: DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| ARCHSTONE-SMITH OPERATING TRUST | ARCHSTONE-SMITH OPERATING TRUST C/O MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGMAN AVENUE ST. PAUL MN 55116 |
| ARCHSTONE-SMITHOPERATING TRUST | 9200 E PANORAMA CIR STE 400 ENGELWOOD CO 80112 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI CLASS SEGREGA | CLASS PA1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI-CLASS SEGREGA | AZ1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |

| Claim Name | Address Information |
|---|---|
| ARDEN ERISA PORTABLE ALPHA SPC MULTI-CLASS SEGREGA | CA1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI-CLASS SEGREGA | MI1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | DAVID SACHS C/O ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | C/O ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II, LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II, LTD | ATTN: HARVEY MOAT ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES IIR CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES IIR CLO LTD | CDO UNIT / ARES IIR CLO, LTD. WITH COPIES TO: US BANK, NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| ARES IIR CLO LTD | THE DIRECTORS ARES IIR CLO, LTD., C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ARES IIR CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES IIR CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ARES IIR CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES IIR CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES IIR CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IIR CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES IIR CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES IIR CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES IIR CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES IIR CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES IIR CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES IIR CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IIR CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IIR CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES IIR CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IX CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES IX CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES IX CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES IX CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES IX CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IX CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES IX CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES IX CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES IX CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES IX CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES IX CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES IX CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IX CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ARES IX CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES IX CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IX CLO LTD. | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES IX CLO LTD. | ATTN: CDO BUSINESS – ARES IX CLO, LTD. WITH COPIES TO: DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| ARES IX CLO LTD. | DIRECTORS ARES IX CLO LTD. PO BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ARES MANAGEMENT LPA/C ARES CLO MGMT XII, LP | 1999 AVE OF THE STS LOS ANGELES CA 90045 |
| ARES MGMT/ARES VIII CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES VIII CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES VIII CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES VIII CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES VIII CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES VIII CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIII CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES VIII CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES VIII CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES VIII CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES VIII CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES VIII CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES VIII CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIII CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIII CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES VIII CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIR CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES VIR CLO LTD | ATTN: JAMES SPIOTTO CHAPMAN AND CUTLER CHICAGO IL 60603*4080 |
| ARES VIR CLO LTD | CDO UNIT/ARES VIR CLO LTD. U.S. BANK, NATIONAL ASSOCIATION ONE FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| ARES VIR CLO LTD | THE DIRECTORS ARES VIR CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT – QUEENSGATE HOUSE – SO. CHURCH ST GEORGE TOWN, GRAND CAYMAN CANADA |
| ARES VIR CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES VIR CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|------------|---------------------|
| ARES VIR CLO LTD | MARKET STREET WILMINGTON DE 19890 |
| ARES VIR CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES VIR CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES VIR CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIR CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES VIR CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES VIR CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES VIR CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES VIR CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES VIR CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES VIR CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIR CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIR CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES VIR CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES X CLO LIMITED | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES X CLO LIMITED | CORPORATE TRUST SERVICES – ARES X CLO LTD. WITH COPIES TO: U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| ARES X CLO LIMITED | DIRECTORS ARES X CLO LTD. PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ARES X CLO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES X CLO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES X CLO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES X CLO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES X CLO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES X CLO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES X CLO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES X CLO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES X CLO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES X CLO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| ARES X CLO LIMITED | FLOOR NEW YORK NY 10005 |
| ARES X CLO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES X CLO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES X CLO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES X CLO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES X CLO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES XII CLO LTD | ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES XII CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES XII CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES XII CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES XII CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES XII CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES XII CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES XII CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES XII CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES XII CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES XII CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES XII CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES XII CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES XII CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES XII CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES XII CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-1 B | MBIA INSURANCE CORPORATION 113 KING STREET ARMONK NY 10504 |
| ARG FUNDING CORP SERIES 2005-1A | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP SERIES 2005-2 A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 A | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 B | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 B | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 C | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP. | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARIEL REINSURANCE COMPANY LTD | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| ARIEL REINSURANCECOMPANY LTD | WINDSOR PLACE, 18 QUEEN ST P.O. BOX HM 1727 HAMILTON BELGIUM |
| ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED | C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| ARISTEIA PARTNERS LP | C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA SPECIAL INVESTMENTS MASTER LP | C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARIZONA MUNICIPAL FINAN. PROGR | POTSDAMER PLATZ POTSDAMER PLATZ BERLIN 10785 GEORGIA |
| ARIZONA PUBLIC SERVICE COMPANY | 400 NORTH FIFTH STREET, MAIL STATION 9860 PHOENIX AZ 85004 |
| ARIZONA STATE RETIREMENT SYSTEM | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ARKANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SY | ONE UNION NATIONAL PLAZA 124 WEST CAPITOL LITTLE ROCK AR 72201 |
| ARLINGTON PARTNERS LP | C/O CAPMARK AFFORDABLE EQUITY HOLDINGS, INC. DENVER CO 80202 |
| ARLINGTON PARTNERS LP | ATTN: RODNEY F. TRIPLETT, JR. C/O THE PARK COMPANIES 124 ONE MADISON PLAZA, SUITE 1500 MADISON MI 39110 |
| ARLINGTON PARTNERS LP | FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4F MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | FEDERAL HOME LOAN MORTGAGE CORPORATION 8200 JONES BRANCH DRIVE MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | ATTN: MABEL HARRIS - SERVICING MANAGER WELLS FARGO BANK, N.A. 2010 CORPORATE RIDGE, SUITE 1000 MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | AMTAX HOLDINGS 495, LLC C/O CAPMARK AFFORDABLE EQUITY HOLDINGS, INC. 1801 CALIFORNIA STREET, SUITE 3900 DENVER CO 80202 |
| ARTESIA BANKING CORPORATION SA (DO NOT USE) | RUE DE TREVES 25 BRUSSELS 1040 BELGIUM |
| ARTSFARE 2006 TRUST NO 1 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARTSFARE 2006 TRUST NO 1 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASA CALIFORNIA TAX ADVANTAGED FUND LP | 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA NY TAX ADVANTAGED FUND LP | ASA NEW YORK TAX ADVANTAGED FUND L.P. C/O ASA NEW YORK MANAGERS LLC 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAX ADVANTAGED RELATIVE VALUE FUND LP | 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | ROB ALBRIGHT / CRIS SHAPIRA ALTERNATIVE STRATEGY ADVISERS LLC 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | ATTN: MUNICIPAL FINANCIAL PRODUCTS - TRANSACTION MGMT LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS INC. 745 SEVENTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | ALTERNATIVE STRATEGY ADVISERS LLC 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASAHI BANK, LIMITED (DO NOT USE) | TRADING ADMIN. OFFIC MARET PLANNING DEPT. ASAHI BANK, HEAD OFFICE 1-2, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO 100  8106 JAPAN |
| ASAHI BANK, LIMITED (DO NOT USE) | ATTN: TREASURY DIVISION 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| ASAHI BANK, LIMITED (DO NOT USE) | 1-2 OTEMACHI 1-CHOME CHIYODA-KU, TOKYO 100-8106 JAPAN |
| ASBURY METHODIST VILLAGE, INC. | ATTENTION: CHIEF FINANCIAL OFFICER 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY METHODIST VILLAGE, INC. | 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY PLACE | 700 BOWER HILL ROAD PITTSBURGH PA 15243 |
| ASBURY VILLAS | 700 BOWER HILL ROAD PITTSBURGH PA 15243 |
| ASBURY-SOLOMONS, INC. | CHIEF FINANCIAL OFFI 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY-SOLOMONS, INC. | 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASCENSION HEALTH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASCENSION HEALTH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASCENSION HEALTH | 4600 EDMUNDSON ROAD ST LOUIS MO 63134 |
| ASCENSION HEALTH INSURANCE LTD - FULLY DISCRETIONA | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ASCENSION HEALTH RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| ASCENSION HEALTH RETIREMENT TRUST | CA 91105 |
| ASCENSION HEALTH RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASCENSION HEALTH WELFARE BENEFIT PLAN - CORE FULL | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASCENSION HEALTH WELFARE BENEFIT PLAN - CORE FULL | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASHLAND INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASHLAND INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASHTON FOREST PARK, LP | C/O AMBLING COMPANIES, INC 7000 CENTRAL PARKWAY NE, SUITE 1100 ATLANTA GA 30328 |
| ASIA RECOVERY CO-INVESTMENT PARTNERS, LP | ATTN: DAVID WAX C/O WLR ROSS MANHATTAN TOWER 101 EAST 53ND STREET NEW YORK NY 10022 |
| ASIA RECOVERY CO-INVESTMENT PARTNERS, LP | C/O WL ROSS 1166 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| ASIA RECOVERY FUND, LP | C/O WL ROSS & CO. LLC MANHATTAN TOWER, 101 EAST 52ND STREET NEW YORK NY 10022 |
| ASIA RECOVERY FUND, LP | C/O WL ROSS 1166 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| ASPEN AMBROSE LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN AMBROSE LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN AMBROSE LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN AMBROSE LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN AMBROSE LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN AMBROSE LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN AMBROSE LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN AMBROSE LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN AMBROSE LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN AMBROSE LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN AMBROSE LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN AMBROSE LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN AMBROSE LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN AMBROSE LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN AMBROSE LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN BELL LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN BELL LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN BELL LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ASPEN BELL LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN BELL LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN BELL LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN BELL LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN BELL LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN BELL LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN BELL LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN BELL LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN BELL LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN BELL LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN BELL LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN BELL LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN LUCIAN LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN LUCIAN LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN LUCIAN LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN LUCIAN LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN LUCIAN LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN LUCIAN LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN LUCIAN LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN LUCIAN LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN LUCIAN LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN LUCIAN LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN LUCIAN LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN LUCIAN LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN LUCIAN LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN LUCIAN LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN LUCIAN LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| ASPEN LUCIAN LIMITED | CLARENDON STREET BOSTON MA 02116 |
| ASPEN NOAH LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN NOAH LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN NOAH LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN NOAH LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN NOAH LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN NOAH LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN NOAH LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN NOAH LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN NOAH LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN NOAH LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN NOAH LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN NOAH LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN NOAH LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN NOAH LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN NOAH LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASSOCIATED BANK N.A. | DUTKIEWICZ JOSEPH TREASURY DEPARTMENT MS 8025 1200 HANSEN ROAD GREEN BAY WI 54304 |
| ASSOCIATED BANK N.A. | TREASURY DEPARTMENT MS 8025 1200 HANSEN ROAD GREEN BAY WI 54304 |
| AST COLLECTIVE INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST – PIMCO COMMODITIE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST – PIMCO COMMODITIE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST– PIMCO TOTAL RETUR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST– PIMCO TOTAL RETUR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST GOLDMAN SACHS HIGH YIELD PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST GOLDMAN SACHS HIGH YIELD PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASTANA FINANCE JSC | 12 BIGELDINOV ST. ASTANA 10000 KAZAKHSTAN |
| ASTREA LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASTREA LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ASTREA LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASTREA LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASTREA LLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASTREA LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASTREA LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASTREA LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASTREA LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASTREA LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASTREA LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASTREA LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASTREA LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASTREA LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASTREA LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASTREA LLC | C/O CAPITAL DYNAMICS 6301 ZUG SWITZERLAND |
| ASURION CORPORATION | ATTN: JACK REAGAN, VICE PRESIDENT 648 GRASSMERE PARK DRIVE, SUITE 300 NASHVILE TN 37211 |
| ASURION CORPORATION | ASURION CORPORATION 648 GRASSMERE PARK DRIVE, SUITE 300 NASHVILE TN 37211 |
| AT&T INC | SBC COMMUNICATIONS INC. 175 EAST HOUSTON STREET SAN ANTONIO TX 78205-2233 |
| AT&T INC | ATTN: JONATHAN KLUG 175 E. HOUSTON, ROOM 7-A-50 SAN ANTONIO TX 78205 |
| ATLANTIC COUNTY UTILITIES AUTHORITY | 6700 DELILAH ROAD EGG HARBOR TOWNSHIP NJ 08234 |
| ATLAS COPCO UK HOLDINGS LIMITED SUPERANNUATION FUN | AND LIFE ASSURANCE SCHEME ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ATLAS COPCO UK HOLDINGS LIMITED SUPERANNUATION FUN | SCHEME PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ATOS ORIGIN SA | TOUR LES MIROIRS – BAT C 18, AVENUE D'ALSACE LA DÉFENSE 3 CEDEX PARIS 92926 FRANCE |
| ATOS ORIGIN SA | DA VINCILAAN 5 ZAVENTEM 0 BELGIUM |
| ATRIUM CDO | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |
| ATRIUM CDO | ATTN: BRAD BUEHLER JP MORGAN CHASE AS TRUSTEE 600 TRAVIS, 48TH FLOOR HOUSTON TX 77002 |
| ATRIUM CDO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ATRIUM CDO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ATRIUM CDO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ATRIUM CDO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ATRIUM CDO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| ATRIUM CDO LTD | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM CDO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ATRIUM CDO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ATRIUM CDO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ATRIUM CDO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ATRIUM CDO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ATRIUM CDO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ATRIUM CDO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM CDO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM CDO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ATRIUM CDO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM III CLO LTD | MARIA SWALES C/O CREDIT SUISSE CAPITAL, INC. 11 MADISON AVENUE, 13TH FLOOR NEW YORK NY 10010 |
| ATRIUM III CLO LTD | ATTN: BRAD BUEHLER JPMORGAN CHASE AS TRUSTEE FOR ATRIUM III 600 TRAVIS, 48TH FLOOR HOUSTON TX 77002 |
| ATRIUM III CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ATRIUM III CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ATRIUM III CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ATRIUM III CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ATRIUM III CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM III CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ATRIUM III CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ATRIUM III CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ATRIUM III CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ATRIUM III CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ATRIUM III CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ATRIUM III CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM III CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM III CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ATRIUM III CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATTIC ANGEL ASSOCIATION | 640 JUNCTION ROAD MADISON WI 53717 |
| ATTICUS GLOBAL ADVISORS | C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS GLOBAL ADVISORS LTD | ATTN: MATTHEW EDMONDS ATTICUS GLOBAL ADVISORS, LTD ROMASCO PLACE, WICKHMANS CAY 1 PO BOX 3140 ROAD TOWN, TORTOLA BRAZIL |
| ATTICUS TRADING LTD | ATTN: LEGAL DEPARTMENT C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS TRADING LTD | ATTICUS TRADING, LTD CRICKET SQUARE, HUTCHINS DRIVE PO BOX 2681 GT GRAND CAYMAN KY1-1111 CANADA |
| ATTICUS/ATTICUS EUROPEAN FUNDLTD | C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS/GREEN WAY MGD ACCTSERIES GREEN WAY PORTFOL | C/O ATTICUS CAPITAL LP 152 WEST 57TH STREET 45TH FLOOR NEW YORK NY 10019 |
| AUGUSTUS ASSET MANAGERS LTD | JULIUS BAER INVESTMENT MANAGEMENT INC. 64 ST. JAMES`S STREET LONDON SW1A 1NF UNITED KINGDOM |
| AURELIUS CAPITAL MASTER LTD | ATTN: GETACHEW BITEW 156 WEST 56TH STREET NEW YORK NY 10019 |
| AURELIUS CAPITAL MASTER LTD | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS CAPITAL MASTER LTD | ATTN: GETACHEW BITEW CC: GLOBEOP FINANCIAL SERVICES, LLC NEW YORK NY 10019 |
| AURELIUS CAPITAL MASTER LTD | AURELIUS CAPITAL MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP 53 FOREST AVENUE, SECOND FLOOR GREENWICH CT 06870 |
| AURELIUS CAPITAL PARTNERS LP | ATTN: NORMAN F. LEBLANC C/O AURELIUS CAPITAL MANAGEMENT, LP 53 FOREST AVENUE, SECOND FLOOR OLD GREENWICH CT 06870 |
| AURELIUS CAPITAL PARTNERS LP | ATTN: MARK D. BRODSKY, CHAIRMAN C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS CAPITAL PARTNERS LP | ATTN: GETACHEW BITEW CC: GLOBEOP FINANCIAL SERVICES, LLC NEW YORK NY 10019 |
| AURELIUS CAPITAL PARTNERS LP | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURORA LOAN SERVICES LLC, AS MASTER SERVICER | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AURORA LOAN SERVICES LLC, AS MASTER SERVICER | AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AUSCOAL SUPERANNUATION PTY. LIMITED | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| AUSGLEICHSFONDS DER AHV | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE OFFSHORE FUND | JASON ROTTINGER, CCO C/O AUSTIN CAPITAL MANAGEMENT, LTD. 5000 PLAZA ON THE LAKE BLVD., SUITE 250 AUSTIN TX 78746 |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE OFFSHORE FUND | C/O AUSTIN CAPITAL MANAGEMENT, LTD. 5000 PLAZA ON THE LAKE BLVD., SUITE 250 AUSTIN TX 78746 |
| AUSTIN TX (CITY OF) | CIFG ASSURANCE NORTH AMERICA, INC. 825 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AUSTIN TX (CITY OF) | P.O.BOX 2106 AUSTIN TX 78768 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | ATTN: JOHN W. WADE, DEPUTY GENERAL MANAGER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | ATTN: MICHAEL BLACK, HEAD OF LENDING SERVICES 100 QUEEN ST, LVL 3 MELBOURNE 3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | 100 QUEEN ST, LVL 3 MELBOURNE 3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | ATTN: SVP, AMERICAS TREASURY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | 100 QUEEN ST, LVL 3 MELBOURNE AUSTRALIA |
| AUSTRALIA CORE PLUS FUND (AUD) | ATTN: LEGAL DEPARTMENT ABERDEEN ASSET MANAGEMENT LIMITED LEVEL 6 (STREET LEVEL) 201 KENT STREET SYDNEY NSW, 2000 AUSTRALIA |

| Claim Name | Address Information |
|---|---|
| AUSTRALIA CORE PLUS FUND (AUD) | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| AUSTRALIAN CORPORATE BOND FUND | PO BOX R227 ROYAL EXCHANGE SYDNEY NSW 1225 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | ATTN: MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | 50 BRIDGE STREEET SYDNEY NSW 2008 AUSTRALIA |
| AUSTRALIANSUPER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AUSTRALIANSUPER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AUSTRALIANSUPER | LEVEL 33 50 LONSDALE STREET MELBOURNE VIC 3000 AUSTRALIA |
| AUTODESK DEVELOPMENT S.A.R.L. | RUE DU PUITS GODET 6 CASE POSTALE 35 NEUCHATEL CH-2002 SWITZERLAND |
| AUTODESK DEVLPMNT S.A.R.L. | RUE DU PUITS GODET 6 CASE POSTALE 35 NEUCHATEL CH-2002 SWITZERLAND |
| AUTODESK INC. | 111 MCINNIS PARKWAY SAN RAFAEL CA 94903 |
| AUTONOMY MASTER FUND LTD | AUTONOMY CAPITAL RESEARCH LLP 2ND FLOOR 2 JOHN CARPENTER STREET LONDON EC4Y 0AP UNITED KINGDOM |
| AUTOROUTES PARIS-RHIN-RHONE | 36, RUE DU DOCTEUR SCHMITT SAINT-APOLLINAIRE F-21850 FRANCE |
| AVENUE INTERNATIONAL MASTER LP | AVENUE CAPITAL MANAGEMENT II LP ON BEHALF OF AVENUE INTERNATIONAL MASTER LP 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, L.P. | AVENUE CAPITAL MANAGEMENT II, LLC 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE SPECIAL SITUATIONS FUND IV LP | AVENUE CAPITAL MANAGEMENT II, LP ON BEHALF OF: AVENUE SPECIAL SITUATIONS FUND IV, LP 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE SPECIAL SITUATIONS FUND V LP | AVENUE CAPITAL MANAGEMENT II, LP ON BEHALF OF: AVENUE SPECIAL SITUATIONS FUND V, LP 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE-CDP GLOBAL OPPORTUNITIES FUND LP | AVENUE CAPITAL MANAGEMENT II, LP ON BEHALF OF: AVENUE-CDP GLOBAL OPPORTUNITIES FUND LP 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVILA MASTER FUND LP | C/O ALCENTRA, INC. 10877 WILSHIRE BOULEVARD, SUITE 1550 LOS ANGELES CA 90024 |
| AVIO SPA | AVIO S.P.A. – ENTE FINANZA VIA 1 MAGGIO, 99 10154 RIVALTA DI TORINO TORINO 10154 ITALY |
| AVISTA CORPORATION | AVISTA CORPORATION 1411 EAST MISSION P.O. BOX 3727 SPOKANE WA 99220-3727 |
| AVISTA CORPORATION (WSPP) | 1411 EAST MISSION PO BOX 3727 SPOKANE WA 99220-3727 |
| AVIV LCDO 2006-1 LIMITED | ATTN: LORI R. FIFE CHAPMAN AND CUTLER LLP NEW YORK NY 10153 |
| AVIV LCDO 2006-1 LIMITED | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AVIV LCDO 2006-1 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| AVIV LCDO 2006-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AVIV LCDO 2006-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AVIV LCDO 2006-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AVIV LCDO 2006-1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AVIV LCDO 2006-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| AVIV LCDO 2006-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AVIV LCDO 2006-1 LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AVIV LCDO 2006-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AVIV LCDO 2006-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AVIV LCDO 2006-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AVIV LCDO 2006-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-2 LIMITED | SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| AVIV LCDO 2006-2 LIMITED | THE DIRECTORS AVIV LCDO 2006-2, LIMITED, C/O MAPLES FINANCE LTD. PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AVIV LCDO 2006-2 LIMITED | DALE CROWLEY MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| AVIV LCDO 2006-2 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AVIV LCDO 2006-2 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AVIV LCDO 2006-2 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AVIV LCDO 2006-2 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AVIV LCDO 2006-2 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AVIV LCDO 2006-2 LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AVIV LCDO 2006-2 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AVIV LCDO 2006-2 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AVIV LCDO 2006-2 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-2 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-2 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AVIV LCDO 2006-2 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE INSURANCE COMPANY | 699 WALNUT STREET SUITE 1700 DES MOINES IA 50309-3945 |
| AVQUAEST CAPITAL MASTER FUND LTD | AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND LTD | ATTN: MARK CERNICKY AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND LTD | MARK CERNICKY AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVR ACQUISITIONS BV | SEATTLEWEG 17 3195ND PERNIS ROTTERDAM NIGER |
| AXA BELGIUM SA | AXA INVESTMENT MANAGERS 7 NEW GATE STREET LONDON EC2M 7HA UNITED KINGDOM |
| AXA FRANCE VIE SA | AXA IM PARIS COEUR DEFENSE TOUR B LA DEFENSE 4, 100 ESPLANADE DU GENERALE DE GAULLE LA DEFENSE 92932 FRANCE |
| AXA SA | AXA 21 AVE MATIGNON PARIS 75008 FRANCE |
| AXIS BANK LTD | 131, MAKER TOWER – F CUFFE PARADE COLOBA MUMBAI – 400 005 INDIA |
| AXIS BANK LTD | F-11 MAKER TOWERS, CUFFE PARADE, COLABA, MUMBAI 400 005 INDIA |
| AZIENDA ELETTRICA TICINESE | VIALE OFFICINA 10 BELLINZONA 6500 SWITZERLAND |
| AZL PIMCO FUNDAMENTAL INDEXPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL PIMCO FUNDAMENTAL INDEXPLUS TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS BALANCED FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS BALANCED FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS GROWTH FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS GROWTH FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS MODERATE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS MODERATE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZUSA PUBLIC FINANCING AUTHORITY | 213 EAST FOOTHILL BLVD AZUSA CA 91702 |
| B & G FOODS INC | 426 EAGLE ROCK AVENUE ROSELAND CT 07068 |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BABIS VOVOS INTERNATIONAL | BABIS VOVOS INTERNATIONAL CONSTRUCTION SA 340 KIFISSIAS AVENUE N. PSYCHIKO ATENS 15451 GREECE |
| BABSON COLLEGE | ATTN:  VP FOR BUSINESS FOREST STREET BABSON PARK MA 02157-0310 |
| BABSON COLLEGE | BABSON COLLEGE BABSON PARK MA 02157-0310 |
| BAE SYSTEMS PLC | ATTN:  GROUP TREASURER BAE SYSTEMS PLC GROUP TREASURY, WARWICK HOUSE, PO BOX 87 FARNBOROUGH AEROSPACE CENTRE FARNBOROUGH, HANTS GU14 6YU UNITED KINGDOM |
| BAE SYSTEMS PLC | BAE SYSTEMS PLC GROUP TREASURY, WARWICK HOUSE, PO BOX 87 FARNBOROUGH AEROSPACE CENTRE FARNBOROUGH, HANTS GU14 6YU UNITED KINGDOM |
| BAKER HUGHES INC MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| BALBOA CDO I LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BALBOA CDO I LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BALBOA CDO I LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| BALBOA CDO I LTD | IL 60661 |
| BALBOA CDO I LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BALBOA CDO I LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BALBOA CDO I LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BALBOA CDO I LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BALBOA CDO I LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BALBOA CDO I LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BALBOA CDO I LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BALBOA CDO I LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALBOA CDO I LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALBOA CDO I LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BALBOA CDO I LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALESTRA CAPITAL PARTNERS, L.P | ATTN: JAMES L. MELCHER AND MEI LIU C/O BALESTRA CAPITAL LTD. 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| BALESTRA CAPITAL PARTNERS, L.P | C/O BALESTRA CAPITAL LTD. 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| BALL ASIA PACIFIC LIMITED | COLIN HEDLEY/ VICE PRESIDENT OF FINANCE BALL ASIA PACIFIV LTD. UNITS 1612-1618 TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK, KOWLOON HONG KONG |
| BALL ASIA PACIFIC LIMITED | ATTN: COLIN HEDLEY/ VICE PRESIDENT OF FINANCE UNITS 1612-1618 TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK HONG KONG |
| BALL ASIA PACIFIC LIMITED | C/O BALL CORPORATION 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN: JEFF KNOBEL; GENERAL COUNSEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL EUROPEAN HOLDINGS S.A.R.L | BALL EUROPEAN HOLDINGS S.A.R.L. KAISERSWERTHER STRABE 115 D-40880 RATINGEN GEORGIA |
| BALLYROCK ABS CDO 2007-1 LTD | PRINCIPAL GLOBAL INVESTORS 801GRAND AVEHUE DES MOINES IA 50392-0490 |
| BALLYROCK ABS CDO 2007-1 LTD | PRESIDENT C/O BALLYROCK INVESTMENT ADVISORS LLC 82 DEVONSHIRE STREETM V13E BOSTON MA 02110 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BALLYROCK ABS CDO 2007-1 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN CANADA |
| BALTIMORE COUNTY EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| BALTIMORE MD (CITY OF) | ATTN: STANLEY MILSEK C/O MAYOR AND CITY COUNSEL OF BALTIMORE, BUREAU OF TREASURY MANAGEMENT DEPARTMENT OF FINANCE 200 N. HOLLIDAY STREET, 1ST FLOOR ROOM 7 BALTIMORE    MD 21202 |
| BALTIMORE MD (CITY OF) | BUREAU OF TREASURY MANANGEMENT 100 GUILFORD AVENUE BALTIMORE MD 21202 |
| BALTIMORE MD (CITY OF) EMPLOYEES' RETIREMENT SYSTE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BALTIMORE MD (CITY OF) EMPLOYEES' RETIREMENT SYSTE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BALTIMORE, MAYOR AND CITY COUNCIL OF | MAYOR AND CITY COUNCIL OF BALTIMORE BUREAU OF TREASURY MANAGEMENT ABEL WOLMAN MINUCIPAL BUILDING, 200 HOLIDAY STREET, ROOM 7 BALTIMORE BALTIMORE MD 21202 |
| BANCA AKROS S.P.A. | SEDE SOCIALE E DIREZIONE GENERALE MILANO – VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: GENERAL COUNSEL C/O AKROS SECURITIES, INC 75 ROCKEFELLER PLAZA NEW YORK NY 10019 |
| BANCA AKROS SPA | ATTN: DUCCIO GALLETTI/RENATA BIFFI CORSO ITALIA 3 MILANO 20121 ITALY |
| BANCA AKROS SPA | ATTN: GENERAL COUNSEL SEDE SOCIALE E DIREZIONE GENERALE MILANO – VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS SPA | VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA ALETTI DI INVESTIMENTO MOBILIARE SPA | V. SANTO SPIRITO, 14 MILANO 20121 ITALY |
| BANCA ANTONVENETA SPA | PIAZZETTA F. TURATI 2 PADOVA 35131 ITALY |
| BANCA CR FIRENZE SPA | VIA BUFALINI 6 FIRENZE 50122 ITALY |
| BANCA DEL GOTTARDO | ATTN: SERGIO BRIGNONI VIALE STEFANO FRANSCINI 8 LUGANO 6900 SWITZERLAND |
| BANCA DEL GOTTARDO | SERGIO BRIGNONI VIALE STEFANO FRANSCINI 8 LUGANO 6900 SWITZERLAND |
| BANCA DEL GOTTARDO | ATT: BEATRICE ARDIZZONI BSI SA VIALE S. FRANSCINI 8 LUGANO 6901 SWITZERLAND |
| BANCA DEL GOTTARDO | BSI SA VIALE S. FRANSCINI 8 LUGANO 6901 SWITZERLAND |
| BANCA DELLE MARCHE SPA | ATTN: SERVIZIO TESORERIA GRUPPO VIA GHISLIERI, 6 JESI-ANCONA 60035 ITALY |
| BANCA DELLE MARCHE SPA | VIA GHISLIERI, 6 JESI-ANCONA 60035 ITALY |

| Claim Name | Address Information |
|---|---|
| BANCA DI CIVIDALE SPA | PIAZZA DOMO 8 33043 CIVIDALE DEL FRULI UDINE ITALY 33043 ITALY |
| BANCA DI CREDITO COOPERATIVO DI CARUGATE | ATTN:RESPONSABILE AREA FINANZA – SETTORE OPERATIVO VIA DI GASPERI, 11 CARUGATE, MILANO 20061 ITALY |
| BANCA DI CREDITO COOPERATIVO DI CARUGATE | VIA DE GASPERI, 11 CARUGATE, MILANO 20061 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ROMA SCARL | VIALE OCCEANO INDIANO 13/C-00144 ROMA 144 ITALY |
| BANCA FINECO | ATTN: GENERAL COUNSEL VIA SAVONA 125 MILANO 20120 ITALY |
| BANCA FINECO | VIA BOITO 10 MILAN 20120 ITALY |
| BANCA IMI S.P.A. | PIAZZETTA GIORDANO DELL#APPOSAMORE 3 MILANO 20121 ITALY |
| BANCA IMI S.P.A. | C/O INETSA SANPAOLO S.P.A. PIAZZETTA GIORDANO DELL#APPOS AMORE 3, MILAN 20121 ITALY |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | ATTN: STEFANO BALLARINI VIA GRAMSEI, 7 TORINO 10121 ITALY |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | VIA GRAMSEI, 7 TORINO 10121 ITALY |
| BANCA ITALEASE SPA | ATTN: MASSIMO MAZZEGA, CEO VIA CINO DEL DUCA, 12 MILANO 20123 ITALY |
| BANCA ITALEASE SPA | C/O BANCA PER II LEASING– ITALWASE S.P.A VI CINO DEL DUCA 12 MILANO 20122 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | BANCA DEL SALENTO CENTRO DIREZIONALE STRADA PROVINCIALE LECCE-SURBO 731 00 LECCE ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | FITZWILLIAM HOUSE-10 ST. MARY AXE LONDON EC3A 8NA UNITED KINGDOM |
| BANCA NAZIONALE DEL LAVORO SPA | ATTN: SWAP DESK VIA LOMBARDI 31 ROME 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA V. VENETO, 119 187 ROMA 31-00187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA LOMBARDIA 31-00187 ROME 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA V. VENETO, 119 ROMA 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA LOMBARDIA ROMA 187 ITALY |
| BANCA POP DELL'EMILIA ROMAGNA | GRUPPO ARCA NORDEST 3 ST. HELEN'S PLACE BHSHOPSGATE LONDON EC3A 6AU UNITED KINGDOM |
| BANCA POP DELL'EMILIA ROMAGNA | VIA ARIOSTOTELE 195 MODENA 41100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA | PHILIP BUCKINGHAM GRUPPO ARCA NORDEST 3 ST. HELEN'S PLACE BHSHOPSGATE LONDON EC3A 6AU UNITED KINGDOM |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO | VIA CALAMANDREI, 255 AREZZO 52100 ITALY |
| BANCA POPOLARE DI NOVARA SPA | AREA FINANZIA VIA NEGRONI 12 POB 161 NOVARA 28100 ITALY |
| BANCA POPOLARE DI VICENZA SCPARL | ATTN: FULVIO SIMONATO VIA BTG, FRAMARIN 18 VICENZA ITALY |
| BANCA POPOLARE DI VICENZA SCPARL | VIA BTG, FRAMARIN 18 VICENZA ITALY |
| BANCA POPOLARE PUGLIESE | ATTN: ANTONIO BARONE BANCA POPOLARE PUGLIESE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA POPOLARE PUGLIESE | ATTN: ANTONIO BARONE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA POPOLARE PUGLIESE | BANCA POPOLARE PUGLIESE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA 49 ITALY |
| BANCA REALE SPA | CORSO VITTORIO EMANUELE 101 TORINO 10128 ITALY |
| BANCA VALSABBINA SCPA | SERVIZIO FINANZA VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BANCA VALSABBINA SCPA | VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BANCAJA GARANTIZADO 15, FI | CARDENAL BENLLOCH, 67 VALENCIA 46021 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | AV. PEDRO DE VALDIVIA, PISO 17 PROVIDENCIA SANTIAGO SWITZERLAND |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: GENERAL COUNSEL VIA DE LOS POBLADOS S/N MADRID 28033 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | VIA DE LOS POBLADOS S/N MADRID 28033 SPAIN |
| BANCO BPI SA | DF BACK OFFICE BANCO BPI SA DF-BACK-OFFICE-GRUPPO BPI LARGO JEAN MONNET, 1-5TH FLOOR, LISBON 1267-069 PORTUGAL |

| Claim Name | Address Information |
|---|---|
| BANCO BPI SA | BANCO BPI SA DF-BACK-OFFICE-GRUPPO BPI LARGO JEAN MONNET, 1-5TH FLOOR, LISBON 1267-069 PORTUGAL |
| BANCO COMERCIAL PORTUGUES S.A. | AVENIDA JOSE MALHOA, 27, 1ST FLOOR LISBON 1099-010 PORTUGAL |
| BANCO DE BOGOTA SA | ATTN: MR. GERMAN SALAZAR CASTRO CALLE 36 NO.7-47 PISO 13 PO BOX 3436 BOGATA COLOMBIA |
| BANCO DE BOGOTA SA | CALLE 36 NO.7-47 PISO 13 PO BOX 3436 BOGATA COLOMBIA |
| BANCO DE CREDITO E INVERSIONES | CASA MATRIZ CASILLA 136-D SANTIAGO SWITZERLAND |
| BANCO DE CREDITO E INVERSIONES | ATTN: ROBERT CUMSILLE/ALEJANDRA QUIJADA HUERFANOS 1134 SANTIAGO SWITZERLAND |
| BANCO DE CREDITO E INVERSIONES | HUERFANOS 1134 SANTIAGO SWITZERLAND |
| BANCO DE SANTANDER (DO NOT USE) | ATTN: SWAPS DEPARTMENT 45 EAST 53RD STREET NEW YORK NY 10022 |
| BANCO DE SANTANDER (DO NOT USE) | ATTN: SWAPS DEPARTMENT BANCO SANTANDER HOUSE 100 LUDGATE HILL LONDON EC2M 7NJ UNITED KINGDOM |
| BANCO DE SANTANDER (DO NOT USE) | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO DI SICILIA SPA (DO NOT USE) | ATTN: MR. M LAVECCHIA/ MR. F. SAPIO- DOCUMENTATION VIA RUGGERO SETTIMO 42 90141 PALERMO 90141 ITALY |
| BANCO DI SICILIA SPA (DO NOT USE) | VIA GIOVANNI PASIELLO 5 ROME 198 ITALY |
| BANCO ESPANOL DE CREDITO SA (BANESTO) | ATTN: JAVIER LLORENTE HERRERO MESNA 80, EDIFICIO CPD SOTANO 1 MADRID 28033 SPAIN |
| BANCO ESPANOL DE CREDITO SA (BANESTO) | MESEMA 80 EDIFICIO CPD, SOTANO-1 MADRID 28033 SPAIN |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | EDIFICIO QUARTZO, RUA ALEXANDRE HERCULANO, 38 LISBOA 1269-161 PORTUGAL |
| BANCO ESPIRITO SANTO SA | AVENIDA DE LIBERDADE, 195, 9TH FLOOR LISBOA 1250-142 PORTUGAL |
| BANCO FINANTIA | BANCO FINANTIA SUCURSAL FINANCEIRA EXTERIOR RUA 31 DE JANEIRO 13A - 40 - 9050 FUNCHAL PORTUGAL |
| BANCO FINANTIA | UA GENERAL FIRMINO MIGUEL NO5 -1 LISBOA 1600 - 100 PORTUGAL |
| BANCO FINANTIA SA | ATTN: TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING SUITE 400 WILMINGTON DE 1908 |
| BANCO FINANTIA SA | TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING SUITE 400 WILMINGTON DE 1908 |
| BANCO FINANTIA SA | ATTN: GENERAL COUNSEL C/O FINANTIA USA LTD 950 THIRD AVENUE, 28TH FLOOR NEW YORK NY 10022-EUA |
| BANCO FINANTIA SA | ATTN: GENERAL COUNSEL C/O FINANTIA BRASIL LTDA. RUE JAMES JOUILE, 17TH FLOOR 65 - CJ. 172, BROOKLIN SAU PAULO SP 04576-080 BRAZIL |
| BANCO FINANTIA SA | PEDRO BENITES - CAPITAL MARKETS DEPARTMENT UA GENERAL FIRMINO MIGUEL NO5 -1 LISBOA 1601 - 100 PORTUGAL |
| BANCO FINANTIA SA | PEDRO BENITES - CAPITAL MARKETS DEPT UA GENERAL FIRMINO MIGUEL NO 5 -1 LISBOA 1600-100 PORTUGAL |
| BANCO FINANTIA SA | ATTN: CAPITAL MARKETS DEPARTMENT BANCO FINANTIA SUCURSAL FINANCERIA EXTERIOR RUA 31 DE JANEIRO 13 A -4O - 9050 FUNCHAL PORTUGAL |
| BANCO FINANTIA SA | CAPITAL MARKETS DEPARTMENT BANCO FINANTIA SUCURSAL FINANCERIA EXTERIOR RUA 31 DE JANEIRO 13 A -4O - 9050 FUNCHAL BRAZIL |
| BANCO FINANTIA SA | UA GENERAL FIRMINO MIGUEL NO 5 -1 LISBOA 1600-100 PORTUGAL |
| BANCO GUIPUZCOANO SA | CAMINO DE PORTUETXE NO 35 IGARA SPAIN |
| BANCO INBURSA SA | PASEO DE LAS PALMAS #736 COL. LOMAS DE CHAPULTEPEC MEXICO, D.F. C.P. MEXICO CITY 11000 MONTENEGRO, REPUBLIC OF |
| BANCO INTERNACIONAL DEL PERU | AVENIDA CARLOS VILLARAN 140 URBANIZACION SANTA CATALINA LA VICTORIA LIMA PERU |
| BANCO ITAU BBA SA | WEST BAY STREET PO BOX 7788 NASSAU NPI BOSNIA AND HERZEGOVINA |
| BANCO ITAU EUROPA SA | BANCO ITAU EUROPA S.A. RUA TIERNO GALVAN, TORRE 3 11 ANDAR LISBON P-1099-048 PORTUGAL |
| BANCO MERCANTIL DEL NORTE SA | ATTN: FEDERICO SANTOS CERNUDA AND/OR ALONSO QUINTANA DIRECCION GENERAL JURIDICA PROLONGACION PASEO DE LA REFORMA 1230, 10O. PISO COL CRUZ MANCA SANTA FE,DISTRITO FEDERAL 05300 MONTENEGRO, REPUBLIC OF |
| BANCO MERCANTIL DEL NORTE SA | FEDERICO SANTOS CERNUDA AND/OR ALONSO QUINTANA DIRECCION GENERAL JURIDICA |

| Claim Name | Address Information |
|---|---|
| BANCO MERCANTIL DEL NORTE SA | PROLONGACION PASEO DE LA REFORMA 1230, 1OO. PISO COL CRUZ MANCA SANTA FE,DISTRITO FEDERAL 05300 MONTENEGRO, REPUBLIC OF |
| BANCO MERCANTIL DEL NORTE SA | AVENUE REVOLUTION #3000 COL PRIMAVERA CC. MILBANK, TWEED, HADLEY MONTERREY,NL CP 64830 MONTENEGRO, REPUBLIC OF |
| BANCO MERCANTIL DEL NORTE SA | AVE. REVOLUCION # 3000, COL. PRIMAVERA , N.L. C.P. MONTERREY 64830 MONTENEGRO, REPUBLIC OF |
| BANCO MERCANTIL DEL NORTE SA | AVE. REVOLUCION # 3000, COL. PRIMAVERA MONTERREY, N.L. C.P. 64830 MONTENEGRO, REPUBLIC OF |
| BANCO PASTOR SA | ATTN: LUCIA ESTEBAN PASEO DE RECOLETOS 19 MADRID 28004 SPAIN |
| BANCO PASTOR SA | BANCO PASTOR SA PASEO DE RECOLETOS 19 MADRID 28004 SPAIN |
| BANCO POPOLARE SOCIETA COOPERATIVA | PIAZZA NOGARA 237121 VERONA ITALY ITALY |
| BANCO POPULAR NORTH AMERICA | ATTN: TREASURY OPERATIONS 9600 W. BRYN MAWR ROSEMONT IL 60018 |
| BANCO POPULAR NORTH AMERICA | BANCO POPULAR NORTH AMERICA 9600 W. BRYN MAWR ROSEMONT IL 60018 |
| BANCO PORTUGUES DE INVESTIMENTO SA | LARGO JEAN MONNET 1-5TH FLOOR LISBOA 1250 PORTUGAL |
| BANCO SANTANDER CENTRAL HISPANO SA | ATTN: GENERAL COUNSEL AVDA. DE CANTABRIA S/N BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER CENTRAL HISPANO SA | ATTN: NATALIA BUTRAGUENO/JOSE MAYORAL AVDA. DE CANTABRIA S/N EDIF. ENCINAR CIUDAD GRUPO SANTANDER BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER CHILE | ATTN: HANS TRAUTMAN BUC ESTRUCTURACION FINANCIERA BANDERA 140 SANTIAGO SWITZERLAND |
| BANCO SANTANDER CHILE | BANCO SANTANDER - CHILE BANDERA 140 SANTIAGO SWITZERLAND |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | GRACA MONTEIRO AV. ENG DUARTE PACHECO, AMOREIRAS, TORRE I -6 LISBOA 1099-024 PORTUGAL |
| BANCO SANTANDER MEXICO SA | INSTITUCION DE BANCA MULTIPLE GRUPO FINANCIERO SANTANDER NIVEL 1, MODULO 111 COLONIA LOMAS DE SANTA FE, 01219 MONTENEGRO, REPUBLIC OF |
| BANCO SANTANDER MEXICO SA | ATTN: GENERAL COUNSEL INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO PROLONGACION PASEO DE LA REFORM N 500 NIVEL 1, MODULO 111, COLONIA LOMAS DE SANTA FE DISTRITO FEDERAL 1219 MONTENEGRO, REPUBLIC OF |
| BANCO SANTANDER PUERTO RICO | 207 AVENUE PONCE DE LEON SAN JUAN PR 00917 |
| BANCO SANTANDER S.A. (EX BSCH) | AVDA. DE CANTABRIA S/N BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER SA | PASEO DE LA CASTELLANA, 75 MADRID 28046 SPAIN |
| BANCO UNO S.A. | GRUPO UNO 1111 BRICKELL AVENUE MIAMI FL 33131-3112 |
| BANGOR SAVINGS BANK | 99 FRANKLIN STREET PO BOX 930 BANGOR 4401 |
| BANIF - BANCO DE INVESTIMENTO SA | RUA TIERNO GALVAN TORRE 3 14 PISO LISBOA 1070-274 PORTUGAL |
| BANIF ESTRUCTURADO FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANK AUSTRIA CREDITANSTALT AG | ATTN: MARKUS DWORAK BANK AUSTRIA CREDITANSTALT AG LEGAL DESK TREASURY JULIUS TANDLERS - PLATZ 3/5 VIENNA A-1010 AUSTRALIA |
| BANK AUSTRIA CREDITANSTALT AG | INTERNATIONAL MARKET BANK AUSTRIA CREDITANSTALT AG JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRALIA |
| BANK AUSTRIA CREDITANSTALT AG | ROBERT WIESELMAYER SCHOTTENGASSE 6-8 VIENNA AUSTRALIA |
| BANK AUSTRIA CREDITANSTALT AG | ATTN: INTERNATIONAL MARKET JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRALIA |
| BANK AUSTRIA CREDITANSTALT AG | BANK AUSTRIA CREDITANSTALT AG JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRALIA |
| BANK AUSTRIA CREDITANSTALT AG | BANK AUSTRIA CREDITANSTALT AG LEGAL DESK TREASURY JULIUS TANDLERS - PLATZ 3/5 VIENNA A-1010 AUSTRALIA |
| BANK BPH SA | AL POKOJU 1. KRAKOW PL-31-548 POLAND |
| BANK FUR ARBEIT UND WIRTSCHAFT AG | BAVARIA HOUSE LONDON EC4M 9HH UNITED KINGDOM |
| BANK HAPOALIM B.M. | ATTN: DEALING ROOM BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |
| BANK HAPOALIM B.M. | AVIVA AMRAMI BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |
| BANK HAPOALIM B.M. | ATTN: DEALING ROOM 25 SAVILLE ROAD LONDON W1S 2ES UNITED KINGDOM |
| BANK HAPOALIM B.M. | BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | 25 SAVILLE ROAD LONDON W1S 2ES UNITED KINGDOM |
| BANK JULIUS BAER & CO. LTD. | ATTN: GERARD BERCLAZ BANK JULIUS BAER & CO. LTD BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., NEW YORK | ZURICH HEAD OFFICE BANK JULIUS BAER HOHLSTRASSE 604 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER AND CO LIMITED | ATTN: GERARD BERCLAZ BANK JULIUS BAER #AMPER CO. LTD BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK LEUMI LE ISRAEL BM | ATTN: DANIEL TSIDDON 35 YEHUDA HALEVI ST TEL AVIV 65136 ICELAND |
| BANK LEUMI LE ISRAEL BM | HAIM HOZMAN BANK LEUMI LE-ISRAEL INTERNATIONAL DIVISION 35 YEHUDA HALEVI ST TEL AVIV 65136 ICELAND |
| BANK LEUMI LE ISRAEL BM | BANK LEUMI LE-ISRAEL INTERNATIONAL DIVISION 35 YEHUDA HALEVI ST TEL AVIV 65136 ICELAND |
| BANK LEUMI LE-ISRAEL(SWITZERLA ND) | BANK LEUMI LE-ISRAEL (SWITZERLAND) CLARIDENSTRASSE 34 ZURICH 8022 SWITZERLAND |
| BANK LEUMI USA | 562 FIFTH AVENUE NEW YORK NY 10036 |
| BANK LEUMI, LE ISRAEL B.M. | 35 YEHUDA HALEVI ST TEL AVIV 65136 ICELAND |
| BANK OF AMERICA NATIONAL ASSOCIATION | SWAP OPERATIONS BANK OF AMERICA, N.A. SEARS TOWER 233 SOUTH WACKER DRIVE, SUITE 2800 CHICAGO IL 60606 |
| BANK OF AMERICA NATIONAL ASSOCIATION | GARFILED JOHNSON, SENIOR VICE PRESIDENT FOR FINANCIAL STATEMENTS TO PARTY B: BANK OF AMERICA, N.A. 335 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF AMERICA NATIONAL ASSOCIATION | NATIONSBANK 767 FIFTH AVENUE, 5TH FLOOR NEW YORK NY 10153 |
| BANK OF AMERICA NATIONAL ASSOCIATION | ATTN: GLOBAL DERIVATIVE OPERATIONS 26 ELMFIELD ROAD BROMLEY, KENT BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA NATIONAL ASSOCIATION | ATTN: GLOBAL DERIVATIVE OPERATIONS 26 ELMFIELD ROAD BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA NATIONAL ASSOCIATION | 26 ELMFIELD ROAD BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA, N.A. | NATIONSBANK 767 FIFTH AVENUE, 5TH FLOOR NEW YORK NY 10153 |
| BANK OF AMERICA, N.A. | C/O SHEARMAN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | 26 ELMFIELD ROAD BROMLEY, KENT BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA, NATIONAL ASSOCIATION | WITH A COPY TO: BANK OF AMERICA, N.A. CHARLOTTE NC 28255 |
| BANK OF CHINA LIMITED | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF CHINA LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF CHINA LIMITED | 1 FUXINGMEN NEI DAJIE BEIJING 100818 SWITZERLAND |
| BANK OF INDIA | INTERNATIONAL DEPARTMENT, EAST WING, 3RD FLOOR STAR HOUSE C-5, G BLOCK, BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400051 INDIA |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | ATTN:  JOHN CONNORS; PATRICK KILBANE 300 FIRST STAMFORD PLACE STAMFORD CT 06902 |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | ATTN: HEAD OF LEGAL AND DOCUMENTATION C/O ABEY NATIONAL TREASURY SERVICES PLC ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | HEAD OF LEGAL AND DOCUMENTATION C/O ABEY NATIONAL TREASURY SERVICES PLC ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | 30 GRESHAM STREET LONDON EC2V 7HT UNITED KINGDOM |
| BANK OF LATVIA (LATVIJAS BANKA) | K. VALDEMARA IELA 2A RIGA LV-1050 LAO PEOPLE'S DEMOCRATIC REPUBLIC |
| BANK OF MONTREAL | ATTN: PATRICK CRONIN 100 KING STREET WEST 3RD FLOOR PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF MONTREAL | ATTN: MANAGER, CONFIRMATIONS EMFISYS-DERIVATIVES OPERATIONS 130 ADELAIDE STRTEET WEST, SUITE 500 TORONTO ON M5H 4E1 CANADA |
| BANK OF MONTREAL | PTRICK J. CRONIN 100 KING ST. WEST, 3RD FLOOR PODIUM, FCP TORONTO ON X 1H3 CANADA |
| BANK OF MONTREAL | ATTN: PTRICK J. CRONIN 100 KING ST. WEST, 3RD FLOOR PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF MONTREAL | SENIOR MANAGER - IBG DOCUMENTATION FIRST CANADIAN PLACE 100 KING STREET WEST, |

| Claim Name | Address Information |
|---|---|
| BANK OF MONTREAL | 24TH FLOOR TORONTO ON M5X 1A1 CANADA |
| BANK OF MONTREAL | FIRST BANK TOWER 17TH FLOOR FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BANK OF MONTREAL | 130 ADELAIDE STREET WEST, SUITE 500 TORONTO ON M5H 4E1 CANADA |
| BANK OF MONTREAL, TORONTO | 100 KING STREET WEST 3RD FLOOR PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | PO BOX HM 195 HAMILTON HM AX BELGIUM |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | 65 FRONT STREET HAMILTON HM 12 BELGIUM |
| BANK OF NEW YORK | SWAP CONFIRMATION DEPT. 32 OLD SLIP, 16TH FLOOR NEW YORK NY 10286 |
| BANK OF NEW YORK | STEPHEN LAWLER 32 OLD SLIP NEW YORK NY 10286 |
| BANK OF NEW YORK | 32 OLD SLIP, 16TH FLOOR NEW YORK NY 10286 |
| BANK OF NEW YORK TRUST COMPANY, THE | 123 MAIN STREET WHITE PLAINS NY 10602 |
| BANK OF NEW YORK, THE | RATE RISK MGMT PRODUCTS ONE MELLON BANK RM 400 PITTSBURGH PA 152580001 |
| BANK OF NEW YORK, THE | ATTN: RATE RISK MGMT PRODUCTS ONE MELLON BANK RM 400 PITTSBURGH PA 15258-0001 |
| BANK OF NEW YORK, THE | ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NEW ZEALAND | ATTN: KELSEY LAWRIE PO BOX 2392 WELLINGTON NIGER |
| BANK OF NEW ZEALAND | LEVEL 21 BANK OF NEW ZEALAND CENTRE 1 WILLIS STREET WELLINGTON NIGER |
| BANK OF NORTH GEORGIA | ATTN: CHRIS GOODSON SYNOVUS FINANCIAL CORP. 1111 BAY AVE. COLUMBUS GA 31901 |
| BANK OF NORTH GEORGIA | ATTN: HOLLI HINKLE COLUMBUS BANK COLUMBUS GA 31901 |
| BANK OF NORTH GEORGIA | P.O. BOX 1407 (30009) 8025 WESTSIDE PARKWAY ALPHARETTA GA 30004 |
| BANK OF NOVA SCOTIA | ATTN: GLOBAL MARKETS DOCUMENTATION 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | GLOBAL MARKETS DOCUMENTATION BANK OF NOVA SCOTIA SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | SCOTIA PLAZA, 44 KING STREET WEST TORONTO, ONTARIO M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF OKLAHOMA | HEATHER ROLISON ONE WILLIAMS CENTER 9TH FLOOR SE TULSA OK 74172 |
| BANK OF OKLAHOMA | ONE WILLIAMS CENTER 9TH FLOOR SE TULSA OK 74172 |
| BANK OF SCOTLAND PLC | HBOS TREASURY SERVICES PLC 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF THAILAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF THE WEST | 180 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| BANK OF TOKYO MITSUBISHI UFJ L TD | DERIVATIVE PRODUCTS DIVISION 2-7-3, MARUNOUCHI, CHIYODA-KU TOKYO 100-6417 JAPAN |
| BANK OF YOKOHAMA, LTD. | OPERATIONS PLANNING AND ADMINISTRATION DEPARTMENT MARKET OPERATIONS CENTER 8-2 NIHONBASHI, 2-CHOME CHUO-KU, TOKYO PC 103-0027 |
| BANK OF YOKOHAMA, LTD. | 8-2 NIHONBASHI 2-CHOME CHUO-KU, TOKYO PC103-0027 JAPAN |
| BANK POLSKA KASA OPIEKI SA | FINANCIAL MARKETS DEPARTMENT 53/57 GRZYBOWSKA STREET P.O BOX 1008 00-950 WARSZAWA 00-950 POLAND |
| BANK SARASIN & CIE AG | ELISABETHENSTRASSE 62 BASEL CH-4002 SWITZERLAND |
| BANK SINOPAC | 9-1, CHIEN KUO N. ROAD SEC. 2 TAIPEI 104 TAIWAN 104 SWITZERLAND |
| BANKERS LIFE & CASUALTY INSURANCE COMPANY | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA I | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA II | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 29 28010 SPAIN |
| BANKINTER GES/BK MEMORIA 6X4 GARANTIZADO FI | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID SPAIN |
| BANKINTER GES/BK MEMORIA 6X4GARANTIZADO II FI | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER GEST DE ACTIVOSA/C BANKINTER GARANTIZADO | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |

| Claim Name | Address Information |
|---|---|
| BANKINTER INCENTIVO EUROPA II GARANTIZADO, FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER INCENTIVO EUROPA II GARANTIZADO, FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BANKINTER SA | CLIFFORD CHANCE LONDON EC1 4JJ UNITED KINGDOM |
| BANNER HEALTH SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANNER HEALTH SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANQUE AIG | 112 AVENUE KLEBER CS 31603 PARIS 75773 CEDEX 16 FRANCE |
| BANQUE CANTONALE VAUDOISE | P.O. BOX 300 LAUSANNE CH 1001 SWITZERLAND |
| BANQUE DE FINANCEMENT ET DE TRESORERIE | ATTN: LEGAL GROUP 11 AVENUE D'LENA BP 2013 – CEDEX 16 PARIS 75761 FRANCE |
| BANQUE DE FINANCEMENT ET DE TRESORERIE | 11 AVENUE D#APPOSLENA BP 2013 - 75761 CEDEX 16 FRANCE |
| BANQUE EDEL SNC | 5 AVENUE MARCEL DASSAULT BP 65806 31505 TOULOUSE CEDEX PARC DE LA PLAINE FRANCE |
| BANQUE ET CAISSE D'EPARGNE DE I'ETAT | BANQUE ET CAISSE D#APPOSEPARGNE DE L#APPOS ETAT HEAD OF RISK CONTROL – JEAN CLAUDE WILMES 16, RUE ZITHE L-2954 LUXEMBOURG |
| BANQUE FEDERALE DES BANQUES POPULAIRES | BANQUE FEDERALE DES BANQUES POPULAIRES 5 RUE LEBLANC PARIS 75511 FRANCE |
| BANQUE FEDERATIVE DU CREDIT MUTUEL | JEAN-FRANCOIS JOLY 34, RUE DU WACKEN STRASBOURG CEDEX 9 PARIS 67913 FRANCE |
| BANQUE FEDERATIVE DU CREDIT MUTUEL | 34, RUE DU WACKEN STRASBOURG CEDEX 9 PARIS 67913 FRANCE |
| BANQUE FINAMA SA | ATTN: MAGALI BOISSIE MIDDLE OFFICE 157 BD HAUSSMANN 157 BD HAUSSMANN 75007 PARIS FRANCE |
| BANQUE FINAMA SA | ATTN: MAGALI BOISSIE MIDDLE OFFICE BANQUE FINAMA 75008 PARIS FRANCE |
| BANQUE FINAMA SA | BANQUE FINAMA PARIS 75008 FRANCE |
| BANQUE NATIONALE DE PARIS (DO NOT USE) | ATTN: HEATHER SMITH 787 SEVENTH AVENUE NEW YORK NY 10019-6016 |
| BANQUE NATIONALE DE PARIS (DO NOT USE) | P.O BOX 506 8-13 KING WILLIAM STREET LONDON EC4N 7DN UNITED KINGDOM |
| BANQUE POPULAIRE OCCITANE | 52,54 PLACE JEAN JAURES ALBI 81000 FRANCE |
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 CH – 1211 GEN?VE 11 GEORGIA |
| BANQUE SAUDI FRANSI | PO BOX 56006 MAATHER ROAD RIYADH 11554 SAUDI ARABIA |
| BAPTIST FOUNDATION OF TEXAS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAPTIST FOUNDATION OF TEXAS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS BANK PLC | NICK WEBB (BARCLAYS LEGAL) 200 PARK AVE. NEW YORK NY 10153 |
| BARCLAYS BANK PLC | ATTN:  LEGAL DEPT. 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC 5THE NORTH COLONNADE CANARY WHARF LONDON UNITED KINGDOM |
| BARCLAYS BANK PLC | 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | BARCLAYS DE ZOETE WEDD LIMITED 2 SWAN LANE LONDON EC4R 3TS UNITED KINGDOM |
| BARCLAYS BANK PLC | FOR NOTICES RELATING TO SECTION 5, 6, 7, 11 OR 13: BARCLAYS CAPITAL 5 THE NORTH COLONNADE, CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS BANK PLC (EFET POWER) | ATTN: MARK MARSKI, DIRECTOR 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC (EFET POWER) | 5 NORTH COLONNADE CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS BANK PLC (GTMA) | 200 PARK AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK SA | MATEO INURRIA, 15 MADRID 28036 SPAIN |
| BARCLAYS BANK UK RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS BANK UK RETIREMENT FUND | 909 A STREET TACOMA WA 98402-5120 |
| BARCLAYS BANK UK RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS GLOBAL CORE ALPHA BOND MASTER PORTFOLIO | DERIVATIVES SECURITIES GROUP BARCLAYS GLOBAL FUND ADVISORS 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL CORE ALPHA BOND MASTER PORTFOLIO | BARCLAYS GLOBAL FUND ADVISORS 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CASH | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |

| Claim Name | Address Information |
|---|---|
| EQUIVALENT FUND II | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ACTIVE BOND FUND B | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUND | FUND II BARCLAYS GLOBAL INVESTORS LIMITED LONDON EC3N4HH UNITED KINGDOM |
| BARCLAYS PENSIONES SAA/C FONDBARCLAYS SOLIDEZ | BARCLAYS BANK, S.A. MADRID MADRID 28046 SPAIN |
| BARCLAYS PLC | 200 PARK AVENUE NEW YORK NY 10166 |
| BARILLA G.E R. FRATELLI SOCIETA PER AZIONI | BARILLA ALIMENTARE SPA PARMA PR I 43100 ITALY |
| BARING GLOBAL OPPORTUNITIES FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| BARING GLOBAL OPPORTUNITIES FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMER/BARING INTERNATIONAL BOND FUND | ATTN: ROBERT ZACK C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| BARING OPPENHEIMER/BARING INTERNATIONAL BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMER/BARING STRATEGIC INCOME FUND | ATTN: GENERAL COUNSEL C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| BARING OPPENHEIMER/BARING STRATEGIC INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMERFUNDS PLC BARING STRATEGIC INCOM | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| BARING OPPENHEIMERFUNDS PLC BARING STRATEGIC INCOM | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARLOWORLD CIF TRUSTEES LIMITE D | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARLOWORLD CIF TRUSTEES LIMITE D | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARNES JEWISH CHRISTIAN HEALTH SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BARNES JEWISH CHRISTIAN HEALTH SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | 2500 BARTON CREEK BLVD AUSTIN TX 78735 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BARTON SPRINGS CDO LIMITED SPC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| 2005-1 | 10286 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-1 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CANADA |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-2 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BARTON SPRINGS CDO LIMITED SPC/SERIES | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE |

| Claim Name | Address Information |
|---|---|
| 2005-2 | HOUSE, SOUCH CHURCH ST GRAND CAYMAN CANADA |
| BASF CORPORATION PENSION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BASF CORPORATION PENSION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BASLER KANTONALBANK | POSTFACH BASEL 4002 SWITZERLAND |
| BASSO ASSET MANAGEMENT LP | C/O DKR CAPITAL PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO FUND LTD | ATTN: PRISCILLA LOPES C/O DKR PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO FUND LTD | HOWARD FISCHER BASSO CAPITAL MANAGEMENT, L.P. STAMFORD CT 06902 |
| BASSO FUND LTD | PRISCILLA LOPES C/O DKR PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO FUND LTD | BASSO CAPITAL MANAGEMENT, L.P. STAMFORD CT 06902 |
| BASSO HOLDINGS LIMITED | AIG DKR SOUNDSHORE HOLDINGS LTD C/O DKR CAPITAL INC 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD CAPITAL MANAGEMENT LLC 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY FUND INC | 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY PARTNERS LP | C/O BASSWOOD PARTNERS, L.L.C. 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| BATTERY PARK H/Y OPPORTUNITY OFFSHORE FUND B LTD | NCRAM OPERATIONS BATTERY PARK HIGH YIELD OPPORTUNITY MASTER FUND, L TWO WORLD FINANCIAL CENTER, BUILDING B, 17TH FLOOR NEW YORK NY 10281 |
| BATTERY PARK H/Y OPPORTUNITY OFFSHORE FUND B LTD | BATTERY PARK HIGH YEILD OPPORTUNITY MASTER FUND TWO WORLD FINANCIAL CENTER, BUILDING B, FLOOR 18 NEW YORK NY 10281 |
| BAY HARBOUR MASTER LTD | BAY HARBOUR MANAGEMENT, L.C. NEW YORK NY 10022 |
| BAY MEDICAL CENTER INC | 615 NORTH BONITA AVE W PANAMA CITY FL 32401 |
| BAY POINTE LIMITED | NICK MOODY/BARI PHILLIPS CITY LOFTS GROUP PLC STATION PARADE HARROGATE, NORTH YORKSHIRE HG1 1TS |
| BAY POINTE LIMITED | CITY LOFTS GROUP PLC STATION PARADE HARROGATE, NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| BAY SHORE POWER COMPANY | 88 E BROAD ST STE 1300 COLUMBUS OH 43215 |
| BAYCARE HEALTH SYSTEMS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAYCARE HEALTH SYSTEMS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| BAYCARE HEALTH SYSTEMS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAYCARE HEALTH SYSTEMS | 16331 BAY VISTA OFFICE PARK CLEARWATER FL 33760 |
| BAYERISCHE HYPO-UND VEREINSBANK AG | ATTN: PETER HANSEN UNICREDIT MARKETS TRADING PRODUCTS DOCUMENTATION ARABELLASTRASSE 12 MUNICH D-81925 GEORGIA |
| BAYERISCHE HYPO-UND VEREINSBANK AG | ATTN: DEBRA LASKOWSKI UNICREDIT MARKETS MCD1TC MUNICH D-81925 GEORGIA |
| BAYERISCHE HYPO-UND VEREINSBANK AG | D-80333 MUNICH GEORGIA |
| BAYERISCHE HYPO-UND VEREINSBANK AG | UNICREDIT MARKETS MCD1TC MUNICH GEORGIA |
| BAYERISCHE LANDESBANK | BRIENNER STRABE 18 MUNICH GEORGIA |
| BAYERISCHE LANDESBANK | BRIENNER STRABE 18 GEORGIA |
| BAYVIEW FINANCIAL ASSET TRUST 2002-A | 2665 SOUTH BAYSHORE DRIVE, SUITE 301 MIAMI FL 33133 |
| BAYVIEW FINANCIAL ASSET TRUST 2002-C | 2665 SOUTH BAYSHORE DRIVE, SUITE 301 MIAMI FL 33133 |
| BBT FUND, L.P. | BBT GENPAR LP FORT WORTH TX 76102 |
| BBVA 5X5 FI | C/O: BBVA ASSET MANAGEMENT, S.A., S.G.I.I.C. PASEO DE RECOLETOS, 10 MADRID 28001 SPAIN |
| BBVA 5X5 FI | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PLAZA SAN NICOLAS #4 BILBAO, VIZCAYA 28005 SPAIN |
| BBVA BANCOMER SA | AV. UNIVERSIDAD 1200 COL. XOCO 3339 MONTENEGRO, REPUBLIC OF |
| BBVA BANCOMER SA | AV. UNIVERSIDAD 1200 COL. XOCO 03339 MEXICO CITY D..F. 3100 MONTENEGRO, REPUBLIC OF |
| BCT COFFEE ACQUISITION | THE CARLYLE GROUP 520 MADISON AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| BCV INVESTMENTS SCA | 6635 W. COMMERCIAL BLVD, LAUDERHILL FL 33319-2100 |
| BEAFORD INVESTMENTS LIMITED | ATTN: STEVE ROSS C/O SWISS BANK CORPORATION TRUST (JERSEY) LTD. 40 ESPLANADE ST. HELIER, JERSEY JE4 8NW SWITZERLAND |
| BEAFORD INVESTMENTS LIMITED | STEVE ROSS C/O SWISS BANK CORPORATION TRUST (JERSEY) LTD. 40 ESPLANADE ST. HELIER, JERSEY JE4 8NW SWITZERLAND |
| BEAFORD INVESTMENTS LTD | MILLUNGAR, CO WESTMEATH IRAN (ISLAMIC REPUBLIC OF) |
| BEALE, LOUISE RITCHIE | MS. LOUISE RITCHIE BEALE 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| BEAR ENERGY L.P. | 700 LOUISIANA STREET, SUITE 1000 HOUSTON TX 77002 |
| BEAR ENERGY LP | ATTN: OFFICE OF GENERAL COUNSEL 383 MADISON AVENUE, 6TH FLOOR NEW YORK NY 10179 |
| BEAR ENERGY LP | ATTN: OFFICE OF GENERAL COUNSEL FOR PURPOSES OF SECTIONS 5 383 MADISON AVENUE, 6TH FLOOR NEW YORK NY 10179 |
| BEAR ENERGY LP | ATTN: CONTRACTS ADMINISTRATIOIN (LEGAL) BEAR ENERGY LP HOUSTON TX 77002 |
| BEAR STEARNS | 245 PARK AVENUE NEW YORK NY 10167 |
| BEAR STEARNS BANK PLC | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS BANK PLC | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS BANK PLC | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS CREDIT PRODUCTS INC | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS FOREX INC. | ATTN: ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGI | FUND LTD BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT C/O BEAR STERNS ASSET MANAGEMENT INC. 383 MADISON AVENUE NEW YORK NY 10179 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS INTERNATIONAL LTD | ONE METROTECH CENTER NORTH 7TH FL BROOKLYN NY 10167 |
| BEAR STEARNS STRUCTURED RISK PARTNERS MASTER FUND | ATTN: KEVIN SHARKEY C/O BEAR STEARNS ASSET MANAGEMENT INC. 383 MADISON AVENUE NEW YORK NY 10179 |
| BEAR STEARNS STRUCTURED RISK PARTNERS MASTER FUND | C/O BEAR STEARNS ASSET MANAGEMENT INC. 237 PARK AVENUE NEW YORK NY 10017 |
| BEAVER COUNTRY DAY SCHOOL INC | ATTN: DIRECTOR OF FINANCE 791 HAMMOND STREET CHESTNUT HILL MA 02467 |
| BEAVER COUNTRY DAY SCHOOL INC | 791 HAMMOND ST CHESTNUT HILL MA 02647 |
| BEAVER CREEK GLOBAL FUND SPC | QUEENSGATE HOUSE PO BOX 1234 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| BEAVER CREEK GLOBAL FUND SPC | 6501 RED HOOK PLAZA, SUITE 201 ST. THOMAS 802 U.S. VIRGIN ISLANDS |
| BEAVER, COUNTY OF | COUNTY COURTHOUSE BEAVER PA 15009 |
| BECHTEL TRUST AND THRIFT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| BEIG MIDCO LIMITED | 5 NEW SQUARE BEDFONT LAKES BUSINESS PARK FELTHAM, MIDDLESEX UNITED KINGDOM |
| BELL ATLANTIC MASTER TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD |

| Claim Name | Address Information |
|---|---|
| BELL ATLANTIC MASTER TRUST | PASADENA CA 91105 |
| BELL ATLANTIC MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| BELL ATLANTIC MASTER TRUST TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BELL ATLANTIC MASTER TRUST TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BELL TRACE OBLIGATED GROUP | ATTN: CHIEF EXECUTIVE OFFICER C/O EAST 10TH STREET PROPERTY, LLC 2749 EAST COVENANTER DR. BLOOMINGTON IN 47401 |
| BELL TRACE OBLIGATED GROUP | BELL TRACE OBLIGATED GROUP 2749 EAST COVENANTER DR. BLOOMINGTON IN 47401 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BELLE HAVEN ABS CDO 2005-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN:CDO TRUST SERVICES BELLE HAVEN ABS CDO 2005-1 WITH A COPY TO: WELLS FARGO BANK, NATIONAL ASSOCIATION 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN CDO TRUST SERVICE  BELLE HAVEN ABS CDO 2005-1 WITH A COPY TO: 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN: DIRECTORS BELLE HAVEN ABS CDO 2005-1, LTD. PO BOX 1093 GT QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| BELLE HAVEN ABS CDO 2006-1 | CDO TRUST SERVICES-BELLE HAVEN ABS CDO 2006-1 WITH COPIES TO: WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2006-1 | THE DIRECTORS C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSFATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| BELLE HAVEN ABS CDO 2006-1 | IL 60661 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BELLE HAVEN ABS CDO 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLEVILLE IL (CITY OF) | CITY HALL BELLVILLE IL 62220 |
| BELLIN MEMORIAL HOSPITAL | 744 WEBSTER AVENUE PO BOX 2340 GREEN BAY WI 54305-3400 |
| BELLSOUTH MASTER PENSION TRUST | 909 A STREET TACOMA WA 98402-5120 |
| BENCHMARK PLUS INSTITUTIONAL PARTNERS LLC | BENCHMARK PLUS INSTITUTIONAL PARTNERS, L.L.C. 820 A STREET, SUITE 700 TACOMA WA 98402 |
| BENEDICTINE HEALTH SYSTEM | 503 E. THIRD ST. SUITE 206 DULUTH MN 55805 |
| BENETTON GROUP SPA | ATTN:  GEROLAMO CACCIA DOMINIONI BENETTON GROUP SPA 31050 PONZANO TERVISO ITALY |
| BENETTON GROUP SPA | BENETTON GROUP SPA 31050 PONZANO TERVISO ITALY |
| BENETTON INTERNATIONAL SA | ATTN:  GIUSEPPE MAZZOLATO/DANIELE BANDIZIOL 1, PLACE D'ARMES L-1136 LUXEMBOURG |
| BENETTON INTERNATIONAL SA | 1, PLACE D'ARMES L-1136 LUXEMBOURG |
| BEREA COLLEGE | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERIQA 6 RESIDENTIAL MBS S.R.L. | VIA BTG. FRAMARIN 18 VINCENZA 361000 ITALY |
| BERKELEY COUNTY PUBLIC SERVICE SEWER DISTRICT | P.O. BOX 944 2160 EAGLE SCHOOL ROAD MARTINSBURG WV 25461 |
| BERKSHIRE HEALTH SYSTEMS | 725 NORTH STREET PITTSFIELD 1201 |
| BERYL FINANCE LIMITED SERIES 2005-10 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-11 | C/O WALKERS SPV LIMITED WALKER HOUSE CANADA |
| BERYL FINANCE LIMITED SERIES 2005-12 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
| --- | --- |
| BERYL FINANCE LIMITED SERIES 2005-12 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-14 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: LEGAL GROUP/DOCUMENTION BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-16 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2005-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-16 | CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-12 | FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: RACHAEL RANKIN, DIRECTOR C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-14 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-14 | 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: MOTE ANDREWS WORLDWIDE HEADQUARTERS 1932 WYNNTON ROAD COLUMBUS GA 31999 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-15 | STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-15 | C/O WALKERS SPV LTD WALKER HOUSE – 87 MARY ST GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-16 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-17 | 21045 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-17 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-17 | C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2006-2 - DO NOT USE - | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
| --- | --- |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-13 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-14 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-14 | C/O WALKERS SPV LIMITED WALKER HOUSE – 87 MARY ST GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-15 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-16 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-17 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-18 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-19 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-2 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-3 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-3 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-4 | DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-5 | C/O WALKERS SPV LIMITED WALKER HOUSE – 87 MARY ST 0 CANADA |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-7 | 10286 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2007-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-9 | IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-9 | WALKER HOUSE 87 MARY ST GEORGE TOWN 0 CANADA |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-1 | WALKER HOUSE 87 MARY ST, GEORGE TOWN CANADA |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-10 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-11 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-11 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-12 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-12 | REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-13 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-14 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-14 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-15 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-16 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-16 | 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-17 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-2 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-4 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-5 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-6 | STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-6 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-7 | C/O WALKERS SPV LIMITED WALKER HOUSE – 87 MARY ST GRAND CAYMAN KY1-9002 CANADA |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-8 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-9 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2005-1 | MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2005-1 | INTERNATIONAL  FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2006-10 | 02116 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2006-10 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2006-11 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| BETHLEHEM AUTHORITY | ATTN: STEVE REPASCH, EXECUTIVE DIRECTOR 10 E. CHURCH ST. BETHLEHEM PA 18018 |
| BETHLEHEM AUTHORITY | 10 EAST CHURCH STREET BETHLEHEM PA 18018 |
| BEVILLE-ISLAND CLUB APARTMENTS PARTNERS, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| BEXAR COUNTY HEALTH FACILITIES | 233 N PECOS, SUITE 590 SAN ANTONIO TX 78207 |
| BFC CONSTRUCTION CORP | ATTN: GENERAL COUNSEL 2226 1ST AVENUE NEW YORK NY 10029 |
| BFC CONSTRUCTION CORP | BFC CONSTRUCTION CORP SCARBOROUGH M1V 4V3 CANADA |
| BFC CONSTRUCTION CORP | 325 GOLD STREET BROOKLYN NY 11201 |
| BFM BR_AA_FT/ BLACKROCKASSET ALLOCATION PORTFOLIO( | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM ING-TIPS/ ING INFLATIONPROTECTED BOND PORTFOLI | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM LIBOR CAYMAN UNIT TRUST | ATTN: LEGAL BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| BFM LIBOR CAYMAN UNIT TRUST | STATE STREET CAYMAN TRUST COMPANY, LTD AS TRUSTEE PO BOX 31113 SMB, 2ND FLOOR LEEWARD TWO SAFEHAVEN CORPORATE CENTRE GRAND CAYMAN PO BOX 31113 SM CANADA |
| BFM NRRIT-L/ NRRIT LIBORCOMMODITIES PORTFOLIO | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM NRRIT-L/ NRRIT LIBORCOMMODITIES PORTFOLIO | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM- GTI-ILBC/O BLACKROCK FINANCIAL MGMT | RIYADH 11169 SAUDI ARABIA |
| BFM- MF SHORTSHORT TERM BOND PORTFOLIO OFSHORT TER | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM/FORD MOTOR COMPANY PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL CONTROLLER 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: MATT SCHATZMAN 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | MATT SCHATZMAN 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL CONTROLLER BG ENERGY MERCHANTS, LLC HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL DOCUMENTATION FOR NOTICES/COMMUNICATIONS RE: TRADING BG ENERGY MERCHANT, LLC 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | 5444 WESTHEIMER, SUITE 1900 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG INTERNATIONAL LTD | STEVE SURRALL C/O BG GROUP THAMES VALLEY PARK READING BERKSHIRE RG8 1PT UNITED KINGDOM |
| BG INTERNATIONAL LTD | BG INTERNATIONAL LIMITED READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BGC INTERNATIONAL | ONE CHURCHILL PLACE CANARY WHARF LONDON E14 5RD UNITED KINGDOM |
| BGI 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUN | 400 HOWARD STREET SAN FRANSSICO CA 94105 |
| BGI 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUN | BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | ATTN: INVST. MGR. OF ALPHACREDIT INVST. GRADE BOND PORT. BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND PORTFOLIO | DERIVATIVES SERVICES GROUP BARCLAYS GLOBAL INVESTORS, N.A., AS INVEST. MGR 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND | 400 HOWARD STREET SAN FRANSSICO CA 94105 |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND PORTFOLIO | BARCLAYS GLOBAL INVESTORS, N.A., AS INVEST. MGR 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | INVESTMENT PROCESS BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF THE BGI 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF THE BGI 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | AUDREY BYRNE - ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | ATTN:INVESTMENT MANAGER OF THE 3D CAPITAL YEN FUND C/O BARCLAY 'S GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | ATTN: DAVID GEFFEN 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | C/O BARCLAY #APPOSS GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/CORE PLUS ACTIVE BOND FUND B | 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| BGI/NORGES ACT FIXED INCOME #2 | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| BGI/U.S.  SYNTHETIC BOND FUND | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/U.S.  SYNTHETIC BOND FUND | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BH FINANCE LLC | BERKSHIRE HATHAWAY REINSURANCE GROUP STAMFORD CT 06902 |
| BH FINANCE LLC | ROBERT E. BENNETT BH FINANCE LLC NORWELL MA 02061 |
| BH FINANCE LLC | ATTN: DAN JALSICH BH FINANCE LLC OMAHA NE 68131 |
| BH FINANCE LLC | DAN JALSICH BH FINANCE LLC OMAHA NE 68131 |
| BH FINANCE LLC | BH FINANCE LLC NORWELL MA 02061 |
| BHARAT PETROLEUM CORPORATION LIMITED | GENERAL MANAGER (CORPORATE TREASURY) CORPORATE TREASURY DEPARTMENT BHARAT BHAWAN II, 4 AMPER6, CURRIMBHOY ROAD, BALLARD ESTATE, MUMBAI 400-001 INDIA |
| BHARAT PETROLEUM CORPORATION LIMITED | EXECUTIVE DIRECTOR (INTERNATIONAL TRADE) INTERNATIONAL TRADE DEPARTMENT BHARAT PETROLEUM CORPORATION BHARAT BHAWAN III, 13 WALCHAND HIRACHAND MARG BALLARD ESTATE, MUMBAI 400-001 INDIA |
| BHARAT PETROLEUM CORPORATION LIMITED | BHARAT PETROLEUM CORPORATION BALLARD ESTATE MUMBAI 400-001 INDIA |
| BHCO MASTER LTD | BAY HARBOUR MANAGEMENT, L.C. NEW YORK NY 10022 |
| BHF-BANK | BOCKENHEIMER LANDSTRASSE 10 D-6000 GEORGIA |
| BHF-BANK | BOCKENHEIMER LANDSTRASSE 10 60323 GEORGIA |
| BHF-BANK AG | BHF-BANK AKTIENGESELLSCHAFT (LONDON BRANCH) LONDON EC4R 1AE UNITED KINGDOM |
| BIGOS-SIBLEY TOWER, LLC | C/O BIGOS INVESTMENT COMPANY 6400 BARRIE ROAD SUITE 1400 EDINA MN 55435 |
| BILL & MELINDA GATES FOUNDATION | 2365 CARILLON POINT KIRKLAND WA 98033 |
| BILL & MELINDA GATES FOUNDATION TRUST | BILL #AMPER MELINDA GATES FOUNDATION KIRKLAND WA 98033 |
| BINNACLE FUND LTD | ATTN: MATTHEW F. GIBBONS, DIRECTOR BINNACLE FUND LTD. VONORE TN 37885 |
| BINNACLE FUND LTD | ATTN: MATTHEW F. GIBBONS, DIRECTOR 160 BLUE JAY AVENUE VONORE TN 37885 |
| BINNACLE FUND LTD | ATTN: KEVIN BURROWS BINNACLE FUND LTD WEST BAY STREET AND BLAKE ROAD PO BOX AP59213 NASSAU BOSNIA AND HERZEGOVINA |
| BINNACLE FUND LTD | BAYSIDE HOUSE BAYSIDE EXECUTIVE PARK NASSAU PO BOX AP59213 BOSNIA AND HERZEGOVINA |
| BIPPART FAMILY TRUST | ATTN: JOHN D. BIPPART THE BIPPART FAMILY TRUST 555 MONTGOMERY DRIVE UNIT 68 SANTA ROSA CA 95409-8818 |
| BIPPART FAMILY TRUST | THE BIPPART FAMILY TRUST 555 MONTGOMERY DRIVE UNIT 68 SANTA ROSA CA 95409-8818 |
| BISGAIER FAMILY LLC | 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |

| Claim Name | Address Information |
|---|---|
| BK GARANTIA CUPON MEMORIA I | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA I | ATTN: TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | ATTN: TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | P DE LA CASTELLANA 29 28010 MADRID MADRID 29 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO I I FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO I I FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BKW FMB ENERGIE AG | VIKTORIAPLATZ 2 BERN 25, 3000 SWITZERLAND |
| BLACK & DECKER (U.S.) INC DEFINED BENEFIT PLAN | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| BLACK BEAR INVESTMENT FUND | 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK BEAR INVESTMENT FUND LLC | D. MATTHEW MIDDLETON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK DIAMOND OFFSHORE LTD | ATTN: CLINT CARLSON C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| BLACK DIAMOND OFFSHORE LTD | RIK REPAK C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| BLACK DIAMOND OFFSHORE LTD | ATTN: RIK REPAK 2100 MCKINNEY AVENUE SUITE 1600 DALLAS TX 75201 |
| BLACK DIAMOND OFFSHORE LTD | 2100 MCKINNEY AVENUE SUITE 1600 DALLAS TX 75201 |
| BLACK RIVER COMMODITY ENERGY FUND LLC | ATTN: LAW DEPARTMENT C/O CARGILL INCORPORATED MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY ENERGY FUND LLC | BLACK RIVER ASSET MANAGEMENT LLC C/O CARGILL INCOR 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY FUND LTD | ATTN: LAW DEPARTMENT C/O CARGILL INCORPORATED MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY FUND LTD | BLACK RIVER ASSET MANANGEMENT LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD | 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| BLACK RIVER GLOBAL CREDIT FUND LTD. | MINNEAPOLIS MSTOP #143 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER MUNICIPAL FUND LTD | BLACK RIVER ASSET MANAGEMENT 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER MUNICIPAL RELATIVE VALUE FUND LLC | BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACKPORT CAPITAL FUND LTD | C/O BLACKSTONE DISTRESSED DEBT ADVISORS L.P. 345 PARK AVENUE NEW YORK NY 10154 |
| BLACKROCK / THE OBSIDIAN MASTER FUND | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ASSET ALLOCATION PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI) | GENERAL COUNSEL C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI) | C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO OF BLACKROCK | ATTN: LEGAL C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO OF BLACKROCK | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL VI FUND OF BLACKROCK VA | INC BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CAYMAN UNIT TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CAYMAN UNIT TRUST | STATE STREET CAYMAN TRUST COMPANY, LTD AS TRUSTEE PO BOX 31113 SMB, 2ND FLOOR LEEWARD TWO SAFEHAVEN CORPORATE CENTRE GRAND CAYMAN PO BOX 31113 SM CANADA |

| Claim Name | Address Information |
|---|---|
| BLACKROCK CORE BOND TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND III, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND V, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND VI, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK DEBT STRATEGIES FUND, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK DEBT STRATEGIES FUND, INC | 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| BLACKROCK ECOSOLUTIONS INVESTMENT TRUST | ATTN: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ECOSOLUTIONS INVESTMENT TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ECOSOLUTIONSINVESTMENT TRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK EMERGING MARKETS DEBT PORTFOLIO | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ENHANCED DIVIDENDACHIEVERS TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FINANCIAL MGMTA/C BR INTL GROWTH & INCOM | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FINANCIAL MGMTA/C SALOMON SMITH BARNEY C | 225 LONG AVE HILLSIDENJ NJ 07205 |
| BLACKROCK FIXED INCOME GLOBAL OPP MASTER UNIT TRST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK FUNDS II EMERGING MARKET DEBT PORTFOLIO | JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FUNDS II EMERGING MARKET DEBT PORTFOLIO | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GALAXITE MASTER UNIT TRUST | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY AND RESOURCES TRUST | ATTN: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY AND RESOURCES TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY ANDRESOURCES TRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GLOBAL OPPORTUNITIESEQUITY TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GOVERNMENT INCOME PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GOVERNMENT INCOME VI FUND OF BLACKROCK V | INC BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCES TRUST | ATTN: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCES TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCESTRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME FUND OF BLACKROCK BOND FUND | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME V.I. FUND OF | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK VARIA | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD BOND PORTFOLIO | JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INC | ATTN: ROBERT S. KAPITO 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK INCOME MASTER FUND | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INCOME MASTER FUND | C/O GLOBAL FUNDS TRUST COMPANY P.O. BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CANADA |
| BLACKROCK INCOME OPPORTUNITY TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INCOME TRUST INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INFLATION PROTECTED BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERMEDIATE BOND PORTFOLIO II | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERMEDIATE GOVERNMENT BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERNATIONAL BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK LONG DURATION BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK LOW DURATION BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MANAGED INCOME PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MASTER COMMODITY STRATEGIES TRUST | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MASTER TOTAL RETURN PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST C OF BLACKROCK | SERIES TRUST BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF BLACKROCK | SERIES TRUST BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST M OF BLACKROCK | MS FI ALPHA MASTER SERIES TRUST LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST M OF BLACKROCK | SERIES TRUST C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST SM OF BLACKROCK | SERIES TRUST BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PENDING ALLOCATION | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK PREFERRED & CORPORATE INCOME STRATEGIES | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PREFERRED AND EQUITY ADVANTAGE TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK PREFERRED INCOME STRATEGIES FUND, INC | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PREFERRED OPPORTUNITY TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQTY TRST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | ATTN: LEGAL–DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN FUND OF BLACKROCK SERIES FU | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN PORTFOLIO II | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN PORTFOLIO OF BLACKROCK SERI | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK WORLD INVESTMENTTRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK/BFM - LGT EMERGING MARKET DEBT PORTFOLIO | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY F | ATTN: BARBARA DIMARTINO THE BLACKSTONE GROUP 345 PARK AVE 30TH FL NEW YORK NY 10154 |
| BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY F | C/O BLACKSTONE ALTERNATIVE ASSET MANAGEMENT L.P 345 PARK AVENUE, NEW YORK NY 10154 |
| BLADEX CAPITAL GROWTH FUND | BLADEX CAPITAL GROWTH FUND CALLE 50 #AMPER AQUILINO DE LA GUARDIA PANAMA REUNION, ISLAND OF |
| BLUE CHIP MULTI-STRATEGY MASTER FUND LP | C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 01115 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | ATTN: SAMUEL COLE 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | ATTN: DAVID RUBENSTEIN C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10019 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | C/O BLUE MOUNTAIN CAPITAL PARTNERS (LONDON) LP LILLY HOUSE, 3RD FLOOR 13 HANOVER SQUARE LONDON W1S 1HN UNITED KINGDOM |
| BLUE MOUNTAIN CRV II MASTER FUND LP | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 280 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CRV II MASTER FUND LP | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 280 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CRV II MASTER FUND LP | 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: MICHAEL J. RILEY US BANK CORPORATE TRUST SERVICE P.O BOX 960778 BOSTON MA 02196-0778 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CANADA |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CANADA |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE ROCK CORE FIXED INCOME PORTABLE ALPHA FUND II | MR. MARK STEEN AND MR. ROBBIE BURKHART C/O BLUE ROCK ADVISORS, INC. 445 EAST LAKE STREET, SUITE 230 WAYZATA MN 55391 |

| Claim Name | Address Information |
|---|---|
| BLUE ROCK CORE FIXED INCOME PORTABLE ALPHA FUND II | C/O BLUE ROCK ADVISORS, INC. 445 EAST LAKE STREET, SUITE 230 WAYZATA MN 55391 |
| BLUE SKY EAGLE FUND – BLUE SKY ACTIVE FIXED INCOME | EMERGING MARKETS DEBT FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BLUE SKY EAGLE FUND – BLUE SKY ACTIVE FIXED INCOME | DEBT FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BLUEBAY FUNDS BLUEBAY INVESTMENT GRADE LIBOR FUND | 2-8 AVENUE CHARLES DE GAULLE LUXEMBOURG L 2014 LUXEMBOURG |
| BLUEBAY IGPLMEC - PLM EC | PROVINZIAL PLATZ 1 DUSSELDORF D -40591 GEORGIA |
| BLUECORR FUND LLC | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUECORR FUND LLC | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUECORR FUND LLC | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUECREST STRATEGIC LTD | GENERAL COUNSEL BLUECREST  STRATEGIC  LIMITED 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM |
| BLUECREST STRATEGIC LTD | PO BOX 309 UGLAND HOUSE, SOUTH CHURCH ST GEORGE TOWN CANADA |
| BLUEMOUNTAIN TIMBERLINE LTD | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUEMOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE LTD | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUEMOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE LTD | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUEPOINT RE, LIMITED | ATTN: GLOBAL RATES DERIVATIVE DOCUMENTATION UNIT C/O WACHOVIA BANK, N.A. 301 SOUTH COLLEGE STREET, DC-8 CHARLOTTE NC 28202-0600 |
| BLUEPOINT RE, LIMITED | ATTN: HOWARD SEIFE CHADBOURNE NEW YORK NY 10112 |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 55 PAR-LA-VILE ROAD HAMILTON HM11 BELGIUM |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 26 REID STREETM 6TH FLOOR HAMILTON HM11 BELGIUM |
| BLUEPOINT RE, LIMITED | PARK PLACE 55 PAR-LA-VILE ROAD HAMILTON HM11 BELGIUM |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 301 SOUTH COLLEGE STREET, DC-8 CHARLOTTE NC 28202-0600 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BLUESTEP FINANCE (NO2) LIMITED | STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUESTEP FINANCE (NO2) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BMC SOFTWARE DISTRIBUTION BV | ATTN: GENERAL COUNSEL BMC SOFTWARE INC. HOUSTON TX 77042 |
| BMC SOFTWARE DISTRIBUTION BV | BMC SOFTWARE INC. HOUSTON TX 77042 |
| BMO HARRIS OPPORTUNITY BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BMW (UK) OPERATIONS PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BMW (UK) OPERATIONS PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 STRUCTURED FINANCE - SASCO 2007-BNC1 U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | 2007-4 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BNP PARIBAS | ATTN: HEATHER SMITH/JORGE VARELA 787 SEVENTH AVE NEW YORK NY 10019-6016 |
| BNP PARIBAS | ATTN: JAMES LLOYD-THOMAS C/O CIB LEGAL DEPARTMENT UNITED KINGDOM |
| BNP PARIBAS (EFET POWER) | 10 HAREWOOD AVENUE LONDON NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | ATTN: HEATHER SMITH 787 SEVENTH AVENUE NEW YORK NY 10019-6016 |
| BNP PARIBAS SA | ATTN: BNP CAPITAL MARKETS LTD P.O BOX 506 8-13 KING WILLIAM STREET LONDON EC4N |

| Claim Name | Address Information |
|---|---|
| BNP PARIBAS SA | 7DN UNITED KINGDOM |
| BNP PARIBAS SA | BNP PARIBAS LONDON BRANCH LONDON NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | 10 HAREWOOD AVENUE LONDON NW1 6AA UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MANAGER, TRUST ADMINISTRATION BNY CORPORATE TRUSTEE SERVICES LIMITED ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BNY FUND MGMT (CAYMAN) LTD AS TRUSTEE OF THE PIMCO | LOW DURATION ALPHA FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BNY FUND MGMT (CAYMAN) LTD AS TRUSTEE OF THE PIMCO | ALPHA FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BNYAM- WISDOMTREE EMERGINGMARKETS HIGH YIELDING EQ | 380 MADISON AVENUE 21TH FLOOR NEW YORK NY 10017 |
| BNYAM- WISDOMTREE EMERGINGMARKETS SMALL CAP DIVIDE | 48 WALL STREET 11TH FLOOR NEW YORK NY 10005 |
| BOARD OF CONTROL OF SAGINAW VALLEY STATE UNIV. | 7400 BAY ROAD UNIVERSITY CENTER MI 48710 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | ATTN: TREASURER BOARD OF EDUCATION OF THE CITY OF CHICAGO CHICAGO IL 60603 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | 125 SOUTH CLARK STREET, 13TH FLOOR CHICAGO IL 60603 |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | ATTN:VICE CHANCELLOR 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599 |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599-1000 |
| BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH (USA) | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| BOARD OF PENSIONS-PRESBYTERIAN FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOCA RATON COMMUNITY HOSPITAL, INC. | 745 MEADOWS ROAD BOCA RATON FL 33486 |
| BOCCACCIO FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BOCCACCIO FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BOCCACCIO FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BOCCACCIO FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BOCCACCIO FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOCCACCIO FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BOCCACCIO FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BOCCACCIO FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BOCCACCIO FINANCE PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BOCCACCIO FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BOCCACCIO FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| BOCCACCIO FINANCE PLC | STREET, FLOOR 14 NEW YORK NY 10016 |
| BOCCACCIO FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOCCACCIO FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOCCACCIO FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BOCCACCIO FINANCE PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOISE CASCADE LLC | 1111 WEST JEFFERSON STREET P.O. BOX 50 BOISE ID 83702 |
| BOLIG OG NAERINGSBANKEN ASA | BOLIG - OG NAERINGSBANKEN ASA NORWAY |
| BON SECOURS HEALTH SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BON SECOURS HEALTH SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BON-SECOURS HEALTH SYSTEMS INC. | 1505 MARRIOTSVILLE ROAD MARRIOTTSVILLE 21104 |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: EDUARD LITVER BONDI BEACHSIDE PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: ALLEN LINZ BONDI BEACHSIDE REBEL PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: ALLEN LINZ BONDI BEACHSIDE PTY LTD 14 MARTIN PL SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: GIL BARON BONDI BEACHSIDE PTY LTD 66 HUNTER STREET SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | BONDI BEACHSIDE HOLDINGS PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONNEVILLE POWER ADMINISTRATION (WSPP) | P.O. BOX 3621 PORTLAND OR 97208-3621 |
| BONTEN MEDIA GROUP LLC | 675 THIRD AVENUE SUITE 2521 NEW YORK NY 10017 |
| BONTEN MEDIA GROUP, INC. | 675 THIRD AVENUE SUITE 2521 NEW YORK NY 10017 |
| BONY | THE BANK OF NEWYORK MELLON 32 OLD SLIP, 16TH FLOOR NEW YORK NY 10286 |
| BOSQUE POWER COMPANY LLC | ATTN: PORTFOLIO MANAGER, ASSRT BASED INVESTMENTS ARCAPITA INC. 75 FOURTEENTH STREET, 23RD FLOOR ATLANTA GA 30309 |
| BOSQUE POWER COMPANY LLC | PORTFOLIO MANAGER, ASSRT BASED INVESTMENTS ARCAPITA INC. 75 FOURTEENTH STREET, 23RD FLOOR ATLANTA GA 30309 |
| BOSQUE POWER COMPANY LLC | ATTN: CONTROLLER FULCRUM POWER SERVICES 5120 WOODWAY, SUITE 10010 HOUSTON TX 77056 |
| BOSQUE POWER COMPANY LP | LEHMAN BROTHERS COMMODITY SERVICES INC. C/O LEHMAN BROTHERS INC., TRANSACTION MANAGEMENT GROUP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: GENERAL COUNSEL THE PUTNAM ADVISORY COMPANY, LLC RE. BOSTON HARBOR CLO 2004-1, LTD. ONE POST OFFICE SQUARE BOSTON MA 02109 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: INSTITUTIONAL TRUST SERVICE JPMORGAN CHASE BANK RE. BOSTON HARBOR CLO 2004-1, LTD. 600 TRAVIS STREET, 50TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: THE DIRECTORS BOSTON HARBOUR CLO 2004-1, LTD. MARY STREET, GEORGE TOWN GRAND CAYMAN BRAZIL |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| BOSTON HARBOR CLO 2004-1 LIMITED | 25TH FLOOR CHICAGO IL 60661 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOTTLING GROUP LLC | BOTTLING GROUP, LLC 1 PEPSI WAY SOMERS NY 10589 |
| BOULDER COMMUNITY HOSPITAL | NORTH BROADWAY AND BALSAM P.O. BOX 9019 BOULDER CO 80301 |
| BOULTBEE (VASTERAS) AB | BOULTBEE (V?STER?S) AB, C/O EFM (SVERIGE) AB BOX 49166, STOCKHOLM SWEDEN |
| BOYD GAMING CORPORATION | BOYD GAMING CORPORATION 2950 INDUSTRIAL ROAD LAS VEGAS NV 89146 |
| BP CANADA ENERGY COMPANY | ATTN: TIM YEE 240-4TH AVE SW CALGARY AB CANADA |
| BP CANADA ENERGY COMPANY (EDI) | 240-4TH AVE SW CALGARY AB CANADA |
| BP CORPORATION NORTH AMERICA INC | ATTN: KENNY FOO 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC | ATTN: CONTRACT SERVICES 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC | CONTRACT SERVICES 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA, INC. | 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP ENERGY COMPANY | 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP ENERGY COMPANY INC(EEI) | 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP GAS MARKETING LTD | ATTN: LINDA BERGER 20 CANADA SQUARE CANARY WHARF LONDON UNITED KINGDOM |
| BP GAS MARKETING LTD | 20 CANADA SQUARE CANARY WHARF LONDON UNITED KINGDOM |
| BP INTERNATIONAL LTD | CONTRACT MANAGER 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UNITED KINGDOM |
| BP NORTH AMERICA PETROLEUM INC | ATTN: THOMAS A LULLO 28301 FERRY RD WARRENVILLE IL 60555 |
| BP NORTH AMERICA PETROLEUM INC | ATTN: CONTRACT MANAGEMENT – ISDA CONTRACT SPECIALIST 28301 FERRY ROAD, FIRST FLOOR WEST WARRENVILLE IL 60555-3926 |
| BP NORTH AMERICA PETROLEUM INC | ATTN: CONTRACT MANAGEMENT-ISDA CONTRACT SPECIALIST WARRENVILLE, IL TRANSACTIONS 28301 FERRY ROAD, FIRST FLOOR WEST WARRENVILLE IL 60555-3926 |
| BP OIL INTERNATIONAL LIM ITED | BP INTERNATIONAL LTD BP INTERNATIONAL LTD 1 FINSBURY CIRCUS LONDON UNITED KINGDOM |
| BP OIL INTERNATIONAL LIMITED | 20 CANADA SQUARE CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| BP OIL SUPPLY COMPANY | 28301 FERRY RD WARRENVILLE IL 60555-3018 |
| BP OIL SUPPLY COMPANY | ATTN: THOMAS A LULLO 28301 FERRY RD WARRENVILLE IL 60555 |
| BP OIL SUPPLY COMPANY | ATTN: ISDA CONTRACT SPECIALIST 28301 FERRY ROAD FIRST FLOOR – WEST WARRENVILLE |

| Claim Name | Address Information |
| --- | --- |
| BP OIL SUPPLY COMPANY | IL 60555 |
| BP OIL SUPPLY COMPANY | ISDA CONTRACT SPECIALIST 28301 FERRY ROAD FIRST FLOOR - WEST WARRENVILLE IL 60555 |
| BP OIL SUPPLY COMPANY | ISDA CONTRACT SPECIALIST BP PRODUCTS NORTH AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP OIL SUPPLY COMPANY | BP PRODUCTS NORTH AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP PRODUCTS NORTH AMERICA INC. | 501 WESTLAKE PARK BLVD. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP SINGAPORE PTE LTD | 1 HARBOURFRONT AVENUE #02-01 KEPPEL BAY TOWER SLOVENIA |
| BPL CONSUMERS SRL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BPL CONSUMERS SRL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BPL CONSUMERS SRL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BPL CONSUMERS SRL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BPL CONSUMERS SRL | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BPL CONSUMERS SRL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BPL CONSUMERS SRL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BPL CONSUMERS SRL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BPL CONSUMERS SRL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BPL CONSUMERS SRL | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BPL CONSUMERS SRL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BPL CONSUMERS SRL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BPL CONSUMERS SRL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BPL CONSUMERS SRL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BPL CONSUMERS SRL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BPL CONSUMERS.R.L. | ATTN: SOLE DIRECTOR SEDE: VIA TORTONA C. FISCALE E P. IVA 03658730969 ISCRIZIONE ELENCO GENERALE N. 34312 MILANO 25-20144 ITALY |
| BPL CONSUMERS.R.L. | C/O ALLEN ROME CORSO VITTORIO EMANUELE 284-00186 ITALY |
| BPOSC PHYSICAL | 28301 FERRY RD WARRENVILLE IL 60555-3018 |
| BRACEBRIDGE/FYI LTD. | ATTN: JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/FYI LTD. | C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | ATTN: JIM DIBIASE C/O BRACE BRIDGE CAPITAL, LLC ONE BOW STREET BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | ATTN: JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRADFORD & BINGLEY PLC | P O BOX 88 WEST YORKSHIRE CROFT ROAD, CROSSFLATS BINGLEY ENGLAND |
| BRANDON-OXFORD ASSOCIATES L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |

| Claim Name | Address Information |
|---|---|
| BRATTLEBORO | 17 BELMONT AVE. BRATTLEBORO VT 05301 |
| BRATTLEBORO MEMORIAL HOSPITAL INC | 17 BELMONT AVE. BRATTLEBORO VT 05301 |
| BRE BANK SA | UL. SENATORSKA 18 POLAND |
| BRE BANK SA | ATTN: SLAWEK KURKOWSKI 2 BANK SQUARE WARSAW POLAND |
| BRE BANK SA | 2 BANK SQUARE WARSAW POLAND |
| BRED BANQUE POPULAIRE | CCBP REPRESENTATION OFFICE 77 CANNON STREET LONDON EC4N 6AE UNITED KINGDOM |
| BRED BANQUE POPULAIRE | CCBP REPRESENTATION OFFICE 76 CANNON STREET LONDON EC4N 6AE UNITED KINGDOM |
| BREITBURN ENERGY PARTNERS LP | ATTN: BRUCE MCFARLAND 515 SOUTH FLOWER STREET, SUITE 4800 LOS ANGELES CA 90071 |
| BREITBURN OPERATING LP | 515 SOUTH FLOWER STREET, SUITE 4800 LOS ANGELES CA 90071 |
| BREMER FINANCIAL CORPORATION | 445 MINNESOTA ST. SUITE 2000 NEW YORK NY 10022 |
| BREMER LANDESBANK KREDITANSTALT OLDENBURG | DOMSHOF 26 BREMEN 28195 GEORGIA |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | ATTN: ROBERT VALENTI CITCO FUND SERVICES (USA), INC. 350 MADISON AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | MAN MAC SCHRECKHORN 14B LTD. ARGONAUT HOUSE, 5 PARK ROAD HAMILTON BELGIUM |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | BRENCOURT ADVISORS LLC 600 LEXINGTON AVENUE, 8TH FLOOR NEW YORK NY 10012 |
| BRETHREN RETIREMENT COMMUNITY | 750 CHESTNUT STREET GREENVILLE OH 45331 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BREVAN HOWARD MASTER FUND LTD | ATTN: DONNA MARTINEAU, SETTLEMENTS UGLAND HOUSE, PO BOX 309, GEORGE TOWN CANADA |
| BREVAN HOWARD MASTER FUND LTD | C/O M UGLAND HOUSE, PO BOX 309, GEORGE TOWN GRAND CAYMAN CANADA |
| BREWSTER, MICHAEL | 269 WEST LAKE BLVD MAHOPAC NY 10541 |
| BRIAN SPANEL | 177714 LITTLE LEAF COURT CHESTERFIELD MO 63005 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60607 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60607 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BRIARWOOD COMMERCIAL PAPER TRUST | STREET 16TH FLOOR HOUSTON TX 77002 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BRIARWOOD COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD, LTD | JOHN TRIMBLE - EXECUTIVE DIRECTOR 3700 ENGLEWOOD DRIVE STOW OH 44224 |
| BRIARWOOD, LTD | 3700 ENGLEWOOD DRIVE STOW OH |
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD SUITE 600 PASADENA CA 91101 |
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| BRICKMAN GROUP LTD | C/O HARRIS BANK 111 WEST MONROE STREET CHICAGO IL 60603 |
| BRICKMAN GROUP LTD | ATTN: TIMOTHY H. PEASE, CFO 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD MD , MD |
| BRICKMAN GROUP LTD | ATTN: TIMOTHY H. PEASE, CFO 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD MD 20879 |
| BRIDGEWATER ASSOCIATES, INC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER ASSOCIATESA/C BRIDGEWATER PURE ALPHA | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER CROWN FUND LTD | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER EQUITY FUND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER PURE ALPHA EURO FUND LTD | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER PURE ALPHA TRADING COMPANY | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | C/O BRIGADE CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| BRIGADIER CAPITAL MASTER FUND LTD | C/O BRIGADIER CAPITAL MANAGEMENT, LLC 135 EAST 57TH STREET, 21ST FLOOR NEW YORK NY 10022 |
| BRISTOL MYERS SQUIBB COMPANY | ATTN: MR. KEVIN HALPIN 345 PARK AVENUE NEW YORK NY 10154 |
| BRISTOL MYERS SQUIBB COMPANY | 345 PARK AVENUE NEW YORK NY 10154 |
| BRITISH AIRWAYS PLC | GROUP TREASURER WATERSIDE (HAA3) UNITED KINGDOM |
| BRITISH AIRWAYS PLC | ATTN: KAREN SCHOENIG WATERSIDE PO BOX 365 HARMONDSWORTH UNITED KINGDOM |
| BRITISH AIRWAYS PLC | ATTN: KAREN SCHOENIG WATERSIDE PO BOX 365 UNITED KINGDOM |
| BRITISH AIRWAYS PLC | WATERSIDE (HAA3) HARMONDSWORTH UNITED KINGDOM |
| BRITISH COLUMBIA INVESTMENT MANAGEMENT CORPORATION | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRITISH ENERGY TRADING AND SALES LIMITED | ATTN: POWER MARKETS DIRECTOR BARNETT WAY BARNWOOD GLOUCESTER GL4 3RS UNITED KINGDOM |
| BRITISH ENERGY TRADING AND SALES LIMITED | GSO BUSINESS PARK EAST KILBRIDE G74 5PG UNITED KINGDOM |
| BRM ABERDEEN GLOBAL EQUITIES | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| BRM GROUP LTD | BRM GROUP LTD. HARTOM 8 STREET JERUSALEM ICELAND |
| BROAD RIVER WATER AUTHORITY | 106 DUKE STREET SPINDALE NC 28106 |
| BROADMOOR VILLAGE APARTMENTS | C/O WASATCH PROPERTY MANAGEMENT 399 NORTH MAIN STREET, 2ND FLOOR LOGAN UT 84321 |
| BROADMOOR VILLAGE APARTMENTS | BROADMOOR VILLAGE APARTMENTS C/O WASATCH PROPERTY MANAGEMENT 399 NORTH MAIN STREET, 2ND FLOOR LOGAN UT 84321 |
| BROOKDALE SENIOR LIVING INC | 330 NORTH WABASH AVENUE, SUITE 1400 CHICAGO IL 60611 |
| BROOKDALE SENIOR LIVING INC | ATTN: VP OF MULTIFAMILY ASSET MANAGEMENT FANNIE MAE 3909 WISCONSIN AVENUE, NW WASHINGTON DC 20433 |
| BROOKDALE SENIOR LIVING INC | ATTN: MORTGAGE SERVICING MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGNIAN |

| Claim Name | Address Information |
|---|---|
| BROOKDALE SENIOR LIVING INC | AVENUE ST. PAUL MN 55116 |
| BROOKDALE SENIOR LIVING INC | ATTN: MR. GEORGE HICKS – EVP BROOKDALE SENIOR LIVING INC. 111 WESTWOOD PLACE, SUITE 200 BRENTWOOD TN 37027 |
| BROOKDALE SENIOR LIVING INC | 111 WESTWOOD PLACE SUITE 200 BRENTWOOD TN 37027 |
| BROOKDALE SENIOR LIVING INC | BROOKDALE SENIOR LIVING INC BROOKDALE SENIOR LIVING INC. BRENTWOOD TN 37027 |
| BROOKHAVEN AT LEXINGTON | C/O SYMMES LIFE CARE, INC. 1010 WALTHAM STREET LEXINGTON MA 02421 |
| BROOKSIDE, LLC | C/O FOGELMAN REALTY GROUP MEMPHIS TN 38138 |
| BROWN BROTHERS HARRIMAN & CO | ATTN: FX ADMINISTARARION 59 WALL STREET NEW YORK NY 10006 |
| BROWN BROTHERS HARRIMAN & CO | BROWN BROTHERS HARRIMAN & CO. NEW YORK NY 10007 |
| BROWN BROTHERS HARRIMAN AND COMPANY | BROWN BROTHERS HARRIMAN GRAND CAYMAN CANADA |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | DAVID ZORNITSKY BROWNSTONE ASSET MANAGEMENT, L.P. NEW YORK NY 10022 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | ATTN: DAVID ZORNITSKY BROWNSTONE ASSET MANAGEMENT, LP NEW YORK NY 10022 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | BROWNSTONE ASSET MANAGEMENT, L.P. NEW YORK NY 10022 |
| BRYANT UNIVERSITY | 1150 DOUGLAS PIKE SMITHFIELD RI 02917 |
| BS GARANTIA 125 ANIVERSARIO FI | BANSABADELL INVERSI?N, S.A., S.G.I.I.C. SANT CUGAT DEL VALL?S SPAIN |
| BS GARANTIA FONDOS 2, FI | SOCIEDAD UNIPERSONAL CALLE SENA, 12 SPAIN |
| BSAM- RUSSELL INVESTMENT COMPDIVERSIFIED BOND FUND | 909 A STREET TACOMA WA 98402-5120 |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | AMMIN CREDITI BSI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | ATTN: AMMIN CREDITI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | BSI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERAITALIANA) | 23 VIA PERI FOREIGN EXCHANGE DEPT. SWITZERLAND |
| BSI SA (BANCA SVIZZERA ITALIANA) | 23 VIA PERI FOREIGN EXCHANGE DEPT. LUGANO STAMFORD CT 6900 SWITZERLAND |
| BTDJM PHASE II ASSOCIATE | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 3RD FLOOR LAGUNA HILLS CA 92653 |
| BTDJM PHASE II ASSOCIATE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BTDJM PHASE II ASSOCIATE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60607 |
| BTDJM PHASE II ASSOCIATE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60607 |
| BTDJM PHASE II ASSOCIATE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BTDJM PHASE II ASSOCIATE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BTDJM PHASE II ASSOCIATE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON NEW YORK NY 10286 |
| BTDJM PHASE II ASSOCIATE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 60 WALL STREET 26TH FLOOR NEW YORK NY 10017 |
| BTDJM PHASE II ASSOCIATE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 26TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| BTDJM PHASE II ASSOCIATE | 10005 |
| BTDJM PHASE II ASSOCIATE | ATTN: THOMAS MUSARRA HSBC BANK, USA 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BTDJM PHASE II ASSOCIATE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BTDJM PHASE II ASSOCIATE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BTDJM PHASE II ASSOCIATE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BTDJM PHASE II ASSOCIATE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BUCK ACQUISITION CORP | 100 MISSION RIDGE GOODLETTSVILLE TN 37072-2170 |
| BUCK INSTITUTE FOR AGE RESEARCH | 8001 REDWOOD BLVD NOVATO CA 94945 |
| BUCKEYE PARTNERS LP | BUCKEYE PARTNERS, L.P. FIVE TEK PARK 9999 HAMILTON BLVD BREININGSVILLE PA 18031 |
| BUCKNER RETIREMENT SERVICES INC., TEXAS | 600 N. PEARL STREET SUITE 1900 DALLAS TX 75201 |
| BUCKS COUNTY WATER AND SEWER | 1275 ALMSHOUSE RD WARRINGTON PA 18976 |
| BUCYRUS INTERNATIONAL, INC. | P.O. BOX 500 1100 MILWAUKEE AVE SOUTH MILWAUKEE WI 53172 |
| BUFFALO FISCAL STABILITY AUTHORITY | MARKET ARCADE BUILDING, SUITE 200 617 MAIN STREET BUFFALO NY 14203 |
| BUILDING EQUITY SOONER FOR TOMORROW | 301 CAMPERDOWN WAY, BOX 2848 GREENVILLE SC 29602 |
| BUILDING FINANCE COMPANY OF TENNESSEE | CHESTNUT STREET TOWER 605 CHESTNUT STREET SUITE 200 CHATTANOOGA TN 37450 |
| BULGARI GLOBAL OPERATIONS | 34, RUE DE MONRUZ NEUCHATEL 2008 SWITZERLAND |
| BUNDESMINISTERIUM DER FINANZEN (FEDERAL MINISTRY O | ATTN: ANDREAS DORFM? FINANZAGENTUR GMBH LURGIALLEE 5 GEORGIA |
| BUNDESMINISTERIUM DER FINANZEN (FEDERAL MINISTRY O | FINANZAGENTUR GMBH LURGIALLEE 5 GEORGIA |
| BUNGE SA | ATTN: PETER SIMEONS BUNGE CORPORATION LTD 65 LONDON WALL, ROOM 113 LONDON UNITED KINGDOM |
| BUNGE SA | 13 ROUTE DE FLORISSANT GENEVA 12 SWITZERLAND |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| BUSINESS DEVELOPMENT BANK OF CANADA | 2 LIBERTY SQUARE BOSTON MA 02109 |
| BWA / ABU DHABI INV AUTHORITYA/C ADIA G1AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / GOVERNMENT OF SINGAPOREA/C GIC A2AC/O BRIDGE | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / QUEENSLAND INVEST CORP GA/C QIC A3AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / SBC MASTER PENSION TRUSTA/C SBC C2AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / TFL PENSION FUNDA/C TFL C1AC/O BRIDGEWATER A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- ABU DHABI INV AUTHORITYA/C ADIA-GBC/O BRIDGEW | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- ABU DHABI INV AUTHORUTYA/C ABULLC/O BRIDGEWAT | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- GREEN WAY MANAGED ACCOUNTSERIES LTD - PORTFOL | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA-NATIONAL UNIV OF SINGAPOREA/C NUS A1AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ALASKA ELECTICAL PENSION FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ALL WEATHER@12% TRADING LTA/C AW12 W2AC/O BRID | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/AMERICAN AIRLINES MASTER FIXED | AMERICAN AIRLINES INC. C/O BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE |

| Claim Name | Address Information |
|---|---|
| BENEFIT PEN TR | WESTPORT CT 06881 |
| BWA/BANK OF AMERICA PENSION PLAN | 0 6880 UNKNOWN |
| BWA/BD OF FIRE & POLICE PENS COMMISSIONERS CITY LA | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BD OF FIRE & POLICE PENS COMMISSIONERS CITY LA | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BELL ATLANTIC MASTER TRUST(80) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER FAIRFAX COUNTY ERS FUND LIMITED | KINGSTON CHAMBERS PO BOX 173 TORTOLA BRAZIL |
| BWA/BRIDGEWATER GMAM FUND LIMITED | KINGSTON CHAMBERS PO BOX 173 TORTOLA BRAZIL |
| BWA/BRIDGEWATER PURE ALPHA FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER PURE ALPHA TRADING COMPANY II LTD | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER PURE ALPHAEURO FUND LTDC/O BRIDGEW | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CANAPEN, B INC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CENTRAL STATES SOUTHEAST &SOUTHWESTAREASPENPL | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CITY OF ZURICH PENSION FUND FX OVERLAY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/COLLEGES OF APPLIED ARTS & TECH PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/COLLEGES OF APPLIED ARTS & TECH PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/COMPASS OFFSHORE SAV PCC LIMITED | 55 EAST 52ND STREET 29TH FLOOR NEW YORK NY 10055 |
| BWA/COMPASS SAV L.L.C. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/DIAMOND RIDGE, LLC | 907 WILDWOOD DRIVE JEFFERSON CITY MO 65102 |
| BWA/EDS RETIREMENT PLAN | BWA/BRIDGEWATER EQUITY FUND, LLC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ENSIGN PEAK ADVISORS, INC. | BRIDGEWATER ASSOCIATES INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/EXEL PENSIONS INVESTMENT FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/FUNDO DE PENSOES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/FUNDO DE PENSOES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/H.E.S.T AUSTRALIA LTD. | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/H.E.S.T AUSTRALIA LTD. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/HHMI XVI, LLC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/HOST-PLUS | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/HYDRO-QUEBEC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/LELAND STANFORD JUNIOR UNIVERSITY (THE) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/LOEWS CORPORATION | BRIDGEWATER ASSOCIATES INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/MERCHANT NAVY OFFICERS PENSION FUND | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/MERCHANT NAVY OFFICERS PENSION FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR SYS MISSOURI | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR SYS MISSOURI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR SYS MISSOURI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/PENSION RESERV INVST TRSTFND A/C MASSPRIM D1 | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/QUEENSLAND INVESTMENT CORP. ACTIVE CURRENCY TR | LEVEL 6 CENRAL PLAZA II BRISBANE, QUEENSLAND AUSTRALIA |
| BWA/QUEENSLAND INVESTMENT TRUST | LEVEL 6 CENRAL PLAZA II BRISBANE, QUEENSLAND AUSTRALIA |
| BWA/RAILWAYS PENSION TRUSTEE COMPANY LIMITED A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RAILWAYS PENSION TRUSTEE COMPANY LIMITED Z | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RAYTHEON MASTER PENSION TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RBC FOREIGN MASTER TRUSTS | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/REGENTS OF THE UNIVERSITYOF MICHIGAN | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RETIREMENT SYSTEM - TENNESSEE VALLEY AUTHORITY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM | SAN FRANCISCO EMPLOYEES#APPOS RETIREMENT SYSTEM 30 VAN NESS AVENUE, SUITE 3000 SAN FRANCISCO CA 94102 |
| BWA/SBC MASTER PENSION TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SHELL PENSION TRUST | SHELL HEADQUARTERS HR DEN HAAG ROYAL DUTCH SHELL PLC CAREL VAN BYLANDTLAAN 30 THAILAND |
| BWA/SOUTHERN CALIFORNIA EDISONCOMP RETIREMENT PL | BRIDEGWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/STATE OF WISCONSIN INVESTMENT BOARD | STATE OF WISCONSIN INVESTMENT BOARD 121 EAST WILSON STREET MADISON WI 53702 |
| BWA/STATE OF WISCONSIN INVESTMENT BOARD TIPS PLUS | STATE OF WISCONSIN INVESTMENT BOARD 121 EAST WILSON STREET MADISON WI 53702 |
| BWA/STICHTING PENSIOENFUNDS ABP | STICHING PENSIOENFONDS ABP OUDE LINDESTRAAT 70 HEERLEN THAILAND |
| BWA/SUNSUPER PTY LTD. CURRENCYOVERLAY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SUPERANNUAT FNDS MGMT CORPOF SOUTH AUSTRALIA | SUPERANNUATION FUNDS MGMT CORP. OF SOUTH AUSTRALIA ADELAIDE SOUTH LEVEL 12, MERCANTILE MUTUAL CENTRE, 45 PIRIE STREET AUSTRALIA |
| BWA/SYNGENTA UK PENSION FUND | SYNGENTA PENSIONS TRUSTEE LIMITED 15 STANHOPE GATE LONDON UNITED KINGDOM |
| BWA/SYNGENTA UK PENSION FUND | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SYNGENTA UK PENSION FUND FX OVERLAY | BRIDGEWATER ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TAC CAPITAL LLC | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TAC CAPITAL LLC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE CHEYENNE WALK TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE RONALD FAMILY TRUST B | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE WILLIAM & FORA HEWLETT FOUNDATION | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TRUSTEE OF THE BAYER GRP PEN PLN A/C BAYER B1A | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TRUSTEE OF THE BAYER GRP PEN PLN A/C BAYER B1A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TVARS LLC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNISYS CORPORATION MASTER TRUST | CANADIAN PENSION PLAN INVESTMENT BOARD ONE QUEEN STREET EAST, SUITE 2700 P.O. BOX 101 TORONTO ON CANADA |
| BWA/UNISYS CORPORATION MASTER TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNISYS PENSION PLAN MASTER | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNITED TECH CORP MASTER RETIREMENT TRUST (495) | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |

| Claim Name | Address Information |
|---|---|
| BWA/UNIVERSITY OF NOTRE DAME DU LAC | UNIVERSITY OF NOTRE DAME NOTRE DAME IN 46555 |
| BWA/VAN LEER GROUP FOUNDATION | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VAN LEER GROUP FOUNDATIONCURRENCY OVLY PORT | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VGZ | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VIA RAIL CANADA INC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VICTORIAN WORKCOVER AUTH. INTÆL FIXED INTEREST | 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/WM POOL - BRIDGEWATER GLOBAL FIXED INTEREST TR | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C LAB GARANTIZADO X FIMRE CAJA LABORAL POP GESTION | CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20500 SPAIN |
| C.M. LIFE INSURANCE COMPANY | C/O BABSON CAPITAL MGT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 0, MA |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R.L | VIA ELEONORA DUSE 53 ITALY |
| C/E MAPLES FINANCE LIMITED | C/E MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| C/O BAWAG HOLDING GMBH | C/O BAWAG HOLDING GMBH C/O BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT BEREICH BILANZEN -BIFB (RE), GEORG-COCH-PLATZ 3 A1018 WIEN AUSTRALIA |
| C/O BLACKROCK ADVISORS, INC. | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| C/O BRIDGEWATER ASSOCIATES, INC. | ATTN: DERIVATIVE CONTRACT BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C/O CAPSTONE | 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE (TREASURY) | 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE (TREASURY) | ATTN: HEAD OF FINANCE C/O CAPSTONE (TREASURY) LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE MORTGAGE SERVICES LIMITED | 1ST FLOOR, 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O DEUTSCHE ASSET MANAGEMENT LIMITED | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| C/O DEUTSCHE BANK (CAYMAN) LIMITED | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY-1104 CANADA |
| C/O DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 E SAINT ANDREW PLACE SANTA ANA CA 92705 |
| C/O HSBC BANK USA | 140 BROADWAY NEW YORK NY 10005 |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE PO BOX 1109 NORTH STREET GEORGE TOWN GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT STRATHVALE HOUSE, NORTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT STRATHVALE HOUSE, NORTH CHURCH STREET GRAND CAYMAN BRAZIL |
| C/O JPMORGAN CHASE | 4 NEW YORK PLAZA 6TH FLOOR NEW YORK NY 10004 |
| C/O MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| C/O MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| C/O MERRILL LYNCH INVESTMENT MANAGERS LLC | 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| C/O PUTNAM INVESTMENTS | ONE POST OFFICE SQUARE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| C/O THE BANK OF NEW YORK | 101 BARCLAY STREET NEW YORK NY 10286 |
| C/O U.S. BANK | 180 EAST FIFTH STREET ST. PAUL MN 55101 |
| C/O US BANK | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| C/O WALKERS SPV LIMITED | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| C/O WEALTH MANAGEMENT, INC. | 12-32 AKASAKA 1-CHROME MINATO-KU TOKYO JAPAN |
| C/O WELLS FARGO BANK, N.A. | WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| C/O WELLS FARGO BANK, N.A. NOT INDIVIDUALLY, BUT S | WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| C/O WILMINGTON TRUST SP SECURITIES (LONDON) LIMITE | FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| C/O ZIRCON FINANCE LIMITED | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| C/O ZIRCON FINANCE LIMITED | ATTN: ALASDAIR FOSTER WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| CAAM GLOBAL BOND FUND | ATTN: WINSTON THNG CREDIT AGRICOLE ASSET MANAGEMENT SINGAPORE LIMITED 168 ROBINSON ROAD 22-03 CAPITAL TOWER SINGAPORE SLOVENIA |
| CAAM GLOBAL BOND FUND | 168 ROBINSON RD #22-03 CAPITAL TOWERS 068912 SLOVENIA |
| CABLE & WIRELESS PLC SUPERANNUATION FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CABLE & WIRELESS PLC SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CACEIS BANK LUX / CAAM(PORTFOLIO FOREX TRDG) GIVE- | 5 ALLE SCHEFFER LUXEMBOURG LUXEMBOURG |
| CACEIS BANK LUXEMBOURG | COMPANY SECRETARY 5 ALLEE SCHEFFER LUXEMBOURG LUXEMBOURG |
| CACEIS BANK LUXEMBOURG | GILLES NORMAND/JEAN-PIERRE VALENTINI 5 ALLE SCHEFFER LUXEMBOURG LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| CADBURY CORPORATION | 2150 ROUTE 38 CHERRY HILL NJ 08002-4302 |
| CAIN BROTHERS & COMPANY LLC | 452 FIFTH AVE NEW YORK NY 10018 |
| CAISSE D' AMORTISSEMENT DE LA DETTE SOCIALE | 139, RUE DE BERCY 75572 PARIS CEDEX 12 FRANCE |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | ATTN: VICE PRESIDENT 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 909 A STREET TACOMA WA 98402-5120 |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| CAISSE DES DEPOTS ET CONSIGNAT IONS | ATTN: CDC CAPITAL 9 WEST 57TH STREET 36TH FLOOR NEW YORK NY 10019 |
| CAISSE DES DEPOTS ET CONSIGNAT IONS | 56 RUE DE LILLE 75356 PARIS CEDEX 07 FRANCE |
| CAISSE DES DEPOTS ET CONSIGNATIONS | 9 WEST 57TH STREET 36TH FLOOR NEW YORK NY 10019 |
| CAISSE REGIONAL CREDIT AGRICOLE PARIS ILE DE FRANC | SIEGE SOCIAL: 26, QUAI DE LA RAPEE PARIS CEDEX 12 75596 FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL DU CENT | 3 AVE. DE LA LIBERATION CLERMONT FERRAND F-63045 CEDEX 9 FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL NORD DE | 10 AVENUE FOCH LILLE FRANCE |
| CAIXA D'ESTALVIS DE SABADELL | CALLE GRACIA 17 08021 SABADELL SPAIN |
| CAIXA D'ESTALVIS DEL PENEDES | RAMBLA NOSTRA SENYAORA, 2 I 4 VILAFRANCA DEL PENEDES SPAIN |
| CAIXA GERAL DE DEPOSITOS LONDON GB | AV JOAO XXI, 63 LISBOA CODEX, 1017 PORTUGAL SPAIN |
| CAJA DE AHORROS DE CASTILLA LA MANCHA | PARQUE DE SAN JULIAN 20 CUENCA SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | PASEO DE LA CASTELLANA, 189 28046 MADRID SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | ATTN: MRS. PALOMA GARCIA SANZ PASEO DE LA CASTELLANA, 189 MADRID SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | ROSER VILARO/ MIGUEL CASES AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | ATTN: ROSER VILARO/ MIGUEL CASES AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | AREA FINANCIERA, TORRE 1 AVENIDA DIAGONAL 621-629 PLANTA 13 SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | AVENIDA DIAGONAL  621-629 PLANTA 16 BARCELONA 8208 SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO IX FIM | IÑAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20503 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO IX FIM | CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20502 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO V FIM | IÑAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20505 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO V FIM | CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20504 SPAIN |
| CAJA LABORAL GARANTIZADO X FIM | IÑAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTI?N SGIIC SA PASEO D. J.M. ARIZMENDIARRETA  5 ARRASATE ( GIPUZKOA) 20501 SPAIN |
| CAJA MADRID EXCELLENCE GARANTIZADO | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6ª PLANTA MADRID SPAIN |
| CAJA MADRID IBEX POSITIVO FI | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6ª PLANTA MADRID SPAIN |
| CALAMOS GLOBAL DYNAMIC FUND INCOME FUND | 2020 CALAMOS COURT NAPERVILLE IL 60603 |
| CALIFORNIA (STATE OF) DEPARTMENT OF WATER RESOURCE | ATTN: JOHN PACHECO CALIFORNIA ENERGY RESOURCES SCHEDULING 3310 EL CAMINO AVENUE, SUITE 120 P.O. BOX 219001 SACRAMENTO CA 95821-9001 |
| CALIFORNIA (STATE OF) DEPARTMENT OF | JOHN PACHECO CALIFORNIA ENERGY RESOURCES SCHEDULING 3310 EL CAMINO AVENUE, |

| Claim Name | Address Information |
|---|---|
| WATER RESOURCE | SUITE 120 P.O. BOX 219001 SACRAMENTO CA 95821-9001 |
| CALIFORNIA (STATE OF) DEPARTMENT OF WATER RESOURCE | ATTN: MR. R. GROW 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95814 |
| CALIFORNIA CAPITAL PROJECTS | C/O ASSOCIATION OF BAY AREA GOVERNMENTS 101 EIGHTH STREET OAKLAND CA 94607-4707 |
| CALIFORNIA COLLEGE OF ARTS & CRAFTS | C/O CALIFORNIA EDUCATION FACILITY 450 IRWIN ST. SAN FRANSCISCO CA 94107 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | LOS ANGELE S COUNTY (THE) ATTN: PRESIDENT 1221 OAK STREET SUITE 536 OAKLAND CA 94612 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | (THE) 1010 10TH STREET SUITE 6800 MODESTO CA 95352-4060 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES-ELECTRIC | CALIFORNIA ENERGY RESOURCES SCHEDULING 3310 EL CAMINO AVENUE, SUITE 120 PO BOX 219001 SACRAMENTO CA 95821-9001 |
| CALIFORNIA ENDOWMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CALIFORNIA ENDOWMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CALIFORNIA FIELD IRONWORKERS P ENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CALIFORNIA HOUSING FINANCE AGENCY | 1121 L STREET SACRAMENTO CA 95814 |
| CALIFORNIA HOUSING FINANCE AGENCY | 1121 L STREET, 7TH FLOOR SACRAMENTO CA 95814 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | UNIT 17 91755 |
| CALIFORNIA LUTHERAN UNIVERSITY | 60 WEST OLSEN ROAD THOUSAND OAKS CA 91360 |

| Claim Name | Address Information |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK P.O BOX 2749 SACRAMENTO CA 95864 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK P.O BOX 2749 SACRAMENTO CA 95812-2749 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK C/O CALPERS INVESTMENT OFFICE SACRAMENTO CA 95812 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | CALPERS INVESTMENT OFFICE 400 Q STREET, SUITE E4800 SACRAMENTO CA 95811 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | C/O CALPIERS- INVESTMENT OFFICE 400 Q STREET, SUITE E4800 SACRAMENTO CA 95814 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | CALPERS - INVESTMENT OFFICE 400 Q STREET, SUITE E4800 LINCOLN PLAZA EAST SACRAMENTO CA 95821-9001 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | C/O JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CALIFORNIA WELLNESS FOUNDATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 230 PARK AVENUE NEW YORK NY 10169 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 303274390 |
| CALYON | ATTN:  DUALN GOLDIE - MORRISON / RICHARD CARLSON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: MANAGER, CAPITAL MARKETS FOR TRANSACTIONS FOR WHICH THE OFFICE IS IN NY 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: JEAN SMITH TREASURY DOCUMENTATION 1301 AVENUE OF THE AMERICAS, 13TH FLOOR NEW YORK NY 10019 |
| CALYON | ATTN:  DUALN GOLDIE - MORRISON / RICHARD CARLSON CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: MANAGER, CAPITAL MARKETS CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | HEAD OF DERIVATIVES, BACK OFFICE CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | LEGAL DEPARTMENT CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | MANAGER, EXOTIC DERIVATIVES CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | VANILLA DERIVATIVES CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | SWAPS BACK OFFICE FOR TRANSACTIONS FOR WHICH THE OFFICE IS LND BROADWALK HOUSE CALYON UNITED KINGDOM |
| CALYON | ATTN: SWAPS BACK OFFICE BROADWALK HOUSE 5 APPOLD STREET LONDON UNITED KINGDOM |
| CALYON | CALYON SEOUL CHONGRO, CHONGRO-KU, SEOUL 110-714 KOREA |
| CALYON | FOREIGN EXCHANGE DEPT 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CALYON | 17-00 6 RAFFLES QUAY SINGAPORE SLOVENIA |
| CALYON | 9 QUAI DU PRESIDENT PAUL DOUMER PARIS LA DEFENSE CEDEX 92920 FRANCE |
| CAM FUTURO GARANTIZADO FI | ATTN: ENRIQUE MIRA-PERCEVAL VERDU GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., SA 03008 EDIF. CENTRO ADMINISTRATIVO 2 A, AVDA. DE ELCHE, 178, ALICANTE AVDA. DE ELCHE, 178, ALICANTE SPAIN |
| CAM FUTURO GARANTIZADO FI | GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., SA 03008 EDIF. CENTRO |

| Claim Name | Address Information |
|---|---|
| CAM FUTURO GARANTIZADO FI | ADMINISTRATIVO 2 A, ATTN: ENRIQUE MIRA-PERCEVAL VERDU AVDA. DE ELCHE, 178, ALICANTE SPAIN |
| CAMDEN COUNTY MUNICIPAL UTILITIES | 1645 FERRY AVE CAMBEN NJ 08104 |
| CAMDEN-CLARKE MEMORIAL HOSPITAL | 800 GARFIELD AVENUE PO BOX 718 PARKERSBURG WV 26101 |
| CAMECO CORPORATION | 2121-11TH STREET WEST SASKATOON SK CANADA |
| CAMERON MCKINNEY LLC | CAMERON MCKINNEY LLC 1001 MCKINNEY STREET HOUSTON TX 77002-6417 |
| CAMERON MCKINNEY LLC | 1001 MCKINNEY STREET HOUSTON TX 77092 |
| CAMPARI SPA | VIA FILIPPO TURATI, 27 MILANO 20121 ITALY |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | 909 A STREET TACOMA WA 98402-5120 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| CAMULOS MASTER FUND, LP | C/O CAMULOS CAPITAL LP 3 LANDMARK SQUARE 4TH FLOOR STAMFORD CT 06901 |
| CAMULOS MASTER FUND, LP | ATTN: RICHARD D. HOLAHAN, JR. C/O CAMULOS CAPITAL LP 3 LANDMARK SQUARE 4TH FLOOR STAMFORD CT 06901 |
| CAMULOS MASTER FUND, LP | C/O CAMULOS CAPITAL LP 888 SEVENTH AVENUE NEW YORK NY 10019 |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS CIBC 425 LEXINGTON AVENUE NEW YORK NY 10019 |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS 425 LEXINGTON AVENUE NEW YORK NY 10018 |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MICHELE HUNT 199 BAY STREET COMMERCE COURT WEST, 6TH FLOOR TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MICHELE HUNT CIBC 199 BAY STREET COMMERCE COURT WEST, 6TH FLOOR TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | MANAGER, SWAP OPERATIONS 161 BAY STREET, 12TH FLOOR BCE PLACE TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS COMMERCE COURT CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | HEAD OFFICE - WITH RESPECT TO MASTER AGREEMENTS: CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR, BCE PLACE TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | COMMERCE COURT CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | 199 BAY STREET, 6TH FLOOR COMMERCE COURT WEST TORONTO ON CANADA |
| CANADIAN NATURAL RESOURCES | CANADIAN NATURAL RESOURCES 2500 - 855 2ND ST. S.W. CALGARY CANADA |
| CANDLEWOOD CAPITAL PARTNERS MASTER FUND LTD | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. 11 MADISON AVENUE NEW YORK NY 10010 |
| CANDY ELETTRODOMESTICI SRL | VIA COMOLLI, 16 ITALY |
| CANTOR FITZGERALD & CO INC | 110 EAST 59TH STREET 4TH FLOOR NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO INC | 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANYON BALANCED EQUITY MASTER FUND LTD | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON BALANCED EQUITY MASTER FUND LTD | ATTN: INVESTOR SERVICES C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. BOUGAINVILLEA WAY, 802 WEST BAY PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CANADA |
| CANYON BALANCED EQUITY MASTER FUND LTD | ATTN: INVESTOR SERVICES CANYON BALANCED EQUITY MASTER FUND, LTD. C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CANADA |
| CANYON BALANCED EQUITY MASTER FUND LTD | INVESTOR SERVICES CANYON BALANCED EQUITY MASTER FUND, LTD. C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CANADA |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |

| Claim Name | Address Information |
|---|---|
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: CDO BUSINESS UNIT DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: STRUCTURED FINANCE RATINGS, ABS CBO/CLO SURV STANDARD A DIVISION OF THE MCGRAW-HILL COMPANIES, INC. 55 WATER STREET NEW YORK NY 10041 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DIRECTORS CANYON CAPITAL CLO 2004-1 LTD. MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CANYON CAPITAL CLO 2004-1 LTD | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR BEVERLY HILLS CA 90212 |
| CANYON COUNTRY COMMUNITIES, L.P. | CANYON COUNTRY COMMUNITIES, L.P. P.O. BOX 7880 SAN FRANCISCO CA 94105-2228 |
| CANYON COUNTRY COMMUNITIES, L.P. | 50 FREMONT STREET P.O. BOX 7880 SAN FRANCISCO CA 94105-2228 |
| CANYON VALUE REALIZATION FUND (CAYMAN) LTD. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN) LTD. | C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD P.O BOX 2003GT BOUGAINVILLEA WAY 802 WEST BAY GRAND CAYMAN 2003GT CANADA |
| CANYON VALUE REALIZATION FUND L.P. | JOHN PLAGA C/O CANYON CAPITAL ADVISORS LL BEVERLY HILLS CA 90212 |
| CANYON VALUE REALIZATION FUND L.P. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND L.P. | C/O CANYON CAPITAL ADVISORS LL BEVERLY HILLS CA 90212 |
| CANYON VALUE REALIZATION MAC 18 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| CANYON VALUE REALIZATION MAC 18 LTD. | CANYON CAPITAL ADVISORSLLC REGATTA OFFICE PARK, WEST BAY ROAD GRAND CAYMAN KY1-1205 CANADA |
| CAP FUND LP | C/O CONCENTRATED ALPHA PARTNERS, LP P.O BOX 31106 SMB GRAND CAYMAN CANADA |
| CAPE ALBEON PROJECT | 9761 FALL RIDGE TRAIL ST LOUIS MO 63127 |
| CAPITAL AUTOMOTIVE LP | JAMES KAHLER CAPITAL AUTOMOTIVE L.P. 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN VA 22102 |
| CAPITAL AUTOMOTIVE LP | CAPITAL AUTOMOTIVE L.P. 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN VA 22102 |
| CAPITAL GUIDANCE (FUND) LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAPITAL GUIDANCE (FUND) LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAPITAL ONE AUTO FINANCE TRUST 2003-A | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 198900001 |
| CAPITAL ONE FINANCIAL CORP | CAPITAL ONE FINANCIAL CORPORAT MCLEAN VA 22102 |
| CAPITAL ONE NA | O'CONNOR KEVIN NORTH FORK BANK 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL ONE NA | ATTN: O'CONNOR KEVIN 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL ONE NA | NORTH FORK BANK 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL OUTLOOK LLC | 309 NORTH WASHINGTON SQUARE, SUITE 115 LANSING MI 48933 |
| CAPITAL TRUST, INC. | 410 PARK AVENUE 14TH FLOOR NEW YORK NY 10022 |
| CAPITALIA S.P.A. | UNICREDIT S.P.A. VIA TUPINI 180 144 ITALY |
| CAPMARK CAPITAL INC | 1801 CALIFORNIA ST. DENVER CO 80202 |
| CAPMARK FINANCE INC | C/O GMAC COM. MORT. CORP. 200 WITMER ROAD HORSHAM PA 19044 |
| CAPSTAR COPLEY LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CAPSTAR COPLEY LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CAPSTAR COPLEY LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CAPSTAR COPLEY LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CAPSTAR COPLEY LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CAPSTAR COPLEY LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CAPSTAR COPLEY LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CAPSTAR COPLEY LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CAPSTAR COPLEY LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CAPSTAR COPLEY LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CAPSTAR COPLEY LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CAPSTAR COPLEY LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CAPSTAR COPLEY LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CAPSTAR COPLEY LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CAPSTAR COPLEY LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CAPSTAR SECAUCUS LLC | NATIONAL REGISTER OF AGENTS 160 GREENTREE DRIVE, SUITE 101 DOVER DE 19904 |

| Claim Name | Address Information |
|---|---|
| CAPSTAR WALTHAM LLC | 4501 NORTH FAIRFAX DRIVE, SUITE 500 ARLINGTONVA VA 22203 |
| CAPSTONE INVESTMENT ADVA/C CAPSTONE VOLATILITY CAY | ATTN: LEGAL GROUP C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE INVESTMENT ADVA/C CAPSTONE VOLATILITY CAY | C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | ATTN: MARK GONZALEZ C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPULA GLOBAL RELATIVE VALUEMASTER FUND LIMITED | CAPULA INVESTMENT MANAGEMENT LLP LONDON W1K 2TJ UNITED KINGDOM |
| CARDINAL INVESTMENTS SUB I, L.P. | ATTN: RAY PINSON CARDINAL INVESTMENT SUB I, L.P. SUITE 2300 FORT WORTH TX 76102 |
| CARDINAL INVESTMENTS SUB I, L.P. | CARDINAL INVESTMENT SUB I, L.P. SUITE 2300 FORT WORTH TX 76102 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 9350 EXCEISIOR BLVD. MS 142-4B HOPKINS MN 55343 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | ATTN: ALLISON TOTMAN TREASURY OPERATIONS, MS 152 15407 MCGINTY RD WEST WAYZATA MN 55391 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 9350 EXCELSIOR BLVD. MS 142-4B HOPKINS MN 55343 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INCORPOR | 6000 CLEARWATER DRIVE MINNETONKA MN 55343-9497 |
| CARGILL INC, PETROLEUM TRADING (ISDA) | CARGILL, INCORPORATED MINNETONKA MN 55343-9439 |
| CARGILL INCORPORATED | ATTN:  DONNA FOSS; ELENA SANDLER; MELANIE HUMFELD PETROLEUM DIVISION 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| CARGILL INCORPORATED | ATTN: CREDIT/ENERGY ADMINISTRATION 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARGILL INCORPORATED | 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| CARGILL INCORPORATED, PETROLEUM TRADING (CRUDE MNA | 9350 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CARGILL INTERNATIONAL S.A. | WITH RESPECT TO LONDON BRANCH TRANSACTIONS CARGILL INTERNATIONAL S.A. 14 CHEMIN DE-NORMANDIE 1206 GENEVA SWITZERLAND |
| CARGILL INTERNATIONAL SA | SWAPS ADMINISTRAION FOR CONFIRMS, SETTLEMENTS AND DOCS  - SINGAPORE CARGILL INTERNATIONAL S.A - SINGAPORE BRANCH 300 BEACH ROAD #23-01 THE CONCOURSE 199555 SLOVENIA |
| CARGILL INTERNATIONAL TRADINGPTE LTD | 300 BEACH ROAD 23-01 THE CONCOURSE SINGAPORE 199555 SLOVENIA |
| CARGILL LIMITED | ATTN: CREDIT DEPARTMENT 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARGILL LIMITED | ATTN: CREDIT DEPARTMENT CARGILL LIMITED MINNETONKA MN 55434 |
| CARGILL LIMITED | ATTN: LINDA KUNERT 15407 MCGINTY ROAD WEST WAYZATA MN 55391-2399 |
| CARGILL LIMITED | ATTN: LINDA KUNERT CARGILL, INCORPORATED WAYZATA MN 55391-2399 |
| CARGILL LIMITED "EDI" | CARGILL LIMITED CALGARY AB T2P 5E9 CANADA |
| CARGILL POWER MARKETS LLC | ATTN: CREDIT DEPARTMENT CARGILL POWER MARKETS, LLC MINNETONKA MN 55343-9439 |
| CARGILL POWER MARKETS LLC | 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARILLON LTD | ATTN: THE DIRECTORS CARILLON LTD. STRATHVALE HOUSE NORTH CHURCH ST. P.O. BOX 1109GT GEORGE TOWN, GRAND CAYMAN CANADA |
| CARILLON LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARILLON LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARILLON LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARILLON LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CARILLON LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARILLON LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CARILLON LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARILLON LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARILLON LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARILLON LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARILLON LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARILLON LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARILLON LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARILLON LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARILLON LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARITAS AFFORDABLE HOUSING, INC | 38 DISCOVERY, #250 IRVINE CA 92618 |
| CARLETON-WILLARD HOMES, INC. | ATTN: CHIEF FINANCIAL OFFICER 100 OLD BILLERICA ROAD BEDFORD MA 01730 |
| CARLETON-WILLARD HOMES, INC. | 100 OLD BILLERICA ROAD BEDFORD MA 01730 |
| CARLYLE CREDIT PARTNERS MASTER FUND | THE CARLYLE GROUP 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: LINDA PACE THE CARLYLE GROUP 520 MADISON AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | THE DIRECTORS CARLYLE HIGH YIELD PARTNERS IX, LTD. PO BOX 1093GT - QUEENSGATE HOUSE - SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CANADA |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE PARTNERS II LP | THE CARLYLE GROUP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2505 |
| CARNEGIE INSTITUTION OF WASHINGTON | ATTN: MICHAEL PIMINOV 1530 P STREET, N.S. WASHINGTON DC 20005-1910 |
| CARNEGIE INSTITUTION OF WASHINGTON | 1530 P STREET, N.W. WASHINGTON DC 20005-1910 |
| CARNEGIE INSTITUTION OF WASHINGTON | 1530 P STREET NW WASHINGTON DC 20005 |
| CARNEGIE MELLON UNIVERSITY | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CARNEGIE MELLON UNIVERSITY | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CAROLINA FIRST BANK | ATTN: JAMES MONROE C/O CAROLINA FIRST BANK GREENVILLE SC 29601 |
| CAROLINA FIRST BANK | P.O. BOX 1029 GREENVILLE SC 29602 |
| CAROLINA FIRST BANK | 104 SOUTH MAIN STREET GREENVILLE SC 29601 |
| CARPENTER TECHNOLOGY CORPORATI ON MASTER RETIREM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CARPENTERS DISTRICT COUNCIL OF INDIANA STATE PENSI | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CARTESIO SRL | ATTN: LUCA MERCALDO C/O SPV MANAGEMENT (ITALIA) S.P.A. VIA PONTACCIO 10 MILAN 20121 ITALY |

| Claim Name | Address Information |
|---|---|
| CARTESIO SRL | WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| CASCADE INVESTMENT LLC | 2365 CARILLON POINT KIRKLAND WA 98033 |
| CASH EQUIVALENT FUND II - S | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, N.A 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| CASH EQUIVALENT FUND II - S | 400 HOWARD STREET SAN FRANSSICO CA 94105 |
| CASH EQUIVALENT FUND II - S | BARCLAYS GLOBAL INVESTORS, N.A 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| CASPIAN CAPITAL PARTNERS LP | 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASSA DEPOSITI E PRESTITI | CASSA DEPOSITI E PRESTITI SPA ROME 185 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | TERCAS SPA SERVIZIO AMMINISTRAZIONE FINANZA CORSO SAN GIORGIO, 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | ATTN: RESPONSABILE SERVIZIO FINANZA AZIENDALE CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | RESPONSABILE SERVIZIO FINANZA AZIENDALE CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | ATTN: RESPONSABILE SERVIZIO FINANZA AZIENDALE TERCA SPA CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DI ASTI | BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY |
| CASSA DI RISPARMIO DI PARMA & PIACENZA SPA | CASSA DI RISPARMIO DI PARMA DIREZIONE FINANZA VIA ARMORARI 4, MILAN 20123 ITALY |
| CASTEX ENERGY 2007, L.P. | 333 NORTH SAM HOUSTON PARKWAY EAST SUITE 1060 HOUSTON TX 77060 |
| CASTLERIGG MASTER INVESTMENTS LTD | SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH STREET NEW YORK NY 10019 |
| CASTLESTONE MANAGEMENT LLCA/C ALIQUOT COMMODITY IN | CASTLESTONE MANAGEMENT PLC 610 FIFTH AVENUE, SUITE 602 NEW YORK NY 10020 |
| CATERPILLAR DEFINED CONTRIBUTION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATERPILLAR DEFINED CONTRIBUTION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATERPILLAR INC PENSION MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CATHAY PACIFIC AIRWAYS LTD | TREASURY SERVICES MANAGER 7TH FLOOR, CENTRAL TOWER, CATHAY PACIFIC CITY, 8 SCENIC ROAD, HONG KONG INTERNATIONAL AIRPORT LANTAU HONG KONG |
| CATHAY PACIFIC AIRWAYS LTD | 7TH FLOOR, CENTRAL TOWER, CATHAY PACIFIC CITY, 8 SCENIC ROAD, HONG KONG INTERNATIONAL AIRPORT LANTAU HONG KONG |
| CATHAY UNITED BANK | ATTN: TREASURY DEPARTMENT CATHAY UNITED BANK TAIPEI TAIWAN |
| CATHAY UNITED BANK | TREASURY DEPARTMENT CATHAY UNITED BANK TAIPEI TAIWAN, R.O.C. |
| CATHAY UNITED BANK | 2F., NO.7 SONGREN ROAD TAIPEI TAIWAN |
| CATHOLIC DIOCESE OF PITTSBURGH LAY EMPLOYEE PENSIO | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CATHOLIC HEALTH EAST | 14 CAMPUS BOULEVARD, SUITE 300 NEWTON SQUARE PA 19073-3277 |
| CATHOLIC HEALTH INITIATIVE | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTH INITIATIVE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CATHOLIC HEALTH INITIATIVE RETIREMENT PLAN | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTH INITIATIVE RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CATHOLIC HEALTHCARE WEST | 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| CATHOLIC HEALTHCARE WEST RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST SELF INSURANCE TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST SELF INSURANCE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST WORKERS COMPENSATION TRUS | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST WORKERS COMPENSATION TRUS | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CAXTON / GREEN T G2 FUND | GREEN T G2 FUND LTD C/O CAXTON EUROPE ASSET MANAGEMENT LTD 40 BERKELEY SQUARE, 3RD FLOOR LONDON W1J 5AL UNITED KINGDOM |
| CAXTON INTERNATIONAL LIMITED | ATTN: ASSISTANT DIRECTOR OF OPERATIONS C/O CAXTON ASSOCIATES, L.L.C. PRINCETON NJ 08540 |
| CAXTON INTERNATIONAL LIMITED | ATTN: ASSISTANT DIRECTOR OF OPERATIONS CAXTON INTERNATIONAL LIMITED 731 ALEXANDER ROAD, BUILDING 2 PRINCETON NJ 08540 |
| CAXTON INTERNATIONAL LIMITED | 315 ENTERPRISE DRIVE PLAINSBORO NJ 08536 |
| CAXTON INTERNATIONAL LIMITED | CAXTON INTERNATIONAL LIMITED MECHANICS BUILDING, 12 CHURCH STREET HAMILTON HM11 BELGIUM |
| CBARB FUND | ATTN: JACQUES PEROLD 53 STATE STREET (G5J) BOSTON MA 02109 |
| CBARB FUND | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CBARB FUND | C/O GEODE CAPITAL MANAGEMENT LP ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBTC 2004-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CBTC 2004-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CBTC 2004-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CBTC 2004-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CBTC 2004-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CBTC 2004-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CBTC 2004-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CBTC 2004-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CBTC 2004-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CBTC 2004-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CBTC 2004-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CBTC 2004-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CBTC 2004-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CBTC 2004-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CBTC 2004-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CC ARBITRAGE LTD | 111 WEST JACKON BLVD., SUITE 2020 CHICAGO IL 60604 |
| CDC SP SA – CDC SP2 SQUIRRELL ARBITRAGE | 745 FIFTH AVENUE 28TH FLOOR NEW YORK NY 10151 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO |

| Claim Name | Address Information |
|---|---|
| CEAGO ABS CDO 2007-1 LTD | SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: THE DIRECTORS CEAGO ABS CDO 2007-1 LTD. P.O. BOX 1984, BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1104 CANADA |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CEAGO ABS CDO 2007-1 LTD | BANK OF AMERICA, NATIONAL ASSOICATION AS TRUSTEE LASALLE GLOBAL TRUST SERVICES, CDO TRUST SERVICES GROUP-CEAGO ABS CDO 2007-1, LTD 540 W, MADISON, 25TH FLOOR CHICAGO IL 60661 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD | ATTN: FRANK PAONE CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 747 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10017 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD | C/O CEDAR HILL CAPITAL PARTNERS LLC NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE LP | ATTN: FRANK PAONE CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 747 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10017 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE LP | C/O CEDAR HILL CAPITAL PARTNERS LLC NEW YORK NY 10022 |
| CELANESE AMERICAS CORPORATION RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CELANESE AMERICAS CORPORATION RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CENT CST CAP ADVS  A/C CENTERCOAST CAP PTNRS OFFSH | 1100 LOUISIANA, SUITE 4550 HOUSTON TX 77002 |
| CENTENNIAL CELLULAR OPERATING CO LLC | TREASURER CENTENNIAL COMMUNICATIONS CORP. WALL NJ 07719 |
| CENTENNIAL CELLULAR OPERATING CO LLC | CENTENNIAL COMMUNICATIONS CORP. WALL NJ 07719 |
| CENTENNIAL PUERTO RICO OPERATIONS CORP. | 3349 ROUTE 138, BUILDING A WALL CT 07719 |
| CENTER COAST CAPITAL PARTNERS (OFFSHORE) LTD | DARRELL HORN 1100 LOUISIANA, SUITE 4550 HOUSTON TX 77002 |
| CENTINELA UNION HIGH SCHOOL DISTRICT | 14901 SOUTH INGLEWOOD AVENUE LAWNDALE CA 90260 |

| Claim Name | Address Information |
|---|---|
| CENTRAL BANK OF NORWAY (NORGES BANK) | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| CENTRAL EUROPEAN MEDIA | ALDWYCH HOUSE 81ALDWYCH LONDON WC2B 4HN UNITED KINGDOM |
| CENTRAL MICHIGAN UNIVERSITY BOARD OF TRUSTEES | FINANCE AND ADMINISTRATIVE SERVICES WARRINER HALL 104 MT. PLEASEANT MI 48859 |
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CENTRAL PENSION FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CENTRAL PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY | UNION STATION 401 S. JACKSON ST. SEATTLE WA 98104-2826 |
| CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS PENSION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS PENSION | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CENTRAL STATES TEAMSTERS | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| CENTRAL STREAM SHIPPING CORPORATION | ATTN: C/O NAKAGAWA BUSSAN CO, LTD. 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY, AICHI PREG 455- 0028, JAPAN AICHI PREG NAGOYA CITY 455- 0028 JAPAN |
| CENTRAL STREAM SHIPPING CORPORATION | C/O NAKAGAWA BUSSAN CO, LTD. 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY AICHI PREF 455- 0028 JAPAN |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | CORSO EUROPA 16 ITALY |
| CENTURYTEL, INC | STACEY GOFF, SVP, SECRETARY AND GC CENTURYTEL, INC. MONROE LA 71203 |
| CENTURYTEL, INC | CENTURYTEL, INC. MONROE LA 71203 |
| CEP GESTORIA SGICC, SAA/C FONPENEDES GARANTIT IX | RAMBIA NOSTRA SENYORA, 214 VILAFRANCA DEL PENEDES 8720 SPAIN |
| CERBERUS INTERNATIONAL, LTD | CERBERUS INTERNATIONAL, LTD. 299 PARK AVENUE, 23RD FLOOR NEW YORK NY 10171 |
| CESAR CHAVEZ ACADEMY | 8126 WEST VERNOR HWY DETROIT MI 48209 |
| CETUS CAPITAL LLC | ATTN: ALANNA DISANZO LITTLEJOHN #AMPER CO., LLC 8 SOUND SHORE DRIVE GREENWICH CT 06830 |
| CETUS CAPITAL LLC | C/O LITTLEJOHN 115 E. PUTNAM AVENUE GREENWICH CT 06830 |
| CFIP MASTER FUND LTD | C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC CHICAGO IL 60606 |
| CHAMPION ENERGY MARKETING LLC | ATTN: ROB DOTY CHAMPION ENERGY MARKETING LLC HOUSTON TX 77040 |
| CHAMPION ENERGY MARKETING LLC | 13831 NW FREEWAY, SUITE 250 HOUSTON TX 77040 |
| CHAMPLAIN CLO LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | INVESCO SENIOR SECURED MANAGEMENT, INC. 1166 AVENUE OF AMERICAS NEW YORK NY 10036 |
| CHAMPLAIN CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CHAMPLAIN CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHAMPLAIN CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CHAMPLAIN CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CHAMPLAIN CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| CHAMPLAIN CLO LTD | STREET 3RD FLOOR BOSTON MA 02110 |
| CHAMPLAIN CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHAMPLAIN CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHAMPLAIN CLO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHAMPLAIN CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHAMPLAIN CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHAMPLAIN CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHAMPLAIN CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHAMPLAIN CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHAMPLAIN CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAPEL HILL RESIDENTIAL RETIREMENT CENTER INC | 750 WEAVER DAIRY ROAD THE CHAPEL HILL NC 27514 |
| CHAPEL HILL SCHOOL DISTRICT | P.O. BOX 125 MT. PLEASANT  NC 75456 |
| CHAPEL HILL SCHOOL DISTRICT | P.O. BOX 125 MT. PLEASANT  NC   75456 75456 |
| CHARITY SELECT UK BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| CHARLES RIVER SCHOOL | 56 CENTRE STREET P.O. BOX 339 DOVER MA 02030-0339 |
| CHARLESTON, CITY OF | 2536 4TH ST. NORTH CHARLESTON SC 29406 |
| CHARLESTON-OXFORD ASSOCIATES, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| CHASE MANHATTAN BANK (DO NOT USE) | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 WEST 52ND ST. NEW YORK NY 10019 |
| CHASE MANHATTAN BANK (DO NOT USE) | ATTN: ALEXANDER M. HUNT 245 PARK AVENUE, 11TH FLOOR MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| CHASE MANHATTAN BANK (DO NOT USE) | 245 PARK AVENUE, 11TH FLOOR MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| CHATHAM ASSEST HIGH YIELD MASTER FUND LTD | CHATHAM ASSET MANAGEMENT, LLC CHATHAM NJ 07928 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | 327 N. WENATCHEE AVE WENATCHEE WA 98807 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | ATTN: JAYME MITCHELL CHELAN COUNTY PUD 98801 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY, WA 327 N. WENATCHEE AVE WENATCHEE WA 98801 |
| CHELAN PUBLIC UTILITY DISTRICT NO 1 (WSPP) | 327 N WENATCHEE AVE WENATCHEE WA 98801 |
| CHEROKEE WATER & SEWERAGE AUTHORITY | POST OFFICE BOX 1006 ONE MAIN STREET CANTON GA 30114 |
| CHERRY HILL CDO SPC 2007-1 | DALE CROWLEY MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| CHERRY HILL CDO SPC 2007-1 | THE DIRECTORS CHERRY HILL CDO SPC C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STRE GEORGE TOWN, GRAND CAYMAN CANADA |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CHERRY HILL CDO SPC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHERRY HILL CDO SPC 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ELENI MANTZOURANI C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CHERRY HILL CDO SPC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHERRY HILL CDO SPC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHESAPEAKE ENERGY CORP. | JENNIFER GRIGSBY, VP, ASST. TREASURER #AMPER CORP. 6100 NORTHWESTERN AVENUE OKLAHOMA CITY OK 73118 |
| CHESAPEAKE ENERGY CORPORATION | 6100 NORTHWESTERN AVENUE OKLAHOMA CITY OK 73118 |
| CHESHIRE, TOWN OF | 84 SOUTH MAIN STREET CHESHIRE CT 06410 |
| CHESTNUT HILL BENEVOLENT ASSOCIATION | 910 BOYLSTON STREET CHESTNUT HILL MA 02467 |
| CHEVRON CORPORATION | 225 BUSH STREET SAN FRANCISCO CA 94104 |
| CHEVRON MASTER PENSION TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CHEVRON MASTER PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CHEVRON PRODUCTS COMPANY | 1500 LOUISIANA ST. 4TH FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC | CONTRACT ADMINISTRATION CHEVRON U.S.A. INC. 1500 LOUISIANA STREET, 3RD FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC | SETTLEMENTS CHEVRON U.S.A. INC. 1500 LOUISIANA STREET, 3RD FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC. | C/O CHEVRON NATURAL GAS HOUSTON TX 77002 |
| CHEVRONTEXACO CORPORATION | ATTN: TREASURER CHEVRON CORPORATION 225 BUSH STREET SAN FRANCISCO CA 94104 |
| CHEVRONTEXACO CORPORATION | ATTN: TREASURER CHEVRON CORPORATION, HEADQUARTERS 94583 |
| CHF BIRMINGHAM LLC | C/O COLLEGIATE HOUSING FOUNDATION MOBILE AL 36608 |
| CHF-TAMPA | ATTN: LEEMAN H. COVEY CHF-TAMPA, L.L.C. FAIRHOPE AL 36533 |
| CHF-TAMPA | 411 JOHNSON AVENUE SUITE B FAIRHOPE AL 36533 |
| CHIBA BANK LTD | 5-3, NIHOMBASHI MUROMACHI 1-CHROME CHUO-KU TOKYO 103-0022 JAPAN |
| CHIBA BANK, LTD. (THE) | 5-3, NIHOMBASHI MUROMACHI 1-CHROME CHUO-KU TOKYO 103-0022 JAPAN |
| CHICAGO CLIMATE EXCHANGE INC | 190 S LASALLE ST CHICAGO IL 60603 |
| CHICAGO O'HARE INTERNATIONAL AIRPORT | CITY HALL ROOM 501 CHICAGO IL 60602 |
| CHICAGO PUBLIC SCHOOL TEACHERS PENSIONS & RETIREME | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CHICAGO PUBLIC SCHOOL TEACHERS PENSIONS & RETIREME | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CHICAGO, CITY OF (OFFICE OF COMPTROLLER) | 33 N. LASALLE STREET ROOM 600 CHICAGO IL 60602 |
| CHILDREN'S INSTITUTE OF PITTSBURGH | 6301 NORTHUMBERLAND STREET PITTSBURGH  PA 15217 |
| CHILDREN'S MEETING HOUSE | ATTN: ROB GROSSHEIM 931 OBANNONVILLE ROAD LOVELAND OH 45140 |
| CHILDREN'S MEETING HOUSE | 927 OBANNONVILLE ROAD LOVELAND OH 45140 |
| CHILDREN'S VILLAGE INC | OFF WALGROVE AVENUE DOBBS FERRY NY 10522 |
| CHILDRENS HOSPITAL MEDICAL CENTER | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| CHINA AIRLINES LTD | CHINA AIRLINES LTD. NANKING E. ROAD TAIPEI 10410 TAIWAN |
| CHINA CONSTRUCTION BANK CORPORATION | BEIJING HEAD OFFICE BEIJING 100 032 SWITZERLAND |
| CHINA DEVELOPMENT BANK | NO.29, FU CHENG MEN WAI STREET XICHENG DISTRICT BEIJING 100037 SWITZERLAND |
| CHINA DEVELOPMENT INDUSTRIAL BANK INC. | 125 NANJING EAST ROAD SECTION 5 TAIPEI 10504 SWITZERLAND |
| CHINA MERCHANTS BANK CO., LIMITED | CHINA MERCHANTS BANK TOWER NO.7088 SHENZHEN 518040 SWITZERLAND |
| CHINA MINSHENG BANKING CORP., LTD | 8TH FLOOR, NO.2 FUXINGMEN NEI DA JIE XICHENG DISTRICT BEIJING 100031 SWITZERLAND |
| CHINATRUST COMMERCIAL BANK | ATTN: CAROL HUANG CORRESPONDENCE BANKING TAIPEI, TAIWAN 110 SWITZERLAND |
| CHINATRUST COMMERCIAL BANK | 7TH FLOOR, NO. 3 SUNG SHOU RD. TAIPEI, TAIWAN 110 SWITZERLAND |
| CHINATRUST COMMERCIAL BANK - TRUST | 7TH FLOOR, NO. 3 SUNG SHOU RD. TAIPEI 110 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| DEPARTMENT | 7TH FLOOR, NO. 3 SUNG SHOU RD. TAIPEI 110 SWITZERLAND |
| CHINO CA (CITY OF) PUBLIC FINANCING AUTHORITY | 13220 CENTRAL AVENUE CHINO CA 91710 |
| CHITTENDEN TRUST COMPANY | CHITTENDEN TRUST COMPANY BURLINGTON VT 05401 |
| CHOATE ROSEMARY HALL | 333 CHRISTIAN STREET WALLINGFORD CT 06492-3800 |
| CHRISTIAN CARE CENTERS, INC. | 12700 SHELBYVILLE ROAD, SUITE 1000 LOUISVILLE KY 40243 |
| CHRISTIAN CARE MESA, INC. | 2002 W. SUNNYSIDE DR. PHOENIXAZ 85072-3210 |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | ATTN: JOHN NORRIS 2002 WEST SUNNYSIDE DRIVE PHOENIX AZ 85029 |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | 2002 WEST SUNNYSIDE DRIVE P.O. BOX 83210 PHOENIX AZ 85071-3210 |
| CHRISTIAN MISSIONARY ALLIANCE | 15101 SHELL POINT BLVD. FORT MYERS FL 33908 |
| CHRISTIAN MISSIONARY ALLIANCE | P.O. BOX 35000 COLORADO SPRINGS CO 80935-3500 |
| CHRISTIAN RETIREMENT HOMES, INC. | ATTN: BERG VIGEN 4130 NORTHWEST BLVD. DAVENPORT IA 52806 |
| CHRISTIAN RETIREMENT HOMES, INC. | ATTN: BERT VIGEN CHRISTIAN RETIREMNT HOMES, INC., WALCOTT IA 52773 |
| CHRISTIAN RETIREMENT HOMES, INC. | B.C. ZIEGLER AND COMPANY, 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| CHUO MITSUI TRUST & BANKING CO . LTD | 3-23-1 SHIBA MINATO-KU, TOKYO 105-8574 JAPAN |
| CHURCH OF THE HIGHLANDS | CHURCH OF THE HIGHLANDS BIRMINGHAM AL 35210-3454 |
| CHURCH OF THE HIGHLANDS | 4700 HIGHLANDS WAY BIRMINGHAM AL 35210-3454 |
| CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA | 110 WEST FRANKLIN STREET RICHMOND VA 23220-5095 |
| CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA | 8727 RIVER ROAD RICHMOND VA 23229 |
| CIB BANK ZRT | H-1027 BUDAPEST MEDVE UTCA 4-14 BUDAPEST H-1995 HUNGARY |
| CIB BANK ZRT | H-1027 BUDAPEST MEDVE UTCA 4-14 H-1995 BUDAPEST HUNGARY |
| CIB BANK ZRT | MEDVE STREET BUILDING MEDVE U. 4-14 BUDAPEST H-1537 HUNGARY |
| CIBA SPECIALTY CHEMICALS (UK) PENSION TRUST LIMITE | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CIBA SPECIALTY CHEMICALS (UK) PENSION TRUST LIMITE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CIC INTERNATIONAL CAPITAL LIMITED | MR. K.C. CHAN CIC INTERNATIONAL CAPITAL LIMITED 20 PEDDER STREET CENTRAL HONG KONG HONG KONG |
| CIC INTERNATIONAL CAPITAL LIMITED | CIC INTERNATIONAL CAPITAL LIMITED 20 PEDDER STREET CENTRAL HONG KONG HONG KONG |
| CINEMARK HOLDINGS INC. | C/O CINEMARK HOLDINGS, INC. PLANO TX 75093 |
| CIR INTERNATIONAL S.A. | CIR INTERNATIONAL SA LUXEMBOURG L-2449 LUXEMBOURG |
| CISCO SYSTEMS INC | ATTN: KEVIN DEEBLE 170 WEST TASMAN DRIVE SAN JOSE CA 95134-1706 |
| CISCO SYSTEMS INC | CISCO SYSTEMS, INC. SAN JOSE CA 95134 |
| CIT GROUP INC | CIT TREASURY LIVINGSTON NJ 07039 |
| CIT GROUP INC | 650 CIT DRIVE LIVINGSTON NJ 10281 |
| CITADEL ENERGY INVESTMENTS LTD | ATTN: CHRISTOPHER RAMSEY 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITADEL ENERGY INVESTMENTS LTD | ATTN: LEGAL DEPARTMENT CITADEL EQUITY FUND LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL ENERGY INVESTMENTS LTD. | 0 |
| CITADEL EQUITY FUND LTD. | ATTN: LEGAL DEPT CITADEL EQUITY FUND LTD 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL EQUITY FUND LTD. | 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | ATTN: LEGAL DEPARTMENT C/O CITADEL ADVISORS LLC CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | CITADEL MACRO MASTER FUND I LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | ATTN: LEGAL DEPARTMENT CITADEL MACRO MASTER FUND I LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | 131 SOUTH DEARBORN ST CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| CITI CANYON LTD | ATTN: ACCOUNTING WITH COPIES TO: CANYON CAPITAL ADVISORS, LLC 9665 WILSHIRE BOULEVARD, SUITE 200 BEVERLY HILLS CA 90212 |
| CITI CANYON LTD | ATTN: ACCOUNTING CANYON CAPITAL ADVISORS, LLC 2000 AVENUE OF THE STARS, 11TH FLOOR BEVERLY HILLS CA 90212 |
| CITI CANYON LTD | ATTN: RAYMOND NOLTE CITI ALTERNATIVE INVESTMENTS NEW YORK NY 10022 |
| CITI CANYON LTD | ATTN: VANESSA PRICE CITIGROUP ALTERNATIVE INVESTMENTS LLC NEW YORK NY 10022 |
| CITI CANYON LTD | ATTN: VANESSA PRICE WITH COPIES TO: CITIGROUP ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 25TH FLOOR NEW YORK NY 10022 |
| CITI CANYON LTD | VANESSA PRICE WITH COPIES TO: CITIGROUP ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 25TH FLOOR NEW YORK NY 10022 |
| CITI CANYON LTD | C/O CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED GEORGE TOWN, GRAND CAYMAN CANADA |
| CITI CANYON LTD | CITI CANYON LTD. P.O. BOX 694 GT, EDWARD STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| CITI CANYON LTD | ALAN NIXON WITH COPIES TO: PRICEWATERHOUSECOOPERS GEORGE#APPOSS QUAY DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | ATTN: ALAN NIXON WITH COPIES TO: PRICEWATERHOUSECOOPERS GEORGE APPOSS QUAY DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | ATTN: FIONA FINUCANE WITH COPIES TO: PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | FIONA FINUCANE WITH COPIES TO: PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | ATTN: FIONA FINUCANE PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | ATTN: ALAN NIXON PRICEWATERHOUSECOOPERS GEORGE'S QUAY DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| CITI CANYON LTD | WITH COPIES TO: CANYON CAPITAL ADVISORS, LLC 9665 WILSHIRE BOULEVARD, SUITE 200 BEVERLY HILLS CA 90212 |
| CITIBANK KOREA INC. | ATTN: HEAD OF TREASURY OPERATIONS 14TH FLOOR, 39 DA-DONG JUNG-GU, SEOUL 100-180 KOREA |
| CITIBANK KOREA INC. | ATTN: REGIONAL TREASURY COUNSEL 3 TEMASEK AVENUE #15-00 CENTENNIAL TOWER SINGAPORE        39190 SLOVENIA |
| CITIBANK KOREA INC. | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK N.A. | SCOTT FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: DIRECTOR DERIVATIVES CAPITAL MARKETS DOCUMENTATION UNIT NEW YORK NY 10013 |
| CITIBANK N.A. | DEPARTMENT HEAD LEGAL DEPT. 77 WATER STREET, 9TH FL. NEW YORK NY 10004 |
| CITIBANK N.A. | ATTN: SCOTT L. FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK N.A. | 388 GREENWICH STREET 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK NA | ATTN: SCOTT FLOOD/DIRECTOR OF DERIVATIVES 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK NA | ATTN: DEPARTMENT HEAD LEGAL DEPT. 77 WATER STREET, 9TH FL. NEW YORK NY 10004 |
| CITIBANK NA | ATTN: DIRECTOR DERIVATIVES OPERATIONS 250 WEST STREET, 10TH FL. NEW YORK NY 10013 |
| CITIBANK NA | ATTN: DIRECTOR OF DERIVATIES CITIBANK, N.A. 388 GREENWICH ST NEW YORK NY 10013 |
| CITIBANK, N.A. | 250 WEST STREET, 10TH FL. NEW YORK NY 10013 |
| CITIGROUP 401K PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CITIGROUP 401K PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CITIGROUP ENERGY INC | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIGROUP ENERGY INC. 388 GREENWICH ST NEW YORK NY 10013 |
| CITIGROUP ENERGY INC | 388 GREENWICH ST, 17TH FL NEW YORK NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIBANK FINANCIAL PRODUCTS NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LIMITED (EFET P) | CITIGROUP CENTRE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | ATTN:  SCOTT L. FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIGROUP GLBL MARKETS LTD 388 GREENWICH ST 17TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | ATTN: SENIOR DEPUTY GENERAL COUNSEL 388 GREENWICH STREET 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | CAPITAL MARKETS LEGAL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP GLOBAL MARKETS LTD 388 GREENWICH ST 17TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE CANADA SQUARE LONDON E14 5LB UNITED KINGDOM |
| CITIZENS BANK | ATTN: BALANCE SHEET, DEBT CITIZENS BANK FLINT MO 48501 |
| CITIZENS BANK | ATTN: BALANCE SHEET, DEBT 328 S. SAGINAW ST., MC# D01055 FLINT MO 48501 |
| CITIZENS BANK | CITIZENS BANK FLINT MO 48501 |
| CITIZENS ELECTRIC COMPANY OF LEWISBURG, PA | MCNEES WALLACE P.O. BOX 1166 100 PINE ST HARRISBURG PA 17108-1166 |
| CITIZENS NATIONAL BANK | ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE TN 37864 |
| CITIZENS NATIONAL BANK | CITIZENS NATIONAL BANK SEVIERVILLE TN 37864 |
| CITIZENS PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITIZENS PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITY AND COUNTY OF DENVER, COLORADO | ATTN: MANAGER OF REVENUE FOR AND ON BEHALF OF ITS DEPARTMENT OF AVIATION 144 WEST COLFAX AVE ROOM 209 DENVER CO 80202-5391 |
| CITY AND COUNTY OF DENVER, COLORADO | 144 WEST COLFAX AVE ROOM 209 DENVER CO 80202-5391 |
| CITY GLOBAL FINANCE INC | VIA AZUL 4551 LO CURRO SANTIAGO BRAZIL |
| CITY LOFTS (ST VINCENT STREET) LTD | ATTN: NICK MOODY/BARI PHILLIPS CITY LOFTS GROUP PLC STATION PARADE HARROGATE NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| CITY LOFTS (ST VINCENT STREET) LTD | CITY LOFTS GROUP PLC STATION PARADE HARROGATE NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| CITY OF AUSTIN D/B/A AUSTIN ENERGY | ATTN: MANAGER - ENERGY SUPPLY & RISK MGMT C/O ENERGY MARKETING OPERATIONS 721 BARTON SPRINGS RD - TOWN LAKE CTR SUITE 200 AUSTIN TX 78704 |
| CITY OF AUSTIND/B/A AUSTIN ENERGY | AUSTIN ENERGY C/O ENERGY MARKETING OPERATIONS 721 BARTON SPRINGS RD - TOWN LAKE CTR SUITE 200 AUSTIN TX 78704 |
| CITY OF CHICAGO-MIDWAY AIRPORT REVENUE BONDS | CITY OF CHICAGO 33 NORTH LASALLE STREET SUITE 600 CHICAGO IL 60602 |
| CITY OF COLORADO SPRINGS PUBLIC FACILITIES AUTH | 30 SOUTH NEVADA AVENUE, SUITE 202 PO BOX 1575, MAIL CODE 220 COLORADO SPRINGS CO 80901-1575 |
| CITY OF MILWAUKEE, WISCONSIN C/O MBSD | OFFICE OF THE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE WI 53202 |
| CITY OF OKLAHOMA CITY WATER & WASTEWATER UTILITIES | CITY OF OKLAHOMA CITY WATER OKLAHOMA CITY OK 73102 |
| CITY OF PITTSBURG PUBLIC FINANCING AUTHORITY, CA | 65 CIVIC AVENUE PITTSBURGCA 94565 |
| CITY OF SAN ANTONIO - EEI | 145 NAVARRO P.O. BOX 1771 SAN ANTONIO TX 78296 |
| CITY OF VANCOUVER | CITY OF VANCOUVER VANCOUVER BC V5Y 1V4 CANADA |
| CITY OF ZURICH PENSION FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CITY OF ZURICH PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CITY UNIVERSITY OF HONG KONG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| CITY UNIVERSITY OF HONG KONG | 92660 |
| CITY UNIVERSITY OF HONG KONG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITY VIEW PLAZA, S.E. | ATTN: LEGAL GROUP P.O. BOX 9066390 SAN JUAN PR 00986 |
| CITY VIEW PLAZA, S.E. | P.O. BOX 9066390 SAN JUAN 986 PUERTO RICO |
| CIVIC CENTER OFFICE BUILDING INC | ATTN: CORPORATE TRUST DEPARTMENT 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 |
| CIVIC CENTER OFFICE BUILDING INC | ATTN: CORPORATE TRUST DEPARTMENT CIVIC CENTER OFFICE BUILDING, INC. C/O DENVER PUBLIC FACILITIES TRUST 2003C, AS MANAG 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 |
| CIVIC CENTER OFFICE BUILDING INC | CIVIC CENTER OFFICE BUILDING, INC. C/O DENVER PUBLIC FACILITIES TRUST 2003C, AS MANAG 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 UNITED STAES |
| CJ 2STAR SD CLIQUET PRIVATE DERIVATIVES TRUST 22 | 11TH FL CJ INVESTMENT & SECURITIES BUILDING 25-15 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL KOREA |
| CLARA MARTIN CENTER | 11 MAIN STREET RANDOLPH VT 05060 |
| CLAREN ROAD CREDIT MASTER FUND LTD | KEN WEILLER, COO CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| CLAREN ROAD CREDIT MASTER FUND LTD | CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| CLARIAN HEALTH PARTNERS | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CLARIAN HEALTH PARTNERS INC | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| CLARIAN HEALTH PARTNERS INC | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CLARIDEN LEU AG | CLAIRIDEN LEU AG PO BOX 8070 ZURICH SWITZERLAND |
| CLARIDGE COURT | LIFE CARE RETIREMENT COMMUNITIES 100 EAST GRAND AVENUE, SUITE 200 DES MOINES IA 50309 |
| CLARINGTON GLOBAL INCOME FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| CLARINGTON GLOBAL INCOME FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| CLARIUM LP | C/O CLARIUM CAPITAL MANAGEMENT, LLC BUILDING C, SUITE 400 SAN FRANCISCO CA 94129 |
| CLARK ATLANTA UNIVERSITY, GA | 223 JAMES P. BRAWLEY DRIVE ATLANTA GA 30314 |
| CLARK COUNTY PUBLIC UTILITY DISTRICT #1 | 1200 FORT VANCOUVER WAY VANCOUVER WA 98668 |
| CLEVELAND OH (CITY OF) | ATTN: RISK MANAGEMENT FIANCIAL GUARANTY INSURANCE COMPANY 125 PARK AVENUE NEW YORK NY 10017 |
| CLEVELAND OH (CITY OF) | ATTN: DIRECTOR OF FINANCE AND SINKING FUND COMMISSION CITY OF CLEVELAND, OHIO ROOM 104, CLEVELAND OH 44114 |
| CLEVELAND OH (CITY OF) | CITY OF CLEVELAND, OHIO 44114 |
| CLIFTON GROUP/N.E. UTILITIES SCE CO MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CLIFTON GROUP/N.E. UTILITIES SCE CO MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CLIFTON/TI EMPLOYEES PENSION TRUST | THE NORTHERN TRUST COMPANY, AS TRUSTEE SOUTH LASALLE STREET CHICAGO IL 60675 |
| CLINTON MADISON MASTER FUND LTD | CLINTON MADISON MASTER FUND, LTD. 9 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MAGNOLIA MASTER FUND LTD | C/O CLINTON GROUP, INC. NEW YORK NY 10019 |
| CLINTON MULTISTRATEGY MASTER FUND  LTD | 9 WEST 57TH STREET NEW YORK NY 10019 |
| CLOWER, JAMES ROBERT  & BETTY S | JAMES ROBERT CLOWER, SR. AND BETTY S. CLOWER 1544 HICKORY RIDGE ROAD LEBANON TN 37087 |
| CM RENTABILIDAD DUAL IBEX FI | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6ª PLANTA MADRID 28046 SPAIN |
| CM SELECCION FINANCIERA | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6ª PLANTA MADRID 28046 SPAIN |
| CMA CGM SA | M. FRANCOIS MIESCH CMA CGM 13002 MARSEILLE FRANCE |
| CMA CGM SA | CMA CGM 13002 MARSEILLE FRANCE |
| CMC MAGNETICS CORPORATION | 15TH, FI., 53, MING CHUAN W. ROAD. TAIPEI TAIWAN |

| Claim Name | Address Information |
|---|---|
| CME GROUP INC | ATTN: TREASURER CME GROUP INC. CHICAGO IL 60606-7499 |
| CME GROUP INC | ATTN: CHIEF FINANCIAL OFFICER WITH COPY PURSUANT TO SECT 5 OR 6 TO: CME GROUP INC. 20 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CME GROUP INC | 20 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CMS ENERGY RESOURCE MANAGEMENT COMPANY | ATTN: SCOTT MCFERREN ONE ENERGY PLAZA JACKSON MI 49201 |
| CMS ENERGY RESOURCE MANAGEMENT COMPANY | CMS ENERGY RESOURCE MANAGEMENT COMPANY JACKSON MI 49201 |
| CNA FINANCIAL CORPORATION | CNA PLAZA - 23 SOUTH CHICAGO IL 60604 |
| CNH US PENSION PLAN MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CNH US PENSION PLAN MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COAST ASSET MANAGEMENT CORPORATION | COAST ASSET MANAGEMENT EAST TOWER, SUITE 100 SANTA MONICA CA 90404 |
| COAST ELECTRIC POWER ASSOCIATION | ATTN: MANAGER OF FINANCE AND ACCOUNTING (18020 HWY 603, KILN) P.O. BOX 2430 BAY ST. LOUIS MS 39521-2430 |
| COAST ELECTRIC POWER ASSOCIATION | COAST ELECTRIC POWER ASSOCIATION BAY ST. LOUIS MS 39521-2430 |
| COASTAL MEADOWRIDGE LLC | C/O JH REAL ESTATE PARTNERS INC 550 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| COATS NORTH AMERICA PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COATS NORTH AMERICA PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COBANK, ACB | P.O. BOX 5110 5500 SOUTH QUEBEC ST. ENGELWOOD CO 80111 |
| COFFEE REGIONAL MEDICAL CENTER | 1101 OCILLA ROAD DOUGLAS GA 31534 |
| COFIRI SIM SPA | ATTN:  MR. BARTOLOMEI COFIRI SIM SPA ROME ITALY |
| COFIRI SIM SPA | VIA BONCOMPAGNI NO. 26 - 00187 ROMA ROME ITALY |
| COLBY-SAWYER COLLEGE | ATTN: DOUGLAS W. LYON, TREASURER 541 MAIN STREET NEW LONDON NH 03257 |
| COLBY-SAWYER COLLEGE | 541 MAIN STREET NEW LONDON NH 03257 |
| COLLEGES OF APPLIED ARTS & TECHNOLOGY PENSION PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| COLLINS STEWART TULLETT PLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| COLLINS, PATRICK J. | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| COLONIAL BANCGROUP, INC. | THE COLONIAL BANCGROUP, INC. COLONIAL FINANCIAL CENTER, 5TH FLOOR, ONE COMMERCE STREET MONTGOMERY AL 36104 |
| COLORADO EDUCATIONAL AND CULTURAL FACILITIES AUTHO | C/O PINNACLE CHARTER SCHOOL 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO FIRE & POLICE PENSION ASSOCIATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| COLORADO HOUSING AND FINANCE AUTHORITY | ATTN: CFO 1981 BLAKE ST DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | MILROY ALEXANDER 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | COLORADO HOUSING AND FINANCE AUTHORITY DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING FINANCE AUTHORITY | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING FINANCEAUTHORITY/WF | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION | JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| COLORADO SPRINGS CO (CITY OF) | CITY OF COLORADO SPRINGS COLORADO SPRINGS CO 80903 |
| COLUMBIA AT SYLAN HILLS,LP | NOEL KHALIL 1718 PEACHTREE STREET, NW, SUITE 684 ATLANTA GA 30309 |
| COLUMBIA AT SYLAN HILLS,LP | COLUMBIA AT SYLAN HILLS,LP SUITE 684 ATLANTA GA 30309 |
| COLUMBIA CORE BOND FUND | ATTN: JASON ROMANOW C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA CORE BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE LCC/4 BOSTON MA 02111 |
| COLUMBIA CORE BOND FUND | ATTN: CAPITAL MARKETS DOCUMENTATION BANK OF AMERICA, N.A. BANK OF AMERICA, N.A. 100 FEDERAL STREET, MA5-100-12-01 BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| COLUMBIA CORE BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA CORE BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA CORPORATE BOND PORTFOLIO | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA CORPORATE BOND PORTFOLIO | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA CORPORATE BOND PORTFOLIO | C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA INCOME FUND | ATTN: JASON ROMANOW; CAPITAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA INCOME FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA INCOME FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA INCOME FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: JASON ROMANOW; CAPTAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA INTERMEDIATE BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA MEMORIAL HOSPITAL | 2111 EXCHANGE STREET ASTORIA OR 97103 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: JASON ROMANOW; CAPITAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA TOTAL RETURN BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBUS BANK AND TRUST COMPANY | ATTN: CHRIS GOODSON SYNOVUS FINANCIAL CORP. 1111 BAY AVENUE COLUMBUS GA 31901 |
| COLUMBUS BANK AND TRUST COMPANY | 1148 BROADWAY COLUMBUS GA 31901 |
| COLUMBUS, CITY OF | CITY HALL P.O. BOX 1408 COLUMBUS MS 39703-1408 |
| COMCAST CORPORATION | ATTN:  KENNETH MIKALAUSKAS ONE COMCAST CENTER PHILADELPHIA PA 19103 |
| COMCAST CORPORATION | 1500 MARKET STREET PHILADELPHIA PA 19102 |
| COMERICA BANK | 100 RENAISSANCE CTR DETROIT MI 48243 |
| COMMERCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| COMMERZBANK AG | KAISERSTRASSE 16 D-60261 FRANKFURT/MAIN GEORGIA |
| COMMERZBANK AG | ATTN: ZTD - RISK CONTROLLING KAISERSTRASSE 16 D-60262 FRANKFURT/MAIN GEORGIA |
| COMMERZBANK AG | 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMERZBANK AG | COMMERZBANK AG 32-36 NEUE MAINZER STR. FRANKFURT/MAIN 60311 GEORGIA |
| COMMERZBANK AG | 23 AUSTIN FRIARS LONDON EC2N 2EN UNITED KINGDOM |
| COMMERZBANK AKTIENGESELLSCHAFT(FRANKFURT ONLY) | COMMERZBANK AG FRANKFURT/MAIN 60311 GEORGIA |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: MANAGING DIRECTOR COMMONFUND OPERATIONS WILTON CT 06897-0812 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: MANAGING DIRECTOR WITH A MANDATORY COPY OF NOTICES UNDER SEC 5 COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897-0812 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: COMMONFUND FUND ACCOUNTING WITH A COPY TO: INVESTORS BANK AND TRUST BOSTON MA 02117 |

| Claim Name | Address Information |
|---|---|
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: BEN BRESNAHAN, MANAGING DIRECTOR COMMONFUND CREDIT OPPORTUNITIES COMPANY 660 MADISION AVENUE, 16TH FLOOR NEW YORK NY 10021 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | INVESTORS BANK AND TRUST 200 CLARENDON STREET, P.O. BOX 9130, MS: CMF040 BOSTON MA 02117 |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION 120 PITT STREET, 1ST FLOOR SYDNEY NSW, 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: JAMES KERR GLOBAL MARKETS DOCUMENTATION GPO BOX 2719 120 PITT STREET NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION 120 PITT STREET, 1ST FLOOR SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | GLOBAL MARKETS DOCUMENTATION GPO BOX 2719 120 PITT STREET NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | 120 PITT STREET, 1ST FLOOR SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH OF MASSACHUSETTS | ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| COMMONWEALTH OF PUERTO RICO | ROBERTO SANCHEZ VILELLA CARTER AVENIDA DE DIEGO, PARADA 22 SAN JUAN PR 00940 |
| COMMUNITY REDEV AGENCY OF CITY OF PALMDALE | 38300 NORTH SIERRA HIGHWAY PALMDALE CA 93550 |
| COMMUNITY REHABILITATION PROVIDERS FACILITIES ACQU | 233 SOUTH WACKER DRIVE STE 5310 CHICAGO IL 60606-6368 |
| COMP HOLDINGS INC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| COMPAGNIE FINANCIERE DU CREDIT MUTUEL | 32 RUE MITABEAU LE RELECQ KETHUON 29480 FRANCE |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA 98000 MACAU |
| COMPASS BANK | ATTN: J. MITCHELL GRANT P.O. BOX 10566 BIRMINGHAM AL 35296 |
| COMPASS BANK | 15 SOUTH20TH ST, THIRD FLOOR BIRMINGHAM AL 35233 |
| COMPASS OFFSHORE HTV PCC LIMITED | C/O MCKINSEY 55 EAST 52ND STREET NEW YORK NY 10055 |
| COMPUTER SCIENCES CORPORATION PENSION PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| COMPUTER SCIENCES CORPORATION PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CONAGRA FOODS MASTERPENSION TRUST | ATTN: CORPORATE TREASURER THE CONAGRA FOODS MASTER PENSION TRUST C/O CONAGRA FOODS, INC. INVESTMENT COMMITTEE ONE CONAGRA DRIVE, OMAHA NE 68102-5095 |
| CONAGRA FOODS MASTERPENSION TRUST | CONAGRA FOODS, INC., OMAHA NE 68102-5094 |
| CONAGRA TRADE GROUP INC | ATTN: RUSSELL MARTINSON ONE CONAGRA DRIVE OMAHA NE 68102-5001 |
| CONAGRA TRADE GROUP, INC.(MNA) | CON AGRA FOODS OMAHA NE 68102-5001 |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD | ATTN: TRAN TRUONG 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE, 31 CHURCH STREET HAMILTON HM 12 BELGIUM |
| CONCORDIA MAC 29 LTD. | HEAD OF PRODUCT STRUCTURING WITH A FAX COPY TO: MAN INVESTMENTS AG HUOBTRASSE 3 8808 PFAFFIKON SZ SWITZERLAND |
| CONCORDIA MAC 29 LTD. | CONCORDIA MAC 29 LTD. REGATTA OFFICE PARK, WEST BAY ROAD GRAND CAYMAN KY1-1205 CANADA |
| CONCORDIA MAC 29 LTD. | WITH A FAX COPY TO: MAN INVESTMENTS AG HUOBTRASSE 3 8808 PFAFFIKON SZ SWITZERLAND |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | SETTLEMENTS 112 HARBOUR YARD CHELSEA HARBOR LONDON SW10 0XD UNITED KINGDOM |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | 112 HARBOUR YARD CHELSEA HARBOR LONDON SW10 0XD UNITED KINGDOM |
| CONCORDIA PARTNERS LP | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA PARTNERS LP | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE - 31 CHURCH STREET HAMILTON, HM 12 BELGIUM |
| CONCORDIA PENSION PLAN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CONCORDIA PENSION PLAN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS FOR US MAIL: PO BOX 6066 NEWARK DE 19714-6066 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS MARK FINFROCK 800 KING STREET WILMINGTON DE 19899-1231 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS WITH A COPY TO: MARK FINFROCK WILMINGTON DE 19899-1231 |
| CONECTIV ENERGY SUPPLY INC | PO BOX 6066 PO BOX 6066 NEWARK DE 19714-6066 |
| CONG. MACHNE CHAIM INC | 1363 50TH STREET BROOKLYN NY 11219 |
| CONGREGATIONAL HOMES INC. | D/B/A MT. SAN ANTONIO GARDENS POMONA CA 91767 |
| CONGREGATIONAL HOMES INC. | CONGREGATIONAL HOMES INC. 900 E. HARRISON AVENUE POMONA CA 91767 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| CONOCOPHILLIPS (MNA) | 600 NORTH DAIRY ASHFORD HOUSTON TX 77079 |
| CONOCOPHILLIPS (UK) LTD | FLEUR STAUGHN PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | REBECCA BARTON PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | CONTRACTS ADMINISTRATION GROUP CONOCOPHILIPS LIMITED 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS COMPANY | ATTN: FRANCES M. VALLEJO 600 NORTH DAIRY ASHFORD HOUSTON TX 77079 |
| CONOCOPHILLIPS COMPANY | ATTN: CONTRACTS AND CONFIRMATIONS CONOCOPHILLIPS COMPANY HOUSTON TX 77079 |
| CONOCOPHILLIPS COMPANY | 600 NORTH DAIRY ASHFORD HOUSTON TX 77079 |
| CONOCOPHILLIPS LIMITED | CONTRACTS ADMINISTRATION GROUP CONOCOPHILIPS LIMITED 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS LIMITED | PORTMAN HOUSE 2 PORTMAN STREET, LONDON W1H 6DU UNITED KINGDOM |
| CONSECO FINANCE HOME EQUITY LOAN TRUST 2001-D | HOME EQUITY LOANS SERIES 2001-D C/O US BANK TRUST NATIONAL ASSOCIATION, CORPORATE TRUST DEPARTMENT 180 EAST 5TH STREET 2ND FL ST. PAUL MN 55101 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN CORPORATE TRUST, MR TIM JACOBSON C/O US BANK TRUST NA 180 EAST FIFTH STREET 2ND FLOOR ST PAUL MN 55101 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN CORPORATE TRUST, JIM JACOBSON C/O U.S. BANK TRUST NATIONAL ASSOCIATION 180 EAST FIFTH STREET 2ND FLOOR ST PAUL MN 55101 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO HEALTH INSURANCE COMPANY | JEFFEREY M. STAUTZ, V.P. AND GENERAL COUNSEL 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| CONSECO HEALTH INSURANCE COMPANY | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| CONSECO LIFE INSURANCE COMPANY | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| CONSOLIDATED CONTAINER COMPANY LLC | ATTN: CHIEF FINANCIAL OFFICER/ GENERAL COUNSEL CONSOLIDATED CONTAINER COMPANY LLC ATLANTA GA 30339 |
| CONSOLIDATED CONTAINER COMPANY LLC | 3101 TOWERCREEK PARKWAY, SUITE 300 ATLANTA GA 30339 |
| CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: GENERAL COUNSEL SEND NOTICES WITH COPIES TO: CONSTELLATION ENERGY COMMODITIES GROUP, INC. 111 MARKET STREET, SUITE 500 BALTIMORE    MD 21202 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: CONTRACT ADMINISTRATION 111 MARKET STREET, SUITE 500 BALTIMORE    MD 21202 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: SENIOR COUNSEL CONSTELLATION ENERGY COMMODITIES GROUP, INC. BALTIMORE MD 21202 |
| CONSTELLATION ENERGYCOMMODITIES GROUP INC | CONSTELLATION ENERGY COMMODITIES GROUP, INC. BALTIMORE MD 21202 |
| CONSTRUCTION AND BUILDING UNION SUPERANNUATION | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| CONSTRUCTION INDUSTRY & LABORERS JOINT PENSION TRU | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CONSTRUCTION INDUSTRY & LABORERS JOINT PENSION TRU | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CONSULTING GROUP CAPITAL MARKETS CORE | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT |

| Claim Name | Address Information |
|---|---|
| FIXED INCOME | BEACH CA 92660 |
| CONSULTING GROUP CAPITAL MARKETS CORE FIXED INCOME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSULTING GROUP CAPITAL MARKETS CORE FIXED INCOME | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONTINENTAL AIRLINES INC | ATTN: SENIOR VICE PRESIDENT - FINANCE CONTINENTAL AIRLINES, INC. HOUSTON TX 77002 |
| CONTINENTAL AIRLINES INC | 1600 SMITH ST, 11TH FLOOR - HQSTY HOUSTON TX 77002 |
| CONTINENTAL CASUALTY COMPANY | CNA PLAZA - 23 SOUTH CHICAGO IL 60685 |
| CONTRARIAN CAPITAL FUND I LP | MICHAEL RESTIFO CONTRARIAN CAPITAL MANAGEMENT LLC GREENWICH CT 06830 |
| CONTRARIAN CAPITAL FUND I LP | CONTRARIAN CAPITAL MANAGEMENT LLC GREENWICH CT 06830 |
| CONVEX FUND LTD | ATTN: ANDRES AZICRI CONVEX MANAGEMENT TORRE DE LOS PROFESIONALES YAGUARON 1407 OFFICE 610, MONTEVIDO 11000 URUGUAY |
| CONVEX MASTER FUND LTD | C/O CONVEX MASTER FUND, LTD OFFICE 610 MONTEVIDO 11000 URUGUAY |
| CONVEXITY CAPITAL MASTER FUND L.P. | ATTN: DAVID MILES AND ZACK WARREN C/O CONVEXITY CAPITAL MANAGEMENT LP BOSTON MA 02116 |
| CONVEXITY CAPITAL MASTER FUND L.P. | C/O CONVEXITY CAPITAL MANAGEMENT LP BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | ATTN: CHIEF FINANCIAL OFFICER CONVEXITY CAPITAL TRADING LTD. 200 CLAREDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | ATTN: DAVID MILES AND MATT DERR CONVEXITY CAPITAL TRADING LTD. 200 CLAREDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | ATTN: LEGAL COUNSEL CONVEXITY CAPITAL TRADING LTD. 200 CLAREDON STREET, 57TH |

| Claim Name | Address Information |
|---|---|
| CONVEXITY CAPITAL TRADING LTD | FLOOR BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | CONVEXITY CAPITAL TRADING LTD. 200 CLAREDON ST., 57TH FL BOSTON MA 02116 UNITED STAES |
| CONWAY HOSPITAL, SC | 300 SINGLETON RIDGE ROAD CONWAY SC 29526 |
| COOK ILLINOIS, COUNTY OF (THE) | C/O KATTEN MUCHIN & ZAVIS 825 WEST MONROE SUITE 1600 CHICAGO IL 60661-3693 |
| COOPER HEALTH SYSTEM, NJ | 224 BARCLEY PAVILLION, ROUTE 70E CHERRY HILL NJ 08304 |
| COOPER-STANDARD AUTOMOTIVE INC | ATTN: TIMOTHY W HEFFERON, VP GENERAL COUNSEL #AMPER SECR COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | SCOTT H. FINCH VICE PRESIDENT #AMPER TREASURER COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | TIMOTHY W HEFFERON, VP GENERAL COUNSEL #AMPER SECR COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | ATTN: SCOTT H. FINCH VICE PRESIDENT & TREASURER 39550 ORCHARD HILL PLACE DRIVE NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | ATTN: GLOBAL SPECIAL ASSET MGMT/US609 P.A. CROESELAAN 18, 3521 CB UTRECHT PO BOX 17100, UTRECHT 3500 THAILAND |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | C/O RABOBANK INTERNATIONAL P.A. CROESELAAN 18, 3521 CB UTRECHT P.O. BOX 17100 HG UTRECHT 3500 THAILAND |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | RABOBANK INTERNATIONAL ATTN. GLOBAL SPECIAL ASSET MANAGEMENT/US609 P.A. CROESELAN 18, 3521 CB UTRECHT, P.O. BOX 17100 UTRECHT 3500 HG THAILAND |
| COOPERNEFF MULTISTRATEGY 5, A SEGREGATED PORTFOLIO | OF COOPER NEFF MASTER FUND 1 SPC ATTN: NICOLE FOUQUET BNP PARIBAS PARIS FRANCE |
| COOPERNEFF MULTISTRATEGY 5, A SEGREGATED PORTFOLIO | MASTER FUND 1 SPC C/O BNP PARIBAS 16, BOULEVARD DES ITALIENS PARIS 75009 FRANCE |
| COPPER   CREEK CDO | 801 GRAND AVENUE DES MOINES IA 50392-0490 |
| COPPER RIVER MGT LP A/CCOPPER RIVER US SHORT FUND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COMPASS HOLDINGS LTD | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C CONTRA STRT OFFSH SHT FND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C CONTRA STRT SHT FUND LP | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER INSTL LTD | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER INTL SHT FND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER PARTNERS LP | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| CORAL COMMERCIAL PAPER TRUST | ATTN: CORPORATE TRUST SERVICES CORAL COMMERCIAL PAPER TRUST 300 DELAWARE AVENUE, SUITE 812 WILMINGTON DE 19801 |
| CORAL CP TRUST PROGRAM | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CORAL CP TRUST PROGRAM | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CORAL CP TRUST PROGRAM | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CORAL CP TRUST PROGRAM | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CORAL CP TRUST PROGRAM | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CORAL CP TRUST PROGRAM | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CORAL CP TRUST PROGRAM | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CORAL CP TRUST PROGRAM | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CORAL CP TRUST PROGRAM | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CORAL CP TRUST PROGRAM | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CORAL CP TRUST PROGRAM | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CORAL CP TRUST PROGRAM | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CORAL CP TRUST PROGRAM | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CORAL CP TRUST PROGRAM | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CORAL CP TRUST PROGRAM | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CORAL POWER LLC | TWO HOUSTON CENTER 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| CORE LABORATORIES LP | 6316 WINDFERN RD HOUSTON TX 77040 |
| CORE LABORATORIES NV | ATTN: GENERAL COUNSEL 6316 WINDFERN RD HOUSTON TX 77040 |
| CORE LABORATORIES NV | HERENGRACHT 424 AMSTERDAM 1017 BZ THAILAND |
| CORNBLIT, OSCAR ENRIQUE & LAURA B CORNBLIT DE SIGA | GELLY OBES 2258, PISO 7, 1425 BUENOS AIRES ARGENTINA |
| CORNEAL & SCLERAL CONTACT LENSES, INC. | LAWRENCE M. BOBER CORNEAL AND SCLERAL CONTACT LENSES, INC. 40TH FLOOR CHICAGO IL 60603 |
| CORNEAL & SCLERAL CONTACT LENSES, INC. | CORNEAL AND SCLERAL CONTACT LENSES, INC. 40TH FLOOR CHICAGO IL 60603 |
| CORNELL UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CORNELL UNIVERSITY | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CORNELL UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CORUS BANK | 3959 N. LINCOLN AVENUE CHICAGO IL 60613 |
| COTTAGE HOSPITAL | 90 SWIFTWATER ROAD WOODSVILLE NH 03785 |
| COUNTY OF SAN BERNARDINO CALIFORNIA | COUNTY ADMINISTRATIVE OFFICE SAN BERNARDINO CA 92415-0120 |
| COVALENT CAPITAL PARTNERS MASTER FUND LP | 255 WASHINGTON STREET, SUITE 300 NEWTON MA 02458 |
| COVENANT MEDICAL CENTER, INC. | 515 NORTH MICHIGAN SAGINAW MI 48602 |
| COVENANT RETIREMENT COMMUNITIES, INC. | B. C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| COVENTRY CT (TOWN OF) | 1712 MAIN STREET COVENTRY CT 06238 |
| COVIDIEN DEFINED BENEFIT PLANS MASTER TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| COVIDIEN INTERNTIONAL FINANCES.A | 3B BOULEVARD PRINCE HENRI LUXEMBOURG 1724 LUXEMBOURG |
| COVIDIEN INTERNTIONAL FINANCES.A | 17 BOULEVARD DE LA GRANDE DUCHESSE CHARLOTTE LUXEMBOURG 1331 LUXEMBOURG |
| COWETA COUNTY WATER AND SEWERAGE AUTHORITY | C/O GLOVER DAVIS 10 BROWN STREET NEWNAN GA 30263 |
| COX COMMUNICATIONS INC | ATTN: SUSAN W. COKER 6205 PEACHTREE DUNWOODY ROAD ATLANTA GA 30328 |
| COX COMMUNICATIONS INC | 1400 LAKE HEARN DRIVE ATLANTA GA 30319 |
| CPC CORPORATION,TAIWAN | CPC CORPORATION, TAIWAN TAIPEI CITY 11010 TAIWAN |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPT ASSET-BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPT ASSET-BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPV/CAP COOP PENSION FUND | ATTN: STEPHEN DRISCOLL ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CPV/CAP COOP PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FD LIMITED | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FD LIMITED | CREDIT SUISSE NEW YORK NY 10010-3629 |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LTD | CREDIT SUISSE NEW YORK NY 10010-3629 |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LTD | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | ATTN: GENERAL COUNSEL C/O POSEIDON RESOURCES 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | 235 PROMENADE STREET SUITE 119 PROVIDENCE  RI 2908 |
| CRE CAPITAL LLC | CRE CAPITAL LLC PINE PLAINS NY 12567 |
| CRE CAPITAL LLC | 128 COUNTY ROUTE 7 PINE PLAINS NY 12567 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST U | 2120 CARREY AVE CHEYENNE WY 82001 |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L#APPOSUNION EUR PARIS 75002 FRANCE |

| Claim Name | Address Information |
|---|---|
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS CEDEX 09 PARIS 75452 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUR PARIS 75002 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS PARIS CEDEX 09 75452 FRANCE |
| CREDIT INDUSTRIEL ETCOMMERCIAL (CIC) | COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUROPEEN PARIS 75002 FRANCE |
| CREDIT MARITIME VIE S.A. | 24 RUE DU ROCHER PARIS 78008 FRANCE |
| CREDIT OPPORTUNITY ASSOCIATES LLC | CREDIT OPPORTUNITY ASSOCIATES, LLC 400 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| CREDIT PROTECTION TRUST 207 | ATTN: INSURED PORTFOLIO MANAGEMENT DIV FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 207 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 207 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | FINANCIAL SECURITY ASSURANCE INC 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 (COAST 2001-1) | FINANCIAL SECURITY ASSURANCE INC 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT SPECTRUM FUND LTD | ATTN: MICHAEL H. HELBERG III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SPECTRUM FUND LTD | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT STREET, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN BRAZIL |
| CREDIT SPECTRUM FUND LTD | ATTN: CANOVER WATSON CREDIT SELECT FUND LTD., C/O ADMIRAL ADMINISTRATIO 90 FORT STREET, P.O. BOX 32021 GEORGE TOWN, GRAND CAYMAN KY1-1208 CANADA |
| CREDIT SPECTRUM FUND LTD | C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 PO BOX CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER/DIRECTOR LEGAL/COMPLIANCE UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: GLOBAL TREASURY COORDINATION; DIRECTOR LEGAL P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | UETLIBERGSTRASSE 231 PO BOX CH-8070 SWITZERLAND |
| CREDIT SUISSE ASSET MANAGEMENT INFLATION LINKED BO | CREDIT SUISSE ASSET MANAGEMENT AUSTRALIA 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| CREDIT SUISSE ASSET MANAGEMENT LLC | P.O. BOX 800 ZURICH CH-9070 SWITZERLAND |
| CREDIT SUISSE ASSET MANAGEMENT LLC | 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| CREDIT SUISSE CAPITAL LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE ENERGY LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 AUSTRALIA |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | 466 LEXINGTON AVENUE 10TH FLOOR NEW YORK NY 10017 |
| CREDIT SUISSE HIGH GRADE BOND FND SYDNEY AUSTRALIA | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 AUSTRALIA |
| CREDIT SUISSE HIGH GRADE BOND FND SYDNEY AUSTRALIA | 466 LEXINGTON AVE NEW YORK NY 10017-3140 |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE INTERNATIONAL | ATTN: GLOBAL RISK MANAGER ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: KAMEL OUCHIKH ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: GLOBAL RISK MGR; OPS DEPT; LEGAL DEPT. 2A GREAT TITCHFIELD STREET LONDON W1P 7AA UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE FINANCIAL PRODUC LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE INTERNATIONAL LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ATTN: MARLEEN NOBILE CREDIT SUISSE SECURITIES(EUROPE) LTD LONDON N E144QJ UNITED KINGDOM |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE, MADRID | UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDITO COOPERATIVO INTERPROVINCIALE VENETO | SCARL VIA MATTEOTTI 11 MONTAGNANA VENETO 35044 ITALY |
| CREDITO EMILIANO SPA | VIA EMILIA S. PIETRO 4 REGGIO EMILIA 42100 ITALY |
| CRESCENT 1 LP | C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT II FUND LP | ATTN: MR. LAURENCE PENN, VICE CHAIRMAN C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| CRESCENT II FUND LP | C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| CRESTLINE PORTABLE ALPHA BOND PARTNERS LP | CRESTLINE MANAGEMENT LP FORT WORTH TX 76102 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CRIMSON COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROSS CREEK VENTURES,LLC | 2024 S PEARL ST DENVER CO 80210-4043 |
| CROSS ROAD RETIREMENT COMMUNITY | 1302 OLD COX ROAD ASHEBORO NC 27205 |
| CROSSALTA GAS STORAGE & SERVICES LTD. | ATTN: KEVIN OLSEN, PRESIDENT; KATHLEEN GRIFFIN, CFO 1600, 700-2ND ST SW CALGARY AB T2P 2W1 CANADA |
| CROSSALTA GAS STORAGE & SERVICES LTD. | 1600, 700-2ND ST SW CALGARY AB T2P 2W1 CANADA |
| CROWN CASTLE INTERNATIONAL CORPORATION | 510 BERING DRIVE STE 500 HOUSTON TX 77057-1452 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: TRAVIS CARR C/O WESTERN ASSET MANAGEMENT COMPANY 385 EAST COLORADO BOULEVARD PASADENA CA 91101 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: CDO TRUST SERVICES - CROWN CITY 2005-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION P.O. BOX 98 COLUMBIA MD 21046 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: ASSET-BACKED COMMERCIAL PAPER GROUP C/O MOODY #APPOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| CROWN CITY CDO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CROWN CITY CDO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CROWN CITY CDO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CROWN CITY CDO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CROWN CITY CDO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CROWN CITY CDO 2005-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CROWN CITY CDO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CROWN CITY CDO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CROWN CITY CDO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CROWN CITY CDO 2005-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CROWN CITY CDO 2005-2 LIMITED | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: TRAVIS CARR C/O WESTERN ASSET MANAGEMENT COMPANY WESTERN ASSET MANAGEMENT COMPANY 117 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: CDO TRUST SERVICES - CROWN CITY 2005-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION P.O. BOX 98 COLUMBIA MD 21046 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: ASSET-BACKED COMMERCIAL PAPER GROUP C/O MOODY #APPOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| CROWN CITY CDO 2005-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CROWN CITY CDO 2005-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CROWN CITY CDO 2005-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CROWN CITY CDO 2005-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CROWN CITY CDO 2005-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CROWN CITY CDO 2005-2 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CROWN CITY CDO 2005-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CROWN CITY CDO 2005-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CROWN CITY CDO 2005-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CROWN CITY CDO 2005-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CORK & SEAL INC MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CROWN CORK & SEAL INC MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CRS FUND LTD | 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CS BOND STRATEGY LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CS BOND STRATEGY LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CS CREDIT STRATEGIES MASTER FUND LTD | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |

| Claim Name | Address Information |
|---|---|
| CSA L COMMODITY WORLD – FORTIS | ATTN: LEGAL DDEPARTMENT – OTC TEAM FORTIS INVESTMENT MANAGEMENT  BELGIUM N.V S.A AVENUE DE'L ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| CSA L COMMODITY WORLD – FORTIS | LEGAL DDEPARTMENT – OTC TEAM FORTIS INVESTMENT MANAGEMENT  BELGIUM N.V S.A AVENUE DE#APPOSL ASTRONOMIE 14 BRUSSELS 1210 BRAZIL |
| CSAM SYNDICATED LOAN FUND | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. 11 MADISON AVENUE NEW YORK NY 10010 |
| CSAM SYNDICATED LOAN FUND | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CSAM SYNDICATED LOAN FUND | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CSAM SYNDICATED LOAN FUND | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CSAM SYNDICATED LOAN FUND | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CSAM SYNDICATED LOAN FUND | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CSAM SYNDICATED LOAN FUND | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CSAM SYNDICATED LOAN FUND | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CSAM SYNDICATED LOAN FUND | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CSAM SYNDICATED LOAN FUND | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CSAM SYNDICATED LOAN FUND | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CSAM SYNDICATED LOAN FUND | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CSAM SYNDICATED LOAN FUND | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CSAM SYNDICATED LOAN FUND | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CSAM SYNDICATED LOAN FUND | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CSAM SYNDICATED LOAN FUND | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CSAM SYNDICATED LOAN FUNDING | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |
| CSK AUTO, INC. | 645 EAST MISSOURI AVE SUITE 400 PHOENIX AZ 85012 |
| CSP II USIS HOLDINGS LP | CSP II USIS HOLDINGS, L.P. NEW YORK NY 10022 |
| CSP II USIS HOLDINGS LP | CSP II USIS GOLDINGS, L.P. NEW YORK NY 10022 |
| CT OPI REIT INC | 410 PARK AVENUE, 14TH FLOOR NEW YORK NY 10022 |
| CTC MASTER FUND LTD | 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO IL 60604 |
| CUMBERLAND, NORTH CAROLINA, COUNTY OF | 117 DICK STREET FAYETTEVILLE NC 28302 |
| CUMMINS UK PENSION PLAN TRUSTEE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CUMMINS UK PENSION PLAN TRUSTEE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | ATTN: MARK WILLSON, ASSISTANT VP, ASSOCIATE GENERAL COUN CUNA MUTUAL GROUP MADISON WI 53705-4454 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | JOHN W. PETCHLER, MANAGING DIRECTOR, SR. VP CUNA MUTUAL GROUP MADISON WI 53705-4454 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | MARK WILLSON, ASSISTANT VP, ASSOCIATE GENERAL COUN CUNA MUTUAL GROUP MADISON WI 3705-4454 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | CUNA MUTUAL GROUP MADISON WI 53705-4454 |

| Claim Name | Address Information |
|---|---|
| CURA FIXED INCOME ARBITRAGE MASTER FUND | 1270 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10020 |
| CUYAHOGA OH (COUNTY OF) | 1219 ONTARIO STREET, 4TH FLOOR CLEVELAND OH 44113 |
| CVI GVF (LUX) MASTER SARL | 11-13, BOULEVARD DE LA FOIRE LUXEMBOURG L-1528 LUXEMBOURG |
| CVI GVF (LUX) MASTER SARL | 11-13, BOULEVARD DE LA FOIRE L-1528 LUXEMBOURG LUXEMBOURG |
| CVS/CAREMARK CORPORATION | CVS CAREMARK CORPORATION WOONSOCKET RI 02895 |
| CWABS 2007 SEA2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS 2007 SEA2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS 2007 SEA2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS 2007 SEA2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS 2007 SEA2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS 2007 SEA2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS 2007 SEA2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS 2007 SEA2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS 2007 SEA2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS 2007 SEA2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS 2007 SEA2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS 2007 SEA2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS 2007 SEA2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS 2007 SEA2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS 2007 SEA2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS 2007 SEA2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS 2006-26 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET BACKED CERTS SERIES 2006-26 | 21045 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS 2006-26 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2006-13, ASS | C/O THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWABS, SERIES 2007-12 101 BARCLAY STREET - 4W FLOOR NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | MIKE BERG 4500 PARK GRANADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | 4500 PARK GRANADA CALABASAS CA 91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWABS SERIES 2006-BC2 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC. ASSET BACKED CERTS SERIES 2005-AB4 | MIKE BERG 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC. ASSET BACKED CERTS SERIES 2006-OC3 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC. ASSET BACKED CERTS SERIES 2006-OC3 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT 2007-OH3 | CORPORATE TRUST ADMINITRATION MBS ADMINISTRATION, CWALT, SERIES 2007-OH3 THE BANK OF NEW YORK 101 BARCLAY STREET – 4W FLOOR NEW YORK NY 10286 |
| CWALT 2007-OH3 | CWALT, SERIES 2007-OH3 CORPORATE TRUST ADMINITRATION MBS ADMINISTRATION, THE BANK OF NEW YORK 101 BARCLAY STREET – 4W FLOOR NEW YORK NY 10286 |
| CWALT 2007-OH3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT 2007-OH3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT 2007-OH3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT 2007-OH3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT 2007-OH3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT 2007-OH3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT 2007-OH3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT 2007-OH3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT 2007-OH3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT 2007-OH3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT 2007-OH3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT 2007-OH3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT 2007-OH3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT 2007-OH3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT 2007-OH3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | CORPORATE TRUST ADMINISTRATION MBS CWALT 2006-OC10 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | FLOOR LAGUNA HILLS CA 92653 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| 2006-OC6 | FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | 4500 PARK GRANADA CALABASAS CA  91302 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ERIC CASTILLO – SIDLEY AND AUSTIN 4500 PARK GRANADA CALABASAS CA  91302 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
| --- | --- |
| 2007-OH2 | IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ERIC CASTILLO – SIDLEY AND AUSTIN |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CYPRESS COVE AT HEALTH PARK | 9800 S HEALTHPARK DRIVE FORT MYERS FL 33908 |
| CYPRESS LAKE APARTMENTS | 11101 REIGER ROAD BATON ROUGE LA 70809 |
| CYPRESS MANAGEMENT PARTNERSHIP | 100 PINE STREET SUITE 2700 SAN FRANSISCO CA 94111 |
| CYPRESS SEMICONDUCTOR CORP | 198 CHAMPION COURT SAN JOSE CA 95134-1709 |
| CYPRESS SEMICONDUCTOR CORP | NEIL WEISS CYPRESS SEMICONDUCTOR SAN JOSE CA 95134 |
| CYPRESS SEMICONDUCTOR CORP | CYPRESS SEMICONDUCTOR SAN JOSE CA 95134 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| D S SMITH GROUP PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| D S SMITH GROUP PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| D'ALESSANDRO, JAVIER MARCELO | AV.ALVEAR 1491 PISO 8A BUENOS AIRES 1014 ARGENTINA |
| D'ANGELIN,BENOIT | 9 DEVONSHIRE GARDENS LONDON  W4 3TN UNITED KINGDOM |
| D. E. SHAW DIHEDRAL PORFOLIOS, L.L.C. | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D. E. SHAW OCULUS PORTFOLIOS, L.L.C. | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.B. ZWIRN & CO, LP | D.B. ZWIRN & CO., L.P. NEW YORK NY 10151 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P. | 745 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10151 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | 745 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10151 |
| D.E. SHAW COMPOSITE PORTFOLIOS LLC | C/O D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW LAMINAR PORTFOLIOS LLC | 39TH FLOOR, TOWER 45 120 WEST FORTY-FIFTH STREET NEW YORK NY 10036 |
| D.E. SHAW VALENCE PORTFOLIOS LLC | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| DAEHAN PRIVATE KEPCO & KOOKMIN BANK EQ-LINKED DER | 27-3 YOIDO-DONG YOUNGDUNGPOKU SEOUL 150-705 KOREA |
| DAEWOO SECURITIES CO., LTD. | OFFICE: (225) 293-6789 117 DICK STREET YOUNGDUNGPO-GU SEOUL 150-716 KOREA |
| DAIMLERCHRYSLER CANADA INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DAIMLERCHRYSLER CORPORATION MASTER | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT TRUS | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: MANAGER C/O. WEALTH MANAGEMENT, INC. 12-32 AKASAKA 1 – CHOME MINATO-KU TOKYO JAPAN |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DAINI SAKURABASHI GODO KAISHA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAISHIN SECURITIES CO., LTD. | FAX: (225) 293-6799 FAYETTEVILLE, NC 28301 YOUNGDUNGPO-KU SEOUL 150-884 KOREA |
| DAIWA SECURITIES SMBC CO LTD | EITAI-DAIYA BLDG, 12TH FL 14-5, EITAI 1-CHOME KOTO-KU, TOKYO 135-0034 JAPAN |
| DANIEL P TULLY | DANIEL P. TULLY 398 SOUTH BEACH ROAD HOBE SOUND FL 33455 |
| DANISH HOLDCO A/S | C/O EQT PARTNERS A/S DAMPFAERGEVEJ 27 3. TV. KOBENHAVN 2100 GERMANY |
| DANSKE BANK A/S | 2-12 HOLMENS KANAL COPENHAGEN K DK1092 GERMANY |
| DANSKE BANK A/S | HOLMENS KANAL 2-12 COPENHAGEN K DK-1092 GERMANY |
| DANTE FINANCE PLC | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DANTE FINANCE PLC | ATTN: ZAIRA JEHANGIR ONE CANADA SQUARE LONDON EI4 5AL UNITED KINGDOM |
| DANTE FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DANTE FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DANTE FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| DANTE FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DANTE FINANCE PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DANTE FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DANTE FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DANTE FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DANTE FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DANTE FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DANTE FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DANTE FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DANTE FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DANTE FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DANTE FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DANTE FINANCE PLC | ONE CANADA SQUARE LONDON EI4 5AL UNITED KINGDOM |
| DARBY FINANCIAL PRODUCTS | 401 CITY AVENUE, SUITE 220 BALA CYNMYD PA 19004 |
| DAUGHTERS OF CHARITY FUND P CORE FULL | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DAUGHTERS OF CHARITY FUND P CORE FULL | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| DAVIS MEMORIAL HOSPITAL INC | P.O. BOX 1697 ELKINS WV 26241 |
| DAYTON POWER & LIGHT COMPANY | ATTN: CONTRACT ADMIN, COMMERCIAL OPS. – CHARLENE B. BELL 1065 WOODMAN DRIVE DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | ATTN: MANAGER, CONTRACT ADMIN; CHARLENE BELL 1065 WOODMAN DRIVE DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | ATTN: TERESA MARRINAN COMMERCIAL OPERATIONS DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | 1065 WOODMAN DR. DAYTON OH 45432 |
| DB (UK) PENSION SCHEME | C/O DEUTSCHE ASSET MANAGEMENT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DB ABSOLUTE RETURN STRATEGA/C DB GLOBAL MASTERS (C | C/O CALEDONIAN FUND SERVICES LIMITED 69 DR ROY'S DRIVE, P.O. BOX 1043 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| DB ENERGY TRADING LLC | ATTN: LEGAL DEPARTMENT 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DB ENERGY TRADING LLC | ATTN: KRIS KRISTINSDOTTIR 60 WALL STREET, 5TH FLOOR NEW YORK NY 10005 |
| DB ENERGY TRADING LLC | ATTN: KRIS KRISTINSDOTTIR DB ENERGY TRADING LLC NEW YORK NY 10005 |
| DB ENERGY TRADING LLC | 0 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: SHANNON WACHS 25 DEFOREST AVENUE SUMMIT  NJ 07901 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: MICHAEL KOLTAS C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 280 PARK AVENUE, FLOOR 9 EAST NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: KEITH RIOFRIO INTERNATIONAL FUND SERVICES 1290 AVENUE OF THE AMERICAS (10 FLOOR) NEW YORK NY 10104 |
| DB TRUST JPN AS TRUSTEE FORL-JAC 4 TRUST FUND 7017 | SANNO PARK TOWER, 2-11-1 NAGATACHO CHIYODA-KU TOKYO 100-6172 JAPAN |
| DB6 LTD | TRITON HOUSE FINSBURY SQUARE LONDON EC2A 1BR UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DB6 LTD | COUTTS HOUSE ST. PETER PORT GUERNSEY, C.I. GY1 1WD UNITED KINGDOM |
| DBS BANK LTD | ATTN: SETTLEMENTS- DERIVATIVES SECTION DBS BUILDING TOWER 2 10TH FLOOR 68809 SLOVENIA |
| DBS BANK LTD | 9TH FLOOR THREE EXCHANGE SQUARE CENTRAL HONG KONG HONG KONG |
| DBS BANK LTD | ATTN: ALLEN C/O ALLEN 9TH FLOOR THREE EXCHANGE SQUARE CENTRAL HONG KONG HONG KONG |
| DBS BANK LTD | 6 SHENTON WAY #34-08 DBS BUILDING TOWER TWO 68809 SLOVENIA |
| DBSO CORPORATES LTD | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| DC ENERGY LLC | ATTN: DAVID COOPER DC ENERGY LLC VIENNA VA 22182 |
| DC ENERGY LLC | ATTN: DEAN L WILDE, II 8065 LEESBURG PIKE, 5TH FLOOR VIENNA VA 22182-2733 |
| DC ENERGY LLC | 8065 LEESBURG PIKE, FIFTH FLOOR VIENNA VA 22182 |
| DCI LONG-SHORT CREDIT FUND | ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DCI LONG-SHORT CREDIT FUND | KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DCI LONG-SHORT CREDIT FUND | DCI ASSET MANAGEMENT IRELAND LIMITED, DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| DE LONGHI CAPITAL SERVICE SPA | VIA LODOVICO SEITZ 47 TREVISO 31100 ITALY |
| DEACONESS BILLINGS CLINIC | 2800 10TH AVENUE NORTH P.O. BOX 37000 BILLINGS MT 59107 |
| DEBT II AUSTIN-EOP LP | 591 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| DECLAN KELLY | 27 NORTH MOORE STREET APARTMENT 7C NEW YORK NY 10013-5723 |
| DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD (BV | C/O DEEPHAVEN CAPITAL MANAGEMENT LLC 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN EVENT TRADING LTD (CAYMAN) | LEGAL DEPARTMENT; JOHN OSBORN, CFO DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN EVENT TRADING LTD (CAYMAN) | DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD | LEGAL DEPARTMENT DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD | DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD | C/O DEEPHAVEN CAPITAL MANAGEMENT LLC 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEER PARK ROAD CORPORATION | ATTN: BRAD CRAIG DEER PARK ROAD CORPORATION STEAMBOAT SPRING CO 80477 |
| DEER PARK ROAD CORPORATION | BRAD CRAIG DEER PARK ROAD CORPORATION STEAMBOAT SPRING CO 80477 |
| DEER PARK ROAD CORPORATION | 1875 SKI TIME SQUARE, SUITE 102 STEAMBOAT SPRING CO 80477 |
| DEERFIELD ACADEMY | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| DEERFIELD CAPITAL LLC | ATTN: FREDERICK L. WHITE, SVP 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC | ATTN: FREDERICK L. WHITE, SVP, GEN. COUNSEL 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC | FREDERICK L. WHITE, SVP, GEN. COUNSEL 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC | 8700 WEST BRYN MAWR AVENUE, 12TH FLOOR CHICAGO IL 60631 |
| DEERFIELD RELATIVE VALUE FUND, LTD | ATTN: FREDERICK WHITE EAST BAY STREET P.O. BOX N-674 NASSAU BOSNIA AND HERZEGOVINA |
| DEERFIELD RELATIVE VALUE FUND, LTD | 404 EAST BAY STREET P.O BOX N-674 NASSAU BOSNIA AND HERZEGOVINA |
| DEGENHARDT FAMILY ENTERPRISES LP | 154 GRAYS CREEK DRIVE SAVANNAH GA 31410 |
| DEL MAR MASTER FUND LTD | 711 FIFTH AVENUE NEW YORK NY 10022 |
| DEL MAR TERRACE APARTMENT | 7007 INDIAN SCHOOL ROAD PHOENIX AZ 85033 |

| Claim Name | Address Information |
|---|---|
| DEL MAR TERRACE APARTMENT | DEL MAR TERRACE APARTMENT PHOENIX AZ 85033 |
| DELAWARE BALANCED FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE CORPORATE BOND FUND | DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE DIVERSIFIED INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DIVERSIFIED INCOME FUND | DELAWARE DIVERSIFIED INCOME 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE DIVIDEND INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE PLUS | FIXED INCOME DEPARTMENT (ALFIO LEONE) C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE PLUS | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE GLOBAL DIVIDEND & INCOME FUND | ATTN: GENERAL COUNSEL DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GROUP GOVERNMENT FUNDS-DELAWARE CORE PLUS | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE INFLATION PROTECTION BOND FUND | ATTN: GENERAL COUNSEL DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INFLATION PROTECTIONBOND FUND | 2005 MARKET STREET ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE MGMT BUSINESS TRA/C LVIP MANAGED FUND | DELAWARE INVESTMENT ADVISERS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | DELAWARE INVESTMENT ADVISERS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JOHN T. HANSON ONE PORT CENTER 2 RIVERSIDE DRIVE CAMBEN NJ 08101-1949 |
| DELAWARE RIVER PORT AUTHORITY | PO BOX 1949 CAMBEN NJ 08101-1949 |
| DELAWARE VIP BALANCED | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP GLOBAL BOND FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | DELAWARE MANAGEMENT COMPANY 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELL GLOBAL BV | TREASURY ACCOUNTING DELL PRODUCTS LP ROUND ROCK TX 78682 |
| DELL GLOBAL BV | DELL PRODUCTS LP ROUND ROCK TX 78682 |

| Claim Name | Address Information |
|---|---|
| DELPHI ACQUISITION HOLDING | LAGE MOSTEN 21 BREDA 4822 NIGER |
| DELTA AIR LINES, INC | ATTN: BRAD STROTHER, MANAGER-TREASURY SERVICES ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIR LINES, INC | ATTN: MICHAEL RANDOLFI - DIRECTOR ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIR LINES, INC | ATTN: NANCI SLOAN, GENERAL ATTORNEY ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIRLINES INC | ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA MASTER RETIREMENT TRUST GLOBAL BOND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DEM 010306DEU6 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 031306STAN | ATTN: CHRISTINE CARR SMITH BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| DEM 031306STAN | MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| DEM 031506BAS5 | 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| DEM 041306ABER | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 051206ABER | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 102405BRI5 | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DEM 110805JULI | JULIUS BAER INVESTMENT MGMT BEVIS MARKS HOUSE BEVIS MARKS ROAD LONDON EC3A 7NE UNITED KINGDOM |
| DEM 111105DEUT | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DENVER BOARD OF WATER COMMISSONERS INC RETIREMENT | 1600 WEST 12TH AVENUE DENVER CO 80204-3412 |
| DENVER HEALTH & HOSPITAL AUTHORITY | 660 BANNOCK STREET 5TH FLOOR DENVER CO 80204 |
| DENVER PUBLIC SCHOOLS RETIREME NT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| DENVER URBAN RENEWAL AUTHORITY | CHIEF FINANCIAL OFFICER 1555 CALIFORNIA STREET SUITE 200 DENVER CO 80202 |
| DENVER URBAN RENEWAL AUTHORITY | 1555 CALIFORNIA STREET SUITE 200 DENVER CO 80202 |
| DENVER WATER BOARD | DENVER WATER DENVER CO 80204-3412 |
| DEPARTMENT OF WATER & POWER, CITY OF BIG BEAR LAKE | 41972 GARSTIN DRIVE P.O. BOX 1929 BIG BEAR LAKE CA 92315 |
| DEPFA ACS BANK | ATTN: CONTROL SETTLEMENTS NO 1COMMONS STREET DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DEPFA ACS BANK | NO 1 COMMONS STREET DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DEPFA BANK PLC | ATTN: ULRICH VOLLMER DEPFA BANK PLC TOKYO BRANCH 2-5-1 ATAGO MINATO-KU TOKYO 105-6241 JAPAN |
| DEPFA BANK PLC | ULRICH VOLLMER DEPFA BANK PLC TOKYO BRANCH 2-5-1 ATAGO MINATO-KU TOKYO 105-6241 JAPAN |
| DEPFA BANK PLC | DEPFA BANK PLC IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DEPFA BANK PLC | 1 COMMONS STREET IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DESOTO COUNTY PARTNERS LP | DESOTO COUNTY PARTNERS LP JACKSON MS 39216 |
| DESOTO COUNTY PARTNERS LP | 2680 CRANE RIDGE ROAD 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| DETROIT EDISON EMPLOYEE RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DETROIT EDISON EMPLOYEE RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DEUTSCHE ASSET MANAGEMENT (INTERNATIONAL) LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MANAGEMENT INC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE ASSET MANAGEMENT INC | UNITED KINGDOM |
| DEUTSCHE ASSET MANAGEMENT/1868829 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| DEUTSCHE ASSET MANGEMENT/1870513 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| DEUTSCHE ASSET MGMT LTDA/C MGIM AC JPM AC M0VIK | ATTN: LEGAL DEPARTMENT 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE ASSET MGMT LTDA/C MGIM AC JPM AC M0VIK | ATTN: LEGAL DEPARTMENT THEODOR-HEUSS-ALLEE 70 FRANKFURT 60486 GEORGIA |
| DEUTSCHE ASSET MGMT/1861646 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UUUK UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/1875132 | TRADING/DERIVATIVES DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/1875132 | DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/3024083 | TRADING/DERIVATIVES DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/3024083 | DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: LEGAL DEPARTMENT 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | LEGAL DEPT DEUTSCHE BANK AG, HEAD OFFICE FRANKFURT 60262 GEORGIA |
| DEUTSCHE BANK AG | RMG - DOCUMENTATION DEUTSCHE BANK AG FRANKFURT 60325 GEORGIA |
| DEUTSCHE BANK AG | TAUNUSANLAGE 12 FRANKFURT 60325 GEORGIA |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG FRANKFURT 60325 GEORGIA |
| DEUTSCHE BANK AG(LEMG DESK LONDON) | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT INDIVIDU | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92795 |
| DEUTSCHE BANK NATIONAL TRUST CY | DEUTSCHE BANK NATIONAL TRUST CY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 25 DEFOREST AVENUE 2ND FLOOR SUMMIT  NJ 07901 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK TRUST COMPANY AMERICAS 4 ALBANY STREET, 4TH FLOOR, MAIL CODE NYC 050401 NEW YORK NY 10006 |
| DEUTSCHE HYPOTHEKENBANK AG | HANNOVER D-30159 GEORGIA |
| DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC | 31 W, 52ND STREET NEW YORK NY 10019 |
| DEUTSCHE LUFTHANSA AG | VON-GABLENZ-STRABE 2-6 KOLN 50679 GEORGIA |
| DEUTSCHE LUFTHANSA AG | LUFTHANSA AVIATION CENTER AIRPORTING FRANKFURT/MAIN 60546 GEORGIA |
| DEUTSCHE POSTBANK AG | ATTN: ASTRID DUELFER ABELS DSL BANK KENNEDYALLEE 62-70, D-53175 BONN FEDERAL REPUBLIC OF GERMANY GEORGIA |
| DEUTSCHE POSTBANK AG | DSL BANK KENNEDYALLEE 62-70, D-53175 BONN FEDERAL REPUBLIC OF GERMANY GEORGIA |
| DEUTSCHE TELEKOM AG | FRIEDRICH EBERT ALLEE 140 BONN 53113 GEORGIA |
| DEUTSCHE TRUSTEE COMPANY LIMITED | DEUTSCHE TRUSTEE COMPANY LIMITED WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEVELOPMENT BANK OF JAPAN | 9-1, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO TOKYO 100-0004 JAPAN |
| DEVELOPMENT BANK OF JAPAN | 9-1, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO TOKYO 100-0004 JAPAN |
| DEXIA BANK BELGIUM SA | ATTN: BACK OFFICE CAPITAL MARKETS ARTESIA BANKING CORPORATION NV/SA WTC-1, KONING ALBERT II-IAAN, 30-B2 BRUSSELS B-1000 BELGIUM |
| DEXIA BANK BELGIUM SA | SQUARE DE MEEUS 1 BRUSSELS,  B-1000 BELGIUM FRANCE |
| DEXIA BANK BELGIUM SA | BOULEVARD PACHECO 44 LUXEMBOURG 0 BELGIUM |
| DEXIA BANK BELGIUM SA | ARTESIA BANKING CORPORATION NV/SA WTC-1, KONING ALBERT II-IAAN, 30-B2 BRUSSELS B-1000 BELGIUM |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | ATTN: FRANCINE MARX 69 ROUTE D'ESCH LUXEMBOURG L-2953 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | 69 ROUTE D#APPOSESCH LUXEMBOURG L-2953 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | BANQUE INTERNATIONALE A LUXEMBOURG SA L 1470 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | BANQUE INTERNATIONALE A LUXEMBOURG SA LUXEMBOURG L 1470 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA (DEXIA | ATTN: B.O. MARCHES SALLE DES MARCHES - 1F BANQUE INTERNATIONALE A LUXEMBOURG SA LUXEMBOURG L 1470 LUXEMBOURG |
| DEXIA CREDIOP SPA | VIA VENTI SETTEMBRE, 30 ROME 187 ITALY |
| DEXIA CREDIT LOCAL DE FRANCE | ATTN: STEPHEN LEFEBVRE 445 PARK AVENUE NEW YORK NY 10022 |
| DEXIA CREDIT LOCAL DE FRANCE | CREDIT LOCAL DE FRANCE 7-11 QUAI ANDRE CITROEN PARIS CEDEX 15 75 901 FRANCE |
| DEXIA MUNICIPAL AGENCY SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DEXIA MUNICIPAL AGENCY SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DHL WORLDWIDE EXPRESS INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DHM SALT LAKE CITY HOTEL LP | 1001 N US HWY 1 SUITE 800 JUPITER FL 33477 |
| DHM SALT LAKE CITY HOTEL, LP | 150 W 500 S SALT LAKE CITY UT 84101-2321 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: RACHAEL RANKIN C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED 2005-1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-3 | 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2003-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE 2006-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2006-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2006-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2007-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2003-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2003-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007 – 3A | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007 – 3A | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007 – 3A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-3B | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-3B | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-3B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND FINANCE SERIES 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-8 | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| DIAMOND HEAD INTERNATIONAL FUND LP | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIAMOND HEAD INTERNATIONAL FUND LP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD | STEVEN DINUNZIO DIAMOND NOTCH OPPORTUNITIES MASTER FUND, LTD. C/O DIAMOND NOTCH ASSET MANAGEMENT, LLC 40 EAST 52ND STREET, 12TH FLOOR NEW YORK NY 10022 |
| DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD | DIAMOND NOTCH OPPORTUNITIES MASTER FUND, LTD. C/O DIAMOND NOTCH ASSET MANAGEMENT, LLC 40 EAST 52ND STREET, 12TH FLOOR NEW YORK NY 10022 |
| DIAMONDBACK FIXED INCOME MASTER FUND LTD. | MARK HADLOCK DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK FIXED INCOME MASTER FUND LTD. | DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTD | DIAMONDBACK MASTER FUND LTD. ONE LANDMARK SQUARE, 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTD | DAIMONDBACK MASTER FUND LTD. STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTDREF DIAMONDBACK | 1 LANDMARK SQUARE, 15TH FLOOR STAMFORD CT 06901 |
| DICKINSON ISD | 4512 HIGHWAY 31 DICKINSON TX 77539 |
| DIRECTORS GUILD OF AMERICA PRODUCER BASIC PENSION | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DISCOVERY ATLAS MASTER FUND, LTD. | DISCOVERY ATLAS MASTER FUND, LTD. C/O ATLAS CAPITAL MANAGEMENT, LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | ATTN: SAMMY ACEBAL DISCOVERY GLOBAL CITIZENS MASTER FUND LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | DISCOVERY GLOBAL CITIZENS MASTER FUND LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISTRICT OF COLUMBIA | 441 4TH STREET N.W., SUITE 360N WASHINGTON DC 20001 |
| DISTRICT OF COLUMBIA POLICE OFFICERS & FIREFIGHTER | JUDG ES RETIREMENT FUND GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DISTRICT OF COLUMBIA POLICE OFFICERS & FIREFIGHTER | RETIREMENT FUND WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DIVERSIFIED INCOME FUND DELAWARE POOLED TRUST | ATTN: MICHAEL DRESNIN C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DIVERSIFIED INFLATION STRATEGIES LP | ATTN: LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | DERIVATIVE OPERATIONS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |

| Claim Name | Address Information |
|---|---|
| DIVERSIFIED INFLATION STRATEGIES LP | LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DMBT- ALLINA HEALTH SYSTEMPENSION PLANDELAWARE MGM | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DMBT-DELAWARE GROUP GOVT FDS -DELAWARE CORE PLUS F | 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DMBT-OREGON LABORERS EMPLOYERSPENSION TRUST FUNDDE | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DMBT-SALT RIVERPIMA MARICOPAINDIAN COMMUNITY OF SA | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY 10005 EAST OSBORN ROAD SCOTTSDALE AZ 85258 |
| DMBT-WALT DISNEY CO SPONSOREDQUALIFIED BENEFIT PLA | DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DMR STRUCTURED ARBITRAGE MASTER FUND LTD | C/O DECLARATION MANAGEMENT 1800 TYSONS BLVD., SUITE 200 MCLEAN VA 22102 |
| DNB NOR BANK ASA | LARS HILLESGT 30 BERGEN N-5020 NORWAY |
| DNB NOR BANK ASA | STRANDEN 21 OSLO 21 NORWAY |
| DNB NOR BANK ASA | ATTN: OPERATIONS DEN NORSKE BANK ASA 20, ST. DUNSTAN#APPOSS HILL LONDON C3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | ATTN: OPERATIONS DEN NORSKE BANK ASA 20, ST. DUNSTAN'S HILL LONDON EC3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | 20, ST. DUNSTAN#APPOSS HILL LONDON EC3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | 20, ST. DUNSTAN#APPOSS HILL LONDON C3R 8HY UNITED KINGDOM |
| DOCHESTER COUNTY SCHOOL DISTRICT NO. 2 (GROWTH) | DORCHESTER SCHOOL DISTRICT TWO 102 GREENWAVE BLVD. SUMMERVILLE SC 29483 |
| DOLLAR GENERAL CORP | 100 MISSION RIDGE GOODLETTSVILLE TN 37072-2170 |
| DOLOMIT | VIA S. SOFIA 10 MILANO 20122 ITALY |
| DOMINION RETAIL, INC. | 120 TREDEGAR STREET RICHMOND VA 23219 |
| DOMINOS INC | 30 FRANK LLOYD WRIGHT DRIVE P.O. BOX 997 ANN ARBOR MI 48106-0997 |
| DONINI, GERALD | GERALD DONINI AND LISA DONINI 46 FERNWOOD ROAD SUMMIT  NJ 07901 |
| DORIS DUKE CHARITABLE FOUDATION | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| DORIS K CHRISTOPHER 1996 TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DORMITORY AUTHORITY OF NEW YORK | DORMITORY AUTHORITY OF NEW YORK 515 BROADWAY, 5TH FLOOR ALBANY NY 12207 |
| DORMITORY AUTHORITY OF NEW YORK | 515 BROADWAY, 5TH FLOOR ALBANY NY 12207 |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | ATTN: CLINT CARLSON CARLSON CAPITAL LP UBS HOUSE, 227 ELGIN AVE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | ATTN: KRISTEN GREGORY, RIK REPAK 2100 MCKINNEY AVENUE, SUITE 1600 DALLAS TX 75201 |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | 2100 MCKINNEY AVENUE SUITE 1600 DALLAS TX 75201 |
| DOUGLAS COUNTY HOUSING AUTHORITY | 5404 N. 107TH PLAZA OMAHA NE 68134 |
| DOUGLASVILLE-DOUGLAS/BRUNSWICK | PO BOX 1157 DOUGLASVILLE GA 30133 |
| DOW CORNING CORPORATION | GENERAL COUNSEL 2200 W. SALZBURG ROAD MIDLAND MI 48686-0994 |
| DOW CORNING CORPORATION | 2200 W. SALZBURG ROAD MIDLAND MI 48686-0994 |

| Claim Name | Address Information |
|---|---|
| DOW FINANCIAL SERVICES INC. | 2030 DOW CENTER MIDLAND MI 48674 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: WARD A. SPOONER/ MARLENT FAHEY C/O US BANK TRUST NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: WARD A. SPOONER/MARLENE FAHEY U.S. BANK U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: WARD A. SPOONER/MARLENE FAHEY U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY3 TRUST 1 DECEMBER | U.S. BANK TRUST NATIONAL ASSOCIATION 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| DRAKE GLOBAL OPPORTUNITY (MASTER) FUND LTD | C/O DRAKE CAPITAL MANAGEMENT LLC 660 MADISON AVENUE NEW YORK NY 10021 |
| DRAKE LOW DURATION FUND | C/O DRAKE MANAGEMENT, LLC 660 MADISON AVENUE NEW YORK NY 10021 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD. | C/O DRAKE CAPITAL MANAGEMENT LLC 660 MADISON AVENUE NEW YORK NY 10021 |
| DRAKE OFFSHORE MASTER FUND, LTD | C/O DRAKE CAPITAL MANAGEMENT LLC 660 MADISON AVE NEW YORK NY 10021 |
| DRAKE TOTAL RETURN FUND | C/O DRAKE MANAGEMENT, LLC 660 MADISON AVE., 16TH FLOOR NEW YORK NY 10021 |
| DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD | DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD. 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD | 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | ATTN: JANEEN GRIFFIN C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | 1251 AVENUE OF THE AMERICAS 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | ATTN: KEVIN TREACY DRAWBRIDGE LONG DATED VALUE FUND (B) LP C/O FORTRESS INVESTMENT GROUP LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | C/O FORTRESS INVESTMENT GROUP LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE LONG DATED VALUE FUND LP | C/O FORTRESS INVESTMENT GROUP LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | ATTN: MARC FURSTEIN, COO; RICK NOBLE C/O DRAWBRIDGE SPECIAL OPPORTUNITIES GP, LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| LP | AMERICAS, 16TH FLOOD NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | KEVIN TREACY DRAWBRIDGE SPECIAL OPPORTUNITIES FUND, L.P. C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOD NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOD NEW YORK NY 10020 |
| DRAX POWER LIMITED | C/O NORTON ROSE LLP 3 MORE LONDON RIVERSIDE LONDON SE1 2AQ UNITED KINGDOM |
| DRESDNER BANK AG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DRESDNER BANK AG | ATTN: ALAN MARQUARD; AMELIA GIBBONS LONDON BRANCH P.O. BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | PO BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | MARCUS NETTLETON (CAPITAL MARKETS - FICC) 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | HEAD OF LEGAL SERVICES DRESDNER BANK AG LONDON BRANCH P.O. BOX 52715 LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | HEAD OF LEGAL SERVICES DRESDNER BANK AG LONDON BRANCH PO BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | MICHAEL SHARP (LEGAL) DRESDNER BANK AG LONDON BRANCH P.O. BOX 52715 LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | PO BOX 52715 30 GRESHMAN STREET LONDON EC2P2XY UNITED KINGDOM |
| DRESDNER BANK AG | JURGEN-PONTO PLATZ 1 D- 60301 FRANKFURT 60301 GEORGIA |
| DRESDNER BANK AG | ATTN: ZGA-TS3 JURGEN PONTO PLATZ 1 FRANKFURT(MAIN) 60301 GEORGIA |
| DRESDNER BANK AG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DRESDNER BANK AG | JURGEN PONTO PLATZ 1 FRANKFURT(MAIN) 60301 GEORGIA |
| DRESDNER BANK AG | LONDON BRANCH P.O. BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DREYFUS BASIC US MORTGAGE SECURITIES FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS BASIC US MORTGAGE SECURITIES FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | JOSEPH GATELY DREYFUS INTERMEDIATE TERM INCOME FUND C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | ATTN: FUND ACCOUNTING DREYFUS INTERMEDIATE TERM INCOME FUND C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | FUND ACCOUNTING DREYFUS INTERMEDIATE TERM INCOME FUND C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | DREYFUS INTERMEDIATE TERM INCOME FUND C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER BALANCED FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER BALANCED FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER GNMA FUND INC | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER GNMA FUND INC | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER LIMITED TERM INCOME FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER LIMITED TERM INCOME FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER STRATEGIC INCOME FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER STRATEGIC INCOME FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | JOSEPH GATELY DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 |

| Claim Name | Address Information |
|---|---|
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | BOSTON MA 02108-4408 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | ATTN: FUND ACCOUNTING DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | FUND ACCOUNTING DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DRYDEN GLOBAL TOTAL RETURN FUND INC | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DTE ENERGY TRADING INC | ATTN: CONTRACT ADMINISTRATION - MARCIA HISSONG 414 S. MAIN STREET; SUITE 200 ANN ARBOR MI 48104 |
| DTE ENERGY TRADING INC 'EEI' | 414 S. MAIN STREET; SUITE 200 ANN ARBOR MI 48104 |
| DTE ENERGY TRADING, INC. | DTE ENERGY TRADING INC. 414 S. MAIN STREET; SUITE 200 48104 0 |
| DUBAI HOLDING COMMERCIAL OPERATIONS GROUP | ATTN: DUBAI HOLDINGS DUBAI HOLDINGS PO. BOX 66000 DUBAI UNITED ARAB EMIRATES |
| DUBAI HOLDING COMMERCIAL OPERATIONS GROUP | DUBAI HOLDINGS PO. BOX 66000 DUBAI UKRAINE |
| DUFFIELD, DAVID A  TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUKE ENERGY CAROLINAS LLC | DUKE ENERGY CAROLINAS, LLC REGULAR MAIL: 139 EAST FOURTH ST., EA 606 OVERNIGHT: 221 EAST FOURTH ST., AT II-5TH FLOOR CINCINNATI OH 45201 |
| DUKE ENERGY CAROLINAS LLC-ISDA | DUKE ENERGY CAROLINAS, LLC REGULAR MAIL: 139 EAST FOURTH ST., EA 606 OVERNIGHT: 221 EAST FOURTH ST., AT II-5TH FLOOR CINCINNATI OH 45201 |
| DUKE ENERGY CORPORATION MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| DUKE ENERGY INDIANA INC | ATTN: RHODA WILLIAMS, MANAGER, CONTRACT MGMT. OVERNIGHT MAIL 221 EAST FOURTH STREET, AT II-5TH FLOOR CINCINNATI OH 45202 |
| DUKE ENERGY INDIANA INC | ATTN: MANAGER, CONTRACT ADMINISTRATION PSI ENERGY, INC. D/B/A/ DUKE ENERGY INDIANA, INC. 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGY INDIANA, INC. | 139 EAST FOURTH STREET, EA 606 CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | MANAGER, CONTRACT ADMINISTRATION 139 EAST FOURTH STREET, EA 503, PO BOX 906 CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | ATTN: MANAGER, CONTRACT ADMINISTRATION 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | MANAGER, CONTRACT ADMINISTRATION 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGYOHIO, INC. | 139 EAST FOURTH STREET, EA 503, PO BOX 906 CINCINNATI OH 45201-0960 |
| DUNCAN REGIONAL HOSPITAL | 1407 WHISENANT DRIVE DUNCAN OK 73533 |
| DUNWOODY VILLAGE INC | ATTN: ROBERT SUPPER, SENIOR VICE PRESIDENT 3500 WEST CHESTER PIKE NEWTOWN SQUARE PA 19073-4168 |
| DUNWOODY VILLAGE INC | 3550 WEST CHESTER PIKE NEWTOWN SQUARE PA 19073-4168 |
| DUPAGE IL (COUNTY OF) | 421 N. COUNTY FARM ROAD WHEATON IL 60187 |
| DUPONT CAPITAL MANAGEMENT CORP ORATION GEM TRUST | (GEM TRUST O PPORTUNISTIC 2) ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORP ORATION GEM TRUST ( | PPORTUNISTIC 2) PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORPORATION GEM TRUST SH | ATTM: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORPORATION GEM TRUST SH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUQUESNE POWER LP | CONTRACT ADMINISTRATION 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |
| DUQUESNE POWER LP | 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |

| Claim Name | Address Information |
|---|---|
| DUQUESNE POWER, LLC (EEI) | 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |
| DWIGHT - OLD MUTUAL (US) HOLDINGS INC | SEGREGATED ACCOUNT QAHF C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT ABSOLUTE RETURN FUND LLC | JAMES J. BURNS DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT ABSOLUTE RETURN FUND LLC | DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT CORE INTERMEDIATE MASTER FUND LLC | JAMES J. BURNS DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT CORE INTERMEDIATE MASTER FUND LLC | DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWS BALANCED FUND | ATTN: MICHAEL CHAPIN TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS BALANCED FUND | JOHN B ASHLEY DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 280 PARK AVENUE NEW YORK NY 10017 |
| DWS BALANCED FUND | TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME FUND | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME FUND | DEUTSCHE INVESMENT MANAGMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS HIGH INCOME FUND | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. 280 PARK AVENUE NEW YORK NY 10017 |
| DWS HIGH INCOME FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME VIP | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME VIP | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS HIGH INCOME VIP | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS STRATEGIC INCOME FUND | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS STRATEGIC INCOME FUND | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS STRATEGIC INCOME FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II - DWS BALANCED VIP | ATTN: ANN BURBANK C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II - DWS BALANCED VIP | ATTN: MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II - DWS BALANCED VIP | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II - DWS BALANCED VIP | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS/DWS VOLA STRATEGY | MAINZER LANDSTR. 178-190 FRANKFURT AM MAIN 60327 GEORGIA |
| DYNEGY POWER MARKETING INC | ATTN: ASST. GROUP GENERAL COUNSEL-COMMERCIAL DYNEGY POWER MARKETING INC. 1000 LOUISIANA, SUITE 5800 HOUSTON TX 77002-5050 |
| DYNEGY POWER MARKETING INC | ATTN: CONTRACT ADMINISTRATION DYNEGY POWER MARKETING INC. 1000 LOUISIANA, SUITE 5800 HOUSTON TX 77210-5050 |
| DYNEGY POWER MARKETING INC | 1000 LOUISIANA, SUITE 5800 HOUSTON TX 77210-5050 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: DG BENK LONDON BRANCH 10 ALDERSGATE STREET LONDON EC1A 4XX UNITED KINGDOM |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GEORGIA |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | DEUTSCHE ZENTRAL- GENOSSENSCHAFTSBANK PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GEORGIA |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | 10 ALDERSGATE STREET LONDON EC1A 4XX UNITED KINGDOM |
| DZ BANK IRELAND PLC | GUILD HOUSE, GUILD STREET I.F.S.C. DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| E CAPITAL PARTNERS | PIAZZA DIAZ 7 - 20123 MILANO ITALY |

| Claim Name | Address Information |
|---|---|
| E*TRADE BANK | FORREST KOBAYSHI TELEBANK 1111 NORTH HIGHLAND STREET ARLINGTON VA 22201 |
| E*TRADE BANK | ATTN: JOHN A. BUCHMAN 671 NORTH GLEBE ROAD ARLINGTON VA 22203 |
| E*TRADE BANK | TELEBANK 1111 NORTH HIGHLAND STREET ARLINGTON VA 22201 |
| E-470 PUBLIC IMPROVEMENT HIGHWAY AUTH. | 22470 E. 6TH PARKWAY, SUITE 100 AURORA CO 80018 |
| E-CAPITAL PROFITS LIMITED | ATTN: MR. IP TAK CHUEN, EDMOND C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL, HONG KONG HONG KONG HONG KONG |
| E-CAPITAL PROFITS LIMITED | ATTN: MR. IP TAK CHUEN, EDMOND E-CAPITAL PROFITS LIMITED C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEEN APPOSS ROAD CENTRAL, HONG KONG HONG KONG |
| E-CAPITAL PROFITS LIMITED | E-CAPITAL PROFITS LIMITED C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEEN#APPOSS ROAD CENTRAL HONG KONG HONG KONG |
| E.ON ENERGY TRADING AG | KARLSTR. 68 MUNICH 80335 GEORGIA |
| E.ON UK PLC (ISDA) | E.ON UK PLC WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | ATTN: JOHN PETROZZI EAGLEROCK INSTITUTIONAL PARTNERS, LP C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10176 |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10017 |
| EAGLEROCK MASTER FUND LP | EAGLEROCK MASTER FUND, LP C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10176 |
| EAGLEROCK MASTER FUND LP | EAGLEROCK MASTER FUND, LP C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH STREET; 10TH FLOOR NEW YORK NY 10018 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET OAKLAND CA 74807-7240 |
| EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SYSTEM I | 1000 SOUTH BECKHAM TYLER TX 75701 |
| EASTERN CONNECTICUT HEALTH NETWORK INC | 71 HAYNES ST MANCHESTER CT 06040-4131 |
| EASTERN MAINE HEALTHCARE | THE CIANCHETTE BUILDING 43 WHITING HILL ROAD BREWER, MAINE ME 04412 |
| EASTERN MAINE HEALTHCARE | ATTN: DANIEL B. COFFEY, EVP THE CIANCHETTE BUILDING 43 WHITING HILL ROAD, SUITE 500 BREWER, MAINE ME 04412 |
| EASTON INVESTMENTS II | C/O G. H. PALMER ASSOCIATES 11740 SAN VICENTE BOULEVARD, SUITE 208 LOS ANGELES CA 90049 |
| EATON VANCE AMT-FREE MUNICIPAL BOND FUND (EVMFT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARIZONA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARIZONA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARKANSAS MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARKANSAS MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CDO IX, LTD. | ATTN: BASMAH PARVEZ BANK OF NEW YORK RE: EATON VANCE CDO 9 CLASS D COUPON SWAP 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| EATON VANCE CDO IX, LTD. | RE: EATON VANCE CDO 9 CLASS D COUPON SWAP EATON VANCE CDO IX, LTD., C/O MAPLES FINANCE LTD. PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |

| Claim Name | Address Information |
|---|---|
| EATON VANCE CDO IX, LTD. | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CORP | EATON VANCE CORP. C/O EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE EMERGING MARKETS INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLOATING RATE PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLOATING-RATE INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA INSURED MUNICIPALS FUND (EVMT | ATTN: MAUREEN MAGNER (EV IN-HOUSE COUNSEL) EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA INSURED MUNICIPALS FUND (EVMT | MAUREEN MAGNER (EV IN-HOUSE COUNSEL) EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA INSURED MUNICIPALS FUND (EVMT | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GEORGIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GEORGIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GLOBAL MACRO PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HAWAII MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HAWAII MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH YIELD MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH YIELD MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INCOME FUND BOSTON | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INCOME FUND BOSTON | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED FLORIDA MUNICIPAL | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE |

| Claim Name | Address Information |
|---|---|
| BOND FUND | STREET BOSTON MA 02109 |
| EATON VANCE INSURED FLORIDA MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MASSACHUSETTS MUNICIPAL BOND F | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MASSACHUSETTS MUNICIPAL BOND F | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MICHIGAN MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MICHIGAN MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND II | C/O EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW JERSEY MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW JERSEY MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND I | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND I | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED OHIO MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED OHIO MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED PENNSYLVANIA MUNICIPAL BOND FU | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED PENNSYLVANIA MUNICIPAL BOND FU | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INTERNATIONAL INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INTERNATIONAL INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE KANSAS MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE KANSAS MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LIMITED DURATION INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LOUISIANA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LOUISIANA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MARYLAND MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| EATON VANCE MARYLAND MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MINNESOTA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MINNESOTA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSISSIPPI MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSISSIPPI MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSOURI MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSOURI MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NATIONAL MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NATIONAL MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NORTH CAROLINA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NORTH CAROLINA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OHIO MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OHIO MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OREGON MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OREGON MUNICIPALS FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| (EVMT) | 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE RHODE ISLAND MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE RHODE ISLAND MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR DEBT PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SOUTH CAROLINA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SOUTH CAROLINA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE TENNESSEE MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE TENNESSEE MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE VIRGINIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE WEST VIRGINIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE WEST VIRGINIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EB ACTIVE CORE BOND FUND | ATTN: DAVID HORSFALL MELLON BANK N.A. C/O STANDISH ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| EB ACTIVE CORE BOND FUND | MELLON BANK N.A. C/O STANDISH ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108 |
| EBAY INC | 89 NEIL ROAD #03-01 SINGAPORE        088849 SLOVENIA |
| EBAY INTERNATIONAL AG | HELRETIASTRASSE 15/17 BERN CH -3005 SWITZERLAND |
| ECO MASTER FUND LIMITED | C/O ECO MANAGEMENT, L.P. 320 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | ROBERT A SCHOELLHORN 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD5/12/2000 | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| EDF TRADING LIMITED | 71 HIGH HOLBORN LONDON WC1V 6ED UNITED KINGDOM |
| EDF TRADING LTD | ATTN: ROBERT QUICK 80 VICTORIA STREET, CARDINAL PLACE LONDON SW 1E5JL UNITED KINGDOM |
| EDISON MISSION MARKETING & TRADING INC | ATTN: KAREN BELL, COUNSEL ONE INTERNATIONAL PLACE 9TH FL BOSTON MA 02110 |
| EDISON MISSION MARKETING & TRADING INC | ATTN: PAUL D. JACOB ONE INTERNATIONAL PLACE 9TH FLOOR BOSTON MA 02110 |
| EDISON MISSION MARKETING & TRADING INC | 160 FEDERAL STREET, 4TH FLOOR BOSTON MA 02110-1776 |
| EDISON MISSION MARKETING & TRADING INC. (ISDA) | 160 FEDERAL STREET, 4TH FLOOR BOSTON MA 02110-1776 |

| Claim Name | Address Information |
|---|---|
| EDWARD & SYLVIA AGOSTINI JTWROS | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| EDWARD HOSPITAL OBLIGATED GROUP, IL | 801 SOUTH WASHINGTON STREET NAPERVILLE IL 60566 |
| EDWARDS LIMITED | EDWARDS THREE HIGHWOOD DRIVE, SUITE 3-101E HIGHWOOD OFFICE PARK TEWKSBURY MA 01876 |
| EF SECURITIES LLC | C/O ELLINGTON FINANCIAL MANAGEMENT LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| EFG BANK | EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |
| EFG BANK, GENEVA | EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |
| EFG BANK, GENEVA | EFG PRIVATE BANK SA 1 HARBOUR VIEW STREET CENTRAL ONE INTERNATIONAL FINANCE CENTER HONG KONG HONG KONG |
| EFG BANK, GENEVA | EFG PRIVATE BANK SA 24, QUAI DU SEUJET CH - 1211 GENEVA 2 SWITZERLAND |
| EFG EUROBANK ERG LONDON | 8, ORTHONOS STR. ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | 8, ORTHONOS STR. ATHENS 105 57 GREECE |
| EFG HELLAS PLC | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EFG HELLAS PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EFG HELLAS PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EFG HELLAS PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EFG HELLAS PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EFG HELLAS PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EFG HELLAS PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EFG HELLAS PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EFG HELLAS PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EFG HELLAS PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EFG HELLAS PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EFG HELLAS PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EFG HELLAS PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EFG HELLAS PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG PRIVATE BANK S.A. | 24, QUAI DU SEUJET GENEVA 2 CH-1211 SWITZERLAND |
| EFH RETIREMENT PLAN | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ISSUER SERVICES HSBC BANK USA 140 BROADWAY NEW YORK NY 10005 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EGYPT TRUST 1 - SERIES 2000 A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EH INC | 2-1-25 KITA KOYO-CHO, SAKAI-SHI OSAKA 590-8585 JAPAN |
| EIDESIS CAPITAL MASTER FUND LTD. | ATTN: JERRY WONG EIDESIS CAPITAL 500 5TH AVENUE, 56TH FLOOR NEW YORK NY 10017 |
| EIDESIS CAPITAL MASTER FUND LTD. | JERRY WONG EIDESIS CAPITAL 500 5TH AVENUE, 56TH FLOOR NEW YORK NY 10017 |
| EIDESIS CAPITAL MASTER FUND LTD. | 500 5TH AVENUE 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | GREGORY SONIS EIDESIS SYNTHETIC MARKET OPPORTUNITIES FUND, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | EIDESIS SYNTHETIC MARKET OPPORTUNITIES FUND, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND LTD | GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT, LL 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND LTD | EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT, LL 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIRCOM SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| EIRCOM SUPERANNUATION FUND | 92660 |
| EIRCOM SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EKSPORTFINANS ASA | EKSPORTFINANSGRUPPEN DRONNING MAUDS GATE 15 P.O. BOX 1601 VIKA OSLO NO-0119 NORWAY |
| EL CENTRO DEL BARRIO | 2300 W. COMMERCE SAN ANTONIO TX 78207 |
| EL PASO ELECTRIC COMPANY INC. (WSPP) | P.O. BOX 982 EL PASO TX 79960 |
| ELECTRABEL SA | BOULEVARD DU REGENT, 8 BELGIUM |
| ELECTRABEL SA(EFET POWER) | BOULEVARD DU REGENT, 8 BELGIUM |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS INC | 7620 METRO CENTER DRIVE AUSTIN TX 78744 |
| ELECTRICAL CONTRACTORS ASSOCIATION JOINT PENSION T | OF CHICAGO IBEW LOCAL #134 ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ELECTRICAL CONTRACTORS ASSOCIATION JOINT PENSION T | IBEW LOCAL #134 PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ELEKTRIZITATS-GESELLSCHAFT LAUFENBURG AG | ELEKTRIZITAETS-GESELLSCHAFT LAUFENBURG AG LERZENSTRASSE 10 DIETIKON 8953 SWITZERLAND |
| ELEMENT CAPITAL MASTER FUND LTD | 666 FIFTH AVENUE 14TH FLOOR NEW YORK NY 10103 |
| ELEMENT CAPITAL MASTER FUND LTD | ATTN: LAURA O 'DOHERTY C/O INVESTORS FUND SERVICES (IRELAND) LIMITED BLOCK D, IVEAGH COURT HARCOURT ROAD, DUBLIN IRAN (ISLAMIC REPUBLIC OF) |
| ELEMENT CAPITAL MASTER FUND LTD | C/O INVESTORS FUND SERVICES (IRELAND) LIMITED BLOCK D, IVEAGH COURT HARCOURT ROAD DUBLIN IRAN (ISLAMIC REPUBLIC OF) |
| ELIM PARK BAPTIST HOME, CT | 140 COOK HILL ROAD CHESHIRE CT 06410 |
| ELIZABETH SCHOOL DISTRICT | 500 NORTH BROAD STREET ELIZABETH NJ 07208 |
| ELLINGTON CREDIT FUND | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON MORTGAGE FUND S/C, LTD. | ATTN: PAUL SALTZMAN C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON MORTGAGE FUND S/C, LTD. | C/O OLYMPIA CAPITAL WILLIAMHOUSE 20 REID STREET HAMILTON HMJX BELGIUM |
| ELLINGTON MORTGAGE PARTNERS LP | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON OVERSEAS PARTNERS LTD | C/O OLYMPIA CAPITAL WILLIAMHOUSE 20 REID STREET HAMILTON BERMUDA HMJX BELGIUM |
| ELLINGTON SPECIAL OPPORTUNITIES LTD | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLIOTT ASSOCIATES LP | ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | ATTN: MR. GUY RINAT ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | BARNETT WAY GLOUCESTER GL43RS ENGLAND |
| ELLIOTT INTERNATIONAL  L.P. | ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL L.P. | C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELWYN, INC. | 111 ELWYN ROAD ELWYN PA 19063 |
| EMBARCADERO AIRCRAFT SECURITIZATION TRUST | C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |
| EMBARQ CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMC (BENELUX) B. V. S.A.R.L. | RUE DE BITBOURG LUXEMBOURG 11 1273 LUXEMBOURG |
| EMC (BENELUX) B. V. S.A.R.L. | EMC CORPORATION RUE DE BITBOURG 11 LUXEMBOURG 1273 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| EMC (BENELUX) BV SARL | EMC (BENELUX) B. V. S.A.R.L. RUE DE BITBOURG LUXEMBOURG 11-1273 LUXEMBOURG |
| EMC CORPORATION | 176 SOUTH STREET HOPKINTON MA 01748 |
| EMD INVEST F.M.B.A. AFDELING EMD/II | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| EMD INVEST F.M.B.A. AFDELING EMD/II | EMD INVEST F.M.B.A., AFDELING EMD/II C/O NYKREDIT PORTEF??LJE ADMINISTRATION A/S OTTO M??NSTEDS PLADS 9, COPENHAGEN V 1780 GERMANY |
| EMERALDS 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERALDS 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMERALDS 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-1 TRUST | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| EMERALDS SERIES 2007-1 TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS SERIES 2007-1 TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-2 | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS SERIES 2007-3 TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERGING MARKETS DEBT FUND | ATTN: VP, DERIVATIVES OPERATIONS JP MORGAN FLEMING AM USAA/C EMERGING MARKETS DEBT J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |

| Claim Name | Address Information |
|---|---|
| EMERGING MARKETS DEBT FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| EMERSON HOSPITAL | ROUTE E ORNAC PO BOX 9120 CONCORD MA 01742-9120 |
| EMF NL 2008-2 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF NL 2008-2 BV | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF NL 2008-2 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMF NL 2008-2 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMF NL 2008-2 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMF NL 2008-2 BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMF NL 2008-2 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF NL 2008-2 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMF NL 2008-2 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMF NL 2008-2 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMF NL 2008-2 BV | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMF NL 2008-2 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMF NL 2008-2 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMF NL 2008-2 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF NL 2008-2 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF NL 2008-2 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMF NL 2008-2 BV | FREDERIK ROEKESTRAAT 123I AMSTERDAM 1076 EE THAILAND |
| EMF-NL PRIME 2008-A.BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMF-NL PRIME 2008-A.BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMF-NL PRIME 2008-A.BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMF-NL PRIME 2008-A.BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMF-NL PRIME 2008-A.BV | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF-NL PRIME 2008-A.BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF-NL PRIME 2008-A.BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMF-NL PRIME 2008-A.BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| EMF-NL PRIME 2008-A.BV | 21045 |
| EMF-NL PRIME 2008-A.BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMF-NL PRIME 2008-A.BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMF-NL PRIME 2008-A.BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMF-NL PRIME 2008-A.BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMF-NL PRIME 2008-A.BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF-NL PRIME 2008-A.BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF-NL PRIME 2008-A.BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMF-NL PRIME 2008-A.BV | C/O EMF-NL PRIME 2008-A.B.V FREDERIK ROEKESTRAAT 1231 1076EE AMSTERDAM THAILAND |
| EMI GROUP PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMI GROUP PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMIGRANT BANK | ATTN: GEORGE DICKSON EMIGRANT SAVINGS BANK 5 EAST 42ND STREET NEW YORK NY 10017 |
| EMIGRANT BANK | 5 EAST 42ND STREET NEW YORK NY 10017 |
| EMIRATES NATIONAL OIL COMPANY(SINGAPORE) PRIVATE L | 3 TEMASEK AVE., STE. 24-02 CENTENNIAL TWR. 39190 SLOVENIA |
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF NORFOLK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF NORFOLK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMRO FINANCE IRELAND LTD | AIB INTERNATIONAL CENTRE WEST BLOCK IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ENBRIDGE GAS SERVICES INC. (NAESB) | 3000 FIFTH AVENUE PLACE 425 - 1ST STREET S.W. CALGARY AB T2P 3L8 CANADA |
| ENBW TRADING GMBH | DURLACHER ALLEE 93 76131 KARLSRUHE 76180 KARLSRUHE DEUTSCHLAND GEORGIA |
| ENBW TRANSPORTNETZE AG | ENBW ENERGIE BADEN-WERTTEMBERG AG DURLACHER ALLEE 93 KARLSRUHE 76131 GEORGIA |
| ENCANA CORPORATION | GENERAL COUNSEL #AMPER CORPORATE SECRETARY ENCANA CORPORATION 1800, 855 2ND STREET SW PO BOX 2850 CALGARY AB T2P 2S5 CANADA |
| ENCANA CORPORATION | FINANCIAL RISK MANAGEMENT 370 17TH STREET SUITE 1700 DENVER CO 80202 |
| ENCANA CORPORATION | ENCANA CORPORATION 1800, 855 2ND STREET SW PO BOX 2850 CALGARY AB T2P 2S5 CANADA |
| ENCANA GAS MARKETING(NAESB) | ENCANA OIL 1800, 855 - 2ND STREET S.W. CALGARY AB T2P 4Z5 CANADA |
| ENCORE 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ENCORE 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ENCORE 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ENCORE 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ENCORE 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ENCORE 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ENCORE 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| ENCORE 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ENCORE 2003-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ENCORE 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ENCORE 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ENCORE 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ENCORE 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ENCORE 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ENCORE 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ENCORE FUND LP | ATTN: ANGELA MCKILLEN SOPRANO FUND C/O SYNPHONY ASSET MANAGEMENT, LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| ENCORE FUND LP | SOPRANO FUND C/O SYNPHONY ASSET MANAGEMENT, LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| ENECO ENERGY TRADE BV | ATTN: MR. GUIDO DUBBLED/JASPER STUIJK RIVIUM QUADRANT 75 2909 LC CAPELLE A/D IJSSEL THAILAND |
| ENECO ENERGY TRADE BV | AMSTELVEENSEWEG 998 AMSTERDAM 1081 JS NIGER |
| ENECO ENERGY TRADE BV | AMSTELVEENSEWEG 998 1081 JS AMSTERDAM NIGER |
| ENEL SPA | VIALE REGINA MARGHERITA 137 ROMA 198 ITALY |
| ENEL TRADE SPA | VIALA REGINA MARGHERITA N. 125 ROME 198 ITALY |
| ENERGY AMERICA, LLC | ACCOUNTING – POWER SETTLEMENTS ENERGY AMERICA LLC C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 – 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | ACCOUNTING – POWER SETTLEMENTS ENERGY AMERICA LLC ENERGY AMERICA LLC, C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 – 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | CREDIT RISK MANAGEMENT ENERGY AMERICA LLC C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 – 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | CREDIT RISK MANAGEMENT ENERGY AMERICA LLC ENERGY AMERICA LLC, C/O DIRECT ENERGY MARKETING LIMITED CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | SR. DIRECTOR CREDIT RISK MANAGEMENT GUARANTEES, LETTERS OF CREDIT, THE CSA EXCLUDING PARA 7 AND 8 111-5TH AVENUE S.W., SUITE 1000 CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | LEGAL DEPARTMENT SECTIONS 2(B), 5, 6, 9(B) OR 13(C) AND PARA 7, 8 111-5TH AVENUE S.W., SUITE 1000 CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | ACCOUNTING POWER SETTLEMENTS 12 GREENWAY PLAZA SUITE 600 HOUSTON TX 77046 |
| ENERGY AMERICA, LLC | MARK MCMURRAY 12 GREENWAY PLAZA SUITE 600 HOUSTON TX 77046 |
| ENERGY AMERICA, LLC | MARK MCMURRAY |
| ENERGY AMERICA, LLC | |
| ENERGY INCOME AND GROWTH FUND | ATTN: GENERAL COUNSEL C/O FIRST TRUST PORTFOLIOS L.P. 120 E. LIBERTY DRIVE SUITE 400 WHEATON IL 60187 |
| ENERGY INCOME AND GROWTH FUND | ROUTE E ORNAC PO BOX 9120 CONCORD MA 01742-9120 |
| ENERGY INVESTOR FUNDS | ATTN: MARK D. SEGEL THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY INVESTOR FUNDS | ATTN: MARK D. SEGEL ENERGY INVESTORS FUNDS THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY INVESTOR FUNDS | ENERGY INVESTORS FUNDS THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY XXI | CANON#APPOSS COURT PO BOX HM 1179 HAMILTON HM EX BELGIUM |

| Claim Name | Address Information |
|---|---|
| ENERGY XXI GULF COAST INC. | CANON'S COURT PO BOX HM 1179 HAMILTON HM EX BELGIUM |
| ENERGY XXI GULF COAST INC. | C/O SUITE 2626 1021 MAIN HOUSTON TX 77002 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CHARLES KITOWSKI 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CONFIRMATION DEPARTMENT 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CHARLES KITOWSKI ENERGYCO MARKETING AND TRADING, LLC 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CONFIRMATION DEPARTMENT ENERGYCO MARKETING AND TRADING, LLC 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETINGAND TRADING, LLC | TEXAS-NEW MEXICO POWER C/O PNM RESOURCES P.O. BOX 349 ALBUQUERGUE NM 87103-0349 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND I LTD. | C/O DAVID L. BABSON #AMPER CO. 1500 MAIN STREET, SUITE 800 SPRINGFIELD MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND III LTD. | ENHANCED MORTGAGE-BACKED SECURITIES FUND V LIMITED C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND IV LTD. | ENHANCED MORTGAGE-BACKED SECURITIES FUND V LIMITED C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| ENI SPA | SEDI SECONDARIE VIA EMILIA,  E P.ZZA EZIO VANONI SAN DONATO MILANESE (MI) 20097 ITALY |
| ENI SPA | SEDI SECONDARIE VIA EMILIA,  E P.ZZA EZIO VANONI 20097 SAN DONATO MILANESE (MI) ITALY |
| ENI UK LIMITED | KATIE DAVIES (LEGAL) ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENI UK LIMITED | ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENI UK LIMITED | ENI HOUSE ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENLIGHTENMENT PARTNERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ENO FRANCE SA | YPSO FRANCE SAS 12/16 RUE GUYNEMER ISSY LES MOULINEAUX 92445 FRANCE |
| ENSERCO ENERGY INC | ATTN: GENERAL COUNSEL ENSERCO ENERGY INC. PO BOX 1400, 625 NINTH STREET RARPID CITY SD 57709 |
| ENSERCO ENERGY INC | ATTN: GENERAL COUNSEL PO BOX 1400, 625 NINTH STREET RARPID CITY SD 57709 |
| ENSERCO ENERGY INC | SUITE 400 350 INDIANA STREET GOLDEN, CO CO 80401 |
| ENSIGN PEAK ADVISORS, INC. | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| ENSIGN PEAK ADVISORS, INC. | ATTN: LARRY STAY 50 NORTH TEMPLE SALT LAKE CITY UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ENSIGN PEAK ADVISORS, INC. | ENSIGN PEAK ADVISORS, INC. 50 NORTH TEMPLE SALT LAKE CITY UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ENTERGY ARKANSAS INC (CTA) | 425 WEST CAPITOL AVE., 27TH FLOOR LITTLE ROCK AR 72201 |
| ENTERPRISE FUND LIMITED | ATTN: TRAN TRUONG CONCORDIA ADVISORS LLC NEW YORK NY 10019 |
| ENTERPRISE FUND LIMITED | TRAN TRUONG CONCORDIA ADVISORS LLC NEW YORK NY 10019 |
| ENTERPRISE FUND LIMITED | THE COMPANY SECRETARY ENTERPRISE FUND LIMITED C/O ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BELGIUM |
| ENTERPRISE FUND LIMITED | ATTN: LAWRIE STOBBS CONCORDIA ADVISORS LLP CHELSEA HARBOUR LONDON SW10 OXD UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | LAWRIE STOBBS CONCORDIA ADVISORS LLP CHELSEA HARBOUR LONDON SW10 OXD UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | ATTN: GENERAL COUNSEL MAN INVESTMENTS LTD. SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | GENERAL COUNSEL MAN INVESTMENTS LTD. SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | ATTN: HEAD OF PRODUCT STRUCTURING WITH MANDATORY FACSIMILE COPY TO: MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |

| Claim Name | Address Information |
|------------|---------------------|
| ENTERPRISE FUND LIMITED | HEAD OF PRODUCT STRUCTURING WITH MANDATORY FACSIMILE COPY TO: MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |
| ENTERPRISE FUND LIMITED | ENTERPRISE FUND LIMITED C/O ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BELGIUM |
| ENTERPRISE INNS PLC | LAUREL PUB PARTNERSHIPS LIMITED. CRANMORE AVENUE SHIRLEY SOLIHULL WEST MIDLANDS B90 4LE UNITED KINGDOM |
| ENTERPRISE PRODUCTS OPERATING LLC | ATTN: TREASURER ENTERPRISE PRODUCTS OPERATING L.L.C. 2727 NORTH LOOP WEST 7TH FLOOR HOUSTON TX 77008 |
| ENTERPRISE PRODUCTS OPERATING LLC | 2727 NORTH LOOP WEST 7TH FLOOR HOUSTON TX 77008 |
| EOP CHARLOTTE JW, LLC | C/O AMERICAN HOUSING FOUNDATION 1800 SOUTH WASHINGTON NO. 311 AMARILLO TX 79102 |
| EPCO HOLDINGS INC | ATTN: TREASURER 1100 LOUISIANA STREET HOUSTON TX 77002 |
| EPCO HOLDINGS INC | EPCO HOLDINGS, INC. 1100 LOUISIANA STREET HOUSTON TX 77002-5227 |
| EPERNAY APARTMENTS I LIMITED PARTNERSHIP | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF THE AMERICAS, 35TH FLR NEW YORK NY 10020 |
| EPISCOPAL HOMES FOUNDATION | 3650 MT. DIABLO BLVD, #100 LAFAYETTE CA 94549 |
| EPSILON GLOBAL MASTER FUND II LP | MASOUD EMAMI GRANDE RUE 3 MONTREUX 1821 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND II LP | GRANDE RUE 3 MONTREUX 1820 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND LP | MASOUD EMAMI GRANDE RUE 3 MONTREUX 1823 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND LP | GRANDE RUE 3 MONTREUX 1822 SWITZERLAND |
| EQUITABLE ENERGY LLC | 801 WEST STREET, 2ND FLOOR WILMINGTON DE 19801-1545 |
| EQUITABLE ENERGY LLC | EQT INVESTMENTS, LLC 801 WEST STREET, 2ND FLOOR WILMINGTON DE 19801-1545 |
| EQUITABLE ENERGY LLC | 225 NORTH SHORE DRIVE - 5TH FLOOR PITTSBURGH PA 15212 |
| EQUITABLE PIMCO REAL RETURN PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITABLE PIMCO REAL RETURN PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITRUST LIFE INSURANCE COMPANY INC | FBL FINANCIAL GROUP, INC. 5400 UNIVERSITY AVENUE WEST DES MOINES IA 50266-5997 |
| EQUITY TRUSTEES LIMITED FOR PIMCO EXTENDED MARKETS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO EXTENDED MARKETS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL COMMODITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL COMMODITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL CREDIT FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL CREDIT FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ERIE CITY SCHOOL DISTRICT | 1511 PEACH STREET ERIEPA PA 16501 |
| ERIE CITY WATER AUTHORITY | 340 W BAYFRONT PARKWAY ERIE PA 16507 |
| ERLANGER HEALTH SYSTEM INC | 975 EAST THIRD STREET CHATTANOOGA TN 37403 |
| ERP OPERATING LTD PRTNRSHP | 2 N RIVERSIDE PLZ CHICAGO IL 60606-2600 |
| ERSEL SIM SPA | VIA ROMA, 255 TORINO 10123 ITALY |
| ERSTE BANK DER OSTERREICHISCHEN SPARKASSEN AG. | SCHUBERTRING 5 WIEN 1011 AUSTRALIA |
| ERSTE BANK DER OSTERREICHISCHEN SPARKASSEN AG. | ERSTE BANK BORSEGASSE 14 WIEN 1010 AUSTRALIA |
| ERSTE EUROPAISCHE PFANDBRIEF U ND | C/O KOMMUNALKREDITBANK AG 25 RUE EDWARD STEICHEN L-2540 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| KOMMUNALKREDITBA | C/O KOMMUNALKREDITBANK AG 25 RUE EDWARD STEICHEN L-2540 LUXEMBOURG |
| ESG CREDIT MACRO EVENTFUND LP | 101 PARK AVENUE , 48TH FLOOR NEW YORK NY 10178 |
| ESKATON GOLD RIVER LODGE, INC. | 5105 MANZANITA AVE CARMICHAEL CA 95608 |
| ESKATON GOLD RIVER LODGE/DSRF | 5105 MANZANITA AVE CARMICHAEL CA 95608 |
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |
| ESP FUNDING I, LTD. | ATTN: CDO TRUST SERVICES GROUP-ESP FUNDING I, LTD. LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| ESP FUNDING I, LTD. | ATTN: DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ESP FUNDING I, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESP FUNDING I, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESP FUNDING I, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESP FUNDING I, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESP FUNDING I, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESP FUNDING I, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESP FUNDING I, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESP FUNDING I, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESP FUNDING I, LTD. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESP FUNDING I, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESP FUNDING I, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESP FUNDING I, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESP FUNDING I, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESP FUNDING I, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESP FUNDING I, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED - SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED - SERIES 1 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN BRAZIL |
| ESPRIT INTERNATIONAL LIMITED - SERIES 1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LIMITED SERIES 8 | P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS BRAZIL |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LTD SERIES 11 | STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESSENT ENERGY TRADING B.V. | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ESSENT ENERGY TRADING B.V. | CREDIT MANAGER STATENLAAN 8 5223 LA #APPOSS 5223 LA THAILAND |
| ESSENT ENERGY TRADING B.V. | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT ENERGY TRADING BV | STATENLAAN 8 5223 LA 'S HERTOGENBOSCH 5223 LA NIGER |
| ESSENT TRADING INTERNATIONAL SA | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ESSENT TRADING INTERNATIONAL SA | CASE POSTALE 3468 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | ATTN: CREDIT RISK DEPARTMENT WILLEMSPLEIN 4 5211 AK #APPOSS HERTOGENBOSCH THAILAND |
| ESSENT TRADING INTERNATIONAL SA | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT TRADING INTERNATIONAL SA | 12-14 RUE DES GLACIS DE RIVE 1207 GENEVE 3468 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | 12-14 RUE DES GLACIS DE RIVE SWITZERLAND CASE POSTALE GENEVE 1207 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA (EFET GAS) | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT TRADING INTERNATIONAL SA (EFET POWE | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH HOUSE LONDON EC3A 7EE UNITED KINGDOM |
| ESSEX FOUNTAIN PARK APTS | ESSEX FOUNTAIN PARK APTS 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX FOUNTAIN PARK APTS | 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX INGLENOOK COURT, LLC | C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX INGLENOOK COURT, LLC | ESSEX INGLENOOK COURT, LLC C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WANDERING CREEK, LLC | C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WANDERING CREEK, LLC | ESSEX WANDERING CREEK, LLC C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WOODLANDS HEALTH VENTURE S FUND V LP | ATTN: RICHARD KOLODZIEYCK ESSEX WOODLANDS HEALTH VENTURES FUND V, L.P. C/O ESSEX WOODLANDS HEALTH VENTURES 21 WATERWAY AVENUE, SUITE 225 THE WOODLANDS TX 77380 |
| ESSEX WOODLANDS HEALTH VENTURES FUND V LP | ESSEX WOODLANDS HEALTH VENTURES FUND V, L.P. C/O ESSEX WOODLANDS HEALTH VENTURES 21 WATERWAY AVENUE, SUITE 225 THE WOODLANDS TX 77380 |
| ESTEE LAUDER INC RETIREMENT PLAN | ALBERT H. CHENG ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | ATTN: ALBERT H. CHENG ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | ATTN: JOSHUA BOGART, GENERAL COUNSEL ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | JOSHUA BOGART, GENERAL COUNSEL ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | JUDY VERBEKE EXECUTIVE DIRECTOR - CORPORATE TREASURY THE ESTEE LAUDER COMPANIES, INC. 7 CORPORATE CENTER DRIVE MELVILLE NY 11747 |
| ESTEE LAUDER INC RETIREMENT PLAN | EXECUTIVE DIRECTOR - CORPORATE TREASURY THE ESTEE LAUDER COMPANIES, INC. 7 CORPORATE CENTER DRIVE MELVILLE NY 11747 |
| ESTELLE PEABODY MEMORIAL HOME | PEABODY RETIREMENT COMMUNITY 400 WEST SEVENTH STREET NORTH MANCHESTER IN 46962 |
| ETHIAS - DROIT COMM ET RESP CIV | RUE DES CROISIERS 24 LIEGE BELGIUM |
| ETHIAS VIE | RUE DES CROISIERS 24 LIEGE 4000 BELGIUM |
| ETIHAD AIRWAYS PJSC | RICKY THIRION  VP - TREASURY ETIHAD AIRWAYS POB 35566 NEW AIRPORT ROAD ABU |

| Claim Name | Address Information |
|---|---|
| ETIHAD AIRWAYS PJSC | DHABI UNITED ARAB EMIRATES |
| ETIHAD AIRWAYS PJSC | ETIHAD AIRWAYS POB 35566 NEW AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| ETON PARK MASTER FUND LTD | ETON PARK CAPITAL MANAGEMENT 825 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| ETON/ETON PARK FUND LP | ETON PARK CAPITAL MANAGEMENT 825 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| EUGENE INVESTMENT & SECURITIES CO., LTD | 23-9, YOUIDO-DONG YOUNGDEUNGPOH-GU SEOUL 150-010 SOMALIA |
| EUROBROKERS INC. | ONE SEAPORT PLAZA 19TH FLOOR NEW YORK NY 10038-3526 |
| EUROHYPO AG | HELFMANN-PARK 5 ESCHBORN D-65760 GEORGIA |
| EUROMOBILIARE INTERNATIONAL FD - TR FLEX 5 | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| EUROMOBILIARE INTERNATIONAL FD - TR FLEX 5 | 2 LIBERTY SQUARE BOSTON MA 02109 |
| EUROMOBILIARE SIM SPA | VIA TURATI 9 MILANO 20123 ITALY |
| EUROPE ARAB BANK PLC | DOCUMENTATION GROUP 520 MADISON AVENUE NEW YORK NY 177365 |
| EUROPE ARAB BANK PLC | 520 MADISON AVENUE NEW YORK NY 10022-4213 |
| EUROPEAN AERONAUTIC DEFENSE & SPACE CO NV | WILLY MESSERSCHMITT STR. 1 OTTOBRUNN 85521 GEORGIA |
| EUROPEAN CARBON FUND | 5 ALLÉE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| EUROSAIL -NL 2007-2 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL -NL 2007-2 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL -NL 2007-2 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL -NL 2007-2 BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL -NL 2007-2 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -NL 2007-2 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -NL 2007-2 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL -NL 2007-2 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL -NL 2007-2 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL -NL 2007-2 BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL -NL 2007-2 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL -NL 2007-2 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL -NL 2007-2 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -NL 2007-2 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -NL 2007-2 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL -NL 2007-2 BV | FREDERIK ROEKESTRAAT 1231 1076EE THAILAND |
| EUROSAIL -NL 2007-2 BV | FREDERIK ROEKESSTRAAT 1231 AMSTERDAM 1076EE THAILAND |
| EUROSAIL -UK-2008-1NP PLC | MARTIN MCDERMOTT/MARK FILER C/O WILMINTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| EUROSAIL –UK-2008-1NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL –UK-2008-1NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL –UK-2008-1NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-1 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-1 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-1 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-1 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-1 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-1 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-1 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-1 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-1 PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-1 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-1 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL 2006-1 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-1 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-1 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-1 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-1 PLC C/O CAPSTONE MORTGAGE SERVICES | HEAD OF LEGAL EUROSAIL 2006-1 PLC C/O CAPSTONE MORTGAGE SERVICES LIMITED 1ST FLOOR 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| EUROSAIL 2006-2BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-2BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-2BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-2BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-2BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-2BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-2BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-2BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-2BL PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-2BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-2BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-2BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-2BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-2BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-2BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-3NC PLC | EUROSAIL 2006-3NC PLC 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL 2006-3NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-3NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-3NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-3NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-3NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-3NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL 2006-3NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-3NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-3NC PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-3NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-3NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-3NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-3NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-3NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-3NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-4NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-4NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-4NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-4NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-4NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-4NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-4NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-4NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-4NP PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-4NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-4NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-4NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-4NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-4NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-4NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL NL 2008-1 B.V | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL NL 2008-1 B.V | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL NL 2008-1 B.V | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL NL 2008-1 B.V | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL NL 2008-1 B.V | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL NL 2008-1 B.V | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL NL 2008-1 B.V | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL NL 2008-1 B.V | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL NL 2008-1 B.V | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL NL 2008-1 B.V | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL NL 2008-1 B.V | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL NL 2008-1 B.V | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL NL 2008-1 B.V | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL NL 2008-1 B.V | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL NL 2008-1 B.V | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL NL 2008-1 B.V | FREDERIK ROEKESTRAAT 1231 AMSTERDAMN 1076EE NIGER |
| EUROSAIL PRIME-UK 2006-1 PLC | EUROSAIL PRIME-UK 2006-1 PLC 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | DOCUMEMTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS INC, CAPITAL MARKETS - CONTRACTS - LEGAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| EUROSAIL PRIME-UK 2007 A PLC | HEAD OF FINANCE EUROSAIL PRIME-UK 2007-A PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | LEHMAN BROTHERS INTERNATIONAL EUROPE 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL UK 2007 5NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL UK 2007 5NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL UK 2007 5NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL UK 2007 5NP PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL UK 2007 5NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL UK 2007 5NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL UK 2007 5NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 5NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL UK 2007 5NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL UK 2007 6NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL UK 2007 6NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL UK 2007 6NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| EUROSAIL UK 2007 6NC PLC | STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL UK 2007 6NC PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL UK 2007 6NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL UK 2007 6NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL UK 2007 6NC PLC | DOCUMENTATION – LEGAL, COMPLIANCE AND AUDIT LEHMAN BROTHERS SPECIAL FINANCING INC C/O LEHMAN BROTHERS INC (CMC-LEGAL) 745 SEVENTH AVENUE NEW YORK NY 10019 |
| EUROSAIL UK 2007 6NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 6NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL UK 2007 6NC PLC | HEAD OF FINANCE EUROSAIL-UK 2007-6NC PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| EUROSAIL UK 2007 6NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-NL 2007-1 B.V. | FREDERIK ROEKESTRAAT 1231 AMSTERDAM 1076EE THAILAND |
| EUROSAIL-UK 2007-1NC PLC | MARTIN MCDERMOTT/MARK FILER C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-1NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-2NP PLC | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING INC. TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-2NP PLC | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-UK 2007-2NP PLC | 10286 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-2NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-3BL PLC | JOSEPH POLIZZAOTTO LEHMAN BROTHERS SPECIAL FINANCING INC TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-3BL PLC | HEAD OF FINANCE EUROSAIL 2007-3BL PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | LEGAL FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-3BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-4BL PLC | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING, INC. TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-4BL PLC | HEAD OF FINANCE EUROSAIL-UK 2007-4BL PLC C/O CAPSTONE (TREASURY) 6 BROADGATE |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-UK 2007-4BL PLC | LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | LEGAL – FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-4BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROVALOR COMBINADO 3 FI | POPULAR GESTI?N, S.G.I.I.C., S.A. CALLE LABASTIDA Nº 11, 3ª PLANTA MADRID 28.034 SPAIN |
| EUROVALOR GARANTIZADO BANCOS, FI | ATTN: ALFONSA MUÑOZ/MIGUEL UCEDA CALLE LABASTIDA Nº 11, 3ª PLANTA MADRID 28.034 SPAIN |
| EVA AIRWAYS CORPORATION | 6F, 117, SEC 2, CHANG AN E. ROAD TAIPEI 104 TAIWAN |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY | 4800 W 57TH STREET PO BOX 5038 SIOUX FALLS SD 57117-5038 |
| EVERGREEN CORE BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN CORE BOND TRUST | C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN DIVERSIFIED BOND FUN D HIGH YIELD | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN HIGH YIELD BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN INCOME ADVANTAGE FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN INSTITUTIONAL MORTGAGE PORTFOLIO (EFIT). | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| DISCRETION | CA 91105 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN LONG DURATION TRUST | EVERGREEN INVESTMENT MANAGEMENT TRUST C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN MANAGED INCOME FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN MARINE CORP (TAIWAN) LTD. | NO. 166, SEC. 2, MINSHENG EAST ROAD TAIPEI TAIWAN |
| EVERGREEN SELECT HIGH YIELD BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN SELECT HIGH YIELD BOND TRUST | C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN SHORT INTERMEDIATE BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN SOLAR INC | 138 BARTLETT STREET MARLBORO MA 01752-3016 |
| EVERGREEN UTILITIES & HIGH INCOME FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN VARIABLE ANNUITY CORE BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN VARIABLE ANNUITY HIGH INCOME FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVOLUTION MARKETS LLC | 10 BANK STREET WHITE PLAINS NY 10606 |
| EVOLUTION MARKETS LTD | 10 BANK STREET WHITE PLAINS NY 10606 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DIRECTORS C/O. WILMINGTON TRUST SP SECURITIES (LONDON) LTD. FIFTH FLOOR, 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| EXCALIBUR FUNDING NO 1 PLC | FLOOR NEW YORK NY 10005 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXCALIBUR FUNDING NO 1 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCO PARTNERS OPERATINGPARTNERSHIP LP | 12377 MERIT DRIVE, SUITE 1700 DALLAS TX 75251 |
| EXCO RESOURCES INC | HAYES AND BOONE, LLP 901 MAIN STREET – SUITE 3100 DALLAS TX 75202-3789 |
| EXELON GENERATION COMPANY LLC | EXELON CORPORATION 10 SOUTH DEARBORN, 37TH FLOOR CHICAGO IL 60603 |
| EXELON GENERATION COMPANY, LLC | ATTN: CREDIT DEPARTMENT 300 EXELON WAY KENNETT SQUARE PA 19348 |
| EXELON GENERATION COMPANY, LLC | ATTN: LEGAL DEPARTMENT 300 EXELON WAY KENNETT SQUARE PA 19348 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | ATTN: KEVIN J. O#APPOSLEARY EXETER HOSPITAL INC. AND EXETER HEALTHCARE INC. 5 ALUMNI DRIVE EXETER NEW HAMPSHIRE 3833 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | ATTN: KEVIN J. O'LEARY EXETER HOSPITAL INC. AND EXETER HEALTHCARE INC. 5 ALUMNI DRIVE EXETER NEW HAMPSHIRE 3833 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | 5 ALUMNI DRIVE EXETER NH 03833 |
| EXPORT IMPORT BANK OF CHINA | MR. WANG HONGWEI, ASST. GENERAL MANAGER THE EXPORT-IMPORT BANK OF CHINA NO. 77 BEIHEYAN STREET, DONGCHENG DISTRICT BEIJING 100009 PUERTO RICO |
| EXPORT IMPORT BANK OF CHINA | THE EXPORT-IMPORT BANK OF CHINA NO. 77 BEIHEYAN STREET, DONGCHENG DISTRICT BEIJING 100009 SWITZERLAND |
| EXPRINTER INTERNATIONAL BANK N.V. | MIKE HOWLIN SAN MARTIN 136 10004 BUENOS AIRES ARGENTINA |
| EXPRINTER INTERNATIONAL BANK N.V. | SAN MARTIN 136 BUENOS AIRES ARGENTINA |
| EXTENDICARE HEALTH SERVICES INC | ATTN: ROCH CARTER, GENERAL COUNSEL 111 WEST MICHIGAN STREET MILWAUKEE WI 53204 |
| EXTENDICARE HEALTH SERVICES INC | 111 WEST MICHIGAN STREET MILWAUKEE WI 53203 |
| EXUM RIDGE CBO 2006-1 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-2 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP CHICAGO IL 60303-4080 |
| EXUM RIDGE CBO 2006-3, LTD. | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-4 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-4 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-5, LTD. C/O MAPLES FINANCE LTD P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-5 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-5 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2007-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-1, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2007-1, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2007-2, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2007-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | GAS CONTROLLER; MARK SKAIFE, MANAGER EXXONMOBIL HOUSE ERMYN WAY LEATHERHEAD SURREY KT22 8UX UNITED KINGDOM |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | ST. CATHERINE#APPOSS HOUSE 2 KINGSWAY PO BOX 394 LONDON WC2B 6WG UNITED KINGDOM |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | EXXONMOBIL HOUSE ERMYN WAY LEATHERHEAD SURREY KT22 8UX UNITED KINGDOM |
| F.F. THOMPSON HEALTH SYSTEM | 350 PARRISH STREET CANANDAIGUA NY 14424 |
| F0026 / FIDELITY INVESTMENT GRADE BOND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |

| Claim Name | Address Information |
|---|---|
| FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F0032 / FIDELITY INTERMEDIATE BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F0040 / FIDELITY ADVISOR MORTGAGE SECURITIES FUND | VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| F0040 / FIDELITY ADVISOR MORTGAGE SECURITIES FUND | COUNTERPARTY NAME MERRIMACK NH 03054 |
| F0087 / FIDELITY ADVISOR INTERMEDIATE BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | ATTN: ASSISTANT TREASURER COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | ATTN: VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | COUNTERPARTY NAME MERRIMACK NH 03054 |
| FABRIKANT, CHARLES | 460 PARK AVENUE 12TH FLOOR NEW YORK NY 10022 |
| FAIRFAX EMPLOYEES RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FAIRFAX EMPLOYEES RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FAIRFAX FINANCIAL HOLDINGS | FAIRFAX FINANCIAL HOLDINGS LIMITED 95 WELLINGTON STREET WEST, SUITE 800 TORONTO ON M5J 2N7 CANADA |
| FAIRFIELD NORTH TEXAS | FAIRFIELD NORTH TEXAS 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| FAIRFIELD NORTH TEXAS | ATTN: BARTON R. ROBERTSON C/O APARTMENT RENOVATION GROUP 1420 SOUTH MILLS AVENUE, SUITE M LODI CA 95242 |
| FAIRFIELD NORTH TEXAS | 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| FAIRWAY FINANCE COMPANY, LLC | ATTN: JILL GORDON / ORLANDO FIGUEROA C/O LORD SECURITIES CORPORATION 48 WALL STREET, 27TH FLOOR NEW YORK NY 10005 |
| FAIRWAY FINANCE COMPANY, LLC | HARRIS NESBITT CORP., US SECURITIZATION GROUP 115 S. LASALLE STREET, 13TH FLOOR CHICAGO IL 60603 |
| FAITH BAPTIST CHURCH | ATTN: RISK MANAGEMENT AND ADVISORY GROUP C/O B.C. ZIEGLER AND COMPANY 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| FAITH BAPTIST CHURCH | FAITH PROPERTIES INC. 5526 STATE ROAD 26 EAST LAFAYETTE IN 47905 |
| FALCON | 1601 NORTHWEST EXPRESSWAY SUITE 1600 P.O. BOX 54525 OKLAHOMA CITY OK 73118 |
| FALCON FAMILY L.P. | C/O FALCON MANAGEMENT CORPORATION 400 W MAIN STREET WYCKOFF NJ 07481-1420 |
| FALCON MANAGEMENT CORPORATION | C/O FALCON MANAGEMENT CORPORATION C/O FALCON MANAGEMENT CORPORATION 400 W MAIN STREET WYCKOFF NJ 07481-1420 |
| FAM FUND - ABSOLUTE RETURN | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 18 RUE ALDRIGEN LUXEMBOURG L1122 LUXEMBOURG |
| FAM FUND - ABSOLUTE RETURN | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FAR EASTERN INTERNATIONAL BANK | ATTN: MS. ANLI MA / MR. CIGER WU, CORPORATE DEPARTMENT 26/F, NO. 207, SEC. 2 TUN HWA S. TAIPEI R.O.C. TAIWAN |
| FAR EASTERN INTERNATIONAL BANK | 2/F, NO. 30, SEC. 1 CHUNG KING N. ROAD TAIPEI R.O.C. TAIWAN |
| FBE LIMITED | 111 BROADWAY NEW YORK NY 10006 |
| FCH | KAROLYI MIHALY UTCA 12 / ND FL BUDAPEST 1053 HUNGARY |
| FCI HOLDINGS I LTD | FCI HOLDINGS I LD. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FCOF SECURITIES LTD | FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK NY 10105 |
| FEC FINANCIAL ENGINEERING | FEC FINANCIAL ENGINEERING CONSULTING GMBH KATHARINENSTR. 9 HAMBURG D-20457 GEORGIA |
| FEDERAL EXPRESS CORP EMPLOYEE PENSION PLAN | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF ATLANTA | 1475 PEACHTREE STREET, NE ATLANTA GA 30309 |
| FEDERAL HOME LOAN BANK OF BOSTON | 111 HUNTINGTON AVENUE BOSTON MA 02199 |

| Claim Name | Address Information |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO | 111 EAST WACKER DRIVE 7TH FLOOR CHICAGO IL 60601 |
| FEDERAL HOME LOAN BANK OF CINCINNATI | 221 E 4TH STREET SUITE 1000 CINCINNATI OH 45202 |
| FEDERAL HOME LOAN BANK OF DALLAS | ATTN: MICHAEL SIMS, SVP, CFO 8500 FREEPORT PARKWAY SOUTH SUITE 100 IRVING TX 75063-2547 |
| FEDERAL HOME LOAN BANK OF DALLAS | P.O. BOX 619026 DALLAS/FT. WORTH TX 75261-9026 |
| FEDERAL HOME LOAN BANK OF DESMOINES | SKYWALK LEVEL 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309-3513 |
| FEDERAL HOME LOAN BANK OF DESMOINES | 907 WALNUT STREET DES MOINES IA 50309 |
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS | 8250 WOODFIELD CROSSING BLVD. INDIANAPOLIS IN 46240 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: CCO 101 PARK AVENUE NEW YORK NY 10178 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTENTION: CCO 101 PARK AVENUE NEW YORK NY 10178-0599 |
| FEDERAL HOME LOAN BANK OF NEW YORK | 101 PARK AVENUE NEW YORK NY 101780599 |
| FEDERAL HOME LOAN BANK OF PITTSBURGH | 601 GRANT STREET PITTSBURGH PA 15219-4455 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | ATTN: STEVEN T. HONDA 600 CALIFORNIA STREET, SUITE 300 SAN FRANCISCO CA 94108 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | 600 CALIFORNIA STREET, SUITE 300 SAN FRANCISCO CA 94108 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | POST OFFICE BOX 7948 SAN FRANCISCO CA 94120 |
| FEDERAL HOME LOAN BANK OF SEATTLE | 1501 FOURTH AVENUE SUITE 1800 SEATTLE WA 98101-1693 |
| FEDERAL HOME LOAN BANK OF TOPEKA | ATTN: MATTHEW D. BOATWRIGHT P.O. BOX 176 ONE SECURITY BENEFIT PL, SUITE 100 TOPEKA KS 66601-0176 |
| FEDERAL HOME LOAN BANK OF TOPEKA | 120 SE 6TH STREET TOPEKA KS 66603 |
| FEDERAL HOME LOAN BANK OF TOPEKA | ONE SECURITY BENEFIT PLACE SUITE 100 P.O. BOX 176 TOPEKA KS 66603 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ASSISTANT GENERAL COUNSEL – SECURITIES 8200 JONES BRANCH DRIVE MAIL STOP 208 MCLEAN VA 22102-3110 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: ASSISTANT GENERAL COUNSEL – SECURITIES 8200 JONES BRANCH DRIVE MAIL STOP 208 MCLEAN VA 22102-3110 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | 1551 PARK RUN DRIVE MCLEAN VA 22102-3110 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ATTN: SVP, TREASURER 4000 WISCONSIN AVE, NW WASHINGTON DC 20016-2899 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | 3900 WISCONSIN AVENUE, NW WASHINGTON DC 20016-2899 |
| FEDERATED DEPARTMENT STORES INC PENSION PLAN MASTE | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| FEDERATED DEPARTMENT STORES INC PENSION PLAN MASTE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| FEDERATED STOCK AND BOND FUND | ATTN: PETER GERMAIN – GENERAL COUNSEL CC: FEDERATED INVESTORS TOWER PITTSBURGH PA 15222 |
| FEDERATED STOCK AND BOND FUND | ATTN: ANDREW P. CROSS CC: REED SMITH LLP PITTSBURGH PA 15219 |
| FEDERATED STOCK AND BOND FUND | FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | ATTN: M. COLE DOLINGER FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | M. COLE DOLINGER FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | ATTN: PETER GERMAIN – GENERAL COUNSEL CC: FEDERATED INVESTORS TOWER PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | CC: REED SMITH LLP PITTSBURGH PA 15219 |
| FELICIAN COLLEGE OF LODI | 101 COLLEGE ROAD EAST PRINCETONNJ 8540 |
| FENWAY CAPITAL | 152 WEST 57TH STREET 59TH FLOOR NEW YORK NY 10019 |
| FENWAY CAPITAL | 10880 WILSHIRE BLVD SUITE 1101 LOS ANGELES CA 90024 |
| FERRERO SPA | PIAZZALE PEITRO FERRERO (CN) – ALBA 12051 ITALY |
| FERRERO SPA | PIAZZALE PEITRO FERRERO ALBA (CN) 12051 ITALY |
| FERRERO TRADING LUX SA | ATTN: TREASURY DEPARTMENT 6E ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| FERRERO TRADING LUX SA | C/O FERRERO UK LTD. 9-11 AWBERRY COURT HATTERS LANE, CROXLEY BUSINESS PARK, WATFORD WD18 8PA UNITED KINGDOM |
| FERRERO TRADING LUX SA | 6E ROUTE DE TREVES L-2633 SENNINGERBERG LUXEMBOURG GEORGIA |

| Claim Name | Address Information |
|---|---|
| FERRERO, PIETRO | 64 AV LEQUIME RHODE ST GENSES BELGIUM |
| FFI FUND LTD. | JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFII-SO CAL EDISON CO RET PLANA/C SCEF5400002FRANK | 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| FH EMERGING MARKETS DEBT FUND LP | C/O FH INTERNATIONAL FINANCIAL ASSET MANAGEMENT 550 MAMARONECK AVENUE HARRISON NY 10528 |
| FIAT FINANCE NORTH AMERICA INC | FIAT FINANCE NORTH AMERICA INC. C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| FIAT GEVA SPA | VIA NIZZA 250 TORINO 10126 ITALY |
| FIDELITY 1-3 YEAR DURATION SECURITIZED BOND CENTRA | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY BALANCED FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY CORPORATE BOND 1-10 YEAR CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY CORPORATE BOND 1-5 YEAR CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GR | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY MANAGED INCOME PORTFOLIO | ATTN: JOHN P. O#APPOSREILLY 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MANAGED INCOME PORTFOLIO | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MANAGED INCOME PORTFOLIO II | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MORTGAGE BACKED SECURITIES FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY PURITAN FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY TACTICAL INCOME CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY TOTAL BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIELD STREET MASTER FUND LTD | 500 FIFTH AVENUE SUITE 4120 NEW YORK NY 10110 |
| FIELD STREET MASTER FUND LTD | C/O OGIER FIDUCIARY SERVICES (CAYMAN) LIMITED QUEENSGATE HOUSE, PO BOX 1234 GRAND CAYMAN KY1-1108 CANADA |
| FIFTH THIRD BANK | 38 FOUNTAIN SQUARE PLAZA M.D. 1090A3 CINCINNATI OH 45263 |
| FIFTH THIRD MORTGAGE COMPANY | 38 FOUNTAIN SQUARE PLAZA M.D. 1090A3 CINCINNATI OH 45623 |
| FIMAT ALTERNATIVE STRATEGIES,INC. | 630 FIFTH AVENUE NEW YORK NY 10111 |
| FINANCE 500 | FINANCE 500, INC. 19762 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| FINANZMINISTERIUM LAND NORDRHEIN WESTALEN | LAND NORDRHEIN-WESTFALEN JAGERHOFSTRASSE 6 DUSSELDORF 40479 GEORGIA |
| FINDOMESTIC BANCA SPA | VIA JACOPO DA DIACCETO 48 VILLA GIULIA FIRENZE 50112 ITALY |
| FINISTERRE GLOBAL OPPORTUNITYMASTER FUND | C/O. FINISTERRE CAPITAL LLP NEW YORK, NY 10019 LONDON W1S 4HA UNITED KINGDOM |
| FINISTERRE GLOBAL OPPORTUNITYMASTER FUND | PO BOX 309GT UGLAND HOUSE, SOUTH CHURCH ST GRAND CAYMAN KY1-1108 CANADA |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 195 ITALY |
| FIP - FONDO IMMOBILI PUBBLICI | INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GES? N° 49 ROMA 187 ITALY |
| FIP - FONDO IMMOBILI PUBBLICI | INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GES? N+ 49 ROMA 186 ITALY |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | ATTN: FERGAL CASSIDY C/O FIR TREE, INC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | ATTN: CASSIDY FERGAL FIR TREE RECOVERY MASTER FUND 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER | CASSIDY FERGAL FIR TREE RECOVERY MASTER FUND 535 FIFTH AVENUE, 31ST FLOOR NEW |

| Claim Name | Address Information |
|---|---|
| FUND LP | YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | FIR TREE VALUE MASTER FUND, L.P. 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | FIR TREE VALUE MASTER FUND, L.P. 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIRMENICH INTERNATIONAL SA | RUE DE LA BERG?RE 7 P.O. BOX 148 MEYRIN 2 CH-1217 SWITZERLAND |
| FIRMENICH INTERNATIONAL SA | ROUTE DE LA PLAINE 45 LA PLAINE GENEVA CH-1283 SWITZERLAND |
| FIRMENICH INTERNATIONAL SA | ROUTE DE LA PLAINE 45 CH-1283 LA PLAINE GENEVA SWITZERLAND |
| FIRST BANK | ATTN: FURMAN ED 11901 OLIVE ST. LOUIS MO 63141 |
| FIRST BANK | 600 JAMES S. MCDONNELL BLVD. M1-199-018 HAZELWOOD MO 63042 |
| FIRST BANKING CENTER | ATTN: JIM SCHUSTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FIRST BANKING CENTER | ATTN: JIM SCHUSTER FIRST BANKING CENTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FIRST BANKING CENTER | FIRST BANKING CENTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FIRST CHOICE POWER LP | ATTN: JEFF WEISER, PRESIDENT 225 E. JOHN CARPENTER FREEWAY IRVING TX 75062 |
| FIRST CHOICE POWER LP | 4100 INTERNATIONAL PLAZA, STE 900 FORT WORTH TX 76109 |
| FIRST COMMERCIAL BANK | COLUMBUS BANK COLUMBUS GA 31901 |
| FIRST COMMERCIAL BANKREF TRUST DEPARTMENT | SECTION 1, 5TH FLOOR TAIPEI 100 TAIWAN, PROVINCE OF CHINA |
| FIRST DATA CORPORATION | ATTN: GENERAL COUNSEL N/A 2121 NORTH 117TH ST NP-30 OMAHA NE 68164 |
| FIRST DATA CORPORATION | ATTN: GENERAL COUNSEL N/A FIRST DATA CORP. 2121 NORTH 117TH ST NP-30 OMAHA NE 68164-3600 |
| FIRST DATA CORPORATION | WORLD FINANCIAL CENTER AMERICAN EXPRESS TOWER 200 VESEY STREET NEW YORK NY 10285 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | DEUTSCHE BANK NATIONAL TRUST CY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FIRST INITIATIVES INSURANCE LT D | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIRST INITIATIVES INSURANCE LT D | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIRST INTERNATIONAL BANK OF ISRAEL | ATTN:  AVNER MARGALIT SHALOM TOWER 9 HA'AM ST., TEL AVIV 65251 ICELAND |
| FIRST INTERNATIONAL BANK OF ISRAEL | SHALOM TOWER 9 AHAD HA#APPOSAM STREET P.O.B. 29036 TEL AVIV 61290 ICELAND |
| FIRST MERIT BANK NA | 3 CASCADE PLAZA AKRON OH 44308-1103 |
| FIRST MIDWEST BANK | ONE PIERCE PLACE, SUITE 1500 P.O. BOX 4169 ITASCA IL 60143-4169 |
| FIRST PUERTO RICO AAA PORTFOLIO TARGET MATURITY FU | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO AAA TARGET MATURITY FUND II INC | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | SANTANDER ASSET MANAGEMENT FIRST P.R. TAX-ADVANTAGED TARGT MAT. FUND I INC. SUITE 1600, SANTADER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPT FUND | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPT FUND | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPTTARGET MATURITY FUND V | SANTANDER ASSET MANAGEMENT FIRST PR TAX-EXEMPT TARGT  MAT FUND V SUITE 1600, SANTADER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX-EXEMPT TARGET MATURITY FUND | FRANK SERRA, VP OPERATIONS SANTANDER ASSET MANAGEMENT FIRST PR TAX-EXEMPT TARGT  MAT FUND V SUITE 1600, SANTADER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST TENNESSEE BANK NA | 4000 HORIZON WAY IRVING TX 75063 |

| Claim Name | Address Information |
|---|---|
| FIRSTBANK OF PUERTO RICO | 1519 PONCE DE LEON, STOP 23 PO BOX 9146 SAN JUAN PR 00908-0146 |
| FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LTD | ATTN: MARTIN GRIFFITHS, MICHELE HUNT C/O CIBC COMMERCE COURT WEST, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LTD | C/O FIRSTCARIBBEAN INTERNATIONAL BANK LIMITED HEAD OFFICE P.O. BOX 503 WARRENS, ST. MICHAEL B822026 BOSNIA AND HERZEGOVINA |
| FIRSTENERGY CORP | 76 S. MAIN STREET AKRON OH 44308 |
| FIRSTENERGY SOLUTIONS CORP | 388 S. MAIN STREET SUITE 500 AKRON OH 44311-4407 |
| FIRSTENERGY SOLUTIONS CORP. | ATTN: WHOLESALE CONTRACT ADMINISTRATION 395 GHENT ROAD AKRON OH 44333 |
| FIRSTENERGY SOLUTIONS CORP. | WHOLESALE CONTRACT ADMINISTRATION 395 GHENT ROAD AKRON OH 44333 |
| FIRSTRUST SAVINGS BANK | FIRSTRUST SAVINGS BANK 15 EAST RIDGE PIKE CONSHOHOKEN, PA PA 19428 |
| FISHERMAN'S LANDING ASSOCIATES | FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD, PITTSBURGH PA 15238 |
| FISHERMAN'S LANDING ASSOCIATES | FISHERMAN'S LANDING ASSOCIATES FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD, PITTSBURGH PA 15238 |
| FISHERMANS LANDING ASSOCIATES INC | ATTN: NICHOLAS PICARSIC C/O FIRST CAPITAL CORPORATION 1350 OLD FREEPORT RD, SUITE 3A PITTSBURGH PA 15238 |
| FIXED INCOME SHARES (SERIES C) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES C) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES M) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES M) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES R) | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES R) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FLA COMMUNITY SERV CORP-WALTON | 70 LOGAN LN. SANTA ROSA BEACH FL 32459 |
| FLAC HOLDINGS LLC | ATTN: CHUCK RUSSELL 700 STATE ROUTE 46 EAST BATESVILLE IN 47006 |
| FLAC HOLDINGS LLC | ATTN: SURVEILLANCE XL CAPITAL ASSURANCE INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| FLAC HOLDINGS LLC | FLAC HOLDINGS LLC 700 STATE ROUTE 46 EAST BATESVILLE IN 47006 |
| FLAGSTONE REINSURANCE HOLDINGS LTD | ATTN: LESLEY COX, CAO CRAWFORD HOUSE HAMILTON HM 11 BELGIUM |
| FLAGSTONE REINSURANCE HOLDINGS LTD | LESLEY COX, CAO FLAGSTONE REINSURANCE HOLDINGS LIMITED CRAWFORD HOUSE 23 CHURCH STREET HAMILTON HM 12 BELGIUM |
| FLAGSTONE REINSURANCE HOLDINGS LTD | FLAGSTONE REINSURANCE HOLDINGS LIMITED CRAWFORD HOUSE 23 CHURCH STREET HAMILTON HM 11 BELGIUM |
| FLATROCK TRUST | ATTN: CORPORATE TRUST DEPARTMENT C/O MONTREAL TRUST COMPANY OF CANADA 100 UNIVERSITY AVENUE 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| FLATROCK TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FLATROCK TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FLATROCK TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FLATROCK TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FLATROCK TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FLATROCK TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FLATROCK TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FLATROCK TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| FLATROCK TRUST | 10286 |
| FLATROCK TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FLATROCK TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FLATROCK TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FLATROCK TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FLATROCK TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FLATROCK TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FLATROCK TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FLETCHER ALLEN HEALTH CARE, VERMONT | C/O MEDICAL CENTER HOSPITAL OF VERMONT COLCHESTER AVENUE BURLINGTON 5401 |
| FLETCHER FIXED INCOME ALPHA FUND LTD | FLETCHER FIXED INCOME ALPHA FUND, LTD. C/O FLETCHER ASSET MANAGEMENT, INC. 48 WALL STREET NEW YORK NY 10005 |
| FLEXIFUND ABSOLUTE RETURN BALANCED | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 19 RUE ALDRIGEN LUXEMBOURG L1123 LUXEMBOURG |
| FLEXIFUND ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FLF ABSOLUTE RETURN GROWTH | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FLF ABSOLUTE RETURN GROWTH | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN STABILITY | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 15 RUE ALDRIGEN LUXEMBOURG L1119 LUXEMBOURG |
| FLF ABSOLUTE RETURN STABILITY | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF OPPORTUNITY WORLD | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 17 RUE ALDRIGEN LUXEMBOURG L1121 LUXEMBOURG |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | ATTN: CHIEF INVESTMENT OFFICER, FIXED INCOME HERMITAGE CENTER 1801 HERMIATE BLVD. 5TH FLOOR TALLAHASSEE FL 32308 |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | 1801 HERMITAGE BOULEVARD-SUITE 100 TALLAHASSEE FL 32308 |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | HERMITAGE CENTER TALLAHASSEE FL 32308 |
| FLORIDA GULF COAST UNIVERSITY | 10501 FGCU BOULEVARD SOUTH FORT MYERS FL 33965-6565 |
| FLORIDA POWER & LIGHT COMPANY | ATTN: CONTRACTS/LEGAL C/O ENERGY MARKETING & TRADING DIVISION MAIL STOP EMT/JB, 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FLORIDA POWER & LIGHT COMPANY | C/O ENERGY MARKETING MAIL STOP EMT/JB, 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FLUOR CORPORATION MASTER RETIREMENT TRUST | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| FLUOR CORPORATION MASTER RETIREMENT TRUST | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| FON FINECO OPTIMUM, FI | IBAÑEZ DE BILBAO 9 – BAJO BILBAO 48009 SPAIN |
| FONCAIXA GARANTIA EUROPA PROTECCION IV FI | INVERCAIXA GESTION S.G.I.I.C., S.A. AV DIAGONAL 621 TORRE 2 7 BARCELONA SPAIN |
| FONCAIXA GARANTIA NAPOLEAN FI | INVERCAIXA GESTION S.G.I.I.C., S.A. AV DIAGONAL 621 TORRE 2 7 BARCELONA SPAIN |

| Claim Name | Address Information |
|---|---|
| FONDBARCLAYS SOLIDEZ V, FONDO DE PENSIONES | PLAZA DE COLON, 1 MADRID 28046 SPAIN |
| FONDO PENSIONE PER IL PERSONALE DELLA BANCA DI ROM | VIALE R.R. PEREIRA 97 ROMA 136 ITALY |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – EURO G | DURATION BONDS C/O GRANTHAM, MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | INCOME PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FONDUERO CAPITAL GARANTIZADO 6 | GESDUERO S.G.I.I.C., S.A. CALLE VELAZQUEZ, 82 MADRID 28001 SPAIN |
| FOOTHILLS PIPE LINES (SOUTH BC) LTD | 450 – 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: CORPORATE TRUST DEPARTMENT C/O U.S. BANK TRUST NATIONAL ASSOCIATION 300 DELAWARE AVENUE, NINTH FLOOR WILMINGTON DE 19801 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: SECURITIZATION OPERATIONS SUPERVISOR FORD MOTOR CREDIT COMPANY LLC ONE AMERICAN ROAD, SUITE 801-C1 DEARBORN MI 48126 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: CORPORATE SECRETARY FORD MOTOR CREDIT COMPANY LLC DEARBORN MI 48126 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: STRUCTURED FINANCE SERVICES C/O THE BANK OF NEW YORK 101 BARCLAY STREET FLOOR 8 WEST NEW YORK NY 10286 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FORD GLOBAL TREASURY, INC. | ATTN: ERIN RHODE FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORD GLOBAL TREASURY, INC. | FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN MI 48126 |

| Claim Name | Address Information |
|---|---|
| FORD MOTOR COMPANY MASTER TRUST | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| FORD MOTOR COMPANY MASTER TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORD MOTOR COMPANY MASTER TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORD MOTOR CREDIT COMPANY | ATTN: ASSISTANT TREASURER FORD MOTOR CREDIT COMPANY - TREASURER#APPOSS OFFIC ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORD MOTOR CREDIT COMPANY | ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORE CONVERTIBLE MASTER FUND LTD | 280 PARK AVENUE 43RD FLOOR NEW YORK NY 10017 |
| FORE ERISA FUND, LTD | ATTN: HENRY TROY 280 PARK AVENUE 43RD FLOOR NEW YORK NY 10017 |
| FORE ERISA FUND, LTD | C/O WALKERS SPV LIMITED PO BOX 908 GT WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| FORE RESEARCH AND MANAGEMENT, LP | HENRY TOY 280 PARK AVENUE , 43RD FLOOR NEW YORK NY 10017 |
| FORE RESEARCH AND MANAGEMENT, LP | HEAD OF PRODUCT STRUCTURING FOR NOTICES MANDATORY COPY TO BE SENT TO: MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FORE RESEARCH AND MANAGEMENT, LP | ATTN: HEAD OF PRODUCT STRUCTURING MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FORE RESEARCH AND MANAGEMENT, LP | ATTN: MICHAEL COLINS MAN MAC 1 LTD. C/O ARGONAUT LIMITED ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BELGIUM |
| FORE RESEARCH AND MANAGEMENT, LP | MICHAEL COLINS MAN MAC 1 LTD. C/O ARGONAUT LIMITED ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM 09 BELGIUM |
| FORE RESEARCH AND MANAGEMENT, LP | 280 PARK AVENUE , 43RD FLOOR NEW YORK NY 10017 |
| FORE RESEARCH AND MANAGEMENT, LP | FOR NOTICES MANDATORY COPY TO BE SENT TO: MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FOREST CITY CAPITAL CORPORATION | SALLY INGBERG 1170 TERMINAL TOWER 50 PUBLIC SQUARE CLEVELAND OH 44113-2203 |
| FOREST CITY CAPITAL CORPORATION | ED PELAVIN 50 PUBLIC SQUARE, SUITE 1360 CLEVELAND OH 44113 |
| FOREST CITY CAPITAL CORPORATION | 50 PUBLIC SQUARE, SUITE 1360 CLEVELAND OH 44113 |
| FOREST CITY CAPITAL CORPORATION | 1170 TERMINAL TOWER 50 PUBLIC SQUARE CLEVELAND OH 44113-2203 |
| FOREST CREEK APARTMENTS | 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| FOREST CREEK APARTMENTS | FOREST CREEK APARTMENTS 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| FOREX CAPITAL MARKETS LLC | ATTN: KEN GROSSMAN FINANCIAL SQUARE - 32 OLD SLIP, 10TH FLOOR NEW YORK NY 10005 |
| FOREX CAPITAL MARKETS LLC | ATTN: DAVID S. SASSOON - GENERAL COUNSEL FINANCIAL SQUARE 32 OLD SLIP, 10TH FLOOR NEW YORK NY 10005 |
| FOREX CAPITAL MARKETS LLCFOREIGN EXCHANGE DEPT | FINANCIAL SQUARE 32 OLD SLIP, 10TH FLOOR NEW YORK NY 10005 |
| FORSTA AP-FONDEN | P.O. BOX 16294 SE-103 25 STOCKHOLM VISITORS: SKEPPSBRON 2 SWEDEN |
| FORT DEARBORN LIFE INSURAN | 1020 31ST STREET DOWNERS GROVE IL 60515-5591 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | ATTN: HOWARD LODGE; DAN CARTER FORT WASHINGTON INVESTMENT ADVISORS, INC. 303 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | ATTN: HOWARD LODGE; DAN CARTER / WITH A COPY TO WESTERN #AMPER SOUTHERN FINANCIAL G FORT WASHINGTON INVESTMENT ADVISORS, INC. 303 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | WESTERN #AMPER SOUTHERN FINANCIAL GROUP 400 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON FIXED INCOME ALPHA LLC | ATTN: JEFFREY MEEK 303 BROADWAY, SUITE 1200 CINCINNATI OH 45202 |
| FORT WASHINGTON FIXED INCOME ALPHA LLC | WESTERN 400 BROADWAY CINCINNATI OH 45202-3312 |
| FORT WORTH TEXAS EMPLOYEE RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORT WORTH TEXAS EMPLOYEE RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORTIS BANK (NEDERLAND) N.V. | ROKIN 55, 1012 KK AMSTERDAM NIGER |
| FORTIS BANK AS | FORTIS BANK AS RUE ROYALE 20 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | ATTN: H. VAN VERRE WARANDEBERG 3 BRUSSELS 1000 BELGIUM |

| Claim Name | Address Information |
|---|---|
| FORTIS BANK NV/SA | H. VAN VERRE WARANDEBERG 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | ATTN: HILDE VAN VERRE/VERONIQE DE SCHEPPER MONTAGNE DU PARC, 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | 520 MADISION AVENUE NEW YORK NY 10022 |
| FORTIS BANK NV/SA | MONTAGNE DU PARC, 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA (EFET POWER) | 3, MONTAGNE DU PARC BRUSSELS 1000 BELGIUM |
| FORTIS BANQUE LUXEMBOURG SA | 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 GEORGIA |
| FORTIS BANQUE LUXEMBOURG SA | BANQUE GENERALE DU LUXEMBOURG S.A. LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS ENERGY MARKETING & TRADING | 1100 LOUISIANA, SUITE 4900 HOUSTON TX 77002 |
| FORTIS FINANCE NV | ARCHIMEDESLAAN 6 UTRECHT, BA 3584 THAILAND |
| FORTIS L FUND BOND WORLD | C/O FORTIS INVESTMENT MANAGEMENT NV STERREKUNDELAAN 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FORTIS SOLUTIONS TACTICAL STRATEGY | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY GROWTH | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY GROWTH | FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 16 RUE ALDRIGEN LUXEMBOURG L1120 LUXEMBOURG |
| FORTIS/CSA L COMMODITY WORLD | AVENUE DE L#APPOSASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTISSIMO FUND | ATTN: MS. ANGELA MCKILLEN, DIRECTOR OF OPERATIONS FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| FORTISSIMO FUND | MS. ANGELA MCKILLEN, DIRECTOR OF OPERATIONS FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| FORTISSIMO FUND | MR. PARTA TOSIN WITH A COPY TO: BNY ALTERNATIVE INVESTMENT SERVICES SAN FRANCISCO CA 94105 |
| FORTISSIMO FUND | BNY ALTERNATIVE INVESTMENT SERVICES SAN FRANCISCO CA 94105 |
| FORTRESS INV GROUP LLC /FORTRESS INV FD V (FUND A) | ATTN: LINH HA FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INV GROUP LLC /FORTRESS INV FD V (FUND A) | FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) L | ATTN: DEMETRIOS TSERPELIS FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) LP FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) L | FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT GROUP LLC | 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES | FORTRESS MORT. OPPORT. MASTER FUND SERIES 2 LP C/O FORTRESS MORTGAGE OPPORTUNITIES ADVISORS LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | ATTN: CHRISTINE YEE 515 S. FLOWER STREET, SUITE 4310 LOS ANGELES CA 90071 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | ATTN: JEFF TRAVERS CC: PFPC TRUST COMPANY PHILADELPHIA PA 19103-7094 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | CC: FIRST TRUST ADVISORS L.P. LISLE IL 60532 |
| FOXCROFT ACADEMY | ATTN: DR. RAY WEBB TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ATTN: DONNA HATHAWAY TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ATTN: SHIRLEEN VAINIO TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ADDRESS FOR NOTICES TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET |

| Claim Name | Address Information |
|---|---|
| FOXCROFT ACADEMY | DOVER-FOXCROFT ME 04426 |
| FPCM INFLATION-LINKED OPPORTUNITIES FUND | ATTN: MICHAEL BAEK FIRST PRINCIPLES CAPITAL MANAGEMENT LLC 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| FPCM INFLATION-LINKED OPPORTUNITIES FUND | C/O WALKERS SPV LIMITED P.O. BOX 908GT, WALKERS HOUSE, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| FPL ENERGY POWER MARKETING, INC | ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, INC. | 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FR ACQ CORP EUROPE LTD | FIRTH HOUSE P O BOX 644, MEADOWHALL ROAD SOUTH YORKSHIRE, SHEFFIELD S9 1JD ENGLAND |
| FRANCISCAN AT ST. LEONARD | 8100 CLYO ROAD CENTERVILLE, OH OH 45458 |
| FRANCISCAN SISTERS OF CHRISTIAN CHARITY HEALTHCARE | 18000 W. SARAH LANE, SUITE 140 BROOKFIELD WI 53005-5843 |
| FRANK M. PARIS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| FRANK RUSSELL INVESTMENT (IRELAND) LIMITED | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRANK RUSSELL INVESTMENT COMPANY GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FRANK RUSSELL INVESTMENT COMPANY GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FRANKLIN COUNTY PUD | 1411 WEST CLARK P.O. BOX 2407 PASCO WA 99302 |
| FRANKLIN LOW DURATION TOTAL RETURN FUND | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN SAVINGS BANK | FRANKLIN SAVINGS BANK 387 CENTRAL STREET P.O. BOX 339 FRANKLIN NH 03235 |
| FRANKLIN TEMPLETON INVESTMENT FUNDS - TEMPLETON GL | FUND C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN TEMPLETON INVESTMENTS | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN TOTAL RETURN FUND | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN UNITED METHODIST HOME | 1070 WEST JEFFERSON ST. FRANKLIN 46131 |
| FRANKLIN W. OLIN COLLEGE OF ENGINEERING, INC | OLIN WAY NEEDHAM MA 02492-1200 |
| FREDDIE MAC FOUNDATION INC | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7094 |
| FREDDIE MAC FOUNDATION INC | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| FREDDIE MAC FOUNDATION INC | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FREEDOM FORUM INC | 555 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20001 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CANADA |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREEDOM PARK CDO LIMITED SPC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| 2005-1 | STREET 3RD FLOOR BOSTON MA 02110 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREELAND, JOHN G. | 1241 GULF OF MEXICO DRIVE – 1103 LONGBOAT KEY FL 34228 |
| FREESCALE SEMICONDUCTOR INC RETIREMENT SAVINGS TRU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FREESCALE SEMICONDUCTOR INC RETIREMENT SAVINGS TRU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FREESCALE SEMICONDUCTORS INC | 6501 WILLIAM CANNON DRIVE WEST AUSTIN TX 78735 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | CLIENT MANAGER – FREEMONT 2006 – E WELLS FARGO BANK N.A. AS TRUST ADMINISTRATOR ON BEHALF OF FREEMONT HOME LOAN TRUST 2006-E COLUMBIA MD 21045 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| FREMONT HOME LOAN TRUST 2006-E | STREET, FLOOR 14 NEW YORK NY 10016 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FREMONT HOME LOAN TRUST 2006-E | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FRESNO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| FRESNO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| FRIC FIXED INCOME III FUND | C/O DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| FRIC MULTI-STRATEGY BOND FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRIC RUSSELL COM | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRIENDSHIP VILLAGE OF TEMPE | 2645 EAST SOUTHERN AVENUE TEMPE AZ 85282 |
| FRIENDSHIP VILLAGE OF WEST COUNTY INC | 15201 OLIVE BLVD CHESTERFIELD MO 63017 |
| FROLEY, REVY ALTERNATIVE STRATEGIES MASTER FND LTD | C/O FROLEY, REVY INVESTMENT COMPANY, INC. 10900 WILSHIRE BOULEBARD, SUITE 900 LOS ANGELES CA 90024 |
| FRONTPOINT GLOBAL EMERGING MARKETS FUND LP | ATTN: GENERAL COUNSEL FRONT POINT GLOBAL EMERGING MARKET FUND, L.P. C/O FRONTPOINT PARTNERS LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT GLOBAL EMERGING MARKETS FUND LP | FRONT POINT GLOBAL EMERGING MARKET FUND, L.P. C/O FRONTPOINT PARTNERS LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP | FRONTPOINT PARTNERS, LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT STRATEGIC CREDIT FUND LP | C/O FRONTPOINT PARTNERS LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRS - CMB13CAMPBELLS SOUP COMPANY RETIREM | PIMCO 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| FSA CREDIT PROTECTION TRUST 265 | FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 265 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA CREDIT PROTECTION TRUST 283 | FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FULLER THEOLOGICAL SEMINARY | 135 NORTH OAKLAND AVENUE PASADENA CA 91182 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DIRECTORS FULLERTON DRIVE CDO LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENS GATE HOUSE SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CANADA |
| FULLERTON DRIVE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FULLERTON DRIVE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FULLERTON DRIVE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FULLERTON DRIVE CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FULLERTON DRIVE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FULLERTON DRIVE CDO LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| FULLERTON DRIVE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FULLERTON DRIVE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FULLERTON DRIVE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FULLERTON DRIVE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FULLERTON DRIVE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FULLERTON DRIVE CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FULTON DEKALB HOSPITAL AUTHORITY | 80 JESSE HILL DRIVE, SE. P.O. BOX 26135 ATLANTA GA 30303-3050 |
| FULTON GA (COUNTY OF) | 141 PRYOR ST. ATLANTA GA 30303 |
| FXCM ASIA LIMITEDC/O FOREX CAPITAL MARKETS LLCFORE | FOR SECTIONS 5, 6, 11, OR 13, SEND COPY TO: FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FXCM ASIA LTD | ATTN: DIRECTOR OF TRADING OPERATIONS FXCM ASIA, LTD. C/O FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FXCM ASIA LTD | DIRECTOR OF TRADING OPERATIONS FXCM ASIA, LTD. C/O FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FXCM ASIA LTD | ATTN: GENERAL COUNSEL FOR SECTIONS 5, 6, 11, OR 13, SEND COPY TO: FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| GA FUND L SICAV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GA FUND L SICAV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GABRIEL CAPITAL LP | ATTN: MICHAEL J. ACHILARRE GABRIEL CAPITAL, L.P. 450 PARK AVENUE, 32ND FLOOR NEW YORK NY 10022 |
| GABRIEL CAPITAL LP | 450 PARK AVENUE, 32ND FLOOR NEW YORK NY 10022 |
| GALA GROUP FINANCE LTD | GLEBE HOUSE VICARAGE DRIVE BARKING IG11 7NS UNITED KINGDOM |
| GALESBURG IL (CITY OF) | P. O. BOX 1387 GALESBURGIL IL 61402-1387 |
| GALLERY QMS MASTER FUND LTD (THE) | C/O HORTON POINT LLC 825 THIRD AVENUE NEW YORK NY 10022 |
| GAM STAR EUR BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GANDOLFI INVESTMENTS LLC | 260 LONG RIDGE RD STAMFORD CT 06927 |
| GANDOLFI INVESTMENTS LLC | C/O SCOTT I. CANEL ASSOCIATES 10 S. LASALLE STREET, SUITE 3440 CHICAGO IL 60603 |
| GANDOLFI INVESTMENTS LLC | GANDOLFI INVESTMENTS LLC C/O SCOTT I. CANEL ASSOCIATES 10 S. LASALLE STREET, SUITE 3440 CHICAGO IL 60603 |
| GARLAND BUSINESS | 452 FIFTH AVENUE 6TH FLOOR NEW YORK NY 10018 |
| GASELYS | ATTN: HEAD OF CREDIT RISK COLISEE IV – 14, RUE FRUCTIDOR FRANCE |
| GASELYS | COLISEE IV – 14, RUE FRUCTIDOR FRANCE |
| GASTON CHRISTIAN SCHOOL | 1625 LOWELL-BETHESDA ROAD GASTONIA 28056 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. SOCIETE ANONYME, R.C.S:B-125.919 1, ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | 02116 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GE CAPITAL SERVICIOS ADMINISTRATIVOS SA DE CV | PROLONGACION REFORMA 490 3RD FLOOR MEXICO CITY 01271 MONTENEGRO, REPUBLIC OF |
| GE FINANCIAL MARKETS | GENERAL ELECTRIC CAPITAL CORPORATION 201 HIGH RIDGE ROAD STAMFORD CT 06927 |
| GE FINANCIAL MARKETS | LE POLE HOUSE SHIP STREET GREAT DUBLIN 8 IRAN (ISLAMIC REPUBLIC OF) |
| GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT | ATTN: SR. VICE PRESIDENT C/O GENERAL ELECTRIC CAPITAL 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT | GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT C/O GENERAL ELECTRIC CAPITAL 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GEMOLOGICAL INSTITUTE OF AMERICA INC | THE ROBERT MOUAWAD CAMPUS 5345 ARMADA DRIVE CARLSBAD CA 92008 |
| GEMSTONE CDO VI LTD | ATTN: CDO BUSINESS UNIT – GEMSTONE C/O DEUTHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW#APPOSS PLACE SANTA ANA CA 92705 |
| GEMSTONE CDO VI LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GEMSTONE CDO VI LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GEMSTONE CDO VI LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GEMSTONE CDO VI LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GEMSTONE CDO VI LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GEMSTONE CDO VI LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GEMSTONE CDO VI LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GEMSTONE CDO VI LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GEMSTONE CDO VI LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GEMSTONE CDO VI LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| GEMSTONE CDO VI LTD | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GEMSTONE CDO VI LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GEMSTONE CDO VI LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GEMSTONE CDO VI LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GEMSTONE CDO VI LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GEMSTONE CDO VI LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GEMSTONE CDO VI LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT GEORGE TOWN, GRAND CAYMAN CANADA |
| GENERAL ELECTRIC CAPITAL CORPORATION | 3135 EASTON TURNPIKE FAIRFIELD CT 68280001 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 201 HIGH RIDGE ROAD STAMFORD CT 06927 |
| GENERAL ELECTRIC CAPITAL CORPORATION | GENERAL ELECTRIC CAPITAL CORPORATION 3135 EASTON TURNPIKE FAIRFIELD CT 06828-0001 |
| GENERAL ELECTRIC PENSION TRUST | 3001 SUMMER STREET, P.O. BOX 7900 STAMFORD CT 06904-7900 |
| GENERAL MOTORS ACCEPTANCE CORP | ATTN: SWAP GROUP 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GENERAL MOTORS ACCEPTANCE CORP | 3031 WEST GRAND BOULEVARD NEW CENTER ONE, SUITE 695 DETROIT MI 48202 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN: GENERAL COUNSEL GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN: MANAGING DIRECTOR, GLOBAL FIXED INCOME GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN:MANAGING DIRECTOR, NORTH AMERICA FIXED INCOME GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL PENSION PLAN OF INTERNATIONAL UNION OF OPE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENERAL PENSION PLAN OF INTERNATIONAL UNION OF OPE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENERAL RE FINANCIAL PRODUCTSCORPORATION | ATTN: HEAD OF OPERATIONS ROCKEFELLER CENTER 630 FIFTH AVENUE, SUITE 450 NEW YORK NY 10111 |
| GENERALI INVESTMENTS ITALY SPAABSOLUTE RETURN CRED | GENERALI SGR SPA VIA CESARE PAVESE ROME 30500144 ITALY |
| GENERIC PROTECTION BIK F LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GENERIC PROTECTION BIK F LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GENERIC PROTECTION BIK F LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GENERIC PROTECTION BIK F LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GENERIC PROTECTION BIK F LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GENERIC PROTECTION BIK F LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GENERIC PROTECTION BIK F LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GENERIC PROTECTION BIK F LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GENERIC PROTECTION BIK F LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| GENERIC PROTECTION BIK F LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GENERIC PROTECTION BIK F LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GENERIC PROTECTION BIK F LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GENERIC PROTECTION BIK F LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GENERIC PROTECTION BIK F LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GENERIC PROTECTION BIK F LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GENESEE CA (COUNTY OF) EMPLOYEES RETIREMENT SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENESEE CA (COUNTY OF) EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | ATTN: CORPORATE TREASURY; GLOBAL FUNDING OPERATION C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | GENWORTH LIFE AND ANNUITY INSURANCE COMPANY C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE INSURANCE COA/C GENWORTH LIFE INS CO | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPAN Y | GENWORTH LIFE INSURANCE COMPAN Y C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE INSURANCE COMPAN Y | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPAN Y | C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE INSURANCE COMPANY OF NEW YORK | ATTN: TREASURY MIDDLE OFFICE 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPANY OF NEW YORK | BANK OF NEW YORK ONE WALL STREET NEW YORK NY 10286 |
| GENWORTH VIT – GENWORTH PUTNAM INTERNATIONAL | CAPITAL OPPORTUNITIES FUND PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| GEORGE B KAISER | 6733 S. YALE AVENUE TULSA OK 74136 |
| GEORGE L LINDEMANN JR. DECL OF TRST UAD 1-26-04 | 1736 WEST 28TH ST MIAMI FL 33140 |
| GEORGE PUTNAM FUND OF BOSTON | C/O PUTNAM INVESTMENTS 30 DAN ROAD CANTON MA 02021 |
| GEORGE PUTNAM FUND OF BOSTON | C/O PUTNAM INVESTMENTS ONE BOSTON SQUARE BOSTON MA 02109 |
| GEORGETOWN UNIVERSITY | ATTN: SUSAN LIM / CHRISTOPHER AUGOSTINI RYAN ADMINISTRATION BLDG 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GEORGETOWN UNIVERSITY | RYAN ADMINISTRATION BUILDING 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GEORGETOWN UNIVERSITY | PO BOX 571217 NW WASHINGTON DC 20057 |
| GEORGIA POWER COMPANY | ATTN: LONG EARL SOUTHERN COMPANY SERVICE, INC. 270 PEACHTREE STREET N. W., SUITE 2000 ATLANTA GA 30303 |
| GEORGIA POWER COMPANY | ATTN: EARL LONG SOUTHERN COMPANY SERVICE, INC. BIN SC1407 30 IVAN ALLEN JR. BOULEVARD NW ATLANTA GA 30308 |
| GEORGIA POWER COMPANY | SOUTHERN COMPANY SERVICE, INC. 270 PEACHTREE STREET N. W., SUITE 2000 ATLANTA GA 30303 |
| GEORGIA POWER COMPANY | SOUTHERN COMPANY SERVICES, INC BIN SC 1407 30 IVAN ALLEN JR. BOULEVARD NW ATLANTA GA 30308 |
| GEORGIA-PACIFIC CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GEORGIA-PACIFIC CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| GERALD B. CRAMER REVOCABLE TRUST | 707 WESTCHESTER AVE WHITE PLAINS NY 10604 |
| GERALD DONINI AND LISA DONINI | 46 FERNWOOD ROAD SUMMIT NJ 07901 |
| GERMANIA STREET, L.L.C | C/O KC VENTURE GROUP, L.L.C. 800 W. 47TH STREET SUITE 300 KANSAS CITY MT 64112 |
| GESB GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GESB GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GESMADRID/ALTAE BRIC | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6ª PLANTA MADRID 28046 SPAIN |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | CALLE DEL PINTOR SOROLLA, 4-6A VALENCIA 46002 SPAIN |
| GFI BROKERS LTD (UK) | BROADGATE WEST LONDON EC2A 2DQ UNITED KINGDOM |
| GIANTS STADIUM LLC (FSA INSURED) | MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 CC. FINANCIAL SECURITY ASSURANCE INC EAST RUTHERFORD NJ 07073 |
| GIANTS STADIUM, LLC | MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 CC. FINANCIAL SECURITY ASSURANCE INC EAST RUTHERFORD NJ 07073 |
| GIC REAL RETURN ACCOUNT | GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD 168 ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SLOVENIA |
| GIFFORD MEDICAL CENTER | PO BOX 2000 44 SOUTH MAIN STREET RANDOLPH VT 05060 |
| GILA RIVER POWER LP | C/O ENTEGRA POWER GROUP LLC 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GINGA PETROLEUM (SINGAPORE) PTE LTD | 83 CLEMENCEAU AVENUE #15-08 UE SQUARE SINGAPORE 239920 SLOVENIA |
| GIS UK CORPORATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GIS UK CORPORATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GLENCORE COMMODITIES LTD | ATTN: FINANCE DEPARTMENT 301 TRESSER BLVD STAMFORD CT 06901-3244 |
| GLENCORE COMMODITIES LTD | MARC WEISBERGER 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: HEAD OF FINANCE 50 BERKLEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: SWAP OPERATIONS 50 BERKLEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: HEAD OF FINANCE GLENCORE INTERNATIONAL AG BAAREMATTSTRASSE 3 PO BOX 777 BAAR CH-6341 SWITZERLAND |
| GLENCORE COMMODITIES LTD | 3 TEMASEK AVENUE HEX 25-01, CENTENNIAL TOWER 39190 SLOVENIA |
| GLENCORE ENERGY UK LIMITED | ATTN: FINANCE DEPARTMENT 301 TRESSER BLVD STAMFORD CT 06901-3244 |
| GLENCORE ENERGY UK LIMITED | ATTN: FINANCE DEPARTMENT GLENCORE COMMODITIES LTD 301 TRESSER BLVD STAMFORD CT 06901-3244 |
| GLENCORE ENERGY UK LIMITED | MS FENNY SIM/MS SEH KIM FAR/MS KAREN PANG GLENCORE COMMODITIES LTD 3 TEMASEK AVENUE HEX 25-01, CENTENNIAL TOWER [FOR TRANSACTIONS WITH CP#APPOSS SINGAPORE OFFICE] 39190 SLOVENIA |
| GLENCORE ENERGY UK LIMITED | ATTN: HEAD OF FINANCE GLENCORE COMMODITIES LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | ATTN: SWAP OPERATIONS GLENCORE COMMODITIES LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | MARC WEISBERGER GLENCORE ENERGY UK LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | GLENCORE INTERNATIONAL AG BAARERMATTSTRASSE 3 PO BOX 778 BAAR CH-6341 SWITZERLAND |
| GLG CREDIT FUND | HEAD OF CAYMAN OPERATIONS C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREETPO BOX 2427 GEORGE TOWN, GRAND CAYMAN CANADA |
| GLG CREDIT FUND | ROBERT PRICE, HEAD OF OPERATIONS COPY TO - ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG CREDIT FUND | ATTN: ROBERT PRICE, HEAD OF OPERATIONS GLG PARTNERS LP ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG CREDIT FUND | ATTN: ROBERT PRICE, HEAD OF OPERATIONS COPY TO - ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| GLG CREDIT FUND | C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREETPO BOX 2427 GEORGE TOWN, GRAND CAYMAN CANADA |
| GLG EMERGING MARKETS FUND | GLG PARTNERS LP ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | ATTN: HEAD OF CAYMAN OPERATIONS C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREET, PO BOX 2427 GEORGE TOWN CANADA |
| GLG MARKET NEUTRAL FUND | WALKER HOUSE 87 MARY STREET KY1-9002 CANADA |
| GLG MARKET NEUTRAL FUND | C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREET, PO BOX 2427 GEORGE TOWN CANADA |
| GLITNIR | ISLANDSBANKI HF KIRKJUSANDUR 2 155 REYJAVIK CANARY ISLANDS, THE |
| GLOBAL BANK CORPORATION | DARIO BERBEY / LUIS CASTILLERO GLOBAL BANK CORPORATION APDO 55-1843 PAITILLA REUNION, ISLAND OF |
| GLOBAL BANK CORPORATION | GLOBAL BANK CORPORATION APDO 55-1843 PAITILLA PANAMA |
| GLOBAL INCOME & CURRENCY FUND INC | C/O IQ INVESTMENT ADVISORS LLC 4 WORLD FINANCIAL CENTER. 5TH FLOOR NEW YORK NY 10080 |
| GLOBAL INTEREST RATE FUND LTD | ATTN: MR. RICHARD DEMATTEO LOTSOFF CAPITAL MANAGEMENT 20 NORTH CLARK STREET, 34TH FLOOR CHICAGO IL 60602 |
| GLOBAL INTEREST RATE FUND OF THE LCM GROUP TRUST | LOTSOFF CAPITAL MANAGEMENT 20 N. CLARK STREET CHICAGO IL 60602 |
| GLOBAL INVESTORS SERIES PLC UK STERLING LONG AVERA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL INVESTORS SERIES PLC UK STERLING LONG AVERA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE | C/O GLOBAL SECURITIES ADVISOR LLC 401 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | 220 EAST 42ND STREET, 29TH FLOOR NEW YORK NY 10017 |
| GM BRENTWOOD LLC, A WASHINGTON LTD LIABILITY CO | C/O GOODMAN FINANCIAL SERVICES ATTN: JOHN GOODMAN 2801 ALASKAN WAY, PIER 70, SUITE 200 SEATTLE WA 98121 |
| GM EMERGING MARKET DEBT POOL | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GM INTERNATIONAL FIXED INTEREST BONDS PFPV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GM INTERNATIONAL FIXED INTEREST BONDS PFPV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GM MORTGAGE OPPORTUNITY POOL | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GM STRUCTURED CREDIT OPPORTUNITY POOL | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | GMAC COMMERCIAL HOLDING CAPITAL CORP 145 WILLOW CHULA VISTA CA 91910 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | GMAC COMMERCIAL HOLDING CAPITAL CORP. C/O NEWMAN FINANCIAL SERVICES 1801 CALIFORNIA, SUITE 3700 DENVER CO 80202 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | C/O NEWMAN FINANCIAL SERVICES 1801 CALIFORNIA, SUITE 3700 DENVER CO 80202 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAPS ADMINISTRATION GROUP FOR NOTICES OF PAYMENTS AND RATE SETTINGS: GMAC LLC, 200 RENAISSANCE CENTER MAIL CODE:  482-B12-C24 DETROIT MI 48265-2000 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAPS ADMINISTRATION GROUP GMAC LLC 200 RENAISSANCE CENTER MAIL CODE: 482-B12-C24 DETROIT MI 48265-2000 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP COPY TO:  GMAC LLC 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | GMAC INVESTMENT MANAGEMENT LLC 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP GMAC LLC 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | 200 RENAISSANCE CENTER MAIL CODE:  482-B12-C24 DETROIT MI 48265-2000 |
| GMAM - PROMARK ALTERNATIVE HIGH YIELD | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY |

| Claim Name | Address Information |
| --- | --- |
| BOND FD-GREK | 10153 |
| GMAM – PROMARK INCOME FUND – 7MXK | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAM GROUP PENSION TRUST II – GM GLOBAL HIGH QUALI | GRANTHAM MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMAM INVESTMENT FUNDS TRUST – PROMARK HIGH QUALITY | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMO ALPHA LIBOR FUND | GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUND | C/O GRANTHAM MAYO VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUND | 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUNDGMO TRUSTC/O GRANTHA | ATTN: FORREST BERKLEY C/O GRANTHAM MAYO VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC | ATTN: LEGAL DEPT. C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT L.P. | GRANTHAM, MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND PL | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO SHORT DURATION COLLATERAL FUND | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO TRUST ON BEHALF OF CORE PLUS BOND FUND | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO TRUST ON BEHALF OF GMO WORLD OPP OVERLAY FUND | 40 ROWES WHARF BOSTON MA 02110 |
| GODO KAISHA CV6 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: INVESTMENT MANAGER WITHIN LTD UAP MANAGEMENT, 2-2-2, UCHISAIWAICHOU, CHIYODA-KU TOKYO 100-0011 JAPAN |
| GODO KAISHA CV6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GODO KAISHA CV6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GODO KAISHA CV6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GODO KAISHA CV6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GODO KAISHA CV6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GODO KAISHA CV6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GODO KAISHA CV6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GODO KAISHA CV6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GODO KAISHA CV6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GODO KAISHA CV6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GODO KAISHA CV6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| GODO KAISHA CV6 | STREET 16TH FLOOR HOUSTON TX 77002 |
| GODO KAISHA CV6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GODO KAISHA CV6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GODO KAISHA CV6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDENTREE LOAN OPPORTUNITIESV, LIMITEDC/O GOLDENT | PO BOX 1093GT BOUNDARY HALL CRICKET SQUARE GEORGE TOWN CANADA |
| GOLDMAN SACHS & CO | ATTN: FX OPERATIONS GOLDMAN, SACHS 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND LLC | RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND LLC | WITH A COPY TO: GOLDMAN SACHS ASSET MANAGEMENT, L.P. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL | 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL | 30 HUDSON STREET JERSEY CITY NJ 07320 |
| GOLDMAN SACHS CAPITAL MARKETS, LP | ATTN: SWAP ADMINISTRATION GOLDMAN SACHS CAPITAL MARKET 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS CAPITAL MARKETS, LP | 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | OFFSHORE II LP ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | LP C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUN | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUN | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON JERSEY CITY NJ 07302 |
| GOLDMAN SACHS DYNAMICRISK MASTER FUND OFFSHORE LTD | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON JERSEY CITY NJ 07302 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | ATTN; RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD ISLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA FUND, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FD OFFSHORE LTD | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP, 24TH FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP, 24TH FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN SACHS 85 GOLD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN SACHS INTERNATIONAL PETERBOROIGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND LP | ATTN: UMIT ALPTUNA C/O GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET, NEW YORK NY 10004 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND LP | C/O GS INVESTMENT STRATEGIES, LLC 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |

| Claim Name | Address Information |
|---|---|
| OFFSHORE LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | C.O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | ATTN: KENNETH TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND L | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | C/O CLEARY GOTTLIEB STEEN NEW YORK NY 10004 |
| GOLDSBERG CORP. AVV | ATTN: GUYER Y REGULES PLAZA INDEPENDENCIA 811 PB MONTEVIDEO 11100 URUGUAY |
| GOLDSBERG CORP. AVV | CAIXA OF BETICO CROES 85 ORANGE STADT ORANGE STADT ARGENTINA |
| GOOD SAMARITAN HOME, INC. | 601 N BOEKE RD EVANSVILLE 47711 |
| GOODELL LOVING TRUST | 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GOODMORNING SHINHAN SECURITIES CO.,LTD. | GOOD MORNING SHINHAN TOWER, 8F 23-2, YOUIDO-DONG, YOUNGDUNGPO-KU SEOUL 150-712 KOREA |
| GOODWIN HOUSE INCORPORATED | C/O CHRISTIAN BARTON, LLP RICHMOND VA 23219-3095 |
| GOODYEAR TIRE & RUBBER COMPANY COMMON TRUST | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GOODYEAR TIRE & RUBBER COMPANY COMMON TRUST | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| GORDEL HOLDINGS LIMITED | ATTN: JOEL FRANK, CHIEF FINANCIAL OFFICER, LEGAL GORDEL HOLDINGS LIMITED C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GORDEL HOLDINGS LIMITED | GORDEL HOLDINGS LIMITED C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOVERNMENT OF ISRAEL ON BEHALF OF THE STATE OF ISR | 1 KAPLAN ST JERUSALEM 91131 ICELAND |
| GOVERNMENT OF SINGAPORE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNMENT OF SINGAPORE INVEST CORPORATION PTE LTD | 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN:  CHUA LEE MING GOVERNMENT OF SINGAPORE INVEST CORPORATION PTE LTD 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN: LYE POH COON/ISABELLA THAM 168 ROBINSON ROAD #22-03, CAPITAL TOWER 68912 SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | 168 ROBINSON ROAD #22-03, CAPITAL TOWER, SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | 168 ROBINSON ROAD #37-01 CAPITAL TOWER 68912 SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT | GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD 168 ROBINSON ROAD, |

| Claim Name | Address Information |
|---|---|
| CORPORATION PTE | #37-01 CAPITAL TOWER SINGAPORE 68912 SLOVENIA |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SLOVENIA |
| GOVERNMENT SUPERANNUATION FUND AUTHORITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNMENT SUPERANNUATION FUND AUTHORITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GPC 79 LLC | ATTN: JOHN GEBBIA, MANAGING DIRECTOR OF OPERATIONS GPC 79, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH FLOOR NEW YORK NY 10022 |
| GPC 79 LLC | JOHN GEBBIA, MANAGING DIRECTOR OF OPERATIONS GPC 79, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH FLOOR NEW YORK NY 10022 |
| GPC 79 LLC | WEISS MULTI-STRATEGY ADVISERS LLC ONE STATE STREET, 20TH FLOOR HARTFORD CT 06103 |
| GPC LXIV LLC | ATTN: JOHN GEBBIA, MANAGING DIRECTOR GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH STREET NEW YORK NY 10022 |
| GPC LXIV LLC | JOHN GEBBIA, MANAGING DIRECTOR GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH STREET NEW YORK NY 10022 |
| GPC LXIV LLC | ATTN: KEN WEILLER, CHIEF OPERATING OFFICER WITH COPIES TO: CLAREN ROAD ASSET MANAGEMENT, LLC 900 THIRD AVENUE, SUITE 1401 NEW YORK NY 10022 |
| GPC LXIV LLC | KEN WEILLER, CHIEF OPERATING OFFICER WITH COPIES TO: CLAREN ROAD ASSET MANAGEMENT, LLC 900 THIRD AVENUE, SUITE 1401 NEW YORK NY 10022 |
| GPC LXIV LLC | CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| GPMF 06-AR8 | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 06-AR8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 06-AR8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 06-AR8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 06-AR8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 06-AR8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 06-AR8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 06-AR8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 06-AR8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 06-AR8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 06-AR8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 06-AR8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| GPMF 06-AR8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 06-AR8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2006-AR10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2006-AR6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2006-AR6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| GPMF 2006-AR6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR6 1-A1A | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A2A2 | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A2B | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A3B | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2006-AR7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2006-AR7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2006-AR7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2007-AR1 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2007-AR1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2007-AR1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2007-AR1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2007-AR1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| GPMF 2007-AR1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2007-AR1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2007-AR1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2007-AR1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2007-AR1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2007-AR1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2007-AR1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2007-AR1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2007-AR1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2007-AR1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR2 | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| GRACE SCHOOLS INC. | 200 SEMINARY DRIVE WINONA LAKE IN 46590 |
| GRACE VILLAGE HEALTH CARE FACILITIES INC. | 337 GRACE VILLAGE DR. WINONA LAKE IN 46590 |
| GRACIE CREDIT OPPORTUNITIES MASTER FUND LP | GREG PEARSON, CFO GRACIE CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O P #AMPERS CREDIT PARTNERS, LLC 950 3RD AVENUE, 29TH FLOOR NEW YORL NY 10022 |
| GRACIE CREDIT OPPORTUNITIES MASTER FUND LP | GRACIE CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O P #AMPERS CREDIT PARTNERS, LLC 950 3RD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| GRAND RAPIDS MI (CITY OF) GENERAL RETIREMENT SYSTE | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GRAND RAPIDS MI (CITY OF) GENERAL RETIREMENT SYSTE | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GRAND RAPIDS MI (CITY OF) POLICE & FIRE RETIREMENT | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GRAND RAPIDS MI (CITY OF) POLICE & FIRE RETIREMENT | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GRAND TRAVERSE ACADEMY | 1245 HAMMOND ROAD TRAVERSE CITY MI 49686 |
| GRANDON VILLAGE PARTNERS, L.P. | C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GRANDON VILLAGE PARTNERS, L.P. | GRANDON VILLAGE PARTNERS, L.P. C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GRANDVIEW HOSPITAL & MEDICAL CENTER | C/O MONTGOMERY COUNTY HIGHER EDUCATION AND HEALTH 1301 POWELL ST. P.O. BOX 992 MORRISTOWN OH 19404-0992 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE 2007-1-C LTD | 02116 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE 2007-1-C LTD | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE 2007-1-C LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | C/O A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2005-9 | C/O DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LIMITED SERIES 2005-9 | STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | PO BOX 1109 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| GRANITE FINANCE LIMITED SERIES 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2006-11 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2006-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LIMITED SERIES 2006-6 | 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LTD 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LTD 2003-7 | STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-9 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE LTD 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LTD 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE SPC 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE SPC 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE SPC 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE SPC 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE SPC 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE SPC 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE SPC 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE SPC 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE SPC 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE SPC 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE SPC 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE SPC 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE SPC 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE SPC 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE SPC 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE FINANCE SPC 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-10 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-10 | STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-3 | DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-4 | 10286 |
| GRANITE SERIES 2005-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| GRANITE SERIES 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-7 | FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT | 1333 GRAND AVENUE SACRAMENTO CA 95831 |
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION INTER L | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. | BOX 418 MONTVALE NJ 07645 |
| GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GREAT RIVER ENERGY | 17845 EAST HIGHWAY 10 ELK RIVER MN 55330 |
| GREAT SOUTHERN BANK | WILSON RICHARD 430 SOUTH AVENUE SPRINGFIELD MO 65806 |
| GREAT SOUTHERN BANK | 430 SOUTH AVENUE SPRINGFIELD MO 65806 |
| GREAT WEST LIFECO INC | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GREAT WEST LIFECO INC | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GREEN WAY MANAGED ACCT SERIES LTD IN RESPECT TO GR | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| GREEN WAY MANAGED ACCT SERIES LTD IN RESPECT TO GR | ATTN: LEGAL DEPARTMENT C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| GREENBRIER YUGEN KAISHA | ATTN: MR. RICHARD J. REITNECHT C/O ASIA PACIFIC LAND (JAPAN) LIMITED 9F AKASAKA TAMEIKE TOWER MINATO-KU TOKYO 107-0062 TOKYO 107-0062 JAPAN |
| GREENBRIER YUGEN KAISHA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREENBRIER YUGEN KAISHA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| GREENBRIER YUGEN KAISHA | MARKET STREET WILMINGTON DE 19890 |
| GREENBRIER YUGEN KAISHA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREENBRIER YUGEN KAISHA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREENBRIER YUGEN KAISHA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREENBRIER YUGEN KAISHA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREENBRIER YUGEN KAISHA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREENBRIER YUGEN KAISHA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREENBRIER YUGEN KAISHA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREENBRIER YUGEN KAISHA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREENBRIER YUGEN KAISHA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREENBRIER YUGEN KAISHA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREENBRIER YUGEN KAISHA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREENBRIER YUGEN KAISHA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREENBRIER YUGEN KAISHA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREENSPRING VILLAGE INC | C/O ERICKSON RETIREMENT COMMUNITIES 701 MAIDEN CHOICE LANE BALTIMORE MD 21228 |
| GREENVILLE SC (COUNTY OF) | 301 UNIVERSITY RIDGE SUITE 200 COUNTRY SQUARE GREENVILLE SC 29601 |
| GREENVILLE-OXFORD ASSOCIATES, L.P. | JEFF OGDEN C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| GREENVILLE-OXFORD ASSOCIATES, L.P. | C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| GREENWOOD IN (CITY OF) | 520 MONUMENT STREET GREENWOOD SC 29646 |
| GREENWOOD IN (CITY OF) | P.O. BOX 549 GREENWOOD SC 29648 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | NOTICES #AMPER COMMUNICATION TO S#AMPERP INVESTMEN STANDARD #AMPER POOR#APOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | THE DIRECTORS GREYSTONE CDO SPC, SERIES 2006-1 SEGREGATED PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH ST. GRAND CAYMAN CANADA |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | DALE CROWLEY NOTICES OR COMMUNICATION TO MAPLES AND CALDER: MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH ST. GRAND CAYMAN CANADA |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | C/O STANDARD AND POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO SERIES 2006-3 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYSTONE CDO SERIES 2006-3 | C/O STANDARD AND POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| GREYSTONE CDO SERIES 2006-3 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER PO BOX 309 GT, UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| GREYSTONE CDO SERIES 2006-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED, PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYWOLF CAPITAL OVERSEAS FUND | GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF CAPITAL PARTNERS II LP | GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF HIGH YIELD MASTER FUND | GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD | C/O GREYWOLF ADVISORS LLC 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GROUP HEALTH COOPERATIVE OF PUGET SOUND | 320 WESTLAKE AVENUE N., SUITE 100 SEATTLE WA 39109 |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | ATTN: HELMAN LE PAS DE SECHEVAL SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D#APPOS ASTORG 75383 PARIS CEDEX 08 343 115 135 RCS PARIS FRANCE |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | GROUPAMA A M ON BEHALF OF GROUPAMA SA SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D' ASTORG 75383 PARIS CEDEX 08  RCS PARIS 343 115 135 FRANCE |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D' ASTORG 75383 PARIS CEDEX 08 343 115 135 RCS PARIS FRANCE |
| GROVE GARDEN APARTMENTS | C/O M.H. PODELL COMPANY 1201 HOWARD AVENUE BURLINGAME CA 94010 |
| GS CALTEX CORPORATION | GS CALTEX CORPORATION GS TOWER, 679, YOKSAM-DONG, KANGNAM-GU, SEOUL 135-985 KOREA |
| GS QUANT COMMOD MASTER FUND INSTL | ATTN: KARL WIANECKI GOLDMAN SACHS ASSET MANAGEMENT LP 32 OLD SLIP NEW YORK NY 10005 |
| GS QUANT COMMOD MASTER FUND INSTL | GOLDMAN SACHS ASSET MANAGEMENT LP 30 HUDSON ST JERSEY CITY NJ 07302 |
| GSAM 103106 | 32 OLD SLIP NEW YORK NY 10005 |
| GSAM 103106 | 30 HUDSON STREET JERSEY CITY NJ 07320 |
| GSAMI 103031 | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GSB GUARANTOR CORP | ATTN:  TODD SLOTKIN, EVP C/O MACANDREWS 35 EAST 62ND ST NEW YORK NY 10021 |
| GSB GUARANTOR CORP | 35 EAST 62ND ST NEW YORK NY 10021 |
| GSB INVESTMENTS CORP. | C/O MACANDREWS 35 E. 62ND ST NEW YORK NY 10021 |

| Claim Name | Address Information |
|---|---|
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION, GSC CAPITAL CORP. MORTGAGE TRUST 2006-1 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC CREDIT STRATEGIES MASTER FUND LP | GENERAL COUNSEL, GSC PARTNERS GSC CREDIT STRATEGIES MASTER FUND, L.P. C/O GSC PARTNERS 12 E. 49TH STREET NEW YORK NY 10017 |
| GSC CREDIT STRATEGIES MASTER FUND LP | GSC CREDIT STRATEGIES MASTER FUND, L.P. C/O GSC PARTNERS 12 E. 49TH STREET NEW YORK NY 10017 |
| GSC EUROPEAN CDO I SA | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| GSC EUROPEAN CDO I-R SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC EUROPEAN CDO I-R SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC EUROPEAN CDO I-R SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC EUROPEAN CDO I-R SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC EUROPEAN CDO I-R SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO I-R SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC EUROPEAN CDO I-R SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| GSC EUROPEAN CDO I-R SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC EUROPEAN CDO I-R SA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC EUROPEAN CDO I-R SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC EUROPEAN CDO I-R SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC EUROPEAN CDO I-R SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO I-R SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO I-R SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC EUROPEAN CDO I-R SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO IV S.A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC EUROPEAN CDO IV S.A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC EUROPEAN CDO IV S.A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC EUROPEAN CDO IV S.A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC EUROPEAN CDO IV S.A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO IV S.A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC EUROPEAN CDO IV S.A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSC EUROPEAN CDO IV S.A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC EUROPEAN CDO IV S.A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC EUROPEAN CDO IV S.A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC EUROPEAN CDO IV S.A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC EUROPEAN CDO IV S.A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO IV S.A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO IV S.A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC EUROPEAN CDO IV S.A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG I SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG II SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG III SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC PARTNERS CDO FUND IV, LIMITED | C/O GSC GROUP 888 SEVENTH AVENUE NEW YORK NY 10019 |
| GSC PENDULUM FUND I LP | 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| GSEF AL NAWRAZ (CAYMAN) LIMITED | C/O NEWDAWN GSE ASSET MANAGEMENT LIMITED LEVEL 3, EAST WING, THE GATE DUBAI INTERNATIONAL FINANCIAL CENTRE DUBAI UNITED ARAB EMIRATES |
| GSEF AL SAQR (CAYMAN) LTD | C/O NEWDAWN GSE ASSET MANAGEMENT LIMITED LEVEL 3, EAST WING, THE GATE DUBAI INTERNATIONAL FINANCIAL CENTRE DUBAI UNITED ARAB EMIRATES |
| GSO CREDIT OPPORTUNITIES FUND (HELIOS),LP | ATTN: PENNY NKOLAKOPOULOS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO CREDIT OPPORTUNITIES FUND (HELIOS),LP | 280 PARK AVENUE- 11TH FLOOR NEW YORK NY 10017 |
| GSO SPECIAL SITUATIONS FUND LP | ATTN: PENNY NKOLAKOPOULOS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO SPECIAL SITUATIONS FUND LP | 280 PARK AVENUE 11TH FLOOR NEW YORK NY 10017 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | ATTN: PENNY NIKOLAKOPOLOUS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | PENNY NIKOLAKOPOLOUS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 88723 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | GSO CAPITAL CAPITAL PARTNERS LP 280 PARK AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | GSO SPECIAL SITUATIONS OVERSEAS FUND LTD. QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS CANADA |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSW GRUNDBESITZ GMBH & CO KG | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| GUADELETE INVESTMENTS S.A.R.L | IL 60661 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GUADELETE INVESTMENTS S.A.R.L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUAM ECONOMIC DEVELOPMENT AND COMMERCE AUTHORITY | ATTN: ADMINISTRATOR GUAM ECONOMIC DEVELOPMENT AND COMMERCE AUTHORITY ITC BUILDING, SUITE 511 590 SOUTH MARINE DRIVE TAMUNING 96911 GUAM |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | STREET 16TH FLOOR HOUSTON TX 77002 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUAM POWER AUTHORITY | 1911 ROUTE 16 HARMON 96911 GUAM |
| GUAM POWER AUTHORITY | 1911 ROUTE 16 HARMON,  96911 HARMON 96911 GUAM |
| GUGGENHEIM PORTABLE ALPHA SOLUTION SPC OBO SEGREGA | 1299 OCEAN AVENUE SANTA MONICA CA 90401 |
| GUGGENHEIM PORTABLE ALPHA SOLUTION SPC OBO SEGREGA | WILLSHIRE ASSOCIATES INC. C/O GUGGENHEIM PORTABLE ALPHA SOLUTIONS SPC SANTA MONICA CA 90401 |
| GUGGENHEIM PORTFOLIO COMPANY VII LLC | ATTN: WILLIAM RANKEL SCOGGIN LLC 660 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| GUGGENHEIM PORTFOLIO COMPANY VII LLC | GUGGENHEIM PORTFOLIO COMPANY VII, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH FLOOR NEW YORK NY 10022 |
| GULF INTERNATIONAL BANK, BSC | AL- DOWALI BUILDING 3 PALACE AVENUE P.O BOX 1017 MANAMA 0 BOSNIA AND HERZEGOVINA |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: LORI R. FIFE CHAPMAN CHICAGO IL 60603-4080 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: MARK B. MAHONEY THE ROTUNDA BUILDING 4201 CONGRESS STREET, SUITE 475 CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH ST., GEORGE TOWN, GRAND CAYMAN CANADA |
| GULF STREAM COMPASS CLO 2007 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM COMPASS CLO 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM COMPASS CLO 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM COMPASS CLO 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM COMPASS CLO 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM COMPASS CLO 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM COMPASS CLO 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM COMPASS CLO 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM COMPASS CLO 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM COMPASS CLO 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| GULF STREAM COMPASS CLO 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
| --- | --- |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: CORPORATE TRUST U.S. BANK, NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY INC | 14035-L AIRPORT ROAD GULFPORT MS 39503 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | C/O GULF STREAM – SEXTANT CLO 2006-1, LTD. P.O. BOX 1093 QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | 25TH FLOOR CHICAGO IL 60661 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM-COMPASS CLO 2002-1, LTD | C/O GULF STREAM ASSET MANAGEMENT THE ROTUNDA BUILDING SUITE 475 CHARLOTTE NC 28209 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUODIAN TAIZHOU POWER GENERATION CO LTD | XICHENG DISTRIC BEIJING 100034 SWITZERLAND |
| GUODIAN ZHEJIANG BEILUN NO 3 POWER GENERATION CO L | 66 JINGANG WEST ROAD BEILUN ZHEJIANG 315800 SWITZERLAND |
| GUY BUTLER LIMITED | 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| GWK AMTEK LTD. | C/O AMTEK AUTO LIMITED 3, LSC PAMPOSH ENCLAVE, GREATER KAILASH PART-I, NEW DELHI 110048 INDIA |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ANDREW M. STROBER, CFO H/2 CAPITAL PARTNERS THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: MICHAEL OLIVER 540 W. MADISON, 25TH FLOOR CHICAGO IL 60661 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: CDO TRUST SERVICES- H/2 REAL ESTATE CDO LTD. CC. H/2 REAL ESTATE CDO LTD. LASALLE BANK NATIONAL ASSOCIATION 181 W. MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: CDO TRUST SERVICES- H/2 REAL ESTATE CDO LTD. LASALLE BANK NATIONAL ASSOCIATION 181 W. MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| H/2 REAL ESTATE CDO 2006-1 LTD | CC. LASALLE BANK NATIONAL ASSOCIATION PO BOX 1093 QUEENSGATE HOUSE GRAND CAYMAN KY1-1102 CANADA |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| H/2 REAL ESTATE CDO 2006-1 LTD | C/O MAPLES FINANCE LIMITED PO BOX 1093GT - QUEENSGATE HOUSE - SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN KY1-1102 CANADA |
| H/2 SPECIAL OPPORTUNITIES LTD | THREE STAMFORD PLAZA 301 TRESSER BOULEVARD STAMFORD CT 06901 |

| Claim Name | Address Information |
|---|---|
| H/2 SPECIAL OPPORTUNITIES LTD | C/O H/2 SO MANAGER LP THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP | THREE STAMFORD PLAZA 301 TRESSER BOULEVARD STAMFORD CT 06901 |
| H21 ABSOLUTE RETURN CONCEPT SPH21 RESOURCES:ARC-A0 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN CONCEPT SPH21 SELECT:ARC-A02-3 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A02-30140: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A05-20230: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A07-20140: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1109 CANADA |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H21 ABSOLUTE RETURN CONCEPTSH21 BLEND: ARC-T03-201 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN PORTFOLIOS SPC CLASS ARP-AOO-1 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| H21 ABSOLUTE RETURN PORTFOLIOS SPC CLASS ARP-B00-1 | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HACHIJUNI BANK LTD | HEADQUARTERS 178-8, OKADA NAGANO 380-8682 JAPAN |
| HAKONE FUND II, LLC | C/O BABSON CAPITAL MANAGEMENT INC. 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA |

| Claim Name | Address Information |
|---|---|
| HAKONE FUND II, LLC | 01115 |
| HALBIS U.S. CREDIT ALPHA MASTER FUND LTD | ATTN: JAMES M. CURTIS CC: HSBC SECURITIES (USA) INC. NEW YORK NY 10018 |
| HALBIS U.S. CREDIT ALPHA MASTER FUND LTD | 452 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10018 |
| HALLIBURTON COMPANY | SUITE 2400 1401 MCKINNEY ST. HOUSTON TX 77010 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| HAMILTON ANAHEIM ASSOCIATES L.P. | C/O APARTMENTS RENOVATION GROUP 1420 SOUTH MILLS AVENUE, SUITE K LODI CA 95242 |
| HAMILTON ANAHEIM ASSOCIATES L.P. | HAMILTON ANAHEIM ASSOCIATES L.P. C/O APARTMENTS RENOVATION GROUP 1420 SOUTH MILLS AVENUE, SUITE K LODI CA 95242 |
| HANA BANK | MR. HYUN MIN JOO / HYO BIN KANG HANA BANK 101-1, 1 KA EULJIRO, CHUNG-KU SEOUL REUNION, ISLAND OF |
| HANA BANK | 101-1, 1 KA EULJIRO CUNG-KU SEOUL KOREA |
| HANA BANK | HANA BANK 101-1, 1 KA EULJIRO, CHUNG-KU SEOUL REUNION, ISLAND OF |
| HANA INVESTMENT BANKING & SECURITIES INC | 23-3 YEOUIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-709 KOREA |
| HANG SENG BANK LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HANG SENG BANK LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HANJIN SHIPPING CO LTD | 25-11, YOIDO DONG YOUNGDEUNGPO KU SEOUL 150-878 KOREA |
| HANK'S LIVING TRUST | ATTN: HARRY CHEAUNG HANK'S TRUST 1574 CAMINO LINDO SOUTH PASADENA CA 91030 |
| HANK'S LIVING TRUST | HANK#APPOSS TRUST 1574 CAMINO LINDO SOUTH PASADENA CA 91030 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | ATTN: PHILIP FALCONE, WILLIAM LUCAS 555 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | ATTN: STEVEN LOZNER C/O BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | C/O HARBERT MANAGEMENT CORPORATION ONE RIVERCHASE PARKWAY SOUTH BIRMINGHAM AL 35244 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | CC. BINGHAM MCCUTCHEN LLP 555 MADISON AVENUE 16TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | ONE RIVERCHASE PARKWAY SOUTH BIRMINGHAM AL 35244 |
| HARBOR BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR REAL RETURN (INFLATION PROTECTED) FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR REAL RETURN (INFLATION PROTECTED) FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR WATCH/DIAMONDBANKFIXED INCOME MASTER FUND, | DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| HARBOURVIEW CDO III LIMITED | ATTN: HARBOURVIEW CDO III BANKERS TRUST COMPANY SANTA ANA CA 92705 |
| HARBOURVIEW CDO III LIMITED | ATTN: PRESIDENT AND CHIEF EXECUTIVE OFFICER HARBOURVIEW ASSET MANAGEMENT CORPORATION RE: HARBOURVIEW CDO III, LIMITED TWO WORLD TRADE CENTER (34TH FLOOR) NEW YORK NY 10048 |

| Claim Name | Address Information |
|---|---|
| HARBOURVIEW CDO III, LIMITED | 6801 S. TUCSON WAY CENTENNIAL CO 80112 |
| HARBOURVIEW CDO III, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED GRAND CAYMAN CANADA |
| HARBOURVIEW CDO III, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED GRAND CAYMAN CANADA |
| HARRINGTON BANK FSB | 5925 FARRINGTON ROAD CHAPEL HILL NC 27517 |
| HARRISBURG PARKING AUTHORITY | P.O. BOX 1142 HARRISBURG PA 17108-1142 |
| HARRY B. LEVINE | 75 HAMPSHIRE LANE BOYNTON BEACH FL 33436 |
| HARRY C. MOORE TRUST | TRUSTEES HARRY C. MOORE TRUST DATED MAY 19, 1986 C/O M #AMPERI TRUST COMPANY BELOIT WI 53511 |
| HARRY C. MOORE TRUST | HARRY C. MOORE TRUST DATED MAY 19, 1986 C/O M &I TRUST COMPANY BELOIT WI 53511 |
| HARTFIELD FUND LTD | ATTN: COMPANY SECRETARY C/O BISYS HEDGE FUND SERVICES (CAYMAN) LIMITED PO BOX 1748 5TH FL- CAYMAN CORP. CENTRE 27 HOSPITAL ROAD - GEORGETOWN GRAND CAYMAN KY1-1109 BRAZIL |
| HARTFIELD FUND LTD | ATTN: MARGO JENSEN/ KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| HARTFIELD FUND LTD | C/O MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON, SZ 8808 SWITZERLAND |
| HARTFORD ACCIDENT & INDEMINITY COMPANY INC | ATTN: DAWN CRUDEN KOLLMEYER HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD ACCIDENT & INDEMINITY COMPANY INC | HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD FIRE INSURANCE CO | HARTFORD INVESTMENT MANAGEMENT 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD HIGH YIELD FUND | ED MAHONEY HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD HIGH YIELD FUND | HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUDEN C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUDEN HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUNDEN HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY, PORTFOLIO SUPPORT - DERIVATIVES UNIT 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN HARTFORD INVESTMENT MANAGEMENT 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY, PORTFOLIO SUPPORT - DERIVATIVES UNIT 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN C/O HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT - DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |

| Claim Name | Address Information |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUNDEN HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | 55 FARMINGTON AVENUE 9TH FL HARFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY INC | ATTN: LORI K. KOLLMEYER HARTFORD LIFE INSURANCE COMPANY 200 HOPMEADOW STREET HEARTFORD CT 06070 |
| HARTFORD LIFE INSURANCE COMPANY INC | HARTFORD LIFE INSURANCE COMPANY 200 HOPMEADOW STREET HARTFORD CT 06070 |
| HAVERFORD SCHOOL | 450 WEST LANCASTER AVENUE HAVERFORD PA 19041 |
| HAWAII (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| HAWAII EMPLOYEES' RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HAWTHORNE (CITY OF), CA REDEVELOPMENT AGENCY | 4455 WEST 126TH STREET HAWTHORNE CA 90250 |
| HAYMAN CAPITAL MASTER FUND LP | ATTN: JASON NAGI C/O HAYNES AND BOONE LLP 1221 AVENUE OF AMERICAS, 26TH FLOOR NEW YORK NY 10020-1007 |
| HAYMAN CAPITAL MASTER FUND LP | C/O HAYMAN CAPITAL PARTNERS, LP 2626 COLE AVENUE, SUITE 200 DALLAS TX 75204 |
| HBK MASTER FUND LP | C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND LP | C/O HBK INVESTMENTS L.P. 300 CRESCENT COURT, SUITE 700 DALLAS TX 75201 |
| HCA INC | 500 WEST MAIN STREET P.O. BOX 1438 LOUISVILLE KY 40201-1438 |
| HCA MASTER RETIREMENT PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | DB ZWIRN NEW YORK NY 10151 |
| HD AMERICAN TRUST | 33 WEST 81ST STREET NEW YORK NY 10024 |
| HD SUPPLY INC | ATTN: RICARDO NUNEZ, GENERAL COUNSEL HD SUPPLY, INC. 3100 CUMBERLAND BLVD, SUITE 1480 ATLANTA GA 30339 |
| HD SUPPLY INC | 3100 CUMBERLAND BLVD, SUITE 1480 ATLANTA GA 30339 |
| HDFC BANK LTD | C.S. NO 6/242 SENAPATHI BAPAT MARG LOWER PAREL (WEST) MUMBAI 400013 INDIA |
| HDK PURCHASER TRUST | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| HDK PURCHASER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HDK PURCHASER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HDK PURCHASER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HDK PURCHASER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HDK PURCHASER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HDK PURCHASER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HDK PURCHASER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HDK PURCHASER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HDK PURCHASER TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HDK PURCHASER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| HDK PURCHASER TRUST | FLOOR NEW YORK NY 10005 |
| HDK PURCHASER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HDK PURCHASER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HDK PURCHASER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HDK PURCHASER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HDK PURCHASER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HEALTH CARE & REHABILITATION SERVICES OF SE VERMON | 390 RIVER STREET SPRINGFIELD VT 05156 |
| HEALTH EMPLOYEES SUPERANNUATION TRUST AUSTRALIA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEALTH EMPLOYEES SUPERANNUATION TRUST AUSTRALIA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEALTH SUPER FUND | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| HEALTHEAST CARE SYSTEM, MN | 559 CAPITOL BLVD 6TH FL ST PAUL MN 55479 |
| HEARTLAND CONSUMER POWER DISTRICT | PO BOX 248 MADISON SD 57042 |
| HEBRON ACADEMY | 339 PARIS ROAD HEBRON ME 04238 |
| HEMPSTEAD VILLAGE HOUSINGASSOCIATES | THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| HEMPSTEAD VILLAGE HOUSINGASSOCIATES | HEMPSTEAD VILLAGE HOUSINGASSOCIATES THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND | C/O HEMISPHERE FUND MANAGER LIMITED PO BOX 30362SMB 3RD FLOOR, HARBOUR CENTRE GEORGE TOWN CANADA |
| HENRY SCHEIN INC | 135 DURYEA ROAD MELVILLE NY 11747 |
| HERA SPA | V. IE C. BERTI PICHAT 2/4 BOLOGNA 40127 ITALY |
| HERITAGE CHRISTIAN ACADEMY | ATTN: VICKIE RAMSIER 15655 BASS LAKE ROAD MAPLE GROVE MN 55311 |
| HERITAGE CHRISTIAN ACADEMY | B.C. ZIEGLER AND COMPANY ONE SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| HERITAGE COMMUNITY OF KALAMAZOO | 2400 PORTAGE STREET KALAMAZOO MI 49001 |
| HERMES INV MGMT LTDA/C HERMES COMMODITIES ALPHAFUN | HERMES INVESTMENT MANAGEMENT LIMITED LLOYDS CHAMBERS 1 PORTSOKEN ST LONDON E1 8HZ UNITED KINGDOM |
| HERMES INV MGMT LTDA/C HERMES COMMODITIES ALPHAFUN | 1 PORTSOKEN STREET LONDON E1 8HZ UNITED KINGDOM |
| HESS COMMODITIES, A DIVISION OF HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: CHARLES F. CERRIA, ESQ. HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: CONTRACT COORDINATOR HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: VICE PRESIDENT, CHIEF RISK OFFICER HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY POWER & GAS COMPANY (UK) LIMITED | HESS CORPORATION ATTN: CHARLES F. CERRIA, ESQ. 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY POWER & GAS COMPANY (UK) LIMITED | HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC (HETCO) | ATTN: CONTROLLER 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC (HETCO) | ATTN: CHARLES F. CERRIA, ESQ. HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC (HETCO) | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANYLLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| HEWLETT PACKARD COMPANY | 3000 HANOVER STREET MAIL STOP 1050 PALO ALTO CA 94304 |
| HEWLETT PACKARD LIMITED RETIRE MENT BENEFITES PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT PACKARD LIMITED RETIRE MENT BENEFITES PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HFH SHORTPLUS MASTER FUND LTD | C/O HIGHLAND FINANCIAL HOLDINGS GROUP LLC 51 MADISON AVE, SUITE 2000 NEW YORK NY 10010 |
| HFR RV PERFORMANCE MASTER TRUST | DAVID SHLADOVSKY, ESQ. COPY TO: 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DAVID SHLADOVSKY, ESQ. COPY TO: 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DAVID SHLADOVSKY, ESQ. KAYNE ANDERSON CAPITAL ADVISORS, LP 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DRU ARDEN HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 1450 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | DRU ARDEN HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 1450 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: TREVOR ANGUS BUTTERFIELD TRUST (BERMUDA) LIMITED 65 FRONT STREET HAMILTON HM 11 BELGIUM |
| HFR RV PERFORMANCE MASTER TRUST | BUTTERFIELD TRUST (BERMUDA) LIMITED 65 FRONT STREET HAMILTON HM 11 BELGIUM |
| HHMI II LLC | C/O DEUTSCHE BANK TRUST COMPAN AMERICAS 345 PARK AVENUE NY, NY 10154 |
| HIGH RIVER LIMITED PARTNERSHIP | 767 5TH AVENUE, SUITE 4700 NEW YORK NY 10153 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND LP | ATTN: RICH POTAPCHUK HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND LP | HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP THE CAYMAN CORPORATE CENTRE, 4TH FLOOR 27 HOSPITAL ROAD GEORGE TOWN, GRAND CAYMAN CANADA |
| HIGHBRIDGE CAPITAL MANAGEMENT LLC | HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE FIXED INCOME OPPORTUNITY INSTITUTIONAL | C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE FIXED INCOME OPPORTUNITY MASTER FUND LP | RICH POTAPCHUK C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE FIXED INCOME OPPORTUNITY MASTER FUND LP | C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | 9 WEST 57TH STREET- 27TH FLOOR NEW YORK NY 10019 |
| HIGHFIELDS CAPITAL III LP | KRISTIN MARCUS C/O HIGHFIELDS CAPITAL MANAGEMENT LP 200 CLARENDON STREET BOSTON MA 02116 |
| HIGHFIELDS CAPITAL III LP | C/O HIGHFIELDS CAPITAL MANAGEMENT LP 200 CLARENDON STREET BOSTON MA 02116 |
| HIGHFIELDS CAPITAL LP I | C/O HIGHFIELDS ASSOCIATES LLC 200 CLARENDON STREET BOSTON MA 02117 |
| HIGHFIELDS CAPITAL LP II | C/O HIGHFIELDS ASSOCIATES LLC 200 CLARENDON STREET BOSTON MA 02117 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUN | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD., TWO GALLERIA TOWER, STE |

| Claim Name | Address Information |
|---|---|
| HIGHLAND CREDIT STRATEGIES FUN | 900 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN: JASON BLACKBURN C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN: GENERAL COUNSEL C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD., STE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND ENHANCED VARIABLE RATE FUND LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HIGHLAND ENHANCED VARIABLE RATE FUND LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HILLSBOROUGH-OXFORD, L.P. | C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| HILTON DOMESTIC OWNER LLC | ATTN: KENNETH A. CAPLAN, SENIOR MD C/O BLACKSTONE REAL ESTATE ACQUISITIONS VI L.L.C. 345 PARK AVENUE NEW YORK NY 10154 |
| HILTON DOMESTIC OWNER LLC | C/O BLACKSTONE REAL ESTATE ACQUISITIONS VI L.L.C. 345 PARK AVENUE NEW YORK NY 10154 |
| HILTON HOTELS CORPORATION | 9336 CIVIC CENTER DRIVE BEVERLY HILLS CA 90209 |
| HINDUSTAN PETROLEUM CORPORATION LIMITED | PETROLEUM HOUSE 17, JAMSHEDJI TATA ROAD 400020 INDIA |
| HIROSHIMA BANK LTD (THE) | 3-8, KAMIYA-CHO 1-CHOME NAKA-KU HIROSHIMA 730-0031 JAPAN |
| HITE A/C HFF I | ATTN: SIMON LANGDON HFF I, LLC 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HITE A/C HFF I | 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HJSI DEVONSHIRE LLC | HJSI DEVONSHIRE, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HJSI DEVONSHIRE LLC | C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HJSI DEVONSHIRE LLC | HJSI DEVONSHIRE LLC C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HJSI DEVONSHIRE, LLC | 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD. | NISHI 2-CHOME 9 KITA 1-JO CHUO-KU SAPPORO HOKKAIDO 060-0001 JAPAN |
| HOLLAND HOME | 2100 RAYBROOK SE, SUITE 300 GRAND RAPIDS MI 49546 |
| HOLY NAME HOSPITAL | 718 TEANECK RD TEANECK NJ 07666 |
| HOME DEPOT INC | THE HOME DEPOT, INC. 2455 PACES FERRY ROAD ATLANTA GA 30330-4024 |
| HOME EQUITY LOANS SERIES 2001-D | C/O US BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST DEPARTMENT 180 EAST 5TH STREET 2ND FL ST PAUL MN 55101 |
| HONG LEONG BANK BERHAD | LEVEL 6, WISMA HONG LEONG 18 JALAN PERAK, 50450 KUALA LUMPUR P.O. BOX 12372, KUALA LUMPUR 50776 MOROCCO |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | ATTN: MARTIN HOLCOMBE 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF, LONDON E14 5HQ UNITED KINGDOM |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF LONDON E14 5HQ UNITED KINGDOM |
| HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE INC | ATTN: TRADING CONTROL HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. C/O. ACES POWER MARKETING 4140 WEST 99TH STREET CARMEL IN 46032 |
| HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. | 7398 N. STATE ROAD 37 BLOOMINGTON IN 47404 |
| HOOVER TRUST FUND LIMITED AS TRUSTEE OF THE HOOVER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HOOVER TRUST FUND LIMITED AS TRUSTEE OF THE HOOVER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1109 CANADA |
| HORIZON HOUSE | GUGGENHEIM PARTNERES C/O HORIZON HOUSE 135 EAST 57TH STREET NEW YORK NY 10022 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 115 | STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 121 | FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 126 | STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 158 | 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 178 | GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 181 | FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 193 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 208 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 222 | CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 225 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 227 | 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 228 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON21A/C ARC-T05-20151 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-A05-20230 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-A07-20140 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-B07-20140 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1110 CANADA |
| HORIZON21A/C H21: ILS-A04-30140 | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CANADA |
| HOSPITAL AUTHORITY PROVIDENT FUND SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HOSPITAL AUTHORITY PROVIDENT FUND SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HOSPITAL ESPANOL AUXILIO MUTUO DE PUERTO RICO INC | AVE. PONCE DE LEON 735 PARADA 37 HATE REY PR 00919 |
| HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND | ATTN: CHIEF INVESTMENT OFFICER C/O HOSPITALS OF ONTARIO PENSION PLAN SUITE 1400, 1 TORONTO STREET TORONTO ON M5C 3B2 CANADA |
| HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND | C/O HOSPITALS OF ONTARIO PENSION PLAN SUITE 1400, 1 TORONTO STREET TORONTO, ONTARIO M5C 3B2 CANADA |
| HOTCHKISS SCHOOL | ATTN: CFO P.O. BOX 800 LAKEVILLE CT 06039-0800 |
| HOTCHKISS SCHOOL | P.O. BOX 800 LAKEVILLE CT 06039-0800 |
| HOTCHKISS SCHOOL | PO BOX 800 LAKECILL CT 06039-0800 |
| HOTSPOT FXR LLC | ATTN: ANDREW M. GREENSTEIN HOTSPOT FXR, LLC 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| HOTSPOT FXR LLCFOREIGN EXCHANGE DEPT | HOTSPOT FXR, LLC 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY | 222 BERKELEY STREET BOSTON MA 02116 |
| HOUSTON COUNTY HEALTH CARE AUTHORITY | D. MILLER SE ALABAMA MEDICAL DOTHAN AL 36303 |
| HOWARD HUGHES MEDICAL INSTITUTE | 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: PATTIE KITZMILLER 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: PATTIE KITZMILLER HOWARD HUGHES MEDICAL INSTITUTE 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: THOMAS R. CECH, PRESIDENT HOWARD HUGHES MEDICAL INSTITUTE 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ 3 MELLON BANK CENTER PITTSBURGH PA 15259 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ MELLON BANK SPECIAL INVESTMENTS GROUP 3 MELLON BANK CENTER PITTSBURGH PA 15259 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ SPECIAL INVESTMENTS GROUP – MELLON BANK 3 MELLON BANK CENTER PITTSBURGH PA 15259 |

| Claim Name | Address Information |
|---|---|
| HSBC BANK PLC | ATTN: LEGAL, JOHN O'SULLIVAN 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| HSBC BANK PLC | ATTN: JASON SATURNO 425 FIFTH AVE NEW YORK NY 10018 |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: GENERAL COUNSEL THAMES EXCHANGE 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: PROCESSING SWAP THAMES EXCHANGE 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC BANK PLC | 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| HSBC BANK PLC | 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLCFOREIGN EXCHANGE DEPT | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA | ATTN:  JASON SATURNO; JIM RILEY 425 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC BANK USA | ATTN: MARTIN HOLCOMBE 8 CANADA WHARF CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA, NATIONAL ASSOCIATION | 8 CANADA WHARF CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC FRANCE | 103 AVENUE DES CHAMPS-ELYSEES PARIS CEDEX 08 75419 FRANCE |
| HSBC FRANCE | 103 AVANUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC HOLDINGS PLC | 8 CANDA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC HOLDINGS PLC | 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC TRINKAUS & BURKHARDT (INTERNATIONAL) SA | RUE NINA ET JULIEN LEFEVRE 1-7 LUXEMBOURG 1952 LUXEMBOURG |
| HSBC TRINKHAUS UND BURKHARDT KGAA | ATTN: LEGAL SITZ DUSSELDORF AMTSGERICHT DUSSELDORF HRB 54447 GEORGIA |
| HSBC TRINKHAUS UND BURKHARDT KGAA | ATTN: LEGAL SITZ DUSSELDORF AMTSGERICHT DUSSELDORF HRB 54447 |
| HSBC TRINKHAUS UND BURKHARDT KGAA | KONIGSALLEE 21-23 DUSSELDORF D-40212 GEORGIA |
| HSH NORDBANK AG | GERTHART-HAUPTMANN-PLATZ 50 HAMBURG 20095 GEORGIA |
| HSH NORDBANK AG | ATTN: GENERAL COUNSEL GERHART-HAUPTMANN-PLATZ 50 MARTENSDAMM 6 KIEL HRB 87366 HAMBURG |
| HSH NORDBANK AG | ATTN: LEGAL GERHART-HAUPTMANN-PLATZ 50 HAMBURG 20095 GEORGIA |
| HSH NORDBANK AG | ATTN: LEGAL MARTENSDAMM 6 KIEL 24103 GEORGIA |
| HSH NORDBANK AG | ATTN: GENERAL MANAGER 5-7 ST. HELEN#APOSS PLACE LONDON EC3A 6AU UNITED KINGDOM |
| HSH NORDBANK AG | ATTN: GENERAL MANAGER 5-7 ST. HELEN'S PLACE LONDON EC3A 6AU UNITED KINGDOM |
| HSH NORDBANK AG | GERHART-HAUPTMANN-PLATZ 50 D-2000 HAMBURG 1 FEDERAL REPUBLIC OF GERMANY GEORGIA |
| HSH NORDBANK SECURITIES SA | ATTN: MR HEIKO LUDWIG MARTENSDAMM 6 KIEL 24103 GEORGIA |
| HSH NORDBANK SECURITIES SA | ATTN: MR WOLFGANG DURR 2 RUE JEAN MONNET LUXEMBOURG L2180 LUXEMBOURG |
| HSH NORDBANK SECURITIES SA | HSH NORDBANK INTERNATIONAL AG 2 RUE JEAN MONNET L2180 LUXEMBOURG |
| HUA NAN COMMERCIAL BANK, LTD. | HUA NAN COMMERCIAL BANK LTD. OFFSHORE BANKING BRANCH 38 SEC 1, CHUNG-KING SOUTH ROAD TAIPEI TAIWAN |
| HUMBOLDT CA (COUNTY OF) | 825 FIFTH ST., ROOM #125 EUREKA CA 95501-1100 |
| HUNTINGTON NATIONAL BANK | HUNTINGTON CENTER, HC 0944 41 SOUTH HIGH STREET COLUMBUS OH 43287 |
| HUNTINGTON PLACE APARTMENTS LP | C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON STREET, SUITE 700 SAN FRANCISCO CA 94111 |
| HUNTINGTON PLACE APARTMENTS LP | HUNTINGTON PLACE APARTMENTS LP C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON STREET, SUITE 700 SAN FRANCISCO CA 94111 |
| HURLEY MEDICAL CENTER | ONE HURLEY PLAZA FLINT MI 48503 |
| HURLEY SACRAMENTO LP | 1801 I ST, STE 200 SACRAMENTO CA 95811 |
| HURLEY, STEPHEN NASH | ATTN: STEPHEN NASH HURLEY, MANAGING PARTNER C/O XYLEM GLOBAL PARTNERS 122 E 42ND ST, SUITE 4700 NEW YORK NY 10168 |

| Claim Name | Address Information |
|---|---|
| HUSKY ENERGY MARKETING INC "EDI" | 707 8TH AVENUE S.W. BOX 6525, STATION D CALGARY AB T2P 3G7 CANADA |
| HVB RISK MANAGEMENT PRODUCTS INC | HVB RISK MANAGEMENT PRODUCTS INC. 150 EAST 42ND STREET NEW YORK NY 10017 |
| HVB RISK MANAGEMENT PRODUCTS INC | 150 EAST 42ND STREET NEW YORK NY 10017 |
| HYDRO ONE PENSION PLAN | 909 A STREET TACOMA WA 98402-5120 |
| HYPERION COLLATERALIZED SECURITIES FUND INC | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 3 WORLD FINANCIAL CENTER, 200 VESEY ST. 10TH FLOOR NEW YORK NY 10281-1010 |
| HYUNDAI SECURITIES CO., LTD. | 34-4, YOUIDO-DONG YONGDUNGPO-GU SEOUL 150-010 SOMALIA |
| IAC GLOBAL LLC | IAC GLOBAL LLC, CLO EXPEDIA INC. 3150 139TH AVENUE S. E. BELLEVUE WA 98005 |
| IBERDROLA GENERACION, SAU | TOMAS REDONDO 1 TOMAS REDONDO 1 MADRID 28033 SPAIN |
| IBERDROLA RENEWABLE ENERGIES USA LTD | ATTN: RAY CAPISTRANO, ACCOUNTING MANAGER IBERDROLA RENEWABLE ENERGIES USA LTD. 201 KING OF PRUSSIA, SUITE 500, RADNOR PA 19087 |
| IBERDROLA RENEWABLE ENERGIES USA LTD | ATTN: EDUARDO BRUNET WITH COPIES TO: IBERDROLA RENEWABLE ENERGIES USA L OFFICE OF THE GENERAL COUNSEL 201 KING OF PRUSSIA, SUITE 500 RADNOR PA 19087 |
| IBERDROLA RENEWABLE ENERGIES USA LTD | 201 KING OF PRUSSIA, SUITE 500 RADNOR PA 19087 |
| IBERDROLA RENEWABLES, INC. | OFFICE OF THE GENERAL COUNSEL 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| IBM GLOBAL STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM GLOBAL STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM HIGH YIELD EMERGING MARKET DEBT STRATEGY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM HIGH YIELD EMERGING MARKET DEBT STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM IRELAND RETIREMENT BENEFITS PLAN (1994) | 909 A STREET TACOMA WA 98402-5120 |
| IBM KONSERN PENSJONSKASSE | 909 A STREET TACOMA WA 98402-5120 |
| IBM PENSIONSFOND (DENMARK) | 909 A STREET TACOMA WA 98402-5120 |
| IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM PERSONAL PENSION PLAN TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| IBM PERSONAL PENSION PLAN TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| IBM PERSONAL PENSION PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM PERSONAL PENSION PLAN TRUST | C/O GRANTHAM, MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| IBM PERSONAL PENSION PLAN TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| IBM SAVINGS PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM SAVINGS PLAN TRUST | 840  NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| IBM SAVINGS PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM UK PENSIONS TRUST LIMITED | 909 A STREET TACOMA WA 98402-5120 |
| IBM WORLD TRADE CORPORATION | NEW ORCHARD ROAD ARMONK NY 10504 |
| ICAHN PARTNERS LP | 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | ATTN: TINA MARCH/ KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | 767 FIFTH AVENUE NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND III LP | 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND LP | 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAP ENERGY AS | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP ENERGY LIMITED | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP ENERGY LLC | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP SECURITIES LIMITED | ATTN: MARK SCHREIBER GARBAN SECURITIES LIMITED 16 FINSBURY CIRCUS LONDON EC2M |

| Claim Name | Address Information |
|---|---|
| ICAP SECURITIES LIMITED | 7UR UNITED KINGDOM |
| ICAP SECURITIES LIMITED | GARBAN SECURITIES LIMITED 16 FINSBURY CIRCUS LONDON EC2M 7UR UNITED KINGDOM |
| ICAP UNITED INC | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICCREA BANCA | ATTN: LUCIANO GIORGIO GORNATI VIA LUCRETIA ROMANA 41/47 00178 ROMA ITALY |
| ICCREA BANCA | INSTITUTO CENTRALE DELLE BANCHE DI CREDITO COOPERATIVO, 146 VIA TORINO ROME 184 ITALY |
| ICICI BANK LIMITED | HEAD-CONFIRMATIONS, TREASURY MIDDLE OFFICE ICICI BANK LIMITED ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400 051 INDIA |
| ICICI BANK LIMITED | ATTN: HEAD-CONFIRMATIONS, TREASURY MIDDLE OFFICE ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400 051 INDIA |
| ICICI BANK LIMITED | ICICI BANK LIMITED ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST MUMBAI 400 051 INDIA |
| ICM BUSINESS TRUST | 366 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| ICONIX BRAND GROUP INC | ICONIX BRAND GROUP, INC. 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP INC | 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | ATTN: GENEVIEVE CARPENTE C/O ICP ASSET MANAGEMENT 445 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | ATTN: THOMAS C. PRIORE C/O ICP ASSET MANAGEMENT 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017 |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | 360 MADISON AVENUE- 10TH FLOOR NEW YORK NY 10017 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | 565 WEST MYRTLE BOISE ID 83702 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | 565 WEST MYRTLE AVENUE BOISE ID 83702 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | P.O. BOX 7899 565 WEST MYRTLE BOISE ID 83707-1899 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | IDAHO HOUSING AND FINANCE ASSOCIATION 565 WEST MYRTLE AVENUE BOISE ID 83702 |
| IDAHO NATIONAL ENGINEERING AND ENVIROMENTAL LABORA | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IDAHO NATIONAL ENGINEERING AND ENVIROMENTAL LABORA | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| IDAHO NATIONAL LABORATORY EMPLOYEE RETIREMENT PLAN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IDAHO NATIONAL LABORATORY EMPLOYEE RETIREMENT PLAN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| IDAHO POWER COMPANY (WSPP) | 1221 WEST IDAHO STREET BOISE ID 83702 |
| IDAHO STATE BUILDING AUTHORITY | 755 W. FRONT STREET, SUITE 200 BOISE ID 83702 |
| IDT CORP. | IDT COORPORATION 520 BROAD STREET NEWARK NJ 07102 |
| IDT CORPORATION | ATTN: GIL BOOSIDAN IDT COORPORATION 520 BROAD STREET NEWARK NJ 07102 |
| IESO | ATTN: LEGAL DEPARTMENT INDEPENDENT ELECTRICITY SYSTEMS OPERATOR STATION A, BOX 4474 TORONTO M5W 4ES ONTARIO |
| IHC HEALTH SERVICES INC | ATTN: KEVIN BROADWATER PIMCO 840 NEWPORT BEACH DRIVE NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT BEACH DRIVE NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | PIMCO 840 NEWPORT CENTER DRIVE, SUITE 300 NEWPORT BEACH CA 92660 |
| III CREDIT BIAS HUB FUND LTD | ATTN: MICHAEL HELBERG C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III CREDIT BIAS HUB FUND LTD | ATTN: SCOTT L. WYLER C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |

| Claim Name | Address Information |
|---|---|
| III CREDIT BIAS HUB FUND LTD | SCOTT L. WYLER C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMISTRATION LTD. P.O. BOX 32021, ADMIRAL FINANCIAL CENTER 90 FORT STREET GEORGE TOWN KY1-1208 CANADA |
| III ENHANCED CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMINISTRATION LTD. P.O BOX 32021 90 FORT STREET GEORGE TOWN, GRAND CAYMAN 32021 CANADA |
| III FINANCE LTD | C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III FINANCE LTD | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CANADA |
| III GLOBAL LTD. | SCOTT L. WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III GLOBAL LTD. | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CANADA |
| III GLOBAL LTD. | 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | ATTN: SCOTT WYLER, CANOVER WATSON C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CANADA |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | SCOT L. WYLER 777 YAMATO ROAD BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CANADA |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | 777 YAMATO ROAD BOCA RATON FL 33431 |
| III SELECT CREDIT HUB FUND LTD | ATTN: CANOVER WATSON, SCOTT WYLER C/O ADMIRAL ADMISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT STREET, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CANADA |
| III SELECT CREDIT HUB FUND LTD | III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| IKANO FUNDS - EUROPEAN HIGH YIELD | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IKANO FUNDS - EUROPEAN HIGH YIELD | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| IKB DEUTSCHE INDUSTRIEBANK AG | WILHELM-BOTZKES-STRABE 1 40474 DUSSELDORF DUSSELDORF 40002 GEORGIA |
| IKB INTERNATIONAL S.A. | 2 RUE JEAN MONNET LUXEMBOURG L-2180 LUXEMBOURG |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 230 PARK AVENUE NEW YORK NY 10169 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ILLINOIS FINANCE AUTHORITY | ATTN: GENERAL COUNSEL C/O ILLINOIS FINANCE AUTHORITY 180 NORTH STETSON, NO. 2555 CHICAGO IL 60601 |
| ILLINOIS FINANCE AUTHORITY | 233 SOUTH WACKER DRIVE STE 5310 CHICAGO IL 60606-6368 |
| ILLINOIS HOUSING DEVELOPMENT AUTHORITY | 401 NORTH MICHIGAN AVE., SUITE 700 CHICAGO IL 60611 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ILLINOIS STATE UNIVERSITIES RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS STATE UNIVERSITIES RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IMMOWEST PROMTUS HOLDING GMBH | BANKGASSE 2 AUSTRALIA |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2003-11 | ATTN: JIM NORIEGA DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2003-11 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2003-11 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-04 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-05 | ATTN:  TRUST ADMINISTRATION - IM0403 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-05 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-08 | ATTN:  TRUST ADMINISTRATION - IM0408 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-08 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2004-08 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-10 | ATTN:  TRUST ADMINISTRATION - IM0410 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-10 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2004-10 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-4 | DEUTSCHE BANK NATIONAL TRUST 1761 E. SAINT ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-03 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2005-04 | FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-04 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-05 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2005-05 | STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-05 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-08 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-08 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC MORTGAGE HOLDINGS, INC. | ATTN: MORRISSON RON IMPAC MORTGAGE HOLDINGS, INC. 1401 DOVE STREET NEWPORT BEACH CA 92660 |
| IMPAC MORTGAGE HOLDINGS, INC. | ATTN: MORRISSON RON 1401 DOVE STREET NEWPORT BEACH CA 92660 |
| IMPAC MORTGAGE HOLDINGS, INC. | THE IMPAC COMPANIES, CORPORATE HEADQUARTERS 19500 JAMBOREE ROAD IRVINE CA 92612 |
| IMPAC SECURED ASSETS TRUST 2006-3 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC SECURED ASSETS TRUST 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFIC | THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPERIAL ID("NAESB") | 333 E. BARIONI BLVD. IMPERIAL CA 92251 |
| IMPERIAL IRRIGATION DISTRICT | 333 E. BARIONI BLVD. IMPERIAL CA 92251 |
| IMPERIAL TOBACCO FINANCE PLC | PO BOX 244 UPTON ROAD, SOUTHVILLE BRISTOL BS99 7UJ UNITED KINGDOM |
| IMSER SECURITISAT. GIA ISP III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMSER SECURITISAT. GIA ISP III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMSER SECURITISAT. GIA ISP III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMSER SECURITISAT. GIA ISP III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMSER SECURITISAT. GIA ISP III | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMSER SECURITISAT. GIA ISP III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMSER SECURITISAT. GIA ISP III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMSER SECURITISAT. GIA ISP III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMSER SECURITISAT. GIA ISP III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMSER SECURITISAT. GIA ISP III | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMSER SECURITISAT. GIA ISP III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| IMSER SECURITISAT. GIA ISP III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMSER SECURITISAT. GIA ISP III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMSER SECURITISAT. GIA ISP III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMSER SECURITISAT. GIA ISP III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMSER SECURITISATION SRL | VIA PONTACCIO N.10 MILANO 20123 ITALY |
| INDEPENDENCIA ALIMENTOS LTDA. | 680 JORDANESIA CAJAMAR 07760-000 BRAZIL |
| INDEPENDENT BANK TENNESSEE | 5050 POPLAR AVE, 22ND FLOOR MEMPHIS TN 38157 |
| INDEPENDENT ELECTRICITY SYSTEM OPERATOR | INDEPENDENT ELECTRICITY SYSTEMS OPERATOR 655 BAY STREET, SUITE 410 TORONTO ON M5G 2K4 CANADA |
| INDIANA (STATE OF) PUBLIC EMPLOYEES RETIREMENT FUN | 909 A STREET TACOMA WA 98402-5120 |
| INDIANA BOND BANK | 2980 MARKET TOWER 10 WEST MARKET STREET INDIANAPOLIS IN 46204 |
| INDIANA STATE COUNCIL OF CARPENTERS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| INDIANA TRANSPORTATION FINANCE AUTHORITY | ONE NORTH CAPITAL SUITE 900 INDIANAPOLIS IN 46204 |
| INDIANA TRANSPORTATION FINANCE AUTHORITY | INDIANA TRANSPORTATION FINANCE AUTHORITY ONE NORTH CAPITAL SUITE 900 INDIANAPOLIS IN 46204 |
| INDIANA UNIVERSITY FOUNDATION | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| INDIANA UNIVERSITY FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INDIANA UNIVERSITY FOUNDATION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| INDIANA UNIVERSITY FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INDIANAPOLIS LIFE INSURANCE COMPANY (INC) | AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| INDIANAPOLIS OSTEOPATHIC HOSPITAL, INC | WATERVIEW HOSPITAL 3630 GUION ROAD INDIANAPOLIS IN 46222 |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | NO. 55 FUXING MEN NEI STREET XICHENG DISTRICT BEIJING P.R.C. 100140 SWITZERLAND |
| INDUSTRIAL BANK CO LTD | 26/F, ZHONGSHAN BLDG 154 HUDONG RD FUZHOU, FUJIAN, 350003 SWITZERLAND |
| INDUSTRIAL BANK OF KOREA | 50, ULCHIRO 2-GA CHUNG-GU SEOUL 100 758 KOREA |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: LAW DEPARTMENT 414 EAST 12TH STREET, 28TH FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | CITY TREASURER 414 EAST 12TH STREET, 1ST FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | LAW DEPARTMENT 414 EAST 12TH STREET, 28TH FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: EXECUTIVE DIRECTOR 20 E. 5TH STREET, SUITE 200 KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: EXECUTIVE DIRECTOR THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI 20 E. 5TH STREET, SUITE 200 KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | KANSAS CITY, MISSOURI 414 EAST 12TH STREET, 1ST FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF WINCHESTER (CI | 38 ROUSS AVENUE WINCHESTER VA 22601 |
| INDUSTRIAS PENOLES | APARTADO POSTAL 686 ADMON. DE CORREOS 6000 MONTENEGRO, REPUBLIC OF |
| INDUSTRIAS PENOLES S.A. DE C.V. | ATTN: IGNACIO DELFIN CORPORATIVO BAL, MOLIERE 222 – PISO 2 COL. LOS MORALES SECCION PALMAS C.P. 11540 MONTENEGRO, REPUBLIC OF |

| Claim Name | Address Information |
|---|---|
| INDX 2006-AR14 | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| INDX 2006-AR14 1-A1A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A2A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A3A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A3B | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDYMAC 2004-2 | LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE SECURITIES ADMINISTRATION SERVICES 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| INDYMAC 2006-AR8 | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INFINEON TECHNOLOGIES AG | ATTN:  TREASURY SERVICES ST. -MARTIN-STRASSE 53 MUNICH D-81669 GEORGIA |
| INFINEON TECHNOLOGIES AG | AM CAMPEON 1-12 NEUBIBERG 85579 GEORGIA |
| ING AM INTERFINANCE SERVICES B V | ING AM INTERFINANCE SERVICES B V P.O. BOX 90470 THE HAGUE 2059 LL NIGER |
| ING AM INTERFINANCE SERVICES B V | P.O. BOX 90470 THE HAGUE 2059 LL NIGER |
| ING BALANCED FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BALANCED FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BALANCED FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BALANCED FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING BALANCED FUND | C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 30327-4390 |
| ING BALANCED FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING BANK N.V. | AMSTELVEENSEWEG 500 AMSTERDAM 1081 KL THAILAND |
| ING BANK N.V. | ATTN: M.J.S.J MULLER TRC 04.076 P.O. BOX 1800 AMSTERDAM 1084 KL THAILAND |
| ING BANK N.V. | ATTN: RENE MULLER BIJLMERPLEIN 888 AMSTERDAM THAILAND |
| ING BANK N.V. | TR 01.03 P.O. BOX 1800 AMSTERDAM 1083 KL THAILAND |
| ING BANK SLASKI SA | PL. TRZECH KRZYZY 10/14 P.O. BOX 29 WARSAW 00-950 POLAND |
| ING BANK SLASKI SA | 1 SOUTH ORANGE STREET WILMINGTON DE 19801 |
| ING BELGIUM NV/SA | AVENUE MARNIZIAAN 24 BRUSSELS B-1000 BELGIUM |
| ING BELGIUM NV/SA | AVENUE MARNIZIAAN 24 B-1000 BRUSSELS BELGIUM |
| ING CAPITAL MARKETS LLC | ATTN: JOHN H. CLEMENT ING CAPITAL MARKETS LLC 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING EQUITY DIVIDEND FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING EQUITY DIVIDEND FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING EQUITY DIVIDEND FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING FINANCIAL SERVICES FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING FINANCIAL SERVICES FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING FINANCIAL SERVICES FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ATTN: FIXED INCOME TEAM ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327-4390 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ATTN: GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327-4390 |
| ING GROEP NV | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING GROEP NV | 230 PARK AVENUE NEW YORK NY 10169 |
| ING GROEP NV | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING HEDGE FUND FAMILY | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |

| Claim Name | Address Information |
|---|---|
| ING HEDGE FUND FAMILY | 230 PARK AVENUE NEW YORK NY 10169 |
| ING HEDGE FUND FAMILY | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING HIGH YIELD BOND FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING HIGH YIELD BOND FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING HIGH YIELD BOND FUND | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING HIGH YIELD BOND FUND | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING INTERMEDIATE BOND FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING INTERMEDIATE BOND FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INTERMEDIATE BOND FUND | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING INTERMEDIATE BOND FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INTERNATIONAL INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERNATIONAL INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INTERNATIONAL INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | THE DIRECTORS ING INVESTMENT MANAGEMENT CLO I, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ING INVESTMENT MANAGEMENT CLO I, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING JANUS CONTRARIAN PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| ING LIFE INSURANCE & ANNUITY COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, |

| Claim Name | Address Information |
|---|---|
| ING LIFE INSURANCE & ANNUITY COMPANY | N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | DERIVATIVES MIDDLE OFFICE ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | CORPORATE COUNSEL WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | DERIVATIVES MIDDLE OFFICE ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | CORPORATE COUNSEL WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING OPPENHEIMER STRATEGIC INCOME PORTFOLIO | ATTN; GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| ING OPPENHEIMER STRATEGIC INCOME PORTFOLIO | C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| ING PROPRIETARY ALPHA FUND LLC | DERIVATIVES MIDDLE OFFICE WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327 |
| ING PROPRIETARY ALPHA FUND LLC | ATTN: ROBERT PRESSER THE ING PROPRIETARY ALPHA FUND, LLC C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING PROPRIETARY ALPHA FUND LLC | ROBERT PRESSER THE ING PROPRIETARY ALPHA FUND, LLC C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING PROPRIETARY ALPHA FUND LLC | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING TACTICAL CURRENCY TRUST | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING TACTICAL CURRENCY TRUST | 230 PARK AVENUE NEW YORK NY 10169 |
| ING TACTICAL CURRENCY TRUST | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, |

| Claim Name | Address Information |
|---|---|
| COMPANY | N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP BALANCED PORTFOLIO INC | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP BALANCED PORTFOLIO INC | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP BALANCED PORTFOLIO INC | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP BALANCED PORTFOLIO INC, FIXED | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING- CALIFORNIA WINERY WORKERSPENSION PLAN TRUSTC/ | BENEFITS ADMINISTRATION CORPOR 770 EAST SHAW AVENUE SUITE 200 FRESNO CA 93710 |
| ING- ING FIXED ABSOLUTE RETURNMASTER LTDC/O ING IN | ATTN: GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING- ING RUSSELL LARGE CAPINDEX PORTFOLIOC/O ING I | 7337 E DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85858 |
| ING- ING SERIES FUND FOR INGBALANCED FUNDC/O ING I | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING VP BALANCED PORTFOLIOC/O ING INVESTMENT M | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING VP INTERMEDIATE BONDPORTFOLIOC/O ING INVE | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- INTERNATIONAL VALUECOLLECTIVE TRUST FUNDC/O I | C/O ING INVESTMENT MGMT CO 230 PARK AVENUE NEW YORK NY 10169 |
| ING-TEACHERS RETIREMENT SYSTEMOF THE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| STATE OF ILLI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH CARE SERVICES | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH CARE SERVICES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH CARE SERVICES | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| INOVA HEALTH SYSTEMS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH SYSTEMS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: ADAM GOLDMAN COPY TO: 9665 WILSHIRE BOULEVARD, SUITE 200 BEVERLY HILLS CA 90212 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: MICHAEL SCHOPPET APOLLO CAPITAL LLC 12800 CORPORATE HILL DRIVE, SUITE 300 ST. LOUIS MO 63131 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: MICHAEL SCHOPPET COPY TO 12800 CORPORATE HILL DRIVE, SUITE 300 ST. LOUIS MO 63131 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: DIDLER CENTIS 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: SAMANTHA PINTO COPY TO: 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | SAMANTHA PINTO COPY TO: 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: SAMANTHA PINTO O.C. FINANCIAL SERVICES INC. 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR BEVERLY HILLS CA 90212 |
| INSTITUTO DE CREDITO OFICIAL | PASEO DEL PRADO, NO 4 MADRID 28014 SPAIN |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTEGRYS ENERGY SERVICES INC | ATTN: MANAGER OF LEGAL SERVICES PURPOSES OF SECT 5, 6, 11 OR 13, COPY TO BE SENT: WPS ENERGY SERVICES, INC. C/O 700 NORTH ADAMS GREEN BAY WI 54301 |
| INTEGRYS ENERGY SERVICES INC | ATTN: MANAGER OF LEGAL SERVICES WPS ENERGY SERVICES, INC. C/O 700 NORTH ADAMS GREEN BAY WI 54301 |
| INTEGRYS ENERGY SERVICES, INC | WPS ENERGY SERVICES, INC. 1716 LAWRENCE DRIVE DE PERE WI 51445 |
| INTEL CORPORATION | EDDIE LEE 2200 MISSION COLLEGE BOULEVARD MAIL STOP RN6-26 SANTA CLARA CA 95052 |
| INTEL CORPORATION | ATTN: CASH MANAGER 2200 MISSION COLLEGE BOULEVARD TREASURY DEPT., M/S RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BOULEVARD TREASURY DEPT., M/S RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BLVD., LEGAL DEPT., M/S SC4-203, SANTA CLARA CA 95054 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BOULEVARD MAIL STOP RN6-26 SANTA CLARA CA 95052 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: STUART ODELL - DIRECTOR OF RETIREMENT INVESTMENTS INTEL CORPORATION 2200 MISSION COLLEGE BLVD., RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | STUART ODELL - DIRECTOR OF RETIREMENT INVESTMENTS INTEL CORPORATION 2200 MISSION COLLEGE BLVD., RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: ROY CORR 100 WILSHIRE BLVD., 5TH FLOOR SANTA MONICA CA 90401 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: KENNETH NICK, ESQ. 135 EAST 57TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | 135 EAST 57TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| INTEL IRELAND LTD (GRAND CAYMAN) | 200 MISSION COLLEGE BOULEVARD TREASURY DEPARTMENT M/S SC4-211 SANTA CLARA CA 95052 |
| INTER OLYMPIC CLOVER CREEK | INTER OLYMPIC CLOVER CREEK 501 SOUTH NEW YORK AVENUE WINTER PARK FL 32789 |
| INTER OLYMPIC CLOVER CREEK | 501 SOUTH NEW YORK AVENUE WINTER PARK FL 32789 |

| Claim Name | Address Information |
|---|---|
| INTER OLYMPIC CLOVER CREEK | C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVENUE, SUITE 6 SOUTH ORANGE NJ 07079 |
| INTER-AMERICAN DEVELOPMENT BANK | 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-LOCAL PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INTERACTIVECORP | INTERACTIVECORP CARNEGIE HALL TOWER 152 WEST 57TH STREET NY, NY 10019 |
| INTERBANCA SPA | CORSO VENEZIA 56 ITALY |
| INTERCAPITAL BROKERS LTD | 50 BRIDGE SYDNEY NSW 2000 AUSTRALIA |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | 1818 H STREET N.W. WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | STAFF RETIREMENT PLAN ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | RETIREMENT PLAN 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPM | RETIRED STAFF BENEFITS PLAN AND TRUST ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPM | BENEFITS PLAN AND TRUST 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | NEW ORCHARD ROAD ARMONK NY 10504 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLL | ATTN: CHRIS JACOBY, VICE PRESIDENT C/O ASSET MANAGEMENT GROUP INVESTMENT CORP 6501 E. BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL EQUITY PORTFOLIO | DEUTSCHE BANK AG 130 LIBERTY STREET NEW YORK NY 10006 |
| INTERNATIONAL EQUITYINDEX FUND III ACCREDITED LLLP | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL FINANCE CORPORATION | DIRECTOR TREASURY OPERATIONS 2121 PENNSYLVANIA AVENUE NW WASHINGTON DC 20433 |
| INTERNATIONAL FINANCE CORPORATION | 2121 PENNSYLVANIA AVENUE NW WASHINGTON DC 20433 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| INTERNATIONAL PAPER COMPANY | INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER PLAZA STAMFORD CT 06921 |
| INTERNATIONAL UNIONS OF PAINTERS & ALLIED TRADE IN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| INTERNATIONAL UNIONS OF PAINTERS & ALLIED TRADE IN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| INTERPOLIS PENSIOENEN VERMOGENSBEHEER BV | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERPOLIS PENSIOENEN VERMOGENSBEHEER BV | 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERSTATE POWER & LIGHT COMPANY | ATTN: ENERGY PORTFOLIO SERVICES DEPT. 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| INTERSTATE POWER & LIGHT COMPANY | ATTN: BILL ZORR CORPORATE HEADQUARTERS P.O. BOX 77007 MADISON WI 53707-1007 |

| Claim Name | Address Information |
|---|---|
| INTERSTATE POWER AND LIGHTCOMPANY | C/O ALLIANT ENERGY 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| INTESA SANPAOLO SPA | BACK OFFICE TREASURY AND DERIVATIVES BANCA INTESA SPA MILANOFIORI STRADA 3 PALAZZO,ASSAGO MI B7 20090 ITALY |
| INTESA SANPAOLO SPA | BANCA INTESA SPA MILANOFIORI STRADA 3 PALAZZO B7 20090 ASSAGO MI ITALY |
| INTESA SANPAOLO SPA | DOCUMENTATION UNIT VIA CERNAIA 8/10 MILAN 20121 ITALY |
| INTRALOT HOLDINGS | NICOSIA 1506 CYPRUS |
| INVERSIONES CELFIN CAPITAL SA | ATTN: VER??NICA MONTERO INVERSIONES CELFIN CAPITAL S.A. AVENIDA APOQUINDO 3721, 19TH FLOOR SANTIAGO SWITZERLAND |
| INVERSIONES CELFIN CAPITAL SA | VER??NICA MONTERO INVERSIONES CELFIN CAPITAL S.A. C/O VER??NICA MONTERO, LEGAL AND COMPLIANCE DEPARTMENT AVENIDA APOQUINDO 3721, 19TH FLOOR, SANTIAGO SWITZERLAND |
| INVERSIONES CELFIN CAPITAL SA | C/O VER??NICA MONTERO AVENIDA APOQUINDO 3721, 19TH FLOOR SANTIAGO SWITZERLAND |
| INVESCO SENIORSECURED MANAGEMENT | TWO PEACHTREE POINTE 1555 PEACHTREE STREET NE SUITE 1800 ATLANTA GA 30309 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: DAVID FRULLA/CURA OPS GLOBEOP FINANCIAL SERVICES LLC 1 SOUTH ROAD HARRISON NY 10528 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: THOMAS SCHNEPP C/O CURA CAPITAL MANAGEMENT, LLC 40 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: JANICK FIERENS, DIRECTOR INVESTCORP HOUSE BOUNDARY HALL, CRICKET SQUARE P.O. BOX 1111 GEORGE TOWN, GRAND CAYMAN CANADA |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: JANICK FIERENS, DIRECTOR INVESTCORP HOUSE P.O. BOX 5340 MANAMA BOSNIA AND HERZEGOVINA |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | PO BOX 5340 MANAMA BOSNIA AND HERZEGOVINA |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | INVESTCORP BANK BSC MANAMA KINGDOM OF BAHRAIN BOSNIA AND HERZEGOVINA |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O INTERLACHEN CAPITAL GROUP LP 800 NICOLLET MALL, SUITE 2500 MINNEAPOLIS MN 55402 |
| INVESTEC BANK LTD | 100 GRAYSTON DRIVE SANDOWN SANDTON 2196 PO BOX 785700 SANDTON 2146 SOMALIA |
| INVESTEC BANK LTD | INVESTEC BANK (UK) L CANNON BRIDGE HOUSE LONDON EC4R 2AT UNITED KINGDOM |
| INVESTEC BANK LTD | CANNON BRIDGE HOUSE LONDON EC4R 2AT UNITED KINGDOM |
| INVESTORS MARK SERIES FUND - GLOBAL FIXED | SMAMC 827 INVESTORS MARK SERIES FD-GLOBAL FIX IN P STANDISH, AYER & WOOD ONE FINANCIAL CENTER, 26TH FLOOR BOSTON MA 02111 |
| IONIC CAPITAL MASTER FUND LTD | ATTN: OPERATIONS; GENERAL COUNSEL C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD | 366 MADISON AVE., 9TH FLOOR NEW YORK NY 10017 |
| IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | ATTN: GENERAL COUNSEL 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | ATTN: GENERAL COUNSEL IOWA TELECOMMUNICATIONS SERVICES, INC. 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | IOWA TELECOMMUNICATIONS SERVICES, INC. 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IPAC SPECIALIST INVESTMENT STRATEGIES - | ALTERNATIVE INCOME STRATEGY NO 1 ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IPAC SPECIALIST INVESTMENT STRATEGIES - ALTERNATIV | 1 PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IRIDIAN OPPORTUNITY MASTER FUND LTD | LANE BUCKLAN IRIDIAN OPPORTUNITY MASTER FUND, LTD. C/O IRIDIAN ASSET MANAGEMENT LLC 276 POST ROAD WEST WESTPORT CT 06880 |
| IRIDIAN OPPORTUNITY MASTER FUND LTD | IRIDIAN OPPORTUNITY MASTER FUND, LTD. C/O IRIDIAN ASSET MANAGEMENT LLC 276 POST ROAD WEST WESTPORT CT 06880 |
| IRISH LIFE & PERMANENT PLC | CUSTOM HOUSE PLAZA 4 DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| IROKO CARDIO LLC | C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| IRWIN UNION BANK AND TRUST COMPANY | 500 WASHINGTON ST BOX 929 COLUMBUS IN 47202-0929 |

| Claim Name | Address Information |
|------------|---------------------|
| ISO NEW ENGLAND INC | ONE SULLIVAN ROAD HOLYOKE MA 01040 |
| ISRAEL DISCOUNT BANK | IDB BANK 511 FIFTH AVENUE NEW YORK NY 10017 |
| ISRAEL DISCOUNT BANK LTD | ISREAL DISCOUNT BANK LTD NIGHTINGALE HOUSE 65 CURZON STREET LONDON W1Y 7PE UNITED KINGDOM |
| ISRAEL DISCOUNT BANK OF NEW YORK | 511 FIFTH AVENUE NEW YORK NY 10017 |
| ITALEASE FINANCE S.P.A. | VIA CINO DEL DUCA, 12 N. 12-20122 ITALY |
| ITALEASE FINANCE SPA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ITALEASE FINANCE SPA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ITALEASE FINANCE SPA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ITALEASE FINANCE SPA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ITALEASE FINANCE SPA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ITALEASE FINANCE SPA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ITALEASE FINANCE SPA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ITALEASE FINANCE SPA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ITALEASE FINANCE SPA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ITALEASE FINANCE SPA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ITALEASE FINANCE SPA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ITALEASE FINANCE SPA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ITALEASE FINANCE SPA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ITALEASE FINANCE SPA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ITALEASE FINANCE SPA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ITALMOBILIARE INTERNATIONAL FINANCE LTD | AIB INTERNATIONAL CENTRE, IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ITALMOBILIARE SPA | VIA BORGONUOVO 20 MILANO 20120 ITALY |
| ITOCHU CORPORATION | 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO 107-8077 JAPAN |
| ITV PLC | C/O CARLTON COMMUNICATIONS PLC LONDON SW1X 7RZ UNITED KINGDOM |
| IVY FIXED INCOME ALPHA TRANSPO RT FUND LTD | ONE JERICHO PLAZA JERICHO NY 11753 |
| IXIS ASSET MANAGEMENT GROUP | NATIXIS ASSET MANAGEMENT 21 QUAI D#APPOSAUSTERLITZ PARIS CEDEX 13 75634 FRANCE |
| J ARON & CO / COVEPOINTCAPITAL ADVISORS LLC GIVE-U | ATTN:  J. ARON 85 BROAD STREET NEW YORK NY 10004 |
| J ARON & CO INC | ATTN:  J. ARON 85 BROAD STREET NEW YORK NY 10004 |
| J C BAMFORD LIFEPLAN | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J C BAMFORD LIFEPLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| J SAINSBURY PENSION & DEATH BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY PENSION & DEATH BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J. ARON & CO. INC. | ATTN: LEGAL DEPARTMENT, COMMODITIES 85 BROAD STREET NEW YORK NY 10004 |
| J. ARON & CO. INC. | 85 BROAD STREET NEW YORK NY 10004 |
| J. ARON & CO. INC. | COVE POINT CAPITAL ADVISORS CLIFTON NJ 07012 |
| J. ARON & COMPANY | 85 BROAD STREET NEW YORK NY 10004 |
| J. PAUL GETTY TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J. PAUL GETTY TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J.D. EDWARDS INTERNATIONAL B.V. | 1 TECHNOLOGY WAY B2-6-204 DENVER CO 80237 |
| J.P. MORGAN SECURITIES LIMITED | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JA SOLAR HOLDINGS CO LTD | NO.36, JIANG CHANG SAN ROAD ZHABEI SHANGHAI 200436 SWITZERLAND |
| JA SOLAR HOLDINGS CO LTD | JINGLONG GROUP INDUSTRIAL PARK JINGLONG STREET NINGIIN, HEBEI 55550 SWITZERLAND |
| JACKSON BOND LP | 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| JACKSON BOND LP | JACKSON BOND, L.P. THE PARK COMPANIES 2680 CRANE RIDGE DR JACKSON MS 39216 |
| JACKSON BOND LP | JACKSON BOND LP 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| JACKSON BOND, L.P. | THE PARK COMPANIES 2680 CRANE RIDGE DR JACKSON MS 39216 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | JACKSON NATIONAL LIFE INSURANCE COMPANY C/O PPM AMERICA, INC. 225 WEST WACKER DRIVE CHICAGO IL 60606 |
| JACKSON NATIONAL LIFEINSURANCE COMPANY | 225 WEST WACKER DRIVE SUITE 1200 CHICAGO IL 60606 |
| JACOBSON, DAVID L. | 67611 HIGHWAY 210 MAXWELL IA 50161 |
| JAGUAR PENSION TRUSTEES LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JAGUAR PENSION TRUSTEES LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| JAMES & BETTY CLOWER JTWROS | 1544 HICKORY RIDGE ROAD LEBANON TN 37087 |
| JANA MASTER FUND LTD | ATTN: CHARLES PENNER JANA MASTER FUND, LTD. C/O JANA PARTNERS, LLC 200 PARK AVE, SUITE 3300 NEW YORK NY 10166 |
| JANA MASTER FUND LTD | C/O JANA PARTNERS, LLC 200 PARK AVE, SUITE 3300 NEW YORK NY 10166 |
| JANA NIRVANA FUND LP | ATTN: GENERAL COUNSEL JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153 |
| JANA NIRVANA FUND LP | JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 200 PARK AVENUE, SUITE 3300 NEW YORK NY 10166 |
| JANA NIRVANA MASTER FUND LP | JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 200 PARK AVENUE, SUITE 3300 NEW YORK NY 10166 |
| JANUS ADVISER CONTRARIAN FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER FUNDAMENTAL EQUITY FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER INTERNATIONAL GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER LARGE CAP GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER LONG/SHORT FUND | GENERAL COUNSEL C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |

| Claim Name | Address Information |
|---|---|
| JANUS ADVISER LONG/SHORT FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER MID CAP GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN FUNDAMENTAL EQUITY PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN GLOBAL LIFE SCIENC E FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN INTERNATIONAL GROWTH PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN LARGE CAP GROWTH P ORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN MID CAP GROWTH POR TFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL FUNDS PLC- JANUS US GLOBAL LIFE SCIE | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS CONTRARIAN FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ENTERPRISE FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS FUNDAMENTAL EQUITY FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS GLOBAL LIFE SCIENCES FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS INSTITUTIONAL INTERNATIONAL PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ORION FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS OVERSEAS FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS RESEARCH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS-PACIFIC MUTUAL LIFE INS (PAC 300) | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JAPAN AIRLINES INTERNATIONAL CO., LTD. | 4-11, HIGASHI-SHINAGAWA 2-CHOME SHINAGAWA-KU, TOKYO SHINAGAWA-KU, TOKYO 140-8637 JAPAN |
| JARDEN CORPORATION | ATTN: JASON WONG 555 THEODORE FREMD AVENUE, SUITE B-302 RYE NY 10580 |
| JARDEN CORPORATION | 2381 EXECUTIVE CENTER DRIVE BOCA RATON FL 33431 |
| JASON J WALLACE | 525 HUNTLEY DRIVE WEST HOLLYWOOD CA 90045 |
| JASPER COMMERCIAL PAPER TRUST | 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| JASPER FINANCE LIMITED SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| JASPER FINANCE LIMITED SERIES 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JASPER FINANCE LIMITED SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JB DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | JULIUS BAER INVESTMENTS LIMITED BEVIS MARKS HOUSE BEVIS MARKS LONDON EC3A 7NE UNITED KINGDOM |
| JB DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | SAFEHAVEN CORPORATE CENTRE PO BOX 1100 GT GRAND CAYMAN GREECE |
| JBIL ALAS | ATTORNEY#APPOSS LIABILITY ASSURANCE SOCIETY, INC. 311 SOUTH WACKER DRIVE, SUITE 5700 CHICAGO IL 60606-6622 |
| JBIL LEBF1352 | AUGUSTUS ASSET MANAGERS LIMITED BEVIS MARKS HOUSE 24 BEVIS MARKS LONDON EC3A 7NE UNITED KINGDOM |
| JBIM APFC | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM JBARBF | ATTN: COMPANY SECRETARY JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| JBIM OIMRA | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM PACIFIC | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM SADAQA | ARTIO GLOBAL MANAGEMENT LLC 330 MADISON AVENUE, 12A FLOOR NEW YORK NY 10017 |
| JBIM TRSL | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JC PENNEY COMPANY INC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JC PENNEY COMPANY INC PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JEFFERIES & COMPANY INC. | ATTN: GENERAL COUNSEL 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: MANAGER OF CENTRAL CREDIT ADMINISTRATION 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: GENERAL COUNSEL FOR SECT. 5, 6, 7, 11, 13 SEND COPY TO: JEFFERIES #AMPER COMPANY, INC. 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: MANAGER OF CENTRAL CREDIT ADMINISTRATION JEFFERIES #AMPER COMPANY INC. 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERSON COUNTY WATER & SEWER SYSTEM, ALABAMA. | JEFFERSON COUNTY COURTHOUSE 716 RICHARD ARRINGTON BLVD. BITMINGHAM AL 35203 |
| JEFFERSON KY (COUNTY OF) | 517 COURT PLACE, SUITE 605 LOUISVILLE KY 40202 |
| JEFFERSON PILOT LIFEAMERICA INSURANCE COMPANY | 100 NORTH GREEN STREET GREENSBORO NC 27401 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | C/O STANDARD AND POOR#APPOSS RATING SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| JENKS AQUARIUM AUTHORITY | 211 N. ELM STREET JENKS OK 74037 |
| JENKS AQUARIUM AUTHORITY | 202 E COMMANCHE BRISTOW OK 74010 |
| JENNERS POND | KIM WILLIAMS 2000 GREENBRIAR LANE WEST GROVE PA 19390 WEST GROVE PA 19390 |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD SUITE 105 BALA CYNMYD PA 19004-1725 |
| JET I LP | C/O BASSWOOD PARTNERS, L.L.C. 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES | ATTN: RONALD F. RIES, CPA, CFO 120 WEST 57TH STREET, 7TH FLOOR NEW YORK NY 10019 |
| JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES | 120 WEST 57TH STREET NEW YORK NY 10019 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | ATTN: EXECUTIVE DIRECTOR JEWISH ELDER CARE OF RHODE ISLAND C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 100 NIANTIC AVENUE PROVIDENCE RI 02907-3119 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | 229 WATERMAN STREET PROVIDENCE CT 02906 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | B.C. ZIEGLER C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JFB FIRTH RIXSON INC. | ATTN: LEGAL DEPARTMENT C/O FIRTH RIXON LIMITED FIRTH HOUSE MEADOWHALL ROAD SHEFFIELD S9 1JD UNITED KINGDOM |
| JFB FIRTH RIXSON INC. | C/O FIRTH RIXON LIMITED 11 FOUNDERS PLAZA, SUITE 1802 EAST HARTFORD CT 06108 |
| JFJ INVESTMENTS INC. | 1501 2ND AVENUE TAMPA FL 33605 |
| JMG CAPITAL PARTNERS LP | ATTN: NOELLE NEWTON C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025 |
| JMG CAPITAL PARTNERS LP | ATTN: NOELLE NEWTON JMG CAPITAL PARTNERS, L.P. C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA |

| Claim Name | Address Information |
|---|---|
| JMG CAPITAL PARTNERS LP | 90025 |
| JMG CAPITAL PARTNERS LP | JMG CAPITAL PARTNERS, L.P. C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC, 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | ATTN: NOELLE NEWTON C/O JMG CAPITAL MANAGEMENT, LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | JMG TRITON OFFSHORE FUND LIMITED C/O JMG CAPITAL MANAGEMENT, LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |
| JNL SERIES TRUST - JNL PIMCO T OTAL RETURN BOND FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JNL SERIES TRUST - JNL PIMCO T OTAL RETURN BOND FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN D. & PATRICIA T. NOZELL | ADVION BIOSCIENCES, INC. 15 CATHERWOOD ROAD ITHACA NY 14850 |
| JOHN HANCOCK BOND FUND | ISMAIL GUNES MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK BOND FUND | MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II TOTAL RE TURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II TOTAL RE TURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK HIGH YIELD BOND FUND | ISMAIL GUNES MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK HIGH YIELD BOND FUND | MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK LIFE INSURANCE CO MPANY | 197 CLARENDON ST. BOSTON MA 02116 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST TOTAL RETURN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST TOTAL RETURN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN LINDER | 21 GREEN AVENUE RYE NY 10580 |
| JOHNS HOPKINS UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHNS HOPKINS UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHNSON & WALES UNIVERSITY | 8 ABBOTT PARK PLACE PROVIDENCE RI 02903 |
| JP MORGAN 2002-F8J | 270 PARK AVENUE 41ST FLOOR NEW YORK NY 10017-2070 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | ATTN: DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE 8TH FLOOR NEW YORK NY 10167 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | ATTN: VP, DERIVATIVES OPERATIONS JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | J.P. MORGAN INVESTMENT MANAGEMENT INC. 1 E. OHIO STREET, FLOOR 14 INDIANAPOLIS IN 46204-1912 |
| JP MORGAN BOND FUND | ATTN: VP, DERIVATIVES OPERATIONS JPMIM/JPMORGAN BOND FUND J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |

| Claim Name | Address Information |
| --- | --- |
| JP MORGAN BOND FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE & CO | DERIVATIVES PRACTICE LEGAL DEPARTMENT – 270 PARK AVENUE 41ST FLOOR NEW YORK NY 100172070 |
| JP MORGAN CHASE & CO | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE & CO | DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE & CO | 270 PARK AVENUE 41ST FLOOR NEW YORK NY 10017-2070 |
| JP MORGAN CHASE 401K | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| JP MORGAN CHASE 401K | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JP MORGAN CHASE 401K | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| JP MORGAN CHASE 401K | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JP MORGAN CHASE RETIREMENT PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| JP MORGAN CHASE RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| JP MORGAN CHASE RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| JP MORGAN COMMINGLED PENSION TRUST CORPORATE HIGH | OPPORTUNITY FUND ATTN: DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST CORPORATE HIGH | FUND JP MORGAN CHASE BANK C/O JP MORGAN INVESTMENT MGMT INC 522 FIFTH AVE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST INTERMEDIATE BO | C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST INTERMEDIATE BO | JP MORGAN CHASE BANK C/O JP MORGAN INVESTMENT MGMT INC 522 FIFTH AVE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST PUBLIC BOND FUN | JP MORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST PUBLIC MORTGAGE | JPMORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN DISTRESSED DEBT MASTER FUND LTD | JP MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE LOBBY NEW YORK NY 10167 |
| JP MORGAN DIVERSIFIED FUND | 245 PARK AVENUE NEW YORK NY 10167 |
| JP MORGAN INVESTMENT MANAGEMENT LIMITED | 28 KING STREET LONDON SW1Y 6XA UNITED KINGDOM |
| JP MORGAN SECURITIES LIMITED | ATTN: LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN SECURITIES LIMITED | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JP MORGAN VENTURES ENERGY CORPORATION | ATTN: DON THOMPSON JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN VENTURES ENERGY CORPORATION | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JPMAM 9654C/O JPMORGAN ASSET MGMT (UK) | EUROPEAN BANK AND BUSINESS CEN ROUTE DE TREVES L-GRAND-DUCHY  B 49663 LUXEMBOURG |
| JPMCB / EMERGING MARKETS FIXED INCOME FUND | J.P. MORGAN FLEMING J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB FIXED INCOME RV 4% VAR FUND | DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB FIXED INCOME RV 4% VAR FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB INTERMEDIATE CREDIT FUND | JP MORGAN CHASE BANK C/O J.P MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG CREDIT FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 |

| Claim Name | Address Information |
|---|---|
| JPMCB LONG CREDIT FUND | PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMCB LONG DURATION INVESTMENT GRADE FUND | DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG DURATION INVESTMENT GRADE FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG DURATION PLUS FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB/EMERGING MARKETS OPPORTUNITY FIXED INC FD | J.P. MORGAN FLEMING J.P.MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMFAM 533387 | 28 KING STREET LONDON SW1Y 6XA UNITED KINGDOM |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMORGAN ALPHA STRATEGY LTD | LISA VICITAL JPMORGAN ALPHA STRATEGY, LTD. J.P. MORGAN ALTERNATIVE ASSET MANAGEMENT, INC. 245 PARK AVENUE, FLOOR 3 NEW YORK NY 10167 |
| JPMORGAN ALPHA STRATEGY LTD | JPMORGAN ALPHA STRATEGY, LTD. J.P. MORGAN ALTERNATIVE ASSET MANAGEMENT, INC. 245 PARK AVENUE, FLOOR 3 NEW YORK NY 10167 |
| JPMORGAN AM (UK) LTDA/C JPM USD GLOBAL BOND FD | 6, ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| JPMORGAN CHASE BANK | ATTN: DERIVATIVE CONTRACT 522 FIFTH AVENUE C/O J.P. MORGAN INVESTMENT MANAGEMENT NEW YORK NY 10036 |
| JPMORGAN CHASE BANK NA | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10019 |
| JPMORGAN CHASE BANK NA | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JPMORGAN CHASE BANK NA | ATTN: LEGAL DEPARTMENT - DERIVATIVES PRACTICE GROUP 270 PARK AVENUE, 41ST |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK NA | FLOOR NEW YORK NY 10017-2070 |
| JPMORGAN CHASE BANK NA | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK NA | 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK NA | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JPMORGAN COMMINGLED PENSION TRUST CORPORATE HIGH Y | JP MORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMORGAN EMERGING MARKETS DEBT OPPORTUNITIES LLC | J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMORGAN FUNDS- EMERGING MARKETS DEBT FUND | EUROPEAN BANK AND BUSINESS CTR 6H ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| JPMORGAN INVESTMENT FUNDS – HIGHBRIDGE INCOME OPPO | JP MORGAN ASSET MANAGEMENT (UK) LIMITED FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AH UNITED KINGDOM |
| JPMORGAN REAL RETURN FUND | 245 PARK AVENUE NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JR MOORE LP | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS JR MOORE LP C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: GENERAL COUNSEL, URGENT MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| JR MOORE LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JSM ANACAPA LLC | C/O JSM CONSTRUCTION INC 429 SANTA MONICA BLVD SUITE 270 SANTA MONICA CA 90401 |
| JUDSON RETIREMENT | ATTN:  DERIVATIVE OPERATIONS C/O CAIN BROTHERS NEW YORK NY 10017 |
| JUDSON RETIREMENT | ATTN:  DERIVATIVE OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| JUDSON RETIREMENT | ATTN:  DERIVATIVE OPERATIONS WITH A COPY TO: CAIN BROTHERS NEW YORK NY 10017 |
| JUDSON RETIREMENT | 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JUICE ENERGY INC | WILLIAM BORDERS, SENIOR COUNSEL; JONATHAN MOORE 33 E. 33RD ST., SUITE 1201 NEW YORK NY 10016 |
| JUICE ENERGY INC | 33 E. 33RD ST., SUITE 1201 NEW YORK NY 10016 |
| JULIUS BAER INVESTMENT MANAGEMENT INC. | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JULIUS BAER/ABSOLUTE RETURN BOND FUND PLUS | JULIUS BAER INVESTMENT MANAGEMENT INC. 64 ST. JAMES`S STREET LONDON SW1A 1NF UNITED KINGDOM |
| JULLIARD SCHOOL | 60 LINCOLN CENTER PLAZA ROOM 227 NEW YORK NY 10023-6588 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| A | MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUPITER QUARTZ PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| JUPITER QUARTZ PLC 2004-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ PLC 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUROKU BANK LTD (THE) | 8-26 KANDA-MACHI GIFU-SHI GIF 500-8516 JAPAN |
| JYSKE BANK A/S | LEGAL DEPARTMENT VESTERGADE 8-16 SILKEBORG DK-8600 GERMANY |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2/D 300 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901 |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2/D K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| KA MOORE LTD | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| KAISER FOUNDATION HOSPITALS INC | 909 A STREET TACOMA WA 98402-5120 |
| KAISER, GEORGE B | ATTN: DON MILLICAN/KEN KINNEAR GEORGE B. KAISER 6733 S. YALE AVENUE TULSA OK 74136 |
| KAMUNTING STREET MASTER FUND LTD | 140 EAST 45TH STREET, 15TH FLOOR NEW YORK NY 10017 |
| KANGA-ROO REALTY, LLC | 101 WEST 55TH STREET NEW YORK NY 10019 |
| KANSAI ELECTRIC POWER CO | OSAKA MAIN OFFICE, 3-6-16 NAKANOSHIMA, KITA-KU OSAKA 530-8270 JAPAN |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY POWER & LIGHT COMPANY | P.O. BOX 418679 KANSAS CITY MO 64141-9679 |
| KAUPTHING HF | BORGARTUN 19 CANARY ISLANDS, THE |
| KAYE C. WARD | KAYE C. WARD 35712 WCR 19 WINDSOR CO 80550 |
| KAYE C. WARD | 35712 WCR 19 WINDSOR CO 80550 |
| KAYNE ANDERSON CAPITAL INCOME FUND LTD | DAVID SHLADOVSKY 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KAYNE ANDERSON CAPITAL INCOME FUND LTD | 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KAYNE ANDERSON CAPITAL INCOME PARTNERS (QP) LP | 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KBC ALTERNATIVE/KBC CREDIT ARBITRAGE FUND | 111 OLD BROAD STREET LONDON EC2N 1AL ENGLAND |
| KBC BANK N.V. | ATTN: ELLEN MATHEEUSSEN HAVENLAAN 12 BRUSSELS B-1080 BELGIUM |
| KBC BANK N.V. | HAVENLAAN 12 B-1080 BRUSSELS, BELGIUM B-1080 BRUSSELS, BE 0 BELGIUM |
| KBC BANK N.V. | HAVENLAAN 12 BRUSSELS B-1080 BELGIUM |
| KBC BANK NV | HAVENLAAN 12 B-1080 BRUSSELS BELGIUM |
| KBC DIVERSIFIED MASTER FUND A/C KBC AIM MASTER FUND | KBC ALTERNATIVE INVESTMENT MANAGEMENT, LTD 111 OLD BROAD STREET LONDON EC2N 1AL UNITED KINGDOM |
| KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD | MIDDLE OFFICE 140 WEST 45TH STREET 42ND FLOOR NEW YORK NY 10036 |
| KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD | 140 WEST 45TH STREET 42ND FLOOR NEW YORK NY 10036 |
| KBL EUROPEAN PRIVATE BANKERS SA | BOULEVARD ROYAL 43 LUXEMBOURG LUXEMBOURG |
| KDF HALLMARK, L.P. | 531 WOODSIDE ROAD, NO. 102 REDWOOD CITY CA 94061 |
| KDF HALLMARK, L.P. | KDF HALLMARK, L.P. 1301 DOVE STREET, SUITE 720 NEWPORT BEACH CA 92660 |
| KDF HERMOSA, L.P. | KDF HERMOSA, L.P. 1301 DOVE STREET, SUITE 720 NEWPORT BEACH CA 92660 |
| KDF HERMOSA, L.P. | C/O LAW OFFICES OF BRET H. REED, JR. 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KELLOGG CAPITAL GROUP LLC | ATTN: NICHOLAS CAPPELLERI KELLOGG CAPITAL GROUP LLC 55 BROADWAY, 4TH FLOOR NEW YORK NY 10006 |
| KELLOGG CAPITAL GROUP LLC | 55 BROADWAY, 4TH FLOOR NEW YORK NY 10006 |
| KELLOGG CO RETIREE EMPLOYEES' WELFARE BENEFIT TRUS | FOR COLLECTIVELY BARGAINED EMPLOYS ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KELLOGG CO RETIREE EMPLOYEES' WELFARE BENEFIT TRUS | BARGAINED EMPLOYS WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KELLOGG COMPANY MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| KELLOGG COMPANY MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLOGG COMPANY MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLOGG COMPANY MASTER TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KELLOGG COMPANY MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLOGG COMPANY MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KELLY, DECLAN | ATTN: ANDRIS J. VIZBARAS C/O CARTER LEDYARD NEW YORK NY 10005 |
| KENDAL AT ITHACA | 2230 NORTH TRIPHAMMER ROAD ITHACA NY 14850 |
| KENDAL ON HUDSON | 1010 KENDAL WAY SLEEPY HOLLOW NY 10591 |
| KENNAMETAL RETIREMENT INCOME TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| KENSICO ASSOCIATES LP | KENISCO CAPITAL MANAGEMENT 55 RAILROAD AVENUE, 2ND FLOOR GREENWICH CT 06830 |
| KENSICO ASSOCIATES LP | 55 RAILROAD AVENUE, 2ND FLOOR GREENWICH CT 06830 |
| KENSICO DRAWDOWN FUND LP | KENSICO PARTNERS, L.P. 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENSICO OFFSHORE FUND LTD | 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENSICO PARTNERS LP | 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENT, ROBERT A | ROBERT AND SALLY KENT 2309 LINDA VISTA KLAMATH FALLS OR 97601 |
| KENT, ROBERT A AND SALLY M | 2309 LINDA VISTA KLAMATH FALLS OR 97601 |
| KENTUCKY DEVELOPMENT FINANCE AUTHORITY | 300 WEST BROADWAY FRANKFORT KY 40601-1975 |
| KERN COUNTY EMPLOYEES RETIREMENT ASSOCIATION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KERN COUNTY EMPLOYEES RETIREMENT ASSOCIATION | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KEYBANK NATIONAL ASSOCIATION | ATTN: DANIEL STOLZER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | DANIEL STOLZER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | ATTN: FUNDS MANAGEMENT 800 SUPERIOR AVENUE, 10TH FL. CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | FUNDS MANAGEMENT 800 SUPERIOR AVENUE, 10TH FL. CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | 127 PUBLIC SQUARE CLEVELAND OH 44114-1306 |
| KEYCORP | 127 PUBLIC SQUARE CLEVELAND OH 44114-1306 |
| KEYSPAN CORPORATION PENSION MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KEYSPAN CORPORATION PENSION MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KEYSPAN ENERGY CORPORATION VEBA TRUST | ATTN: GENERAL COUNSEL KEYSPAN CORPORATION ONE METROTECH CENTER BROOKLYN NY 11201 |
| KEYSPAN ENERGY CORPORATION VEBA TRUST | STANDISH, AYER & WOOD ONE FINANCIAL CENTER 26TH FLOOR BOSTON MA 02111 |
| KEYSTONE ENERGYPARTNERS, LP | 1111 BAGBY ST., SUITE 2510 HOUSTON TX 77002 |
| KILROY REALTY CORPORATION | 12200 WEST OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES CA 90064 |
| KIMBERLY CLARK CORPORATION | 52 ALFRED STREET MILSONS POINT NSW 2061 AUSTRALIA |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN: KEVIN FLACK KINDER MORGAN TEXAS PIPELINE LLC 500 DALLAS STREET – SUITE 1000 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN: KEVIN FLACK 500 DALLAS STREET – SUITE 1000 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | 500 DALLAS STREET – SUITE 1000 HOUSTON TX 77002 |
| KING STREET CAPITAL L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.L.C. 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL LTD | ATTN: KEVIN ARPS/MATT BEGLEY/BACK OFFICE C/O KING STREET CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL LTD | ATTN: INVESTOR SERVICES C/O BNY ALTERNATIVE INVESTMENT SERVICES LTD. 18 CHURCH STREET, SKANDIA HOUSE HAMILTON HM 11 BELGIUM |
| KING STREET CAPITAL LTD | C/O BANK OF BERMUDA LTD. 6 FRONT STREET HAMILTON HM11 BELGIUM |

| Claim Name | Address Information |
|---|---|
| KING STREET EUROPE LP | C/O KING STREET CAPITAL MANAGEMENT, LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET EUROPE MASTER FUND LTD | C/O KING STREET CAPITAL MANAGEMENT, LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KINGDOM OF BELGIUM (THE) | ATTN: LEGAL DEPARTMENT FEDERAL PUBLIC SERVICE FINANCE – TREASURY – DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B – 1040 BRAZIL |
| KINGDOM OF BELGIUM (THE) | FEDERAL PUBLIC SERVICE FINANCE – TREASURY – DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B – 1040 BRAZIL |
| KINGDOM OF SWEDEN | RIKSGALDSKONTORET JAKOBSGATAN 20 BOX 16306 STOCKHOLM SWEDEN |
| KINGDOM OF SWEDEN | RIKSGALDEN LEGAL DEPARTMENT STOCKHOLM SE 10374 SWEDEN |
| KINGFISHER PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KINGFISHER PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KINGS RIVER LIMITED | ATTN: THE DIRECTORS C/O. MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| KINGS RIVER LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| KINGS RIVER LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| KINGS RIVER LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| KINGS RIVER LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| KINGS RIVER LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| KINGS RIVER LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| KINGS RIVER LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| KINGS RIVER LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| KINGS RIVER LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| KINGS RIVER LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| KINGS RIVER LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| KINGS RIVER LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| KINGS RIVER LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| KINGS RIVER LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| KINGS RIVER LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| KIOWA POWER PARTNERS LLCA/C TENASKA POWER SERVICES | TENASKA POWER SERVICES CO. 1701 E. LAMAR BLVD. SUITE 100 LAMAR MO 76006 UNITED SATES |
| KIPCO | KUWAIT PROJECTS COMPANY P.O. BOX 23982 SAFAT 13100 KUWAIT |
| KKR STRATEGIC CAPITAL HOLDING I LP | 555 CALIFORNIA STREET, 50TH FL. SAN FRANCISCO CA 94104 |
| KLINE GALLAND CENTER | ATTN:  DERIVATIVE OPERATIONS WITH A COPY TO: C/O CAIN BROTHERS NEW YORK NY 10017 |
| KLINE GALLAND CENTER | ATTN:  CHIEF FIANCIAL OFFICER 1200 UNIVERSITY STREET SEATTLE WA 98101-2883 |
| KLINE GALLAND CENTER | C/O CAIN BROTHERS NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| KLS DIVERSIFIED MASTER FUND LP | ATTN: SEAN MARTIN 140 EAST 45TH STREET, 39TH FLOOR NEW YORK NY 10017 |
| KLS DIVERSIFIED MASTER FUND LP | 140 EAST 45TH STREET, 39TH FLOOR NEW YORK NY 10017 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KNOXVILLE UTILITIES BOARD | 4505 MIDDLEBROOK PIKE KNOXVILLE TN 37921 |
| KNOXVILLE UTILITIES BOARD | 445 SOUTH GAY STREET #500 KNOXVILLE TN 37902 |
| KOCH FINANCIAL CORPORATION | 17550 NORTH PERIMETER DRIVE SUITE 300 SCOTTSDALE AZ 85225 |
| KOCH GLOBAL PARTNERS LLC | KOCH GLOBAL PARTNERS, LLC C/O KOCH CAPITAL MARKETS, LLC 20 EAST GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ATTN: CONTRACT ADMINISTRATION REGARDING CONFIRMATION/TRADING TRANSACTIONS/US KOCH SUPPLY #AMPER TRADING LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ATTN: LEGAL – ISDA REGARDING LEGAL KOCH SUPPLY #AMPER TRADING, LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ATTN: CONTRACT ADMINISTRATION/ATTN: LEGAL – ISDA KOCH SUPPLY & TRADING LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONALPTE. LTD. | 260 ORCHARD ROAD, #11-01/09 THE HEEREN 238855 SLOVENIA |
| KOCH SUPPLY & TRADING LP | ATTN: LEGAL – ISDA 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING LP | P.O. BOX 2302 WICHITA KS 67202 |
| KOCH SUPPLY & TRADING LP(MNSA) | 4111 E. 37TH ST. NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | ATTN: RODGER LINDWALL P.O. BOX 2302 WICHITA KS 67202 |
| KOCH SUPPLY & TRADING SARL | ATTN: LEGAL – ISDA 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | ATTN: RODGER LINDWALL POSTALE 1843, ROUTE DE PRE-BOIS 20 1215 GENEVE 15 SWITZERLAND |
| KOCH SUPPLY & TRADING SARL | 260 ORCHARD ROAD, #11-01/09 THE HEEREN THE HEEREN 238855 SLOVENIA |
| KODAK RETIREMENT INCOME PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| KOMMUNALBANKEN AS | POSTBOKS 1210 VIKA 0110 OSLO NORWAY |
| KOMMUNALKREDIT INTERNATIONAL BANK LTD | BERENGARIA BUILDING 3RD FL P.O BOX 56018 LIMASSOL CY-3304 CYPRUS |
| KOMMUNEKREDIT | LENDING AND FUNDING DEPARTMENT KOMMUNEKREDIT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 GERMANY |
| KOMMUNEKREDIT | ATTN: LENDING AND FUNDING DEPARTMENT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 GERMANY |
| KOMMUNEKREDIT | KOMMUNEKREDIT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 GERMANY |
| KOMMUNINVEST ABFOREIGN EXCHANGE DEPT | ATTN: LEGAL DEPARTMENT KOMMUNIVEST I SVERIGE AB FENIX HOUSE DROTTNINGGATAN 2, P.O. BOC 124, OREBRO 701-42 SWEDEN |
| KOMMUNINVEST I SVERIGE AB | DROTTNINGG. 2 70142 OREBRO SWEDEN |
| KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. | AMSTERDAMSEWEG 55 1188 GP AMSTELVEEN NIGER |
| KOOKMIN BANK | ATTN: SUNGJIN PARK 6TH FLOOR, SAMSUNG LIFE YEOUIDO BLDG. 36-1 YEOUIDO-DONG, YEONGDEUNGPO-GU SEOUL KOREA |
| KOOKMIN BANK | ATTN: TREASURY SETTLEMENT CENTER KOOKMIN BANK 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | TREASURY SETTLEMENT CENTER KOOKMIN BANK 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | ATTN: TREASURY SETTLEMENT CENTER 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | 10 TH FLOOR, SEWOO BLDG, 10 YEOUIDO-DONG, YEONGDEUNGPO-GU SEOUL KOREA |
| KORE FIXED INCOME FUND LTD (KORE) | 214 SOUTH OCEAN BLVD WASHINGTON DC 22462 |
| KORE FIXED INCOME FUND LTD (KORE) | 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| KOREA DEVELOPMENT BANK | ATTN: DESK OF OFFSHORE ISDA INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 KOREA |
| KOREA DEVELOPMENT BANK | ATTN: DESK OF OFFSHORE ISDA THE KOREA DEVELOPMENT BANK INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 KOREA |
| KOREA DEVELOPMENT BANK | ATTN: TAEK-JIN BAIK THE KOREA DEVELOPMENT BANK FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 KOREA |
| KOREA DEVELOPMENT BANK | DESK OF OFFSHORE ISDA THE KOREA DEVELOPMENT BANK INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 REUNION, ISLAND OF |
| KOREA DEVELOPMENT BANK | TAEK-JIN BAIK THE KOREA DEVELOPMENT BANK FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 REUNION, ISLAND OF |
| KOREA DEVELOPMENT BANK | FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 KOREA |
| KOREA EAST-WEST POWER CO.,LTD. | 167 SAMSONG-DONG KANGNAM-GU SEOUL 135-791 S. KOREA |
| KOREA EXCHANGE BANK | 460 PARK AVENUE, 14TH FLOOR NEW YORK NY 10022-1906 |
| KOREA INVESTMENT & SECURITIES CO., LTD. | KOREA INVESTMENT & SECURITIES CO., LTD. 19/F KOREA INVESTMENT & SECURITIES BUILDING 27-1, YEOUIDO-DONG, YEOUNGDEOUNGPO-GU SEOUL 150-745 REUNION, ISLAND OF |
| KOREA INVESTMENT CORPORATION | ATTN: FIXED INCOME INVESTMENT TEAM 16F SEOUL FINANCE CENTER 84 TAEPYUNGRO 1-GA, JUNG-GU SEOUL 100-768 KOREA |
| KOREA INVESTMENT CORPORATION | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| KOREAN AIR LINES CO LTD | 1370 GONGHANG-DONG GANGSEO-GU SEOUL KOREA |
| KORSANT PARTNERS LLC | 283 GREENWICH AVENUE 3RD FLOOR GREENWICH CT 06830 |
| KP GERMANY ZWEITE GMBH | KP GERMANY ZWEITT GMBH KLOCKNER PENTAPLAST GMBH AND CO. KG P.O BOX 1165 , INDUSTRIESTRASSE 3-5 HEILIGENROTH, MONTABAUR 56412 GEORGIA |
| KRAFT FOODS FINANCE EUROPE AG | CHOLLERSTRASSE 4 ZUG CH 6301 SWITZERLAND |
| KRAFT FOODS FINANCE EUROPE AG | CHOLLERSTRASSE 4 CH 6301 SWITZERLAND |
| KREDIETBANK SA LUXEMBOURGEOISE | 43 BOULEVARD ROYAL LUXEMBOURG L-2955 LUXEMBOURG |
| KREDIETBANK SA LUXEMBOURGEOISE, LONDON | 43, BOULEVARD ROYAL LUXEMBOURG L-2955 LUXEMBOURG |
| KREDITANSTALT FUR WIEDERAUFBAU | TRANSACTION MANAGEMENT / TMB3 GENERAL NOTICES: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60047 GEORGIA |
| KREDITANSTALT FUR WIEDERAUFBAU | ASSET MANAGEMENT NOVATIONS: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60048 GEORGIA |
| KREDITANSTALT FUR WIEDERAUFBAU | ATTN: ASSET MANAGEMENT NOVATIONS: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60049 GEORGIA |
| KREDITANSTALT FUR WIEDERAUFBAU | ATTN: TRANSACTION MANAGEMENT / TMB3 PO BOX 11 11 41 FRANKFURT AM MAIN D-60046 GEORGIA |
| KREDITANSTALT FUR WIEDERAUFBAU | GENERAL NOTICES: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60046 GEORGIA |
| KRESGE FOUNDATION | ROBERT J. MANILLA, SENIOR INVESTMENT DIRECTOR 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KRESGE FOUNDATION | 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: RICH MANKA C/O THE KROGER COMPANY 2800 E. 4TH AVENUE HUTCHINSON KS 67501 |
| KROGER CO MASTER RETIREMENT TRUST | RICH MANKA C/O THE KROGER COMPANY 2800 E. 4TH AVENUE HUTCHINSON KS 67501 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: BELLA SANEVICH NISA INVESTMENT ADVISORS, LLC 150 NORTH MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| KROGER CO MASTER RETIREMENT TRUST | BELLA SANEVICH NISA INVESTMENT ADVISORS, LLC 150 NORTH MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| KROGER CO MASTER RETIREMENT TRUST | SCOTT HENDERSON C/O THE KROGER COMPANY 1014 VINE STREET CINCINNATI OH 45202-1100 |

| Claim Name | Address Information |
|---|---|
| KROGER CO MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER COMPANY 1014 VINE STREET CINCINNATI OH 45202-1100 |
| KROGER COMPANY DEFINED BENEFIT PLAN (CORE) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KROGER COMPANY DEFINED CONTRIBUTION PLAN | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KROGER COMPANY DEFINED CONTRIBUTION PLAN | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KRUGER INC | KRUGER INC 3285 BEDFORD ROAD MONTREAL QC 835165 CANADA |
| KRUGER INC. | SCOTT HAYMAN KRUGER INC 3285 BEDFORD ROAD MONTREAL QC 835165 CANADA |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |
| KT CORPORATION | 206 JUNGJA-DONG PUNDANG-GU, SONGNAM KYUNGGI-DO 63711 S. KOREA |
| KUTXAINDEX15, FI | C/GARIBAY N° 15 DONOSTIA-SAN SEBASTIAN SPAIN |
| KUWAIT FUND FOR ARAB ECONOMIC DEVELOPMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KYOBO SECURITIES CO. LTD | KYOBO SECURITIES BUILDING 26-4 YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-737 KOREA |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: CARL EVERETT CAPITAL SERVICING CO., LTD. 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO 106-6115 JAPAN |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | 2-1, MINAMI AOYAMA 7-CHOME MINATO-KU TOKYO 107-0062 JAPAN |
| L-JAC ONE SPECIAL PURPOSE COMPANY | 2-1 MINAMI AOYAMA 7 -CHOME, MINATO-KU, TOKYO C/O. AOYAMA SOGO ACCOUNTING |

| Claim Name | Address Information |
|---|---|
| L-JAC ONE SPECIAL PURPOSE COMPANY | OFFICE 107-0062 JAPAN |
| LA FONDIARIA ASSICURAZIONI | ATTN: AFFARI LEGALI/AMMINISTRAZIONE E CONTROLLO PIAZZA DELLA LIBERTA', 6 FIRENZE ITALY |
| LA FONDIARIA ASSICURAZIONI | VIA LORENZO IL MAGNIFICO FIRENZE 50123 ITALY |
| LA FONDIARIA ASSICURAZIONI | PIAZZA DELLA LIBERTA#APPOS, 6 FIRENZE ITALY |
| LA LOMA VILLAGE | C/O ROSKAMP ARIZONA MANAGEMENT & DEVELOPMENT 14506 WEST GRANITE VALLEY DRIVE, SUITE 206 SUN CITY WEST AZ 85375 |
| LACKAWANNA RIVER BASIN SEWER AUTHORITY | 145 BOULEVARD AVENUE THROOP PA 18512-3339 |
| LAKE HOSPITAL SYSTEM INC | 71 EAST HIGH STREET PAINESVILLE OH 44092 |
| LAKE PRINCE CENTER INC | LAKE PRINCE CENTER, INC. C/O UNITED CHURCH RETIREMENT HOMES, INC. 100 LEONARD AVENUE NEWTON NC 28658 |
| LAKERIDGE ASSOCIATES | 4582 SO. ULSTER STREET PARKWAY DENVER CO 80237 |
| LAKEVIEW CDO 2007-2 | ATTN: AMY BYRNES US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO 2007-2 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-1 | US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-1 | US BANK CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| LAKEVIEW CDO SPC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| LAKEVIEW CDO SPC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC 2007-1 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-3 | US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-3 | US BANK CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| LAKEVIEW CDO SPC 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW VILLAGE INC | 9100 PARK STREET LENEXA KS 66215 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | C/O PICERNE DEVELOPMENT CORPORATION OF FLORIDA 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP C/O PICERNE DEVELOPMENT CORPORATION OF FLORIDA 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LAN AIRLINES SA | 1960 EAST GRAND AVENUE, SUITE 530 EL SEGUNDO CA 90245 |
| LAN AIRLINES SA | PASEO HUÉRFANOS 926 SANTIAGO SANTIAGO SWITZERLAND |
| LAN AIRLINES SA | LAN AIRLINES SA AVENIDA AMERICO VESPUCIO SUR NO. 901 RENCA SANTIAGO DE F3 00000 SWITZERLAND |
| LAND ROVER PENSION TRUSTEES LIMITED | C/O ABERDEEN ASSET MANAGEMENT PLC ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LAND SACHSEN-ANHALT | VERTRETEN DURCH DAS MINISTRIUM DER FINANZEN EDITHARING 40, MAGDEBURG 39108 GEORGIA |
| LAND SALZBURG | LAND SALZBURG VERTRETEN DURCH DAS AMT DER LANDESREGIERUNG KAIGASSE, 2 SALZBURG A-5010 AUSTRALIA |
| LAND TRANSPORT AUTHORITY OF SINGAPORE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LAND TRANSPORT AUTHORITY OF SINGAPORE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LANDESBANK BADEN-WURTTEMBERG | AM HAUPTBAHNHOF 2 STUTTGART 70173 GEORGIA |
| LANDESBANK BADEN-WURTTEMBERG | LANDESBANK BADEN-WURTTEMBERG AM HAUPTBAHNHOFF 270173 STUTTGARD P.O. BOX 10 60 49 70049 STUTTGART GEORGIA |
| LANDESBANK BERLIN AG | ALEXANDERPLATZ 2 BERLIN D-10178 GEORGIA |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | 420 FIFTH AVENUE NEW YORK NY 10018 |
| LANDESBANK RHEINLAND PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 56 116 GEORGIA |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 55 MAINZ GEORGIA |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 55098 GEORGIA |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 55 116 GEORGIA |
| LANDESBANK RHEINLAND-PFALZ INTERNATIONAL SA | 10-12, BOULEVARD ROOSEVELT P.O BOX 84-L-2010 LUXEMBOURG LUXEMBOURG L-2450 LUXEMBOURG |
| LANDINGS ON MILLENIA BLVD. PARTNERS, LTD. | C/O CED COMPANIES MAITLAND FL 32751 |
| LANDMARK POWER EXCHANGE INC | 1 E GREENWAY PLAZA HOUSTON TX 77046 |
| LANDSBANKI ISLANDS HF | THROSTUR BERGMANN LANDSBANKI ISLANDS HF C/O VARSLA OG VIDSKIPTAUMSJON AUSTURSTR??TI 11, REYKJAV??K IS-155 CANARY ISLANDS, THE |
| LANDSBANKI ISLANDS HF | LANDSBANKI ISLANDS HF C/O VARSLA OG VIDSKIPTAUMSJON AUSTURSTR??TI 11, REYKJAV??K IS-155 CANARY ISLANDS, THE |
| LANDWIRTSCHAFTLICHE RENTENBANK | LEGAL DEPARTMENT HOCHSTRABE 2 FRANKFURT AM MAIM 60313 GEORGIA |
| LAPRADA | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| LAS VEGAS MONORAIL PROJECT | 3960 HOWARD HUGHES PARKWAY SUITE 750 LAS VEGAS NV 89169 |
| LAS VEGAS REDEVELOPMENT AGENCY | 400 STEWART AVENUE LAS VEGAS NV 89101 |
| LAS VEGAS SANDS INC | LAS VEGAS SANDS INC. 3355 LAS VEGAS BOULEVARD SOUTH LAS VEGAS NV 89109-8941 |
| LASALLE BANK NA | 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION | 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LATIGO MASTER FUND | C/O LATIGO PARTNERS, L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LATITUDE MASTER FUND LTD | C/O RAMIUS LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| LAWSON SOFTWARE INC | 380 SAINT PETER STREET SAINT PAUL MN 55102-1302 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: EDWIN JANIS C/O BANK OF AMERICA, NATIONAL ASSOCIATION GLOBAL TRUST SERVICES 540 W. MADISON ST. CHICAGO IL 60661 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: CORPORATE TRUST / MBS ADMINISTRATION CWABS C/O THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | 02116 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB COMMERCIAL TRUST 2007-C3 COMMERCIAL MORTGAGE PA | CERTIFICATES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB I GROUP INC | EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| LB PERU TRUST II, 1998-A | CORPORATE TRUST ADMINISTRATION THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, 1998-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB PERU TRUST II, 1998-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB PERU TRUST II, 1998-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB PERU TRUST II, 1998-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB PERU TRUST II, 1998-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB PERU TRUST II, 1998-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB PERU TRUST II, 1998-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB PERU TRUST II, 1998-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, 1998-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB PERU TRUST II, 1998-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB PERU TRUST II, 1998-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB PERU TRUST II, 1998-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB PERU TRUST II, 1998-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB PERU TRUST II, 1998-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| LB PERU TRUST II, 1998-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB REAL ESTATE PARTNERS LP | ONE BROADGATE GROUND FLOOR LONDON EC2M 7HA UNITED KINGDOM |
| LB SPECIAL FINANCEA/C VAR FUNDING 08-1 | 745 7TH AVENUE NEW YORK NY 10019 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: GLOBAL SECURITIES AND TRUST SERVICES LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | LBUBS 2007C6 COMMERCIAL MORTGAGE TRUST CLASS A-MFL LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | LASALLE GLOBAL TRUST SERVICES C/O CDO TRUST SERVICES 540 W MADISON AVENUE, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | GLOBAL SECURITIES AND TRUST SERVICES LASALLE BANK NATIONAL ASSOCIATION LB-UBS 2008-C1 COMMERCIAL MORTGAGE TRUST CLASS A-2FL GRANTOR TRUS 135 S. LASALLE STREET, MAIL CODE: IL4-135-16-25 CHICAGO IL 60603 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
| --- | --- |
| 2008-C1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LBAMA/C LB EURO LIQUIDITY FUND | LBAM, 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LBEM FUND 2003-A LP | PRIVATE EQUITY FINANCE 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4614 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | 399 PARK AVENUE NEW YORK NY 10022 |
| LBMB FUND (B) CAYMAN AIV I L.P. | 399 PARK AVENUE NEW YORK NY 10022 |
| LBMB FUND CAYMAN AIV I L.P. | 399 PARK AVENUE NEW YORK NY 10022 |
| LBMB PARTNERS CAYMAN AIV I L.P. | 399 PARK AVENUE NEW YORK NY 10022 |
| LCG SELECT LLC | C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10405 |
| LCG SELECT OFFSHORE LTD | C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LCOR ALEXANDRIA LLC PATENT & TRADEMARK OFFICE PROJ | ATTN:  R. WILLIAM HARD 6550 ROCK SPRING DRIVE, SUITE 280 BETHESDA MD 20817 |
| LCOR ALEXANDRIA LLC PATENT & TRADEMARK OFFICE PROJ | C/O LCOR INCORPORATED SUITE 110 BERWYN PARK BERWYN PA 19312 |
| LCP- RUSSELL MULTI-STRATEGYGLOBAL BOND FUND (AEJ)C | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| LCP- RUSSELL TRUST COMPANYFIXED INCOME II FUNDC/O | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LCP- WALT DISNEY COMPANYRETIREMENT PLAN MASTER TRU | C/O ING INVESTMENT MANAGEMENT CO. 10 STATE HOUSE SQUARE SH11 HARTFORD CT 06103 |
| LCP- WISCONSIN PUBLIC SERVICECORPORATION PENSION T | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT DELEWARE INVESTMENTS 2005 MARKERT STREET PHILADELPHIA PA 19103-7094 |
| LCP-RUSSELL INVESTMENT COMPANYINSTITUTIONAL FDS CL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LCP-RUSSELL INVESTMENT COMPANYSHORT DURATION BOND | 909 A STREET TACOMA WA 98402-5120 |
| LDVF1 FIP SARL | ATTN: LEGAL GROUP 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK NY 10020 |
| LDVF1 FIP SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LDVF1 FIP SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LDVF1 FIP SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| LDVF1 FIP SARL | IL 60661 |
| LDVF1 FIP SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LDVF1 FIP SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LDVF1 FIP SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LDVF1 FIP SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LDVF1 FIP SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LDVF1 FIP SARL | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LDVF1 FIP SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LDVF1 FIP SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LDVF1 FIP SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 FIP SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 FIP SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LDVF1 FIP SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LDVF1 MAIN FIP SARL | ATTN: LEGAL GROUP 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK NY 10020 |
| LDVF1 MAIN FIP SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LDVF1 MAIN FIP SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LDVF1 MAIN FIP SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LDVF1 MAIN FIP SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LDVF1 MAIN FIP SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LDVF1 MAIN FIP SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LDVF1 MAIN FIP SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LDVF1 MAIN FIP SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LDVF1 MAIN FIP SARL | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LDVF1 MAIN FIP SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LDVF1 MAIN FIP SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LDVF1 MAIN FIP SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 MAIN FIP SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| LDVF1 MAIN FIP SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LDVF1 MAIN FIP SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEGACY SENIOR COMMUNITIES | 5100 BELTLINE ROAD SUITE 430 DALLAS TX 75254 |
| LEGACY SENIOR COMMUNITIES INC | ATTN: CHIEF FINANCIAL OFFICER 5100 BELTLINE ROAD, SUITE 430 DALLAS TX 75254 |
| LEGACY SENIOR COMMUNITIES INC | 6101 OHIO DRIVE, SUITE 100 PLANO TX 75024 |
| LEGACY SENIOR COMMUNITIES INC | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| LEGG MASON PARTNERS CORE BOND FUND | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEGG MASON PARTNERS CORE BOND FUND | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEGG MASON PARTNERS VARIABLE CAPITAL AND INCOME FU | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFO | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFO | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHIGH UNIVERSITY | ATTN: FINANCE AND ADMINISTRATION 27 MEMORIAL DRIVE WEST BETHLEHEM PA 18015 |
| LEHIGH UNIVERSITY | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| LEHIGH UNIVERSITY | 27 MEMORIAL DRIVE WEST BETHLEHEM PA 18015 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROS ALPHA TRANSPORT FUND, SPC OBO SEGREGAT | PLUS/DIV. ARB II – DEC 2006 LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC – ON BEHALF OF SP AGG PLUS/DIV ARB II – DEC. 2006 C/O LBAIM – 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | ATTN: OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | LEHMAN BROTHERS ASET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC SEGREGAT | PLUS/DIV ARB-SEPT.07) LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC ACTING FOR SEG. PORT (AGG PLUS/DIV ARB – SEPT. 2007) C/O LBAIM – 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS CAYMAN PARTNERS LTD | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | CINDY ZAMORA LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD. C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO MEZZANINE FUND | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| 2005-1, LTD | STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1 LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1, L C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1 LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-2 LP | CINDY ZAMORA C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-2 LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-2 LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: CINDY ZAMORA LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS CDO OPPORTUNITY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| PARTNERS 2004-3 LP | STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-A LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-A LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-B LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-B LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-C LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-C LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND FAMILY | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LEGAL - FIXED INCOME LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MASTER FUNDS - | LEHMAN BROTHERS MASTER ALPHA COMMODITY FUND ATTN: OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MASTER FUNDS - | LEHMAN BROTHERS MASTER ALPHA COMMODITY FUND OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MASTER FUNDS - LEHMAN BROTHERS MAS | FUND LEHMAN BROTHERS ASET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV EUROP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | ATTN: LEGAL DEPARTMENT LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | ATTN: LEHMAN BROTHERS ASSET MANAGEMENT  OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | 12(A) S5, 6 #AMPER 7: LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS PROTECTED SPIRIT 2017 FUND | LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON EC2M 5TU UNITED KINGDOM |
| LEHMAN BROTHERS REAL ESTATE ME ZZANINE PARTNERS, L | ATTN: RODOLPHO AMBOSS LEHMAN BROTHERS INC 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ME ZZANINE PARTNERS, L | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | ATTN: DAVID GOLDBERG LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | ATTN: JI YEONG CHU LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPERLBREM II ECI AIV LP LEHMAN BROTHERS INC., 399 PARK AVE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE | ATTN: VINAY KHANDELWAL LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM |

| Claim Name | Address Information |
|---|---|
| PARTNERS II | II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | DAVID GOLDBERG LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | JI YEONG CHU LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPERLBREM II ECI AIV LP LEHMAN BROTHERS INC., 399 PARK AVE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | VINAY KHANDELWAL LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | RODOLPHO AMBOSS 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | ATTN: RODOLPHO AMBOSS LEHMAN BROTHERS INC. 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III LP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS RESERVE LIQUIDITY SERIES | 399 PARK AVENUE NEW YORK NY 10900 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC. | JOSEPH POLIZZOTTO TRANSACTION MANAGEMENT 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022-4679 |
| LEHMAN BROTHERS STRUCTURED FUNDS PLC – LEHMAN BROT | FUND LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS STRUCTURED FUNDS PLC- LEHMAN BROTH | LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | 2006-9 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | 2007-5 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS 2005-6 | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TR MTGE PASS THROUGHCERTIFICATES, SERIES | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRST MORTGAGECERTS, SERIES 2005-8 | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| CERTIFICATE | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTG PASS-THROUGH, SERIES 2005-4 | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST, SERIES 2005-10 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST, SERIES 2005-9N | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEMIVESA LTD #3 | 9737 NORTH WEST 41 PO BOX 265 MIAMI FL    33178 |
| LEO-FUNDS FCP (ADAM LUX 553060) | L-2633    C/O ALLIANZ GLOBAL INVESTORS LUXEMBOURG SA 1345 AVENUE OF AMERICAS NEW YORK NY 10105-4800 |
| LEO-FUNDS FCP (ADAM LUX 553060) | C/O ALLIANZ GLOBAL INVESTORS LUXEMBOURG SA 6A ROUTE DE TREVES 26 SENNINGERBERG L-2633 LUXEMBOURG |
| LEOPARD CLO III BV | PARNASSUSTOREN LOCATELLIKADE 1 AMSTERDAM 1076 AZ NIGER |
| LEVEL RADAR MASTER FUND LTD | ATTN: JEREMY I BOHRER, GENERAL COUNSEL FOR LEGAL OR COMPLIANCE NOTICES: C/O LEVEL GLOBAL INVESTORS, L.P. 390 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LEVEL RADAR MASTER FUND LTD | JEREMY I BOHRER, GENERAL COUNSEL FOR LEGAL OR COMPLIANCE NOTICES: C/O LEVEL GLOBAL INVESTORS, L.P. 390 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LEVEL RADAR MASTER FUND LTD | ATTN: GENERAL COUNSEL FOR NON-LEGAL OR COMPLIANCE NOTICES: C/O LEVEL GLOBAL INVESTORS L.P. 888 7TH AVENUE, 27TH FLOOR NEW YORK NY 10106-2799 |
| LEVEL RADAR MASTER FUNDLTD. | FOR NON-LEGAL OR COMPLIANCE NOTICES: C/O GLOBAL INVESTORS L.P. 537 STEAMBOAT ROAD GREENWICH CT 06830 |
| LEVINE, HARRY B. | ATTN: HARRY B. LEVINE 3 DRUMMOND TERRACE LIVINGSTON NJ 07039 |
| LEX MOUNTAINBACK CALIFORNIA GENERAL PARTNERSHIP | C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON ST STE 700 SAN FRANCISCO CA 94111 |
| LEXINGTON INSURANCE CO | ATTN: GENERAL COUNSEL LEXINGTON INSURANCE COMPANY 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE CO | LEXINGTON INSURANCE COMPANY 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LGT EMERGING MARKET DEBT PORTFOLIO | ATTN: ROBERT S. KAPITO 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| LGT MULTI MANAGER BOND HIGH YIELD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LGT MULTI MANAGER BOND HIGH YIELD | 2 LIBERTY SQUARE BOSTON MA 02109 |
| LIANHE INVESTMENTS PTE LTD | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LIANHE INVESTMENTS PTE LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL C/O GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL WITH A COPY TO: GS INVESTMENT STRATEGIES, LLC LIBERTY HARBOR MASTER FUND I, L.P. 85 BROAD STREET NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL WITH A COPY TO: GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SALVATORE LENTINI C/O GS INVESTMENT STRATEGIES, LLC ONE NEW YORK PLAZA NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | C/O GS INVESTMENT STRATEGIES, LLC LIBERTY HARBOR MASTER FUND I, L.P. NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | GS INVESTMENT STRATEGIES LLC ONE NEW YORK PLAZA NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND ILP | 85 BROAD STREET NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| LIBERTY MUTUAL EMPLOYEES THRIFT INCENTIVE PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| LIBERTY POWER HOLDINGS LLC | ATTN: ALBERTO DAIRE, CHIEF OPERATING OFFICER 800 WEST CYPRESS CREEK ROAD SUITE 330 FT. LAUDERDALE  FL 33309 |
| LIBERTY POWER HOLDINGS LLC | ALBERTO DAIRE, CHIEF OPERATING OFFICER LIBERTY POWER HOLDINGS LLC 800 WEST CYPRESS CREEK ROAD SUITE 330 FT. LAUDERDALE  FL 33309 |
| LIBERTY POWER HOLDINGS LLC | EVERARDUS ROZING, ELAD SHRAGA, NIR VIDRA 800 W. CYPRESS CREEK RD., SUITE 330 FT. LAUDERDALE FL 33309 |
| LIBERTY SQUARE APARTMENTS, LTD | LIBERTY SQUARE APTS 920 FLORENCE BOULEVARD FLORENCE AL 35631-0220 |
| LIBERTY SQUARE APARTMENTS, LTD | P. O. BOX 220 FLORENCE AL 35631-0220 |
| LIBERTY SQUARE APARTMENTS, LTD | LIBERTY SQUARE APARTMENTS, LTD P. O. BOX 220 FLORENCE AL 35631 |
| LIBERTY SQUARE APTS | 920 FLORENCE BOULEVARD FLORENCE AL 35631-0220 |
| LIBERTY SQUARE CDO I, LIMITED | LIBERY SQUARE CDO I, LIMITED C/O QSPV LIMITED QUEE PO BOX 309 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| LIBERTY SQUARE CDO I, LIMITED | 75 STATE STREET BOSTON MA 02109 |
| LIBERTY SQUARE CDO II, LIMITED | LIBERTY SQUARE CDO CHURCH STREET PO BOX 309 GT GEORGE TOWN, GRAND CAYMAN CANADA |
| LIBERTY SQUARE CDO II, LIMITED | WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02109 |
| LIBRA CDO LIMITED | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LIBRA CDO LIMITED | GLOBAL TRANSACTION BANKING, TRUST LIBRA CDO LIMITED C/O DEUTSCHE BANK (CAYMAN) LMT. P.O. BOX 1984 GT ELIZABETHAN STREET GRAND CAYMAN CANADA |
| LIBRA CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LIBRA CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LIBRA CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LIBRA CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LIBRA CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LIBRA CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LIBRA CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LIBRA CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LIBRA CDO LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LIBRA CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LIBRA CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LIBRA CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LIBRA CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LIBRA CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LIBRA CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LIBRA FUND LP | LIBRA FUND, L.P. 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIBRA OFFSHORE LTD | LIBRA ADVISORS LLC 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| LICR FUND INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA (INC) | AEGON INVESTMENT MANAGEMENT 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| LIFESPAN CORPORATION | ATTN: PETER TROJANO STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| LIFESPAN CORPORATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| LIFESPAN CORPORATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02111 |
| LIFESPAN CORPORATION RETIREMENT PLAN | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| LIGHTHOUSE BAY HOLDINGS | 5055 S. DALE MABRY HIGHWAY TAMPA FL 33611-3568 |
| LINC - REDONDO BEACH SENIORS, INC. | LINC - REDONDO BEACH SENIORS, INC. 415 DIAMOND STREET REDONDO BEACH  CA 90277 |
| LINC - REDONDO BEACH SENIORS, INC. | 415 DIAMOND STREET REDONDO BEACH  CA 90277 |
| LINC - REDONDO BEACH SENIORS, INC. | LINC-REDONDO BEACH 110 PINE AVENUE, SUITE 500 LONG BEACH CA 90802 |
| LINC-REDONDO BEACH | 110 PINE AVENUE, SUITE 500 LONG BEACH CA 90802 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | DELAWARE MGMT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCOLN NATIONAL LIFE INSURANCE CO / SEP ACCT 12 | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY INC | ATTN: PHILIP OBAZEE DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY INC | 200 EAST BERRY STREET FORT WAYNE IN 46802 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE A | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE C | C/O DLAWARE INVESTMENT ADVISERS 1300 SOUTH CLINTON STREET, MAIL STOP 6H-17 FORT WAYNE IN 46802 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LI | ATTN: PHILIP OBAZEE C/O DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET 40TH FLOOR PHILADELPHIA PA 19103-7094 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | DELAWARE MGMT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCORE LIMITED | C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL HONG KONG HONG KONG |
| LINDE ENERGY SERVICES, INC. | C/O BOC ENERGY SERVICES, INC. 575 MOUNTAIN AVENUE MURRAY HILL NJ 07974 |
| LINDEMANN, ADAM | 210 11TH AVE. NEW YORK NY 10001 |
| LINDER, JOHN | JOHN LINDER 21 GREEN AVENUE RYE NY 10580 |
| LINLAKE VENTURES | 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| LINN ENERGY LLC | ATTN: JEANINE DELAY 600 TRAVIS STREET, SUITE 6910 HOUSTON TX 77002 |
| LINN ENERGY LLC | LINN ENERGY 600 TRAVIS STREET, SUITE 6910 HOUSTON TX 77002 |
| LION CITY CDO 2006-2 LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN CANADA |
| LION CITY CDO 2006-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO 2006-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO 2006-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO 2006-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| LION CITY CDO 2006-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO 2006-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO 2006-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO 2006-2 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO 2006-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO 2006-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO 2006-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO 2006-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-3 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO 2006-3 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO 2006-3 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO 2006-3 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO 2006-3 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-3 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO 2006-3 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO 2006-3 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO 2006-3 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO 2006-3 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO 2006-3 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO 2006-3 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-3 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-3 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO 2006-3 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LIMITED C/O WALKERSS SPV | LION CITY CDO LIMITED C/O WALKERSS SPV LIMITED WALKER HOUSE PO BOX 908 GT |

| Claim Name | Address Information |
|---|---|
| LIMITED | GEORGETOWN GRAND CAYMAN BRAZIL |
| LION CITY CDO LIMITED SERIES 2006-1 | C/O WALKER SPV LIMITED WALKER HOUSE P.O. BOX 908 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS CANADA |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO LIMITED SERIES 2006-1 | C/O KIM SEYANG BUILDING, 223 NAEJA-DONG JONGO-GU SEOUL 110-720 KOREA |
| LION CITY CDO LTD SERIES 2006-5 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTHWALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO LTD SERIES 2006-5 | P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN CANADA |
| LION CREDIT OPPORTUNITY FUNDRE M&G INVESTMENT MGMT | M&G INVESTMENT MANAGEMENT LIMITED LAURENCE POUNTNEY HILL LONDON EC4R 0HH UNITED KINGDOM |
| LISPENARD STREET CREDIT (MASTER) FUND LTD. | 277 PARK AVENUE, 48TH FLOOR NEW YORK NY 10172 |
| LITTLE NELL APARTMENTS, L.P. | LITTLE NELL APARTMENTS, L.P. 1800 BERING DRIVE, SUITE 501 HOUSTON TX 77057 |
| LITTLE NELL APARTMENTS, L.P. | 1800 BERING DRIVE, SUITE 501 HOUSTON TX 77057 |
| LLOYDS TSB BANK PLC | 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | FINANCIAL MARKETS FARYNERS HOUSE 25 MONUMENT STREET LONDON EC3R 8BQ UNITED KINGDOM |
| LLOYDS TSB BANK PLC | 10 GRESHAM STREET LONDON UNITED KINGDOM |
| LM ISIS OPPORTUNITIES MASTER FUND LTD | LORRIE LANDIS LM ISIS OPPORTUNITIES MASTER FUND, LTD. C/O LM ISIS CAPITAL PARTNERS, LLC 20 EAST ELM STREET, 2ND FLOOR GREENWICH CT 06830 |
| LM ISIS OPPORTUNITIES MASTER FUND LTD | LM ISIS OPPORTUNITIES MASTER FUND, LTD. C/O LM ISIS CAPITAL PARTNERS, LLC 20 EAST ELM STREET, 2ND FLOOR GREENWICH CT 06830 |
| LM MOORE | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE | ATTN: GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| LM MOORE | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS LM MOORE C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LMT 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LMT 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LMT 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LMT 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LMT 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LMT 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| LMT 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LMT 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LMT 2008-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LMT 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LMT 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LMT 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LMT 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LMT 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LMT 2008-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LOAN FUNDING III LLC | LEGAL AND COMPLIANCE DEPT-DERIVITAIVES DOCUMENTATI C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| LOAN FUNDING III LLC | FOR TRANSFERS, ASSIGNMENTS, 55 WATER STREET NEW YORK NY 10041 |
| LOAN FUNDING III LLC | FOR TRANSFERS, ASSIGNMENTS, STANDARD NEW YORK NY 10041 |
| LOAN FUNDING III LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LOAN FUNDING III LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LOAN FUNDING III LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LOAN FUNDING III LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LOAN FUNDING III LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LOAN FUNDING III LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LOAN FUNDING III LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LOAN FUNDING III LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LOAN FUNDING III LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LOAN FUNDING III LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LOAN FUNDING III LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LOAN FUNDING III LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LOAN FUNDING III LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LOAN FUNDING III LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LOAN FUNDING III LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LOCAL AUTHORITIES SUPERANNUATION FUND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LOCAL GOVERNMENT PENSIONS INSTITUTION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| OF FINLAND | 92660 |
| LOCAL GOVERNMENT PENSIONS INSTITUTION OF FINLAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOCAL INSIGHT MEDIA INC | 188 INVERNESS DRIVE, WEST ENGELWOOD CO 80112 |
| LOCAT SPA | VIALE BIANCA MARIA, 4 MILANO 20129 ITALY |
| LOEB ARBITRAGE B FUND LP | C/O LOEB PARTNERS CORPORATION 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | C/O LOEB PARTNERS CORPORATION 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD | C/O LOEB PARTNERS CORPORATION 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD | C/O LOEB PARTNERS CORPORATION 61 BROADWAY NEW YORK NY 10006 |
| LOEWS CORPORATION | ATTN: PETER LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LONDON CLEARING HOUSE LIMITED | ALDGATE HOUSE 33 ALDGATE HIGH STREET LONDON EC3N 1EA UNITED KINGDOM |
| LONG ISLAND POWER AUTHORITY | ATTN: CHIEF FINANCIAL OFFICER 333 EARLE OVINGTON BLVD UNIONDALE NY 11553 |
| LONG ISLAND POWER AUTHORITY | CHIEF FINANCIAL OFFICER 333 EARLE OVINGTON BLVD UNIONDALE NY 11553 |
| LONG ISLAND POWER AUTHORITY | 333 EARLE OVINGTON BLVD. SUITE 403 UNIONDALE NY 11553 |
| LONGACRE CAPITAL PARTNER (QP) LP | C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGACRE MASTER FUND LTD | MARC SIMON C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGACRE MASTER FUND LTD | C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGVIEW MONTICELLO LLC | LONGVIEW MONTICELLO LLC 245 COMMERCIAL STREET, SUITE 200 SALEM OR 97301 |
| LONGVIEW MONTICELLO LLC | 245 COMMERCIAL STREET, SUITE 200 SALEM OR 97301 |
| LONGVIEW MONTICELLO LLC | LONGVIEW MONTICELLO LLO C/O LMC GROUP LLC 1405 17TH AVENUE LONGVIEW WA 98632-2945 |
| LONGWOOD AT OAKMONT, INC. | ATTN: WENGER JOSEPH P. 500 ROUTE 909 VERONA PA 15147-3863 |
| LONGWOOD AT OAKMONT, INC. | WENGER JOSEPH P. 500 ROUTE 909 VERONA PA 151473863 |
| LONGWOOD AT OAKMONT, INC. | 1215 HULTON ROAD OAKMONT PA 15139-1196 |
| LOOMIS SAYLES MULTI-STRATEGYMASTER ALPHA LTD | C/O LOOMIS SAYLES ONE FINANCIAL CENTER BOSTON MA 02111 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS BANOS CA (CITY OF) | 520 J STREET LOS BANOS CA 93635 |
| LOS OSOS COMMUNITY SERVICES DISTRICT | 5500 HEATH LANE CAMBRIA CA 93428 |
| LOS PADRES  BANK | 610 ALAMO PINTADO ROAD SOLVANG CA 93463 |
| LOTSOFF CAPITAL MANAGEMENT | LOTSOFF CAPITAL MANAGEMENT 20 NORTH CLARK STREET, 34TH FLOOR CHICAGO IL 60602 |
| LOUIS DREYFUS ENERGY SERVICES L.P. | 20 WESTPORT ROAD WILTON CT 06897 |
| LOUIS DREYFUS ENERGY SERVICES LP | ATTN: LAW DEPARTMENT 20 WESTPORT ROAD WILTON CT 06897 |
| LOUIS L. GONDA TRUST | ATTN: HARVEY GETTLESON; LOUIS GONDA 9350 WILSHIRE BOULEVARD SUITE 400 LOS ANGELES CA 90024 |
| LOUIS L. GONDA TRUST | 9350 WILSHIRE BOULEVARD SUITE 400 BEVERLY HILLS CA 90212 |
| LOUISE RITCHIE BEALE | 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| LOUISIANA LA (STATE OF) SHERIFFS' | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |

| Claim Name | Address Information |
|------------|---------------------|
| PENSION & RELIEF | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER | FINANCE DIRECTOR 700 WEST LIBERTY STREET LOUISVILLE KY 40202 |
| LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER | 700 WEST LIBERTY STREET LOUISVILLE KY 40202 |
| LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE | 315 S FLAGLER DR. WEST PALM BEACH FL 33401 |
| LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE | WEST PALM BEACH FL 33401 |
| LOWER COLORADO RIVER AUTHORITY | ATTN: FUEL &  ENERGY RISK MANAGER/STEVE BURGER LOWER COLORADO RIVER AUTHORITY 3700 LAKE AUSTIN BLVD., MAILSTOP L200 AUSTIN TX 78703 |
| LOWER COLORADO RIVER AUTHORITY | 3700 LAKE AUSTIN BLVD., MAILSTOP L200 AUSTIN TX 78703 |
| LOYALIS LEVEN N.V. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOYALIS LEVEN N.V. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOYALIS SCHADE N.V. | ATTN: ADAM SHAPIRO INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 16TH FLOOR NEW YORK NY 10019 |
| LOYALIS SCHADE N.V. | C/O STONE HARBOR INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 26TH FLOOR NEW YORK NY 10019 |
| LP MA 1 LTD | ATTN: PAUL D MELEK C/O LATIGO PARTNERS L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LP MA 1 LTD | C/O LATIGO PARTNERS L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LSN/TLS OBLIGATED GROUP | C/O DIAKON LUTHERAN SOCIAL MINISTRIES 960 CENTURY DRIVE MECHANICSBURG PA 17056 |
| LUBRIZOL CORPORATION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUBRIZOL CORPORATION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUCENT TECHNOLOGIES MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUCENT TECHNOLOGIES MASTER PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUCENT TECHNOLOGIES MASTER PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| LUMINANT ENERGY COMPANY LLC | C/O WHOLESALE CONTRACT ADMINISTRATION 500 N. AKARD STREET, LP-13 DALLAS TX 75201 |
| LUMINUS ENERGY PARTNERS MASTERFUND LTD | C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| LUSITANO MORTGAGES NO. 5 PLC | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LUSITANO MORTGAGES NO. 5 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LUTHERAN HOME INC (THE) | ATTN: ROBERT B. PIETERS, PRESIDENT AND CEO 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| LUTHERAN HOME INC (THE) | ATTN: SCOTT MCFADDEN, PRESIDENT 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| LUTHERAN HOME INC (THE) | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| LUTHERAN SENIOR SERVICES | 709 S. LACLEDE STATION ROAD ST. LOUIS MO 63119-4911 |
| LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY | 6 TERRI LANE, SUITE 300 BURLINGTON NJ 08016 |
| LUTHERAN SOCIAL SERVICES OF MICHIGAN | ADMINISTRATIVE OFFICES 8131 EAST JEFFERSON AVENUE DETROIT MI 48214-2691 |
| LUXOR CAPITAL PARTNERS LP | LUXOR CAPITAL PARTNERS, LP C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LUXOR CAPITAL PARTNERS OFFSHORE LTD | LUXOR CAPITAL PARTNERS OFFSHORE, LTD. C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LUXOTTICA US HOLDINGS CORP | 44 HARBOR PARK DRIVE, SUITE 5 PORT WASHINGTON NY 11050-4625 |
| LVFN GENPAR LLCA/C LVFN PARTNERS LP | ATTN: THOMAS WHITE 201 MAIN STREET, SUITE 2600 FORT WORTH TX 76102 |
| LVFN GENPAR LLCA/C LVFN PARTNERS LP | RELATIONSHIP FUNDING 227 WEST MONROE, SUITE 4900 CHICAGO IL 60606 |
| LXS 2005-7N NIM1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2005-7N NIM1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2005-7N NIM1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2005-7N NIM1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2005-7N NIM1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2005-7N NIM1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2005-7N NIM1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2005-7N NIM1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2005-7N NIM1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2005-7N NIM1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2005-7N NIM1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2005-7N NIM1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2005-7N NIM1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| LXS 2005-7N NIM1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2005-7N NIM1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2005-7N NIM1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-10N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-10N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-10N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-10N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-10N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-10N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-10N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-10N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-10N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2006-10N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2006-10N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-10N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-10N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-10N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-10N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-16N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-16N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-16N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-16N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-16N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-16N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-16N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-16N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-16N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
| --- | --- |
| LXS 2006-16N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2006-16N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-16N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-16N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-16N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-16N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-18N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-18N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-18N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-18N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-18N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-18N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-18N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-18N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-18N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2006-18N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2006-18N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-18N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-18N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-18N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-18N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-12N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-12N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-12N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-12N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-12N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-12N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| LXS 2007-12N | STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-12N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-12N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-12N | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-12N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-12N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-12N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-12N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-12N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-12N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-15N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-15N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-15N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-15N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-15N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-15N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-15N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-15N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-15N | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-15N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-15N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-15N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-15N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-15N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-15N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-2N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-2N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-2N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| LXS 2007-2N | IL 60661 |
| LXS 2007-2N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-2N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-2N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-2N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-2N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-2N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-2N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-2N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-2N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-2N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-2N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-2N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-4N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-4N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-4N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-4N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-4N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-4N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-4N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-4N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-4N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-4N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-4N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-4N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-4N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-4N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| LXS 2007-4N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS NIM 2005-9N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS NIM 2005-9N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS NIM 2005-9N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS NIM 2005-9N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS NIM 2005-9N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS NIM 2005-9N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS NIM 2005-9N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS NIM 2005-9N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS NIM 2005-9N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS NIM 2005-9N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS NIM 2005-9N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS NIM 2005-9N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS NIM 2005-9N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS NIM 2005-9N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS NIM 2005-9N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LYONNAISE DE BANQUE SA | 8 RUE DEL LA REPUBLIQUE CEDEX 01 LYON, 69207 FRANCE |
| LYXOR/ACUITY FUND LTD | ERIC PERSONNE LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17 COURS VALMY PARIS 92987 FRANCE |
| LYXOR/ACUITY FUND LTD | LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17 COURS VALMY PARIS 92987 FRANCE |
| LYXOR/CANYON CAPITAL ARBITRAGE FUND LTD | LYXOR ASSET MANAGEMENT SA TOUR SOCIETE GENERALE 17 COURS VALMY PARIS LA DEFENSE 92987 FRANCE |
| LYXOR/CANYON VALUE REALIZATION FUND LIMITED | C/O LYXOR ASSET MANAGEMENT S.A TOUR SOCIETE GENERAL 17 COURS VALMY 92987 PARIS– LA DEFENSE FRANCE |
| LYXOR/SCOTTWOOD FUND LIMITED | C/O  LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17, COURS VALMY PARIS – LA DEFENSE 92987 FRANCE |
| M & I MARSHALL & ILSLEY BANK | 770 N. WATER ST. 5TH FLOOR MILWAUKEE WI 53202 |
| MABANAFT BV | WESTERLAAN 5 ROTTERDAM CK 3016 THAILAND |
| MACARTHUR, JOHN D & CATHERINE T FOUNDATION (INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| MACENGLE SENIOR SERVICES LLC | 825 ARNOLD DRIVE, SUITE 110 MARTINEZ CA 94553 |
| MACKAY SHIELDS CREDIT STRATEGY PARTNERS LP | 9 WEST 57TH STREET NEW YORK NY 10019 |
| MACKENZIE, STEPHEN G | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| MACKINAW POWER HOLDINGS LLC | GENERAL COUNSEL MACKINAW POWER HOLDINGS, LLC C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON STREET, 55TH FOOR BOSTON MA 02117 |

| Claim Name | Address Information |
|---|---|
| MACKINAW POWER HOLDINGS LLC | ATTN: GENERAL COUNSEL C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON STREET, 55TH FOOR BOSTON MA 02117 |
| MACKINAW POWER HOLDINGS LLC | JEFF SOMMERS CAMS, LLC HOUSTON TX 77002 |
| MACKINAW POWER HOLDINGS LLC | ATTN: JEFF SOMMERS 1415 LOUISIANA STREET, SUITE #3500 HOUSTON TX 77002 |
| MACKINAW POWER HOLDINGS LLC | ATTN: JEFF SOMMERS CAMS, LLC HOUSTON TX 77002 |
| MACKINAW POWER HOLDINGS LLC | MACKINAW POWER HOLDINGS, LLC C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON STREET, 55TH FOOR BOSTON MA 02117 |
| MACQUARIE BANK LIMITED | 1 MARTIN PLACE SYDNEY, NSW 2000 AUSTRALIA |
| MACQUARIE BANK LTD | MACQUARIE BANK LIMITED NO. 1 MARTIN PLACE SYDNEY NSW 2000, 3019 GPO BOX 4294 8232 3590 AUSTRALIA |
| MACQUARIE BANK LTD | NO.1 MARTIN PLACE SYDNEY NSW 2000 GPO BOX 4294 SYDNEY AUSTRALIA |
| MACQUARIE COOK POWER INC | ATTN: LEGAL RISK MANAGEMENT DIVISION MACQUARIE BANK LIMITED REPRESENTATIVE OFFICE 125 WEST 55TH STREET, 22ND FLOOR NEW YORK NY 10019 |
| MACQUARIE COOK POWER INC | ATTN: THE MANAGER, POWER TRADING 333 CLAY STREET - SUITE 4550 HOUSTON TX 77002 |
| MACQUARIE COOK POWER INC | ONE ALLEN CENTER 500 DALLAS STREET, SUITE 3100 HOUSTON TX 77002 |
| MACQUARIE HIGH YIELD BOND FUND | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| MACQUARIE HIGH YIELD BOND FUND | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| MACY'S INC DEFINED CONTRIBUTIONS MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MACY'S INC DEFINED CONTRIBUTIONS MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MACYS INC DEFINED BENEFIT PLANS MASTER TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MACYS INC DEFINED BENEFIT PLANS MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | C/O METLIFE INVESTORS ADVISORS COMPANY LLC 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962 |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | DO PO BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS BRAZIL |
| MADISON AVENUE CDO I LTD | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRAZIL |
| MADISON AVENUE CDO I LTD | C/O QSPV LIMITED P.O. BOX 1093 GT SOUTH CHURCH STREET\ GEORGE TOWN, GRAND CAYMAN CANADA |
| MADISON AVENUE CDO I LTD | MADISON AVENUE CDO I, LIMITED C/O QSPV LIMITED PO BOX 1093 GT SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| MADISON AVENUE CDO I LTD | C/O US BANK CORPORATE TRUST SERVICES 214 NORTH TRYON STREET, 26TH FLOOR CHARLOTTE NC 28202 |
| MADISON RIVER CAPITAL LLC | MADISON RIVER CAPITAL, LLC 103 SOUTH FIFTH STREET MEBANE NC 27302 |
| MAERSK A/S | 50 ESPLANADEN COPENHAGEN 1098 GERMANY |
| MAGNETAR CAPITAL MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CAPITAL MASTER FUND LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MAGNETAR CONSTELLATION  FUND II LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION  FUND II LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |

| Claim Name | Address Information |
|---|---|
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MAGNETAR MUNI LLC | CEO, CFO AND GENERAL COUNSEL MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | ATTN: CEO, CFO AND GENERAL COUNSEL MAGNETAR MUNI LLC C/O MAGNETAR CAPITAL LLC 1603 ORRINGTON AGENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | CEO, CFO AND GENERAL COUNSEL MAGNETAR MUNI LLC C/O MAGNETAR CAPITAL LLC 1603 ORRINGTON AGENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR STRUCTURED CREDIT FUND LP | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAIMONIDES SCHOOL | 34 PHILBRICK RD BROOKLINE CT 02445 |
| MAIMONIDES-SHALOM ACADEMY INC | ATTN: CHIEF FINANCIAL OFFICER 5300 SW 40TH AVENUE FORT LAUDERDALE FL 33314-6504 |
| MAIMONIDES-SHALOM ACADEMY INC | MAIMONIDES-SHALOM ACADEMY, INC. 5300 SW 40TH AVENUE FORT LAUDERDALE FL 33314-6504 |
| MAIN STREET NATURAL GAS INC | 104 TOWN PARK DRIVE KENNESAW GA 30144 |
| MAINE (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYSTE | 909 A STREET TACOMA WA 98402-5120 |
| MAINE STATE RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAINE STATE RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAINSTAY DIVERSIFIED INCOME FUND | SENG LIEW MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MAINSTAY DIVERSIFIED INCOME FUND | MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MAJOR LEAGUE BASEBALL PLAYERS BENEFIT PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MAJOR LEAGUE BASEBALL PLAYERS BENEFIT PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MAJOR MOVES CONSTRUCTION FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MALAYSIAN AIRLINE SYSTEM BERHAD | 1667 K STREET NW SUITE 610 WASHINGTON DC 20006 |
| MALAYSIAN AIRLINE SYSTEM BERHAD | CHANIN BUILDING NEW YORK NY 10168 |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 2 GRAND CENTRAL TOWER NEW YORK NY 10017 |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 33RD FLOOR MAS BUILDING KUALA LUMPUR WILYAHAH, PERSEKUTUAN 50250 MOROCCO |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 100 NORTH SEPULVEDA BOULEVARD LA, SUITE 400 EL SEGUNDO CA 90245 |
| MAN FINANCIAL LIMITED | C/O MF GLOBAL INC. 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MAN FINANCIAL LIMITED | ATTN: LEGAL DEPARTMENT C/O MF GLOBAL LTD. 717 5TH AVENUE NEW YORK NY 10022-8101 |
| MAN FINANCIAL LIMITED | ATTN: NIGEL AVEY, DIRECTOR, LEGAL SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MAN FX CLEAR LLC | ATTN: IRA POLK MAN FX CLEAR 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MAN FX CLEAR LLC | MAN FX CLEAR 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MANAGED ACCOUNT SERIES US MORTGAGE | GENERAL COUNSEL C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MANAGED ACCOUNT SERIES US MORTGAGE | C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MANASSAS MA (CITY OF) | 9027 CENTER STREET MANASSAS MA 20110 |
| MANCHESTER AIRPORT | C/O CITY OF MANCHESTER, NEW HAMPSHIRE 1 CITY HALL PLAZA, 2ND FLOOR MANCHESTER NH 03101 |
| MANCHESTER AIRPORT, NH | CITY HALL MANCHESTER NH 03101 |
| MANGO GROVE, LLC | C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVE., SUITE 6 SOUTH ORANGE NJ 07079 |
| MANGO GROVE, LLC | MANGO GROVE, LLC C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVE., SUITE 6 |

| Claim Name | Address Information |
|---|---|
| MANGO GROVE, LLC | SOUTH ORANGE NJ 07079 |
| MANGO GROVE, LLC | C/O THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| MANOR PARK INC | 6451 EL CAMINO REAL, SUITE A CARLSBAD CA 92009 |
| MANOR PARK, INC | ATTN: TREASURER 2208 NORTH LOOP 250 WEST MIDLAND TX 79707 |
| MANSFIELD MEMORIAL HOMES LLC | ATTN: RAYMOND LOUGHMAN, EXECUTIVE DIRECTOR 50 BLYMYER AVE MANSFIELD OH 44903 |
| MANSFIELD MEMORIAL HOMES LLC | 50 BLYMYER AVE MANSFIELD OH 44903 |
| MANUFACTURERS & TRADERS TRUST COMPANY | ONE M BUFFALO NY 14203 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MARANTHA BAPTIST BIBLE COLLEGE | 745 WEST MAIN STREET WATERTOWN WI 53094 |
| MARATHON MASTER FUND LTD | MARATHON ASSET MANAGEMENT 461 FIFTH AVENUE, 10TH FLOOR NEW YORK NY 10017 |
| MARATHON OIL COMPANY | ATTN: PATRICK D. ROTH MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX 77056-2723 |
| MARATHON OIL COMPANY | ATTN: BADEN DAVID MARATHON OIL CORPORATION 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | BADEN DAVID MARATHON OIL CORPORATION 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | ATTN: BADEN DAVID 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | ATTN: PATRICK D. ROTH 5555 SAN FELIPE STREET HOUSTON TX 77056 |
| MARATHON OIL COMPANY | MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX 77056-2723 |
| MARATHON PETROLEUM COMPANY LLC | ATTN: RICHARD MENDEL 539 SOUTH MAIN STREET FINDLAY OH 45840-3295 |
| MARATHON PETROLEUM COMPANY LLC | ATTN: PATRICK D. ROTH 5555 SAN FELIPE STREET HOUSTON TX 77056 |
| MARATHON PETROLEUM COMPANY LLC (MNA) | ATTN: PATRICK D. ROTH MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX 77056-2723 |
| MARATHON PETROLEUM COMPANY LLC (MNA) | MARATHON PETROLEUM COMPANY, LLC 539 SOUTH MAIN STREET FINDLAY OH 45840 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | ATTN: ROB FRIEDMAN MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | C/O MARATHON MASTER TRUST 730 PARK AVENUE NEW YORK NY 10169 |
| MARATHON STRUCTURED FINANCE FUND LTD | MARATHON STRUCTURED FINANCE FUND, LTD. C/O 461 5TH AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| MARBLE FALLS VISTAS APARTMENTS, L.P. | 1110 BROADWAY MARBLE FALLS TX 78654 |
| MARBLE FINANCE 2002-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| MARBLE FINANCE 2002-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| MARIE PAPILLON | ATTN: MARIE J. PAPILLON 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL 33162 |
| MARIE PAPILLON | MARIE J. PAPILLON 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL 33162 |
| MARIE PAPILLON | WEIL GOTSHAL 767 FIFTH AVENUE NEW YORK NY 10153 |
| MARINER ATLANTIC US BONDS LTD | MARINER ATLANTIC US BONDS, LTD. C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER LDC | MARINER INVESTMENT GROUP, LLC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER NAVIGATOR US BONDS LTD | ATTN: CHARLES R. HOWE, II MARINER NAVIGATOR US BONDS, LTD. C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER NAVIGATOR US BONDS LTD | MARINER NAVIGATOR US BONDS, LTD. C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | MARINER INVESTMENT GROUP, LLC. 500 MAMARONECK AVENUE NEW YORK NY 10528 |
| MARINER PARTNERS US BONDS LP | C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE NEW YORK NY 10528 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | ALLEN J. LEVINSON C/O CREDIT RISK ADVISORS, L.P. UPPER SADDLE RIVER NJ 07458 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | ATTN: ALLEN J. LEVINSON C/O CREDIT RISK ADVISORS, L.P. UPPER SADDLE RIVER NJ 07458 |
| MARINER-CREDIT RISK ADVISORS MASTER | JOHN KELTY MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 |

| Claim Name | Address Information |
|---|---|
| FUND, LP | HARRISON NY 10528 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JULIA WYATT MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | MARINER INVESTMENTS 500 MAMARONECK AVENUE SUITE 101 HARRISON NY 10528 |
| MARK H WENWORTH HOME | 346 PLEASANT STREET PORTSMOUTH 3801 |
| MARK MAZZATTA | 11 ANDREANN DRIVE ANNANDALE NJ 08801-3373 |
| MARKET PLAZA HOUSING LIMITED PARTNERSHIP | 3601 PARK CENTER BLVD SUITE 210 ST. LOUIS PARK MN 55416 |
| MARRIOTT INTERNATIONAL, INC | ATTN: ASST. TREASURER DEPT. 52/924.11 MARRIOTT INTERNATIONAL, INC. 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARRIOTT INTERNATIONAL, INC | MARRIOTT INTERNATIONAL, INC. 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARS PENSION TRUSTEES LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARS PENSION TRUSTEES LIMITED | 909 A STREET TACOMA WA 98402-5120 |
| MARS PENSION TRUSTEES LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MARSEILLE REPUBLIQUE SAS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MARSEILLE REPUBLIQUE SAS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MARSEILLE REPUBLIQUE SAS | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MARSEILLE REPUBLIQUE SAS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MARSEILLE REPUBLIQUE SAS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MARSEILLE REPUBLIQUE SAS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MARSEILLE REPUBLIQUE SAS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MARSEILLE REPUBLIQUE SAS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MARSEILLE REPUBLIQUE SAS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MARSEILLE REPUBLIQUE SAS | MARSEILLE RÉPUBLIQUE S.A.S. C/O ATEMI 47, RUE DE MONCEAU PARIS 75008 FRANCE |
| MARSH & MCLENNAN COMPANIES INC MASTER RETIREMENT S | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN COMPANIES INC MASTER | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT S | 2 LIBERTY SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN HIGH YIELD FUND | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN LONG DURATION PORFOLIO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN LONG DURATION PORFOLIO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| MARSONER, THOMAS S | ONE BROADGATE 5TH FLOOR LONDON EC2M 7HA UNITED KINGDOM |
| MARTIN P SUTTER | MARTIN P. SUTTER 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| MARTIN P SUTTER | 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARYLAND STADIUM AUTHORITY | 333 WEST CAMDEN STREET, SUITE 500 BALTIMORE MD 21201 |
| MARYSVILLE PA (CITY OF) | 200 OVERCREST ROAD MARYSVILEE PA 17053 |
| MAS GLOBAL AGGREGATED FIXED INCOME PORTFOLIO | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MASS MUTUAL ASIA | CHRIS DEFRANCIS DAVID BABSON SPRINGFIELD MA 01115 |
| MASS MUTUAL ASIA | ATTN: CHRIS DEFRANCIS DAVID BABSON  & CO. SPRINGFIELD MA 01115 |
| MASS MUTUAL ASIA | DAVID BABSON  #AMPER CO. SPRINGFIELD MA 01115 |
| MASSACHUSETTS (COMMONWEALTH OF) | ATTN: STEARNS JEFF ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| MASSACHUSETTS (COMMONWEALTH OF) | DEPARTMENT OF THE STATE TREASURER STATE HOUSE BOSTON MA 02133 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | 10 PARK PLAZA BOSTON MA 02116 |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | ONE BEACON STREET BOSTON MA 02108 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO - | FPD ALPHA BACKED NOTES SEPARATE ACCT GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO - FPD ALPHA | SEPARATE ACCOUNT OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 01115 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | 136 LINCOLN STREET BOSTON MA 02111 |
| MASSACHUSETTS TURNPIKE AUTHORITY | STATE TRANSPORTATION BUILDING 10 PARK PLAZA, SUITE 4160 BOSTON MA 02116 |
| MASSACHUSETTS WATER POL | OFFICE OF THE STATE TREASURER STATE HOUSE, ROOM 227 BOSTON MA 02133 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: FREDERICK A LASKEY, EXECUTIVE DIRECTOR CHARLESTOWN NAVY YARD BOSTON MA 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: GRACE LEE, FIRST DEPUTY TREASURER THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE TREASURER ONE ASHBURTON PLACE BOSTON MA 02108-1608 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | CHARLESTOWN NAVY YARD BOSTON MA 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | MASSACHUSETTS WATER RESOURCES AUTHORITY CHARLESTOWN NAVY YARD 100 FIRST AVENUE BOSTON MA 02129 |

| Claim Name | Address Information |
|---|---|
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: RESEARCH AND RISK MANAGEMENT MASSACHUSETTS WATER RESOURCES AUTHORITY 115 BROADWAY NEW YORK NY 10006 |
| MASSDEVELOPMENT/SALTONSTALL BUILDING REDEVELOPMENT | 160 FEDERAL STREET, 7TH FLOOR BOSTON MA 02110 |
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | ATTN: ISSEI SASAKI INVESTMENT MANAGEMENT DEPARTMENT TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU 135-0063 JAPAN |
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | CERULEAN TOWER SHIBUYA-KU TOKYO 150-8512 JAPAN |
| MASSMUTUAL MERCURIES LIFE INSURANCE CO.,LTD. | 6F, NO. 2, LN 150, XIN-YI ROAD, SECTION 5 TAIPEI 11059 TAIWAN |
| MASSMUTUAL SELECT STRATEGIC BALANCED FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MASSMUTUAL SELECT STRATEGIC BALANCED FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED | ATTN: CHRISTOPHER MADISON C/O MASTER CAPITAL MANAGEMENT, LLC 200 CLARENDON STREET, 51ST FLOOR BOSTON MA 02116 |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED | C/O MAST CAPITAL MANAGEMENT LLC 353 BOYLSTON STREET, SUITE 401 BOSTON MA 02116 |
| MASTER CORE BOND ENHANCED INDEX SERIES OF QUANTITA | TRUST 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MASTERS APARTMENTS, L.P. | 1800 BERING DRIVE SUITE 501 HOUSTON TX 77057 |
| MASTERS APARTMENTS, L.P. | MASTERS APARTMENTS, L.P. 1800 BERING DRIVE SUITE 501 HOUSTON TX 77057 |
| MATTEL INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MATTEL INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAX ORIENT HOLDINGS LIMITED | A-MAX HOLDINGS LIMITED 32/F, CABLE TV TOWER, SUITE 11-12 9 HOI SHING ROAD TSUEN WAN NEW TERRITORIES HONG KONG |
| MAXIS CORPORATION | 2F KOKUSAI-HAMAMATSU BLD 1-9-18 KAIGAN MINATOKU TOKYO 105-0022 JAPAN |
| MBIA INC | 113 KING ST. ARMONK NY 10504 |
| MBIA INVESTMENT MANAGEMENT CORP. | 113 KING STREET ARMONK NY 10504 |
| MBNA CORPORATION PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MBS ENERGY GROUP LLC | 230 PARK AVENUE SUITE 1000 NEW YORK NY 10169 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | CASPIAN CAPITAL MANAGEMENT, LLC NEW YORK NY 10151 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | CASPIAN CAPITAL MANAGEMENT LLC 16TH FLOOR NEW YORK NY 10020 |
| MBS FUND ON BEHALF OF IT COMPARTMENT GAMMA | ATTN: SATYAN MALHOTRA, PRESIDENT CASPIAN CAPITAL MANAGEMENT, LLC NEW YORK NY 10151 |
| MBS FUND ON BEHALF OF IT COMPARTMENT GAMMA | CASPIAN CAPITAL MANAGEMENT LLC 16TH FLOOR NEW YORK NY 10020 |
| MCCARTHY, DENIS B. | ANNADLE RD KILLORGLIN IRAN (ISLAMIC REPUBLIC OF) |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JIM BOYNE 1515 WEST 22ND STREET- 11TH FLOOR OAK BROOK IL 60523 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MCDONNELL LOAN OPPORTUNITY LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MCGRAW HILL COMPANIES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MCGRAW HILL COMPANIES INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MCM OFFSHORE CREDIT OPPORTUNITY MASTER FUND LTD | MCM OFFSHORE CREDIT OPPORTUNITY MASTER FUND, LTD. C/O MELLON CAPITAL MANAGEMENT CORPORATION 595 MARKET STREET, SUITE 3000 SAN FRANCISCO CA 94105 |
| MCMINNVILE HOUSING AUTHORITY | 310 SOUTH MILL STREET MORRISON TN 37357-7677 |
| MD SASS MUNICIPAL ARBITRAGE FUND LLC | GENERAL COUNSEL 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MD SASS MUNICIPAL ARBITRAGE FUND LLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MEAD CORPORATION MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MEADOWBROOK SCHOOL | 10 FARM ROAD WESTON MA 02493-2493 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | ATTN: LEGALL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEDAMERICA HEALTH CORPORATION | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEDAMERICA HEALTH SBDF | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEDAMERICA HEALTH SYSTEM BOARD DESIGNATED FUNDS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| MEDCENTRAL HEALTH SYSTEM | 335 GLESSNER AVE. MANSFIELD OH 44903 |
| MEDIASET SPA | CENTRO PRODUZIONE TV VIALE EUROPA, 44/46/48 VIALE EUROPA 39 02 2514.1 ITALY |
| MEDICAL COLLEGE OF OHIO | ATTN: SVP FOR FINANCE 3045 ARLINGTON AVENUE TOLEDO OH 43614 |
| MEDICAL COLLEGE OF OHIO | 3045 ARLINGTON AVENUE TOLEDO OH 43614 |
| MEDIOBANCA SPA | PIAZETTA ENRICO CUCCIA, 1 MILANO 20121 ITALY |
| MEDIOSIM S.P.A. | ATTN: FRANCESCO CECI / NICOLA LESI CORSO VITTORIO EMMANUELLE II, 28 MILANO 20122 ITALY |
| MEDIOSIM S.P.A. | MEDIOSIM SPA CORSO VITTORIO EMMANUELLE II, 28 MILAN 20122 ITALY |
| MEDTRONIC INC RETIREMENT PLAN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEG ENERGY CORP | ATTN: CHIEF FINANCIAL OFFICER 10TH FLOOR, 734-7TH AVENUE S.W. CALGARY AB T2P 3PB CANADA |
| MEG ENERGY CORP | ATTN: CHIEF FINANCIAL OFFICER MEG ENERGY CORP. 10TH FLOOR, 734-7TH AVENUE S.W. |

| Claim Name | Address Information |
|---|---|
| MEG ENERGY CORP | CALGARY AB T2P 3PB CANADA |
| MEG ENERGY CORP | MEG ENERGY CORP. 10TH FLOOR, 734-7TH AVENUE S.W. CALGARY AB T2P 3PB CANADA |
| MEISTER, ROBERT A | ROBERT MEISTER C/O AON GROUP INC. 222 LAKEVIEW AVENUE SUITE 510 WEST PALM BEACH FL 33401 |
| MEISTER, ROBERT A | ATTN: ROBERT MEISTER C/O AON GROUP INC. 222 LAKEVIEW AVENUE SUITE 510 WEST PALM BEACH FL 33401 |
| MEISTER, ROBERT A | BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| MELIORBANCA SPA | ATTN: LAURA NOCERINO VIA BORROMEI, 5 MILANO 20123 ITALY |
| MELIORBANCA SPA | SEDE LEGALE VIA BORROMEI MILANO 5-20123 ITALY |
| MEMBERS UNITED CORPORATE FEDERAL CREDIT UNION | 4450 WEAVER PARKWAY WARRENVILLE IL 60555-3926 |
| MEMORIAL HOSPITAL FREMONT | 715 SOUTH TAFT AVENUE FREMONT 43420 |
| MERCANTIL COMMERCEBANK NA | 220 ALHAMBRA CIRCLE, 12TH FLOOR CORAL GABLES FL 33134 |
| MERCER COUNTY IMPROVEMENT AUTHORITY, NJ | MCDADE ADMINISTRATION BUILDING 640 SOUTH BROAD STREET TRENTON NJ 08650 |
| MERCER UNIVERSITY | 3001 MERCER UNIVERSTIY DRIVE ATLANTA GA 30341-4155 |
| MERCHANT SECURITIES GROUPA/C IPD MONTHLY INDEX TRA | 2ND FLOOR JOHN STOW HOUSE 18 BEVIS MARKS LONDON EC3A 7JB UNITED KINGDOM |
| MERCHANTS' GATE CAPITAL LPA/C MERCHANTS GATEOFFSHO | 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| MERCHANTS' GATE ONSHORE FUNDLP | 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| MERCK & CO., INC. | ATTN:  TREASURER ASSISTANT/MARK E. MCDONOUGH ONE MERCK DRIVE, WS 3F-55 P.O. BOX 100 WHITEHOUSE STATION NJ 08889 |
| MERCK & CO., INC. | MERCK 1 MERCK DRIVE, WS 3F-55 WHITEHOUSE STATION NJ 08889 |
| MERCURIA ENERGY TRADING PTE | MR CHRIS MUDRY / MS ANNA LI MERCURIA ENERGY HOLDING BV KONINGSLAAN 112 GC UTRECHT 3583 THAILAND |
| MERCURIA ENERGY TRADING PTE LTD | 4 PLACE DU MOLARD GENEVA SWITZERLAND |
| MERCURIA ENERGY TRADING SA | ATTN: MR CHRIS MUDRY/ MS ANNA LI KORINGSLAAN 112 GC UTRECHT 3583 THAILAND |
| MERCURIA ENERGY TRADING SA | 4 PLACE DU MOLARD GENEVA 1204 SWITZERLAND |
| MERIDIAN BANK | 2220 SAN JACINTO BLVD. SUITE 230 DENTON TX 76205 |
| MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP | C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP WA 98374 |
| MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP | MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP WA 98374 |
| MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD | ATTN: PETER M. BROWN, GENERAL COUNSEL C/O MERIDIAN DIVERSIFIED FUND MANAGEMENT, LLC 20 CORPORATE WOODS BOULEVARD, 4TH FLOOR ALBANY NY 12211 |
| MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD | C/O MERIDIAN DIVERSIFIED FUND MANAGEMENT, LLC 10 CORPORATE WOODS BOULEVARD, 4TH FL ALBANY NY 12211 |
| MERITZ SECURITIES CO., LTD. | 34-10 YEOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-884 S. KOREA |
| MERLIN ENTERTAINMENTS GROUP LUXEMBOURG, S.A.R.L. | 3 MARKET CLOSE POOLE BH15 1NQ UNITED KINGDOM |
| MERLIN FINANCE SA | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| MERLIN FINANCE SA | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| MERLIN FINANCE SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MERLIN FINANCE SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MERLIN FINANCE SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MERLIN FINANCE SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| MERLIN FINANCE SA | 25TH FLOOR CHICAGO IL 60661 |
| MERLIN FINANCE SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MERLIN FINANCE SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MERLIN FINANCE SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MERLIN FINANCE SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MERLIN FINANCE SA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MERLIN FINANCE SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MERLIN FINANCE SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MERLIN FINANCE SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MERLIN FINANCE SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MERLIN FINANCE SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MERLIN FINANCE SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MERMART LLC | 909 POYDRAS STREET, SUITE 3100 NEW ORLEANS LA 70112 |
| MERRIL LYNCH COMMODITIES,INC.(LEAP) | MERRILL LYNCH COMMODITIES, INC 20 E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH BANK & TRUST COMPANY | 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH BANK & TRUST COMPANY | ATTN: JOSEPH SANDFORD 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| MERRILL LYNCH BANK USA | 4 WORLD FINANCIAL CENTER 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH BANK USA | ATTN: JOSEPH SANDFORD 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| MERRILL LYNCH CAPITAL MARKETS BANK LTD. | ATTN:  FX OPERATIONS MANAGER MERRILL LYNCH, PIERCE, FENNER, MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 16TH FLOOR NEW YORK NY 10281-1315 |
| MERRILL LYNCH CAPITAL MARKETS BANK LTD. | ATTN:  FOREIGN EXCHANGE BUSINESS SUPPORT MERRILL LYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2 9LY UNITED KINGDOM |
| MERRILL LYNCH CAPITAL SERVICES INC | 4 WORLD FINANCIAL CENTER 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL SERVICES INC | 200 VESSEY STREET- 12TH FLOOR NEW YORK NY 10281 |
| MERRILL LYNCH COMMODITIES (EUROPE) LIMITED | 2 KING STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH COMMODITIES (EUROPE) LTD | ATTN: MERRILL LYNCH COMMODITIES LEGAL GROUP MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH COMMODITIES INC | ATTN: AYLWIN BAILEY/KATHY GENTRY 20  E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH COMMODITIES INC | ATTN: KATHY GENTRY MERRILL LYNCH COMMODITIES, INC. 20 E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH COMMODITIES, INC. | 20 E. GREENWAY PLAZA, SUITE 700 HOUSTON TX 77046 |
| MERRILL LYNCH INTERNATIONAL | ATTN: SWAPS LEGAL GMI COUNSEL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | SWAPS LEGAL GMI COUNSEL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | ATTN: SWAPS LEGAL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 7TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | SWAPS LEGAL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 7TH FLOOR NEW YORK NY 10080 |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ATTN: MANAGER, FIXED INCOME SETTLEMENTS ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y 9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ATTN: MANAGER, FIXED INCOME SETTLEMENTS MERRILL LYNCH INTERNATIONAL MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH INTERNATIONAL MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | MERRILL LYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2 9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN:  FX OPERATIONS MANAGER 4 WORLD FINANCIAL CENTER, 12TH FLOOR, 16TH FLOOR 4 WORLD FINANCIAL CENTER, 12TH FLOOR, 16TH FLOOR NEW YORK NY 10281-1315 |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE BUSINESS MANAGER NOTICES U/SECTION 5 AND 6 MERILL LYNCH INTERNATIONAL BANK LIMITED MARINA BAY FRONT, LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SLOVENIA |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS MANAGER NOTICES U/SECTION 5 AND 6 MERILL LYNCH INTERNATIONAL BANK LIMITED MARINA BAY FRONT, LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SLOVENIA |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS SUPPORT MERILLLYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE BUSINESS SUPPORT MERILLLYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS SUPPORT ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE OPERATION MANAGER MERILL LYNCH INTERNATIONAL BANK LIMITED 1 TEMASEK AVENUE 29-01  MILENIA TOWER SINGAPORE 103 SLOVENIA |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE OPERATION MANAGER MERILL LYNCH INTERNATIONAL BANK LIMITED 1 TEMASEK AVENUE 29-01  MILENIA TOWER SINGAPORE 103 SLOVENIA |
| MERRILL LYNCH INTERNATIONAL BANK LTD | MARINA BAY FRONT MARINA BAY FRONT LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SLOVENIA |
| MERRILL LYNCH WORLD INCOME FUND, INC. | ATTENTION: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH WORLD INCOME FUND, INC. | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| MERRIMACK COLLEGE | ATTN: DEPT OF FISCAL AFFAIRS AUSTIN HALL, BOX A-11 315 TURNPIKE STREET NORTH ANDOVER MA 01845 |
| MERRIMACK COLLEGE | 315 TURNPIKE STREET NORTH ANDOVER MA 08145-9887 |
| MERRIMACK COLLEGE - FPA | HEAD OFFICE, 315 TURNPIKE STREET NORTH ANDOVER MA 01845 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | 1593 CONEY ISLAND AVENUE BROOKLYN NY 11230 |
| MET INV SERIES TRST PIMCO TOTAL RETURN PORT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MET INV SERIES TRST PIMCO TOTAL RETURN PORT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MET INVESTORS SERIES TRUST PIMCO TOTAL RETURN PORT | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MET LIFE SEPARATE ACCOUNT NO. 565 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MET LIFE SEPARATE ACCOUNT NO. 565 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| METAL BOX PENSION TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAL BOX PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAL BOX PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAVANTE CORPORATION | NORRIE DAROGA, CHIEF ADMINISTRATIVE OFFICER METAVANTE CORPORATION 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |

| Claim Name | Address Information |
|---|---|
| METAVANTE CORPORATION | ATTN: NORRIE DAROGA, CHIEF ADMINISTRATIVE OFFICER 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |
| METAVANTE CORPORATION | METAVANTE CORPORATION 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | ATTN: BRIAN LEWAND 10 PARK AVENUE P.O BOX 1902 MORRISTOWN NJ 07962 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | ATTN: TODD F. LURIE 10 PARK AVENUE P.O. BOX 1902 MORRISTOWN NJ 07962 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | C/O THE TRAVELERS INSURANCE COMPANY 1 TOWER SQUARE, 10 PB HARTFORD CT 06183 |
| METLIFE SEPARATE ACCOUNT NO 253 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METLIFE SEPARATE ACCOUNT NO 253 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METROPOLITAN LIFE INSURANCE CO MPANY | ATTN: CHIEF COUNSEL, SECURITIES INVESTMENT 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN LIFE INSURANCE CO MPANY | 10 PARK AVENUE P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN LIFE INSURANCE CO SA 389 | ATT: LEGAL-RE: METROPOLITAN LIFE INS. COMP NO.389 C/O SMITH BREEDEN ASSOCIATES, INC. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| METROPOLITAN LIFE INSURANCE CO SA 389 | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE CO SA 389 | C/O SMITH BREEDEN ASSOCIATES, INC. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| METROPOLITAN LIFE INSURANCE CO SEPERATE ACCOUNT 78 | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY | CORPORATE CENTER CHICAGO IL 60616 |
| METROPOLITAN TOWER LIFE INSURANCE COMPANY | C/O METROPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN TRANSPORTATION AUTHORITY | 345 MADISON AVENUE 11TH FLOOR NEW YORK NY 10017 |
| METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK | 347 MADISON AVENUE, NO. B NEW YORK NY 10017 |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | ONE AVIATION CIRCLE WASHINGTON DC 20001-6000 |
| METROPOLITAN WEST ALPHA TRAK 5 00 FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST EXTENDED DURATION FUND | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST HIGH YIELD BOND FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST INTERMEDIATE BOND FUND | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST INTERMEDIATE BOND FUND | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST LONG DURATION FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST LOW DURATION BONDFUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST STRATEGIC INCOME FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST TOTAL RETURN BONDFUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST ULTRA SHORT BOND FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITANO DE LISBOA | METROPOLITANO DE LISBOA, E.P. AVENIDA BARBOSA DU BOCAGE, 5 - 5" LISBOA |

| Claim Name | Address Information |
|---|---|
| METROPOLITANO DE LISBOA | 1049-039 PORTUGAL |
| MF GLOBAL MARKET SERVICES LLC | ATTN: LEGAL/CREDIT DEPARTMENT 717 FIFTH AVENUE NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | ATTN: CREDIT DEPARTMENT ANY NOTICE SENT TO PARTY B PURSUANT TO SEC OR 6 MF GLOBAL INC. 717 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | ATTN: RONALD WOLF, LEGAL DEPARTMENT ANY NOTICE UNDER SECTIONS 5, 6 OR 13(C) MF GLOBAL INC. 717 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | 717 FIFTH AVENUE NEW YORK NY 10022 |
| MF GLOBAL UK LIMITED | SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MFA MORTGAGE INVESTMENTS | MFA MORTGAGE INVESTMENTS,INC 350 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| MFA MORTGAGE INVESTMENTS INC | MFA MORTGAGE INVESTMENTS, INC. 350 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| MG COUNTRY HILLS APARTMENTS L.P. | C/O MG PROPERTIES INVESTMENT REAL ESTATE 11300 SORRENTO VALLEY ROAD SUITE 220 SAN DIEGO CA 92121 |
| MGI EURO BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI EURO BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI SUPPLY, LTD | MGI SUPPLY LTD. AV. MARINA NACIONAL 329 EDIFICIO B1, PISO 9 COL. HUASTECA, D.F., C.P. 11311 MONTENEGRO, REPUBLIC OF |
| MGI UK BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI UK BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGIFM AC KNP | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABMEL A/C M03M1 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABN A/C M0HPT | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABN A/C M0RWP C/O ABERDEEN ASSET MGMT PLC | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BBH A/C M1SGBF DEM 103102MGIM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BIL A/C M0ATT DEUTSCHE ASSET MGMT LTD | ONE APPOLD STREET LONDON      EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0EO3 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0EONC/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0VIR | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M1BOI | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C CHASE A/C MEFUN | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M0JPM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M1BMH | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M3IFL | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C JPM A/C M3IFL | CO ABERDEEN ASSET MGMT PLC ABERDEEN 111006ABE7 UNITED KINGDOM |
| MGIM A/C KASS A/C MESCH | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED |

| Claim Name | Address Information |
|---|---|
| MGIM A/C KASS A/C MESCH | KINGDOM |
| MGIM A/C KASS A/C MESCH | CO ABERDEEN ASSET MGMT PLC ABERDEEN 111006ABE7 UNITED KINGDOM |
| MGIM A/C MMC | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C MMC - DEUTSCHE ASSET MANAGEMENT LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0CBG | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0GLL | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0WHL | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M6VO1 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C MOUPF | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C SHROPB | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C THALES | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C BARDAG | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M0CBF | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M0HEP | UNICREDIT BANK SLOVAKIA A.S. SANCOVA  1/A 813 33 0 |
| MGIM A/C SS A/C M0RIB | ABERDEEN ASSET MANAGEMENT PLC ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M0RIBC/O ABERDEEN ASSET MGMT PLC | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M0SYS | UNISYS PENSION FUND CORPORATE HEADQUARTERS BLUE BELL PA 19424 |
| MGIM A/C SS A/C M0TAT | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1FIA | ABERDEEN ASSET MANAGEMENT PLC ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M1FIAC/O ABERDEEN ASSET MGMT PLC | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M1GPA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1OMP | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1PHA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C MEGLCR | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C MEREB | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C UNI | UNITED BISCUITS PENSION PLAN HAYES PARK HAYES UB4 8EE UNITED KINGDOM |
| MGIM AC JSC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM AC NT/NCC | NORFOLK PENSION FUND LAWRENCE HOUSE 5 ST. ANDREWS HILL NORWICH NR2 1AD UNITED KINGDOM |
| MGIM/BONY A/C M1RSA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIS A/C BUN | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MICHAEL ROSENBLOOM TRUST | MICHAEL ROSENBLOOM MICHAEL ROSENBLOOM 1985 CLAVEY ROAD HIGHLAND PARK IL 60035 |
| MICHAEL ROSENBLOOM TRUST | MICHAEL ROSENBLOOM 1985 CLAVEY ROAD HIGHLAND PARK IL 60035 |

| Claim Name | Address Information |
|---|---|
| MICHIGAN CARPENTERS PENSION FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MICHIGAN CARPENTERS PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| MICHIGAN CATHOLIC CONFERENCE | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | DIRECTOR EXECUTIVE PLAZA ONE BUILDING, 5TH FL 401 SOUTH WASHINGTON SQUARE LANSING MI 48933 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PETER SHAPIRO SWAP FINANCIAL GROUP 76 SOUTH ORANGE AVE STE 6 SOUTH ORANGE NJ 07079 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | 735 E MICHIGAN AVE PO BOX 30044 LANSING MI 48909 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PLAZA ONE BUILDING, 5TH FL 401 SOUTH WASHINGTON SQUARE LANSING MI 48933 |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | AUSTIN BUILDING 430 WEST ALLEGAN, 1ST FLOOR LANSING MI 430 WEST ALLEGAN |
| MICROACCESS TRUST 2007 | ATTN: MARIANNE QUINN CITIGROUP INSTITUTIONAL TRUST COMPANY WILMINGTON DE 19801 |
| MICROACCESS TRUST 2007 | GLOBAL TRANSACTION SERVICES CITI 92612 |
| MICROACCESS TRUST 2007 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MICROACCESS TRUST 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MICROACCESS TRUST 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MICROACCESS TRUST 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MICROACCESS TRUST 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MICROACCESS TRUST 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MICROACCESS TRUST 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MICROACCESS TRUST 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MICROACCESS TRUST 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MICROACCESS TRUST 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MICROACCESS TRUST 2007 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MICROACCESS TRUST 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MICROACCESS TRUST 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MICROACCESS TRUST 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MICROACCESS TRUST 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| MICROSOFT CORPORATION | TREASURER MICROSOFT ONE MICROSOFT WAY REDMOND WA 98052-6399 |
| MICROSOFT CORPORATION | ONE MICROSOFT WAY REDMOND WA 98052-6399 |
| MICROSOFT GLOBAL FINANCE LTD (ICE-MGFL) | ULSTER BANK 27-35 MAIN STREET DUBLIN IRAN (ISLAMIC REPUBLIC OF) |
| MID-AMERICA APARTMENTS OF TEXAS, L.P. | C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS OF TEXAS, L.P. | MID-AMERICA APARTMENTS OF TEXAS, L.P. C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS, L.P. | C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS, L.P. | MID-AMERICA APARTMENTS, L.P. C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-VALLEY MEDICAL PROPERTIES | 1401 EAST EIGHTH STREET WESLACO TX 78596 |
| MIDAMERICAN ENERGY COMPANY | ATTN: GAS VOLUME ACCOUNTING MIDAMERICAN ENERGY COMPANY 4299 NW URBANDALE DRIVE URBANDALE IA 50322 |
| MIDAMERICAN ENERGY COMPANY | ATTN: VICE PRESIDENT, ENERGY SUPPLY MANAGEMENT MIDAMERICAN ENERGY COMPANY 4299 NW URBANDALE DRIVE URBANDLE IA 50322 |
| MIDAMERICAN ENERGY COMPANY | 4299 NW URBANDALE DRIVE 4299 NW URBANDALE DRIVE URBANDALE IA 50322 |
| MIDFIRST BANK | 501 W. INTERSTATE 44 RD OKLAHOMA CITY OK 73126 |
| MIDLAND NATIONAL LIFE INSURANCE CO | BERRIE JASON C. MIDLAND NATIONAL LIFE INSURANCE COMPANY ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| MIDLAND NATIONAL LIFE INSURANCE CO | MIDLAND NATIONAL LIFE INSURANCE COMPANY ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LT | C/O THE MIDWAY GROUP 33 WHITEHALL STREET, 22ND FLOOR NEW YORK NY 10004 |
| MIDWEST GENERATION LLC | ONE INTERNATIONAL PLACE, 9TH FLOOR BOSTON MA 02110 |
| MIDWEST INDEPENDENT TRANSMISSON SYSTEM OPERATOR IN | P.O. BOX 4202 CARMEL IN 46082-4202 |
| MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MILANO ASSICURAZIONI SPA | ASSAGO MILANOFIORI (MILANO) STRADA 6, PALAZZO A13 ITALY |
| MILFORD CT (CITY OF) | 70 WEST RIVER STREET MILFORD CT 06460 |
| MILLENNIUM PARTNERS LP | C/O MILLENNIUM MANAGEMENT LLC 666 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10103 |
| MILLER MSDWIM ACCOUNT #1973 | ATTN: TIMONTHY VERASKA C/O MORGAN STANLEY INVESTMENT ADVISORS INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| MILLER MSDWIM ACCOUNT #1973 | C/O MORGAN STANLEY INVESTMENT ADVISORS INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MILLER MSDWIM ACCOUNT #28 | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MILLER, JAMES | 3705 54TH DR WEST #103 BRADENTON FL 34210 |
| MILWAUKEE BOARD OF SCHOOL DIRECTORS | REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE 809 NORTH BROUADWAY, SUITE TWO MILWAUKEE WI 53202 |
| MILWAUKEE, CITY OF | OFFICE OF THE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE WI 53202 |
| MINIBOND LIMITED C/O WALKERS SPV LIMITED | MINIBOND LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE PO BOX 908 GT MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MINIBOND LIMITED SERIES 1 | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGETOWN CANADA |
| MINIBOND LIMITED SERIES 1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 1 | IL 60661 |
| MINIBOND LIMITED SERIES 1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 1 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET #17-00 PWC BUILDING 48424 SLOVENIA |
| MINIBOND LIMITED SERIES 10 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MINIBOND LIMITED SERIES 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 10 | STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 2 | P.O BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS CANADA |
| MINIBOND LIMITED SERIES 2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 2 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET #17-00 PWC BUILDING 48424 SLOVENIA |
| MINIBOND LIMITED SERIES 3 | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1104 CANADA |
| MINIBOND LIMITED SERIES 3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 3 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 3 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 3 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET # 17-00 PWC BUILDING 48424 SLOVENIA |
| MINIBOND LIMITED SERIES 3 | PRICEWATERHOUSE COOPERS 8 CROSS ST #17-00 PWC BUILDING C48424 SLOVENIA |
| MINIBOND LIMITED SERIES 5 | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS CANADA |
| MINIBOND LIMITED SERIES 5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 6 | PRICEWATERHOUSE COOPERS 8 CROSS ST #17-00 PWC BUILDING C48424 SLOVENIA |
| MINIBOND LIMITED SERIES 6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 7 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MINIBOND LIMITED SERIES 7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 7 | FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 9 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MINIBOND LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINISTRY OF FINANCE GREECE | GREEK EMBASSY COUNCELLOR FOR ECONOMIC AND 1A  HOLLAND PARK LONDON W11 3TP UNITED KINGDOM |
| MINISTRY OF FINANCE GREECE | COUNCELLOR FOR ECONOMIC AND 1A  HOLLAND PARK LONDON W11 3TP UNITED KINGDOM |
| MINISTRY OF FINANCE ITALY | ATTN: TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | ATTN: TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 ROME 187 ITALY |
| MINISTRY OF FINANCE ITALY | VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | MINISTRY OF FINANCE ITALY VIA XX SETTEMBRE 97 ROME 187 ITALY |
| MINISTRY OF FINANCE SWEDEN | ATTN: JOHANNA LIDELL (LEGAL DEPARTMENT) RIKSGALDEN STOCKHOLM SE 10375 SWEDEN |
| MINISTRY OF FINANCE SWEDEN | ATTN: INTERNATIONAL MARKET DEPARTMENT RIKSGALDSKONTORET JAKOBSGATAN 20 BOX 16306 STOCKHOLM S-103 25 SWEDEN |
| MINISTRY OF FINANCE SWEDEN | RIKSGALDSKONTORET NORRLANDSGATAN 15 STOCKHOLM SE 10376 SWEDEN |
| MINNEAPOLIS EMPLOYEES RETIREMENT FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNEAPOLIS EMPLOYEES RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNEHAHA BANSHARES, INC. | THE FIRST NATIONAL BANK IN SIOUX FALLS 100 SOUTH PHILLIPS AVENUE SIOUX FALLS SD 57117-5186 |
| MINNESOTA LIFE INSURANCE COMPANY | 400 ROBERT STREET NORTH ST. PAUL MN 55101-2098 |
| MINNESOTA MASONIC HOME NORTH RIDGE | CEO 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437 |
| MINNESOTA MASONIC HOME NORTH RIDGE | 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437 |
| MINNESOTA MINING & MANUFACTURING COMPANY SAVINGS P | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MIO PARTNERS (GUERNSEY) LTD | MIO PARTNERS, INC. 55 EAST 52ND STREET NEW YORK NY 10022 |
| MIO PARTNERS (GUERNSEY) LTD | C/O MCKINSEY & COMPANY, INC 55 EAST 52ND STREET NEW YORK NY 10055 |
| MIRABELLA | ATTN:  DERIVATIVES OPERATIONS C/O CAIN BROTHERS NEW YORK NY 10017 |
| MIRABELLA | ATTN:  DERIVATIVES OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| MIRABELLA | ATTN: DERIVATIVES OPERATIONS WITH A COPY TO: CAIN BROTHERS NEW YORK NY 10017 |
| MIRABELLA | C/O PACIFIC RETIREMENT SERVICES 1200 MIRA MAR AVENUE MEDFORD OR 97504 |
| MIRAE ASSET SECURITIES CO., LTD. | MIRAE ASSET BUILDING 45-1 YOUIDO-DONG YOUNGDEUNGPO-GU SEOUL 150010 S. KOREA |
| MISSION UNITED INC | 3840 RIMROCK ROAD BILLINGS MT 59102 |
| MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | ATTN: BELLA SANEVICH C/O NISA INVESTMENT ADVISORS, LLC 150 N. MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | 907 WILDWOOD DRIVE JEFFERSON CITY MO 65102 |
| MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MITSUBISHI CORPORATION | 16-3 KONAN 2-CHOME MINATO-KU TOKYO 108-8228 JAPAN |
| MITSUBISHI UFJ SECURITIES CO.,LTD. | 2-4-1 MARUNOUCHI CHOYODA-KU TOKYO 100-6317 JAPAN |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | ATTN: SWAPS ADMINISTRATION- 6 BROADGATE LONDON EC2M2AA UNITED KINGDOM |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | 6 BROADGATE LONDON EC2M2AA UNITED KINGDOM |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | 4-5, MANUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN: HARUYA UEHARA MITSUBISHI UFJ TRUST AND BANKING CORPORATION 1-4-5, MARUNOUCHI CHIYODA-KU, TOKYO 100-8212 JAPAN |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | 1-4-5, MARUNOUCHI CHIYODA-KU, TOKYO 100-8212 JAPAN |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | AS AGENT FOR MITSUI 200 PARK AVENUE NEW YORK NY 10166 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | MITSUI AS AGENT FOR MITSUI 200 PARK AVENUE NEW YORK NY 10166 |
| MITSUI & CO. ENERGY RISK MANAGEMENT LTD | 5TH FLOOR, ST. MARTIN#APPOSS COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| MITSUI OIL (ASIA) HK LTD | 25TH AND 26TH FLOORS FAR EAST FINANCE CENTRE 16 HARCOURT ROAD HONG KONG HONG KONG |
| MITSUI OSK LINES LTD | 1-1, TORANOMON 2-CHROME MINATO-KU TOKYO JAPAN |
| MITSUI SUMITOMO INSURANCE CO LTD | 27-2, SHINKAWA 2-CHOME CHUO-KU TOKYO 104-8252 JAPAN |
| MIZRAHI TEFAHOT BANK LTD | C/O UNITED MIZRAHI BANK LIMITED 13 ROTHSCHILD BLVD TEL AVIV 65121 ICELAND |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ICELAND |
| MIZUHO BANK, LTD. | 1-1-5, UCHIASAIWAICHO CHIYODA-KU, TOKYO 100-0011 JAPAN |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: VICE PRESIDENT LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: DIRECTOR OF OPERATIONS MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: VICE PRESIDENT MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | DIRECTOR OF OPERATIONS MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | VICE PRESIDENT MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CORPORATE BANK LTD | ATTN: HIDENORI WANTABE 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MIZUHO CORPORATE BANK, LIMITED | ATTN: CLAUDE SZYFER STROOCK AND STROOCK AND LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO CORPORATE BANK, LIMITED | 1-3-3, MARUNOUCHI, CHIYODA-KU TOKYO, JAPAN 100-8210 JAPAN |
| MIZUHO CORPORATE BANK, LIMITED | MIZUHO CORPORATE BANK, LTD. ALM DIVISION 1-3-3, MARUNOUCHI, CHIYODA-KU TOKYO, JAPAN 100-8210 JAPAN |

| Claim Name | Address Information |
|---|---|
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE LONDON EC4M 9JA UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU TOKYO 100-0004 JAPAN |
| MIZUHO TRUST AND BANKING CO., LTD | 1-2-1, YAESU CHUO-KU, TKY 103-8670 JAPAN |
| MKP MASTER FUND, LDC | C/O MKP CAPITAL MANAGEMENT, L.L.C. 101 EAST 52ND STREET, 18TH FLR NEW YORK NY 10022 |
| MKP VELA CBO LTD | THE BANK OF NEW YORK TRUST COMPANY 601 TRAVIS STREET - 16TH FLOOR 16TH FLOOR HOUSTON TX 77002 |
| MKP VELA CBO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MKP VELA CBO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MKP VELA CBO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MKP VELA CBO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MKP VELA CBO LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MKP VELA CBO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MKP VELA CBO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MKP VELA CBO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MKP VELA CBO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MKP VELA CBO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MKP VELA CBO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MKP VELA CBO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MKP VELA CBO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MKP VELA CBO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MKP VELA CBO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MKP VELA CBO LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN CANADA |
| MLIIF FIXED INCOME GLOBAL OPPORTUNITIES FUND | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIIF LOCAL EMERGING MARKETS SHORT DURATION BOND F | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIM/HIGH INCOME PORTFOLIO OF MANAGED ACCT SERIES | C/O BLACK ROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | PETER CARRAGHER C/O MERRILL LYNCH INVESTMENT MANAGERS LLC 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | ATTN: TREASURER OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | DIRECTOR COUNSEL OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | DIRECTOR OF RISK MANAGEMENT OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |

| Claim Name | Address Information |
|---|---|
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | TREASURER OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | C/O MERRILL LYNCH INVESTMENT MANAGERS LLC 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/UK ABSOLUTE ALPHA FUND | ATTN: EMMA HAMLEY SOUTHERN PACIFIC SECURITIES 05-1 PLC C/O CAPITA FIDUCIARY GROUP 125 KENSINGTON HIGH STREET LONDON W8 5PA     UNITED KINGDOM |
| MLIM/UK ABSOLUTE ALPHA FUND | CAPITA FIDUCIARY GROUP 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| MLP PARTNERS, LP | 1700 SEVENTH AVE SUITE 2075 SEATTLE WA 98101 |
| MLP PARTNERS, LP | MLP PARTNERS, LP 1700 SEVENTH AVE SUITE 2075 SEATTLE WA 98101 |
| MODESTO IRRIGATION DISTRICT | P.O. BOX 4060 MODESTO CA 95352-4060 |
| MOLSON COORS MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOLSON COORS MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOLSON COORS MASTER RETIREMENT TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: JACQUELINE LOH; LEE CHUAN TECK 10 SHENTON WAY MAS BUILDING 79117 SLOVENIA |
| MONETARY AUTHORITY OF SINGAPORE | 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| MONETARY AUTHORITY OF SINGAPORE | 10 SHENTON WAY MAS BUILDING MAS BUILDING 79117 SLOVENIA |
| MONONGALIA HEALTH SYSTEMS | 1200 J D ANDERSON DRIVE MORGANTOWN WV 26505 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MONROE TOBACCO ASSET SECURIZATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| CORPORATION | CLARENDON STREET BOSTON MA 02116 |
| MONTAUK ENERGY CAPITAL LLC | 680 ANDERSEN DR ROOK PA 15220 |
| MONTAUK ENERGY CAPITAL LLC | 411 SEVENTH AVENUE 15 FLOOR PITTSBURGH PA 15219 |
| MONTEREY LAKE LIMITED PARTNERSHIP | C/O MCKINLEY ASSOCIATES, INC. 320 NORTH MAIN STREET, SUITE 200 ANN ARBOR MI 48104 |
| MONTEREY LAKE LIMITED PARTNERSHIP | MONTEREY LAKE LIMITED PARTNERSHIP C/O MCKINLEY ASSOCIATES, INC. 320 NORTH MAIN STREET, SUITE 200 ANN ARBOR MI 48104 |
| MONTGOMERY MD (COUNTY OF) | 301 NORTH THOMPSON STREET, SUITE 210 CONROE TX 77301 |
| MONTPELIER FOUNDATION | P.O. BOX 911 ORANGE VA 22960 |
| MONUMENTAL LIFE INSURANCE COMPANY | 4333 EDGEWOOD ROAD NE CEDAR RAPIDS IA 52499 |
| MOODY'S CORPORATION | 99 CHURCH STREET NEW YORK NY 10007-2707 |
| MOODY'S CORPORATION | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET NEW YORK NY 10007 |
| MOORE CREDIT FUND (MASTER) LP | MOORE CREDIT FUND (MASTER), L.P. C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE ENERGY FUND LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE FOREIGN EXCHANGE FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE FOREIGN EXCHANGE FUND (MASTER) LP | GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE FX FUND (MASTER) LPC/O MOORE CAPITAL MGMT LL | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS/GENERAL COUNSEL C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN: JAMES DANZA, TREASURER C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | C/O MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE MACRO MARKETS FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MORAGA ORINDA FIRE DISTRICTY | MORAGA-ORINDA FIRE DISTRICT – STATION 41 1280 MORAGA WAY MORAGA CA 94556 |
| MORENO VALLEY CA (CITY OF) | 14177 FREDERICK STREET P.O. BOX 88005 MORENO VALLEY CA 92552 |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | P.O. BOX 283 AMSTERDAM 1000 EA THAILAND |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MORGAN KEEGAN & COMPANY, INC. | MORGAN KEEGAN MORGAN KEEGAN TOWER 50 NORTH FRONT STREET MEMPHIS TN 38103 |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | ATTN: CLOSE-OUT NOTICES MORGAN STANLEY 1585 BROADWAY NEW YORK NY 10036-8293 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | ATTN: DERIVATIVE PRODUCTS GROUP DOCUMENTATION C/O MORGAN STANLEY 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: CLOSE-OUT NOTICES 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER FIXED INCOME DIVISION/TRANSACTION MANAGEMENT GROUP 25 CABOT SQUARE / CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 20 BANK STREET CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY ALPHA ADVANTAGE US LARGE CAP CORE B | PORTFOLIO ONE TOWER BRIDGE, 100 FRONT STREET WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA PLUS FUNDS PLC- | MORGAN STANLEY COMMODITIES ALPHA PLUS FUND ATTN: LEGAL C/O MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY AND COMPANY, INC. | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | ATTN:FX TRANSACTIONS, CURRENCY OBLIGATIONS/OPTIONS MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | ATTN: CLOSE-OUT NOTICES TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | ATTN: NANCY BELESKI, CHRISTOPHER BUCCHINO TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | 2000 WESTCHESTER AVENUE, 1ST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC | 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: CHIEF LEGAL OFFICER TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN:FX TRANSACTIONS, CURRENCY OBLIGATIONS/OPTIONS 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: COMMODITIES, SWAP GROUP 2000 WESTCHESTER AVENUE PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: SIMON GREENSHIELDS; COMMODITIES SWAP GRP 2000 WESTCHESTER AVENUE, FLOOR 01 PURCHASE NY 10577-2530 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: COMMODITIES - SWAP GROUP 2000 WESTCHESTER AVENUE, FIRST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC. | TRANSACTION MANAGEMENT GROUP 1585 BROADWAY, 10TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN: DERIVATIVES PRODUCTS GROUP, 3RD FL, MD SWAPS 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES INC. | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY COMMODITIESALPHA FUND (CAYMAN) LTD | MORGAN STANLEY COMMODITIES ALPHA FUND (CAYMAN) LTD C/O MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF, LONDON E14 4AD, E144QA UNITED KINGDOM |
| MORGAN STANLEY COMMODITIESALPHA PLUS FUND | MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY FLEXIBLE INCOME TRUST | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY HIGH YIELD FUND INC. | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY HIGH YIELD SECURITIES INC | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY IM LTDA/C MSCOMMALPHAPLUSRC4000FUND | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY INCOME SECURITIES INC. | ATTN: DERIVATIVES OPERATIONS C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY INCOME SECURITIES INC. | ONE TOWER BRIDGE 100 FRONT ST, STE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST ADVISORY M | EBBOTT JEAN 1 TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST ADVISORY M | 1 TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST CORE | PLUS FIXED INCOME PORTFOLIO LEGAL: DERIVATIVES OPERATIONS MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST CORE PLUS | PORTFOLIO MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST HIGH YIELD | MSIFT HIGH YIELD PORTFOLIO MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST US CORE FI | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST- ADVISORY | MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INTERMEDIATE DURATION PORTFOLIO | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INV MGMTA/C MORGAN STANLEY INCOME T | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INVESTMENT GRADE FID PORTFOLIO | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INVESTMENT MANAGEMENT | ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY SELECT DIMENSION INVESTMENT SERIES | PORTFOLIO C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY SICAV DIVERSIFIED ALPHA PLUS VAR 40 | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY STRATEGIST FUND | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – HIGH Y | LEGAL: DERIVATIVES OPERATIONS MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – HIGH Y | MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – INCOME | ATTN: DERIVATIVES OPERATIONS C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – INCOME | ONE TOWER BRIDGE 100 FRONT ST, STE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – STRATE | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGANTOWN ENERGY ASSOCIATES | 555 BEECHURST AVENUE MORGANTOWN WV 26505 |
| MORNINGSIDE MINISTRIES | 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| MORRIS HOSPITAL | ATTN: SCOTT D. SMITH CAIN BROTHERS CAIN 452 5TH AVENUE, 25TH FLOOR NEW YORK NY 10018 |
| MORRIS HOSPITAL | ATTN: SCOTT D. SMITH CAIN BROTHERS 360 MADISON AVENUE, 5TN FLOOR NEW YORK NY 10017 |
| MORRIS HOSPITAL | 150 WEST HIGH STREET MORRIS IL 60450 |
| MORSE, PHILLIP H | PHILLIP H. MORSE 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| MORSE, PHILLIP H | 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOUNT POLLEY MINING CORPORATION | 0 200-580 HORNBY STREET VANCOUVER BC V6C 3B6 CANADA |

| Claim Name | Address Information |
|---|---|
| MOUNT SINAI MEDICAL CENTER | THE MOUNT SINAI MEDICAL CENTER ONE GUSTAVE L. LEVY PLACE NEW YORK NY 10029 |
| MOUNTAIN STATES PROPERTIES | 400 NORTH STATE OF FRANKLIN ROAD JOHNSON CITY 37604 |
| MPS FINANCE BANCA MOBILIARE SPA | VIA NINO BIXIO, 2 OFFICES: VIALE MAZZINI, 23 ITALY |
| MR JOHN A. WILLIAMSFX ACCOUNT | 4615 NORTHSIDE DRIVE ATALANTA GA 30327 |
| MSIF UIF HIGH YIELD PORTFOLIO | MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MSIFT/1104 UNIVERSAL INSTITUTIONAL FD FXD INC PORT | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MSIFT/376 MUNICIPAL PORTFOLIO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MSPB QRS GSC CAP DELAWAREA/C GSC PENDULUM FUND I L | ATTN: EVAN SOTIRIOU GSC PENDULUM FUND I, L.P. C/O GSC GROUP 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |
| MSPB QRS GSC CAP DELAWAREA/C GSC PENDULUM FUND I L | ATTN: GENERAL COUNSEL, GSC GROUP WITH A COPY TO: GSC PENDULUM FUND I, L.P. C/O GSC GROUP 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |
| MT WILSON CLO II LTD | THE DIRECTORS MT. WILSON CLO II, LTD. C/O MAPLES FINANCE LIMITED PO BOX 1093GT BOUNDARY HALL, CRICKET SQUARE GEORGE TOWN, GRAND CAYMAN CANADA |
| MT WILSON CLO II LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MT WILSON CLO II LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MT WILSON CLO II LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MT WILSON CLO II LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MT WILSON CLO II LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MT WILSON CLO II LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MT WILSON CLO II LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MT WILSON CLO II LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MT WILSON CLO II LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MT WILSON CLO II LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MT WILSON CLO II LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MT WILSON CLO II LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MT WILSON CLO II LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MT WILSON CLO II LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MT WILSON CLO II LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MTR CORPORATION LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MTR CORPORATION LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MTR CORPORATION LIMITED | MTR TOWER, TOLFORD PLAZA, 33 WAI YIP STREET, KOWLOON BAY MASS TRANSIT RAILWAY CORPORATION HONG KONG |
| MUCKINGUM (COUNTY OF) | MUSKINGUM COUNTY 401 MAIN STREET ZANESVILLE OH 43701 |
| MULTI-STYLE MULTI MANAGED FUND S PLC- | THE GLOBAL BOND EURO HE DGED FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER |

| Claim Name | Address Information |
|---|---|
| MULTI-STYLE MULTI MANAGED FUND S PLC- | DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI MANAGED FUND S PLC- THE GLOBAL B | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGED FUNDS GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGED FUNDS GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGER FUNDS PLC – GLOBAL HIGH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGER FUNDS PLC – GLOBAL HIGH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTICARE HEALTH SYSTEM EMPLOYEE RETIREMENT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH WILMINGTON DE 19890-0001 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON | 4192 CAMPBELLS RUN RD CARNEGIE PA 15106 |
| MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON (P | MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON 4192 CAMPBELLS RUN RD CARNEGIE PA 15106 |
| MUNICIPAL AUTHORITY OF WESTMORELAND CO. | P.O. BOX 730 GREENSBURG PA 15601 |
| MUNICIPAL CORRECTIONS FINANCE LP | TAXABLE REVENUE BONDS,  SERIES 2001 451 FLORIDA STREET, BANKING LEVEL BATON ROUGE LA 40801 |

| Claim Name | Address Information |
|---|---|
| MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA | 1470 RIVEREDGE PARKWAY, N.W. ATLANTA GA 30328 |
| MUNICIPAL ENERGY AGENCY NEBRASKA | 1111 O STREET, SUITE 200 P.O. BOX 95124 LINCOLN NE 68508-3614 |
| MUNSON WILIAMS PROCTOR INSTITUTE PROJECT | 310 GENESEE STREET UTICA NY 13502 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSCLE SHOALS | P.O. BOX 2624 MUSCLE SHOALS AL 35662 |
| MUSTIQUE 2007-1 A2A | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2A | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 A2A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 A2A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 A2A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 A2A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 A2A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 A2A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 A2A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 A2A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 A2A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2B | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2B | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 A2B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 A2B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 A2B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 A2B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 A2B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 A2B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 A2B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 A2B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 A2B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 B | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 B | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 C | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 C | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 D | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 D | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 D | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 D | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 D | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 D | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 D | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 D | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 D | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 D | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 D | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 D | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 D | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 D | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 E | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 E | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 E | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 E | FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 E | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 E | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 E | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 E | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 E | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 E | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 E | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 E | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 E | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 E | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 E | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 E | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 E | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 E | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MVANR INKA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MX ENERGY INC | 595 SUMMER STREET, SUITE 300 STAMFORD CT 06901 |
| NACIONAL FINANCIERA SNC, CAYMAN ISLANDS | NACIONAL FINANCIERA, S.N.C. INSURGENTES SUR 1971, EDIFICIO ANEXO NIVEL JARDIN, PISO FINANCIERO COLONIA GUADALUPE INN, MEXICO D.F. C.P. 01020 MONTENEGRO, REPUBLIC OF |
| NANTUCKET FUND LP | 40950 WOOWARD AVE, SUITE 307 BLOOMFIELD HILL MI 48304 |
| NASD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NASD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NASSAUISCHE SPARKASSE | NASSAUISCHE SPARKASSE 063-ABWICKLUNG/KONTROLLE HANDELSGESCHAFTE, KARL-BOSCH-STRASSE 10 WIESBADEN D-65034 GEORGIA |
| NASSAUISCHE SPARKASSE | 063-ABWICKLUNG/KONTROLLE HANDELSGESCHAFTE, KARL-BOSCH-STRASSE 10, WIESBADEN D-65034 GEORGIA |
| NATCHEZ REGIONAL MEDICAL CENTER | NATCHEZ REGIONAL MEDICAL CENTER 54 SEARGENT PRENTISS DRIVE NATCHEZ MS 39120 |
| NATCHEZ, CITY OF | CITY OF NATCHEZ 124 SOUTH PEARL STREET NATCHEZ MS 39120 |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: THOMAS DEMAIO 245 PARK AVENUE 28TH FLOOR NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: DOCUMENTATION MANAGER NATIONAL AUSTRALIA BANK LTD LEVEL 16, 500 BOURKE STREET MELBOURNE VIC 3000 AUSTRALIA |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD LEVEL 27, ONE PACIFIC PLACE 88 QUEENSWAY ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 88 WOOD STREET |

| Claim Name | Address Information |
|---|---|
| 044937 | LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS LEVEL 27, ONE PACIFIC PLACE 88 QUEENSWAY, ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD LEVEL 27, ONE PACIFIC PLACE 89 QUEENSWAY ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LTD | ATTN: MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LTD | 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL BANK OF CANADA | 1155 METCALFE STREET 19TH FLOOR MONTREAL QC H3B 5G2 CANADA |
| NATIONAL BANK OF CANADA | NATIONAL BANK OF CANADA 1155 METCALFE STREET, 19TH FLOOR MONTREAL QC H3B 5G2 CANADA |
| NATIONAL BANK OF COMMERCE | 1127 TOWER AVENUE PO BOX 99 SUPERIOR WI 54880 |
| NATIONAL BANK OF COMMERCE | 4994 S MEMORIAL DRIVE PO BOX 15 PO BOX 99 POPLAR WI 54864 |
| NATIONAL BANK OF GREECE SA | ATTN: VASSILIOS MASTROKALOS TREASURY DIVISION (037) 68, ACADEMIAS STREET (2ND FLOOR) ATHENS 108 78 GREECE |
| NATIONAL BANK OF GREECE SA | ATTN: MS VICKY ZARAFETA OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIONAL BANK OF GREECE SA | LONDON BRANCH (510) 75, KING WILLIAM STREET LONDON EC4N 7BE UNITED KINGDOM |
| NATIONAL BANK OF GREECE SA | OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIONAL BANK OF HUNGARY | SZABADSAG TER 8-9 BUDAPEST 1850 HUNGARY |
| NATIONAL BANK OF KUWAIT, SINGAPORE | 20 COLLYER QUAY 20-00 TUNG CENTRE SINGAPORE 104 SLOVENIA |
| NATIONAL BANK OF SOUTH CAROLIN A (THE) | HOLLI HINKLE COLUMBUS BANK COLUMBUS GA 31901 |
| NATIONAL BANK OF SOUTH CAROLIN A (THE) | COLUMBUS BANK COLUMBUS GA 31901 |
| NATIONAL CINEMEDIA LLC | ATTN: GARY FERRERA AND DAVID ODDO NATIONAL CINEMEDIA, LLC 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO 80112-3405 |
| NATIONAL CINEMEDIA LLC | GARY FERRERA AND DAVID ODDO NATIONAL CINEMEDIA, LLC 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO 80112-3405 |
| NATIONAL CINEMEDIA LLC | ATTN: GARY FERRERA AND DAVID ODDO 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO 80112-3405 |
| NATIONAL CINEMEDIA LLC | NATIONAL CINEMEDIA LLC LBSF, ADDRESS FOR NOTICES NATIONAL CINEMEDIA, LLC 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO |
| NATIONAL CITY BANK | 1900 EAST 9TH ST, 31ST FLOOR LOCATOR CODE 1404 CLEVELAND OH 44114 |
| NATIONAL CITY BANK | ATTN: TROY WILLIAMS CORPORATE CAPITAL MARKET OPERATIONS LOCATOR 01-2217 CLEVELAND OH 44114 |
| NATIONAL CITY BANK | ATTN PAUL DEPRATOR 123 S MAIN ST COLUMBIANA OH 44408-1349 |
| NATIONAL CITY BANK | 1900 E. 9TH STREET CLEVELAND OH 44114 |
| NATIONAL CITY BANK | PO BOX 5756 CLEVELAND OH 44101-0756 |
| NATIONAL CITY NON-CONTRIBUTORY | ATTN: CHRISTOPHER DZIAK NATIONAL CITY BANK 200 PUBLIC SQUARE, 5TH FLOOR |

| Claim Name | Address Information |
|---|---|
| RETIREMENT TRUST | CLEVELAND OH 44114 |
| NATIONAL CITY NON-CONTRIBUTORY RETIREMENT TRUST | ALLEGIANT ASSET MANAGEMENT COMPANY 200 PUBLIC SQUARE, 5TH FLOOR CLEVELAND OH 44114 |
| NATIONAL COMMERCIAL BANK (THE) | PO BOX 3555 KING ABDUL AZIZ STREET JEDDAH 21481 SAUDI ARABIA |
| NATIONAL GRID ELECTRICITYTRANSMISSION PLC | NATIONAL GRID HOUSE WARWICK TECHNOLOGY PARK GALLOWS HILL WARWICK CV34 6DA UNITED KINGDOM |
| NATIONAL GRID GAS PLC | NGT HOUSE WARWICK TECHNOLOGY PARK GALLOWS HILL WARWICK CV34 6DA UNITED KINGDOM |
| NATIONAL POWER CORPORATION | 3RD FLOOR QUEZON AVENUE CORNER BIR ROAD, DILIMAN QUEZON CITY 1100 PHILIPPINES, THE |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | 844 N RUSH ST CHICAGO IL 606112092 |
| NATIONAL RURAL UTILITIES CFC | 2201 COOPERATIVE WAY HERNDON VA 20171-3025 |
| NATIONALE-NEDERLANDEN INTERFIN ANCE B.V. | NATIONALE-NEDERLANDEN INTERFINANCE B.V. P.O. BOX 90470 THE HAGUE 2509 LL NIGER |
| NATIONALE-NEDERLANDEN INTERFINANCE B.V. | ATTN: TREASURY CONTROL P.O. BOX 90470 THE HAGUE 2509 LL NIGER |
| NATIONWIDE BUILDING SOCIETY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONWIDE BUILDING SOCIETY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY | ATTN:INVESTMENT ACCOUNTING OFFICER/FINANCE OFFICER NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY ONE NATIONWIDE PLAZA MAIL CODE 1-32-01 COLUMBUS OH 43215 |
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY | C/O NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY ONE NATIONWIDE PLAZA MAIL CODE 1-33-08 COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY (INC) | ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC) | ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE RETIREMENT PLAN TRUST | ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIXIS | ATTN: BACK OFFICE 47 QUAI D ' AUSTERLITZ PARIS 75013 FRANCE |
| NATIXIS | ATTN: M. KESSLER OR MME. NICAND CAISSE CENTRALE DES BANQUES PO 10-12 AVENUE WINSTON CHRUCHILL 94677 CHARENTON LE PONT FRANCE |
| NATIXIS | 30 AVENUE PIERRA MENDES-FRANCE PARIS 75013 FRANCE |
| NATIXIS | IXIS CORPORATE AND INVESTMENT BANK 47 QUAI D #APPOS AUSTERLITZ PARIS 75013 FRANCE |
| NATIXIS FINANCIAL PRODUCTS INC | 9 WEST 57TH ST, 35TH FLOOR NEW YORK NY 10019 |
| NATURAL GAS EXCHANGE INC | SUITE 2330 140-4TH AVENUE SW CALGARY ALBERTA T2P 3N3 CANADA |
| NATURAL GAS EXCHANGEINC | ATTN: LEGAL DEPARTMENT SUITE 270, 19500 STATE HIGHWAY 249 HUDSON TX 77070 |
| NBAM BLENDED LIBOR ALPHA MBS PORTFOLIO | RRF SUB, LTD. C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NEBRASKA INVESTMENT COUNCIL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEBRASKA INVESTMENT COUNCIL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | EXECUTIVE DIRECTOR 200 COMMERCE 1230 "O" STREET LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | ATTN: EXECUTIVE DIRECTOR 200 COMMERCE COURT 1230 O STREET LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | NEBRASKA INVESTMENT FINANCE AUTHORITY 200 COMMERCE 1230 "O" STREET LINCOLN NE |

| Claim Name | Address Information |
|---|---|
| NEBRASKA INVESTMENT FINANCE AUTHORITY | 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | 1230 O ST SUITE 200 LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | 200 COMMERCE 1230 "O" STREET LINCOLN NE 68508 |
| NEI COMMON INVESTMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEI COMMON INVESTMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEKTAR ASSET MANAGEMENT AB | NORMALMSTORG 14 P.O. BOX 7030 STOCKHOLM SE-103 86 SWEDEN |
| NELNET | 121 SOUTH 13TH STREET, SUITE 201 LINCOLN NE 68508 |
| NESTE OIL OYJ | MARJA MAKI CORPORATE RISK MANAGEMENT POB 95 NESTE FIN-00095 FINLAND |
| NESTE OIL OYJ | KEILARANTA 8 ESPOOƒƒƒƒ02150 FINLAND |
| NESTLE USA INC MASTER RETIREME NT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NESTLE USA INC MASTER RETIREME NT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NESTLE USA INC MASTER RETIREME NT TRUST | ATTN: CHIEF INVESTMENT OFFICER C/O THE CLIFTON GROUP INVESTMENT MANAGEMENT COMP. 3600 MINNESOTA DRIVE, SUITE 325 EDINA  MN 55435 |
| NESTLE USA INC MASTER RETIREME NT TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC MASTER RETIREME NT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NESTLE USA INC MASTER RETIREME NT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NESTLE USA INC MASTER RETIREME NT TRUST | C/O THE NORTHERN TRUST COMPANY, AS TRUSTEE 50 SOUTH LASALLE STREET CHICAGO IL 60675 |
| NESTLE USA INC MASTER RETIREME NT TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC SAVINGS PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| NESTLE USA INC SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NETANYAHU, BENJAMIN | 35 GAZA STREET JERUSALEM    ICELAND |
| NETAPP INC | 495 EAST JAVA DRIVE SUNNYVALE CA 94089 |
| NEVADA HOUSING DIVISION | NEVADA HOUSING DIVISION 1771 EAST FLAMINGO ROAD SUITE 103-B LAS VEGAS NV 89119 |
| NEVADA HOUSING DIVISION | 1771 EAST FLAMINGO ROAD SUITE 103-B LAS VEGAS NV 89119 |
| NEVADA POWER COMPANY | 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| NEW ALLIANCE GLOBAL CDO LIMITED | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NEW ALLIANCE GLOBAL CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NEW CASTLE (CITY OF), PENNSLYVANIA | CITY OF NEW CASTLE 230 NORTH JEFFERSON STREET NEW CASTLE PA 16101-2220 |
| NEW GENERATION FUNDING TRUST 15 | KWIATKOSKI PAUL CDC IXIS FINANCIAL GUARANTY 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 15 | CDC IXIS FINANCIAL GUARANTY 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 16 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 37 | CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 83 | C/O CIFG SERVICES, INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 38 | KWIATKOSKI ATT: PAUL CDC IXIS FINANCIAL GUARANTY 825 THIRD AVENUE, 6TH FL. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 38 | CDC IXIS FINANCIAL GUARANTY 825 THIRD AVENUE, 6TH FL. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 39 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY | CHIEF FINANCIAL OFFICER 637 SOUTH CLINTON AVENUE TRENTON NJ 08611 |
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY | 637 SOUTH CLINTON AVENUE TRENTON NJ 08611 |
| NEW MEXICO (STATE OF) EDUCATION RETIREMENT BOARD R | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NEW MEXICO (STATE OF) EDUCATION RETIREMENT BOARD R | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NEW MEXICO FINANCE AUTHORITY | NEW MEXICO FINANCE AUTHORITY 207 SHELBY STREET SANTE FE NM 87501 |
| NEW MEXICO FINANCE AUTHORITY | 207 SHELBY STREET SANTE FE SANTA FE NM 87501 |
| NEW SOUTH BANCSHARES INC | 1900 CRESTWOOD BOULEVARD BIRMINGHAM AL 35210 |
| NEW VISION ASSETS INC. | 2600 WILSHIRE BOULEVARD LOS ANGELES CA 90057 |
| NEW YORK (CITY OF) INDUSTRIAL DEVELOPMENT AGENCY | 110 WILLIAM STREET NEW YORK NY 10038 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | 75 PARK PLACE, 6TH FLOOR NEW YORK NY 10007 |
| NEW YORK INDEPENDENT SYSTEM OPERATOR | 10 KREY BOULEVARD RENSSELEAR NY 12145 |
| NEW YORK INDEPENDENT SYSTEM OPERATOR | 10 KREY BOULEVARD RENSSELEAR NY 12144 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | SEP A/C 70 ATTN: SECURITIES INVESTMENT GROUP – IVAN JIANG NEW YORK LIFE INSURANCE C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | SEP A/C 70 SECURITIES INVESTMENT GROUP – IVAN JIANG NEW YORK LIFE INSURANCE C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | A/C 70 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION | ATTN: SECURITIES OPERATIONS/TOM MAHON C/O NY LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FL. NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION | C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FL. NEW YORK NY 10010 |

| Claim Name | Address Information |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY INC | NY LIFE INVESTMENT MANAGEMENT 51 MADISON AVENUE NEW YORK NY 10022-4213 |
| NEW YORK LIFE INTERNATIONAL LLC | 51 MADISON AVENUE NEW YORK NY 10010-1603 |
| NEW YORK NY (CITY OF) | WITH A COPY TO NYC LAW DEPT. C/O DEPUTY COMPTROLLER FOR PUBLIC FINANCE ONE CENTRE STREET, 5TH FLOOR NEW YORK NY 10007 |
| NEW YORK NY (CITY OF) | ATTN: GENERAL COUNSEL C/O OFFICE OF MANAGEMENT AND BUDGET 75 PARK PLACE, 6TH FLOOR NEW YORK NY 10007 |
| NEW YORK NY (CITY OF) | ATTN:  CHIEF OF MUNICIPAL SECURITIES DIVISION NEW YORK CITY LAW DEPARTMENT 100 CHURCH STREET NEW YORK NY 10007 |
| NEW YORK STATE POWER AUTHORITY INCORPORATED | 30 SOUTH PEARL STREET ALBANY NY 12207-3425 |
| NEW YORK STATE THRUWAY AUTHORITY | 200 SOUTHERN BLVD PO BOX 189 ALBANY NY 12201 |
| NEW YORK STATE THRUWAY AUTHORITY | NEW YORK STATE THRUWAY AUTHORITY 200 SOUTHERN BLVD PO BOX 189 ALBANY NY 12209 |
| NEW YORK STATE URBAN DEVELOPMENT CORP. | NEW YORK STATE URBAN DEVELOPMENT CORP. 633 THIRD AVENUE NEW YORK NY 10017 |
| NEW YORK STATE URBAN DEVELOPMENT CORP. | 633 THIRD AVENUE NEW YORK NY 10017 |
| NEW YORK, CITY OF (THE) | NEW YORK, CITY OF (THE) 1 CENTRE ST. COMPTROLLER, ROOM 736 NEW YORK NY 10007 |
| NEW YORK, CITY OF (THE) | 1 CENTRE ST. COMPTROLLER, ROOM 736 NEW YORK NY 10017 |
| NEW-ALLIANCE GLOBAL CDO LIMITED* | NORA PARCHMENT NEW ALLIANCE GLOBAL CDO LIMITED C/O 6020 TRAVIS HOUSTON TX 77002 |
| NEWEDGE FINANCIAL INC | NEWEDGE ALTTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWEDGE GROUP | ATTN: FX OPERATIONS DEPT C/O CARR FUTURES INC 14 FLOOR NEW YORK NY 10017 |
| NEWEDGE GROUP | 10 BISHOPS SQUARE LONDON E1 6EG UNITED KINGDOM |
| NEWEDGE GROUP | NEWEDGE GROUP LDN / POLAR CAPITAL LLP FIMAT INTERNATIONAL BANQUE, SG HOUSE 41 TOWER HILL EC3N 4SG UNITED KINGDOM |
| NEWEDGE GROUP (UK BRANCH) - CF | C/O CARR FUTURES INC 14 FLOOR NEW YORK NY 10017 |
| NEWEDGE GROUP LDN / POLARCAPITAL LLP GIVE-UPFOREIG | 10 BISHOPS SQUARE LONDON E1 6EG UNITED KINGDOM |
| NEWEDGE USA, LLC | CARR FUTURES ATTN: EDWARD KASSAKI NEWEDGE ALTTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWEDGE USA, LLC | C/O NEWEDGE ALTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWPORT-OXFORD ASSOCIATES LP | 4582 SOUTH ULSTER STREET DENVER CO 80237 |
| NEWS AMERICA INC | 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8701 |
| NEWTON RE LIMITED | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| NEWTON, ROGER | 3672 PROSPECT ROAD ANN ARBOR MI 48105 |
| NEXEN ENERGY  MARKETING LONDONLTD | 100 BROMPTON ROAD LONDON SW3 1ER UNITED KINGDOM |
| NEXEN ENERGY MARKETING LONDON LTD | NEXEN INC. SUITE 2900, 801 - 7TH AVENUE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | EXECUTIVE VICE PRESIDENT #AMPER GENERAL COUNSEL NEXEN INC. 801-7TH AVENUE, S.W. SUITE 2900 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | MANAGER, RISK CONTROL NEXEN INC. 801-7TH AVENUE, S.W. SUITE 2900 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | CONTRACT ADMINISTRATION, FINANCIALS NEXEN MARKETING 801 7TH AVENUE S.W. SUITE 1700 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | MANAGER, RISK CONTROL NEXEN MARKETING 801 7TH AVENUE S.W. SUITE 1700 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | CONTRACT ADMINISTRATION, FINANCIALS NEXEN MARKETING SUITE 1700 801 7TH AVENUE S.W. CALGARY ALBERTA T2P 3P7 CANADA |
| NEXEN INC | NEXEN INC. 2900, 801-7TH AVENUE, S.W. CALGARY ALBERTA T2P 3P7 CANADA |
| NEXEN MARKETING | SUITE 1700, 801 7TH AVENUE S.W. CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING SINGAPORE PTE LTD | C/O NEXEN ENERGY MARKETING EUROPE LIMITED CHARTER PLACE, VINE STREET UXBRIDGE, MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN MARKETING SINGAPORE PTELTD | 250 NORTH BRIDGE ROAD #15-03 RAFFLES CITY TOWER 179101 SLOVENIA |

| Claim Name | Address Information |
|---|---|
| NEXEN MARKETING U.S.A. INC (LEAP) | NEXEN INC. 801- 7TH AVENUE SW CALGARY AB T2P 3P7 CANADA |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. | 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXTAR FUND | ATTN: OPERATIONS MANAGER AV. REPUBLICA DO CHILE 230 15 ANDAR RIO DE JANEIRO 20031-170 BRAZIL |
| NFI VERMONT INC | 30 AIRPORT ROAD S. BURLINGTON VT 05403 |
| NGA CAPITAL FUND LIMITED | C/O INVESTORS FUND SERVICES (IRELAND) LTD BLOCK D IVEAGH COURT, HARCOURT ROAD DUBILN, 2 IRAN (ISLAMIC REPUBLIC OF) |
| NGC | ORINOCO DRIVE POINT LISAS INDUSTRIAL ESTATE P.O. BOX 1127 POINT LISAS TURKEY |
| NIAGRA MOHAWK PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NIB CAPITAL BANK N.V. | CAMEGIEPLEIN 4 THE HAGUE 2501 BH THAILAND |
| NIB CAPITAL BANK N.V. | DE NATIONALE INVESTERINGSBANK LONDON EC2N 3BX UNITED KINGDOM |
| NIBC BANK NV | DE NATIONALE INVESTERINGSBANK LONDON EC2N 3BX UNITED KINGDOM |
| NIBC BANK NV | CAMEGIEPLEIN 4 THE HAGUE 2501 BH THAILAND |
| NIKKO CORDIAL SECURITIES INC. | 3-3-1 MARUNOUCHI CHIYODA-KU TOKYO 1008325 JAPAN |
| NISHI-NIPPON CITY BANK LTD | 11-8, 1-CHOME, KYOBASHI CHUO-KU, TOKYO 104-0031 JAPAN |
| NISOURCE FINANCE CORP. | ATTN: ASSISTANT TREASURER 801 EAST 86TH AVENUE, 2ND FLOOR MERRILLVILLE IN 46410 |
| NISOURCE FINANCE CORP. | SCHIFF HARDIN LLP 6600 SEARS TOWER CHICAGO IL 60606 |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | ATTN: THOMAS M. SALATTE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | SWAPS DEPARTMENT NOMURA HOUSE 1 ST. MARTIN APPOSS-LE-GRAND LONDON EC1A4NP UNITED KINGDOM |
| NOMURA HOLDINGS INC | URBANNET OTEMACHI BUILDING 2-2-2-, OTEMACHI CHIYODA-KU 100-8130 JAPAN |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | NHEL 2007-3 CLIENT MANAGER WELLS FARGO BANK, N.A. P.O. BOX 98 COLUMBIA MD 21046 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | HSBC BANK USA, NA 10 E 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NOMURA INTERNATIONAL PLC | 1 ST. MARTINS#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | ATTN: MARK R. CHAPMAN, EUROPEAN GENERAL COUNSEL NOMURA HOUSE 1 ST. MARTIN#APPOSS LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | ATTN: ENGLAND 1 ST. MARTINS#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | 1 ST. MARTINS#APPOSS-LE-GRAND LONDON EC1A 4NP ENGLAND |
| NOMURA SECURITIES COMPANY LIMITED | URBANNET OTEMACHI BUILDING 2-2-2-, OTEMACHI CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA- JANUS GLOBAL LIFE SCIENCES FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| NORD/LB COVERED FINANCE BANK S.A. | NORDDEUTSCHE LANDESBANK GIROZENTRALE FRIEDRICHSWALL 10, HANNOVER D-30159 GEORGIA |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP CAYMAN ISLAND BRANCH 1114 AVENUE OF AMERICAS, 37TH FLOOR NEW YORK NY 10036 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP/LEGAL GEORGSPLATZ 1 HANNOVER D-30159 GEORGIA |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP SINGAPORE BRANCH 6 SHENTON WAY # 16-08 DBS BUILDING TOWER 2 106 SLOVENIA |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP/LEGAL GEORGSPLATZ 1, D-30159 HANNOVER GEORGIA |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP LONDON BRANCH 71 QUEEN VICTORIA STREET LONDON EC4V 4NL UNITED KINGDOM |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | FRIEDRICHSWALL 10 30159 HANNOVER POSTANSCHRIFT 30151 GEORGIA |
| NORDEA BANK AB | HAMNGATAN 12, SE -105 71 STOCKHOLM SWEDEN |
| NORDEA BANK FINLAND PLC | ATTN: COKIN WILLIAMS-HAWKES NEW YORK BRANCH 437 MADISON AVENUE NEW YORK NY 10022 |
| NORDEA BANK FINLAND PLC | 437 MADISON AVENUE NEW YORK NY 10022 |
| NORDEA BANK FINLAND PLC | ATTN: SWAPS SETTLEMENTS 2747 SETTLEMENT SERVICES FIN-00020 NORDEA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | ATTN: MR. PEKKA RIKALA 2747 DERIVATIVES BACK OFFICE T01/VALLILA FIN-0020 MERITA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | 2747 SETTLEMENT SERVICES FIN-00020 NORDEA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | 2747 DERIVATIVES BACK OFFICE T01/VALLILA FIN-0020 MERITA HELSINKI FINLAND |
| NORDIC INVESTMENT BANK | FABIANINKATU 34 P.O. BOX 249 HELSINKI FI-00171 FINLAND |
| NORINCHUKIN BANK | ATTN: NORITSUGU SATO 245 PARK AVENUE NEW YORK NY 10167-0104 |
| NORINCHUKIN BANK | ATTN: SWAPS 29TH FLOOR, 245 PARK AVENUE NEW YORK NY 10167-0104 |
| NORINCHUKIN BANK | 13-2 YURAKUCHO, 1-CHOME, CHIYODA-KU TOKYO 100-8420 JAPAN JAPAN |
| NORINCHUKIN TR AS TRUSTEE FOR L-JAC 5 TRUST FUND 0 | 1-1-12, UCHIKANDA CHIYODA-KU, TOKYO 101-0047 JAPAN |
| NORMAN REGIONAL HOSPITAL | 901 NORTH PORTER AVENUE NORMAN OK 73071 |
| NORTEL NETWORKS PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NORTEL NETWORKS RETIREMENT INCOME PLAN TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTEL NETWORKS RETIREMENT INCOME PLAN TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ATTN: ROY CORR C/O GUGGENHEIM PARTNERS 135 EAST 57TH STREET NEW YORK NY 10022 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ATTN: BERRIE JASON C. ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |

| Claim Name | Address Information |
|---|---|
| NORTH CAROLINA STATE UNIVERSITY | TREASURER OFFICE OF FINANCE AND BUSINESS B HOLLADAY HALL RALEIGH NC 276857010 |
| NORTH CAROLINA STATE UNIVERSITY | OFFICE OF FINANCE AND BUSINESS B HOLLADAY HALL RALEIGH NC 27685-7010 |
| NORTH CITY WEST SCHOOL FACILITIES FINANCING AUTHOR | 309 NORTH RIOS AVENUE SOLANA BEACH CA 92075-1298 |
| NORTH LITTLE ROCK (CITY OF) | CITY SERVICES P.O. BOX 936 NORTH LITTLE ROCK AR 72115 |
| NORTH TEXAS TOLLWAY AUTHORITY | NORTH TEXAS TOLLWAY AUTHORITY 5900 WEST PLANO PARKWAY, SUITE 100 PLANO TX 75093-4694 |
| NORTH TEXAS TOLLWAY AUTHORITY | 5900 WEST PLANO PARKWAY, SUITE 100 PLANO TX 75093-4694 |
| NORTHAMPTONSHIRE ALPHA PORTFOLIO | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| NORTHBROOK INVESTMENTS LLC | C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| NORTHCREST INC | C/O NORTHCREST COMMUNITY 1801-20TH STREET AMES IA 50010 |
| NORTHEASTERN UNIVERSITY | ATTN: CFO C/O AIG FINANCIAL PRODUCTS CORP. 100 NYALA FARM WESTPORT CT 06880 |
| NORTHEASTERN UNIVERSITY | ATTN: DIRECTOR OF SWAP FINANCE ADMINISTRATION C/O AIG FINANCIAL PRODUCTS CORP. 200 VESEY STREET, 12TH FLOOR WESTPORT CT 06880 |
| NORTHEASTERN UNIVERSITY | RICHARDS HALL, ROOM 184 360 HUNTINGTON AVENUE BOSTON MA 02115 |
| NORTHEASTERN UNIVERSITY | 184 RICHARDS HALL NORTHEASTERN UNIVERSITY BOSTON MA 02115-5000 |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY | NIPSCO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NORTHERN INDIANA PUBLICSERVICE (ISDA) | ATTN: JAMES ORLANDO NIPSCO - ENERGY TRADING 1500 - 165TH ST. GOC BUILDING HAMMOND IN 46320 |
| NORTHERN INDIANA PUBLICSERVICE (ISDA) | NIPSCO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NORTHERN KENTUCKY WATER DISTRICT | 2835 CRESCENT SPRINGS ROAD ERLANGER KY 41018 |
| NORTHERN ROCK PLC | ATTN: NORTHERN ROCK BUILDING SOCIETY GOSFORTH NEWCASTLE UPON TYNE NEWCASTLE NE3 4PL UNITED KINGDOM |
| NORTHERN ROCK PLC | ATTN: NORTHERN ROCK BUILDING SOCIETY NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NEWCASTLE NE3 4PL UNITED KINGDOM |
| NORTHERN ROCK PLC | NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NE3 4PL UNITED KINGDOM |
| NORTHERN STATES POWER COMPANY PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHERN TRUST COMPANY | ATTN: PETER MARCHESE 50 SOUTH LASALLE STREET - 12TH FLOOR CHICAGO IL 60675 |
| NORTHERN TRUST COMPANY | ATTN: MICHELLE HILLMAN CFA 50 BANK STREET LONDON E14 5NT UNITED KINGDOM |
| NORTHERN TRUST COMPANY | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NORTHERN TRUST COMPANY | 50 BANK STREET LONDON E14 5NT ENGLAND |
| NORTHROP GRUMMAN CORPORATION DEFINED CONTRIBUTION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN CORPORATION DEFINED CONTRIBUTION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN TOTAL RETURN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN TOTAL RETURN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHSIDE GUARANTY, LLC | ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTE | 399 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NORTHWEST AIRLINES INC | 2700 LONE OAK PARKWAY - DEPT. A4192 EAGAN MN 55121 |
| NORTHWEST AIRLINES INC RETIREMENT SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTHWESTERN CORPORATION | P.O. BOX 490 MORRIS IL 60450 |
| NORTHWESTERN MEDICAL CENTER | ATTN: DAWN D. BUGBEE, CFO P.O. BOX 1370 133 FAIRFIELD STREET ST. ALBANS VT 05478 |
| NORTHWESTERN MEDICAL CENTER | 133 FAIRFIELD STREET ST. ALBANS VT 05478 |
| NORTHWESTERN MEMORIAL HEALTHCARE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| NORTHWESTERN MEMORIAL HEALTHCARE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (TH | STEVE MARTINIE / KARLA ADAMS / MARYANN ZIEBERT 720 WISCONSIN AVE MILWAUKEE WI 53202-4797 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (TH | 720 WISCONSIN AVE MILWAUKEE WI 53202-4797 |
| NORTHWOODS CAPITAL VII LTD | BRUCE D. MARTIN/BRADLEY G. PATTELLI ANGELO GORDON #AMPER CO., L.P. 245 PARK AVENUE NEW YORK NY 10167 |
| NORTHWOODS CAPITAL VII LTD | THE DIRECTORS NORTHWOODS CAPITAL VII, LIMITED C/O MAPLES FINANCE LIMITED P.O.BOX1093GT - QUEENSGATE HOUSE - SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CANADA |
| NORTHWOODS CAPITAL VII LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NORTHWOODS CAPITAL VII LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NORTHWOODS CAPITAL VII LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NORTHWOODS CAPITAL VII LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NORTHWOODS CAPITAL VII LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NORTHWOODS CAPITAL VII LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| NORTHWOODS CAPITAL VII LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NORTHWOODS CAPITAL VII LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NORTHWOODS CAPITAL VII LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| NORTHWOODS CAPITAL VII LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NORTHWOODS CAPITAL VII LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NORTHWOODS CAPITAL VII LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NORTHWOODS CAPITAL VII LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NORTHWOODS CAPITAL VII LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NORTHWOODS CAPITAL VII LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NORTHWOODS-CATHEDRAL CITY, L.P. | C/O EAGLE REAL ESTATE GROUP 222 S. HARBOR BLVD SUITE 625 ANAHEIM CA 92805 |
| NORTON GOLD FIELDS LIMITED | LEVEL 1, 79 HOPE STREET SOUTH BRISBANE QLD 4101 AUSTRALIA |
| NOVA COMMODITIES INC | ONE NORTH END AVENUE NEW YORK NY 10282 |
| NOVA GAS TRANSMISSION LTD | 450 - 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| NOZELL, JOHN D & PATRICIA T | ATTN: MARTIN P. SUTTER 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| NRG POWER MARKETING LLC | CONTRACT ADMINISTRATION 211 CARNEGIE CENTER PRINCETON NJ 08540 |
| NRG POWER MARKETING LLC | 211 CARNEGIE CENTER PRINCETON NJ 08540 |
| NSG HOLDINGS LLC | CHIEF FINANCIAL OFFICER NSG HOLDINGS LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| NSG HOLDINGS LLC | NSG HOLDINGS LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| NSK PENSION TRUSTEE LTD | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NSK PENSION TRUSTEE LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| NUVEEN CORE BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCO | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN HIGH YIELD BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | GIFFORD R. ZIMMERMAN, STEPHEN D. FOY NUVEEN INVESTMENT LLC 333 W. WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | NUVEEN INVESTMENT LLC 333 W. WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFO | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN MULTI-CURRENCY SHORT-TERM GOVERNMENT INCOME | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN MULTI-STRATEGY INCOME FUND | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NVH I LP | NEW VERNON ADVISORS, LP HARBORSIDE FINANCIAL CENTER JERSEY CITY NJ 07311 |
| NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD | BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022 |
| NWI EXPLORER GLOBAL MASTER FUND LTD | BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022 |
| NYKREDIT BANK A/S | KALVEBOD BRYGGE 1-3 KOBENHAVN V 1780 GERMANY |
| O&M STAR GENERATION LLC | O#AMPERM STAR GENERATION LLC C/O NORTHERN STAR GENERATION SERVICES COMPANY LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| O'CONNER WOODS OBLIGATED GROUP, CA | 3400 WAGNER HEIGHTS ROAD STOCKTON CA 95209 |
| OAK CREST VILLAGE | 8820 WALTHER BLVD. PARKVILLE MD 21234 |
| OAK HILL CREDIT ALPHA FUND (OFFSHORE), LTD. | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT ALPHA FUND, LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT ALPHA FUND, LP | OAK HILL CREDIT ALPHA FUND MANAGEMENT 201 MAIN STREET, SUITE 1910 FORT WORTH TX 76102 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1910 FORT WORTH TX 76102 |
| OAK HILL CREDIT PARTNERS IV LIMITED | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OAK HILL CREDIT PARTNERS IV LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76110 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76110 |
| OAK HILL STRATEGIC PARTNERS, L.P. | JOANATHAN NUNNALEY OAK HILL STRATEGIC PARTNERS, L.P. 201 MAIN STREET SUITE 1600 FORT WORTH TX 76102 |
| OAK HILL STRATEGIC PARTNERS, L.P. | OAK HILL STRATEGIC PARTNERS, L.P. 201 MAIN STREET SUITE 1600 FORT WORTH TX 76102 |
| OAKLAWN PSYCHIATRIC CENTER | 330 LAKEVIEW DRIVE GOSHEN 46527 |
| OAKMONT ASSET TRUST | C/O BANK OF NEW YORK (DELAWARE) 502 WHITE CLAY CTR, RTE 273 NEWARK NJ 19711 |
| OANDA CORPORATION | MICHAEL STUMM OANDA CORPORATION 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 |
| OANDA CORPORATION | 140 BROADWAY 46TH FLOOR NEW YORK NY 10005 |
| OC/SD MEZZ 1 LLC | ATTN: JESSICA MOORE OC/SD MEZZ 1 LLC C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | JESSICA MOORE OC/SD MEZZ 1 LLC C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | ATTN: JESSICA MOORE C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | ATTN: J. GREGORY WINCHESTER TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OC/SD MEZZ 1 LLC | J. GREGORY WINCHESTER NOTICES RELATING TO SECTIONS 5 OR 6 COPY TO: TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OC/SD MEZZ 1 LLC | ATTN: BRAD CARPENTER AND JUDY TURCHIN ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | ATTN: BRAD CARPENTER AND JUDY TURCHIN NOTICES RELATING TO SECTIONS 5 OR 6, COPY TO: ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | BRAD CARPENTER AND JUDY TURCHIN NOTICES RELATING TO SECTIONS 5 OR 6, COPY TO: ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | NOTICES RELATING TO SECTIONS 5 OR 6 COPY TO: TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ASSISTANT TREASURER IN REGARDS TO FAILURE TO MAKE PAYMENT, COPY TO: OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ANDREA KUNKEL, MANAGING COUNSEL OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ASSISTANT TREASURER OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: POWER MARKETING ACCOUNTING P.O. BOX 27570 HOUSTON TX 77227-7570 |

| Claim Name | Address Information |
|---|---|
| OCCIDENTAL ENERGY MARKETING INC. | OCCIDENTAL POWER SERVICES, INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON TX 77046-0504 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ASSISTANT TREASURER IN REGARDS TO FAILURE TO MAKE PAYMENT, COPY TO: OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ANDREA KUNKEL, CMANAGING COUNSEL OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ASSISTANT TREASURER OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: JANEENE JACKSON OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES, INC. | 5 GREENWAY PLAZA, SUITE 110 HOUSTON TX 77046-0504 |
| OCEANIA CRUISES, INC. | 8300 N.W. 33RD STREET SUITE 308 MIAMI FL 33122 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE MASTER FUND L | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VI LP | C/O OAKTREE CAPITAL MANAGEMENT, LLC 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII LP | C/O OAKTREE CAPITAL MANAGEMENT, LLC 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM VALUE OPPORTUNITIES FUND LP | GENERAL COUNSEL C/O OAKTREE CAPITAL MANAGEMENT, L.P. 33 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM VALUE OPPORTUNITIES FUND LP | C/O OAKTREE CAPITAL MANAGEMENT, L.P. 33 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| ODEBRECHT OVERSEAS LTD | ODEBRECHT OVERSEAS LTD. C/O CONSTRUCTORA NORBERTO ODEBRECHT S.A. AV. DAS NACOES UNIDAS, 4777 - 6TH FLOOR SAO PAULO 05477-000 BRAZIL |
| OESTERREICHISCHE VOLKSBANKEN AG | KOLINGASSE 19 VIENNA 1090 AUSTRALIA |
| OFI INSTITUTIONAL ALPHA-PLUS FUND LP | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL CORE FIXED INCOME FUND LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL REAL ASSET FUND LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL SHORT DURATION FIXED INCOME LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OGI ASSOCIATES LLC | ATTN: PIERCE ARCHER, SVP C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVE, 20TH FLOOR NEW YORK NY 10022 |
| OGI ASSOCIATES LLC | C/O WEISS MULTI-STRATEGY ADVISERS LLC ONE STATE STREET, 20TH FLOOR HARTFORD CT 06103 |
| OHA COAST HEDGING LTD | ATTN: VIRAL NAIK OAK HILL ADVISORS, L.P. 65 EAST 55TH STREET, 32ND FLOOR NEW YORK NY 10022 |
| OHA COAST HEDGING LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OHA HEDGED CREDIT LTD | ATTN: VIRAL NAIK OAK HILL ADVISORS, L.P. 65 EAST 55TH STREET, 32 FLOOR NEW YORK NY 10022 |
| OHA HEDGED CREDIT LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OHANA MILITARY COMMUNITIES LLC | 50 PUBLIC SQ. CLEVELAND OH 44113 |
| OHIO (STATE OF) OPERATING ENGINEERS PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO (STATE OF) SCHOOL EMPLOYEES RETIREMENT SYSTEM | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO (STATE OF) SCHOOL EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO CARPENTERS PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHIO CARPENTERS PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| OHIO HOUSING FINANCE AGENCY | OHIO HOUSING FINANCE AGENCY 57 EAST MAIN STREET COLUMBUS OH 43266-5115 |
| OHIO HOUSING FINANCE AGENCY | 57 EAST MAIN STREET COLOMBUS OH 43215-5135 |
| OHIO HOUSING FINANCE AGENCY | 57 EAST MAIN STREET COLUMBUS OH 43266-5115 |
| OHIO MASONIC HOME | DAVID R. STACEY, CFO 2655 WEST NATIONAL ROAD PO BOX 120 SPRINGFIELD OH 45501 |
| OHIO MASONIC HOME | 2655 WEST NATIONAL ROAD PO BOX 120 SPRINGFIELD OH 45501 |
| OHIO POWER COMPANY | TREASURER AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| OHIO POWER COMPANY | AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | SCOTT DETERMAN, VP B.C. ZIEGLER AND COMPANY 1 SOUTH WALKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | ATTN: RODNEY L. CRIST, CFO 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | RODNEY L. CRIST, CFO 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | B.C. ZIEGLER AND COMPANY 1 SOUTH WALKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | OPRS CORPORATE OFFICE 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: ROBERT M MCLAUGHLIN, ESQ. KATTEN MUNCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | 277 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO STATE TEACHERS RETIREMENT SYSYTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHIO STATE TEACHERS RETIREMENT SYSYTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHP OPPORTUNITY LIMITED TRUST | ONE THORNDAL CIRCLE, 3RD FLOOR DARIEN CT 06820 |
| OIL COMBINATIONS, INC | 70 WALNUT STREET WELLESLEY MA 02481-2102 |
| OIL DISTRIBUTION SERVICES INC | P.O. BOX 610132 HOUSTON TX 77208-0132 |
| OIL INSURANCE LIMITED | P.O. BOX HM 1751 HAMILTON HMGX BELGIUM |
| OIL INVESTMENT CORPORATION LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OIL INVESTMENT CORPORATION LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OIL INVESTMENT CORPORATION LTD | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| OIL REFINERIES LIMITED | GEORGE GREEN (TRADING AND RISK MANAGER) PO BOX 4 HAIFA 31000 ICELAND |
| OIL REFINERIES LIMITED | STEWART FISHER (DEPUTY LEGAL ADVISOR) PO BOX 4 HAIFA 31000 ICELAND |
| OIL REFINERIES LIMITED | PO BOX 4 HAIFA 31000 ICELAND |
| OKLAHOMA (STATE OF) TEACHERS RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OKLAHOMA (STATE OF) TEACHERS RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OKLAHOMA BAPTIST UNIVERSITY AUTHORITY | OKLAHOMA BAPTIST UNIVERSITY 500 WEST UNIVERSITY SHAWNEE OK 74804 |
| OKLAHOMA BAPTIST UNIVERSITY AUTHORITY | 500 WEST UNIVERSITY SHAWNEE OK 74804 |
| OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OKLAHOMA MUNICIPAL POWER AUTHORITY | PO BOX 1960 EDMOND 73083-1960 |
| OLD LANE CAYMAN MASTER FUND LP | JONATHAN BARTON OLD LANE CAYMAN MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE CAYMAN MASTER FUND LP | OLD LANE CAYMAN MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | ATTN: JONATHAN BARTON OLD LANE HMA MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | JONATHAN BARTON OLD LANE HMA MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| OLD LANE US MASTER FUND LP | JONATHAN BARTON OLD LANE U.S. MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE US MASTER FUND LP | OLD LANE U.S. MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD MUTUAL REASSURANCE (IRELAND) LIMITED | IFSC HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| OLYMPUS ALC CO-BORROWER NO.1, L.P. | 485 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| OM FINANCIAL LIFE INSURANCA/C OLD MUTUAL (BERMUDA) | CONTINENTAL BUILDING P.O. BOX HM 3082 HAMILTON HM NX BELGIUM |
| OM FINANCIAL LIFE INSURANCE COMPANY | 1001 FLEET STREET BALTIMORE, MD 21202 BALTIMORE   MD 21202 |
| OM FINANCIAL LIFE INSURANCECOMPANY | 1001 FLEET STREET BALTIMORE MD 21202 |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | C/O IRONSHORE CORPORATE SERVICES LIMITED P.O. BOX 1234 QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: PATRICK J. MCDONIE P.O. BOX 871 TULSA OK 74102-0871 |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKELBERGER, MANAGER - CREDIT ONEOK INC. TULSA OK 74103-4298 |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKELBERGER, MANAGER - CREDIT ONEOK INC. 100 WEST FIFTH ST. TULSA OK 74103-4298 |
| ONEOK ENERGY SERVICES COMPANY LP | 100 WEST FIFTH STREET TULSA OK 74103-4298 |
| ONLINE RESOURCES CORPORATION | CORPORATE HEADQUARTERS CHANTILLY VA 20151 |
| ONTARIO TEACHERS PENSION PLAN BOARD | 5650 YONGE STREET TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS PENSION PLAN BOARD | 5650 YONGE STREET TORONTO M2M 4H5 CANADA |
| ONYX FINANCE LIMITED | C/O MOURANT & CO. LIMITED 22 GRENVILLE STREET ST. HEILIER JERSEY JE4 8PX UNITED KINGDOM |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LIMITED 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LIMITED SERIES 2006-1 | C/O WALKERS SPV LIMITD WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ONYX FUNDING LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ONYX FUNDING LTD 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| ONYX FUNDING LTD 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LTD 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LTD 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LTD 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LTD 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LTD 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LTD 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LTD 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LTD 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LTD 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LTD 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LTD 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LTD 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| ONYX FUNDING LTD SERIES 2008-1 | S STANDARD SUITE 3601, 36TH FLOOR, EDINBURGH TOWER THE LANDMARK, 15 QUEEN#APPOSS ROAD CENTRAL HONG KONG SWITZERLAND |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: MANAGER, TRUST ADMINISTRATION BNY CORPORATE TRUSTEE SERVICES LIMITED ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LTD SERIES 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPPENHEIMER ABSOLUTE RETURN FUND | ATTN: LISA BLOOMBERG OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER ABSOLUTE RETURN FUND | OPPENHEIMERFUNDS, INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 |

| Claim Name | Address Information |
|---|---|
| OPPENHEIMER BALANCED FUND | LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND/VA | DIRECTOR OF CORPORATE COMPLIANCE OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND/VA | ATTN: GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND/VA | GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CAPITAL INCOME FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CAPITAL INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CAPITAL TOTAL RETURN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OPPENHEIMER CAPITAL TOTAL RETURN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OPPENHEIMER CHAMPION INCOME FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CHAMPION INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE BOND FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CORE BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE BOND FUND/VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CORE BOND FUND/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE PLUS FIXED INCOME PORTFOLIO | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMER CORE PLUS FIXED INCOME PORTFOLIO | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER GLOBAL OPPORTUNITIES FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL OPPORTUNITIES FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER HIGH INCOME/VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER HIGH INCOME/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER INTERNATIONAL VALUE FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER INTERNATIONAL VALUE FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER LIMITED TERM GOVERNMENT FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER LIMITED TERM GOVERNMENT FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MASS MUTUAL PREMIER STRATEGIC INCOME F | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER MASS MUTUAL PREMIER STRATEGIC INCOME F | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |

| Claim Name | Address Information |
|---|---|
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MILLENIUM INTERNATIONAL BOND FUND | GENERAL COUNSEL 498 SEVENTH AVENUE 14TH FLOOR NEW YORK NY 10018 |
| OPPENHEIMER MILLENIUM INTERNATIONAL BOND FUND | 498 SEVENTH AVENUE 14TH FLOOR NEW YORK NY 10018 |
| OPPENHEIMER OFIL GLOBAL FUND | ATTN: DIRECTOR OF CORPORATE COMPLIANCE C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER OFIL GLOBAL FUND | ATTN; GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER QUEST INTERNATIONAL VALUE FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER QUEST INTERNATIONAL VALUE FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SMA CORE BOND FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER SMA CORE BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SMA INTERNATIONAL BOND FUND | ATTN: ROBERT ZACK C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER SMA INTERNATIONAL BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER STRATEGIC BOND FUND\VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER STRATEGIC BOND FUND\VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER US GOVERNMENT TRUST | ATTN: GENERAL COUNSEL C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER US GOVERNMENT TRUST | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMERFUNDS INC | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INC | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMERFUNDS INC HIGH YIELD FIXED INCOME PORTF | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INC HIGH YIELD FIXED INCOME PORTF | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMERFUNDS PLC – OPPENHEIMER EMERGING MARKET | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS PLC – OPPENHEIMER EMERGING MARKET | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPTIMIX WHOLESALE INFLATION LINKED BOND TRUST | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | ATTN: GENERAL COUNSEL OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | ATTN: MICHAEL DRESNIN OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | DELAWARE INVESTMENT ADVISERS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | CLIENT MANAGER, OPTION ONE 2007-5 WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | IL 60661 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ORANGE CA (COUNTY OF) | HALL OF ADMINISTRATION 333 WEST SANTA ANA BOULEVARD SANTA ANA CA 92701 |
| ORANGE COUNTY EMPLOYEES RETIRE MENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ORANGE COUNTY EMPLOYEES RETIRE MENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ORANJE-NASSAU ENERGIE BV | MANAGING DIRECTOR POSTBUS 22885 AMSTERDAM-ZUIDOOST 1100 DJ THAILAND |
| ORANJE-NASSAU ENERGIE BV | MANAGING DIRECTOR REMBRANDT TOWER, 22ND FLOOR AMSTELPLEIN 1 AMSTERDAM 1096 HA THAILAND |
| ORANJE-NASSAU ENERGIE BV | FRANK VAN SPAENDONCK HOOGOORDDREEF 7 AMSTERDAM 1101 BA THAILAND |
| ORANJE-NASSAU ENERGIE BV | PO BOX 95105 1090 HC AMSTERDAM NIGER |
| ORANJE-NASSAU UK LIMITED | FRANK VAN SPAENDONCK HOOGOORDDREEF 7 AMSTERDAM 1101 BA THAILAND |
| ORANJE-NASSAU UK LIMITED | MANAGING DIRECTOR POST BUS 22885 AMSTERDAM-ZUIDOOST 1100 DJ THAILAND |
| ORANJE-NASSAU UK LIMITED | PO BOX 95105 AMSTERDAM 1090 HC NIGER |
| ORBEO | TOUR SOCIÉTÉ GÉNÉRALE-S7W 17 COURS VALMY LA DÉFENSE CEDEX PARIS 92987 FRANCE |
| ORE HILL CONCENTRATED CREDIT HUB FUND LTD | C/O ORE HILL PARTNERS LLC 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| OREGON LABORERS EMPLOYERS PENSION TRUST FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON RETAIL EMPLOYEE PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON RETAIL EMPLOYEE PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ORESUNDSBRO KONSORTIET | ORESUNDSBRO KONSORTIET ORESUNDSBRO KONSORTIET VESTER SOGADE 10 COPENHAGEN V DK-1601 GERMANY |
| ORESUNDSBRO KONSORTIET | ORESUNDSBRO KONSORTIET VESTER SOGADE 10 COPENHAGEN V GERMANY |
| ORIX FINANCE CORP I | ORIX FINANCE CORP. I C/O ORIK CAPITAL MARKETS, LLC 1717 MAIN STREET, SUITE 900 DALLAS TX 75201 |
| ORIX USA CORPORATION | 1717 MAIN STREET, SUITE 900 DALLAS TX 75201 |
| ORMAT NEVADA INC. | 980 GREG STREET SPARKS NV 89431-6039 |
| ORMAT TECHNOLOGIES INC. | 6225 NEIL ROAD RENO NV 89511-1136 |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | OF THE ORRINGTON PLUS FUND SPC ATTN: NADINE ROGGEMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | OF THE ORRINGTON PLUS FUND SPC NADINE ROGGEMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO OF | THE ORRINGTON PLUS FUND SPC ATTN: KYLE HAZELINE 2 BLOOR STREET EAST, SUITE 2700 TORONTO ON M4W 1A8 CANADA |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO OF | THE ORRINGTON PLUS FUND SPC ATTN: KYLE HAZELINE C/O CITCO (CANADA) INC.] TORONTO ON M4W 1A8 CANADA |

| Claim Name | Address Information |
|---|---|
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO OF THE | SPC C/O CITCO (CANADA) INC.] TORONTO ON M4W 1A8 CANADA |
| OSA COPPERFIELD LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSA OAK CRESTE LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSA SONGBIRD LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSAKA GAS CO. LTD | 4-1-2, HIRANOMACHI, CHUO-KU OSAKA 541-0046 JAPAN |
| OSCART INTERNATIONAL LIMITED | ATTN: ERIK HELGE WEINER SUITE 2102, NINE QUEEN#APPOSS ROAD CENTRAL HONG KONG HONG KONG |
| OSCART INTERNATIONAL LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OSCART INTERNATIONAL LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OSCART INTERNATIONAL LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OSCART INTERNATIONAL LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OSCART INTERNATIONAL LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OSCART INTERNATIONAL LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OSCART INTERNATIONAL LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OSCART INTERNATIONAL LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OSCART INTERNATIONAL LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OSCART INTERNATIONAL LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OSCART INTERNATIONAL LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OSCART INTERNATIONAL LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OSCART INTERNATIONAL LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OSCART INTERNATIONAL LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OSCART INTERNATIONAL LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OSCART INTERNATIONAL LIMITED | 5 TEMASEK BOULEVARD #07-02A, SUNTEC TOWER FIVE SINGAPORE 38985 SLOVENIA |
| OSPRAIE MANAGEMENT LLCA/C OSPRAIE REAL RET EP LP | 320 PARK AVENUE, 27TH FLOOR, NEW YORK, NY 10022 NEW YORK NY 10022 |
| OSPRAIE MANAGEMENT LLCA/C OSPRAIE VALUE PORTFOLIO | C/O OSPRAIE MANAGEMENT, LLC C/O OSPRAIE MANAGEMENT, LLC NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE PORTFOLIO LTD | ATTN: MICHAEL FISCHER, GENERAL COUNSEL/RICHARD PUMA, OPERATION THE OSPRAIE PORTFOLIO LTD. C/O OSPRAIE MANAGEMENT, L.P. NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| OSPRAIE PORTFOLIO LTD | C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY NY 2 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: MICHAEL FISCHER, GENERAL COUNSEL/RICHARD PUMA, OPERATION THE OSPRAIE PORTFOLIO LTD. C/O OSPRAIE MANAGEMENT, L.P. NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIOLTD | C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: MICHAEL FISCHER, GENERAL COUNSEL C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |
| OTP BANK PLC | ??????, ??????, ??. ????????, ?. 47? 105062 RUSSIAN FEDERATION, THE |
| OTTERBEIN HOMES | 580 NORTH STATE ROUTE 741 LEBANON OH 45036 |
| OWENS & MINOR INC | OWENS 9120 LOCKWOOD BOULEVARD MECHANICSVILLE VA 23116-2015 |
| OWENS-BROCKWAYGLASS CONTAINER INC | ONE MICHAEL OWENS WAY PERRYSBURG OH 43551 |
| OWL CREEK I, LP | 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK II, LP | 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK OVERSEAS FUND, LTD | 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWM CENTRALE ZORGVERZEKERAARS GROEP ZORGVERZEKERAA | 40 ROWES WHARF BOSTON MA 02110 |
| OZ ASIA MASTER FUND LTD | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND LP | ATTN: JOEL FRANK, CHIEF FINANCIAL OFFICER, LEGAL C/O OZ MANAGEMENT, LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND LP | C/O OZ MANAGEMENT, LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND LTD | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ/GOLDMAN SACHS PROFIT SHARING MASTER TRUST | ATTN: LEGAL C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ/GOLDMAN SACHS PROFIT SHARING MASTER TRUST | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| P&C TRADING LLC | RM 1304 HONG KONG PLAZA CONNAUGHT ROAD, WEST HONG KONG 186-191 HONG KONG |
| P.O. BOX 1093 GT | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CANADA |
| P.T.DAVOMAS ABADI TBK. | PT DAVOMAS ABADI JL. PANGERAN JAYAKARTA NO. 117 JAKARTA 10730 INDIA |
| P.T.DAVOMAS ABADI TBK. | PLAZA BII, MENARA III, 9TH FLOOR JI. M.H. THAMRIN NO. 51 JAKARTA PUSAT 10350 INDIA |
| P0013 / SPRINT CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0013 / SPRINT CORPORATION | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0013 / SPRINT CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0061 / LABORER DISTRICT COUNSEL & | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| PENSION FD OH | 92660 |
| P0061 / LABORER DISTRICT COUNSEL & PENSION FD OH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0074 / HARBOR CAPITAL GROUP TRUST FOR DEFINED | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P0074 / HARBOR CAPITAL GROUP TRUST FOR DEFINED | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| P0085 / ALBERTSON'S SAVINGS & RETIREMENT ESTATES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0085 / ALBERTSON'S SAVINGS & RETIREMENT ESTATES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0097 / OIL CASUALTY INVESTMENT CORPORATION LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0097 / OIL CASUALTY INVESTMENT CORPORATION LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0135 / THE NISOURCE INC MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0135 / THE NISOURCE INC MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0196 / IHC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0196 / IHC PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0213 / BAXTER INTERNATIONAL | ATTN: LEGAL GROUP 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT CA 92660 |
| P0213 / BAXTER INTERNATIONAL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0219 / L.A. COUNTY MET TRANSIT AUTH RETIREMENT IN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0219 / L.A. COUNTY MET TRANSIT AUTH RETIREMENT IN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0248 / BAPTIST HEALTHCARE SYSTEM INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0248 / BAPTIST HEALTHCARE SYSTEM INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0409 / INDIANA STATE TEACHERS' RETIREMENT FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0409 / INDIANA STATE TEACHERS' RETIREMENT FUND | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| P0417 / XCEL ENERGY INC. VOLUNTARY EMPLOYEES | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P0417 / XCEL ENERGY INC. VOLUNTARY EMPLOYEES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0418 / PUBLIC SERVICE ENTERPRISE | ATTN: PETER TROJANO STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| P0418 / PUBLIC SERVICE ENTERPRISE | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| P0425 / CARPENTERS PENSION FUND OF ILLINOIS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0425 / CARPENTERS PENSION FUND OF ILLINOIS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0449 / SCUFCW & FOOD EMPLOYERS JT PEN TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0449 / SCUFCW & FOOD EMPLOYERS JT PEN TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0617 / PDV INSURANCE COMPANY LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0617 / PDV INSURANCE COMPANY LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0649 / WELLS FARGO BANK DECLARATION OF TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0649 / WELLS FARGO BANK DECLARATION OF TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0680 / PIMCO VARIABLE INS TRUST TOTAL RETURN BND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0680 / PIMCO VARIABLE INS TRUST TOTAL RETURN BND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0683 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0683 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0684 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0684 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0685 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0685 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0686 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0686 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0688/PIMCO VARIABLE INSURANCE TRUST EMERGING | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0688/PIMCO VARIABLE INSURANCE TRUST EMERGING | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0691 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0691 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0697 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0697 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0702 / PIMCO PRIVATE INVESTMENT GRADE CORP. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0702 / PIMCO PRIVATE INVESTMENT GRADE CORP. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0706 / PRIVATE ACCT PORT SERIES HIGH YIELD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0706 / PRIVATE ACCT PORT SERIES HIGH YIELD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0707 / PIMCO INVESTMENT GRADE CORPORATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0707 / PIMCO INVESTMENT GRADE CORPORATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0710 / PIMCO LONG-TERM U.S. GOVERNMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0710 / PIMCO LONG-TERM U.S. GOVERNMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0715 / PIMCO STOCKPLUS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0715 / PIMCO STOCKPLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0720 / PIMCO LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0720 / PIMCO LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0721 / LOW DURATION MORTGAGE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0721 / LOW DURATION MORTGAGE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0722 / PIMCO PRIVATE MORTGAGE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0722 / PIMCO PRIVATE MORTGAGE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0723 / LOW DURATION FUND III | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0723 / LOW DURATION FUND III | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0731/PIMCO COMMODITYREALRETURN STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0731/PIMCO COMMODITYREALRETURN STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0732 / PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0732 / PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0734/PIMCO STOCKSPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0734/PIMCO STOCKSPLUS TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0735 / PIMCO TOTAL RETURN FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0735 / PIMCO TOTAL RETURN FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0740 / PIMCO SHORT TERM FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0740 / PIMCO SHORT TERM FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0742 / PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0742 / PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0744/PIMCO DIVERSIFIED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0744/PIMCO DIVERSIFIED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0745 / PIMCO MODERATE DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0745 / PIMCO MODERATE DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0747/PAPS SHORT TERM PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0747/PAPS SHORT TERM PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0750 / LOW DURATION FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0750 / LOW DURATION FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0770 / PIMCO FOREIGN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0770 / PIMCO FOREIGN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0783 / PIMCO EUROPEAN STOCKSPLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0783 / PIMCO EUROPEAN STOCKSPLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0784 / PIMCO FAR EAST (EX-JAPAN) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0784 / PIMCO FAR EAST (EX-JAPAN) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0785 / GLOBAL BOND FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0785 / GLOBAL BOND FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0786 PIMCO INT'L STK PLUS TR STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0786 PIMCO INT'L STK PLUS TR STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0787 / PIMCO JAPANESE STOCKSPLUS TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0787 / PIMCO JAPANESE STOCKSPLUS TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0788 REAL ESTATE REAL RETURN STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0788 REAL ESTATE REAL RETURN STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0790 / PIMCO TOTAL RETURN FUND III | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0790 / PIMCO TOTAL RETURN FUND III | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0792 /  PIMCO PRIVATE REAL RETURN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0792 /  PIMCO PRIVATE REAL RETURN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0793 / PIMCO REAL RETURN ASSET FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0793 / PIMCO REAL RETURN ASSET FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0868 / NIKKO TRUST-NIKKO PIMCO YEN LIBOR PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0868 / NIKKO TRUST-NIKKO PIMCO YEN LIBOR PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0887 / PACE STRATEGIC FIXED INCOME INVESTMENTS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0887 / PACE STRATEGIC FIXED INCOME INVESTMENTS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0909/SARA LEE CORPORATION MASTER INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0909/SARA LEE CORPORATION MASTER INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0935 / GROUP TRUST AGMT PURSUANT HEWLETT-PACKARD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0935 / GROUP TRUST AGMT PURSUANT HEWLETT-PACKARD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0968 / UPS MASTER TRUST TOTAL RETURN ACCOUNT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0968 / UPS MASTER TRUST TOTAL RETURN ACCOUNT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0972 / TARGET INTERMEDIATE TERM BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0972 / TARGET INTERMEDIATE TERM BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0975 / AST PIMCO LIMITED MATURITY BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0975 / AST PIMCO LIMITED MATURITY BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0976 / AMERICAN SKANDIA TOTAL RETURN BOND PORT. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0976 / AMERICAN SKANDIA TOTAL RETURN BOND PORT. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0977 / FREMONT BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0977 / FREMONT BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1010 / DELUXE CORPORATION MASTER TRUST (1998 RMT) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1010 / DELUXE CORPORATION MASTER TRUST (1998 RMT) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1016 / BELL COMM. RESEARCH MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1016 / BELL COMM. RESEARCH MASTER PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1027 / PRUDENTIAL DIVERSIFIED MODERATE GROWTH FD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1027 / PRUDENTIAL DIVERSIFIED MODERATE GROWTH FD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1049 / PACIFIC HIGH YIELD CAYMAN UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1049 / PACIFIC HIGH YIELD CAYMAN UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1074 / HALLMARK MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1074 / HALLMARK MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1077 / DMC INSURANCE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1077 / DMC INSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1096 / SMITH BARNEY CORP TR CO CORE FXD INC FD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1096 / SMITH BARNEY CORP TR CO CORE FXD INC FD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1108 / DIR. GUILD OF AMER. - PRODUCER BASIC PENS. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1108 / DIR. GUILD OF AMER. - PRODUCER BASIC PENS. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1181 / SENTARA HEALTHCARE | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| P1182/OCC ACCUMULATION TRUST MANAGED BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1182/OCC ACCUMULATION TRUST MANAGED BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1185 / THE CASEY FAMILY PROGRAM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1185 / THE CASEY FAMILY PROGRAM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1203/EQUITY TRUSTEES LTD PIMCO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| AUSTRALIAN BND FND | 92660 |
| P1203/EQUITY TRUSTEES LTD PIMCO AUSTRALIAN BND FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1212/BANK OF THAILAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1215 / INTERNATIONAL SHIPOWNERS REINSURANCE CO SA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1215 / INTERNATIONAL SHIPOWNERS REINSURANCE CO SA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1232 / ANNUITY BOARD SELECT FUNDS SHORT-TERM BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1232 / ANNUITY BOARD SELECT FUNDS SHORT-TERM BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1249 / NORINCHUKIN INVESTMENT GRADE CORP | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1249 / NORINCHUKIN INVESTMENT GRADE CORP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1253 / COOPER INDUSTRIES INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1253 / COOPER INDUSTRIES INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1257 / TR2 CAYMAN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1257 / TR2 CAYMAN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1263 / MELLON BANK NA EMPLOYEE BENEFIT FUND PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1263 / MELLON BANK NA EMPLOYEE BENEFIT FUND PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1266 / ARCH COAL INC RETIREMENT ACCOUNT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1266 / ARCH COAL INC RETIREMENT ACCOUNT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1298 / UNIVERSITY OF IOWA FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1298 / UNIVERSITY OF IOWA FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1307- STICHTING PENSIOENFONDS CAMPINA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1307- STICHTING PENSIOENFONDS CAMPINA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1401/THE GCG TRUST CORE BOND SERIES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1401/THE GCG TRUST CORE BOND SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1409 / GOLDMAN SACHS GMMS INSTITUIONAL CORE PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1409 / GOLDMAN SACHS GMMS INSTITUIONAL CORE PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1420 / STATE OF MONTANA PUBLIC EMPLOYEE DEFERRED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1420 / STATE OF MONTANA PUBLIC EMPLOYEE DEFERRED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1422 / TAM INTERNATIONAL TRUST INTL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1422 / TAM INTERNATIONAL TRUST INTL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1424/GGOF GUARDIAN RSP INTERNATIONAL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| INCOME FUND | 92660 |
| P1424/GGOF GUARDIAN RSP INTERNATIONAL INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1428 / TAM GROUP INVESTMENT FUND GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1428 / TAM GROUP INVESTMENT FUND GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1441 / STICHING MARS PENSION FUNDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1441 / STICHING MARS PENSION FUNDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1462 PIMCO/STICHTING PENSIOEN FDS VAN DE GROLSCHE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1462 PIMCO/STICHTING PENSIOEN FDS VAN DE GROLSCHE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1476 / FRANK RUSSELL INVESTMENT CO SHORT TERM BD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1476 / FRANK RUSSELL INVESTMENT CO SHORT TERM BD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1481 / EMPLOYEES RETIREMENT PLAN OF SENTARA HEALT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1481 / EMPLOYEES RETIREMENT PLAN OF SENTARA HEALT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1483 / PIMCO HELSINGFORS INVESTMENTS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1483 / PIMCO HELSINGFORS INVESTMENTS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1488 / THE NATIONAL UNIVERSITY OF SINGAPORE | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| P1490 / PF PIMCO MANAGED BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1490 / PF PIMCO MANAGED BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: LEGAL/COMPLIANCE C/O PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | C/O PIMCO 840 NEWPORT CENTER DRIVE, SUITE 300 NEWPORT BEACH CA 92660 |
| P1604 / PIMCO AEGON/TRANSAMERICA SERIES FUND INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1604 / PIMCO AEGON/TRANSAMERICA SERIES FUND INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1612 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1612 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1630 / PRIMONE,PRIMTWO,PRIMTHREE,PRIMFOUR,PRIM FIV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1630 / PRIMONE,PRIMTWO,PRIMTHREE,PRIMFOUR,PRIM FIV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1632 / ILLINOIS TOOL WORKS INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1632 / ILLINOIS TOOL WORKS INC MASTER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1971 / TOTAL RETURN BOND FUND OF TARGET FUNDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1971 / TOTAL RETURN BOND FUND OF TARGET FUNDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1972/SKYLON GLOBAL HIGH YIELD TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1972/SKYLON GLOBAL HIGH YIELD TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1973 / SKYLON GLOBAL YIELD FUND LTD - SERIES B U | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1973 / SKYLON GLOBAL YIELD FUND LTD - SERIES B U | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1975/SKYLON GLOBAL YIELD FUND LTD - SERIES A U | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1975/SKYLON GLOBAL YIELD FUND LTD - SERIES A U | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1989 / SAMARITAN INSURANCE FUNDING LTD 175905 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1989 / SAMARITAN INSURANCE FUNDING LTD 175905 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2049/ASTRAZENECA PENSIONS TRUSTEE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2049/ASTRAZENECA PENSIONS TRUSTEE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2065 / MSDW DEFINED BENEFIT MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2065 / MSDW DEFINED BENEFIT MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2070/MANUFACTURERS INVESTMENT REAL RETURN BOND TR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2070/MANUFACTURERS INVESTMENT REAL RETURN BOND TR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2075 / GREYHOUND LINES, INC - AMALGAMATED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2075 / GREYHOUND LINES, INC - AMALGAMATED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2076 / THE SALVATION ARMY | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2076 / THE SALVATION ARMY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2124-SERCO PENSION AND LIFE ASSURANCE SCHEME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2124-SERCO PENSION AND LIFE ASSURANCE SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2167/ BANK OF ISRAEL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2194/HEALTH CARE SECURITY TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2194/HEALTH CARE SECURITY TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2200 TAX-QUALIFIED RETIREMENT PLANS BECHTEL CORP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2200 TAX-QUALIFIED RETIREMENT PLANS BECHTEL CORP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2215/EESTI PANK EXTERNAL ASSET MGMT PROGRAMME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2215/EESTI PANK EXTERNAL ASSET MGMT PROGRAMME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2232 / THRIFT PLAN FOR EMPLOYEES OF THE MTA ITS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2232 / THRIFT PLAN FOR EMPLOYEES OF THE MTA ITS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2235/AFTRA RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2235/AFTRA RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2240 /NATL PROVIDENT FD-F FD OF THE GBL ASSET TST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2240 /NATL PROVIDENT FD-F FD OF THE GBL ASSET TST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELEGGINGSFONDS | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELEGGINGSFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2278 / PIMCO STICHTING LAURUS PENSIOENFONDS | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2278 / PIMCO STICHTING LAURUS PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2297/METLIFE SEPARATE ACCOUNT NO. 384 | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2297/METLIFE SEPARATE ACCOUNT NO. 384 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2324 / CLIENT INCOME PARTNERSHIPS DEM 0109012324 | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2324 / CLIENT INCOME PARTNERSHIPS DEM 0109012324 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2400/THE PAUL HAMLYN FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2400/THE PAUL HAMLYN FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2401 ING PIMCO HIGH YIELD PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2401 ING PIMCO HIGH YIELD PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2421 / GARTMORE TRUST COMPANY-THE ACTIVELY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2421 / GARTMORE TRUST COMPANY-THE ACTIVELY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2423 / DRESDNER RCM FIXED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2423 / DRESDNER RCM FIXED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2436 / STATE SUPER FINANCIAL SERVICES LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2436 / STATE SUPER FINANCIAL SERVICES LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2466/BROMSGROVE HOLDINGS LTD | ATTN:LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2466/BROMSGROVE HOLDINGS LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2484/LONGUE VUE PARTNERS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2484/LONGUE VUE PARTNERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2491/PF PIMCO INFLATION MANAGED FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2491/PF PIMCO INFLATION MANAGED FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2492/PIMCO CORPORATE OPPORTUNITY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2492/PIMCO CORPORATE OPPORTUNITY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2493/PIMCO HIGH INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2493/PIMCO HIGH INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2603 RED RIVER HYPI, L.P. DEM 0109012603 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2603 RED RIVER HYPI, L.P. DEM 0109012603 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P262/STICHTING PENSIOENFONDSABP | APG ALGEMENE PENSIOEN GROEP N.V. WORLD TRADE CENTER SCHIPHOL TOWER G, 3TH FLOOR SCHIPHOL BOULEVARD 239 1118 BH THAILAND |
| P2647 / EWING MARION KAUFFMAN FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2647 / EWING MARION KAUFFMAN FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2680 / PIMCO VARIABLE INSURANCE TRUST GLOBAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2680 / PIMCO VARIABLE INSURANCE TRUST GLOBAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2692/OPEC FUND FORINTERNATIONAL DEVELOPMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2692/OPEC FUND FORINTERNATIONAL DEVELOPMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2695/MET INVESTORS SERIES TRUST PIMCO INFLATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2695/MET INVESTORS SERIES TRUST PIMCO INFLATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2725 / CAYMAN US BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2725 / CAYMAN US BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2727 / PIMCO CAYMAN LONG DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2727 / PIMCO CAYMAN LONG DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2741 / BERMUDA US LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2741 / BERMUDA US LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2750 / PIMCO CAYMAN JAPAN COREPLUS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2750 / PIMCO CAYMAN JAPAN COREPLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2751/PIMCO CAYMAN JAPAN LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2751/PIMCO CAYMAN JAPAN LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | 92660 |
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2812 / PACIFIC HIGH GRADE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2812 / PACIFIC HIGH GRADE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2821 / PIMCO CORPORATE INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2821 / PIMCO CORPORATE INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2832 - AMERICAN BAR ASSOCIATION / STATE STREET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2832 - AMERICAN BAR ASSOCIATION / STATE STREET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2926/JOHN HANCOCK RR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2926/JOHN HANCOCK RR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3430/FAIRFAX COUNTY UNIFORMED RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3430/FAIRFAX COUNTY UNIFORMED RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3603/IDEX PIMCO REAL RETURNS TIPS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3603/IDEX PIMCO REAL RETURNS TIPS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3620 / CARPENTER'S RETIREMENT TRUST OF WESTERN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3620 / CARPENTER'S RETIREMENT TRUST OF WESTERN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3682/PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3682/PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3683/GLOBAL INVESTMENT GRADE CREDIT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3683/GLOBAL INVESTMENT GRADE CREDIT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3684/GLOBAL INVESTORS SERIES GLOBAL BOND EX-US FD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3684/GLOBAL INVESTORS SERIES GLOBAL BOND EX-US FD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3689/GLOBAL INVESTORS SER PLC UK STERLING INFL LF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3689/GLOBAL INVESTORS SER PLC UK STERLING INFL LF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3699 / GIS GB INSTITUTIONAL US UNHEDGED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3699 / GIS GB INSTITUTIONAL US | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| UNHEDGED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3726 / PIMCO BERMUDA DIVERSIFIED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3726 / PIMCO BERMUDA DIVERSIFIED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3815/BROTHERS HARRIMAN TR CAYEMERGING LOCAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3815/BROTHERS HARRIMAN TR CAYEMERGING LOCAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3940/BROWN BROTHERSHARRIMAN TST CO (CAYMAN) LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P4632/GLOBAL INVESTORS SERIESPLC EURO CORP BOND FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4632/GLOBAL INVESTORS SERIESPLC EURO CORP BOND FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4811/PIMCO LARGE CAP STOCKSPL US TOTAL RETURN FND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4811/PIMCO LARGE CAP STOCKSPL US TOTAL RETURN FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6080/NEW IRELAND ASSURANCECOMPANY PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6080/NEW IRELAND ASSURANCECOMPANY PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6480/MASS MUTUAL LIFE INSURANCE CO. FPD ALPHA BAC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6480/MASS MUTUAL LIFE INSURANCE CO. FPD ALPHA BAC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6881/PIMCO VARIABLE INSURANCE TRUST COMMODITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6881/PIMCO VARIABLE INSURANCE TRUST COMMODITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6888/BUREAU OF LABORINSURANCE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6888/BUREAU OF LABORINSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P755 / PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P7880/HSBC INTERNATIONAL TRUSTEE LIMITED AS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P7880/HSBC INTERNATIONAL TRUSTEE LIMITED AS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P8882 / HONG KONG POLYTECHNIC UNIVERSITY | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P8882 / HONG KONG POLYTECHNIC UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P9710 / TARGET PORTFOLIO TRUST – INTL BOND PORTFOL | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P9710 / TARGET PORTFOLIO TRUST – INTL BOND PORTFOL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC COAST BANKERS BANK | ATTN: TRACY HOLCOMB 340 PINE STREET, SUITE 401 SAN FRANCISCO CA 94104 |
| PACIFIC COAST BANKERS BANK | PACIFIC COAST BANKERS#APPOS BANK 340 PINE STREET, SUITE 401 SAN FRANCISCO CA 94104 |
| PACIFIC GAS & ELECTRIC COMPANY RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC GAS & ELECTRIC COMPANY RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY | ATTN: LEGAL 77 BEALE STREET, MAIL CODE B27A SAN FRANCISCO CA 94105 |
| PACIFIC GAS AND ELECTRIC COMPANY | ATTN: TANYA WILLACY PO BOX 7442 SAN FRANCISCO CA 94120 |
| PACIFIC GAS AND ELECTRIC COMPANY | 77 BEALE STREET, MAIL CODE B24A SAN FRANCISCO CA 94105 |
| PACIFIC GAS AND ELECTRIC RETIREMENT MASTER TRUST | 909 A STREET TACOMA WA 98402-5120 |
| PACIFIC INTERNATIONAL FINANCE LIMITED | C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE, P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 12 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN BRAZIL |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET, GEORGE TOWN GRAND CAYMAN BRAZIL |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | MARIAN E BALDWIN CHADBOURNE NEW YORK NY 10112 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN BRAZIL |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INTERNATIONAL FINANCE SERIES 29 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| PACIFIC INVESTMENT MANAGEMENT CO  LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT CO  LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY – PIMCO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY – PIMCO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | ELAINE M. HAVENS PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | ATTN: ELAINE M. HAVENS 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 26609 |
| PACIFIC LIFE & ANNUITY COMPANY | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | PACIFIC MUTUAL LIFE INSURANCE COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660-6397 |
| PACIFIC LIFECORP | 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC NORTHWEST GENERATING COOPERATIVE | ATTN: JON WISSLER PACIFIC NORTHWEST POWER CORPORATION (PNGC) 711 NORTHEAST HALSEY PORTLAND OR 97232-1268 |
| PACIFIC NORTHWEST GENERATINGCOOPERATIVE (WSPP) | 711 NORTHEAST HALSEY PORTLAND OR 97232-1268 |
| PACIFIC SELECT FUND MULTI STRATEGY PORTFOLIO | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| PACIFIC SELECT FUND MULTI STRATEGY PORTFOLIO | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| PACIFIC SELECT INFLATION MANAGED PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SELECT INFLATION MANAGED PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SELECT MANAGED BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SUMMIT ENERGY LLC | JIRO MIYAZAKI PACIFIC SUMMIT ENERGY LLC 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC SUMMIT ENERGY LLC (EEI) | 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC UNIVERSITY | PACIFIC UNIVERSITY OREGON 2043 COLLEGE WAY FOREST GROVE OR 97116 |
| PACIFIC UNIVERSITY | 2043 COLLEGE WAY FOREST GROVE OR 97116 |
| PACIFICORP | ATTN: COLIN PERSICHETTI 825 N.E. MULTNOMAH, SUITE 700 LCT PORTLAND OR 97232 |
| PACIFICORP | 825 N.E. MULTNOMAH, SUITE 600 PORTLAND OR 97232-2315 |
| PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. | PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. 3535 WEST ATLANTIC BOULEVARD POMPANO BEACH FL 33069 |
| PALMETTO HEALTH ALLIANCE | ATTN: ELIZABETH (LISA) J. PHILP C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN STREET, SUITE 400 (29401) PO BOX 1431 CHARLESTON SC 29401 |
| PALMETTO HEALTH ALLIANCE | ATTN: EXECUTIVE VICE PRESIDENT, CFO 1301 TAYLOR STREET, SUITE 9A COLUMBIA SC 29201 |
| PALMETTO HEALTH ALLIANCE | ATTN: PAUL K. DUANE, EXECUTIVE VICE PRESIDENT, CFO 1301 TAYLOR STREET, SUITE 9-A COLUMBIA SC 29202 |
| PALMETTO HEALTH ALLIANCE | ATTN: M. CRAIG GARNER, JR. C/O MCNAIR LAW FIRM, P.A. 1301 GERVAIS ST, 17TH FL (29201) PO BOX 11390 COLUMBIA SC 29211 |
| PALMETTO HEALTH ALLIANCE | MCNAIR LAW FIRM, P.A. 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| PALMYRA CAPITAL FUND LP | PCA GPI LLC 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90025 |
| PALMYRA CAPITAL INSTITUTIONAL FUND LP | PALMYRA CAPITAL FUND LP 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90026 |
| PALMYRA CAPITAL OFFSHORE FUND LP | PALMYRA CAPITAL OFFSHORE ADVISORS LLC 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90025 |
| PANARAMA TOTAL RETURN FUND | ATTN: LISA BLOOMBERG C/O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| PANARAMA TOTAL RETURN FUND | C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| PANDA ENERGY INTERNATIONAL, INC. | 4100 SPRING VALLEY ROAD, SUITE 1001 DALLAS TX 75244 |
| PANTERA VIVE CDO LIMITED SPC SERIES | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |

| Claim Name | Address Information |
|---|---|
| 2007-1 | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PANTON MASTER FUND LP | 590 MADISON AVENUE, SUITE 25A NEW YORK NY 10022 |
| PAR INVESTMENT PARTNERS, L.P. | PAR INVESTMENT PARTNERS, L.P. C/O PAR CAPITAL MANAGEMENT ONE INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110 |
| PAR IV MASTER FUND LTD | ATTN: EDWARD LABRENZ C/O PAR-FOUR INVESTMENT MANAGEMENT LLC 50 TICE BLVD. WOODCLIFF LAKE NJ 07677 |
| PAR IV MASTER FUND LTD | BANK OF NEW YORK - ALTERNATIVE INVESTMENT SERVICES 18 CHURCH STREET, SKANDIA HOUSE HAMILTON HM11 BELGIUM |
| PARADISE IRRIGATION DISTRCT | 5325 BLACK OLIVE DRIVE P.O. BOX 2409 PARADISE CA 95967 |
| PARAMOUNT GLOBAL LIMITED | ATTN: MR. S.M. HEDGE, CFO C/O VIDEOCON INDUSTRIES LTD. FORT HOUSE, 2ND FLOOR 221 D.N. ROAD, FORT, MUMBAI 400 001 INDIA |
| PARAMOUNT GLOBAL LIMITED | MR. S.M. HEDGE, CFO C/O VIDEOCON INDUSTRIES LTD. FORT HOUSE, 2ND FLOOR 221 D.N. ROAD, FORT, MUMBAI 400 001 INDIA |
| PARAMOUNT GLOBAL LIMITED | 13/F, WAH KIT COMMERCIAL CENTRE 302 DES VOUX ROAD CENTRAL HONG KONG |
| PARIS, FRANK M. | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| PARK CENTRE PARTNERS | 8 EXECUTIVE CIRCLE IRVINE CA 92614 |
| PARK TRACE APARTMENTS LIMITEDPARTNERSHIP | PAUL BELDIN 1004 FARNAM STREET SUITE 100 OMAHA NE 68102 |

| Claim Name | Address Information |
|---|---|
| PARK TRACE APARTMENTS LIMITEDPARTNERSHIP | PARK TRACE APARTMENTS LIMITEDPARTNERSHIP PAUL BELDIN 1004 FARNAM STREET SUITE 100 OMAHA NE 68102 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: DONALD SHANNON PARKCENTRAL CAPITAL MANAGEMENT 12377 MERIT DRIVE #1700 DALLAS TX 75251 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: DAVID RADUNSKY 2300 WEST PLANO PARKWAY PLANO TX 75075 |
| PARKCENTRAL GLOBAL HUB LIMITED | 129 FRONT STREET HAMILTON HM12 BELGIUM |
| PARKCENTRAL GLOBAL HUB LTD | ATTN: DAVID RADUNSKY, COO PARKCENTRAL CAPITAL MANAGEMENT, L.P. 2300 WEST PLANO PARKWAY PLANO TX 75075 |
| PARKCENTRAL GLOBAL HUB LTD | NITTIN AGGARWALL 129 FRONT STREET HAMILTON HM12 BELGIUM |
| PARKER DRILLING COMPANY | ATTN: DAVID TUCKER 11011 RICHMOND AVE. HOUSTON TX 77042-4773 |
| PARKER DRILLING COMPANY | 1401 ENCLAVE PARKWAY, SUITE 600 HOUSTON TX 77077 |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | PGS LARGE CAP TRAX TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR 103 CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BRITISH WEST INDIES KY1-1102 CANADA |
| PARKER JORDAN METROPOLITAN DISTRICT | R.S. WELLS CORPORATION 6399 SOUTH FIDDLER'S GREEN CIRCLE BUILDING ONE, SUITE 102 GREENWOOD VILLAGE CO 80111 |
| PARMENIDES MASTER FUND, L.P. | ATTN: CHRISTOPHER RUSSELL PARMENIDES MASTER FUND, L.P. C/O STRUCTURED SERVICEING TRANSACTIONS GROUP CLEARWATER HOUSE, 2187 ATLANTIC AVENUE STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | C/O STRUCTURED PORTFOLIO MANAGEMENT, LLC CLEARWATER HOUSE 2187 ATLANTIC ST., 8TH FL. STAMFORD CT 06902 |
| PARS ASPIRE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PARS ASPIRE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PARSEC TRADING CORP. | ROSEBANK CENTER 11 BERMUDIANA ROAD PEMBROKE HM 08 BELGIUM |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: DAVID GRAHAM, PORTFOLIO MANAGER PARTNERRE ASSET MANAGEMENT CORPORATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: CATHY A. HAUCK, CHIEF COMPLIANCE OFFICER PARTNERRE ASSET MANAGEMENT CORPROATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: ASSOCIATE GENERAL COUNSEL CHESNEY HOUSE, 96 PITTS BAY ROAD PEMBROKE HM08 BELGIUM |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: TREASURY GROUP CHESNEY HOUSE, 96 PITTS BAY ROAD PEMBROKE HM08 BELGIUM |
| PARTNER RE SA CORE EQUITY PORTFOLIO | FIFTH FLOOR, WELLESLEY HOUSE SOUTH 90 PITTS BAY ROAD PEMBROKE HM 08 BELGIUM |
| PARTNERS IN PROPHET, LTD. | PARTNERS IN PROPHET, LTD. 5000 PLAZA ON THE LAKE, SUITE 180 AUSTIN TX 78746 |
| PASSAVANT MEMORIAL AREA HOSPITAL | PASSAVANT MEMORIAL AREA HOSPITAL 1600 WEST WALNUT STREET JACKSONVILLE IL 62650 |
| PASSAVANT MEMORIAL AREA HOSPITAL | 1600 WEST WALNUT JACKSONVILLE IL 62650 |
| PATRICK J. COLLINS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| PAULSON ADVANTAGE MASTER LTD | 590 MADISON AVENUE 29TH FLOOR NEW YORK NY 10022 |
| PAULSON ADVANTAGE PLUS MASTER LTD | 590 MADISON AVENUE 29TH FLOOR NEW YORK NY 10022 |
| PAULSON CREDIT OPPORTUNITIES MASTER II LTD | PAULSON 590 MADISON AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | C/O PAULSON 590 MADISON AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| PAYPAL INC. | 160 GREENTREE DRIVE DOVER DE 19904 |
| PAYPAL PRIVATE LIMITED | 89 NEIL ROAD,  #03-01 FRANCE BUSINESS CENTRE SINGAPORE 88849 SLOVENIA |
| PB CAPITAL CORPORATION | ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK NY 10169 |
| PB CAPITAL CORPORATION | 230 PARK AVENUE NEW YORK NY 10169 |
| PB FINANCIAL SERVICES INC | ATTN: CT CORPORATION 1209 ORANGE STREET WILMINGTON DE 10292 |
| PB FINANCIAL SERVICES INC | CT CORPORATION 1209 ORANGE STREET WILMINGTON DE 10292 |
| PB FINANCIAL SERVICES, INC | ONE NEW YORK PLAZA, 13TH FLOOR NEW YORK NY 10292 |
| PEABODY ENERGY CORPORATION | 701 MARKET STREET, SUITE 900 ST. LOUIIS MO 63101-1826 |
| PEACE MARK (HOLDINGS) LTD. | EDDY CHANG, GROUP FINANCIAL CONTROLLER UNIT 3, 12/F, CHEUNG FUNG INDUSTRIAL BUILDING TSUEN WAN HONG KONG |

| Claim Name | Address Information |
|---|---|
| PEACE MARK (HOLDINGS) LTD. | UNIT 3, 12/F, CHEUNG FUNG INDUSTRIAL BUILDING TSUEN WAN HONG KONG |
| PEARL FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE 2003-9 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE PLC SERIES 2005-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE PLC SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC SERIES 2005-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE PLC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-6 | 02116 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-9 | MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JAMES SPIOTTO CHAPMAN AND CUTLER LLP CHICAGO IL 60603-4080 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| PEBBLE CREEK 2007-3 LIMITED | STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK 2007-3 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2006-1 LTD | STRUCTURED FINANCE GROUP, CBO/CLO MONITORING MOODY#APOSS INVESTORS SERVICE 99 CHURCH STREET NEW YORK NY 10007 |
| PEBBLE CREEK LCDO 2006-1 LTD | SCDO_SURVEILLANCE@SANDP.COM STANDARD #AMPER POOR#APOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| PEBBLE CREEK LCDO 2006-1 LTD | THE DIRECTORS PEBBLE CREEK LCDO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PEBBLE CREEK LCDO 2006-1 LTD | DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK LCDO 2006-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2007-2 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| PEBBLE CREEK LCDO 2007-2 LTD | IL 60661 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK LCDO 2007-2 LTD | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1094 GEORGE TOWN, GRAND CAYMAN KYI-1104 CANADA |
| PENEDES PENSIO 1, FONS DE PENSIONS | RAMBLA NOSTRA SENYORA, 214 VILAFRANCA DEL PENEDES 8720 SPAIN |
| PENN MUTUAL LIFE INSURANCE COMPANY | 600 DRESHER ROAD HORSHAM PA 19044 |
| PENN NATIONAL GAMING INC | ROBERT S. IPPOLITO PENN NATIONAL GAMING, INC. 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN NATIONAL GAMING INC | ATTN: ROBERT S. IPPOLITO 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN NATIONAL GAMING INC | PENN NATIONAL GAMING, INC. 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN VIRGINIA CORPORATION | THREE RADNOR CORPORATE CENTER, SUITE 300 100 MATSONFORD ROAD RADNOR PA 19087 |
| PENN WEST PETROLEUM | SUITE 2000, 425 – 1ST STREET S. W. CALGARY AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LIMITED | ATTN:  MAGNI LAKE SUITE 200 207 – 9TH AVENUE SW CALGARY AB T2P 1K3 CANADA |
| PENN WEST PETROLEUM LIMITED | ATTN: MS. MAGNI LAKE MANAGER, MARKETING SUITE 2000, 425 – 1ST STREET S. W. CALGARY AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LIMITED | MAGNI LAKE, MANAGER SUITE 2200 425-1ST ST SW CALGARY, AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LTD. (EDI) | ATTN: DAVID STERNA, VP SUITE 200, 207 NINTH AVE SW CALGARY AB T2P 1K3 CANADA |
| PENN WEST PETROLEUM LTD. (EDI) | ATTN: MAGNI LAKE, MANAGER SUITE 2200 425-1ST ST SW CALGARY AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LTD. (EDI) | SUITE 200, 207 NINTH AVE SW CALGARY AB T2P 1K3 CANADA |
| PENNS LANDING CDO 2007-1 | ATTN: ANDREA H. FOX DELAWARE INVESTMENT ADVISERS GREENSBORO NC 27401 |
| PENNS LANDING CDO 2007-1 | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| PENNS LANDING CDO 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PENNS LANDING CDO 2007-1 | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PENNS LANDING CDO 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| PENNS LANDING CDO 2007-1 | FLOOR LAGUNA HILLS CA 92653 |
| PENNS LANDING CDO 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PENNS LANDING CDO 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PENNS LANDING CDO 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PENNS LANDING CDO 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PENNS LANDING CDO 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PENNS LANDING CDO 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PENNS LANDING CDO 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PENNS LANDING CDO 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PENNS LANDING CDO 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PENNS LANDING CDO 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PENNS LANDING CDO 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PENNS LANDING CDO 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PENNS LANDING CDO 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PENNS LANDING CDO 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PENNSYLVANIA CONVENTION CENTER AUTHORITY | 1101 ARCH STREET PHILADELPHIA PA 19107 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | PENNSYLVANIA HOUSING FINANCE AGENCY 2101 NORTH FRONT STREET HARRISBURG PA 17110 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | 2101 NORTH FRONT STREET HARRISBURG PA 17110 |
| PENNSYLVANIA POWER AND LIGHT COMPANY RETIREMENT PL | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PENNSYLVANIA POWER AND LIGHT COMPANY RETIREMENT PL | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES` RETIREMENT S | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PENSIOENVERZEKERINGSMAATSCHAPPIJ DSM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSIOENVERZEKERINGSMAATSCHAPPIJ DSM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION BENEFIT GUARANTY CORPORATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| PENSION BENEFIT GUARANTY CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION BENEFIT GUARANTY CORPORATION | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PENSION FUND OF THE CHRISTIAN CHURCH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION FUND OF THE CHRISTIAN CHURCH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION PROTECTION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PENSION PROTECTION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION RESERVES INVESTMENT MANAGEMENT BOARD (PRIM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION RESERVES INVESTMENT MANAGEMENT BOARD (PRIM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENTWATER CREDIT PARTNERS FUND LTD | LEGAL DEPARTMENT C/O PENTWATER CAPITAL MANAGEMENT LP 227 W. MONROE STREET SUITE 4000 CHICAGO IL 60606 |
| PENTWATER CREDIT PARTNERS FUND LTD | C/O PENTWATER CAPITAL MANAGEMENT LP 227 W. MONROE STREET SUITE 4000 CHICAGO IL 60606 |
| PENTWATER GROWTH FUND LTD | 227 WEST MONROE STREET SUITE 4000 CHICAGO IL 60606 |
| PEOPLE'S BANK | ATTN: ROBERT E. TRAUTMANN, EVP 850 MAIN STREET, 16TH FL. BRIDGEPORT CT 06604-4913 |
| PEOPLE'S BANK | 850 MAIN STREET BRIDGEPORT CT 06604-4913 |
| PEOPLE'S ENERGY CORP RETIREMENT BENEFIT PLAN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| PEOPLES BANK OF CHINA | 4F PINGAN BUILDING 23 JINRONG STREET XICHENG DISTRICT BEIJING 100032 SWITZERLAND |
| PEOPLES ENERGY CORPORATION PENSION TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PEPCO ENERGY SERVICES INC | ATTN: CONTRACTS ADMINISTRATOR/CREDIT DEPT/PETER MEIER, VP 1300 NORTH 17TH STREET SUITE 1600 ARLINGTON VA 22209 |
| PEPCO ENERGY SERVICES INC | ATTN: PETER MEIER, VP 1300 NORTH 17TH STREET SUITE 1600 ARLINGTON VA 22209 |
| PEPCO ENERGY SERVICES INC | 1300 NORTH 17TH ST SUITE 1600 ARLINGTON VA 22209 |
| PEPCO HOLDINGS RETIREMENT PLAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PEPCO HOLDINGS RETIREMENT PLAN MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PEQUOT COSMOS MASTER FUND LTD | ATTN: ARYEH DAVIS, MARIA PIRRO PEQUOT CAPITAL MANAGEMENT, INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT COSMOS MASTER FUND LTD | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT CREDIT OPPORTUNITIES FUND, L.P. | ATTN: RICHARD JOSLIN PEQUOT CAPITAL MANAGEMENT INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT CREDIT OPPORTUNITIES FUND, L.P. | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT DIVERSIFIED MASTER FUND, LTD. | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT SHORT CREDIT MASTER FUND LTD | ATTN: ARYEH DAVIS, COO/GENERAL COUNSEL PEQUOT CAPITAL MANAGEMENT, INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT SHORT CREDIT MASTER FUND LTD | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PERE UBU INVESTMENTS LP | OAK HILL INVESTMENT MANAGEMENT, L.P. 2775 SAND HILL ROAD SUITE 240 MENLO PARK CA 94025 |
| PERPETUAL TRUSTEE CO LTD AS TRUSTEE FOR TRILOGY AS | SERIES 1 LEVEL 12, ANGEL PLACE, 123 PITT STREET SYDNEY NSW 2000 AUSTRALIA |
| PERSEUS CDO I, LIMITED | ATTN: EFREM MARDER BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET SPRINGFIELD MA 01115 |
| PERSEUS CDO I, LIMITED | 600 TRAVIS STREET 9TH FLOOR HOUSTON TX 28039 |
| PERSEUS I, INC | JAMES MEAGHER INVESTORS BANK #AMPER TRUST 200 CLARENDON STREET BOSTON MA 02116 |
| PERSONALVORSORGESTIFTUNG DER IBM (SCHWEIZ) | 909 A STREET TACOMA WA 98402-5120 |
| PETRAECA FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| PETRAECA FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PETRAECA FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PETRAECA FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PETRAECA FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PETRAECA FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PETRAECA FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PETRAECA FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PETRAECA FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PETRAECA FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PETRAECA FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PETRAECA FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PETRAECA FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PETRAECA FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PETRAECA FINANCE PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PETRO DIAMOND RISK MANAGEMENT LIMITED | ATTN: CHIEF FINANCIAL OFFICER MIDCITY PLACE 71 HIGH HOLBORN LONDON WC1V 6BA UNITED KINGDOM |
| PETRO-DIAMOND RISK MANAGEMENT LIMITED | C/O TILAND METALS LIMITED MID CITY PLACE 71 HIGH HOLBORN LONDON WC1V 6BA UNITED KINGDOM |
| PETROLEUM DEVELOPMENT OMAN OMANI PENSION FUND SCHE | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PETROLEUM DEVELOPMENT OMAN OMANI PENSION FUND SCHE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PFIZER MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PFIZER MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PFIZER MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PG ALTERNATIVE STRATEGIESPCC | C/O PARTNERS GROUP ZUGERSTRASSE 57 BAAR-ZUG 6341 SWITZERLAND |
| PG&E – CORE GAS PROCUREMENT FUNCTION | 77 BEALE STREET, MAIL CODE B24A SAN FRANCISCO CA 94105 |
| PG&E – CORE GAS PROCUREMENT FUNCTION (NAESB) | 77 BEALE STREET, MAIL CODE B27A SAN FRANCISCO CA 94105 |
| PG&E VEBA PLAN | 909 A STREET TACOMA WA 98402-5120 |
| PGA HOLDINGS INC | ATTN: MARK NEAL PGA HOLDINGS, INC. C/O PRESS, GANEY ASSOCIATES, INC. 404 COLUMBIA PLACE SOUTH BEND IN 46601 |
| PGA HOLDINGS INC | PGA HOLDINGS, INC. C/O PRESS, GANEY ASSOCIATES, INC. 404 COLUMBIA PLACE SOUTH BEND IN 46601 |
| PGS LARGE CAP TRAX TRUST | ATTN: CAROLINE BENTZ PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS LARGE CAP TRAX TRUST | CAROLINE BENTZ PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 |

| Claim Name | Address Information |
|---|---|
| PGS LARGE CAP TRAX TRUST | SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS LARGE CAP TRAX TRUST | STACEY REDFORD PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS LARGE CAP TRAX TRUST | MS. DEANNA DERRICK PGS LARGE CAP TRAX TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR 103 CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BRITISH WEST INDIES KY1-1102 CANADA |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | ATTN: MS. DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST 103 CHURCH STREET, P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR GEORGE TOWN, GRAND CAYMAN KY1-1102 CANADA |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | MS. DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST 103 CHURCH STREET, P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR GEORGE TOWN, GRAND CAYMAN KY1-1102 CANADA |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | CAROLINE BENTZ PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | STACEY REDFORD PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| PHARO MACRO FUND LTD | ATTN: JEFFREY HANLON C/O PHARO MANAGEMENT LLC 1370 AVENUE OF THE AMERICAS, SUITE 2603 NEW YORK NY 10019 |
| PHARO MACRO FUND LTD | C/O PHARO GLOBAL ADVISORS LIMITED LE MASURIER HOUSE LA RUE LE MASURIER, ST. HELIER JERSEY JE2 4YE SWITZERLAND |
| PHELPS DODGE CORPORATION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PHELPS DODGE CORPORATION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PHH MORTGAGE SERVICES CORPORATION | 6000 ATRIUM WAY MOUNT LAURAL 8054 |
| PHIBRO LLC | ATTN: TREASURER 500 NYALA FARMS WESTPORT CT 06880 |
| PHIBRO LLC | 500 NYALA FARMS WESTPORT CT 06880 |
| PHILADELPHIA MUNICIPAL EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| PHILADELPHIA MUSEUM OF ART | BENJAMIN FRANKLIN PARKWAY AND 26TH STREET PHILADELPHIA PA 19130 |
| PHILIP MORRIS FINANCE SA | PHILIP MORRIS FINANCE SA AVENUE DE RHODANIE 50 CASE POSTALE LAUSANNE 1171-1001 SWITZERLAND |
| PHILIP MORRIS FINANCE SA | ATTN: MANAGER, BANK ALTRIA CORPORATE SERVICES, INC. 120 PARK AVENUE NEW YORK NY 10017 |
| PHILIP MORRIS FINANCE SA | ATTN: CONTROLLER ALTRIA FINANCE EUROPE AG P.O. BOX 855 CHOLLERSTRASSE 4 ZUG CH-6301 SWITZERLAND |
| PHILIP MORRIS FINANCE SA | AVENUE DE RHODANIE 50 CASE POSTALE 1171 1001 LAUSANNE SWITZERLAND |
| PHILIPPINE AIRLINES INC | ATTN: VP-LEGAL AFFAIRS LEGAL AFFAIRS DEPARTMENT 9TH FLOOR, PAL CENTER LEGASPI ST., LEGASPI VILLAGE MAKATI CITY 1229 PHILIPPINES, THE |
| PHILIPPINE AIRLINES INC | POST OFFICE BOX 1344 MAKATI CITY PHILIPPINES, THE |
| PHILIPPINE AIRLINES INC | POST OFFICE BOX 1344 MAKATI CITY, PHILIPPINES, THE |
| PHILIPPINES AIRLINES INC | 3RD FLOOR, PAL CENTER PHILIPPINES, THE |
| PHILLIP H MORSE | 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| PHOEBE DEVITT HOMES | 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE MINISTRIES | PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE MINISTRIES | 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | P.O. BOX 1828 ALBANY NY 31702 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | C/O SHATTUCK HAMMOND PARTNERS 3290 NORTHSIDE PARKWAY, SUITE 925 ATLANTA GA 30327 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | C/O PHOEBE PUTNEY MEMORIAL HOSPITAL 417 THIRD AVENUE P.O. BOX 1828 ALBANY GA 31701 |
| PHOENIX ARTS LLC | 2332 SECOND AVENUE NORTH BRIRMINGHAM AL 35203 |
| PHOENIX AZ (CITY OF) EMPLOYEE'S | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|------------|---------------------|
| RETIREMENT SYSTEM | CA 91105 |
| PHOENIX AZ (CITY OF) EMPLOYEE'S RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: MANAGER PHOENIX F1 – NEUBRANDENBURGSTRASSE S.A.R.L. 25 B, BOULEVARD ROYAL R.C.S. LUXEMBOURG B 110.514 LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX II MIXED L | 25B, BOULEVARD ROYAL, LUXEMBOURG R.C.S. LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX II MIXED L | 25B, BOULEVARD ROYAL, R.C.S. LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX II MIXED L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX II MIXED L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX II MIXED L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX II MIXED L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX II MIXED L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX II MIXED L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX II MIXED L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX II MIXED L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
| --- | --- |
| PHOENIX II MIXED L | 10286 |
| PHOENIX II MIXED L | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX II MIXED L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX II MIXED L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX II MIXED L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX II MIXED L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX II MIXED L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX II MIXED L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX III MIXED U | PHOENIX III MIXED U S.A.R.L. 25B, BOULEVARD ROYAL, R.C.S. LUXEMBOURG B 111.631 LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX III MIXED U | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX III MIXED U | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX III MIXED U | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX III MIXED U | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX III MIXED U | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX III MIXED U | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX III MIXED U | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX III MIXED U | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX III MIXED U | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX III MIXED U | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX III MIXED U | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX III MIXED U | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX III MIXED U | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX III MIXED U | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX III MIXED U | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX PARTNERS | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF AMERICAS NEW YORK NY 10020 |
| PHOENIX PRESERVATION PARTNERSHIP, L.P. | C/O CATHEDRAL DEVELOPMENT GROUP (GENERAL PARTNER) PROVIDENCE RI 02903 |
| PHOENIX PRESERVATION PARTNERSHIP, L.P. | PHOENIX PRESERVATION PARTNERSHIP, L.P. C/O CATHEDRAL DEVELOPMENT GROUP (GENERAL PARTNER) 5 CATHEDRAL SQUARE PROVIDENCE RI 2903 |
| PHOENIX SERIES 2002-1 | ATTN: SIMONE MARTIN C/O PURRINGTON MOODY WEIL LLP 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |

| Claim Name | Address Information |
|---|---|
| PHOENIX SERIES 2002-1 | ATTN: THE DIRECTORS P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS BRAZIL |
| PHOENIX SERIES 2002-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX SERIES 2002-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX SERIES 2002-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX SERIES 2002-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX SERIES 2002-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX SERIES 2002-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX SERIES 2002-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX SERIES 2002-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX SERIES 2002-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX SERIES 2002-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX SERIES 2002-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX SERIES 2002-1 | P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN KY1-1102 CANADA |
| PHOENIX SERIES 2002-2 | ATTN: DIRECTORS C/O QSVP LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CANADA |
| PHOENIX SERIES 2002-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX SERIES 2002-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX SERIES 2002-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX SERIES 2002-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX SERIES 2002-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX SERIES 2002-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| PHOENIX SERIES 2002-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX SERIES 2002-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX SERIES 2002-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX SERIES 2002-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX SERIES 2002-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX SERIES 2002-2 | P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN KY1-1102 CANADA |
| PHS GROUP PLC | WESTERN INDUSTRIAL ESTATE CAERPHILLY CF83 1XH UNITED KINGDOM |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PICASSO INVESTMENTS 1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PICKERSGILL, INC. | 615 CHESTNUT AVENUE TOWSON MD 21204 |
| PICKERSGILL, INC. | 615 CHESNUT AVE. TOWSON MD 21204 |
| PIMCO 1695MET INVESTORS SERIES PIMCOTOTAL RETURN P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 1716BMO HARRIS OPPORTUNITY BONDPORTFOLIOC/O | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 4661 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO 4661 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 681 VARIABLE INSURANCE TRUST STOCKS PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 681 VARIABLE INSURANCE TRUST STOCKS PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II TRUST, | A SUB-TRUST OF PIMCO CAYMAN UNIT TRUST ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II TRUST, A SUB-TRU | UNIT TRUST PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS MASTER FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS MASTER FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST II – PIMCO BERMUDA EMERGING MA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST II – PIMCO BERMUDA EMERGING MA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA DEVELOPING | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA DEVELOPING | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA EMERGING CU | HIGH INCOME FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA EMERGING CU | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA GLOBAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA GLOBAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA JAPAN COREP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA JAPAN COREP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO GLOBAL HIGH YIELD F | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO GLOBAL HIGH YIELD F | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV– PIMCO GLOBAL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH |

| Claim Name | Address Information |
|---|---|
| BOND STRATEGY | 92660 |
| PIMCO BERMUDA TRUST IV- PIMCO GLOBAL BOND STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US HIGH YIELD II (M) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US HIGH YIELD II (M) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BROAD MARKET STOCKSPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BROAD MARKET STOCKSPLUS TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA - CANADIAN COREPLUS LONG BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA - CANADIAN COREPLUS LONG BOND TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA CANADIAN COREPLUS BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA CANADIAN COREPLUS BOND TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN COMMODITY FUND I LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN COMMODITY FUND I LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN EMERGING LOCAL BOND FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGE) BOND FND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGE) BOND FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMERCIAL MORTGAGE SECURITIES TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMERCIAL MORTGAGE SECURITIES TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CONVERTIBLE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CONVERTIBLE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO DISTRESSED MORTGAGE FUND LP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO DISTRESSED MORTGAGE FUND LP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING BOND STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| PIMCO EMERGING BOND STRATEGY FUND | 92660 |
| PIMCO EMERGING BOND STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL ADVANTAGE TOTAL RETURN STRATEGY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL ADVANTAGE TOTAL RETURN STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS DEVELOPING LOCAL MARKET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS DEVELOPING LOCAL MARKET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS EMERGING LOCAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS EMERGING LOCAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FOREIGN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FOREIGN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FUNDAMENTAL INDEXPLUS TR FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FUNDAMENTAL INDEXPLUS TR FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GBL INVS SERIES PLC UK STERLING INV G | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GBL INVS SERIES PLC UK STERLING INV G | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES EMG BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES EMG BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EMERGING | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO LONG | DURATION FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO LONG | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC GLOBAL RE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC GLOBAL RE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC HIGH YIEL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC HIGH YIEL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC TOTAL RET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC TOTAL RET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC UK STERLI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC UK STERLI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLS GLOBAL BO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLS GLOBAL BO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORSSERIES PLC COMMODITIE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORSSERIES PLC COMMODITIE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PIMCO INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PIMCO INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES DEVE | PORTFOLIO PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES INTE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES INTE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES DEVELOP | MARKETS PORTFOLIO ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC EURO ULTRA LONG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC EURO ULTRA LONG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC UK STERLING ULTR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC UK STERLING ULTR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL REAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| PIMCO GLOBAL REAL RETURN FUND | 92660 |
| PIMCO GLOBAL REAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL RELATIVE VALUE MASTER FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL RELATIVE VALUE MASTER FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL STOCKSPLUS & INCOME FUND | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL STOCKSPLUS & INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO HIGH YIELD FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO HIGH YIELD FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INCOME OPPORTUNITY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INCOME OPPORTUNITY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG GLOBAL STOCKSPLUS TR FUND IN EURO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG GLOBAL STOCKSPLUS TR FUND IN EURO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST GLOBAL BOND FUND (NOK HEDGE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST GLOBAL BOND FUND (NOK HEDGE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST-COMMODITY REAL RETURN STRAT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST-COMMODITY REAL RETURN STRAT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE FUNDS: PIMCO CAYMAN UK LONG DURATIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE PORTFOLIOS: GLOBAL SHORT-TERM PORTF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE PORTFOLIOS: GLOBAL SHORT-TERM PORTF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO P1851 BPF VLAKGLAS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO P1851 BPF VLAKGLAS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PENSION PLUS FUND LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PENSION PLUS FUND LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PRIV ACCT PORTFOLIO SERIES EMERGING MARKETS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PRIV ACCT PORTFOLIO SERIES EMERGING MARKETS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO SMALL CAP STOCKSPLUS TR FUND A | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO SMALL CAP STOCKSPLUS TR FUND A | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STOCKS PLUS LP | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STOCKS PLUS LP | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO STOCKSPLUS SHORT S TRATEGY FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT |

| Claim Name | Address Information |
|---|---|
| PIMCO STOCKSPLUS SHORT S TRATEGY FUND | BEACH CA 92660 |
| PIMCO STOCKSPLUS SHORT S TRATEGY FUND | 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO STRATEGIC GLOBAL GOVERNMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STRATEGIC GLOBAL GOVERNMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN MORTGAGE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN MORTGAGE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST FOREIGN BOND PORT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST FOREIGN BOND PORT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST REALESTATEREALRETUR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| PINNACLE AMERICAN CORE PLUS | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| PINNACLE AMERICAN CORE PLUS BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PINNACLE FOODS FINANCE LLC | ATTN: LYNN MISERICORDIA 1 OLD BLOOMFIELD AVENUE MOUNTAIN LAKES NJ 07046 |
| PINNACLE FOODS FINANCE LLC | ATTN: JORDAN HELMBERGER CHATHAM FINANCIAL CORPORATION KENNETT SQUARE PA 19348 |
| PINNACLE FOODS FINANCE LLC | 6 EXECUTIVE CMAPUS, SUITE 100 CHERRY HILL NJ 08002 |
| PINNACLE GROVE LP | C/O FAIRFIELD RESIDENTIAL, LLC 5510 MOREHOUSE DRIVE, SUITE 200 SAN DIEGO CA 92121 |
| PINNACLE GROVE LP | PINNACLE GROVE LP C/O FAIRFIELD RESIDENTIAL, LLC 5510 MOREHOUSE DRIVE, SUITE 200 SAN DIEGO CA 92121 |
| PIONEER CHOICE HOLDINGS LIMITED | MARY FU PIONEER CHOICE HOLDINGS LIMITED C/O MARY FU 21 LERMIT ROAD 258652 SLOVENIA |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN: MARY FU C/O MARY FU 21 LERMIT ROAD SINGAPORE 258652 SLOVENIA |
| PIONEER CHOICE HOLDINGS LIMITED | PIONEER CHOICE HOLDINGS LIMITED C/O MARY FU 21 LERMIT ROAD 258652 SLOVENIA |
| PIPER JAFFRAY FINANCIAL PRODUCTS II INC | 800 NICOLET MALL, 13TH FLOOR MINNEAPOLIS MN 55402 |
| PITTSBURGH INTERNATIONAL AIRPORT | LANDSIDE TERMINAL, 4TH FLOOR, MEZZ P.O. BOX 12370 PITTSBURGH PA 12370 |
| PITTSBURGH PARKING AUTHORITY | 232 BOULEVARD OF THE ALLIES PITSBURGH PA 15222 |
| PJM INTERCONNECTION LLC | VALLEY FORGE CORPORATE CENTER 955 JEFFERSON AVE. NORRISTOWN PA 19401 |
| PLAINFIELD ASSET MANAGEMENT | ATTN: GERALD LEE C/O PLAINFIELD ASSET MANAGEMENT LLC 55 RAILROAD AVENUE GREENWICH CT 06830 |
| PLAINFIELD ASSET MANAGEMENT | 411 WEST PUTNAM AVENUE SUITE 340 GREENWICH CT 06830 |
| PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED | ATTN: GERALD LEE C/O PLAINFIELD ASSET MANAGEMENT LLC 55 RAILROAD AVENUE GREENWICH CT 06830 |
| PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED | C/O PLAINFIELD ASSET MANAGEMENT LLC 411 WEST PUTNAM AVENUE SUITE 340 GREENWICH CT 06830 |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | ATTN: MICHAEL HEFFERMAN RECKSON EXECUTIVE PARK 1100 KING STREET RYE BROOK NY 10573 |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | OAK HILL CONTINGENT CAPITAL FUND LTD. C/O OAK HILL PLATINUM PARTNERS, LLC CLARENDON HOUSE, TWO CHURCH STREET HAMILTON HM 14 BELGIUM |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | ATTN: CHI-FU HUANG C/O CITCO FUND SERVICES (BERMUDA) LIMITED 7 REID STREET, SECOND FLOOR HAMILTON HM11 BELGIUM |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | OAK HILL CONTINGENT CAPITAL FUND LTD. C/O OAK HILL PLATINUM PARTNERS, LLC CLARENDON HOUSE, TWO CHURCH STREET HAMILTON HM 13 BELGIUM |
| PLC INTERNATIONAL BOND FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| PLC INTERNATIONAL BOND FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |

| Claim Name | Address Information |
|---|---|
| PLE MEZZANINE LP | 615 SOUTH DUPONT HWY DOVER DE 19901 |
| PLEASANT WOODS APARTMENT ASSOCIATES, LLC | C/O BERWIND PROPERTY GROUP, LTD 3000 CENTRE SQUARE WEST PHILADELPHIA PA 19102 |
| PLEASANT WOODS APARTMENT ASSOCIATES, LLC | PLEASANT WOODS APARTMENT ASSOCIATES, LLC C/O BERWIND PROPERTY GROUP, LTD 3000 CENTRE SQUARE WEST 1500 MARKET STREET PHILADELPHIA PA 19102 |
| PLEASANTVILLE (CITY OF) BOARD OF EDUCATION | 900 WEST LEEDS AVENUE P.O.BOX 960 PLEASANTVILLE NJ 08232-0960 |
| PLUMBERS UNION LOCAL NO 12 PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PNC BANK, N.A. | 5TH AVENUE AND WOOD STREET PITTSBURGH PA 15265 |
| PNC BANK, N.A. | ONE PNC PLAZA, 9TH FLOOR 249 FIFTH AVENUE PITTSBURGH PA 15222-2707 |
| PNC BANK, N.A. | PNC BANK, NATIONAL ASSOCIATION ONE PNC PLAZA, 9TH FLOOR 249 FIFTH AVENUE PITTSBURGH PA 15222-2707 |
| PNC FINANCIAL SERVICES GROUP INC PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| PNC FINANCIAL SERVICES GROUP INC PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| POHJOLA BANK PLC | LEGAL SERVICES P.O.BOX 308 FI-00013 POHJOLA FINLAND |
| POINT SAN BRUNO INVESTORS | C/O TAUBE INVESTORS, INC 1050 RALSTON AVENUE BELMONT CA 94002 |
| POLLYSON INTERNATIONAL LIMITED | PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER JERSEY  JE4 8SY CHANNEL ISLANDS UNITED KINGDOM |
| POLYGON GLOBAL OPPORTUNITIESMASTER FUND | C/O POLYGON INVESTMENT PARTNERS LLP 10 DUKE OF YORK SQUARE LONDON SW3 4LY UNITED KINGDOM |
| POMONA COLLEGE CA | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| POMONA COLLEGE CA | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| POND VIEW CREDIT FUND, LTD. | C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| POOL REINSURANCE COMPANY LIMIT ED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| POOL REINSURANCE COMPANY LIMIT ED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| POPULAR GESTION A/CEUROVALOR SEL DVD EUROPA | CALLE LABASTIDA Nº 11, 3ª PLANTA MADRID 28.034 SPAIN |
| POPULAR GESTION SGIIC A/CEUROVALOR COMBINADO 10 FI | CALLE LABASTIDA Nº 11, 3ª PLANTA MADRID 28.034 SPAIN |
| POPULAR GESTION SGIIC A/CEUROVALOR GDO BANCOS | CALLE LABASTIDA Nº 11, 3ª PLANTA MADRID 28.034 SPAIN |
| POPULAR HIGH GRADE FIXED INCOME FUND, INC. | ATT: RUBERO JAVIER/ANGEL GARCIA/JAVIER ROBLES BANCO POPULAR DE PR POPULAR ASSET MANAGEMENT PO BOX 362708 SAN JUAN PR 00936-2708 |
| POPULAR HIGH GRADE FIXED INCOME FUND, INC. | BANCO POPULAR DE PR POPULAR ASSET MANAGEMENT PO BOX 362708 SAN JUAN PR 00936-2708 |
| PORT OF TACOMA | 1 SITCUM WAY TACOMA WA 98401 |
| PORT OF TACOMA | PORT OF TACOMA 1 SITCUM WAY TACOMA WA 98401 |
| PORT ORANGE, FL (CITY OF) | ADMINISTRATIVE OFFICES 1000 CITY CENTER CIRCLE PORT ORANGE FL 32129 |
| PORTFOLIO CDS TRUST 103 - SARATOGA | SURVEILLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 103 - SARATOGA | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 104 - AMMC | SURVELLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 104 - AMMC | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 105 - STANFIELD | SURCEILLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF |

| Claim Name | Address Information |
|---|---|
| VEYRON | THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 105 – STANFIELD VEYRON | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 162 | SURVEILLANCE XLCA ADMIN LLC/AS TRUSTEE PORTFOLIO CDS TRUST 162 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 162 | XLCA ADMIN LLC/AS TRUSTEE PORTFOLIO CDS TRUST 162 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 18 | ATTN: XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PORTFOLIO CDS TRUST 18 | XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS ATTN: SURVEILLANCE 1221 AVENUE OF THE AMERICAS NEW YORK NY 100201001 |
| PORTFOLIO CDS TRUST 18 | AS TRUSTEE FOR PORTFOLIO CDS 1221 AVENUE OF THE AMERICAS NEW YORK NY 100201001 |
| PORTFOLIO CDS TRUST 187 | SURVEILLANCE XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 187 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 187 | XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 187 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 191 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 192 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 193 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 194 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 195 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 196 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 208 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 209 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 210 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 211 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 212 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 213 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 214 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 233 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 234 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 235 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 236 | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 236 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 237 | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 237 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 238 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO CDS TRUST 238 | NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 239 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 240 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 241 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 242 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 243 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 244 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | DOCUMENTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING, INC CAPITAL MARKETS CONTRACTS - LEGAL C/O LBI 745 SEVENTH AV. NEW YORK NY 10019 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | THE DIRECTORS PORTFOLIO GREEN GERMAN CMBS GMBH C/O WILMINTON TRUST SP SERVICES (FRANKFURT) GMBH STEINWEG 3-5 FRANKFURT AM MAIN 60313 GEORGIA |
| PORTFOLIO GREEN GERMAN CMBS GMBH | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PORTLAND GENERAL ELECTRIC COMPANY | 121 SW SALMON ST. PORTLAND OR 97204 |
| PORTUGAL, REPUBLIC OF | MINISTÉRIO DAS FINANÇAS E DA ADMINISTRAÇ?O P?BLICA AV. INFANTE D. HENRIQUE, 1 LISBOA 1149-009 PORTUGAL |
| POSILLIPO FINANCE II S.R.L.(A1) | ATTN: LEGAL AND TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) |

| Claim Name | Address Information |
|---|---|
| POSILLIPO FINANCE II S.R.L.(A1) | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| POSILLIPO FINANCE II S.R.L.(A1) | ATTN: THE DIRECTOR POSILLIPO FINANCE S.R.L. VIA ELEONORA DUSE 53 ROME 197 ITALY |
| POSILLIPO FINANCE II S.R.L.(A1) | CITIBANK AGENT AND TRUST 33 CANADA SQUARE LONDON E14 5LB UNITED KINGDOM |
| POSILLIPO FINANCE S.R.L. | ATTN: THE SOLE DIRECTOR VIA GUSTAVO FARA 35 MILAN 20124 ITALY |
| POSILLIPO FINANCE S.R.L. | CITIBANK AGENT AND TRUST 33 CANADA SQUARE, CANARAY WHARF LONDON E14 5LB UNITED KINGDOM |
| POST AGGRESSIVE CREDIT MASTER FUND LP | POST ADVISORY GROUP, LLC 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST DISTRESSED MASTER FUND LP | POST ADVISORY GROUP, LLC 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST STRATEGIC  MASTER FUND LP | POST ADVISORY GROUP, LLC 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST TOTAL RETURN MASTER FUND LP | POST ADVISORY GROUP, LLC 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POSTE ITALIANE SPA | 175 VIALE EUROPA ROME 144 ITALY |
| POUDRE VALLEY HEALTH CARE INC | 2315 E. HARMONY ROAD, SUITE 200 FORT COLLINS, CO CO 80528 |
| POWEREX CORP | ATTN: CONTRACTS MANAGER 666 BURRARD STREET - SUITE 1400 VANCOUVER BC V6V 2X8 CANADA |
| POWEREX CORP. | 666 BURRARD STREET - SUITE 1400 VANCOUVER BC V6V 2X8 CANADA |
| POWERSERAYA LIMITED | 1 HARBOURFRONT PLACE #17-01, HARBOURFRONT TOWER ONE SINGAPORE 98633 SLOVENIA |
| POWERSERAYA LIMITED | 1 HARBOURFRONT PLACE #17-01, HARBOURFRONT TOWER ONE 98633 SLOVENIA |
| POWERSOUTH ENERGY COOPERATIVE | PO BOX 550 ANDALUSIA AL 36420 |
| POWERSOUTH ENERGY COOPERATIVE | POWERSOUTH ENERGY COOPERATIVE 2027 EAST THREE NOTCH STREET ANDALUSIA AL 36421 |
| POWERSOUTH ENERGY COOPERATIVE | POWERSOUTH ENERGY COOPERATIVE PO BOX 550 ANDALUSIA AL 36420 |
| POWERSOUTH ENERGY COOPERATIVE | 2027 EAST THREE NOTCH STREET ANDALUSIA AL 36421 |
| PP APTOS L.P | SKEPNER DEVELOPMENT 2325 CLAYTON ROAD CONCORD CA 94520 |
| PP APTOS L.P | PP APTOS L.P SKEPNER DEVELOPMENT 2325 CLAYTON ROAD CONCORD CA 94520 |
| PPG INDUSTRIES INC PENSION PLAN TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| PPG INDUSTRIES INC PENSION PLAN TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PPG INDUSTRIES, INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PPG INDUSTRIES, INC | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PPL CORPORATION | TRADING CONTROLS DEP FOR CONFIRMATIONS: PPL CORPORATION TWO NORTH NINTH STREET (GENPL7) ALLENTOWN PA 18101 |
| PPL CORPORATION | FOR ALL OTHER CORRESPONDENCE: PPC CORPORATION TWO NORTH NINTH STREET (GENTW14) ALLENTOWN PA 18101 |
| PPL ENERGY PLUS | ATTN: CONTRACT ADMINISTRATION TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS | ATTN: ROBERT D. GABBARD TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS | CONTRACT ADMINISTRATION TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS, LLC | PPL ENERGYPLUS, LLC TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPM ENERGY INC | ATTN: CONTRACT MANAGER PPM ENERGY, INC. 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: JEREMY D. WEINSTEIN, ESQ. PPM ENERGY, INC. OFFICE OF THE GENERAL COUNSEL 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: PAUL S. KAUFMAN, ESQ. PPM ENERGY, INC. OFFICE OF THE GENERAL COUNSEL 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: PRINCIPAL MANAGER - CREDIT RISK PPM ENERGY, INC. 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PQ CORPORATION | ATTN: MR. ANDREW MARINO THE CARLYLE GROUP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |

| Claim Name | Address Information |
|---|---|
| PQ CORPORATION | MR. ANDREW MARINO WITH A COPY TO: THE CARLYLE GROUP WASHINGTON DC 20004 |
| PQ CORPORATION | ATTN: GREGORY H. WOOD, ESQ. DEBEVOISE #AMPER LIMPTON LLP NEW YORK NY 10022 |
| PQ CORPORATION | ATTN: GREGORY H. WOOD, ESQ. DEBEVOISE & LIMPTON LLP NEW YORK NY 10022 |
| PQ CORPORATION | GREGORY H. WOOD, ESQ. WITH A COPY TO: DEBEVOISE NEW YORK NY 10022 |
| PQ CORPORATION | ATTN: CHIEF FINANCIAL OFFICER 1200 WEST SWEDESFORD ROAD BERWYN PA 19312 |
| PQ CORPORATION | CHIEF FINANCIAL OFFICER PQ CORPORATION 300 LINDENWOOD DRIVE VALLEYBROOKE CORPORATE CENTER MALVERN PA 19355-1740 |
| PQ CORPORATION | PQ CORPORATION 1200 WEST SWEDESFORD ROAD BERWYN PA 19312 |
| PREBON MARSHALL YAMANE (UK) LIMITED | 155ƒBISHOPSGATE LONDON EC2N3DA UNITED KINGDOM |
| PRECISION PARTNERS HOLDING COMPANY | PRECISION PARTNERS HOLDING COMPANY 90 MATAWAN ROAD, SUITE 203 HAZLET NJ 07747 |
| PRECISION PARTNERS HOLDING COMPANY | 90 MATAWAN ROAD, SUITE 203 HAZLET NJ 07747 |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | DOCUMENTATION MANAGER LBSF C/O LEHMAN BROTHERS INC., TRANSACTION MANAGEMENT GROUP, CAD DIVISION 745 SEVENTH AVENUE NEW YORK NY 10019 |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | LEGAL / TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | PREFERRED RESIDENTIAL SECURITIES 0502 PLC OAKFIELD HOUSE 35 PERRYMONT ROAD HAYWARDS HEATH, WEST SUSSEX RH16 3BX UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | PREFERRED RESIDENTIAL SECURITIES C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR, 6 BROAD STREET PLACE LONDON EC2M 7J11 UNITED KINGDOM |
| PREGIS CORPORATION | 1650 LAKE COOK ROAD, SUITE 400 DEERFIELD IL 60015 |
| PREGIS CORPORATION | ATTN: CYNTHIA COCO 1900 WEST FIELD COURT LAKE FOREST IL 60045 |
| PREGIS CORPORATION | ATTN: THOMAS J. PRYMA AEA INVESTORS LLC PARK AVENUE TOWER 65 EAST 55TH STREET NEW YORK NY 10022 |
| PREMIER AMERICAN BANK | WATERFORD BUSINESS PARK 5301 BLUE LAGOON DRIVE, SUITE 200 MIAMI FL 33126 |
| PREMIER HEALTH PARTNERS PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PRESBYTERIAN HOME FOR AGED COUPLES AND AGED PERSON | PRESBYTERIAN HOMES - CORPORATE HEADQUARTERS 3200 GRANT STREET EVANSTON IL 60201 |
| PRESBYTERIAN MANORS INC | PRESBYTERIAN MANORS INC 7850 FREEMAN AVENUE KANSAS CITY KS 66112-2133 |
| PRESBYTERIAN MANORS INC | 7850 FREEMAN AVENUE KANSAS CITY KS 66112-2133 |
| PRESBYTERIAN SENIOR CARE | 1215 HULTON ROAD OAKMONT PA 15139-1196 |
| PRESBYTERIAN UNIVERSITY HOSPITAL, PA | 387 JEFFERSON STREET EXPORT, PA PA 15632 |
| PRIMARY ENERGY FINANCE | 2000 YORK RD STE 129 OAK BROOK IL 605230416 |
| PRIME SERIES US AGGREGATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRIME SERIES US AGGREGATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRIMUS CLO I LIMITED | ATTN: DON YOUNG C/O PRIMUS ASSET MANAGEMENT, INC. 360 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| PRIMUS CLO I LIMITED | ATTN: AGENCY AND TRUST, PRIMUS CLO I LTD. CITIBANK, N.A. 388 GREENWICH ST NEW YORK NY 10013 |
| PRIMUS CLO I LIMITED | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PRIMUS FINANCIAL PRODUCTS LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PRIMUS FINANCIAL PRODUCTS, LLC | ATTN: OPERATIONS MANAGER 375 PARK AVENUE SUIT 1302 NEW YORK NY 10152 |
| PRIMUS FINANCIAL PRODUCTS, LLC | 375 PARK AVENUE, SUITE 1302 NEW YORK NY 10152 |
| PRIMUS TELECOMMUNICATIONS CANADA INC | FUND ADMINISTRATOR FOR NOTICES IN SECTION 5, 6, OR IN CSA: GUGGENHEIM CORPORATE FUNDING, LLC 135 EAST 57TH STREET, 7TH FLOOR NEW YORK NY 10022 |
| PRIMUS TELECOMMUNICATIONS CANADA INC | ATTN: CHIEF FINANCIAL OFFICER PRIMUS TELECOMMUNICATIONS CANADA INC. 5343 DUNDAS STREET WEST, SUITE 400 TORONTO ON M9B 6K5 CANADA |
| PRIMUS TELECOMMUNICATIONS CANADA INC | CHIEF FINANCIAL OFFICER PRIMUS TELECOMMUNICATIONS CANADA INC. 5343 DUNDAS STREET WEST, SUITE 400 TORONTO ON M9B 6K5 CANADA |
| PRIMUS TELECOMMUNICATIONS CANADA INC | FOR NOTICES IN SECTION 5, 6, OR IN CSA: GUGGENHEIM CORPORATE FUNDING, LLC 135 EAST 57TH STREET, 7TH FLOOR NEW YORK NY 10022 |
| PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEX 4000 MIDWAY ROAD CARROLLTON 75007 |
| PRINCIPAL FINANCIAL SERVICES INC | 711 HIGH STREET DES MOINES IA 2-096 |
| PRINCIPAL LIFE INSURANCE CO | ATTN: TIMOTHY WARRICK 801 GRAND AVENUE DES MOINES IA 50392-0490 |
| PRINCIPAL LIFE INSURANCE CO | 711 HIGH STREET DES MOINES IA 50392-0301 |
| PRINCIPAL PROTECTION INCOME PORTFOLIO | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| PRINCIPAL PROTECTION INCOME PORTFOLIO | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| PRISMA CAPITAL PARTNERS LLC | PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JEFFERY MCGLAUM C/O AEGON INVESTMENT MANGEMENT 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K. BRENNAN PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | AEGON USA INVESTMENT MANAGEMENT 4333 EDGEWOOD ROAD, N.E. CEDAR RAPIDS IA 52499 |
| PROFUND ACCESS VP HIGH YIELD FUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C SHT LB 7-10YR US TRES PROS | ETF PORTFOLIO PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C SHT LB 7-10YR US TRES PROS | PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C USHT LB 20+YR US TRES PROS | ETF PORTFOLIO PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C USHT LB 20+YR US TRES PROS | PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |

| Claim Name | Address Information |
|---|---|
| PROFUND VP FALLING US DOLLAR | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP FALLING US DOLLAR | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP RISING RATES OPPORTUNITY | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP RISING RATES OPPORTUNITY | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP US GOVERNMENT PLUS | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS ACCESS FLEX BEAR HIGH YIELD | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS ACCESS FLEX HIGH YIELD FUND | 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS FALLING US DOLLAR  INVESTOR | 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROGRESS ENERGY INC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PROGRESS ENERGY INC PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PROGRESSIVE HOUSING INC | 4239 NORTH WAR MEMORIAL DRIVE PEORIA IL 61614 |
| PROGRESSIVE INVESTMENT COMPANY, INC. | C/O PROGRESSIVE CAPITAL MANAGEMENT COMPANY 3 PARKLANDS DRIVE DARIEN CT 06820 |
| PROLOGIS NA3 III LP | PROLOGIS NA3 III LP C/O PROLOGIS 4545 AIRPORT WAY DENVER CO 80239 |
| PROSIEBEN SAT.1 MEDIA AG | MEDIENALLEE 7 D-85774 UNTERFOHRING MUNCHEN GEORGIA |
| PROSPECT HARBOR CREDIT PARTNERS, L.P. | ATTN: JEFF HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| PROSPECT HARBOR CREDIT PARTNERS, L.P. | PROSPECT HARBOR CREDIT PARTNERS, L.P. 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| PROTECTIVE LIFE CORPORATION | 2801 HIGHWAY 280 SOUTH BIRMINGHAM AL 35223 |
| PROTECTIVE LIFE INSURANCE CO, INC | CARL THIGPEN 2801 HIGHWAY 280 SOUTH BIRMINGHAM AL 35223 |
| PROTECTIVE LIFE INSURANCE COMPANY | 2801 HIGHWAY 280 SOUTH BIRMINGHAM AL 35223 |
| PROVIDENCE PLACE MALL PROJECT | ONE WEST EXCHANGE STREET PROVIDENCE RI 02903 |
| PROVIDENT LIFE & ACCIDENT INSURANCE CO INC | UNUM GROUP LAW DEPT. 7S CHATTANOOGA TN 37402 |
| PROVINCE OF BRITISH COLUMBIA | 620 SUPERIOR ST. VICTORIA BC V8V1X4 CANADA |
| PROVINCE OF BRITISH COLUMBIA | ATTN: MANAGER, OPS, DEBT MGMT 620 SUPERIOR STREET 620 SUPERIOR STREET VICTORIA BC CANADA |
| PROVINCE OF BRITISH COLUMBIA | 620 SUPERIOR ST. VICTORIA BC V8V 1X4 CANADA |
| PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I L | TWO GATEWAY CNETER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN: RICHARD A. MILLER GATEWAY CENTER II, 5TH FL. NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN: GARY NEUBECK 2 GATEWAY CENTER NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | 751 BROAD STREET, 23RD FLOOR NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | GATEWAY CENTER II, 5TH FL. NEWARK NJ 07102 |
| PRUDENTIAL INV MGMT/DRYDENHIGH YIELD FD INC. | ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL INV MGMT/DRYDENHIGH YIELD FD INC. | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL SERIES FUND INC SP PIMCO HIGH YIELD POR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO HIGH YIELD POR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO TOTAL RETURN P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO TOTAL RETURN P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND, DIVERS IFIED BOND PORT (TH | ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL SERIES FUND, DIVERS IFIED BOND PORT (TH | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL SERIES FUND, HIGH YIELD BOND PORTFOLIO | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |

| Claim Name | Address Information |
|---|---|
| PSEG ENERGY RESOURCES & TRADE LLC | 80 PARK PLAZA, T-19 NEWARK NJ 07102-4194 |
| PT BANK NEGARA INDONESIA (PERSERO) TBK | JALAN JENDRAL SUDIRMAN KAV 1 JAKARTA, JAVA 10220 INDIA |
| PT MOBILE-8 TELECOM TBK | PT. MOBILE-8 TELECOM TBK. 18TH FLOOR, MENARA KEBON SIRIH JL. KEBON SIRIH KAV. 17-19 JAKARTA 10340 INDIA |
| PTT PUBLIC COMPANY LIMITED | PTT PUBLIC COMPANY LIMITED 555 VIBHAVADI RANGSIT ROAD BANGKIK 10900 THAILAND |
| PUBLIC BANK BERHAD | ATTN: MR TANG HONG KEAT PUBLIC BANK BERHAD 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MOROCCO |
| PUBLIC BANK BERHAD | MR TANG HONG KEAT PUBLIC BANK BERHAD 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MOROCCO |
| PUBLIC BANK BERHAD | 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MOROCCO |
| PUBLIC POWER GENERATION AGENCY | ATTN: MR. KEVIN GADEN MUNICIPAL ENERGY AGENCY OF NEBRASKA 1111 "O" STREET, SUITE 200 LINCOLN NE 68508-3614 |
| PUBLIC POWER GENERATION AGENCY | ATTN: MR. ED TRICKER WOODS 301 SOUTH 13TH ST., SUITE 500 LINCOLN NE 68508 |
| PUBLIC POWER GENERATION AGENCY | 1228 NORTH DENVER AVENUE HASTINGS NE 68902 |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUBLIC SECTOR PENSION INVESMENT BOARD | ATTN: DIRECTOR, INVESTMENT ADMINISTRATION 1250 RENE-LEVESQE BLVD. WEST, SUITE 2030 MONTREAL QC H3B 4W8 CANADA |
| PUBLIC SECTOR PENSION INVESMENT BOARD | 1250 RENE-LEVESQE BLVD. WEST, SUITE 2030 MONTREAL QC H3B 4W8 CANADA |
| PUBLIC SERVICE COMPANY OF NEW MEXICO | ALVARDO SQUARE - MS 1004 ALBUQUERGUE NM 87158 |
| PUBLIC SERVICE ENTERPRISE GROUP INC MASTER RETIREM | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUBLIC SERVICE ENTERPRISE GROUP INC MASTER RETIREM | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY | 2721 WEST 10TH AVENUE P.O. BOX 6270 KENNEWICK WA 99336 |
| PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY (WS | BENTON PUD KENNEWICK WA 99336-0270 |
| PUBLIC UTILITY DISTRICT NO. 1 OF FRANKLIN COUNTY ( | FRANKLIN PUD PO BOX 2407 PASCO WA 99302 |
| PUBLIC UTILITY DISTRICT NO.1 OF FRANKLIN COUNTY | ATTN: LINDA BOOMER PUBLIC UTILITY DISTRICT NO. 1 OF FRANKLIN COUNTY 1411 WEST CLARK P.O. BOX 2407 PASCO WA 99302 |
| PUBLIC UTILITY DISTRICT NO.2 OF GRANT COUNTY, WASH | 30 C STREET SW, P.O. BOX 878 EPHRATA WA 98823 |
| PUERTO RICO (COMMONWEALTH) FINANCIAL SECURITY ASSU | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND | C/O TAX FREE PUERTO RICO TARGET MATURITY FUND,INC. 250 MUNOZ RIVERA AVE SEVENTH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO COMMONWEALTH OF | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO COMMONWEALTH OF | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO FIXED INCOME FUND V INC | ATTN: FIRST VICE PRESIDENT TAX FREE PUERTO RICO TARGET MATURITY FUND, INC. 250 MUNOZ RIVERA AVE SEVENTH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO FIXED INCOME FUND V INC | FIRST VICE PRESIDENT TAX FREE PUERTO RICO TARGET MATURITY FUND, INC. 250 MUNOZ RIVERA AVE SEVENTH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO FIXED INCOME FUND V INC | BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| PUERTO RICO HOUSING FINANCE AUTHORITY | PUERTO RICO HOUSIGN FINANCE AUTHORITY P. O. BOX 71361 SAN JUAN PR 00936-8461 |
| PUERTO RICO INVESTORS BOND FUND I | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUERTO RICO INVESTORS BOND FUND I | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUERTO RICO SALES TAX FINANCING CORP. | C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUGET SOUND ENERGY, INC. | ATTN: DAVID MILLS P.O. BOX 90868 BELLEVUE WA 98009-0868 |
| PUGET SOUND ENERGY, INC. | ATTN: SR. CONTRACT ADMINISTRATOR P.O. BOX 97034 PSE-09 NORTH BELLEVUE WA 98009-9734 |
| PUGET SOUND ENERGY, INC. | 10608 NE 4TH STREET, PSE-09 NORTH BELLEVUE WA 98004 |
| PUGET SOUND ENERGY, INC. (WSPP) | P.O. BOX 90868 BELLEVUE WA 98009-0868 |
| PULASKI TECHNICAL COLLEGE | 3000 WEST SCENIC NORTH LITTLE ROCK AR 72118 |
| PULSAR RE LTD | CANON#APPOSS COURT HAMILTON HM 12 BELGIUM |
| PUNJAB NATIONAL BANK | HEAD OFFICE 7, BHIKHAIJI CAMA PLACE NEW DELHI 110607 INDIA |
| PURSUIT OPPORTUNITY FUND I MASTER LTD | STAMFORD HARBOR PARK NORTH TOWER 4TH FLOOR 333 LUDLOW STREET STAMFORD CT 06902 |
| PUTNAM 005 / 29H FX DEM 010501P29H | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 005 / 29H FX DEM 010501P29H | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 018/018 FX DEM 010501P018 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 018/018 FX DEM 010501P018 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 041/993 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 041/993 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 050/7BZ FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 050/7BZ FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 070/249 FX DEM 010501P249 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 070/249 FX DEM 010501P249 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 070/2SA FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 070/2SA FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 073/812 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 073/812 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 074/816 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 074/816 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 075/838 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 075/838 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA '02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1QR/1QR FX DEM 010501P1QR | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1QR/1QR FX DEM 010501P1QR | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1QT/1RC FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 1QT/1RC FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1SH/1SH FX DEM 010501P1SH | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1SH/1SH FX DEM 010501P1SH | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/250 FX DEM 010501P250 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/250 FX DEM 010501P250 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | PUTNAM INVESTMENT 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QO FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QO FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/486 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/486 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/256 FX DEM 010501P256 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/256 FX DEM 010501P256 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/2QW FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/2QW FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/487 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/487 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 264/160 FX DEM 010501P160 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/160 FX DEM 010501P160 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 264/2RD FX | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/488 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/488 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2AQ/2AQ FX DEM 010501P2AQ | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AQ/2AQ FX DEM 010501P2AQ | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2CE/2CE FX DEM 010501P2CE | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2CE/2CE FX DEM 010501P2CE | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2DN/2DN FX DEM 010501P2DN | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2DN/2DN FX DEM 010501P2DN | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2DP/7BY FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2DP/7BY FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 2ET / 7BS FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2ET / 7BS FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2ET / 7BS FX | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KE/4BC FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KE/4BC FX | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KO FX DEM 010501P2KO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KO FX DEM 010501P2KO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KP FX DEM 010501P2KP | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KP FX DEM 010501P2KP | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 397/397 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 397/397 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3CE/3CE FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3CE/3CE FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LA FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LA FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 3KW/3LB FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LB FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3MX/3MX FX | ATTN:STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3MX/3MX FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | PUTNAM INVESTMENT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: STEPHAN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: STEPHAN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN:STEPHAN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN:STEPHAN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN:STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN:STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 841/6BM | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: STEPHEN DRISCOLL ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: STEPHEN DRISCOLL PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM BS7 / CR6  FXPWTII- PUTNAM GLOBAL FIXEDINCO | ATTN: DERIVATIVE DOCUMENTATION 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| INCOME LONG FUN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM | LONG GOVERNMENT BOND PLUS MAPS FUND ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM | LONG GOVERNMENT BOND PLUS MAPS FUND ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM LONG GOVERNMEN | BOND PLUS MAPS FUND ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM LONG GOVERNMEN | FUND 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CV7  FXPUTNAM WORLD TRUST-PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CW4  FXPUTNAN WORLD TRUST-PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CW5  FXPUTNAM WORLD TRUST-PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CV9  FXPUTNAM WORLD TRUST-PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CW7  FXPUTNAM WORLD TRUST-PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CW8  FXPUTNAM WORLD TRUST-PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DU6 / DU6  FXPUTNAM INV HOLDINGS LLC-PUTNAM | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DW5 / DW5  FXGENTWORTH VIT PUTNAM INTLCAPIT | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE GROWTH FUND | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE U.S INVESTMENT GRADE FUND LLC | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INV MGMT LLCA/C NORGES BANK SLEEVE-ONE MON | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PUTNAM INVESTMENT HOLDINGS LLC PUTNAM GLOBAL GROWT | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENTS | ATTN: DERIVATIVE CONTRACT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENTS | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
| --- | --- |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM PENDING ALLOCATION | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PENDING ALLOCATION | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT AMERICAN GOVERNM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT AMERICAN GOVERNM | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT AMERICAN GOVERNM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT AMERICAN GOVERNM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL ASSET ALL | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL ASSET ALL | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL ASSET ALL | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL ASSET ALL | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL GROWTH FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL GROWTH FU | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAIM VARIABLE TRUST - PUTNAM VT GLOBAL GROWTH FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL GROWTH FU | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM GLOBAL FIXED INCOME | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM INVESTORS (US CORE | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM INVESTORS (US CORE | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM INVESTORS (US CORE | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II - PUTNAM INVESTORS (US CORE | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II -PUTNAM TOTAL RETURN FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II -PUTNAM TOTAL RETURN FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II -PUTNAM TOTAL RETURN FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II -PUTNAM TOTAL | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
| --- | --- |
| RETURN FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II PUTNAM NEW OPPORTUNITIES FUN | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II PUTNAM NEW OPPORTUNITIES FUN | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II* - PUTNAM GLOBAL GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II* - PUTNAM GLOBAL GROWTH FUND | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM CURRENCY ALPHA FUND | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM ENHANCED CURRENCY FUND | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PVHA/SIMS VENTURES LLC | C/O SELAH MANAGEMENT GROUP 50 A1A N., SUITE 110 PONTE VERDE BEACH FL 32082 |
| PVM OIL ASSOCIATES PTE LTD | 138 CECIL STREET #12-01 CECIL COURT SINGAPORE 69538 SLOVENIA |
| PWB VALUE PARTNERS II LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS II LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XIV LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XIV LP | C/O BLAVIN #AMPER COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XVI, LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XVI, LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XVII LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XVII LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PYRAMID INTERNATIONAL DEVELOPED MARKETS FUND | C/O DEUTSCHE ASSET MANAGEMENT 130 LIBERTY STREET NEW YORK NY 10006 |
| PYRAMIS BROAD MARKET DURATION COMMINGLED POOL PORT | GR TR EMP 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| PYRAMIS LONG DURATION COMMINGLED POOL | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| PYRAMIS SHORT DURATION COMMINGLED POOL | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT PYXIS ABS CDO 2007-1 LTD.C/O MAPLES FINANCE LIMITE P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| PYXIS ABS CDO 2007-1 LTD | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PYXIS ABS CDO 2007-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| Q-BLK ALPHA TRANSPORT TRUST - | US BOND (PENSION) FUND; MB SERIES 2008-01A ATTN: ROBERT S. ELLSWORTH C/O BLACKROCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - | US BOND (PENSION) FUND; MB SERIES 2008-04 ATTN: NORMAN D. BONTJE C/O BLACKROCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND: CL | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND: CL | Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - GTX FUND: GLOBAL (JP | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - GTX FUND: GLOBAL (JP | Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | ATTN: ROBERT ELLSWORTH 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | MB SERIES 2008-01D C/O BLACKROCK FIANANCIAL MANAGEMENT INC 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | 2008-01A C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET P.O. BOX 30464 SMB GEORGE TOWN, GRAND CAYMAN 30464 SMB CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | 2008-01D C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET P.O. BOX 30464 SMB GEORGE TOWN, GRAND CAYMAN 30464 SMB, CANADA |
| Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FU | 2008-04 C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET P.O. BOX 30464 SMB GEORGE TOWN, GRAND CAYMAN 30464 SMB, CANADA |
| QANTAS SUPERANNUATION LIMITED | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |

| Claim Name | Address Information |
|---|---|
| QFR CAPITAL MANAGEMENT LP | ATTN: KRISTEN BOYLE QFR MASTER VICTORIA FUND LP C/O QFR CAPITAL MANAGEMENT, LP 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| QFR MASTER VICTORIA FUND LP | C/O QFR CAPITAL MANAGEMENT, LP 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | SENIOR LEGAL ADVISOR QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | 2 LIBERTY SQUARE BOSTON MA 02109 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| QIC GLOBAL CREDIT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| QIC GLOBAL CREDIT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| QUADRIFOGLIO VITA SPA | SEDE E DIREZIONE GENERALE IN VIA ALDO FABRIZI, 9 ROMA 128 ITALY |
| QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP | C/O DAVID L. BABSON 1500 MAIN STREET SUITE 1000 SPRINGFIELD MA 01115 |
| QUANTUM PARTNERS LDC | C/O CURACAO INTERNATIONAL TRUST COMPANY N/.V KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD, CURACAO NIGER |
| QUANTUM PARTNERS LDC | C/O CURACAO INTERNATIONAL TRUST COMPANY N.V. KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD, CURACAO NIGER |
| QUANTUM PARTNERS LDC | C/O SOROS FUND MANAGEMENT 888 SEVENTH AVENUE NEWYORK NY 10106 |
| QUANTUM PARTNERS LDC | SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUARTZ FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2003-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE SERIES 2003-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE SERIES 2003-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUARTZ FINANCE SERIES 2003-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ PUBLIC FINANCE LIMITED COMPANY | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| QUEENSLAND INVESTMENT CORPORATION GLOBAL MACRO FUN | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| QUEENSLAND LOCAL GOVERMENT SUPERANNUATION | QUEENSLAND LOCAL GOVERNMENT SUPERANNUATION BOARD 10 MARKET ST BRISBANE QLD 4000 AUSTRALIA |
| QUEENSLAND LOCAL GOVERNMENT SUPERANNUATION BOARD | 10 MARKET STREET BRISBANE, QLD 4000 AUSTRALIA |
| QUELLOS ALPHA TRANSPORT TRUST - US BOND (PENSION) | ATTN: NORMAN D. BONTJE C/O BLACKFOCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE  WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST - US BOND (PENSION) | C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE SOUTH CHURCH STREET, P.O BOX 30464 5MB 30464 5MB CANADA |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | ATTN: PAUL BONDE QUELLOS CAPITAL MANAGEMENT, L.P. 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | PAUL BONDE QUELLOS CAPITAL MANAGEMENT, L.P. 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | ATTN: ROBERT ELLSWORTH 601 UNION ST 56 FL SEATTLE WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | DENNIS HUNTER QUELLOS ALPHA TRANSPORT TRUST - UC BOND CLASS C/O QUEENSGATE BANK #AMPER TRUST COMPANY LTD. 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | QUELLOS ALPHA TRANSPORT TRUST - UC BOND CLASS C/O QUEENSGATE BANK #AMPER TRUST COMPANY LTD. 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CANADA |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| QWEST PENSION TRUST | ATTN: J. ANDREW RAHL, JR. C/O REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022-7650 |
| QWEST PENSION TRUST | C/O MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| R-ASHLEY WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-ASHLEY WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 20 DAYTON AVENUE GREENWICH CT 06830 |
| R-AUDREY WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-AUDREY WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-RAC WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-RAC WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 20 DAYTON AVENUE GREENWICH CT 06830 |
| R2 INVESTMENTS LDC | C/O AMALGAMATED GADGET, LP 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| R3 CAPITAL PARTNERS MASTER LP | C/O R3 CAPITAL PARTNERS MASTER, LP 1271 AVE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| RABOBANK NEDERLAND | ATTN. GLOBAL SPECIAL ASSET MANAGEMENT/US609 RABOBANK INTERNATIONAL P.A. CROESELAN 18, 3521 CB UTRECHT P.O. BOX 17100, 3500 HG UTRECHT THAILAND |
| RABOBANK NEDERLAND | 245 PARK AVENUE NEW YORK NY 10167 |
| RACE POINT IV CLO LTD | ATTN: JEFF HAWKINS C/O SANKATY ADVISORS, LLC 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| RACE POINT IV CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACE POINT IV CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACE POINT IV CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACE POINT IV CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACE POINT IV CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACE POINT IV CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACE POINT IV CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACE POINT IV CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACE POINT IV CLO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACE POINT IV CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACE POINT IV CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACE POINT IV CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACE POINT IV CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACE POINT IV CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACE POINT IV CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000 22 A UBS TRUST | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST, 452 FIFTH AVENUE NEW YORK NY 10018 |

| Claim Name | Address Information |
|---|---|
| RACERS 2000 22 A UBS TRUST | 3 WFC NEW YORK NY 10285 |
| RACERS 2000 24 A HSBC | 3 WFC NEW YORK NY 10285 |
| RACERS 2000-22-A UBS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2000-22-A UBS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2000-22-A UBS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2000-22-A UBS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2000-22-A UBS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-22-A UBS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2000-22-A UBS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2000-22-A UBS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2000-22-A UBS | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2000-22-A UBS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2000-22-A UBS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2000-22-A UBS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-22-A UBS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-22-A UBS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2000-22-A UBS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-24-A HSBC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2000-24-A HSBC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2000-24-A HSBC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2000-24-A HSBC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2000-24-A HSBC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-24-A HSBC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2000-24-A HSBC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2000-24-A HSBC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2000-24-A HSBC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2000-24-A HSBC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| RACERS 2000-24-A HSBC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2000-24-A HSBC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-24-A HSBC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-24-A HSBC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2000-24-A HSBC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2001-13-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2001-13-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2001-13-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2001-13-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2001-13-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2001-13-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2001-13-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2001-13-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2001-13-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2001-13-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2001-13-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2001-13-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2001-13-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2001-13-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2001-13-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2001-38-PT | 452 FIFTH AVENUE 452 FIFTH AVENUE NEW YORK NY 10018-2706 |
| RACERS 2002-45-L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2002-45-L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2002-45-L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2002-45-L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2002-45-L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2002-45-L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| RACERS 2002-45-L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2002-45-L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2002-45-L | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2002-45-L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2002-45-L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2002-45-L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2002-45-L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2002-45-L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2002-45-L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2003-07-A CITI | ATTN: DAVID KOLIBACHUK AND MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2003-07-A CITI | ATTN: JENNIFER CUPO NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2003-07-A CITI | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2003-07-A CITI | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2003-07-A CITI | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2003-07-A CITI | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2003-07-A CITI | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2003-07-A CITI | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2003-07-A CITI | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2003-07-A CITI | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2003-07-A CITI | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2003-07-A CITI | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2003-07-A CITI | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2003-07-A CITI | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2003-07-A CITI | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2003-07-A CITI | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-06-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-06-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-06-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-06-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-06-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-06-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-06-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-06-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-06-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-06-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-06-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-06-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-06-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-06-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-06-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-10-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-10-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-10-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-10-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-10-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-10-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-10-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-10-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-10-C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-10-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-10-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-10-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-10-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-10-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-13-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-13-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-13-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-13-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-13-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-13-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-13-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-13-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-13-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-13-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-13-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-13-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-13-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-13-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-13-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-19-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-19-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-19-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-19-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-19-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-19-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-19-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-19-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-19-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-19-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-19-C | FLOOR NEW YORK NY 10005 |
| RACERS 2005-19-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-19-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-19-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-19-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-19-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-21-C | SWAP NOTICE GENERATION LEHMAN BROTHERS HOLDINGS INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| RACERS 2005-21-C | TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING INC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| RACERS 2005-21-C | DAVID KOLIBACHUK  #AMPER MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-21-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-21-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-21-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-21-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-21-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-21-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-21-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-21-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-21-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-21-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-21-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-21-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-21-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-21-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-21-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-1-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-1-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-1-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-1-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-1-C | 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-1-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-1-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-1-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-1-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-1-C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-1-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-1-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-1-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-1-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-1-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-1-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-15-A | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-15-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-15-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-15-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-15-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-15-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-15-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-15-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-15-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-15-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-15-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-15-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-15-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-15-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-15-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-15-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-15-A | CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-I | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-II | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-1-II | FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-III | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-III | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-I | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-II | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-III | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-III | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-20-AT | ATTN: DAVID KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-20-AT | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-20-AT | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-20-AT | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-20-AT | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-20-AT | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-20-AT | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-20-AT | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-20-AT | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-20-AT | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-20-AT | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-20-AT | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-20-AT | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-20-AT | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-20-AT | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-20-AT | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2007-4-C FTD | ATTN: DAVID KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2007-4-C FTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2007-4-C FTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2007-4-C FTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2007-4-C FTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2007-4-C FTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2007-4-C FTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2007-4-C FTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2007-4-C FTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2007-4-C FTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2007-4-C FTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2007-4-C FTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2007-4-C FTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2007-4-C FTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2007-4-C FTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2007-4-C FTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-2-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-2-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-2-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-2-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-2-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-2-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-2-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| RACERS 2008-2-C | 21045 |
| RACERS 2008-2-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-2-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-2-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-2-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2008-2-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-2-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-2-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-2-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-3-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-3-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-3-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-3-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-3-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-3-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-3-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2008-3-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-3-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-3-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-3-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2008-3-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-3-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-3-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-3-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-5-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-5-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-5-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-5-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|------------|--------------------|
| RACERS 2008-5-A | 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-5-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-5-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-5-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2008-5-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-5-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-5-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-5-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2008-5-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-5-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-5-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-5-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-20 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RACERS SERIES 2002-20 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RACERS SERIES 2002-20 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-20 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-20 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-20 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-20 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-20 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS SERIES 2002-20 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-20 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-20 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-20 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-20 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-20 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-20 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| RACERS SERIES 2002-20 | STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-20 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-20 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-26 | C/O A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RACERS SERIES 2002-26 | C/O DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RACERS SERIES 2002-26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS SERIES 2002-26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-26 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-39 | ATTN: ISSUER SERVICES C/O HSBC BANK USA 452 FIFTH AVENUE NEW YORK NY 10018-2706 |
| RACERS SERIES 2002-39 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-39 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-39 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-39 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-39 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-39 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| RACERS SERIES 2002-39 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-39 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-39 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-39 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-39 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-39 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-39 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-39 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-39 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS, SERIES 2005-13 | ATTN: DAVID KOLIBACHUK C/O US BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FL NEW YORK NY 10005 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RADIAN CREDIT LINKED TRUST 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RAEBURN OVERSEAS PARTNERS A LTD | RAEBURN MANGEMENT LLC 1251 AVENUE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10020 |
| RAETIA ENERGIE AG | VIA DA CLALT 307 POSCHIAVO 7742 SWITZERLAND |
| RAI RADIOTELEVISIONE ITALIANA SPA | RAI RADIOTELEVISIONE ITALIANA SPA 14-00195 ROMA ITALY |
| RAIFFEISEN BANK RT | P.O. BOX 173 BUDAPEST H-1364 HUNGARY |

| Claim Name | Address Information |
|---|---|
| RAIFFEISEN BANK ZRT | RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST 1054 HUNGARY |
| RAIFFEISEN-ZENTRALBANK OSTERREICH AG | AM STADTPARK 9 IENNA A-1030 AUSTRALIA |
| RAIFFEISENLANDESBANK OBEROSTERREICH | PO BOX 455 LINZ 4020 AUSTRALIA |
| RAIFFEISENLANDESBANK VORARLBERG WAREN-UND REVISION | RAIFFEISENLANDESBANK VORARLBERG RHEINSTRASSE 11 BREGENZ 6900 AUSTRALIA |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAINBOW ENERGY MARKETING C | 919 SOUTH 7TH STREET, SUITE 405 BISMARCK ND 58504 |
| RAINBOW ENERGY MARKETING CORPORATION | VP OF OPERATIONS RAINBOW ENERGY MARKETING CORPORATION 919 SOUTH 7TH STREET, SUITE 405 BISMARCK ND 58504 |
| RALEIGH WV (COUNTY OF) | P.O. BOX 1469 CHARLESTON WV 25325 |
| RALEIGH-DURHAM AIRPORT AUTHORITY | 1000 TRADE DRIVE P.O. BOX 80001 RDU AIRPORT NC 27623 |
| RALEIGH-DURHAM INTERNATIONAL AIRPORT AUTHORITY | 1000 TRADE DRIVE P.O BOX 80001 RDU AIRPORT NC 27623 |
| RALI 06-QO8 I-A1A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO8 1-A2A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO8 I-A5A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO9 1-A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RAMIUS PORTABLE ALPHA FUND LTD | ATTN: KEVIN HANRAHAN C/O RAMIUS ADVISORS, LLC 666 THIRD AVENUE, 26TH FLOOR NEW YORK NY 10017 |
| RAMIUS PORTABLE ALPHA FUND LTD | ATTN: MARC BAUM C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RAMIUS PORTABLE ALPHA FUND LTD | C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RAMSEY QUANTITATIVE SYSTEMSPARHELION FUND LTD | PARHELION FUND, LTD. C/O RAMSEY QUANTITATIVE SYSTEMS, INC. 108 SOUTH MADISON AVENUE LOUISEVILLE KY 40243 |
| RANDALL E WOODS | P.O. BOX 675331 6694 CALLE PEQUENA RANCHO SANTA FE CA 92067 |
| RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD | KEVIN GERLITZ RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD. C/O RAVEN ASSET MANAGEMENT, LLC 195 MAPLEWOOD AVE MAPLEWOOD NJ 07040 |
| RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD | RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD. C/O RAVEN ASSET MANAGEMENT, LLC 195 MAPLEWOOD AVE MAPLEWOOD NJ 07040 |
| RAYTHEON MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON MASTER PENSION TRUST | 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| RAYTHEON MASTER PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| RBC CANADIAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RBC CANADIAN MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RCG PB LTD | ATTN: MARC BAUM C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RCG PB LTD | ATTN: MARC BAUM; KEVIN HANRAHAN C/O RAMIUS CAPITAL GROUP, LLC 666 THIRD AVENUE, 26TH FLOOR NEW YORK NY 10017 |
| RCG PB LTD | C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RCW REVOCABLE TRUST | RCW REVOCABLE TRUST 2120 FAIRMONT STREET KLAMATH FALLS OR 97601 |
| READING ROAD APARTMENTS LP | 1800 BERING SUITE 501 HOUSTON TX 77057 |
| REAL ASSETS PORTFOLIO LP | ATTN: DERIVATIVE OPERATION GROUP/ SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| REAL ASSETS PORTFOLIO LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| REALLY USEFUL THEATRES FINANCE LIMITED | REALLY USEFUL THEATERS LIMITED MANOR HOUSE 21 SOHO SQUARE LONDON UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| REDDING CA (CITY OF) | CITY OF REDDING CALIFORNIA REDDING CA 96049-6071 |
| REDEVELOPMENT AGENCY OF CITY OF DIXON | 600 EAST A STREET DIXON CA 95620 |
| REDEVELOPMENT AGENCY OF THE CITY OF VERNON | 4305 SANTA FE AVENUE VERNON CA 90058 |
| REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE | REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE 809 NORTH BROUADWAY, SUITE TWO MILWAUKEE WI 53202 |
| REDFIRE INC | ONE BEACH STREET SAN FRANCISCO CA 94133 |
| REDLANDS CA (CITY OF) | CITY OF REDLANDS CALIFORNIA REDLANDS CA 92373 |
| REDSTONE PRESBYTERIAN SENIOR CARE | 6 GARDEN CENTER DRIVE GREENSBURG PA 15601-1397 |
| REDWOOD SENIOR HOME AND SERVICES | 1017 MIDDLEFIELD ROAD P.O. BOX 391 REDWOOD CITY CA 94063-0391 |
| REFCO CAPITAL MARKETS, LTD. | REFCO CAPITAL MARKETS LIMITED 11 BERMUDIANA ROAD HAMILTON HM11 BELGIUM |
| REGAL CINEMAS CORPORATION | REGAL CINEMAS CORPORATION 7132 REGAL LANE KNOXVILLE TN 37918-5803 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET OAKLAND CA 94607-5200 |
| REGIMENT CAPITAL LTD | ATTN: DEREK M. MEISNER C/O MAPLES P.O. BOX 309GT, UGLAND HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| REGIMENT CAPITAL MANAGEMENT LLC | REGIMENT CAPITAL ADVISORS 70 FEDERAL STREET 7TH FLOOR BOSTON MA 02010 |
| REGIONAL SCHOOL DISTRICT #19 | 1235 STORRS ROAD STORRS CT 06268 |
| REGIONE LAZIO | VILA ROSA RAINMONDI GARIBALDI, 7 ROME 147 ITALY |
| REGIONE LAZIO | STUDIO LEGALE BELTRAMO VIA V VENETO 84 ROMA 187 ITALY |
| REGIONE MARCHE | GIUNTA REGIONALE, SERVIZIO PROGRAMMAZIONE BILANCIO E POLITICHE COMUNITARIE VIA GENTILE DA FABRIANO, 9 60125 ITALY |
| REGIONE SICILIANA | VIA NOTARBARTOLO 17 PALERMO CA 90141 |
| REGIONS BANK | C/O REGIONS MORTGAGE INCORP. 417 NORTH 20 ST., 12TH FLOOR BIRMINGHAM AL 35203 |
| REGIONS BANK | REGION BANK C/O REGIONS MORTGAGE INCORP. 417 NORTH 20 ST., 12TH FLOOR BIRMINGHAM AL 35203 |
| REGIONS BANK | 3050 PEACHTREE ROAD, NE, SUITE 400 ATLANTA GA 30305 |
| RELATIONSHIP FUNDING COMPANY LLC | RELATIONSHIP FUNDING COMPANY, LLC 227 WEST MONROE STREET, SUITE 4900 CHICAGO IL 60606 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| RELATIONSHIP FUNDING COMPANY LLC | STREET 16TH FLOOR HOUSTON TX 77002 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RELATIONSHIP FUNDING COMPANY LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RELIANCE INDUSTRIES LTD | PETROLUEM HOUSE 3RD FLOOR "A" WING, SUPPLY AND TRADING DHIRUBHAI AMBANI KNOWLEDGE CITY KOPERKHAINE, NAVI MUMBAI 400709 INDIA |
| RELIANCE INSURANCE COMPANY | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| RELIANCE INSURANCE COMPANY | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| RELIANT ENERGY POWER SUPPLY LLC | ATTN: LEGAL 1000 MAIN HOUSTON TX 77002 |
| RELIANT ENERGY POWER SUPPLY LLC | ATTN: MARK A. DUROW P.O. BOX 4455 HOUSTON TX 77210-4455 |
| RELIANT ENERGY SERVICES INC | ATTN: CONTRACT ADMINISTRATION P.O. BOX 4455 HOUSTON TX 77210-4455 |
| RELIANT ENERGY SERVICES INC. | 1000 MAIN HOUSTON TX 77002 |
| RELIANT ENERGYPOWER SUPPLY, LLC. | MERRILLY LYNCH COMMODITIES, INC. 20 EAST GREENWAY PLAZA, 7TH FLOOR HOUSTON TX 77253-3327 |
| RELIASTAR LIFE INSURANCE COMPA NY OF NEW YORK (I | ATTN: DERIVATIVES MIDDLE OFFICE/CORPORATE COUNSEL C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPA NY OF NEW YORK (I | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPA NY OF NEW YORK (I | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE/CORPORATE COUNSEL C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCECOMPANY OF NEW YORK (INC | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| REPACKAGED AMERICAN GENERAL FRTC 2003-1 | C/O US BANK CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| RESERVE PROPERTY HOLDINGS LLC | 2150 NORTH 107TH STREET SUITE 440 SEATTLE WA 98133 |
| RESERVOIR MASTER FUND LP | 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| RESIDENCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| RESIDENT BALTIC GMBH | ZIEGELSTR. 24 BERLIN 10117 GEORGIA |
| RESIDENT BALTIC GMBH | TORSTRASSE 138 BERLIN 10119 GEORGIA |
| RESIDENT SACHSEN P&K GMBH | ZIEGELSTR. 24 BERLIN 10117 GEORGIA |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: TRUST ADMINISTRATION IN0615 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RESIDENTIAL FUNDINGCOMPANY, LLC | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92795 |
| RESOLUTE ANETH LLC | RESOLUTE NATURAL RESOURCES COMPANY 80 E. SIR FRANCIS DRAKE BLVD. LARKSPUR CA 94939 |
| RESONA BANK, LTD. | 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| RESOURCE BANK | ATTN: DYCKMAN DEBBIE RESOURCE BANK 3720 VIRGINIA BEACH BOULEVARD VIRGINIA BEACH VA 23452 |
| RESOURCE BANK | ATTN: DYCKMAN DEBBIE 3720 VIRGINIA BEACH BOULEVARD VIRGINIA BEACH VA 23452 |
| RESOURCE BANK | FULTON BANK P.O. BOX 4887 LANCASTER PA 17604 |
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY & BENE | OF CHICAGO WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| RETIREMENT HOUSING FOUNDATION | ATTN: STEPHEN MARGETIC 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| RETIREMENT HOUSING FOUNDATION | ATTN: LEGAL DEPARTMENT RETIREMENT HOUSING FOUNDATION 911 STUDEBAKER ROAD LONG BEACH CA 90815-4900 |
| RETIREMENT HOUSING FOUNDATION | RETIREMENT HOUSING FOUNDATION 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| RETIREMENT PLAN OF CIRCUIT CITY STORES INC | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| RETIREMENT PLAN OF CIRCUIT CITY STORES INC | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| REUTERS GROUP PLC | THE REUTERS BUILDING 30 SOUTH COLONNADE CANARY WHARF LONDON E14 5 EP UNITED KINGDOM |
| RHINO PARTNERS, LP. | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| RIC- SOVEREIGN GLOBAL EQUITY(AFZF3000992)C/O RUSSE | RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RIC- SOVEREIGN OVERSEAS EQUITY(AFZF1000992)C/O RUS | C/O FRANK RUSSELL INVSTM MGMT CO 909 A STREET TACOMA WA 98402 |
| RICHARD A. HAYNE | RICHARD B. HAYNE 1809 WALNUT STREET PHILADELPHIA PA 19103 |
| RICHARD A. HAYNE | 1809 WALNUT STREET PHILADELPHIA PA 19103 |
| RICHEMONT INTERNATIONAL SA | RICHEMONT INTERNATIONAL SA 50 CHEMIN DE LA CHENAIE BELLEVUE 1293 SWITZERLAND |
| RICHMOND HEIGHTS, MISSOURI (CITY OF) | RICHMOND HEIGHTS CITY HALL 1330 BIG BEND BOULEVARD RICHMOND HEIGHTS MO 63117 |

| Claim Name | Address Information |
|---|---|
| RIDDLE MEMORIAL HOSPITAL | 1068 W. BALTIMORE PIKE MEDIA PA 19063-5177 |
| RIDGELAKE APARTMENTS ASSOCIATES, LLC | C/O BERWIND PROPERTY GROUP LTD. 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| RIDGELAKE APARTMENTS ASSOCIATES, LLC | RIDGELAKE APARTMENTS ASSOCIATES, LLC C/O BERWIND PROPERTY GROUP LTD. 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| RIEDER, RICK M. | 270 DALE DRIVE SHORT HILLS NJ 07078-1513 |
| RII- RUSSELL INVESTMENT CO PLCGLOBAL BONDC/O RUSSE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RII-RUSSELL INVESTMENT CO PLCWORLD EQUITY FUND II | 909 A STREET TACOMA WA 98402-5120 |
| RII-RUSSELL INVESTMENT COMPANYII PLC WORLD EQUITY | 909 A STREET TACOMA WA 98402-5120 |
| RIML- RUSSELL GLOBALOPPORTUNITIES FUND (BT6F)C/O R | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD | 27372 CALLE ARROYO SUITE A SAN JUAN CAPISTRANO CA 92675 |
| RIMROCK LOW VOLATILITY MASTER FUND LTD | 27372 CALLE ARROYO, SUITE A SAN JUAN CAPISTRANO CA 92675 |
| RIO TINTO ENERGY AMERICA (CTA) | 8051 E. MAPLEWOOD AVENUE GREENWOOD VILLAGE CO 80111 |
| RIS- BARCLAYS BANK UKRETIREMENT FUND (45287)C/O RU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- CIVIL AVIATION AUTHOITYPENSION SCHEME (CVS51) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- CIVIL AVIATION AUTHORITYPENSION SCHEME (CVS50 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- DU2RC/O RUSSELL IMPLEMENTATION SRV | 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| RIS- MARS PENSION TRUSTEES LTD(MUKF0013002)C/O RUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- SBC COMMUNICATIONS MASTERPENSION TRUST (43618 | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| RIS- STICHTING BEDRIJFSTAK-PENSIOENSFONDS ZORGVERZ | HOOFDSTRAAT 256 3972 LK DRIEBERGEN RIJSENBURG NIGER |
| RIS- STICHTING MASTERFOODSPENSIOENFONDS (MUDF00100 | TAYLORWEG 5 VEGHEL  5466 AE NIGER |
| RIS- STICHTING PENSIOENFONDSIBM NEDERLANDC/O RUSSE | VAN HEUVEN GOEDHARTLAAN 935 POSTBUS 342 AMSTELVEEN 1180AH NIGER |
| RIS-SOUTHERN CALIFORNIA EDISONCOMPANY RETIREMENT P | 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| RISING RATES OPPORTUNITY 10 PROFUND | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| RISING RATES OPPORTUNITY 10 PROFUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| RISING U.S. DOLLAR PROFUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| RIVER CAPITAL ADVISORS, INC. | 1144 LAKE STREET SUITE 207 OAK PARK IL 60301 |
| RIVER TRUST ACQUISITION (MD) LLC | TREASURY DEPARTMENT C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| RIVER TRUST ACQUISITION (MD) LLC | DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| RIVER TRUST ACQUISITION (MD) LLC | ATTN: DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| RIVER TRUST ACQUISITION (MD) LLC | C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| RIVER TRUST ACQUISITION (MD) LLC | 9200 E. PANORAMA CIRCLE SUITE 400 ENGELWOOD CO 80112 |
| RIVERSIDE COUNTY TRANSPORTATION COMMISSION | RIVERSIDE COUNTY TRANSPORTATION COMMISSION 4080 LEMON STREET, 3RD FLOOR RIVERSIDE CA 92501 |
| RIVERSIDE COUNTY TRANSPORTATION | 4080 LEMON STREET, 3RD FLOOR RIVERSIDE CA 92501 |

| Claim Name | Address Information |
|---|---|
| COMMISSION | 4080 LEMON STREET, 3RD FLOOR RIVERSIDE CA 92501 |
| RIVERSIDE HEALTHCARE ASSOCIATION, INC | 608 DENBIGH BOULEVARD, SUITE 800 NEWPORT NEWS VA 23608-4442 |
| RIVERSIDE MEDICAL CENTER | 350 NORTH WALL STREET KANKAKEE IL 60901 |
| RIVERSOURCE BALANCED FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE BALANCED FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE DIVERSIFIED BOND FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE DIVERSIFIED BOND FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE GROWTH FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE GROWTH FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LARGE CAP EQUITY FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LARGE CAPEQUITY FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | C/O AMERCIAN EXPRESS FINANCIAL CORPORATION 254 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCECOMPANY OF NEW YORK | TARA TILBURY RIVERSOURCE LIFE INSURANCE COMPANY OF NEW YORK 254 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55447 |
| RIVERSOURCE LIFE INSURANCECOMPANY OF NEW YORK | RIVERSOURCE LIFE INSURANCE COMPANY OF NEW YORK 254 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFEINSURANCE COMPANY | AMERICAN ENTERPRISE LIFE INSURANCE COMPANY C/O AMERICAN EXPRESS FINANCIAL CORPORATION 254 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFEINSURANCE COMPANY | AMEIPRISE FINANCIAL CENTER, H19/1109 707 SECOND AVENUE SOUTH MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIMITED DURATION BOND FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIMITED DURATION BOND FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – BALANCED FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – BALANCED FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – CORE EQUITY FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – GROWTH FUND | ATTTN: DERIVATIVES DOCUMENTATION GROUP C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – GROWTH FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO LARGE CAP EQUITY FU | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO– CORE EQUITY FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-DIVERSIFIED BOND FD | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-DIVERSIFIED BOND FD | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIOLARGE CAP EQUITY FUN | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTERRIVERSOURCE FUNDS, MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLEPORTFOLIO GROWTH FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |

| Claim Name | Address Information |
|---|---|
| RIVERWOODS AT EXETER | THE RIVERWOODS COMPANY, AT EXETER N.H. 7 RIVERWOODS DRIVE EXETER NH 03833-4376 |
| RJO HOLDINGS CORP | RJO HOLDINGS CORP. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN: JASON LEISER, COUNSEL C/O THE WATERFORD GROUP 914 HARTFORD TURNPIKE WATERFORD CT 06385 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN:  MARTHA COLIER, CFO C/O KONOVER PROPERTIES CORP. 342 NORTH MAIN STREET WEST HARTFORD CT 06117 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN: JAMES WAKIM, COO C/O THE SIMON KONOVER COMPANY 342 NORTH MAIN ST. WEST HARTFORD CT 06117 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | C/O WATERFORD HOTEL GROUP, INC. 914 HARTFORD TURNPIKE P.O. BOX 715 WATERFORD CT 06385 |
| ROBANIA CDO LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| ROBANIA CDO LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| ROBANIA CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBANIA CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBANIA CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBANIA CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ROBANIA CDO LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBANIA CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBANIA CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBANIA CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBANIA CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBANIA CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBANIA CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBANIA CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBANIA CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBANIA CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBANIA CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBANIA CDO LIMITED | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ROBECO CDO VII LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBECO CDO VII LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBECO CDO VII LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBECO CDO VII LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| ROBECO CDO VII LIMITED | 25TH FLOOR CHICAGO IL 60661 |
| ROBECO CDO VII LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CDO VII LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CDO VII LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBECO CDO VII LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBECO CDO VII LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBECO CDO VII LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBECO CDO VII LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBECO CDO VII LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBECO CDO VII LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CDO VII LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CDO VII LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBECO CDO VII LTD | ROBECO INSTITUTIONAL ASSET MANAGEMENT BV COOLSINGEL 120 AG ROTTERDAM NL-3011 THAILAND |
| ROBECO CREDIT LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBECO CREDIT LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBECO CREDIT LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBECO CREDIT LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ROBECO CREDIT LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CREDIT LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CREDIT LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBECO CREDIT LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBECO CREDIT LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBECO CREDIT LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBECO CREDIT LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBECO CREDIT LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBECO CREDIT LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ROBECO CREDIT LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CREDIT LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBECO CREDIT LIMITED | COOLSINGEL 120 NIGER |
| ROBECO FIXED INCOME STRATEGIES SPC | ROBECO ALTERNATIVE INVESTMENTS COOLSINGEL 120 AG ROTTERDAM 3011 THAILAND |
| ROBERT A SCHOELLHORN TRUST | 77 WEST WACKER DRIVE, SUITE 4800 CHICAGO IL 60601-1812 |
| ROBERT L ARKO | 2010 SPALDING DRIVE ATLANTA GA 30350 |
| ROBUSTA GLOBAL CREDIT BOND FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROBUSTA GLOBAL CREDIT BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ROCHE RETIREMENT PLAN TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ROCHE RETIREMENT PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CANADA |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP, LP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CANADA |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | ATTN: MR JOHN. JASANI C/O PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CANADA |
| ROCK CREEK PORTABLE ALPHA SERIES III LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES III LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES III LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CANADA |
| ROCKFORD MEMORIAL HOSPITAL | 2400 NORTH ROCKTON ROCKFORD IL 61103 |
| ROCKIES EXPRESS PIPELINE LLC | 500 DALLAS STREET SUITE 1000 HOUSTON TX 77002 |
| ROCKLEDGE ASSOCIATES LLC | 444 MADISON AVENUE, SUITE 601 NEW YORK NY 10022 |
| ROCKWELL AUTOMATION MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ROCKWELL AUTOMATION MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ROCKWOOD PARTNERS, L.P. | 35 MASON STREET GREENWICH CT 06830 |
| RODERICK CARL WENDT REVOCABLE TRUST | RODERICK C. WENDT RCW REVOCABLE TRUST 2120 FAIRMONT STREET KLAMATH FALLS OR 97601 |
| ROGUE VALLEY MANOR | 1200 MIRA MAR AVENUE MEDFORD OR 97504 |
| ROMAN CATHOLIC DIOCESE OF MEMPHIS | THE ROMAN CATHOLIC DIOCESE OF MEMPHIS 5825 SHELBY OAKS DRIVE MEMPHIS TN 38138 |

| Claim Name | Address Information |
|---|---|
| ROMESH & KATHLEEN WADHWANI | 1395 CHARLESTON ROAD MOUNTAIN VIEW CA 94043 |
| ROSE, WALTER E. | 901VALENCIA AVENUE CORA GABLES FL 33114 |
| ROSENTHAL COLLINS GROUP | ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARD, 4TH FLOOR CHICAGO IL 60606 |
| ROSENTHAL COLLINS GROUP LP | ATTN: FOREIGN EXCHANGE ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARD, 4TH FLOOR CHICAGO IL 60606 |
| ROSEVILLE CA (CITY OF) | 311 VERNON STREET ROSEVILLE CA 95678 |
| ROSEWOOD APARTMENTS LIMITED PARTNERSHIP | C/O BANNER APARTMENTS, LLC 770 FRONTAGE ROAD, SUITE 123 NORTHFIELD IL 60093 |
| ROSEWOOD APARTMENTS LIMITED PARTNERSHIP | ROSEWOOD APARTMENTS LIMITED PARTNERSHIP C/O BANNER APARTMENTS, LLC 770 FRONTAGE ROAD, SUITE 123 NORTHFIELD IL 60093 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, CAMANA BAY GRAND CAYMAN KY1-1206 CANADA |
| ROSSLYN INVESTORS I LLC | 10 EAST 53RD STREET 37TH FLOOR NEW YORK NY 10022 |
| ROSSLYN SERIES LLC | ATTN: ANTHONY WESTREICH ROSSLYN SERIES, LLC C/O MONDAY PROPERTIES 230 PARK AVENUE NEW YORK NY 10169 |
| ROSSLYN SERIES LLC | ROSSLYN SERIES, LLC C/O MONDAY PROPERTIES 230 PARK AVENUE NEW YORK NY 10169 |
| ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND LTD | 214 NORTH TYRON STREET, SUITE 3000 WASHINGTON DC 28202 |
| ROVIDA HOLDING LIMITED | C/O SOPRIS CAPITAL ADVISORS, LLC 314 SOUTH GALENA STREET, SUITE 300 ASPEN CO 81611 |
| ROYAL BANK AMERICA | 732 MONGOMERY AVENUE NARBERTH PA 19072 |
| ROYAL BANK OF CANADA | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ROYAL BANK OF CANADA | ATTN: GRAEME HEPWORTH THREE WORLD FINANCIAL CENTER 200 VESEY ST NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | ATTN: GRAEME HEPWORTH C/O RBC CAPITAL MARKETS THREE WORLD FINANCIAL CENTER NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | ATTN: MANAGER, CAPITAL MARKET PRODUCTS OPERATIONS 5TH FLOOR, NORTH TOWER, ROYAL BANK PLAZA 200 BAY STREET TORONTO, ONTARIO M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | 2ND FLOOR, ROYAL BANK PLAZA NORTH TOWER 200 BAY STREET TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | ROYAL BANK OF CANADA THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | ROYAL BANK PLAZA, NORTH TOWER 2ND FLOOR TORONTO , ONTARIO M5J 2JS CANADA |
| ROYAL BANK OF CANADA | THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | 200 BAY STREET, 2ND FLOOR ROYAL BANK PLAZA TORONTO, ONTARIO M5J 2W7 CANADA |
| ROYAL BANK OF SCOTLAND ASSET MANAGEMENT | RBS ASSET MANAGEMENT LTD. 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | ATTN: LEGAL DEPT. - DERIVATIVES DOCUMENTATION 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC | SWAPS ADMINISTRATION RBS GLOBAL BANKING #AMPER MARKETS LEVEL 4, 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | ATTN: SWAPS ADMINISTRATION RBS GLOBAL BANKING & MARKETS LEVEL 4, 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | 28 CAVENDISH SQUARE MARYLEBONE LONDON W1G 0DB UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | ATTN: SWAPS ADMINISTRATION C/O RBS FINANCIAL MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | C/O GREENWICH CAPITAL MARKETS , INC 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC (THE) | ATTN: SWAPS ADMINISTRATION RBS GLOBAL BANKING & MARKETS 135 BISHOP GATE, LEVEL 4 LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC (THE) | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL CHARTER PROPERTIES | NEW YORK PRESBYTERIAN HOSPITAL 161 FORT WASHINGTON HERBERT IRVING PAV., ROOM |

| Claim Name | Address Information |
| --- | --- |
| ROYAL CHARTER PROPERTIES | 1410 NEW YORK NY 10032 |
| ROYAL CHARTER PROPERTIES | ROYAL CHARTER PROPERTIES NEW YORK PRESBYTERIAN HOSPITAL 161 FORT WASHINGTON HERBERT IRVING PAV., ROOM 1410 NEW YORK NY 10032 |
| ROYAL CHARTER PROPERTIES   EAST INC | ATTN: MARK E. LARMORE, SVP ROYAL CHARTER PROPERTIES – EAST, INC. 525 EAST 68TH STREET NEW YORK NY 10021 |
| RR DONNELLEY & SONS COMPANY INC RETIREMENT BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RR DONNELLEY & SONS COMPANY INC RETIREMENT BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RR INVESTMENT COMPANY | ATTN:RANKINE MCMILLAN RR INVESTMENT COMPANY LIMITED C/O CAYMAN NATIONAL TRUST CO. P.O. BOX 10340 APO GRAND CAYMAN CANADA |
| RR INVESTMENT COMPANY | C/O CAYMAN NATIONAL TRUST CO. ELGIN AVENUE, GRAND CAYMAN CAYMAN ISLANDS, BWI CANADA |
| RTC (COMMINGLED EMPLOYEE BENEFIT FUNDS TRUST) RUSS | BOND FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RTC– RUSSELL TRUST COMPANYWORLD EQUITY FUND (7QGC) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RTC–RUSSELL TRUST COMPANY INTLEQUITY PLUS FUND (7Q | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RTE-EDF TRANSPORT SA | CENTRE NATIONAL D'EXPLOITATION DU SYSTEME 204, BOULEVARD ANATOLE FRANCE SAINT-DENIS CEDEX F 93206 FRANCE |
| RUBICON MASTER FUND | ATTN: HEAD OF OPERATIONS RUBICON FUND MANAGEMENT LLP 103 MOUNT STREET LONDON W1K 2TJ UNITED KINGDOM |
| RUBICON MASTER FUND | CATHERINE MCGUINNESS RUBICON FUND MANAGEMENT LLP 103 MOUNT STREET LONDON W1K 2TJ UNITED KINGDOM |
| RUBICON MASTER FUND | PO BOX 309GT UGLAND HOUSE SHOUD CHURCH STREET GRAND CAYMAN CANADA |
| RUBY 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2003-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2003-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2003-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2004-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2004-2 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2004-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2004-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2004-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2004-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2004-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2004-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2004-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2004-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2004-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2004-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2004-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2004-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2004-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2005-1 | CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-3 | 21045 |
| RUBY FINANCE 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-5 | ATTN: TOM GEARY/ ADRIAN WRAFTER AIB INTERNATIONAL CENTER INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-5 | DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2006-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-7 | 10286 |
| RUBY FINANCE 2006-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2007-3 | IL 60661 |
| RUBY FINANCE 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2007-6 | FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-7 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2008-01 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2008-01 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2008-01 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2008-01 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2008-01 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2008-01 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2008-01 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2008-01 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2008-01 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2008-01 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2008-01 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2008-01 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2008-01 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2008-01 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2008-01 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE 2008-01 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE PLC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE PLC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE PLC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE PLC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE PLC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE PLC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE PLC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE PLC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE PLC 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE PLC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE PLC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE PLC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE PLC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE PLC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUBY FINANCE PLC 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUSSELL ALPHA FUND PLC | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL ALPHA GLOBAL OPPORTUNITIES | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| RUSSELL ALPHA GLOBAL OPPORTUNITIES | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| RUSSELL AUSTRALIAN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL AUSTRALIAN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL COMMON TRUST CORE BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL GROUP OF FUNDS OVERSEAS EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| RUSSELL INSTITUTIONAL FUNDS LLC – RUSSELL CORE BON | C/O RUSSELL INSTITUTIONAL FUNDS MANAGEMENT LLC 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INSTITUTIONAL FUNDS LLC – RUSSELL INTERNAT | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INSURANCE FUNDS CORE BOND FUND | C/O FRANK RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INTERNATIONAL FUND WITH ACTIVE CURRENCY | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INTERNATIONAL GROWTH ACCOUNT | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT CO II PUBLIC LTD CO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO II PUBLIC LTD CO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME I FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME III FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME III FUND ATTN: LISA CAVALLARI RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS CLASS E | I FIXED INCOME III FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL INVESTMENT CO PLC – SBZ EURO BOND PORTFOLI | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| RUSSELL INVESTMENT COMPANY CONTINENTAL EUROPE FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY GLOBAL EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY II PLC – THE WORLD EQUI | GUILD STREET IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| RUSSELL INVESTMENT COMPANY III ACTIVE CURRENCY FUN | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME I FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME I FUND C/O RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND C/O RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | DURATION BOND FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL INVESTMENT COMPANY INVESTMENT | ATTN: LISA CAVALLARI RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA |

| Claim Name | Address Information |
|---|---|
| GRADE BOND F | 98402-5120 |
| RUSSELL INVESTMENT COMPANY INVESTMENT GRADE BOND F | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT COMPANY PLC EMERGING MARKETS EQ | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY PLC GLOBAL BOND FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | ATTN: LISA CAVALLARI FRANK RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL LONG DURATION FIXED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL LONG DURATION FIXED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL MULTI-MANAGER UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL MULTI-MANAGER UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| RUSSELL TRUST COMPANY INTERNATIONAL EQUITY PLUS FU | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL TRUST COMPANY LONG DURATION BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL TRUST COMPANY WORLD EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL TRUST FIXED INCOME II FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL TRUST FIXED INCOME II FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL/BWA/DAIMLERCHRYSLERMASTER RETIREMENT TRUST | ONE GLENDINNING PLACE WESTPORT CT 06880 |
| RUSSELL/FRIC PLC EMERGINGMARKETS EQUITY FUND | RUSSELL INVESTMENTS 909 A STREET TACOMA WA 98402 |
| RUSSELL/FRIM-RUSSELLALPHA FUND PLC | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| RUSSELL/FRS- NYN07NYSNA-NY NURSES ASSOC PENSION | 1 PINE WEST PLAZA WASHINGTON AVENUE EXTENSION ALBANY NY 12212 |
| RUSSELL/RUSSELL GLOBAL EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| RUTHERFORD HOSPITAL, INCORPORATED | 288 SOUTH RIDGECREST AVE. RUTHERFORDTON NC 28139 |
| RUTLAND REGIONAL MEDICAL CENTER | CHIEF FINANCIAL ADVISOR 160 ALLEN STREET RUTLAND VT 05701 |
| RUTLAND REGIONAL MEDICAL CENTER | 160 ALLEN STREET RUTLAND VT 05701 |
| RWE SUPPLY & TRADING GMBH | FOR NOTICES/ COMMUNATION ASIDE FROM CONFIRMATION RWE TRADING GMBH 2, HUYSSENALLEE ESSEN D-45128 GEORGIA |
| RWE TRADING GMBH | HEAD OF OPERATIONS RWE TRADING GMBH 2, HUYSSENALLEE D-45128 ESSEN GEORGIA |
| RWE TRANSPORTNETZ STROM GMBH | RHEINLANDDAMM 24 DORTMUND 44139 GEORGIA |
| RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED | MANAGER - RYE INVESTMENT MGMT C/O TREMONT PARTNERS, INC. 555 THEODORE FREMD AVENUE, C-300 NEW YORK NY 10580 |
| RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED | C/O TREMONT PARTNERS, INC. 555 THEODORE FREMD AVENUE, C-300 NEW YORK NY 10580 |
| S&P LICENSING FEE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| S&P LICENSING FEE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| S&P LICENSING FEE | MARKET STREET WILMINGTON DE 19890 |
| S&P LICENSING FEE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| S&P LICENSING FEE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| S&P LICENSING FEE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| S&P LICENSING FEE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| S&P LICENSING FEE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| S&P LICENSING FEE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| S&P LICENSING FEE | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| S&P LICENSING FEE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| S&P LICENSING FEE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| S&P LICENSING FEE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| S&P LICENSING FEE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| S&P LICENSING FEE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| S&P LICENSING FEE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SABADELL BS GARANTIA SUPERIOR 7, FI | BANSABADELL INVERSI?N, S.A., S.G.I.I.C CALLE SENA, 12 SANT CUGAT DEL VALL?S 8174 SPAIN |
| SABINE LOFTS HOUSTON LP | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF AMERICAS NEW YORK NY 10020 |
| SABMILLER PLC | 1 STANHOPE GATE LONDON EC1A 4NP UNITED KINGDOM |
| SAC ARBITRAGE FUND LLC | GENERAL COUNSEL S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC ARBITRAGE FUND LLC | S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC ARBITRAGE FUND LLC | HARRY JHO LLC LAWRENCE WU 10 EAST 38TH STREET, 7TH FLOOR NEW YORK NY 10016 |
| SAC CAPITAL ADVISORS LLC | C/O S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SAC CAPITAL ASSOCIATES LLC | 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC GLOBAL MACRO FUND LLC | PETER A. NUSSBAUM, GENERAL COUNSEL C/O S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SAC GLOBAL MACRO FUND LLC | C/O S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SACHER FUNDING LTD. | C/O BAWAG HOLDING GMBH C/O BAWAG P.S.K.BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT BEREICH BILANZEN -BIFB (RE) GEORG-COCH-PLATZ 2 A1018 WIEN AUSTRALIA |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: JIM TRACY 6201 S STREET - MS - B408 SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK OOSTERMAN 6301 S STREET - MS A404 SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK ALBERTER AND JULIE HALL MS A404, PO BOX 15830 MS A404, PO BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: ENERGY CREDIT MANAGER P. O. BOX 15830, B306 P. O. BOX 15830, B306 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: CHEIF FINANCIAL OFFICER P. O. BOX 15830, B408 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: ENERGY CREDIT MANAGER SACRAMENTO MUNICIPAL UTILITY DISTRICT P. O. BOX 15830, B306 SACRAMENTO CA 95852-1830 |

| Claim Name | Address Information |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK ALBERTER AND JULIE HALL SACRAMENTO MUNICIPAL UTILITY DISTRICT ENERGY SETTLEMENTS - MS A404, PO BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT (ISDA) | 6201 S STREET SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPALUTILITY DISTRICT | P.O. BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO, COUNTY OF | COUNTY ADMINISTRATION CENTER SACRAMENTO CA 95814 |
| SACRED HEART UNIVERSITY, INCORPORATED | 5151 PARK AVENUE FAIRFIELD CT 06825-1000 |
| SAFEWAY INC | ATTN: DOUG CONDON 5918 STONERIDGE MALL ROAD PLEASANTON CA 94588 |
| SAFEWAY INC | 5918 STONERIDGE MALL ROAD 5918 STONERIDGE MALL ROAD PLEASANTON CA 94588 |
| SAFIRA FUND SPC | ATTN: KIND ATTENTION: GROUP LEGAL SERVICES 16TH FLOOR ABSA TOWERS 160 MAIN STREET JOHANNESBURG SOMALIA |
| SAFIRA FUND SPC | 16TH FLOOR ABSA TOWERS 160 MAIN STREET JOHANNESBURG SOMALIA |
| SAFRA NATIONAL BANK OF NEW YORK | 546 FIFTH AVE NEW YORK NY 10036 |
| SAGA 400 LIMITED | STUART HOWARD THE SAGA BUILDING ENBROOK PARK FOLKESTONE KENT CT20 3SE UNITED KINGDOM |
| SAGA 400 LIMITED | THE SAGA BUILDING ENBROOK PARK FOLKESTONE KENT CT20 3SE UNITED KINGDOM |
| SAGAMORE CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAGAMORE CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAGAMORE CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAGAMORE CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAGAMORE CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAGAMORE CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAGAMORE CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAGAMORE CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAGAMORE CLO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAGAMORE CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAGAMORE CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAGAMORE CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAGAMORE CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAGAMORE CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAGAMORE CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAGAMORE CLO LTD. | INVESCO SENIOR SECURED MANAGEMENT, INC 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGEBRUSH OIL & GAS LLC | 400 W. ILLINOIS SUITE 950 MIDLAND TX 79701 |
| SAIL 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SAIL 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAIL 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAIL 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL 2005-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAIL 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SAIL 2005-2 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL ASSOCIATES, LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL ASSOCIATES, LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAIL ASSOCIATES, LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL ASSOCIATES, LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL ASSOCIATES, LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL ASSOCIATES, LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL ASSOCIATES, LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAIL ASSOCIATES, LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL ASSOCIATES, LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL ASSOCIATES, LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL ASSOCIATES, LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL ASSOCIATES, LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL ASSOCIATES, LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL ASSOCIATES, LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL ASSOCIATES, LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL TRUST 2005-2 | ATTN: ABSTRUST SERVICES GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SAIL TRUST 2005-2 | AURORA LOAN SERVICES, AS MASTER SERVICER 2530 SOUTH PARKER ROAD, SUITE 601 AURORA CO 80014 |
| SAILFISH MULTI-STRAT FIXED INCM MSTR FD(G2), LTD | SAILFISH CAPITAL PARTNERS LLC 225 HIGH RIDGE ROAD WEST BUILDING, 2ND FLOOR STAMFORD CT 06905 |
| SAINT JOHN'S COMMUNITIES | ATTN: CHEIF RISK OFFICER AND CHIEF LEGAL OFFICER RADIAN ASSET ASSURANCE INC 335 MADISON AVENUE NEW YORK NY 10017 |
| SAINT JOHN'S COMMUNITIES | ATTN: VP/ DIRECTOR OF FINANCE 1840 NORTH PROSPECT AVENUE MILWAUKEE WI 53202 |
| SAINT JOHN'S COMMUNITIES | 1840 NORTH PROSPECT AVENUE MILWAUKEE WI 53202 |
| SAINT JOHN'S COMMUNITIES, INC. | 1840 N. PROSPECT AVENUE MILWAUKEE WI 53202 |
| SAINT LOUIS UNIVERSITY | 221 NORTH GRAND BLVD. DUBOURG HALL, ROOM 202 SAINT LOUIS MO 63103 |
| SAINT LOUIS-PARKING | THE CITY OF ST. LOUIS, MISSORI 1200 MARKET STREET ROOM 220 ST. LOUIS MO 63013 |
| SAITAMA RESONA BANK, LIMITED | ATTN: KAZUHIKO AIBA 4-1 TOKIWA 7-CHOME SAITAMA 336-8668 JAPAN |
| SAITAMA RESONA BANK, LIMITED | 1-2 OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| SALEM FIVE CENTS SAVINGS BANK | 210 ESSEX ST SALEM MA 01970 |
| SALLY HECHINGER RUDOY, NANCY,JOHN, S. ROSS HECHING | 5215 MOORLAND LANE BETHESDA MD 20814 |

| Claim Name | Address Information |
| --- | --- |
| SALLY HECHINGER RUDOY, NANYCY, JOHN, S. HECHINGER | JUNE & JOHN HECHINGER CHAR LEADTST MR. JOHN HECHINGER 5215 MOORLAND LANE BETHESDA MD 20814 |
| SALOMON BROTHERS GLOBAL HIGH INCOME FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SALOMON SWAPCO INC. | SCOTT L FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| SALOMON SWAPCO INC. | CITI SWAPCO INC NEW YORK NY 10005 |
| SALOMON SWAPCO INC. | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWE | 1521 N. PROJECT DRIVE TEMPE AZ 85281-1298 |
| SALVATION ARMY EASTERN TERRITORY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SALVATION ARMY EASTERN TERRITORY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAMPO BANK PLC | UNIONKATU 22 PO BOX 1021 75 FINLAND |
| SAMSON CAPITAL ADVISORS LLC | SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEG C/O SAMSON CAPITAL ADVISORS LLC NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | MR. BEN THOMPSON C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | ATTN: BEN THOMPSON SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEG C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSUNG 2 STAR 2Y DERIVATIVES FUND 16-1 | SAMSUNG LIFE INSUR BLDG 36-1 YOIDO-DONG,YOUNGDEUN SEOUL 150-886 REUNION, ISLAND OF |
| SAMUEL ROBERTS NOBLE FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAMUEL ROBERTS NOBLE FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN ANTONIO TX (CITY OF) FIREM EN & POLICE PENSION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN ANTONIO TX (CITY OF) FIREM EN & POLICE PENSION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN BERNADINO, COUNTY OF | COUNTY OF SAN BERNARDINO CALIFORNIA 385 NORTH ARROWHEAD AVENUE SAN BERNARDINO CA 92415-0120 |
| SAN BERNARDINO COUNTY EMPLOYEES RETIREMENT ASSOCIA | RUSSELL IMPLEMENTATION SERVICES INC. 909 "A" STREET TACOMA WA 98402 |
| SAN DIEGO CA (CITY OF) EMPLOYEES' RETIREMENT SYSTE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (CITY OF) EMPLOYEES' RETIREMENT SYSTE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | 909 A STREET TACOMA WA 98402-5120 |
| SAN DIEGO COUNTY EMPLOYEES RETOREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO COUNTY EMPLOYEES RETOREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO FOUNDATION | SAN DIEGO FOUNDATION 11766 WILSHIRE BLVD.- SUITE 1580 LOS ANGELES CA 90025 |

| Claim Name | Address Information |
|---|---|
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | TERMINAL 2, 5TH FLOOR P.O. BOX 8097 SAN FRANCISCO CA 94128 |
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | ATTN: JOHN L. MARTIN P.O. BOX 8097 SAN FRANCISCO CA 94128 |
| SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SAN GABRIEL VALLEY SCHOOL | SAN GABRIEL UNIFIED SCHOOL DISTRICT 408 JUNIPERO SERRA DRIVE SAN GABRIEL CA 91776 |
| SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT | SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT 3401 CSM DRIVE SAN MATEO CA 94402-2699 |
| SAN REMO APARTMENTS, L.P. | ROBERTO RUIZ SAN REMO APARTMENTS 3777 E BROADWAY BLVD, STE 200 TUCSON AZ 85716 |
| SAN REMO APARTMENTS, L.P. | SAN REMO APARTMENTS, L.P. 3777 EAST BROADWAY BLVD. TUCSON AZ 85716 |
| SAN REMO APARTMENTS, L.P. | 3777 EAST BROADWAY BLVD. TUSCAN AZ 85716 |
| SAN REMO APARTMENTS, L.P. | LAW OFFICES OF WERNER MEYER 4700 N CENTRAL AVE STE 204 PHOENIX AZ 85012 |
| SANDRIDGE ENERGY, INC | 1601 N.W. EXPRESSWAY SUITE 1600 OKLAHOMA CITY OK 73118 |
| SANFORD HEALTH | ATTN: CHIEF FINANCIAL OFFICER 1305 WEST 18TH STREET PO BOX 5039 SIOUX FALLS SD 57717-5039 |
| SANFORD HEALTH | CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| SANKATY ADVISORS LLC | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES III LP | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES, L.P. | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY SPECIAL SITUATIONS I LP | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANLAM UNIVERSAL FUNDS PLC | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANLAM UNIVERSAL FUNDS PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANMINA SCI CORPORATION | SANMINA SCI CORPORATION 2700 NORTH FIRST STREET SAN JOSE CA 95134 |
| SANNO POINT CAPITAL MANAGEMENT LLC | C/O SANNO POINT CAPITAL MANAGEMENT LLC 623 FIFTH AVENUE, 16TH FLOOR SUITE A NEW YORK NY 10022 |
| SANTA BARBARA CA (COUNTY OF) | SANTA BARBARA COUNTY, PUBLIC WORKS DEPARTMENT 123 EAST ANAPAMU STREET SANTA BARBARA CA 93101 |
| SANTA CLARA UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANTA CLARA UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANTANDER AM SA SGIICA/C BANESTO GARANTIZADO OCASI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C BANIF ESTRUCTURADO FI | ACTING ON BEHALF OF BANIF ESTRUCTURADO AVDA CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION CON | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION CONSERV | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION MOD 2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION MODERAD | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO SUPERSELECCION DIVID | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER GEST DE ACTIVOSA/C FONDO 150 ANIVERSARIO | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER/BANESTO GARANTIZADO MULTIOPORT 4X4-2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/BANESTO GARANTIZADO | ATTN: ALICIA SANTOS LLAMAS CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE |

| Claim Name | Address Information |
|---|---|
| MULTIOPORTUNIDAD 4X4 | MADRID 28660 SPAIN |
| SANTANDER/BANESTO GARANTIZADODOBLE RENDIMIENTO FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/FONDO MULTIRENTABILIDAD FIM | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/FONDO SUPERSELECCIONACCIONES 2 FIM | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/SUPERFONDO EVOLUCION F I | CIUDAD GRUPO SANTANDER BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/SUPERSELECCIONDIVIDENDO 2 FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SAPHIR FINANCE 2005-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2005-12 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2006-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2006-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE 2006-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE 2006-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE 2006-8 | MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE 2006-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE 2006-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE 2006-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE 2006-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE 2006-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE 2006-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE 2006-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE 2006-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-11 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2004-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2004-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005 -11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-10 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-10 | WITH A COPY TO A NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-10 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-11 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-2 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-4 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-5 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-1 | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ADRIAN WRAFTER AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL C DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ADRIAN WRAFTER WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-2 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-5 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-5 | IL 60661 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-7 | FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2007-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2004-11 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-12 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2004-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2005-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2005-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-10 | STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-12 | FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-13 | STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-13 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| SAPHIR FINANCE PLC SERIES 2008-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPPHIRE COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPPORO NISHIMACHI YUGEN GAISYA | SAPPORO NISHIMACHI YUGEN KAISHA C/O ASIA PACIFIC LAND(JAPAN) LIMITED AKASAKA TAMEIKE TOWER, 9TH FLOOR 2-17-7 AKASAKA JAPAN |
| SAPPORO NISHIMACHI YUGEN KAISHA | C/O ASIA PACIFIC LAND (JAPAN) LIMITED AKASAKA TAMEIKE TOWER, 9TH FLOOR AKASAKA 2/17/2007 JAPAN |
| SARACEN ENERGY LP | ATTN: LEGAL DEPARTMENT SARACEN MERCHANT ENERGY LP FIVE GREENWAY PLAZA SUITE 1310 HOUSTON TX 77046 |
| SARACEN ENERGY LP | FIVE GREENWAY PLAZA SUITE 1310 HOUSTON TX 77046 |
| SARAH COMMUNITY DEVELOPMENT | SARAH COMUNITY DEVELOPMENTS SARAH K. GALLAGHER 703 EAST MORGAN STREET BOONVILLE MO 65233 |
| SARAH MOORE HOMES INC | DELAWARE COUNTY BANK BUILDING P.O. BOX 1040 DELAWARE OH 43015-7140 |
| SARASOTA COUNTY PUBLIC HOSPITAL BOARD | 1700 SOUTH TAMIAMI TRAIL SARASOTA FL 33579 |
| SARATOGA CLO I LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SARATOGA CLO I LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARATOGA CLO I LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARATOGA CLO I LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARATOGA CLO I LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARATOGA CLO I LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARATOGA CLO I LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARATOGA CLO I LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARATOGA CLO I LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARATOGA CLO I LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARATOGA CLO I LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARATOGA CLO I LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARATOGA CLO I LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARATOGA CLO I LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARATOGA CLO I LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2006-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SARM 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2006-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2006-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2006-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2006-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2006-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2006-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2006-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2006-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2006-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2006-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2006-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| SARM 2007-1 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SARM 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SARM 2008-1 | CLIENT MANAGER, SASCO SERIES 2008-1 WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SARM 2008-1B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2008-1B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2008-1B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2008-1B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2008-1B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2008-1B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2008-1B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2008-1B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2008-1B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2008-1B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2008-1B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| SARM LOAN TRUST SERIES 2004-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM LOAN TRUST SERIES 2004-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM LOAN TRUST SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM NIM1 2005 -19XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM NIM1 2005 -19XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM NIM1 2005 -19XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM NIM1 2005 -19XS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM NIM1 2005 -19XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM NIM1 2005 -19XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM NIM1 2005 -19XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM NIM1 2005 -19XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SARM NIM1 2005 –19XS | 10286 |
| SARM NIM1 2005 –19XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM NIM1 2005 –19XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM NIM1 2005 –19XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM NIM1 2005 –19XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM NIM1 2005 –19XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM NIM1 2005 –19XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM NIM1 2005 –19XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2002-NP1 | WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO 2003-NP1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2003-NP1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2003-NP1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2003-NP1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2003-NP1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2003-NP1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2003-NP1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2003-NP1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2003-NP1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2003-NP1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2003-NP1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2003-NP1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2003-NP1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2003-NP1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2003-NP1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-NC1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-NC1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-NC1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-NC1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|------------|---------------------|
| SASCO 2005-NC1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-NC1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-NC1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-NC1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-NC1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-NC1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-NC1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-NC1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-NC1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-NC1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-NC1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-RF2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-RF3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-WF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-WF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-WF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-WF1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-WF1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-WF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-WF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-WF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-WF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-WF1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-WF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-WF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-WF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-WF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-WF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2007-EQ1 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO 2007-EQ1 | STRUCTURED FINANCE – SASCO 2007-EQ1 U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| SASCO 2007-EQ1 | CLIENT MANAGER – SASCO 2007-EQ1 WELLS FARGO BANK, NA 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO NIM 2005-9XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SASCO NIM 2005-9XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO NIM 2005-9XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO NIM 2005-9XS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO NIM 2005-9XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO NIM 2005-9XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO NIM 2005-9XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO NIM 2005-9XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO NIM 2005-9XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO NIM 2005-9XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO NIM 2005-9XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO NIM 2005-9XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO NIM 2005-9XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO NIM 2005-9XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO NIM 2005-9XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2005-RF6 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2005-RF6 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2005-RF6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2005-RF6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2005-RF6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2005-RF6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2005-RF6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2005-RF6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2005-RF6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2005-RF6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2005-RF6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2005-RF6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2005-RF6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2005-RF6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2005-RF6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2005-RF6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2005-RF6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2006 RF-2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2006 RF-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2006 RF-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2006 RF-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2006 RF-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2006 RF-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2006 RF-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2006 RF-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2006 RF-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-4 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2006 RF-4 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2006 RF-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2006 RF-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2006 RF-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2006 RF-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2006 RF-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2006 RF-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2006 RF-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2006 RF-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2006 RF-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2007 RF-1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2007 RF-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2007 RF-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2007 RF-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2007 RF-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2007 RF-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2007 RF-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2007 RF-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2007 RF-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2007 RF-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2007 RF-2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2007 RF-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2007 RF-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2007 RF-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2007 RF-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2007 RF-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2007 RF-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2007 RF-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2007 RF-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2008 RF-1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2008 RF-1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2008 RF-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2008 RF-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2008 RF-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2008 RF-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2008 RF-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2008 RF-1 | 02116 |
| SASCO SERIES 2008 RF-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2008 RF-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2008 RF-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2008 RF-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2008 RF-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2008 RF-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2008 RF-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2008 RF-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2008 RF-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2008 RF-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO, SERIES 2005-RF2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF3 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF3 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF4 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF4 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF5 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF5 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO, SERIES 2005-RF5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO, SERIES 2005-RF5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO, SERIES 2005-RF5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO, SERIES 2005-RF5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO, SERIES 2005-RF5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO, SERIES 2005-RF5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| SASCO, SERIES 2005-RF5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO, SERIES 2005-RF5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO, SERIES 2005-RF5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO, SERIES 2005-RF5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO, SERIES 2005-RF5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO, SERIES 2005-RF5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO, SERIES 2005-RF5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | ATTN: BRIAN KRIFFCHER C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | ATTN: SIMON RAYKHER, GEN COUNSEL C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SAVANNAH ILA EMPLOYERS PENSION PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| SBA COMMUNICATION CORPORATION | 5900 BROKEN SOUND PARKWAY NORTHWEST BOCA RATON FL 33487 |
| SBA- BANK LATVIA MBSC/O SMITH BREEDEN ASSOCIATES | K. VALDEMARA IELA 2A RIGA LV-1050 LAO PEOPLE'S DEMOCRATIC REPUBLIC |
| SBC MASTER PENSION TRUST | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR SUMTE | DISTRICT 17 1300 KING STREET BEAUFORT SC 29902-4936 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR WILLI | DISTRICT 1300 KING STREET BEAUFORT SC 29902-4936 |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK - NORWAY - SW | ATTN: VICE PRESIDENT, SAS CORPORATE FUEL MANAGEMENT SE-195 87 STOCKHOLM SWEDEN |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK - NORWAY - SW | ERIK HELLNERS (LEGAL) FR??SUNDAVIKS ALL?? 1, SOLNA FR??SUNDAVIKS ALL?? 1, SOLNA STOCKHOLM 195 87 SWEDEN |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN | SAS, DEPARTMENT STOET STOCKHOLM SE-195 87 SWEEDEN |
| SCEPTICUS LP | ATTN: GREG HADDAD AND ABENA AYEH C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL. RED BANK NJ 07701 |
| SCEPTICUS LP | 5956 SHERRY LANE, SUITE 1350 DALLAS TX 75225 |
| SCH GESTION SGIIC SAA/C SANTANDER 150 ANIV 2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCH GESTION SGIIC SAA/C SANTANDER DECISION CONSERV | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCH GESTION SGIIC SAA/C SANTANDER DECISION MODERAD | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCHERING PLOUGH CORPORATION RETIREMENT TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| SCHEURER HOSPITAL | 170 NORTH CASEVILLE ROAD PIGEON 48755 |
| SCHILLER PARK CLO | CDO BUSINESS UNIT - SCHILLER PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| SCHILLER PARK CLO | CDOMONITORING@MOODYS.COM MOODY#APPOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| SCHILLER PARK CLO | SCDO_SURVEILLANCE@SANDP.COM STANDARD #AMPER POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |

| Claim Name | Address Information |
|---|---|
| SCHILLER PARK CLO | SCHILLER PARK CLO LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SCHILLER PARK CLO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SCHILLER PARK CLO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SCHILLER PARK CLO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SCHILLER PARK CLO | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SCHILLER PARK CLO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SCHILLER PARK CLO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SCHILLER PARK CLO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SCHILLER PARK CLO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SCHILLER PARK CLO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SCHILLER PARK CLO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SCHILLER PARK CLO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SCHILLER PARK CLO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SCHILLER PARK CLO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SCHILLER PARK CLO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SCHILLER PARK CLO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SCHIPHOL NEDERLAND B.V. | EVERT VAN DE BEEKSTRAAT 2002 SCHIPHOL 1118 THAILAND |
| SCHLUMBERGER MASTER PROFIT SHARING TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SCHLUMBERGER MASTER PROFIT SHARING TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SCHOELLHORN, ROBERT | STEVE JAKUBOWSKI 77 WEST WACKER DRIVE, SUITE 4800 CHICAGO IL 60601-1812 |
| SCHOELLHORN, ROBERT | ATTN: ROBERT A SCHOELLHORN MARATHON COACH 91333 COBURG INDUSTRIAL WAY COBURG OR 97408-9492 |
| SCHOELLHORN, ROBERT | ROBERT A SCHOELLHORN MARATHON COACH 91333 COBURG INDUSTRIAL WAY COBURG OR 97408-9492 |
| SCHRODER & CO LIMITED | PHILIPPA O#APPOSSULLIVAN, LAWYER, PRIVATE BANKING 100 WOOD STREET LONDON EC2V 7ER UNITED KINGDOM |
| SCHRODER & CO LIMITED | ATTN: PHILIPPA O'SULLIVAN, LAWYER, PRIVATE BANKING 100 WOOD STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER & CO LIMITED | 100 WOOD STREET LONDON EC2V 7ER UNITED KINGDOM |
| SCHRODER INV MGMT LTDA/C SAS AGRICULTURE FUND | 31 GRESHAM STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER INV MGMT LTDA/C SAS COMMODITY FUND | 31 GRESHAM STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC | 875 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10022-6225 |

| Claim Name | Address Information |
|---|---|
| SCHRODER US HOLDING INC | 131 FRONT STREET HAMILTON, HM BELGIUM |
| SCHRODER US HOLDING INC | 31 GRESHAM STREET LONDON EC2V7QA UNITED KINGDOM |
| SCHWAB INSTITUTIONAL FIXED INCOME TRUST FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SCOGGIN WORLDWIDE FUND LTD | 660 MADISON AVENUE, FLOOR 20 NEW YORK NY 10021 |
| SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SCUDDER 10009/KEMPER STRATEGICINCOME FUND | SCUDDER INVESTOR SERVICES, INC. C/O SCUDDER KEMPER INVESTMENTS, INC. TWO INTERNATIONAL PLACE BOSTON MA 02210-4103 |
| SCUDDER 17019 / BT PYRAMID INTL EQUITY FUND | DEUTSCHE ASSET MANAGEMENT MS NYC02-3100 NEW YORK NY 10006 |
| SCUDDER 17021 / RJ REYNOLDS TOBACCO HOLDINGS INC | DEUTSCHE ASSET MANAGEMENT MS NYC02-3100 NEW YORK NY 10006 |
| SCUDDER 17022 / SECURITY EQUITY FUND-INTERNATIONAL | DEUTSCHE ASSET MANAGEMENT NEW YORK NY 10006 |
| SCUDDER 17024/SEMPRA | SEMPRA ENERGY CORPORATE HEADQUARTERS 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SCUDDER STRATEGIC INCOME FUND | ATTN: JOSEPH P.BEIMFORD KEMPER STRATEGIC INCOME FUND CHICAGO IL 60603 |
| SEABROOK VILLAGE INC | C/O ERICKSON RETIREMENT COMMUNITIES, LLC 701 MAIDEN CHOICE LANE BALTIMORE    MD 21228 |
| SEALED AIR CORPORATION | 200 RIVERFRONT BOULEVARD ELMWOOD PARK NJ 07407 |
| SEALINK FUNDING LIMITED | ATTN: LEGAL GROUP 101 BARCLAY STREET 4 EAST NEW YORK NY 10286 |
| SEALINK FUNDING LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SEALINK FUNDING LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SEALINK FUNDING LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SEALINK FUNDING LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SEALINK FUNDING LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEALINK FUNDING LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SEALINK FUNDING LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SEALINK FUNDING LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SEALINK FUNDING LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SEALINK FUNDING LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SEALINK FUNDING LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SEALINK FUNDING LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEALINK FUNDING LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEALINK FUNDING LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SEALINK FUNDING LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEARS INTERMEDIATE BOND FUND | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| SEARS, ROEBUCK AND CO. | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| SEARS, ROEBUCK AND CO. | CA 91105 |
| SEARS, ROEBUCK AND CO. | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | DIVERSIFIED GROWTH  PORTFOLIO ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | DIVERSIFIED GROWTH  PORTFOLIO ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | PORTFOLIO PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| SEAT PAGINE GIALLE SPA | VIA A. SAFFI, 18 TORINO 10138 ITALY |
| SEATTLE PACIFIC UNIVERSITY | ATTN: MARC L. BARRECA 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | ATTN: MARC L. BARRECA K 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | 3307 THIRD AVENUE WEST, SUITE 103 SEATTLE WA 98119-1922 |
| SEB AG | MB SUPPORT ULMENTSTRABE 30 FRANKFURT AM MAIN 60325 GEORGIA |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 GLOBAL TRUST SERVICES - STRUCTURED FINANCE UNIT THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD SERIES 2007-1 FEDERATED A-1, C/O MAPLES FINANCE LT P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 GLOBAL TRUST SERVICES - STRUCTURED FINANCE UNIT THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 SPRCL SPC FOR SERIES 2007-1 FEDERATIONA-2 C/O MAPLES FINANCE LTD P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | FEDERATION A1 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | FEDERATION A2 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITY EQUITY FUND INTERNATIONAL SERIES | ATTN: DEAM LEGAL DEPT. C/O WILLIAM BUTTERLY, ESQ DEUTSCHE ASSET MANAGEMENT NEW YORK NY 10006 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY INC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY INC | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SECURITY LIFE OF DENVERINSURANCE COMPANY INC | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAVID J KOLIBACHUK US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC | SERIES 2007-1 D FORCE C/O MAPLES FINANCE LIMITED PO BOX #1093 – GT QUEENSGATE |

| Claim Name | Address Information |
|---|---|
| SERIES 2007- | HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FI | ATTN: MIKE PIDHIRSKY - ADVISOR SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FI | SEI GLOBAL FUND SERVICES STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| SEI GLOBAL MASTER FUND PLC - | SEI GLOBAL OPPORTUNISTIC FIXED INCOME FUND ATTN: MIKE PIDHIRSKY - ADVISOR C/O SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED I | ATTN: MIKE PIDHIRSKY - ADVISOR SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED I | SEI GLOBAL FUND SERVICES STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCO | ATTN: MIKE PIDHIRSKY - ADVISOR C/O SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCO | STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| SEI GLOBAL MASTER FUND PLC - SEI GLOBAL OPPORTUNIS | FUND SEI GLOBAL FUND SERVICES STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCO | 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES CA 90025 |
| SEI INSTITUTIONAL INTERNATIONAL TRUST FIXED INCOME | RECORD CURRENCY MANAGEMENT LTD. MORGAN HOUSE MADEIRA WALK WINDSOR SL4 1EP BERKSHIRE UNITED KINGDOM |
| SEI INSTITUTIONAL INVESTMENTS TRUST | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 |

| Claim Name | Address Information |
|---|---|
| CORE FIXED INC | LOS ANGELES CA 90025 |
| SEI INSTITUTIONAL MANAGED TRUST CORE FIXED INCOME | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| SELECTINVEST PORTABLE ALPHA FUND SPC - SEGREGATED | ATTN: ELENA MADARIAGA 30 ROCKEFELLER CENTER, SUITE 2800 NEW YORK NY 10112 |
| SELECTINVEST PORTABLE ALPHA FUND SPC - SEGREGATED | REGATTA OFFICE PARK - WEST BAY RD, 2ND FL P.O. BOX 31105 SBM GRAND CAYMAN CANADA |
| SEMBLER INVESTMENTS, INC. | SEMBLER INVESTMENTS 11300 4TH STREET NORTH ST. PETERSBURG FL 33716 |
| SEMPRA ENERGY | 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SEMPRA ENERGY | C/O DEUTSCHE ASSET MANAGEMENT 130 LIBERTY STREET NEW YORK NY 10006 |
| SEMPRA ENERGY SOLUTIONS | ATTN: LEGAL 101 ASH STREET, HQ9 SAN DIEGO CA 92101-3017 |
| SEMPRA ENERGY SOLUTIONS | ATTN: JAMES WOOD 401 WEST A STREET, SUITE 500 SAN DIEGO CA 92101 |
| SEMPRA ENERGY SOLUTIONS | ATTN: LEGAL 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA ENERGY SOLUTIONS | RBS SEMPRA COMMODITIES 401 WEST A STREET, SUITE 500 SAN DIEGO CA 92101 |
| SEMPRA ENERGY TRADING LLC | ATTN: LEGAL, RICH BEITLER 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA ENERGY TRADING LLC | 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA GENERATION | ATTN: ENERGY SUPPLY 101 ASH STREET, HQ14D SAN DIEGO CA 92101-3017 |
| SEMPRA GENERATION | 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SEMPRA GENERATION (EEI) | 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SEMPRA OIL TRADING SARL | ATTN: LEGAL 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA OIL TRADING SARL | 15-17 RUE DU CENDRIER GENEVA CH-1211 SWITZERLAND |
| SENOKO POWER LIMITED | 111 SOMERSET ROAD, #5-06 238164 SLOVENIA |
| SENTARA HEALTH SYSTEM EMPLOYEES RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| SENTARA HEALTHCARE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SENTARA HEALTHCARE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SEQUA CORP | ATTN: JIM LANGELOTTI 200 PARK AVENUE NEW YORK NY 10017 |
| SEQUA CORP | C/O CHATHAM FINANCIAL CORPORATION KENNETT SQUARE PA 19348 |
| SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAVID J. KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SESI LLC | SUPERIOR ENERGY SERVICES, INC. 601 POYDRAS ST., SUITE 2400 NEW ORLEANS LA 70130 |
| SESI LLC | 1105 PETERS ROAD HARVEY LA 70058 |
| SESTANTE FINANCE SRL | VIA BORROMEI 5 MILAN MILAN 20123 ITALY |
| SG AM AI HOLDINGS INC OBO SG AM AI EC V | ATTN: STEVEN CARLINO C/O SG ASSET INVESTMENT MANAGEMENT INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SG AM AI HOLDINGS INC OBO SG AM AI EC V | C/O SG ASSET INVESTMENT MANAGEMENT INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SHANDS TEACHING HOSPITAL & CLINICS | TRUSTEE FOR FIRST UNION 225 WATER STREET JACKSONVILLE FL 32202 |
| SHANNON HEALTH SYSTEM | 120 EAST HARRIS STREET SAN ANGELO TX 76903 |
| SHARP HEALTHCARE SYSTEM | ATTN: LEGAL DIVISION SHARP HEALTHCARE 8695 SPECTRUM CENTER BLVD. SAN DIEGO CA 92123-1489 |
| SHARP HEALTHCARE SYSTEM | 8695 SPECTRUM CENTER COURT – 1ST FLOOR SAN DIEGO CA 92123-1489 |
| SHELBY EASTERN SCHOOLS INC | 2451 NORTH 600 EAST SHELBYVILLE IN 46176 |
| SHELL BRUNEI PROVIDENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI PROVIDENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI RETIREMENT BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI RETIREMENT BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL ENERGY NORTH AMERICA (US) LP | SHELL ENERGY NORTH AMERICA 4445 EASTGATE MALL, SUITE 100 SAN DIEGO CA 92121 |
| SHELL ENERGY NORTH AMERICA (US) LP | 4445 EASTGATE MALL, SUITE 100 SAN DIEGO CA 92121 |
| SHELL ENERGY NORTH AMERICA (US) LP | JENNIFER M. GORE 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL ENERGY NORTH AMERICA (US) LP | GENERAL COUNSEL CORAL ENERGY HOLDING, L.P. HOUSTON TX 77010 |
| SHELL ENERGY NORTH AMERICA (US) LP | CORAL ENERGY HOLDING, L.P. HOUSTON TX 77010 |
| SHELL ENERGY TRADING LTD | 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | SHELL HOUSE #04-0C 83 CLEMENCEAU AVENUE 239920 SLOVENIA |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHELL PENSION TRUST ACCOUNT | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT BIRDGEWATER ASSOCIATES, INC. ONE GELNDINNING PLACE WESTPORT CT 06880 |
| SHELL PENSION TRUST ACCOUNT | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SHELL PENSION TRUST ACCOUNT | SHELL PENSION TRUST 910 LOUISIANA STREET HOUSTON TX 77002 |
| SHELL TRADING (US) COMPANY | ATTN: PAUL B. TURNER 1114 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036-7703 |
| SHELL TRADING (US) COMPANY | 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: J.K. KOSIM 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | 909 FANNIN ST HOUSTON TX 77010 |

| Claim Name | Address Information |
|---|---|
| SHELL TRADING INTERNATIONAL LIMITED | ATTN: MIKE OAKLEY SHELL CENTRE YORK ROAD LONDON LONDON UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LIMITED | MIKE OAKLEY SHELL CENTRE YORK ROAD LONDON LONDON UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LTD | 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 6000 MAHONING AVENUE SUITE 410 YOUNGSTOWN PA 44515 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHIN KONG LIFE INSURANCE CO LTD | 66 CHUNG-HSIAO W. RD SEC 1 TAPEI TAIWAN |
| SHIN KONG LIFE INSURANCE CO LTD | 37F, 66, SEC. 1, CHUNG-HSIAO W. ROAD TAIPEI TAIWAN |
| SHINHAN BANK | 120, 2-GA, TAEPYUNG-RO, JUNG-GU, SEOUL 100-102 KOREA, REPUBLIC OF |
| SHINKIN CENTRAL BANK | ATTN: YOICHI TOBITSUKA, GENERAL MANAGER SHINKIN CENTRAL BANK TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU 103-0028 |
| SHINKIN CENTRAL BANK | TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU, TOKYO 103-0028 JAPAN |
| SHINKIN CENTRAL BANK | SHINKIN CENTRAL BANK INVESTOR & PUBLIC RELATIONS OFFICE 3-7. YAESU 1-CHOME CHUO-KU, TOKYO 103-0028 |
| SHINKIN CENTRAL BANKFOREIGN EXCHANGE DEPT | ATTN: YOICHI TOBITSUKA, GENERAL MANAGER SHINKIN CENTRAL BANK TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU TOKYO 103-0028 JAPAN |
| SHINSEI BANK, LIMITED | 1-8, UCHISAIWAICHO 2-CHOME CHIYADO-KU, TOKYO 100-8501 |
| SHINYOUNG SECURITIES CO.,LTD. | SHINYOUNG SECURITIES CO. LTD SHINYOUNG BUILDING 34-8, YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 151-010 REUNION, ISLAND OF |
| SHIPROCK FINANCE, SPC SF1 | FOUR CORNERS CAPITAL MGMT, LLC AS ASSET MGR FOR SHIPROCK FINANCE SPC - SF-1 SEGREGATED PORTFOLIO 515 SOUTH FLOWER STREET, SUITE 4310 LOS ANGELES CA 90071 |
| SHIPROCK FINANCE, SPC SF1 | THE DIRECTORS SHIPROCK FINANCE, SPC, SF-1 SEGREGATED PORTFOLIO WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| SHIPROCK FINANCE, SPC SF1 | LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| SHIZUOKA BANK, LTD | 7-2 NIHONBASHIHONCHO 3-CHOME CHUO-KU, TOKYO 103-0023 JAPAN |
| SHOKO CHUKIN BANK - THE | ATTN: TREASURY/KENICHI HIRANO 10-17 YAESU 2-CHOME CHUO-KU TOKYO 104-0028 JAPAN |
| SHOKO CHUKIN BANK - THE | 10-17 YAESU 2-CHOME CHUO-KU TOKYO 104-0028 JAPAN |
| SHOOTER MULTI-STRATEGY MASTER FUND (THE) | DAVID BEDDINGTON SHOOTER FUND MANAGEMENT LLP BUSINESS DESIGN CENTRE UPPER STREET, ISLINGTON LONDON N1 0QH UNITED KINGDOM |
| SHOOTER MULTI-STRATEGY MASTER FUND (THE) | C/O QUORUM INTERNATIONAL P.O. BOX HM 796 HAMILTON HM CX BELGIUM |
| SHORT CREDIT MASTER FUND LP | ATTN: ANDREW LAHDE LAHDE CAPITAL MANAGEMENT LP 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | ATTN: ANDY SPRINGER, CFA LAHDE CAPITAL MANAGEMENT, LLC 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | ANDY SPRINGER, CFA WITH A COPY TO: LAHDE CAPITAL MANAGEMENT, LLC SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | LAHDE CAPITAL MANAGEMENT LP 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHROPSHIRE COUNTY PENSION FUND | 909 A STREET TACOMA WA 98402-5120 |
| SIEMENS AG | ATTN: MR. PETER RUPPRECHT WITTELSBACHERPLATZ NO.2 D-8000 MUNICH D-8000 GEORGIA |
| SIEMENS AG | WITTELSBACHER PLATZ MUNICH D-80333 D-80333 GEORGIA |
| SIEMENS CORPORATION | 170 WOOD AVENUE SOUTH ISELIN NJ 08830 |
| SIENNA PROPERTY HOLDINGS LLC | SIENNA HOLDINGS LLC 4938 HAMPDEN LANE BETHESDA MD 20814 |
| SIERRA PACIFIC POWER CO | NV ENERGY 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| SIERRA PACIFIC POWER CO (ISDA) | 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| SIERRA PACIFIC POWER COMPANY | ATTN: MANAGER, CONTRACT ADM, MS#26A SIERRA PACIFIC POWER COMPANY 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| SIERRA PACIFIC RESOURCES DEFINED BENEFIT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIERRA PACIFIC RESOURCES DEFINED | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| BENEFIT PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SIERRA PACIFIC RESOURCES DEFINED BENEFIT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIERRA VISTA COMMUNITY HOSPITAL | SIERRA VISTA REGIONAL HEALTH CENTER 300 EL CAMINO REAL SIERRA VISTA AZ 85635 |
| SIGMA CAPITAL ASSOCIATES LLC | PETER A. NUSSBAUM, GENERAL COUNSEL C/O SIGMA CAPITAL MANAGEMENT, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SIGMA CAPITAL ASSOCIATES LLC | C/O SIGMA CAPITAL MANAGEMENT, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SILVER LAKE CREDIT FUND LP | KAREN KING, GENERAL COUNSEL 2775 SAND HILL ROAD, SUITE 100 MENLO PARK CA 94025 |
| SILVER LAKE CREDIT FUND LP | ATTN: GABBY BORLONGAN ELMA, ADMINISTRATION MANAGER C/O SILVER LAKE FINANCIAL ASSOCIATES, L.P. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER LAKE CREDIT FUND LP | GABBY BORLONGAN ELMA, ADMINISTRATION MANAGER C/O SILVER LAKE FINANCIAL ASSOCIATES, L.P. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER LAKE CREDIT FUND LP | 2775 SAND HILL ROAD, SUITE 100 MENLO PARK CA 94025 |
| SILVER POINT CAPITAL FUND, L.P. | JEFFREY A. GELFAND, CHIEF FINANCIAL OFFICER C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | JEFFREY A. GELFAND, CHIEF FINANCIAL OFFICER C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SIMGEST SOCIETA DI INTERMEDIAZIONE MOBILIARE SPA | VIA CAIROLI 11 ITALY |
| SIMMONS COLLEGE | HUMBERTO GONCALVES 300 THE FENWAY BOSTON MA 02115 |
| SIMMONS COLLEGE | OFFICE OF THE SENIOR VICE PRESIDENT, FINANCE AND ADMINISTRATION, AND TREASURER 300 THE FENWAY BOSTON MA 02115-5898 |
| SIMMONS COLLEGE | 300 THE FENWAY BOSTON MA 02115 |
| SIMONS PETROLEUM INC | 1120 N.W. 63RD STREET, SUITE 300 OKLAHOMA CITY OK 73116 |
| SIMPSON MEADOWS | 150 MONUMENT ROAD SUITE 405 BALA CYNMYD PA 19004 |
| SINGAPORE AIRLINES LIMITED | 8-D AIRLINE HOUSE 25 AIRLINE ROAD 819829 SLOVENIA |
| SINGAPORE PETROLEUM COMPANY LIMITED | 1 MARITIME SQUARE #10-10 HARBOURFRONT CENTRE 99253 SLOVENIA |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SISAL SPA | AREA GIOCHI HOLDING S.P.A. VIA DEL LAURO 7 MILAN 20121 ITALY |
| SISTERS OF CHARITY OF LEAVENWORT HEALTH SYSTEM | C/O CAIN BROTHERS NEW YORK NY 10017 |
| SISTERS OF CHARITY OF LEAVENWORT HEALTH SYSTEM | 9801 RENNER BOULEVARD LENEXA KS 66219 |
| SISTERS OF MERCY HEALTH SYSTEM ST LOUIS INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SISTERS OF MERCY HEALTH SYSTEM ST LOUIS INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SISTERS OF PROVIDENCE HEALTH SYSTEM INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIXTH GEAR SOLUTIONS CORP | 1212 AVENUE OF THE AMERICAS 17TH FLOOR NEW YORK NY 10036 |
| SJL MOORE LTD | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| SK ENERGY CO. LTD. | ATTN: PETROLEUM TRADING OPERATION TEAM 99, SEORIN-DONG, JONGRO-GU SEOUL |

| Claim Name | Address Information |
|---|---|
| SK ENERGY CO. LTD. | 110-110 REUNION, ISLAND OF |
| SK ENERGY CO. LTD. | 99, SEORIN-DONG, JONGRO-GU SEOUL 110-110 KOREA |
| SKANDIA GLOBAL FUNDS PLC – SKANDIA EMERGING MARKET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SKANDIA GLOBAL FUNDS PLC – SKANDIA EMERGING MARKET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SKANDINAVISKA ENSKILDA BANKEN | STOCKHOLM S-106 SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | LONDON BRANCH SCANDINAVIAN HOUSE 2/6 CANNON STREET LONDON EC4M 6XX UNITED KINGDOM |
| SKYPOWER CORPORATION | 250 YONGE STREET, 16TH FLOOR TORONTO ON M5B 2L7 CANADA |
| SLM CORPORATION | SLM CORPORATION, ATT: VP, FINANCE C/O SALLIE MAE, INC. 12061 BLUEMONT WAY MDC V7444 RESTON VA 20190 |
| SLM CORPORATION | C/O SALLIE MAE, INC. 12061 BLUEMONT WAY MDC V7444 RESTON VA 20190 |
| SLM STUDENT LOAN TRUST 2004-1 | C/O SALLIE MAE, INC. 12061 BLUEMONT WAY, MDC V7444 RESTON VA 20190 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SLM STUDENT LOAN TRUST 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SMA RELATIONSHIP TRUST-SERIES A | ATTN: MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| SMA RELATIONSHIP TRUST-SERIES A | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| SMA RELATIONSHIP TRUST-SERIES A | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| SMA RELATIONSHIP TRUST-SERIES A | UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET EC3 V 9AH UNITED KINGDOM |
| SMAMC 1000 STANDISH MELLON FIXED INCOME | C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET |

| Claim Name | Address Information |
|---|---|
| FUND | BOSTON MA 02108-4408 |
| SMAMC 10040 TRUSTEES OF DONATIONS EPISCOPAL CHURCH | ATTN: PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | STANDISH AYER 1 FINANCIAL CENTER, 24TH FLOOR BOSTON MA 02111 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | ATTN: ALEX B OVER, MANAGING DIRECTOR C/O STANDISH MELLON ASSET MANAGEMENT COMPANY BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | NORTH SLOPE BOROUGH P.O. BOX 69 BARROW AK 99723 |
| SMAMC 1388 DEERFIELD ACADEMY | ATTN: TOM HANLON; PETER TROJANO C/O  BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1388 DEERFIELD ACADEMY | ATTN: PETER TROJANO, ESQ STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 3653 BELL ATLANTICMASTER TR DOMESTIC FIX INC | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 3653 BELL ATLANTICMASTER TR DOMESTIC FIX INC | BNY MELLON ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 449 NISOURCE INC. MASTER RETIREMENT TRUST | STANDISH MELLON ASSET MGMT CO. LTD. ONE FINANCIAL CENTER BOSTON MA 02111 |
| SMAMC 6000 IMPROVED RET PL FOR EMPLYS OF NOLAND CO | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 6001 GREER INDUSTRIES, INC. | STANDISH MELLON ASSET MGMT CO. LTD. ONE FINANCIAL CENTER BOSTON MA 02111 |
| SMAMC 820 R.I. SOUND ENTERPRISES INSURANCE CO. LTD | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 827 INVESTORS MARK SERIES FD-GLOBAL FIX IN P | ATTN: ALEX B. OVER, MANAGING DIRECTOR C/O STANDISH MELLON ASSET MANAGEMENT CO, LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 834 W.R. GRACE & CO. MASTER RETIREMENT TRUST | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 834 W.R. GRACE & CO. MASTER RETIREMENT TRUST | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 849 BLACK & DECKER DEF. BEN. PLAN MASTER TR. | ATTN: PETER TROJANO BNY MELLON ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 849 BLACK & DECKER DEF. BEN. PLAN MASTER TR. | ATTN: TOM HANLON C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 8524 CHILDRENS HOSPITAL FIXED | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 940 TXU RETIREMENT PLAN | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 940 TXU RETIREMENT PLAN | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMBC CAPITAL MARKETS, INC. | 277 PARK AVENUE-5TH FL. NEW YORK NY 10172 |
| SMITH BARNEY CORE PLUS BOND FUND INC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SMITH BARNEY CORPORATE TRUST COMPANY | BRANDYWINE GLOBAL INVESTMENT MANAGEMENT, LLC C/O SMITH BARNEY CORPORATE TRUST COMPANY 2929 ARCH STREET, 8TH FLOOR PHILADELPHIA PA 19103 |
| SMITH BARNEY CORPORATE TRUST COMPANY | C/O BRANDYWINE GLOBAL INVESTMENT MANAGEMENT, LLC 2929 ARCH STREET, 8TH FLOOR PHILADELPHIA PA 19104 |
| SMITH BARNEY DIVERSIFIED STRATEGIC INCOME FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | C/O SMITH BREEDEN CREDIT MASTER LTD. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN CREDIT MASTER LTD | LEGAL – RE: SMITH BREEDEN CREDIT MASTER LTD. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN CREDIT MASTER LTD | 280 SOUTH MANGUM STREET- SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN CREDIT MASTER LTD | 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN INVESTMENT GRADE CORE | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPITAN LIFE INSURANCE |

| Claim Name | Address Information |
|------------|---------------------|
| BOND MASTER LT | COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | METROPOLITAN LIFE INSURANCE COMPANY - ACCT NO. 389 C/O SMITH BREEDEN ASSOCIATES, INC. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN/PRUDENTIAL SEP ACC VCA-GI-7-SB-AR | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA C/O SMITH BREEDEN ASSOCIATES, INC. 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMOLANSKY FUND LIMITED | ATTN: ANTHONY DEFRANCO, US OPS MANAGER C/O GLOBEOP FINANCIAL SERVICES 1 SOUTH ROAD HARRISON NY 10528 |
| SMOLANSKY FUND LIMITED | ATTN: RICH GOLDMAN, DMITRY SMOLANSKY C/O PLINTHOS CAPITAL, LLC 330 MADISON AVENUE NEW YORK NY 10017 |
| SMOLANSKY FUND LIMITED | ATTN: HEAD OF PRODUCT STRUCTURING C/O MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |
| SMOLANSKY FUND LIMITED | C/O ARGONAUT LIMITED, ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BELGIUM |
| SMURFIT KAPPA ACQUISITIONS | JSG AQUISITIONS (F/K/A MDCP ACQUISITIONS I) BEECH HILL CLONSKEAGH DUBLIN 4 IRAN (ISLAMIC REPUBLIC OF) |
| SNS BANK N.V. | ATTN: SWAP DEPARTMENT, MR. BART TOERING PETTELAARPARK 120 5216 PT #APPOSS- HERTOGENBOSCH THAILAND |
| SNS BANK N.V. | P.O. BOX 70053 5201 DZ #APPOSS- HERTOGENBOSCH THAILAND |
| SOCIETA DI CARTOLARIZZAZIONE ITALIANA CREDITI | SECURITISATION SERVICES S.P.A. VIA VITTORIO ALFIERI, NO. 1 31015 CONEGLIANO TREVISO ITALY |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOCIETE AIR FRANCE | AIR FRANCE SA –DAZP SERIVE CARBURANT 45, RUE DE PARIS 95747 ROISSY CDG CEDEX, FRANCE |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN 1221 AVENUE OF THE AMERICAS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN HEINEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: HEAD OF CREDIT RISK DEPARTMENT (RISQ/CMC) 92987 PARIS LA DEFENSE CEDEX PARIS 92987 FRANCE |
| SOCIETE GENERALE | ATTN: DERIVATIVES OFFICE COMMODITIES TOUR SOCIETE GENERALE-92987 PARIS – LA DEFENSE CEDEX PARIS 93987 FRANCE |
| SOCIETE GENERALE | 92987 PARIS LA DEFENSE CEDEX PARIS 92987 FRANCE |
| SOCIETE GENERALE | HEAD OF CREDIT RISK DEPARTMENT (RISQ/CMC) TOUR SOCIETE GENERALE PARIS LA DEFENSE CEDEX 92987 FRANCE |
| SOCIETE GENERALE | TOUR SOCIETE GENERALE-92987 PARIS – LA DEFENSE CEDEX PARIS 93987 FRANCE |
| SOCIETE GENERALE ASSET MGMT BANQUE SA ( EX SGAM FI | ATTN: STEVEN HEINEMAN, GEN COUNSEL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA ( EX SGAM FI | 2, PLACE DE LA COUPOLE 92078 PARIS LA DEFENSE PARIS FRANCE |
| SOCIETE GENERALE BANK & TRUST | ATTN: BACK-OFFICE MARCHES DERIVATIVE PRODUCTS 11 AVENUE EMILE REUTER LUXEMBOURG L-2420 LUXEMBOURG |
| SOCIETE GENERALE BANK & TRUST | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE BANK & TRUST | 11 AVENUE EMILE REUTER LUXEMBOURG L-2420 LUXEMBOURG |
| SOCIETE GENERALE MULTI FAMILYHOUSING GIC TRANSACT | TOUR SOCIETE GENERALE 17 COURS VALMY PARIS-LA DEFENSE 92987 FRANCE |
| SOCIETE IMMOBILIERE PRIVAT | ATTN: MONSIEUR LE GERANT 2, RUE DE LA FRATERNELLE LYON 69009 FRANCE |
| SOCIETE NATIONALE DES CHEMINSDE FER FRANCAIS | SNCF, 17 RUE DE LONDRES, CEDEX 09 PARIS 75436 FRANCE |
| SOLA LTD | GENERAL COUNSEL 430 PARK AVENUE NEW YORK NY 10022 |
| SOLA LTD | 430 PARK AVENUE NEW YORK NY 10022 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SOLAR INVESTMENT GRADE CBO I | FLOOR NEW YORK NY 10005 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR INVESTMENT GRADE CBO I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR INVESTMNT GRADE CBO II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR V CDO | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SOLAR V CDO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR V CDO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOLAR V CDO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR V CDO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR V CDO | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR V CDO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SOLAR V CDO | 02116 |
| SOLAR V CDO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR V CDO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR V CDO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR V CDO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR V CDO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOLAR V CDO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR V CDO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR V CDO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR V CDO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR V CDO | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SOLID WASTE DISPSL AUTHTY OF CITY OF SCOTTSBORO | THE SOLID WASTE DISPOSAL AUTHORITY OF THE CITY OF 916 S. BROAD STREET SCOTTSBORO AL 35768 |
| SOLOMER FUND LLC | C/O ING CLARION CAPITAL, LLC 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169 |
| SOLUS CORE OPPORTUNITY MASTER FUND LTD | GENERAL COUNEL 430 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITY MASTER FUND LTD | 430 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SONOCO INC MASTER RETIREMENT TRUST | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| SONOMA CA (COUNTY OF) | COUNTY OF SONOMA CALIFORNIA 575 ADMINISTRATION DRIVE, SUITE 104A SANTA ROSA CA 95403 |
| SONOMA CA (COUNTY OF) EMPLOYEE S RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SORIN MASTER FUND, LTD. | SORIN MASTER FUND, LTD. C/O SORIN CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| SOUTH CAROLINA (STATE OF) RETIREMENT SYSTEM | 909 A STREET TACOMA WA 98402-5120 |
| SOUTH CAROLINA STATE PORTS AUTHORITY | SC STATE PORTS AUTHORITY 176 CONCORD STREET CHARLESTON SC 29401 |
| SOUTH JERSEY HOSPITAL INC | SOUTH JERSEY HOSPITAL INC 333 IRVING AVE BRIDGETON NJ 08302-2123 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | GENERAL MANAGER SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | ATTN: GENERAL MANAGER (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH SEBASTIAN COUNTY WATER USERS | SOUTH SEBASTIAN COUNTY WATER USERS ASSOCIATION 2500 MOUNT ZION ROAD GREENWOOD AR 72936 |
| SOUTH SHORE HOSPITAL | 55 FOGG ROAD SOUTH WEYMOUTH MA 02190-2455 |
| SOUTH TUCSON AZ (CITY OF) | 1601 SOUTH SIXTH AVENUE SOUTH TUSCON AZ 85713 |
| SOUTHALL INVESTMENTS S.A. | CALLE 53 ESTE, URB. PIS PANAMA MARBELLA TORRE SWISS BANK PANAMA |
| SOUTHBRIDGE ASSOCIATES LLC | 160 FEDERAL STREET, 22ND FLOOR BOSTON MA 02110 |
| SOUTHEAST MISSOURI STATE UNIVERSITY | ONE UNIVERSITY PLAZA MS 3200 CAPE GIRADEAU, MO 6 37011 |
| SOUTHERN CALIFORNIA EDISON (EEI) | 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON CO | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT MASTER TR | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SOUTHERN CALIFORNIA EDISON COMPANY | 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN | 909 A STREET TACOMA WA 98402-5120 |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHERN CALIFORNIA PRESBYTERIAN HOMES | SOUTHERN CALIFORNIA PRESBYTERIAN HOMES 516 BURCHETT STREET GLANDALE, CA CA 91203 |
| SOUTHERN CALIFORNIA RETAIL CLERK UNIONS & FOOD EMP | TRUST FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHERN COMMUNITY BANK AND TRUST | ATTN: JAMES C. MONROE, JR., SVP SOUTHERN COMMUNITY BANK AND TRUST P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN COMMUNITY BANK AND TRUST | ATTN: RICHARD COBB SOUTHERN COMMUNITY BANK AND TRUST 1600 HANES MAL BOULEVARD WINSTON-SALEM NC 27103 |
| SOUTHERN COMMUNITY BANK AND TRUST | P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN COMMUNITY FINANCIAL CORPORATION | P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN COMMUNITY FINANCIAL CORPORATION | 4605 COUNTRY CLUB ROAD WINSTON-SALEM NC 27104 |
| SOUTHERN NATIONAL BANK | FUNDS MANAGEMENT GROUP 200 WEST SECOND STREET WINSTON-SALEM NC 27101 |
| SOUTHERN PACIFIC FINANCING 06-A PLC | DOCUMENTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING INC., C/O LEHMAN TRANSACTION MANAGEMENT GROUP, CORPORATE ADVISORY D SEVENTH AVENUE, NEW YORK NY 10019 |
| SOUTHERN PACIFIC FINANCING 06-A PLC | LEGAL/TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| SOUTHERN PACIFIC FINANCING 06-A PLC | SOUTHERN PACIFIC FINANCING 06-A PLC C/O SOUTHERN PACIFIC MORTGAGE LIMITED, 3RD FLOOR 1 BROADGATE LONDON EC2M 2SP UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | SOUTHERN PACIFIC SECURITIES 05-3 PLC 10 UPPER BANK STREET LONDON E14 5JJ UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | SOUTHERN PACIFIC SECURITIES 1115 ELKTON DRIVE COLORADO SPRINGS CO 80907 |
| SOUTHERN PACIFIC SECURITIES06-1 PLC | CAPITA FIDUCIARY GROUP 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN POWER CO. | 270 PEACHTREE ST ATLANTA GA 30303 |
| SOUTHHAVEN PARTNERS LP | 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| SOUTHHAVEN PARTNERS LP | SOUTHHAVEN PARTNERS LP 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| SOUTHPORT CLO LTD | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| SOUTHPORT CLO LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHPORT CLO LTD | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SOUTHPORT CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOUTHPORT CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOUTHPORT CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOUTHPORT CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOUTHPORT CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SOUTHPORT CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOUTHPORT CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOUTHPORT CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOUTHPORT CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOUTHPORT CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOUTHPORT CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOUTHPORT CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOUTHPORT CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOUTHPORT CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOUTHPORT CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOUTHWEST AIRLINES | ATTN: VICE PRESIDENT P.O. BOX 36611 2702 LOVE FIELD DRIVE DALLAS TX 75335 |
| SOUTHWEST AIRLINES CO. | ATTN: VICE PRESIDENT SOUTHWEST AIRLINES P.O. BOX 36611 2702 LOVE FIELD DRIVE DALLAS TX 75335 |
| SOUTHWEST AIRLINES CO. | 2702 LOVE FIELD DRIVE DALLAS TX 75235 |
| SOUTHWEST CORPORATE FEDERAL CREDIT UNION | ATTN: CHRISTOPHER TURNER 2711 CENTERVILLE ROAD WILLMINGTON DE 19808 |
| SOUTHWEST CORPORATE FEDERAL CREDIT UNION | 6801 PARKWOOD BOULEVARD PLANO TX 75024-7198 |
| SOUTHWEST POWER POOL INC | 415 N. MCKINLEY, SUITE 140 LITTLE ROCK AR 72205 |
| SOUTHWESTERN CARPENTERS PENSION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC | SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC. ANDERSON HOSPITAL ILLINOIS ROUTE 162 MARYVILLE IL 62062 |
| SOUTHWESTERN MICHIGAN REHABILITATION HOSPITAL | 183 WEST STREET BATTLE CREEK MO 49017 |
| SOUTHWESTERN OHIO SENIORS' SERVICES, INC | 11100 SPRINGFIELD PIKE SPRINGDALE OH 45246 |
| SOVEREIGN BANK | ATTN: DERIVATIVE OPERATIONS 1500 MARKET STREET, CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| SOVEREIGN BANK | SOVEREIGN BANK P.O. BOX 12646 READING PA 19612 |
| SOVEREIGN BANK | 1500 MARKET STREET, CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| SOVEREIGN GLOBAL EQUITY RSP | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| SOVEREIGN OVERSEAS EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| SP AZALEA PLACE, LP | ATTN: DAVID J. PAGE, PRESIDENT 25400 US 19 NORTH, SUITE 154 CLEARWATER FL 33763 |
| SP AZALEA PLACE, LP | 25400 US 19 N SUITE 154 CLEARWATER FL 33763 |
| SPANEL, BRIAN | BRIAN AND KATHY SPANEL 177714 LITTLE LEAF COURT CHESTERFIELD MO 63005 |
| SPANISH BROADCASTING SYSTEM, INC. | 2601 SOUTH BAYSHORE DRIVE, PH II COCONUT GROVE 33133 |

| Claim Name | Address Information |
|---|---|
| SPARK ENERGY L.P. | ATTN: VICE PRESIDENT & TREASURER 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARK ENERGY L.P. | 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARKASSE KOELNBONN | HAHNENSTR. 57 KOLN 50667 GEORGIA |
| SPARROW HEALTH SYSTEM RETIREMENT PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPARROW HEALTH SYSTEM RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPARTANBURG-OXFORD, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| SPECTRON ENERGY INC. | 65 LOCUST AVENUE NEW CANAAN CT 06940 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK NY 10022 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER LEHMAN BROTHERS SPECIAL FINANCINGC/O LEH BROS. INC CORPORATE ADVISORY DIVISION MUNICIPAL STRUCTURED FINANCE-TRANS. MGMT GROUP NEW YORK NY 10019 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER SPECTRUM GROUP MANAGEMENT, LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | MANAGER SPECTRUM GROUP MANAGEMENT, LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | LEHMAN BROTHERS SPECIAL FINANCINGC/O LEH BROS. INC CORPORATE ADVISORY DIVISION, MUNICIPAL STRUCTURED FINANCE-TRANS. MGMT GROUP 746 SEVENTH AVENUE NEW YORK NY 10019 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SPEEDWAY ASSOCIATES L.L.C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SPM STRATEGIES MASTER FUND LP – | SPM STRATEGIES MASTER FUND, L.P. – VOLATILITY PORT C/O SPM PRODUCTS, L.L.C., |

| Claim Name | Address Information |
| --- | --- |
| VOLATILITY PORTFOL | CLEARWATER HOUSE 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| SPRINGHOUSE, INC. CITY OF BOSTON IDFA | SPRINGHOUSE INC. 44-46 ALLANDALE STREET JAMAICA PLAIN MA 02130 |
| SPRINGLAKE | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| SPRINKLER INDUSTRY SUPPLEMENTAL PENSION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPRINKLER INDUSTRY SUPPLEMENTAL PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPRINT CAPITAL CORPORATION | RISK MANAGEMENT SPRINT CAPITAL CORPORATION 6200 SPRINT PARKWAY OVERLAND PARK KS 66251 |
| SR LATIGO MASTER MA LTD | ATTN: JOSEPH MAUSE C/O LATIGO PARTNERS, L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SR LATIGO MASTER MA LTD | ATTN: RAHUL KAKAR C/O SWISS RE PORTFOLIO ADVISORS CORPORATION 55 EAST 52ND STREET NEW YORK NY 10055 |
| SR LATIGO MASTER MA LTD | ATTN: JOSEPH MAUSE COPY TO: SR LATIGO MASTER MA LTD 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SR LATIGO MASTER MA LTD | C/O LATIGO PARTNERS, L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SRI FUND LP | ATTN: BRAD DONLEY C/O SRI GENPAR, L.P. 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND LP | REGATTA OFFICE PARK WEST BAY ROAD P.O. BOX 31106 CANADA |
| SSB&T / BOND MARKET (II)COMMON TRUST FUND | C/O STATE STREET GLOBAL ADVISORS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| SSE ENERGY SUPPLY LIMITED | INVERALMOND HOUSE 200 DUNKELD ROAD PERTH PH1 3AQ UNITED KINGDOM |
| SSE ENERGY SUPPLY LTD | ATTN: JOHN SQUIRE GRAMPIAN HOUSE 200 DUNKELD RD PERTH PH1 3GH UNITED KINGDOM |
| SSGA CM ABSOLUTE RETURN MORTGAGE FUND LTD | ATTN: ANGELA FINN OR JAMES REICHERT STATE STREET GLOBAL ADVISORS FIXED INCOME DERIVATIVES OPERATIONS ONE LINCOLN STREET, 29TH FLOOR BOSTON MA 02111-2900 |
| SSGA CM ABSOLUTE RETURN MORTGAGE FUND LTD | STATE STREET GLOBAL ADVISORS FIXED INCOME DERIVATIVES OPERATIONS ONE LINCOLN STREET, 29TH FLOOR BOSTON MA 02111-2900 |
| ST JOSEPHS CANDLER HEALTH SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ST JOSEPHS UNIVERSITY | LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH#APPOSS UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| ST JOSEPHS UNIVERSITY | ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH'S UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| ST JOSEPHS UNIVERSITY | SAINT JOSEPH#APPOSS UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| ST LOUIS MO (COUNTY OF) | 41 SOUTH CENTRAL CLAYTON MO 63105 |
| ST PETERSBURG HEALTH FACILITIES AUTHORITY | LEGAL DEPARTMENT MSC 10TH FLOOR ONE 4TH STREET NORTH ST. PETERSBURG FL 33701 |
| ST. JOSEPH HEALTH SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | 5353 REYNOLDS STREET SAVANNAH GA 31405 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ST. LOUIS, CITY OF | CITY OF SAINT LOUIS 1200 MARKET STREET ST. LOUIS MO 63103 |
| ST. MARY'S EPISCOPAL SCHOOL | 60 PERKINS EXTENDED MEMPHIS TN 38117 |
| ST. PAUL HOMES | ST. PAULS HOMES 339 EAST JAMESTOWN ROAD GREENVILLE, PA PA 16125 |
| STANDARD & POOR'S RATING SERVICES | ATTN: S&P SURVEILLANCE STANDARD & POOR'S RATING SERVICES SUITE 3601, 36TH FLOOR, EDINBURGH TOWER THE LANDMARK, 15 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| STANDARD BANK ISLE OF MAN LTD | STANDARD BANK HOUSE ONE CIRCULAR ROAD DOUGLAS IM1 1SB ICELAND |
| STANDARD BANK PLC | VENABLE LLP 1270 AVENUE OF THE AMERICAS- 25TH FLOOR NEW YORK NY 10020 |
| STANDARD BANK PLC | C/O VENABLE LLP ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW |

| Claim Name | Address Information |
|---|---|
| STANDARD BANK PLC | YORK NY 10020 |
| STANDARD BANK PLC | CANNON BRIDGE HOUSE 25 DOWGATE HILL LONDON EC4R 2SB UNITED KINGDOM |
| STANDARD BANK, JERSEY LTD | STANDARD BANK HOUSE 47-49 LA MOTTE STREET ST HELIER JERSEY JE4 8XR |
| STANDARD BANK, JERSEY LTD | STANDARD BANK HOUSE 47-49 LA MOTTE STREET ST HELIER JERSEY JE4 8XR SWITZERLAND |
| STANDARD CHARTERED BANK | 1 BASSINGHALL AVENUE LONDON EC2V 5DD UNITED KINGDOM |
| STANDARD CHARTERED BANK | 22 BILLITER STREET LONDON EC3M 2RY UNITED KINGDOM |
| STANDARD GENERAL MASTER FUND LP | 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| STANDARD LIFE & ACCIDENT INSURANCE CO INC | ATTN: ANDREW DUNCAN C/O SM&R PO BOX 58969 HOUSTON TX 77528 |
| STANDARD LIFE & ACCIDENT INSURCO OF OKLAHOMA CITY | C/O SM#AMPERR PO BOX 58969 HOUSTON TX 77528-8969 |
| STANDARD PACIFIC CREDIT OPPORTUNITIES MASTER FUND | ATTN: GENERAL COUNSEL C/O STANDARD PACIFIC CAPITAL LLC 101 CALIFORNIA STREET, 36TH FLOOR SAN FRANCISCO CA 94111 |
| STANDARD PACIFIC CREDIT OPPORTUNITIES MASTER FUND | C/O STANDARD PACIFIC CAPITAL LLC 425 CALIFORNIA STREET, 26TH FLOOR SAN FRANCISCO CA 94104 |
| STANDISH CORE BOND PLUS POOL FUND | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| STANDISH MELLON AMPLIFIED ALPHA MASTER FUND LP | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| STANFIELD MODENA CLO | THE DIRECTORS STANFIELD MODENA CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STANFIELD MODENA CLO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STANFIELD MODENA CLO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STANFIELD MODENA CLO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD MODENA CLO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD MODENA CLO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD MODENA CLO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD MODENA CLO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD MODENA CLO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD MODENA CLO | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD MODENA CLO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD MODENA CLO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STANFIELD MODENA CLO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD MODENA CLO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD MODENA CLO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD MODENA CLO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VANTAGE CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STANFIELD VANTAGE CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| STANFIELD VANTAGE CLO LTD | MARKET STREET WILMINGTON DE 19890 |
| STANFIELD VANTAGE CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD VANTAGE CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD VANTAGE CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VANTAGE CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD VANTAGE CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD VANTAGE CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD VANTAGE CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD VANTAGE CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD VANTAGE CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STANFIELD VANTAGE CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VANTAGE CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VANTAGE CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD VANTAGE CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VANTAGE CLO, LTD. | GENERAL COUNSEL WITH COPIES TO: STANFIELD CAPITAL PARTNERS, LLC 430 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STANFIELD VANTAGE CLO, LTD. | INSTITUTIONAL TRUST SERVICES WITH COPIES TO: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION 600 TRAVIS STREET, 50TH FLOOR HOUSTON TX 77002 |
| STANFIELD VANTAGE CLO, LTD. | THE DIRECTORS STANFIELD VANTAGE CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STANFIELD VEYRON CLO LTD | GENERAL COUNSEL STANFIELD CAPITAL PARTNERS, LLC C/O STANFIELD VEYRON CLO, LTD. 430 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STANFIELD VEYRON CLO LTD | THE DIRECTORS STANFIELD VEYRON CLO, LTD. C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CANADA |
| STANFIELD VEYRON CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STANFIELD VEYRON CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STANFIELD VEYRON CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD VEYRON CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD VEYRON CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VEYRON CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD VEYRON CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD VEYRON CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD VEYRON CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| STANFIELD VEYRON CLO LTD | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD VEYRON CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD VEYRON CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STANFIELD VEYRON CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VEYRON CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VEYRON CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD VEYRON CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFORD HOSPITAL | 300 PASTEUR DRIVE ROOM H3200, M/C 5230 STAMFORD CT 06902 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| STAPLE STREET AVIATION (MASTER) LP | WES HIGGINS C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| STAPLE STREET AVIATION (MASTER) LP | C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| STAPLES INC | 500 STAPLES DRIVE FRAMINGHAM MA 01702 |
| STARK CRITERION MASTER FUND LTD | JOSEPH J. LUCAS STARK CRITERION MASTER FUND LTD. C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK CRITERION MASTER FUND LTD | STARK CRITERION MASTER FUND LTD. C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | JOSEPH LUCAS, CFO C/O STARK EVENT MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | C/O STARK EVENT MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD | C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STATE BANK OF INDIA | ATTN: DEPUTY GENERAL MANAGER (MID OFFICE & RISK CON STATE BANK OF INDIA GLOBAL MARKETS, CORPORATE CENTRE, FLOOR 15 STATE BANK BHAVAN MADAME CAMA ROAD 400021 INDIA |
| STATE BANK OF INDIA | DEPUTY GENERAL MANAGER (MID OFFICE #AMPER RISK CON STATE BANK OF INDIA GLOBAL MARKETS, CORPORATE CENTRE, FLOOR 15 STATE BANK BHAVAN MADAME CAMA ROAD 400021 INDIA |
| STATE BANK OF INDIA | STATE BANK OF INDIA GLOBAL MARKETS, CORPORATE CENTRE, FLOOR 15 STATE BANK BHAVAN MADAME CAMA ROAD 400021 INDIA |
| STATE BANK OF LONG ISLAND | BRIAN FINNERAN STATE BANK OF LONG ISLAND 2 JERICHO PLAZA JERICHO, NY JERICHO NY 11753 |
| STATE BANK OF LONG ISLAND | ATTN: BRIAN FINNERAN 2 JERICHO PLAZA JERICHO NY 11753 |
| STATE BANK OF LONG ISLAND | STATE BANK OF LONG ISLAND 2 JERICHO PLAZA JERICHO NY 11753 |
| STATE OF NEW YORK MORTGAGE | 641 LEXINGTON AVE 4TH FLOOR NEW YORK NY 10022 |
| STATE OF NEW YORK MORTGAGE | STATE OF NEW YORK MORTGAGE 641 LEXINGTON AVE 4TH FLOOR NEW YORK NY 10022 |
| STATE RENAISSANCE | C/O IBEC BUILDING CORP 55 BROAD STREET, NO. 16 NEW YORK NY 10004 |
| STATE RENAISSANCE | STATE RENAISSANCE C/O IBEC BUILDING CORPORATION 139 SAINT FELIX STREET BROOKLYN NY 11217 |
| STATE RENAISSANCE | C/O IBEC BUILDING CORPORATION 139 SAINT FELIX STREET BROOKLYN NY 11217 |

| Claim Name | Address Information |
|---|---|
| STATE STREET BANK & TRUST COMPANY | STATE STREET GLOBAL MARKETS LEGAL COUNSEL 225 FRANKLIN STREET BOSTON MA 02110 |
| STATE STREET BANK & TRUST COMPANY | ATTN: KEVIN A. CAREY- INFANTE BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| STATE STREET BANK & TRUST COMPANY | ONE LINCOLN STREET BOSTON MA 02111-2900 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STATE SUPER FINANCIAL SERVICES LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) | ATTN: TERRI SUE MARTIN 1055 WASHINGTON BOULEVARD, 7TH FLOOR STAMFORD CT 06901 |
| STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) | LEGAL COUNSEL C/O STATOIL GAS TRADING LIMITED 11A REGENT ST LONDON SW1Y 4ST UNITED KINGDOM |
| STATOIL MARKETING & TRADING (US) INC | 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| STATOILHYDRO ASA | LEGAL COUNSEL STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) C/O STATOIL GAS TRADING LIMITED 11A REGENT ST LONDON SW1Y 4ST UNITED KINGDOM |
| STATOILHYDRO ASA | SENIOR CONTRACTS NEGOTIATOR STAVANGER 4035 NORWAY |
| STEAMSHIP CORE FULL DISCRETION PORTFOLIO | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| STELLAR PERFORMER GLOBAL SERIES | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STELLAR PERFORMER GLOBAL SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STEMPEL, ERNEST E | ATTN: ERNEST E. STEMPEL C/O AMERICAN INTERNATIONAL GROUP 70 PINE STREET, 59TH FLOOR NEW YORK NY 10270 |
| STEMPEL, ERNEST E | ERNEST E. STEMPEL C/O AMERICAN INTERNATIONAL GROUP 70 PINE STREET, 59TH FLOOR |

| Claim Name | Address Information |
|---|---|
| STEMPEL, ERNEST E | NEW YORK NY 10270 |
| STEMPEL, ERNEST E | ATTN: ERNEST E. STEMPEL 7 GRASMERE ROAD FAIRYLANDS, PEMBROKE HM 05 BELGIUM |
| STEMPEL, ERNEST E | WITH A COPY TO: "SHORELANDS" FAIRYLANDS PEMBROKE HM 05 BELGIUM |
| STEPHEN G MACKENZIE &ELIZABETH MACKENZIE JTWROS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| STEPHEN NASH HURLEY | C/O XYLEM GLOBAL PARTNERS 122 E 42ND ST SUITE 4700 NEW YORK NY 10168 |
| STERLING STAMOS CAPITAL MANAGEMENT LP | STERLING STAMOS SECURITY (OFFSHORE) FUND, LTD. C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND L | KEVIN BARCELONA STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND, C/O SSP ASSOCIATES GP, LLC 450 PARK AVENUE 29TH FLOOR NEW YORK NY 10022 |
| STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND L | STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND, C/O SSP ASSOCIATES GP, LLC 450 PARK AVENUE 29TH FLOOR NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND SELECT LE | KEVIN BARCELONA STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND SELECT LE | STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | ATTN: KEVIN BERCELONA STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND, LP. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND, LP. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY FUND, LP. | C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND- SELECT LP | KEVIN BERCELONA STERLING STAMOS SECURITY FUND - SELECT, L.P. C/O SSP ASSOCIATES GP, LLC 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STERLING STAMOS SECURITY FUND- SELECT LP | STERLING STAMOS SECURITY FUND - SELECT, L.P. C/O SSP ASSOCIATES GP, LLC 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STEVEN G HOLDER LIVING TRUST | 18 SCENIC BLUFF NEWPORT BEACH CA 92657 |
| STICHTING BEDRIJFSPENSIOENFOND SUIKERWERK CHOCOLAD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND SUIKERWERK CHOCOLAD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND VOOR SUIKERVER IND. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND VOOR SUIKERVER IND. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAAR | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING BEWAAR ANWB | C/O JP MORGAN ASSET MGMT 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| STICHTING MASTERFOODS PENSIOENFONDS | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING NOTARIEEL PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ABP | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| STICHTING PENSIOENFONDS ABP | OUDE LINDESTRAAT 70 6411 EJ HEERLEN THAILAND |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | LEGAL AND TAX DEPARTMENT WITH A COPY OF ALL NOTICES UNDER SECTIONS 5 AND 6 APG ALGEMENE PENSIOEN GROEP N.V. 6401 DJ HEERLEN OUDE LINDESTRAAT 70 6411 THAILAND |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | TREASURY DEPARTMENT APG ALGEMENE PENSIOEN GROEP N.V. WORLD TRADE CENTER SCHIPHOL TOWER G, 3TH FLOOR SCHIPHOL BOULEVARD 239 1118 BH THAILAND |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ABP TREASURY PO BOX 2889, 6401 DJ HEERLEN, HEERLEN THAILAND |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ALGEMENE PENSIOEN GROEP, NV P.O. BOX 2889 6401 DJ HEERLEN, THE NETHERLANDS THAILAND |
| STICHTING PENSIOENFONDS ENCI | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ENCI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS GRONTM IJ | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS GRONTM IJ | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS HOOGOVENS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS HOOGOVENS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS IBM NEDERLAND (SPIN) | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING PENSIOENFONDS MEDEWERKERS APOTHEKEN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDEWERKERS APOTHEKEN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDISCHE SPECIALISTEN (SPM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDISCHE SPECIALISTEN (SPM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBAAR VERVOER (SPOV) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBAAR VERVOER (SPOV) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBARE APOTHEKERS | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBARE APOTHEKERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS RANDSTAD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS RANDSTAD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS STORK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS STORK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | BACK OFFICE STICHING PENSION FUNDS VOOR HUISARTSEN NEWTAONLAN 71-77 PO BOX 85344 3508 AH UTRECHT NIGER |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | STICHING PENSION FUNDS VOOR HUISARTSEN NEWTAONLAN 71-77 PO BOX 85344 3508 AH UTRECHT NIGER |

| Claim Name | Address Information |
|---|---|
| STICHTING SPOORWEG PENSIOENFONDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING SPOORWEG PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STOCKTON EAST WATER DISTRICT | STOCKTON EAST WATER DISTRICT, HEAD OFFICE 6767 EAST MAIN STREET STOCKTON CA 95215 |
| STONE TOWER CREDIT MASTER FUND LTD | CHIEF FINANCIAL OFFICER C/O STONE TOWER FUND MANAGEMENT LLC 152 WEST 57TH STREET NEW YORK NY 10019 |
| STONE TOWER CREDIT MASTER FUND LTD | C/O STONE TOWER FUND MANAGEMENT LLC 152 WEST 57TH STREET NEW YORK NY 10019 |
| STONEHILL INSTITUTIONAL PARTNERS LP | STEVE NELSON C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | STEVE NELSON C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONERIDGE INVESTORS LTD | STONERIDGE INVESTMENT PARTNERS, LLC 301 LINDENWOOD DRIVE SUITE 310 MALVERN PA 19355 |
| STONY HILL CDO III LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STONY HILL CDO III LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STONY HILL CDO III LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STONY HILL CDO III LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STONY HILL CDO III LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STONY HILL CDO III LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STONY HILL CDO III LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STONY HILL CDO III LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STONY HILL CDO III LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STONY HILL CDO III LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STONY HILL CDO III LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STONY HILL CDO III LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STONY HILL CDO III LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STONY HILL CDO III LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STONY HILL CDO III LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|------------|---------------------|
| STOWE CDO LIMITED SPC SERIES 2006-1 | IL 60661 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO SPC | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STOWE CDO SPC | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE; SOUTH CHURCH STREET CANADA |
| STOWE CDO SPC | C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET CANADA |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008- 1 SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008- 2A SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITE P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRATEGIC ENERGY LLC | ATTN: KRISTA GLENTZER, CONTRACT ADMINISTRATOR TWO GATEWAY CENTER PITTSBURGH PA 15222 |

| Claim Name | Address Information |
|---|---|
| STRATEGIC ENERGY LLC | ATTN:KRIS KUKIC, COSTING TWO GATEWAY CENTER PITTSBURGH PA 15222 |
| STRATEGIC ENERGY LLC | TWO GATEWAY CENTER TWO GATEWAY CENTER PITTSBURGH PA 15222 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | ATTN: STEPHEN DRISCOLL, MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS LEGAL DEPARTMENT 2 LIBERTY SQUARE BOSTON MA 02109 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| STRAUMUR-BURDARAS INVESTMENT BANK HF | STRAUMUR BURANDRAS INVESTMENT BANK HF BORGATUN 25 105 REYKAJAVIK CANARY ISLANDS, THE |
| STRONG CDO III, LIMITED C/O QSPV LIMITED | P.O. BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| LOAN TR 2004-8 | FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | KOLIBACHUK DAVID STRUCTURED ASSET RECEIVABLES C/O US BANK NATIONAL ASSOC 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | STRUCTURED ASSET RECEIVABLES TRUST,SERIES2004-1 C/O U.S BANK NATIONAL ASSOCIAT 100 WALL STREET NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITES CORPORATION PASS-THROUG | SERIES 2007-4 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CO., SERIES 2004-GEL3 | LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORP SERIES 2005-RF1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORP SERIES 2005-RF1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-40A | GLOBAL CORP TRUST 101 BARCLAY ST 4TH FL W NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-GEL1 | LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-NC1 | ASSET BACKED SECURITIES TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-NC1 | WITH A COPY TO: AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | TODD WHITTEMORE AURORA LOAN SERVICES LLC, AS MASTER SERVICER 327 INVERNESS DRIVE SOUTH, THIRD FLOOR ENGELWOOD CO 80112 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | SERVICE MANAGER – BNC 2007-1 WELLS FARGO BANK, NA, SECURITIES ADMINISTRATOR 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | TODD WHITTEMORE AURORA LOAN SERVICES LLC, AS MASTER SERVICER 327 INVERNESS DRIVE SOUTH, THIRD FLOOR ENGELWOOD CO 80112 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | CLIENT MANAGER – SASCO 2007-OSI WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | ATTN: JULIA WYATT C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE, SUITE 101 NEW YORK NY 10528 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: OPERATIONS (TRADING)/ GENERAL COUNSEL (LEGAL) C/O BRIGADIER CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO OPERATIONS (TRADING)/ GENERAL COUNSEL (LEGAL) C/O BRIGADIER CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: GENERAL COUNSEL COPY TO: 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO GENERAL COUNSEL COPY TO: 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: GENERAL COUNSEL TREESDALE PARTNERS, LLC 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDA | A SEGREGATED PORTFOLIO PO BOX 1234, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1108 CANADA |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDA | PORTFOLIO P.O. BOX 1234, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN KY1-1108 GREECE |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | ATTN: CHRISTOPHER RUSSELL C/O STRUCTURED PORTFOLIO MANGEMENT, LLC CLEARWATER HOUSE 2187 ATLANTIC STREET STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | CHRISTOPHER RUSSELL CLEARWATER HOUSE 6902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | CLEARWATER HOUSE STAMFORD CT 06902 |
| SUEZ ENERGY MARKETING NA INC | 1990 POST OAK BOULEVARD SUITE 1900 HOUSTON TX 77056 |
| SUEZ ENERGY MARKETING, NA | 1990 POST OAK BOULEVARD SUITE 1900 HOUSTON TX 77056 |
| SUITE 6800 | JENINE WINDESHAUSEN SUITE 6800 1010 10TH STREET MODESTO CA 95352-4060 |
| SUMITOMO CORPORATION | SUMITOMO CORPORATION TREASURY ADMINISTRATIVE DEPARTMENT 1-8-11 HARUMI, CHUO-KU TOKYO 104-8610 JAPAN |
| SUMITOMO MITSUI BANKING CORPORATION | 3-2 MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-0005 JAPAN |
| SUMITOMO MITSUI BANKING CORPORATION | 3-2 MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-0005 |
| SUMITOMO TRUST AND BANKING COMPANY LIMITED | GRANTOKYO SOUTH TOWER 9-2, MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-6611 JAPAN |
| SUMMER STREET 2005-HG1 LTD | THE DIRECTORS SUMMER STREET 2005-HG1, LTD. WALKER HOUSE, P.O. BOX 908GT MARY STREET, GEORGE TOWN GRAND CAYMAN ISLANDS BRAZIL |
| SUMMER STREET 2005-HG1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUMMER STREET 2005-HG1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUMMER STREET 2005-HG1 LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUMMER STREET 2005-HG1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| SUMMER STREET 2005-HG1 LTD | IL 60661 |
| SUMMER STREET 2005-HG1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUMMER STREET 2005-HG1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUMMER STREET 2005-HG1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUMMER STREET 2005-HG1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUMMER STREET 2005-HG1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUMMER STREET 2005-HG1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUMMER STREET 2005-HG1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUMMER STREET 2005-HG1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUMMIT ACADEMY NORTH | 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUMMIT ACADEMY PANSOPHIA ACADEMY, MARSHALL ACADEMY | SUMMIT ACADEMY SCHOOLS 30100 OLMSTEAD BUILDING B FLAT ROCK MI 48134 |
| SUN CAPITAL PIMCO HIGH YIELD FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUN CAPITAL PIMCO HIGH YIELD FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | ONE SUN LIFE EXECUTIVE PARK WELLESLEY HILLS MA 02481 |
| SUN LIFE ASSURANCE COMPANY OFCANADA (US) | ONE SUN LIFE EXECUTIVE PARK WELLESLEY HILLS MA 02481 |
| SUN TRUST BANK NA | 3333 PEACHTREET STREET, N.E. CENTER CODE 3913 ATLANTA GA 30326 |
| SUNAMERICA LIFE INSURANCE COMPANY | 2999 N. 44TH STREET 2999 N. 44TH STREET SUITE 250 PHOENIX AZ 85018 |
| SUNCOR ENERGY  MARKETING, INC. | P.O. BOX 38, 112 - 4TH AVENUE S.W. CALGARY, ALBERTA T2P 2V5 CANADA |
| SUNCOR ENERGY MARKETING INC. | GAR PON SUNCOR ENERGY MARKETING INC. 112 4TH AVENUE S.W. CALGARY AB T2P2V5 CANADA |
| SUNCOR ENERGY MARKETING INC. | MANAGER - CREDIT P.O. BOX 38, 112 - 4TH AVENUE S.W. CALGARY AB T2P 2V5 CANADA |
| SUNOCO INC MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SUNOCO INC MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| SUNOCO INC MASTER RETIREMENT TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| SUNRISE LAKES PHASE 4 RECREATION DISTRICT | 10300 N.W. 11TH MANOR CORA GABLES FL 33071 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | TED HAGAN C/O JP MORGAN HEDGE FUND SERVICES - OPERATIONS DIV ONE AMERICAN LANE GREENWICH CT 06831 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | TWO AMERICAN LANE GREENWICH CT 06836 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | C/O JP MORGAN HEDGE FUND SERVICES - OPERATIONS DIV ONE AMERICAN LANE GREENWICH CT 06831 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC, SERIES 2004-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| SUNSET PARK CDO LIMITED SPC, SERIES 2004-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: MICHAEL J. RILEY C/O US BANK  CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| SUNTRUST BANK | FINANCIAL RISK MANAGEMENT OPERATIONS 3333 PEACHTREE STREET, N.E. CENTER CODE 3913 ATLANTA GA 30326 |
| SUNTRUST BANK | 3333 PEACHTREE STREET, N.E. CENTER CODE 3913 ATLANTA GA 30326 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SUPERANNUATION FUNDS MANAGEMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| CORPORATION OF SOU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| SUPERIOR ENERGY SERVICES INC | 601 POYDRAS ST., SUITE 2400 NEW ORLEANS LA 70130 |
| SUPERIOR ENERGY SERVICES INC | 1105 PETERS ROAD HARVEY LA 70058 |
| SUPERVALU INC MASTER INVESTMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SUPERVALU INC MASTER INVESTMENT TRUST | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD. SUITE 1500 LOS ANGELES CA 90025 |
| SUPERVALU INC MASTER INVESTMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SUPPLEMENTAL INTEREST TRUST, SAIL TRUST 2005-1 | ATTN: ASSET BACKED SEC. TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SUPPLEMENTAL INTEREST TRUST, SAIL TRUST 2005-1 | AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| SUPPLEMENTAL INTEREST TRUST, SASCO 2005-WF1 | ASSET BACKED SECURITIES TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SUPPLEMENTAL INTEREST TRUST, SASCO 2005-WF1 | WITH A COPY TO: AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| SUSQUEHANNA ENERGY PLUS INC | 401 CITY AVENUE, SUITE 220 BALA CYNMYD PA 19004 |
| SUSQUEHANNA ENERGY PRODUCTS LLC | 401 CITY AVENUE, SUITE 220 BALA CYNMYD PA 19004 |
| SUTTONBROOK CAPITAL PORTFOLIO LP | C/O SUTTON BROOK CAPITAL MANAGEMENT LLC 654 MADISON AVENUE, SUITE 1009 NEW YORK NY 10021 |
| SVENSKA HANDELSBANKEN AB | SVENSKA HANDELSBANKEN 153 EAST 53RD STREET 37TH FLOOR NEW YORK NY 100224678 |
| SVENSKA HANDELSBANKEN AB | ATTN: MARK CLEARY, SVP 875 THIRD AVENUE, 4TH FL. NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB | ATTN:  MARK CLEARY, SVP 875 THIRD AVENUE NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB | 875 THIRD AVENUE NEW YORK NY 10022-7218 |
| SWAP FINANCIAL GROUP | 76 SOUTH ORANGE AVENUE, SUITE 6 SOUTH ORANGE NJ 07079 |
| SWEDBANK | BRUNKBERGSTORG 8 STOCKHOLM S-105-34 SWEDEN |
| SWEDBANK | SE-105 34 STOCKHOLM SWEDEN |
| SWEDISH EXPORT CREDIT (SEK) | VASTRA TRADGARDSGALAN 11B P.O.BOX 18368 SWEDEN |
| SWEETWATER AUTHORITY | SWEETWATER AUTHORITY 505 GARRETT AVENUE CHULA VISTA CA 91910 |
| SWEETWATER UNION HIGH SCHOOL DISTRICT | 1130 FIFTH AVENUE CHULA VISTA CA 91911 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | DIRECTOR-SECURITIZATION AND CASH MANAGEMENT GMAC LLC 200 RENAISSANCE CENTER, 12TH FLOOR DETROIT MI 48265 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O HSBC BANK USA, NA AS OWNER TRUSTEE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SWIP EUROPEAN EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: FRANK RONAN 55 EAST. 52ND ST. NEW YORK NY 10055 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: GLORIA GONZALEZ/NICHOLAS RAYMOND 55 EAST. 52ND ST. NEW YORK NY 10055 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: NICHOLAS RAYMOND C/O SWISS RE CAPITAL MARKETS LTD 30 ST MARY AXE LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | C/O SWISS RE CAPITAL MARKETS LTD 30-ST. MARY AXE LONDON EC3A 8EP UNITED KINGDOM |
| SWISSGRID AG | ATTN: PIERRE-ALAIN GRAF, CEO WERKSTRASSE 12 LAUFENBURG CH-5080 SWITZERLAND |
| SWISSGRID AG | DAMMSTRASSE 3 FRICK CH-5070 SWITZERLAND |
| SYDBANK | ATTN: DRAGSTED SCHULTER AR 99 SPEED HOUSE LONDON EC7Y 8AU UNITED KINGDOM |
| SYDBANK | LEGAL DEPARTMENT PEBERLYK 4 – POSTBOKS 1038 AABENRAA DK-6200 GERMANY |
| SYDBANK | 99 SPEED HOUSE LONDON EC7Y 8AU UNITED KINGDOM |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | EDWARD J. AGOSTINI AND SYLVIA AGOSTINI 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000 | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| SYMETRA FINANCIAL CORP | SYMETRA FINANCIAL PO BOX 34690 SEATTLE WA 98124-1690 |
| SYMETRA LIFE INSURANCE COM | PO BOX 34690 SEATTLE WA 98124-1690 |
| SYNTEX ENERGY LLC | 4645 SWEETWATER BOULEVARD SUITE A-350 SUGAR LAND TX 77479 |
| SYRACUSE UNIVERSITY | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SYRACUSE UNIVERSITY | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| T ROWE PRICE EMERGING MARKET BOND FUND | GREGORY S. GOLCZEWSKI T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING 4515 PAINTERS MILL ROAD OWINGS MILLS MD 21117-4903 |
| T ROWE PRICE EMERGING MARKET BOND FUND | T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING 4515 PAINTERS MILL ROAD OWINGS MILLS MD 21117-4903 |
| T. O. HOLDINGS LLC | 850 THIRD AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| T76136 FSVCON/FIDELITY ADV STABLE VALUE PORTFOLIO | JOHN P. O'REILLY 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| T76136 FSVCON/FIDELITY ADV STABLE VALUE PORTFOLIO | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| TA CHONG BANK LIMITED | 12F, NO.2, SEC. 5 HING-YI ROAD TAIPEI, TAIWAN REUNION, ISLAND OF |
| TABOR HILLS SUPPORTIVE LIVING COMMUNITY LLC | TABOR HILLS SUPPORTIVE LIVING COMMUNITY 1347 CRYSTAL AVENUE NAPERVILLE IL 60563 |
| TACOMA CITY LIGHT | 3628 SOUTH 35TH ST TACOMA WA 98409-3192 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: CAROL LEE TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | CAROL LEE TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: CAROL LEE TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | CAROL LEE TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ROBIN S. ROTHSTEIN - CHIEF FINANCIAL OFFICER TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TAIPEI FUBON COMMERCIAL BANK CO LTD TAIWAN | TAIPEI FUBON COMMERCIAL BANK CO., LTD. FINANCIAL MARKETS GROUP SECTION 4, NO.169, 17-18TH FLOOR, JEN AI ROAD TAIPEI TAIWAN, R.O.C. |
| TAISHIN INTERNATIONAL BANK | TREASURY OPERATIONS DIVISION TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 6 TAIPEI 106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | ATTN: TREASURY DEPARTMENT TAISHIN INTERNATIONAL BANK, HONG KONG BRANCH 15TH FL., TOWER II, ADMIRALTY CENTRE, 18 HARCOURT ROAD HONG KONG HONG KONG |
| TAISHIN INTERNATIONAL BANK | TREASURY DEPARTMENT TAISHIN INTERNATIONAL BANK, HONG KONG BRANCH 15TH FL., TOWER II, ADMIRALTY CENTRE, 19 HARCOURT ROAD HONG KONG HONG KONG |
| TAISHIN INTERNATIONAL BANK | TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 4 TAIPEI 106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 5 TAIPEI 106 TAIWAN |
| TAMPA ELECTRIC COMPANY | ATTN: DEPUTY GENERAL COUNSEL 702 N. FRANKLIN STREET, PLAZA 7 TAMPA FL 33602 |
| TAMPA ELECTRIC COMPANY | 702 N. FRANKLIN STREET, PLAZA 7 TAMPA FL 33602 |
| TAMPA SPORTS AUTHORITY | 4201 DALE MABRY HIGHWAY TAMPA FL 33607 |
| TANZANITE FINANCE VI LIMITED | STRATHVALE HOUSE NORTH CHURCH STREET, P.O. BOX 1109GT GEORGE TOWN, GRAND CAYMAN CANADA |
| TARGA RESOURCES INC | 1000 LOUISIANA, SUITE 4300 HOUSTON TX 77002 |
| TARGA RESOURCES PARTNERS LP | 1000 LOUISIANA, SUITE 4300 HOUSTON TX 77002 |
| TARGET CONSERVATIVE ALLOCATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET CONSERVATIVE ALLOCATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET CORPORATION | DAYTON HUDSON CORPORATION MINNEAPOLIS MN 55402 |
| TARGET CORPORATION PENSION PLA N | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| TARGET CORPORATION PENSION PLA N | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| TARGET CORPORATION PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| TARGET TOTAL RETURN BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET TOTAL RETURN BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARRANT COUNTY HOUSING FINANCE CORPORATION | TARRANT COUNTY ADMINISTRATION BUILDING 100 EAST WEATHERFORD STREET, 5TH FLOOR FORT WORTH TX 76196 |
| TATE AND LYLE PENSIONS SCHEME | C/O FIELD FISHER WAREHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| TAVARES SQUARE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TAVARES SQUARE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TAVARES SQUARE CDO LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TAVARES SQUARE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TAVARES SQUARE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAVARES SQUARE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TAVARES SQUARE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TAVARES SQUARE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TAVARES SQUARE CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TAVARES SQUARE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TAVARES SQUARE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TAVARES SQUARE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAVARES SQUARE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAVARES SQUARE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TAVARES SQUARE CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAVARES SQUARE CDO LIMITED / LLC | ATTN: THE DIRECTORS, JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| TAYLOR CREEK LIMITED | ATTN: THE DIRECTORS, JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| TAYLOR CREEK LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TAYLOR CREEK LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TAYLOR CREEK LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TAYLOR CREEK LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TAYLOR CREEK LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAYLOR CREEK LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TAYLOR CREEK LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TAYLOR CREEK LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TAYLOR CREEK LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TAYLOR CREEK LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| TAYLOR CREEK LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TAYLOR CREEK LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAYLOR CREEK LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAYLOR CREEK LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TAYLOR CREEK LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | ATTN: MELISSA WEILER C/O TRUST COMPANY OF THE WEST 11100 SANTA MONICA BOULEVARD, SUITE 2000 LOS ANGELES CA 90025 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | C/O TRUST COMPANY OF THE WEST 865 SOUTH FIGUEROA STREET LOS ANGELES CA 90017 |
| TD BANKNORTH NA | ATTN: MIKE TURCOTTE BANKNORTH N.A. MAIL CODE ME089-36 PORTLAND ME 04112 |
| TD BANKNORTH NA | MIKE TURCOTTE BANKNORTH N.A. MAIL CODE ME089-36 PORTLAND ME 04112 |
| TD BANKNORTH NA | 31 WEST 52ND STREET NEW YORK NY 10019-6101 |
| TDA-JPMC 2002-CIBC5 LLC | TRIMONT REAL ESTATE ADVISORS 3424 PEACHTREE ROAD, SUITE 2200 ATLANTA GA 30326 |
| TDAX INDEPENDENCE 2020 EXCHANGE-TRADED FUND | C/O BNY ASSET MANAGEMENT 1633 BROADWAY, 13TH FLOOR NEW YORK NY 10019 |
| TEHACHAPI CUMMINGS COUNTY WATER DISTRICT | TEHACHAPI CUMMINGS COUNTY WATER DISTRICT P.O. BOX 326 TEHACHAPI CA 93581 |
| TELECOM ITALIA CAPITAL SOCIETE ANONYME | TELECOM ITALIA CAPITAL SA 287/289 ROUTE D'ARLON LUXUMBOURG L-1150 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG B.P. 872 L-2018 LUXEMBOURG |
| TELEFONICA SA | TELEFONICAS DE ESPANA GRAN VIA 28 MADRID 28013 SPAIN |
| TELSTRA SUPERANNUATION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TELSTRA SUPERANNUATION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TEMPLE UNIVERSITY | TEMPLE UNIVERSITY HEALTH SYSTEMS CORPORATE OFFICES 2450 W. HUNTING PARK AVENUE PHILADELPHIA PA 19129 |
| TENASKA MARKETING VENTURES | ATTN: MANAGER, CONTRACT COMPLIANCE & DATA INTEGRITY 11717 NICHOLAS STREET OMAHA NE 68154 |
| TENASKA MARKETINGVENTURES | TENASKA MARKETING VENTURES 11717 NICHOLAS STREET OMAHA NE 68154 |
| TENASKA POWER SERVICES CO. | ATTN: MANAGER, CONTRACE ADMINISTRATION 1701 E. LAMAR BLVD. SUITE 100 ARLINGTON, TX TX 76006 |
| TENNENBAUM MULTI-STRATEGY MASTER FUND | C/O TENNENBAUM CAPITAL PARTNERS, LLC 2951 28TH STREET, SUITE 1000 SANTA MONICA CA 90405 |
| TENNESSEE VALLEY AUTHORITY MAS TER DECOMMISSIONING | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING T | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING T | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| TENOR OPPORTUNITY MASTER FUND LTD | ATTN: RAVI PATEL TENOR CAPITAL MANGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND LTD | RAVI PATEL TENOR CAPITAL MANGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND LTD | GRAND PAVILLION COMMERCIAL CENTRE 802 WEST BAY ROAD, SUITE 4 PO BOX 2199GT GRAND CAYMAN CAYMAN ISLANDS BRAZIL |
| TEPPCO CRUDE OIL LP | 210 PARK AVENUE, SUITE 1600 OKLAHOMA CITY OK 73102 |
| TERNA S.P.A | ATTN: FINANCE DIRECTOR VIALE REGINA MARGHERITA, 125 ROMA 198 ITALY |
| TERNA S.P.A | SEDE LEGALE TERNA SPA VIA ARRIO 64 ROMA 198 ITALY |
| TERREBONNE INVESTMENTS LP | OAK HILL INVESTMENT MANAGEMENT, L.P. 2775 SAND HILL ROAD SUITE 240 MENLO PARK CA 94025 |
| TERWILLIGER PLAZA INC | 2545 S.W. TERWILLIGER BOULEVARD PORTLAND OR 97201 |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | 5 BASEL STREET PO BOX 3190 PEHTA TIQVA 49131 PEHTA TIQVA 49131 ICELAND |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | 5 BASEL STREET PO BOX 3190 PEHTA TIQVA 49131 PEHTA TIQVA 49131 ICELAND |
| TEXAS COMPETITIVEELECTRIC HOLDINGSCOMPANY LLC | 1601 BRYAN STREET DALLAS TX 75201 |
| TEXAS COUNCIL OF COMMUNITY MH MR CENTERS | TEXAS COUNCIL OF COMMUNITY MENTAL HEALTH WESTPARK BUILDING 3, SITE. 240- 8140 N. MOPAC EXPY AUSTIN TX 78759 |
| TEXAS PUBLIC FINANCE AUTHORITY | TEXAS PUBLIC FINANCE AUTHORITY , HEAD OFFICE 300 W. 15TH STREETM, SUITE 411 AUSTIN TX 78701 |
| TEXAS RETAIL ENERGY LLC | ATTN: BRYAN LACINA DEPT. 8845, 2001 SOUTHEAST 10TH STREET BENTONVILLE AR 72716-0550 |
| TEXAS RETAIL ENERGY LLC | DEPT. 8845, 2001 SOUTHEAST 10TH STREET BENTONVILLE AR 72716-0550 |
| THACHER PROFFITT  #AMPER WOOD LLP | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| THE ANDERSONS, INC. | 480 W. DUSSEL DRIVE - P.O. BOX 119 MAUMEE OH 43537 |
| THE BANK OF NEW YORK | ATTN: CORPORATE TRUST ADMINISTRATION MBS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| THE BANK OF NEWYORK MELLON | 32 OLD SLIP NEW YORK NY 10286 |
| THE CHEYENNE WALK TRUST | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| THE DBS BANK LTD | DBS BUILDING TOWER 2 10TH FLOOR 68809 SLOVENIA |
| THE ESPERANCE FAMILY FNDTN | C/O. FOUNDATION SOURCE PHILANTHROPIC 501 SILVERSIDE RD STE 123 WILMINGTON DE 19801 |
| THE ESPERANCE FAMILY FOUNDATION | 1425 BARDSTOWN TRAIL ANN ARBOR MI 48105 |
| THE F AND J CHEN TRUST | 3325 S. GARFIELD AVENUE COMMERCE CA 90040 |
| THE HARRISBURG AUTHORITY | THE HARRISBURG AUTHORITY 100 MARKET STREET, SUITE 104 HARRISBURG PA 17101-2044 |
| THE NATIONAL COMMERCIAL BANK | RISK MANAGEMENT 17TH FLOOR PO BOX 3555 JEDDAH 21481 SAUDI ARABIA |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| THE SHENANDOAH, L.P. | 23622 CALABASAS ROAD SUITE 200 CALABASAS CA 91302 |
| THE SHENANDOAH, L.P. | THE SHENANDOAH, L.P. 23622 CALABASAS ROAD SUITE 200 CALABASAS CA 91302 |
| THE TRUSTEES OF THE AN POST FUND FOR THE AN POST S | SCHEMES PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| THE UNITED COMPANY | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | 622 THIRD AVE NEW YORK NY 10017 |
| THOMAS COOK AG | ZIMMERSMUEHLENWEG 55 OBERURSEL 61440 GEORGIA |
| THOMPSON HINE LLP | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| THOUSAND OAKS, CITY OF | CITY OF THOUSAND OAKS THOUSAND OAKS CA 91362 |
| TIAA GLOBAL MARKETS, INC. | TIAA GLOBAL MARKETS, INC. TEACHERS 730 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017-3206 |
| TIAA GLOBAL MARKETS, INC. | TEACHERS 730 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | C/O THE CHASE MANHATTAN BANK, PROCESS AGENT 55 WATER STREET NORTH BUILDING, ROOM 234, WINDOWS 20 AND 21 NEW YORK NY 10041 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | THE DIRECTORS 730 THIRD AVENUE NEW YORK NY 10017 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | TIAA STRUCTURED FINANCE CDO I, LIMITED C/O QSPV LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| TIDEN CORE MASTER FUND LIMITED | C/O TIDEN CAPITAL, LLC 2520 MERIDIAN PARKWAY, SUITE 470 DURHAM NC 27713 |
| TIDEN DESTINY MASTER FUND LIMITED | C/O TIDEN CAPITAL, LLC 1414 RALEIGH ROAD, SUITE 250 CHAPEL HILL NC 27517 |
| TIFFANY & CO | 2 E 57TH ST NEW YORK NY 10022 |
| TIFFANY & CO. | 15 SYLVAN WAY PARSIPPANY NJ 07054 |
| TIGER FOREX OPPORTUNITIES FUND LTD | C/O TMF FUNDADMINISTRATORS BV WESTBLAAK 89, 3012 KG ROTTERDAM PO BOX 25121 ROTTERDAM 3001 HC THAILAND |
| TIME WARNER DEFINED CONTRIBUTI ON PLANS MASTER TRU | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TIME WARNER DEFINED CONTRIBUTI ON PLANS MASTER TRU | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TIPTREE FINANCIAL PARTNERS LP | JULIA WYATT, CHIEF FINANCIAL OFFICER TIPTREE FINANCIAL PARTNERS, L.P. C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| TIPTREE FINANCIAL PARTNERS LP | MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY |

| Claim Name | Address Information |
|---|---|
| TIPTREE FINANCIAL PARTNERS LP | 10528 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TIZIAN WOHNEN 1 GMBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TIZIAN WOHNEN 1 GMBH | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TIZIAN WOHNEN 1 GMBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TIZIAN WOHNEN 1 GMBH | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TIZIAN WOHNEN 1 GMBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TIZIAN WOHNEN 1 GMBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TIZIAN WOHNEN 1 GMBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TIZIAN WOHNEN 1 GMBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TIZIAN WOHNEN 1 GMBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TKG-STORAGEMART PARTNERS LP | STEPHEN M. DULLE TKG STORAGEMART PARTNERS, L.P. 2407 RANGELINE ST. COLUMBIA MD 65202 |
| TKG-STORAGEMART PARTNERS LP | TKG STORAGEMART PARTNERS, L.P. 2407 RANGELINE ST. COLUMBIA MD 65202 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TLP TRADING LLC | 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST IL 60045 |
| TOB CAPITAL LP | CITI ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO ASSET SECURITIZATION CORPORATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT AUTHORITY | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT AUTHORITY (WASHINGTON) | 1000 SECOND AVENUE, SUITE 2700 SEATTLE WA 98104-1046 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - LOUISIANA | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW JERSE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – OHIO | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCING CORPORATION (NJ) | OFFICE OF PUBLIC FINANCE, NJ DEPT OF TREASURY P.O. BOX 005 50 WEST STATE STREET, 5TH FLOOR 8625 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCING | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| CORPORATION VIRGINIA | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOKIO MARINE FINANCIAL SOLUTIONS LTD. | TOKYO CLUB BUILDING CHIYODA-KU, TOKYO 100-0013 2-6 KASUMIGASEKI 3-CHOME JAPAN |
| TOKYO GAS CO LTD | ATTN: LEGAL THE CHRYSLER BUILDING 405 LEXINGTON AVE, 33RD FLOOR NEW YORK NY 10174 |
| TOKYO GAS CO LTD | ATTN: FINANCE AND MANAGERIAL ACCOUNTING DEPT. 1-5-20, KAIGAN, MINATO-KU TOKYO 105-8527 JAPANA |
| TOKYO GAS CO LTD | 1-5-20 KAIGAN MINATO-KU TOKYO 105-8527 JAPAN |
| TOKYO STAR BANK LTD | 1-6-16 AKASAKA, MINATO-KU TOKYO 107-8480 JAPAN |
| TOKYO TOMIN BANK LTD | 2-3-11 ROPPONGI MINATO-KU 106-8525 JAPAN |
| TOMBALL HOSPITAL AUTHORITY | ATTN: EXECUTIVE VICE PRESIDENT 605 HOLDERRIETH BOULEVARD TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | ATTN: EXECUTIVE VICE PRESIDENT 605 HOLDERRIETH TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | 605 HOLDERRIETH TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | TOMBALL HOSPITAL AUTHORITY 605 HOLDERRIETH BOULEVARD HARRIS TX 77840 |
| TOP SHIPS INC | 1, VASSILLISSIS SOFIAS STR. & MEG ALEXANDEROU STR 15124 GREECE |
| TOPAZ 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRAN (ISLAMIC REPUBLIC OF) |
| TOPAZ FINANCE LTD 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| TOPAZ FINANCE LTD 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRAN (ISLAMIC REPUBLIC OF) |
| TOPAZ FINANCE LTD 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| TOPAZ FINANCE LTD 2005-1 | STREET 3RD FLOOR BOSTON MA 02110 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-1 | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| TOPAZ FINANCE LTD 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRAN (ISLAMIC REPUBLIC OF) |
| TOPAZ FINANCE LTD 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-2 | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOPAZ FUND | ATTN: LEGAL DEPARTMENT MANDATORY COPY TO: 1221 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10020 |
| TOPAZ FUND | ATTN: ROBERT MARX C/O SG AMERICAS SECURITIES, LLC 1221 AVENUE OF THE AMERICAS |

| Claim Name | Address Information |
|---|---|
| TOPAZ FUND | NEW YORK NY 10020 |
| TOPAZ FUND | ATTN:  MANAGER – OTC DERIVATIVE COLLATERAL C/O GLOBEOP FINANCIAL SERVICES LLC 156 WEST 56TH STREET, 6TH FLOOR 10019 |
| TOPAZ FUND | ATTN:  MANAGER – OTC DERIVATIVE COLLATERAL WITH A COPY TO: C/O GLOBEOP FINANCIAL SERVICES LLC 10019 |
| TOPAZ FUND | SOCIETE GENERALE, NEW YORK BRANCH 1221 AVENUE OF THE AMERICAS, 8TH FLOOR 10020 |
| TORONTO DOMINION BANK | ATTN: DEBORAH GRAVINESE 31 WEST 52ND STREET NEW YORK NY 10019 |
| TORONTO DOMINION BANK | DION HAYES MCGUIRE WOODS LP 1 JAMES CENTER 901 E CARY ST RICHMOND VA 23219-4030 |
| TORONTO-DOMINION BANK | 31 WEST 52ND STREET NEW YORK NY 10019-6101 |
| TORONTO-DOMINION BANK (THE) | 31 WEST 52ND STREET NEW YORK NY 10019-6101 |
| TORONTO-DOMINION BANK (THE) | 66 WELLINGTON STREET WEST 6TH FLOOR, TD TOWER TORONTO ON M5K 1A2 CANADA |
| TORRANCE MEMORIAL MEDICAL CENTER | TORRANCE MEMORIAL MEDICAL CENTER, HEAD OFFICE 3330 W. LOMITA BOULEVARD TORRANCE CA 90505 |
| TORRE RE FUND I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TORRE RE FUND I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TORRE RE FUND I | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TORRE RE FUND I | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TORRE RE FUND I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TORRE RE FUND I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TORRE RE FUND I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TORRE RE FUND I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TORRE RE FUND I | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TORRE RE FUND I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TORRE RE FUND I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TORRE RE FUND I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TORRE RE FUND I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TORRE RE FUND I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TORRE RE FUND I | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TORTOISE CAP ADV LLC A/C  PGSTORTOISE HIGH INC INV | PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| TOTAL GAS & POWER LTD(EFET POWER) | 10 UPPER BANK STREET CANARY WHARF LONDON E14 5BF UNITED KINGDOM |
| TOTAL GAS & POWER LTD. | 10 UPPER BANK STREET LONDON E14 5BF UNITED KINGDOM |
| TOTAL GAS & POWER NORTH AMERICA INC | CONTRACT ADMISSION TOTAL GAS 1201 LOUISIANA, SUITE 1600 TOTAL PLAZA HOUSTON TX 77002 |
| TOTAL GAS & POWER NORTH AMERICA INC | ATTN: CONTRACT ADMISSION 800 GESSNER, SUITE 700 HOUSTON TX 77024 |
| TOTAL GAS AND POWER NORTH AMERICA INC. | TOTAL GAS 1201 LOUISIANA, SUITE 1600 TOTAL PLAZA HOUSTON TX 77002 |
| TOTSA TOTAL OIL TRADING SA | DAVID FAIRBAIRN WORLD TRADE CENTRE 10, ROUTE DE L#APPOSAEROPORT CP 276 GENEVA |

| Claim Name | Address Information |
|---|---|
| TOTSA TOTAL OIL TRADING SA | 15 AEROPORT 1215 SWITZERLAND |
| TOTSA TOTAL OIL TRADING SA | WORLD TRADE CENTRE 10, ROUTE DE L#APPOSAEROPORT CP 276 - C11- 1215 GENEVA 15 SWITZERLAND |
| TOWN OF BABYLON | TOWN OF BABYLON IDA, HEAD OFFICE 200 EAST SUNRISE HIGHWAY 11757 |
| TOWNSHIP OF RADNOR | 301 IVEN AVENUE WAYNE PA 19807-5297 |
| TOYOTA MOTOR CREDIT CORPORATION | ATTN: WEI SHI 19001 SO. WESTERN AVENUE TORRANCE CA 90509-2958 |
| TOYOTA MOTOR CREDIT CORPORATION | ATTN: WEI SHI 19001 SO. WESTERN AVENUE P.O. BOX 2958 TORRANCE CA 90509-2958 |
| TOYOTA MOTOR CREDIT CORPORATION | 19001SOUTH WESTERN AVE PO BOX 2958 TORRANCE CA 90509-2958 |
| TPF GENERATION HOLDINGS, LLC | 1044 NORTH 115TH STREET SUITE 400 OMAHA NE 68154 |
| TPG AUSTIN PORTFOLIO HOLDINGS LLC | TPG AUSTIN PORTFOLIO HOLDINGS INC 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TPG- AXON PARTNERS, LP | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. 888 SEVENTH AVENUE, 28TH FLOOR NEW YORK NY 10019 |
| TPG-AXON PARTNERS (OFFSHORE),LTD | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. 888 SEVENTH AVENUE, 28TH FLOOR NEW YORK NY 10019 |
| TPG-RESEARCH PARK PLAZA I & II MEZZANINE LLC | TPG-RESEARCH PARK PLAZA I 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-RESEARCH PARK PLAZA I&II LLC | ATTN: TODD L. MERKE C/O THOMAS PROPERTIES GROUP, INC CITY NATIONAL PLAZA 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-RESEARCH PARK PLAZA I&II LLC | CITY NATIONAL PLAZA LOS ANGELES CA 90071 |
| TPG-STONEBRIDGE PLAZA II LLC | C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-STONEBRIDGE PLAZA II MEZZANINE LLC | C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TRADE PROCESSING CORPORATION | 1251 AVENUE OF THE AMERICAS 53RD FLOOR NEW YORK NY 10020 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: LEGAL C/O STANDARD AND POOR#APPOSS RATING SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: LEGAL C/O US BANK CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED, P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CANADA |
| TRADITION FINANCIAL SERVICES (TEXAS) LP | 3050 POST OAK BOULEVARD HOUSTON TX 77056 |
| TRADITION FINANCIAL SERVICES GMBH | GROSSE ESCHENHEIMER STR. 39/39 60313 FRANKFURT AM GEORGIA |
| TRAFIGURA DERIVATIVES LTD | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TRAFIGURA DERIVATIVES LTD | SWAPS ADMIN FOR CONFIRMS AND OTHER OPS DETAILS TRAFIGURA DERIVATIVES LIMITEDC/O TRAFIGURA LIMTIED PORTMAN HOUSE, 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| TRAFIGURA DERIVATIVES LTD | ATTN: LEGAL REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| TRAFIGURA DERIVATIVES LTD | FOR ALL OTHER COMMUNICATIONS TRAFIGURA DERIVATIVES LIMITED C/O TRAFIGURA LIMITE PORTMAN HOUSE, 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| TRANQUILITY MASTER FUND LTD | ATTN: DAVID BREE AND DON SEYMOUR C/O M P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CANADA |
| TRANQUILITY MASTER FUND LTD | C/O M P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CANADA |
| TRANSALTA ENERGY MARKETING (US) INC | CONTRACT ADMINISTRATION TRANSALTA ENERGY MARKETING (U.S.) INC. C/O TRANSALTA CORPORATION, PO BOX 1900, STATION M CALGARY AB AB T2P 2M1 CANADA |
| TRANSALTA ENERGY MARKETING (US) INC | ALTERNATE ADDRESS: C/O TRANSALTA CORPORATION 110-12 AVENUE SW CALGARY AB T2P 2M1 CANADA |
| TRANSAMERICA CORPORATION | ATTN: TREASURER 600 MONTGOMERY STREET SAN FRANCISCO CA 94111 |
| TRANSAMERICA CORPORATION | ATTN: MARTIN COPPENS, MONTY JACKSON, ASST GEN COUN AEGON USA INVESTMENT MANAGEMENT LLC 400 WEST MARKET ST, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA CORPORATION | THE TRANSAMERICA PYRAMID 60 MONTGOMERY STREET SAN FRANCISCO CA 94111 |
| TRANSAMERICA CORPORATION | AEGON USA 400 WEST MARKET ST, 10TH FL LOUISVILLE KY 40202 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | ATTN: JEFFREY MCGLAUN C/O AEGON INVESTMENT MGMT 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | TRANSAMERICA FINANCIAL LIFE INSURANCE CO C/O AEGON INVESTMENT MGMT 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA LIFE INSURANCE COMPANY | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA LIFE INSURANCE COMPANY | TRANSAMERICA LIFE INSURANCE COMPANY C/O AEGON NV 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA LIFE INSURANCE COMPANY | C/O AEGON NV 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT | ATTN: INVESTMENTS OPERATIONS; GENERAL COUNSEL C/O AEGON INVESTMENT MANAGEMENT, LLC 4333 EDGEWOOD ROAD CEDAR RAPIDS IA 52499 |
| TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT | ATTN: JEFFERY MC GLAUN; PAUL HOUK C/O AEGON INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT | TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT C/O AEGON INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE | ATTN: SWAP DESK 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |

| Claim Name | Address Information |
|---|---|
| CO | ATTN: SWAP DESK 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | 4333 EDGEWOOD ROAD NE CEDAR RAPIDS IA 52499 |
| TRANSCANADA GAS STORAGE PARTNERSHIP | 450 - 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| TRANSWITCH CORPORATION | ATTN: ROBERT A. BOSI AND MATT GAGE TRANSWITCH CORPORATION 3 ENTERPRISE DRIVE SHELTON CT 06484 |
| TRANSWITCH CORPORATION | TRANSWITCH CORPORATION 3 ENTERPRISE DRIVE SHELTON CT 06484 |
| TRAVELSCAPE, INC | TREASURER TRAVELSCAPE, INC. C/O EXPEDIA, INC. 3150 139TH AVENUE, S.E. BELLEVUE, WA BELLEVUE WA 98005 |
| TRAVELSCAPE, INC | TRAVELSCAPE, INC. C/O EXPEDIA, INC. 3150 139TH AVENUE, S.E. BELLEVUE WA 98005 |
| TRAWICK LIVING TRUST | JAMES F. TRAWICK TRAWICK LIVING TRUST 10522 STAGECOACH PASS PILOT POINT TX 76258 |
| TRAWICK LIVING TRUST | TRAWICK LIVING TRUST 10522 STAGECOACH PASS PILOT POINT TX 76258 |
| TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP | LAWRENCE ZHOU 600 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10020 |
| TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP | 600 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10020 |
| TRAXIS FUND LP | LORRAINE MARUFFI C/O MORGAN STANLEY HEDGE FUND 1221 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10020 |
| TRAXIS FUND LP | C/O TRAXIS PARTNERS LP 600 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10020 |
| TRAXIS FUND LP | C/O MORGAN STANLEY HEDGE FUND 1221 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10020 |
| TREASURER OF THE STATE OF INDIANA | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TRESSLER LUTHERAN SERVICES | TRESSLER LUTHERAN SERVICES 960 CENTURY DRIVE MECHANICSBURG PA 17055 |
| TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. | C/O TRG MANAGEMENTS L.P. 280 PARK AVE, 33RD FLOOR NEW YORK NY 10017 |
| TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND | TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD. C/O TRG MANAGEMENT, L.P. 280 PARK AVENUE, 27TH FLOOR NEW YORK NY 10017 |
| TRI-CITY BAPTIST CHURCH | TRI-CITY BAPTIST CHURCH, INC. 1409 NC HIGHWAY NORTH P.O. BOX 40 CONOVER NC 28613 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | ATTN: CHARLES HOWE COPY TO: 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | ATTN: JULIA WYATT C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRILOGY ENERGY LP | 332 6 AVE. SE STE. 1400 CALGARY AB T2G 4S6 CANADA |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP, SR VP 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP 655 EAST JERSEY STREET ELIZABETH NJ 07206 |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP, SR VP 655 EAST JERSEY STREET ELIZABETH NJ 07206 |
| TRINITAS HOSPITAL | 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TRINITY HEALTH PENSION PLAN | ATTN: CHIEF FINANCIAL OFFICER METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD. SUITE 1580 LOS ANGELES CA 90025 |
| TRINITY HEALTH PENSION PLAN | CHIEF FINANCIAL OFFICER METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE |

| Claim Name | Address Information |
|---|---|
| TRINITY HEALTH PENSION PLAN | BLVD. SUITE 1580 LOS ANGELES CA 90025 |
| TRINITY HEALTH PENSION PLAN | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| TRISTATE CAPITAL BANK | ONE OXFORD CENTRE 301 GRANT STREET, 27TH FLOOR PITTSBURGH PA 15219 |
| TROVER CLINIC FOUNDATION | THE TROVER CLINIC FOUNDATION INCORPORATED 2717 FORT CAMPBELL BOULEVARD HOPKINSVILLE KY 42240 |
| TROVER CLINIC FOUNDATION INC (THE) | TROVER FUONDATION 900 HOSPITAL DRIVE MADISONVILLE KY 42431 |
| TROVER CLINIC FOUNDATION INC (THE) | 2717 FORT CAMPBELL BOULEVARD HOPKINSVILLE KY 42240 |
| TRUST OF DONATIONS-EPISCOPAL C HURCH | C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 UNITED STAES |
| TRUSTEES OF HAMILTON COLLEGE | 198 COLLEGE HILL ROAD CLINTON NY 13323 |
| TRUSTEES OF THE AN POST FUND FOR THE AN POST SUPER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE AN POST FUND FOR THE AN POST SUPER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BOMBARDIER TRUST (UK) COMMON INVES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BOMBARDIER TRUST (UK) COMMON INVES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BRITANNIA BUILDING SOCIETY PEN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BRITANNIA BUILDING SOCIETY PEN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | 909 A STREET TACOMA WA 98402-5120 |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION | 909 A STREET TACOMA WA 98402-5120 |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE SCOTTISH HYDRO-ELECTRIC PENSION SC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE SCOTTISH HYDRO-ELECTRIC PENSION SC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRW AUTOMOTIVE INC. | ATTN: TREASURER NORTHROP GRUMMAN, CORPORATE HEADQUARTERS 1840 CENTURY PARK EAST LOS ANGELES CA 90067-2199 |
| TRW AUTOMOTIVE INC. | ATTN: TREASURER TRW AUTOMATIVE U.S. LLC 902 SOUTH SECOND STREET MARSHALL IL 62441 |
| TRW AUTOMOTIVE INC. | ATTN: PETER RAPIN TRW AUTOMATIVE INC. 18252 LAUREL PARK DRIVE NORTH, SUITE 300 WEST LIVONIA MI 48152 |

| Claim Name | Address Information |
|---|---|
| TRW AUTOMOTIVE INC. | 18252 LAUREL PARK DRIVE NORTH, SUITE 300 WEST LIVONIA MI 48152 |
| TUAS POWER LTD | 111 SOMERSET ROAD #13-06 238164 SLOVENIA |
| TUCSON ELECTRIC POWER COMP | 3950 E. IRVINGTON RD. SC115 TUCSON AZ 85714 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: CREDIT ONE SOUTH CHURCH AVE. STE 100 UE205 TUCSON AZ 85701 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: CREDIT & CAPITAL RESOURCES ONE SOUTH CHURCH AVE. STE 100 UE205 TUCSON AZ 85701 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: BARBARA MCCORMIC, CREDIT 3950 E. IRVINGTON RD. MS SC115 TUCSON AZ 85714 |
| TUCSON ELECTRIC POWER COMPANY INC. (WSPP) | 3950 E. IRVINGTON RD. MS SC115 TUCSON AZ 85714 |
| TUDOR BVI GLOBAL PORTFOLIO L.P. (THE) | C/O TUDOR INVESTMENT CORPORATION 1275 KING STREET GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO LP | C/O TUDOR INVESTMENT CORPORATION 1275 KING STREET GREENWICH CT 06831 |
| TUDOR PROPRIETARY TRADING, L.L.C. | ATTN: CHRISTIAN R. SABELLA SHEARMAN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR PROPRIETARY TRADING, L.L.C. | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| TUFF YAMACRAW LLC | THE UNIVERSITY FINANCING FOUNDATION, INC 3333 BUSBEE DRIVE, SUITE 150 KENNESAW GA 30144 |
| TULLETT AND TOKYO FOREX, INC. | CABLE HOUSE 54-62 NEW BROAD STREET LONDON EC2M 1JJ UNITED KINGDOM |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KAMI GALVANI C/O STEPTOE COLLIER CENTER 201 EAST WASHINGTON STREET, SUITE 1600 PHOENIX AZ 85004-2382 |
| TURKIYE SINAI KALKINMA BANKASI AS | MECLISI MEBUSAN CAD 161 FINIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | AL-ROASSIS TOWER 10TH FLOOR DIPLOMATIC AREA P.O. BOX 10215 MANAMA 0 BOSNIA AND HERZEGOVINA |
| TURLOCK IRRIGATION DISTRICT INC. (WSPP) | 333 EAST CANAL DRIVE P.O. BOX 949 TURLOCK CA 95381-0949 |
| TUSCALOOSA COUNTY BOARD OF EDUCATION | 2314 9TH STREET TUSCALOOSA AL 35403 |
| TUSCON SUPPLEMENTAL RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TUSCON SUPPLEMENTAL RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TVA NUCLEAR DECOMMISSIONING TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TVO COACH HOUSE NORTH LLC | TVO COACH HOUSE NORTH LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE SOUTH LLC | TVO COACH HOUSE SOUTH LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO CORINTH PLACE LLC | TVO CORINTH PLACE LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TWIN CITY FLOOR COVERING IDUSTRY PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND | DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| TWIN CITY HOSPITALS MINNESOTA NURSES ASSOCIATION P | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TWIN OAKS JUVENILE DEVELOPMENT, INC | TWIN OAKS JUVENILE DEVELOPMENT INC 11033 NW STREET ROAD 20 BRISTOL FL 32321 |
| TWO SIGMA INVESTMENTS LLCA/C TWO SIGMA HORIZONS | 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012 |
| TYCO ELECTRONICS DEFINED BENEFIT PLANS MASTER TRUS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TYCO INTERNATIONAL GROUP SA | TYCO INTERNATIONAL GROUP SA C/O TYCO INTERNATIONAL (US) INC 9 ROSZEL ROAD PRINCETON NJ 08540 |
| TYCO MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TYCO MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TYCO MASTER RETIREMENT TRUST | TYCO INTERNATIONAL CORPORATE OFFICE 9 ROSZEL ROAD PRINCETON NJ 08540 |
| TYKHE FUND LTD | C/O TYKHE CAPITAL LLC 330 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| TYTICUS MASTER FUND LTD. | RIDGEFIELD CAPITAL GROUP 63 COPPS HILL ROAD RIDGEFIELD CT 06877 |

| Claim Name | Address Information |
|---|---|
| U.A.B. HOLDING TRUST | U.A.B. HOLDING TRUST 2076 UNION AVENUE MEMPHIS TN 38104 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST DEPARTMENT – ASHRAF ALMURDAH U.S. BANK NATIONAL ASSOCIATION 633 WEST FIFTH STREET 24TH FLOOR LOS ANGELES CA 90071 |
| U.S. BANK NATIONAL ASSOCIATION | 601 2ND AVENUE SOUTH MINNEAPOLIS MN 55402-4302 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UBS AG | ATTN: JAMES FUQUA/KAREN WENDELL 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG | ATTN: KIYE SAKAI STAMPFENBACHSTRASSE 73/75 ZURICH 8006 SWITZERLAND |
| UBS AG | ATTN: KIYE SAKAL, MARIE-ANNE CLARKE STAMPFENBACHSTRASSE 73/75 ZURICH 8006 SWITZERLAND |
| UBS AG | 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG | UBS FINANCIAL SERVICES CORPORATE HEADQUARTERS 677 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| UBS AG | 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG | UBS AG STAMFORD BRANCH 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG LONDON GB | 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG ZURICH / AURIEL CAPITALMANAGEMENT GIVE-INFO | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / EMG STRATEGIESMANAGED FUTURES MAST | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / FX OKINAWA INCGIVE-UPFOREIGN EXCHA | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / SWISS LIFE AMGIVE-UPFOREIGN EXCHAN | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH/ TALISMAN GLOBALMACRO MASTER FUND LT | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS CORPORATE BOND RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS CORPORATE BOND RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | ATTN: DARREN STAINROD UBS CURRENCY PORTFOLIO MASTER LIMITED C/O UBS FUND SERVICES (CAYMAN) LIMITED UBS HOUSE, PO BOX 852, 227 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN CANADA |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | ATTN: JAMES MORTIMER WITH A COPY TO:  UBS O#APPOSCONNOR LIMITED 100 LIVERPOOL STREET LONDON EC2M 2RH UNITED KINGDOM |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | JAMES MORTIMER WITH A COPY TO:  UBS O#APPOSCONNOR LIMITED 100 LIVERPOOL STREET LONDON EC2M 2RH UNITED KINGDOM |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | UBS CURRENCY PORTFOLIO MASTER LIMITED C/O UBS FUND SERVICES (CAYMAN) LIMITED UBS HOUSE, PO BOX 852, 227 ELGIN AVENUE GEORGE TOWN BW1 GREECE |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3V 9AH UNITED KINGDOM |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3V 9AH UNITED KINGDOM |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. CHICAGO IL 60606 |
| UBS GLB AM AMERICASA/C | UBS TOWER ONE NO. WACKER DR CHICAGO IL 60606 |
| UBS HIGH YIELD RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS HIGH YIELD RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | ATTN: NICHOLAS VAGRA C/O UBS O#APPOSCONNOR LLC ONE NORTH WACKER DRIVE, 32ND FLOOR CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | ATTN: ROBERT AMMANATI C/O CITCO (CANADA) INC. TORONTO ON M4W 1A8 CANADA |
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | ATTN: MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET EC3 V 9AH UNITED KINGDOM |
| UBS US ALLOCATION FUND | ATTN: DERIVATIVES ADMINISTRATION C/O UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS US ALLOCATION FUND | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UFCW INTERNATIONAL UNION GENERAL FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| UFCW INTERNATIONAL UNION GENERAL FUND | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| UFJ INTERNATIONAL PLC - DO NOT USE - | SANWA INTERNATIONAL PLC CITY PLACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5DJ UNITED KINGDOM |
| UHHS/CSAHS - CUYAHOGA INC | 29000 CENTER RIDGE ROAD WESTLAKE OH 44145 |
| UINTAH BASIN MEDICAL CENTER | UINTAH BASIN MEDICAL CENTER 250 WEST 300 NORTH (75-2) ROOSEVELT UT 84066 |
| UINTAH BASIN MEDICAL CENTER | 250 WEST 300 NORTH (75-2) ROOSEVELT UT 84066 |
| ULTRA MASTER LTD | GENERAL COUNSEL SOLUS ALTERNATIVE CAPITAL MANAGEMENT LP 430 PARK AVENUE NEW YORK NY 10022 |
| ULTRA MASTER LTD | SOLUS ALTERNATIVE CAPITAL MANAGEMENT LP 430 PARK AVENUE NEW YORK NY 10022 |
| UMB BANK NA | 1010 GRAND AVENUE KANSAS CITY MO 64141 |
| UMPQUA BANK | 455 SE MAIN STREET ROSEBURG OR 97470 |
| UMWA 1974 PENSION TRUST | CANADA PENSION PLAN INVESTMENT BOARD ONE QUEEN STREET EAST, SUITE 2700 TORONTO ON M5C 2W5 CANADA |
| UMWA 1974 PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| UMWA 1974 PENSION TRUST | CANADA PENSION PLAN INVESTMENT BOARD TORONTO ON M5C 2W5 CANADA |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | ATTN: KRISTINA LABERMEIER ALPHA HEDGED STRATEGIES FUND 701 WESTCHESTER AVENUE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | KRISTINA LABERMEIER ALPHA HEDGED STRATEGIES FUND 701 WESTCHESTER AVENUE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | ATTN: KRISTINA LABERMEIER 701 WESTCHESTER AVE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | 701 WESTCHESTER AVE, SUITE 312W WHITE PLAINS NY 10604 |
| UNICREDIT BANK SLOVAKIA A.S. | SANCOVA 1/A BRATISLAVA 813 33 SIERRA LEONE |
| UNILEVER SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNILEVER SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNION BANK OF CALIFORNIA, N.A. | 445 SOUTH FIGUEROA STREET 11TH FLOOR LOS ANGELES CA 90071 |
| UNION BANK OF ISRAEL | P.O.BOX 2428 TEL AVIV 61024 ICELAND |
| UNION BANK OF ISRAEL | ATTN: JAMES R. RIGGS, CORRESP. BANKING; LEGAL DEPT 6-8 AHUZAT BAYIT STREET TEL AVIV 61024 ICELAND |
| UNION BANK OF ISRAEL | 6-8 AHUZAT BAYIT STREET TEL AVIV 61024 ICELAND |
| UNION ELECTRIC COMPANY D/B/A AMEREN UE | ONE AMEREN PLAZA 1901 CHOUTEAU AVE PO BOX 66149 ST. LOUIS MO 63166-6149 |
| UNION FIDELITY LIFE INSURANCE COMPANY | UNION FIDELITY LIFE INSURANCE COMPANY UNION FIDELITY LIFE INSURANCE STAMFORD |

| Claim Name | Address Information |
|---|---|
| UNION FIDELITY LIFE INSURANCE COMPANY | CT 06927 |
| UNION FIDELITY LIFE INSURANCE COMPANY | UNION FIDELITY LIFE INSURANCE CORP., 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| UNION GAS LIMITED | 50 KEIL DRIVE NORTH P.O. BOX 2001 CHATHAM ON N7M 5M1 CANADA |
| UNION HOSPITAL, INC | UNION HOSPITAL, INC 1606 NORTH 7TH STREET TERRE HAUTE IN 47804 |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA POPOLARE DI BERGAMO – CREDITO VARESINO S.C.A PIAZZA VITTORIO VENETO, 8 BERGAMO 24122 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | VIA SILVIO PELLICO, 12 MILANO 20121 ITALY |
| UNIPOL BANCA SPA | VIA STALINGRADO, 53 BOLOGNA 40128 ITALY |
| UNITED AUTO WORKERS PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNITED AUTO WORKERS PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNITED CHURCH HOMES, INC | ATTN: DERIVATIVES OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| UNITED CHURCH HOMES, INC | 170 EAST CENTER STREET MARION OH 43301-1806 |
| UNITED CHURCH OF CHRIST RETIREMENT COMMUNITY INC | ATTN: MUNICIPAL FINANCIAL PRODUCTS – MIDDLE OFFICE 745 SEVENTH AVENUE, 16TH FLOOR NEW YORK NY 10019 |
| UNITED CHURCH OF CHRIST RETIREMENT COMMUNITY INC | 33 CHRISTIAN AVENUE CONCORD NH 03301 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED TECHNOLOGIES CORPORATION EMPLOYEES RETIREME | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| UNITED TECHNOLOGIES CORPORATION MASTER RETIREMENT | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| UNITED TECHNOLOGIES CORPORATION MASTER RETIREMENT | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| UNIVERSAL INVESTMENT – SPARKASSE MUENSTERLAND OST | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| UNIVERSITY CLUB PARTNERS, LTD | UNIVERSITY CLUB PARTNERS, LTD 1551 SANDSPUR ROAD MAITLAND FL 32751 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | ATTN: GENERAL COUNSEL CAIN BROTHERS 55 BRENDON WAY, SUITE 500 ZIONSVILLE IN 46077 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC. | 11100 EUCLID AVENUE – LND5022 CLEVELAND OH 44106-6056 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | ATTN: MICHAEL C. KEELS, CONTROLLER 1180 SAM RITTENBERG BLVD. CHARLESTON SC 29407-3374 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | ATTN: ELIZABETH (LISA) J. PHILP C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN ST, SUITE 400 (29401) POST OFFICE BOX 1431 CHARLESTON SC 29401 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | ATTN: ROBIN C. STANTON MCNAIR LAW FIRM, P.A. THE TOWER AT 1301 GERVAIS 1301 GERVAIS ST, 17TH FLOOR COLUMBIA SC 29201 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | MEDICAL UNIVERSITY OF SOUTH CAROLINA 179 ASHLEY AVENUE CHARLESTON SC 29425 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | 171 ASHLEY AVENUE CHARLESTON SC 29425 |
| UNIVERSITY MEDICAL CENTER CORPORATION | UNIVERSITY MEDICAL CENTER CORPORATION 1501 N CAMOBELL AVENUE TUSCON AZ 85724 |
| UNIVERSITY OF FLORIDA FOUNDATION INC | ATTN: PETER H. LANDAUER 100 NW 20TH STREET, THIRD FLOOR GAINESVILE FL 32603 |
| UNIVERSITY OF FLORIDA FOUNDATION INC | SUN CENTER WEST 235 SOUTH MAIN STREET, SUITE 206 GAINESVILE FL 32601 |
| UNIVERSITY OF ILLINOIS | UNIVERSITY OF ILLINOIS THE UNIVERSITY OF ILLINOIS URBANA IL 61801-3620 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | UNIVERSITY OF MASSACHUSSETTS BUILDING AUTHORITY 225 FRANKLIN STREET, 33RD FLOOR BOSTON MA 02110 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | 333 SOUTH STREET, 4TH FLOOR SHREWSBURY MA 01545 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | UNIVERSITY OF MASSACHUSSETTS BUILDING AUTHORITY 225 FRANKLIN STREET, 12TH FLOOR BOSTON MA 02110 |
| UNIVERSITY OF MEDICINE & DENTISTRY OF NEW JERSEY | THE UNIVERSITY HOSPITAL 150 BERGEN STREET, ROOM D347 NEWARK NJ 07103 |

| Claim Name | Address Information |
|---|---|
| UNIVERSITY OF MICHIGAN | ATTN: PETER LA TRONICA BWA/REGENTS OF THE UNIVERSITYOF MICHIGAN ONE GLENDINNING PLACE WESTPORT CT 06880 |
| UNIVERSITY OF MISSOURI SYSTEM ENDOWMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM ENDOWMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT | DISABILITY AND DEATH BENEFIT PLAN ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT DISABILIT | PLAN PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF NOTRE DAME | UNIVERSITY OF NOTRE DAME NOTRE DAME IN 46556 |
| UNIVERSITY OF PITTSBURGH | TREASURER UNIVERSITY OF PITTSBURG 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | ATTN: TREASURER 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | TREASURER 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | UNIVERSITY OF PITTSBURG 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF ROCHESTER  NY | WALLIS HALL ROOM 208 ROCHESTER NY 14627-0023 |
| UNIVERSITY OF SCRANTON | THE UNIVERSITY OF SCRANTON 800 LINDEN STREET SCRANTON PA 18510 |
| UNIVERSITY OF TAMPA FL | THE UNIVERSITY OF TAMPA 401 WEST KENNEDY BOULEVARD TAMPA FL 33606-1490 |
| UNIVERSITY OF TEXAS INVESTMENT MANAGEMENT COMPANY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF TEXAS INVESTMENT MANAGEMENT COMPANY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF TULSA | THE UNIVERSITY OF TULSA 800 SOUTH TUCKER DRIVE TULSA OK 74104 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | ATTN: STEVEN DONOVAN C/O HAWKINS DELAFIELD ONE GATEWAY CENTER 24TH FLOOR NEWARK NJ 07102-5311 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | 18 GARRISON AVENUE DURHAM NH 03824-2334 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORAT | UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| UPS PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UPS RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| URQUIJO GARANTIA BOLSA EURO, FI | BANSABADELL INVERSI?N, S.A., S.G.I.I.C CALLE SENA, 12 SANT CUGAT DEL VALL?S 8174 SPAIN |
| URSULINE ACADEMY | URSULINE ACADEMY 85 LOWDER STREET DEDHAM MA 02026 |
| US AGBANK FCB | 3636 AMERICAN RIVER DRIVE SUITE 100 SACRAMENTO CA 95864 |
| US AGBANK FCB | 245 NORTH WACO 67202 P.O. BOX 2940 WICHITA KS 67201-2940 |
| US AIRWAYS, INC. | 4000 EAST SHY HARBOR BOULEVARD PHOENIX AZ 85034 |
| US BANK NA | ATTN: KENNETH D. NELSON, VP - INTEREST RATE SWAPS C/O U.S. BANCORP 601 2ND AVENUE SOUTH MINNEAPOLIS MN 55402-4302 |
| US BANK NA | CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| US CENTRAL FEDERAL CREDIT UNION | SUITE 100 9701 RENNER BOULEVARD LENEXA KS 66219 |
| US GOVERNMENT PLUS PROFUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| US INVESTIGATIONS SERVICES | 1137 BRANCHTON ROAD PO BOX 26 ANNANDALE PA 16018-0026 |
| US SHIPPING PARTNERS LP | ATTN: AL BERGERSON U.S. SHIPPING PARTNERS LP. 399 THORNALL STREET 8TH FLOOR EDISON NJ 08837 |
| US SHIPPING PARTNERS LP | U.S. SHIPPING PARTNERS LP. 399 THORNALL STREET 8TH FLOOR EDISON NJ 08837 |

| Claim Name | Address Information |
|---|---|
| USG CORPORATION MASTER INVESTMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| UTAH ASSOCIATED MUNICIPAL POWER SYSTEMS | 36 S. STATE STREET SUITE 1900 SALT LAKE CITY UT 84111-1478 |
| UTAH HOUSING CORP | EXECUTIVE DIRECTOR 2479 S. LAKE PARK BLVD. WEST VALLEY CITY UT 84120 |
| UTAH HOUSING CORP | UTAH HOUSING CORP 2479 S. LAKE PARK BLVD. WEST VALLEY UT 84120 |
| UTAH HOUSING CORPORATION | 2479 SOUTH LAKE PARK BLVD WEST VALLEY CITY UT 84120 |
| UTAH HOUSING FIN AGENCY | UTAH HOUSING FIN AGENCY 2479 S LAKE PAK BLVD. WEST VALLEY UT 84120 |
| UTAH HOUSING FIN AGENCY | 2479 S. LAKE PARK BLVD. WEST VALLEY CITY UT 84120 |
| UTAH HOUSING FIN AGENCY | 2479 S LAKE PAK BLVD. WEST VALLEY UT 84120 |
| VAL VERDE UNIFIED SCHOOL DISTRICT | VAL VERDE UNIFIED SCHOOL DISTRICT 975 WEST MORGAN STREET PERRIS CA 92571-3157 |
| VALERO ENERGY CORP | VALERO ENERGY CORPORATION ONE VALERO WAY SAN ANTONIO TX 78249 |
| VALLEJO SANITATION & FLOOD CONTROL | VALLEJO SANITATION & FLOOD CONTROL DISTRICT 450 RYDER STREET VALLEJO CA 94590 |
| VALLEY VIEW LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O GOODMAN FINANCIAL SERVICES 2801 ALASKAN WAY, PIER 70, SUITE 200 SEATTLE WA 98121 |
| VAN KAMPEN BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORE PLUS FIXED INCOME FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORPORATE BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN EQUITY AND INCOME FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN HIGH INCOME TRUST II | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN HIGH YIELD FUND | VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR C/O MORGAN STANLEY INVESTMENT ADVISORS INC. WEST CONSHOHOCKEN PA 19428-288 |
| VAN LEER GROUP FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VAN LEER GROUP FOUNDATION | ATTN: PETER LATRONICA C/O BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| VAN LEER GROUP FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VANCOUVER BRIDGEWOOD LLC | VANCOUVER BRIDGEWOOD LLC 245 COMMERCIAL STREET SALEM OR 97301 |
| VANCOUVER BRIDGEWOOD LLC | 245 COMMERCIAL STREET SUITE 200 SALEM OR 97301 |
| VANGUARD BALANCED INDEX FUND | JIROLE ANTHONY FUND PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD BALANCED INDEX FUND | FUND PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD CAR RENTAL USA HOLDINGS INC | ATTN: TREASURER VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD CAR RENTAL USA HOLDINGS INC | VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD CAR RENTAL USA INC. | VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD FIDUCIARY INTERMEDIATE-TERM BOND TRUST | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST CO SHORT-TERM BOND TRUST | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SECU | C/O VANGUARD VALLEY FORGE FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD HIGH QUALITY BOND PORTFOLIO | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD HIGH QUALITY BOND PORTFOLIO | 100 VANGUARD BLVD. MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD INSTITUTIONAL TOTAL B OND MARKET INDEX FU | P.O. BOX 2600 VALLEY FORGE PA 19482 |

| Claim Name | Address Information |
| --- | --- |
| VANGUARD INTERMEDIATE TERM INVESTMENT GRADE FUND | ATTN: HEIDI STAM, SVP P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD INTERMEDIATE TERM INVESTMENT GRADE FUND | 100 VANGUARD BLVD. MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD INVESTMENT SERIES PLC – VANGUARD 30-40 YE | EURO SWAP INDEX FUND C/O VANGUARD INVESTMENT SERIES PLC P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD INVESTMENT SERIES PLC – VANGUARD 30-40 YE | SWAP INDEX FUND 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD MANAGED PAYOUT DISTRIBUTION FOCUS FUND | C/O VANGUARD FIXED INCOME SECURITIES FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD MANAGED PAYOUT GROWTH AND DISTRIBUTION FU | C/O VANGUARD VALLEY FORGE FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD MANAGED PAYOUT GROWTH FOCUS FUND | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD SHORT TERM INVESTMENT GRADE FUND | C/O VANGUARD FIXED INCOME SECURITIES FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD SHORT TERM INVESTMENT GRADE FUND | 100 VANGUARD BLVD. MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD SHORT-TERM INVESTMENT-GRADE PORTFOLIO | VANGUARD MANAGED PAYOUT DISTRIBUTION FOCUS FUND P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | ATTN: HEIDI STAM, SVP P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD U.S. FUTURES FUND | ATTN: HEIDI STAM, SVP P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD U.S. FUTURES FUND | 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD US INVESTMENT GRADE CREDIT INDEX FUND | JIROLE ANTHONY 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD US INVESTMENT GRADE CREDIT INDEX FUND | 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ATTN: ANGELA MONTEZ DIVERSIFIED ASSETS FUND C/O THE VANTAGEPOINT FUNDS 777 NORTH CAPITOL STREET, SUITE 600 WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ANGELA MONTEX VANTAGEPOINT INVESTMENT ADVISERS, LLC 777 NORTH CAPITOL STREET, NE WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ATTN: ANGELA MONTEX VANTAGEPOINT INVESTMENT ADVISERS, LLC 777 NORTH CAPITOL STREET, NE WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | DIVERSIFIED ASSETS FUND C/O THE VANTAGEPOINT FUNDS 777 NORTH CAPITOL STREET, SUITE 600 WASHINGTON DC 20002-4240 |
| VAR FUNDING TRUST 2007-1 | TRANSACTION MANAGEMENT LEHMAN BROTHER SPECIAL FINANCING INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| VAR FUNDING TRUST 2007-1 | TRANSACTION MANAGEMENT LEHMAN BROTHERS HOLDINGS INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| VAR FUNDING TRUST 2007-1 | DAVID KOLIBACHUK AND MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| VAR FUNDING TRUST 2007-1 | VARIABLE FUNDING TRUST 2007-1 C/O U.S. BANK TRUST NATIONAL ASSOCIATION 19801 |
| VATTENFALL TRADING SERVICES GMBH | ATTN: HOLLACE TOPOL COHEN TROUTMAN SANDERS LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0700 |
| VATTENFALL TRADING SERVICES GMBH | LUDWIG-ERHARD-STRASSE 18 HAMBURG 20459 GEORGIA |
| VC I TOTAL ACCOUNT – GLOBAL EQUITY MASTER | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VC I TOTAL ACCOUNT – GLOBAL EQUITY MASTER | 2 LIBERTY SQUARE BOSTON MA 02109 |
| VEBA PARTNERSHIP N LP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VEBA PARTNERSHIP N LP | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| VEBA PARTNERSHIP N LP | CA 91105 |
| VEBA PARTNERSHIP N LP | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| VEBA PARTNERSHIP N LP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VENOCO, INC. | 370 17TH STREET - SUITE 3900 DENVER CO 80202 |
| VENOCO, INC. | 6267 CARPINTERIA AVENUE, SUITE 100 CARPENTERIA CA 93013-2802 |
| VERDE CDO LTD | ROBERT BICKETT VERDE CDO LTD. C/O LEHMAN BROTHERS ASSET MANAGEMENT CHICAGO IL 60603 |
| VERDE CDO LTD | LIESEL DISTELHORST WITH COPIES TO: CDO TRUST SERVICES ABN AMRO / LASALLE BANK N.A. 181 W. MADISON, 31ST FLOOR CHICAGO IL 60602 |
| VERDE CDO LTD | CARLOS FARJALLAH WITH A COPY TO: MAPLES FINANCE P.O. BOX 1093GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| VERDE CDO LTD (SEG AC CDS ONLY) | LIESEL DISTELHORST WITH COPIES TO: CDO TRUST SERVICES ABN AMRO / LASALLE BANK N.A. 181 W. MADISON, 31ST FLOOR CHICAGO IL 60602 |
| VERDE CDO LTD (SEG AC CDS ONLY) | CARLOS FARJALLAH WITH A COPY TO: MAPLES FINANCE C/O CARLOS FARJALLAH P.O BOX 1093GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| VERDE CDO LTD (SEG AC CDS ONLY) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VERDE CDO LTD (SEG AC CDS ONLY) | VERDE CDO, LTD. C/O LEHMAN BROTHERS ASSET MANAGEMENT CHICAGO IL 60603 |
| VERIFONE HOLDINGS INC | 2099 GATEWAY PLACE, STE. 600 SAN JOSE CA 95110 |
| VERIFONE, INC. | 2099 GATEWAY PLACE, STE. 600 SAN JOSE CA 95110 |
| VERIZON MASTER SAVINGS TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERIZON MASTER SAVINGS TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERMILION RESOURCES LTD | VERMILION RESOURCES LTD. 2800, 400-4TH AVENUE SW CALGARY AB T2P 0J4 CANADA |
| VERMONT (STATE OF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| VERMONT (STATE OF) | 92660 |
| VERMONT (STATE OF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERMONT PENSION INVESTMENT COMMITTEE | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| VERMONT STUDENT ASSISTANCE CORPORATION | 10 EAST ALLEN STREET P.O. BOX 2000 WINOOSKI VT 05404 |
| VETERANS' LAND BOARD OF THE STATE OF TEXAS | STEPHEN F. AUSTIN BUILDING 1700 N. CONGRESS AVE. ROOM 700 AUSTIN TX 78701 |
| VETERANS' LAND BOARD OF THE STATE OF TEXAS | VETERANS' LAND BOARD OF THE STATE OF TEXAS STEPHEN F. AUSTIN BUILDING 1700 N. CONGRESS AVE. AUSTIN TX 78701 |
| VEYANCE TECHNOLOGIES INC | ATTN: TIM TOPPEN, CHIEF EXECUTIVE OFFICER VEYANCE TECHNOLOGIES INC, HEADQUARTERS 703 S CLEVELAND MSSILLON ROAD FAIRLAWN OH 44333-3023 |
| VEYANCE TECHNOLOGIES INC | 703 S CLEVELAND MSSILLON ROAD FAIRLAWN OH 44333-3023 |
| VGZ ZORGVERZEKERAAR NV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VGZ ZORGVERZEKERAAR NV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VIATHON CAPITAL MASTER FUND LP | 401 SPRINGFIELD AVENUE SUMMIT NJ 07901 |
| VICTORY CAPITAL MANAGEMENT ABSOLUTE RETURN CREDIT | 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| VILLAGE BY THE SEA, LTD | C/O THE FINGER COMPANIES 99 DETERING SUITE 200 HOUSTON TX 77007-8289 |
| VILLAGE OF DEERFIELD | 850 WAUKEGAN ROAD DEERFIELD IL 60015-320 |
| VILLAGE OF GERMANTOWN INC | THE VILLAGE AT GERMANTOWN 7820 WALKING HORSE CIRCLE GERMANTOWN TN 38138 |
| VILLAGE OF GERMANTOWN INC | 7820 WALKING HORSE CIRCLE GEORGE TOWN, GRAND CAYMAN 38138 |
| VINING SPARKS | 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120 |
| VINTAGE AT CHEHALIS LLC | VINTAGE AT CHEHALIS LLC 369 SAN MIGUEL DRIVE NEWPORT BEACH CA 92660 |
| VINTAGE AT CHEHALIS LLC | 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| VINTNERS PROPCO SARL | RUE DE LA POSTE 20 LUXEMBORG L2346 LUXEMBOURG |
| VIP DIVERSIFIED INCOME | ATTN: MICHAEL DRESNIN C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| VIRGIN ATLANTIC AIRWAYS LIMITED | ANDREW AVANN CRAWLEY BUSINESS QUARTER WEST SUSSEX RH10 2NU UNITED KINGDOM |
| VIRGIN ATLANTIC AIRWAYS LIMITED | CRAWLEY BUSINESS QUARTER WEST SUSSEX RH10 2NU UNITED KINGDOM |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY | P.O. BOX 430 EMANCIPATION GARDEN STATION ST. THOMAS 804 UNITED STATES OF AMERICA |
| VIRGIN MOBILE USA, LLC | TREASURER VIRGIN MOBILE USA LLC 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGIN MOBILE USA, LLC | ATTN: TREASURER 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGIN MOBILE USA, LLC | VIRGIN MOBILE USA LLC 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGINIA ELECTRIC AND POWER COMPANY | 701 E CARY ST RICHMOND VA 23219-3932 |
| VIRGINIA RESOURCES AUTHORITY | 1111 E. MAIN STREET, SUITE 1920 RICHMOND VA 23219 |
| VISTA GRANDE | ATTN: RICHARD TUCKER C/O LIFE CARE SERVICES LLC 800 SECOND AVENUE, SUITE 200 DES MOINES IA 50309-1380 |
| VISTA GRANDE | ATTN: GENERAL COUNSEL B.C. ZIEGLER AND COMPANY 200 SOUTH WACKER DRIVE, SUITE 2000 CHICAGO IL 60606 |
| VISTA GRANDE | ATTN: BETSY STANDISH 2251 SPRINGPORT ROAD JACKSON MI 49202-1496 |
| VISTA GRANDE | ATTN: BETSY STANDISH VISTA GRAND VILLA 2251 SPRINGPORT ROAD JACKSON MI 49202-1496 |
| VISTA GRANDE | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| VITOL ASIA PTE LTD. | 260 ORCHARD ROAD #13-01 THE HEEREN 238855 SLOVENIA |

| Claim Name | Address Information |
|---|---|
| VITOL INC | ATTN: MANAGER COMMODITIES & SWAPS GROUP OPERATIONS 1100 LOUISIANA STREET SUITE 5500 HOUSTON TX 77002 |
| VITOL INC | 1100 LOUISIANA STREET SUITE 5500 HOUSTON TX 77002 |
| VITOL SA | GROUP FINANCIAL CONTROLLER VITOL HOLDING SARL BOULEVARD DU PONT-D#APPOSARVE 28 1211 GENEVA 4 SWITZERLAND |
| VITOL SA | VITOL SA BOULEVARD DU  PONT -D ARVE 28 1211 GEENEVA 4 HA9 0WS SWITZERLAND |
| VIVENDI UNIVERSAL PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VIVENDI UNIVERSAL PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VODAFONE GROUP  PLC | VODAFONE HOUSE THE CONNECTION NEWBURY, BERKSHIRE RG14 2FN UNITED KINGDOM |
| VOX PLACE CDO LIMITED | ATTN: LEGAL C/O CT CORPORATION 111 8TH AVENUE NEW YORK NY 10011 |
| VOX PLACE CDO LIMITED | ATTN: JOSEPH COSTANTINO, GLOBAL CDO UNIT C/O THE BANK OF NEW YORK 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | ATTN: JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CANADA |
| VOX PLACE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| VOX PLACE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| VOX PLACE CDO LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| VOX PLACE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| VOX PLACE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VOX PLACE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| VOX PLACE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| VOX PLACE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| VOX PLACE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| VOX PLACE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| VOX PLACE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VOX PLACE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VOX PLACE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| VOX PLACE CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VVIF TOTAL BOND MARKET INDEX PORTFOLIO | FUND PO BOX 2600 VALLEY FORGE PA 19482 |
| W.R. GRACE & CO. MASTER RETIREMENT TRUST | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| WABASH VALLEY POWER ASSOCIATION INC | ATTN: VICKI MYERS, CONTRACTS 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 37556 |
| WABASH VALLEY POWER ASSOCIATION INC | JEFF A. CONRAD WABASH VALLEY POWER ASSOCIATION 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 46214 |
| WABASH VALLEY POWER ASSOCIATION INC. | 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 37556 |
| WACHOVIA BANK NATIONAL ASSOCIATION | 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |

| Claim Name | Address Information |
|---|---|
| WALKER HOUSE | P.O. BOX 908 GT MARY STREET GRAND CAYMAN CANADA |
| WALLACE, JASON J | MR. JASON J. WALLACE 525 HUNTLEY DRIVE WEST HOLLYWOOD CA 90045 |
| WALT DISNEY COMPANY (THE) | ATTN: ALAN N. BRAVERMAN, SEVP, GEN. COUNSEL 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY (THE) | ATTN: TREASURY CORPORATE THE WALT DISNEY COMPANY 500 SOUTH BUENA VISTA STREET BURBANK CA 91521 |
| WALT DISNEY COMPANY (THE) | ATTN: JAMES KAPENSTEIN, MANAGING VP, COUNSEL 500 S. BUENA VISTA ST. BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY (THE) | ATTN: MARTIN J. BIENENSTOCK DEWEY AND LEBOEUF LLP 1301 AVE OF THE AMERICAS NEW YORK NY 10019-6092 |
| WALT DISNEY COMPANY (THE) | 500 S. BUENA VISTA ST. BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | ATTN: CHIEF COMPLIANCE OFFICER C/O ING INVESTMENT MANAGEMENT CO. 10 STATE HOUSE SQUARE SH11 HARTFORD CT 06103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | CHIEF COMPLIANCE OFFICER WITH A COPY TO: C/O ING INVESTMENT MANAGEMENT CO. HARTFORD CT 06103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | DAVID VUCHINICH WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST C/O ING INVESTMENT MANAGEMENT CO. ATLANTA GA 30327 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST C/O ING INVESTMENT MANAGEMENT CO. ATLANTA GA 30327 |
| WAM US LIMITED DURATION LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1078/ALCON LABORATORIES EMPLOYEES DEFINED CP | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1079/ DRAGON PORTFOLIOMONETARY AUTHORITY SIN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1079/ DRAGON PORTFOLIOMONETARY AUTHORITY SIN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1098/SAN FRANCISCO EMPLOYEES' RETIRE SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1121/STICHTING PENSIOENFONDS DSM-CHEMIE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1220 AVAYA INC MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1264 / 3M EMPLOYEES WELFARE BENEFITS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1268/PCS ADMINISTRATION INC. MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1285A/C NAT GRIDREF NATNL GRID USA PENSION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1295/CATERPILLAR INC GROUP INS TRUST (VEBA) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1322/ASCENSION HEALTH –HEALTH SYSTEM DEPOSIT | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1332/ MCAMP FIXED INCOME ACCOUNT | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1332/ MCAMP FIXED INCOME ACCOUNT | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1385/BALL CORPORATION MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
| --- | --- |
| WAMCO 1385/BALL CORPORATION MASTER PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| WAMCO 1389/PEPSICO, INCMASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1412/CLEVELAND CLINIC FOUNDATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1412/CLEVELAND CLINIC FOUNDATION | 9500 EUCLID AVENUE JJ 19 CLEVELAND OH 44195 |
| WAMCO 1413/CCHS RETIREMENT PLA N | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1416/AMERICAN MUSEUM OF NATURAL HISTORY | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1425/PFIZER MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1425/PFIZER MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1447/ALABAMA TRUST FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1448/RETAIL WHOLESALE & DEPT. STORE INTL UN. | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1448/RETAIL WHOLESALE & DEPT. STORE INTL UN. | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1462/1199 SEIU GREATER NY PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1488/US BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1488/US BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1488/US BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1496/WEST ASSET INTERMEDIATE PLUS BOND PORT. | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1568/COMMONFUND INST CORE PLUS BOND FND, LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1578/VANTAGE TRUST PLUS FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1578/VANTAGE TRUST PLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1593 / CONTRIBUTORY PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1687/NTCC ADV FNDS FOR E MP BEN TR (AFEBT) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1707/NORTHWESTERN MEMORIAL HOSPITAL & AFFILI | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1745/WESTERN ASSET US LO NG DURATION LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 2795/ SMASHSERIES M FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 2852/ CATHOLICHEALTHCAREWEST FUNDED DEPRECIA | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 2852/ CATHOLICHEALTHCAREWEST FUNDED DEPRECIA | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 654 MICHCON RETIREMENT PLANS' MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | ATTN: PRESIDENT WESTERN ASSET MANAGEMENT 117 EAST COLORADO BOULEVARD PASADENA CA 91105 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | ATTN: SENIOR VP - CUSTOMER OPERATIONS MICHIGAN CONSOLIDATED GAS COMPANY 500 GRISWOLD STREET DETROIT MI 48226 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | MICHIGAN CONSOLIDATED GAS COMPANY 500 GRISWOLD STREET DETROIT MI 48226 |
| WARREN WICKLUND AM | BANKPLASSEN 1A OSLO N-0106 NORWAY |
| WASHINGTON (STATE OF) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WASHINGTON COUNTY MENTAL HEALTH | P.O. BOX 647 MONTPELIER VT 05601-0647 |

| Claim Name | Address Information |
|---|---|
| WASHINGTON DC RETIREMENT BOARD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON DC RETIREMENT BOARD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON MUTUAL INC | JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| WASHINGTON MUTUAL INC CASH BALANCED PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON MUTUAL INC CASH BALANCED PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WASHINGTON MUTUAL INC CASH BALANCED PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON NATIONAL INSURANCE CO INC | JEFFEREY M. STAUTZ, V.P. AND GENERAL COUNSEL 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| WASHINGTON NATIONAL INSURANCE CO INC | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| WASHINGTON TRUST  BANCORP INC | MOJIE FRIEL, VP-TREASURY OPERATIONS COPY TO: 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | ATTN: MARK GIM, SVP-FINANCIAL PLANNING WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | ATTN: MARK GIM/MOJIE FRIEL WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | MARK GIM, SVP-FINANCIAL PLANNING WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | COPY TO: 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST COMPANY | MARK GIM THE WASHINGTON TRUST COMPANY 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST COMPANY | THE WASHINGTON TRUST COMPANY 23 BROAD STREET WESTERLY RI 02891 |
| WASHOE MEDICAL CENTER | ATTN: KEITH L. LEE C/O LAW OFFICES OF KEITH L. LEE 3400 KAUAI COURT, STE. 204 RENO NV 89509 |
| WASHOE MEDICAL CENTER | 1155 MILL STREET RENO NV 89502-1474 |
| WATERFALL EDEN MASTER FUND LTD | WATERFALL EDEN MASTER FUND, LTD. C/O WATERFALL ASSET MANAGEMENT, LLC NEW YORK NY 10036 |
| WATERSHED CAPITAL INSTITUTIONAL PARTNERS LP | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSHED CAPITAL PARTNERS LP | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSHED CAPITAL PARTNERS OFFSHORE LTD | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSTONE CAPITAL ADVISORS LLC | 8720 RED OAK BOULEVARD, SUITE 300 CHARLOTTE NC 28217 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARTIN KALISH, SHAWN BERGERSON WATERSTONE CAPITAL MANAGEMENT, L.P. PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARTIN KALISH, SHAWN BERGERSON WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: WATERSTONE MARKET NEUTRAL MAC 51 TEAM GLOBE OP FINANCIAL SERVICES 1 SOUTH ROAD HARRISON NY 10528 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | REGATTA OFFICE PARK WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1205 CANADA |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | C/O CITCO TRUSTEES (CAYMAN) LIMITED WEST BAY ROAD GRAND CAYMAN KY1-1205 CANADA |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATSON WYATT & COMPANY PENSION PLAN FOR US EMPLOYE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WATSON WYATT & COMPANY PENSION PLAN FOR | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| US EMPLOYEE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WATSON WYATT & COMPANY PENSION PLAN FOR US EMPLOYEE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAVE MASTER FUND LP | KELLY DOUGHERTY THE WAVE MANAGEMENT COMPANY, LLC 4 QUEEN STREET CHARLESTON SC 29401 |
| WAVE MASTER FUND LP | ATTN: PHILIP BOYLAN WAVE MASTER FUND, L.P. C/O BDO SIMPSON XAVIER MERSER STREET LOWER DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| WAVE MASTER FUND LP | PHILIP BOYLAN WAVE MASTER FUND, L.P. C/O BDO SIMPSON XAVIER MERSER STREET LOWER DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| WAVE MASTER FUND LP | THE WAVE MANAGEMENT COMPANY, LLC 4 QUEEN STREET CHARLESTON SC 29401 |
| WAVELAND INGOTS LTD | KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| WAVELAND INGOTS LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAVELAND INGOTS LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAVELAND INGOTS LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WAVELAND INGOTS LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WAVELAND INGOTS LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WAVELAND INGOTS LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WAVELAND INGOTS LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WAVELAND INGOTS LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WAVELAND INGOTS LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WAVELAND INGOTS LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WAVELAND INGOTS LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WAVELAND INGOTS LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WAVELAND INGOTS LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WAVELAND INGOTS LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WAVELAND INGOTS LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WAVELAND INGOTS LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WAVELAND INGOTS LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WCG MASTER FUND LTD | ATTN: KENNETH ULBRICHT 225 LIBERTY STREET, 7TH FLOOR NEW YORK NY 10281 |
| WCG MASTER FUND LTD | ATTN: KENNETH ULBRICHT, OTC CONFIRMS C/O WCG MANAGEMENT, LP 225 LIBERTY STREET, 7TH FLOOR NEW YORK NY 10281 |
| WCG MASTER FUND LTD | 2 WORLD FINANCIAL CENTER, FL 7 NEW YORK NY 10281 |
| WEBSTER BANK, NATIONAL ASSOCIATION | DENISE HALL WEBSTER PLAZA MO-335 WATERBURY CT 06702 |
| WEBSTER BANK, NATIONAL ASSOCIATION | WEBSTER PLAZA MO-335 WATERBURY CT 06702 |
| WEISS MULTI-STRATEGY PARTNERS LLC | C/O WEISS MULTI-STRATEGY ADVISERS LLC ONE STATE STREET 20TH FLOOR HARTFORD CT 06103 |
| WELLINGTON 3460 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| WELLINGTON 3460 | 92660 |
| WELLINGTON 3460 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WELLINGTON 6812/ WTC-CIF IICORE BOND/MORTGAGE BACK | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLINGTON MANAGEMENT COMPANYLLP | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLINGTON MANAGEMENT PORTFOLIO (LUXEMBOURGE) II C | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLMONT HEALTH SYSTEM | ATTN: PETER BRUTON C/O BC ZIEGLER AND COMPANY 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WELLMONT HEALTH SYSTEM | 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WELLPOINT INC. | 120 MONUMENT CIRCLE INDIANAPOLIS IN 46204 |
| WELLS FARGO & COMPANY | 420 MONTGOMERY STREET SAN FRANCISCO CA 94163 |
| WELLS FARGO & COMPANY 401(K) PLAN | GALLIARD CAPITAL MANAGEMENT 800 LASALLE AVENUE, SUITE 2060 MINNEAPOLIS MN 55402-2033 |
| WELLS FARGO & COMPANY PENSION PLAN-GALLIARD FIXED | CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO & COMPANY PENSION PLAN-GALLIARD FIXED | GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK NA | 525 MARKET STREET SAN FRANCISCO CA 94163 |
| WELLS FARGO BANK NA | 550 CALIFORNIA STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | ATTN: KELLY JOHNSON, SVP MAC A0112-144 550 CALIFORNIA STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | AS TRUSTEE  FOR THE WELLS FARGO FIXED INCOME FUND F CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK NA  AS TRUSTEE  FOR THE WELLS FAR | F GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND A | C/O GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND E | CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND E | GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR STABLE RETURN FUND G | GALLIARD CAPITAL MANAGEMENT 800 LASALLE AVENUE, SUITE 2060 MINNEAPOLIS MN 55402-2033 |
| WELLS FARGO BANK, N.A., TRUSTEE | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| WELLS FARGO BANK, N.A., TRUSTEE | ATTN: CLIENT MANAGER, SASCO SERIES 2008-1 WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| WELLS FARGO FIXED INCOME FUND H | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WELLS FARGO FIXED INCOME FUND H | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WELLS FARGO HOME EQUITY TRUST 2004-1 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| WELLS FARGO MASTER TR FOR THE MGD FIXED INC PORT | GALLIARD CAPITAL MANAGEMENT 800 LASALLE AVENUE MINNEAPOLIS MN 55402-2033 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WELLS FARGO/OHIO HOUSING | C/O WELLS FARGO BANK NA 417 MONTGOMERY STREET, SUITE 500 SAN FRANCISCO CA 94104 |
| WEMBLEY NATIONAL STADIUM LTD | ATTN: CHIEF EXECUTIVE YORK HOUSE, 11TH FLOOR EMPIRE WAY MIDDLESEX HA9 0WS UNITED KINGDOM |
| WEMBLEY NATIONAL STADIUM LTD | YORK HOUSE, 11TH FLOOR EMPIRE WAY MIDDLESEX UNITED KINGDOM |
| WEST CORPORATION | 11808 MIRACLE HILLS DRIVE OMAHA NE 68154 |
| WEST CORPORATION | WEST CORPORATION 11808 MIRACLE HILLS DRIVE OMAHA NE 68154 |
| WEST GATE MORTGAGE ASSETS LP | BUSINESS ANALYTICS METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST GATE MORTGAGE ASSETS LP | METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD | METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST KNOX UTILITY DISTRICT | 2328 LOVELL ROAD P.O. BOX 51370 KNOXVILLE TN 37950 |
| WEST LIBERTY CARE CENTER INC | 6557 US 68 SOUTH WEST LIBERTY OH 43357 |
| WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WEST POINT HOUSING LLC | LESLIE COHN, ESQUIRE WEST POINT HOUSING LLC C/O BALFOUR BEATTY MILITARY HOUSING INVESTMENTS NEWTON SQUARE PA 19073 |
| WEST POINT HOUSING LLC | ATTN: LESLIE S. COHN C/O BALFOUR BEATTY COMMUNITIES 10 CAMPUS BOULEVARD NEWTOWN SQUARE PA 19073 |
| WEST POINT HOUSING LLC | WEST POINT HOUSING LLC C/O BALFOUR BEATTY COMMUNITIES NEWTOWN SQUARE PA 19073 |
| WEST POINT HOUSING LLC | MCKENNA LONG AND ALDRIDGE, LLP 303 PEACHTREE STREET, SUITE 5300 ATLANTA GA 30308 |
| WEST VIEW MANOR | 1715 MECHANICSBURG RD. WOOSTER OH 44691 |
| WEST VIRGINIA HOSPITAL FINANCE AUTHORITY | 1900 KANAWHA BOULEVARD E. CHARLESTON WV 25305 |
| WEST VIRGINIA INVESTMENT MANAGEMENT | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| BOARD | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTAR ENERGY INC | ATTN: EXECUTIVE DIRECTOR, RISK MANAGEMENT 818 SOUTH KANSAS AVENUE TOPEKA KS 66612 |
| WESTAR ENERGY INC | ATTN: EXECUTIVE DIRECTOR, RISK MANAGEMENT P.O. BOX 889 TOPEKA KS 66601-0889 |
| WESTAR ENERGY INC | EXECUTIVE DIRECTOR, RISK MANAGEMENT WESTAR ENERGY, INC. P.O. BOX 889 TOPEKA KS 66601-0889 |
| WESTAR ENERGY INC | WESTAR ENERGY, INC. 818 SOUTH KANSAS AVENUE TOPEKA KS 66612 |
| WESTCHESTER, NY (COUNTY OF) | WESTCHESTER COUNTY DEPARTMENT OF FINANCE 148 MARTINE AVENUE, SUITE 720 WHITE PLAINS NY 10601 |
| WESTERN ASSET ABSOLUTE RETURN STRATEGY MASTER FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET CORE BOND PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET CORE BOND PORTFOLIO | WESTERN ASSET MANAGEMENT COMPANY 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET CORE PLUS - UNIVERSAL LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET INTERMEDIATE PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET INTERMEDIATE PORTFOLIO | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MANAGEMENT CO. | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MANAGEMENT COMPANY | GREGG POILLUCCI 117 EAST COLORADO BLVD SUITE 600 PASADENA CA 91105 |
| WESTERN ASSET MANAGEMENT COMPANY | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MANAGEMENT US INTERMEDIATE PLUS LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1839 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1839 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1840 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1840 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLV PASADENA CA 91101 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET OPPORTUNISTIC ASIAN SECURITIES PORTF | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US COMMODITY PLUS MASTER FUND LTD | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US COMMODITY PLUS MASTER FUND LTD | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US CORE BOND FUND | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| WESTERN ASSET US CORE BOND LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE PLUS LLC | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US CORE PLUS LLC | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US CORE PLUS LLC | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| WESTERN CORPORATE FEDERAL CREDIT UNION | 924 OVELAND COURT SAN DIMAS CA 91773-1750 |
| WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN UNIVERSITY OF HEALTH SCIENCES | 3009 E. SECOND STREET POMONA CA 91766-1854 |
| WESTERNBANK PUERTO RICO | ATTN: FREDDY MALDONADO C/O W HOLDING COMPANY, INC. P.O. BOX 1180 MAYAGUEZ PR 00681-1180 |
| WESTERNBANK PUERTO RICO | 19 WEST MCKINLEY STREET MAYAGUEZ PR 00680 |
| WESTERNBANK PUERTO RICO | ATTN: FREDDY MALDONADO / LIDIO SORIANO C/O W HOLDING COMPANY, INC. P.O. BOX 1180 MAYAGUEZ PR 00681-1180 |
| WESTERNBANK PUERTO RICO | 268 MUNOZ RIVERA AVENUE, 6TH FLOOR HATO REY PR 00918 PUERTO RICO |
| WESTLB AG | WOOLGATE EXCHANGE 25 BASINGHALL STREET LONDON EC2V 5HA UNITED KINGDOM |
| WESTLB AG | 1211 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10036 |
| WESTLB UK PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WESTLB UK PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WESTPAC BANKING CORPORATION | 575 5TH AVE, 39TH FLOOR NEW YORK NY 10017 |
| WESTPAC BANKING CORPORATION | 255 ELIZABETH STREET 3RD FLOOR SYDNEY NSW 2000 AUSTRALIA |
| WESTSIDE WALDORF SCHOOL | ATTN: CHIEF FINANCIAL OFFICER 1229 FOURTH STREET SANTA MONICA CA 90401 |
| WESTSIDE WALDORF SCHOOL | 1229 FOURTH STREET SANTA MONICA CA 90401 |
| WESTSIDE WALDORF SCHOOL | 17310 SUNSET BOULEVARD PACIFIC PALISADES CA 90272 |
| WESTWOOD APARTMENTS, LLC | C/O R.W. SELBY & CO. 11661 SAN VICENTE BLVD SUITE 510 LOS ANGELES CA 90049 |
| WEXFORD GLOBAL STRATEGIES TRADING LIMITED | ARTHUR AMRON WITH A COPY FOR SECTS 5, 6, 11, OR 13 TO: C/O WEXFORD CAPITAL, LLC GREENWICH CT 06830 |
| WEXFORD GLOBAL STRATEGIES TRADING LIMITED | WEXFORD GLOBAL STRATEGIES TRADING LIMITED C/O WEXFORD CAPITAL, LLC GREENWICH CT 06830 |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | CT CORPORATION SYSTEM NEW YORK NY 10019 |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | ATTN: LEGAL DEPARTMENT LUDWIG-ERHARD-ALLEE 20 DUSSELDORF D - 40227 GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | D-40001 DUSSELDORF DUSSELDORF D-40001 GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | FRANK ENGEL WGZ BANK AG BLZ 300 600 10 LUDWIG-ERHARD-ALLEE 20 DUSSELDORF 40001 GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | ATTN: FRANK ENGEL WGZ BANK AG LUDWIG-ERHARD-ALLEE 20 BLZ 300 600 10 DUSSELDORF 40001 GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | POSTFACH 10 10 32 D-40001 DUSSELDORF GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | D-40001 DUSSELDORF POSTFACH 10 10 32 GEORGIA |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | LUDWIG-ERHARD-ALLEE 20 DUSSELDORF D - 40227 GEORGIA |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | ATTN: GENERAL COUNSEL 520 MADISON AVENUE, 38TH FLOOR NEW YORK NY 10022 |
| WHARTON EUROPEAN EQUITY LINKED FUND | ATTN: GENERAL COUNSEL C/O WHARTON EQUITY PARTNERS 505 PARK AVENUE, 18TH FLOOR |

| Claim Name | Address Information |
|---|---|
| COMPANY LTD | NEW YORK NY 10022 |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | ATTN: VANESSA GIBSON, DIRECTOR UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN BRAZIL |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | SUITE 1110-1111, TWO PACIFIC PLACE 88 QUEENSWAY HONG KONG |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD TWO PACIFIC PLACE, SUITE 1110-1111 HONG KONG |
| WHEATON COLLEGE | 501 COLLEGE AVENUE WHEATON IL 60187 |
| WHEATON FRANCISCAN SERVICES INC | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WHEATON FRANCISCAN SERVICES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEATON FRANCISCAN SERVICES INC | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WHEATON FRANCISCAN SERVICES INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEELS COMMON INVESTMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEELS COMMON INVESTMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITBREAD GROUP PENSION FUND (THE) | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITBREAD GROUP PENSION FUND (THE) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITBREAD PLC | 909 A STREET TACOMA WA 98402-5120 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JAMES SPIOTTO C/O CHAPMAN AND CUTLER LLP CHICAGO IL 60603-4080 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JOHN LEURINI C/O US BANK CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WHITE MARLIN CDO 2007-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD | WHITE MOUNTAINS INSURANCE GROUP, LTD. INVESTMENT COMMUNITY INQUIRIES GUILFORD CT 06437 |
| WHITE MOUNTAINS REINSURANCE GROUP LTD | WHITE MOUNTAINS INSURANCE GROUP, LTD. INVESTMENT COMMUNITY INQUIRIES GUILFORD CT 06437 |
| WHITECREST PARTNERS LP | 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| WHITEWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD PARTNERS, L.L.C. 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| WHITWORTH COLLEGE | WHITWORTH COLLEGE 300 W. HAWTHORNE ROAD SPOKANE WA 99251 |
| WICHITA RETIREMENT SYSTEMS | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WICHITA RETIREMENT SYSTEMS | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WILHELMSEN MARITIME SERVICES | ATTN: KNUT BJORNEBYE, PRESIDENT WILHELMSEN PREMIER MARINE FUELS P.O. BOX 33 NORWAY |
| WILHELMSEN MARITIME SERVICES AS | STRANDVEIEN 20 1366 LYSAKER 0219 BAERUM NORWAY |
| WILLIAM AND FLORA HEWLETT FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WILLIAM AND FLORA HEWLETT FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WILLIAMS GAS MARKETING INC | ATTN: CONTRACT ADMINISTRATION WILLIAMS POWER COMPANY, INC. ONE WILLIAMS CENTER TULSA OK 74102 |
| WILLIAMS GAS MARKETING INC. | ONE WILLIAMS CENTER P.O. BOX 2400 WRC2A-17 TULSA OK 74102 |
| WILLIAMS PARTNERS LP | ONE WILLIAMS CENTER TULSA OK 74172-0172 |
| WILLOW RE LTD | C/O HSBC BANK (CAYMAN) LTD PO BOX 1109, HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CANADA |
| WILLOW RE LTD | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE – NORTH CHURCH ST. PO BOX 1109 GRAND CAYMAN KY1-1102 CANADA |
| WILLOW RE LTD | C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE – NORTH CHURCH ST. PO BOX 1109 GRAND CAYMAN KY1-1102 CANADA |
| WILMINGTON TRUST COMPANY | ATTN: JOHN A. SITEK RODNEY SQUARE NORTH 1100 NORTH MARKET ST., 9TH FLOOR WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY | RODNEY SQUARE NORTH 1100 NORTH MARKET ST., 9TH FLOOR WILMINGTON DE 19890-0001 |
| WINCHESTER GBL TRST CO LTD AS O/B/O PIMCO BERMUDA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS O/B/O PIMCO BERMUDA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS TRSTEE O/B/O | PIMCO BERMUDA II GBL AGG EX-JP BD MSTR FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS TRSTEE O/B/O PIMCO B | EX-JP BD MSTR FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO BM TRST II- PM BM JGB FLOATER US STRT FD ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY GLBL AGG EX-JAPAN BOND FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY AU MULTI-SECTOR FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY GBL AGG (YEN-HDG) IF ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY GBL HI ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | JGB FLOATER US STRT FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | BOND FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | MULTI-SECTOR FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | GBL AGG (YEN-HDG) IF PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | GBL HI PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO BERMUDA TRST-PIMCO EURO TTL RETURN FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO BM TRST IV – PM BM GLBL REAL RETURN FD LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO KY TRST– PIMCO KY GLBL AGGR EX-JAPAN.. ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PMC BMTRSTII TRSTII-PM BM EMG MRKTS BD FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | EURO TTL RETURN FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | GLBL REAL RETURN FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | GLBL AGGR EX-JAPAN.. PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PMC B | EMG MRKTS BD FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD TRSTEE O/B/O | PIMCO KY TRS– PM KY GLBL LIBOR PLUS (YEN-HG) ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD TRSTEE O/B/O PIMCO  KY | LIBOR PLUS (YEN-HG) PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER MEDICAL CENTER  VA | PHILIP C.G. FARLEY– SVP #AMPER CFO 1840 AMHERST STREET, PO BOX 3340 WINCHESTER VA 22061 |
| WINCHESTER MEDICAL CENTER  VA | IAN WILLIAMS HARRISON 21 SOUTH LONDON STREET WINCHESTER VA 22061 |
| WINCHESTER MEDICAL CENTER  VA | 1840 AMHERST STREET, PO BOX 3340 WINCHESTER VA 22061 |
| WIND CREDIT ARBITRAGE FUND | WIND CREDIT ARBITRAGE FUND TRUST C/O MIZUHO ALTERNATIVE INVESTMENTS, LLC NEW YORK NY 10020 |
| WIND TELECOMUNICAZIONI SPA | VIA CESARE GIULIO VIOLA 48 ROMA 00148 ITALY |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE V CMBS S.R.L | VIA PONTACCIO 10 20121 MILANO ITALY |
| WINDERMERE VI CMBS PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE VI CMBS PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE VI CMBS PLC | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE VI CMBS PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE VI CMBS PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE VI CMBS PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| WINDERMERE VI CMBS PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE VI CMBS PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE VI CMBS PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE VI CMBS PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE VI CMBS PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE VI CMBS PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE VI CMBS PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE VI CMBS PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE VI CMBS PLC | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE VI CMBS PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE VII CMBS PLC | C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LIMITED FIRST FLOOR 7 EXCHANGE PLACE IFSC DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| WINDERMERE X CMBS LIMITED | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING INC. TRANSACTION MANAGEMENT 399 PARK AVENUE 15TH FLOOR, NEW YORK NY 10022-4679 |
| WINDERMERE X CMBS LIMITED | THE DIRECTORS WINDERMERE X CMBS LIMITED FIRST FLOOR INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| WINDERMERE X CMBS LIMITED | LEGAL – FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| WINDERMERE X CMBS LIMITED | THE DIRECTORS FIRST FLOOR 7 EXCHANGE PLACE INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| WINDERMERE X CMBS LIMITED | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| WINDERMERE X CMBS LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE X CMBS LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE X CMBS LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE X CMBS LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE X CMBS LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE X CMBS LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE X CMBS LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE X CMBS LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE X CMBS LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE X CMBS LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE X CMBS LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| WINDERMERE X CMBS LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE X CMBS LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE X CMBS LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE X CMBS LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE X CMBS LIMITED | FIRST FLOOR 7 EXCHANGE PLACE INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| WINDERMERE XIV CMBS LIMITED | THE DIRECTORS WINDEMRE XIV CMBS LIMITED FIRST FLOOR INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRAN (ISLAMIC REPUBLIC OF) |
| WINDERMERE XIV CMBS LIMITED | LEGAL – FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| WINDERMERE XIV CMBS LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE XIV CMBS LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE XIV CMBS LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE XIV CMBS LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE XIV CMBS LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE XIV CMBS LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE XIV CMBS LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE XIV CMBS LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE XIV CMBS LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE XIV CMBS LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE XIV CMBS LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE XIV CMBS LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE XIV CMBS LIMITED | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| WINDERMERE XIV CMBS LIMITED | LEHMAN BROTHERS SPECIAL FINANCING CAPITAL MARKETS CONTRACTS – LEGAL C/O LBI, LEGAL, COMPLIANCE AND AUDIT 747 SEVENTH AVENUE NEW YORK NY 10019 |
| WINDFALL INVESTMENTS LP | OAK HILL INVESTMENT MANAGEMENT, L.P. 2775 SAND HILL ROAD SUITE 240 MENLO PARK CA 94025 |
| WINNITEX INVESTMENT COMPANY LIMITED | BRIAN CHAN WINNITEX INVESTMENT COMPANY LIMITED UNITS 1–5, 6A#AMPER7A, 36/F.,CABLE TV TOWER HONG KONG |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN: BRIAN CHAN UNITS 1–5, 6A&7A, 36/F.,CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |

| Claim Name | Address Information |
|---|---|
| WINNITEX INVESTMENT COMPANY LIMITED | WINNITEX INVESTMENT COMPANY LIMITED UNITS 1-5, 6A#AMPER7A, 36/F.,CABLE TV TOWER HONG KONG |
| WINTRUST FINANCIAL CORPORATION | ATTN: DAVID J. GALVAN 727 N. BANK LN. LAKE FOREST IL 60045 |
| WINTRUST FINANCIAL CORPORATION | WINTRUST FIANNCIAL CORPORATION 727 N. BANK LN. LAKE FOREST IL 60045 |
| WISCONSIN POWER & LIGHT COMPANY | ATTN: ENERGY PORTFOLIO SERVICES DEPT./LEGAL SERVICES - COMMERCIAL 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| WISCONSIN POWER & LIGHT COMPANY | ATTN: LEGAL SERVICES - COMMERCIAL INTERSTATE POWER AND LIGHT COMPANY C/O ALLIANT ENERGY 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| WISCONSIN POWER AND LIGHT COMPANY | 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| WISCONSIN PUBLIC SERVICE PENSION TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| WISCONSIN PUBLIC SRVC CORP PENDELAWARE MGMT BUSINE | DELEWARE INVESTMENTS 2005 MARKERT STREET PHILADELPHIA PA 19103-7094 |
| WISDOMTREE INTERNATIONAL ENERGY SECTOR FUND | BNY ASSET MANAGEMENT 1633 BROADWAY NEW YORK NY 10019 |
| WISDOMTREE INTERNATIONAL SMALLCAP DIVIDEND FUND | WISDOMTREE INVESTMENTS 380 MADISON AVENUE, 21ST FLOOR NEW YORK NY 10017 |
| WITHIN LTD UAP MANAGEMENT | 2-2-2, UCHISAIWAICHOU CHIYODA-KU TOKYO JAPAN |
| WLR RECOVERY FUND II L.P. | C/O WL ROSS & CO. LLC MANHATTAN TOWER, 101 EAST 52ND STREET NEW YORK NY 10022 |
| WLR RECOVERY FUND II L.P. | C/O WL ROSS 1166 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| WLR RECOVERY FUND, LP | ATTN: DAVID WAX C/O WL ROSS 1166 AVENUE OF THE AMERICAS , 27TH FLOOR NEW YORK NY 10036 |
| WLR RECOVERY FUND, LP | C/O WL ROSS MANHATTAN TOWER 101 EAST 52ND STREET NEW YORK NY 10022 |
| WOCKHARDT EU OPERATIONS (SWISS) AG | C/O WOCKHARDT LIMITED WOCKHARDT TOWERS BANDRA KURLA COMPLEX BANDRA (EAST), MUMBAI 400 051 INDIA |
| WOLTERS KLUWER NV | APOLLOLAAN 153 PO BOX 75248 1070 AE AMSTERDAM THAILAND |
| WOLVERINE POWER SUPPLY COOPERATIVE, INC. (EEI) | 10125 WEST WATERGATE ROAD P.O. BOX 229 CADILLAC MI 49601 |
| WOOD VIEW APARTMENT ASSOCIATES, L.L.C | C/O BERWIND PROPERTY GROUP, INC 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| WOOD VIEW APARTMENT ASSOCIATES, L.L.C | WOOD VIEW APARTMENT ASSOCIATES, L.L.C C/O BERWIND PROPERTY GROUP, INC 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| WOODRIDGE | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| WOODS, RANDALL E | MR. RANDALL E. WOODS P.O. BOX 675331 6694 CALLE PEQUENA RANCHO SANTA FE CA 92067 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP 2033 SIXTH AVENUE SUITE 1010 SEATTLE  WA 98121 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | 2033 SIXTH AVENUE SUITE 1010 SEATTLE WA 98121 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | 210 PARK AVENUE, SUITE 1800 OKLAHOMA CITY OK 73102 |
| WOODWARD MUNICIPAL AUTHORITY | WOODWARD MUNICIPAL AUTHORITY 1219 8TH STREET WOODWARD OK 73801 |
| WOORI 2 STAR DERIVATIVES FUND KH-2 | C/O WOORI CREDIT SUISSE ASSET MANAGEMENT CO. LTD. 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 REUNION, ISLAND OF |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | C/O WOORI CREDIT SUISSE ASSET MANAGEMENT CO. LTD. 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 REUNION, ISLAND OF |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | C/O WOORI CSAM CO LTD, 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 REUNION, ISLAND OF |
| WOORI INVESTMENT & SECURITIES CO.,LTD. | 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 REUNION, ISLAND OF |
| WORCESTER POLYTECHNIC INSTITUTE | CUCINOTTA SYLVIA 100 INSTITUTION ROAD WORCESTER MA 01609-2280 |
| WORCESTER POLYTECHNIC INSTITUTE | 100 INSTITUTION ROAD WORCESTER MA 01609-2280 |
| WORK COVER COMPENSATION INSURANCE FUND | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| WORLD FUEL SERVICES AMERICAS INC | ATTN: RONALD C. RILEY 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |

| Claim Name | Address Information |
|---|---|
| WORLD FUEL SERVICES AMERICAS INC | ATTN: RONALD C. RILEY/AFTAB SALEEM 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |
| WORLD FUEL SERVICES AMERICAS, INC. | 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |
| WORLD HEALTH ORGANIZATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WORLD HEALTH ORGANIZATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WORLD WILDLIFE FUND, INC. | WORLD WILD LIFE FUND, U.S. HEADQUARTERS 1250 TWENTY-FOURTH STREET, N.W. P.O. BOX 97180 WASHINGTON DC 20090-7180 |
| WRITERS GUILD INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WRITERS GUILD INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WTC CTF LIBOR PLUS PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF II CITIGROUP EMERGING MARKETS DEBT PORTFOL | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF II STOCK MARKET PLUS PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF OPPORTUNISTIC FIXED PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | ATTN: LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | DERIVATIVE OPERATIONS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WUESTENROT BANK AG PFANDBRIEFBANK | ABT. FL IM TAMBOUR 1 LUDWIGSBURG 71630 GEORGIA |
| WYOMING (STATE OF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WYOMING (STATE OF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WYOMING RETIREMENT SYSTEM | 909 A STREET TACOMA WA 98402-5120 |
| XAVERIAN BROTHERS HIGH SCHOOL | 800 CLAPBOARD BOARD STREET WESTWOOD MA 02090 |
| XAVIER UNIVERSITY | 3800 VICTORY PARKWAY CINCINNATI OH 45207-4521 |
| XCEL ENERGY INC MASTER PENSION TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| XCEL ENERGY INC MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| XEROX FINAL SALARY PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| XEROX FINAL SALARY PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| XEROX PENSION SCHEME | 909 A STREET TACOMA WA 98402-5120 |
| XTO ENERGY INC | ATTN: MR. BRENT W. CLUM, VP & TREASURER 810 HOUSTON STREET FORT WORTH TX 76102 |
| XTO ENERGY INC | 810 HOUSTON STREET FORT WORTH TX 76102 |
| YAKIMA-TIETON IRRIGATION DISTRICT | OFFICE, TIETON HEADQUARTERS 470 CAMP 4 ROAD YAKIMA WA 98908 |
| YALE UNIVERSITY | VP AND GENERAL COUNSEL YALE UNIVERSITY NEW HAVEN CT 65208 |
| YALE UNIVERSITY | VP AND GENERAL COUNSEL YALE UNIVERSITY NEW HAVEN CT 06520-8255 |
| YALE-NEW HAVEN HOSPITAL | ATTN: DONALD E. WAGGAMAN, JR.  / GEORGE VANVALKENB YALE NEW HAVEN HOSPITAL, INC ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |
| YALE-NEW HAVEN HOSPITAL | ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |
| YALE-NEW HAVEN HOSPITAL | YALE NEW HAVEN HOSPITAL, INC ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |
| YANG MING MARINE TRANSPORT CORP. | 271 MING DE 1ST ROAD CHIDU KEELUNG TAIWAN |

| Claim Name | Address Information |
|---|---|
| YANGQUAN COAL INDUSTRY (GROUP) COMPANY LIMITED | 5 BEIDAXIJIE SHANXIƒYANGQUAN SHANXI 45000 SWITZERLAND |
| YAPI VE KREDI BANKASI AS | YAPI VE KREDI PLAZA D BLOK LEVENT ISTANBUL 34330 TURKEY |
| YES BANK LTD | TIECICON HOUSE, 2ND FLOOR, E. MOSES ROAD, MAHALAKSHMI, MUMBAI 400 011 INDIA |
| YMCA OF GREATER ROCHESTER | 444 EAST MAIN STREET ROCHESTER NY 14604-2595 |
| YMCA OF GREATER ROCHESTER | HARRIS BEACH PLC 99 GARNSEY RD PITTSFORD NY 14534 |
| YMCA OF GREATER WORCESTER | YMCA OF CENTRAL MASSACHUSETS 766 MAIN STREET WORCESTER MA 01610 |
| YMCA RETIREMENT FUND (INC) | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| YMCA RETIREMENT FUND (INC) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| YORK ASIANOPPORTUNITIES MASTERFUND, L.P. | C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CITY SEWER AUTH   YORK PA | REED CONSTRUCTION DATA 30 TECHNOLOGY PARKWAY SOUTH SUITE 100 NORCROSS GA 30092 |
| YORK CREDIT OPPORTUNITIES FUND LP | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS LP | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK HOSPITAL | ATTN: VICE PRESIDENT FINANCE 1001 SOUTH GEORGE STREET YORK PA 17405 |
| YORK HOSPITAL   PA | ATTN: SENIOR VP FINANCE/CFO 45 MONUMENT ROAD, SUITE 200 YORK PA 17403 |
| YORK HOSPITAL   PA | 45 MONUMENT RD STE 200 YORK PA 17403 |
| YORK INVESTMENT LIMITED | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YUANTA COMMERCIAL BANK CO.,LTD | 9F., NO.66, SEC. 1, DUNHUA S. RD. SONGSHAN DISTRICT TAIPEI 10557 TAIWAN |
| YUMA REGIONAL MEDICAL CENTER | 2400 S. AVENUE A YUMA AZ 85364 |
| ZACISDAMAN L.L.C. | C/O EQUITY GROUP INVESTMENTS, LLC TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| ZAIS CL LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX V-A CAYMAN LIMITED | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX V-B LP | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX V-C LIMITED | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-A LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-B LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-C LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-D LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-F LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-I LP | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS OPPORTUNITY MASTERFUND, LTD | ZAIS CDO OPPORTUNITY MASTER FUND, LTD. C/O ZAIS GROUP, LLC, 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND I LTD | ATTN: DENISE CROWLEY / ATTN: SAMANTHA ECKSTEIN C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND I LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK, NJ 07701 ATTN: SAMANTHA ECKSTEIN ATTN: ABENA AYE |
| ZAIS SCEPTICUS FUND III LTD | ATTN: CHRIS KELLY, MD ZAIS GROUP, LLC 2 BRIDGE AVE, SUITE #322 RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND III LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK NJ 07701 |

| Claim Name | Address Information |
|---|---|
| ZAIS ZEPHYR A-1 LTD | RUSSELL PRICE C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-1 LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | RUSSELL PRINCE C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | C/O DEUTSCHE BANK (CAYMAN) LIMITED PO BOX 1984, BOUNDARY HALL CRICKET SQUARE GEORGE TOWN, GRAND CAYMAN KY1-1104 CANADA |
| ZAIS ZEPHYR A-3, LTD. | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-5 LTD | RUSSELL PRINCE C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-5 LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZEELAND ALUMINIUM COMPANY AG | BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |
| ZEELAND ALUMINIUM COMPANY AG | BAARERSTRASSE 63 6300 ZUG SWITZERLAND |
| ZIRCON FINANCE  2007-5 | C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE 2007-6 | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE 2007-6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE 2007-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED C/O WALKERS SPV LIMITED | ZIRCON FINANCE LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-10 | FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-12 | 02116 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-15 | STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-19 | STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CANADA |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZURCHER KANTONALBANK | ATTN: DOCUMENTATION TRADING PRODUCTS, ATTN: IBD, INVESTMENT BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | BAHNHOFSTRASSE 9 CH-8001 ZURICH ATTN: DOCUMENTATION TRADING PRODUCTS, ATTN: IBD, INVESTMENT SWITZERLAND |
| ZURCHER KANTONALBANK | BAHNHOFSTRASSE 9 CH-8001 ZURICH SWITZERLAND |
| ZURICH CAPITAL MARKETS INC | 370 17TH STREET, SUITE 3900 DENVER CO 80202 |
| ZURICH/SCUDDER MANAGED MUNICIPAL BONDS | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| ZURICH/SCUDDER MANAGED MUNICIPAL BONDS | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZURICH/SCUDDER MASSACHUSETTS TAX FREE FUND | CHAPIN MICHAEL C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZURICH/SCUDDER MASSACHUSETTS TAX FREE FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZWINGER OPCO 6 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZWINGER OPCO 6 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZWINGER OPCO 6 BV | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZWINGER OPCO 6 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZWINGER OPCO 6 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZWINGER OPCO 6 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZWINGER OPCO 6 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZWINGER OPCO 6 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| ZWINGER OPCO 6 BV | 21045 |
| ZWINGER OPCO 6 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZWINGER OPCO 6 BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZWINGER OPCO 6 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZWINGER OPCO 6 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZWINGER OPCO 6 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZWINGER OPCO 6 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZWINGER OPCO 6 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZWINGER OPCO 6 BV | ZWINGER OPCO 6 BV STRAWINSKYLAAN 1161 NOORD-HOLLAND, NETHERLANDS AMSTERDAM 1077 NIGER |

**Total Creditor Count 21195**