**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Karen E. Wagner
Avi Gesser
James I. McClammy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |
|---|---|
| **In re:** | : |
|  | : **Chapter 11 Case No.** |
| **LEHMAN BROTHERS** | : **08-13555 (JMP)** |
| **HOLDINGS INC.,** *et al.*, | : |
|  | : **(Jointly Administered)** |
| **Debtors.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FIRM REGISTRATION AS AN LLP**
**AND NAME CHANGE**

PLEASE TAKE NOTICE that Davis Polk & Wardwell has registered with the New York Secretary of State as a limited liability partnership, effective June 19, 2009, and has changed its name to Davis Polk & Wardwell LLP.

Dated: New York, New York
July 24, 2009

By:  /s/ Karen E. Wagner
Karen E. Wagner
Avi Gesser
James I. McClammy

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-6501