**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Karen E. Wagner
Avi Gesser
James I. McClammy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11 Case No.** |
| **LEHMAN BROTHERS** | : **08-13555 (JMP)** |
| **HOLDINGS INC.,** *et al.*, | : |
| | : **(Jointly Administered)** |
| **Debtors.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIRD AMENDED VERIFIED STATEMENT OF
DAVIS POLK & WARDWELL LLP PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this amended verified statement (the "**Amended Verified Statement**") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "**Debtors**") and respectfully states as follows:

1. Davis Polk represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that may be creditors of one or more of the Debtors (together, the "**Represented Parties**").

2. Those Represented Parties that are not listed on Exhibit A have either not yet been finally determined to be creditors of the Debtors or have not yet determined to appear in the Cases. Such parties include entities that may or may not have claims against one or more of the Debtors based upon securities transactions once netting is completed and other entities that have sought from Davis Polk advice on existing financial transactions with one or more of the Debtors or general advice regarding the Cases. Davis Polk will supplement this

statement as necessary as the status of additional Represented Parties becomes clear.

      3. Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out agreements with certain of the Debtors, law or equity. The specific nature and amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest to be filed in the Cases.

      4. Each of the Represented Parties separately requested that Davis Polk represent them in connection with the Cases.

      5. Davis Polk has provided, and may continue to provide, certain legal services to certain of the Debtors. With respect to these services, Davis Polk has prepetition and may have post-petition claims against the Debtors. Davis Polk has not purchased, sold or otherwise transferred any claims against the Debtors.

      6. The undersigned hereby certifies that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Davis Polk reserves the right to revise and supplement this statement.

Dated:   New York, New York
          July 24, 2009

By:  /s/ Karen E. Wagner
      Karen E. Wagner
      Avi Gesser
      James I. McClammy

      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 450-6501

# EXHIBIT A

1. Natixis ABM LLC
   1251 Avenue of the Americas
   New York, New York 10020

2. Banque Privée Saint Dominique
   12-14, Rond Point des Champs Elysées
   75382 Paris Cedex 08
   France

3. Natixis
   30, avenue Pierre Mendes-France
   75013 Paris
   France

4. Natixis Bleichroeder Inc.
   1345 Avenue of the Americas
   New York, NY 10105
   United States of America

5. Natixis Financial Products Inc.
   9 West 57th Street, 35th Floor
   New York, NY 10019
   United States of America

6. Natixis Securities North America Inc.
   9 West 57th Street, 35th Floor
   New York, NY 10019
   United States of America

7. Legal & General Finance Plc
   One Coleman Street
   London, EC2R 5AA
   United Kingdom

8. Legal & General Protected Investments Plc
   1 Grand Canal Square
   Grand Canal Harbour
   Dublin 2
   Ireland

9. Mediolanum International Life Limited
   Block B
   Iona Building
   Shelbourne Road
   Dublin 4
   Ireland

10. EKT Holding AG
    Bahnhofstrasse 37
    CH – 9320 Arbon
    Switzerland

11. Banque de Luxembourg
    14 Boulevard Royal
    L-2449 Luxembourg

12. Lupus alpha Kapitalanlagegesellschaft mbH
    Speicherstraße 49-51
    60327 Frankfurt am Main
    Germany