**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                      :    Chapter 11 Case No.
                                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                                             :
                              Debtors.                            :    (Jointly Administered)
                                                                             :
------------------------------------------------------------------x    Ref. Docket Nos. 3517-3520


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.     On July 22, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Paul Belobritsky
Sworn to before me this                           Paul Belobritsky
24th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT "A"

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BOSQUE POWER COMPANY, LLC
      C/O FULCRUM POWER SERVICES, L.P.
      ATTN: FRED E. REED, JR.
      5120 WOODWAY, SUITE 10010
      HOUSTON TX 77056
```

Please note that your claim # 2895 in the above referenced case and in the amount of
        $48,662,525.13        has been transferred **(unless previously expunged by court order)**

```
      C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
      TRANSFEROR: BOSQUE POWER COMPANY, LLC
      11-13 BOULEVARD DE LA FOIRE
      LUXEMBOURG     L 1528
      LUXUMBOURG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3517      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 22, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BOSQUE POWER COMPANY, LLC
         C/O FULCRUM POWER SERVICES, L.P.
         ATTN: FRED E. REED, JR.
         5120 WOODWAY, SUITE 10010
         HOUSTON TX 77056

Please note that your claim # 4047 in the above referenced case and in the amount of
       $48,600,723.04       has been transferred **(unless previously expunged by court order)**

         C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: BOSQUE POWER COMPANY, LLC
         11-13 BOULEVARD DE LA FOIRE
         LUXEMBOURG    L 1528
         LUXUMBOURG

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3518     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2009.

08-13555-mg    Doc 4484    Filed 07/24/09    Entered 07/24/09 16:18:36    Main Document
Pg 5 of 10

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BOSQUE POWER COMPANY, LLC
      C/O FULCRUM POWER SERVICES, L.P.
      ATTN: FRED E. REED, JR.
      5120 WOODWAY, SUITE 10010
      HOUSTON TX 77056
```

Please note that your claim # 2896 in the above referenced case and in the amount of
        $48,726,707.06        has been transferred **(unless previously expunged by court order)**

```
      C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
      TRANSFEROR: BOSQUE POWER COMPANY, LLC
      11-13 BOULEVARD DE LA FOIRE
      LUXEMBOURG    L 1528
      LUXUMBOURG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3519    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2009                                    Vito Genna, Clerk of Court

                                                    /s/ Paul Belobritsky
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BOSQUE POWER COMPANY, LLC
          C/O FULCRUM POWER SERVICES L.P.
          ATTN: FRED E. REED, JR.
          5120 WOODWAY, SUITE 10010
          HOUSTON TX 77056

Please note that your claim # 4045 in the above referenced case and in the amount of
      $48,600,723.04        has been transferred **(unless previously expunged by court order)**

          C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: BOSQUE POWER COMPANY, LLC
          11-13 BOULEVARD DE LA FOIRE
          LUXEMBOURG    L 1528
          LUXUMBOURG

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3520     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2009.

**EXHIBIT "B"**

```
TIME: 17:13:28                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/22/09                                              CREDITOR LISTING

Name                                    Address
BOSQUE POWER COMPANY, LLC               C/O FULCRUM POWER SERVICES L.P. ATTN: FRED E. REED, JR. 5120 WOODWAY, SUITE 10C10 HOUSTON TX 77056
BOSQUE POWER COMPANY, LLC               C/O FULCRUM POWER SERVICES, L.P. ATTN: FRED E. REED, JR. 5120 WOODWAY, SUITE 1C010 HOUSTON TX 77056
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.     TRANSFEROR: BOSQUE POWER COMPANY, LLC 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG L 1528 LUXEMBOURG

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153