**EXHIBIT B**

# LEHMAN BROTHERS | DERIVATIVES - MTM STATEMENT

| TO: | FIRSTBANK OF PUERTO RICO |
|---|---|
| A/C #: | 052394FFED |
| | Javier Cabrera |
| PHONE: | |
| FAX: | |
| EMAIL: | javier.cabrera@firstbankpr.com;bernardo.diaz@firstbankpr.com |

| FROM: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
|---|---|
| | TRACY AGARD |
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0252 |
| EMAIL: | cvg@lehman.com |

| DATE: | 01-Sep-2008 |
|---|---|
| COB VALUATION DATE: | 29-Aug-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*
*NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | |
|---|---:|
| FID Swaps Total: | (308,432) |
| Structured Total: | 3,589,724 |
| **TOTAL:** | **3,281,293** |

| Independent Requirement Summary | |
|---|---:|
| Portfolio Independent Requirement: | |
| Deal Specific Independent Requirement: | 3,719,550 |
| **TOTAL:** | **3,719,550** |

### FID Swaps

| GID | RMS ID | Product Type | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | MTM (USD) |
|---|---|---|---|---|---|---|---|---|
| 460154 | 645449L | SWAP | 20-Feb-2004 | 15-Mar-2004 | 15-Sep-2008 | USD | 4,835,000 | (87,213) |
| 567158 | 753057L | SWAP | 16-Aug-2004 | 13-Sep-2004 | 13-Sep-2008 | USD | 9,700,000 | (221,219) |

**FID SWAPS TOTAL:** (308,432)

### Structured

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | MTM (USD) |
|---|---|---|---|---|---|---|---|
| 2255408 | 1021843L | 08-Sep-2005 | 13-Sep-2005 | 13-Sep-2017 | USD | 7,820,000 | 118,297 |
| 304770 | 437265L | 02-Jan-2003 | 22-Jan-2003 | 22-Jan-2018 | USD | 9,500,000 | (4,913) |
| 306088 | 439237L | 08-Jan-2003 | 28-Jan-2003 | 28-Jan-2018 | USD | 9,450,000 | (32,015) |
| 318448 | 454135L | 13-Feb-2003 | 12-Mar-2003 | 12-Mar-2018 | USD | 9,500,000 | 41,299 |
| 322742 | 459115L | 26-Feb-2003 | 17-Mar-2003 | 17-Mar-2023 | USD | 4,765,000 | (33,078) |
| 325005 | 462077L | 05-Mar-2003 | 31-Mar-2003 | 31-Mar-2016 | USD | 9,550,000 | 91,196 |
| 327228 | 465031L | 11-Mar-2003 | 28-Mar-2003 | 28-Mar-2023 | USD | 9,500,000 | 183,724 |
| 329168 | 467691L | 17-Mar-2003 | 04-Apr-2003 | 04-Apr-2018 | USD | 4,765,000 | 60,817 |
| 341947 | 487969L | 25-Apr-2003 | 15-May-2003 | 15-May-2023 | USD | 11,875,000 | 128,962 |
| 345452 | 493893L | 08-May-2003 | 02-Jun-2003 | 02-Jun-2023 | USD | 9,550,000 | 247,398 |
| 348607 | 499029L | 19-May-2003 | 13-Jun-2003 | 13-Jun-2018 | USD | 9,500,000 | 121,610 |
| 354838 | 507955L | 06-Jun-2003 | 30-Jun-2003 | 30-Jun-2023 | USD | 9,500,000 | 299,608 |
| 354849 | 507969L | 06-Jun-2003 | 30-Jun-2003 | 30-Dec-2015 | USD | 9,665,000 | 218,864 |
| 356977 | 511045L | 12-Jun-2003 | 30-Jun-2003 | 30-Jun-2018 | USD | 9,500,000 | (45,974) |
| 358452 | 513333L | 17-Jun-2003 | 08-Jul-2003 | 08-Jan-2024 | USD | 5,715,000 | 230,008 |
| 362169 | 519201L | 26-Jun-2003 | 30-Jul-2003 | 30-Jul-2023 | USD | 1,930,000 | 59,608 |
| 362065 | 519287L | 26-Jun-2003 | 16-Jul-2003 | 16-Jul-2018 | USD | 9,500,000 | 145,439 |
| 365885 | 525713L | 08-Jul-2003 | 30-Jul-2003 | 30-Jul-2018 | USD | 9,532,000 | 66,470 |
| 366383 | 526301L | 09-Jul-2003 | 29-Jul-2003 | 29-Jan-2016 | USD | 4,808,000 | 19,791 |
| 367356 | 527757L | 11-Jul-2003 | 28-Jul-2003 | 28-Jul-2023 | USD | 5,730,000 | 97,164 |
| 367767 | 528975L | 15-Jul-2003 | 04-Aug-2003 | 04-Aug-2023 | USD | 11,875,000 | 131,082 |
| 367771 | 528979L | 15-Jul-2003 | 04-Aug-2003 | 04-Aug-2023 | USD | 12,825,000 | 111,592 |
| 368848 | 530029L | 16-Jul-2003 | 30-Jul-2003 | 30-Jul-2023 | USD | 2,955,000 | 40,366 |
| 400999 | 574567L | 02-Oct-2003 | 23-Oct-2003 | 23-Oct-2023 | USD | 4,775,000 | (1,796) |
| 478936 | 666591L | 25-Mar-2004 | 20-Apr-2004 | 20-Oct-2020 | USD | 4,800,000 | 77,292 |

