**EXHIBIT C**

## Harris, Elizabeth M.

| | |
|---|---|
| **From:** | McCarthy, John [jmccart9@lehman.com] |
| **Sent:** | Wednesday, July 08, 2009 12:15 PM |
| **To:** | VICTOR BARRERAS |
| **Cc:** | JAVIER CABRERA; FLORITA NOGUERAS |
| **Subject:** | RE: Clean quotes on the new swaps |
| **Attachments:** | victor_update.xls |

Victor

I tied out the swap fails and accruals within a couple thousand bucks so no problem there.

Your TP value of $3,318,416.76 payable to Lehman is right on top of our value. (TP $3,927,339.57 + 608,922.80 accrued thru 9/29, excluding fails, = $3,318,416.76).

I discussed the replacement transactions and the third party valuation with our counsel..Since our documents call for market quotation (not Loss method), your valuation should be based on the middle average of 4 quotes on the early termination date. Although we don't have 4 dealer quotes, TP's valuation was based on our Early Termination Date as it should be while your replacement trades were conducted on 9/26. For those reasons we can't factor in the replacement costs for restructured transactions.

I need to have the collateral values verified on our end as this will comprise the bulk of the claim and will let you know as soon as I hear. - Can you provide the source of the market quotations for the collateral?

I've attached a spreadsheet which includes the numbers you've provided to me. I've updated those numbers slightly to reflect the use of TP's values rather than the replacement cost and updated the accrued/fails numbers slightly based on the spreadsheet javier sent me yesterday.

After you get the opportunity to review this can you confirm whether this is your view of value as of 9/29 (again, this excludes the P&I claim post bk for now)?

Thanks

---

**From:** VICTOR BARRERAS [mailto:victor.barreras@firstbankpr.com]
**Sent:** Thursday, July 02, 2009 5:23 PM
**To:** McCarthy, John
**Cc:** JAVIER CABRERA; FLORITA NOGUERAS
**Subject:** Clean quotes on the new swaps

John,
This is the email sent to the counterparties bidding on the re-structuring of the swap transactions. The re-organization of the set-off amounts file is being prepared by Javier, and will be sent shortly.

Thank you,
Victor

---

**From:** JAVIER RODRIGUEZ

07/24/2009

**Sent:** Thursday, September 25, 2008 12:36 PM
**To:** VICTOR BARRERAS; JAVIER RODRIGUEZ; FLORITA NOGUERAS
**Subject:** Swap Trading ***REVISED Notional #5 of Group 1

```
Assumptions for Trading:

1) Effective date:  26 Sep 08
2) Set-up payment may be received/sent on Monday, Sept 29, 2008
2) There will be no accrued interest incorporated into the pricing.
Therefore, there will be initial stub periods on all of the swaps.
3) For the initial 3mL setting, we will use yesterday's fixing of 3.47625% for the
stub periods
4) All swaps have semi-annual calls, subject to 20 calendar days notice
5) Fixed coupon accruals are UNadjusted
6) New York business days apply to accruals and payments
7) Modified Following business day convention applies to the Fixed and Floating
legs
8) For all swaps, do NOT incorporate the death put options.
9) For re-pricings in September please quote to next re-pricing date
10) Please send quotes tomorrow (9/26) at the following deadlines per group:
                Group 1 for 9:30am,
                Group 2 for 9:45am,
                Group 3 for 10:00am, and
                Group 4 for 10:15am

Please provide an indication for the total package by 4:30pm today as a spot check.
Please contact us if you have any questions at (787) 729-8111 or (787) 729-8301

Thanks
JR




-----Original Message-----
From: McCarthy, John [mailto:jmccart9@lehman.com]
Sent: Wednesday, July 01, 2009 12:06 PM
To: VICTOR BARRERAS
Subject:

Hi Victor - Just tried calling.

I spoke with our internal counsel and unfortunately we do not have any
authority to discuss/negotiate claims that involve FirstBank's desire to
become senior to the other creditors with respect to your excess
collateral.  He believes that a motion would need to be filed with the
court for such an argument to be heard.

Notwithstanding the above, let's continue to work together to come to
see if we can come to an agreement on the values as we've already done a
fair amount of reconciliation over the past couple months.

I'll keep an eye out for the breakout of fails and current swap accruals
through 9/29/08 and the correspondence you had with your dealer(s) when
replacing the swaps.  Thanks

John McCarthy
> Lehman Brothers Holdings Inc.
> 1271 Avenue of the Americas, 40th floor
> New York, NY 10020
```

Ph: 646-333-8993
Fax: 917-265-1379
john.j.mccarthy@lehman.com


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- -

This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient of this
message you are hereby notified that any review, dissemination, distribution or
copying of this message is strictly prohibited.  This communication is for
information purposes only and should not be regarded as an offer to sell or as a
solicitation of an offer to buy any financial product, an official confirmation of
any transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not
represent that this information is complete or accurate and it should not be relied
upon as such.  All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this
communication (including any attachments) is not intended or written to be used and
cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii)
promoting, marketing or recommending to another party any transaction or matter
addressed herein.

DISCLAIMER: The information contained in this e-mail may be privileged,confidential,


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

07/24/2009

**Lehman SWAP transactions termination**

|  | As of 9/29 |
|---|---:|
| **Swapped cash flow** | |
| Due | |
| Accrued | 608,922.80 |
| Fails | 853,758.87 |
|  | 1,462,681.67 |
| **Transactions fair value** | |
| Total fair value | (3,927,339.57) |
| **Collateral** | |
| Collateral par value | 62,518,197.98 |
| Principal amortization and prepayment | 1,124,756.61 |
| Accrued Interest | 268,534.30 |
| Total P+I | 1,393,290.91 |
| Total Collateral | 63,911,488.89 |
|  | |
| Net Total | 61,446,830.99 |