**<u>EXHIBIT E</u>**

# LEHMAN BROTHERS

July 17, 2008

**_VIA COURIER_**

Victor M. Barreras-Pellegrini
First Bancorp
1519 Ponce de Leon Ave., PH Floor
San Juan, PR 00908-0146

Re:    **ISDA Master Agreement Amendment dated as of June 19, 2008 between Lehman Brothers Special Financing INC ("LBSF") and FirstBank Puerto Rico**

Dear Victor,

On behalf of Adriana Leon, it is my pleasure to enclose a fully-executed original copy of the above referenced ISDA Master Agreement Amendment for your records, along with the relevant signature verification.

Should you have any questions, please feel free to contact me at 646-333-9527 or e-mail at vanessa.gomez@lehman.com.

Very truly yours,

Vanessa Gomez

Enclosures

## CERTIFICATE OF INCUMBENCY

I, Jacqueline Wood, a duly elected, qualified and acting Assistant Secretary of Lehman Brothers Special Financing Inc., a Delaware corporation (the "Corporation"), do hereby certify that the person listed below holds the title in the Corporation indicated opposite his name on the date hereof and that the signature appearing opposite his name is a specimen signature of such person; and that such person is authorized and empowered to execute and deliver any and all documents, instruments and agreements in the name and on behalf of the Corporation as of the date hereof.

| NAME | OFFICE | SIGNATURE |
|------|--------|-----------|
| Locke R. McMurray | Managing Director | |

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Corporation's seal this ___ day of _____, 2008.

[SEAL]

LEHMAN BROTHERS SPECIAL FINANCING INC.

Jacqueline Wood
Assistant Secretary

## AMENDMENT AGREEMENT

**AMENDMENT AGREEMENT** (the "Amendment") dated as of June 19, 2008 between **LEHMAN BROTHERS SPECIAL FINANCING INC.** ("Party A") and **FIRSTBANK PUERTO RICO** ("Party B").

### WITNESSETH

WHEREAS, Party A and Party B have entered into an ISDA Master Agreement dated as of January 16, 1997 (the "Master Agreement") and

WHEREAS, Party A and Party B wish to amend the Master Agreement and to have the Master Agreement, as amended herein, govern the rights and obligations of Party A and Party B with respect to each and every Transaction which is (a) outstanding on the date hereof, and (b) entered into on or after the date hereof,

NOW, THEREFORE, in consideration of the mutual agreements herein contained, Party A and Party B hereby acknowledge and agree as follows:

1.      <u>Certain Definitions.</u>   Unless otherwise defined herein, capitalized terms used herein have the meanings specified in or pursuant to the Master Agreement.

2.      <u>Amendments.</u>

**2a**      Part 1(h)(i) of the Schedule Agreement is hereby deleted in its entirety and replaced with the following:

(h)      **Additional Termination Events** will apply. Each of the following shall constitute an Additional Termination Event:

(i)      **Ratings Decline.** Party B (1) fails to maintain a long term senior unsecured debt rating (or any successor rating) of at least Ba1 (the "Moody's Rating") as determined by Moody's; or (2) fails to maintain a long term senior unsecured debt rating (or any successor rating) of at least BB+ (the "S&P Rating") as determined by S&P; or (3) ceases to be rated by either Moody's or S&P. For clarification, in the event either Moody's or S&P assigns a rating to Party B that is lower than the Moody's Rating or the S&P Rating, as the case may be, then such rating shall be determinative. For the purpose of the foregoing Termination Event, Party B shall be the Affected Party.

**2b**  Part 5(o) is hereby amended by adding the following additional Subsection (j) at the end thereof:

(j)    Both Parties represent and warrant that if at any time and for any reason, after the date of this Agreement a third party beneficially owns record (directly or indirectly) of at least fifty-one percent (51%) (determined on a fully diluted basis) of the capital stock of each class of Party B, both parties will use all reasonable efforts to within 30 days negotiate, execute and deliver an agreement in the form of the pre-printed 1992 ISDA Master Agreement (Multicurrency-Cross Border) (the "**ISDA Form**") and an agreement in the form of the pre-printed Credit Support Annex (New York law) (the "**CSA**"), with such modifications as the Parties shall in good faith agree (the ISDA Form and the CSA, together, the "**Agreement**"), that shall supersede and replace this Agreement.

**2c.**    Paragraph 13(b)(iv)(A) of the Credit Support Annex to the Master Agreement is hereby deleted in its entirety and replaced with the following:

"(A)    "**Independent Amount**" shall mean an amount, if any, as set forth in a Confirmation with respect to Party B; provided however that with respect to Party B the Independent Amount may be increased, at Party A's sole discretion, by an amount equal to 1% of the aggregate notional amount of all outstanding Transactions if Party B's long term senior unsecured debt rating is rated Ba1 as determined by Moody's or is rated BB+ as determined by S&P.

3.    Except as specifically amended hereby, all of the terms and conditions of the Master Agreement shall continue to be in full force and effect and shall be binding upon the parties in accordance with their respective terms.

4.    Each of the parties hereby represents and warrants that:

(a)    the representation and warranties contained in the Master Agreement are true on and as of the date hereof as if made by the party on and as of said date, and



(b)    the execution, delivery and performance of this Amendment are within the party's corporate power and have been duly authorized by all necessary corporate action, and this Amendment constitutes the legal, valid and binding obligation of the party in accordance with its terms.

5.    This Amendment may be executed in any number of counterparts and by the different parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which shall together constitute one and the same instrument.

6.    This Amendment shall be construed in accordance with and be governed by the laws of the State of New York (without reference to choice of law doctrine).

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed by their respective officers or authorized representatives as of the day and year first above written.

**LEHMAN BROTHERS SPECIAL FINANCING INC.**

*Party A*

By: _____

Name:

Title:          Locke R. McMurray
                Managing Director

Date:

**FIRSTBANK PUERTO RICO**

*Party B*

By: _____

Name: Víctor M. Barreras-Pellegrini

Title: Senior Vice President and Treasurer

Date: June 26, 2008

By: _____

Name: Javier Cabrera

Title: Vice President

Date: June 26, 2008