**EXHIBIT F**

**Pinkett, Jane L.**

| | |
|---|---|
| **From:** | IVETTE SOTO [ivette.soto@firstbankpr.com] |
| **Sent:** | Thursday, September 18, 2008 9:51 AM |
| **To:** | FLORITA NOGUERAS; VICTOR BARRERAS |
| **Cc:** | JAVIER CABRERA; MARIA MEDINA; BERNARDO DIAZ |
| **Subject:** | FW: PAYMENTS DUE 09/15/08 / NOT RECEIVED |
| **Importance:** | High |

Swap payments not received from Lehman Brothers.

Thanks

**Ivette Soto**
Accounting Officer
Treasury Accounting & Operations
FIRSTBANK PR

**From:** IVETTE SOTO
**Sent:** Tuesday, September 16, 2008 9:26 AM
**To:** 'Patel, Chirag'; 'derivativesettlementsny@lehman.com'
**Cc:** KAREN CORTES; JAVIER CABRERA
**Subject:** PAYMENTS DUE 09/15/08 / NOT RECEIVED
**Importance:** High

**Please be advise that FirstBank is due to receive as of 09/15/08**

**FirstBank is due to Receive:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/15/2008 | 487969L | LEHMAN | 5.5 | 9/15/2008 | 8/15/2008 | 31 | 11,875,000.00 | 55,470.89 | 55,47 |
| 9/15/2008 | 645449L | LEHMAN | 5 | 9/15/2008 | 3/15/2008 | 184 | 4,835,000.00 | 121,868.49 | 87,32 |
| | 645449L | LEHMAN | 2.82625 | 9/15/2008 | 6/16/2008 | 91 | 4,835,000.00 | (34,541.88) | |
| 9/15/2008 | 753057L | LEHMAN | 6 | 9/13/2008 | 3/13/2008 | 184 | 9,700,000.00 | 293,391.78 | 221,50 |
| | 753057L | LEHMAN | 2.83813 | 9/15/2008 | 6/13/2008 | 94 | 9,700,000.00 | (71,883.53) | |
| 9/15/2008 | 971801L | LEHMAN | 5 | 9/15/2008 | 8/15/2008 | 31 | 14,585,000.00 | 61,936.30 | 61,93 |
| 9/15/2008 | 973579L | LEHMAN | 4.5 | 9/13/2008 | 8/13/2008 | 31 | 4,885,000.00 | 18,670.07 | 18,67 |

Please verify and confirm payments.

**Thanks**

Ivette Soto Alejandro
Accounting Officer
Treasury Accounting & Operations
Tel 787 729-8028 Tel 787 729-2980
mail to: ivette.soto@firstbankpr.com
**FIRSTBANK PR**

07/24/2009