UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
                 Debtors.                    :    (Jointly Administered)
:
---------------------------------------------------------------x

### ORDER APPROVING MOTION OF FIRSTBANK PUERTO RICO FOR EXAMINATION OF DEBTORS LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS HOLDING INC. PURSUANT TO FED. R. BANKR. P. 2004

Upon consideration of the Motion (the "Motion")[1] of FirstBank Puerto Rico ("FirstBank"), pursuant to section 105(a) of title 11 of the United States Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2004") for an order authorizing FirstBank to conduct discovery in the form of: (i) document discovery of Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI") (together, the "Debtors") regarding the location of specific securities identified in the Motion (the "Swap Collateral") that had been delivered by FirstBank to LBSF as collateral in connection with the Swap Agreement, and (ii) deposition discovery of the Debtors regarding the Swap Collateral, or in the alternative (iii) written interrogatories in the form annexed to the Motion as Exhibit "A" (the "Interrogatories); and the Court having jurisdiction over these matters in accordance with 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and a hearing thereon, and sufficient cause appearing therefore; it is hereby

     **ORDERED**, that the Motion is GRANTED; and it is

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

**FURTHER ORDERED**, that, pursuant to Bankruptcy Rule 2004, LBHI and LBSF shall produce written responses to the Interrogatories on or before August __, 2009, to FirstBank at the offices of K&L Gates LLP, Attn: Eli R. Mattioli, 599 Lexington Avenue, New York, New York 10022; and it is

**FURTHER ORDERED**, that in the event the Debtors do not provide full and complete responses to the Interrogatories by the deadline above as set forth in the immediately preceding paragraph, then First Bank shall be authorized, pursuant to Bankruptcy Rule 2004, (i) to conduct document discovery (including through the issuance of subpoenas) of the Debtors regarding the topics set forth in the Interrogatories, to which the Debtors shall respond within ten (10) days after each such discovery request, and (ii) on at least ten (10) days' prior written notice to Debtors' counsel, to examine the Debtors by deposition regarding such topics, for which the Debtors shall make representatives who are the most knowledgeable with regard to such topics available; and it is

**FURTHER ORDERED**, that this Order is without prejudice to the rights of FirstBank, or other parties in interest, to apply for further discovery of LBHI, LBSF, or any other third party in connection with this case.

Dated: New York, New York
      August __, 2009

      By: _____
          HONORABLE JAMES M. PECK
          UNITED STATES BANKRUPTCY JUDGE