*This is a duplicate claim. THIS should be removed from the claim. We bought only 10 Bonds. We already mailed copy to you stating that this is a duplicate claim. The other claim no. is 1245. Please leave the claim No. 1245 as a valid claim.*

*Chris or Nancy Stovic*

**epiq**
SYSTEMS

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000003318 ****

STOVIC, CHRIS OR NANCY
435 GREEVES ST.
KANE, PA 16735

July 01, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | STOVIC, CHRIS OR NANCY |
| Date Received: | 03/11/2009 |
| Claim Number: | 3290 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

*you should Remove the 3290, the reason- duplicate claim*

*Chris Stovic*

*July 5, 2009*

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000001226 \*\*\*\*
STOVIC, CHRIS OR NANCY
435 GREEVES ST.
KANE, PA 16735

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | STOVIC, CHRIS OR NANCY |
| Date Received: | 12/08/2008 |
| Claim Number: | 1245   *& 3290 should be one claim* |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC





Chris Stovic
435 Greeves St
Kane, PA 16735-1517

Paul

Epiq Bankruptcy Solution, LLC
757 Third Avenue, 3rd floor
New York, NY 10017

RECEIVED JUL 09 2009



Epiq Bankruptcy Solution, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017



Chris Stovic
435 Greeves St
Kane, PA 16735-1517