

Die DirektAnlageBank

Christian Wolf
Rechtsanwalt
Leiter Recht & Compliance

Postfach 20 06 53 ▸ 80006 München

phone: +49/89/50068-2486
fax: +49/89/50068-809
e-mail: christian.wolf@dab.com

EPIQ Bankruptcy Solutions, LLC
757 Third Avenue
New York, NY 10017

U.S.A.

**Case Number 08-13555: Lehman Brothers Holdings Inc,**  10.07.2009
**Claim Number 563**

Dear Sir or Madame,

Referring to your letter of June 30, 2009, received July 10, 2009, we want to inform you that we sold the respective Lehman bonds emitted under the Euro Medium-Term Note Program.

We therefore do not assert any claims under claim number 563 against Lehman Brother Holdings Inc., Lehman Brothers Treasury Co. BV or Lehman Brothers Bankhaus AG anymore.

Sincerely,

DAB bank AG

Christian Wolf                    Thorsten Schwarting
Head Legal & Compliance           Director Finance & Controlling

