**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                               :
        Debtors.                  :    (Jointly Administered)
                                               :
------------------------------------------------------------------x    Ref. Docket Nos. 4366, 4471

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 24, 2009, I caused to be served personalzed "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Paul Belobritsky
Sworn to before me this                             Paul Belobritsky
27th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SHIGA BANK, LTD., THE
      1-38, HAMAMACHI
      OTSU-CITY, SHIGA    520-8686
      JAPAN
```

Please note that your claim # 1403 in the above referenced case and in the amount of
         $0.00       has been transferred **(unless previously expunged by court order)**

```
      MERRILL LYNCH JAPAN SECURITIES CO. LTD
      TRANSFEROR: SHIGA BANK, LTD., THE
      NIHONBASHI 1-CHOME BUILDING
      1-4-1 NIHONBASHI, CHUO-KU
      TOKYO    103-8230
      JAPAN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4366     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 24, 2009.

Pg 4 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|
| (Jointly Administered)
Debtors. |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALADDIN RELATIVE VALUE CREDIT MASTER FUND LIMITED
         C/O TIM SHAN
         SIX LANDMARK SQUARE 6TH FLOOR
         STAMFORD CT 06901

Please note that your claim # 3801 in the above referenced case and in the amount of
       $1,241,483.65         has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: ALADDIN RELATIVE VALUE CREDIT MASTER FUND LIMITED
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4471    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 24, 2009.

**EXHIBIT "B"**

```
TIME: 14:35:36                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 07/24/09                                              CREDITOR LISTING

Name                                      Address
ALADDIN RELATIVE VALUE CREDIT MASTER FUND  C/O ITEM SHAN SIX LANDMARK SQUARE 6TH FLOOR STAMFORD CT 06901
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)   TRANSFEROR: ALADDIN RELATIVE VALUE CREDIT MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAMS
MERRILL LYNCH JAPAN SECURITIES CO. LTD     TRANSFEROR: SHIGA BANK, LTD., THE NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN
SHIGA BANK, LTD., THE                      1-38, HAMAMACHI OTSU-CITY, SHIGA  520-8686 JAPAN


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153