DECHERT LLP
Katherine A. Burroughs
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 524-3999
Fax: (860) 524-3930
Email: katherine.burroughs@dechert.com

Ordinary Course Professionals
for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| | : | **Chapter 11 Case No.** |
| **In re** | : | |
| | : | **08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF WITHDRAWAL OF (A) APPLICATION OF DECHERT LLP FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009 AND (B) APPLICATION OF DECHERT LLP FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

PLEASE TAKE NOTICE that the Application of Dechert LLP ("Dechert") for an Award of Compensation and Reimbursement of Expenses for the Period March 1, 2009 Through March 31, 2009 [Docket No. 3527] and the Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period April 1, 2009 Through April 30, 2009 [Docket No. 3761] are hereby withdrawn.

PLEASE TAKE FURTHER NOTICE that certain fees and expenses incurred by Dechert during the months of March and April in its representation of the above-captioned debtors and

15202126

2

debtors in possession (collectively, the "Debtors") will be, or have been paid by certain third-party non-Debtors, and that Dechert will not seek payment of such fees and expenses from the Debtors, as described in the Third Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs on Behalf of Dechert LLP [Docket No. 4358].

      PLEASE TAKE FURTHER NOTICE that the amount of fees and expenses for which Dechert will seek payment from the Debtors is less than $150,000 for each of the months of March and April and therefore, Dechert will seek payment of such fees directly from the Debtors in accordance with the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394].

Dated: July 28, 2009
      New York, New York

/s/ Katherine A. Burroughs
Katherine A. Burroughs
DECHERT LLP
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 524-3999
Facsimile: (860) 524-3930
katherine.burroughs@dechert.com

Ordinary Course Professionals
for the Debtors and Debtors in Possession

2