UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                        :
In re                                                   :       Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :       08-13555 (JMP)
                                                        :
                    Debtors.                            :       (Jointly Administered)
                                                        :
---------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF

## KAZUHIRO KAWAMURA

## ON BEHALF OF MITSUI COMPANY

KAZUHIRO KAWAMURA declares and says:

1. I am attorney-at-law of Mitsui Company, located at Akasaka 2.14 Plaza Building, 14-32, Akasaka 2-chome, Minato-ku, Tokyo Japan (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), had requested that the Firm provide services to the Debtors, these services being (i) to file the rehabilitation claims of creditors affiliated with the Lehman group to the Tokyo District Court as part of the Japanese civil rehabilitation proceedings for (a) Lehman Brothers Japan Inc., (b) Sunrise Finance Co., Ltd., (c) Lehman Brothers Holdings Japan Inc. and (d) Lehman Brothers Commercial Mortgage Inc. and (ii) to render legal advice in respect of Japanese laws; and the Firm had consented to provide such services (together, the "Services").

3. Recently, the Debtors have decided to consolidate legal services that were being provided by a number of law firms in the Asia Pacific region. Accordingly, it is my

understanding that, since Jones Day had already been retained as special counsel to the Debtors with respect to certain matters in Asia, the Debtors have decided that Jones Day, rather than the Firm, will be representing the Debtors in regards to the Services in Japan.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $0 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Tokyo Japan
July 27, 2009

KAZUHIRO KAWAMURA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                             :     Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)
                                                  :
                      Debtors.                    :     (Jointly Administered)
                                                  :
----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:    Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Mitsui Company

   Akasaka 2.14 Plaza Building, 14-32, Akasaka 2-chome, Minato-ku, Tokyo

   107-0052, Japan

2. Date of retention:    October 1, 2008

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

(1) to file the rehabilitation claims of creditors affiliated with the Lehman group to the Tokyo District Court as part of the Japanese civil rehabilitation proceedings for (a) Lehman Brothers Japan Inc., (b) Sunrise Finance Co., Ltd., (c) Lehman Brothers Holdings Japan Inc. and (d) Lehman Brothers Commercial Mortgage Inc. and

(2) to render legal advice on Japanese law

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a) Average hourly rate (if applicable):

Kazuhiro Kawamura (senior attorney) - JPY 50,000 per hour

Junior attorney – JPY 25,000 per hour

Paralegal staff and secretaries – JPY 10,000 per hour

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

Approx. JPY 1,000,000

6. Prepetition claims against the Debtors held by the firm:

Amount of claim:     None

Date claim arose:

Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name:   N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A

11. Name of individual completing this form:

Kazuhiro Kawamura