**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                     :

In re                                                :         Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :         08-13555 (JMP)

               Debtors.                    :         (Jointly Administered)

------------------------------------------------------------------x   Ref. Docket No. 4357

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

        SIDNEY GARABATO, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.    On July 14, 2009, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

      3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      /s/ Sidney Garabato
Sworn to before me this                                           Sidney Garabato
17th day of July, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   JMG CAPITAL PARTNERS LP
              JMG CAPITAL PARTNERS, L.P.
              C/O JMG CAPITAL MANAGEMENT LLC
              PACIFIC ASSET MANAGEMENT, LLC, 11601 WILSHIRE BLVD, SUITE 2180,
              LOS ANGELES CA 90025

Additional:

Transferee:   C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
              c/o CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FARIMILE LANE
              COBHAM, SURREY KT11 2PD UNITED KINGDOM

Your transfer   of schedule #  888023630    is defective for the reason(s) checked below:

Can Not Locate Creditor
Other

Docket Number 4357              Date 07/13/09

/s/Sidney Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 14, 2009.

**Exhibit "B"**

```
TIME: 17:56:13                              LEHMAN BROTHERS HOLDING INC.
DATE: 07/14/09                                   CREDITOR LISTING                                              PAGE:      1
```

| Name | Address |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY  KT11 2PD UNITED KINGDOM |
| JMG CAPITAL PARTNERS LP | JMG CAPITAL PARTNERS, L.P. C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC, 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |

Total Number of Records Printed          2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153