**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
In re                                              :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                               :
                    Debtors.                       :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 4302, 4303, 4305

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

       SIDNEY GARABATO, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 14, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the Personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Sidney Garabato
Sworn to before me this                                             Sidney Garabato
17th day of July, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 4302, 4303, 4305_Aff 07-14-09.doc

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES          ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES
      ROPES & GRAY LLP                                 TRUST 2005-A, ALLIANCE LAUNDRY SYS. LLC
      1211 AVENUE OF THE AMERICAS                      SHEPARD STREET, P.O. BOX 990
      ATTENTION: MARC HIRSCHFIELD, ESQ.                ATTN: BRUCE P. ROUNDS, VP/CFO
      NEW YORK NY 10036-8704                           RIPON WI 54971-0990
```

Please note that your claim # 1299 in the above referenced case and in the amount of
            $0.00        has been transferred **(unless previously expunged by court order)**

```
                                                      ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005
                                                      TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEI
                                                      ALLIANCE LAUNDRY SYSTEMS LLC
                                                      SHEPARD STREET
                                                      P.O. BOX 990
                                                      RIPON WI 54971-0990
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4302       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2009                    Vito Genna, Clerk of Court

                                    /s/Sidney Garabato
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   July 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
        Debtors.                                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC
         TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES
         ALLIANCE LAUNDRY SYSTEMS LLC
         SHEPARD STREET
         P.O. BOX 990
         RIPON WI 54971-0990

Please note that your claim # 1299 in the above referenced case and in the amount of
         $0.00         has been transferred **(unless previously expunged by court order)**

         ALLIANCE LAUNDRY SYSTEMS LLC
         TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC
         SHEPARD STREET
         P.O. BOX 990
         RIPON WI 54971-0990

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4303    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2009                          Vito Genna, Clerk of Court


                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES        ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES
     ROPES & GRAY LLP                              TRUST 2005-A, ALLIANCE LAUNDRY SYS. LLC
     1211 AVENUE OF THE AMERICAS                   SHEPARD STREET, P.O. BOX 990
     ATTENTION: MARC HIRSCHFIELD, ESQ.             ATTN: BRUCE P. ROUNDS, VP/CFO
     NEW YORK NY 10036-8704                        RIPON WI 54971-0990
```

Please note that your claim # 1300 in the above referenced case and in the amount of
            $0.00       has been transferred **(unless previously expunged by court order)**

```
                                                   ALLIANCE LAUNDRY SYSTEM LLC
                                                   TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEI
                                                   SHEPARD STREET
                                                   P.O. BOX 990
                                                   RIPON WI 54971-0990
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4305       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2009                    Vito Genna, Clerk of Court


                                    /s/Sidney Garabato
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 14, 2009.

**Exhibit "B"**

```
TIME: 17:10:32                                      LEHMAN BROTHERS HOLDING INC.
DATE: 07/14/09                                            CREDITOR LISTING                                                              PAGE:    1

Name                                       Address
ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES     ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTENTION:  MARC HIRSCHFIELD, ESQ. NEW YORK NY 10036-8704
ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES     TRUST 2005-A, ALLIANCE LAUNDRY SYS. LLC SHEPARD STREET, P.O. BOX 990 ATTN: BRUCE P. ROUNDS, VP/CFO RIPON WI 54971-0990
ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES ALLIANCE LAUNDRY SYSTEMS LLC SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990
ALLIANCE LAUNDRY SYSTEM LLC                TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990
ALLIANCE LAUNDRY SYSTEMS LLC               TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990

Total Number of Records Printed            5
```

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153