**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
: 
**In re**                                                  :    Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :    08-13555 (JMP)
                                                           :
                                   Debtors.                :    (Jointly Administered)
                                                           :
----------------------------------------------------------------x    Ref. Docket No. 4356

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

       SIDNEY GARABATO, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 28, 2009, I caused to be served personalzed "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing a true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           /s/ Sidney Garabato
Sworn to before me this                                         Sidney Garabato
28th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
      C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
      LOWER THAMES STREET
      ATTENTION: KIRSTEN ROGERS
      LONDON    EC3R6DU
```

Please note that your claim # 3638 in the above referenced case and in the amount of
$946,113.09   has been transferred **(unless previously expunged by court order)**

```
      C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
      TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
      c/o CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4356   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2009                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 14, 2009.

**EXHIBIT B**

FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS
LIMITED, SUGAY QUAY
LOWER THAMES STREET
ATTENTION: KIRSTEN ROGERS
LONDON EC3R6DU


C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN
MAC 1 LIMITED)
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY KT11 2PD
UNITED KINGDOM

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153