**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                                                   :
                    Debtors.                              :   (Jointly Administered)
                                                                   :
----------------------------------------------------------------x   Ref. Docket Nos. 4347, 4348


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 28, 2009, I caused to be served personalized "Notice of Defective Transfer" (the "Defective Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           /s/ Paul Belobritsky
Sworn to before me this                        Paul Belobritsky
29th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Defective Transfers 4347, 4348 _Aff 07-28-09.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor: JMG TRITON OFFSHORE FUND LIMITED
JMG TRITON OFFSHORE FUND LIMITED C/O JMG CAPITAL MANAGEMENT, LLC
PACIFIC ASSET MANAGEMENT, LLC
11601 WILSHIRE BLVD, SUITE 2180,
LOS ANGELES CA 90025

Additional:

Transferee: C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY KT11 2PD UNITED KINGDOM

**Your transfer** of schedule # 888023640 is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 4347    Date 07/10/09

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   JMG TRITON OFFSHORE FUND LIMITED
              JMG TRITON OFFSHORE FUND LIMITED C/O JMG CAPITAL MANAGEMENT, LLC
              PACIFIC ASSET MANAGEMENT, LLC
              11601 WILSHIRE BLVD, SUITE 2180,
              LOS ANGELES CA 90025

Additional:

Transferee:   C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
              C/O CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FARIMILE LANE
              COBHAM, SURREY KT11 2PD UNITED KINGDOM

**Your transfer   of schedule #  888023640   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 4348                Date 07/10/09

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

# EXHIBIT "B"

```
TIME: 15:41:29                              LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 07/28/09                                   CREDITOR LISTING

Name                               Address
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)  C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY   KT11 2PD UNITED KINGDOM
JMG TRITON OFFSHORE FUND LIMITED    JMG TRITON OFFSHORE FUND LIMITED C/O JMG CAPITAL MANAGEMENT, LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180,
                                    LOS ANGELES CA 90025


Total Number of Records Printed        2
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153