**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                           :
In re                                      :        Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                           :
                        Debtors.           :        (Jointly Administered)
                                           :
------------------------------------------------------------------------x        Ref. Docket Nos. 3616-3619, 4327-
                                                    4330, 4332-4346

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On July 28, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

      3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Paul Belobritsky
                                         Paul Belobritsky

Sworn to before me this
29th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CONCORDIA MAC 29 LIMITED
     C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
     LOWER THAMES STREET
     ATTENTION: KIRSTEN ROGERS
     LONDON     EC3R6DU

Please note that your claim # 3644 in the above referenced case and in the amount of
     $1,291,701.00       has been transferred **(unless previously expunged by court order)**

     C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
     TRANSFEROR: CONCORDIA MAC 29 LIMITED
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARTMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4336       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EMPIRICURVE FUND LIMITED
     C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
     LOWER THAMES STREET
     ATTENTION: KIRSTEN ROGERS
     LONDON    EC3R6DU
```

Please note that your claim # 3636 in the above referenced case and in the amount of
$4,934,075.00        has been transferred **(unless previously expunged by court order)**

```
     C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
     TRANSFEROR: EMPIRICURVE FUND LIMITED
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4329        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|
In re                                              |    Chapter 11 Case No.
                                                   |
                                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   |    (Jointly Administered)
                                                   |
                    Debtors.                       |
                                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   HARTFIELD FUND LIMITED
              C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
              LOWER THAMES STREET
              ATTENTION: KIRSTEN ROGERS
              LONDON    EC3R6DU

Please note that your claim # 3634 in the above referenced case and in the amount of
        $2,758,653.92        has been transferred **(unless previously expunged by court order)**

              C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
              TRANSFEROR: HARTFIELD FUND LIMITED
              C/O CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FARIMILE LANE
              COBHAM, SURREY    KT11 2PD
              UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4327        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MAJESTIC FUND LIMITED
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
         LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON    EC3R6DU

Please note that your claim # 3637 in the above referenced case and in the amount of
    $3,339,842.26       has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: MAJESTIC FUND LIMITED
         C/0 CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4330     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
.Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
             Debtors.               |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   TARGA RESOURCE PARTNERS LP
              1000 LOUISIANA ST., STE. 4300
              ATTN: MARGARET D. HELMA
              HOUSTON TX 77002

Please note that your claim # 2594 in the above referenced case and in the amount of
        $5,131,151.00       has been transferred **(unless previously expunged by court order)**

        CONTRARIAN FUNDS, LLC
        TRANSFEROR: TARGA RESOURCE PARTNERS LP
        ATTN: ALISA MUMOLA
        411 WEST PUTNAM AVENUE, SUITE 425
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3619      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                  Vito Genna, Clerk of Court


                                  /s/ Paul Belobritsky
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                     Debtors.           |
                                        |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  TARGA RESOURCE PARTNERS LP
         1000 LOUISIANA ST., STE. 4300
         ATTN: MARGARET D. HELMA
         HOUSTON TX 77002

Please note that your claim # 1510 in the above referenced case and in the amount of
    $5,131,151.00        has been transferred **(unless previously expunged by court order)**

         CONTRARIAN FUNDS, LLC
         TRANSFEROR: TARGA RESOURCE PARTNERS LP
         ATTN: ALISA MUMOLA
         411 WEST PUTNAM AVENUE, SUITE 425
         GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3618        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
                                   |
            Debtors.               |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TARGA RESOURCES, INC.
     1000 LOUISIANA ST., STE. 4300
     ATTN: MARGARET D. HELMA
     HOUSTON TX 77002
```

Please note that your claim # 1512 in the above referenced case and in the amount of
    $1,664,653.00        has been transferred **(unless previously expunged by court order)**

```
     CONTRARIAN FUNDS, LLC
     TRANSFEROR: TARGA RESOURCES, INC.
     ATTN: ALISA MUMOLA
     411 WEST PUTNAM AVENUE, SUITE 425
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3617        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

------------------------------------

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                     Debtors.                  |
                                               |
------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   TARGA RESOURCES, INC.
           1000 LOUISIANA ST., STE. 4300
           ATTN: MARGARET D. HELMA
           HOUSTON TX 77002

Please note that your claim # 1511 in the above referenced case and in the amount of
     $1,664,653.00        has been transferred **(unless previously expunged by court order)**

