WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                         :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :   **08-13555 (JMP)**
:
Debtors.                         :   **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF TWENTY-FIFTH SUPPLEMENTAL LIST**
**OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Twenty-Fifth Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.
US_ACTIVE:\43116979\01\43116979_1.DOC\.

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "<u>Ordinary Course Professional Affidavits</u>") and the retention questionnaires (the "<u>Retention Questionnaires</u>") of the ordinary course professionals identified on the Twenty-Fifth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Twenty-Fifth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Twenty-Fifth Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the Twenty-Fifth Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: July 29, 2009
       New York, New York

/s/ Richard P. Krasnow_____
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# **Exhibit A**

## Twenty-Fifth Supplemental List of Proposed Professionals
## to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Jeffery Peter Onions QC<br>One Essex Court<br>The Temple<br>London, EC4Y 9AR | Legal services with respect to UK Law |
| Hoegen & Associates, P.C.<br>152 South Franklin Street<br>Wilkes-Barre, PA 18701 | Legal services with respect to debt collection and property execution |
| Broad & Cassel<br>One North Clematis Street, Suite 500<br>West Palm Beach, FL 33401 | Legal services with respect to commercial mortgage foreclosures |
| Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, MA 02767 | Legal services with respect to loan workouts |
| Merra & Kanakis, P.C.<br>159 Main Street<br>Nashua, NH 03060 | Legal services with respect to collection and loan workouts |
| Hunt Leibert Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120 | Legal services with respect to commercial foreclosures |
| Bonchonsky & Zaino, LLP<br>226 Seventh Street<br>Suite 200<br>Garden City, NY 11530 | Legal services with respect to commercial mortgage foreclosures |