UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF FRANCIS J. HOEGEN, ESQUIRE, ON BEHALF OF HOEGEN & ASSOCIATES, P.C.

COMMONWEALTH OF PENNSYLVANIA )
) ss:
COUNTY OF LUZERNE )

I, Francis J. Hoegen, Esquire, being duly sworn, upon his oath, deposes and says:

1. I am the principal and sole shareholder of Hoegen & Associates, P.C., located at 152 South Franklin Avenue, Wilkes-Barre, PA 18701 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0.00 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Francis J. Hoegen, Esquire
Atty. I.D. #: 55667
**HOEGEN & ASSOCIATES, P.C.**
152 South Franklin Street
P.O. Box 346
Wilkes-Barre, PA 18703-0346
(570) 820-3332
Fax: (570) 820-3262
E-mail: fhoegen@hoegenlaw.com

Subscribed and sworn to before me
this 9th day of July, 2009

_____
Notary Public

[1] If necessary.

NOTARIAL SEAL
Commonwealth of Pennsylvania
Carron D. Smith, Notary Public
City of Wilkes-Barre, Luzerne County
My Commission Expires October 24, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

In re                                       :      Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :      08-13555 (JMP)

                Debtors.             :      (Jointly Administered)

------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

        HOEGEN & ASSOCIATES, P.C.
        152 South Franklin Street
        P.O. Box 346
        Wilkes-Barre, PA 18703-0346
        (570) 820-3332
        Fax: (570) 820-3262

2. Date of retention:    April 1, 2009

3. Type of services provided (accounting, legal, etc.): Legal.

4.     Brief description of services to be provided:

Debt collection and property execution.

5.     Arrangements for compensation (hourly, contingent, etc.)

Hourly.

     (a)     Average hourly rate (if applicable):

         $225.00 an hour for partners and $175.00 for associates.

     (b)     Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

         N/A.

6.     Prepetition claims against the Debtors held by the firm:

| | |
|---|---|
| Amount of claim: | $ N/A. |
| Date claim arose: | N/A. |
| Source of Claim: | N/A. |

7.     Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

8.     Stock of the Debtors currently held by the firm:

Kind of shares: None.

No. of shares: N/A

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: None.

    Status: N/A.

    Kind of shares: N/A.

    No. of shares: N/A.

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None.

11. Name of individual completing this form:

    Francis J. Hoegen, Esquire
    Atty. I.D. #: 55667
    **HOEGEN & ASSOCIATES, P.C.**
    152 South Franklin Street
    P.O. Box 346
    Wilkes-Barre, PA 18703-0346
    (570) 820-3332
    Fax: (570) 820-3262
    E-mail: fhoegen@hoegenlaw.com