SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------- x

**AMENDED VERIFIED STATEMENT OF
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

      Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") hereby submits this amended verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors") and respectfully states as follows:

      1.    This Verified Statement amends the *Verified Statement of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 3246], which was filed on March 31, 2009.

      2.    Skadden, Arps represents in the Cases the creditors listed on <u>Exhibit A</u> hereto and certain other entities that may be creditors of one or more of the Debtors (together, the "Represented Parties").

      3.    Those Represented Parties that are not listed on <u>Exhibit A</u> have either not yet been finally determined to be creditors of the Debtors or have not yet determined to appear in the Cases. Such parties include entities that may or may not have claims against one or more of the Debtors based upon financial transactions once netting is completed and other entities that have sought from Skadden, Arps advice on financial transactions with one or more of the Debtors or general advice regarding the Cases. Skadden, Arps will supplement this Verified Statement as necessary as the status of additional Represented Parties becomes clear.

4.     Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors and/or other parties, law or equity pursuant to their relationship with the Debtors. The specific nature and amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest to be filed in the Cases.

5.     Each of the Represented Parties separately requested that Skadden, Arps represent them in connection with the Cases. Skadden, Arps is representing each of these clients individually.

6.     Skadden, Arps has provided, and may continue to provide, certain legal services to certain of the Debtors. With respect to these services, Skadden, Arps has prepetition and may have post-petition claims against the Debtors. Skadden, Arps has not purchased, sold or otherwise transferred any claims against the Debtors.

7.     The undersigned hereby certifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Skadden, Arps reserves the right to revise and supplement this statement.

Dated: New York, New York
       July 29, 2009

                                        Skadden, Arps, Slate, Meagher & Flom LLP

                                        By:    */s/ Sally McDonald Henry*
                                               Sally McDonald Henry
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone: 212-735-3000
                                        Facsimile: 212-735-2000

**EXHIBIT A**

1.  Chicago Mercantile Exchange Inc. and CME Group Inc.
    20 S. Wacker Dr.
    Chicago, IL 60606

2.  Board of Trade of the City of Chicago, Inc.
    141 West Jackson Blvd.
    Chicago, IL 60604

3.  New York Mercantile Exchange, Inc. and Commodity Exchange, Inc.
    World Financial Center
    One North End Ave
    New York, NY 10282

4.  The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Nasdaq Options Services LLC, NASDAQ OMX PHLX, Inc., NASDAQ OMX Holding AB, OMX AB, PBOT, Inc., Nasdaq Technology Services, LLC, Shareholder. Com (B.V.), The NASDAQ Options Market LLC, Nasdaq Execution Services, LLC, and Shareholder.com, Inc.
    One Liberty Plaza
    165 Broadway
    New York, NY 10006

5.  BlackRock Financial Management, Inc. and certain of its subsidiaries and affiliates
    40 East 52nd Street
    New York, NY 10022

6.  Region de Marche
    Via Gentile da Fabriano, 9
    60125 - Ancona (AN)
    Italy

7.  JA Solar Holdings Co., Ltd.
    No.36, Jiang Chang San Road
    ZhaBei
    Shanghai, China
    200436

8.  Merrill Lynch Commodities (Europe) Limited and Merrill Lynch International
    2 King Edward Street
    London EC1A 1HQ

9.  Merrill Lynch Commodities, Inc.
    20 East Greenway Plaza, Suite 700
    Houston, TX 77046

3

10.     Merrill Lynch Capital Services, Inc.
        4 World Financial Centre, 12th Floor
        New York, NY 10080

11.     Merrill Lynch International Bank Limited
        Treasury Building, Lower Grand Canal Street
        Dublin 2, Ireland

12.     Archstone-Smith Operating Trust (n/k/a Archstone)
        9200 East Panorama Circle, Suite 400
        Englewood, CO 80112

13.     FCOF Securities Ltd., FCI Holdings I Ltd, FCDB UB 8020 Residential LLC, Drawbridge Long Dated Value Fund (B) LP, LDVF1 FIP S.a r.l., LDVF1 Main FIP S.a r.l. and certain of their affiliates
        1345 Avenue of the Americas, 46th Floor
        New York, NY 10105

14.     Canary Wharf Group plc and subsidiaries
        One Canada Square
        Canary Wharf, London
        E14 5AB
        United Kingdom

15.     Wilton Re Holdings Limited
        14 Par-la-Ville Road
        Parlaville Place - 1st Floor
        Hamilton, HM08
        Bermuda

16.     Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
        c/o Silver Point Capital, L.P.
        Two Greenwich Plaza, 1st Floor
        Greenwich, CT 06830

17.     American Family Life Assurance Company of Columbus
        1932 Wynnton Road
        Columbus, GA 31999