SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

I, **Brian McDermott**, having been duly sworn to law, depose, and say:

The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036.

On July 29, 2009, I also caused a true and correct copy of the *Amended Verified Statement Of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant To Federal Rule Of Bankruptcy Procedure 2019*, to be served via First Class mail to the persons on the attached Service List.

By:  */s/ Brian McDermott*
Brian McDermott

Sworn to before me this
29th day of July, 2009.

_____
Votress C. Desire- Notary Public

VOTTRESS C. DESIRE
NOTARY PUBLIC, State of New York
No. 01DE4935232
Qualified in Nassau County
Commission Expires June 27, 2010

## Service List

**Chambers of**
**The Honorable James M. Peck**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
Attn:   Judge James M. Peck


**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attn:   Richard P. Krasnow
        Lori R. Fife
        Shai Y. Waisman
        Jacqueline Marcus

**Milbank, Tweed, Hadley & McCoy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne
        Dennis O'Donnell
        Evan Fleck

**Office of the United States Trustee**
**For the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Matsumoto
        Linda Riffkin
        Tracy Hope Davis