WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   **08-13555 (JMP)**
                                                               :
                                    Debtors.                   :   **(Jointly Administered)**
                                                               :
                                                               :
---------------------------------------------------------------x


**NOTICE OF ADJOURNMENT OF MOTION OF OCCIDENTAL ENERGY MARKETING,
INC., AND OCCIDENTAL POWER SERVICES, INC. TO EFFECTUATE SETOFF AND
SETTLE OUTSTANDING DERIVATIVE CONTRACTS AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of Occidental Energy Marketing, Inc., and Occidental Power Services, Inc. to Effectuate Setoff and Settle Outstanding Derivative Contracts and for Related Relief [Docket No. 4238] (the "Motion"), which was scheduled for August 5, 2009, at 10:00 a.m., **has been adjourned without date**.

Dated: July 29, 2009
      New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession