FAEGRE & BENSON LLP
Stephen M. Mertz
Michael M. Krauss (MK-9699)
Michael F. Doty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION,
IN ITS CAPACITY AS TRUSTEE
PURSUANT TO VARIOUS TRUST
AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                              :
In re                                                         :         Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :         08-13555 (JMP)
                                                              :
                    Debtors.                                  :         (Jointly Administered)
                                                              :
                                                              :
-----------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on Wednesday, July 29, 2009, true and correct

copies of the Limited Objection of Wells Fargo Bank, National Association, in its Capacity as

Trustee Pursuant to Various Trust Agreements, to the Motion of the Debtors Pursuant to Section

105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(b) for Establishment of Procedures

for the Debtors to Compromise and Settle Claims in Respect of the Origination or Purchase of

Residential Mortgage Loans, dated July 29, 2009, was caused to be served via the Court's ECF

- 2 -

system upon all parties requesting electronic service, and upon the following service list via overnight delivery.

July 29, 2009

/s/ Michael M. Krauss
Stephen M. Mertz
Michael M. Krauss (MK-9699)
Michael F. Doty
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS

**SERVICE LIST**

Lori R. Fife
Shai Y. Waisman
Jaqueline Marcus
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
fb.us.4276000.01

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, NY  10004