IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** ***Pro Hac Vice***

I, Bruce A. Wilson, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Nebraska Investment Finance Authority, a creditor and party in interest in the above-captioned case.

    Mailing Address:    Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102
    E-mail Address:    bruce.wilson@kutakrock.com
    Telephone Number:    402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated: July 30, 2009                  /s/ *Bruce A. Wilson*
                                                Bruce A. Wilson (BAW 7206)
                                                Nebraska Bar No. 18885
                                                Kutak Rock LLP
                                                1650 Farnam Street
                                                Omaha, NE 68102
                                                Telephone: (402) 346-6000
                                                Facsimile: (402) 346-1148

4833-1137-1524.1

# ORDER

**ORDERED,**

that Bruce A. Wilson, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____    _____
    New York, New York    UNITED STATES BANKRUPTCY JUDGE

4833-1137-1524.1