IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeremy S. Williams, a member in good standing of the bar of the Commonwealth of Virginia and the bar of the U.S. District Court for the Eastern District of Virginia, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Nebraska Investment Finance Authority, a creditor and party in interest in the above-captioned case.

Mailing Address:   1111 East Main Street, Suite 800, Richmond, Virginia 23219
E-mail Address:    jeremy.williams@kutakrock.com
Telephone Number:  804-644-1700

I agree to pay $25.00 upon the filing of this Motion.

Dated: July 30, 2009                           */s/ Jeremy S. Williams*
                                               Jeremy S. Williams (JSW 2424)
                                               Virginia Bar No. 77469
                                               Kutak Rock LLP
                                               1111 East Main Street, Suite 800
                                               Richmond, Virginia 23219
                                               Telephone: (804) 644-1700
                                               Facsimile: (804) 783-6192

4821-5335-0404.1

# ORDER

**ORDERED,**

that Jeremy S. Williams, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____          _____
       New York, New York                                        UNITED STATES BANKRUPTCY JUDGE

4821-5335-0404.1