**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                    Case No.: _____

                                                                                              Chapter ___

                              Debtor

---------------------------------------------------------------x

                                                                                              Adversary Proceeding No.: _____

                              Plaintiff

                      v.

                              Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

   Upon the motion of _____, to be admitted, *pro hac vice*, to represent _____, (the "Client") a _____ in the above referenced    case    adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

   **ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced    case    adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York            /s/ _____

                                                              UNITED STATES BANKRUPTCY JUDGE