**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                       :

In re                              :         **Chapter 11 Case No.**
                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         **08-13555 (JMP)**
                                         :

        Debtors.                  :         **(Jointly Administered)**
                                         :

------------------------------------------------------------------------x      **Ref. Docket Nos. 4500-4507**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

        1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On July 29, 2009, I caused to be served the:

    a)   "Notice of Twenty-Fifth Supplemental List of Ordinary Course Professionals," dated July 29, 2009 [Docket No. 4500],

    b)   "Affidavit and Disclosure Statement of Jeffery Peter Onions QC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed July 29, 2009 [Docket No. 4501],

    c)   "Affidavit and Disclosure Statement of Francis J. Hoegen, Esquire, on behalf of Hoegen & Associates, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed July 29, 2009 [Docket No. 4502],

    d)   "Affidavit and Disclosure Statement of C. Craig Eller, on behalf of Broad and Cassel Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed July 29, 2009 [Docket No. 4503],

    e)   "Affidavit and Disclosure Statement of Thomas E. Pontes, Esq. on behalf of Wynn & Wynn, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed July 29, 2009 [Docket No. 4504],

f) "Affidavit and Disclosure Statement of Mark Kanakis, on behalf of Merra &
Kanakis, P.C. Pursuant to the Order Authorizing the Debtors to Employ
Professionals Utilized in the Ordinary Course of Business," filed July 29, 2009
[Docket No. 4505],

g) "Affidavit and Disclosure Statement of Geoffrey K. Milne, on behalf of Hunt
Leibert Jacobson, P.C. Pursuant to the Order Authorizing the Debtors to Employ
Professionals Utilized in the Ordinary Course," filed July 29, 2009 [Docket No.
4506], and

h) "Affidavit and Disclosure Statement of Peter R. Bonchonsky, on behalf of
Bonchonsky & Zaino, LLP Pursuant to the Order Authorizing the Debtors to
Employ Professionals Utilized in the Ordinary Course of Business," filed July 29,
2009 [Docket No. 4507],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as
indicated upon those parties listed on the attached Exhibit "B", and

b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail
to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul
Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall
Street, 21st Floor, New York, NY 10004.

3.    All envelopes utilized in the service of the foregoing contained the following
legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                            /s/ Paul Belobritsky
Sworn to before me this                                     Paul Belobritsky
30th day of July, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

**<u>Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors</u>**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1.      Jeffery Peter Onions QC: abeer.garousha@weil.com (Docket No. 4501 only)

2.      Hoegen & Associates, P.C.: wbyrnes@hoegenlaw.com (Docket No. 4502 only)

3.      Broad and Cassel: celler@broadandcassel.com (Docket No. 4503 only)

4.      Wynn & Wynn, P.C.: tpontes@wynnandwynn.com (Docket No. 4504 only)

5.      Merra & Kanakis, P.C.: kanakis@mklawnh.com (Docket No. 4505 only)

6.      Hunt Leibert Jacobson, P.C.: nbarber@huntleibert.com (Docket No. 4506 only)

7.      Bonchonsky & Zaino, LLP: pbonchonsky@bzlawny.com (Docket No. 4507 only)