Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076
(908) 889-7331 or (908) 884-5011

July 22, 2009

Clerk of the United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claims Processing
One Bowling Green
New York, NY 10004

RE: Lehman Brothers Holdings Inc.

Dear Representative:

I just received important information which, again, went to my old address. Please be advised that I no longer reside at 2275 Lye Place. I moved six year ago, to the following address:

Norma Delepine
**705 Westfield Road**
Scotch Plains, NJ 07076-2121

Please send all future correspondence to this updated address. Thank you, so much.

Sincerely,

Norma Delepine

Norma Delepine

RECEIVED
JUL 29 2009
U.S. BANKRUPTCY COURT, SDNY