Hearing Date and Time: August 5, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: July 31, 2009 at 11:00 a.m. (Prevailing Eastern Time)

BERNSTEIN, SHUR, SAWYER & NELSON, PA
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Michael A. Fagone, Esq.
D. Sam Anderson, Esq.

ATTORNEYS FOR CITIBANK, N.A., IN ITS
CAPACITY AS TRUSTEE PURSUANT TO
VARIOUS TRUST AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** et al., | (Jointly Administered) |
| **Debtors.** | **Judge James M. Peck** |

**JOINDER OF CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS, TO OBJECTION OF WELLS FARGO BANK, N.A. TO MOTION OF DEBTORS PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(b) FOR ESTABLISHMENT OF PROCEDURES FOR DEBTORS TO COMPROMISE AND SETTLE CLAIMS IN RESPECT OF ORIGINATION OR PURCHASE OF RESIDENTIAL MORTGAGE LOANS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Citibank, N.A., in its capacity as trustee pursuant to various trust agreements. ("Citibank") herby joins and adopts the objection of Wells Fargo Bank, N.A. [D.E. 4515] to the Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Federal Rule Bankruptcy Procedure 9019(b) For Establishment of Procedures For Debtors to Compromise and Settle Claims In Respect of Origination or Purchase of Residential Mortgage Loans. [D.E. 4414].

Citibank joins in the objection raised by Wells Fargo Bank, N.A. ("Wells Fargo"), and asks for the same relief sought Wells Fargo with respect to trusts for which Citibank serves as trustee.

Dated: July 31, 2009
      Portland, Maine

                                   /s/ D. Sam Anderson
                              Michael A. Fagone, Esq.
                              D. Sam Anderson, Esq.
                              BERNSTEIN, SHUR, SAWYER & NELSON
                              100 Middle Street
                              P.O. Box 9729
                              Portland, Maine 04104-5029
                              (207) 774-1200