SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:                                          :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC.                   :    Case No. 08-13555 (JMP)
                                                :
                                                :    (Jointly Administered)
                    Debtors.                    :
                                                :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

    I, **Brian McDermott**, having been duly sworn to law, depose, and say:

    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036.

On July 31, 2009, I also caused a true and correct copy of the *Objection of American Family Life Assurance Company of Columbus to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts*, to be served via hand delivery to the persons on the attached Service List.

By: /s/ Brian McDermott
Brian McDermott

Sworn to before me this
31st day of July, 2009.

Vottress C. Desire- Notary Public

VOTTRESS C. DESIRE
NOTARY PUBLIC, State of New York
No. 01DE4935232
Qualified in Nassau County
Commission Expires June 27, 2010

## Service List

**Chambers of**
**The Honorable James M. Peck**
One Bowling Green
New York, New York 10004-1408
Attn:   Judge James M. Peck

**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attn:   Lori R. Fife, Esq.
        Robert J. Lemons, Esq
        Sunny Singh, Esq.

**Milbank, Tweed, Hadley & McCoy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

**Office of the United States Trustee**
**For the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Matsumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.