AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                          :
**In re:**                                                :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :    **Case No. 08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :    **(Jointly Administered)**
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF FIRST AMENDED VERIFIED STATEMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP PURSUANT TO BANKRUPTCY RULE 2019

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), hereby withdraws its First Amended Verified Statement Of Akin Gump Strauss Hauer & Feld LLP Pursuant To Bankruptcy Rule 2019 [Docket No.2237] filed on December 15, 2008.

Dated: New York, New York
       July 31, 2009

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By:     /s/ Michael S. Stamer
                            Michael S. Stamer
                            One Bryant Park
                            New York, New York 10036
                            (212) 872-1000 (Telephone)
                            (212) 872-1002 (Facsimile)