PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Rick B. Antonoff
David A. Crichlow

Attorneys for Embarcadero Aircraft
Securitization Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,         :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that true and correct copies of the LIMITED OBJECTION OF EMBARCADERO AIRCRAFT SECURITIZATION TRUST WITH RESPECT TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Overnight Mail and Electronic Mail on Friday, July 31, 2009 to the parties on the attached Service List and electronically through the Court's CM/ECF system.

Dated: July 31, 2009                                                    /s/ Carrie Altenburg
                                                                                Carrie Altenburg

## SERVICE LIST

Chambers of the Honorable James M. Peck
One Bowling Green
New York, NY  10004

Office of the U.S. Trustee
Southern District of New York
Attn:  Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY  10004

Weil Gotshal & Manges LLP
Attn:  Lori R. Fife, Robert J. Lemons, and Sunny Singh
767 Fifth Avenue
New York, NY  10153
lori.fife@weil.com
robert.lemons@weil.com
sunny.singh@weil.com

Milbank Tweed Hadley & McCloy LLP
Attn:  Dennis Dunne, Dennis O'Donnell, and Evan Fleck
One Chase Manhattan Plaza
New York, NY  10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

500372511v1