PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Rick B. Antonoff
David A. Crichlow

Attorneys for Embarcadero Aircraft
Securitization Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,                        :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the LIMITED OBJECTION OF EMBARCADERO AIRCRAFT SECURITIZATION TRUST WITH RESPECT TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Overnight Mail and Electronic Mail on Friday, July 31, 2009 to the parties on the attached Service List and electronically through the Court's CM/ECF system.


Dated:  July 31, 2009                           /s/ Carrie Altenburg
                                                    Carrie Altenburg

500372511v1

**SERVICE LIST**

Chambers of the Honorable James M. Peck
One Bowling Green
New York, NY  10004

Office of the U.S. Trustee
Southern District of New York
Attn:  Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY  10004

Weil Gotshal & Manges LLP
Attn:  Lori R. Fife, Robert J. Lemons, and Sunny Singh
767 Fifth Avenue
New York, NY  10153
lori.fife@weil.com
robert.lemons@weil.com
sunny.singh@weil.com

Milbank Tweed Hadley & McCloy LLP
Attn:  Dennis Dunne, Dennis O'Donnell, and Evan Fleck
One Chase Manhattan Plaza
New York, NY  10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Cleary Gottliebb LLP
Attn:  Lindsee Granfield, Lisa Schweiger
One Liberty Plaza
New York, NY  10006
lgranfield@cgsh.com
lschweitzer@cgsh.com

Sullivan & Cromwell LLP
Attn:  Robinson Lacy, Hydee Feldstein
125 Broad Street
New York, NY  10004
lacyr@sullcrom.com
feldsteinh@sullcrom.com

Hughes Hubbard & Reed
Attn:  Christopher Kiplok, Jeffrey Margolin, Sarah Loomis Cave
One Battery Park Plaza

New York, NY  10004
kiplok@hugheshubbard.com
margolin@hugheshubbard.com
cave@hugheshubbard.com

Quinn Emanuel et al.
Attn:  Robert Dakis
51 Madison Avenue, 22nd Floor
New York, NY  10010
robertdakis@quinnemanuel.com

500372511v1