# EXHIBIT A



# University of Pittsburgh

*Office of Finance*

2409 Cathedral of Learning
Pittsburgh, PA 15260
412-624-6620
Fax: 412-624-4384

Amy K. Marsh
Treasurer

December 5, 2008

Ms. Allyson Carine
**Lehman Brothers Special Financing Inc.**
1271 Sixth Avenue, 43 Floor
New York, NY 10020-1300

**Lehman Brothers Special Financing Inc.**
Attn: Municipal Financial Products – Middle Office
745 Seventh Avenue, 5th Floor
New York, NY 10019

      Re:    <u>Notice of Event of Default and
Early Termination Under ISDA Master Agreement</u>

Ladies and Gentlemen:

Reference is made to the 1992 ISDA Master Agreement, dated as of August 3, 2000, including the Schedule and Exhibits attached thereto and the Confirmations, as more specifically identified on Exhibit A attached hereto, issued thereunder (collectively, as amended to date, the "Agreement"), entered into by and between Lehman Brothers Special Financing Inc. and the University of Pittsburgh – Of the Commonwealth System of Higher Education (the "University of Pittsburgh"). Capitalized terms used herein but not defined shall have the meanings set forth in the Agreement.

Pursuant to Section 5(a)(vii) of the Agreement, an Event of Default has occurred and is continuing with respect to you and Lehman Brothers Holdings Inc. (the named Specified Entity). This letter shall constitute the notice referred to in Section 6(a) of the Agreement. Concurrent with the delivery of this letter, we are designating that an Early Termination Date has occurred.

We have exercised our remedies under the Agreement and have determined that we owe you. Details of our calculation of such amount will be sent to you as soon as reasonably practicable following the delivery of this letter. We shall be entitled to any losses, costs, expenses and damages provided by the Agreement or at law.

The University of Pittsburgh has not waived any of its rights under the Agreement, and we continue to reserve all rights, powers, privileges and remedies available to us under the Agreement, any other agreements by and between us, and otherwise at law or in equity.

Very truly yours,

University of Pittsburgh - Of the
Commonwealth System of Higher Education

By: *[signature]*
Name: Amy K. Marsh
Title:  Treasurer and Chief Investment Officer

**EXHIBIT A**
Counterparty: University of Pittsburgh

| Maturity Date | Lehman Ref # | Series: | Notional Amt: | Contract Fixed rate |
|---|---|---|---|---|
| 9/15/2026 | 751551L/565911 | Series 2002-B | 7,000,000 | 3.5810% |
| 9/15/2027 | 751557L/565910 | Series 2002-B | 7,500,000 | 3.5870% |
| 9/15/2028 | 873609L/2081410 | Series 2005-A | 15,000,000 | 3.2303% |
| 9/15/2029 | 615755L/434167 | Series 2000-B | 23,000,000 | 3.7790% |
| 9/15/2030 | 873799L/2081423 | Series 2005-A | 20,000,000 | 3.2379% |
| 9/15/2031 | 751555L/565912 | Series 2002-B | 7,500,000 | 3.6030% |
| 9/15/2032 | 507365L/354602 | Series 2000-C | 11,200,000 | 3.3200% |
| 9/15/2033 | 499803L/349314 | Series 2000-C | 12,300,000 | 3.3050% |
| 9/15/2034 | 510055L/356913 | Series 2000-B | 22,200,000 | 3.1850% |
| 9/15/2034 | 241749L/140637 | Series 2000-C | 12,900,000 | 4.8100% |
| 9/15/2035 | 224683L/121324 | Series 2000-C | 13,600,000 | 5.1400% |
| 9/15/2036 | 751553L/565913 | Series 2002-B | 7,500,000 | 3.6110% |
| 9/15/2037 | 873603L/2081430 | Series 2005-A | 20,000,000 | 3.2533% |
| 9/15/2039 | 873605L/2081433 | Series 2005-A | 20,000,000 | 3.2555% |
| 9/17/2040 | 1370423L/2778442 | Series 2007-B | 20,000,000 | 3.3764% |
| 9/16/2041 | 1370421L/2778467 | Series 2007-B | 24,621,000 | 3.3748% |