# EXHIBIT B

# University of Pittsburgh

*Office of Finance*

2409 Cathedral of Learning
Pittsburgh, PA 15260
412-624-6620
Fax: 412-624-4384

Amy K. Marsh
Treasurer

<u>Via Overnight Courier</u>

December 18, 2008

Ms. Allyson Carine
**Lehman Brothers Special Financing Inc.**
1271 Sixth Avenue, 43 Floor
New York, NY 10020-1300

    Re:    <u>Early Termination Under ISDA Master Agreement – Calculation of Payments Due</u>

Ladies and Gentlemen:

    Reference is made to the 1992 ISDA Master Agreement, dated as of August 3, 2000, including the Schedule and Exhibits attached thereto and the Confirmations, as more specifically identified on <u>Exhibit A</u> attached hereto, issued thereunder (collectively, as amended to date, the "Agreement"), entered into by and between Lehman Brothers Special Financing Inc. and the University of Pittsburgh – Of the Commonwealth System of Higher Education (the "University"). Capitalized terms used herein but not defined shall have the meanings set forth in the Agreement.

    Pursuant to Section 6(a) of the Agreement, we previously designated December 5, 2008 as the Early Termination Date with respect to the Agreement and all Transactions between you and us. In accordance with the Agreement, Second Method/Market Quotation for the Terminated Transactions applies and results in a payment to you in the amount of           'Calculations confirming the foregoing are set forth on <u>Exhibit B</u> and were based on the three conforming bids received by the University on the Early Termination Date. Pursuant to the terms of the Agreement, such payment amount is subject to adjustment by the Unpaid Amounts due and owing to each party and is further subject to defined set-offs, including the University's out-of-pocket expenses (i.e., legal fees and swap advisor fees). Based on the foregoing and as more fully identified in <u>Exhibit B</u>, the total amount payable to you is       . and such amount (together with interest thereon from the Early Termination Date totaling       ) shall be wired to you on December 19, 2008.

    The University has not waived any of its rights under the Agreement, and we continue to reserve all rights, powers, privileges and remedies available to us under the Agreement, any other agreements by and between us, and otherwise at law or in equity.

                              Very truly yours,

                              University of Pittsburgh - Of the
                              Commonwealth System of Higher Education

                              By: *[signature]*
                              Name: Amy K. Marsh
                              Title:  Treasurer

Exhibit A – List of Transactions/Confirmations

Counterparty: University of Pittsburgh

| Maturity Date | Lehman Ref # | Series: | Notional Amt: | Contract Fixed rate |
|---|---|---|---|---|
| 9/15/2026 | 751551L/565911 | Series 2002-B | 7,000,000 | 3.5810% |
| 9/15/2027 | 751557L/565910 | Series 2002-B | 7,500,000 | 3.5870% |
| 9/15/2028 | 873609L/2081410 | Series 2005-A | 15,000,000 | 3.2303% |
| 9/15/2029 | 615755L/434167 | Series 2000-B | 23,000,000 | 3.7790% |
| 9/15/2030 | 873799L/2081423 | Series 2005-A | 20,000,000 | 3.2379% |
| 9/15/2031 | 751555L/565912 | Series 2002-B | 7,500,000 | 3.6030% |
| 9/15/2032 | 507365L/354602 | Series 2000-C | 11,200,000 | 3.3200% |
| 9/15/2033 | 499803L/349314 | Series 2000-C | 12,300,000 | 3.3050% |
| 9/15/2034 | 510055L/356913 | Series 2000-B | 22,200,000 | 3.1850% |
| 9/15/2034 | 241749L/140637 | Series 2000-C | 12,900,000 | 4.8100% |
| 9/15/2035 | 224683L/121324 | Series 2000-C | 13,600,000 | 5.1400% |
| 9/15/2036 | 751553L/565913 | Series 2002-B | 7,500,000 | 3.6110% |
| 9/15/2037 | 873603L/2081430 | Series 2005-A | 20,000,000 | 3.2533% |
| 9/15/2039 | 873605L/2081433 | Series 2005-A | 20,000,000 | 3.2555% |
| 9/17/2040 | 1370423L/2778442 | Series 2007-B | 20,000,000 | 3.3764% |
| 9/16/2041 | 1370421L/2778467 | Series 2007-B | 24,621,000 | 3.3748% |

The information set forth above is provided for convenience only and not as a requirement of sufficient notice.