BERNSTEIN, SHUR, SAWYER & NELSON, PA
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Michael A. Fagone, Esq.
D. Sam Anderson, Esq.

ATTORNEYS FOR CITIBANK, N.A., IN ITS
CAPACITY AS TRUSTEE PURSUANT TO
VARIOUS TRUST AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** Et al., | **(Jointly Administered)** |
| **Debtors.** | **Judge James M. Peck** |

**CERTIFICATE OF SERVICE**

I, Samantha Spizuoco, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson of Portland, Maine hereby certify that I have served a copy of the Joinder of CitiBank, N.A. in its Capacity as Trustee Pursuant to Various Trust Agreements, to Objection of Wells Fargo Bank, N.A. to Motion of Debtors Pursuant to Section 105(a) of Wells Fargo Bank, N.A. to Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019(b) for Establishment of Procedures for Debtors to Compromise and Settle Claims in Respect of Origination or Purchase or of Residential Mortgage Loans on the following parties by electronic mail, overnight mail, or electronically through the Court's CM/ECF system.

Dated: July 31, 2009

   /s/ Samantha Spizuoco
Samantha Spizuoco

BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200

**Via Electronic Mail**

- Weil Gotshall & Manges LLP - Shai Y. Waisman, Esq. shai.waisman@weil.com

- Milbank, Tweed, Hadley & McCloy LLP - Dennis F. Dunne, Esq. ddunne@milbank.com; Dennis O'Donnell, Esq. DODonnell@milbank.com; Evan Fleck, Esq. EFleck@milbank.com

**Via Overnight Mail**

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

The Office of the United States for the Southern District of New York
Attn: Andy Velez-Rivera, Esq., Paul Schwartzbert, Esq., Brian Masumoto, Esq.; Linda Riffkin, Esq., and Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004