## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Objection of Oceania Cruises Inc. to Debtors' motion pursuant to Section 105(A) of the Bankruptcy Code and General Order M-143 for authorization to implement alternative dispute resolution procedures for affirmative claims of Debtors under derivative contracts by hand delivery to the parties listed below, and electronically through the Court's CM/ECF system to all parties who have requested electronic notice, on the 31st day of July 2009.

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Sunny Singh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
MILBANK, TWEED, HADLEY &McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Christopher K. Kiplok, Esq.
Jeffrey S. Margolin, Esq.
Sarah K. Loomis Cave, Esq.
HUGHES HUBBARD & REED
1 Battery Park Plaza
New York, NY 10004

Robert K. Dakis, Esq.
James Tecce, Esq.
Susheel Kirpalani, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES
51 Madison Avenue, 22nd Floor
New York, NY 10010

  /s/ Gerald C. Bender
       Gerald C. Bender