SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick
Michael H. Torkin

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

**SUPPLEMENTAL VERIFIED STATEMENT OF SHEARMAN & STERLING LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Shearman & Sterling LLP ("Shearman & Sterling"), a law firm maintaining its offices at 599 Lexington Avenue, New York, New York, 10022, makes this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1. Shearman & Sterling separately advises and otherwise represents various creditors and other parties in interest (collectively, the "Creditors") who may hold claims against and/or interests in the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases").

2. The names and addresses of Creditors on whose behalf Shearman & Sterling has made appearances in these Cases are as set forth below:

      (i)      Bank of America N.A. and its affiliates
One Bryant Park
New York, NY 10036

      (ii)      Nomura Global Financial Products Inc.
2 World Financial Center
Building B
New York, NY 10281-1198

      (iii)      Nomura International plc
Nomura House
1 St. Martin's-le Grand
London ECIA 4NP

3. The nature and amount of the claims of the foregoing Creditors are as follows:

      (i)      The claims of Bank of America N.A. and its affiliates (collectively, "Bank of America") arise by virtue of Bank of America's contractual, statutory and common law or other rights with or against the Debtors, and/or by operation of law. The amounts of the claims held by Bank of America have not yet been determined.

      (ii)      The claims of Nomura Global Financial Products Inc. ("NGFP") arise by virtue of NGFP's contractual, statutory and common law or other rights with or against the Debtors and/or by operation of law. The amounts of the claims held by NGFP have not yet been determined.

      (iii)      The claims of Nomura International plc ("NIP") arise by virtue of NIP's contractual, statutory and common law or other rights with or against the Debtors and/or by operation of law. The amounts of claims held by NIP have not yet been determined.

4. Each Creditor separately requested that Shearman & Sterling represent it in connection with the Cases. Shearman & Sterling holds no ownership interests in the claims of any of the Creditors described above.

5. If and to the extent Shearman & Sterling makes an appearance in these Cases on behalf of any of the other Creditors, Shearman & Sterling will supplement this Verified Statement in accordance with Bankruptcy Rule 2019.

6. Shearman & Sterling does not hold any claim against, or interest in, any of the Debtors.

Dated: New York, New York
July 31, 2009

SHEARMAN & STERLING LLP

By: /s/ Douglas P. Bartner
Douglas P. Bartner
Fredric Sosnick
Michael H. Torkin
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
:
In re:                                          :       Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,**   :       Case No. 08 – 13555 (JMP)
:
Debtors.                          :       (Jointly Administered)
:
:
------------------------------------------------------------------x

      I, Douglas P. Bartner, a member of Shearman & Sterling LLP, a law firm maintaining its offices at 599 Lexington Avenue, New York, New York, 10022, declare under penalty of perjury that the attached statement under Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Rule 2019 Statement") is true and correct to the best of my knowledge and that the filing of the Rule 2019 Statement on behalf of Shearman & Sterling LLP has been authorized.

Dated: New York, New York
       July 31, 2009

                                              SHEARMAN & STERLING LLP

                                              By:   /s/ Douglas P. Bartner
                                                       Douglas P. Bartner
                                                       599 Lexington Avenue
                                                       New York, New York  10022
                                                       Telephone:  (212) 848-4000
                                                       Facsimile:  (212) 848-7179