HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for Gaselys*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS, INC., et al.,   :    Case No. 08-13555 (JMP)
                                                            :
                                                            :    (Jointly Administered)
                            Debtors.                        :
------------------------------------------------------------x

     Constance Andonian being duly sworn, deposes and says:

     1.    I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

     2.    On July 31, 2009, I filed the *Objection of Gaselys to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolutions for Affirmative Claims of Debtors Under Derivative Contracts* [Docket No. 4550] (the "Objection") with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system and I served a true and correct copy of the Objection on the parties listed on the annexed service list by United States Postal Service first class mail, postage prepaid.

- 2 -

Dated: New York, New York
      July 31, 2009

*(signature)*
Constance Andonian

Sworn to before me on this
31st day of July 2009

*(signature)*
Notary Public

**LUCIA BERGOLLO**
**Notary Public, State of New York**
No. 01BE4921103
Qualified in Queens County
Commission Expires February 16, 2010

- 2 -

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Lori R. Fife, Esq.
        Robert J. Lemons, Esq.
        Sunny Singh, Esq.

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.