# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                    :
                                                         :          **Chapter 11 Case No.**
**AMES DEPARTMENT STORES, INC.,** *et al.*,    :          **01-42217 (REG)**
                                                         :
              **Debtors.**                               :          **Jointly Administered**
                                                         :
----------------------------------------------------------------x

**ORDER**
**ESTABLISHING MEDIATION PROCEDURES GOVERNING CERTAIN**
**ADVERSARY PROCEEDINGS BROUGHT PURSUANT TO 11 U.S.C. § 547**

Upon the motion (the "Motion") dated May 21, 2007, of Ames Department

Stores, Inc. and its subsidiaries, as debtors and debtors in possession (collectively, the

"Debtors"), for an order pursuant to sections 105(a), 547 and 550 of title 11, United

States Code (the "Bankruptcy Code") and General Order M-211 of the United States

Bankruptcy Court for the Southern District of New York, establishing mediation

procedures governing all preference claims and actions asserted under sections 547 and

550 of the Bankruptcy Code (collectively the "Preference Actions"); and the Court

having jurisdiction to consider and determine the Motion as a core proceeding in

accordance with 28 U.S.C. §§ 157, 1331 and 1334; and objections by approximately 30

law firms on behalf of 60 defendants to the relief requested having been submitted; and a

hearing having been held on June 13, 2007, at which all parties were permitted to present

their arguments and contentions; and the Debtors' having randomly selected four

individuals in open court to serve as mediators; and it appearing that the relief requested

by the Motion is necessary and in the best interests of the Debtors, their estates and their

creditors; and due notice of the Motion having been provided; and it appearing that no

other or further notice of the Motion need be provided; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted.

ORDERED that all parties to each and every pending Preference Action are hereby referred to individual mediation ("Mediation"), with the sole exception of any defendant to a Preference Action that is currently the subject of a case arising under the Bankruptcy Code.

ORDERED that with respect to those defendants that did not file an objection to, or appear in Court to oppose, the Motion (the "Defendants"), Francis G. Conrad, Neil P. Forrest, Margaret L. Shaw and Stanley S. Ostrau are hereby designated as the Mediators for the Preference Actions. The Mediation Groups (as defined in the Motion and attached as Exhibit C to the Motion) are hereby assigned as follows: Group 1 to Francis G. Conrad, Group 2 to Neil P. Forrest, Group 3 to Margaret L. Shaw and Group 4 to Stanley S. Ostrau. It is further Ordered that the remaining individuals on the list of mediators attached as Exhibit B to the Motion are designated as the Alternate Mediators. It is further Ordered that the Mediators shall have the power to assign specific actions in their respective Mediation Groups to another Mediator or to an Alternate in their sole discretion.

ORDERED that after consultation with the attorneys for the Defendants and the Debtors, and after giving the parties a modest period (~~at most~~ ***in the order of magnitude of*** a week or two) to resolve the matter before the start of formal mediation, the Mediation shall take place in-person at a time and location chosen by the Mediator. The Mediator shall inform counsel for the Debtors of the mediation time and location, and counsel for the Debtors shall inform the respective Defendant of the mediation time and location by letter in substantially the form attached to the Motion as Exhibit D. The principal(s) (or such other person with authority to make decisions and bind such party) of both parties must attend.

ORDERED that subject to discretion of the Mediator to establish different procedures, one week prior to the Mediation, the Defendant shall submit a mediation statement to the Mediator, with a copy to the Debtors, outlining its principal claims or defenses. Three days prior to the Mediation, the Debtors shall submit a mediation statement to the Mediator, with a copy to the Defendant, outlining their principal claims and any responses to the Defendant's statement. The mediation statements shall not exceed 10 double-spaced pages.

ORDERED that should any party fail to attend the Mediation, or should any party that does attend the Mediation fail to cooperate with the Mediator, the Mediator shall report that failure to the Court.

ORDERED that the parties shall divide the costs and fees of the Mediator evenly between them.

ORDERED that the Mediation shall be concluded no later than six months from the date of entry of this Order.

ORDERED that should any party fail to attend the mediation, or should the mediation fail to resolve the Preference Action, the parties shall have the lesser of (i) 90 days, or (ii) the period, if any, remaining in a specific order, Court directive or agreement governing fact discovery in a particular adversary proceeding, to complete fact discovery. Following the close of fact discovery, expert discovery will continue as provided for in the Court's May 16, 2003 Order Establishing Procedures Governing All Adversary Proceedings Brought Pursuant to 11 U.S.C. § 547 or as previously provided for by the parties. The parties shall submit a joint pre-trial stipulation thirty days after the conclusion of expert discovery.

ORDERED that any deviation from the procedures set forth in this order shall be allowed only by further order of the Court for good cause shown.

ORDERED that nothing, except as discussed specifically herein, shall affect the Court's May 16, 2003 Order Establishing Procedures Governing All Adversary Proceedings Brought Pursuant to 11 U.S.C. § 547 as well as the general case management orders governing the main bankruptcy proceedings.

ORDERED that there will be no automatic stay of discovery and referral to Mediation shall not impede or otherwise affect discovery or trial in any pending adversary proceeding. Deposition discovery before Mediation will be discouraged, but not prohibited and will generally be appropriate if, but only if, such depositions add something to the mediation beyond the record of the basic historical facts and documents. In the event the parties disagree about the need for deposition discovery or any other discovery matter, including requests that are perceived to be burdensome or harassing, the Court will resolve the matter by conference call.

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York for the filing of a separate memorandum of law is hereby waived.

Dated:  New York, New York
          June **25**, 2007                    **s/ Robert E. Gerber**
                                               United States Bankruptcy Judge

4

## Adversary Proceedings Group 1

| Adv. Pro. No. | Defendant(s) |
|---|---|
| 03-8364 | 200 Toy (HK) Ltd |
| 03-8781 | 3M Company |
| 03-4824 | A & H Sportswear Co Inc. |
| 03-4046 | A D Sutton & Sons, Inc. |
| 03-8704 | A.O. Dangerous |
| 03-6111 | Abitibi Consolidated Inc. |
| 03-6115 | Accenture LLP |
| 03-4249 | Achim Importing Co. Inc. |
| 03-8365 | Achim Importing Company, Inc. |
| 03-6626 | Acme-McCrary Corporation |
| 03-8401 | ACP (Hong Kong) Ltd |
| 03-6442 | Adirondack Beverages Corp. |
| 03-6398 | ADS Of Connecticut Inc. a/k/a American Disposal Service |
| 03-6738 | ADTN International Inc. |
| 03-6206 | Advance Personnel Temporary Services Inc. |
| 03-8649 | Advance Publications, Inc. d/b/a The Star Ledger |
| 03-6116 | Advanced Equipment Sales |
| 03-6117 | Advanced Fire Equipment Co. Inc. |
| 03-6118 | Advo Inc. |
| 03-3931 | Aero Plastics Inc. |
| 03-8749 | Aetna US Health Care |
| 03-8402 | Afroze Textile Industries a/k/a Notra Home Fashions |
| 03-8366 | Agglo Corporation Hong Kong |
| 03-4692 | AJM Packaging Corp. |
| 03-6120 | Akron Beacon Journal |
| 03-6752 | Aladdin Manufacturing Corp. d/b/a American Rug |
| 03-6716 | Alderbrook Industries Ltd. |
| 03-4021 | All Entertainment Inc. |
| 03-6207 | Allen County Recyclers Inc. |
| 03-4825 | Allied International |

