KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Tel: (402) 346-6000
Facsimile: (402) 346-1148
Bruce A. Wilson, Esq. (BAW 7206)
Jeremy S. Williams, Esq. (JSW 2424)
bruce.wilson@kutakrock.com
jeremy.williams@kutakrock.com

*Attorneys for Nebraska Investment Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al**<br><br>　　　　　　　　　　**Debtors.** | **Chapter 11**<br><br>**Case Nos. 08-13555 (JMP)**<br><br>**(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2009, true and correct copies of the *Objection of the Nebraska Investment Finance Authority to Debtors' Motion Pursuant To Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts* dated July 31, 2009 were served on the parties set forth on Exhibit A hereto by e-mail and by overnight delivery mail, postage prepaid, and as otherwise required by the *Notice of Debtors' Motion Pursuant To Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts*, Case Nos. 08-13555 (JMP), ECF Dkt. #4453.

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Bruce A. Wilson*
　　　　　　　　　　　　　　　　　　　　　　Bruce A. Wilson, Esq. (BAW 7206)
　　　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)

4833-7861-1460.1

# Exhibit A

Chambers of the Honorable James M. Peck
One Bowling Green,
Courtroom 601
New York, New York 10004
(Chambers copies)

Robert J. Lemons, Esq.
Lori R. Fife, Esq.
Sunny Singh, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*


Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*

4833-7861-1460.1