BLANK ROME LLP
Attorneys for New Jersey Housing
and Mortgage Finance Agency
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – X

In re:                                                                    Chapter 11
                                                                           Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                                                                           (Jointly Administered)
                                                        Debtors.

– – – – – – – – – – – – – – – – – – – – – – – – – – – X

### JOINDER OF THE NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY TO OBJECTION TO DEBTOR'S MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS

New Jersey Housing and Mortgage Finance Agency ("NJHMFA"), by and through its

undersigned counsel, hereby joins in the Objection of the Royal Bank of Scotland PLC and

Affiliates [D.I.# 4544] to the Debtor's Motion for Authorization to Implement Alternative

Dispute Resolution of Affirmative Claims of Debtors Under Derivative Contracts [D.I.# 4453]

(the "ADR Motion"), and asserts as follows:

### OBJECTION AND JOINDER

1.       NJHMFA and the Debtors were parties to certain derivative contracts.

2.       NJHMFA hereby joins and incorporates by reference the arguments, in

their entirety, made by the Royal Bank of Scotland and Affiliates in their Objection

[D.I.# 4544] to the ADR Motion [D.I.# 4453].

**WHEREFORE,** NJHMFA respectfully requests that the Court deny the ADR

Motion, and grant such other and further relief as deemed just and proper.

Dated:   New York, New York
       July 31, 2009

BLANK ROME LLP
Attorneys for New Jersey Housing and
Mortgage Finance Agency


By:   */s/ Andrew B. Eckstein*
     Andrew B. Eckstein
     Rocco A. Cavaliere
     The Chrysler Building
     405 Lexington Avenue
     New York, New York 10174
     (212) 885-5000

067949.00333/6769089v.1