HUNTON & WILLIAMS LLP　　　　　　　　　　Hearing Date and Time:  8/05/09 at 10:00 a.m.
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for E*TRADE Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 08-13555** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | **(JMP)** |
| | **(Jointly Administered)** |
| Debtors. | |

-----------------------------------------------------------x

**E*TRADE BANK STATEMENT IN SUPPORT OF**
**DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY**
**CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT**
**ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR**
**AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

　　　　E*TRADE Bank ("E*TRADE"), by and through its undersigned counsel, hereby submits

this statement in support of (the "Statement") to the *Debtors' Motion Pursuant to Section 105(a)*

*of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative*

*Dispute Resolutions for Affirmative Claims of Debtors Under Derivative Contracts* [Docket No.

4453] (the "Mediation Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

E*TRADE supports the Debtor's efforts to establish a mediation process in connection with the prepetition derivatives contracts (the "Derivatives Contracts"). E*TRADE is a party in interest in these bankruptcy cases and a counterparty to a number of prepetition Derivatives Contracts with certain of the Debtors. E*TRADE has attempted to engage in a substantive dialogue with the Debtors concerning certain of the derivative contracts since the Debtors filed their bankruptcy petitions. E*TRADE, therefore, welcomes the Debtors' decision to utilize a form of mediation in an attempt to reach a resolution of any issues between the parties. E*TRADE respectfully requests that it be provided the opportunity to begin the process of resolving its disputes with the Debtors as soon as possible through the mediation process.

E*TRADE supports the Debtors' request that this Court enter an order granting the relief requested in the Debtor's Mediation Motion.

Respectfully submitted this 31st day of July 2009.

HUNTON & WILLIAMS LLP

*/s/ Peter S. Partee*
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

    -and-

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for E*TRADE Bank*