BLANK ROME LLP
Attorneys for The Delaware River Port Authority
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― X

**JOINDER OF THE DELAWARE RIVER PORT AUTHORITY TO
OBJECTION TO DEBTOR'S MOTION OF THE DEBTORS, PURSUANT
TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR
FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER
TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR
AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

The Delaware River Port Authority, by and through its undersigned counsel, hereby joins in the Objection of the Royal Bank of Scotland PLC and Affiliates [D.I.# 4544] to the Debtor's Motion for Authorization to Implement Alternative Dispute Resolution of Affirmative Claims of Debtors Under Derivative Contracts [D.I.# 4453] (the "ADR Motion"), and asserts as follows:

**OBJECTION AND JOINDER**

1. The Delaware River Port Authority and the Debtors were parties to certain derivative contracts.

2. The Delaware River Port Authority hereby joins and incorporates by reference the arguments, in their entirety, made by the Royal Bank of Scotland and Affiliates in their Objection [D.I.# 4544] to the ADR Motion [D.I.# 4453].

103374.00318/6769105v.1

2

**WHEREFORE,** The Delaware River Port Authority respectfully requests that the Court deny the ADR Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
July 31, 2009

                                         BLANK ROME LLP
Attorneys for The Delaware River Port Authority

By: */s/ Andrew B. Eckstein*
      Andrew B. Eckstein
      Rocco A. Cavaliere
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174
      (212) 885-5000

103374.00318/6769105v.1

2