ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to Dell Global B.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re:**                                                       : **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS, INC.,** : **Case No. 08-13555 (JMP)**
*et al.*                                                         :
: **(Jointly Administered)**
  **Debtors.**                                                   :
-----------------------------------------------------------------x

**JOINDER OF DELL GLOBAL B.V. TO THE OBJECTION OF CONSOLIDATED
CONTAINER COMPANY LLC TO THE DEBTORS' MOTION FOR AN ORDER
PURSUANT TO SECTIONS 105(A) OF THE BANKRUPTCY CODE AND
GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT
ALTERNATIVE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS
<u>OF DEBTORS UNDER DERIVATIVE CONTRACTS</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

    Dell Global B.V. ("<u>Dell</u>") hereby joins the objection of Consolidated Container

Company LLC ("<u>CCC</u>") to the above-captioned debtors' (the "<u>Debtors</u>") "Motion

Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for

- 2 -

Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts" (Docket No. 4453) (the "Motion"). Dell is a substantial creditor of Lehman Brothers Commercial Corporation ("LBCC"), whose obligations to Dell have been guaranteed by Lehman Brothers Holdings, Inc. ("LBHI"). Dell terminated its applicable contractual relationship with LBCC promptly after the filing of LBHI's bankruptcy petition. Dell does not believe there to be any dispute between the Debtors and Dell as to Dell's termination of its agreement with LBCC. However, Dell files this joinder in an abundance of caution and requests that the Court modify any Order on the Motion in accordance with the CCC objection.

Respectfully submitted this 31st day of July 2009.

      /s/ Martin G. Bunin
ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to Dell Global B.V.*