HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Counsel for E\*TRADE Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS, INC., et al.,   :    Case No. 08-13555 (JMP)
                                                           :
                                                           :    (Jointly Administered)
                    Debtors.                               :
-----------------------------------------------------------x

      Constance Andonian being duly sworn, deposes and says:

      1.    I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

      2.    On July 31, 2009, I filed the E*Trade Bank Statement in Support of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolutions for Affirmative Claims of Debtors Under Derivative Contracts [Docket No. 4565] (the "Statement") with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system and I served a true and correct copy of the Statement on the parties listed on the annexed service list by United States Postal Service first class mail, postage prepaid.

- 2 -

Dated: New York, New York
July 31, 2009

*Constance Andonian*
Constance Andonian

Sworn to before me on this
31st day of July 2009

*Lucia Bergollo*
Notary Public

LUCIA BERGOLLO
Notary Public, State of New York
No. 01BE4921103
Qualified in Queens County
Commission Expires February 16, 2010

- 2 -

- 3 -

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Lori R. Fife, Esq.
         Robert J. Lemons, Esq.
         Sunny Singh, Esq.

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.