BLANK ROME LLP
Attorneys for Italease Finance S.p.A.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
In re:                                                 Chapter 11
                                                            Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                            (Jointly Administered)
                                          Debtors.
------------------------------ X

## JOINDER OF ITALEASE FINANCE S.P.A.  TO OBJECTION TO DEBTOR'S MOTION OF THE DEBTORS, PURSUANT TO SECTION 502(B)(9) FOR ESTABLISHMENT OF THE DEADLINE FOR FILING PROOFS OF CLAIM, APPROVAL OF THE FORM AND MANNER TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS

Italease Finance S.p.A., by and through its undersigned counsel, hereby joins in the Objection of the Royal Bank of Scotland PLC and Affiliates [D.I.# 4544] to the Debtor's Motion for Authorization to Implement Alternative Dispute Resolution of Affirmative Claims of Debtors Under Derivative Contracts [D.I.# 4453] (the "ADR Motion"), and asserts as follows:

### OBJECTION AND JOINDER

1.    Italease Finance S.p.A. and the Debtors were parties to certain derivative contracts.

2.    Italease Finance S.p.A. hereby joins and incorporates by reference the arguments, in their entirety, made by the Royal Bank of Scotland and Affiliates in their Objection [D.I.# 4544] to the ADR Motion [D.I.# 4453].

130686.00401/6769103v.1

**WHEREFORE,** Italease Finance S.p.A. respectfully requests that the Court deny the ADR Motion, and grant such other and further relief as deemed just and proper.

Dated: New York, New York
July 31, 2009

BLANK ROME LLP
Attorneys for Italease Finance S.p.A.

By: */s/ Andrew B. Eckstein*
Andrew B. Eckstein
Rocco A. Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000