ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to the Municipal Electric Authority
of Georgia*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                           :   **Chapter 11**
                                                                 :
**LEHMAN BROTHERS HOLDINGS, INC.,**                              :   **Case No. 08-13555 (JMP)**
*et al.*                                                         :
                                                                 :   **(Jointly Administered)**
        Debtors.                                                 :
-----------------------------------------------------------------x

**JOINDER OF THE MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA
TO THE OBJECTION OF CONSOLIDATED CONTAINER COMPANY
LLC TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO
SECTIONS 105(A) OF THE BANKRUPTCY CODE AND GENERAL
ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT
ALTERNATIVE RESOLUTION PROCEDURES FOR AFFIRMATIVE
<u>CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

The Municipal Electric Authority of Georgia ("<u>MEAG</u>") hereby joins the

objection of Consolidated Container Company LLC ("<u>CCC</u>") to the above-captioned

debtors' (the "Debtors") "Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts" (Docket No. 4453) (the "Motion").

Prior to the Debtors' bankruptcy filings, MEAG was a party to certain financial contracts with the Debtors. These contracts have all terminated. MEAG does not believe there to be any dispute between the Debtors and MEAG as to these contracts or any other matter (other than MEAG's claims against the Debtors). However, MEAG files this joinder in an abundance of caution and requests that the Court modify any Order on the Motion in accordance with the CCC objection.

Respectfully submitted this 31st day of July 2009.

/s/ Martin G. Bunin
ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to the Municipal Electric Authority of Georgia*