UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al.

Debtor

-------------------------------------------------------------x

Plaintiff

v.

Defendant

-------------------------------------------------------------x

Case No.: 08-13555

Chapter 11

Adversary Proceeding No.: _____

*[RECEIVED JUL 30 2009 stamp]*

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael A. Fagone, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Hebron Academy Incorporated, a creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Maine and, if applicable, the bar of the U.S. District Court for the District of Maine.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 7/29/2009
_____, New York

*[Signature]*

Mailing Address:
Bernstein Shur Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
E-mail address: mfagone@bernsteinshur.com
Telephone number: (207) 774-1200