ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to AG Financial Products Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :  **Chapter 11**
                                                             :
                                                             :  **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS, INC.,**                          :
*et al.*                                                     :
                                                             :  **(Jointly Administered)**
        **Debtors.**                                         :
-------------------------------------------------------------x

**JOINDER OF AG FINANCIAL PRODUCTS, INC. TO THE
OBJECTION OF CONSOLIDATED CONTAINER COMPANY LLC TO
THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO
SECTIONS 105(A) OF THE BANKRUPTCY CODE AND GENERAL
ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT
ALTERNATIVE RESOLUTION PROCEDURES FOR AFFIRMATIVE
<u>CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

AG Financial Products, Inc. ("<u>AG</u>") hereby joins the objection of Consolidated

Container Company LLC ("<u>CCC</u>") to the above-captioned debtors' (the "<u>Debtors</u>")

"Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143

for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts" (Docket No. 4453) (the "Motion").

AG is a party to certain agreements with Lehman Brothers International (Europe) ("LBIE") that have been terminated. Lehman Brothers Holdings, Inc. guaranteed LBIE's obligations to AG. LBIE is in administration in the United Kingdom and is not a debtor before this Court.

AG objects to the Motion insofar as the Motion contemplates any dispute between LBIE and AG being subject to the proposed alternative dispute resolution procedures set forth in the Motion. Disputes, if any, between LBIE and AG should be resolved exclusively between those parties. AG therefore joins the objection of CCC with respect to these points.

Respectfully submitted this 31st day of July 2009.

                                                            /s/ Martin G. Bunin
ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to AG Financial Products Inc.*