**Presentment Date and Time: June 12, 2009 at 4:00 p.m.**
**Objection Date and Time: June 12, 2009 at 12:00 p.m.**
**Hearing Date and Time: June 17, 2009 at 2:00 p.m.**

James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 230-8800

Craig Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

| | |
|---|---|
| **In re:**<br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**(Jointly Administered)** |

**JOINDER OF TACONIC CAPITAL PARTNERS 1.5 L.P.
AND TACONIC OPPORTUNITY FUND L.P. TO OMNIBUS OBJECTION OF
DERIVATIVE COUNTERPARTIES TO DEBTORS' MOTION FOR AUTHORIZATION
TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR
AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. hereby join in the

Omnibus Objection of Derivative Counterparties [D.I. 4571] to Debtors' Motion Pursuant to

Section 105(A) of the Bankruptcy Code and General Order M-143 for Authorization to

Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under

Derivative Contracts [D.I. 4453], for all the reasons stated therein.

Dated: New York, New York
     July 31, 2009

Respectfully submitted,

  /s/ James H. Millar_____

James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 230-8800

*Counsel for Taconic Capital Partners 1.5 L.P. and Taconic
Opportunity Fund L.P.*

US1DOCS 7197127v1