**K&L GATES LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

*Attorneys for FirstBank Puerto Rico*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                      :   Chapter 11
                                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                                                                :
                              Debtors.                              :   (Jointly Administered)
                                                                                :
---------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the law firm of K&L Gates has replaced the law firm of Clifford Chance LLP as counsel to FirstBank Puerto Rico ("FirstBank") in connection with the above-referenced matter. All further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in this proceeding, including, without limitation, all such items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served on FirstBank at the following address:

> Eli R. Mattioli, Esq.
> Elizabeth M. Harris, Esq.
> K&L Gates LLP
> 599 Lexington Avenue
> New York, NY 10022
> (212) 536-3900 (telephone)
> (212) 536-3901 (facsimile)

Respectfully submitted,

Dated: New York, New York
July 30, 2009

**K&L GATES LLP**

/s/ Eli R. Mattioli
Eli R. Mattioli
Elizabeth M. Harris
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
*Attorneys for FirstBank Puerto Rico*