ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to Greywolf Capital Management L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  | : |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | : | **Case No. 08-13555 (JMP)** |
| *et al.* | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |

-------------------------------------------------------------x

**JOINDER OF GREYWOLF CAPITAL MANAGEMENT L.P. TO THE
OBJECTION OF CONSOLIDATED CONTAINER COMPANY LLC TO
THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS
105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143
FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE
RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF
DEBTORS UNDER DERIVATIVE CONTRACTS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Greywolf Capital Management, L.P., on its own behalf and on behalf of the funds

for which it acts as investment manager that is or were parties to contracts with the

above-captioned debtors ("Greywolf") hereby joins the objection of Consolidated

Container Company LLC ("CCC") to the above-captioned debtors' (the "Debtors")

"Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143

for Authorization to Implement Alternative Dispute Resolution Procedures for

Affirmative Claims of Debtors Under Derivative Contracts" (Docket No. 4453) (the

"Motion").[1]

     Prior to the Debtors' bankruptcy filings, Greywolf was a party to various financial

contracts with the Debtors.  These contracts have since been terminated and Greywolf is

a creditor of the Debtors.  Greywolf does not believe there to be any dispute between the

Debtors and Greywolf as to the terminations or the amount of Greywolf's claims.

However, Greywolf files this joinder in an abundance of caution and requests that the

Court modify any Order on the Motion in accordance with the CCC objection.

     Respectfully submitted this 31st day of July 2009.

                     /s/ Martin G. Bunin
                 ALSTON & BIRD LLP
                 Martin G. Bunin, Esq.
                 90 Park Avenue
                 New York, N.Y. 10016
                 Telephone: (212) 210-9400
                 Facsimile: (212) 210-9444

                 and

                 John C. Weitnauer, Esq.
                 William S. Sugden, Esq.
                 1201 West Peachtree Street
                 Atlanta, Georgia 30309
                 Telephone: (404) 881-7000
                 Fax: (404) 881-7777

                 *Counsel to Greywolf Capital Management*
                 *L.P.*

---

[1]    While Greywolf was a counterparty to derivatives contracts with the Debtors, Greywolf did not receive service of the Motion.