FAEGRE & BENSON LLP
Stephen M. Mertz
Michael M. Krauss (MK-9699)
Michael F. Doty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600


ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION,
IN ITS CAPACITY AS TRUSTEE
PURSUANT TO VARIOUS TRUST
AGREEMENTS


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                      :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

-------------------------------------------------------------------x


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Friday, July 31, 2009, true and correct copies of

the Objection of Wells Fargo Bank, National Association, in its Capacity as Trustee Pursuant to

Various Trust Agreements, to the Motion of the Debtors Pursuant to Section 105(a) of the

Bankruptcy Code and General Order M-143 For Authorization to Implement Alternative Dispute

Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts, dated July

31, 2009, was caused to be served via the Court's ECF system upon all parties requesting

electronic service, and upon the following service list via overnight delivery.


July 31, 2009                                    /s/ Michael M. Krauss
                                                 Stephen M. Mertz
                                                 Michael M. Krauss (MK-9699)
                                                 Michael F. Doty
                                                 Faegre & Benson LLP
                                                 2200 Wells Fargo Center
                                                 90 South Seventh Street
                                                 Minneapolis, MN  55402-3901
                                                 Telephone: (612) 766-7000
                                                 Facsimile: (612) 766-1600

                                                 ATTORNEYS FOR WELLS FARGO
                                                 BANK, NATIONAL ASSOCIATION, IN
                                                 ITS CAPACITY AS TRUSTEE
                                                 PURSUANT TO VARIOUS TRUST
                                                 AGREEMENTS

fb.us.4276000.02

## SERVICE LIST

Lori R. Fife
Shai Y. Waisman
Jaqueline Marcus
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
fb.us.4276000.02

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, NY  10004

fb.us.4276000.02