Mark N. Berman
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3168

and

100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6037

*Counsel to the Metropolitan Transportation Authority*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: )<br>)<br>LEHMAN BROTHERS HOLDINGS, INC., et al., )<br>)<br>      Debtors. )<br>)<br>) | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**JOINDER OF THE METROPOLITAN TRANSPORTATION AUTHORITY TO THE OBJECTION OF CONSOLIDATED CONTAINER COMPANY LLC TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

   The Metropolitan Transportation Authority (the "MTA"), by and through its counsel, Nixon Peabody LLP, hereby joins the limited objection of Nomura International PLC and its Affiliates to the above-captioned "Motion Pursuant to section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts"(the "Motion", docketed as No. 4453).

12655319.1

- 2 -

Dated: New York, New York
November 26, 2008

Respectfully Submitted,

By: _____
Mark N. Berman
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3168
Facsimile: (212) 940-3111

and

100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6037
Facsimile:  (866) 382-5868
*Counsel to the Metropolitan Transportation Authority*

12655319.1