ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to Main Street Natural Gas, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | Case No. **08-13555** (JMP) |
| **Debtors.** | (Jointly Administered) |
------------------------------------------------------------x

**JOINDER OF MAIN STREET NATURAL GAS, INC. TO THE
OBJECTION OF CONSOLIDATED CONTAINER COMPANY LLC TO
THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS
105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143
FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE
RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF
<u>DEBTORS UNDER DERIVATIVE CONTRACTS</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Main Street Natural Gas, Inc. ("<u>Main Street</u>") hereby joins the objection of

Consolidated Container Company LLC ("<u>CCC</u>") to the above-captioned debtors' (the

"<u>Debtors</u>") "Motion Pursuant to Section 105(a) of the Bankruptcy Code and General

Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts" (Docket No. 4453) (the "Motion").

On April 1, 2008, Main Street entered into an Agreement for Purchase and Sale of Natural Gas with Lehman Brothers Commodity Services, Inc. ("LBCS"). LBCS's obligations to Main Street were guaranteed by Lehman Brothers Holdings, Inc. ("LBHI"). Main Street is a substantial creditor of both LBCS and LBHI. Any Order granting the Motion should be modified to protect the rights of counterparties as set forth in the CCC objection. Main Street therefore joins CCC's objection.

Respectfully submitted this 31st day of July 2009.

        /s/ Martin G. Bunin
ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to Main Street Natural Gas, Inc.*