**EDWARDS ANGELL PALMER & DODGE LLP**
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844
Larry D. Henin
Paul J. Labov

And

**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420
Richard Hiersteiner
John L. Whitlock

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 Case No. |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on Friday, July 31, 2009, true and correct copies of the The Charles River School's Joinder in Objection and Reservation of Rights of Massachusetts Development Finance Agency to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures Under Derivative Contracts was caused to be served via the Court's ECF system upon all parties requesting electronic service, and upon the following service list via overnight delivery.

BOS111 12403658.1

Dated: July 31, 2009            ____/s/ Paul J. Labov_____
                                                 Paul J. Labov
                                                 Edwards Angell Palmer & Dodge LLP
                                                 750 Lexington Avenue
                                                 New York, New York 10022
                                                 Tel: (212) 308-4411
                                                 Fax: (212) 308-4844

## SERVICE LIST

Lori R. Fife
Sunny Singh
Robert J. Lemons
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, NY 10004