**Exhibit -1 Mechanic's Liens**

| No. | Claimant Name | Claim Number | Claim Amount | Date Claim Filed | Debtor | Property/Security Interest | Owner of Property | Lease / Option to Lease Contracting Entity |
|---|---|---|---|---|---|---|---|---|
| 1 | Barnes, Ricky J | 921 | $13,948.00 | 8/23/16 | SunEdison, Inc. | 130 High Street Hill Rd., Windsor, MA 01270 (private residence) | Rick Barnes | N/A |
| 2 | Bright Planet Solar | 854 | $13,948.00 | 8/18/16 | SunEdison, Inc. | 130 High Street Hill Rd., Windsor, MA 01270 (private residence) | Rick Barnes | N/A |
| 3 | Meridian Associates, Inc. | 3785 | $25,564.38 | 9/23/16 | Sun Edison, LLC | 363 Quaker Highway, Uxbridge, MA | Blanche M. Wrona, John J. Wrona, and William F. Wrona | BWC Origination 10, LLC |
| 4 | Panel Claw, Inc. | 66 | $32,927.21 | 5/3/16 | SunEdison, Inc. | 121 & 131 Albright Way, Los Gatos, CA 95032 | N/A | N/A |
| 5 | Whitman | 1682 | $82,206.00 | 9/2/16 | SunEdison, Inc. | Accabonac Road, Town of East Hampton, Suffolk County, NY 11937 | Town of East Hampton, NY | SunEdison Origination1, LLC |
| | | | | | | Bull Path/Northwest Rd, Town of East Hampton, Suffolk County, NY | Town of East Hampton, NY | SunEdison Origination1, LLC |
| | | | | | | 6155 Cox Lane, Cutchogue, Suffolk, County, NY 11935 | Town of Southold, NY | SunEdison Origination1, LLC |
| | | | | | | Springs Fireplace Road Landfill, Old Fireplace Road, Town of East Hampton, Suffolk County, NY | Town of East Hampton, NY | SunEdison Origination1, LLC |