Exhibit 1- Duplicate Claims
29th Omni Objection

| | **Objectionable Claims** | | | | **Surviving Claims** | | |
|---|---|---|---|---|---|---|---|
| **Duplicate Claim #** | **Duplicate Claimant Name** | **Duplicate Asserted Debtor** | **Duplicate Asserted Amount** | **Surviving Claim #** | **Surviving Claimant Name** | **Surviving Asserted Debtor** | **Surviving Asserted Total Amount** |
| 2834 | Beauchat, Julie Lynn | SunEdison, Inc. | $1,500.00 | 6167 | Beauchat, Julie | SunEdison, Inc. | $1,500.00 |
| 2781 | Bennett, Ryan | SunEdison, Inc. | $277,116.00 | 2784 | Bennett, Ryan | SunEdison, Inc. | $277,116.00 |
| 3186 | Bybee Lake Logistics Center LLC | Solaicx | $288,964.00 | 3116 | Bybee Lake Logistics Center LLC | SunEdison, Inc. | $288,964.00 |
| 3741 | CD Global Solar CA Beacon 2 Holdings, LLC | SunEdison, Inc. | $0.00 | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 3711 | CD Global Solar ID American Falls I Holdings, LLC | SunEdison, Inc. | $0.00 | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 3810 | CD Global Solar ID American Falls II Holdings, LLC | SunEdison, Inc. | $0.00 | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 4110 | CD Global Solar ID Murphy Flat Holdings, LLC Amended Claim #30 | SunEdison, Inc. | Unliquidated | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 3787 | CD Global Solar ID Orchard Ranch, LLC | SunEdison, Inc. | $0.00 | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 3194 | CD Global Solar ID Simcoe, LLC | SunEdison, Inc. | $0.00 | 3778 | Capital Dynamics, Inc. | SunEdison, Inc. | $0.00 |
| 2924 | Coelho and Sons Stonewalls | NVT Licenses, LLC | $188,511.07 | 2810 | Coelho and Sons Stonewalls | Sun Edison, LLC | $188,511.07 |
| 2359 | Cote, Claude A. | NVT, LLC | $194,883.00 | 2370 | Cote, Claude A. | SunEdison, Inc. | $194,883.00 |
| 2084 | EDF Trading North America, LLC | Sun Edison, LLC | $1,671,766.67 | 2085 | EDF Trading North America, LLC | SunEdison, Inc. | $1,671,766.67 |
| 2274 | Erickson, Lori A. | NVT, LLC | $1,128,911.95 | 2309 | Erickson, Lori A. | SunEdison, Inc. | $1,128,911.95 |
| 2452 | Greene Tweed & Co. | SunEdison, Inc. | $4,567.20 | 2493 | Greene Tweed & Co. | MEMC Pasadena, Inc. | $4,567.20 |
| 3224 | Itaú Corpbanca as Administrative Agent and Collateral Agent | SunEdison, Inc. | Unliquidated | 3666 | Itau Corpbanca as Administrative Agent and Collateral Agent | SunEdison, Inc. | $0.00 |
| 1934 | Kearns, Matthew | NVT, LLC | $1,322,871.82 | 2078 | Kearns, Matthew | SunEdison, Inc. | $1,322,871.82 |
| 2072 | King, Angus S. | NVT, LLC | $821,472.65 | 2083 | Angus S. King | SunEdison, Inc. | $812,472.65 |
| 3286 | Martin III, Joseph E. | NVT, LLC | $800,503.00 | 543 | Martin III, Joseph E. | SunEdison, Inc. | $800,503.00 |
| 1839 | Nguyen, Khoi | NVT, LLC | $13,049.42 | 1837 | Nguyen, Khoi | SunEdison, Inc. | $13,049.42 |
| 2722 | Nguyen, Matthew | SunEdison, Inc. | $5,794.00 | 2534 | Nguyen, Matthew | SunEdison, Inc. | $5,794.00 |
| 5907 | Oregon Department of Revenue | SunEdison, Inc. | $26,767.26 | 5883 | Oregon Department of Revenue | SunEdison, Inc. | $26,767.26 |
| 5975 | Oregon Department of Revenue | NVT, LLC | $157.53 | 5974 | Oregon Department of Revenue | NVT, LLC | $157.53 |
| 6336 | Oregon Department of Revenue | SunEdison, Inc. | $1,340.32 | 6323 | Oregon Department of Revenue | SunEdison, Inc. | $1,340.32 |
| 2398 | San Andres SpA | Sun Edison, LLC | $12,258,358.57 | 2399 | San Andres SpA | SunEdison, Inc. | $12,258,358.57 |
| 1559 | State of Minnesota, Department of Revenue | SunEdison Residential Services, LLC | $200.76 | 1415 | Minnesota Department of Revenue | SunEdison Residential Services, LLC | $100.38 |
| 1560 | State of Minnesota, Department of Revenue | SunEdison, Inc. | $200.76 | 1415 | Minnesota Department of Revenue | SunEdison Residential Services, LLC | $100.38 |
| 1828 | State of Minnesota, Department of Revenue | SunEdison Residential Services, LLC | $301.14 | 1415 | Minnesota Department of Revenue | SunEdison Residential Services, LLC | $100.38 |
| 3284 | Wang, Michael Mengyuan | NVT, LLC | $32,400.00 | 3279 | Wang, Michael Mengyuan | SunEdison, Inc. | $32,400.00 |