Exhibit 1 - Non-Timely Claims

| No. | Claimant Name | Debtor | Claim Number | Claim Amount | Date Claim Filed | Applicable Bar Date |
|---|---|---|---|---|---|---|
| 1 | A-1 Overhead Doors | SunEdison, Inc. | 6027 | $1,468.99 | 11/15/16 | 9/23/16 |
| 2 | Acadia Area ATV'ers | SunEdison, Inc. | 5924 | $2,000,000.00 | 10/12/16 | 9/23/16 |
| 3 | Advantech Corporation (Thailand) Co.,Ltd | SunEdison, Inc. | 4231 | $1,446.76 | 9/29/16 | 9/23/16 |
| 4 | Ahmed & Farooq, LP | SunEdison, Inc. | 5895 | $14,880.00 | 10/5/16 | 9/23/16 |
| 5 | Aireko Construction, LLC | SunEdison, Inc. | 6233 | $239,239.37 | 6/19/17 | 9/23/16 |
| 6 | Altus Group US Inc | SunEdison, Inc. | 6086 | $3,781.25 | 1/26/17 | 9/23/16 |
| 7 | BeAed LP | SunEdison, Inc. | 6111 | $5,235.81 | 3/20/17 | 9/23/16 |
| 8 | Bomza Law Group | SunEdison, Inc. | 6000 | $2,858.00 | 10/25/16 | 9/23/16 |
| 9 | Bramlet, Larry W. | SunEdison, Inc. | 4228 | $147,095.79 | 9/28/16 | 9/23/16 |
| 10 | Capitol Tax Partners, LLP | SunEdison, Inc. | 4054 | $27,500.00 | 9/26/16 | 9/23/16 |
| 11 | Central Maine Power Company | First Wind Energy, LLC | 6303 | $1,952.59 | 6/26/17 | 6/23/17 |
| 12 | City and County of San Francisco | NVT, LLC | 5970 | $195,358.27 | 10/19/16 | 10/18/16 |
| 13 | City of Portland | SunEdison, Inc. | 6012 | $10,854.49 | 11/3/16 | 10/18/16 |
| 14 | City of Portland | SunEdison, Inc. | 6157 | $200.00 | 5/1/17 | 10/18/16 |
| 15 | Compass Group USA DBA: Canteen Vending | SunEdison, Inc. | 6010 | $5,704.81 | 11/2/16 | 9/23/16 |
| 16 | Dashiell Corporation | SunEdison, Inc. | 5979 | $74,999.88 | 10/19/16 | 9/23/16 |
| 17 | de Cordova, III, Arthur Erroll | SunEdison, Inc. | 5951 | $1,375.00 | 10/17/16 | 9/23/16 |
| 18 | Definitive Systems Sdn Bhd | SunEdison, Inc. | 5915 | $4,505.00 | 10/11/16 | 9/23/16 |
| 19 | DeLouche, Douglas | SunEdison, Inc. | 5964 | $113,027.92 | 10/18/16 | 9/23/16 |
| 20 | Department of Taxation, State of Hawaii | NVT Licenses, LLC | 6072 | $0.00 | 12/23/16 | 10/18/16 |
| 21 | Department of Taxation, State of Hawaii | SunEdison Residential Services, LLC | 6070 | $0.00 | 12/23/16 | 10/18/16 |
| 22 | Department of Taxation, State of Hawaii | Team-Solar, Inc. | 6071 | $0.00 | 12/23/16 | 10/18/16 |
| 23 | Diallo, Babayel | SunEdison, Inc. | 5874 | $0.00 | 9/30/16 | 9/23/16 |
| 24 | Diversified Project Services | SunEdison, Inc. | 5877 | $0.00 | 10/3/16 | 9/23/16 |
| 25 | East Coast Site Work, Inc. | SunEdison, Inc. | 5871 | $39,205.00 | 10/3/16 | 9/23/16 |
| 26 | EORM, Inc. | SunEdison, Inc. | 4182 | $7,237.50 | 9/26/16 | 9/23/16 |
| 27 | Fallimento A.T. Security S.R.L | SunEdison, Inc. | 5960 | $153,276.63 | 10/17/16 | 9/23/16 |
| 28 | Fisher Scientific Co LLC | MEMC Pasadena, Inc. | 5898 | $225.83 | 9/30/16 | 9/23/16 |
| 29 | Fowhe S.R.L. | SunEdison, Inc. | 4053 | $6,531.39 | 9/26/16 | 9/23/16 |
