John H. Genovese, Esq.
W. Barry Blum, Esq.
Robert F. Elgidely, Esq. (RE-0512)
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    :        Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :        Case No. 08-13555-JMP
                                                          :
                    Debtors.                              :        Jointly Administered
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, and SING HEUNG (hereinafter collectively, the "Wong Minibond Noteholders") Limited Objection to Debtors' Motion Pursuant To Section 105(A) Of The Bankruptcy Code And General Order M-143 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts has been furnished to all parties identified on the attached Service List by the Court's CM/ECF System and/or by first class mail, on the 31st day of July, 2009.

Dated: Miami, Florida
       July 31, 2009

                                    Respectfully submitted,

                                    GENOVESE, JOBLOVE & BATTISTA, P.A.

                                    By: /s/ Robert F. Elgidely
                                        Robert F. Elgidely, Esq. (RE-0512)

Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
DAVID C. WALTON
PATRICK W. DANIELS
NATHAN W. BEAR

By:/s/ Ray A. Mandlekar
  Ray A. Mandlekar, Esq.
  (*Admitted Pro Hac Vice*)
 655 West Broadway, Suite 1900
 San Diego, California  92101
 Telephone: (619) 231-1058
 Telecopier: (619) 231-7423

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ROBERT M. ROTHMAN
MARK T. MILLKEY
58 South Service Road, Suite 200
Melville, New York  1177
Telephone: (631) 367-7100
Telecopier: (631) 367-1173

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JASON C. DAVIS
100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Telecopier: (415) 288-4534

Attorneys for the Wong Minibond Noteholders