BALCH & BINGHAM LLP
Attorneys for Compass Bank
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
(205) 251-8100
W. Clark Watson (*pro hac vice* pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., | |
| et al., | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------X

**JOINDER OF COMPASS BANK TO THE LIMITED OBJECTION TO
THE DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR
AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE
RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF
DEBTORS UNDER DERIVATIVE CONTRACTS**

Compass Bank, by and through its undersigned counsel, hereby joins in the Objection of Bank of America, N.A., Merrill Lynch & Co., Inc. and their respective affiliates [D.I# 4566] to the Debtors' Motion pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts [D.I.# 4453] (the "ADR Motion"), and asserts as follows:

**OBJECTION AND JOINDER**

1.  Compass Bank and certain of the Debtors were parties to certain derivative contracts.

1051970.1

2.  Compass Bank hereby joins and incorporates by reference the arguments made by Bank of America, N.A., Merrill Lynch & Co., Inc. and their respective affiliates in their Objection [D.I.# 4566] to the ADR Motion [D.I.# 4453].

**WHEREFORE**, Compass Bank respectfully requests that the Court deny the ADR Motion, and grant such other and further relief as is deemed just and proper.

Dated: July 31, 2009

/s/ W. Clark Watson
W. Clark Watson
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Tel:  (205) 251-8100
Fax:  (205) 488-5837
cwatson@balch.com

1051970.1

2