REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust Company, N.A.,
and BNY Corporate Trustee Services Limited, in their
representative capacities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :    (Jointly Administered)
                                              Debtors.     :
                                                           :
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Evan F. Jaffe, being duly sworn, deposes and says:

1.    I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

2.    On July 31, 2009, I served a true and correct copy of the *The Objection of The Bank Of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited to the Debtors' Motion Pursuant To Section 105(a) of the Bankruptcy Code and General Order M-143 For Authorization To Implement Alternative*

*Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts*

to be served upon the entities on the attached Service List in the manner indicated.

By: _____
Evan F. Jaffe

Sworn to me this
31st day of July 2009

_____
Notary Public

ANNE C. SUFFERN
Notary Public, State of New York
No. 5007433
Qualified in Rockland County
Commission Expires January 25, 2011

## BY OVERNIGHT MAIL

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York, 10153

The Office of the United States Trustee
for the Southern District of New York
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York, 10004

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York, 10005
Attn: Dennis F. Dunne Esq.,
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Esq.
L. P. Harrison 3rd, Esq.
101 Park Avenue
New York, New York 10178