## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

     **RACHAEL BESEDA**, being duly sworn, deposes and states:

   I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

On July 31, 2009, I served true and complete copies of the **OBJECTION OF GLENCORE COMMODITIES LTD. TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDERM-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS** upon:

| | |
|---|---|
| Lori R. Fife<br>Robert J. Lemons<br>Sunny Singh<br>WEIL, GOTSHAL, & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andrew D. Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Rifkin<br>Tracy Hope Davis<br>OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>MILBANK, TWEED,<br>HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Lindsee P. Granfield<br>Lisa Schweiger<br>CLEARY GOTLI EBB LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Robinson B. Lacy<br>Hydee R. Feldstein<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 | Christopher K. Kiplok<br>Jeffrey S. Margolin<br>Sarah K. Loomis Cave<br>HUGHES HUBBARD & REED<br>1 Battery Park Plaza<br>New York, NY 10004 |
| Robert K. Dakis<br>James Tecce<br>Susheel Kirpalani<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | |

by placing the above-mentioned document in a postage-paid, sealed **FEDERAL EXPRESS**

**NEXT- BUSINESS DAY PRIORITY DELIVERY** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository before the last time for overnight delivery designated by Federal Express, causing the above-mentioned document to be delivered to the above-named person(s) at the above listed address(es), by overnight next-business-day mail.

                                                            _/s/ Rachael Beseda_
                                                            RACHAEL BESEDA

Sworn to before me this
31ST day of July, 2009

_/s/ Greta Jernstedt_
Notary Public

GRETA JERNSTEDT
Notary Public, State of New York
No. 31-4979612
Qualified in New York County
Commission Expires April 1, 2011

_00027635.doc_