Hearing Date and Time: August 5, 2009 at 10:00 a.m.
Objection Date and Time: July 31, 2009 at 4:00 p.m.

**Steve Jakubowski (Admitted *Pro Hac Vice*)**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone: (312) 606-8641**
**Facsimile: (312) 444-1028**
**sjakubowski@colemanlawfirm.com**

**Attorneys for Robert A. Schoellhorn Trust**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*:    08-13555 (JMP)
:
Debtors.                          :    (Jointly Administered)
:
---------------------------------------------------------------x

**CERTFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of July, 2009, a true and correct copy of the JOINDER OF ROBERT A. SCHOELLHORN TRUST IN OBJECTION OF RELIANT ENERGY POWER SUPPLY TO THE DEBTORS' MOTION FOR AUTHORIZATION TO IMPLEMENT ADR PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS was served (A) electronically via email to the email addresses identified below, (B) electronically through the Court's CM/ECF system to the persons set forth below, and (C) by Federal Express to the persons so indicated by depositing the same with Federal Express at 77 W. Wacker Dr., Chicago, IL 60601 for delivery to said persons on August 3, 2009:

/s/ Steve Jakubowski

## SERVICE LIST

Chambers of the Honorable James M. Peck
One Bowling Green
New York, NY 10004
(Via Federal Express)

Office of the U.S. Trustee
Southern District of New York
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004
(Via Federal Express)

Weil Gotshal & Manges LLP
Attn: Lori R. Fife, Robert J. Lemons, and Sunny Singh
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com
robert.lemons@weil.com
sunny.singh@weil.com
(Via Email and Federal Express)

Milbank Tweed Hadley & McCloy LLP
Attn: Dennis Dunne, Dennis O'Donnell, and Evan Fleck
One Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
(Via Email Only)

Cleary Gottliebb LLP
Attn: Lindsee Granfield, Lisa Schweiger
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
lschweitzer@cgsh.com
(Via Email Only)

Sullivan & Cromwell LLP
Attn: Robinson Lacy, Hydee Feldstein
125 Broad Street
New York, NY 10004
lacyr@sullcrom.com
feldsteinh@sullcrom.com
(Via Email Only)

Hughes Hubbard & Reed
Attn: Christopher Kiplok, Jeffrey Margolin, Sarah Loomis Cave
One Battery Park Plaza
New York, NY 10004
kiplok@hugheshubbard.com
margolin@hugheshubbard.com
cave@hugheshubbard.com
(Via Email and Federal Express)

Quinn Emanuel et al.
Attn: Robert Dakis
51 Madison Avenue, 22nd Floor
New York, NY 10010
robertdakis@quinnemanuel.com
(Via Email Only)