David W. Dykhouse  
Brian P. Guiney  
**PATTERSON BELKNAP WEBB & TYLER LLP**  
1133 Avenue of the Americas  
New York, New York 10036-6710  
Telephone: (212) 336-2000  
Fax: (212) 336-2222  

Hearing Date: August 5, 2009 at 10:00 a.m.  
Objection Deadline: July 31, 2009 at 4:00 p.m.  

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

------------------------------------------x  
In re:  

LEHMAN BROTHERS HOLDINGS INC., *et al.*  

          Debtors.  

------------------------------------------x  

Chapter 11  

Case No. 08-13555 (JMP)  

Jointly Administered  

### JOINDER OF ASBURY ATLANTIC, INC. AND ASBURY-SOLOMONS, INC. IN CERTAIN OBJECTIONS TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS

On July 31, 2009, Asbury Atlantic, Inc. and Asbury-Solomons, Inc. (together, "Asbury"), by their undersigned counsel, filed a limited objection ("Objection"; Doc. No. 4540) to the motion of the debtors and debtors-in-possession herein ("Debtors") dated July 20, 2009, pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for authorization to implement alternative dispute resolution procedures for affirmative claims of Debtors under derivative contracts ("Motion").

**PLEASE TAKE NOTICE** that, in addition to the Objection, Asbury hereby joins in the: (i) Objection of The Royal Bank of Scotland plc and Affiliates to the Motion (Doc. No.

3445646v.2

4544), (ii) Objection of Consolidated Container Company LLC to the Motion (Doc. No. 4558), and (iii) Omnibus Objection of Derivative Counterparties to the Motion (Doc. No. 4571) (collectively, "Joined Objections").  Asbury respectfully submits that the Motion should be either denied or granted only on terms consistent with the Objection and the Joined Objections.

Dated:  New York, New York
July 31, 2009

               Respectfully submitted,

               **PATTERSON BELKNAP WEBB & TYLER** LLP
               Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

               By: **s/David W. Dykhouse**
                  David W. Dykhouse
               1133 Avenue of the Americas
               New York, New York 10036-6710
               Telephone:  (212) 336-2000
               Fax:  (212) 336-2222