SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick
Michael H. Torkin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
: 
In re: : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On July 31, 2009, I caused to be served via first class mail, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.**"

/s/Alexa J. Loo
Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 31st day of July, 2009.

/s/ Jennifer C. Lin

Jennifer C. Lin
Notary Public, State of New York
No 01LI6174236
Qualified in Queens County
Commission Expires September 17, 2011

**Exhibit A**

          Pg 4 of 4

**By First Class Mail**

Weil Gotshal & Manges LLP
Attn:   Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004