**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |

-------------------------------------------------------------------x

<u>**NOTICE OF CHANGE OF FIRM NAME**</u>

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the law practices of Bingham McCutchen LLP and McKee

Nelson LLP have combined effective August 1, 2009, under the name Bingham McCutchen

LLP.  Please make the appropriate changes to your service list to reflect the following new

information:

> Rajiv Madan, Esq.
> Angie Owen
> Bingham McCutchen LLP
> 1919 M Street, NW
> Suite 200
> Washington, DC  20036-3545
> Telephone: +1.202.775.1880
> Facsimile: +1.202.775.8586

All pleadings, papers, notices and other documents filed or served in this matter from August 1,

2009 forward should be sent to the above address.

Dated: August 1, 2009
       Washington, D.C.


> BINGHAM McCUTCHEN LLP
>
> By:  */s/ Rajiv Madan*
>      Rajiv Madan, Esq.
>      Bingham McCutchen LLP
>      1919 M Street, NW
>      Suite 200
>      Washington, DC  20036-3545
>      Telephone: +1.202.775.1880
>      Facsimile: +1.202.775.8586
>
> Special Counsel for the Debtors
> and Debtors in Possession