# SCHEDULE 1

## 50 Largest Bond Holders

1.      Advanced Series Trust
2.      AETNA Life Insurance Company
3.      AIG Annuity Insurance Company
4.      ALFA Mutual Fire Insurance Company
5.      Allianz Life Insurance Company of North America
6.      Alpha Mutual Fund Management
7.      American Family Life Assurance Company
8.      American Life Insurance Company
9.      AXA Equitable Life Insurance Company
10.     Barclays Global Fund Advisors
11.     BBVA Gestion SA SGIIC (Spain)
12.     Blackrock Advisors
13.     Capital Research and Management
14.     Continental Casualty Company
15.     Federated Investors
16.     Fidelity Management and Research
17.     Franklin Advisors Inc.
18.     Franklin Templeton Investments
19.     Guardian Life Insurance Company
20.     Hartford Life Insurance Company
21.     ING Investment LLC
22.     Jackson National Life Insurance
23.     John Hancock Investment Management Services
24.     John Hancock Life Insurance Company
25.     Liberty National Life Insurance Company
26.     Loomis Sayles & Company L.P.
27.     Medical Liability Mutual Insurance Company
28.     Metlife Insurance Company of Connecticut
29.     Metropolitan Life Insurance Company
30.     Metropolitan West Capital Management
31.     NATIXIS  Asset Management Advisors
32.     Northwest Mutual Life Insurance Company
33.     Phillips Hager & North Investment Management
34.     PIMCO Advisors LP
35.     PIMCO Funds Global Investors
36.     Principal Life Insurance Company
37.     Prudential Financial Inc.
38.     Prudential Insurance Company of America
39.     Riversource Life Insurance Company
40.     Sun Life Assure Co. of Canada
41.     T. Rowe Price Associates
42.     Teachers Insurance and Annuity Association
43.     Thrivent Financial for Lutherans
44.     Transamerica Life Insurance Company
45.     UBS Investment KAG
46.     United States – Indices

47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Cadwalader, Wickersham, and Taft
22.    Canary Wharf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst &Young Private Limited
40.    Fidessa Plc.
41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data
43.    Haworth Singapore PTE Ltd.

| | |
|---|---|
| 44. | Henegan Construction Co., Inc. |
| 45. | Hewlett-Packard AP (HONG KONG) LIMITED |
| 46. | HSBC Bank |
| 47. | Hua Nan Commercial Bank, Ltd |
| 48. | IBM Corporation |
| 49. | ICAP Securities Limited |
| 50. | Information Builders Inc. |
| 51. | JQ Network PTD Limited |
| 52. | KBC Bank |
| 53. | Kim & Chang |
| 54. | Kingston Communications PLC |
| 55. | Linklaters, S.L. |
| 56. | Lloyds Bank, PLC |
| 57. | London & European Title Insurance Services Ltd. |
| 58. | London Borough of Tower Hamlets Rates |
| 59. | Mace Limited |
| 60. | McKee Nelson LLP |
| 61. | Microsoft Licensing, GP |
| 62. | Millennium Developers PVT LTD |
| 63. | Mizuho Corporate Bank Ltd. |
| 64. | Morse Group Limited |
| 65. | Morse Service Holdings Limited |
| 66. | National Bank of Australia |
| 67. | National Commerce Bank |
| 68. | Network Appliance, Inc. |
| 69. | Nippon Life Insurance Co. |
| 70. | NYSE Market, Inc. |
| 71. | Origin HR Consulting Limited |
| 72. | Paul Weiss |
| 73. | Pricoa Relocation UK Limited |
| 74. | Reuters America Inc. |
| 75. | Reuters Limited |
| 76. | Shinkin Central Bank |
| 77. | Shinsei Bank Ltd. |
| 78. | Sidley Austin Brown & Wood |
| 79. | Standard & Poor's |
| 80. | Standard Chartered Bank |
| 81. | Sumitomo Mitsui Banking Corp |
| 82. | Sungard Securities Finance Inc. |
| 83. | Svenska Handelsbanken |
| 84. | Swapswire Limited |
| 85. | Taipei Fubon Bank, New York Agency |
| 86. | Tata Consultancy Services |
| 87. | The Bank of New York |
| 88. | The Bank of Nova Scotia |
| 89. | The British Land Company PLC |
| 90. | Thompson Financial |
| 91. | TIBCO Software, Inc. |
| 92. | UFJ Bank Limited |

93.    Vertex Mortgage Services
94.    Virtix
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C.
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crescent TC Investors LP

- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP

- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street
7. Swedbank

## Government and State Regulatory Agencies

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)

- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the Commencement Date, to the extent known at the Commencement Date.

