# SCHEDULE 2

## LEHMAN BROTHERS HOLDINGS, INC., *ET AL.*

### SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED (WITHIN THE LAST TWO YEARS) BINGHAM MCCUTCHEN LLP IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[1]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| 4 Connections LLC | One of the Largest Holders of Trade Debt | Clearview Cinemas<br>Cablevision<br>Cablevision Lightpath/Lightpath<br>Cablevision Systems Corporation<br>CSC Holdings |
| 425 Lexington Ave. | One of the Largest Holders of Trade Debt | Hines Interests LTD. Partnership |
| 515 South Flower Street | One of the Largest Holders of Trade Debt | Paul, Hastings, Janofsky & Walker LLP |
| 77 West Wacker | One of the Largest Holders of Trade Debt | Lightstone Group LLC<br>Prime Group Realty Trust<br>Prime Retail Inc. |
| ABN AMRO Rothschild | Underwriting Investment Bankers for Debtor's Securities | ABN AMRO Asia Pacific<br>ABN AMRO Bank Incorporated<br>ABN AMRO Bank, N.V.<br>ABN AMRO Management Services Ltd.<br>ABN AMRO Ventures BV<br>AECOM Technology Corporation<br>RFS/Santander |
| AC Nielsen Company | One of the Largest Holders of Trade Debt | A.C. Nielsen Co.<br>A.C.N. 007 235 609 Pty Ltd (f/k/a HB&A Australia Pty. Ltd.)<br>Claritas<br>Nielsen Media Research |
| Advanced Micro Devices, Inc. | Selected Derivative Counterparty | Nextwave Telecom |
| Advanced Series Trust | 50 Largest Bondholders | AST Research Inc. |

---

[1]    The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Bingham through its conflict reporting system.  Bingham has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Bingham has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Aegon USA Investment Management | Committee Member | Aegon USA Investment Management Inc. Aegon USA Investment Management LLC |
| AETNA Life Insurance Company | 50 Largest Bondholders | Advent International Corporation AETNA Capital Management AETNA Casualty & Surety Co. AETNA Counseling AETNA Insurance AETNA Life Insurance Company AETNA Mills Realty Trust AETNA Professional Mfg. Corp. AETNA Real Estate Associates AETNA, Inc. Travelers Casualty & Surety Co. f/k/a The AETNA Casualty & Surety Co. |
| AIG Annuity Insurance Company AIG Technologies AIG CDS, Inc. | 50 Largest Bondholders Significant Leases Selected Derivative Counterparties | American International Group and affiliates |
| Allen & Overy | One of the Largest Unsecured Creditors other than Bondholders | Allen & Overy |
| Alliance Bernstein | Member of Ad Hoc or Unofficial Creditors' Committees | Alliance Bernstein L.P. Allianceebernstein Investor Services AXA Advisors, LLC AXA Corporate Solutions Insurance Company AXA Equitable Life Insurance Company AXA Investment Management AXA Investment Managers AXA Investment Managers Paris S.A. AXA Investors AXADON Corporation AXALON Internet Group LLC AXALON Internet Group, Inc. AXAR Pharmaceuticals, Inc. |
| Allianz Life Insurance Company of North America | 50 Largest Bondholders | Allianz Funds Allianz Global Risks US Ins. Co. Allianz Global Risks US Ins. Co. Ltd. Plan Allianz Life Ins. Co. of North America Allianz of America Corp. Allianz of America, Inc. Allianz Risk Transfer Inc. Allianz SE |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| American Investor Life Insurance Company | Selected Derivative Counterparty | American Investors Life Insurance Company<br>Amerus<br>Amerus Capital Management Group, Inc.<br>Amerus Life Insurance Company |
| ANZ Banking Group Limited<br><br>Australia and New Zealand Banking Group Limited | One of the Largest Holders of Trade Debt<br><br>Largest Unsecured Creditors other than Bondholders | Australia and New Zealand Banking Group Ltd. |
| Aozora Bank | One of the Largest Unsecured Creditors other than Bondholders | Aozora Bank Ltd. |
| Archipelago Holdings, Inc. | Significant Leases | NYSE Euronext |
| Automated Securities Clearance Ltd. | One of the Largest Holders of Trade Debt | Assent LLC<br>Sungard<br>Sungard Data Systems, Inc. |
| Aviva Life & Annuity<br>Aviva Life Insurance Company<br>Aviva Life Insurance Company (USA)<br>Aviva Life Insurance Company Limited (Hong Kong) | Derivative Counterparties | American Investors Group, Inc.<br>American Investors Life Insurance Company<br>Amerus<br>Amerus Life Insurance Company<br>Amerus Capital Management Group, Inc.<br>Aviva Capital Management Inc.<br>Aviva Investors<br>Aviva Investors Global Services, Ltd.<br>Aviva PLC<br>Bankers Life and Casualty Company<br>Indianapolis Life Insurance Company<br>Morley Fund Management<br>Morley Fund Management Int'l Ltd.<br>Navigator Realty<br>Norwich Union Annuity<br>Norwich Union Annuity Limited<br>Norwich Union Life and Pensions Limited |
| AXA and related parties | Significant Stockholder | Alliance Bernstein<br>Alliance Bernstein L.P.<br>AXA Advisors, LLC<br>AXA Equitable<br>AXA Equitable Life Insurance Company<br>AXA Investment Management<br>AXA Investment Managers<br>AXA Investment Managers Paris S.A.<br>AXA Investors |
| Azora Bank, Ltd. | One of the Largest Unsecured Creditors other than Bondholders | Aozora Bank Ltd. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll, LLP | Professionals Retained by the Company | Ballard Spahr Andrews & Ingersoll, LLP |
| Bank of America, N.A.<br><br>Bank of America Plaza STE 3500 | Litigation Claimants Largest Unsecured Creditors other than Bondholders | Bank of America and affiliates |
| Bank of New York | Largest Unsecured Creditors other than Bondholders | Bank of New York<br>Bank of New York Co., Inc.<br>Bank of New York Mellon<br>Bank of New York, as Indenture Trustee<br>BNY Mellon Perf. & Risk Analytics Inc.<br>CMI – BNY Capital Markets, Inc.<br>Mellon Capital Management Corporation<br>Mellon Financial Corporation U.S. – Tax "Consolidated Group" of Corporations<br>Mellon Financial Services Corporation #1<br>Mellon Leasing Corporation<br>Mellon Ventures Inc. |
