# SCHEDULE 3

**Clients Currently Represented by Bingham
In Connection with the Lehman Chapter 11 Cases**[1]

Abdiel Capital Advisors LLC
Aetna Life Insurance Company
Anadarko Petroleum Corporation
Appaloosa Investment L.P.
Arrowgrass Capital Partners LLP
The Baupost Group, L.L.C.
Bridgewater Associates
Cyrus Capital Partners, L.P.
Davidson Kempner Capital Management LLC
Deutsche Bank AG
Elliott Associates L.P.
Evercore Trust Company, N.A.
Harbert Management Corporation
Harbinger Capital Partners
Icahn Capital L.P.
International Power America, Inc.
John Hancock Life Insurance Company
Lehman Brothers Real Estate Partners, L.P.
MacKay Shields, LLC
Massachusetts Mutual Life Insurance Company
Meister, Robert
Metropolitan Life Insurance Company
Mizuho Bank, Ltd.
Nicholas Advisors, Inc.
New York Life Investment Management LLC
Pioneer Investment Management USA
PPM America, Inc.
Promerica Hedge, LLC
Putnam Investments LLC
Radcliffe SPC, Ltd.
Silver Point Capital L.P.
Standard General L.P.
State Street Bank and Trust Co.
TIAA Global Markets, Inc.
Transamerica Asset Management Group
UBS AG
Wexford Capital LP

---

[1]    In addition to the entities described here, Bingham may also represent certain of the affiliates of such entities in connection with the Debtors' chapter 11 cases.