MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Amit K. Trehan

*Counsel to Société Générale and*
*Canadian Imperial Bank Commerce*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on July 31, 2009, I caused copies of the Limited Objection (the "Objection") to Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-143 for the Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors under Derivative Contracts to be served by facsimile upon (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq., Robert J. Lemons, Esq., and Sunny Singh, Esq.), (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), and (iii) Office of the United States Trustee, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

    I further certify that on July 31, 2009, I caused copies of the Objection to be served by first class mail upon (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq., Robert J. Lemons, Esq., and Sunny Singh, Esq.), and (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

    I further certify that on August 3, 2009, I caused copies of the Objection to be served by hand delivery upon (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

    I further certify that on July 31, 2009, I caused copies of the Objection to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York  
           August 3, 2009

                                                          /s/ James Hennessey  
                                                          James Hennessey