James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 230-8800

Craig Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

| **In re:** | **Chapter 11** |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2009, a true and correct copy of the *Joinder of Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. to Omnibus Objection of Derivative Counterparties to Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts* was served via first class mail upon the parties listed on the attached Service List.

Dated: New York, New York      /s/ James H. Millar
       August 3, 2009          James H. Millar (JM 6091)
                               WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                               399 Park Avenue, 31st Floor
                               New York, New York 10022
                               Telephone: (212) 230-8800

                               *Counsel for Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P.*

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
         Jacqueline Marcus, Esq.
*(Attorneys for the Debtors)*

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Riffkin, Esq.
         Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.
*(Attorneys for the Official Committee of Unsecured Creditors)*

US1DOCS 7251471v1