Lee S. Attanasio
Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

Counsel for Aircraft Finance Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, <u>et al.</u> | : Case No. 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sidley Austin LLP ("<u>Sidley</u>") appears as counsel to Aircraft Finance Trust ("AFT") in connection with the above-captioned cases and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), hereby requests that all notices given or required to be given in these cases, and copies of all papers or pleadings served or required to be served in these cases, be given to and served upon the following:

Andrew C. Quale, Jr., Esq.
Alan M. Unger, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5599 (fax)
(212) 839-5300 (tel)
aquale@sidley.com
aunger@sidley.com

Joseph Horgan
PHOENIX AMERICAN FINANCIAL SERVICES, INC.
2401 Kerner Boulevard
San Rafael, CA  94901
(415) 485-4522 (fax)
(415) 485-4546 (tel)
jhorgan@phxa.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these cases and any proceedings therein, whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) AFT's rights to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) AFT's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) AFT's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, and rights of setoff or recoupment to which AFT is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, and rights of setoff and recoupment AFT expressly reserves.

Dated: New York, New York
July 31, 2009

        SIDLEY AUSTIN LLP

        By: /s/ Lee A. Attanasio
        Lee S. Attanasio
        Alex R. Rovira
        SIDLEY AUSTIN LLP
        787 Seventh Avenue
        New York, NY 10019
        (212) 839-5599 (fax)
        (212) 839-5300 (tel)

        *Counsel to Aircraft Finance Trust*