# Exhibit C

## FORECLOSURE REPORT
By
**Premium Title Services, Inc.**

**Loan No:** 40908915

**Premium's File No:** 0774060439-NY

**Search Effective Date:** December 30, 2007

**Report prepared for:** Shapiro Dicaro LLP.

**Property Address:** 87-16 95th Avenue Ozone Park, NY 11416

**Lien Position:** 1st.

**Title is Vested in:** Jose Olivo, by that Bargain and Sale Deed Grantor's Acts dated on March 9, 2007 and recorded on March 27, 2007, as Document No. 2007000158607, of the Queens County Records.

**Mortgagors:** Jose Olivo.

**The public records show the property subject to the following:**

**Subject Mortgage:** That Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage Inc., A Delaware Corporation., dated March 9, 2007, and recorded on March 27, 2007, as Document No. 2007000158608, (given to secure the original principal amount of $381,600.00).

**Other Encumbrances:** That Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage Inc., A Delaware Corporation, dated March 9, 2007, and recorded on March 27, 2007, as Document No. 2007000158609, (given to secure the original principal amount of $95,400.00).

That Judgment in favor of Criminal Court City Of New York, recorded on September 24, 1998, as Document No. DO16576/98, in the amount of $25.00, plus costs and interest, if any.

That Judgment in favor of NY State Dept Of Taxation and Finance, recorded on October 15, 2003, as Document No. C9702318000004, in the amount of $2,700.00, plus costs and interest, if any.

That Judgment in favor of Criminal Court City Of New York, recorded on February 26, 2004, as Document No. 2002QN015054, in the amount of $130.00, plus costs and interest, if any.

That Judgment in favor of NY State Dept Of Taxation and Finance, recorded on April 20, 2004, as Document No. C9702318000005, in the amount of $2,800.00, plus costs and interest, if any.

That Judgment in favor of NY State Dept Of Taxation and Finance, recorded on December 14, 2004, as Document No. C9702318000006, in the amount of $3,400.00, plus costs and interest, if any.

That Judgment in favor of NY State Dept Of Taxation and Finance, recorded on September 27, 2005, as Document No. C9702318000007, in the amount of $4,100.00, plus costs and interest, if any.

That Judgment in favor of NY State Dept Of Taxation and Finance, recorded on January 17, 2007, as Document No. C9702318000008, in the amount of $4,397.22, plus costs and interest, if any.

Please find the attached Parking Violations Judgement.

Please find the attached Transit Adjudication Bureau Judgments.

**Tax ID #:** 9025-6.

**Tax Information:**

2007-08 1st Quarter Taxes are due and payable in the estimated amount of $562.55.

2007-08 2nd Quarter Taxes are due and payable in the estimated amount of $549.93.

2007-08 3rd Quarter Taxes are due on January 31, 2008.

2007-08 4th Quarter Taxes are due on April 30, 2008.

Taxes for the year 2006-07 are paid.

**Legal Description:**

ALL that certain plot piece or parcel of land with the buildings and improvements thereon erected, situate lying and being in the Fourth Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of 95th Avenue (formerly University Place) distant fifty (50) feet westerly from the corner formed by the intersection of the southerly side of 95th Avenue with the westerly side of 88th Street (formerly Park Place)

THENCE southerly parallel with 88th Street, on hundred (100) feet;

THENCE westerly parallel with 95th Avenue; eighteen (18) feet;

THENCE northerly parallel with 88th Street and part of the distance through a party wall, one hundred (100) feet to the southerly side of 95th Avenue and;

THENCE easterly along the southerly side of 95th Avenue eighteen (18) feet to the point or place of BEGINNING.

**HOA or Condo Association Information:** N/A

**End of Report.**