# Exhibit D

## OCWEN REALTY ADVISORS

| File # 40908915 | Date | 05/07/2009 |
|---|---|---|
| Order # 40908915_1 | Date Ordered | 5/4/2009 |

**THIS BROKERS PRICE OPINION IS INTENDED FOR USE BY OCWEN REALTY ADVISORS FOR INTERNAL PURPOSES ONLY.**

### SUBJECT

| | | | |
|---|---|---|---|
| Property Address 87-16  95th Avenue | City Ozone Park | State NY  Zip Code 11416 | County Queens |
| Borrower Jose Olivo | Project Type [ ] PUD | [ ] Condominium | Assessed Value $ |
| APN/Legal Desc. | | | |
| Is the property currently listed? [ ] Yes [X] No | Current/Prior Subject Property Listing: Price | Date | |
| Current Listing Agent | Agency Phone # | | |

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not factors.

| Location | [X] Urban | [ ] Suburban | [ ] Rural | Property values | [ ] Increasing | [X] Stable | [X] Declining |
|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/supply | [ ] Shortage | [X] In balance | [X] Over supply |
| Growth rate | [ ] Rapid | [ ] Stable | [X] Slow | Marketing time | [ ] Under 3 mos. | [ ] 3-6 mos. | [X] Over 6 mos. |

| | | | |
|---|---|---|---|
| Appreciation/Depreciation over past year: -15.00 % | No. of Active Listings in Neighborhood: 62 | | Vacancy Rate: 0-5% |
| Neighborhood Sale Prices range from: 252,000.00 to $ 600,000.00 | Listing Prices range from 284,000.00 to $ 569,000.00 | | |
| Predominant Occupancy: [ ] Owner [X] Tenants | Estimate # in Neighborhood: Vacant/Boarded 18 | | REO Listings 16 |

### SITE IMPROVEMENTS

| | |
|---|---|
| Property Type Two-to-Four unit Residence  No. of Stories 2  Type (Det./Att.) Attached  Occupant: [X] Owner  [ ] Tenant  [ ] Vacant | |
| Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes  [ ] No  Manufactured Housing [ ] Yes [X] No | |
| Are Subject Improvements impacted by: [ ] Fire [ ] Vandalism [ ] Condemnation [ ] Environmental Hazards [ ] Flooding | |

### SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | SALE 1 | SALE 2 | SALE 3 |
|---|---|---|---|---|
| Address 87-16  95th Avenue | | 95-14 88 Street | 95-08 89 St | 95-11 89 St |
| City | Ozone Park | Ozone Park | Ozone Park | Ozone Park |
| State | NY | ny | ny | ny |
| Zip Code | 11416 | 11416 | 11416 | 11416 |
| Proximity to Subject | | 0.02 | 0.06 | 0.07 |
| Original List Price | $ | $ 409,000.00 | $ 399,000.00 | $ 325,000.00 |
| List Price When Sold | $ | $ 339,000.00 | $ 379,000.00 | $ 289,000.00 |
| Sale Price | $ | $ 319,000.00 | $ 357,000.00 | $ 252,000.00 |
| Price/Gross Living Area | $ | $ 209.87 | $ 275.46 | $ 175.00 |
| Date of Sale | | 03/18/2009 | 12/10/2008 | 03/05/2009 |
| Days on Market | | 168 | 179 | 184 |
| Data & Verif. Sources | Geodata | Geodata | geoData | Geodata |
| Sales or Financing | | none | none | none |
| Concessions | | na | na | na |
| REO/Foreclosure | | Yes | Yes | Yes |
| Location/ Subdivision | Urban | Urban | Urban | Urban |
| Lot Size | 0.04 | .04acre | 0.03 | 0.06 |
| Landscaping | Minimal | Minimal | Minimal | Minimal |
| View | Typical | Typical | Typical | Typical |
| Land Value | $ 77,000.00 | $ 90,000.00 | $ 73,000.00 | $ 89,300.00 |
| # of Units | 2 | 2 | 2 | 2 |
| Design (Style) | Colonial | Colonial | Colonial | Colonial |
| Actual Age (Yrs.) | 107.00 | 107.00 | 103.00 | 88.00 |
| Condition | Average | Average | Average | Average |
| Above Grade | Total 6  Bdms 3  Baths 1.00 | Total 7  Bdms 3  Baths 2.00 | Total 6  Bdms 3  Baths 2.00 | Total 6  Bdms 3  Baths 2.00 |
| Room Count | | | | |
| Gross Living Area | 1,280.00  Sq. Ft. | 1,520.00  Sq. Ft. | 1,296.00  Sq. Ft. | 1,440.00  Sq. Ft. |
| Basement and Finished | 640 | 760 | 648 | 720 |
| Rooms Below Grade | none | none | none | none |
| Garage/Carport | None | None | None | None |
| Other Amenities | | | | |
| Date of Prior Sales | | | | |
| Price of Prior Sales | $ | $ | $ | $ |
| Indicate Property Most Comparable to Subject (Check one) | | [ ] | [X] | [ ] |

