# Exhibit B

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2008070100559001001E486B |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2008070100559001   **Document Date:** 06-16-2008   **Preparation Date:** 07-01-2008
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>mcenti@webtitle.us | WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>mcenti@webtitle.us |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 10205 | 26 | Entire Lot | 167-02 111TH AVENUE |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
CRFN: 2007000249847

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MERS, INC., AS NOMINEE<br>3300 SW 34 AVENUE, SUITE 101<br>OCALA, FL 34474 | WELLS FARGO BANK, N.A., AS TRUSTEE<br>1661 WORTHINGTON ROAD, SUITE 100<br>WEST PALM BEACH, FL 33409 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    07-07-2008 11:58
City Register File No.(CRFN):
2008000267799

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2008070100559001001E486B |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|
| **Document ID:** 2008070100559001   Document Date: 06-16-2008 | Preparation Date: 07-01-2008 |

Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>mcenti@webtitle.us | WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>mcenti@webtitle.us |

JUL 02 2008

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 10205 | 26 | Entire Lot | 167-02 111TH AVENUE |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
CRFN: 2007000249847

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MERS, INC., AS NOMINEE<br>3300 SW 34 AVENUE, SUITE 101<br>OCALA, FL 34474 | WELLS FARGO BANK, N.A., AS TRUSTEE<br>1661 WORTHINGTON ROAD, SUITE 100<br>WEST PALM BEACH, FL 33409 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2008070100559001001C4AEB |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 4 |
|---|---|---|
| **Document ID:** 2008070100559001 | Document Date: 06-16-2008 | Preparation Date: 07-01-2008 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**PARTIES**
**ASSIGNOR/OLD LENDER:**
BNC MORTGAGE, INC.
3300 SW 34 AVENUE, SUITE 101
OCALA, FL  34474

O8-073033

Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

## ASSIGNMENT OF MORTGAGE
## NEW YORK

This ASSIGNMENT OF MORTGAGE is made and entered into as of this ___16___ day of ___June___, 2008, from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, whose address is 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, as nominee for BNC MORTGAGE, INC. its successors and assigns, ("Assignor) to **WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI** whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the County Recorder of **QUEENS** County, State of **NEW YORK**, as follows:

Borrower: DHANKUMARI SINGH
Lender: _Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc._
OPB: $ 237,312.00
Document Date: MARCH 26, 2007
Date Recorded: ___5/14/07___
Instrument Number: _2007000249847_
Book/Volume/Docket/Liber/Reel: _____
Page/Folio: _____
Property Address: 167-02 111TH AVE., JAMAICA, NY
Property described as follows:

*BLOCK:* **10205**    *LOT:* **26**

TOGETHER with the bond or note(s) or obligation(s) described or referred to, in said mortgage and the moneys due and to grow due thereon, with the interest and attorney's fees and all other charges, TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

If this loan is secured by an interest in a cooperative Apartment, Assignor hereby assigns all of its right, title and interest in and to the Assignment of Lease and Stock Power executed by the borrower(s) in conjunction with the loan.

This Assignment is not subject to the requirement of section two hundred seventy-five (275) of the Real Property Law because it is an assignment within the secondary mortgage market.

This Assignment is made without warranty, express or implied, and without recourse to the Assignor in any event whatsoever.

Dated: 6/16/08

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**ACTING SOLELY AS NOMINEE FOR BNC MORTGAGE, INC.**

BY: _____

NAME: Scott Anderson

TITLE: Vice President


STATE OF FLORIDA        }
                        } SS.
COUNTY OF PALM BEACH    }


On the 16TH day of JUNE, in the year 2008, before me, the undersigned, personally appeared Scott Anderson, of 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual(s) or person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the county of Palm Beach, State of Florida.

Witness my hand and official seal.

_____
Notary - State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Leticia N. Arias
Commission # DD737904
Expires: NOV. 29, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

SEAL

MIN: 100122200003107338                                    MERS Ph.#: (888) 679 – 6377