# Exhibit D

## OCWEN REALTY ADVISORS

File # 40906240  
Order # 40906240_1  
Date 05/05/2009  
Date Ordered 5/4/2009

**THIS BROKERS PRICE OPINION IS INTENDED FOR USE BY OCWEN REALTY ADVISORS FOR INTERNAL PURPOSES ONLY.**

### SUBJECT

Property Address 167-02 111th Avenue    City Jamaica    State NY    Zip Code 11433    County Queens  
Borrower Dhankumari Singh    Project Type [X] PUD    [ ] Condominium    Assessed Value $ 160,000.00  
APN/Legal Desc. 451020526  
Is the property currently listed? [ ] Yes [X] No    Current/Prior Subject Property Listing: Price    Date  
Current Listing Agent    Agency Phone #

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not factors.

| | | | | | | |
|---|---|---|---|---|---|---|
| Location | [X] Urban | [ ] Suburban | [ ] Rural | Property values | [ ] Increasing | [ ] Stable | [X] Declining |
| Built up | [ ] Over 75% | [ ] 25-75% | [X] Under 25% | Demand/supply | [ ] Shortage | [ ] In balance | [X] Over supply |
| Growth rate | [ ] Rapid | [ ] Stable | [X] Slow | Marketing time | [ ] Under 3 mos. | [ ] 3-6 mos. | [X] Over 6 mos. |

Appreciation/Depreciation over past year: -14.00 %    No. of Active Listings in Neighborhood: 75    Vacancy Rate: 5-10%  
Neighborhood Sale Prices range from: 150,000.00 to $ 700,000.00    Listing Prices range from: 150,000.00 to $ 699,999.00  
Predominant Occupancy: [X] Owner [ ] Tenants    Estimate # in Neighborhood: Vacant/Boarded 50    REO Listings 50

### SITE IMPROVEMENTS

Property Type Single Family Residence    No. of Stories 2    Type (Det./Att.) Detached    Occupant: [ ] Owner [X] Tenant [ ] Vacant  
Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes [ ] No    Manufactured Housing [ ] Yes [X] No  
Are Subject Improvements impacted by: [ ] Fire [ ] Vandalism [ ] Condemnation [ ] Environmental Hazards [ ] Flooding

### SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | SALE 1 | SALE 2 | SALE 3 |
|---|---|---|---|---|
| Address | 167-02 111th Avenue | 156-02 111th Avenue | 157-12 108TH Avenue | 164-12 104 Road |
| City | Jamaica | Jamaica | Jamaica | Jamaica |
| State | NY | Ny | NY | NY |
| Zip Code | 11433 | 11433 | 11433 | 11433 |
| Proximity to Subject | | 0.39 | 0.53 | 0.56 |
| Original List Price | $ | $ 160,000.00 | $ 178,000.00 | $ 185,000.00 |
| List Price When Sold | $ | $ 160,000.00 | $ 178,000.00 | $ 185,000.00 |
| Sale Price | $ | $ 160,000.00 | $ 178,000.00 | $ 185,000.00 |
| Price/Gross Living Area | $ | $ 126.98 | $ 141.38 | $ 143.52 |
| Date of Sale | | 04/29/2009 | 04/08/2009 | 04/24/2009 |
| Days on Market | | 120 | 120 | 120 |
| Data & Verif. Sources | MLS | MLS | Comps Inc | Comps Inc |
| Sales or Financing Concessions | unknown 0 | unknown 0 | unknown 0 | unknown 0 |
| REO/Foreclosure | | Yes | Yes | Yes |
| Location/ Subdivision | Urban No | Urban No | Urban No | Urban No |
| Lot Size | 2,500.00 | 2,225.00 | 2,509.00 | 2,620.00 |
| Landscaping | Minimal | Minimal | Minimal | Minimal |
| View | Typical | Typical | Typical | Typical |
| Land Value | $ 96,885.00 | $ 94,500.00 | $ 96,700.00 | $ 975,450.00 |
| # of Units | 1 | 1 | 1 | 1 |
| Design (Style) | Colonial | Colonial | Colonial | Colonial |
| Actual Age (Yrs.) | 84.00 | 84.00 | 89.00 | 84.00 |
| Condition | Fair | Fair | Fair | Fair |
| Above Grade Room Count | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 |
| Gross Living Area | 1,264.00 Sq. Ft. | 1,260.00 Sq. Ft. | 1,259.00 Sq. Ft. | 1,289.00 Sq. Ft. |
| Basement and Finished Rooms Below Grade | 150 1 | 150 1 | 150 1 | 150 1 |
| Garage/Carport | None | None | None | None |
| Other Amenities | None | None | None | None |
| Date of Prior Sales | | 04/29/2009 | 04/08/2009 | 04/24/2009 |
| Price of Prior Sales | $ | $ 160,000.00 | $ 178,000.00 | $ 185,000.00 |
| Indicate Property Most Comparable to Subject (Check one) | | [X] | [ ] | [ ] |

Reason for selecting most comparable sale:  
All comps similar in gla, sqft, style and effective age. Single family home in urban neighborhood, close to all amenities. Comparables are in an REO driven area.

