Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Wachovia Bank, National Association
and its affiliates and Evergreen Investment
Management Company, LLC, acting as agent for
various funds.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
**In re**                                                       :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                :    08-13555 (JMP)
                                                                :
    **Debtors.**                                                :    (Jointly Administered)
                                                                :
                                                                :    **CERTIFICATE OF SERVICE**
-----------------------------------------------------------------x

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   On the 31st of July 2009, the Objection of Wachovia to Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures and Joinder of the Objections of The Royal Bank of Scotland and D.E. Shaw, dated July 31, 2009 was served by facsimile upon:

| Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
|---|---|---|---|
| Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |

Dated:  New York, New York
August 3, 2009

s/Richard V. Conza
Richard V. Conza