UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*

                    Debtors.

------------------------------------------------------------x

Chapter 11
Case No.: 08-13555 (JMP)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             )  ss.:
COUNTY OF NEW YORK )

      Louis Costanzo being duly sworn, hereby deposes and says:

      1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

      2.     On the 31st day of July, 2009, I served a true and correct copy of the Joinder of Dell Global B.V. to the Objection of Consolidated Container Company LLC to Debtors' Motion for an Order Pursuant to Sections 105(A) of the bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Resolution Procedures for Affirmative Claims of Debtors under Derivative Contracts (Docket No. 4568) upon the following parties:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori Fife, Esq.
        Robert J. Lemons, Esq.
        Sunny Singh, Esq.

Office of the US Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

 Attn: Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Rifkin, Esq.
        Tracy Hope David, Esq.

LEGAL02/31436347v1

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

     by enclosing true copies of same in properly addressed prepaid envelopes and depositing those envelopes with an official depository of the United States Postal Service within the State of New York.

Sworn to before me this
31st day of July 2009

_____             _____
Notary Public                                         Louis Costanzo

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20__