David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | ) Case No. 08-13555 (JMP) |
| Debtor. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | :ss.: |
| COUNTY OF NEW YORK | ) |

JOHN L. FULLER, being duly sworn, deposes and says:

1.     I am over 18 years of age, not a party to this action, and am a resident of

the State of New York

2.     On July 31, 2009, I electronically filed the following document:

-     *Joinder of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. in Certain
Objections to Debtors' Motion Pursuant to Section 105(a) of the
Bankruptcy Code and General Order M-143 for Authorization to
Implement Alternative Dispute Resolution Procedures for Affirmative
Claims of Debtors Under Derivative Contracts*

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing

to be sent to the parties at the e-mail addresses listed on the attached service list.

3448081v.1

3.    On July 31, 2009, I served the above document upon the following via

overnight courier (Federal Express), directed to them at the addresses below:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.

4.    On August 3, 2009, I caused a true copy of the above document to be

served via hand delivery upon the following at the address indicated below:

OFFICE OF THE UNITED STATES TRUSTEE
 FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whithall Street
21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.

JOHN L. FULLER

Sworn to before me this
3rd day of August, 2009

Notary Public

CHRISTINA I. BELANGER
NOTARY PUBLIC, State of New York
No. 01BE-4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 2013

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Luma Al-Shibib on behalf of Creditor Qwest Corporation and Qwest Communications
Corporation
lalshibib@reedsmith.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
aalfonso@kayescholer.com,
daniel.bloom@kayescholer.com;rcappiello@kayescholer.com;gjeanlouis@kayescholer.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@csgrr.com, e_file_sd@csgrr.com

D. Sam Anderson on behalf of Trustee Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, angelich.george@arentfox.com;lane.katie@arentfox.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Rick Antonoff on behalf of Unknown Embarcadero Aircraft Securitization Trust
rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead on behalf of Creditor Global Thematic Opportunities Fund LP, Panton Master
Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and
Turnberry Leveraged Credit Master Fund, L.P.
ashmead@sewkis.com

Lauren Attard on behalf of Creditor Banco Popular Espanol, S.A.
lattard@kayescholer.com, lattard@kayescholer.com;rrotman@kayescholer.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Donald M. Badaczewski on behalf of Interested Party Russell Investment Group, Inc.
donald.badaczewski@dechert.com

Helen Ball on behalf of Creditor Wellmont Health System
hball@ba-boult.com, mtaylor@ba-boult.com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf.com

Elizabeth Banda on behalf of Creditor Arlington ISD
ebanda@pbfcm.com

David M. Banker on behalf of Creditor Midwest Independent System Operator
dbanker@lowenstein.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

David L. Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc.
batista007@aol.com

Ronald Scott Beacher on behalf of Creditor Silver Point Capital, LP
rbeacher@daypitney.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc.
sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Creditor International Business Machines Corporation
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@morganlewis.com

Evan J. Benanti on behalf of Defendant State Street Bank & Trust Company
evan.benanti@bingham.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw.net

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Mark N. Berman on behalf of Creditor Metropolitan Transportation Authority
mberman@nixonpeabody.com

Scott Howard Bernstein on behalf of Creditor CATOC VIDA, Sociedad Anonima de Seguros
sbernstein@hunton.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as
Indenture Trustee
dbleck@mintz.com

Michael V. Blumenthal on behalf of Creditor ICAP North America Inc., and its various Affilated
Entities
mblumenthal@crowell.com

Anthony D. Boccanfuso on behalf of Interested Party Danske Bank A/S
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, cmanthei@curtis.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Martin G. Bunin on behalf of Trustee/Not Bankrupt Bank of America, National Association
successor by merger with LaSalle Bank National Association
marty.bunin@alston.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com

Aaron R. Cahn on behalf of Unknown GFI Group, Inc
cahn@clm.com

Carollynn H.G. Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com;mcosbny@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital, Inc.
dcampbell@ghclaw.com

Matthew Allen Cantor on behalf of Interested Party Normandy Hill Capital, L.P.
info2@normandyhill.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Roy H. Carlin on behalf of Unknown PT Bank Negara Indonesia
carlin@thshlaw.com, litpara2@thshlaw.com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
icatto@kirkland.com

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com, schapman@willkie.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Eugene J. Chikowski on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO., INC.
eugene.chikowski@flastergreenberg.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark on behalf of Creditor Exegy Incorporated
dclark@stinson.com, cscott@stinson.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Ronald L. Cohen on behalf of Creditor Breen Investors International Fund, LP
cohenr@sewkis.com

