Carmine D. Boccuzzi Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Goldman, Sachs & Co., for itself and on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs (Asia) Finance, Goldman Sachs Bank USA, Goldman Sachs Credit Partners L.P., Goldman Sachs International, Goldman Sachs International Bank, Seoul Branch, Goldman Sachs Japan Co. Ltd., Goldman Sachs (Japan) Ltd., GS European Performance Fund Limited, GSW Grundbesitz GmbH & Co. KG, Harpen Immobilien GmbH & Co. KG, J. Aron & Company, WH 2005 / NIAM III East Holding OY, Zwinger Opco 6 BV, Goldman Sachs Asset Management, L.P., on behalf of certain funds and accounts for which it acts as investment manager, Goldman Sachs Asset Management International, on behalf of certain funds and accounts for which it acts as investment manager, and GS Investment Strategies, LLC on behalf of certain funds and accounts for which it acts as investment manager*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| **In re** | : |  |
|  | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |
|  | : | **CERTIFICATE OF SERVICE** |

----------------------------------------------------------------x

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 31st day of July 2009, the Objection of Goldman to Debtors' Motion for

Authorization to Implement Alternative Dispute Resolution Procedures and Joinder to the

Objections of the Royal Bank of Scotland and D.E. Shaw, dated July 31, 2009 was served by

facsimile upon:

| To | At | Fax | Phone |
|---|---|---|---|
| Lori R. Fife, Esq.<br>Robert J. Lemons, Esq.<br>Sunny Singh, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| Andy Velez -Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |

Dated:  New York, New York
        August 3, 2009

                                    s/Richard V. Conza
                                    Richard V. Conza