DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Phone: (212) 698-3500
Fax:    (212) 698-3599
Glenn E. Siegel
Alessandra Tebaldi-Castelli

*Attorneys for Frank Russell Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS, INC. et al.,    :    Case No. 08-13555 (JMP)
                                                            :
                                    Debtors.                :    Jointly Administered
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michelle Moezzi, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

On July 31, 2009, I caused to be served a true and exact copy of the *Limited Objection by Russell Investment Group to Motion of Debtors for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts* [Docket No. 4555], by courier upon the parties listed in Exhibit "A" attached hereto.

Dated: August 3, 2009

                                                                                               */s/ Michelle S. Moezzi*
                                                                                                 Michelle S. Moezzi

## EXHIBIT A

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st Floor
New York, NY 10004

Lori R. Fife
Robert J. Lemons
Sunny Singh
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield
Lisa Schweiger
CLEARY GOTLIEBB LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Christopher K. Kiplok
Jeffrey S. Margolin
Sarah K. Loomis Cave
HUGHES HUBBARD & REED
1 Battery Park Plaza
New York, NY 10004

Robert K. Dakis
James Tecce
Susheel Kirpalani
QUINN EMANUEL URQUHART OLIVER & HEDGES
51 Madison Avenue, 22nd Floor
New York, NY 10010