**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re                                                                           :   Chapter 11 Case No.
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                                   :
                                            Debtors.                   :   (Jointly Administered)
                                                                                   :
------------------------------------------------------------------x   Ref. Docket No. 4634

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 1, 2009, I caused to be served the "NOTICE OF (I) ADJOURNMENT OF HEARING AND (II) REVISED PROPOSED ORDER APPROVING DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES CONTRACTS," dated July 31, 2009 [Docket No. 4634], by causing true and correct copies to be:

      a) delivered by email to those parties listed on the attached Exhibit "A",

      b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

      c) enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                              /s/ Paul Belobritsky
Sworn to before me this                   Paul Belobritsky
3rd day of August, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bguiney@pbwt.com |
| acaton@kramerlevin.com | bhinerfeld@sbtklaw.com |
| acker@chapman.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bmanne@tuckerlaw.com |
| adg@adorno.com | BMiller@mofo.com |
| Adiamond@DiamondMcCarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | bpershkow@profunds.com |
| aentwistle@entwistle-law.com | brad.dempsey@hro.com |
| afriedman@irell.com | Brian.Corey@greentreecreditsolutions.com |
| agbanknewyork@ag.tn.gov | brian.pfeiffer@friedfrank.com |
| aglenn@kasowitz.com | bromano@willkie.com |
| agold@herrick.com | broy@rltlawfirm.com |
| agolianopoulos@mayerbrown.com | bspector@jsslaw.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | btupi@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| akihiko_yagyuu@chuomitsui.jp | bwolfe@sheppardmullin.com |
| alex.torres@infospace.com | bzabarauskas@crowell.com |
| amarder@msek.com | canelas@pursuitpartners.com |
| AMcMullen@BoultCummings.com | carol.weinerlevy@bingham.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| Andrew.Brozman@cliffordchance.com | cbrotstein@bm.net |
| andrew.lourie@kobrekim.com | chammerman@paulweiss.com |
| angelich.george@arentfox.com | charles@filardi-law.com |
| ann.reynaud@shell.com | charles_malloy@aporter.com |
| anne.kennelly@hp.com | chipford@parkerpoe.com |
| anthony_boccanfuso@aporter.com | chris.donoho@lovells.com |
| aoberry@bermanesq.com | cmontgomery@salans.com |
| apo@stevenslee.com | CMTB_LC11@chuomitsui.jp |
| araboy@cov.com | cohenr@sewkis.com |
| arahl@reedsmith.com | cp@stevenslee.com |
| arheaume@riemerlaw.com | crmomjian@attorneygeneral.gov |
| arlbank@pbfcm.com | crogers@orrick.com |
| arosenblatt@chadbourne.com | cs@stevenslee.com |
| arthur.rosenberg@hklaw.com | cschreiber@winston.com |
| arwolf@wlrk.com | cshore@whitecase.com |
| aseuffert@lawpost-nyc.com | cshulman@sheppardmullin.com |
| ashmead@sewkis.com | ctatelbaum@adorno.com |
| asnow@ssbb.com | cward@polsinelli.com |
| atrehan@mayerbrown.com | cweber@ebg-law.com |
| austin.bankruptcy@publicans.com | cweiss@ingramllp.com |
| avenes@whitecase.com | dallas.bankruptcy@publicans.com |
| avi.gesser@dpw.com | daniel.guyder@allenovery.com |
| awasserman@lockelord.com | danna.drori@usdoj.gov |
| azylberberg@whitecase.com | david.bennett@tklaw.com |
| bankr@zuckerman.com | david.crichlow@pillsburylaw.com |
| bankruptcy@goodwin.com | david.heller@lw.com |
| bankruptcy@morrisoncohen.com | davids@blbglaw.com |
| bankruptcymatters@us.nomura.com | davidwheeler@mvalaw.com |
| barbra.parlin@hklaw.com | dbalog@intersil.com |

dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efreeman@lockelord.com
efriedman@friedumspring.com
egeekie@schiffhardin.com

eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com

| | |
|---|---|
| ira.herman@tklaw.com | jmcginley@wilmingtontrust.com |
| isgreene@hhlaw.com | jmelko@gardere.com |
| israel.dahan@cwt.com | jmerva@fult.com |
| iva.uroic@dechert.com | jmr@msf-law.com |
| jacobsonn@sec.gov | john.mcnicholas@dlapiper.com |
| jafeltman@wlrk.com | john.monaghan@hklaw.com |
| james.mcclammy@dpw.com | john.rapisardi@cwt.com |
| jamestecce@quinnemanuel.com | jorbach@hahnhessen.com |
| jason.jurgens@cwt.com | Joseph.Cordaro@usdoj.gov |
| jatkins@duffyandatkins.com | joseph.scordato@dkib.com |
| jay.hurst@oag.state.tx.us | joshua.dorchak@bingham.com |
| jay@kleinsolomon.com | jowen769@yahoo.com |
| Jbecker@wilmingtontrust.com | JPintarelli@mofo.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbird@polsinelli.com | jporter@entwistle-law.com |
| jbromley@cgsh.com | jprol@lowenstein.com |
| jcarberry@cl-law.com | jrabinowitz@rltlawfirm.com |
| Jdrucker@coleschotz.com | jrsmith@hunton.com |
| jdyas@halperinlaw.net | jschwartz@hahnhessen.com |
| jeff.wittig@coair.com | jsheerin@mcguirewoods.com |
| jeffrey.sabin@bingham.com | jshickich@riddellwilliams.com |
| jeldredge@velaw.com | jsmairo@pbnlaw.com |
| jennifer.demarco@cliffordchance.com | jtimko@allenmatkins.com |
| jennifer.gore@shell.com | jtougas@mayerbrown.com |
| jeremy.eiden@state.mn.us | judy.morse@crowedunlevy.com |
| jessica.fink@cwt.com | jwallack@goulstonstorrs.com |
| jfalgowski@reedsmith.com | jwang@sipc.org |
| jfinerty@pfeiferlaw.com | jweiss@gibsondunn.com |
| jflaxer@golenbock.com | jwest@velaw.com |
| jfox@joefoxlaw.com | jwh@njlawfirm.com |
| jg5786@att.com | jwhitman@entwistle-law.com |
| jgarrity@shearman.com | jwishnew@mofo.com |
| jgenovese@gjb-law.com | k4.nomura@aozorabank.co.jp |
| jgutmanmann@sonnenschein.com | kaf@msf-law.com |
| jguy@orrick.com | karen.wagner@dpw.com |
| jherzog@gklaw.com | karol.denniston@dlapiper.com |
| jhiggins@fdlaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| jhs7@att.net | keckhardt@hunton.com |
| jhuggett@margolisedelstein.com | keith.simon@lw.com |
| jhuh@ffwplaw.com | Ken.Coleman@allenovery.com |
| jjureller@klestadt.com | ken.higman@hp.com |
| jkehoe@sbtklaw.com | kgwynne@reedsmith.com |
| jlamar@maynardcooper.com | kiplok@hugheshubbard.com |
| jlawlor@wmd-law.com | kkelly@ebglaw.com |
| jlee@foley.com | Klippman@munsch.com |
| jlevitin@cahill.com | klyman@irell.com |
| jlipson@crockerkuno.com | kmayer@mccarter.com |
| jliu@dl.com | kobak@hugheshubbard.com |
| jlovi@steptoe.com | korr@orrick.com |
| jlscott@reedsmith.com | KOstad@mofo.com |
| jmaddock@mcguirewoods.com | kovskyd@pepperlaw.com |
| jmazermarino@msek.com | kpiper@steptoe.com |

kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com

mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com

| | |
|---|---|
| pbattista@gjb-law.com | s.minehan@aozorabank.co.jp |
| pbentley@kramerlevin.com | sabin.willett@bingham.com |
| pbosswick@ssbb.com | sabramowitz@velaw.com |
| pdublin@akingump.com | sagolden@hhlaw.com |
| peter.gilhuly@lw.com | Sally.Henry@skadden.com |
| peter.simmons@friedfrank.com | sandyscafaria@eaton.com |
| peter@bankrupt.com | Sara.Tapinekis@cliffordchance.com |
| pfeldman@oshr.com | sbernstein@hunton.com |
| phayden@mcguirewoods.com | schannej@pepperlaw.com |
| pmaxcy@sonnenschein.com | schapman@willkie.com |
| pnichols@whitecase.com | Schepis@pursuitpartners.com |
| ppascuzzi@ffwplaw.com | schristianson@buchalter.com |
| ppatterson@stradley.com | scottshelley@quinnemanuel.com |
| psp@njlawfirm.com | scousins@armstrongteasdale.com |
| ptrostle@jenner.com | sdnyecf@dor.mo.gov |
| pwirt@ftportfolios.com | sean@blbglaw.com |
| pwright@dl.com | sehlers@armstrongteasdale.com |
| r.stahl@stahlzelloe.com | sfelderstein@ffwplaw.com |
| ramona.neal@hp.com | sfineman@lchb.com |
| ranjit.mather@bnymellon.com | sfox@mcguirewoods.com |
| rbeacher@daypitney.com | sgordon@cahill.com |
| rbyman@jenner.com | SGross@HodgsonRuss.com |
| rcarlin@breslowwalker.com | sgubner@ebg-law.com |
| rdaversa@orrick.com | sharbeck@sipc.org |
| relgidely@gjb-law.com | shari.leventhal@ny.frb.org |
| rfleischer@pryorcashman.com | sheehan@txschoollaw.com |
| rfrankel@orrick.com | shumaker@pursuitpartners.com |
| rgmason@wlrk.com | shumaker@pursuitpartners.com |
| rgraham@whitecase.com | sidorsky@butzel.com |
| rhett.campbell@tklaw.com | slerner@ssd.com |
| richard.lear@hklaw.com | SLoden@DiamondMcCarthy.com |
| richard.levy@lw.com | smayerson@ssd.com |
| ritkin@steptoe.com | smillman@stroock.com |
| RJones@BoultCummings.com | smulligan@bsblawyers.com |
| RLevin@cravath.com | snewman@katskykorins.com |
| rmatzat@hahnhessen.com | sory@fdlaw.com |
| rmunsch@munsch.com | spiotto@chapman.com |
| rnetzer@willkie.com | splatzer@platzerlaw.com |
| rnies@wolffsamson.com | SRee@lcbf.com |
| rnorton@hunton.com | sselbst@herrick.com |
| robert.bailey@bnymellon.com | sshimshak@paulweiss.com |
| robert.dombroff@bingham.com | steele@lowenstein.com |
| robert.henoch@kobrekim.com | stephanie.wickouski@dbr.com |
| robert.malone@dbr.com | steve.ginther@dor.mo.gov |
| Robert.yalen@usdoj.gov | steven.perlstein@kobrekim.com |
| robertdakis@quinnemanuel.com | steven.wilamowsky@bingham.com |
| Robin.Keller@Lovells.com | Streusand@StreusandLandon.com |
| ronald.silverman@bingham.com | susan.schultz@newedgegroup.com |
| rreid@sheppardmullin.com | susheelkirpalani@quinnemanuel.com |
| RTrust@cravath.com | swolowitz@mayerbrown.com |
| rwasserman@cftc.gov | szuch@wiggin.com |
| rwyron@orrick.com | tannweiler@greerherz.com |

tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

cwatson@balch.com
daniel.laguardia@shearman.com
dbartner@shearman.com
gbender@omm.com
jason.nagi@haynesboone.com
jeremy.williams@kutakrock.com
jim.grant@alston.com
jlcostell@costell-law.com
john.kibler@newyork.allenovery.com
jschwartz@riker.com
jwhitlock@eapdlaw.com
kit.weitnauer@alston.com
klarner@riker.com
lberkoff@morrithock.com
lhenin@eapdlaw.com
marty.bunin@alston.com
MDoty@faegre.com
mfagone@bernsteinshur.com
mheavner@mhc-law.com
MKrauss@faegre.com
mtaylor@babc.com
ned.schodek@shearman.com
pdarby@babc.com
pgoodman@andrewskurth.com
plabov@eapdlaw.com
ppartee@hunton.com
rblossom@babc.com
rhiersteiner@eapdlaw.com
rick.antonoff@pillsburylaw.com
robert.weber@skadden.com
sjakubowski@colemanlawfirm.com
SMertz@faegre.com
solomon.noh@shearman.com
srosentstein@omm.com
tdriscoll@morrithock.com
tklestadt@klestadt.com
tmoloney@cgsh.com
top@chapman.com
will.sugden@alston.com
wroll@shearman.com

