**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                 :          **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :          **08-13555 (JMP)**
                                                      :
                    Debtors.                          :          **(Jointly Administered)**
                                                      :
------------------------------------------------------------------------x          **Ref. Docket Nos. 4518, 4519**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

       1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.     On July 31, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party first listed on the annexed Exhibit "C".

       3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     /s/ Paul Belobritsky
Sworn to before me this                 Paul Belobritsky
3rd day of August, 2009
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
———————————————————————————————
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
———————————————————————————————
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INTERNATIONAL BUSINESS MACHINES CORP.
             DIRECTOR, GLOBAL FUNDING, INVESTMENTS &
             FOREIGN EXCHANGE
             ONE NEW ORCHARD ROAD, MAIL STOP 103
             ARMONK NY 10504

Please note that your claim # 1723 in the above referenced case and in the amount of
    $43,287,376.33       has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
             ATTN: JEFFREY OLINSKY
             60 WALL ST., 3RD FLOOR
             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4518     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/31/2009              Vito Genna, Clerk of Court

                       /s/ Paul Belobritsky

                       _____
                       By: Epiq Bankruptcy Solutions, LLC
                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 31, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                  Debtors.             |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  INTERNATIONAL BUSINESS MACHINES CORP.
            DIRECTOR, GLOBAL FUNDING, INVESTMENTS &
            FOREIGN EXCHANGE
            ONE NEW ORCHARD ROAD, MAIL STOP 103
            ARMONK NY 10504

Please note that your claim # 1724 in the above referenced case and in the amount of
       $43,287,376.33        has been transferred **(unless previously expunged by court order)**

            DEUTSCHE BANK AG, LONDON BRANCH
            TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
            ATTN: JEFFREY OLINSKY
            60 WALL ST., 3RD FLOOR
            NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4519        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/31/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 31, 2009.

**EXHIBIT "B"**

PAGE:    1

TIME: 12:51:42
DATE: 08/03/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| INTERNATIONAL BUSINESS MACHINES CORP. | DIRECTOR, GLOBAL FUNDING, INVESTMENTS & FOREIGN EXCHANGE ONE NEW ORCHARD ROAD, MAIL STOP 103 ARMONK NY 10504 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153