**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850-2929
Peter Goodman, Esq.

Attorney for EPCO Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | 08-13555 (JMP) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Basil A. Umari, being over the age of eighteen (18) years, and duly sworn, state under oath that on or before, July 31, 2009, I or somebody under my direction served the Objection of EPCO Holdings, Inc. to Objection to Motion Objection to Debtors Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts [Docket #4532] upon the names listed on the service list attached in the manner indicated.

HOU:2945994.1

_____
Basil A. Umari

Subscribed and sworn to before me this
3rd day of August, 2009

_____
Notary Public



### Service List

| | |
|---|---|
| Honorable James M. Peck<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 601<br>(Hand Delivery 7/31/09) | Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Lori R. Fife, Esq and Robert J. Lemons, Esq.<br>(FedEx 7/30/09)<br>(Email 7/31/09) |
| Office of the United States Trustee for SDNY<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis<br>(FedEx 7/30/09) | Milbank, Tweed, Hadley * McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.<br>(FedEx 7/30/09)<br>(Email 7/31/09) |

HOU:2945994.1