KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for Objectors Retirement Housing
Foundation, Foundation Property Management,
Bixby Knolls Towers, Inc., Gold Country
Health Center, Inc., Mayflower Gardens Health
Facilities, Inc., Mayflower RHF Housing, Inc.,
Sun City RHF Housing, Holly Hill RHF Housing,
Inc., Merritt Island RHF Housing, Inc., Martin
Luther Foundation, Inc., Yellowwood Acres, Inc.,
Bluegrass RHF Housing, Inc., St. Catherine RHF
Housing, Inc., and Desmet RHF Housing, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
In re LEHMAN BROTHERS HOLDINGS,   :   Case No. 08-13555 (JMP)
INC., *et al.*                    :   (Jointly Administered)
:
:
           Debtors.               :
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

RENEA A. GARGIULO, being duly sworn, deposes and says:

    1.    I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

   2. On the 31st day of July, 2009, I served copies of a LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the parties listed on the attached service list.

                    */s/ Renea A. Gargiulo*
                     Renea A. Gargiulo

Sworn to and Subscribed before me this
31st day of July 2009

*/s/ John E. Jureller, Jr.*
Notary Public

**SERVICE LIST**

Honorable Judge James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Lori R. Fife
Robert J. Lemons
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield
Lisa Schweiger
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Christopher K. Kiplok
Jeffrey S. Margolin
Sarah K. Loomis Cave
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Robert K. Dakis
James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010