**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | : |
| In re: | :   **Chapter 11** |
| | : |
| **SUNEDISON, INC.**, *et al.*, | :   **Case No. 16-10992 (SMB)** |
| | : |
| Debtors.[1] | :   **Jointly Administered** |
| | : |
| | : |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

Dated:  February 19, 2018

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 19, 2018, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

## Exhibit A

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4643 | Christina Zajicek<br>Ecoff Campain & Tilles, LLP<br>Lawrence C. Ecoff, Esq.<br>280 S. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212 | Peter Giese<br>89 Magnolia Avenue<br>San Anselmo, CA 94960 | February 16, 2018 |
| 4644 | Christina Zajicek<br>Ecoff Campain & Tilles, LLP<br>Lawrence C. Ecoff, Esq.<br>280 S. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212 | Peter Giese<br>89 Magnolia Avenue<br>San Anselmo, CA 94960 | February 16, 2018 |
| 4645 | Rachel McLaughlin<br>664-A Greenwich St.<br>San Francisco, CA 94133<br><br>Rachel McLaughlin<br>Ecoff Campain & Tilles, LLP<br>280 S. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212 | Sam Youneszadeh<br>404 Park Avenue South, #9C<br>New York, NY 10016 | February 16, 2018 |
| 4646 | Rachel McLaughlin<br>664-A Greenwich St.<br>San Francisco, CA 94133<br><br>Rachel McLaughlin<br>Ecoff Campain & Tilles, LLP<br>280 S. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212 | Sam Youneszadeh<br>404 Park Avenue South, #9C<br>New York, NY 10016 | February 16, 2018 |