Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

- and -

Paul S. Aronzon
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017-5735
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                    :
In re:                                                              :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,                              :    08-13555 (JMP)
                                                                    :
                                    Debtors.                        :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R.
BANKR. P. 2014, 2016(a), AND 5002, AND LOCAL RULE 2014-1
AUTHORIZING RETENTION AND EMPLOYMENT
OF RICHARD SHELDON, QUEEN'S COUNSEL
<u>FOR LIMITED PURPOSES *NUNC PRO TUNC* TO JUNE 23, 2009</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Amended Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rules 1015(c) And 9007 Implementing Certain Notice And Case Management Procedures [Docket No. 2837] entered on February 13, 2009 (the "Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On July 20, 2009, the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), filed an application (the "Application") for an order authorizing the Committee to retain and employ Richard Sheldon, Queen's Counsel ("Richard Sheldon"), as special U.K. counsel for the Committee, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014, 2016(a), and 5002 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (as amended, the "Local Rules"), nunc pro tunc to June 23, 2009 [Docket No. 4454].

2. In accordance with the Amended Case Management Order, July 31, 2009 at 4:00 p.m. (prevailing Eastern time) was established as the deadline for parties to object or file a response to the Application (the "Objection Deadline"). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

2

3. The Objection Deadline has expired and, to the best of my knowledge, no objections or other responsive pleadings have been filed with the Court on the dockets of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Motion been served on Committee's counsel.  Pursuant to the Amended Case Management Order, there being no objection to the Application, an order granting the Application on a permanent basis may be entered without further hearing.  A copy of this declaration has been served on the Debtors prior to submission to the Court, in accordance with the Amended Case Management Order.

4. Accordingly, for the reasons set forth in the Application, the Committee respectfully requests that the Court enter the proposed Order Pursuant To 11 U.S.C. §§ 328(a) And 1103, Fed. R. Bankr. P. 2014, 2016(a), And 5002, And Local Rule 2014-1 Authorizing Retention And Employment Of Richard Sheldon, Queen's Counsel, For Limited Purposes, By The Official Committee Of Unsecured Creditors, Nunc Pro Tunc To June 23, 2009, annexed hereto as Exhibit A.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare that the foregoing is true and correct.

Dated: New York, New York
August 3, 2009

Respectfully submitted,

_/s/ Dennis F. Dunne_
Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

- and -

Paul S. Aronzon
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017-5735
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,                :  08-13555 (JMP)
                                                             :
                    Debtors.                                 :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103, FED. R.
BANKR. P. 2014, 2016(a), AND 5002, AND LOCAL RULE 2014-1
AUTHORIZING RETENTION AND EMPLOYMENT
OF RICHARD SHELDON, QUEEN'S COUNSEL,
FOR LIMITED PURPOSES, BY THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, *NUNC PRO TUNC* TO JUNE 23, 2009**

Upon the Application, dated July 20, 2009 (the "Application"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), for an order authorizing the Committee, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014, 2016(a), and 5002 of the Federal Rules of Bankruptcy procedure (the "Bankruptcy Rules"), and rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (as amended, the "Local Rules"), to employ and retain Richard Sheldon, Q.C. ("Richard Sheldon") for limited purposes, as counsel to the Committee, nunc pro tunc to June 23, 2009; and the Court having considered the Affidavit of Richard Sheldon, Q.C. ("Richard Sheldon") sworn to July 17, 2009 (the "Sheldon Affidavit"), in connection with the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to

Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein and that Richard Sheldon represents no interest adverse to the Debtors' estates or to any class of creditors or equity security holders in the matters upon which Richard Sheldon is to be engaged and Richard Sheldon is disinterested within the meaning of 11 U.S.C. § 101(14); and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Application is granted, nunc pro tunc to June 23, 2009.

2. Richard Sheldon's employment is necessary and in the best interest of the Debtors' estates, creditors, and other parties in interest; Richard Sheldon's hourly rates set forth in the Sheldon Affidavit are reasonable.

3. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014, 2016(a), and 5002, and Local Rule 2014-1, the Committee is authorized to employ and retain Richard Sheldon, nunc pro tunc to June 23, 2009, as counsel for the Committee, on the terms set forth in the Application and the Sheldon Affidavit, as provided herein.

      4.      Richard Sheldon shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any interim compensation procedures order entered in these cases.

      5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
       August __, 2009

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE