# Exhibit C

# FORECLOSURE REPORT
## By
## Premium Title Services, Inc.

**Loan No:** 40906240

**Premium's File No:** 0774060708-NY

**Search Effective Date:** December 30, 2007

**Report prepared for:** Shapiro Dicaro LLP

**Property Address:** 167-02 111th Avenue Jamaica, NY 11433

**Lien Position:** 1st

**Title is Vested in:** Dhankumari Singh, by that, Warranty Deed dated March 26, 2007, and recorded on May 14, 2007, as Document No. 2007000249846, of the Queens County Records.

**Mortgagors:** Dhankumari Singh

**The public records show the property subject to the following:**

**Subject Mortgage:** That Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage Inc., a Delaware Corporation, dated March 26, 2007, and recorded on May 14, 2007, as Document No. 2007000249847,(given to secure the original principal amount of $237,312.00).

**Other Encumbrances:** That Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage Inc., a Delaware Corporation, dated March 26, 2007, and recorded on May 14, 2007, as Document No. 2007000249848,(given to secure the original principal amount of $59,328.00).

Please find the attached Environmental Control Board Liens.

**Tax ID #:** 10205-26

**Tax Information:** 2007 3rd Quarter Taxes are unpaid in the amount of $351.13.

2007 4th Quarter Taxes are unpaid in the amount of $343.50.

2008 1st Quarter Taxes are due and payable in the estimated amount of $335.80.

Legal Description:

All that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the easterly side of 107th Street, also known as Woodland Avenue and the southerly side of 111th Avenue, also known as Roinsen Street, as said street and avenue are laid out on a certain map entitled, "Map of Jamaica Terrace, Section No. 2, property of Benjamin N. Sweet, situated in the 4th Ward, Borough of Queens, City of New York, July 16, 1905, S. H. McLoughlin, C.E. and S", and filed in the Queens County Clerk's (now Register's) Office on August 25, 1905;

RUNNING THENCE Southerly, along the said easterly side of 107th Street, 100 feet;

THENCE Easterly at right angles to said easterly side of 107th Street, 25 feet;

THENCE Northerly and parallel with said easterly side of 107th Street, 100 feet to the said southerly side of 111th Avenue;

THENCE Westerly, along the southerly side of 111th Avenue, 25 feet to the point or place of BEGINNING.

FOR CONVEYANCING ONLY: TOGETHER with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.

HOA or Condo Association Information: NA

End of Report.