| | |
|---|---|
| WHITE & CASE LLP | Wachovia Financial Center, Suite 4900 |
| 1155 Avenue of the Americas | 200 South Biscayne Blvd. |
| New York, New York 10036-2787 | Miami, Florida 33131 |
| (212) 819-8200 | (305) 371-2700 |
| Gerard Uzzi | Thomas E Lauria (*admitted pro hac vice*) |
| J. Christopher Shore | |
| Lisa Thompson | |

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.  08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )    s.s.:
NEW YORK COUNTY        )

   Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

   On the 31st day of July, 2009, deponent caused a copy of the *Statement of Elliot Management Corporation with Respect to the First Applications of Weil, Gotshal & Manges LLP and Milbank, Tweed, Hadley and McCloy* to be served by First Class Mail on the parties shown on the attached Service List.

               */s/ Lyudmyla Polyova*
               Lyudmyla Polyova

Sworn to before me this
4th day of August, 2009

*/s/ Elizabeth Anne Arundel*
_____
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

NEWYORK 7260416 (2K)

# SERVICE LIST
## STANDARD PARTIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005