| | |
|---|---|
| WHITE & CASE LLP | Wachovia Financial Center, Suite 4900 |
| 1155 Avenue of the Americas | 200 South Biscayne Blvd. |
| New York, New York 10036-2787 | Miami, Florida 33131 |
| (212) 819-8200 | (305) 371-2700 |
| Gerard Uzzi | Thomas E Lauria (admitted pro hac vice) |
| J. Christopher Shore | |
| Lisa Thompson | |

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    s.s.:
NEW YORK COUNTY      )

   Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

   On the 31st day of July, 2009, deponent caused a copy of the *Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion, as Revised, for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts* to be served by First Class Mail on the parties shown on the attached Service List.

                   */s/ Lyudmyla Polyova*
                    Lyudmyla Polyova

Sworn to before me this
4th day of August, 2009

*/s/ Elizabeth Anne Arundel*
_____
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

NEWYORK 7260456 (2K)

## SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn.: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the US Trustee
Andrew D. Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Rifkin,
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy, LLP
Dennis Dunne Wilbur Foster, Jr.,
Dennis O'Donnell, Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005

Weil Gotschal & Mangers LLP
Attn: Richard P. Krasnow,
Lori R. Fife, Shai Y. Waisman,
Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Patrick Darby, Rashad Blossom,
Molly C. Taylor
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Peter Goodman
Peter Goodman, Esq.
ANDREWS KURTH LLP
450 Lexington Ave., 15th Floor
New York, NY 10017

Jeffrey Lee Costell, Esq.
COSTELL & CORNELIUS LAW CORPORATION
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401
Sally McDonald Henry

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Anthony W. Clark
Robert A. Weber
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899

PILLSBURY WINTHROP
SHAW PITTMAN LLP
Rick B. Antonoff
David A. Crichlow
1540 Broadway
New York, NY 10036

David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAPWEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esq., S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

REED SMITH LLP
Andrea Pincus, Eric Schaeffer,
Michael J. Venditto
599 Lexington Avenue
New York, NY 10022

HAYNES AND BOONE, LLP
Jason A. Nagi
1221 Avenue of the Americas
26th Floor
New York, NY 10020

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Ken Coleman
John Kibler

HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136

HUNTON & WILLIAMS LLP
J.R. Smith
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Gerald C. Bender
Steven A. Rosenstein

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
James E. Spiotto
Ann E. Acker
Franklin H. Top, III

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Glenn E. Siegel
Alessandra Tebaldi-Castelli

ALSTON & BIRD LLP
Martin G. Bunin, Esq.
90 Park Avenue
New York, N.Y. 10016

ALSTON & BIRD LLP
James C. Grant, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309

GREENBERG TRAURIG, LLP
Maria J. DiConza
200 Park Avenue
New York, New York 10166

GREENBERG TRAURIG, LLP
Scott D. Cousins
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801

MORITT HOCK HAMROFF &
HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530
Leslie Ann Berkoff
Theresa A. Driscoll

WIGGIN AND DANA LLP
185 Asylum Street
Hartford, CT 06103-3402
Sharyn B. Zuch

LOVELLS LLP
Matthew P. Morris
Robin E. Keller
590 Madison Avenue
New York, New York 10022

William J.F. Roll, III
Fredric Sosnick
Daniel H.R. Laguardia
Ned S. Schodek

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038

BERNSTEIN, SHUR, SAWYER &
NELSON, PA
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029

John C. Weitnauer, Esq.
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017

Thomas J. Moloney
Carmine D. Boccuzz
Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006

CLIFFORD CHANCE US LLP
Jennifer C. DeMarco
31 West 52nd Strret
New York, NY 10019

FAEGRE & BENSON LLP
Stephen M. Mertz
Michael M. Krauss
Michael F. Doty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

MOSES & SINGER LLP
The Chrysler Building
Alan E. Gamza
Christopher J. Caruso
405 Lexington Avenue
New York, NY 10174

MULLEN HOLLAND & COOPER P.A.
Mark Heavner
301 South York Street
Gastonia, North Carolina 28052

EDWARDS ANGELL PALMER &
DODGE LLP
Larry D. Henin
Paul J. Labov
750 Lexington Avenue
New York, NY 10022

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

EDWARDS ANGELL PALMER &
DODGE LLP
Richard Hiersteiner
John L. Whitlock
111 Huntington Avenue
Boston, MA 02199-7613

DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
140 Broadway, 39th Floor
New York, New York 10005-1116

MAYER BROWN LLP
Brian Trust
Jeffrey G. Tougas
Amit Trehan
1675 Broadway
New York, New York 10019

DRINKER BIDDLE & REATH LLP
Kristin K. Going
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209

BALCH & BINGHAM LLP
Attorneys for Compass Bank
W. Clark Watson
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

John H. Genovese, Esq.
W. Barry Blum, Esq.
Robert F. Elgidely, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131

BALCH & BINGHAM LLP
Attorneys for Compass Bank
W. Clark Watson
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Steve Jakubowski
THE COLEMAN LAW FIRM
77 West Wacker Dr., Suite 4800
Chicago, Illinois 60601