**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDING INC.,** | : | **Case No. 08-13555 (JMP)** |
| *et al.*, | : | **Jointly Administered** |
|  | : |  |
| **Debtors.** | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

-------------------------------------------------------

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

    **NORA E. MORALES,** being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel to New Jersey Housing and Mortgage Finance Agency, Delaware River Port Authority, Banca Italease S.p.A., Italease Finance S.p.A., and Capital Automotive L.P. in the above-captioned Chapter 11 proceedings, and that on the 31st day of July, 2009, she caused copies of the following documents to be served as indicated upon the parties listed on the attached service list:

- *Joinder Of The New Jersey Housing And Mortgage Finance Agency To Objection To Debtors Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts [Dkt. No. 4564];*

- *Joinder Of The Delaware River Port Authority To Objection To Debtors Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts [Dkt. No. 4567];*

- *Joinder Of Banca Italease S.P.A. To Objection To Debtors Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The*

*Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts [Dkt. No. 4570];*

- *Joinder Of Italease Finance S.p.A. To Objection To Debtors Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts [Dkt. No. 4574]; and*

- *Joinder Of Capital Automotive L.P. To Objection To Debtors Motion Of The Debtors, Pursuant To Section 502(B)(9) For Establishment Of The Deadline For Filing Proofs Of Claim, Approval Of The Form And Manner To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts [Dkt. No. 4619].*

Nora E. Morales

Sworn to and subscribed before
me this 3rd day of August 2009

Notary Public

ANA L. ZAMPINO
County - New York
Registration Number is 02ZA6184279
Expiration Date is 03/31/20

2

## SERVICE LIST

**BY FACSIMILE:**

Harvey Miller, Esq.
Shai Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Facsimile No.: (212) 310-8007
Telephone No.: (212) 310-8000

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile No.:  (212)530-5219
Telephone No.: (212) 530-5000

Brian S. Masumoto, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Facsimile No.: (212) 668-2255
Telephone No.: (212) 510-0500