UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
                                                               :
In re:                                                         :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                      :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

    Doreen Cusumano, being duly sworn, deposes and says:

    1)  I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

    2)  On July 31, 2009, I caused to be served a true and accurate copy of the Objection Of Nextera Energy Power Marketing, LLC (F/K/A FPL Energy Power Marketing, Inc.) And Florida Power & Light Company To Debtors' Motion Pursuant To Section 105(A) Of The Bankruptcy Code And General Order M-143 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts via hand delivery on the parties listed on the attached Exhibit A.

                                                            */s/ Doreen Cusumano*
                                                            Doreen Cusumano

Sworn to before me this
4th day of August, 2009.

*/s/ David Wolnerman*
David Wolnerman
Notary Public State of New York
No. 02WO6163488
Qualified in New York County
Commission Expires 03/26/2011

*DEL 86,277,892v1*

## **Exhibit A**

Bankruptcy Court Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004
Attn: Honorable James M. Peck

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Sunny Singh, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

*DEL 86,277,892v1*