UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

                              Debtors.

## CERTIFICATE OF SERVICE

I hereby certify, under 28 U.S.C. § 1746, that on August 3, 2009 I caused a true and correct copy of the foregoing:

**LIMITED OBJECTION OF CARLTON COMMUNICATIONS LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

to be served via U.S. Postal Service (USPS) on the following:

Lori R. Fife
Shai Y. Waisman
Jaqueline Marcus
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Andrew D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, New York 10004

David Spinley