UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

                       Debtors.

## CERTIFICATE OF SERVICE

       I hereby certify, under 28 U.S.C. § 1746, that on August 3, 2009 I caused a true and correct copy of the foregoing:

**LIMITED OBJECTION OF INSTITUTO DE CRÈDITO OFICIAL TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**

to be served via U.S. Postal Service (USPS) on the following:

| | |
|---|---|
| Lori R. Fife | Andrew D. Velez-Rivera |
| Shai Y. Waisman | Paul Schwartzberg |
| Jaqueline Marcus | Brian Masumoto |
| Weil Gotschal & Manges LLP | Linda Rifkin |
| 767 Fifth Avenue | Tracy Hope Davis |
| New York, NY 10153 | Office of the U.S. Trustee |
| | 33 Whitehall Street |
| Dennis F. Dunne | 21st Floor |
| Dennis O'Donnell | New York, NY 10004 |
| Evan Fleck | |
| Milbank, Tweed Hadley & McCloy LLP | The Honorable James M. Peck |
| 1 Chase Manhattan Plaza | United States Bankruptcy Court |
| New York, NY 10005 | Southern District of New York |
| | One Bowling Green, Courtroom 601 |
| | Alexander Custom House |
| | New York, New York 10004 |

                                                             David Spinley