Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for D.E. Shaw Composite Portfolios, L.L.C.,*
*D.E. Shaw Oculus Portfolios, L.L.C. and their*
*affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    **08-13555 (JMP)**
                                                                :
           **Debtors.**                                         :    **(Jointly Administered)**
                                                                :
                                                                :    **CERTIFICATE OF SERVICE**
----------------------------------------------------------------x

       I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

       1.  On the 31st of July 2009, the Limited Objection to Debtors' Motion Pursuant to

Section 105(A) of the Bankruptcy Code and General Order M-143 for Authorization to

Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under

Derivative Contracts, dated July 31, 2009 including Exhibits A and B was served by hand upon:

                    Dennis F. Dunne, Esq.
                    Dennis O'Donnell, Esq.
                    Evan Fleck, Esq.
                    Milbank, Tweed, Hadley & McCloy LLP
                    1 Chase Manhattan Plaza
                    New York, NY  10005

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee for the
  Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Sunny Singh, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

2.  This service was made by an assistant managing clerk of this firm under my

general supervision.

Dated:  New York, New York
          August 4, 2009

                                        s/Richard V. Conza
                                     _____
                                        Richard V. Conza