SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Barclays Bank PLC and Long Island International Limited

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,            Chapter 11 Case No.
                                                  08-13555 (JMP)
                    Debtors
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Robinson B. Lacy, certify that on July 31, 2009, I caused true and correct copies of the OBJECTION OF BARCLAYS BANK PLC AND LONG ISLAND INTERNATIONAL LIMITED TO DEBTORS' MOTION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES (the "Objection") to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I further certify that on July 31, 2009, I caused copies of the Objection to be served by e-mail upon Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq., Robert J. Lemons, Esq., and Sunny Singh, Esq.) and Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

-2-

I further certify on July 31, 2009, I caused a true and correct copy of the Objection to be served by facsimile upon the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera).

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    New York, New York
          August 4, 2009

                                    /s/ Robinson B. Lacy
                                    Robinson B. Lacy