WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                                  :
**In re**                                                         :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                                  **Debtors.**                    :    **(Jointly Administered)**
                                                                  :
--------------------------------------------------------------------------------x
                                                                  :
**In re**                                                         :
                                                                  :    **Case No.**
**LEHMAN BROTHERS INC.,**                                         :
                                                                  :    **08-01420 (JMP) (SIPA)**
                                  **Debtor.**                     :
                                                                  :
--------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON AUGUST 5, 2009 AT 10:00 A.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

**I.    <u>UNCONTESTED MATTERS</u>:**

1.    Motion of Wells Fargo Bank, National Association to Compel Lehman Brothers Special Financing Inc. to Assume or Reject an Executory Contract **[Docket No. 4443]**

<u>Response Deadline</u>:    July 31, 2009 at 4:00 p.m.

<u>Responses Received</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:    This matter is going forward.  A consensual order will be submitted to the Court.

**II.    <u>CONTESTED MATTERS</u>:**

2.    Debtors' Motion to Assume the Open Trade Confirmations with Three Basso Funds **[Docket No. 4249]**

<u>Response Deadline</u>:    July 10, 2009 at 4:00 p.m.

<u>Responses Received</u>:

A.    Objection of Basso Capital Management, L.P. **[Docket No. 4322]**

<u>Related Documents</u>:

B.    Debtors' Reply **[Docket No. 4388]**

<u>Status</u>:    This matter has been resolved.  A consensual order will be submitted to the Court.

3.      Motion of the Debtors for Establishment of Procedures for the Debtors to
        Compromise and Settle Claims in Respect of the Origination or Purchase of
        Residential Mortgage Loans **[Docket No. 4414]**

        Response Deadline:     July 31, 2009 at 4:00 p.m.

        Responses Received:

                A.      Objection of Wells Fargo Bank, National Association **[Docket No.
                        4515]**

                B.      Joinder of Citibank, N.A. **[Docket No. 4535]**

                C.      Reservation of Rights of U.S. Bank National Association **[Docket
                        No. 4598]**

        Related Documents:    None.

        Status:  The objections have been resolved.  A revised consensual order will be
        submitted to the Court.

4.      Debtors Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004
        Compelling Discovery against Consolidated Container Company LLC **[Docket
        No. 4465]**

        Response Deadline:     July 31, 2009 at 4:00 p.m.

        Responses Received:

                A.      Limited Response of Consolidated Container Company LLC
                        **[Docket No. 4553]**

        Related Documents:    None.

        Status:  This matter has been resolved.  A consensual order will be submitted to
        the Court.

5.      Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 3360]**

      A.      Bortstein Legal LLC **[Docket No. 3290]**

      B.      Bracewell & Giuliani LLP **[Docket Nos. 3659, 4670]**

      C.      Jones Day **[Docket No. 3313]**

      D.      McKee Nelson LLP **[Docket No. 3318]**

      E.      Jenner & Block LLP **[Docket No. 3319]**

      F.      Ernst & Young LLP **[Docket No. 3331]**

      G.      McKenna Long & Aldridge LLP **[Docket No. 3332]**

      H.      Lazard Freres & Co. LLC **[Docket No. 3333]**

      I.      Curtis, Mallet-Prevost, Colt & Mosle LLP **[Docket No. 3335]**

      J.      Reilly Pozner LLP **[Docket No. 3336]**

      K.      Milbank, Tweed, Hadley & McCloy LLP **[Docket No. 3337]**

      L.      FTI Consulting, Inc. **[Docket No. 3338]**

      M.      Houlihan Lokey Howard & Zukin Capital, Inc. **[Docket No. 3339]**

      N.      Quinn Emanuel Urquhart Oliver & Hedges, LLP **[Docket No. 3340]**

      O.      Simpson Thacher & Bartlett LLP **[Docket No. 3341]**

      P.      Weil, Gotshal & Manges LLP **[Docket No. 3343]**

      Q.      Windels Marx Lane & Mittendorf, LLP **[Docket No. 3327, 3329, 3330, 3715, 4264]**

<u>Response Deadline</u>:     May 6, 2009 4:00 p.m.

<u>Responses Received</u>:

      R.      Letter / Objection of Edith S. Hall **[Docket No. 3417]**

      S.      Fee Committee Report Pertaining to the First Interim Fee Applications of All Retained Professionals **[Docket No. 4655]**

Related Documents:

        T.     Reservation of Rights by Elliott Management Corporation **[Docket No. 4628]**

Status:  This matter is going forward.

6.     LBHI's Motion for Authorization to Enter into (i) an Amended Repurchase Agreement with Aurora Bank FSB and (ii) a Financing Facility with Aurora Loan Services, LLC **[Docket No. 4432]**

Response Deadline:    July 31, 2009 at 4:00 p.m.

