**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | : |
| In re: | : Chapter 11 |
| | : |
| SUNEDISON, INC., *et al.*, | : Case No. 16-10992 (SMB) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |
| | : |

## AFFIDAVIT OF SERVICE

I, Keenan K. Baldeo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 27, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Combined Interim and Final Fee Application of Prime Clerk LLC, as Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Interim Fee Period from September 1, 2017 through December 29, 2017; and (II) the Final Fee Period from April 21, 2016 through December 29, 2017 [Docket No. 4670]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

- Final Fee Application of Brown Rudnick LLP, as Special Litigation Counsel to the Debtors for Services and Disbursements for the Period of December 1, 2016 through December 29, 2017 [Docket No. 4671]

- Fifth and Final Application of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Final Compensation Period from September 1, 2017 through December 29, 2017 and the Total Compensation Period from April 21, 2016 through December 29, 2017 [Docket No. 4675]

- Fifth Interim and Final Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Services Provider for the Debtors and Debtors in Possession for the Period from April 21, 2016 through December 29, 2017 [Docket No. 4676]

- Fifth Interim and Final Application of Togut, Segal & Segal LLP, as Co-Counsel for the Debtors and Debtors in Possession, for (I) the Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period September 1, 2017 through December 29, 2017 (The Effective Date); and (II) Final Allowance of All Pre-Effective Date Compensation and Expenses [Docket No. 4677]

- Corrected Final Fee Application of Brown Rudnick LLP, as Special Litigation Counsel to the Debtors for Services and Disbursements for the Period of December 1, 2016 through December 29, 2017 [Docket No. 4678]

- Final Fee Application of Keen-Summit Capital Partners LLC, as Real Estate Advisor to the Debtors [Docket No. 4679]

- Fifth Interim and Final Application of Cohen & Gresser LLP As Special Counsel to the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred [Docket No. 4680]

- Fifth Interim Application of PricewaterhouseCoopers LLP, Financial Advisors to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2017 through December 29, 2017 and Final Application of PricewaterhouseCoopers LLP, Financial Advisors to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from April 21, 2016 through December 29, 2017 [Docket No. 4681]

- Fifth and Final Application of Joseph Hage Aaronson LLC As Special Litigation Counsel to the Debtors for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 4682]

- Fifth Interim and Final Fee Application of KPMG LLP as Auditor and Tax Consultant to the Debtors for (I) Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from

September 1, 2017 through December 29, 2017, and (II) Final Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 21, 2016 through December 29, 2017 [Docket No. 4683]

- Fifth Interim and Final Fee Application of Rothschild Inc., as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred form April 21, 2016 through December 29, 2017 [Docket No. 4684]

- Fifth Interim and Final Application of Eversheds Sutherland (International) LLP as Special Counsel to the Debtors for Interim Allowance of Compensation for Pre-Effective Date Services Rendered and for Reimbursement of Expenses [Docket No. 4685]

On February 27, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit B**:

- Fifth Interim and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for, (I) the Fifth Interim Period from September 1, 2017 through and Including December 29, 2017, and (II) the Final Period from April 21, 2016 through and Including August 31, 2017 [Docket No. 4672]

Dated: March 2, 2018

_____
Keenan K. Baldeo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 2, 2018, by Keenan K. Baldeo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20_20_

SRF 22773

## Exhibit A

Exhibit A

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden, Deborah Newman, David M. Zensky<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | | Overnight Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com<br>louis.chiappetta@skadden.com<br>ebba.gebisa@skadden.com | Overnight Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | eric.ivester@skadden.com<br>jay.goffman@skadden.com<br>jason.kestecher@skadden.com<br>annie.li@skadden.com<br>evan.hill@skadden.com | Overnight Mail and Email |
| SunEdison, Inc. | Attn: President or General Counsel<br>Two CityPlace Drive, 2nd Floor<br>St. Louis MO 63141 | | Overnight Mail |
| Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>adeering@teamtogut.com<br>bmoore@teamtogut.com<br>dperson@teamtogut.com<br>pmarecki@teamtogut.com<br>seratner@teamtogut.com | Email |

Exhibit A

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Weil, Gotshal & Manges LLP | Attn: Joshua S. Amsel, Matt Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Ronit J. Berkovich<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com<br>ronit.berkovich@weil.com | Email |
| White & Case, LLP | Attn: Scott Greissman, Elizabeth Feld, Douglas P. Baumstein<br>1221 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com<br>dbaumstein@whitecase.com | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden, Deborah Newman, David M. Zensky<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | | Overnight Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com<br>louis.chiappetta@skadden.com<br>ebba.gebisa@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | eric.ivester@skadden.com<br>jay.goffman@skadden.com<br>jason.kestecher@skadden.com<br>annie.li@skadden.com<br>evan.hill@skadden.com | Email |
| SunEdison, Inc. | Attn: President or General Counsel<br>Two CityPlace Drive, 2nd Floor<br>St. Louis MO 63141 | | Overnight Mail |
| Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>adeering@teamtogut.com<br>bmoore@teamtogut.com<br>dperson@teamtogut.com<br>pmarecki@teamtogut.com<br>seratner@teamtogut.com | Email |

Exhibit B

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Weil, Gotshal & Manges LLP | Attn: Joshua S. Amsel, Matt Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Ronit J. Berkovich<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com<br>ronit.berkovich@weil.com | Email |
| White & Case, LLP | Attn: Scott Greissman, Elizabeth Feld, Douglas P. Baumstein<br>1221 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com<br>dbaumstein@whitecase.com | Overnight Mail and Email |