UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Keenan K. Baldeo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 27, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Fifth & Final Fee Application of Lazard Freres and Co. LLC, as Investment Banker to Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period May 3, 2016 through December 29, 2017 [Docket No. 4673]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

- Fifth Interim and Final Application of Morrison & Foerster LLP as Special Renewable Energy Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period April 29, 2016 through December 29, 2017 [Docket No. 4674]

Dated: March 2, 2018

_____
Keenan K. Baldeo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 2, 2018, by Keenan K. Baldeo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

**<u>Exhibit A</u>**

Exhibit A

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden, Deborah Newman, David M. Zensky<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | | Overnight Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com<br>louis.chiappetta@skadden.com<br>ebba.gebisa@skadden.com | Overnight Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | eric.ivester@skadden.com<br>jay.goffman@skadden.com<br>jason.kestecher@skadden.com<br>annie.li@skadden.com<br>evan.hill@skadden.com | Overnight Mail and Email |
| SunEdison, Inc. | Attn: President or General Counsel<br>Two CityPlace Drive, 2nd Floor<br>St. Louis MO 63141 | | Overnight Mail |
| Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>adeering@teamtogut.com<br>bmoore@teamtogut.com<br>dperson@teamtogut.com<br>pmarecki@teamtogut.com<br>seratner@teamtogut.com | Email |

In re: SunEdison, Inc., *et al.*
Case No. 16-10992 (SMB)

Page 1 of 2

Exhibit A

Fee Statement Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Weil, Gotshal & Manges LLP | Attn: Joshua S. Amsel, Matt Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Ronit J. Berkovich<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com<br>ronit.berkovich@weil.com | Email |
| White & Case, LLP | Attn: Scott Greissman, Elizabeth Feld, Douglas P. Baumstein<br>1221 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com<br>dbaumstein@whitecase.com | Overnight Mail and Email |