SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
(212) 344-5400
Bennette D. Kramer (BK-1269)
*Attorneys for Glencore Commodities Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                         :
                                                              :  Chapter 11
LEHMAN BROTHERS HOLDING, INC., *et al.*, :  Case No. 08-13555 (JMP)
                                                              :
                    Debtors.                                  :  Jointly Administered
-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, A Limited Liability Partnership, is appearing in this action as counsel for Glencore Commodities Ltd. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
       August 5, 2009

SCHLAM STONE & DOLAN LLP

By: _____

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
Attorneys for Defendant
26 Broadway
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
E-mail: bdk@schlamstone.com
*Attorneys for Glencore Commodities Ltd.*