Michael C. Lambert, Esq.
GILMARTIN, POSTER & SHAFTO LLP
845 Third Avenue, 18th Floor
New York, New York 10022
(212) 425-3220
*Attorneys for Versorgungswerk der
  Apothekerkammer Nordrhein*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :
                                                             :
LEHMAN BROTHERS HOLDINGS, INC., et al.,  :
                                                             :
                                              Debtors.    :
------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

**NOTICE OF APPEARANCE
AND REQUEST FOR
SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), Gilmartin, Poster & Shafto LLP hereby appears in the above-captioned case on behalf of Versorgungswerk der Apothekerkammer Nordrhein and requests, pursuant to Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and copies of all papers and documents served and/or filed herein, including but not limited to orders, reports, pleadings, motions, applications, petitions, disclosure statements, and plans, be served upon:

Andreas Seuffert, Esq.
Gilmartin, Poster & Shafto LLP
845 Third Avenue
New York, New York 10022
(212) 425-3220
Fax: (212) 425-3130/1560
aseuffert@lawpost-nyc.com

Dated: New York, New York
       August 5, 2009

{00023370.DOC}

GILMARTIN, POSTER & SHAFTO LLP

By: /s/ Michael C. Lambert
    Michael C. Lambert (ML-3408)
845 Third Avenue
New York, New York 10022
(212) 425-3220
Attorneys for Versorgungswerk der
  Apothekerkammer Nordrhein