CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco (JD-9284)
Wendy Rosenthal (WR-4461)

*Attorneys for Barclays Global Investors National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.* | Case No. 08-13555 (JMP) |
| Debtors | Jointly Administered |

Certificate of Service

      The undersigned hereby certifies that true and correct copies of the Limited Objection Of Barclays Global Investors National Association To Debtors' Motion Pursuant To Section 105(A) Of The Bankruptcy Code And General Order M-143 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivative Contracts were served by Overnight Mail and Electronic Mail on July 31, 2009 on the parties shown on the attached service list, and electronically through the Court's CM/ECF system.

Dated:  New York, New York
         July 31, 2009

                                                __/s/_____
                                                Wendy Rosenthal

AMR #206883-v1

# SERVICE LIST

**By Overnight Delivery**

Chambers of the Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the U.S. Trustee
Southern District of New York
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21 Fl.
New York, NY 10004

**By Overnight Delivery and E-Mail**

Hughes Hubbard & Reed LLP
Counsel to the Trustee
Attn: Christopher K. Kiplok, Jeffrey S. Margolin, Sarah Loomis Cave
One Battery Park Plaza
New York, New York 10004
kiploc@hugheshubbard.com
margolin@hugheshubbard.com
cave@hugheshubbard.com


Weil Gotshal & Manges LLP
Chapter 11 Counsel
Attn: Lori R. Fife, Robert J. Lemons, Sunny Singh
767 Fifth Avenue
New York, New York 10153
lori.fife@weil.com
robert.lemon@weil.com
sunny.singh@weil.com


Milbank, Tweed, Hadley & McCloy LLP
Committee Counsel
Attn: Dennis Dunne, Dennis O'Donnell, Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005
ddune@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Cleary Gottlieb LLP
Attn: Lindsee Granfield, Lisa Schweitzer
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
lschweitzer@cgsh.com

Sullivan & Cromwell LLP

2

Attn: Robinson Lacy, Hydee Feldstein
125 Broad Street
New York, NY 10004
lacyr@sullcrom.com
feldsteinh@sullcrom.com

Quinn Emanuel Urquhart Oliver & Hedges
Attn: Robert Dakis
51 Madison Avenue, 22nd Fl.
New York, NY 10010
robertdakis@quinnemanuel.com