# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC** <br><br> Lehman Borthers Commodity Services, Inc. <br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-13555 (JMP) Jointly Administered <br><br> Case No. 08-13885 <br><br><br> Claim No.: <u>4413</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, BKW FMB ENERGIE SA, IN THE AMOUNT OF $2,267,291.60, TO BLUE ANGEL CLAIMS, LLC

**To Transferor:**     BKW FMB Energie SA
Viktoriaplatz 2
CH-3000 Bern 25
SWITZERLAND

PLEASE TAKE NOTICE that the transfer of <u>$2,267,291.60</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**     Blue Angel Claims, LLC
Attn: Anthony Yoseloff, Manager
65 East 55th Street, 19th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                         _____
                                                                         Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: Blue Angel Claims ,LLC

    BKW FMB Energie SA, located at Viktoriaplatz 2, CH-3000 Bern 25, Switerland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Blue Angel Claims, LLC its successors and assigns, with offices at 65 East 55th Street, 19th Floor, New York, NY 10022 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Commodity Services Inc. (including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim) in the amount of $2,267,291.60 (collectively the "Claim") (claim # 4413):  in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of **Trade Reference Number(s):**813730, 2039540, 1824786, 1817505, 1817963, 1817916, 2084092, 208,0106, 2080228, 2083869, 2084182, 2085254, 2091959, 2092165, 2085363, 2092356, 1817963, 2091996, 2091967, 2101125, 2107101 and 2121229.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the ____ day of July, 2009.

BKW FMB Energie SA

By: _____
Name: Beat Deubes
Title: Head of Trading

Fritz Marti
Head of Back office

Blue Angel Claims, LLC

By: _____
Name: Anthony Yoseloff
Title: Manager
Address:
Attention:
Telephone:
Email

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: <br> LEHMAN BROTHERS COMMODITY SERVICES INC. | Case Number: <br> 08-13885 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
BKW FMB ENERGIE AG

Name and address where notices should be sent:
DUANE MORRIS LLP 1540 BROADWAY, NEW YORK, NY, 10036

Attn: Eberhard Rohm

Telephone number:
(212) 692-1067

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
BKW FMB Energie AG, Viktoriaplatz 2, 3000 Bern 25, Switzerland

Attn: Pascal Romann / Raphael Bruetsch

Telephone number:
011 41 31 330 53 80

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 2,267,291.60

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** goods sold - electricity
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)             0000004413

Date: 5/14/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signatures]

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FILED / RECEIVED
MAY 19 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Beat Denber
Head of Trading

Josef Janssen
Head of Origination

# Epiq Systems, Inc.

646 282 2400

| Client Home | Filed Claims & Schedules Key Documents | Docket | Change Client |

## Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

| Claim # | | Name Starts With | bkw | | Debtor | |
| Schedule # | | Total Claim Value | Equals | | Scope | Claims and Schedules |
| | | Claim Date Range | | to | | |
| Order By | Creditor Name | Results Per Page 10 | Search | Clear | | |

Page 1 of 1 | Page | Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 4413 | | BKW FMB ENERGIE AG<br>DUANE MORRIS LLP<br>ATTN: EBERHARD ROHM<br>1540 BROADWAY<br>NEW YORK, NY 10036<br>Debtor: LEHMAN BROTHERS COMMODITY SERVICES INC. | 5/19/2009 | $2,267,291.60 Claim Unsecured Amount: | $2,267,291.60 | Image |

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.