**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| **SUNEDISON, INC.,** *et al.*, | : | **Case No. 16-10992 (SMB)** |
| | : | |
| Debtors.[1] | : | **Jointly Administered** |
| | : | |
| | : | |

## AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 2, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Twentieth Monthly Fee Statement of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2017 through December 29, 2017 [Docket No. 4689]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

Dated: March 7, 2018

Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 7, 2018, by Kadeem Champagnie,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

2

SRF 22892

**<u>Exhibit A</u>**

Exhibit A

Fee Statement Notice Parties  Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|---------|-------|-------------------|
| Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden, Deborah Newman, David M. Zensky<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | | Overnight Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com<br>louis.chiappetta@skadden.com<br>ebba.gebisa@skadden.com | Overnight Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | eric.ivester@skadden.com<br>jay.goffman@skadden.com<br>jason.kestecher@skadden.com<br>annie.li@skadden.com<br>evan.hill@skadden.com | Overnight Mail and Email |
| SunEdison, Inc. | Attn: President or General Counsel<br>Two CityPlace Drive, 2nd Floor<br>St. Louis MO 63141 | | Overnight Mail |
| Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>adeering@teamtogut.com<br>bmoore@teamtogut.com<br>dperson@teamtogut.com<br>pmarecki@teamtogut.com<br>seratner@teamtogut.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Joshua S. Amsel, Matt Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Ronit J. Berkovich<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com<br>ronit.berkovich@weil.com | Email |
| White & Case, LLP | Attn: Scott Greissman, Elizabeth Feld, Douglas P. Baumstein<br>1221 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com<br>dbaumstein@whitecase.com | Overnight Mail and Email |