# JOHNSON, KILLEN & SEILER

STEVEN J. SEILER
THOMAS A. CLURE*
JOHN N. NYS *
STEVEN C. FECKER
ROBERT J. ZALLAR
ROBERT C. PEARSON
JAMES A. WADE* ‡
JOSEPH J. ROBY, JR.* ‡
NICHOLAS OSTAPENKO *
RICHARD J. LEIGHTON * ▲
JOSEPH V. FERGUSON*
ALOK VIDYARTHI
LAURA S. WEINTRAUB
PAUL W. WOJCIAK *
ROY J. CHRISTENSEN*
JESSICA L. DURBIN
DIANA BOUSCHOR DODGE*
MICHELE L. MILLER

## ATTORNEYS

### A TRADITION OF TRUST

230 West Superior Street, Suite 800
Duluth, Minnesota 55802
www.duluthlaw.com
Telephone: 218-722-6331
Facsimile: 218-722-3031

August 4, 2009

JOHN J. KILLEN, RETIRED

JOSEPH B. JOHNSON
(1919-2000)

\* ALSO MEMBER OF WISCONSIN BAR
▲ ALSO MEMBER OF NORTH DAKOTA BAR
‡ CIVIL TRIAL SPECIALIST CERTIFIED BY THE
  MINNESOTA STATE BAR ASSOCIATION AND
  THE NATIONAL BOARD OF TRIAL ADVOCACY

WRITER'S E-MAIL ADDRESS:
jferguson@duluthlaw.com

Clerk of U.S. Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

In re:  Lehman Brothers Bankruptcy Matter
        Bky File No. 08- 13555 (JMP)

Dear Sir/Madam:

I have enclosed for filing the following:

1)      A Motion for Admission to Practice *Pro Hac Vice*;


If you have any questions with regard to this matter, please contact me.

Very truly yours,

Joseph V. Ferguson, III

JVF:djc

Enclosure

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

LEHMAN BROTHERS HOLDINGS, INC., et. al.

Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Joseph V. Ferguson, III, a member in good standing of the bar in the State of Minnesota, Wisconsin and Louisiana, *pro hac vice*, before the Honorable James M. Peck, to represent Minnesota Masonic Home Health Care, Creditor and Party in Interest in the above-referenced case.

My mailing address is:       JOHNSON, KILLEN & SEILER, P.A.
                             230 West Superior Street
                             Suite 800 Wells Fargo Center
                             Duluth, MN  55802

My telephone number is:      (218) 722-6331

My email address is:         jferguson@duluthlaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 4, 2009

Joseph V. Ferguson, III #134806
230 West Superior Street
Suite 800 Wells Fargo Center
Duluth, MN  55802
(218) 722-6331
*Attorneys for Creditor and Party In Interest Minnesota Masonic Home Health Care*

### ORDER

ORDERED:
That Joseph V. Ferguson, III, Esquire is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:

New York, New York               UNITED STATES BANKRUPTCY JUDGE