UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                          :

In re                                                            :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)

                         Debtors.                  :        (Jointly Administered)

-----------------------------------------------------------------x

### ORDER AUTHORIZING AND APPROVING
### LEHMAN BROTHERS SPECIAL FINANCING INC.'S
### REJECTION OF A CERTAIN RESERVE FUND AGREEMENT

Upon the motion dated July 17, 2009 (the "Motion") by Wells Fargo Bank, National Association, as Indenture Trustee (the "Indenture Trustee"), for an Order, pursuant to 11 U.S.C. § 365(d)(2), requiring Lehman Brothers Special Financing, Inc. ("LBSF") to assume or reject that certain Reserve Fund Agreement dated September 16, 2002 by and among the Indenture Trustee, LBSF and The Estelle Peabody Memorial House of the Synod of Lincoln Trails of the Presbyterian Church (USA); and notice of the Motion and the hearing thereon having duly been given to parties identified on the Master Service List in accordance with the procedures set forth in the order dated September 22, 2008 governing case management procedures entered by this Court in Case No. 08-13555 (Docket No. 285); it is hereby

      **ORDERED** that the Motion is resolved as set forth below; and it is further

      **ORDERED** that, pursuant to 11 U.S.C. § 365(a), the Reserve Fund Agreement is rejected as of the date hereof; and it is further

      **ORDERED** that any claim arising from the rejection of the Reserve Fund Agreement shall be filed on or before the bar date fixed by this Court's order of July 2, 2009 establishing

- 2 -

deadlines for filing proofs of claim in the above referenced cases (Docket No. 4271) (the "Bar Date"); and it is further

**ORDERED** that this order shall not impair or prejudice the rights of the Indenture Trustee to file a proof of claim for any damages arising from or relating to the Reserve Fund Agreement, including a claim resulting from LBSF's rejection of the Reserve Fund Agreement, on or before the Bar Date, or impair or prejudice the rights of LBSF to object thereto.

Dated: New York, New York
August 5, 2009

                           *s/ James M. Peck*
                           UNITED STATES BANKRUPTCY JUDGE