**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                           :  Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :  08-13555 (JMP)
                                                :
            Debtors.                            :  (Jointly Administered)
                                                :
---------------------------------------------------------------x  Ref. Docket Nos. 4686, 4691

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

   1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.    On August 4, 2009, I caused to be served the:

    a) "NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 5, 2009 AT 10:00 A.M.," dated August 4, 2009 [Docket No. 4686], and

    b) "NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 5, 2009 AT 10:00 A.M.," dated August 4, 2009 [Docket No. 4691],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

   3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          /s/ Paul Belobritsky
Sworn to before me this                                                 Paul Belobritsky
5th day of August, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Agenda 4686 4691_Aff 08-04-09.doc

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com

| | |
|---|---|
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ehorn@lowenstein.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dckaufman@hhlaw.com | eli.mattioli@klgates.com |
| dclark@stinson.com | elizabeth.harris@klgates.com |
| dcoffino@cov.com | ellen.halstead@cwt.com |
| dcrapo@gibbonslaw.com | eobrien@sbchlaw.com |
| ddavis@paulweiss.com | eric.johnson@hro.com |
| ddrebsky@nixonpeabody.com | eschaffer@reedsmith.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deborah.saltzman@dlapiper.com | esmith@dl.com |
| deggert@freebornpeters.com | ezavalkoff-babej@vedderprice.com |
| demetra.liggins@tklaw.com | ezujkowski@emmetmarvin.com |
| deryck.palmer@cwt.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | fdellamore@jaspanllp.com |
| dfriedman@kasowitz.com | feldsteinh@sullcrom.com |
| dgrimes@reedsmith.com | ffm@bostonbusinesslaw.com |
| dhayes@mcguirewoods.com | fhyman@mayerbrown.com |
| dheffer@foley.com | fishere@butzel.com |
| dirk.roberts@ots.treas.gov | francois.janson@hklaw.com |
| dkleiner@velaw.com | frank.white@agg.com |
| dkozusko@willkie.com | fred.berg@rvblaw.com |
| dladdin@agg.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | GGraber@HodgsonRuss.com |
| dmurray@jenner.com | giaimo.christopher@arentfox.com |
| dneier@winston.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| douglas.bacon@lw.com | glenn.siegel@dechert.com |
| douglas.mcgill@dbr.com | gmoss@riemerlaw.com |
| DPiazza@HodgsonRuss.com | gnovod@kramerlevin.com |
| dravin@wolffsamson.com | gravert@mwe.com |
| drose@pryorcashman.com | gschiller@zeislaw.com |
| drosenzweig@fulbright.com | gspilsbury@jsslaw.com |
| drosner@goulstonstorrs.com | guzzi@whitecase.com |
| drosner@kasowitz.com | harrisjm@michigan.gov |
| dshemano@pwkllp.com | harveystrickon@paulhastings.com |
| dtatge@ebglaw.com | heiser@chapman.com |
| dwdykhouse@pbwt.com | hirsch.robert@arentfox.com |
| dwildes@stroock.com | hollace.cohen@troutmansanders.com |
| easmith@venable.com | holsen@stroock.com |
| echang@steinlubin.com | howard.hawkins@cwt.com |
| ecohen@russell.com | hseife@chadbourne.com |
| efile@willaw.com | hsnovikoff@wlrk.com |
| efleck@milbank.com | hweg@pwkllp.com |
| efreeman@lockelord.com | ian.levy@kobrekim.com |

icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmanmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.xom
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com

jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com

| | |
|---|---|
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| KOstad@mofo.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbossi@thompsoncoburn.com |
| kpiper@steptoe.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcordone@stradley.com |
| KReynolds@mklawnyc.com | mcto@debevoise.com |
| kristin.going@dbr.com | mdorval@stradley.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| krubin@ozcap.com | metkin@lowenstein.com |
| kstahl@whitecase.com | mgordon@briggs.com |
| kurt.mayr@bgllp.com | mgreger@allenmatkins.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| lalshibib@reedsmith.com | michael.kim@kobrekim.com |
| Landon@StreusandLandon.com | mimi.m.wong@irscounsel.treas.gov. |
| lattard@kayescholer.com | mitchell.ayer@tklaw.com |
| lawallf@pepperlaw.com | mjacobs@pryorcashman.com |
| lberkoff@moritthock.com | mjedelman@vedderprice.com |
| lbtancredi@venable.com | MJR1@westchestergov.com |
| lgranfield@cgsh.com | mkjaer@winston.com |
| lhandelsman@stroock.com | mlahaie@akingump.com |
| linda.boyle@twtelecom.com | MLandman@lcbf.com |
| lisa.kraidin@allenovery.com | mmendez@hunton.com |
| LJKotler@duanemorris.com | mmickey@mayerbrown.com |
| lmarinuzzi@mofo.com | mmooney@deilylawfirm.com |
| Lmay@coleschotz.com | mmorreale@us.mufg.jp |
| lmcgowen@orrick.com | mmurphy@co.sanmateo.ca.us |
| lml@ppgms.com | mneier@ibolaw.com |
| lnashelsky@mofo.com | monica.lawless@brookfieldproperties.com |
| lromansic@steptoe.com | mpage@kelleydrye.com |
| lscarcella@farrellfritz.com | mpfeifer@pfeiferlaw.com |
| lschweitzer@cgsh.com | mpucillo@bermanesq.com |
| lthompson@whitecase.com | mrosenthal@gibsondunn.com |
| lubell@hugheshubbard.com | mruetzel@whitecase.com |
| lwhidden@salans.com | mschimel@sju.edu |
| lwong@pfeiferlaw.com | MSchleich@fraserstryker.com |
| mabrams@willkie.com | mshiner@tuckerlaw.com |
| macronin@debevoise.com | mspeiser@stroock.com |
| MAOFILING@CGSH.COM | mstamer@akingump.com |
| Marc.Chait@standardchartered.com | mvenditto@reedsmith.com |
| margolin@hugheshubbard.com | mwarren@mtb.com |
| mark.deveno@bingham.com | Nasreen.Bulos@dubaiic.com |
| mark.ellenberg@cwt.com | ncoco@mwe.com |
| mark.houle@pillsburylaw.com | neal.mann@oag.state.ny.us |
| mark.sherrill@sutherland.com | ned.schodek@shearman.com |
| martin.davis@ots.treas.gov | newyork@sec.gov |
| Marvin.Clements@ag.tn.gov | nfurman@scottwoodcapital.com |
| masaki_konishi@noandt.com | Nherman@morganlewis.com |
| matthew.dyer@prommis.com | nissay_10259-0154@mhmjapan.com |
| matthew.klepper@dlapiper.com | nlepore@schnader.com |
| matthew.morris@lovells.com | notice@bkcylaw.com |
| Mbass@HodgsonRuss.com | oipress@travelers.com |

omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# Exhibit "B"

