Daniel S. Bleck, Esq.
Adrienne K. Walker, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO, PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Wells Fargo Bank,
National Association, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

|   |   |
|---|---|
| | x |
| **In re** | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |
| | x |

-----------------------------------------------------------------

### CERTIFICATE OF SERVICE

I, Adrienne K. Walker, Esq., hereby certify under penalty of perjury, that on August 6, 2009, I caused a true and correct copy of the Order Authorizing and Approving Lehman Brothers Special Financing Inc's. Rejection of a Certain Reserve Fund Agreement to be served by electronic mail and by first class mail to counsel to The Estelle Peabody Memorial House of the Synod of Lincoln Trails of the Presbyterian Church (USA) c/o Christine Jacobson, Esq., Katz & Korin, P.C., The Emelie Building, 334 North Senate Avenue, Indianapolis, IN 46204.

Dated: August 6, 2009            /s/ Adrienne K. Walker
                                     Adrienne K. Walker

4685070v.1