WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                            :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF COMMISSION TO BE PAID TO CB RICHARD ELLIS, INC.

      **PLEASE TAKE NOTICE** that pursuant to the Order Granting Lehman Brothers Holdings Inc.'s ("LBHI") Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code to Retain and Employ CB Richard Ellis, Inc. ("CBRE") as its Real Estate Broker, *Nunc Pro Tunc* to July 15, 2009 the ("CBRE Order"), entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on August 5, 2009 in the above captioned chapter 11 cases [Docket No. 4711], LBHI is required to file with the Bankruptcy Court and serve upon all parties entitled to receive notice in these chapter 11 cases a notice (the "Commission Notice") setting forth (i) the Commission[1] to be paid to CBRE after consummation of an Acquisition, (ii) a brief explanation of the method by which the amount of the Commission was determined, (iii) the identity of the party or parties responsible for paying the Commission, and (iv) where more than one party is responsible for payment of the Commission, a breakdown of the amount that each party is responsible for.

      **PLEASE TAKE FURTHER NOTICE** that, on July 17, 2009, LBHI entered into a sublease agreement with Time Inc. ("Landlord") for rental space at 1271 Avenue of the Americas (the "1271 Acquisition"). In connection with the 1271 Acquisition, and in accordance with the terms and conditions set forth in both the brokerage agreement between LBHI and CBRE, dated July 15, 2009, and the brokerage agreement between CBRE and Landlord, dated July 15, 2009, CBRE is to be paid the sum of (x) 5% of base rent for the first year of the lease

---

[1] Capitalized terms used in this Commission Notice but not defined herein are used with the meaning ascribed to such terms in the Retention Order.

term, or any fractions thereof and (y) 4% of base rent for the second year of the lease term, or any fraction thereof. Accordingly, the Commission owed to CBRE for the 1271 Acquisition amounts to $619,178.25. The entire Commission has been paid by the Landlord to CBRE, and no amounts have been paid by or are the responsibility of LBHI.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the CBRE Order, objections, if any, to the Commission described herein shall be filed with the Bankruptcy Court and served on (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtors and (ii) CB Richard Ellis, Inc., 200 Park Avenue, New York, NY 10166, Attn: Linda E. Lindman, Esq., **so as to be received by no later than August 17, 2009.**

Dated: August 7, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession