DUANE MORRIS LLP
Wendy M. Simkulak, Esquire (WS-8945)
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1547
Facsimile: 215-979-1020
      -and-
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS** | ) | |
| | ) | **Case No. 08-13555 (JMP)** |
| **INC., et al.** | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 2019 BY DUANE MORRIS LLP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP ("Duane Morris") hereby submits this Verified Statement and represents as follows:

1. On or about September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Duane Morris currently represents the following individual clients (the "Clients") in the above-captioned bankruptcy cases:

    a. ACE American Insurance Company (together with affiliates, "ACE"), 436 Walnut Street, Philadelphia, PA 19106

    b. Buckeye Partners, L.P. ("Buckeye"), Five TEK Park, 9999 Hamilton Boulevard, Breinigsville, PA 18031

  c. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati, Via S. Vitale 15, 40125, Bologna, Italy

  d. BKW FMB Energie AG, Viktoriaplatz 2, CH-3000 Bern 25, Switzerland

  e. Edward Jones, 12555 Manchester Road, St. Louis, MO 63131-3729

  f. FPB Bank, Inc., Calle 50 y Aquilino de la Guardia, Edificio Plaza Banco General, Piso 16, Panama, Republic of Panama

  g. Aron M. Oliner in his capacity as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership and Central European Industrial Development Company, Bankr. N.D. Cal., Case No. 02-30419-11, c/o Duane Morris LLP, Suite 2000, One Market, Spear Tower, San Francisco, CA 94105-1104

  h. Aspecta Assurance International Luxembourg S.A., 5 Rue Eugene Ruppert, Luxembourg, 2453 Luxembourg 011 325 1470

  3. The claims of ACE arise out of certain insurance policies issued by ACE, as insurers, to the Debtors, as insureds and out of certain agreements related thereto.

  4. The claims of the Buckeye arise out of various defaults under an agreement by a subsidiary of the Debtors that was sold subsequent to the Petition Date.

  5. The claims of Fondazione Cassa di Risparmio di Imola arise out of debt instruments issued by the Debtors.

  6. The claims of BKW FMB Energie AG arise out of agreements entered into between the Debtor and BKW FMB Energie AG.

  7. The claims of Edward Jones arise out of debt securities issued by Lehman Brothers.

  8. The claims of FPB Bank, Inc. arise out of debt instruments issued by the Debtors for which FPB Bank, Inc. is acting on behalf of the beneficial owners of such debt instruments.

  9. The claims of Aron M. Oliner in his capacity as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership and Central European Industrial Development

Company, Bankr. N.D. Cal., Case No. 02-30419-11 (the "CEIDCO Bankruptcy"), arise out of Lehman Brothers Holdings, Inc.'s ("LBHI") being the largest creditor in the CEIDCO Bankruptcy. LBHI is also a co-plaintiff in an adversary proceeding under the CEIDCO Bankruptcy, Bankr. N.D. Cal., Case No. 03-3264.

10. The claims of Aspecta Assurance International Luxembourg S.A. arise out of debtor instruments issued by the Debtors.

11. All of the Clients have requested that Duane Morris LLP represent them in these cases.

12. Duane Morris does not hold any claim against, or own any interest in, the Debtors nor has it at any time held any such claim or owned any such interest.

13. To the extent necessary or required, Duane Morris reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

I, Wendy M. Simkulak, declare under penalty of perjury that I am an attorney at Duane Morris LLP and that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

DUANE MORRIS LLP

Dated: August 7, 2009

/s/ *Wendy M. Simkulak*
Wendy M. Simkulak, Esquire (WS-8945)
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1547
Facsimile: 215-979-1020
    -and-
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemorris.com