DUANE MORRIS LLP
Wendy M. Simkulak, Esquire (WS-8945)
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1547
Facsimile: 215-979-1020
    -and-
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Duane Morris LLP to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 7, 2009

/s/ Wendy M. Simkulak
Wendy M. Simkulak, Esquire (WS-8945)
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1547
Facsimile: 215-979-1020
    -and-
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

## SERVICE LIST

Office of the U.S. Trustee
Andrew D. Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife,
Shai Y. Waisman, Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153
Counsel to the Debtors

Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Wilbur Foster, Jr.,
Dennis O'Donnell, Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005
Counsel to Official Committee of Unsecured Creditors

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 601
New York, NY 10004