

Prudential Global Funding LLC
2 Gateway Center, Newark NJ 07102
Fax 973 802-8518

## Prudential Global Funding LLC

**HAND DELIVERY**                                                  September 15, 2008

To:   Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
      Transaction Management
      745 Seventh Avenue, 28th Floor, New York, New York 10019

      Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
      Legal Compliance and Audit Group, Capital Markets Contracts – Legal
      1271 Sixth Avenue, 43rd Floor, New York, New York 10019

      Lehman Brothers Special Financing Inc., Attn: Documentation Manager
      c/o Lehman Brothers Inc., Transaction Management
      745 Seventh Avenue, 19th Floor, New York, New York 10019

Re:   Notice of Event of Default and Designation of Early Termination Date

Reference is made to the ISDA 1992 Master Agreement ("Master Agreement"), dated as of April 19, 2006, between Lehman Brothers Special Financing Inc. ("Defaulting Party") and Prudential Global Funding LLC ("Non-Defaulting Party"). All capitalized terms used herein and not otherwise defined shall have the respective meanings provided in the Master Agreement.

Please be advised that Non-Defaulting Party has suffered an Event of Default under Section 5(a)(viii)(4) of the Master Agreement due to the fact that Lehman Brothers Holdings Inc., Credit Support Provider for the Defaulting Party, has filed for bankruptcy protection. As such, Non-Defaulting Party is hereby designating September 15, 2008, as the Early Termination Date in respect of all Transactions under the Master Agreement.

Nothing in this letter shall be construed as a waiver of any rights we may have with respect to the Transactions.

Sincerely,

PRUDENTIAL GLOBAL FUNDING LLC

By: _____
Name:   Gary F. Neubeck
Title:      President

Acknowledgment of receipt of package hand delivered from Alston + Bird LLP to:

Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
Legal Compliance and Audit Group, Capital Markets Contracts – Legal
1271 Sixth Avenue, 43rd Floor, New York, New York 10019

Signed: *Vanessa Gomez* (signature)
Name: Vanessa Gomez
Title: Corp. Paralegal
Date: 9/15/08
Phone: (646) 333-9527

Acknowledgment of receipt of package hand delivered from Alston + Bird LLP to:

Lehman Brothers Special Financing Inc., Attn: Documentation Manager
c/o Lehman Brothers Inc., Transaction Management
745 Seventh Avenue, 19th Floor, New York, New York 10019

Signed: *Justo Nunez*

Name: Justo Nuñez

Title: Supervisor

Date: 9/15/08

Phone: _____

Acknowledgment of receipt of package hand delivered from Alston + Bird LLP to:

Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
Corporate Advisory Division, Transaction Management
745 Seventh Avenue, 28th Floor, New York, New York 10019

Signed: _Justo Nuñez_

Name: _Justo Nuñez_

Title: _Supervisor_

Date: _9/15/04_

Phone: _____