**Prudential Financial**

Prudential Global Funding LLC
2 Gateway Center, Newark NJ 07102
Fax 973 802-8518

## Prudential Global Funding, LLC

**HAND DELIVERY**                                September 16, 2008

To:  Lehman Brothers Finance S.A.
     Genferstrasse 24, P.O. Box 311, CH-8002
     Zurich, Switzerland
     Attn: Financial Controller

Re:  Notice of Event of Default and Designation of Early Termination Date

Reference is made to the ISDA 1992 Master Agreement ("Master Agreement"), dated as of March 11, 1997, between Lehman Brothers Finance S.A. ("Defaulting Party") and Prudential Global Funding, LLC. ("Non-Defaulting Party"). All capitalized terms used herein and not otherwise defined shall have the respective meanings provided in the Master Agreement.

Please be advised that Non-Defaulting Party has suffered an Event of Default under Section 5(a)(viii)(4) of the Master Agreement due to the fact that Lehman Brothers Holdings Inc., Credit Support Provider for the Defaulting Party, has filed for bankruptcy protection. As such, Non-Defaulting Party is hereby designating September 16, 2008, as the Early Termination Date in respect of all Transactions under the Master Agreement.

Nothing in this letter shall be construed as a waiver of any rights we may have with respect to the Transactions.

Sincerely,

PRUDENTIAL GLOBAL FUNDING, LLC.

By: _____
Name:
Title:  Gary F. Neubeck
        President

Constance Panesis-Gyhr
Authorised Signatory

16.9.08

Lehman Brothers Finance SA