

**Prudential Global Funding LLC**
Two Gateway Center, Newark NJ 07102
Fax 973 802-8518

September 25, 2008

**HAND DELIVERY IN PERSON**

To: Lehman Brothers Finance, S.A.
Talstrasse 82
Zurich CH-8021
Switzerland
Attention: Legal Department

CC: Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor, New York, New York 10019

Lehman Brothers Special Financing Inc., c/o Lehman Brothers Inc.
Legal Compliance and Audit Group, Capital Markets Contracts – Legal
1271 Sixth Avenue, 43rd Floor, New York, New York 10019

Lehman Brothers Special Financing Inc., Attn: Documentation Manager
c/o Lehman Brothers Inc., Transaction Management
745 Seventh Avenue, 19th Floor, New York, New York 10019

Lehman Brothers Special Financing, Inc.
3 World Financial Center, 7th Floor
New York, New York 10285
Attention: Oliver Rochester

**Re: Notice of Settlement Amount Due**

Reference is made to (i) the ISDA Master Agreement (the "Master Agreement"), dated as of March 11, 1997, between Lehman Brothers Finance S.A ("Defaulting Party") and Prudential Global Funding LLC ("Non-Defaulting Party"); (ii) the Cross Margining and Netting Agreement (the "Cross Margining Agreement"), dated as of April 19, 2006, by and among the Non-Defaulting Party, the Defaulting Party and Lehman Brothers Special Financing Inc.; and (iii) the letter dated as of September 16, 2008 from the Non-Defaulting Party to the Defaulting Party, a copy of which is attached, whereby the undersigned designated September 16, 2008 as the Early Termination Date with respect to all Transactions between the Defaulting Party and the Non-Defaulting Party, pursuant to Section 6(a) of the Master Agreement (the "Termination Notice"). Terms used but not defined herein are used as defined in the Master Agreement.

We note that the Termination Notice referred to the bankruptcy filing by Lehman Brothers Holdings Inc., the Credit Support Provider for the Defaulting Party, as the basis for the Event of Default under the Master Agreement. Such Event of Default arises under Section 5(a)(vii)(4) of the Master Agreement. The Termination Notice inadvertently referred to Section 5(a)(viii)(4) of the Master Agreement rather than Section 5(a)(vii)(4). For the avoidance of doubt, we wish to clarify that the

Event of Default on which termination of the Master Agreement is based is the event specified in Section 5(a)(vii)(4) of the Master Agreement.

This letter is being provided pursuant to Section 6(d)(i) of the Master Agreement. As of the Early Termination Date, the Settlement Amount payable to the Non-Defaulting Party by the Defaulting Party is $ -0-, which amount has been calculated as follows:

| | |
|---|---|
| Settlement Amount owed by the Defaulting Party under Section 6(e) of the Master Agreement | $488,626,260 |
| *Less*: Credit Support Amount set-off: | $488,626,260 |
| Net amount owed to Non-Defaulting Party | $ -- 0 -- |

Detailed information regarding the foregoing calculation, including the determination of the amount due under Section 6(e) of the Master Agreement, is attached hereto in Schedule I and the exhibits thereto. In determining the amount due under Section 6(e), the Non-Defaulting Party obtained quotations for each outstanding Transaction from Reference Market-makers (i.e., with respect to European-style put options, JP Morgan, CSI, and Barclays ("Tranche I"), and with respect to exotic options, BNP, Societe Generale and Goldman ("Tranche II") and CSI, JP Morgan and Barclays ("Tranche III")), as described in Schedule I and the exhibits thereto.

Please note that the Non-Defaulting Party reserves all rights and remedies available to it under the Master Agreement and the Cross Margining Agreement, any other agreements, and at law or in equity.

Please contact Mr. Gary Neubeck at 973-802-6279 if you have any questions.

Very truly yours,

**Prudential Global Funding LLC**

By: [signature]
Title:

Gary F. Neubeck
President

# SCHEDULE I

## Statement of Settlement Amount

| Legal Entity | Products | Replacement cost based on Market Quotation | |
|---|---|---|---|
| Lehman Brothers Finance S.A. (LBF) | European Options/lookbacks | - | |
| | Tranche I (Europeans) | 108,224,638.95 | Exhibit A |
| | Tranche II (Lookbacks) | 170,776,900.00 | Exhibit B |
| | Tranche III (Lookbacks) | 209,624,721.05 | Exhibit C |
| Total due from LBF | | **488,626,260.00** | |
| Total Collateral Under Cross Margining and Netting Agreement | | (550,641,243.00) | |
| Collateral remaining after application of LBF exposure | | (62,014,983.00) | |
| **Exposure to LBF after application of collateral** | | **0.00** | |

