UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERT R. PERRY, ON BEHALF OF JACKSON LEWIS LLP

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

ROBERT R. PERRY, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Jackson Lewis LLP, located at One North Broadway, White Plains, N.Y. (the "Firm").

2. On June 25, 2009, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of Jackson Lewis LLP as ordinary course professionals to provide advice, counseling and representation with respect to employment and employee benefits matters and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on June 29, 2009 [Docket No. 4229]. A copy of the June 29, 2009 filing is attached as Exhibit 1.

3. This Affidavit (the "Supplemental Affidavit") supplements the previous Affidavit by revising the Attachments to the Retention Questionnaire in the form attached hereto as Exhibit 2.

By: _____
ROBERT R. PERRY

Subscribed and sworn to before me
this 3rd day of August, 2009

_____
Notary Public

MARGARET D. MENDEZ
Notary Public, State of New York
No. 01VA5088715
Qualified in Westchester County
Commission Expires December 15, 20 09

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                        Debtors.               :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERT PERRY

## ON BEHALF OF JACKSON LEWIS LLP

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF WESTCHESTER     )

Robert R. Perry, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Jackson Lewis LLP, located at One North Broadway, White Plains, New York (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $6008.03 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
ROBERT R. PERRY

Subscribed and sworn to before me
this 25th day of July, 2009

_____
Notary Public

DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2011

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Jennifer Sapp
>       Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Jackson Lewis LLP

   One North Broadway

   White Plains, New York   10601


2. Date of retention:   06/18.2009

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Advice, counseling and representation with respect to employment and employee benefits matters.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   Hourly rates ranging from $220-$525

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Unable to estimate as prior representation was on a project basis.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $6008

   Date claim arose: 1/28/2008

   Source of Claim: Advice and Counseling 12/20/07-08/11/08

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: **SEE ATTACHMENT A**

   Name: _____

   Status: _____

   Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: <u>NONE</u>

   No. of shares: <u>NONE</u>

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: **SEE ATTACHMENT B**

   Name: _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    <u>None.</u>

    _____

    _____

    _____

11. Name of individual completing this form:

    <u>Robert R. Perry</u>

# ATTACHMENTS TO RETENTION QUESTIONNAIRE
# JACKSON LEWIS L.L.P.

## ATTACHMENT A:

**Question 7:**

An email was sent to all members, associates and professional employees of the Firm requesting information regarding any prepetition claims against the Debtors. As of the date hereof, none have been discovered. If and when discovered in the future, such prepetition claims will be disclosed by supplementing this retention questionnaire.

## ATTACHMENT B:

**Question 9:**

An email was sent to all members, associates and professional employees of the Firm requesting information regarding the ownership of any stock in the Debtors. As of the date hereof, no such ownership has been found. If and when found in the future, such ownership will be disclosed by supplementing this retention questionnaire.

H:\PerryR\Clients\Clients\Lehman Brothers Holdings\62309 Affidavit and Disclosure Statement.doc

# EXHIBIT 2

# EXHIBIT 2

## ATTACHMENTS TO RETENTION QUESTIONNAIRE
## JACKSON LEWIS L.L.P.

### REVISED JULY 28, 2009

**ATTACHMENT A:**

Question 7:

An email was sent to all members, associates and professional employees of the Firm requesting information regarding any prepetition claims against the Debtors. As of the date hereof, none have been discovered. If and when discovered in the future, such prepetition claims will be disclosed by supplementing this retention questionnaire.

**ATTACHMENT B:**

Question 9:

An email was sent to all members, associates and professional employees of the Firm requesting information regarding the ownership of any stock in the Debtors. As of the date hereof, the following ownership has been found:

| NAME | TITLE | OWNERSHIP TYPE | OWNERSHIP AMOUNT |
|---|---|---|---|
| Peter Moss | Partner | Common Shares | 100 Shares |

If and when found in the future, such ownership will be disclosed by supplementing this retention questionnaire.