UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re                                         :      **Chapter 11 Case No.**
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :      **08-13555 (JMP)**
                                              :
                              Debtors.        :      **(Jointly Administered)**
                                              :
                                              :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF HOWARD WEINBERG,

## ON BEHALF OF ARMBRUSTER GOLDSMITH & DELVAC LLP

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF LOS ANGELES        )

Howard Weinberg, being duly sworn, upon his oath, deposes and says:

1.      I am an ATTORNEY of Armbruster Goldsmith & Delvac, LLP, located at 10940 Wilshire Blvd., Suite 2100, Los Angeles, CA 90024 (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors in connection with (a) the review and approval of amended and restated documents between one or more of Lehman's borrowers (under an existing loan agreement) and the City of Irvine, (b) due diligence for a new, restructured loan with said borrower, along with the preparation, negotiation and execution of new loan documents, (c) the preparation, negotiation and execution of new inter-creditor agreements with other lenders involved in such existing loan, and (d) the review, consideration, advice and negotiation of new

NY2:\1926908\02\15@T802!.DOC\58399.0003

documents and entitlements with said borrower and the City of Irvine related to the collateral securing said loan, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.      The Debtors do not owe the Firm any unpaid amounts for pre-petition services provided by the Firm to the Debtors.

*{remainder of page is blank}*

7.     The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein,

the Firm will supplement the information contained in this Affidavit.[1]


State of California         }
                            }                    By: _____
County of Los Angeles  }                             Howard Weinberg, Esq.

Subscribed and sworn to before me
this 4th day of August, 2009, by
Howard Weinberg, proved to me on the
basis of satisfactory evidence to be the
person who appeared before me.


Signature: _____
              Signature of Notary Public

My Commission Expires: September 9, 2009

LAURA M. AWAD
Commission # 1603202
Notary Public — California
Los Angeles County
My Comm. Expires Sep 9, 2009

---

[1] If necessary.

NY2:\1926908\02\15@T802!.DOC\58399.0003                    3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                            Debtors.          :   (Jointly Administered)
                                              :
                                              :
----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of firm:

    Armbruster Goldsmith & Delvac LLP
    10940 Wilshire Blvd., Suite 2100
    Los Angeles, CA 90024

2.   Date of retention: July 15, 2009.

3.   Type of services provided (accounting, legal, etc.): Legal services.

NY2:\1926908\02\15@T802!.DOC\58399.0003

4.   Brief description of services to be provided:

Legal services to the Debtors in connection with (a) the review and approval of amended and restated documents between one or more of Lehman's borrowers (under an existing loan agreement) and the City of Irvine, (b) due diligence for a new, restructured loan with said borrower, along with the preparation, negotiation and execution of new loan documents, (c) the preparation, negotiation and execution of new inter-creditor agreements with other lenders involved in such existing loan, and (d) the review, consideration, advice and negotiation of new documents and entitlements with said borrower and the City of Irvine related to the collateral securing said loan.

5.   Arrangements for compensation (hourly, contingent, etc.):  Hourly.

   (a)   Average hourly rate (if applicable):

        $495

   (b)   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

        N/A

6.   Prepetition claims against the Debtors held by the firm:  **NONE**.

7.   Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:  **NONE**.

8.   Stock of the Debtors currently held by the firm:  **NONE**.

9.   Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:   **NONE**.

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   **NONE**.

11.   Name of individual completing this form:  Howard N. Weinberg

NY2:\1926908\02\15@T802!.DOC\58399.0003                4