UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
                    Debtors.                :   (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ANTONIA HARDY, ON BEHALF OF WALKERS

CITY OF LONDON          )
                        ) ss:
COUNTRY OF THE UNITED KINGDOM  )

Antonia Hardy, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Walkers, located at 6 Gracechurch Street, London EC3V 0AT (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with respect to a loan provided to Saad Investment Company Limited, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases with respect to those matters that come within the scope of the Firm's representation to the Debtors. The Firm currently represents creditors of the Debtors on matters which may involve structuring of those creditors' businesses due to the Debtors Chapter 11 cases and the firm represents a party which is on the Lehman Brothers International Europe UK creditors' committee. However, none of the above mentioned representations are adverse to the estate with respect to the matter for which the Firm is to be employed.

4. Neither I, nor any partner of, or professional employed by the Firm has agreed to share any portion of the compensation to be received from the Debtors with any other person other than the partners and fee-earners of the Firm.

5. Neither I, nor any partner of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest which conflicts or is adverse to the Debtors or their estates in the context of the current representation and services to the Debtors.

6. The Debtors owe the Firm $453,392.33 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____OJ Hardy_____

Subscribed and sworn to before me
this 29 day of July, 2009

_____Ruth M. Campbell_____
Notary Public London, England
(RUTH M. CAMPBELL)

**CHEESWRIGHTS**
NOTARIES PUBLIC
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
Telephone: 020 7623 9477
Facsimile: 020 7623 5428



3

**EXHIBIT B**

(Retention Questionnaire)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
: Chapter 11 Case No.
In re :
: 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
:
----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jennifer Sapp
Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Walkers
   6 Gracechurch Street
   London EC3V 0AT

2. Date of retention: 4 June 2009

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Advice to Lehman Brothers regarding a loan to Saad Investment Company Limited

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   £500 Partner
   £400 Associate

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:     $453,392.33

   Date claim arose:    23 November 2005 to 28 October 2008

   Source of Claim:     Legal work undertaken for Debtors

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: $ N/A

   Date claim arose: N/A

   Source of claim: N/A

4

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Walkers currently represents creditors of the Debtors on matters which may involve structuring of those creditors' businesses due to the Debtors Chapter 11 cases and the firm represents a party which is on the Lehman Brothers International Europe UK creditors' committee.

11. Name of individual completing this form:

    Antonia Hardy

5