UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x
                                                             :

In re                                       :        Chapter 11 Case No.
                                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                  :

                          Debtors.     :        (Jointly Administered)
                                                  :

--------------------------------------------------------------------------x    Ref. Docket No. 4725
                                                  :

In re                                       :
                                                  :

LEHMAN BROTHERS INC.               :        Case No. 08-01420 (JMP) SIPA
                                                  :

                          Debtor.      :
                                                  :

--------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

        1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On August 6, 2009, I caused to be served the "DUAL NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER WITH RESPECT TO NON-RELATED CONTRACTS POSTED FOR ASSUMPTION AND ASSIGNMENT IN CONNECTION WITH ASSET PURCHASE AGREEMENT," dated August 6, 2009 [Docket No. 4725], by causing true and correct copies to be:

        a)  delivered by email to those parties listed on the attached Exhibit "A",

        b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

        c)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ Paul Belobritsky
Sworn to before me this                            Paul Belobritsky
7th day of August, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

Email Addresses

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brad.dempsey@hro.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com

davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efreeman@lockelord.com

efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com

icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmanmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com

jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com

kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
Mbass@HodgsonRuss.com

mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com

omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

Exhibit "B"

| Name | Fax |
| --- | --- |
| CLEARY; Attn: Lindsee Granfield, Lisa Schweitzer | 212-225-3999 |
| HUGHES HUBBARD; Attn: Jeffrey S. Margolin | 212-422-4726 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| PROSKAUER ROSE; Attn: Jeffrey W. Levitan | 212-969-2900 |

