KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715-9100
Fax.: (212) 715-8000
Thomas Moers Mayer, Esq.
Daniel M. Eggermann, Esq.

Counsel for Rutger Schimmelpenninck,
Bankruptcy Trustee (*curator*) of Lehman Brothers Treasury Co. B.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al*.,          Case No. 08-13555 (JMP)

                                                                   (Jointly Administered)
                        Debtors.
---------------------------------------------------------------x

**NOTICE OF AMENDED ATTORNEY APPEARANCE
AND REQUEST FOR AMENDMENT TO FUTURE ELECTRONIC NOTICES**

   PLEASE TAKE NOTICE THAT the undersigned counsel, hereby amends their

appearance as counsel for Rutger Schimmelpenninck as Bankruptcy Trustee (curator) of Lehman

Brothers Treasury Co. B.V. appointed by the Amsterdam District Court in the above-referenced

Chapter 11 cases.

   PLEASE TAKE FURTHER NOTICE THAT the undersigned requests that the

following individuals, as listed below, be removed from the official mailing matrix and service

list in these jointly administered cases.

     Kramer Levin Naftalis & Frankel LLP
     1177 Avenue of the Americas
     New York, New York 10036
     Philip Bentley, Esq.
     Gordon Z. Novod, Esq.
     Tel.: (212) 715-9100
     Fax.: (212) 715-8000
     pbentley@kramerlevin.com
     gnovod@kramerlevin.com

KL2 2615518.1

PLEASE TAKE FURTHER NOTICE THAT the undersigned requests that the following individuals, as listed below, remain on the official mailing matrix and service list in these jointly administered cases and continue to be served in these jointly administered cases.

>Kramer Levin Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Thomas Moers Mayer, Esq.
>Daniel M. Eggermann, Esq.
>Tel.: (212) 715-9100
>Fax.: (212) 715-8000
>E-Mail: tmayer@kramerlevin.com
>          deggermann@kramerlevin.com

Dated: August 7, 2009
       New York, New York

>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>
>       /s/ Daniel M. Eggermann
>By: Thomas Moers Mayer, Esq.
>Daniel M. Eggermann, Esq.
>1177 Avenue of the Americas
>New York, New York 10036
>
>Counsel for Rutger Schimmelpenninck,
>Bankruptcy Trustee (curator) of Lehman
>Brothers Treasury Co. B.V.

KL2 2615518.1