**Presentment Date and Time: August 20, 2009 at 2:00 p.m. (Prevailing Eastern Time)**
                    **Objection Deadline: August 17, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): September 16, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 895-4201
William M. O'Connor
Steven B. Eichel
Bruce Zabarauskas

Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PRESENTMENT OF SETTLEMENT AGREEMENT
PURSUANT TO RULE 9019 OF THE BANKRUPTCY RULES
RESOLVING DISPUTE REGARDING BARCLAY'S MOTION
PURSUANT TO RULE 60(b) AND FED. R. BANKR. P. 9024**

     **PLEASE TAKE NOTICE** that the undersigned will present the annexed Settlement Agreement (the "Agreement") among American Express Travel Related Services Company Inc. and Barclays Capital Inc. for signature on **August 20, 2009 at 2:00 p.m. (Prevailing Eastern Time).**

     **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Agreement, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **August 17, 2009 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Agreement may be signed.

     **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Agreement on **September 16, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: August 6, 2009
     New York, New York

                        /s/ William M. O'Connor
                        William M. O'Connor
                        Steven B. Eichel
                        Bruce Zabarauskas
                        CROWELL & MORING LLP
                        590 Madison Avenue
                        New York, New York 10022
                        Telephone: (212) 223-4000
                        Facsimile: (212) 895-4201
                        *Attorneys for American Express*
                        *Travel Related Services Company, Inc.*