| | | |
|---|---|---|
| The Law Offices of<br>**MOYLE<br>FLANIGAN<br>KATZ<br>BRETON<br>& WHITE<br>P.A.** | OFFICE ADDRESS:<br>625 NORTH FLAGLER DRIVE, 9TH FLOOR<br>WEST PALM BEACH, FLORIDA 33401-4025<br><br>POST OFFICE DELIVERY:<br>POST OFFICE BOX 3888<br>WEST PALM BEACH, FLORIDA 33402-3888<br><br>TELEPHONE (561) 659-7500<br>FACSIMILE (561) 659-1789 | OTHER OFFICES:<br><br>**WELLINGTON**<br>12230 Forest Hill Blvd.<br>Suite 200<br>Wellington, FL 33414<br>Telephone: (561) 227-1560<br>Facsimile: (561) 227-1561<br><br>www.moylelaw.com |

WRITER'S DIRECT LINE:
(561) 822-0335

July 30, 2009

**VIA FED EX**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

    Re:    Lehman Brothers Holdings, Inc. (Debtor)
            Case No.: 08-13555

FILED / RECEIVED
JUL 3 1 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam:

    Please allow this correspondence to serve as our withdrawal of that certain claim filed in the above styled bankruptcy proceeding on behalf of Creditor, The Raymond F. Kravis Center for Performing Arts, on January 19, 2009 in the amount of $45,000 (Claim Number 0000001778). We have enclosed a copy of this Proof of Claim for your further reference. The Lehman Brothers Holdings, Inc. Pledge Document under which this claim was based upon has been satisfied by a third party.

    Please date stamp the enclosed copy of this letter, and return same to our office in the self addressed Federal Express envelope we have provided herewith.

    If you have any questions or comments concerning the foregoing, please do not hesitate to give me a call.

                                    Very truly yours,

                                    Marta M. Suarez-Murias

MSM/cs
Enclosures

From: Origin ID: PBIA (561) 822-0393
Catherine Steward
Moyle Flanigan Katz
625 N. Flagler Dr., 9th Flr.

West Palm Beach, FL 33401



J09200906152023

SHIP TO: (626) 282-2400    BILL SENDER
**Lehman Brothers Holdings Claims**
**Epiq Bankruptcy Solutions, LLC**
**757 3RD AVE FRNT 3**

**NEW YORK, NY 10017**

Ship Date: 30JUL09
ActWgt: 0.5 LB
CAD: 7981042/INET9060
Account#: S ********

Delivery Address Bar Code

Ref # 16/180/11
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 7968 1940 8133    FRI - 31JUL   A1
0201                    STANDARD OVERNIGHT

XA OGSA     10017
            NY-US
            EWR

RECEIVED

JUL 31 2009

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                7/30/2009