Juergen Lindemann  Berlin, 7/26/2009
Fritz-Erler-Allee 116
12351 Berlin
Germany


To Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions, LLC, FDR Station
P.O. Box 5076, New York, NY 10150-5076


Dear Sir,


Concerning my „Proof Of Claim" Lehmann Brothers loans  XS 0213899510, 7.000 € loans worth, date 5/15/2009 , claim 4374 , Lindemann, Juergen, I want to inform you that I have sold my loans to an investor through my German bank.
Please cancel my Proof Of Claim.


Best regards from Berlin

Jürgen Lindemann

**LUFTPOST**

RECEIVED
JUL 3 1 2009

To Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions,
LLC, FDR Station
P.O. Box 5076, New York,
NY 10150-5076
USA

Deutsche Post
FILIALE  F10118B08F
Recommandé    3.75 EUR
27.07.09
R
RR 49 052 983 2DE