UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

| | |
|---|---|
| In Re: | Case No. 08-13555-JMP |
| LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor(s). | Honorable James Peck |

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Unsecured Claim No. 1596, in the amount of $7,492.00 (seven thousand four hundred ninety-two and xx / 100 dollars), dated January 5, 2009, is hereby withdrawn.

           MICHAEL A. COX
           Attorney General

           */s/ Juandisha M Harris* JH
           Juandisha M Harris (P62978)
           Assistant Attorney General
           Cadillac Place, Ste. 10-200
           3030 W. Grand Blvd.
           Detroit, MI 48202
           Telephone: (313) 456-0140
           E-mail: harrisjm@michigan.gov

Dated: July 30, 2009



FILED / RECEIVED
AUG 03 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:  
LEHMAN BROTHERS HOLDINGS, INC.  
        Debtor(s).  
_____/

Case No. 08-13555-JMP  
Chapter 11  
Honorable James Peck

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Priority Claim No. 4100, in the amount of $7,151,834.07 (seven million one hundred fifty-one thousand eight hundred thirty-four and 07 / 100 dollars), dated March 22, 2009, is hereby withdrawn.

        MICHAEL A. COX  
        Attorney General

        /s/ *Juandisha M Harris*  
        Juandisha M Harris (P62978)  
        Assistant Attorney General  
        Cadillac Place, Ste. 10-200  
        3030 W. Grand Blvd.  
        Detroit, MI 48202  
        Telephone: (313) 456-0140  
        E-mail: harrisjm@michigan.gov

Dated: July 30, 2009



FILED / RECEIVED  
AUG 03 2009  
BANKRUPTCY SOLUTIONS, LLC