

A Non-profit Agency for Children and Families

August 3, 2009

Lehman Brothers Holdings Claims Processing
c/o Epic Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

To Whom It May Concern:

Seneca Center filed a proof of claim in the Lehman Brothers bankruptcy case #08-13555 on April 6, 2009. An identical copy of the claim was sent on April 20, 2009, via certified mail. We currently have two claims in your database (Claim # 3835 and Claim # 3679). This letter is to clarify that Seneca Center should only have one claim, for a total of $1,113,148.88.

I am an authorized signatory for Seneca Center. Please feel free to contact me with any questions or concerns.

Sincerely,

Ken Berrick
CEO/President
Seneca Center
2275 Arlington Drive
San Leandro, CA 94578
(510) 317-1446

**Seneca Center**
*A Non-profit Agency for Children and Families*

CERTIFIED MAIL
7002 2410 0007 9745 8347

RECEIVED AUG 03 2009

Lehman Brothers Holdings Claims Processing
c/o Epic Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

UNITED STATES POSTAGE
PITNEY BOWES
$ 005.54⁰
02 1P
0004427847  JUL 31 2009
MAILED FROM ZIP CODE 94578