WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Daniel S. Lubell
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                     :    **08-13555 (JMP)**
:
   Debtors.                                                      :    **(Jointly Administered)**
:
--------------------------------------------------------------------x
:
**In re**                                                        :
:    **Case No.**
**LEHMAN BROTHERS INC.**,                                        :
:    **08-01420 (JMP) (SIPA)**
   Debtor.                                                       :
:
--------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 11, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   ADVERSARY PROCEEDINGS**

  **A.   Lehman Brothers Holdings Inc.**

  1.   Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Limited **[Case No. 09-01242]**

  **BNY's Motion to Dismiss the Complaint**

  Response Deadline:

  Related Documents:

   A.   BNY's Motion to Dismiss the Complaint **[Docket No. 13]**

   B.   Declaration of Michael J. Venditto in Support **[Docket No. 14]**

   C.   Declaration of Sanjay Jobanputra in Support **[Docket No. 15]**

   D.   Memorandum of Law of BNY Corporate Trustee Services Limited in Support of Motion to Dismiss **[Docket No. 16]**

   E.   Plaintiff Lehman Brothers Special Financing Inc.'s Opposition to Motion to Dismiss **[Docket No. 30]**

   F.   Memorandum of Law of BNY in Further Support of Motion to Dismiss **[Docket No. 37]**

   G.   Declaration of Hugh Jonathan Lyons in Support of Motion to Dismiss **[Docket No. 38]**

   H.   Sur-Reply of Lehman Brothers Special Financing Inc. in Further Opposition to Motion to Dismiss **[Docket No. 41]**

  Status: This matter is going forward.

2. Lehman Brothers Special Financing Inc. v. American Family Life Assurance Company of Columbus **[Case No. 09-01261]**

**Scheduling Conference on Defendant's Motion for Summary Judgment and Debtors' Cross-Motion for Summary Judgment**

Related Documents:

 A. Adversary Complaint **[Docket No. 1]**

 B. Answer and Counterclaim of American Family Life Assurance Company of Columbus **[Docket No. 7]**

 C. Answer and Counterclaim of American Family Life Assurance Company of Columbus **[Docket No. 11]**

 D. Answer and Counterclaim of BNY Corporate Trustee Services Limited **[Docket No. 12]**

 E. Notice of Corrected Filing of First Amended Answer and Counterclaims of American Family Life Assurance Company of Columbus **[Docket No. 16]**

 F. Reply to First Amended Counterclaims (Corrected) of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 20]**

 G. Joinder of Official Committee of Unsecured Creditors in Debtors' Reply to First Amended Counterclaims (Corrected) **[Docket No. 22]**

 H. Reply to Counterclaims of Defendant BNY Corporate Trustee Services Limited of Lehman Brothers Holdings Inc. **[Docket No. 26]**

 I. Joinder of Official Committee of Unsecured Creditors in Debtors' Reply to Counterclaims of Defendant BNY Corporate Trustee Services Limited **[Docket No. 27]**

 J. Motion for Summary Judgment of American Family Life Assurance Company of Columbus **[Docket No. 30]**

 K. Statement of Undisputed Facts **[Docket No. 31]**

 L. Declaration of Robert A. Weber in Support of Motion for Summary Judgment **[Docket No. 32]**

   M. Memorandum of Law in Support of Motion for Summary Judgment **[Docket No. 33]**

  Status: This matter is going forward.

**B. Lehman Brothers Inc.**

3. HWA555 Owners LLC v. Lehman Brothers Inc. **[Case No. 09-01160]**

 **Trustee's Motion to Dismiss the Complaint**

 Related Documents:

   A. Adversary Complaint **[Docket No. 1]**

   B. Notice of Motion to Dismiss Complaint **[ Docket No. 7]**

   C. Memorandum of Law of the Trustee in Support of His Motion to Dismiss Adversary Complaint **[ Docket No. 8]**

   D. Opposition to the Trustee's Motion to Dismiss the Adversary Complaint **[Docket No. 11]**

   E. Notice of Adjournment **[Docket No. 13]**

   F. Notice of Adjournment **[Docket No. 15]**

   G. Trustee's Reply Brief in Further Support of the Motion **[Docket No. 17]**

  Status: This matter is going forward.

**II. ADJOURNED MATTERS**

 **A. Lehman Brothers Inc.**

4. Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

 Responses Received:

   A. Objection of William Kuntz, III **[Docket No. 1074]**

B.      Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No.08-13555, Docket No. 3699]**

C.      Debtors' Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief **[Case No. 08-13555, Docket No. 3701]**

Related Documents:

D.      Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

E.      Motion to Compel on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

F.      Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

G.      Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

H.      Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York state Comptroller. (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

I.      Notice of Adjournment **[Docket No. 1069]**

J.      Notice of Adjournment **[Case No. 08-13555, Docket No. 3506]**

K.      Notice of Adjournment **[Docket No. 1224]**

L. Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3546]**

M. Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3547]**

N. Reply Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3732]**

O. Reply in Further Support of the Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3733]**

P. Objection to SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3734]**

Q. Order Denying the Motion of Unclaimed Property Recovery Service Inc. with Respect to Lehman Brothers Holdings, Inc. and Its Affiliated Debtors. **[Case No. 08-13555, Docket No. 4177]**

R. Notice of Adjournment **[Docket No. 1257]**

S. Notice of Adjournment **[Docket No. 1320]**

T. Notice of Adjournment **[Docket No. 1356]**

<u>Status</u>: This matter has been adjourned to August 26, 2009 at 10:00 a.m.

Dated: August 10, 2009
      New York, New York

    /s/ Harvey R. Miller
    Harvey R. Miller

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

Dated: August 10, 2009
      New York, New York

    /s/ Jeffrey S. Margolin
    James B. Kobak, Jr.
    Daniel S. Lubell
    Jeffrey S. Margolin

    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726

    Attorneys for James W. Giddens, Trustee for
    the SIPA Liquidation of Lehman Brothers Inc.