UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :
          Debtors.                                       :    (Jointly Administered)
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 4732-4737

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                           ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2009, I caused to be served the:

   a) "Statement / Supplemental Affidavit and Disclosure Statement of Robert R. Perry, on behalf of Jackson Lewis LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed August 7, 2009 [Docket No. 4732],

   b) "Notice of Twenty-Sixth Supplemental List of Ordinary Course Professionals," dated August 7, 2009 [Docket No. 4733],

   c) "Affidavit and Disclosure Statement of Alasdair Nichol, on behalf of Samuel T. Freeman & Co. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed August 7, 2009 [Docket No. 4734],

   d) "Affidavit and Disclosure Statement of Howard Weinberg, on behalf of Armbruster Goldsmith & Delvac LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed August 7, 2009 [Docket No. 4735],

   e) "Affidavit and Disclosure Statement of James C. Huckaby, on behalf of Chrisitan & Small LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed August 7, 2009 [Docket No. 4736], and

    f) "Affidavit and Disclosure Statement of Antonia Hardy, on behalf of Walkers Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed August 7, 2009 [Docket No. 4737],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

    3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    /s/ Paul Belobritsky
Sworn to before me this     Paul Belobritsky
10th day of August, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Jackson Lewis LLP: PerryR@jacksonlewis.com (Docket No. 4732 only)

2. Samuel T. Freeman & Co.: hdougher@freemansauction.com (Docket No. 4734 only)

3. Armbruster Goldsmith & Delvac LLP: howard@ag-landuse.com (Docket No. 4735 only)

4. Chrisitan & Small LLP: BRHightower@csattorneys.com and jchuckaby@csattorneys.com (Docket No. 4736 only)

5. Walkers: jasmine.amaria@walkersglobal.com (Docket No. 4737 only)