August 5, 2009

PETITION TO:

United States Bankruptcy Court/Southern District of New York
Clerk of the United States Bankruptcy Court
ATTN: Lehman Bros. Holdings Claim Processing - Case # 08-13555
One Bowling Green
New York, NY 10004

FROM:

Christine Coleman
912 Claire Road
Montoursville, PA 17754-1016

I am a 74-year-old widow whose husband's pension <u>cash out</u> was rolled into an IRA (individual retirement account) per IRS guidelines for IRA's. I rely on this income to live.

The US Supreme Court in:
"Richard Gerald Rousey, et ux., Petitioners V Jill R. Jacoway
No. 03-1407
Supreme Court of the United States
2005 U.S. Lexes 2933
Dec. 1, 2004, argued - April 4, 2005 decided."



To the extent that the US Supreme Court recognizes the rights of individual debtors to retirement income, institutional debtors such as Lehman Bros Holdings and the Securities Industry should use due care and diligence with pensioners' retirement income and also recognize this right to retirement income.

Since Lehman Bros Holdings still has assets, I feel these assets should be set aside for pensioners prior to distribution to other creditors. Further, the amount of assets of Lehman Bros Holdings that should be set aside (to the extent available) to cover pensioners is the amount of investment of each pensioners' IRA investment up to $200,000. Such that the IRA (investment

up to $200,000 X the going market interest rate) generates poverty level income. By copy of the petition to the Securities and Exchange Commission, I am requesting the SEC to join me in this petition.

It is my intent to try and recover my $25,000 investment in Lehman Bros Holdings. Although $25,000 is a pittance to the people involved in this case, to me, it is a fortune. It is further my intent by copy of this letter to the SEC to file a complaint with the SEC for any balance that I do not recover from Lehman Bros Holdings, by requesting the SEC to require my investment firm Janney Montgomery Scott LLC to use their SIPC (insurance) to fund the balance.

I cannot afford legal counsel and the cost of legal counsel would exceed the amount of funds I am trying to recover. I must rely on the advice of friends and family to help me with this process. I request the Bankruptcy Courts patience and understanding in this financial matter.

Sincerely,

*Christine Coleman*

Christine Coleman

Encs 3
Copies to:

Securities & Exchange Commission
Complaint Center
100 F Street NE
Washington, D.C. 20549-0213

Janney Montgomery Scott LLC
1801 Market St.
8th Fl
Philadelphia, PA 19103-1610

# Janney Montgomery Scott LLC
Member NYSE • FINRA • SIPC

Page 5 of 5

**CHRISTINE COLEMAN**
**ACCOUNT NUMBER: 2292-9684**

## CLIENT PROFILE

Our records show the following information about your account. If any of the information is missing or incorrect, please update the information where indicated below and send by mail to: Janney Montgomery Scott LLC, Attn: New Accounts, 1801 Market Street, Philadelphia, PA, 19103 or fax to: (215) 587-9479.

| Legal Name & Address | |
|---|---|
| **Primary Account Holder** | **Secondary Account Holder (if applicable)** |
| CHRISTINE COLEMAN | |
| 912 CLAIRE RD | |
| MONTOURSVILLE, PA 17754-0000 | |

### Primary Account Holder Information
- Occupation: RETIRED
- Securities Industry Employee: NO
- Home Phone: (570) 368-1945
- Date of Birth: 11-25-1934
- Social Security No.: Information on file

### Secondary Account Holder Information (if applicable)
- Occupation:
- Securities Industry Employee:
- Home Phone:
- Date of Birth:
- Social Security No.:

### Financial Information
- Investment Objective: INCOME/CONSERVATIVE
- Annual Income: UNDER $25,000
- Net Worth: $100,000 TO $250,000

Are you a senior officer, director, or 10% stockholder of any public company?
☐ Yes
☐ No

Stock Symbol: _____

Primary Account Holder Signature: _____
Secondary Account Holder Signature: _____

---

## Update Legal Name & Address
**Primary Account Holder** | **Secondary Account Holder (if applicable)**

## Update Primary Account Holder Information

## Update Secondary Account Holder Information (if applicable)

## Update Financial Information (check the appropriate box below)

| Investment Objective* | Annual Income | Net Worth |
|---|---|---|
| ☐ Income-Conservative | ☐ Under $50,000 | ☐ Under $100,000 |
| ☐ Income-Moderate | ☐ $50,000 to $100,000 | ☐ $100,000 to $250,000 |
| ☐ Income-Aggressive | ☐ $100,000 to $250,000 | ☐ $250,000 to $500,000 |
| ☐ Growth-Moderate | ☐ $250,000 to $500,000 | ☐ $500,000 to $1,000,000 |
| ☐ Growth-Aggressive | ☐ $500,000 to $1,000,000 | ☐ $1,000,000 to $2,500,000 |
| ☐ Growth & Income-Moderate | ☐ Over $1,000,000 | ☐ Over $2,500,000 |
| ☐ Growth & Income-Aggressive | | |
| ☐ Trading & Speculation Aggressive | | |

*See Investment Objective Definitions in the enclosed document

Primary Account Holder Signature: _____ Date: _____
Secondary Account Holder Signature: _____ Date: _____

0001041

CHRISTINE COLEMAN (IRA)
JMS LLC CUST FBO
912 CLAIRE RD
MONTOURSVILLE PA   17754-1016

**Your Financial Consultant**
DAVID R ALEXANDER
570-326-5700
33 WEST THIRD ST. SUITE 201
WILLIAMSPORT, PA 17701

**Account Number: WP02 2292-9664 Type: 1**                                    IO-D

CHRISTINE COLEMAN (IRA)                    Trade Date: 1/5/2005
JMS LLC CUST FBO                           Settlement Date: 1/18/2005
912 CLAIRE RD
MONTOURSVILLE PA   17754-1016

**\*\*\* YOU BOUGHT \*\*\***

LEHMAN BROTHERS HOLDINGS                   Quantity:        1,000
CAPITAL TRUST VI                           PRICE:         25.0000
PFD SERIES N 6.24%                         Amount:      25,000.00
                                           Interest:          .00
SYMBOL: #LTP CUSIP: 52520X-20-8            Fees:               .00
Transaction Type: 01
Billing: 1/6/2005                          **\*\*\*\*\* NET AMOUNT:   25,000.00**
*CALLABLE 1/18/10 @ $25
PROSPECTUS MAILED UNDER SEPARATE COVER
ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST

*[handwritten]: My PENSION CASH OUT ROLLED INTO A IRA.*

---

Remittance copy  |  Please detach and return with any payments

Acct#: WP02 2292-9664 Type:1    \*\*\* YOU BOUGHT \*\*\*           Trade Date: 1/5/2005
CHRISTINE COLEMAN (IRA)         LEHMAN BROTHERS HOLDINGS     Settlement Date: 1/18/2005
JMS LLC CUST FBO                CAPITAL TRUST VI             Quantity:        1,000
912 CLAIRE RD                   PFD SERIES N 6.24%
MONTOURSVILLE PA   17754-1016                                **Net Amt:    25,000.00**

See Reverse for Explanation of Code

\-006-001-1-1001041

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br>Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CHRISTINE COLEMAN
912 CLAIRE RD
MONTOURSVILLE, PA. 17754-1016

Telephone number: 570 368-1946    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. Amount of Claim as of Date Case Filed: $ 25000.
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: MY PENSION CASH OUT WAS ROLLED INTO A IRA.
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 9664
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $ 25000

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 0
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 8/05/09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Christine Coleman

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.