# Exhibit B



Doc#: 0813001206 Fee: $38.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 05/09/2008 12:35 PM Pg: 1 of 2

## IN THE CIRCUIT COURT OF COOK COUNTY JUDICIAL CIRCUIT
## CHICAGO, ILLINOIS

| | |
|---|---|
| WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA,<br><br>                      Plaintiff,<br>vs.<br><br>NEDZAD GLADAN, BNC MORTGAGE, INC., a Delaware Corporation and "MERS", MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as nominee for America's Wholesale Lender,<br><br>                      Defendants. | Case No. 08-CH-<br><br>**08CH17069** |

### NOTICE OF FORECLOSURE (LIS PENDENS)
### (735 ILCS 5/15-1503)

The undersigned certifies that the above entitled mortgage foreclosure action was filed on _____MAY 09 2008_____, 2008 and is now pending.

i. The names of all plaintiffs and the case number are identified above.
ii. The court in which said action was brought is identified above.
iii. The names of the title holders of record are: Nedzad Gladan.
iv. A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 1 in Thomas C. Banghart Subdivision of part of the Northwest 1/4 of Section 22, Township 41 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

-2-

v. Permanent Index Number:   10-22-101-013-0000

v. A common address or description of the location of the real estate is as follows: 4405 Bobolink Terrace, Skokie, Illinois   60076.

vi. An identification of the mortgage sought to be foreclosed is as follows:

Names of Mortgagors: Nedzad Gladan.
Name of Mortgagee: Washington Mutual Bank, FA.
Date of Mortgage: December 23, 2003
Date of recording: January 5, 2004
County where recorded:  Cook County
Recording document identification: Document No. 0400549133.

Dated this _____ day of _____, 2008

Signature _____
Attorney for Plaintiff

Address: 111 East Main Street, Suite 200 - P.O. Box 740 - Decatur, IL 62525

__XX____ Attorney of Record        _____ Party to said cause
         (check one)

This document was prepared by:   Heavner, Scott, Beyers & Mihlar, LLC
Whose address is:                P.O. Box 740
                                 Decatur, Illinois 62525

MAIL TO:   Heavner, Scott, Beyers & Mihlar, LLC
           P.O. Box 740
           Decatur, Illinois 62525            NO CHANGE IN TAXES