# Exhibit D



# Broker Price Opinion Exterior

## Client Information

**Client:** FNFS WAMU
**Order Number:** 6672317
**Loan Number:** 0667875462
**Assigned Agent:**
**Assigned Agent's Phone:**
**Owner / Borrower:** GLADAN
**Subject Address:** 4405    BOBOLINK TERRAC
SKOKIE, IL    60076

**Portfolio / Project Name:**
**Alternate Loan Number:**
**Inspection Date:** 6/16/2009
**Inspection Type:** Exterior
**Contact:** NEDZAD  GLADAN
**Contact Phone:** (847) 674-4912

## Subject Tax and Sale Information

**Estimated Tax Assessed Value Date:**
**Tax Assessed Value:** $60,804.00

**Last Known Sale Date:** 3/4/2003
**Last Known Sale Price:** $550,000.00

## Neighborhood Information

**Predominant Occupancy:** Owner
**No. of Homes in Direct Competition:** 5
**Density:** Suburban
**Zoning:** Residential
**Property Maintenance:** Good

**Average Market Time of Sales:** 180
**Price Range (Low to High):** $400,000.00    to    $600,000.00
**Predominant Value:** $500,000.00
**Property Values Trend:** Decreasing / 10.00% annually

**Market / Neighborhood Comments:** Propery values decreasing due to increased unemployment,foreclosure,and oversupply of homes.

## Subject Property

**Listed in Last 12 Months:** No
**Vacant:** Unknown
**Secured:** Unknown
**Conform to Neighborhood** Yes
**Estimated Land Value** $8,996.00
**Mobile Home Permanently Attached and Taxed as Real Estate:** N/A

**Currently Listed:** No
**List Price:** $0.00
**Listing Agent Name:**
**Listing Agent Phone:**
**Days on Market:** 0

**Problem for Resale:** No

**Environmental Problem:** No

**Subject Data Source(s):**    ☐ Tax Records    ☐ SiteXdata    ☒ MLS # 06727789    ☐ RealQuest    ☐ REDLINK    ☐ Estimated    ☐ Other

**Explanation of Estimated or Other Sources:**

**Positive Subject Comments:** Close to schools,transportation,and city amenities.

**Negative Subject Comments:** None noted.



# Broker Price Opinion Exterior

Order #: 6672317    Loan #: 0667875462    Client: FNFS WAMU

## Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 4405 BOBOLINK TERRAC | 8555 N CROWFORD AVE | 8836 LOWELL TER | 5809 WASHINGTON ST |
| City, State, Zip: | SKOKIE, IL 60076 | SKOKIE, IL 60076 | SKOKIE, IL 60076 | SKOKIE, IL 60076 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | | | | |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.53 Miles | 0.53 Miles | 1.76 Miles |
| Sale Date: | 3/4/2003 | 2/9/2009 | 3/23/2009 | 3/18/2009 |
| Sold Price: | $550,000.00 | $549,000.00 | $570,000.00 | $550,000.00 |
| Days on Market: | 0 | 244 | 325 | 60 |
| Location: | Good | Good | Good | Good |
| Lot Size: | 7497 Square Feet | 6000 Square Feet | 6875 Square Feet | 6200 Square Feet |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 34 | 7 | 48 | 5 |
| Condition: | Good | Good | Good | Good |
| Total Rooms: | 11 | 13 | 8 | 9 |
| Bedrooms: | 4 | 4 | 4 | 4 |
| Bathrooms: | 2 Full 1 Half | 3 Full 0 Half | 2 Full 1 Half | 3 Full 1 Half |
| Above Grade Sq. Footage: | 3120 | 3026 | 2581 | 3217 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.50 car / Attached | 2.50 car / Attached | 2.50 car / Attached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / Detached |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 06916998 | 06093515 | 07084066 |

Explanation of Estimated or Other responses above:

Comments on Like area, style, and condition Comparable 1:

Comments on Like area, style, and condition Comparable 2:

Comments on Like area, style, and condition Comparable 3:

**Broker Price Opinion Exterior**

Order #: 6672317     Loan #: 0667875462     Client: FNFS WAMU

## Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 4405 BOBOLINK TERRAC | 8956 N KNOX AVE | 4651 W ELM TER | 8831 KENNETH TER |
| City, State, Zip: | SKOKIE, IL 60076 | SKOKIE, IL 60076 | SKOKIE, IL 60076 | SKOKIE, IL 60076 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | | | | |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 1.50 Miles | 0.50 Miles | 1.10 Miles |
| Listing Date: | | 2/3/2009 | 4/27/2009 | 2/23/2009 |
| Days on Market: | 0 | 134 | 51 | 114 |
| Listing Price: | $0.00 | $535,500.00 | $550,000.00 | $565,500.00 |
| Location: | Good | Good | Good | Good |
| Lot Size: | 7497 Square Feet | 8691 Square Feet | 7735 Square Feet | 6600 Square Feet |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 34 | 49 | 42 | 48 |
| Condition: | Good | Good | Good | Good |
| Total Rooms: | 11 | 8 | 10 | 9 |
| Bedrooms: | 4 | 4 | 5 | 4 |
| Bathrooms: | 2 Full 1 Half | 2 Full 1 Half | 3 Full 0 Half | 2 Full 1 Half |
| Above Grade Sq.Footage: | 3120 | 2647 | 2793 | 2789 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.50 car / Attached | 2.50 car / Attached | 2.50 car / Attached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 07125927 | 07199543 | 07142239 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: Like age, area, style, and condition

Comments on Comparable 2: Like age, area, style, and condition

Comments on Comparable 3: Like age, area, style, and condition

LSI

**Broker Price Opinion Exterior**

Order #: 6672317        Loan #: 0667875462        Client: FNFS WAMU

## Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

The subject is situated in an area that has experienced depreciating prices in recent times. This trend is in reaction to many of the same factors that have been ongoing and well reported in a significant percentage of real estate markets nationwide.

Expanded search beyond 1 mile to find comps similar to the subjects gla, lot size, condition and marketability.

## Estimates of Value

Discuss how you arrived at  The sales comparison approach was utilized to arrive at a value.
these values:

| | |
|---|---|
| As Is Market Value: $549,000.00 | As Repaired Market Value: $549,000.00 |
| As Is Quick Sale: $539,000.00 | As Repaired Quick Sale: $539,000.00 |
| As Is Suggested List: $559,900.00 | As Repaired Suggested List: $559,900.00 |

Average Market Time of Sale (listing date to contract date):    180

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the above named financial institution to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued $250,000 or less, as required by Title XI of FIRREA. The agent submitting this report represents that she/he drove by the property and has no interest in the property.

© LSI 2006                                                                                                                 page 4 of 8

**Broker Price Opinion Exterior**

Order #: 6672317    Loan #: 0667875462    Client: FNFS WAMU

### Property Map

If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.



### Photos



Subject (Front View)

**LSI**

**Broker Price Opinion Exterior**

Order #: 6672317   Loan #: 0667875462   Client: FNFS WAMU

| Photos | |
|---|---|
| | Street View |
| | Sold (Comp 1) |
| | Sold (Comp 2) |

**LSI**

Order #: 6672317    Loan #: 0667875462    Client: FNFS WAMU

**Broker Price Opinion Exterior**

| Photos | |
|---|---|
| *(photo)* | Sold (Comp 3) |
| *(photo)* | Listed (Comp 1) |
| *(photo)* | Listed (Comp 2) |

© LSI 2006

page 7 of 8

**Broker Price Opinion Exterior**

Order #: 6672317   Loan #: 0667875462   Client: FNFS WAMU

### Photos

Listed (Comp 3)