UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____X    Chapter 11
In re:                                   Case No.: 08-13555
    LEHMAN BROTHERS HOLDINGS, INC.

                          DEBTOR.        (Jointly Administered)
In re
    BNC MORTGAGE LLC                     Chapter 11
_____X    Case No.: 09-114578
```

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

Rose Saramago being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On August 11th, 2009, I served the within Notice of Motion and Affirmation in Support of Entry of an Order and Proposed Order Granting Relief from the Automatic Stay on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

Sworn before me this
11th day of August, 2009

_____
NOTARY PUBLIC

_____
Rose Saramago

JOHN J. BROCKS
NOTARY PUBLIC STATE OF NEW YORK
#01BR6107807
COMMISSION EXPIRES APRIL 12, 2012

TO    BNC Mortgage LLC
Debtor- in- Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisman, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughes Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto,
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
and Evan Fleck, Esq.
Official Committee for Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY  10010