# ROSICKI, ROSICKI & ASSOCIATES, P.C.

*ATTORNEYS AT LAW*

*Main Office: 51 East Bethpage Road*

*Plainview, New York  11803*

*Telephone (516) 741-2585*

*Facsimile (516)873-7243*

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    Debtor:    **Lehman Brothers Holding, Inc.**
                                **Case No. 08-13555**
                                **(jointly administered)**
                                **BNC Mortgage, LLC**
                                **Case No.: 09-114578**

Dear Sir or Madam:

Enclosed herewith you will find one chambers copy of a motion seeking to modify the automatic stay, a proposed order, and a diskette containing the proposed order in word format. The appropriate filing fee in the amount of $150.00 has been paid online.

Please file this Motion, as it is scheduled for September 16, 2009 at 10:00 am    .

Your assistance is greatly appreciated.

Very truly yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

*[signature: Jose Saramago]*
Jose Saramago
Paralegal

*Enclosures*

## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>BNC Mortgage LLC | CASE NUMBER<br>08-13555/09-10137<br>Jointly Administered |
| PLAINTIFF/MOVANT<br>Washington Mutual Bank f/k/a<br>Washington Mutual Bank, FA | DEFENDANT/RESPONDENT |
| ATTORNEYS<br>Rosicki, Rosicki & Associates, P.C.<br>Main Office 51 E Bethpage Road<br>Plainview, NY 11803 | ATTORNEYS IF KNOWN |
| PRINT NAME OF ATTORNEY<br>Lisa Milas, Esq. | SIGNATURE |

### NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

☒ To Grant Relief from the Automatic Stay
   11 U.S.C. Section of 362(d)  ($150.00 fee required)

☐ To Withdraw the Reference of a Case
   11 U.S.C. Section 157(d)   ($75.00 fee required)

☐ To Compel Abandonment of Property
   of the Estate - B.R. 6007 (b) ($75.00 fee required)

☐ To Convert (fee not required)

☐ To Dismiss (fee not required)

☐ To Assume/Reject (fee not required)

☐ To Extend Time to Object to Discharge/Dischargeability

☐ To Extend Exclusivity Period to File Plan, Etc.

☐ Objections to Claims

☐ For Summary Judgment

☐ Other- Specify Type of Motion _____

FILING FEE (Check One)          ☐ Fee Attached          ☒ Fee Paid On Line