| | | | | | |
|---|---|---|---|---|---|
| 2024382 | 812375L | 16-Nov-2004 | 10-Dec-2024 | USD | 14,495,000 | 13,638 |
| 2039756 | 830807L | 09-Dec-2004 | 28-Dec-2024 | USD | 19,300,000 | 397,737 |
| 2046694 | 839999L | 22-Dec-2004 | 14-Jan-2025 | USD | 9,650,000 | 27,333 |
| 2057055 | 849071L | 11-Jan-2005 | 28-Jul-2017 | USD | 6,790,000 | 38,939 |
| 2057053 | 849079L | 11-Jan-2005 | 28-Jan-2015 | USD | 6,825,000 | 20,897 |
| 2063202 | 855639L | 19-Jan-2005 | 04-Feb-2021 | USD | 4,850,000 | 32,100 |
| 2079386 | 871069L | 08-Feb-2005 | 28-Feb-2016 | USD | 9,650,000 | 56,770 |
| 2079506 | 871291L | 08-Feb-2005 | 24-Feb-2021 | USD | 9,650,000 | 59,229 |
| 2082337 | 874739L | 11-Feb-2005 | 07-Mar-2025 | USD | 9,700,000 | 182,525 |
| 2099262 | 893237L | 07-Mar-2005 | 28-Mar-2025 | USD | 14,550,000 | (182,467) |
| 2140180 | 930711L | 21-Apr-2005 | 12-May-2025 | USD | 4,855,000 | 25,053 |
| 2153921 | 940249L | 09-May-2005 | 27-May-2025 | USD | 7,350,000 | 47,205 |
| 2163271 | 946647L | 18-May-2005 | 10-Jun-2025 | USD | 4,850,000 | 97,969 |
| 2186872 | 966559L | 14-Jun-2005 | 30-Jun-2020 | USD | 6,835,000 | (22,351) |
| 2191312 | 970779L | 20-Jun-2005 | 11-Jul-2025 | USD | 14,550,000 | 267,529 |
| 2192547 | 971801L | 21-Jun-2005 | 15-Jan-2018 | USD | 14,660,000 | 220,227 |
| 2194922 | 973579L | 23-Jun-2005 | 13-Jul-2011 | USD | 4,885,000 | (10,564) |
| 2202988 | 980093L | 05-Jul-2005 | 27-Jul-2013 | USD | 9,800,000 | (54,857) |
| STRUCTURED TOTAL: | | | | | | 3,589,724 |