           CONTRARIAN FUNDS, LLC
           TRANSFEROR: TARGA RESOURCES, INC.
           ATTN: ALISA MUMOLA
           411 WEST PUTNAM AVENUE, SUITE 425
           GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3616     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
                Debtors.            |
                                    |
_____|

#### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  WATERSTONE MARKET NETURAL MAC 51 LIMITED
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
         LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON    EC3R6DU

Please note that your claim # 3635 in the above referenced case and in the amount of
    $2,094,080.49       has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY   KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4328       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                        |    Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                     Debtors.                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
               C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
               LOWER THAMES STREET
               ATTENTION: KIRSTEN ROGERS
               LONDON    EC3R6DU

Please note that your claim # 3645 in the above referenced case and in the amount of
     $852,816.34        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
          TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4337        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
                                            |
                    Debtors.                |
                                            |
_____

            **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                        BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AM INTERNATIONAL E MAC 63 LIMITED
             PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED
             ATTN: KIRSTEN ROGERS
             SUGAR QUAY, LOWER THAMES STREET
             LONDON     EC3R 6DU
             UK

Please note that your claim # 3639 in the above referenced case and in the amount of
     $3,944,388.53        has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
        TRANSFEROR: AM INTERNATIONAL E MAC 63 LIMITED
        C/0 CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY     KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4332        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CANYON VALUE REALIZATION MAC 18 LTD
      C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED
      SUGAR QUAY, LOWER THAMES STREET
      ATTENTION: KIRSTEN ROGERS
      LONDON     EC3R 6DU
      UK

Please note that your claim # 3640 in the above referenced case and in the amount of
      $510,599.00       has been transferred **(unless previously expunged by court order)**

      C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
      TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4333       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                    |    (Jointly Administered)
                                    |
              Debtors.              |
                                    |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  PIONEER EUROPE MAC 70 LIMITED
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED
         SUGAR QUAY, LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON     EC3R 6DU
         UK
```

Please note that your claim # 3643 in the above referenced case and in the amount of
          $274,539.07        has been transferred **(unless previously expunged by court order)**

```
         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: PIONEER EUROPE MAC 70 LIMITED
         C/0 CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4335        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
            Debtors.           |
                               |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)
     C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED
     SUGAR QUAY, LOWER THAMES STREET
     ATTENTION: KIRSTEN ROGERS
     LONDON    EC3R 6DU
     UK
```

Please note that your claim # 3641 in the above referenced case and in the amount of
       $2,879,651.00       has been transferred **(unless previously expunged by court order)**

```
     C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
     TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4334      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
        Debtors.                    |
                                    |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CANYON VALUE REALIZATION MAC 18 LTD
     C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
     LOWER THAMES STREET
     ATTENTION: KIRSTEN ROGERS
     LONDON    EC3R6DU
     UNITED KINGDOM

Please note that your claim # 3648 in the above referenced case and in the amount of
     $92,532.00       has been transferred **(unless previously expunged by court order)**

     C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
     TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4340    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANYON VALUE REALIZATION MAC 18 LTD
             C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
             LOWER THAMES STREET
             ATTENTION: KIRSTEN ROGERS
             LONDON    EC3R6DU
             UNITED KINGDOM

Please note that your claim # 3647 in the above referenced case and in the amount of
        $510,599.00        has been transferred **(unless previously expunged by court order)**

            C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
            TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD
            C/O CARVAL INVESTORS UK LIMITED
            KNOWLE HILL PARK, FARIMILE LANE
            COBHAM, SURREY    KT11 2PD
            UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4339        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                    Debtors.                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
         LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON    EC3R6DU
         UNITED KINGDOM

Please note that your claim # 3653 in the above referenced case and in the amount of
         $946,113.09       has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
         C/0 CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4345       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |      Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |      08-13555 (JMP)
                                               |
                                               |      (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)
          C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
          LOWER THAMES STREET
          ATTENTION: KIRSTEN ROGERS
          LONDON    EC3R6DU
          UNITED KINGDOM