| | |
|---|---|
| 03-3967 | Alltrista Consumer Products Co. |
| 03-8750 | Alpha Communications |
| 03-4250 | American Moulding & Millwork Co., Inc. |
| 03-4075 | American Needle, Inc. |
| 03-6491 | American Plastic Toys Inc. |
| 03-6209 | American Protection Agency Inc. |
| 03-8783 | American Retro LLC |
| 03-8773 | American School of Needlework Inc. d/b/a ASN Publishing |
| 03-6210 | American Stock Transfer & Trust Co. |
| 03-4448 | American Textile Company |
| 03-8784 | American Textile Company, Inc. |
| 03-6753 | American Weavers LLC |
| 03-8752 | Amerigas Inc. a/k/a Columbia Propane Corporation |
| 03-4530 | Amloid |
| 03-4932 | Anchor Hocking Co. |
| 03-4834 | Aqua-Leisure Industries, Inc. |
| 03-4979 | Arbors West |
| 03-6126 | Archangel Trucking |
| 03-6211 | Archer Sign Corporation |
| 03-4452 | Argus Industries Inc. |
| 03-8369 | Arizona Light Creations |
| 03-6492 | Arlington Hat Company Inc. |
| 03-4395 | Armitron Corp. |
| 03-6212 | Armored Motor Service Of America Inc. |
| 03-6658 | Arthur Andersen LLP |
| 03-8403 | Artsy, Inc. |
| 03-6133 | Ashland Publishing Co. |
| 03-4835 | Associated Hygenic Products, LLC |
| 03-6137 | At Systems Atlantic Inc. |
| 03-3743 | Audiovox |
| 03-4251 | Aurafin Corporation |
| 03-8518 | Automatic Data Processing, Inc. |

| | |
|---|---|
| 03-8714 | Automatic Data Processing, Inc. |
| 03-8516 | Automatic Data Processing, Inc. a/k/a ADP, Inc. |
| 03-6493 | Avery Dennison Corporation |
| 03-4065 | Avid Outdoor |
| 03-8370 | Avid Outdoor LLC |
| 03-4205 | B&F Wholesalers, Inc. |
| 03-6213 | B2 Direct |
| 03-4538 | Baby Gold Jewelry, Inc. |
| 03-6443 | Bacova Guild Ltd. |
| 03-4455 | Bardini International Inc. |
| 03-4837 | Barth & Drayfuss of California |
| 03-6621 | Bastet Broadcasting Inc. d/b/a WYOU-TV |
| 03-4184 | Bay Industries Co. Ltd. |
| 03-6634 | Bear Breek Inc. |
| 03-8371 | Beau Creations LLC |
| 03-6362 | Beaulieu of America, LLC d/b/a Beaulieu Rugs |
| 03-4024 | Beauty Enterprises, Inc. |
| 03-6444 | Bell Sports Inc. |
| 03-6620 | Benedek Broadcasting Corporation d/b/a WWLP-TV |
| 03-4025 | Bentex Kiddie Corp. |
| 03-6214 | Berkshire Armored Car Serv Inc. |
| 03-4981 | Berkshire-Westwood Graphics Group Inc |
| 03-8372 | Berytos International Trading HK a/k/a Capelli New York |
| 03-8373 | Bestmade Toys HK Ltd. |
| 03-6445 | Beta Brands USA Ltd. |
| 03-4982 | Better Building Services Inc |
| 03-4838 | Better Home Plastics Corporation |
| 03-4137 | Beyond Basics Kids, Inc. |
| 03-6494 | Binney & Smith, Inc. |

| | |
|---|---|
| 03-4253 | Bissell Homecare Inc. |
| 03-8374 | Blue Box Toys, Inc. |
| 03-6025 | Blue Magic |
| 03-4117 | BMG Distribution |
| 03-4026 | Bobbie K. Inc. |
| 03-6639 | Body Touch Lingerie LLC |
| 03-6146 | Boise Cascade Office Products Corporation |
| 03-8375 | Boley International (HK) Ltd |
| 03-8376 | Bondi Style Ltd |
| 03-6403 | Boston Globe |
| 03-8377 | Boston Warehouse |
| 03-4542 | Botanical Science |
| 03-8404 | Bradford Novelty Company, Inc. |
| 03-3970 | Briara Trading Company, Inc. |
| 03-6151 | Bristol Herald Courier |
| 03-6737 | BRK Manipex Ltd. |
| 03-6152 | Broadway Garment Co. Inc. |
| 03-3742 | Broilking Corporation |
| 03-4984 | Brown Publishing Company |
| 03-6026 | Brown Wooten Mills Inc. |
| 03-4456 | Burlington House Area Rugs |
| 03-3741 | Bush Industries, Inc. |
| 03-4185 | C & F Trading Corp. |
| 03-4985 | C V Carlson Co Inc |
| 03-3934 | C.M. Offray and Son, Inc. |
| 03-6664 | C.R. Gibson Company |
| 03-6721 | Canadian Garment Exporters USA |
| 03-3971 | Candlesticks, Inc. |
| 03-4209 | Cap City Products Co., Inc. |
| 03-6744 | Capital Environmental Resources Inc. |