| 30 | Friends of Maines Mountains | SunEdison, Inc. | 4136 | $1,000,000.00 | 9/27/16 | 9/23/16 |
| 31 | FTI Consulting, Inc. | Sun Edison, LLC | 6075 | $12,328.37 | 12/21/16 | 9/23/16 |
| 32 | Gaskill, Harold | SunEdison, Inc. | 5931 | $60,000.00 | 10/14/16 | 9/23/16 |
| 33 | Group 70 International, Inc. | SunEdison, Inc. | 6092 | $48,289.30 | 2/8/17 | 9/23/16 |
| 34 | J N R Automotives | SunEdison, Inc. | 5919 | $2,367.16 | 10/11/16 | 9/23/16 |
| 35 | Kaitanna Solar, LLC | SunEdison, Inc. | 4206 | $2,115.80 | 9/26/16 | 9/23/16 |
| 36 | Kintech Synergy Private Limited | SunEdison, Inc. | 6316 | $4,546,981.00 | 7/3/17 | 9/23/16 |
| 37 | Kotak Urja Private Limited | SunEdison, Inc. | 5945 | $17,507.00 | 10/17/16 | 9/23/16 |
| 38 | Level 3 Communications, LLC | First Wind Holdings, LLC | 6335 | $12,927.61 | 7/31/17 | 6/23/17 |
| 39 | LookingPoint, Inc | SunEdison, Inc. | 6293 | $45,930.82 | 6/23/17 | 9/23/16 |
| 40 | Max Yeary | SunEdison, Inc. | 5865 | $0.00 | 9/30/16 | 9/23/16 |
| 41 | McCann, Craig D. | SunEdison, Inc. | 6200 | $82,470.00 | 5/12/17 | 9/23/16 |
| 42 | McConnell Valdes, LLC | NVT Licenses, LLC | 6212 | $5,003.02 | 5/26/17 | 9/23/16 |
| 43 | McConnell Valdes, LLC | NVT Licenses, LLC | 6220 | $5,003.02 | 6/6/17 | 9/23/16 |
| 44 | McConnell Valdes, LLC | Sun Edison, LLC | 6213 | $21,919.70 | 5/26/17 | 9/23/16 |
| 45 | McConnell Valdes, LLC | Sun Edison, LLC | 6218 | $21,919.70 | 6/6/17 | 9/23/16 |
| 46 | McConnell Valdes, LLC | SunEdison, Inc. | 6211 | $36,732.40 | 5/26/17 | 9/23/16 |
| 47 | Mibet (Xiamen) New Energy Co., Ltd | PVT Solar, Inc. | 6064 | $4,314.80 | 12/19/16 | 9/23/16 |
| 48 | Miller, Casey M. | SunEdison, Inc. | 6065 | $11,500.00 | 12/22/16 | 9/23/16 |
| 49 | Minuteman Press | SunEdison, Inc. | 6068 | $1,004.83 | 12/27/16 | 9/23/16 |

| No. | Claimant Name | Debtor | Claim Number | Claim Amount | Date Claim Filed | Applicable Bar Date |
|---|---|---|---|---|---|---|
| 50 | Morast Family Partnership | SunEdison, Inc. | 4208 | $1,600.00 | 9/27/16 | 9/23/16 |
| 51 | Morgan Stanley Senior Funding, Inc. | SunEdison, Inc. | 5953 | $2,291,666.66 | 10/18/16 | 9/23/16 |
| 52 | Motion Industries, Inc. | SunEdison, Inc. | 6130 | $22,963.09 | 3/27/17 | 9/23/16 |
| 53 | Mountain F. Enterprises, Inc. | First Wind Energy, LLC | 6331 | $667,890.00 | 8/4/17 | 6/23/17 |
| 54 | Mountain F. Enterprises, Inc. | First Wind Holdings, LLC | 6330 | $667,890.00 | 8/4/17 | 6/23/17 |
| 55 | Nicholas, Norman H. | SunEdison, Inc. | 6001 | $60,325.00 | 10/27/16 | 9/23/16 |
| 56 | Oregon Department of Revenue | NVT, LLC | 5974 | $157.53 | 10/19/16 | 10/18/16 |
| 57 | Perficient, Inc. | SunEdison, Inc. | 6017 | $140,017.81 | 11/8/16 | 9/23/16 |
| 58 | PricewaterhouseCoopers Private Limited | SunEdison, Inc. | 6039 | $59,800.00 | 12/2/16 | 9/23/16 |
| 59 | Pusateri, Zachary | SunEdison, Inc. | 5875 | $27,000.00 | 9/30/16 | 9/23/16 |