1.    The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
- Allstate Insurance Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.    Informal LBHI Bondholder Group
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than 5%).

| | |
|---|---|
| • AXA and related parties | 7.25% |
| • Clearbridge Advisors, LLC and related parties | 6.33% |
| • FMR LLC and related parties | 5.87% |

## Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman

- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

<u>Officers</u>
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A. Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T. Lowitt
- Jack McCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli

- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

## Underwriting Investment Bankers for Debtor's Securities - all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1.    737 Portfolio Services LLC
2.    737 Portfolio Trust
3.    Area Assignor Corp. (dissolved)

4.    Area Depository Corporation (dissolved)
5.    Area GP Corporation
6.    Aristos LLC
7.    ASB L.L.C.
8.    Ballybunion Investments No. 2 Ltd.
9.    Ballybunion Investments No. 3 Ltd.
10.    Ballybunion Investments No. Ltd.
11.    Banque Lehman Brothers S.A.
12.    Bixen Limited
13.    BK I Realty Inc. (dissolved)
14.    BK II Properties Inc.
15.    BK III Properties Inc.
16.    Blue Jay Realty Corporation
17.    BNC Holdings Inc.
18.    Bromley LLC
19.    Brookson Corp.
20.    Brookwood Energy & Properties Inc.
21.    Canope Credit Corp.
22.    Capital Analytics II, LP
23.    Central Funding (Concord) Corporation (dissolved)
24.    Clarks Summit I, LLC
25.    Clarks Summit II, LLC
26.    CP1 Real Estate Services Inc.
27.    CP4 Real Estate Services Inc. (dissolved)
28.    Dimont Corporation
29.    DL Mortgage Corp.
30.    DRA Management, Inc. (dissolved)
31.    Eagle Energy Management, LLC
32.    Eagle Energy Partners I, L.P.
33.    East Dover Limited
34.    Edibrook Corp.
35.    EHP/GP Inc. (dissolved)
36.    Eldon Street Holdings Limited
37.    ELQ Holdings B.V.
38.    ELQ Hypothekan N.V.
39.    Equipment Management Inc.
40.    Equity Strategies Loans LLC
41.    Equity Strategy Loans LLC
42.    e-Valuate, LP
43.    Executive Monetary Management, Inc.
44.    Falcon Holdings I LLC
45.    First Ward Properties Inc.
46.    Flight Sim I LLC
47.    Flight Sim II LLC
48.    Flight Sim III LLC
49.    Flight Sim IV LLC
50.    Flight Sim V Inc.
51.    FRAH Special Services Inc.
52.    Fundo De Investimento Multimercado Credito Privado Navigator Investmento

53.     Furno & Del Castano CapitalPartners LLP
54.     GA Dekalb Inc.
55.     GKI Korea Development Limited
56.     Global Principal Strategies Loans Inc.
57.     GmbH
58.     GRA Finance Corporation Ltd.
59.     GRA Finance Corporation Ltd.
60.     Growth Partners Inc. (dissolved)
61.     Hills Funding One, Ltd.
62.     Hydrocarbon Capital II LLC
63.     IL Lombard Inc. (dissolved)
64.     Ivanhoe Lan Pty Limited
65.     Jet Aircraft Leasing Inc. (dissolved)
66.     Jet Partners, LLC
67.     JFM Aviation Once LLC
68.     KM-I Real Estate Company VII (sold)
69.     Laminar Holdings LLC
70.     LB 3 GmbH
71.     LB Alberta Holdings Inc.
72.     LB Beta Finance Cayman Limited
73.     LB GPS Lightfoot L.L.C.
74.     LB Holdings Intermediate 1 Ltd
75.     LB Holdings Intermediate 2 Ltd
76.     LB I Group Inc
77.     LB India Holdings Cayman I Limited
78.     LB India Holdings Cayman II Limited
79.     LB India Holdings Mauritius I Limited
80.     LB India Holdings Mauritius II Limited
81.     LB India Holdings Mauritius III Limited
82.     LB Investment Corp. Inc.
83.     LB Investment Holding Company Limited (dissolved)
84.     LB Investments (UK) Limited
85.     LB Leasing Inc.
86.     LB Lomond Investments Limited
87.     LB Maritim Investor
88.     LB Memphis Brownestone LLC
89.     LB Military Housing LLC
90.     LB Note Corp.
91.     LB Ohana, LLC
92.     LB Skypower Inc.
93.     LB Trade Corp.
94.     LB UK Financing Limited
95.     LB UK RE Holdings Ltd.
96.     LBCCA Holdings I LLC
97.     LBCCA Holdings II LLC
98.     LB-NL Holdings (Cayman) Limited
99.     LB-NL Holdings I Inc.
100.    LB-NL Holdings L.P.
101.    LB-NL U.S. Investor Inc.