| Bank of Nova Scotia | Largest Unsecured Creditors other than Bondholders | 30817926 Nova Scotia Company<br>Bank of Nova Scotia<br>Scotia Bank<br>Scotia Capital (The Bank of Nova Scotia)<br>Scotia Capital (USA) Inc.<br>Scotia Capital, Inc.<br>ScotiaBank Inverlat, S.A. |
| Bank of Taiwan, New York Agency | Largest Unsecured Creditors other than Bondholders | BOT Lease (New York) Inc.<br>BOT Lease Co., Ltd. |
| Bank One Plaza | One of the Largest Holders of Trade Debt | Bank One Arizona<br>Bank One Mortgage Corporation<br>Bank One Trust Company, N.A.<br>Suntrust Bank (CL) |
| Barclays Global Fund Advisors | 50 Largest Bondholders | ABSA Bank Limited<br>ABSA Group<br>Barclays Asset Finance<br>Barclays Bank Plc<br>Barclays Capital Inc.<br>Barclays Capital Real Estate, Inc.<br>Barclays Global Investors Services<br>Barclays National<br>Barclays Private Equity Ltd. |
| Bats Trading, Inc. | Largest Unsecured Creditors other than Bondholders | Bats Exchange<br>Bats Trading |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Bayview Financial, L.P.<br><br>Bayview Opportunity Master Fund, L.P. | Selected Derivative Counterparty | Bay View Asset Management Corp.<br>Bay View Federal Bank<br>Bayview Financial, L.P., a Florida LP<br>Bayview Loan Servicing, LLC |
| Blackrock Advisors | 50 Largest Bondholders | Barclays Global Investors Services<br>Blackrock Financial Management Inc.<br>Blackrock Kelso Capital Corporation<br>Blackrock Luxembourg Blackrock, Inc.<br>DSP Merrill Lynch Fund Managers Limited, India<br>DSP ML India Investment Fund (CIV)<br>Merrill Lynch Investment Managers, LP<br>R3 Capital Partners LLP |
| Blake, Cassels & Graydon LLP | Professionals Retained by the Company | Blake, Cassels & Graydon LLP |
| Bloomberg Finance LP<br><br>Bloomberg L.P. | Largest Unsecured Creditors other than Bondholders | Bloomberg Inc.<br>Bloomberg L.P. |
| BNP Paribas | Largest Unsecured Creditors other than Bondholders | Bank of the West<br>BNP Paribas<br>BNP Paribas (Securities) Asia Hong Kong<br>Fortis Capital Corp. |
| Board of Trade of the City of Chicago, Inc. | Significant Leases | CME Group, Inc.<br>New York Mercantile Exchange |
| BP 399 Park Avenue LLC<br><br>BP Energy Company and BP Corporation North America Inc. | Significant Leases<br><br>Litigation Claimant | ARCO (AKA BP)<br>Atlantic Richfield Co.<br>Atlantic Richfield Company<br>BPB Limited<br>BP America, Inc.<br>BP PLC<br>BP West Coast Products LLC |
| Bracewell & Giuliani LLP | Professionals Retained by the Company | Bracewell & Giuliani LLP |
| Brandywine Office Investments LLC | Significant Leases | Brandywine Communications<br>Brandywine Operating Partnership LP<br>Brandywine Senior Living |
| Breakaway Solutions | Litigation Claimant | Eggrock Partners Inc.<br>Eggrock Partners, LLC<br>Media Breakaway, LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| BRM Group, Ltd. | Selected Derivative Counterparty | Altair Avionics Corporation<br>Altair Properties, Inc.<br>Altair Research Consultant, LLC<br>Altair, Inc.<br>Pando Inc. |
| Broadridge Securities Processing | One of the Largest Holders of Trade Debt | Broadridge Financial Solutions<br>Data Access America |
| Brookwood Energy & Properties Inc. | Related Entity | Brookwood Securities Partners, L.P. |
| BT Americas, Inc. | One of the Largest Holders of Trade Debt | British Telecommunications PLC<br>BT Group PLC<br>Network Telephony Corp.<br>Ribbit Corporation |
| Burns, White & Hickton | Professionals Retained by the Company | Burns, White & Hickton |
| Capital Guardian Trust Company | Member of Ad Hoc or Unofficial Creditors' Committees | Capital Research and Management Company |
| Capital Research and Management | One of the 50 Largest Bondholders | Capital Research and Management Company |
| Carolina First Bank | Litigation Claimant | Mercantile Bank & Trust Co. |
| CHD Meridian Healthcare | One of the Largest Holders of Trade Debt | Walgreen Company |
| Chevron U.S.A., Inc. | Selected Derivative Counterparty | Chevron Capital U.S.A., Inc.<br>Chevron Central Labs<br>Chevron Corporation<br>Chevron Environmental Management Company<br>Chevron U.S.A., Inc.<br>ChevronTexaco Corporation |
| Clearbridge Advisors, LLC | Significant Leases | Legg Mason, Inc. |
| Computer Associates International Inc. | One of the Largest Holders of Trade Debt | C.A., Inc. Noteholder Group<br>Computer Associates<br>Concord Communications, Inc.<br>Iusacell, S.A. de C.V.<br>XOSOFT |
| Con Edison | Utilities | Con Edison Communications, Inc.<br>Consolidated Edison Company, Inc. |
| Continental Casualty Company | One of the 50 Largest Bondholders | Columbia Casualty Co.<br>Continental Assurance Co.<br>Continental Casualty Co.<br>Transcontinental Insurance Company |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Cox Castle Nicholson | Professionals Retained by the Company | Cox, Castle & Nicholson LLP |
| CPR (USA) Inc. | Significant Leases | Calyon Securities (USA) Inc. |
| Crescent TC Investors LP | Significant Leases | Crescent Global Investment Partnership, LP Morgan Stanley |
| Cushman & Wakefield Inc. | One of the Largest Holders of Trade Debt | Cushman & Wakefield Inc. Cushman & Wakefield Net Lease Trust |
| Custer Court, L.P. | Significant Leases | Blackport Capital LTD. Blackstone Asia Advisors L.C. Blackstone Distressed Securities Blackstone Group Blackstone Real Estate Advisors Blackstone Real Estate Advisors VI, L.P. CarrAmerica Realty Corp. CarrAmerica Realty Operation P'ship, L.P. GSO Capital Partners LP |
| Cyrus Capital Partners, L.P. | Member of Ad Hoc or Unofficial Creditors' Committees | Cyrus Capital LLP Cyrus Capital Partners Europe LLP Cyrus Capital Partners, L.P. New Century Financial Corporation; New Century Mortgage |
| Danske Bank | Secured Creditor | Danske Bank Danske Bank AS |
| Davis Polk & Wardwell | One of the Largest Holders of Trade Debt | Davis Polk & Wardwell |
| Dechert LLP | Professionals Retained by the Company | Dechert LLP |