Reason for selecting most comparable sale:

OBPO 582006

| LISTING COMPARISON ANALYSIS | | | | |
|---|---|---|---|---|
| FEATURE | SUBJECT | LISTING 1 | LISTING 2 | LISTING 3 |
| Address | 87-16 95th Avenue | 97-17 81 St | 87-12 95 Ave | 97-12 84 St |
| City | Ozone Park | Ozone Park | Ozone Park | Ozone Park |
| State | NY | ny | ny | ny |
| Zip Code | 11416 | 11416 | 11416 | 11416 |
| Proximity to Subject | | 0.20 | 0.01 | 0.30 |
| Current List Price | $ | $ 284,000.00 | $ 299,000.00 | $ 425,000.00 |
| Current List Date | | 05/06/2009 | 05/06/2009 | 05/06/2009 |
| Original List Price | $ | $ 289,000.00 | $ 395,000.00 | $ 535,000.00 |
| Original List Date | | 03/16/2009 | 10/18/2008 | 10/08/2008 |
| Price/Gross Living Area | $ | $ 253.57 | $ 233.59 | $ 390.63 |
| Days on Market | | 49 | 198 | 208 |
| Data & Verif. Sources | Geodata | Geodata | Geodata | Geodata |
| REO/Foreclosure | | Yes | Yes | Yes |
| Location/Subdivision | Urban | Urban | Urban | Urban |
| Lot Size | 0.04 | 0.05 | 0.04 | 0.05 |
| View | Typical | Typical | Typical | Typical |
| Land Value | $ 77,000.00 | $ 71,000.00 | $ 75,700.00 | $ 87,000.00 |
| # of Units | 2 | 2 | 2 | 2 |
| Design (Style) | Colonial | Colonial | Colonial | Colonial |
| Actual Age (Yrs.) | 107.00 | 83.00 | 88.00 | 83.00 |
| Condition | Average | Average | Average | Average |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1.00 | Total 7 / Bdrms 4 / Baths 2.00 | Total 6 / Bdrms 3 / Baths 3.00 | Total 7 / Bdrms 4 / Baths 3.00 |
| Gross Living Area | 1,280.00 Sq. Ft. | 1,120.00 Sq. Ft. | 1,280.00 Sq. Ft. | 1,088.00 Sq. Ft. |
| Basement and Finished | 640 | 560 | 640 | 542 |
| Rooms Below Grade | none | none | none | none |
| Garage/Carport | None | Attached 1-Car | None | Attached 1-Car |
| Other Amenities | | | | |
| Date of Prior Sales | | | | |
| Price of Prior Sales | $ | $ | $ | $ |
| Indicate Property Most Comparable to Subject (Check one) | | ☐ | ☒ | ☐ |

Reason for selecting most comparable listing:
The subject and the sales comps are similar in size, style and location. The subject is inferior to comps 1 and 3 because they have a garage.

Explain all extraordinary characteristics of subject property, comparable sales and listings:
The subject property, sales and listing comps are common to the area.

| Evaluator's Opinion of Value | Low $ 359,000.00 High $ 409,000.00 | Normal Marketing Time of 121-180 days. | Evaluator's Opinion of Value | Low $ 279,000.00 High $ 309,000.00    30 Day Marketing Time |
|---|---|---|---|---|
| Date Completed: 05/07/2009 | | Evaluator's Name: Sterling E Palmer | Phone Number: (718) 291-4442 | |
| Broker's Years of Experience 19.00 | | Broker's Distance to Subject 2.00 | License Number: 37pa0732720 | |

OBPO 582006

## SUPPLEMENTAL ADDENDUM

File # 40908915

| Probable Sale Price | 90-Day Marketing Time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As Is | 379,000.00 | 385,000.00 | 409,000.00 |
| Comments: (Describe your marketing strategy and reasons for As Is recommendation) | | | |

BPOSA 442006

**SUBJECT PROPERTY PHOTO ADDENDUM**

| Borrower: | Jose Olivo | | File No.: | 40908915 |
|---|---|---|---|---|
| Property Address: 87-16  95th Avenue | | | Case No.: 40908915  1 | |
| City: | Ozone Park | State: NY | | Zip: 11416 |
| Lender: | | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date:
Appraised Value: $



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | | |
|---|---|---|
| Borrower: | Jose Olivo | File No.: 40908915 |
| Property Address: 87-16  95th Avenue | | Case No.: 40908915_1 |
| City: | Ozone Park | State: NY | Zip: 11416 |
| Lender: | | |



**COMPARABLE SALE #1**

95-14 88 Street

Sale Date:
Sale Price: $ 319,000.00



**COMPARABLE SALE #2**

Sale Date:    12/10/2008
Sale Price: $ 357,000.00



**COMPARABLE SALE #3**

95-11 89 St

Sale Date:    03/05/2009
Sale Price: $  252,000.00