## LISTING COMPARISON ANALYSIS

| FEATURE | SUBJECT | LISTING 1 | LISTING 2 | LISTING 3 |
|---|---|---|---|---|
| Address | 167-02 111th Avenue | 164-57 109th Ave | 160-03 108th Avenue | 128-36 147th St |
| City | Jamaica | Jamaica | Jamaica | Jamaica |
| State | NY | Ny | NY | NY |
| Zip Code | 11433 | 11433 | 11433 | 11433 |
| Proximity to Subject | | 0.48 | 0.47 | 0.69 |
| Current List Price | $ | $ 159,000.00 | $ 170,000.00 | $ 189,000.00 |
| Current List Date | | 04/27/2009 | 03/23/2009 | 02/11/2009 |
| Original List Price | $ | $ 159,000.00 | $ 170,000.00 | $ 189,000.00 |
| Original List Date | | 04/27/2009 | 03/23/2009 | 02/11/2009 |
| Price/Gross Living Area | $ | $ 132.50 | $ 130.77 | $ 140.00 |
| Days on Market | | 9 | 60 | 95 |
| Data & Verif. Sources | MLS | MLS | MLS | MLS |
| REO/Foreclosure | | Yes | Yes | Yes |
| Location/ | Urban | Urban | Urban | Urban |
| Subdivision | No | No | No | No |
| Lot Size | 2,500.00 | 2,500.00 | 2,500.00 | 2,000.00 |
| View | Typical | Typical | Typical | Typical |
| Land Value | $ 96,885.00 | $ 94,500.00 | $ 96,750.00 | $ 96,900.00 |
| # of Units | 1 | 1 | 1 | 1 |
| Design (Style) | Colonial | Colonial | Colonial | Colonial |
| Actual Age (Yrs.) | 84.00 | 79.00 | 94.00 | 64.00 |
| Condition | Fair | Fair | Fair | Fair |
| Above Grade Room Count | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 | Total 6 / Bdms 3 / Baths 1.00 |
| Gross Living Area | 1,264.00 Sq. Ft. | 1,200.00 Sq. Ft. | 1,300.00 Sq. Ft. | 1,350.00 Sq. Ft. |
| Basement and Finished Rooms Below Grade | 150 / 1 | 100 / 1 | 150 / 1 | 150 / 1 |
| Garage/Carport | None | None | None | None |
| Other Amenities | None | None | None | None |
| Date of Prior Sales | | 04/27/2009 | 03/23/2009 | 02/11/2009 |
| Price of Prior Sales | $ | $ 159,000.00 | $ 170,000.00 | $ 189,000.00 |
| Indicate Property Most Comparable to Subject (Check one) | | ☐ | ☒ | ☐ |

Reason for selecting most comparable listing:
All comps similar in gla, sqft, style and effective age. Single family home in urban neighborhood, close to all amenities. Comparables are in an REO driven area.

Explain all extraordinary characteristics of subject property, comparable sales and listings:
According to compatible research comp values are based on current market condition and fair market value. Comparables are in an REO driven area.

| Evaluator's Opinion of Value | Low $ 160,000.00 High $ 180,000.00 | Normal Marketing Time of 121-180 days. | Evaluator's Opinion of Value | Low $ 135,000.00 High $ 160,000.00  30 Day Marketing Time |
|---|---|---|---|---|
| Date Completed: 05/05/2009 | Evaluator's Name: Lucille Yulo | | Phone Number: (516) 318-2035 | |
| Broker's Years of Experience 3.00 | | Broker's Distance to Subject 8.00 | License Number: 10401210038 | |

## SUPPLEMENTAL ADDENDUM

File # 40906240

| Probable Sale Price | 90-Day Marketing Time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As Is | 160,000.00 | 160,000.00 | 160,000.00 |

Comments: (Describe your marketing strategy and reasons for As Is recommendation)

Priced according to current market condition and based on REO driven area.

**SUBJECT PROPERTY PHOTO ADDENDUM**

| Borrower: | Dhankumari Singh | File No.: | 40906240 |
|---|---|---|---|
| Property Address: | 167-02 111th Avenue | Case No.: | 40906240_1 |
| City: | Jamaica | State: NY | Zip: 11433 |
| Lender: | | | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date:
Appraised Value: $



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: | Dhankumari Singh | | File No.: | 40906240 |
|---|---|---|---|---|
| Property Address: | 167-02 111th Avenue | | Case No.: | 40906240_1 |
| City: | Jamaica | State: NY | Zip: | 11433 |
| Lender: | | | | |



**COMPARABLE SALE #1**

156-02 111th Avenue

Sale Date: 04/29/2009
Sale Price: $ 160,000.00



**COMPARABLE SALE #2**

157-12 108TH Avenue

Sale Date: 04/08/2009
Sale Price: $ 178,000.00



**COMPARABLE SALE #3**

164-12 104 Road

Sale Date: 04/24/2009
Sale Price: $ 185,000.00

| Borrower: | Dhankumari Singh | | File No.: | 40906240 |
| Property Address: | 167-02 111th Avenue | | Case No.: | 40906240_1 |
| City: | Jamaica | State: NY | Zip: | 11433 |
| Lender: | | | | |



**LOCATION MAP**

| Borrower: | Dhankumari Singh | File No.: | 40906240 |
| Property Address: | 167-02 111th Avenue | Case No.: | 40906240_1 |
| City: Jamaica | | State: NY | Zip: 11433 |
| Lender: | | | |