Hollace T. Cohen on behalf of Unknown RWE Supply & TradingGmbH
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association,
Inc.
joshua.cohn@allenovery.com, kurt.vellek@allenovery.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com, bethany.kriss@allenovery.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd.
pcollins@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc.
ccombest@quarles.com, fbf@quarles.com

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Jeffrey Costell on behalf of Creditor Easton Investments II
jlc@costell-law.com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc.
pcostello@bbslaw.com, Timothe@bbslaw.com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
dcrichlow@pillsburywinthrop.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino on behalf of Creditor Avaya Inc.
vdagostino@lowenstein.com, jbecht@lowenstein.com

Robert K. Dakis on behalf of Creditor Committee Official Committee of Unsecured Creditors
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

George A. Davis on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
wendy.kane@cwt.com;michael.schrader@cwt.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@csgrr.com, e_file_sf@csgrr.com

Paul R. DeFilippo on behalf of Plaintiff Sola Ltd.
pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

Frank Dell'Amore on behalf of Creditor State Bank of Long Island
fdellamore@jaspanllp.com

John Dellaportas on behalf of Creditor National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants
bdempsey@faegre.com, cwilds@faegre.com

Paul H. Deutch on behalf of Creditor Jason Wallace
paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Interested Party Carret P.T., L.P. #2
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida Power & Light Company
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com

Gianni Dimos on behalf of Creditor CPMG, Inc.
gianni.dimos@pillsburylaw.com

Christopher R. Donoho on behalf of Creditor Standard Chartered Bank
chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak on behalf of Creditor UBS AG
joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management, Inc.
mdorval@stradley.com

Amish R. Doshi on behalf of Creditor Oracle Corporation, BEA Systems, Inc., PeopleSoft USA,
Inc. and Siebel
adoshi@daypitney.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy on behalf of Unknown South Mississipi Electric Power Association and Coast
Electric Power Association
tduffy@andersonkill.com, dnolan@andersonkill.com

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Interested Party Asbury Atlantic, Inc.
dwdykhouse@pbwt.com;cbelanger@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann on behalf of Unknown Mobius Management Systems, Inc.
deggermann@kramerlevin.com,
mmakinde@kramerlevin.com;JPastarnack@KRAMERLEVIN.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Weston T. Eguchi on behalf of Creditor The Bank of Nova Scotia
weguchi@orrick.com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@state.mn.us

Martin Eisenberg on behalf of Unknown A.M. McGregor Home
Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekbergc@lanepowell.com, jagows@lanepowell.com

Robert F. Elgidely on behalf of Interested Party Chun Ip
relgidely@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com, basargent@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg on behalf of Creditor FXCM Holdings, LLC
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com

David Elrod on behalf of Unknown TransCanada Pipelines Limited
delrod@elrodtrial.com, jmoore@elrodtrial.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc.
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistlelaw.
com;jwhitman@entwistle-law.com;jporter@entwistle-law.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc.
farrisw@sullcrom.com

Michael S. Feldberg on behalf of Interested Party Barclays Capital, Inc.
michael.feldberg@newyork.allenovery.com,
laura.martin@newyork.allenovery.com;kurt.vellek@allenovery.com;lanier.saperstein@allenover
y.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
sfink@orrick.com, nymao@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fishere@butzel.com

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.
com

Robert M. Fleischer on behalf of Interested Party CD Representative, L.C.
rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group
Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox on behalf of Unknown McGuireWoods LLP
sfox@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and
Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Michael Friedman on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
mmyles@friedumspring.com

David M. Friedman on behalf of Interested Party BHCO Master Ltd
courtnotices@kasowitz.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com, astaltari@manatt.com;efrasiolas@manatt.com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco
Systems, Inc.
tgaa@bbslaw.com, catherine@bbslaw.com

Amanda J. Gallagher on behalf of Defendant Harrier Finance Limited, a.k.a. Rathgar Capital
Corporation
amanda.gallagher@linklaters.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp.
agiacobbe@zeklaw.com

Steven D. Ginsburg on behalf of Unknown GMAC LLC
sdg@adorno.com, ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc.
eglas@mccarter.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovi@skadden.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, pabelson@dl.com;jlevinepstein@dl.com

Peter S. Goodman on behalf of Unknown EPCO Holdings
PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually
and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.
lgranfield@cgsh.com,
maofiling;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;
skleinman@cgsh.com;Ira S. Greene on behalf of Interested Party Kraft Foods Inc.
isgreene@hhlaw.com, nduncan@hhlaw.com