Additional Email Addresses
agamza@mosessinger.com
alessandra.tebaldi-castelli@dechert.com
anthony.clark@skadden.com
apincus@reedsmith.com
brucewilson@kutakrock.com
ccaruso@mosessinger.com

**Exhibit "B"**

| Name | Fax |
|---|---|
| Allen and Overy; Attn:John Kibler | 212-610-6399 |
| Alston & Bird; Attn: James Grant,Wiliam Sugden | 404-881-7777 |
| Alston & Bird; Attn: Martin G. Bunin | 212-210-9444 |
| ALSTON: Attn: John C. Weitnauer | 914-251-8244 |
| ANDREWS KURTH; Attn: Peter Goodman | 212-850-2929 |
| BALCH & BINGHAM; Attn: W. Clark Watson | 205-488-5837 |
| BERNSTEIN; Attn: Michael A. Fagone | 207-774-1127 |
| BRADLEY; Attn: Molly Taylor | 205-521-8800 |
| BRADLEY; Attn: Patrick Darby, Rashad Blossom | 205-521-8800 |
| Chapman and Cutler; Attn: Franklin H.Top III | 312-701-2361 |
| CLEARY; Attn: Thomas J. Moloney | 212-225-3999 |
| COLEMAN; Attn: Steve Jakubowski | 312-444-1028 |
| COSTELL; Attn: Jeffrey Lee Costell | 310-458-7959 |
| COUGHLIN; Attn: JASON C. DAVIS | 415-288-4534 |
| COUGHLIN; Attn: RAY MANDLEKAR, DARRYL ALVARADO | 619-231-7423 |
| COUGHLIN; Attn: SAMUEL RUDMAN, DAVID ROSENFELD | 631-367-1173 |
| Dechert; Attn: Alessandra Tebaldi-Castelli | 212-698-3599 |
| Edwards; Attn: Larry Henin, Paul Labov | 212-308-4844 |
| Edwards; Attn:Richard Hiersteiner, John Whitlock | 617-227-4420 |
| FAEGRE; Stephen Mertz,Michael Krauss, Michael Doty | 612-766-1600 |
| GREENBERG; Attn: Maria J. DiConza | 212-801-6400 |
| GREENBERG; Attn: Scott D. Cousins | 302-661-7360 |
| HAYNES AND BOONE; Attn: Jason A. Nagi | 212-918-8989 |
| Hunton & Williams; Attn: Peter S Partee | 212-309-1100 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| KLESTADT; Attn: Tracy L. Klestadt | 212-972-2245 |
| Morritt Hock; Attn:Leslie Berkoff,Theresa Driscoll | 516-873-2010 |
| MOSES; Attn: Alan Gamza, Christopher Caruso | 917-206-4378 |
| MULLEN HOLLAND; Attn: Mark Heavner | 704-861-8394 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OMelveny; Attn: Gerald Bender, Steven Rosenstein | 212-326-2061 |
| PILLSBURY; Attn: David A. Crichlow | 212-858-1500 |
| REED SMITH; Attn: Andrea Pincus | 212-521-5450 |
| RIKER; Attn:Joseph Schwartz, Kevin Larner | 973-538-1984 |
| RIKER; Attn:Joseph Schwartz, Kevin Larner | 212-302-6628 |
| SCHLAM STONE; Attn: Bennette D. Kramer | 212-344-7677 |
| SHEARMAN; Attn: Douglas Bartner, Solomon Noh | 212-848-7179 |
| SHEARMAN; Attn:Ned S. Schodek | 212-848-7179 |
| SHEARMAN; Attn:William Roll III, Daniel Laguardia | 212-848-7179 |
| SKADDEN; Attn: Anthony Clark, Robert Weber | 302-651-3001 |
| STROOCK; Attn: Claude Szyfer, Francis Healy | 212-806-6006 |
| SULLIVAN & CROMWELL; Attn: Penny Shane | 212-558-3588 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004