Responses Received:

        A.     Limited Objection of Elliott Management Corporation **[Docket No. 4508]**

Related Documents:

        B.     Statement of Official Committee of Unsecured Creditors in Support **[Docket No. 4595]**

        C.     Debtors Reply **[Docket No. 4676]**

        D.     Notice of Exhibits **[Docket No. 4677]**

        E.     Declaration of Douglas Lambert in Support **[Docket No. 4678]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

III.       **UNCONTESTED MATTERS**

7.     Trustee's Motion for Entry of Order Pursuant to Section 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014 Authorizing the Trustee to Assume and Assign an Executory Contract to Lehman Brothers Holdings Inc. and Related Relief **[Docket No. 1308]**

Response Deadline: July 31, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

        A.     Notice of Revised Proposed Order **[Docket No. 1330]**

Status: This matter is going forward.

## IV.        ADVERSARY PROCEEDINGS:   TO BE HEARD AT 2:00 P.M.

### A.        Lehman Brothers Holdings Inc.

8.        Pre-Trial Conference in European Credit Management Limited, et al. v. LCPI **[Case No. 09-01262]**

**Pre-Trial Conference**

Related Documents:

A.        Adversary Complaint **[Docket No. 1]**

B.        Answer of Lehman Commercial Paper Inc. **[Docket No. 5]**

Status:  This matter is going forward.

9.        Millennium International, Ltd.  v. Lehman Brothers Finance, S.A. **[Case No. 09-01115]**

**Pre-Trial Conference**

Related Documents:

A.        Adversary Complaint **[Docket No. 1]**

B.        Answer of PricewaterhouseCoopers AG, Zurich **[Docket No. 19]**

C.        Answer of KBC Financial Products UK Limited, et al. **[Docket No. 20]**

D.        Answer to Counterclaim of Millennium International, Ltd. **[Docket No. 26]**

Status:  This matter is going forward.

V.    **ADJOURNED MATTERS**

A.    **Lehman Brothers Holdings Inc.**

10.    Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

Response Deadline:    August 12, 2009.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 26, 2009.

11.    Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline:    January 9, 2009 at 4:00 p.m.

Responses Received:

A.    Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

Related Documents:    None.

Status:  This matter has been adjourned to August 26, 2009.

12.    Motion of Lai Mei Chan, et al. for Relief from Derivative Procedures Orders and Objection to Debtors' Motion for an Order **[Docket No. 3565]**

Response Deadline:  July 10, 2009 at 4:00 p.m.

Responses Received:

A.    Debtors Objection and Reply **[Docket No. 4324]**.

Related Documents:    None.

Status:  This matter is has been adjourned to August 26, 2009.

13.     Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for
        Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief
        from the Automatic Stay **[Docket. No. 2385]**

        Response Deadline:    July 31, 2009 at 4:00 p.m.

        Responses Received:    None.

        Related Documents:    None.

        Status:  This matter has been adjourned to August 26, 2009.

14.     Motion of Ka Kin Wong, et al. for Relief from Derivative Procedure Orders and
        Objection to Debtors' Motion to Establish Procedures for the Settlement or
        Assumption and Assignment of Prepetition Derivative Contracts **[Docket. No.
        3566]**

        Response Deadline:

        Responses Received:

                A.      Debtors Objection and Reply None **[Docket. No. 4324]**

        Related Documents:    None.

        Status:  This matter has been adjourned to August 26, 2009.

15.     Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic
        Stay **[Docket No. 3182]**

        Response Deadline:    April 1, 2009 at 4:00 p.m.

        Responses Received:

                A.      Debtors' Objection **[Docket No. 3387]**

                B.      Joinder of Official Committee of Unsecured Creditors **[Docket No.
                        3389]**

        Related Documents:

                C.      Declaration of Alan Worden **[Docket No. 3184]**

        Status:  This matter has been adjourned to August 26, 2009.

16.     Debtors Motion for Authorization to Implement Alternative Dispute Resolution
        Procedures for Affirmative Claims of Debtors Under Derivative Contracts
        **[Docket No. 4453]**

        Response Deadline:    July 31, 2009 at 4:00 p.m.

        Status:  This matter has been adjourned to August 26, 2009.

17.     Amended Motion of LB 2080 Kalakaua Owners LLC to Sell Certain Property
        **[Docket No. 4230]**

        Response Deadline:    July 8, 2009 at 4: 00 p.m.

        Responses Received:  None.

        Related Documents:

                A.      Notice of Extension of Deadline to Submit a Higher Offer **[Docket
                        No. 4290]**

                B.      Statement of Kalaimoku-Kuhio Development Corp. to Amended
                        Motion  **[Docket No. 4306]**

        Status:  This matter has been adjourned to August 26, 2009.