| Name | Fax |
|---|---|
| Allen & Overy; Attn: Pamela Rogers Chepiga | 212-610-6399 |
| ALSTON; Attn: James C. Grant, William S. Sugden | 404-881-7777 |
| ALSTON; Attn: Martin G. Bunin | 212-210-9444 |
| Berkman; Attn: Ronald Terenzi, Bruce Mael | 516-222-6209 |
| Bingham McCutchen; Attn: Robert Jeffery Black | 212-702-3692 |
| Bingham; Attn: Evan Benanti, A Phelan, S Willett | 617-951-8736 |
| BORTSTEIN LEGAL LLC; Attn: Lawrence Bortstein | 866-955-9402 |
| BRACEWELL; Attn: Marcy E. Kurtz | 713-221-1212 |
| Buchanan; Attn: Magdeline D. Coleman | 215-665-8760 |
| Buchanan; Attn: Stanley Yorsz | 412-562-1041 |
| CHAPMAN; Attn: Franklin H. Top, III | 312-701-2361 |
| Cole, Schotz; Attn: Nolan E. Shanahan | 212-752-8393 |
| COUGHLIN; Attn: JASON C. DAVIS | 415-288-4534 |
| COUGHLIN; Attn: RAY MANDLEKAR, DARRYL ALVARADO | 619-231-7423 |
| COUGHLIN; Attn: SAMUEL RUDMAN, DAVID ROSENFELD | 631-367-1173 |
| CURTIS; Attn: Daniel Lenihan, Lynn Harrison III | 212-697-1559 |
| DECHERT LLP; Attn: Brian E. Greer | 212-698-3599 |
| DECHERT LLP; Attn: Katherine A. Burroughs | 860-524-3930 |
| DEWEY & LEBOEUF; Attn: Philip M. Abelson | 212-259-6333 |
| DLA PIPER; Attn: Joshua Sohn | 212-335-4501 |
| Ernst & Young LLP; Attn: William Schlich | 212-773-6350 |
| FAEGRE; Attn: Michael Doty | 612-766-1600 |
| FAEGRE; Attn: Stephen Mertz, Michael Krauss | 612-766-1600 |
| FTI Consulting Inc.; Attn: Samuel Star | 212-841-9350 |
| GREENBERG; Attn: Nancy Mitchell, Maria DiConza | 212-801-6400 |
| HOULIHAN LOCKEY; Attn: P. Eric Siegert | 212-661-3070 |
| Hughes; Attn: Sarah K. Loomis Cave | 212-422-4726 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| JENNER & BLOCK LLP: Attn: Heather D. McArn | 212-891-1699 |
| JENNER & BLOCK; Attn: Robert Byman, Daniel Murray | 312-527-0484 |
| JONES DAY; Attn: Ross S. Barr | 212-755-7306 |
| JONES DAY; Attn: Simon D. Powell | 852-2868-5871 |
| KASOWITZ; Attn: Marc E. Kasowitz, Jed I. Bergman | 212-506-1800 |
| KATSKY; Attn: Mark Walfish, Steven H. Newman | 212 716-3350 |
| Kelley Drye; Attn: Eric Wilson, Martin Krolewski | 212-808-7897 |
| KELLEY DRYE; Attn: James Carr, Thomas Kinzler | 212-808-7897 |
| Klestadt; Attn: Tracy L. Klestadt | 212-972-2245 |
| LATHAM & WATKINS LLP; Attn: Adam J. Goldberg | 212-751-4864 |
| LATHAM & WATKINS LLP; Attn: Michael J. Riela | 212-751-4864 |
| LEVENE, NEALE; Attn: David L. Neale | 310-229-1244 |
| Linklaters; Attn: Amanda J. Gallagher | 212-903-9100 |
| Locke Lord; Attn: Joseph Froehlich | 212-303-2754 |
| McCARTER; Attn: David Adler, Eduardo Glas | 212-609-6921 |
| McKEE NELSON LLP; Attn: Rajiv Madan | 202-775-8586 |
| MCKENNA; Attn: Christopher Graham, Alan Kaufman | 212-922-1819 |
| MILBANK; Attn: David S. Cohen | 202-835-7586 |
| MINTZ LEVIN; Attn: Daniel Bleck, Adrienne Walker | 617-542-2241 |
| MINTZ LEVIN; Attn: Paul J. Ricotta | 212-983-3115 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| Orrick, Herrington; Attn:Robert Sills, Steven Fink | 212-506-5151 |
| QUINN; Susheel Kirpalani, James Tecce,Robert Dakis | 212-849-7100 |

| | |
|---|---|
| REILLY POZNER LLP; Attn: Michael A. Rollin | 303-893-6110 |
| Ropes & Gray; Attn: James A. Wright, III | 617-951-7050 |
| Sidley; Attn: Alex J. Kaplan, Alex R. Rovira | 212-839-5599 |
| SIMPSON; Attn: Attn: Mary Elizabeth McGarry | 212-455-2502 |
| STROOCK; Attn: Melvin A. Brosterman | 212-806-6006 |
| STROOCK; Attn: Melvin A. Brosterman, Dina Kolker | 212-806-6006 |
| TUCKER; Attn: GARY P. HUNT, MICHAEL J. STAUBER | 412-594-5619 |
| WILLKIE FARR; Attn: Michael Kelly, Nikhil Singhvi | 212-728-8111 |
| WINDELS; Attn: James Thomas, Robert Rossi | 212-262-1215 |

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

Edith S. Hall
37097 S. Stoney Cliff Drive
Tucson, AZ 85739-1408