**EXHIBIT A**

**TRANCHE I**
**European style put options**

| TRADE ID | TYPE | CUSTOMER | MATURITY | TRADE | CCY | COMMODITY | NOT | NPV | NET | TRANCHE I *Quotes as of 1pm* CSI | *9/16/08 Trade* JPM | BARCLAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71877PG | EQOPT | LEHMANFINSA | 6/2/2014 | 6/1/2006 | USD | Put44.00mUSD@1271.130000 | 44,000,000 | 8,313,435 | 8,313,435 | 8,999,520.05 | 9,422,367.17 | 11,678,281.84 |
| 71879PG | EQOPT | LEHMANFINSA | 6/1/2015 | 6/1/2006 | USD | Put44.00mUSD@1271.130000 | 44,000,000 | 8,471,560 | 8,471,560 | 9,199,940.15 | 9,689,206.26 | 12,926,909.44 |
| 71882PG | EQOPT | LEHMANFINSA | 6/1/2016 | 6/1/2006 | USD | Put110.00mUSD@1271.130000 | 110,000,000 | 21,407,307 | 21,407,307 | 23,358,981.00 | 24,627,060.42 | 27,160,861.77 |
| 72408PG | EQOPT | LEHMANFINSA | 7/27/2012 | 7/27/2006 | USD | Put3.00mUSD@1273.090000 | 3,000,000 | 525,857 | 525,857 | 560,674.91 | 571,893.37 | 798,575.12 |
| 72411PG | EQOPT | LEHMANFINSA | 7/29/2013 | 7/27/2006 | USD | Put3.00mUSD@1273.090000 | 3,000,000 | 553,149 | 553,149 | 593,594.79 | 605,950.32 | 878,439.70 |
| 72415PG | EQOPT | LEHMANFINSA | 7/28/2014 | 7/27/2006 | USD | Put10.00mUSD@1273.090000 | 10,000,000 | 1,899,153 | 1,899,153 | 2,059,083.49 | 2,154,481.79 | 2,698,913.67 |
| 72418PG | EQOPT | LEHMANFINSA | 7/27/2015 | 7/27/2006 | USD | Put10.00mUSD@1273.090000 | 10,000,000 | 1,932,552 | 1,932,552 | 2,098,122.34 | 2,210,561.08 | 2,723,229.31 |
| 72421PG | EQOPT | LEHMANFINSA | 7/27/2016 | 7/27/2006 | USD | Put27.00mUSD@1273.090000 | 27,000,000 | 5,268,534 | 5,268,534 | 5,752,947.18 | 6,059,012.72 | 7,579,418.27 |
| 75674PG | EQOPT | LEHMANFINSA | 4/25/2011 | 4/25/2007 | USD | Put5.00mUSD@1487.850000 | 5,000,664 | 1,090,003 | 1,090,003 | 1,131,480.65 | 1,145,053.60 | 1,271,526.84 |
| 75681PG | EQOPT | LEHMANFINSA | 4/25/2012 | 4/25/2007 | USD | Put12.00mUSD@1487.850000 | 12,000,998 | 2,677,822 | 2,677,822 | 2,806,000.08 | 2,839,630.96 | 1,919,027.21 |
| 75845PG | EQOPT | LEHMANFINSA | 5/8/2012 | 5/8/2007 | USD | Put9.00mUSD@1505.580000 | 9,000,357 | 2,049,050 | 2,049,050 | 2,145,324.86 | 2,170,326.68 | 1,937,694.52 |
| 77323PG | EQOPT | LEHMANFINSA | 7/18/2011 | 7/18/2007 | USD | Put5.00mUSD@1538.400000 | 5,000,000 | 1,168,169 | 1,168,169 | 1,208,690.85 | 1,223,241.55 | 1,127,220.49 |
| 77332PG | EQOPT | LEHMANFINSA | 7/18/2012 | 7/18/2007 | USD | Put12.00mUSD@1538.400000 | 11,999,997 | 2,833,421 | 2,833,421 | 2,962,791.75 | 2,995,411.72 | 2,951,603.01 |
| 77601PG | EQOPT | LEHMANFINSA | 8/8/2011 | 8/6/2007 | USD | Put8.00mUSD@1443.860000 | 7,999,995 | 1,661,125 | 1,661,125 | 1,734,294.51 | 1,758,928.99 | 1,945,601.27 |