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| ACCESS DATA CORP. | TWO CHATHAM CENTER 24TH FLOOR PITTSBURGH PA 15219 |
| ACCESS DATA CORP. | TWO CHATHAM CENTER 11TH FLOOR PITTSBURGH PA 15219 |
| ASPECT SOFTWARE, INC. | (A/K/A ASPECT COMMUNICATIONS) 300 APOLLO DRIVE CHELMSFORD MA 01824 |
| ATLANTIC INFORMATION SERVICES, LLC | ATTN: SCOTT TURLEY LEE FARM CORPORATE PARK 83 WOOSTER HEIGHTS RD. DANBURY CT 06810 |
| BANK OF NEW YORK | ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NEW YORK | ATTN: ROBERT A. GOLDSTEIN 3 MANHATTANVILLE ROAD PURCHASE NY 10577 |
| BARRA, INC. | 2100 MILVIA STREET BERKELEY CA 94704 |
| COMPASS GROUP USA D/B/A EUREST DINING SERVICES | 11201 N. TATUM BLVD. SUITE 160 PHOENIX AZ 85034 |
| COMPASS GROUP USA, INC. | D/B/A EUREST DINING SERVICES 11201 N. TATUM BLVD. SUITE 160 PHOENIX AZ 85034 |
| DESABRAN LLC | 5082 E. HAMPDEN AVENUE, SUITE 102 DENVER CO 80222 |
| FANNIE MAE HOUSING FINANCE INSTITUTE | ROSEMARY MAIERON NORWOOD DIRECTOR, BUSINESS & TECHNOLOGY CONSULTING FANNIE MAE,1935 MARKET ST, STE 2300 PHILADELPHIA PA 19103 |
| FAXONE SYSTEMS LLC | 63 FARMINGTON RIDGE DRIVE FARMINGTON CT 06032 |
| FX ALLIANCE, LLC | FX ALLIANCE, LLC 900 THIRD AVE., 3RD FLOOR NEW YORK NY 10022 |
| FX ALLIANCE, LLC, FX ALLIANCE LIMITED, | AND FX ALLIANCE INTERNATIONAL, LLC 900 THIRD AVE., 3RD FLOOR NEW YORK NY 10022 |
| HOTSPOT FXI, L.L.C. | EDWARD M. ZIMMERMAN, ESQ. LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| HOTSPOT FXI, L.L.C. | 1375 PLAINFIELD AVENUE WATCHUNG NJ 07069 |
| INTERACTIVE TECHNOLOGIES, INC. | MR. BJARNE F. ROSTAING,SENIOR VICE PRESIDENT, INTERACTIVE TECHNOLOGIES CORPORATION 371 SPRINGFIELD AVENUE SUMMIT NJ 07901 |
| INTERACTIVE TECHNOLOGIES, INC. | 462 SPRINGFIELD AVENUE SUMMIT NJ 07901 |
| INTERNET SECURITIES, INC. | 225 PARK AVENUE SOUTH, 6TH FLOOR NEW YORK NY 10003 |
| KLD RESEARCH & ANALYTICS, INC. | 250 SUMMER STREET 4TH FLOOR BOSTON MA 02210 |
| MELLON BANK, N.A.; TRUSTEES OF THE | LEHMAN BROTHERS HOLDINGS INC. RETIREMENT PLAN 595 MARKET STREET, SUITE 3000 SAN FRANCISCO CA 94105-2886 |
| MORGAN STANLEY CAPITAL INTERNATIONAL INC. | WALL STREET PLAZA 88 PINE STREET, 2ND FLOOR NEW YORK NY 10005 |
| MORGAN STANLEY CAPITAL INTERNATIONAL INC. | WALL STREET PLAZA 1585 BROADWAY NEW YORK NY 10036 |
| MSCI INC. (F/K/A MORGAN | STANLEY CAPITAL INTERNATIONAL INC.) WALL STREET PLAZA 1585 BROADWAY NEW YORK NY 10036 |
| MSCI INC.(F/K/A MORGAN STANLEY CAPITAL INTL INC.) | WALL STREET PLAZA 88 PINE STREET, 2ND FLOOR NEW YORK NY 10005 |
| MSTD, INC. | ATTN: MARK H. FRIEDMAN 210 E. REDWOOD STREET BALTIMORE MD 21202 |
| MSTD, INC. | ATTN: MARK H. FRIEDMAN 210 E. REDWOOD STREET, SUITE 100 BALTIMORE MD 21202 |
| OMGEO LLC | 22 THOMSON PLACE BOSTON MA 02210 |
| OPEN SOLUTIONS, INC. | ATTN: CHIEF FINANCIAL OFFICER 455 WINDING BROOK DRIVE GLASTONBURY CT 06033 |
| PERTRAC FINANCIAL SOLUTIONS, LLC | 2611 SOUTH MENDENHALL ROAD, SUITE 200 MEMPHIS TN 38115 |
| PORTWARE, LLC | 233 BROADWAY 24TH FLOOR NEW YORK NY 10279 |
| R.R. DONNELLEY & SONS COMPANY | 111 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| RIMES TECHNOLOGIES CORPORATION | 134 SPRING STREET 84 WOOSTER STREET NEW YORK NY 10012 |
| RIMES TECHNOLOGIES CORPORATION | 84 WOOSTER STREET NEW YORK NY 10012 |
| SOCIEDAD DE BOLSAS, S.A. | PALACIO DE LA BOLSA PLAZA DE LA LEALTAD, 1 MADRID 28014 SPAIN |
| STANDARD & POOR'S CORPORATION | ATTN: LICENSING & CONTRACT ADMIN S&P(A DIV OF THE MCGRAW-HILL CMPNIS, INC.) 55 WATER ST. NEW YORK NY 10041 |
| STATPRO INC. | 185 MADISON AVENUE 14TH FLOOR NEW YORK NY 10016 |
| STATPRO LIMITED | 225 MAGDALEN ROAD EARLSFIELD UNITED KINGDOM |
| STRATEGIC FINANCIAL SOLUTIONS, LLC | D/B/A PERTRAC FINANCIAL SOLUTIONS 58 WEST 50TH STREET, 4TH FLOOR NEW YORK NY 10018 |

| Claim Name | Address Information |
|---|---|
| STRATEGIC FINANCIAL SOLUTIONS, LLC | 2611 SOUTH MENDENHALL ROAD SUITE 200 MEMPHIS TN 38115 |
| SUNGARD ASSET MANAGEMENT SYSTEMS, | A DIVISION OF SUNGARD BUSINESS SYSTEMS, LLC ATTN: SENIOR VICE PRESIDENT ONE MEMORIAL DRIVE CAMBRIDGE MA 02142 |
| SUNGARD INVESTMENT SYSTEMS LLC | ATTN: JOSE SINAI 11098 BISCAYNE BLVD. SUITE 403 MIAMI FL 33161 |
| SUNGARD REFERENCE DATA SOLUTIONS LLC | 888 SEVENTH AVENUE 12TH FLOOR NEW YORK NY 10106 |
| THE COURIER L.L.C. | P.O. BOX 11753 DENVER CO 80211 |
| THE MATHWORKS, INC. | 3 APPLE HILL DRIVE NATICK MA 01760-2098 |
| THOMSON FINANCIAL LLC | ATTN: GENERAL COUNSEL 195 BROADWAY NEW YORK NY 10007 |
| THOMSON TRADING SERVICES INCORPORATED | 22 PITTSBURGH STREET BOSTON MA 02210 |
| UNITED TELEPHONE COMPANY OF THE WEST (EMBARQ) | 900 SPRINGMILL ROAD MS: OHMANJ0101 MANSFIELD OH 44906 |

**Total Creditor Count 48**