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | Independent Requirement Percent | Independent Requirement (USD) |
|---|---|---|---|---|---|---|---|---|
| 2255408 | 1021843L | 08-Sep-2005 | 13-Sep-2005 | 13-Sep-2017 | USD | 7,820,000 | 1.00 | 78,200 |
| 304770 | 437265L | 02-Jan-2003 | 22-Jan-2003 | 22-Jan-2018 | USD | 9,500,000 | 1.00 | 95,000 |
| 318448 | 454135L | 13-Feb-2003 | 12-Mar-2003 | 12-Mar-2018 | USD | 9,500,000 | 1.00 | 95,000 |
| 325005 | 462077L | 05-Mar-2003 | 31-Mar-2003 | 31-Mar-2016 | USD | 9,550,000 | 1.00 | 95,500 |
| 329168 | 467691L | 17-Mar-2003 | 04-Apr-2003 | 04-Apr-2018 | USD | 4,765,000 | 1.00 | 47,650 |
| 345452 | 493893L | 08-May-2003 | 02-Jun-2003 | 02-Jun-2023 | USD | 9,550,000 | 1.00 | 95,500 |
| 354838 | 507955L | 05-Jun-2003 | 30-Jun-2003 | 30-Jun-2023 | USD | 9,500,000 | 1.00 | 95,000 |
| 356977 | 511045L | 12-Jun-2003 | 30-Jun-2003 | 30-Jun-2018 | USD | 9,500,000 | 1.00 | 95,000 |
| 362169 | 519201L | 26-Jun-2003 | 30-Jul-2003 | 30-Jul-2023 | USD | 1,930,000 | 1.00 | 19,300 |
| 400999 | 574567L | 02-Oct-2003 | 23-Oct-2003 | 23-Oct-2023 | USD | 4,775,000 | 1.00 | 47,750 |
| 368848 | 530029L | 16-Jul-2003 | 30-Jul-2003 | 30-Jul-2023 | USD | 2,955,000 | 1.00 | 29,550 |
| 367771 | 528979L | 14-Jul-2003 | 04-Aug-2003 | 04-Aug-2023 | USD | 12,825,000 | 1.00 | 128,250 |
| 367767 | 528975L | 14-Jul-2003 | 04-Aug-2003 | 04-Aug-2023 | USD | 11,875,000 | 1.00 | 118,750 |
| 367356 | 527757L | 11-Jul-2003 | 28-Jul-2003 | 28-Jul-2023 | USD | 5,730,000 | 1.00 | 57,300 |
| 366383 | 526301L | 09-Jul-2003 | 29-Jul-2003 | 29-Jan-2016 | USD | 4,808,000 | 1.00 | 48,080 |
| 365885 | 525713L | 08-Jul-2003 | 30-Jul-2003 | 30-Jul-2018 | USD | 9,532,000 | 1.00 | 95,320 |
| 362065 | 519287L | 26-Jun-2003 | 16-Jul-2003 | 16-Jul-2018 | USD | 9,500,000 | 1.00 | 95,000 |
| 2186872 | 966559L | 14-Jun-2005 | 30-Jun-2005 | 30-Jun-2020 | USD | 6,835,000 | 1.00 | 68,350 |