Please note that your claim # 3646 in the above referenced case and in the amount of
     $3,657,248.00        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
          TRANSFEROR: GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMIT
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4338        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |       Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |       08-13555 (JMP)
                                        |
                                        |       (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   HARTFIELD FUND LIMITED
      C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
      LOWER THAMES STREET
      ATTENTION: KIRSTEN ROGERS
      LONDON    EC3R6DU
      UNITED KINGDOM
```

Please note that your claim # 3652 in the above referenced case and in the amount of $2,758,653.92      has been transferred **(unless previously expunged by court order)**

```
      C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
      TRANSFEROR: HARTFIELD FUND LIMITED
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4344      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    LAPLACE FUND EQUITIES LIMITED
       C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
       LOWER THAMES STREET
       ATTENTION: KIRSTEN ROGERS
       LONDON    EC3R6DU
       UNITED KINGDOM

Please note that your claim # 3654 in the above referenced case and in the amount of $14,640,628.00    has been transferred **(unless previously expunged by court order)**

       C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
       TRANSFEROR: LAPLACE FUND EQUITIES LIMITED
       C/O CARVAL INVESTORS UK LIMITED
       KNOWLE HILL PARK, FARIMILE LANE
       COBHAM, SURREY    KT11 2PD
       UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4346    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                    Vito Genna, Clerk of Court

                                   /s/ Paul Belobritsky
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|

In re                                              |        Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |        08-13555 (JMP)
                                                   |
                                                   |        (Jointly Administered)
                    Debtors.                       |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SMOLANSKY FUND LIMITED
              C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
              LOWER THAMES STREET
              ATTENTION: KIRSTEN ROGERS
              LONDON     EC3R6DU
              UNITED KINGDOM

Please note that your claim # 3651 in the above referenced case and in the amount of
       $1,411,499.00         has been transferred **(unless previously expunged by court order)**

              C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
              TRANSFEROR: SMOLANSKY FUND LIMITED
              C/O CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FARIMILE LANE
              COBHAM, SURREY    KT11 2PD
              UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4343        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
              Debtors.                  |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SMOLANSKY FUND LIMITED
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
         LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON    EC3R6DU
         UNITED KINGDOM

Please note that your claim # 3650 in the above referenced case and in the amount of
        $622,082.00        has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: SMOLANSKY FUND LIMITED
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4342        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009              Vito Genna, Clerk of Court

                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SMOLANSKY FUND LIMITED
         C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY,
         LOWER THAMES STREET
         ATTENTION: KIRSTEN ROGERS
         LONDON     EC3R6DU
         UNITED KINGDOM

Please note that your claim # 3649 in the above referenced case and in the amount of
        $622,082.00        has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: SMOLANSKY FUND LIMITED
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4341      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 28, 2009.

**EXHIBIT "B"**

```
TIME: 15:03:32                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 07/28/09                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| AM INTERNATIONAL E MAC 63 LIMITED | PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UK |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: AM INTERNATIONAL E MAC 63 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: CONCORDIA MAC 29 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: EMPIRICURVE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMIT C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: LAPLACE FUND EQUITIES LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: MAJESTIC FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: PIONEER EUROPE MAC 70 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY EC3R 6DU UK |
| CANYON VALUE REALIZATION MAC 18 LTD | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R 6DU UK |
| CANYON VALUE REALIZATION MAC 18 LTD | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| CONCORDIA MAC 29 LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: TARGA RESOURCE PARTNERS LP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: TARGA RESOURCES, INC. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| EMPIRICURVE FUND LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 L | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| GALILEO FUND LIMITED (FORMERLY MAN GALILEO | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| HARTFIELD FUND LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| HARTFIELD FUND LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| LAPLACE FUND EQUITIES LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| MAJESTIC FUND LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| PIONEER EUROPE MAC 70 LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R 6DU |
| ROTHORN FUND LIMITED (FORMERLY MAN MAC ROT | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| SMOLANSKY FUND LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R 6DU |
| TARGA RESOURCE PARTNERS LP | 1000 LOUISIANA ST., STE. 4300 ATTN: MARGARET D. HELMA HOUSTON TX 77002 |
| TARGA RESOURCES, INC. | 1000 LOUISIANA ST., STE. 4300 ATTN: MARGARET D. HELMA HOUSTON TX 77002 |
| WATERSTONE MARKET NETURAL MAC 51 LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |
| WATERSTONE MARKET NETURAL MAC 51 LIMITED | C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED, SUGAY QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON EC3R6DU |

Total Number of Records Printed        34

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153