| | |
|---|---|
| 03-8737 | Capital Factors Inc. |
| 03-4396 | Cara Nurseries, Inc. |
| 03-6646 | Carole Hochman Designs Inc. |
| 03-8738 | Century Business Credit Corp. |
| 03-4027 | Chase International Corporation |
| 03-6717 | Columbia Frame, Inc. |
| 03-3821 | Commonwealth Wholesale Corporation |
| 03-4996 | Courier-Express Publishing Com |
| 03-8710 | Dorel Industries Inc. and Dorel Juvenile Group, Inc. (from adv. Pro. 03-8617) |
| 03-3734 | Etna Products Co. Inc. |
| 03-8799 | F & D Construction Company |
| 03-8800 | F & D Construction Company |
| 03-8801 | F & D Construction Company d/b/a F & D Mechanical Services, Inc. |
| 03-4030 | Fine Sheer Industries, Inc. |
| 03-8467 | Fisher-Price, Inc. |
| 03-8532 | Fisher-Price, Inc. |
| 03-8794 | Fisher-Price, Inc. |
| 03-4417 | Frenchtex, Inc. |
| 03-4226 | Frito-Lay, Inc. |
| 03-6456 | Frito-Lay, Inc. |
| 03-6372 | Honeywell Consumer Prods Group |
| 03-6702 | Honeywell International Inc. d/b/a Allied Aftermarket |
| 03-4190 | Hot Line Ind., Inc. |
| 03-3730 | Jeri Jo Inc. |
| 03-8460 | Kiddesigns, Inc. |
| 03-6430 | L & E Packaging, Inc. n/k/a Avery Dennison Corporation |
| 03-8299 | Mattel Brands |
| 03-8625 | Mattel Inc. |
| 03-4904 | Mattel, Inc. |

| 03-6789 | OTC International, Ltd. |
|---------|------------------------|
| 03-4852 | Parker Metal Corporation |
| 03-6187 | Paxar Corporation |
| 03-6188 | Paxar Far East Ltd |
| 03-3990 | Polar Beverages, Inc. |
| 03-6197 | Power Technology Inc. |
| 03-6200 | Preferred Labor LLC |
| 03-8631 | RVL Packaging Far East Ltd. |
| 03-8632 | RVL Packaging Far East Ltd. |
| 03-6660 | Securitas |
| 03-4914 | Sharp Electronics Corporation |
| 03-3761 | Smart Inventions Inc. |
| 03-4865 | The Clorox Sales Company |
| 03-4130 | The Fonda Group Inc. |
| 03-3942 | The Jel Sert Company |
| 03-6480 | The Step2 Company |
| 03-3759 | Todd Harvey Associates Inc. |
| 03-6308 | Tribune Company d/b/a Chicago Tribune |
| 03-6030 | Tribune Direct Inc. |
| 03-3849 | Unical Enterprises, Inc. |
| 03-4820 | Victory Wholesale Grocers |
| 03-4118 | Vinyl Source, Inc. |
| 03-6033 | Virginia Gazette Companies LLC |
| 03-4494 | Wahl Clipper Corp. |

## Adversary Proceedings Group 2

| Adv. Pro. No. | Defendant(s) |
|---|---|
| 03-3819 | Castlewood Apparel Corporation |
| 03-4457 | Cat Craft Company |
| 03-6260 | CBA Industries Inc. |
| 03-8674 | CBS Radio Inc. |
| 03-4397 | Cecil Saydah Company |
| 03-8379 | Celebrity Exports International a/k/a Celebrity Inc. |
| 03-8380 | Century Furniture a/k/a JRA Furniture Industries a/k/a JRA Metal Classics |
| 03-6447 | Charles Wolf & Sons, Inc. |
| 03-6269 | Charleston Newspapers Inc. |
| 03-4211 | Chartpak, Inc. |
| 03-6650 | Checkerbee Publishing Inc. |
| 03-8525 | Checkpoint Meto |
| 03-8523 | Checkpoint Meto a/k/a Checkpoint Systems, Inc. |
| 03-8789 | Chesapeake Publishing Corp |
| 03-6369 | Chicago Metallic Prods. Inc. |
| 03-4505 | Childrens' Healthcare Research |
| 03-8381 | Chosun/Continental Industries |
| 03-3739 | Chrisha Creations Ltd. |
| 03-3738 | Citgo Petroleum Corp. |
| 03-4228 | Clear Flow Products |
| 03-3737 | Cliff Weil Inc. |
| 03-4084 | Clover Corp. |
| 03-4401 | Clyde Duneier Inc. |
| 03-8841 | CMI Industries |
| 03-4403 | Colgate Palmolive Co. |
| 03-8383 | Collins International Company, Ltd. |
| 03-4715 | Colorado Aggregate Co. |
| 03-6274 | Colorgraphics Inc. |
| 03-8663 | Columbia Broadcasting System, Inc. d/b/a Westinghouse Broadcasting |
| 03-4229 | Columbian Home Products, LLC |
| 03-6275 | Commercial News |

| 03-8384 | Commodore Manufacturing Corporation |
|---|---|
| 03-8385 | Compex International Corporation |
| 03-3736 | Conley National Inc. |
| 03-4988 | Connecticut Post |
| 03-6851 | Continental Business Credit Inc. |
| 03-4815 | Control Solutions, Inc. |
| 03-4406 | Cord Crafts Inc. |
| 03-3936 | Coyne Chemical Co. Inc. |
| 03-6278 | Creative Communications & Security Inc. |
| 03-8368 | Creative Designs International, Ltd. d/b/a Arbor Toys Division |
| 03-8387 | Creative Motion Industries, Inc. |
| 03-8754 | CTC Communications Corp. |
| 03-6279 | Cumberland Times-News |
| 03-6723 | Curtis International Ltd. |
| 03-8405 | D/N Hilco HK Ltd. |
| 03-3937 | Daewoo Electronics Corp. |
| 03-6014 | Daily American |
| 03-6852 | Daisy Kingdom Inc, and Springs Industries Inc. |
| 03-8388 | Dalton International Ltd |
| 03-6449 | Dan River Inc. |
| 03-4717 | Danara International, Ltd. |
| 03-8595 | Daniel L. Lewis & Assoc |
| 03-4407 | Danone Waters of North America, Inc. |
| 03-3823 | Dart Distributing LLC |
| 03-6450 | Debro Manufacturing Corp. |
| 03-6370 | Designs By Skaffles Inc. |
| 03-4866 | Dial Corporation |
| 03-6296 | Dispatch Consumer Services Inc. |
| 03-4963 | Diversified Mechanical Inc |
| 03-4144 | Dorcy International Inc. |
| 03-8407 | Double Glory Company Ltd. |
| 03-4921 | Drybranch, Inc. |
| 03-4843 | Duraco Products Inc. |
| 03-8410 | E & J Classic Ltd |
| 03-8614 | E.S. Sutton Inc. |