| 60 | Red River Island View, LLC | SunEdison, Inc. | 6073 | $312,222.52 | 12/29/16 | 9/23/16 |
| 61 | Richard Kase, Trustee of the Kase Family Realty Trust. and Sandra Kase | SunEdison, Inc. | 5892 | $1,200,000.00 | 10/5/16 | 9/23/16 |
| 62 | Saint Gobain Abrasives Inc | SunEdison, Inc. | 6003 | $1,750.00 | 10/27/16 | 9/23/16 |
| 63 | San Mateo County Tax Collector | SunEdison, Inc. | 6005 | $62,554.58 | 10/24/16 | 10/18/16 |
| 64 | Santiago, Francisco J | SunEdison, Inc. | 6011 | $3,500.00 | 11/2/16 | 9/23/16 |
| 65 | Schneider & Associates | SunEdison, Inc. | 6046 | $373.75 | 12/7/16 | 9/23/16 |
| 66 | Seyfarth Shaw LLP | SunEdison, Inc. | 4212 | $235,119.34 | 9/27/16 | 9/23/16 |
| 67 | Sherwin Williams Company | SunEdison, Inc. | 5959 | $3,413.32 | 10/17/16 | 9/23/16 |
| 68 | Shred-It USA LLC | Sun Edison, LLC | 6347 | $821.79 | 8/24/17 | 9/23/16 |
| 69 | Shred-It USA LLC | SunEdison, Inc. | 6341 | $191.04 | 8/22/17 | 9/23/16 |
| 70 | Shred-It USA LLC | SunEdison, Inc. | 6359 | $7,009.10 | 8/28/17 | 8/5/17 |
| 71 | Simpkins, Molly | SunEdison, Inc. | 5891 | $1,050.00 | 10/4/16 | 9/23/16 |
| 72 | Sixel, Margrit Maria and Friedrich Wilhelm | SunEdison, Inc. | 5914 | $1,000.00 | 10/11/16 | 9/23/16 |
| 73 | Smart Energy Solar, Inc. | SunEdison, Inc. | 6020 | $83,294.02 | 11/9/16 | 9/23/16 |
| 74 | Smirl, Martin Lee | SunEdison, Inc. | 6165 | $100,500.00 | 4/28/17 | 9/23/16 |
| 75 | South Carolina Department of Revenue | SunEdison, Inc. | 6305 | $33.34 | 6/27/17 | 10/18/16 |
| 76 | State of New Jersey Division of Taxation Bankruptcy Section | SunEdison, Inc. | 5969 | $596,631.69 | 10/19/16 | 10/18/16 |
| 77 | State of New Jersey Division of Taxation Bankruptcy Section | SunEdison, Inc. | 5972 | $58,000.00 | 10/19/16 | 10/18/16 |
| 78 | State of New Jersey Division of Taxation Bankruptcy Section | SunEdison, Inc. | 5973 | $1,814.60 | 10/19/16 | 10/18/16 |
| 79 | State of Vermont Department of Taxes, as a governmental unit and solely regarding this claim | SunEdison, Inc. | 6201 | $557.16 | 4/17/17 | 10/18/16 |
| 80 | Sullivan, Michael W | SunEdison, Inc. | 5904 | $4,990.91 | 9/30/16 | 9/23/16 |
| 81 | TAJ Société d'Avocats | SunEdison, Inc. | 5977 | $8,880.94 | 10/21/16 | 9/23/16 |
| 82 | TAJ Société d'Avocats | SunEdison, Inc. | 5983 | $8,880.94 | 10/21/16 | 9/23/16 |
| 83 | Tasin Carlo Srl | SunEdison, Inc. | 4239 | $100,650.00 | 9/29/16 | 9/23/16 |
| 84 | Uptergrove, Jimmy and Janet | SunEdison, Inc. | 5872 | $4,158.77 | 9/30/16 | 9/23/16 |
| 85 | Van Patten, Marc C. | NVT, LLC | 6214 | $512,105.16 | 5/31/17 | 9/23/16 |
| 86 | VAS Security Systems, Inc. | SunEdison, Inc. | 6050 | $1,480.41 | 12/9/16 | 9/23/16 |
| 87 | Wisely, Matt | SunEdison, Inc. | 6119 | $5,533.10 | 3/29/17 | 12/23/16 |
| 88 | Yeary, Vikki | SunEdison, Inc. | 5879 | $0.00 | 9/30/16 | 9/23/16 |