102.    LBO Investments Limited
103.    LBQ Funding (UK)
104.    LBQ Hong Kong Funding Ltd
105.    LBQ Hong Kong Services Limited
106.    LCP LTU LLC
107.    LCPI Properties Inc.
108.    LCPI Properties Inv.
109.    Leesburg ACG LLC
110.    Lehman ABS Corporation
111.    Lehman Aircraft Securitization Holdings LLC
112.    Lehman Asset Backed Caps Inc.
113.    Lehman Brother Venture Capital 2003 Partnership
114.    Lehman Brothers (Israel) Inc.
115.    Lehman Brothers (PTG) Limited
116.    Lehman Brothers (Spain) S.A.
117.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.    Lehman Brothers 1999 Vernture GP Partnership L.P.
119.    Lehman Brothers AIM Holding II LLC
120.    Lehman Brothers Alternative Investment Management LLC
121.    Lehman Brothers Argentina S.A.
122.    Lehman Brothers Asset Management (Europe) Ltd
123.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.    Lehman Brothers Asset Management France
125.    Lehman Brothers Asset Securitization LLC
126.    Lehman Brothers Capital GmbH, Co
127.    Lehman Brothers Capital Partners I, L.P.
128.    Lehman Brothers Capital Partners II, L.P.
129.    Lehman Brothers Capital Partners IV, L.P.
130.    Lehman Brothers CDO 2003 L.P.
131.    Lehman Brothers CDO Associates (Cayman), Ltd.
132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.
147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.

151. Lehman Brothers European Venture Capital L.P.
152. Lehman Brothers Finance (Japan) Inc.
153. Lehman Brothers Financial Products Inc.
154. Lehman Brothers Fund of Funds Associates L.P.
155. Lehman Brothers Fund of Funds L.P.
156. Lehman Brothers Global Asset Management K.K. (liquidated)
157. Lehman Brothers Healthcare Venture Capital Associates L.P.
158. Lehman Brothers Healthcare Venture Capital L.P.
159. Lehman Brothers Holdings, Inc.
160. Lehman Brothers Holdings International Inc.
161. Lehman Brothers Holdings Japan Inc.
162. Lehman Brothers Holdings Plc
163. Lehman Brothers Holdings Scottish LP
164. Lehman Brothers Inc.
165. Lehman Brothers Insurance Agency L.L.C.
166. Lehman Brothers International (Europe)
167. Lehman Brothers International Services, Inc.
168. Lehman Brothers Investment Holding Company Inc.
169. Lehman Brothers Investment Management Asia Limited
170. Lehman Brothers Investments PTE Ltd.
171. Lehman Brothers Japan Inc
172. Lehman Brothers LBO Inc.
173. Lehman Brothers Limited
174. Lehman Brothers Luxembourg Investments Sari
175. Lehman Brothers MBG Associates III L.L.C.
176. Lehman Brothers MBG Associates L.P.
177. Lehman Brothers MBG Capital Partners 1998 (C) LP
178. Lehman Brothers MBG Finders 1999 (A) L.P.
179. Lehman Brothers MBG Finders 1999 (B) L.P.
180. Lehman Brothers MBG Finders 2000 (B) L.P.
181. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183. Lehman Brothers MBG Partners 1998 (A) L.P.
184. Lehman Brothers MBG Partners 1998 (B) L.P.
185. Lehman Brothers MBG Partners 1998 (C) L.P.
186. Lehman Brothers MBG Partners 1999 (A) L.P.
187. Lehman Brothers MBG Partners 1999 (B) L.P.
188. Lehman Brothers MBG Partners 1999 (C) L.P.
189. Lehman Brothers MBG Partners L.P.
190. Lehman Brothers MBG Venture Capital Partners 1997
191. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194. Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195. Lehman Brothers MLP Associates, L.P.
196. Lehman Brothers MLP Partners, L.P.
197. Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198. Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199. Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.