| Deloitte & Touche USA LLP | Professionals Retained by the Company | Deloitte & Touche Deloitte LLP |
| Deutsche Bank AG | Litigation Claimants | Deutsche Bank and affiliates |
| Deutsche Bank AG, New York Branch | Significant Leases | |
| Deutsche Bank National Trust Company | Selected Derivative Counterparty | |
| Deutsche Bank Securities | Significant Leases | |
| Deutsche Borsche AG | Largest Unsecured Creditors other than Bondholders; Largest Holders of Trade Debt | |
| Direct Energy Business, LLC | Selected Derivative Counterparty | CPL Retail Energy (Tulsa, OK) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Diversified Global Graphics Group DG3 | One of the Largest Holders of Trade Debt | ABN AMRO<br>ABN AMRO Bank, N.V.<br>Banco General, S.A.<br>ECS Inc. (DBA Inc.)<br>ECS, LLC<br>Emerald Asia Fund, LLC<br>General Bank<br>Global Investment Advisors<br>Global Investor Services Group<br>Greystone & Co.<br>Greystone Group, LLC<br>Infor Global Solutions (Australia) Party Ltd. (f/k/a Finmatica Asia Pacific Party Ltd.)<br>MVP America<br>New Edge Network, Inc.<br>Newedge Group<br>Pioneer Investcorp Limited<br>Pioneer Investment Management SGR<br>Pioneer Investment Management USA, Inc.<br>Pioneer Investments Limited<br>Pioneer Investments Management Limited<br>SCS Acquisition Corporation<br>SCS Holding LLC<br>SG American Securities, LLC<br>SG Corp. & Investment<br>SG Cowen & Co., LLC<br>SG Cowen Securities Corp.<br>SG Focus Fund<br>SKB Co., Ltd.<br>Societe Generale<br>UK SFS |
| DLA Piper | Professionals Retained by the Company | Gray, Cary Ware & Friedenrich |
| Duff and Phelps | Professionals Retained by the Company | Duff and Phelps |
| Eagle Energy Partners I, L.P.<br><br>Eagle Energy Management, LLC | Related Entities | Electricite de France |
| Elyo Services Limited | One of the Largest Holders of Trade Debt | Aguas Argentinas Noteholder Group<br>Glow Company Ltd.<br>Spectrum Group Management |
| Energy America LLC | Selected Derivative Counterparty | American Clean Energy, LLC<br>Consumer Energy Counsel of American Research Four<br>Kerr-McGee Corporation<br>Kerr-McGee Oil & Gas Onshore LP<br>MBK Masters, Inc.<br>North American Energy Services |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Osaka Gas Energy America<br>Tenaska Capital Management LLC<br>United American Energy Corp. |
| Enterprise Products Operating, LLC | Selected Derivative Counterparty | Argo Partners<br>Teco Energy, Inc. |
| Ernst & Young LLP | One of the Largest Holders of Trade Debt | Ernst & Young LLP |
| Executive Monetary Management, Inc. | Related Entity | David J. Greene & Company, L.L.C.<br>Libertyview Capital Management<br>Neuberger Berman LLC |
| Federal Home Loan Bank of Dallas | Selected Derivative Counterparty | Federal Home Loan Mortgage Corporation and affiliates |
| First Commercial Bank Co., Ltd, New York Agency | One of the Largest Holders of Trade Debt | First Commercial Bank (U.S.A.)<br>First Commercial Bank, NY<br>First Financial Bancorp<br>First Financial Caribbean Corporation<br>First Financial Insurance Company |
| Florida Power & Light Company | Selected Derivative Counterparty | Florida Power & Light Company<br>FPL Energy, Inc.<br>Northeast Energy Dev. Corp. |
| Franklin Advisors Inc.; Franklin Templeton Investments<br>Franklin Advisors LP | 50 Largest Bondholders<br>The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds | Franklin Mutual Series Fund, Inc.<br>Franklin Resources, Inc. |
| Fried Frank | Professionals Retained by the Company | Fried, Frank, Harris, Shriver & Jacobson (Europe)<br>Fried, Frank, Harris, Shriver & Jacobson LLP |
| Friedman, Billings, Ramsey Group, Inc. | Litigation Claimant | FBR Capital Markets<br>Friedman Billings Ramsey Group, Inc. |
| FTI Consulting, Inc. | Professionals Retained by the Company; Professionals Retained by Significant Creditor Groups | FTI Consulting, Inc. |
| Fulbright & Jaworski L.L.P. | Professionals Retained by the Company | Fulbright & Jaworski L.L.P. |
| Gibson, Dunn & Crutcher LLP | Professionals Retained by the Company | Gibson, Dunn & Crutcher LLP |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Global Principal Strategies Loans Inc. | Related Entity | Global Principal Finance Company<br>Principal Global Investors LLC |
| GRA Finance Corporation Ltd. | Related Entity | GRA Partners LLC |
| GRE Glendale LLC | Significant Leases | GRE (Guggenheim Real Estate) |
| Guardian Life Insurance Company | 50 Largest Bondholders | Berkshire Life Insurance<br>Guardian Insurance and Annuity Co. Inc.<br>Guardian Life Insurance Company<br>Guardian Mutual Funds<br>National Guardian Life Insurance Company |
| Guggenheim Concourse, L.P. | Significant Leases | Guggenheim Alternative Asset Management<br>Guggenheim Capital<br>Guggenheim Group<br>Guggenheim Opportunities Investors<br>Guggenheim Partners<br>Guggenheim Partners Advisory Company<br>Guggenheim Partners Asset Management, Inc.<br>Guggenheim Partners, LLC<br>NZC Guggenheim Master Fund LIM |
| H21 Absolute Return Concepts SPC ARC-B07-20<br><br>H21 Absolute Return Portfolios SPC Class A | Selected Derivative Counterparties | H21 Absolute Return Concepts SPC ARC-B07-20<br>H21 Absolute Return Portfolios SPC Class A |
| Hahn Loeser & Parks LLP | Professionals Retained by the Company | Hahn Loeser & Parks LLP |
| Hanover Moving & Storage Co., Inc. | One of the Largest Holders of Trade Debt; Significant Leases | Hanover Moving & Storage Co., Inc. |
| HarbourView CDO III, Limited | Selected Derivative Counterparty | Harbor View Apartments |
| Hartford Life Insurance Company | 50 Largest Bondholders | Am. Maturity Life Ins. Co. (Connecticut)<br>Brasilcap Capitalização S.A. (Brazil) (16.67%)<br>Business Management Group, Inc. (Connecticut)<br>CCS Commercial LLC<br>Downlands Liability Management Ltd. (United Kingdom)<br>Ersatz Corporation (Delaware)<br>Excess Insurance Co., Ltd. (United Kingdom)<br>Fencourt Reinsurance Company, Ltd. (Bermuda)<br>BMG Capital Advisors Group, L.L.C. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | (Connecticut) |