Brian E. Greer on behalf of Unknown Dechert LLP
brian.greer@dechert.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor Dunn & Bradstreet
ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisjm@michigan.gov, holcombm@michigan.gov

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com, jdrew@curtis.com

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc.
diane.harvey@weil.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com,
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of
Nebraska
cheinrich@hslegalfirm.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

Jay S. Hellman on behalf of Plaintiff Ceradyne, Inc.
jsh@spallp.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman on behalf of Creditor Chevron Natural Gas
ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Jennifer B. Herzog on behalf of Unknown Marshall Funds, Inc. and Marshall & Ilsley Trust
Company, N.A.
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Plaintiff Carolina First Bank
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc.
hhume@bsfllp.com,
NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World
Markets Corp., and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

3448128v.1

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD.
ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Jennifer M. Jackson on behalf of Unknown Michigan State Housing Development Authority
jacksonj5@michigan.gov

Steve Jakubowski on behalf of Unknown Robert A. Schoellhorn Trust
sjakubowski@colemanlawfirm.com

Eric E. Johnson on behalf of Creditor National CineMedia
eric.johnson@hro.com, alicia.berry@hro.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

John E. Jureller on behalf of Creditor OMX Timber Finance Investments II, L.L.C.
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Interested Party Teva Hungary Pharmaceutical Marketing
Private Limited Company
wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc.
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc.
ekates@bakerlaw.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com, acummings@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor QVT Financial LP
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley on behalf of Creditor Merit Floors, Inc.
craig@kelleylawoffice.com, sarah@kelleylawoffice.com,dana@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor InfoSpace
kkelly@ebglaw.com, nyma@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc.
kellyjm@cooley.com

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
mkelly@willkie.com, maosbny@willkie.com

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
tomkent@paulhastings.com

Christopher K. Kiplok on behalf of Defendant Lehman Brothers Inc.
kiplok@hugheshubbard.com

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com, jkramer@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial,
Inc.
skohn@dl.com, lsaal@dl.com;jchubak@dl.com;haaronson@dl.com

Robert Kolodney on behalf of Creditor DiscoverReady LLC
rkolodney@kanekessler.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc.
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

3448128v.1

Bryan Krakauer on behalf of Defendant KBC Investments Limited
bkrakauer@sidley.com, emcdonnell@sidley.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado
Navigator Investimento No Exterior
richard.krasnow@weil.com,
richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Greg T. Kupniewski on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO., INC.
greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman on behalf of Unknown PJM Interconnection, L.L.C.
jkurtzma@klehr.com

Paul J. Labov on behalf of Creditor Pacific Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund,
L.P.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Suntrust Banks, Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Creditor Pietro Ferrero
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P.
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Francis J. Lawall on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas
Partnership
lawallf@pepperlaw.com

3448128v.1

James N. Lawlor on behalf of Unknown Sistema Universitario Ana G. Mendez
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M. LeMay on behalf of Creditor Amber Capital Investment Management
dlemay@chadbourne.com

Mark G. Ledwin on behalf of Unknown Hartford Investment Management Co.
mark.ledwin@wilsonelser.com

Robert J. Lemons on behalf of Plaintiff Lehman Brothers Special Financing Inc.
gillad.matiteyahu@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
slerner@ssd.com

Ira M. Levee on behalf of Unknown Factiva, Inc., Factiva Limited and Dow Jones & Company,
Inc.
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com;mfarbood@cravath.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess
Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Ian N. Levy on behalf of Creditor 4Kids Entertainment Inc.
ian.levy@kobrekim.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd.
mliberman@ebglaw.com, nyma@ebglaw.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebov on behalf of Interested Party Barclays Capital, Inc.
liebovd@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu on behalf of Creditor The Bank of New York Mellon
judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward J. LoBello on behalf of Attorney Blank Rome LLP, Attorneys for Liquid Engines, Inc.
elobello@blankrome.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Reliance Globalcom Services, Inc.
schnabel.eric@dorsey.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc.
jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc.
gebmaguire@debevoise.com, mao-ecf@debevoise.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.c
om;jamcadoo@pbnlaw.