18.     Motion of Laurel Cove Development for an Order Directing Debtor to Assume or
        Reject an Executory Contract [**Docket No. 3755**]

        Response Deadline:    June 19, 2009 at 5:00 p.m.

        Responses Received:

                A.      Debtors' Objection **[Docket No. 4055]**

        Related Documents:  None.

        Status:  This matter has been adjourned to August 26, 2009.

19.     Motion of Occidental Energy Marketing, Inc., et al. to Effectuate Setoff and Settle
        Outstanding Derivative Contracts **[Docket No. 4238]**

        Response Deadline:    July 30, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:  None.

Status:  This matter has been adjourned without date.

**B.      Adversary Proceedings**

20.      LBSF v. Harrier Finance Limited **[Case No. 09-01241]**

**Motion to Dismiss**

Response Deadline:    July 22, 2009.

Responses Received:

> A.      Plaintiff Lehman Brothers Special Financing Inc.'s Opposition to Defendant's Motion to Dismiss **[Docket No. 15]**

Related Documents:

> B.      Motion of Harrier Finance Limited, a.k.a. Rathgar Capital Corporation to Dismiss Adversary Proceeding **[Docket No. 8]**

> C.      Memorandum of Law in Support **[Docket No. 9]**

> D.      Declaration of Amanda J. Gallagher **[Docket No. 10]**

Status:  This matter has been adjourned to September 17, 2009 at 2:00 p.m.

21.      LBSF v. Ballyrock ABS CDO 2007-1 Limited, et al. **[Case No. 09-01032]**

**Motion to Dismiss**

Response Deadline:

Responses Received:

> A.      Lehman Brothers Special Financing Inc.'s Response in Opposition **[Docket No. 37]**

> B.      Creditors' Committee's Joinder **[Docket No. 38]**

Related Documents:

> C.      Motion of Ballyrock ABS CDO 2007-1 Limited to Dismiss Adversary Proceeding **[Docket No. 13]**

> D.      Ballrock ABS CDO 2007-1 Limited's Memorandum in Support **[Docket No. 14]**

E.    Declaration of Steven J. Fink **[Docket No. 15]**

F.    Memorandum of Law in Further Support **[Docket No. 30]**

G.    Declaration of Robinson B. Lacy in Support **[Docket No. 31]**

H.    Declaration of Robinson B. Lacy **[Docket No. 33]**

Status:  This matter has been adjourned to September 17, 2009 at 2:00 p.m.

22.    LBSF v. BNY Corporate Trustee Services Limited **[Case No. 09-01242]**

**Motion to Dismiss**

Response Deadline:    July 10, 2009 at 4:00 p.m.

Responses Received:

A.    Plaintiff Lehman Brothers Special Financing Inc.'s Opposition **[Docket No. 30]**

Related Documents:

B.    Motion of BNY Corporate Trustee Services Limited to Dismiss the Complaint **[Docket No. 13]**

C.    Declaration of Michael J. Venditto **[Docket No. 14]**

D.    Declaration of Sanjay Jobanputra **[Docket No. 15]**

E.    Memorandum of Law of BNY Corporate Trustee Services Limited in Support **[Docket No. 16]**

Status:  This matter has been adjourned to August 11, 2009.

23.    Neuberger Berman, LLC v. PNC Bank, National Association, Lehman Brothers Inc., and Lehman Brothers Commercial Corporation **[Case No. 09-1258]**

**Motion for Interpleader / Motion to Deposit Funds / Motion to Dismiss**

A.    Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with Interpleader Complaint **[Docket No. 2]**

B.    Lehman Brothers Commercial Corporations Response to the Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with the Interpleader Complaint **[Docket No. 7]**

       C.      Motion of PNC Bank, National Association for an Order
Dismissing the Case for Lack of Jurisdiction **[Docket No. 14]**

Status:  These matters have been adjourned to August 11, 2009.

24.     Neuberger Berman, LLC v. PNC Bank, National Association, Lehman Brothers
Inc., and Lehman Brothers Commercial Corporation **[Case No. 09-1258]**

**Pre-Trial Conference**

Status:  This matters has been adjourned to August 26, 2009.

25.     State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case
No. 08-01743]**

**Pre-Trial Conference**

Status:  This matter has been adjourned to August 26, 2009.

26.     Aliant Bank v. Lehman Brothers Special Financing, Inc. et al.
**[Case No. 08-01751]**

**Pre-Trial Conference**

Status:  This matter has been adjourned to August 26, 2009.