| 77602PG | EQOPT | LEHMANFINSA | 8/6/2012 | 8/6/2007 | USD | Put18.00mUSD@1443.860000 | 17,999,996 | 3,853,659 | 3,853,659 | 4,060,365.11 | 4,110,953.72 | 3,130,044.05 |
| 77688PG | EQOPT | LEHMANFINSA | 8/9/2011 | 8/9/2007 | USD | Put6.00mUSD@1484.850000 | 5,999,997 | 1,313,839 | 1,313,839 | 1,366,117.04 | 1,383,884.04 | 1,126,697.49 |
| 77691PG | EQOPT | LEHMANFINSA | 8/9/2012 | 8/9/2007 | USD | Put16.00mUSD@1484.850000 | 16,000,001 | 3,579,445 | 3,579,445 | 3,757,740.12 | 3,801,588.88 | 2,777,816.11 |
| 77774PG | EQOPT | LEHMANFINSA | 8/14/2017 | 8/14/2007 | USD | Put12.00mUSD@1432.100000 | 11,999,996 | 2,583,570 | 2,583,570 | 2,826,756.86 | 2,934,211.00 | 2,171,445.40 |
| 77777PG | EQOPT | LEHMANFINSA | 8/14/2014 | 8/14/2007 | USD | Put12.00mUSD@1432.100000 | 11,999,996 | 2,611,773 | 2,611,773 | 2,813,768.94 | 2,911,565.34 | 2,772,794.27 |
| 78671PG | EQOPT | LEHMANFINSA | 10/30/2011 | 10/30/2007 | USD | Put5.00mUSD@1535.700000 | 4,999,993 | 1,168,492 | 1,168,492 | 1,212,995.75 | 1,226,221.00 | 923,067.02 |
| 78680PG | EQOPT | LEHMANFINSA | 10/30/2012 | 10/30/2007 | USD | Put13.00mUSD@1535.700000 | 13,000,008 | 3,067,770 | 3,067,770 | 3,217,961.13 | 3,249,542.06 | 2,226,239.31 |
| 78828PG | EQOPT | LEHMANFINSA | 11/14/2011 | 11/14/2007 | USD | Put6.00mUSD@1487.300000 | 6,000,006 | 1,325,786 | 1,325,786 | 1,382,869.71 | 1,400,875.19 | 1,068,174.54 |
| 78833PG | EQOPT | LEHMANFINSA | 11/14/2012 | 11/14/2007 | USD | Put15.00mUSD@1487.300000 | 15,000,001 | 3,377,640 | 3,377,640 | 3,554,293.14 | 3,596,724.20 | 2,889,851.60 |
| 79096PG | EQOPT | LEHMANFINSA | 12/5/2017 | 12/5/2007 | USD | Put24.00mUSD@1484.800000 | 23,999,995 | 5,290,348 | 5,290,348 | 5,793,910.53 | 6,001,687.83 | 4,297,259.88 |
| 80473PG | EQOPT | LEHMANFINSA | 2/7/2014 | 2/7/2008 | USD | Put2.00mUSD@1323.210000 | 2,000,005 | 393,885 | 393,885 | 423,773.65 | 441,379.53 | 403,328.07 |
| 80480PG | EQOPT | LEHMANFINSA | 2/7/2017 | 2/7/2008 | USD | Put9.00mUSD@1323.210000 | 8,999,998 | 1,820,179 | 1,820,179 | 1,990,635.98 | 2,084,768.95 | 1,954,902.87 |
| 80481PG | EQOPT | LEHMANFINSA | 2/9/2015 | 2/7/2008 | USD | Put2.00mUSD@1323.210000 | 2,000,005 | 400,348 | 400,348 | 433,991.25 | 453,604.62 | 500,236.89 |
| 80486PG | EQOPT | LEHMANFINSA | 2/7/2018 | 2/7/2008 | USD | Put22.00mUSD@1323.210000 | 21,999,994 | 4,423,888 | 4,423,888 | 4,851,866.44 | 5,061,427.65 | 5,852,532.77 |
| 80487PG | EQOPT | LEHMANFINSA | 2/8/2016 | 2/7/2008 | USD | Put9.00mUSD@1323.210000 | 8,999,998 | 1,815,949 | 1,815,949 | 1,975,332.29 | 2,073,078.30 | 1,957,609.92 |
| | | | | | | | | | 98,000,000 | $ 104,273,824.55 | $ 108,224,638.95 | $ 111,649,102.64 |