| 2163271 | 946647L | 18-May-2005 | 10-Jun-2005 | 10-Jun-2025 | USD | 4,850,000 | 1.00 | 48,500 |
| 2153921 | 940249L | 09-May-2005 | 27-May-2005 | 27-May-2025 | USD | 7,350,000 | 1.00 | 73,500 |
| 2140180 | 930711L | 21-Apr-2005 | 12-May-2005 | 12-May-2025 | USD | 4,855,000 | 1.00 | 48,550 |
| 2099262 | 893237L | 07-Mar-2005 | 28-Mar-2005 | 28-Mar-2025 | USD | 14,550,000 | 1.00 | 145,500 |
| 2082337 | 874739L | 11-Feb-2005 | 07-Mar-2005 | 07-Mar-2025 | USD | 9,650,000 | 1.00 | 96,500 |
| 2079506 | 871291L | 08-Feb-2005 | 24-Feb-2005 | 24-Feb-2021 | USD | 9,650,000 | 1.00 | 96,500 |
| 2079386 | 871069L | 08-Feb-2005 | 28-Feb-2005 | 28-Feb-2016 | USD | 9,650,000 | 1.00 | 96,500 |
| 2063202 | 855639L | 19-Jan-2005 | 04-Feb-2005 | 04-Feb-2021 | USD | 4,850,000 | 1.00 | 48,500 |
| 2202988 | 980093L | 05-Jul-2005 | 27-Jul-2005 | 27-Jul-2013 | USD | 9,750,000 | 1.00 | 97,500 |
| 2194922 | 973579L | 23-Jun-2005 | 13-Jul-2005 | 13-Jul-2011 | USD | 4,885,000 | 1.00 | 48,850 |
| 2192547 | 971801L | 21-Jun-2005 | 15-Jul-2005 | 15-Jan-2018 | USD | 14,585,000 | 1.00 | 145,850 |
| 2191312 | 970779L | 20-Jun-2005 | 11-Jul-2005 | 11-Jul-2025 | USD | 14,550,000 | 1.00 | 145,500 |
| 2057053 | 849079L | 11-Jan-2005 | 28-Jan-2005 | 28-Jan-2015 | USD | 6,825,000 | 1.00 | 68,250 |
| 2057055 | 849071L | 11-Jan-2005 | 28-Jan-2005 | 28-Jul-2017 | USD | 6,790,000 | 1.00 | 67,900 |
| 2048694 | 839999L | 22-Dec-2004 | 14-Jan-2005 | 14-Jan-2025 | USD | 9,650,000 | 1.00 | 96,500 |
| 2039756 | 830807L | 09-Dec-2004 | 28-Dec-2004 | 28-Dec-2024 | USD | 19,300,000 | 1.00 | 193,000 |
| 2024385 | 812375L | 16-Nov-2004 | 10-Dec-2004 | 10-Dec-2024 | USD | 14,495,000 | 1.00 | 144,950 |
| 478936 | 666591L | 25-Mar-2004 | 20-Apr-2004 | 20-Oct-2020 | USD | 4,800,000 | 1.00 | 48,000 |
| 358452 | 513333L | 17-Jun-2003 | 08-Jul-2003 | 08-Jan-2024 | USD | 5,715,000 | 1.00 | 57,150 |
| 354849 | 507969L | 06-Jun-2003 | 30-Jun-2003 | 30-Dec-2015 | USD | 9,665,000 | 1.00 | 96,650 |