| | |
|---|---|
| 03-8688 | E.S. Sutton, Inc. |
| 03-4054 | E.S. Sutton, Inc. a/k/a Ryders by E.S. Sutton |
| 03-6306 | East Coast Construction Inc. |
| 03-4149 | Eastman Kodak Co. |
| 03-6303 | Easton Publishing Company a/k/a Times Express |
| 03-6720 | Elco Home Fashions Inc. |
| 03-4145 | Endar Corp. |
| 03-6858 | Enterprise Factoring Corp. |
| 03-6452 | Equilon Enterprises LLC |
| 03-6304 | Erro Contracting Corporation |
| 03-3824 | ESS- Hanes Her Way |
| 03-6407 | Ettinger Displays Inc. |
| 03-4086 | Evco International Inc. |
| 03-8464 | Fabrica De Moveis |
| 03-3940 | Fada Industries Inc. |
| 03-6718 | Fantom Technologies Inc. |
| 03-8689 | Fashion Accessory Bazaar, LLC |
| 03-6454 | Fashion Trend LLC |
| 03-8755 | Fast Lane Service Center |
| 03-8466 | Fast Pace Far East, Ltd. |
| 03-6409 | Finger Lakes Printing Company, Inc. d/b/a The Finger Lakes Times |
| 03-4230 | Fiskars Brands, Inc. |
| 03-6455 | Flexon Industries Corp. |
| 03-4416 | Forever New Inc. |
| 03-8848 | Foria International Inc. |
| 03-8469 | Formative International Company, Ltd. |
| 03-6498 | Fort James Corporation |
| 03-4031 | Fortress Products LLC |
| 03-8471 | Four Star Company International Trading Company |
| 03-4087 | FPC Corporation |
| 03-4032 | Franklin Sports Industries, Inc. |
| 03-4225 | Fresh Caps, Inc. |
| 03-8715 | Fritz Companies Inc. |
| 03-4881 | Fun For All Corp. |

| 03-8474 | Fun Toys |
|---------|----------|
| 03-8597 | Fundex Games Ltd |
| 03-3975 | Funline Merchandise Co., Inc. |
| 03-8475 | Funline Merchandise Company Ltd. |
| 03-4257 | G & A Sales Inc. |
| 03-4090 | G & S Metal Products Co. Inc. |
| 03-4419 | Ganis Brothers, Inc. |
| 03-4420 | Gardener's Delight |
| 03-4033 | Garment Services Company Inc. |
| 03-6859 | GE Capital Commercial Services; Alliance Wholesale Corp. (3rd pty def) |
| 03-6371 | Gemco Ware Inc. |
| 03-6458 | Gemini Industries Inc. |
| 03-8479 | Gemmy Industries (HK) Ltd. |
| 03-4922 | Genender Int'l |
| 03-6499 | General Foam Plastics Corp. |
| 03-8531 | General Time Corp./Westclox |
| 03-8626 | General Time Corporation |
| 03-6010 | Georgia-Pacific Corporation |
| 03-4845 | Gerber Childrenswear Inc. |
| 03-3976 | Gerber Products Co. |
| 03-6459 | Ginsey Industries Inc. |
| 03-8481 | Global Best Industrial Ltd. |
| 03-8690 | Global Concepts, LLC |
| 03-4089 | Global Household Brands Inc. |
| 03-8804 | Global Maintenance Services, Inc. |
| 03-6412 | Globe Specialty Products Inc. |
| 03-8483 | Goffa International Corporation |
| 03-8456 | Goldberger Doll Manufacturing Company, Inc. |
| 03-8487 | Goldmen Electronic Company Ltd. |
| 03-8768 | Goldway Enterprises Inc. |
| 03-8615 | Graco Children's Products, Inc. |

| | |
|---|---|
| 03-4846 | Gran Prix Electronics |
| 03-8489 | Grand Basket Company, Inc. |
| 03-6600 | Greater Media, Inc. d/b/a WMJX 106.7 FM |
| 03-8757 | Greenwald Travel Service Inc. |
| 03-8490 | Groton Industries, Inc. a/k/a Cheyenne Industries, Inc. |
| 03-8691 | GT Plush Ltd. |
| 03-8758 | GTS Telephone, Inc. |
| 03-6013 | Hanover Publishing Co., d/b/a The Evening Sun |
| 03-3980 | Harbor Isle Apparel Corp. |
| 03-8806 | Harte-Hanks, Inc. |
| 03-8805 | Harte-Hanks, Inc. d/b/a Harte-Hanks Direct Marketing |
| 03-4146 | Hartz Mountain Industries, Inc. |
| 03-3732 | Hedstrom Corp. |
| 03-4177 | Heinz North America |
| 03-4143 | Heinz USA |
| 03-4882 | Her Majesty/Terry Products |
| 03-8706 | Heritage Media Corporation d/b/a WPTZ-TV |
| 03-8629 | Hershey Chocolate USA |
| 03-6461 | Hi-Rollers Sportwear Ltd. |
| 03-6522 | Hirsh Industries Inc. |
| 03-8491 | Holiday Times Unlimited, Inc. a/k/a Funworld a/k/a Funworld/Easter Unlimited, Inc. |
| 03-4938 | Home Products International Inc. |
| 03-8795 | Home Products International, Inc. |
| 03-8797 | Home Products International, Inc. d/b/a Seymour |
| 03-8492 | Honeywell, Inc. d/b/a Honeywell Consumer Products HK Ltd. |
| 03-8520 | Horizon National Contract Services, LLC f/k/a Building One Service Solutions, Inc. |
| 03-6768 | Hot Shot |

| | |
|---|---|
| 03-6046 | Houston Harvest Gift Prods. |
| 03-8652 | Howard Publications d/b/a The Times, Illinois Bureau |
| 03-8807 | HTS, Inc. |
| 03-8495 | Hypercap Trading Company d/b/a Prima Creations, Inc. |
| 03-3731 | IC Isaacs & Company L.P. |
| 03-6374 | Igloo Products Corporation |
| 03-8843 | Ikon New York, Inc. |
| 03-8692 | Ilanit Toys Marketing, Ltd. |
| 03-4817 | Impact Distribution Services |
| 03-3982 | Impact Sports Equipment Inc. |
| 03-6049 | Imperial Home Décor Group, Inc. |
| 03-8500 | Importations Jacques Fournier, Ltd. |
| 03-3963 | Impulse Apparel |
| 03-6051 | Infantino LLC |
| 03-4127 | Infinity Wireless Products, Inc. |
| 03-4878 | Ingrid |
| 03-4034 | Interact Accessories Inc. |
| 03-8501 | International Business Corporation a/k/a Corona |
| 03-6424 | International Check Services, Inc. |
| 03-8694 | In-Toys (FE) Ltd. |
| 03-8809 | Iron Mountain, inc. |
| 03-8810 | Iron Mountain, inc. |
| 03-6734 | Irving Tissue Inc. |
| 03-8695 | Irwin Toy (HK) Ltd |
| 03-6736 | Irwin Toys, Ltd. |
| 03-6052 | Jakks Pacific, Inc. |
| 03-8447 | Jakks Pacific, Inc. |
| 03-8724 | Jakks Pacific, Inc. |
| 03-8449 | Jakos (Hong Kong) Ltd. |
| 03-4849 | James River Corporation |
| 03-4140 | James Thompson & Co. Inc. |
| 03-6437 | Janic Companies |
| 03-6677 | Jasco Designs |