200.    Lehman Brothers Offshore Investment Partnership L.P.
201.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.    Lehman Brothers Offshore long/short fund, ltd
203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C.
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC
218.    Lehman Brothers Secondary Fund of Funds Associates L.P.
219.    Lehman Brothers Secondary Fund of Funds L.P.
220.    Lehman Brothers Securities Taiwan Limited
221.    Lehman Brothers Services India Private Limited
222.    Lehman Brothers Singapore PTE Ltd.
223.    Lehman Brothers South Asia Limited (Inactive)
224.    Lehman Brothers South East Asia Investments PTE Limited
225.    Lehman Brothers Spain Holdings Limited
226.    Lehman Brothers Special Financing Inc.
227.    Lehman Brothers Sudamerica S.A.
228.    Lehman Brothers U.K. Holdings (Delaware) Inc.
229.    Lehman Brothers Uruguay S.A.
230.    Lehman Brothers VC Partners L.P.
231.    Lehman Brothers Venture Associates Inc.
232.    Lehman Brothers Venture Bankers' Partnership L.P.
233.    Lehman Brothers Venture Capital Partners I, L.P.
234.    Lehman Brothers Venture GP Partnership L.P.
235.    Lehman Brothers Venture Partners L.P.
236.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.    Lehman CMO Inc.
238.    Lehman Commercial Paper Inc.
239.    Lehman Crossroads Corporate Investors II, LP
240.    Lehman Insurance Company
241.    Lehman Loan Funding I LLC
242.    Lehman Mortgage Company of Canada (surrendered)
243.    Lehman Mortgage Holdings Canada I Inc. (inactive)
244.    Lehman Mortgage Holdings Canada II Inc. (inactive)
245.    Lehman Municipal ABS Corp. Lehman OPC LLC
246.    Lehman Pass-Through Securities Inc.
247.    Lehman Queens Center Inc. (inactive)
248.    Lehman Queens Limited Inc. (inactive)

249.  Lehman Re Ltd.
250.  Lehman Realty & Development Corp.
251.  Lehman Receivables Corp. (dissolved)
252.  Lehman Risk Advisors Inc.
253.  Lehman Risk Management, Inc. (dissolved)
254.  Lehman Structured Assets Inc.
255.  Lehman Structured Securities Corp.
256.  Lehman Syndicated Loan Inc.
257.  Lehman VIP Holdings Inc.
258.  Lehman VIP Investment LDC
259.  Liberty Corner Inc. (sold)
260.  Liberty GP II Inc. (sold)
261.  Libro Companhia Securitizadora de Creditos
262.  LIBRO Holdings I Inc.
263.  Long Point Funding Pty Ltd.
264.  Louise Y.K.
265.  LPTG Inc.
266.  LPTG Intermediate LLC
267.  LPTG LLC
268.  LW-LP Inc.
269.  LW-LP Properties Inc.
270.  M&L Debt Investments Holdings Pty Limited
271.  M&L Debt Investments Pty Limited
272.  Mast Depositor Corp
273.  MBAM Investor Limited
274.  MBR/GP Corp.
275.  Merit, LLC
276.  Metro Realty Corporation (dissolved)
277.  MMP Funding Corp.
278.  Morganberry Corporation
279.  Nai Ham Hotel 1 Company Limited
280.  Neuberger & Berman Agency, Inc.
281.  Neuberger Berman Asset Management, LLC
282.  Neuberger Berman Inc.
283.  Neuberger Berman Investment Services, LLC
284.  Neuberger Berman Pty Ltd.
285.  Neuberger Berman, LLC
286.  Newark Properties One Inc.
287.  Nexity Investment Partnership L.P.
288.  NL Funding, L.P.
289.  NL GP Inc.
290.  Northstar Equipment Leasing Income Inc. (dissolved)
291.  NPC Inc. (dissolved)
292.  O.M.B. Limited Partner Ltd.
293.  OCI Holdings Limited
294.  OSD Corp.
295.  PAC Aircraft Management Inc.
296.  Pentaring, Inc.
297.  Phuket Hotel 1 Holdings Company Limited.