| | | First State Insurance Company (Connecticut) |
| | | Hart Re Group, L.L.C. (Connecticut) |
| | | Hartford Accident and Indemnity Company (Connecticut) |
| | | Hartford Administrative Services Company (Minnesota) |
| | | Hartford Advantage Investment, Ltd. (Bermuda) |
| | | Hartford Casualty General Agency, Inc. (Texas) |
| | | Hartford Casualty Insurance Company (Indiana) |
| | | Hartford Core Fund ID, L.P. (Delaware) |
| | | Hartford Core Fund, L.P. (Delaware) |
| | | Hartford Employee Club, Inc. (Connecticut) |
| | | Hartford Enhanced Absolute Return Fund ID, L.P. (Delaware) |
| | | Hartford Enhanced Absolute Return Fund, L.P. (Delaware) |
| | | Hartford Equity Sales Company, Inc. (Connecticut) |
| | | Hartford Equity Specialists Fund ID, L.P. (Delaware) |
| | | Hartford Financial Services, LLC (Delaware) |
| | | Hartford Fire General Agency, Inc. (Texas) |
| | | Hartford Fire Insurance Company (Connecticut) |
| | | Hartford Hedge Fund Company, LLC (Delaware) |
| | | Hartford Holdings, Inc. (Delaware) |
| | | Hartford Insurance Company of Illinois (Illinois) |
| | | Hartford Insurance Company of the Midwest (Indiana) |
| | | Hartford Insurance Company of the Southeast (Connecticut) |
| | | Hartford Insurance, Ltd. (Bermuda) |
| | | Hartford Integrated Technologies, Inc. (Connecticut) |
| | | Hartford International Life Reassurance Corporation (Connecticut) |
| | | Hartford International Management Services Company, L.L.C. (Delaware) |
| | | Hartford Investment Financial Services, LLC (Delaware) |
| | | Hartford Investment Management Co. |
| | | Hartford Investment Management Company (Delaware) |
| | | Hartford Investment Management K.K. (Japan) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
| --- | --- | --- |
| | | Hartford Investments Canada Corp. (Canada) Hartford Investor Services Company, LLC (Connecticut) Hartford Life Alliance LLC (Delaware) Hartford Life and Accident Insurance Company (Connecticut) Hartford Life and Annuity Insurance Company (Connecticut) Hartford Life Group Insurance Company (Illinois) Hartford Life Insurance Company (Connecticut) Hartford Life Insurance KK (Japan) Hartford Life International, Ltd. (Connecticut) Hartford Life Limited (Ireland) Hartford Life Private Placement, LLC (Delaware) Hartford Life, Inc. (Delaware) Hartford Life, Ltd. (Bermuda) Hartford Lloyd's Corporation (Texas) Hartford Lloyd's Insurance Company (Partnership) (Texas) Hartford Management Services Limited (United Kingdom) Hartford Management, Ltd. (Bermuda) Hartford of Florida, L.L.C. (Florida) Hartford Re Company (Connecticut) Hartford Residual Market, L.L.C. (Connecticut) Hartford Securities Distribution Company, Inc. (Connecticut) Hartford Specialty Company (Delaware) Hartford Specialty Insurance Services of Texas, LLC (Texas) Hartford Technology Service Company (Connecticut) Hartford Technology Services Company, L.L.C. (Delaware) Hartford Underwriters Insurance Company Hartford Underwriters Insurance Company (Connecticut) Hartford-Comprehensive Employee Benefit Services Company (Connecticut) Heritage Holdings, Inc. (Connecticut) Heritage Reinsurance Company, Ltd. (Bermuda) HL Investment Advisors, LLC (Connecticut) HLA, LLC (Connecticut) HNI, LLC (Connecticut) Horizon Management Group LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | (Delaware)<br>HRA Brokerage Services, Inc. (Connecticut)<br>Icatu Hartford Administracao de Benetcios LTDA (Brazil)<br>Icatu Hartford Capitalizacao S.A. (Brazil)<br>Icatu Hartford Consultoria LIDA (Brazil)<br>Icatu Hartford Fundo de Pensao (Brazil)<br>Icatu Hartford Seguros S.A. (Brazil)<br>Icatu Hartford Sociedad Anonima De Capitalizacion y Ahorro para Fins Determinados (Argentina)<br>IH Cia Seguros e Previdencia S.A. (Brazil)<br>ISOP Financing Company Limited Partnership (Connecticut)<br>Itumbiara Participacoes Lida. (Brazil)<br>M-Cap Insurance Agency, LLC (Delaware)<br>Motrin Capitalizacao S.A. (Brazil)<br>New England Insurance Company (Connecticut)<br>New Ocean Insurance Company Ltd. (Bermuda)<br>Nutmeg Insurance Agency, Inc. (Connecticut)<br>Nutmeg Insurance Company (Connecticut)<br>Nutmeg Life Insurance Company (Iowa)<br>Omni General Agency, Inc. (Texas)<br>Omni Indemnity Company (Illinois)<br>Omni Insurance Group, Inc. (Georgia)<br>Pacific Insurance Company, Limited (Connecticut)<br>Personal Lines Insurance Center, Inc. (Connecticut)<br>Planco Financial Services, LLC (Delaware)<br>Planco, LLC (Delaware)<br>Property and Casualty Insurance Company of Hartford (Indiana)<br>Santa Catarina Seguros e Previdencia S.A. (Brazil)<br>Sentinel Insurance Company, Ltd. (Connecticut)<br>Specialty Risk Services, LLC (Delaware)<br>The Evergreen Group Incorporated (New York)<br>The Hartford Club of Simsbury, Inc. (Connecticut)<br>The Hartford Financial Services Group, Inc.<br>The Hartford Insurance Company<br>The Hartford International Financial Services Group, LLC (Delaware)<br>The Hartford Life Insurance Company<br>Thesis S.A. (Argentina) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Trumbull Finance, L.L.C. (Connecticut) Trumbull Insurance Company (Connecticut) Trumbull Recovery Services Inc. (Florida) Trumbull Services, L.L.C. (Connecticut) Twin City Fire Insurance Company United Premium Capital, L.L.C. (Connecticut) Vanguarda Cia de Seguros Gerais (Brazil) Woodbury Financial Services, Inc. XDimensional Technologies, Inc. (California) |
| Hatfield Philips International Limited | One of the Largest Holders of Trade Debt | Affordable Housing Investments LLC Lennar Communities – So CA Land Division Lennar Corporation Lennar Homes of California Valencia Water Company |
| Headstrong Services, LLC | One of the Largest Holders of Trade Debt | Lydian Asset Management Lydian Private Bank |
| Herbert Smith CIS LLP Herbert Smith Ltd. | Professionals Retained by the Company | Herbert Smith |