Christopher J. Major on behalf of Creditor Clayton Fixed Income Services, Inc.
cmajor@rc.com, tgorrell@rc.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
raym@csgrr.com, e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com,
jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Interested Party BRM Group, Ltd.
lmarinuzzi@mofo.com

D. Ross Martin on behalf of Unknown Putnam Investments
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

3448128v.1

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
lehman.chapter11@davispolk.com

Daniel J. McGarry on behalf of Unknown Daniel McGarry
dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill on behalf of Creditor HCL America, Inc.
douglas.mcgill@dbr.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Michelle McMahon on behalf of Unknown Gotham Technology Group, LLC
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;
mark.c.smith@dlapiper.

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc.
msteen@daypitney.com

Robert N. Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
rmichaelson@klgates.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc.
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc.
harvey.miller@weil.com, garrett.fail@weil.com

Anne Miller-Hulbert on behalf of Creditor U.S. Bank National Association
ahulbert@logs.com

Kenneth M. Misken on behalf of Creditor Sprint Nextel Corporation and its affiliates d/b/a Sprint
kmisken@mcguirewoods.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc.
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com,
tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
morsej@hbdlawyers.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

Michael F. Murphy on behalf of Unknown Michigan State Housing Development Authority
murphymf@michigan.gov

Jason A. Nagi on behalf of Creditor Steven G. Holder Living Trust and other Clients listed on
Schedule
I jason.nagi@haynesboone.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp.
myk@lnbrb.com, kjm@lnbrb.com

David Neier on behalf of Creditor Pentwater Capital Management, LP
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc.
mneier@ibolaw.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division
of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com

Roger David Netzer on behalf of Creditor Fir Tree Capital Opportunity Master Fund, L.P.
maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust
Company, N.A.
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A.
hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Sean A. O'Neal on behalf of Interested Party AB Svensk Exportkredit
soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez
@cgsh.com;sarobinson@

Paul B. O'Neill on behalf of Unknown York Capital Management, L.P.
boneill@kramerlevin.com

Carl W. Oberdier on behalf of Unknown Northern Indiana Public Service Company and
NiSource Finance Corp.
coberdier@schiffhardin.com,
lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc.
kostad@mofo.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
apo@stevenslee.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank,
N.A.
deryck.palmer@cwt.com,
allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg
@cwt.com;elizabeth.

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Federal Home Loan Bank of New York, Institutional
Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and
Augustus Global Rates Series, CASAM ADI CD Arbitrage Fun
merritt.pardini@kattenlaw.com, dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com, chip.lancaster@hklaw.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;rachel.albanese@weil.com;ilusion.rodriguez@weil.com;Chris.lopez
@weil.com;gayle.mitchel@

Steven W. Perlstein on behalf of Interested Party 4Kids Entertainment Inc.
steven.perlstein@kobrekim.com

Brian D. Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
brian.pfeiffer@friedfrank.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com

Andrea Pincus on behalf of Unknown Intesa Sanpaolo S.p.A.
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate
Education, Inc.
lml@ppgms.com

Dana Post on behalf of Unknown Avenue Investments, L.P.
dpost@kramerlevin.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
poulos@hugheshubbard.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp.
wprice@mcguirewoods.com

Jeffrey D. Prol on behalf of Interested Party Fubon Insurance Co., Ltd.
jprol@lowenstein.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com

Jonathan I. Rabinowitz on behalf of Interested Party Somerset Properties SPE, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Jack A. Raisner on behalf of Plaintiff Miron Berenshteyn
jar@outtengolden.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank,
N.A.
john.rapisardi@cwt.com,
megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comer
ro@cwt.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Ira A. Reid on behalf of Unknown Hewlett-Packard Company
ira.a.reid@bakernet.com

3448128v.1

Russell Lowell Reid on behalf of Unknown Israel Discount Bank Of New York
rreid@sheppardmullin.com, ERotenberg-
Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@cur
tis.com;mgallagher@

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC
and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Dirk S. Roberts on behalf of Interested Party Office of Thrift Supervision
dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler on behalf of Creditor Access Data Corp.
mroeschenthaler@mcguirewoods.com

Courtney Rogers on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
crogers@orrick.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc.
rogerst@sullcrom.com

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
erose@herrick.com, erose@herrick.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
aerosenb@hklaw.com, nyc-
bkcyecf@hklaw.com;chip.lancaster@hklaw.com;jim.rollins@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@tighepatton.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc.
brosenblum@jonesday.com