27.     Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing
Inc., et al. **[Case No. 08-01610]**

**Pre-Trial Conference**

Related Documents:

       A.      Adversary Complaint **[Docket No. 1]**

Status:  This matter has been adjourned to August 26, 2009.

28.     Turnberry et al v. LBHI **[Case No. 09-01062]**

**Pre-Trial Conference**

Status:  This matter has been adjourned to September 16, 2009.

29.    Lehman Brothers Special Financing Inc. v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

        **Pre-Trial Conference**

        Status:  This matter has been adjourned to September 16, 2009.

30.    Lehman Brothers Special Financing Inc. v. Metropolitan West Management, et al. **[Case No. 09-01233]**

        **Pre-Trial Conference**

        Status:  This matter has been adjourned to September 16, 2009.

31.    Hank's Living Trust v. Lehman Brothers OTC Derivatives and LBHI **[Case No. 09-01054]**

        **Pre-Trial Conference**

        Status:  This matter has been adjourned to September 16, 2009.

**C.    Lehman Brothers Inc.**

32.    Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

        Responses Received:

        A.    Objection of William Kuntz, III **[Docket No. 1074]**

        B.    Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No.08-13555, Docket No. 3699]**

        C.    Debtors' Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief **[Case No. 08-13555, Docket No. 3701]**

        Related Filings:

        D.    Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively,

Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

E.    Motion to Compel on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

F.    Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

G.    Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

H.    Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York state Comptroller. (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

I.    Notice of Adjournment **[Docket No. 1069]**

J.    Notice of Adjournment **[Case No. 08-13555, Docket No. 3506]**

K.    Notice of Adjournment **[Docket No. 1224]**

L.    Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3546]**

M.    Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3547]**

N.    Reply Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3732]**

O.    Reply in Further Support of the Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3733]**

P.      Objection to SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3734]**

Q.      Order Denying the Motion of Unclaimed Property Recovery Service Inc. with Respect to Lehman Brothers Holdings, Inc. and Its Affiliated Debtors.  **[Case No. 08-13555, Docket No. 4177]**

R.      Notice of Adjournment **[Docket No. 1257]**

S.      Notice of Adjournment **[Docket No. 1320]**

Status:  This matter has been adjourned to August 11, 2009 at 10:00 a.m.

33.     Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

Response Deadline: May 29, 2009 at 4:00 p.m.

Response Received:

A.      Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1059]**

B.      Objection of Trustee to Motion of Markit Group Limited for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1123]**

Related Documents:

C.      Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

D.      Reply in Further Support of the Motion of Markit Group Limited for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1139]**

E.      Notices of Adjournment **[Docket Nos. 409, 488, 574, 708, 846, 978, 1066, 1223, 1268, TBD]**

Status:  This matter has been adjourned to September 16, 2009.

34.    HWA555 Owners LLC v. Lehman Brothers Inc. **[Case No. 09-01160]**

**Trustee's Motion to Dismiss the Complaint [Docket No. 13]**

Response Deadline:  Trustee's Reply Brief due August 3, 2009 at 11:00 a.m.

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Notice of Motion to Dismiss Complaint **[Docket No. 7]**

    C.    Memorandum of Law of the Trustee in Support of His Motion to Dismiss Adversary Complaint **[Docket No. 8]**

    D.    Opposition to the Trustee's Motion to Dismiss the Adversary Complaint **[Docket No. 11]**

    E.    Notice of Adjournment **[Docket No. 13]**

    F.    Notice of Adjournment **[Docket No. 15]**

    G.    Trustee's Reply Brief in Further Support of the Motion **[Docket No. TBD]**

Status: This matter has been adjourned to August 11, 2009 at 10:00 a.m.

## VI.    **WITHDRAWN MATTERS**

35.    Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31, 2009 **[Docket No. 3527]**

Response Deadline:    May 28, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Withdrawal **[Docket No. 4489]**

Status:  This matter has been withdrawn.

36.    Application of Dechert LLP for an Award of Compensation and Reimbursement of Expenses for the Period April 1, 2009 through April 30, 2009 **[Docket No. 3761]**

Response Deadline:    June 21, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Notice of Withdrawal **[Docket No. 4489]**

Status:  This matter has been withdrawn.

Dated:  August 4, 2009
      New York, New York

                    /s/ Harvey R. Miller
                    Harvey R. Miller

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

Dated:  August 4, 2009
New York, New York

                    /s/ Jeffrey S. Margolin
                    James B. Kobak, Jr.
                    David W. Wiltenburg
                    Jeffrey S. Margolin

                    HUGHES HUBBARD & REED LLP
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone: (212) 837-6000
                    Facsimile: (212) 422-4726

                    Attorneys for James W. Giddens, Trustee for
                    the SIPA Liquidation of Lehman Brothers Inc.