**EXHIBIT B**

**TRANCHE II**
*Lookback Structures*

| GeneratedPK | Index | Customer | Terms | ScalingFactor | ProductName | TradeId | StartDate | EndDate | InitialStrike | CurrentMinMax | Notional | Units | Observation Frequency | Delta | Gamma | Vega | Rho | Payoff Value | GS | BG | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SPX | LEHMANFINSA | 3.67 | 0.9 | HW | 78052PG | 5/6/2005 | 5/6/2012 | 1,175.25 | 1,509.48 | 11,000,000.00 | 9,359.71 | Annual | -30,697.20 | 1,588.64 | 94,982.04 | -2,322.55 | 2,572,840.57 | 2,802,000.00 | 2,812,700.00 | 2,769,600.00 |
| 2 | SPX | LEHMANFINSA | 1.67 | 1 | LW | 78054PG | 5/6/2005 | 5/6/2010 | 1,175.25 | 1,175.25 | 30,000,000.00 | 25,526.48 | Annual | -131,215.38 | 4,401.43 | 183,712.07 | -2,280.40 | 4,009,859.90 | 4,534,000.00 | 4,388,000.00 | 4,272,000.00 |
| 3 | SPX | LEHMANFINSA | 1.87 | 1 | LW | 78058PG | 5/20/2005 | 5/20/2010 | 1,188.65 | 1,188.65 | 15,000,000.00 | 12,619.36 | Annual | -67,035.09 | 2,155.49 | 82,335.82 | -1,201.88 | 2,071,807.66 | 2,383,000.00 | 2,307,000.00 | 2,232,000.00 |
| 4 | SPX | LEHMANFINSA | 1.83 | 0.9 | HW | 78059PG | 7/7/2005 | 7/7/2010 | 1,187.37 | 1,531.86 | 6,000,000.00 | 5,053.18 | Annual | -30,523.02 | 940.87 | 32,785.44 | -792.46 | 1,218,646.66 | 1,327,000.00 | 1,333,000.00 | 1,302,800.00 |
| 5 | SPX | LEHMANFINSA | 3.83 | 0.9 | HW | 78060PG | 7/7/2005 | 7/8/2012 | 1,187.37 | 1,531.86 | 8,000,000.00 | 6,737.58 | Annual | -22,818.64 | 1,050.67 | 71,056.25 | -1,805.33 | 1,928,256.28 | 2,183,000.00 | 2,104,000.00 | 2,088,400.00 |
| 6 | SPX | LEHMANFINSA | 6.83 | 0.9 | HW | 78061PG | 7/7/2005 | 7/7/2015 | 1,187.37 | 1,531.86 | 4,000,000.00 | 3,368.79 | Annual | -3,305.79 | 291.7 | 48,058.08 | -1,315.95 | 1,133,458.06 | 1,308,000.00 | 1,314,000.00 | 1,230,800.00 |
| 7 | SPX | LEHMANFINSA | 1.83 | 1 | LW | 78062PG | 7/7/2005 | 7/7/2010 | 1,187.37 | 1,187.37 | 20,000,000.00 | 16,843.96 | Annual | -86,538.27 | 2,830.86 | 111,244.21 | -1,702.61 | 2,796,807.15 | 3,239,000.00 | 3,248,000.00 | 3,052,000.00 |
| 8 | SPX | LEHMANFINSA | 1.83 | 0.9 | HW | 78063PG | 7/15/2005 | 7/15/2010 | 1,224.23 | 1,549.52 | 14,000,000.00 | 11,435.76 | Annual | -71,279.28 | 2,178.18 | 73,943.95 | -1,875.42 | 2,678,017.58 | 3,118,000.00 | 3,141,000.00 | 3,087,400.00 |
| 9 | SPX | LEHMANFINSA | 3.83 | 0.9 | HW | 78064PG | 7/15/2005 | 7/18/2012 | 1,224.23 | 1,549.52 | 18,000,000.00 | 14,703.12 | Annual | -52,198.47 | 2,452.03 | 156,881.34 | -4,079.61 | 4,352,229.49 | 4,872,000.00 | 4,706,000.00 | 4,667,400.00 |
| 10 | SPX | LEHMANFINSA | 3.92 | 0.9 | HW | 78068PG | 8/4/2005 | 8/6/2012 | 1,236.41 | 1,467.67 | 12,000,000.00 | 9,705.52 | Annual | -26,259.68 | 1,415.78 | 105,881.81 | -2,404.72 | 2,582,212.90 | 2,934,000.00 | 2,800,000.00 | 2,782,800.00 |
| 11 | SPX | LEHMANFINSA | 1.92 | 1 | LW | 78071PG | 8/4/2005 | 8/4/2010 | 1,236.41 | 1,236.41 | 15,000,000.00 | 12,131.90 | Annual | -68,958.96 | 2,074.75 | 84,681.72 | -1,459.52 | 2,433,113.52 | 2,710,000.00 | 2,647,000.00 | 2,572,500.00 |
| 12 | SPX | LEHMANFINSA | 1.92 | 0.9 | HW | 78072PG | 8/11/2005 | 8/11/2010 | 1,236.46 | 1,452.92 | 10,000,000.00 | 8,094.72 | Annual | -38,441.05 | 1,350.27 | 58,415.78 | -1,105.41 | 1,881,458.23 | 1,842,000.00 | 1,839,000.00 | 1,795,000.00 |