Deal - Specific Breakdown (Scheduled)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34. | 499029L | 19-May-2003 | 13-Jun-2003 | 13-Jun-2018 | USD | 9,500,000 | 1.00 | 95,000 |
| | 487969L | 25-Apr-2003 | 15-May-2003 | 15-May-2023 | USD | 11,875,000 | 1.00 | 118,750 |
| | 465031L | 11-Mar-2003 | 28-Mar-2003 | 28-Mar-2023 | USD | 9,500,000 | 1.00 | 95,000 |
| | 459115L | 26-Feb-2003 | 17-Mar-2003 | 17-Mar-2023 | USD | 4,765,000 | 1.00 | 47,650 |
| | 439237L | 08-Jan-2003 | 28-Jan-2003 | 28-Jan-2018 | USD | 9,450,000 | 1.00 | 94,500 |

DEAL-SPECIFIC BREAKDOWN TOTAL: 3,719,550

### Collateral Data

| Deal ID | Coll Type | Security ID | Security Description | Maturity Date | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| | VAR | 36202KAL9 | GNMA II ARM | 20-Mar-2016 | USD | 98.30 | 4,500,000 | 110,328 |
| | VAR | 31366LFL5 | FNMA SF 30 YEAR | 01-Dec-2017 | USD | 106.31 | 3,868,461 | 20,132 |
| | VAR | 31391KYD3 | FNMA 15 YEAR | 01-Dec-2017 | USD | 100.94 | 2,000,000 | 403,158 |
| | VAR | 31371KWF4 | FNMA 15 YEAR | 01-Dec-2017 | USD | 100.92 | 2,073,064 | 388,146 |
| | VAR | 31390MKJ2 | FNMA 15 YEAR | 01-Nov-2017 | USD | 100.94 | 7,000,000 | 1,551,579 |
| | VAR | 31391JPY0 | FNMA 15 YEAR | 01-Nov-2017 | USD | 100.94 | 30,950,709 | 5,509,517 |
| | VAR | 31391Y6N2 | FNMA 15 YEAR | 01-Jan-2018 | USD | 99.15 | 9,591,196 | 2,827,724 |
| | VAR | 31400CAT1 | FNMA 15 YEAR | 01-Feb-2018 | USD | 99.15 | 15,000,000 | 3,934,573 |
| | VAR | 31400CDE1 | FNMA 15 YEAR | 01-Feb-2018 | USD | 99.15 | 8,000,000 | 2,227,662 |
| | VAR | 31391Y3S4 | FNMA 15 YEAR | 01-Feb-2018 | USD | 99.15 | 1,000,000 | 323,673 |
| | VAR | 31401AG84 | FNMA 15 YEAR | 01-May-2018 | USD | 99.15 | 15,181,749 | 4,861,287 |
| | VAR | 31401C3G6 | FNMA 15 YEAR | 01-May-2018 | USD | 99.15 | 1,000,000 | 314,507 |
| | VAR | 31401HJ45 | FNMA 15 YEAR | 01-Jun-2018 | USD | 99.15 | 8,302,184 | 2,049,626 |
| | VAR | 31401NW39 | FNMA 15 YEAR | 01-Apr-2018 | USD | 99.15 | 7,800,000 | 1,646,913 |
| | VAR | 31401H7M8 | FNMA FIXED RATE | 01-Jul-2018 | USD | 99.15 | 10,205,000 | 3,382,418 |
| | VAR | 31401NP29 | FNMA 15 YEAR | 01-Jun-2018 | USD | 99.90 | 10,838,817 | 3,726,333 |
| | VAR | 31401JVN5 | FNMA 15 YEAR | 01-Jun-2018 | USD | 100.36 | 24,000,915 | 7,635,026 |
| | VAR | 31402A4J2 | FNMA SF 30 YEAR | 01-Jun-2018 | USD | 96.19 | 6,193,841 | 2,244,334 |
| | VAR | 31402BDE1 | FNMA 15 YEAR | 01-Jul-2018 | USD | 99.15 | 2,000,000 | 757,947 |
| | VAR | 31402D5A4 | FNMA 15 YEAR | 01-Jul-2018 | USD | 99.15 | 18,190,000 | 6,732,383 |
| | VAR | 31376J7J2 | FNMA 15 YEAR | 01-Jun-2018 | USD | 99.15 | 15,000,000 | 5,775,107 |
| | VAR | 31402FBD6 | FNMA 15 YEAR | 01-Jul-2018 | USD | 99.15 | 6,711,261 | 2,969,658 |
| | VAR | 31402HH61 | FNMA SF 30 YEAR | 01-Jul-2018 | USD | 96.19 | 10,201,592 | 3,784,894 |

COLLATERAL DATA TOTAL: 63,176,927