| | |
|---|---|
| 03-8451 | Jasman, Inc. d/b/a Jasman Asia Ltd. |
| 03-4035 | Jenkins Food, LLC |
| 03-4155 | Jersey Wood & Metal Specialties Co. |
| 03-4471 | Jessica Michelle |
| 03-8699 | Jetmax International LLC a/k/a Jetmax Ltd |
| 03-3978 | JK Sportswear LLC |
| 03-8711 | JMC Impact Inc. |
| 03-8452 | JMC Impact, Inc. |
| 03-4973 | Jobpro Temporary Services Inc. |
| 03-4425 | Johnson & Johnson Sales & Logistics Co. |
| 03-6378 | Jolie Intimates Inc. |
| 03-8454 | Joy You Development (HK) Ltd. |
| 03-4598 | Just Think Toys |
| 03-8705 | K.T. Industries SDN. NHD./Prestige Global* |
| 03-4729 | Kalikow Bros. Inc. |
| 03-3729 | Kantor Bros. Neckwear Co., Inc. |
| 03-6428 | Kapp Advertising Services, Inc. |
| 03-3828 | Kazi Sportswear, Inc. |
| 03-4997 | Keene Publishing Corp |
| 03-8701 | Keenway Industries Ltd. |
| 03-8716 | Kellaway Intermodal Distribution Systems Inc. |
| 03-8458 | Kellytoy (USA), Inc. |
| 03-8854 | Kenilworth Spts Inc. |
| 03-6524 | Kenney Manufacturing Co. |
| 03-3829 | Kent (Bicycles) Int'l. Inc. |
| 03-4818 | Keystone Pretzel Bakery |
| 03-8462 | Kid Kore International Ltd. |
| 03-4601 | Kids II Inc. |
| 03-8702 | Kids Only, Inc. d/b/a Kids Only, Ltd. |
| 03-4426 | Kids Stop |
| 03-8793 | Kids World Ltd/XL Machine Ltd |
| 03-4093 | Kilgore Hosiery Inc. |

| 03-4138 | Kimberly-Clark Corp. |
|---|---|
| 03-3728 | Klear-Vu Corp. |
| 03-4731 | Kleinerts Inc. |
| 03-4094 | Kutchko Greenhouse, Inc. |
| 03-8839 | KYW AM |
| 03-8840 | KYW TV KDKA TV |
| 03-8742 | L and P Financial Services |
| 03-4037 | Lambert of Arkansas Inc. |
| 03-6924 | Lanard Toys, Inc. |
| 03-6925 | Lanka Novelties (PVT) Ltd |
| 03-4260 | Lasko Metal Products Inc. |
| 03-4605 | Lawnware Products Inc. |
| 03-4734 | Leer Gem Ltd. |
| 03-4095 | Lily Popcorn Inc. |
| 03-8305 | Moose Mountain Toymakers Ltd |
| 03-6470 | MR Bar-b-q Inc. |
| 03-6532 | Oil-DRI Corporation of America |
| 03-4008 | Pet Zone Products Ltd. |
| 03-8743 | Private Factoring Inc. |
| 03-8656 | Radiohio Incorporated |
| 03-8730 | Road Champs Inc. |
| 03-6867 | Robin Rug Inc. |
| 03-6645 | Sakar International, Inc. |
| 03-4832 | Stylette |
| 03-6312 | Sutton Intimates |
| 03-6332 | Target Marketing Maine Inc. |
| 03-3954 | The Day Publishing Co. |
| 03-4168 | Timex Corporation |
| 03-8391 | TMP International Inc. |
| 03-4443 | Toymax (HK) Ltd |
| 03-6915 | Trau & Loevner, Inc. |
| 03-6915 | Wild Planet Toys |

# Adversary Proceedings Group 3

| Adv. Pro. No. | Defendant(s) |
|---|---|
| 03-6926 | LB International |
| 03-3984 | LE Farrell Co., Inc. |
| 03-8759 | Le Liquidating Corp. d/b/a Lens Express Inc. |
| 03-4927 | Lee/Rowan |
| 03-3744 | Leen & Associates, Inc. |
| 03-6722 | Lee's Pottery Inc. |
| 03-6464 | Lego Systems Inc. |
| 03-6927 | Lemonwood Asia Ltd |
| 03-6929 | Levatoy LLC |
| 03-6465 | Levy Home Entertainment Inc. |
| 03-6466 | Linon Home Décor Products, Inc. |
| 03-4262 | Little Tikes Co. |
| 03-4233 | Loew Cornell, Inc. |
| 03-8291 | Lontic Co. Ltd |
| 03-4975 | Lori A Lawrie |
| 03-8292 | Lovee Doll & Toy Co., Inc. |
| 03-8293 | LPK International, Inc. |
| 03-8294 | Lucky Industrial (Holdings) Ltd |
| 03-3747 | Lynk Inc. |
| 03-8725 | Lyric Investment Ltd/PJ Toys, Inc. |
| 03-6057 | M&R Distributors |
| 03-8295 | Maccabee Sports |
| 03-4737 | Madison's Best LLC |
| 03-6528 | Magee Company |
| 03-8296 | Magic Power Co. Ltd |
| 03-4192 | Magic Sliders LP |
| 03-4156 | Magid Handbags, Ltd. |
| 03-3748 | Magnivision Inc. |
| 03-6693 | Mail Marketing Systems, Inc. n/k/a Advo, Inc. |
| 03-6694 | Manchester Newspapers, Inc. |
| 03-8297 | Manley Toys |
| 03-8298 | Marko By Carlisle |
| 03-4741 | Markowitz Jewelry Co. |
| 03-4613 | Marshmallow Cone Co. |
| 03-6060 | Mary Sue Candies Inc. |