| | |
|---|---|
| 298. | Pike International Y.K. Pindar Pty Ltd. |
| 299. | Preferred Group Limited |
| 300. | Preferred Holdings Limited |
| 301. | Preferred Mortgages Limited |
| 302. | Principal Transactions Inc. |
| 303. | QP80 Real Estate Services Inc. |
| 304. | Quality Pork Partners, Inc. |
| 305. | Real Estate Investors Inc. (dissolved) |
| 306. | Real Estate Private Equity Inc. |
| 307. | Real Estate Services I Inc. (dissolved) |
| 308. | Real Estate Services VII Inc. (dissolved) |
| 309. | Reliance Energy E&P, LLC |
| 310. | REPE LBREP III LLC |
| 311. | Revival Holdings Limited |
| 312. | RIBCO LLC |
| 313. | RIBCO SPC, Inc. |
| 314. | Rock Hill Real Estate, Inc. |
| 315. | Sage Partners, LLC |
| 316. | SAIL Investor Pte Ltd. |
| 317. | Sambar Properties Inc. |
| 318. | SASCO ARC Corporation |
| 319. | Scranzay, Inc. |
| 320. | Security Assurance Advisers, LP |
| 321. | Select Asset Inc. |
| 322. | Senior Income Fund Inc. (dissolved) |
| 323. | Serafino Investments Pty Limited |
| 324. | Shearson Lehman Brothers Capital Partners II, L.P. |
| 325. | Shearson Lehman Hutton Capital Partners II |
| 326. | Skratook LLC |
| 327. | Small Business Assets I LLC |
| 328. | Southern Pacific Funding 5 Ltd |
| 329. | Stamford Investment Realty Inc. |
| 330. | STRATUS I Inc. |
| 331. | Structured Asset Securities Corporation II |
| 332. | Structured Asset Securities Corporation |
| 333. | Structured Options Inc. |
| 334. | STUIE CORP. |
| 335. | Sunrise Finance Co., Ltd. |
| 336. | TAL Europe, LLC |
| 337. | Tallus |
| 338. | Thayer Group Limited |
| 339. | Thayer Properties (Jersey) Ltd. |
| 340. | Thayer Properties Limited |
| 341. | Townsend Analytics Japan Ltd. |
| 342. | Townsend Analytics, Ltd. |
| 343. | TX Tower Inc. (sold) |
| 344. | West Dover, LLC |
| 345. | Wharf Reinsurance Inc. |
| 346. | Woori-LB First Asset Securitization Specialty Co., Ltd. |

347.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.    Y.K Tower Funding
349.    Y.K. Park Funding

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director - MGM Mirage
- President's Council on International Activities - Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center

- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America LLC
- Andrews & Kurth LLP
- Appleby Global
- Baker & McKenzie LLP
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- Cederquist
- Chiomenti Studio Legale

- Click & Null, P.C.
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- DLA Piper
- Dorsey & Whitney LLP
- Duff and Phelps
- Einstein Malanchuk LLP
- Ernst & Young
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting, Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunton & Williams LLP
- Jeffer, Mangels, Butler & Marmaro
- Jenner and Block LLP
- Jones Day
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.

- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Maples and Calder (Cayman Office)
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richards, Layton & Finger, P.A.
- Schulte, Roth & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey LLP
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Thacher Proffitt & Wood LLP
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados

- Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis
- White & Case
- Willkie Farr & Gallagher LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et al. v. Banc of America Securities LLC, et. al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn

- Massachusetts Water Resources Authority
- Miron Berenshteyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et al. v. Morgan Stanely & Co. Inc., et al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al. v. Lehman Brothers Holdings Inc. et al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1. 1221 Avenue of the Americas
2. 125 Broad Street
3. 1301 Properties Owner LP
4. 2027 Collections Center Drive
5. 4 Connections LLC
6. 425 Lexington Ave.
7. 515 South Flower Street
8. 55 Broadway
9. 767 Fifth Avenue
10. 77 West Wacker
11. A V Services Inc.
12. AC Nielsen Company
13. Acronis, Inc.
14. AFD Contract Furniture Inc.
15. Agilysys NJ, Inc.
16. Allen & Overy
17. Alpha Office Supplies Inc.
18. Anjarlekar & Associates
19. ANZ Banking Group Limited
20. Aperture Technologies
21. Ashurst Morris Crisp
22. Australia and New Zealand Banking Group Limited
23. Automated Securities Clearance Ltd.
24. Ayco Services Agency Inc.
25. Banctec Ltd.
26. Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency

27.     Bank One Plaza
28.     Bats Trading, Inc.
29.     Bloomberg Finance LP
30.     Bloomberg L.P.
31.     Broadridge Securities Processing
32.     BT Americas, Inc.
33.     Cadwalader, Wickersham & Taft
34.     Canary Wharf Management Limited
35.     CB Richard Ellis Client Account RE Gloa
36.     CDW Direct LLC
37.     Centrale Attivita Finanziarie SPA
38.     CHD Meridian Healthcare
39.     Clayton Fixed Income Services, Inc.
40.     Clifford Chance
41.     Compliance Data Center Inc.
42.     Compucenter (UK) Ltd.
43.     Computer Associates International Inc.
44.     Computer Financial Consultants, Inc.
45.     Cushman & Wakefield Inc.
46.     Cyveillance
47.     Davis Polk and Wardwell
48.     DBRS Inc.
49.     Dell Marketing L.P.
50.     Deutsche Borsche AG
51.     DGWB, Inc.
52.     Dimension Data
53.     Diversified Global Graphics Group DG3
54.     DnB NOR Bank ASA
55.     Drowst Trading, LLC
56.     Elyo Services Limited
57.     Emil Werr
58.     Enterprise Solution Providers Inc.
59.     Ernst & Young LLP
60.     Ernst & Young Private Limited
61.     EXLservice Holdings Inc.
62.     Fidessa Plc.
63.     First Commercial Bank Co., Ltd, New York Agency
64.     FTInteractive Data
65.     Gartner Group Inc.
66.     Gotham Technology Group
67.     Greenline Financial Technologies Inc.
68.     Hanover Moving & Storage Co. Inc.
69.     Hatfield Philips International Limited
70.     Haworth Singapore PTE Ltd.
71.     Headstrong Services, LLC
72.     Henegan Construction Co., Inc.
73.     Hewlett Packard AP (Hong Kong) Limited
74.     Hewlett Packard Company
75.     HSBC Bank

76.    IBM Corporation
77.    ICAP Securities Limited 1078.
78.    Information Builders Inc.
79.    Intuition Publishing
80.    Ikon Office Solutions Inc.
81.    ILOG Inc.
82.    Inconit Corporation
83.    Information Builders Inc.
84.    Infusion Development Corp.
85.    Integreon Managed Solutions
86.    Interactive Data Corp.
87.    Intuition Publishing Inc.
88.    IPC Information Systems Inc.
89.    Iron Mountain Digital Archives
90.    Iron Mountain Records Management
91.    JQ Network PTD Limited 1082
92.    Kepner Tregoe Inc.
93.    Key Systems
94.    Kim & Chang
95.    Kingston Communications PLC
96.    KPMG, LLP
97.    Lancaster Office Cleaning Co.
98.    LexisNexis
99.    Linklaters, S.L.
100.    Liquid Engines, Inc.
101.    Logical Information Machines
102.    London & European Title Insurance Services Ltd.
103.    London Borough of Tower Hamlets Rates
104.    London Eastern Railway Limited
105.    Mace Limited
106.    McKee Nelson LLP
107.    Mellon Analytical Solutions
108.    Meridian IT, Inc.
109.    Meridian It, Inc.
110.    Michael Stapleton Associates
111.    Microsoft Corporation
112.    Microsoft Licensing, GP
113.    Millennium Developers PVT Ltd.
114.    Morse Group Limited
115.    Morse Service Holdings Limited
116.    National Bank of Australia
117.    National Commerce Bank
118.    Net One Systems
119.    Network Appliance Inc.
120.    Nishimura & Partners
121.    Northrop Grunman
122.    NYSE Market, Inc.
123.    Origin HR Consulting Limited
124.    Paul Weiss

125. Polaris Software Lab (India), Ltd.
126. Pricoa Relocation UK Limited
127. Quest Software Inc.
128. Rainmaker Group LLC
129. Restaurant Associates
130. Reuters America
131. Reuters Ltd.
132. Rittal Corporation
133. Rockefeller Center North, Inc.
134. Rolfe & Nolan Systems Inc.
135. RR Donnelley Receivables Inc.
136. SAS Institute Inc
137. Sharon Land Company, LLC
138. SOS Security Inc.
139. Standard & Poor's
140. Standard and Poor's Corp.
141. Standard Chartered Bank
142. Standard Register
143. Storage Technology Corp
144. Structure Group
145. Sungard Securities Finance Ltd.
146. Swapswire Limited
147. Swets Information Services Inc.
148. Tac Americas, Inc.
149. Taipei Fubon Bank, New York Agency
150. Tata Consultancy Services
151. The Bank of New York
152. The British Land Company PLC
153. Thomson Financial
154. TIBCO Software, Inc.
155. Transaction Network Services
156. Trilogy Leasing Co. LLC
157. Trimont Real Estate Advisors Inc.
158. Triple Point Technology, Inc.
159. Verrazano Consulting Solutions, LLC
160. Vertex Mortgage Services
161. Video Corporation Of America
162. Virtix
163. Wipro Technologies
164. Wombat Financial Software, Inc.
165. ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.

- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank Ltd.
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1. Advanced Graphic Printing, Inc.
2. Advanced Micro Devices, Inc.
3. AIG CDS, Inc.
4. Aircraft Finance Trust
5. Allison Transmission
6. AMBAC Credit Products, LLC
7. A.M. McGregor Home
8. American Investor Life Insurance Company
9. Aviva Life Insurance Company
10. Aviva Life & Annuity Company
11. Banca Italease S.p.A.
12. Banco Espirito Santo Investimento
13. Banco Espirito Santo
14. Bayview Financial, L.P.
15. Bayview Opportunity Master Fund, L.P.

16.     Bremer Financial Corporation
17.     BRM Group, Ltd.
18.     Canadian National Resources Limited
19.     Capital Automotive L.P.
20.     Cheung Kong Bond Finance Limited
21.     Chevron U.S.A. Inc.
22.     City of Milwaukee, Wisconsin
23.     Colorado Housing Finance Authority
24.     Consolidated Container Company LLC
25.     Convexity Capital Master Fund L.P.
26.     Deer Park Road Corporation
27.     Delaware River Port Authority
28.     Deutsche Bank National Trust Company
29.     Deutsche Bank Trust Company Americas
30.     Dexia Bank Internationale a Luxembourg SA
31.     Dexia Banque Belgique SA
32.     Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33.     Direct Energy Business, LLC
34.     Dollar General Corporation
35.     E-Capital Profits Limited
36.     Embarcadero Aircraft Securitization Trust
37.     Emigrant Bank
38.     Energy America LLC
39.     Enterprise Products Operating, LLC
40.     EPCO Holdings, Inc.
41.     Federal Home Loan Bank of Dallas
42.     FirstBank of Puerto Rico
43.     Florida Power & Light Company
44.     FPL Energy Power Marketing, Inc.
45.     FSA Credit Protection Trust 283
46.     Gaston Christian School, Inc.
47.     Government of Singapore Investment Corp.
48.     H21 Absolute Return Concepts SPC  ARC-B07-20
49.     H21 Absolute Return Portfolios SPC Class A
50.     HarbourView CDO III, Limited
51.     HFF I, LLC
52.     Houghton Mifflin Harcourt Publishing Company
53.     Iconix Brand Group, Inc.
54.     Idaho Housing and Finance Association
55.     Indianapolis Life Insurance Company (Inc)
56.     ING Life Insurance & Annuity Company
57.     ING USA Annuity & Life Insurance Company
58.     Intel Corporation
59.     Iowa Telecommunications Services Inc
60.     Irish Life & Permanent PLC
61.     Italease Finance S.p.A.
62.     JA Solar Holdings Co., LTD.
63.     Lexington Insurance Company
64.     Life Investors Insurance Company of America

65.    Lincore Limited
66.    Linn Energy, LLC
67.    MEG Energy Corp.
68.    Metavante Corporation
69.    Ministry of Finance Italy
70.    Monumental Life Insurance Company (INC)
71.    Natixis Environment & Infrastructures
72.    Nebraska Investment Finance Authority
73.    New Generation Funding Trust 15
74.    New Generation Funding Trust 16
75.    New Jersey Housing and Mortgage Finance Agency
76.    New York Life & Annuity Insurance Corporation
77.    New York Life INS & Annuity Corp Private Placi
78.    New York Life Insurance Company Inc
79.    Northcrest, Inc.
80.    Occidental Power Services, Inc.
81.    Official Committee of Unsecured Creditors
82.    OHP Opportunity Limited Partnership
83.    One Madison Investments (CAYCO) Limited
84.    Pacific Life & Annuity Co
85.    Pacific Lifecorp
86.    Pacific Life Insurance Company
87.    Pinnacle Foods Finance LLC
88.    Portfolio Green German CMBS GMBH
89.    Principal Financial Services Inc.
90.    Putnam (183 ISDA's)
91.    Reliastar Life Insurance Company
92.    Reliastar Life Insurance Company of New York
93.    Reynolds American Defined Benefit Master Trust
94.    Riversource Life Insurance Company of New York
95.    Russell Implementation Services Inc.
96.    Russell Investment Group
97.    Security Life of Denver Insurance Company
98.    Security Life of Denver Insurance Company Inc
99.    Simpson Meadows
100.    Southern California Edison Company
101.    Standard Credit Group LLC
102.    Sunamerica Life Insurance Company
103.    TFS (Germany)
104.    TFS (TX)
105.    TFS Derivatives Corporation
106.    TFS Derivatives Total
107.    TFS Derivatives Total
108.    TFS Oil
109.    TFS Oil Floor
110.    TFS PWR NG
111.    TFS Sing
112.    TFS UK
113.    TFS UK Cleared