| Herrick & Feinstein MMOR Consulting | Professionals Retained by the Company | Herrick Feinstein LLP |
| Hess Corporation | Utilities | Amerada Hess Corporation |
| Hewlett-Packard Company | One of the Largest Holders of Trade Debt | Hewlett-Packard Company and affiliates |
| Hoare Govett, Ltd. | Underwriting Investment Bankers for Debtor's Securities | HG Asia Securities Limited Hoare Govett |
| Hogan & Hartson | Professionals Retained by the Company | Hogan & Hartson |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Professionals Retained by the Company | Ana Real Estate Co., Ltd. Houlihan Lokey Howard & Zukin, New York Orix Alpha Corporation Orix Asset Management & Loan Services Corporation Orix Credit Corporation Orix Capital Corporation Orix Finance Corporation Orix USA Corporation Orix USA, LP Orix Venture Finance, LLC |
| HQ Global Workplaces | Significant Leases | Regus Regus plc |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Hunton & Williams LLP | Professionals Retained by the Company | Hunton & Williams LLP |
| Huron Consulting Group LLC | Significant Leases | Aegis Industries, Inc.<br>Huron Consulting Group Inc. |
| IBM | One of the Largest Holders of Trade Debt | Cognos Incorporated<br>Cognos, Inc.<br>IBM Corp.<br>IBM International Business Machines |
| ICAP Securities Limited<br><br>ICAP Securities Limited 1078 | Largest Unsecured Creditors other than Bondholders<br><br>One of the Largest Holders of Trade Debt | EBS Inc. |
| Ikon Office Solutions | One of the Largest Holders of Trade Debt | Ikon Office Solutions, Inc.<br>Ricoh Electronics, Inc.<br>Ricoh USA |
| Indianapolis Life Insurance Company (Inc.) | Selected Derivative Counterparty | Amerus Capital Management<br>Amerus Life Insurance Company<br>Aviva Capital Management Inc.<br>Aviva Investors<br>Aviva Life Insurance Company<br>Aviva PLC<br>Aviva USA Corporation<br>Bankers Life Insurance Company of New York<br>Morley Fund Management<br>Morley Fund Management Int'l Ltd.<br>RAC PLC (Formerly Lex Services) |
| ING Investment LLC<br><br>ING Life Insurance & Annuity Company<br><br>ING USA Annuity & Life Insurance Company | One of the 50 Largest Bondholders<br><br>Selected Derivative Counterparty<br><br>Selected Derivative Counterparty | ING (L) Alternat Strat Balance<br>ING Americas<br>ING Bank<br>ING Bank N.V.<br>ING Barings LLC<br>ING Capital<br>ING Capital LLC<br>ING Clarion Capital<br>ING Clarion Capital, LLC<br>ING Direct Pay<br>ING Financial Advisors<br>ING Financial Partners, Inc.<br>ING Fixed Income Absolute<br>ING Funds Trust<br>ING Ghent Asset Management LLC<br>ING Intermediate Bond Portfolio<br>ING Investment Management Co. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | ING Investment Management Limited<br>ING Investment Management LLC<br>ING Life Insurance and Annuity Company<br>ING Midstream Energy Fund L.P.<br>ING Prime Rate Trust<br>ING Series Fund, Inc.<br>ING Sivensa Dollar Receivable<br>ING Trust<br>ING VP Balanced Portfolio, Inc. |
| Intel Corporation | Selected Derivative Counterparty | Intel Corporation |
| Iowa Telecommunications Services Inc. | Selected Derivative Counterparty | Iowa Telecommunications Services, Inc. (Iowa Telecom) |
| IPC Information Systems Inc. | One of the Largest Holders of Trade Debt | Westcom Corporation |
| Irish Life & Permanent PLC | Selected Derivative Counterparty | Irish Permanent PLC |
| Iron Mountain Digital Archives | One of the Largest Holders of Trade Debt | Iron Mountain |
| Irvine Company LLC | Significant Leases | Irvine Company<br>Irvine Omnitox, Inc.<br>Irvine Technology Fund |
| Jackson National Life Insurance Company | 50 Largest Bondholders | Brooke Life Insurance Company<br>Pru & Co. Prudential Investment Management Inc.<br>Prudential Asset Mgmt Group<br>Prudential Assurance Company Limited<br>Prudential Capital Group<br>Prudential Capital Partners LP<br>Prudential Equity Group LLC<br>Prudential Equity Group, Inc. (PEG)<br>Prudential Gibraltar Agency, K.K.<br>Prudential M&G<br>Prudential Plc<br>Prudential Securities Inc.<br>Prudential Services |
| Jet Partners, LLC | Related Entity | Jet Partners |
| John Hancock Life Insurance Company<br><br>John Hancock Investment Management Services | 50 Largest Bondholders | Hancock Timber Resource Group<br>John Hancock<br>John Hancock Financial Services<br>John Hancock Fund II Floating<br>John Hancock Insurance Company of Vermont<br>John Hancock Life Insurance<br>John Hancock Life Insurance Co. (USA) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | John Hancock Life Insurance Company<br>John Hancock Trust Floating RA<br>John Hancock Variable Life Insurance Company |
| Jonathan Harris | Officer | Jonathan A. Harris |
| Jones Day | Professionals Retained by the Company | Jones Day |
| JPI Commercial, LLC | Principal Investments | JPI |
| King Street Capital Management | Member of Ad Hoc or Unofficial Creditors' Committees | King Street Capital Management, L.L.C. |
| KPMG LLP | One of the Largest Holders of Trade Debt | KPMG LLP and affiliates |
| Level 3 Communications, LLC | Significant Leases | Broadwing Corporation<br>Level 3 Communications<br>WilTel Communications, Inc. |
| Lexington Insurance Company | Selected Derivative Counterparty | Lexington Insurance Co. |
| LexisNexis | One of the Largest Holders of Trade Debt | LexisNexis Special Services Inc.<br>Reed Elsevier Inc.<br>Reed Elsevier Ventures |
| Liberty National Life Insurance Company | 50 Largest Bondholders | Liberty National Life Insurance Company |
| Life Investors Insurance Company of America | Selected Derivative Counterparty | Aegon USA Investment Management Inc.<br>Aegon USA Investment Management LLC |
| Linklaters, S.L. | One of the Largest Holders of Trade Debt<br><br>Largest Unsecured Creditors other than Bondholders | Linklaters |
| Linn Energy, LLC | Selected Derivative Counterparty | Linn Energy |
| Lloyds Bank, PLC | Largest Unsecured Creditors other than Bondholders | Lloyds Banking Group<br>Lloyds TSB Bank plc<br>Lloyds TSB Commercial Finance Limited<br>Lloyds TSB General Insurance |