Jeffrey A. Rosenthal on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, aweaver@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in
Liquidation
mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com;ayork@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc.
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Plaintiff Miron Berenshteyn
rroupinian@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund,
L.P.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Unknown Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@csgrr.com, kstadelmann@csgrr.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
(f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com,
jholdridge@beckerglynn.com;aranade@beckerglynn.com;lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Shuba Satyaprasad on behalf of Unknown AIB International Finance
shuba.satyaprasad@ropesgray.com

Louis A. Scarcella on behalf of Unknown Hegemon Fund I, LLC
lscarcella@farrellfritz.com

Gregory B. Schiller on behalf of Unknown Triple Point Technology, Inc.
gschiller@zeislaw.com

Michael L. Schleich on behalf of Unknown TATA Communications Services (America) Inc.
f/k/a VSNL America, Inc.
mschleich@fslf.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@ha
hnhessen.com;jorbach@

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund
jscott@reedsmith.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick.com, courtnotices@herrick.com

John T. Shaban on behalf of Unknown Elizabeth Galt
jshaban@wbamct.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch ISD
sheehan@txschoollaw.com,
coston@txschoollaw.com;asheel@yahoo.com;garza@txschoollaw.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citigroup Inc. and all of its affiliates, including
Citibank, N.A.
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman on behalf of Creditor Southern California Edison Company
mark.shinderman@mto.com, paula.ayers@mto.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, mdunn@sheppardmullin.com

Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc.
Glenn.Siegel@dechert.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com,
detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com, strum@dl.com

Edward Smith on behalf of Creditor Delta Air Lines, Inc.
easmith@venable.com

Abigail Snow on behalf of Creditor Moody's Corporation
asnow@ssbb.com

Eric J. Snyder on behalf of Attorney Siller Wilk LLP
esnyder@sillerwilk.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Jack G. Stern on behalf of Interested Party Barclays Capital, Inc.
jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

Malani Sternstein on behalf of Unknown Bank of New York Mellon
msternstein@sheppardmullin.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

David A. Sullivan on behalf of Plaintiff SEB Enskilda, Inc.
david.sullivan@cliffordchance.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

James Tecce on behalf of Creditor Committee Official Committee of Unsecured Creditors
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

Ronald M. Terenzi on behalf of Interested Party Laurel Cove Development, LLC
r.terenzi@bhpp.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer on behalf of Plaintiff Evergreen Solar, Inc.
ktomer@goodwinprocter.com, lmorton@goodwinprocter.com

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World
Markets Corp., CIBC World Markets Inc., National Bank of Canada Inc., National Bank of
Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwalsh@mayerbrown.com

3448128v.1

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

Sarah Trum on behalf of Creditor Customer Asset Protection Company
strum@dl.com, lsaal@dl.com

Brian Trust on behalf of Creditor National Bank of Canada Inc., National Bank of Canada
Financial Inc., and National Bank Financial Inc.
btrust@mayerbrown.com

Raymond J. Urbanik on behalf of Creditor Ad Hoc Committee of Bondholders
rurbanik@munsch.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
hellerverdi@aol.com

Jon C. Vigano on behalf of Creditor Chicago Board Options Exchange, Incorporated
jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra on behalf of Creditor Simpson Meadows
jvincequerra@wolfblock.com

Karen E. Wagner on behalf of Creditor Banque Privee Saint Dominique
lehman.chapter11@davispolk.com

Jonathan M. Wagner on behalf of Unknown Avenue Investments, L.P.
jwagner@kramerlevin.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com,
amanda.hendy@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@wei
l.com;sherri.toub@

Adrienne Walker on behalf of Interested Party Teva Hungary Pharmaceutical Marketing Private
Limited Company
awalker@mintz.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

Mary Warren on behalf of Unknown Joint Adminstrators of Lehman Brothers International
(Europe)
mary.warren@linklaters.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct
and indirect subsidiaries and affiliates
weissjw@gtlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc.
twheeler@lowenstein.com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski on behalf of Creditor Parsec Trading Corp.
stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swicko
us@aol.com

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A.
ewietecha@coleschotz.com

Michael E. Wiles on behalf of Unknown Carlyle Credit Partners Master Fund
mewiles@debevoise.com, mao-ecf@debevoise.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@willaw.com

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
swirth@wmd-law.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Libby Wong on behalf of Unknown NBGI Inc
lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
fyates@sonnenschein.com

Bruce J. Zabarauskas on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO., INC.
bzabarauskas@crowell.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P. and Bayview Opportunity Master
Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Interested Party Commerzbank AG, New York and Grand Cayman Branches
azylberberg@whitecase.com,
jwinters@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com