| 13 | SPX | LEHMANFINSA | 2 | 0.9 | HW | 78076PG | 9/8/2005 | 9/8/2010 | 1,233.80 | 1,451.70 | 8,000,000.00 | 6,484.03 | Annual | -30,088.39 | 1,144.20 | 48,075.38 | -912.33 | 1,354,765.47 | 1,491,000.00 | 1,482,000.00 | 1,450,400.00 |
| 14 | SPX | LEHMANFINSA | 4 | 0.9 | HW | 78077PG | 9/8/2005 | 9/8/2012 | 1,233.80 | 1,451.70 | 10,000,000.00 | 8,105.04 | Annual | -18,450.28 | 1,336.29 | 87,840.69 | -1,984.68 | 2,138,089.97 | 2,428,000.00 | 2,313,000.00 | 2,300,000.00 |
| 15 | SPX | LEHMANFINSA | 7 | 0.9 | HW | 78078PG | 9/8/2005 | 9/8/2015 | 1,233.80 | 1,451.70 | 5,000,000.00 | 4,052.52 | Annual | -1,586.54 | 382.93 | 58,184.83 | -1,478.36 | 1,277,516.71 | 1,500,000.00 | 1,443,000.00 | 1,400,000.00 |
| 16 | SPX | LEHMANFINSA | 2 | 1 | LW | 78079PG | 9/8/2005 | 9/8/2010 | 1,233.80 | 1,233.80 | 26,000,000.00 | 21,073.11 | Annual | -115,948.26 | 2,867.75 | 149,873.10 | -2,654.27 | 4,285,215.20 | 4,755,000.00 | 4,638,400.00 | 4,518,800.00 |
| 17 | SPX | LEHMANFINSA | 2.08 | 0.9 | HW | 78080PG | 9/29/2005 | 9/29/2010 | 1,214.45 | 1,526.75 | 6,000,000.00 | 4,940.51 | Annual | -26,516.46 | 1,000.59 | 35,136.72 | -818.28 | 1,225,173.97 | 1,373,000.00 | 1,381,000.00 | 1,295,400.00 |
| 18 | SPX | LEHMANFINSA | 4.08 | 0.9 | HW | 78081PG | 9/29/2005 | 9/29/2012 | 1,214.45 | 1,526.75 | 8,000,000.00 | 6,587.34 | Annual | -19,816.69 | 995.9 | 72,311.68 | -1,611.17 | 1,833,412.93 | 2,210,000.00 | 2,138,400.00 | 2,081,800.00 |
| 19 | SPX | LEHMANFINSA | 2.08 | 1 | LW | 78083PG | 9/29/2005 | 9/29/2010 | 1,214.45 | 1,214.45 | 20,000,000.00 | 16,468.36 | Annual | -125,780.10 | 8,859.10 | 118,931.10 | -1,978.44 | 3,373,818.87 | 3,786,000.00 | 3,876,000.00 | 3,594,000.00 |
| 20 | SPX | LEHMANFINSA | 2.25 | 0.9 | HW | 78092PG | 12/6/2005 | 12/6/2010 | 1,257.45 | 1,515.96 | 5,000,000.00 | 3,976.30 | Annual | -19,993.75 | 825.54 | 29,911.10 | -894.43 | 999,819.17 | 1,087,000.00 | 1,070,000.00 | 1,045,500.00 |
| 21 | SPX | LEHMANFINSA | 2.25 | 1 | LW | 78093PG | 12/6/2005 | 12/6/2010 | 1,257.45 | 1,257.45 | 18,000,000.00 | 14,314.68 | Annual | -105,134.20 | 3,323.28 | 110,177.98 | -2,089.66 | 3,586,814.12 | 3,915,000.00 | 3,826,000.00 | 3,727,600.00 |
| 22 | SPX | LEHMANFINSA | 2.33 | 0.9 | HW | 78096PG | 1/6/2006 | 1/6/2011 | 1,281.20 | 1,416.18 | 10,000,000.00 | 7,805.16 | Annual | -29,070.36 | 1,308.09 | 61,550.67 | -1,153.93 | 1,693,360.25 | 1,778,000.00 | 1,763,000.00 | 1,718,000.00 |
| 23 | SPX | LEHMANFINSA | 2.33 | 0.9 | HW | 78100PG | 1/23/2006 | 1/24/2011 | 1,266.05 | 1,427.89 | 4,000,000.00 | 3,159.43 | Annual | -12,245.32 | 667.99 | 25,205.01 | -490.66 | 688,411.92 | 741,000.00 | 734,000.00 | 713,600.00 |
| 24 | SPX | LEHMANFINSA | 2.33 | 1 | LW | 78103PG | 1/23/2006 | 1/24/2011 | 1,266.05 | 1,266.05 | 17,000,000.00 | 13,427.59 | Annual | -94,060.06 | 2,449.09 | 108,314.21 | -2,109.83 | 3,491,431.54 | 3,815,000.00 | 3,704,300.00 | 3,617,600.00 |
| 25 | SPX | LEHMANFINSA | 2.42 | 0.9 | HW | 78104PG | 2/16/2006 | 2/16/2011 | 1,285.69 | 1,455.54 | 5,000,000.00 | 3,888.96 | Annual | -16,108.00 | 731.13 | 31,838.73 | -850.39 | 888,210.86 | 983,000.00 | 967,000.00 | 932,500.00 |
| 26 | SPX | LEHMANFINSA | 4.42 | 0.9 | HW | 78105PG | 2/16/2006 | 2/16/2013 | 1,285.69 | 1,455.54 | 6,000,000.00 | 4,666.75 | Annual | -9,555.42 | 652.64 | 54,976.58 | -1,244.54 | 1,274,580.38 | 1,464,000.00 | 1,379,400.00 | 1,378,200.00 |