| | |
|---|---|
| 03-6696 | Mason & Kichar, Inc. |
| 03-3750 | Matisse Jewelry Inc. |
| 03-8300 | May Products Co. Ltd |
| 03-6697 | Maybury Associates, Inc. |
| 03-6467 | MB Glick Co. Inc. |
| 03-6164 | McCoy Ltd LLC |
| 03-8301 | Mcfield International |
| 03-6701 | McKee Baking Company |
| 03-4615 | Medelco Inc. |
| 03-8302 | Megcos Toy Co. Ltd |
| 03-6468 | Melnor Inc. |
| 03-6166 | Merchandise Movers Inc. |
| 03-4744 | Merrick Engineering Inc. |
| 03-3832 | Metal Fusion, Inc. |
| 03-4049 | Metropolitan Plant & Flowers Inc. |
| 03-4096 | Metz Baking Co |
| 03-4194 | Mezco Toyz LLC |
| 03-8303 | MGA Entertainment (HK) Ltd |
| 03-8304 | Michael Chung Associates, Ltd |
| 03-4050 | Micropack Corp. |
| 03-6167 | Midland Lithographing Company |
| 03-6729 | Midlon Foods Inc. |
| 03-4751 | Milaca Mills Inc. |
| 03-8533 | Miller & Hartman Mid Atlantic Inc. |
| 03-8534 | Miller & Hartman Mid Atlantic Inc. |
| 03-6713 | Mirro Corp. |
| 03-4234 | Mizuno USA, Inc. |
| 03-8819 | Mobil Oil Corporation |
| 03-6170 | Mobile Storage Group Inc. |
| 03-4948 | Model Service Agency LLC |
| 03-6529 | Monarch Luggage |
| 03-8459 | Monicore, Inc. d/b/a Kelly Lee (Asia) Ltd. |
| 03-8536 | Motion Industries Inc. |
| 03-8539 | Motion Industries, Inc. |
| 03-6172 | Mountaineer Newspapers |
| 03-8306 | Moveis Waley |
| 03-4042 | MTD Southwest Inc. |
| 03-4430 | Music Industries Corp. |
| 03-4950 | National Career Guidance Inc |

| | |
|---|---|
| 03-6400 | National Door Services |
| 03-8307 | National Sporting Goods Corp. |
| 03-8308 | Natural Science Industries, Ltd |
| 03-8309 | Navy Star USA Inc. |
| 03-6530 | Nestle Purina Petcare Company |
| 03-6682 | Nestle USA, Inc. |
| 03-4687 | New England Souvenir & Gift |
| 03-6174 | New England Trailer Repair |
| 03-4161 | New York Periodical Distributors, Inc. |
| 03-4919 | Newell Co. Inc. |
| 03-8780 | Newell Rubbermaid Inc. d/b/a Intercraft Industries Corp. |
| 03-6177 | News & Advance |
| 03-6561 | Newspaper Holdings, Inc. d/b/a The Tribune-Democrat |
| 03-8658 | Nextstar Broadcasting Group, LLC d/b/a WBRE TV |
| 03-8761 | Niagra Mohawk Power Corporation |
| 03-8310 | Nikko America Inc. |
| 03-6180 | Norkol Fibercore Inc. |
| 03-6531 | North American Closures Inc. |
| 03-6181 | Northeast United Corp. |
| 03-8311 | Northpole China Ltd |
| 03-6064 | O'Cedar Brands, Inc. |
| 03-6184 | OKI Systems Limited |
| 03-3986 | Old World Automotive Products, Inc. |
| 03-6185 | Olean Times Herald |
| 03-4432 | Olympia Industrial Inc. |
| 03-8727 | Omega Toy Corp/Juans (Phil) Corp. |
| 03-3946 | Ontel Products Corp. |
| 03-3752 | Opus, Inc. |
| 03-8312 | Oregon Scientific Global Dist. Ltd |
| 03-6554 | Ottaway Newspapers, Inc. d/b/a The Times Herald Record, Inc. |
| 03-4438 | Outer Circle Products Ltd. |
| 03-4883 | P.C.A. Apparel Industries, Inc. |
| 03-3987 | PA Distribution, Inc. |
| 03-4476 | Pacesetter Imports Inc. |

| | |
|---|---|
| 03-4236 | Pacific Housewares, Inc. |
| 03-6186 | Pala Construction Corp. |
| 03-4099 | Panacea Products Corp. |
| 03-4218 | Paradigm Marketing LLC d/b/a Distinct Impressions |
| 03-8313 | Peachtree Playthings (HK) Ltd. |
| 03-4752 | Pear Trend |
| 03-6189 | Peerless Elevator Company |
| 03-8798 | Pennzoil-Quaker State Company a/k/a Blue Coral/Slick 50 |
| 03-4238 | Pepsi Cola Bottling (Olean) |
| 03-4239 | Pepsi Cola Bottling Company (Salisbury) |
| 03-6840 | Pepsi Cola Bottling of Athens, and Pepsi Cola Bottling Co |
| 03-6836 | Pepsi Cola Bottling of Mansfield, and Pepsi Cola Bottling Co |
| 03-4884 | Pepsi Cola National Beverage Ltd. |
| 03-6065 | Pepsi-Cola Btlg Elmira |
| 03-3753 | Pepsi-Cola Buffalo Bottling Co. |
| 03-3834 | Pepsi-Cola Company Winston Salem |
| 03-4640 | Pepsi-Cola of Portsmouth |
| 03-8314 | Peter Alan Inc. |
| 03-8493 | Peter Mackinnon d/b/a Hong Kong City Toys |
| 03-8762 | Peterson's Oil Service Inc. |
| 03-6190 | Petit Plumbing |
| 03-8729 | PHB HK Ltd/Pyramid Accessories, Inc. |
| 03-4853 | Philips Consumer Electronics |
| 03-6880 | Phillips Factors Corp. and BB&T Factors Corporation |
| 03-4481 | Pinnacle Art and Frame |
| 03-6191 | Pinnacle Group LLC |
| 03-8315 | Planet 3 |
| 03-8316 | Playmates Toys (HK), Inc. |
| 03-6192 | Plumtree Software, Inc. |
| 03-4959 | PMS Printing |
| 03-6193 | Pocono Record |
| 03-4907 | Polaroid Corporation |
| 03-8317 | Poly-Union Ltd/Heritage Industries |
| 03-6195 | Post Journal |
| 03-8792 | Posterloid Corporation |
| 03-6198 | Poyant Signs Inc. |