| | |
|---|---|
| 114. | TFS-ICAP |
| 115. | Tobacco Settlement Financing Corporation |
| 116. | Tradition (North America) Inc. |
| 117. | Tradition Asiel Securities Inc. |
| 118. | Tradition Services S.A. DE C.V. Mex |
| 119. | Transamerica Financial Life Insurance Co |
| 120. | Transamerica Occidental Life Insurance Co |
| 121. | Tullett Prebon Holdings Corporation |
| 122. | University of Pittsburgh |
| 123. | Verde CDO Ltd. |
| 124. | Verde CDO, LLC |
| 125. | Veyance Technologies, Inc. |
| 126. | Wellmont Health System |
| 127. | West Corporation |
| 128. | Zeeland Aluminium Company AG |

## Principal Investments

| | |
|---|---|
| 1. | Castex Energy 2007, L.P. |
| 2. | Castex Energy, Inc. |
| 3. | Crimson Exploration Inc. |
| 4. | David Arrington Oil & Gas Barnett Shale IV, LLC |
| 5. | David Arrington Oil & Gas, Inc. |
| 6. | Delta Prefco Limited |
| 7. | Delta Topco Limited |
| 8. | DHS Drilling Company |
| 9. | DHS Holding Company |
| 10. | Energy XXI Gulf Coast, Inc. |
| 11. | FDR Holdings, Ltd. |
| 12. | Frontier Drilling ASA |
| 13. | Frontier Drilling USA, Inc. |
| 14. | Greenbrier Minerals Holdings, LLC |
| 15. | Greenbrier Minerals, LLC |
| 16. | Hilcorp Energy I, L.P. |
| 17. | Hilcorp Exploration Venture 1 LLC |
| 18. | Jazz Pharmaceuticals, Inc. |
| 19. | JPI Commercial, LLC |
| 20. | Latshaw Drilling & Exploration Company |
| 21. | Latshaw Drilling Company, LLC |
| 22. | Minrad International, Inc. |
| 23. | Mountain Drilling Company |
| 24. | Mountain Drilling LLC |
| 25. | Orthovita, Inc. |
| 26. | Petsec Energy Inc. |
| 27. | RJO Holdings Corp. |
| 28. | RJO Investor Corp. |
| 29. | Sacher Funding Ltd. |
| 30. | SCP Worldwide I L.P. |

31.    Sixth Gear Funding Trust
32.    Sixth Gear Inc.
33.    Sixth Gear Solutions Corp.
34.    SkyPower Corp.
35.    Varel Funding Corp.
36.    Varel International Ind., L.P.
37.    First Wind Holdings, LLC
38.    UP Acquisition Sub Inc.
39.    Up Holdings Inc.
40.    Pegasus International, Inc.
41.    Universal Ensco, Inc.
42.    Brozero Limited
43.    FR Acquisition Holding Corporation (Luxembourg) Sarl
44.    FR Acquisition Subco (Luxembourg) Sarl
45.    FR Acquisition Corporation (Luxembourg) Sarl
46.    FR Acquisition Finance Subco (Luxembourg) Sarl
47.    FR Acquisition Corporation (Europe) Limited
48.    JFB Firth Rixson, Inc.
49.    FR Acquisition Corporation (US), Inc.
50.    Forgings International Holdings Limited
51.    Forgings International Holdings 1 Limited
52.    Forgings International Limited
53.    Firth Rixson Limited
54.    JFB Overseas Holdings Limited
55.    Voss of Norway ASA