| Mack-Cali CW Realty Associates L.L.C. | Significant Leases | Gale Research Inc.<br>Horizon Realty Fund, LLC<br>Mack-Cali Realty L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Mackenzie Financial Corporation | Significant Leases | Canada Life Assurance Company<br>Canada Life Fundo De Pensao (Brazil)<br>Canada Life Insurance Co. of America<br>Canada Life Insurance Co. of New York<br>Canada Life Limited<br>Great West Life Annuity Insurance Company<br>Great West Life Assurance Company<br>Great West Life Insurance Company<br>Investors Group, Inc.<br>Putnam Holding Company, LLC<br>Putnam Investments Inc.<br>Putnam Investor Services, Inc.<br>Putnam Retail Management, L.P.<br>Singer Creditor Trust<br>Sun Life Assurance Co. of Canada<br>Sun Life Assurance Co. of Canada (US)<br>United Premium Capital, L.L.C. (Connecticut) (50%)<br>Vertica Systems, Inc. |
| Maples and Calder (Cayman Office) | Professionals Retained by the Company | Maples and Calder (Cayman Office) |
| Massachusetts Water Resource Authority | Litigation Claimant | Massachusetts Water Resource Authority |
| McKenna Long & Aldridge LLP | Professionals Retained by the Company | McKenna Long & Aldridge LLP |
| Mellon Analytical Solutions | One of the Largest Holders of Trade Debt | Bank of New York Mellon<br>BNY Mellon Perf. & Risk Analytics Inc.<br>Mellon Bank<br>Mellon Capital Management Corporation<br>Mellon Financial Corporation U.S. – Tax "Consolidated Group" of Corporations<br>Mellon Financial Services Corporation #1<br>Mellon Investors Services LLC<br>Mellon Leasing Corporation<br>Mellon Ventures Inc. |
| Mercer Marsh & McLennan Companies | Professionals Retained by the Company | Marsh & McLennan Companies, Inc.<br>Mercer Global Investments<br>Mercer Human Resource Consulting |
| MetLife<br><br>MetLife Insurance Company of Connecticut | Secured Creditor<br><br>One of the 50 Largest Bondholders | MetLife and Annuity Company of Connecticut<br>MetLife Capital, LP<br>MetLife Insurance Company of Connecticut<br>MetLife Investments<br>MetLife Securities, Inc.<br>Metropolitan Property & Casualty<br>Tower Square Capital Partners II, LP<br>Tower Square Capital Partners II-A, L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Tower Square Capital Partners II-B, L.P. Tower Square Capital Partners III, L.P. Tower Square Capital Partners, L.P. |
| Metro Realty Corporation (dissolved) | Related Entity | Metro Realty Corporation (dissolved) |
| Milbank, Tweed, Hadley & McCloy LLP | Professionals Retained by the Company | Milbank, Tweed, Hadley & McCloy LLP |
| MMP Funding Corp. | Related Entity | MMP REIT |
| Monumental Life Insurance Company (INC) | Selected Derivative Counterparty | Aegon USA Investment Management LLC TransAmerica Asset Management, Inc. TransAmerica Commercial Finance Corporation TransAmerica Commercial Financial Resources TransAmerica Financial Life Ins. Co. TransAmerica Fund Advisors, Inc. TransAmerica Funds TransAmerica Investment Management, LLC TransAmerica Life Insurance Company TransAmerica Senior Living, Inc. |
| National Commerce Bank | Largest Unsecured Creditors other than Bondholders One of the Largest Holders of Trade Debt | National Bank of Commerce |
| National Union Fire Insurance Company of Pittsburgh, PA | Significant Leases | National Union Fire & Marine Insurance Co. National Union Fire Ins. Co. National Union Fire Insurance Company of Pittsburgh, PA |
| Natixis Asset Management Advisors | 50 Largest Bondholders | Natixis Bleichroeder, Inc. |
| Natixis Environment & Infrastructures | Selected Derivative Counterparty | Natixis Bleichroeder, Inc. |
| Netapp, Inc. Network Appliance, Inc. | Largest Holders of Trade Debt; Largest Unsecured Creditors other than Bondholders | Decru, Inc. Netapp, Inc. Network Appliance, Inc. |
| New York Life & Annuity Insurance Corporation New York Life INS & Annuity Corp. Private Placi New York Life Insurance Company Inc. | Selected Derivative Counterparties | New York Life New York Life and Annuity Corporation New York Life Insurance Company New York Life Insurance Company (Guaranteed Products) New York Life Investment Management New York Life Investment Management LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund Neuberger Berman Asset Man., LLC Neuberger Berman Income Opp. Fund Neuberger Berman Inv. Services, LLC Neuberger Berman Party Ltd. Neuberger Berman, Inc. Neuberger Berman, LLC Newberger & Berman Agency, Inc. | Related Entities | Libertyview Capital Management Neuberger & Berman Management, Inc. Neuberger Berman, LLC, a Lehman Brothers Company |
| Nippon Life Insurance Co. | Largest Unsecured Creditors other than Bondholders | Nippon Life Insurance Company, Tokyo NLI Commercial Mortgage Fund II, LLC NLI International, Inc. NLI Properties Central, Inc. NLI Properties East, Inc. NLI Properties West, Inc. NLI Research Institute – NY |
| Nishimura & Partners | One of the Largest Holders of Trade Debt | Nishimura & Partners |
| Northrop Grumman | One of the Largest Holders of Trade Debt | Northrop-Grumman Corp. Northrop-Grumman Systems Corporation |
| Northwest Mutual Life Insurance Company | 50 Largest Bondholders | Northwestern Inv. Management Co. LLC Northwestern Mutual Capital Limited Northwestern Mutual Inv. Services, LLC Northwestern Mutual Life Ins. Co. Northwestern Mutual Series Fund, Inc. Northwestern Mutual Wealth Management Company |
| Norton Rose LLP | Professionals Retained by the Company | Norton Rose Norton Rose (Middle East) LLP |
| NPC Inc. | Related Entity | NPC America Inc. |
| NYSE (non-governmental) | Government and State Regulatory Agencies | NYSE Euronext |
| NYSE Market, Inc. | One of the Largest Holders of Trade Debt | NYSE Euronext |
| Occidental Power Services, Inc. | Selected Derivative Counterparty | Occidental Petroleum |
| Oh-Ebashi LPC & Partners | Professionals Retained by the Company | Oh-Ebashi LPC & Partners |