| 27 | SPX | LEHMANFINSA | 7.42 | 0.9 | HW | 78108PG | 2/16/2006 | 2/16/2016 | 1,285.69 | 1,455.54 | 6,000,000.00 | 4,666.75 | Annual | -688.22 | 527.13 | 88,553.58 | -1,773.32 | 1,508,578.89 | 1,786,000.00 | 1,623,000.00 | 1,646,400.00 |
| 28 | SPX | LEHMANFINSA | 2.58 | 0.9 | HW | 78112PG | 3/30/2006 | 3/30/2011 | 1,302.86 | 1,420.86 | 4,000,000.00 | 3,070.19 | Annual | -10,897.83 | 549.64 | 28,077.91 | -503.36 | 660,618.95 | 733,000.00 | 722,000.00 | 703,200.00 |
| 29 | SPX | LEHMANFINSA | 4.58 | 0.9 | HW | 78113PG | 3/30/2006 | 3/30/2013 | 1,302.86 | 1,420.86 | 4,000,000.00 | 3,070.19 | Annual | -4,710.56 | 470.18 | 38,115.78 | -784.93 | 811,893.11 | 941,000.00 | 883,200.00 | 880,000.00 |
| 30 | SPX | LEHMANFINSA | 7.58 | 0.9 | HW | 78114PG | 3/30/2006 | 3/30/2016 | 1,302.86 | 1,420.86 | 5,000,000.00 | 3,837.74 | Annual | 398.89 | 297.8 | 57,134.50 | -1,437.19 | 1,210,538.58 | 1,430,000.00 | 1,290,000.00 | 1,327,500.00 |
| 31 | SPX | LEHMANFINSA | 2.75 | 0.9 | HW | 78120PG | 5/30/2006 | 5/30/2011 | 1,268.46 | 1,530.23 | 8,000,000.00 | 6,306.91 | Annual | -29,208.93 | 1,189.54 | 53,526.42 | -1,313.64 | 1,687,634.06 | 1,838,000.00 | 1,825,000.00 | 1,777,600.00 |
| 32 | SPX | LEHMANFINSA | 4.75 | 0.9 | HW | 78121PG | 5/30/2006 | 5/30/2013 | 1,268.45 | 1,530.23 | 9,000,000.00 | 7,095.27 | Annual | -17,436.03 | 1,188.34 | 84,261.62 | -2,169.39 | 2,158,688.05 | 2,454,000.00 | 2,343,000.00 | 2,329,200.00 |
| 33 | SPX | LEHMANFINSA | 2.83 | 0.9 | HW | 78136PG | 7/24/2006 | 7/24/2011 | 1,255.85 | 1,511.04 | 8,000,000.00 | 6,370.19 | Annual | -26,311.40 | 1,159.14 | 57,567.69 | -1,338.05 | 1,660,257.48 | 1,829,000.00 | 1,793,000.00 | 1,760,000.00 |
| 34 | SPX | LEHMANFINSA | 4.83 | 0.9 | HW | 78137PG | 7/24/2006 | 7/24/2013 | 1,255.85 | 1,511.04 | 10,000,000.00 | 7,962.73 | Annual | -17,924.32 | 1,008.53 | 97,369.33 | -2,452.86 | 2,371,918.53 | 2,732,000.00 | 2,611,000.00 | 2,579,000.00 |
| 35 | SPX | LEHMANFINSA | 7.83 | 0.9 | HW | 78139PG | 7/24/2006 | 7/24/2016 | 1,255.85 | 1,511.04 | 5,000,000.00 | 3,981.37 | Annual | -1,399.82 | 330.72 | 60,323.66 | -1,672.30 | 1,347,198.48 | 1,586,000.00 | 1,523,000.00 | 1,485,500.00 |
| 36 | SPX | LEHMANFINSA | 2.83 | 0.9 | HW | 78140PG | 7/27/2006 | 7/27/2011 | 1,273.09 | 1,458.95 | 6,000,000.00 | 4,712.84 | Annual | -18,609.53 | 691.28 | 43,083.56 | -902.65 | 1,124,618.66 | 1,252,000.00 | 1,227,000.00 | 1,197,000.00 |
| 37 | SPX | LEHMANFINSA | 4.92 | 0.9 | HW | 78141PG | 7/27/2006 | 7/27/2013 | 1,273.09 | 1,458.95 | 8,000,000.00 | 6,283.92 | Annual | -11,091.78 | 958.11 | 78,636.17 | -1,794.87 | 1,765,035.06 | 2,054,000.00 | 1,964,000.00 | 1,924,800.00 |
| 38 | SPX | LEHMANFINSA | 7.92 | 0.9 | HW | 78142PG | 7/27/2006 | 7/27/2016 | 1,273.09 | 1,458.95 | 4,000,000.00 | 3,141.96 | Annual | -179.82 | 239.59 | 47,467.12 | -1,257.58 | 1,024,987.21 | 1,213,000.00 | 1,166,200.00 | 1,130,800.00 |
| 39 | SPX | LEHMANFINSA | 2.92 | 0.9 | HW | 78144PG | 8/17/2006 | 8/17/2011 | 1,295.14 | 1,445.94 | 8,000,000.00 | 6,176.94 | Annual | -21,189.27 | 1,025.95 | 58,585.48 | -1,181.11 | 1,438,994.55 | 1,624,000.00 | 1,574,000.00 | 1,546,400.00 |