| 03-8318 | Precious Moments Co. Ltd/Trend Mkt |
|---|---|
| 03-6199 | Precision Air Inc. |
| 03-4831 | Precision Consumer Products |
| 03-4241 | Premier Brands Of America, Inc. |
| 03-6202 | Press Herald/Telegram |
| 03-6203 | Press Republican |
| 03-8319 | Prestige Global Co. Ltd |
| 03-4757 | Prewett Mills Distribution Ctr |
| 03-4819 | Pride N Joys |
| 03-4759 | Processed Plastic Co. |
| 03-6204 | Product Sourcing Div of Stanwell Corp |
| 03-8320 | Prominence Montreal, QC |
| 03-6000 | Protective Technologies Int'l |
| 03-8763 | Provenergy Oil |
| 03-8503 | PT Shinetama Interfashion/Prestige Global |
| 03-3757 | Quaker Oats Company |
| 03-6059 | R Mullen & Asso Inc |
| 03-8321 | Racing Champions Ertl Co. |
| 03-6541 | Racing Champions Ertl Corp. |
| 03-4477 | Racing Champions Inc. |
| 03-4104 | Radiator Specialty Company |
| 03-3756 | Radio Flyer Inc. |
| 03-8323 | Radio Flyer Inc. |
| 03-3992 | Recoton Corp. |
| 03-8324 | Red Box Toy Factory |
| 03-3950 | Regent International Corp. |
| 03-8497 | Reliance Trading Corporation of America d/b/a I.J.K., Ltd. |
| 03-6533 | Reliance Trading Corporation of America d/b/a Reliance Trading Corp. |
| 03-4010 | Remington Products Inc. |
| 03-4485 | Revell-Monogram LLC |
| 03-4649 | Rimax USA |
| 03-4052 | Ritvik Toy Corporation |
| 03-4855 | Rival Manufacturing Co. |
| 03-6685 | Roccorp, Inc. |
| 03-4108 | Rolf C Hagen (USA) Corp |
| 03-4197 | Roundhouse Products Inc. |
| 03-6001 | Royal Brush Mfg Inc. |
| 03-4011 | Royal Oak Sales, Inc. |

| | |
|---|---|
| 03-4441 | Royal United Corp. |
| 03-4053 | Royce Union Bicycle Co., Inc. |
| 03-4913 | Rubbermaid Inc. |
| 03-8776 | Rubbermaid Specialty Products Inc. |
| 03-6068 | Ryco Inc. |
| 03-4939 | S. Berstein & Son Lingerie, Inc. |
| 03-6002 | S. Parker Hardware Manufacturing Corporation |
| 03-6866 | S.R.M. Toys Ltd. |
| 03-6393 | Sakoura Design Ltd. |
| 03-6856 | Samsung Electronics America |
| 03-3838 | Sandalwood Apparel Corporation |
| 03-6227 | Sandusky Distributing Co. Inc. |
| 03-6868 | Sankyu USA, Inc. |
| 03-4012 | Sarne Corp. |
| 03-6869 | Scientific Toys |
| 03-3993 | SDS Sportswear Ltd a/k/a J A Mens |
| 03-6017 | Semasys |
| 03-6870 | Sensational Silk (HK) Ltd. |
| 03-4164 | Shan & Birdie Int'l Inc. |
| 03-4013 | Shari Candies, Inc. |
| 03-6871 | Shelcore Hong Kong Ltd. |
| 03-4928 | Shur-Line, A Newell Rubbermaid Company |
| 03-6873 | Simba/Continental Industries |
| 03-8408 | Simon Farms, Inc. |
| 03-6568 | Treasure Chest Advertising Co., Inc. |
| 03-3762 | Wynit, Inc. |

**Adversary Proceedings Group 4**

Pages 6 of 30

| Adv. Pro. No. | Defendant(s) |
|---|---|
| 03-8390 | Simon International Ltd |
| 03-8551 | Simplexgrinnell |
| 03-4762 | SJS Fashions, Inc. |
| 03-6715 | Skyway Wood Products, Inc. |
| 03-6874 | SLI Lighting Co. |
| 03-8633 | Sonoco Products Company |
| 03-6714 | Spin Master Ltd. |
| 03-8506 | Spin Master Toys, Ltd. |
| 03-4671 | Spirite Industries Inc. |
| 03-4442 | Sport Fun Inc. |
| 03-6879 | Sport Fun, Inc. |
| 03-6537 | Sportcraft, Ltd. |
| 03-6669 | Spring Industries Inc. d/b/a Dundee Mills |
| 03-4764 | Springs Fabric |
| 03-4918 | Springs Industries Inc. |
| 03-4166 | Standard Distributing Inc. |
| 03-6236 | Standard Times Inc. |
| 03-4198 | Star America Inc. |
| 03-4857 | Steven Richard Photography |
| 03-6321 | Stickopotamus |
| 03-6481 | Stone Cline Curtain Co. Inc. |
| 03-8609 | Store Wide Delivery Co. Inc. |
| 03-8610 | Stylemaster Inc. |
| 03-6322 | Stylish Move Sportswear, Inc. |
| 03-4491 | Stylish Move Sportswear, Inc. |
| 03-6539 | Suburban Chicago Newspapers |
| 03-6884 | Sun Terrace Casual Furniture d/b/a US Leisure Furniture |
| 03-4858 | Sunstone Inc. |
| 03-4859 | Suntrust Bank Inc. |
| 03-8779 | Sure Fit Inc. |
| 03-8825 | Sutton Creations Inc. |

| | |
|---|---|
| 03-4167 | Sutton Creations Inc. |
| 03-4860 | Sutton Creations/Wrangler |
| 03-6020 | SWJ Jeanswear |
| 03-6883 | Syroco Inc. |
| 03-4492 | Systems Engineering & Design Inc. |
| 03-6885 | Tai Sun Plastic Novelties Ltd |
| 03-6887 | Technical Marketing Associates, Inc. |
| 03-6889 | Tek Nek Toys (HK) Ltd |
| 03-4863 | Telco International Ltd. |
| 03-4014 | Tensor Corporation |
| 03-4864 | Terry Products Inc. |
| | Thane International, Inc. |
| 03-6451 | The Brinkman Corp. |
| 03-6542 | The Citizen-Retail |
| 03-6521 | The Cluett Corporation |
| 03-3845 | The Daily Item Publishing Co. |
| 03-6483 | The Gilette Company d/b/a Duracell U.S.A. |
| 03-3846 | The Gillette Company |
| 03-3847 | The Haddad Apparel Group Ltd. |
| 03-3998 | The Hilasal Corporation |
| 03-4269 | The Holmes Group Inc. |
| 03-4110 | The Holson Corporation |
| 03-8541 | The Hoover Corporation |
| 03-8728 | The Ideal Toy Company Inc. |
| 03-6890 | The Jonbarr Company |
| 03-6351 | The Lehigh Group |
| 03-6355 | The Metro Group Inc. |
| 03-6357 | The Original San Francisco Toymakers Inc. |
| 03-6550 | The Paper Magic Group Inc. |
| 03-6551 | The Post Standard |
| 03-4015 | The Repository |
| 03-6552 | The Roanoke Times |
| 03-8635 | The Shopping News, LLC |
| 03-8747 | The Sidney Daily News |
| 03-4000 | The Tiffen Company, LLC |