| One Madison Investments (CAYCO) Limited | Selected Derivative Counterparty | MetLife MetLife Capital, LP MetLife Insurance Company of Connecticut MetLife Investments |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | MetLife Life and Annuity Company of Connecticut<br>MetLife Securities, Inc.<br>Metropolitan Life Insurance Company<br>Travelers Asset Management International Company<br>Travelers Insurance Company<br>Travelers Life and Annuity Company |
| Oppenheimer Funds Inc. | Member of Ad Hoc or Unofficial Creditors' Committees | Babson Capital<br>Babson Capital Europe<br>Babson Capital Management LLC<br>Baring Asset Management (Japan) Limited<br>MassMutual Financial Group<br>MassMutual Insurance Company<br>MassMutual Life Insurance Company<br>Oppenheimer & Co., Inc.<br>Oppenheimerfunds Distributor, Inc.<br>Oppenheimerfunds, Inc. |
| Pacific Lifecorp | Selected Derivative Counterparty | Pacific Asset Funding, LLC<br>Pacific Life Insurance Company<br>PL Trading Company, LLC |
| Pacific Management Investment Company | Member of Ad Hoc or Unofficial Creditors' Committees | Mirae Asset Maps Asia Pacific Real Estate 1 Investment Company<br>Pacific Heights Asset Management, LLC<br>Pacific Investment Management Company, LLC |
| Paul, Hastings, Janofsky & Walker LLP | Professional Retained by the Company | Paul, Hastings, Janofsky & Walker LLP |
| Pegasus International, Inc. | Principal Investments | Pegasus Business Systems Limited<br>Pegasus Educational Services Limited<br>Pegasus Group plc<br>Pegasus Software Limited<br>Pegasus Supplies Limited |
| Phillips Hager & North Investment Management | 50 Largest Bondholders | Carlin Equities Corp.<br>Hill, Thompson, Magid & Co.<br>Liberty Capital Advisors<br>Liberty Ermitage Asset Management Jersey Limited<br>North LLC<br>Prestige Homes – North<br>RBC Capital Markets<br>RBC Channel Islands Limited<br>RBC Dain Rauscher, Inc.<br>RBC Dominion Securities Inc.<br>RBC Financial Group<br>Royal Bank of Canada (Channel Islands) Ltd.<br>Royal Bank of Canada, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Tucker Anthony<br>Voyageur Asset Management |
| PIMCO Advisors LP<br><br>PIMCO Funds Global Investors | 50 Largest Bondholders | Pacific Investment Management Company, LLC |
| Pinnacle Foods Finance LLC | Selected Derivative Counterparty | Acushnet Company<br>Pinnacle Advisers, LP<br>Pinnacle AMS Development Company LLC<br>Pinnacle Bank<br>Pinnacle Capital LLC<br>Pinnacle China Advisers, L.P.<br>Pinnacle China Management, LLC<br>Pinnacle Development<br>Pinnacle Foods Group, Inc.<br>Pinnacle Fund, LP<br>Pinnacle Steel Processing, Inc.<br>Pinnacle Systems<br>Pinnacle Trading<br>Pinnacle Ventures, L.L.C. |
| Polaris Software Lab (India), Ltd. | Largest Holders of Trade Debt | Polaris Industries, Inc.<br>Polaris Venture Partners |
| PricewaterhouseCoopers, LLP | Significant Leases<br><br>Professionals Retained by the Company | Pricewaterhouse Coopers CIS Law Offices B.V. (Russia)<br>PricewaterhouseCoopers, LLP<br>PWC Advisory Co., Ltd. |
| Principal Financial Services Inc. | Selected Derivative Counterparty | Global Principal Finance Company<br>Post Advisory Group, LLC<br>Principal Bank<br>Principal Capital Management<br>Principal Commercial Funding A, LLC<br>Principal Financial Group<br>Principal Global Investors LLC<br>Principal Life Insurance Company<br>Principal Mutual Life Insurance Company |
| Principal Life Insurance Company | 50 Largest Bondholders | Patrician Financial Companies<br>Post Advisory Group, LLC |
| Prudential Insurance Company of America | One of the 50 Largest Bondholders | Prudential Insurance Company of America and affiliates |
| Putnam (183 ISDA's) | Selected Derivative Counterparty | Putnam Holding Company, LLC<br>Putnam Investment Management, LLC<br>Putnam Investments Inc.<br>Putnam Investor Services<br>Putnam Retail Management, L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Rainmaker Group LLC | One of the Largest Holders of Trade Debt | Rainmaker Group |
| Real Estate Investors Inc. | Related Entity | A.D. Real Estate Investors, Inc.<br>Gemini Real Estate Investors<br>Wood Real Estate Investors LLC |
| Real Estate Services I Inc. (dissolved)<br><br>Real Estate Services VII Inc. (dissolved) | Related Entities | Charles E. Smith Real Estate Services LP |
| Reliastar Life Insurance Company | Selected Derivative Counterparty | Dreyfus, Ing. Enrique<br>ING Americas<br>ING Bank N.V.<br>ING Capital LLC<br>ING Clarion Capital, LLC<br>ING Investment Management<br>ING Realty Partners |
| Restaurant Associates | One of the Largest Holders of Trade Debt | Canteen Corp.<br>Compass Group USA Inc.<br>Compass Partners LLC<br>Compass Realty Partners, LLC<br>Compass Services, Inc.<br>Hospitality Homes<br>Hospitality Investments<br>Morrison Supply Company |
| Reynolds American Defined Benefit Master Trust | Selected Derivative Counterparty | Reynolds Systems Inc. |
| Riversource Life Insurance Company<br><br>Riversource Life Insurance Company of New York | 50 Largest Bondholders<br><br>Selected Derivative Counterparty | American Express Company<br>American Express Financial Advisors, Inc.<br>IDS Trust Company<br>Riversource<br>Riversource Investments LLC |
| Rockefeller Center Management Corporation<br><br>Rockefeller Center North, Inc.<br><br>Rockefeller Group Development Corporation<br><br>Rock-Forty Ninth LLC, Rockefeller Center, et al. | Largest Holders of Trade Debt | IMS (Interest Making Service) Co., Ltd.<br>IMS Consultants, Inc.<br>IMS Consulting Ltd.<br>Izumi America, Inc.<br>Izumi Bio, Inc.<br>Izumi Ogawa<br>Izumibio<br>Marunouchi Clinic<br>Towa Industrial Co., Ltd<br>Yokohama Intelligent Corp.<br>Yokohama Kenshouen Co., Ltd |
| Royal Bank of Scotland | Committee Members | Citizens Bank and affiliates |
| SCP Worldwide I L.P. | Principal Investments | Scottrade, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Securities Investor Protection Corp. | Litigation Claimant | Securities Investors Protection Corp. |