| 40 | SPX | LEHMANFINSA | 4.92 | 0.9 | HW | 78145PG | 8/17/2006 | 8/17/2013 | 1,295.14 | 1,445.94 | 10,000,000.00 | 7,721.17 | Annual | -12,718.01 | 798.36 | 93,811.28 | -2,182.03 | 2,166,669.39 | 2,505,000.00 | 2,374,000.00 | 2,344,000.00 |
| 41 | SPX | LEHMANFINSA | 7.92 | 0.9 | HW | 78146PG | 8/17/2006 | 8/17/2016 | 1,295.14 | 1,445.94 | 6,000,000.00 | 4,632.70 | Annual | 798.88 | 417.05 | 69,993.42 | -1,810.55 | 1,499,141.92 | 1,777,000.00 | 1,647,000.00 | 1,658,800.00 |
| 42 | SPX | LEHMANFINSA | 2.92 | 1 | LW | 78147PG | 8/17/2006 | 8/17/2011 | 1,295.14 | 1,278.60 | 22,000,000.00 | 16,986.58 | Annual | -100,955.09 | 2,146.09 | 145,281.98 | -3,442.14 | 5,037,516.27 | 5,495,000.00 | 5,328,400.00 | 5,161,200.00 |
| 43 | SPX | LEHMANFINSA | 2.92 | 0.9 | HW | 78148PG | 8/24/2006 | 8/24/2011 | 1,294.87 | 1,479.37 | 10,000,000.00 | 7,722.78 | Annual | -26,518.99 | 1,301.91 | 70,594.00 | -1,583.60 | 1,905,880.60 | 2,137,000.00 | 2,063,000.00 | 2,044,000.00 |
| 44 | SPX | LEHMANFINSA | 4.92 | 0.9 | HW | 78149PG | 8/24/2006 | 8/24/2013 | 1,294.87 | 1,479.37 | 13,000,000.00 | 10,039.62 | Annual | -19,083.54 | 1,183.78 | 121,800.50 | -2,971.63 | 2,927,380.93 | 3,363,000.00 | 3,200,000.00 | 3,180,300.00 |
| 45 | SPX | LEHMANFINSA | 7.92 | 0.9 | HW | 78150PG | 8/24/2006 | 8/24/2016 | 1,294.87 | 1,479.37 | 7,000,000.00 | 5,405.95 | Annual | -328.95 | 497.72 | 82,338.94 | -2,205.63 | 1,790,791.73 | 2,117,000.00 | 1,972,000.00 | 1,977,500.00 |
| 46 | SPX | LEHMANFINSA | 2.92 | 1 | LW | 78151PG | 8/24/2006 | 8/24/2011 | 1,294.87 | 1,266.84 | 33,000,000.00 | 25,485.18 | Annual | -147,675.97 | 3,439.35 | 216,342.49 | -5,174.84 | 7,836,242.70 | 8,325,000.00 | 8,045,400.00 | 7,821,000.00 |
| 47 | SPX | LEHMANFINSA | 5 | 0.9 | HW | 78153PG | 8/31/2006 | 8/31/2013 | 1,304.00 | 1,473.99 | 15,000,000.00 | 11,503.07 | Annual | -21,164.90 | 1,443.75 | 139,781.19 | -3,396.10 | 3,337,408.99 | 3,842,000.00 | 3,648,000.00 | 3,608,000.00 |
| 48 | SPX | LEHMANFINSA | 8 | 0.9 | HW | 78154PG | 8/31/2006 | 8/31/2016 | 1,304.00 | 1,473.99 | 9,000,000.00 | 6,901.84 | Annual | -247.86 | 610.64 | 105,254.19 | -2,606.46 | 2,279,828.66 | 2,697,000.00 | 2,498,400.00 | 2,517,300.00 |
| 49 | SPX | LEHMANFINSA | 5 | 0.9 | HW | 78157PG | 9/14/2006 | 9/14/2013 | 1,315.71 | 1,484.25 | 10,000,000.00 | 7,600.46 | Annual | -14,426.78 | 936.44 | 92,636.81 | -2,283.74 | 2,235,341.45 | 2,570,000.00 | 2,444,000.00 | 2,418,000.00 |
| 50 | SPX | LEHMANFINSA | 8 | 0.9 | HW | 78158PG | 9/14/2006 | 9/14/2016 | 1,315.71 | 1,484.25 | 5,000,000.00 | 3,800.23 | Annual | -343.46 | 322.89 | 58,074.37 | -1,586.74 | 1,266,491.06 | 1,465,000.00 | 1,376,000.00 | 1,397,500.00 |
| 51 | SPX | LEHMANFINSA | 3.08 | 0.9 | HW | 78160PG | 9/28/2006 | 9/28/2011 | 1,335.89 | 1,526.75 | 14,000,000.00 | 10,479.90 | Annual | -43,274.72 | 1,756.20 | 95,751.42 | -2,342.28 | 2,625,573.30 | 3,137,000.00 | 3,073,000.00 | 3,014,200.00 |
| 52 | SPX | LEHMANFINSA | 5.08 | 0.9 | HW | 78161PG | 9/28/2006 | 9/28/2013 | 1,335.89 | 1,526.75 | 15,000,000.00 | 11,228.47 | Annual | -24,250.90 | 1,391.25 | 139,833.42 | -3,802.75 | 3,483,881.00 | 3,958,000.00 | 3,723,000.00 | 3,741,000.00 |
| 53 | SPX | LEHMANFINSA | 8.08 | 0.9 | HW | 78162PG | 9/28/2006 | 9/28/2016 | 1,335.89 | 1,526.75 | 9,000,000.00 | 6,737.08 | Annual | -1,547.41 | 680.29 | 105,598.90 | -2,924.72 | 2,364,943.16 | 2,723,000.00 | 2,468,000.00 | 2,553,300.00 |