| 03-6891 | The Times Argus Association, Inc. |
|---|---|
| 03-6565 | The Times Leader, Inc. |
| 03-8731 | The Times Leader, Inc. |
| 03-6566 | The West Bend Company |
| 03-8416 | Time Corporation Ltd |
| 03-6741 | Times Publishing Company |
| 03-6892 | Times Union |
| 03-8507 | Timothy Daniels Enterprises, Inc. |
| 03-8509 | TIP |
| 03-6893 | TKO Originals Ltd. |
| 03-6894 | Tony Development (Tony USA) |
| 03-6895 | Top Most Design Co. Ltd. |
| 03-6897 | Top Royal Flash Corp./Prestige Global |
| 03-6898 | Toy Biz Division of Marvel Ent. |
| 03-6899 | Toy Concepts International Ltd |
| 03-6900 | Toy Island Manufacturing Co. |
| 03-6902 | Toy Major Trading Company, Inc. |
| 03-4493 | Toy State Industries Ltd. |
| 03-6903 | Toy Things |
| 03-4766 | Toy-o-Rama International Ltd |
| 03-6569 | Traly Hong Kong Ltd/Opportunity Knocks |
| 03-6570 | Trendmasters, Inc. |
| 03-6904 | Trendmasters, Inc. |
| 03-3955 | Trendsetters International Inc. |
| 03-6545 | Tribune Star Publishing Company |
| 03-4767 | Troy Daily News, Inc. |
| 03-6572 | True Seating Concepts LLC |
| 03-6573 | TT Systems LLC |
| 03-6486 | UAV Corporation |
| 03-6484 | Ultra Hardware Products, LLC |
| 03-8719 | Union Leader Corporation |
| 03-6546 | Union-New/Sunday Republican |
| 03-4173 | Unisource Worldwide, Inc. |
| 03-4678 | United Comb & Novelty Corp. d/b/a United Plastics |
| 03-4199 | United Curtain Co. Inc. |
| 03-6005 | United Parcel Service Inc. |
| 03-6547 | United Store Fixtures, Inc. |

| | |
|---|---|
| 03-6908 | Universal Sunray |
| 03-4868 | US Cotton LLC. |
| 03-6730 | US Kids Inc. 2001 |
| 03-8679 | US Shell Inc. |
| 03-6487 | UTI Time Corp. |
| 03-6909 | Valley Media, Inc. |
| 03-6910 | Val-U Recognition LLC |
| 03-6580 | Van Troxel Inc. |
| 03-6911 | Variflex, Inc. |
| 03-4445 | Veritime, Inc. |
| 03-6912 | Verizon Credit Inc |
| 03-8461 | Victor Company Inc. |
| 03-8553 | Victory Land Enterprises Co. Ltd. |
| 03-8636 | Video Technology (Vtech Electronics Limited) |
| 03-8746 | VIS Development Corporation |
| 03-6586 | Vision Toys |
| 03-8392 | Volk Manufacturing Co. |
| 03-8659 | Wah Hing Toys Development Co. Ltd. |
| 03-8661 | Warner Home Video |
| 03-6588 | Waste Management Inc. |
| 03-6047 | Waste Management Inc. |
| 03-8820 | Waste Management of Pennsylvania, Inc. |
| 03-6656 | Waste Management of Rhode Island |
| 03-8733 | Wavmax Enterprises Inc./International Market Corp. |
| 03-6006 | WBAL TV |
| 03-4016 | WBBM-WJMK |
| 03-4200 | WBJ-AM TV and WBZ-AM TV |
| 03-6913 | WBNG TV |
| 03-4496 | WBNS-TV, Inc. |
| 03-6589 | WBOY INC |
| 03-6079 | WBZ AM WODS FM |
| 03-8662 | WCAU TV |
| 03-6590 | WCVB TV |
| 03-8671 | Weavecraft |
| 03-8697 | Wentworth Greenhouses Inc. |
| 03-6914 | Western Pennsylvania Floral, Inc. |
| 03-4246 | Westrim Crafts Div. Bemiss-Jason |
| 03-8637 | Westrim, Inc. d/b/a Westrim Crafts |
| 03-8638 | Wethersfield Offset Inc. |

| 03-6084 | WETM TV |
|---------|---------|
| 03-6855 | WEWS-TV |
| 03-6595 | WFMJ Television, Inc. |
| 03-8790 | WGAL-TV, Inc. |
| 03-6488 | WGCI AF |
| 03-8611 | Wham-O, Inc. |
| 03-4201 | Whitewood Trading DDN BHD |
| 03-8504 | Who's That Girl, Inc. |
| 03-6087 | WHP, L.P. |
| 03-6088 | WHP, L.P. |
| 03-6090 | WHUD WS |
| 03-8683 | Willert Home Products, and Willert Home Products Inc. |
| 03-6599 | Wilmington Star-News, Inc. |
| 03-4995 | Wilson Sport Socks Co. |
| 03-6602 | Wilton Enterprises Inc. |
| 03-8393 | Wilton Industries, Inc. d/b/a The Weston Gallery |
| 03-6704 | Winner International Inc. |
| 03-8389 | Wiry Co. Ltd/Prestige Global |
| 03-4871 | WJBR FM WJBR AM |
| 03-8639 | WJZ |
| 03-8707 | WLBZ |
| 03-6603 | WLIT FM |
| 03-6107 | WLS Television Inc. |
| 03-6109 | WNWO-TV |
| 03-8734 | Worcester Telegram & Gazette, Inc. |
| 03-6130 | World Mark Ltd/Kidz Toyz Inc. |
| 03-8666 | World Products Group International, Inc. |
| 03-6525 | World Wide Events |
| 03-4019 | Worldwide Dreams LLC |
| 03-8670 | WPVI-TV, Inc. |
| 03-4247 | WPVI-TV, Inc. |
| 03-6918 | WPXI Inc. |
| 03-4498 | WSBK TV 38 Inc |
| 03-6919 | WSPK |
| 03-6921 | WTAE TV |
| 03-4128 | WTIC AM/FM |
| 03-8666 | WTNH TV |
| 03-6525 | Wundies Enterprises, Inc. d/b/a Kickaway |

| | |
|---|---|
| 03-4019 | Wundies Inc. |
| 03-8670 | WVAZ |
| 03-4247 | Xpres Corporation |
| 03-6918 | XYZ Imports |
| 03-4498 | XYZ Imports Int'l Corp. |
| 03-6919 | Yanova Limited T.S.T. |
| 03-6921 | Yu Shan Woodwork Co. Ltd |
| 03-4128 | Zapf Creations US Inc. |