| Security Life of Denver Insurance Company Inc. | Selected Derivative Counterparty | Security Life of Denver Insurance Company |
| Sempra Energy Solutions | Utilities | Cal Compact Landfill Steering Committee<br>Casmalia Resources Steering Committee<br>San Diego Gas & Electric Co.<br>Southern California Gas Co. |
| Sentinel Management Group, Inc. | Litigation Claimant | Sentinel Asset Management<br>Sentinel Insurance Company, Ltd. (Connecticut)<br>Sentinel Real Estate/John Streiker |
| Shinsei Bank Limited<br><br>Shinkin Central Bank | Committee Members; Largest Unsecured Creditors other than Bondholders | GE Consumer Finance Corp.<br>Shinkin Central Bank<br>Shinki Co., Ltd.<br>Shinsei Bank Ltd.<br>Showa Denko America, Inc.<br>Showa Leasing (U.S.A.) Inc.<br>Showa Leasing Co., Ltd. |
| Sidley Austin Brown & Wood LLP | Largest Unsecured Creditors other than Bondholders; Professionals Retained by the Company | Sidley Austin Brown & Wood LLP |
| Sills Cummis Epstein & Gross P.C. | Professionals Retained by the Company | Sills Cummis Epstein & Gross |
| Sola Ltd. Royal Bank of America | Litigation Claimant | Sola Ltd |
| Sonnenschein Nath & Rosenthal | Professionals Retained by the Company | Sonnenschein, Nath & Rosenthal LLP |
| Southern California Edison Company | Selected Derivative Counterparty | Southern California Edison |
| Standard & Poor's Corp. | One of the Largest Holders of Trade Debt | Standard & Poor's Rating Services<br>Standard & Poor's Securities Evaluations |
| Standard Chartered Bank | Largest Unsecured Creditors other than Bondholders | Standard Chartered Bank<br>Standard Chartered Bank (Hong Kong) Ltd. |
| State Street Bank and Trust | Litigation Claimant | State Street Bank and Trust and affiliates |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Storage Technology Corp. | One of the Largest Holders of Trade Debt | Sun Microsystems Computer Corp. Sun Microsystems, Inc. |
| Sun Life Assurance Co. of Canada | 50 Largest Bondholders | MFS Fund Distributors, Inc. MFS Investment Management Sun Life Assurance Company of Canada Sun Life Assurance Company of Canada (US) Sun Life Financial Sun Life Insurance and Annuity Company of New York Sun Life Insurance Company |
| Sunamerica Life Insurance Company | Selected Derivative Counterparty | SunAmerica Life Insurance Company |
| Sungard Securities Finance Ltd. | One of the Largest Holders of Trade Debt | Sungard Data Systems, Inc. |
| Sunrise Finance Co., Ltd. | Related Entity | Sunrise Finance |
| Tac Americas, Inc. | One of the Largest Holders of Trade Debt | Square D |
| Tata Consultancy Services | Largest Holders of Trade Debt; Largest Unsecured Creditors other than Bondholders | TCS Fund |
| Teachers Insurance and Annuity Association of America | 50 Largest Bondholders; Significant Leases | TIAA Global Markets, Inc. TIAA Structured Finance CDO TIAA Structured Finance CDO I TIAA-CREF TIAA-CREF Investment Management LLC |
| Telwares, Inc. | Significant Leases | TSL Holdings, Inc. |
| Thayer Group Limited Thayer Properties (Jersey) Ltd. Thayer Properties Limited | Related Entities | Thayer Interactive Group |
| Thomson Financial | One of the Largest Holders of Trade Debt | Reuters America, Inc. Thomson Financial Thomson MDC (Master Data Center) Thomson U.S. Holdings Inc. |
| Thrivent Financial for Lutherans | 50 Largest Bondholders | Thrivent Financial for Lutherans Thrivent Investment Management |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| TransAmerica Financial Life Ins. Co.<br><br>TransAmerica Life Ins. Co.<br>TransAmerica Occidental Life Ins. Co. | Selected Derivative Counterparty<br><br>50 Largest Bondholders<br>Selected Derivative Counterparty | TransAmerica Financial Life Insurance Co.<br>TransAmerica Funds |
| University of Pittsburgh | Selected Derivative Counterparty | MPC<br>MPC Computers, LLC |
| Van Kampen Asset Management | 50 Largest Bondholders | Van Kampen Funds |
| Vanguard Group Incorporated | 50 Largest Bondholders | The Vanguard Group Inc. |
| Varel Funding Corp.<br>Varel International Ind., L.P. | Principal Investments | Estudio Beccar Varela |
| Western Asset Management Company | 50 Largest Bondholders | Western Asset Floating<br>Western Asset Management Company |
| Wexford Capital LLC | Member of Ad Hoc or Unofficial Creditors' Committees | Wexford Capital |
| William Gordon | Officer | William J.J. Gordon Trust<br>William Phillip Gordon |
| Willkie Farr & Gallagher LLP | Professionals Retained by the Company | Willkie Farr & Gallagher |
| Wombat Financial Software, Inc. | One of the Largest Holders of Trade Debt | Amex-Global LS Fund<br>NYSE Euronext |
| York Capital Management | Member of Ad Hoc or Unofficial Creditors' Committees | Anchorage Capital Master Offshore Ltd.<br>Bearingpoint Unsecured Creditors Committee<br>Caspian Capital Partners L.P.<br>Caspian Select Credit Master Fund Ltd.<br>Drawbridge Special Opportunities Advisors LLC<br>FCE Bank Bondholder Group<br>Fortress Credit Opportunities Advisors LLC<br>Highbridge Principal Strategies (UK) LLP<br>Kremikovtzi Ad Hoc Bondholder Committee<br>Longacre Fund Management LLC<br>Marathon Asset Management<br>Mariner Investment Group LLC<br>Monier Senior Lender Group<br>Precision Partners First Lien Lender Group<br>Sandell Asset Management Corp.<br>Third Point LLC<br>VAT Use York Capital Management N/H<br>FCE Bank Bondholder Group |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
| --- | --- | --- |
| | | York Arizona Office Associates, LP<br>York Capital<br>York Capital Group<br>York Capital Management<br>York International Corporation<br>York Long Point Associates, LP<br>York Moorpark |
| Zurich American Insurance Company | One of the 50 Largest Bondholders | ZCM Capital<br>Zurich American Insurance Company<br>Zurich American Insurance Group<br>Zurich Insurance Company<br>Zurich Insurance Company, Japan Branch |