| 54 | SPX | LEHMANFINSA | 3.08 | 1 | LW | 78163PG | 9/28/2006 | 9/28/2011 | 1,335.89 | 1,335.89 | 38,000,000.00 | 28,946.33 | Annual | -231,171.91 | 323.31 | 226,046.74 | -8,815.66 | 9,590,929.55 | 10,349,000.00 | 10,119,000.00 | 9,802,800.00 |
| 55 | SPX | LEHMANFINSA | 3.17 | 0.9 | HW | 78164PG | 11/17/2006 | 11/17/2011 | 1,396.63 | 1,433.27 | 8,000,000.00 | 5,728.07 | Annual | -17,748.02 | 811.47 | 54,029.36 | -1,135.92 | 1,349,898.86 | 1,528,000.00 | 1,480,000.00 | 1,449,600.00 |
| 56 | SPX | LEHMANFINSA | 5.17 | 0.9 | HW | 78165PG | 11/17/2006 | 11/17/2013 | 1,396.63 | 1,433.27 | 10,000,000.00 | 7,160.09 | Annual | -8,931.29 | 988.43 | 89,027.24 | -2,045.36 | 2,038,012.02 | 2,340,000.00 | 2,157,000.00 | 2,189,000.00 |
| 57 | SPX | LEHMANFINSA | 8.17 | 0.9 | HW | 78166PG | 11/17/2006 | 11/17/2016 | 1,396.63 | 1,433.27 | 5,000,000.00 | 3,580.05 | Annual | 1,181.71 | 279.31 | 54,899.65 | -1,423.58 | 1,170,849.08 | 1,378,000.00 | 1,238,000.00 | 1,282,000.00 |
| 58 | SPX | LEHMANFINSA | 3.17 | 1 | LW | 78167PG | 11/17/2006 | 11/17/2011 | 1,396.63 | 1,396.63 | 26,000,000.00 | 18,616.24 | Annual | -155,872.92 | 832.86 | 165,074.95 | -4,581.59 | 7,650,571.80 | 8,113,000.00 | 7,982,000.00 | 7,735,000.00 |
| 59 | SPX | LEHMANFINSA | 8.17 | 0.9 | HW | 78170PG | 11/21/2006 | 11/21/2016 | 1,401.82 | 1,418.77 | 7,000,000.00 | 4,993.51 | Annual | 2,091.05 | 410.83 | 78,466.77 | -1,956.82 | 1,616,786.59 | 1,805,000.00 | 1,714,300.00 | 1,769,600.00 |
| 60 | SPX | LEHMANFINSA | 8.25 | 0.9 | HW | 78174PG | 11/30/2006 | 11/30/2016 | 1,397.95 | 1,481.14 | 5,000,000.00 | 3,576.87 | Annual | 269.78 | 271.13 | 55,247.83 | -1,494.58 | 1,207,467.83 | 1,413,000.00 | 1,282,000.00 | 1,321,500.00 |
| 61 | SPX | LEHMANFINSA | 5.25 | 0.9 | HW | 78181PG | 12/14/2006 | 12/14/2013 | 1,423.06 | 1,467.96 | 10,000,000.00 | 7,027.11 | Annual | -10,480.09 | 830.84 | 86,287.85 | -2,132.86 | 2,063,588.93 | 2,360,000.00 | 2,213,000.00 | 2,237,000.00 |
| 62 | SPX | LEHMANFINSA | 8.25 | 0.9 | HW | 78182PG | 12/14/2006 | 12/14/2016 | 1,423.06 | 1,467.95 | 7,000,000.00 | 4,918.98 | Annual | 820.86 | 461.34 | 75,958.19 | -2,035.95 | 1,647,888.50 | 1,934,000.00 | 1,748,300.00 | 1,805,300.00 |
| 63 | SPX | LEHMANFINSA | 3.25 | 1 | LW | 78183PG | 12/14/2006 | 12/14/2011 | 1,423.06 | 1,423.06 | 24,000,000.00 | 16,865.07 | Annual | -139,522.50 | 1,078.28 | 141,291.72 | -4,404.16 | 7,307,873.29 | 7,728,000.00 | 7,574,400.00 | 7,362,400.00 |
| 64 | SPX | LEHMANFINSA | 5.33 | 0.9 | HW | 78503PG | 1/11/2007 | 1/11/2014 | 1,426.44 | 1,426.44 | 15,000,000.00 | 10,515.69 | Annual | -12,288.34 | 1,305.46 | 138,882.69 | -3,112.04 | 2,989,310.60 | 3,456,000.00 | 3,259,000.00 | 3,231,000.00 |
| 65 | SPX | LEHMANFINSA | 8.33 | 0.9 | HW | 78505PG | 1/11/2007 | 1/11/2017 | 1,426.44 | 1,426.44 | 9,000,000.00 | 6,309.41 | Annual | 2,217.12 | 479.93 | 97,772.83 | -2,554.22 | 2,074,585.90 | 2,434,000.00 | 2,218,000.00 | 2,261,700.00 |
| | | | | | | | | | | | | | | -2,394,996.86 | 81,883.82 | 6,623,237.86 | -131,887.31 | 161,180,704.69 | 177,170,000.00 | 170,779,900.00 | 167,746,300.00 |

(GS, BG and BNP columns are boxed under the heading "TRANCHE II — Quotes as of 1pm".)

TRANCHE III
Lookback Structures
EXHIBIT C
TRANCHE III
JPM
CS
BARCLAYS