**EXHIBIT B**

10/04/2007    12:44       NO.924    D01

'04/25/2007    11:05     LEHMAN → 916460859551          NO.893    P01

# LEHMAN BROTHERS

### 4th Revised Transaction

Date:      25 April, 2007

To:       Pinnacle Foods Finance LLC
         Attention:     Documentation Unit

From:     Lehman Brothers Special Financing Inc.
         Confirmations Group
         Kathy Tsang
         Facsimile:      (+1) 646-885-9551 (United States of America)
         Telephone:    212-526-9080

Ref. Numbers:   Risk ID: 1487007L / Effort ID: N1318664 / Global Deal ID: 2986268

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below. **This Confirmation supersedes and replaces in its entirety any other confirmation referencing the Transaction to which this Confirmation relates.**

This Confirmation is subject to and incorporates the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "ISDA Form" or the "Agreement"), but without regard to any modifications or elections that the parties may be entitled to make pursuant to a Schedule except as provided in the Additional Provisions paragraph herein. All provisions contained in, or incorporated by reference to, the ISDA Form shall govern this Confirmation except as expressly modified below. In addition, this Confirmation shall itself evidence a complete and binding agreement between you and us as to the terms and conditions of the Transaction to which this Confirmation relates.

Party A and Party B each represents that entering into the Transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party and that, upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

This Confirmation incorporates the definitions and provisions contained in the 2000 ISDA Definitions as published by ISDA (the "Definitions"). In the event of any inconsistency between the Definitions and this Confirmation, this Confirmation will govern.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 05 April, 2007 |
| Effective Date: | 02 April, 2007 |
| Termination Date: | 02 April, 2012, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD976,250,000.00 – subject to adjustment in accordance with Appendix A attached hereto. |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Floating Amount Payer Payment Dates: | The 2nd calendar day of each January, April, July, and October, from and including 02 July, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 months |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | The 2nd calendar day of each January, April, July, and October, from and including 02 July, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Fixed Rate: | 4.958% per annum |
| Fixed Rate Day Count Fraction: | Actual/360 |
| Business Days: | New York |

**Other Provisions:**

1. Specified Entities will not apply with respect to the Counterparty and with respect to Party A, this shall be Lehman Brothers Finance, S.A., Lehman Brothers Commercial Corporation, Lehman Brothers Commodity Services Inc., and Lehman Brothers OTC Derivatives Inc. as Specified Entities.

2. The "Cross Default" provisions of Section 5(a)(vi) of the ISDA Form will apply.

"Threshold Amount" means the lesser of (i) USD 100 million or (ii) three percent (3%) of the Stockholders' Equity of Lehman Brothers Holdings Inc. ("Holdings"), in the case of Party A and Holdings (or its equivalent in any other currency), and USD25,000,000.00 in the case of Party B and Party B's Credit Support Provider (or its equivalent in any other currency).

Section 5 (a) (vi) shall be amended such that the words ", or becoming capable at such time of being declared," will be deleted.

Section 5(a)(vi) of the ISDA Master Agreement is amended by the addition of the following after the semicolon: 'provided, however, that an Event of Default shall not occur under either (1) or (2) above if the default, event of default, or other similar condition or event referred to in (1) or the failure to pay referred to in (2) is caused not by the unavailability of funds but is caused solely due to a technical or administrative error which has been remedied within three Business Days after a notice of such failure is given to the party.'

"Stockholders' Equity" means with respect to an entity, at any time, the sum at such time of (i) its capital stock (including preferred stock) outstanding, taken at par value, (ii) its capital surplus and (iii) its retained earnings, minus (iv) treasury stock, each to be determined in accordance with generally accepted accounting principles.

3. The standard ISDA Definition of Specified Indebtedness will apply.

4. The standard ISDA Definition of Specified Transaction will apply.

5. The "Automatic Early Termination" provision in Section 6(a) will not apply.

6. Standard Tax Payer and Payee representations, warranties and forms will be required as needed.

7. Party B can not assign its position in the Interest Rate Swap (in whole or in part) to any other third party without at least 5 Business Days notice to Party A and Party A's prior written consent, such consent not to be unreasonably withheld or delayed. Party B agrees that Party A's decision to consent to such assignment may be contingent on executing similar documentation with the assignee with different credit terms.

8. Payments on Early Termination. For the purpose of Section 6(e) of the ISDA Form, Market Quotation and the Second Method will apply.

9. Representations. Section 3 of the ISDA Form is hereby amended by adding the following additional subsections:

Risk ID: 1487007L / Effort ID: 1318664 / Global Deal ID: 2986268

10/04/2007    12:44                                                                                    NO.924    P04

04/25/2007    11:05    LEHMAN → 916468859551                                           NO.893    P04

(a) No Agency. It is entering into this Transaction as principal (and not as agent or in any other capacity, fiduciary or otherwise).

(b) Eligible Contract Participant. It is an "eligible contract participant" as defined in the Commodity Futures Modernization Act of 2000.

(c) No Reliance. In connection with the negotiation, entering into and execution of this Transaction, Party B acknowledges and agrees that: (i) Party A is acting for its own account and not as a fiduciary for, or financial or investment advisor to, Party B (or in any similar capacity) regardless of whether Party A provides Party B with market information or its views; (ii) Party B is not relying upon any communications (whether written or oral) from Party A as investment advice or as a recommendation to enter into this Transaction (other than the representations expressly set forth in the ISDA Form), it being understood that information and explanations related to the terms and conditions of this Transaction shall not be considered investment advice or a recommendation to enter into this Transaction; (iii) Party B has not received from Party A any assurance or guarantee as to the expected results of this Transaction and understands the risks of the Transaction; (iv) Party B has consulted with its own legal, regulatory, tax, business, investment, financial, and accounting advisors to the extent it has deemed necessary, and it has made its own independent investment, hedging, and trading decisions based upon its own judgment and upon any advice from such advisors as it has deemed necessary and not upon any view expressed by Party A; and (v) Party B has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives.

10. Netting of Payments. Subparagraph (ii) of Section 2(c) of the ISDA Form will not apply to any Transaction between the parties hereto.

11. Waiver of Trial By Jury. Insofar as is permitted by law, each party irrevocably waives any and all rights to trial by jury in any legal proceeding in connection with this Transaction, and acknowledges that this waiver is a material inducement to the other party's entering into this Transaction hereunder.

Additional Termination Events will apply. Each of the following shall constitute an Additional Termination Event, provided, however, any provision to the contrary in the Agreement, when executed, shall take precedence over the Additional Termination Events set forth below):

(i) Party A as a Secured Party. At any time (1) Party A ceases to be one of the Secured Parties, (2) the obligations or liabilities of Party B or any of its Credit Support Providers under this Agreement and the Credit Support Documents are deemed subordinate to or junior in right or priority of payment to any of the Loans under the Loan Documents, (3) except for any transaction permitted under the Credit Agreement or the other Loan Documents, Party B or any of its Credit Support Providers takes any action that may render its obligations or liabilities under this Agreement or the Credit Support Documents as unsecured indebtedness, or (4) except for any transaction permitted under the Credit Agreement or the other Loan Documents, the obligations and liabilities of Party B and its Credit Support Providers under this Agreement and the relevant Credit Support Documents cease to constitute the Obligations of the Loan Parties and cease to rank pari passu with and equal in right and priority of payment with the Loans under the Loan Documents For the purpose of the foregoing Termination Event, Party B shall be the Affected Party.

10/04/2007    12:44                                                                                    NO.924    P05

04/25/2007    11:05    LEHMAN → 916468859551                                    NO.893    P05

**Additional Definitions:**

"Credit Agreement" means the Credit Agreement entered into as of April 2, 2007, among PEAK FINANCE LLC ("Finance Sub" and, prior to the Merger (as defined below), the "Borrower"), a Delaware limited liability company to be merged with and into PINNACLE FOODS FINANCE LLC, a Delaware limited liability company ("New Crunch" and, after the Merger, the "Borrower"), PEAK FINANCE HOLDINGS LLC, a Delaware limited liability company ("Holdings"), LEHMAN COMMERCIAL PAPER INC. ("LCPI"), as Administrative Agent, Collateral Agent, Swing Line Lender and L/C Issuer, GOLDMAN SACHS CREDIT PARTNERS L.P., as Syndication Agent and Lender, MIZUHO CORPORATE BANK, Ltd. and GENERAL ELECTRIC CAPITAL CORPORATION, as Co-Documentation Agents and as Lenders and each lender from time to time party hereto (collectively, the "Lenders" and individually, a "Lender"), as modified, amended, supplemented, extended, restated or replaced and in effect from time to time, the ("Credit Agreement").

"Credit Support Provider" with respect to Party B, none.

"Credit Support Documents" with respect to Party B, none.

"Loans" shall have the meaning assigned to such term in the Credit Agreement.

"Loan Documents" shall have the meaning assigned to such term in the Credit Agreement.

"Loan Parties" shall have the meaning assigned to such term in the Credit Agreement.

"Obligations" shall have the meaning assigned to such term in the Loan Documents.

"Secured Parties" shall have the meaning assigned to such term in the Loan Documents.

(ii) A Change of Control (as defined in the Credit Agreement as of April, 2, 2007) has occurred. For the purpose of the foregoing Termination Event, Party B shall be the Affected Party.

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office Branch. |
| Transfer: | Notwithstanding Section 7 of the Agreement, Party A may assign its rights and obligations under this Transaction, in whole and not in part, to any Affiliate of Lehman Brothers Holdings Inc. ("Holdings") effective upon delivery to Party B of the guarantee by Holdings, in favor of Party B, of the obligations of such Affiliate. |
| Governing Law: | The laws of the State of New York (without reference to choice of law doctrine) |
| Termination Currency: | USD |

04/25/2007   11:05   LEHMAN → 916468859551                        NO.893   P06

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                              Accepted and agreed to:

Lehman Brothers Special Financing Inc.        Pinnacle Foods Finance LLC

Anatoly Kozlov
Lehman Brothers Special Financing Inc.

                                              By: _____
                                              Name: Wayne Mizer-word Pa
                                              Title: SVP & Treasurer

Risk ID: 1487007L / Effort ID: 1318664 / Global Deal ID: 2986268

Page 6 of 7

04/25/2007    11:05    LEHMAN → 916468858551                    NO.893    P07

### Revised Appendix A

| *Calculation Periods up to but excluding the Payment Date scheduled to occur: | Outstanding Notional Amount: |
|---|---|
| 02 July, 2007 | USD 976,250,000.00 |
| 02 October, 2007 | USD 965,603,750.00 |
| 02 January, 2008 | USD 954,957,500.00 |
| 02 April, 2008 | USD 944,311,250.00 |
| 02 July, 2008 | USD 754,018,750.00 |
| 02 October, 2008 | USD 742,468,750.00 |
| 02 January, 2009 | USD 730,918,750.00 |
| 02 April, 2009 | USD 719,368,750.00 |
| 02 July, 2009 | USD 533,591,250.00 |
| 02 October, 2009 | USD 520,396,250.00 |
| 04 January, 2010 | USD 507,201,250.00 |
| 02 April, 2010 | USD 494,006,250.00 |
| 02 July, 2010 | USD 315,546,250.00 |
| 04 October, 2010 | USD 301,548,750.00 |
| 03 January, 2011 | USD 287,551,250.00 |
| 04 April, 2011 | USD 273,553,750.00 |
| 05 July, 2011 | USD 105,366,250.00 |
| 03 October, 2011 | USD 91,461,250.00 |
| 03 January, 2012 | USD 77,556,250.00 |
| 02 April, 2012 | USD 63,651,250.00 |

*subject to adjustment in accordance with the relevant Business Day Convention.

# LEHMAN BROTHERS

### 4th Revised Transaction

Date:          25 April, 2007

To:            Pinnacle Foods Finance LLC
               Attention:        Documentation Unit

From:          Lehman Brothers Special Financing Inc.
               Confirmations Group
               Kathy Tsang
               Facsimile:        (+1) 646-885-9551 (United States of America)
               Telephone:        212-526-9080

Risk ID: 1487029L / Effort ID: 1325852 / Global Deal ID: 2986313/2986317

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below. This Confirmation supersedes and replaces in its entirety any other confirmation referencing the Transaction to which this Confirmation relates.

This Confirmation is subject to and incorporates the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "ISDA Form" or the "Agreement"), but without regard to any modifications or elections that the parties may be entitled to make pursuant to a Schedule except as provided in the Additional Provisions paragraph herein. All provisions contained in, or incorporated by reference to, the ISDA Form shall govern this Confirmation except as expressly modified below. In addition, this Confirmation shall itself evidence a complete and binding agreement between you and us as to the terms and conditions of the Transaction to which this Confirmation relates.

Party A and Party B each represents that entering into the Transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party and that, upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

This Confirmation incorporates the definitions and provisions contained in the 2000 ISDA Definitions as published by ISDA (the "Definitions"). In the event of any inconsistency between the Definitions and this Confirmation, this Confirmation will govern.

04/25/2007    11:05    LEHMAN → 916468859551                                    NO.893    D09

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 05 April, 2007 |
| Effective Date: | 02 April, 2008 |
| Termination Date: | 02 April, 2012, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD88,601,250.00 – subject to adjustment in accordance with Appendix A attached hereto. |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 09 April, 2007, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | By its execution hereof and with effect from the Trade Date above Party A irrevocably acknowledges receipt of all agreed consideration from Party B in respect of this Transaction. |

**Floating Amounts I:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 5.50% per annum |
| Floating Amount Payer Payment Dates: | The 2nd calendar day of each January, April, July, and October, from and including 02 July, 2008 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 months |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | New York |

10/04/2007   12:45                                                                    NO.925   P03

04/25/2007   11:05   LEHMAN → 916468859551                              NO.893   P10

**Floating Amounts II:**

Floating Amount Payer:                        Party B

Floor Rate:                                   4.39% per annum

Floating Amount Payer Payment Dates:          The 2nd calendar day of each January, April, July, and
                                              October, from and including 02 July, 2008 to and
                                              including the Termination Date, subject to adjustment
                                              in accordance with the Modified Following Business
                                              Day Convention.

Floating Rate Option:                         USD-LIBOR-BBA

Designated Maturity:                          3 months

Spread:                                       Inapplicable

Floating Rate Day Count Fraction:             Actual/360

Reset Dates:                                  The first day of each Calculation Period

**Business Days:**                            New York

**Other Provisions:**

1. Specified Entities will not apply with respect to the Counterparty and with respect to Party A, this
shall be Lehman Brothers Finance, S.A., Lehman Brothers Commercial Corporation, Lehman
Brothers Commodity Services Inc., and Lehman Brothers OTC Derivatives Inc. as Specified Entities.

2. The "Cross Default" provisions of Section 5(a)(vi) of the ISDA Form will apply.

"Threshold Amount" means the lesser of (i) USD 100 million or (ii) three percent (3%) of the
Stockholders' Equity of Lehman Brothers Holdings Inc. ("Holdings"), in the case of Party A and
Holdings (or its equivalent in any other currency), and USD25,000,000.00 in the case of Party B and
Party B's Credit Support Provider (or its equivalent in any other currency).

Section 5 (a) (vi) shall be amended such that the words ", or becoming capable at such time of being
declared," will be deleted.

Section 5(a)(vi) of the ISDA Master Agreement is amended by the addition of the following after the
semicolon: 'provided, however, that an Event of Default shall not occur under either (1) or (2) above
if the default, event of default, or other similar condition or event referred to in (1) or the failure to
pay referred to in (2) is caused not by the unavailability of funds but is caused solely due to a
technical or administrative error which has been remedied within three Business Days after a notice
of such failure is given to the party.'

"Stockholders' Equity" means with respect to an entity, at any time, the sum at such time of (i) its
capital stock (including preferred stock) outstanding, taken at par value, (ii) its capital surplus and

(iii) its retained earnings, minus (iv) treasury stock, each to be determined in accordance with generally accepted accounting principles.

3. The standard ISDA Definition of Specified Indebtedness will apply.

4. The standard ISDA Definition of Specified Transaction will apply.

5. The "Automatic Early Termination" provision in Section 6(a) will not apply.

6. Standard Tax Payer and Payee representations, warranties and forms will be required as needed.

7. Party B can not assign its position in the Interest Rate Swap (in whole or in part) to any other third party without at least 5 Business Days notice to Party A and Party A's prior written consent, such consent not to be unreasonably withheld or delayed. Party B agrees that Party A's decision to consent to such assignment may be contingent on executing similar documentation with the assignee with different credit terms.

8. **Payments on Early Termination.** For the purpose of Section 6(e) of the ISDA Form, Market Quotation and the Second Method will apply.

9. **Representations.** Section 3 of the ISDA Form is hereby amended by adding the following additional subsections:

(a) **No Agency.** It is entering into this Transaction as principal (and not as agent or in any other capacity, fiduciary or otherwise).

(b) **Eligible Contract Participant.** It is an "eligible contract participant" as defined in the Commodity Futures Modernization Act of 2000.

(c) **No Reliance.** In connection with the negotiation, entering into and execution of this Transaction, Party B acknowledges and agrees that: (i) Party A is acting for its own account and not as a fiduciary for, or financial or investment advisor to, Party B (or in any similar capacity) regardless of whether Party A provides Party B with market information or its views; (ii) Party B is not relying upon any communications (whether written or oral) from Party A as investment advice or as a recommendation to enter into this Transaction (other than the representations expressly set forth in the ISDA Form), it being understood that information and explanations related to the terms and conditions of this Transaction shall not be considered investment advice or a recommendation to enter into this Transaction; (iii) Party B has not received from Party A any assurance or guarantee as to the expected results of this Transaction and understands the risks of the Transaction; (iv) Party B has consulted with its own legal, regulatory, tax, business, investment, financial, and accounting advisors to the extent it has deemed necessary, and it has made its own independent investment, hedging, and trading decisions based upon its own judgment and upon any advice from such advisors as it has deemed necessary and not upon any view expressed by Party A; and (v) Party B has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives.

10. **Netting of Payments.** Subparagraph (ii) of Section 2(c) of the ISDA Form will not apply to any Transaction between the parties hereto.

Risk ID: 1487029L / Effort ID: 1325852 / Global Deal ID: 2986313

Page 4 of 7

11. **Waiver of Trial By Jury.** Insofar as is permitted by law, each party irrevocably waives any and all rights to trial by jury in any legal proceeding in connection with this Transaction, and acknowledges that this waiver is a material inducement to the other party's entering into this Transaction hereunder.

**Additional Termination Events** will apply. Each of the following shall constitute an Additional Termination Event, provided, however, any provision to the contrary in the Agreement, when executed, shall take precedence over the Additional Termination Events set forth below):

(i) **Party A as a Secured Party.** At any time (1) Party A ceases to be one of the Secured Parties, (2) the obligations or liabilities of Party B or any of its Credit Support Providers under this Agreement and the Credit Support Documents are deemed subordinate to or junior in right or priority of payment to any of the Loans under the Loan Documents, (3) except for any transaction permitted under the Credit Agreement or the other Loan Documents, Party B or any of its Credit Support Providers takes any action that may render its obligations or liabilities under this Agreement or the Credit Support Documents as unsecured indebtedness, or (4) except for any transaction permitted under the Credit Agreement or the other Loan Documents, the obligations and liabilities of Party B and its Credit Support Providers under this Agreement and the relevant Credit Support Documents cease to constitute the Obligations of the Loan Parties and cease to rank pari passu with and equal in right and priority of payment with the Loans under the Loan Documents For the purpose of the foregoing Termination Event, Party B shall be the Affected Party.

**Additional Definitions:**

"Credit Agreement" means the Credit Agreement entered into as of April 2, 2007, among PEAK FINANCE LLC ("Finance Sub") and, prior to the Merger (as defined below), the "Borrower"), a Delaware limited liability company to be merged with and into PINNACLE FOODS FINANCE LLC, a Delaware limited liability company ("New Crunch") and, after the Merger, the "Borrower"), PEAK FINANCE HOLDINGS LLC, a Delaware limited liability company ("Holdings"), LEHMAN COMMERCIAL PAPER INC. ("LCPI"), as Administrative Agent, Collateral Agent, Swing Line Lender and L/C Issuer, GOLDMAN SACHS CREDIT PARTNERS L.P., as Syndication Agent and Lender, MIZUHO CORPORATE BANK, Ltd. and GENERAL ELECTRIC CAPITAL CORPORATION, as Co-Documentation Agents and as Lenders and each lender from time to time party hereto (collectively, the "Lenders" and individually, a "Lender"), as modified, amended, supplemented, extended, restated or replaced and in effect from time to time, the ("Credit Agreement").

**"Credit Support Provider" with respect to Party B, none.**

**"Credit Support Documents" with respect to Party B, none.**

"Loans" shall have the meaning assigned to such term in the Credit Agreement.

"Loan Documents" shall have the meaning assigned to such term in the Credit Agreement.

"Loan Parties" shall have the meaning assigned to such term in the Credit Agreement.

"Obligations" shall have the meaning assigned to such term in the Loan Documents.

"Secured Parties" shall have the meaning assigned to such term in the Loan Documents.

(ii) A Change of Control (as defined in the Credit Agreement as of April, 2, 2007) has occurred. For the purpose of the foregoing Termination Event, Party B shall be the Affected Party.

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office Branch. |
| Transfer: | Notwithstanding Section 7 of the Agreement, Party A may assign its rights and obligations under this Transaction, in whole and not in part, to any Affiliate of Lehman Brothers Holdings Inc. ("Holdings") effective upon delivery to Party B of the guarantee by Holdings, in favor of Party B, of the obligations of such Affiliate. |
| Governing Law: | The laws of the State of New York (without reference to choice of law doctrine) |
| Termination Currency: | USD |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                           Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**   **Pinnacle Foods Finance LLC**

Anatoly Kozlov                             By:
Lehman Brothers Special Financing Inc.     Name: Craig Misericordia
                                           Title: SVP & Treasurer

Risk ID: 1487029L / Effort ID: 1325852 / Global Deal ID: 2986313

Page 6 of 7

04/25/2007    11:05    LEHMAN → 916460859551                                    NO.893    P14

### Revised Appendix A

| *Calculation Periods up to but excluding the Payment Date scheduled to occur: | Outstanding Notional Amount (USD): |
|---|---|
| 2-Jul-08 | 88,601,250.00 |
| 2-Oct-08 | 87,831,250.00 |
| 2-Jan-09 | 87,061,250.00 |
| 2-Apr-09 | 86,291,250.00 |
| 2-Jul-09 | 170,552,500.00 |
| 2-Oct-09 | 168,522,500.00 |
| 4-Jan-10 | 166,492,500.00 |
| 2-Apr-10 | 164,462,500.00 |
| 2-Jul-10 | 242,876,250.00 |
| 4-Oct-10 | 239,058,750.00 |
| 3-Jan-11 | 235,241,250.00 |
| 4-Apr-11 | 231,423,750.00 |
| 5-Jul-11 | 302,385,000.00 |
| 3-Oct-11 | 298,205,000.00 |
| 3-Jan-12 | 290,025,000.00 |
| 2-Apr-12 | 283,845,000.00 |

*subject to adjustment in accordance with the relevant Business Day Convention.

/SVC.DB(23461)
973.541.6648 *

MODIFICATION

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our references:    8939443

Date    : 04/30/07
To      : Pinnacle Foods Finance LLC
From    : Lehman Brothers Special Financing Inc. (LBSF)
          70 Hudson Street
          Jersey City, New Jersey 07302

          Telephone  : (201) 499-6595
          Fax        : (646) 758-5976

Subject : OTC Currency Option Confirmation

The purpose of this communication is to set forth the terms and conditions
of the Foreign Exchange Currency Option Transaction entered into, on the
Trade Date specified below, between Lehman Brothers Special Financing Inc.
(LBSF) ("Party A") and Pinnacle Foods Finance LLC ("Party B"),
this communication constitutes a "Confirmation" as referred to in the
Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth general
terms and conditions applicable to Currency Options Transactions between
us (the "Master Agreement"), this Confirmation supplements, forms a part of,
and is subject to such Master Agreement. If you and we are not yet parties
to such Master Agreement, this Confirmation shall itself evidence a complete
and binding agreement between you and us as to the terms of the Transaction
to which this Confirmation relates. In addition, you and we agree to use all
reasonable efforts promptly to negotiate, execute and deliver an agreement
in the form of the 1992 version of the preprinted multicurrency cross-border
Master Agreement published by the International Swaps and Derivatives
Association Inc. ("ISDA") (the "Master Form"), with such modifications as
you and we will in good faith agree.  Upon the execution by you and us of
such agreement, this Confirmation will supplement, form part of, and be
subject to that agreement.  All provisions contained in or incorporated by
reference in that agreement upon its execution will govern this Confirmation,
except as expressly modified below.  Until we execute and deliver that
agreement, this Confirmation, together with all other documents referring to
the Master Form (each a "Confirmation") confirming transactions (each a
"Transaction") entered into between us (notwithstanding anything to the
contrary in a Confirmation) shall supplement, form a part of, and be
subject to an agreement in the form of the Master Form as if we had executed
an agreement in such form (but without any Schedule except for the election
of the laws of the State of New York as the governing law and the U.S. Dollar
as the Termination Currency) on the Trade Date of the first such Transaction
between us. In the event of any inconsistency between the provisions of
that agreement and this Confirmation, this Confirmation will prevail for the
purpose of this Transaction.

Page 1 of 3 Pages

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939443

Party A and Party B each represents that entering into the transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (i) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its view; (ii) it understands the risks of the Transaction and any legal, regulatory, tax, accounting, and economic consequences resulting therefrom; and (iii) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Each party to the Transaction represents to the other party upon due execution and delivery of such Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and the June 2000 version of the Annex thereto, as published by ISDA (the "Swap Definitions") and the 1998 FX and Currency Option Definitions, as published by ISDA, the Emerging Markets Traders Association and The Foreign Exchange Committee, (the "1998 Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between either such set of definitions and this Confirmation, this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939443

The terms of the particular Transaction to which this Confirmation relates
are as follows:

| | | |
|---|---|---|
| Reference Number | : | 8939443 |
| Trade Date | : | 04/25/07 |
| Buyer | : | Lehman Brothers Special Financing Inc. | (Party A) |
| Seller | : | Pinnacle Foods Finance LLC | (Party B) |
| Currency Option Style | : | European |
| Option Expiration Date | : | 10/30/08 |
| Option Expiration Time | : | 1000/NY |
| Option Settlement Date | : | 10/31/08 |
| Strike Price | : | 1.0658000  CAD    PER    USD |
| Put  Currency and Amount: | | CAD    3,000,000.00 |
| Call Currency and Amount: | | USD    2,814,787.01 |
| Price | : | 0.0116250 |
| Total Premium | : | 34,875.00    USD |
| Premium Payment Date | : | 04/26/07 |

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION; however, should you
have an internal requirement for confirmations with an original
signature, we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Very truly yours,

Lehman Brothers Special Financing Inc.

Accepted & Agreed:    Pinnacle Foods Finance LLC

By: _____

NNNN

/SVC DB(23461)
973.541.6648 ♦

MODIFICATION

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    B939442

Date    : 04/30/07
To      : Pinnacle Foods Finance LLC
From    : Lehman Brothers Special Financing Inc. (LBSF)
          70 Hudson Street
          Jersey City, New Jersey 07302

          Telephone : (201) 499-6595
          Fax       : (646) 758-5976

Subject : OTC Currency Option Confirmation

The purpose of this communication is to set forth the terms and conditions of the Foreign Exchange Currency Option Transaction entered into, on the Trade Date specified below, between Lehman Brothers Special Financing Inc. ("LBSF") ("Party A") and Pinnacle Foods Finance LLC ("Party B"). This communication constitutes a "Confirmation" as referred to in the Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth general terms and conditions applicable to Currency Options Transactions between us (the "Master Agreement"), this Confirmation supplements, forms a part of, and is subject to such Master Agreement. If you and we are not yet parties to such Master Agreement, this Confirmation shall itself evidence a complete and binding agreement between you and us as to the terms of the Transaction to which this Confirmation relates. In addition, you and we agree to use all reasonable efforts promptly to negotiate, execute and deliver an agreement in the form of the 1992 version of the preprinted multicurrency cross-border Master Agreement published by the International Swaps and Derivatives Association Inc. ("ISDA") (the "Master Form"), with such modifications as you and we will in good faith agree. Upon the execution by you and us of such agreement, this Confirmation will supplement, form part of, and be subject to that agreement. All provisions contained in or incorporated by reference in that agreement upon its execution will govern this Confirmation, except as expressly modified below. Until we execute and deliver that agreement, together with all other documents referring to the Master Form (each a "Confirmation") confirming transactions entered into between us (notwithstanding anything to the contrary in a Confirmation), shall supplement, form a part of, and be subject to an agreement in the form of the Master Form as if we had executed an agreement in such form (but without any Schedule except for the election of the laws of the State of New York as the governing law and the U.S. Dollar as the Termination Currency) on the Trade Date of the first such Transaction between us. In the event of any inconsistency between the provisions of that agreement and this Confirmation, this Confirmation will prevail for the purpose of this Transaction.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939442

Party A and Party B each represents that entering into the transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (i) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (ii) it understands the risks of the Transaction and any legal, regulatory, tax, accounting, and economic consequences resulting therefrom, and (iii) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Each party to the Transaction represents that upon due execution and delivery of such Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and the June 2000 version of the Annex thereto, as published by ISDA (the 'Swap Definitions'), and the 1998 FX and Currency Option Definitions, as published by ISDA, the Emerging Markets Traders Association and The Foreign Exchange Committee, (the '1998 Definitions') are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between either the 1998 Definitions and this Confirmation, this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939442

The terms of the particular Transaction to which this Confirmation relates
are as follows:

Reference Number          :    8939442
Trade Date                :    04/25/07
Buyer                     :    Pinnacle Foods Finance LLC               (Party B)
Seller                    :    Lehman Brothers Special Financing Inc.   (Party A)
Currency Option Style     :    European
Currency Option Date      :    10/30/08
Option Expiration Date    :    1000/NY
Option Expiration Time    :    10/31/08
Option Settlement Date    :
Strike Price              :    1.1494000 CAD    PER    USD
Call Currency and Amount: USD          2,610,057.42
Put Currency and Amount:  CAD          3,000,000.00
Price                     :    0.0116250
Total Premium             :    34,875.07                     USD
Premium Payment Date      :    04/26/07

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION, however, should you
have an internal requirement for confirmations with an original
signature, we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Very truly yours,

Lehman Brothers Special Financing Inc.

Accepted & Agreed:    Pinnacle Foods Finance LLC

By: _____

Page 3 of 3 Pages

NNNN

/SVC DB(23461)
973.541.6648 *

MODIFICATION

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939444

---

Date      : 04/30/07
To        : Pinnacle Foods Finance LLC
From      : Lehman Brothers Special Financing Inc. (LBSF)
            (LBSF) and Pinnacle Foods Finance LLC
            70 Hudson Street
            Jersey City, New Jersey 07302

            Telephone  :  (201) 499-6595
            Fax        :  (646) 758-5976

Subject   : OTC Currency Option Confirmation

---

The purpose of this communication is to set forth the terms and conditions
of the Foreign Exchange Currency Option Transaction entered into, on the
Trade Date specified below, between Lehman Brothers Special Financing Inc.
(LBSF) and Pinnacle Foods Finance LLC                               ('Party B').
This communication constitutes a "Confirmation" as referred to in the
Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth general
terms and conditions applicable to Currency Options Transactions between
us (the "Master Agreement"), this Confirmation supplements, forms a part of,
and is subject to such Master Agreement. If you and we are not yet parties
to such Master Agreement, this Confirmation shall itself evidence a complete
and binding agreement between you and us as to the terms of the Transaction
to which this Confirmation relates. In addition, you and we agree to use all
reasonable efforts promptly to negotiate, execute and deliver an agreement
in the form of the 1992 version of the preprinted multicurrency cross-border
Master Agreement published by the International Swaps and Derivatives
Association Inc. ("ISDA") (the "Master Form"), with such modifications as
you and we will in good faith agree. Upon the execution by you and us of
such agreement, this Confirmation will supplement, form part of, and be
subject to that agreement. All provisions contained in or incorporated by
reference in that agreement upon its execution will govern this Confirmation,
except as expressly modified below. Until we execute and deliver that
agreement, this Confirmation, together with all other documents referring to
the Master Form (each a "Confirmation") confirming transactions (each a
"Transaction") entered into between us (notwithstanding anything to the
contrary in a Confirmation), shall supplement, form a part of, and be
subject to an agreement in the form of the Master Form as if we had executed
an agreement in such form (but without any Schedule except for the election
of the laws of the State of New York as the governing law and the U.S. Dollar
as the Termination Currency) on the Trade Date of the first such Transaction
between us. In the event of any inconsistency between the provisions of
that agreement and this Confirmation, this Confirmation will prevail for the
purpose of this Transaction.

Page 1 of 3 Pages

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939444

Party A and Party B each represents that entering into the transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (i) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction (regardless of whether the other party provides it with market information or its views; (ii) it understands the risks of the Transaction and any legal, regulatory, tax, accounting, and economic consequences resulting therefrom; and (iii) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Each party to the Transaction represents that upon due execution and delivery of such Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable bankruptcy principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and the June 2000 version of the Annex thereto, as published by ISDA (the "Swap Definitions") and the 1998 FX and Currency Option Definitions, as published by ISDA, the Emerging Markets Traders Association and The Foreign Exchange Committee, (the "1998 Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between either such set of definitions and this Confirmation, this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939444
The terms of the particular Transaction to which this Confirmation relates
are as follows:

| | | |
|---|---|---|
| Reference Number | : | 8939444 |
| Trade Date | : | 04/25/07 |
| Buyer | : | Lehman Brothers Special Financing Inc. | (Party A) |
| Seller | : | Pinnacle Foods Finance LLC | (Party B) |
| Currency Option Style | : | European |
| Option Expiration Date | : | 11/26/08 |
| Option Expiration Time | : | 1000/NY |
| Option Settlement Date | : | 11/28/08 |
| Strike Price | : | 1.0658000   CAD   PER   USD |
| Call Currency and Amount: | | CAD       2,800,000.00 |
| Put Currency and Amount: | | USD       2,627,134.55 |
| Price | : | 0.0120750 |
| Total Premium | : | 33,810.00            USD |
| Premium Payment Date | : | 04/26/07 |

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION, however, should you
have an internal requirement for confirmations with an original
signature, we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

Very truly yours,

Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Accepted & Agreed:   Pinnacle Foods Finance LLC

By: _____

/SVC DM(23461)
973.541.6648 *

## LEHMAN BROTHERS SPECIAL FINANCING INC.

### MODIFICATION

Confirmation of Foreign Exchange Derivative Product

From : Lehman Brothers Special Financing Inc. (LBSF)
       70 Hudson Street
       Jersey City, New Jersey 07302

To   : Pinnacle Foods Finance LLC

Date : 04/30/07

       Telephone : (201) 499-6595
       Fax       : (646) 758-5976

Subject : OTC Currency Option Confirmation                    B939437

On any notice of errors/omissions, kindly quote our reference:

The purpose of this communication is to set forth the terms and conditions
of the Foreign Exchange Currency Option Transaction entered into, on the
Trade Date specified below, between Lehman Brothers Special Financing Inc.
(LBSF or Party A) and Pinnacle Foods Finance LLC ("Party B"),
this communication constitutes a "Confirmation" as referred to in the
Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth the general
terms and conditions applicable to Currency Options Transactions between
us (the "Master Agreement"), this Confirmation supplements, forms a part of,
and is subject to such Master Agreement. If you and we are not yet parties
to such Master Agreement, this Confirmation shall itself evidence a complete
and binding agreement between you and us as to the terms of the Transaction
to which this Confirmation relates. In addition, you and we agree to use all
reasonable efforts promptly to negotiate, execute and deliver an agreement
in the form of the 1992 version of the preprinted multicurrency cross-border
Master Agreement published by the International Swaps and Derivatives
Association Inc. ("ISDA") (the "Master Form"), with such modifications as
you and we will in good faith agree. Upon the execution by you and us of
such agreement, this Confirmation will supplement, form part of, and be
subject to that agreement. All provisions contained in or incorporated by
reference in that agreement upon its execution will govern this Confirmation,
except as expressly modified below until we execute and deliver that
agreement, this Confirmation together with all other documents referring to
the Master Form (each a "Confirmation") confirming transactions (each a
"Transaction") entered into between us (notwithstanding anything to the
contrary in a Confirmation), shall supplement, form a part of, and be
subject to an agreement in the form of the Master Form as if we had executed
an agreement in such form (but without any Schedule except for the election
of the laws of the State of New York as the governing law and the U.S. Dollar
as the Termination Currency) on the Trade Date of the first such Transaction
between us. In the event of any inconsistency between the provisions of
that agreement and this Confirmation, this Confirmation will prevail for the
purpose of this Transaction.

Page 1 of 3 Pages

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:     8939437

Party A and Party B each represents that entering into the transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (i) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (ii) it understands the risks of the Transaction and any legal, regulatory, tax, accounting, and economic consequences resulting therefrom, and (iii) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Each party to the Transaction represents that upon due execution and delivery of such Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and the June 2000 version of the Annex thereto, as published by ISDA (the "Swap Definitions") and the 1998 FX and Currency Option Definitions, as published by ISDA, the Emerging Markets Traders Association and The Foreign Exchange Committee (the "1998 Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between either such set of definitions and this Confirmation, this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939437

The terms of the particular Transaction to which this Confirmation relates
are as follows:

Reference Number                :  8939437
Trade Date                      :  04/25/07
Buyer                           :  Pinnacle Foods Finance LLC                (Party B)
Seller                          :  Lehman Brothers Special Financing Inc.    (Party A)
Currency Option Style           :  European
Option Expiration Date          :  11/26/08
Option Expiration Time          :  1000/NY
Option Settlement Date          :  11/28/08
Strike Price                    :  1.1494000  CAD  PER  USD
Call Currency and Amount:  USD             2,436,053.59
Put Currency and Amount:   CAD             2,800,000.00
Price                           :      0.01207050                            USD
Total Premium                   :  33,810.00                                 USD
Premium Payment Date            :  04/26/07

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION; however, should you
have an internal requirement for confirmations with an original
signature we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Very truly yours,

Lehman Brothers Special Financing Inc.

Accepted & Agreed:    Pinnacle Foods Finance LLC

By:    _____

/SVC DB(23461)
973.541.6648 *

MODIFICATION

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939446

From    : Lehman Brothers Special Financing Inc. (LBSF)
          70 Hudson Street
          Jersey City, New Jersey 07302

To      : Pinnacle Foods Finance LLC

Date    : 04/30/07

          Telephone : (201) 499-6595
          Fax       : (646) 758-5976

Subject : OTC Currency Option Confirmation

The purpose of this communication is to set forth the terms and conditions
of the Foreign Exchange Currency Option Transaction entered into, on the
Trade Date specified below, between Lehman Brothers Special Financing Inc.
(LBSF) ("Party A") and Pinnacle Foods Finance LLC ("Party B").
This communication constitutes a "Confirmation" as referred to in the
Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth general
terms and conditions applicable to Currency Options Transactions between
us (the "Master Agreement"), this Confirmation supplements, forms a part of,
and is subject to such Master Agreement. If you and we are not yet parties
to such Master Agreement, this Confirmation shall itself evidence a complete
and binding agreement between you and us as to the terms of the Transaction
to which this Confirmation relates. In addition, you and we agree to use all
reasonable efforts promptly to negotiate, execute and deliver an agreement
in the form of the 1992 version of the preprinted multicurrency cross-border
Master Agreement published by the International Swaps and Derivatives
Association Inc. ("ISDA") (the "Master Form"), with such modifications as
you and we will in good faith agree.  Upon the execution by you and us of
such agreement, this Confirmation will supplement, form part of, and be
subject to that agreement. All provisions contained in or incorporated by
reference in that agreement upon its execution will govern this Confirmation,
except as expressly modified below. Until we execute and deliver that
agreement, this Confirmation, together with all other documents referring to
the Master Form (each a "Confirmation") confirming transactions (each a
"Transaction") entered into between us (notwithstanding anything to the
contrary in a Confirmation), shall supplement, form a part of, and be
subject to an agreement in the form of the Master Form as if we had executed
an agreement in such form (but without any Schedule except for the election
of the laws of the State of New York as the governing law and the U.S. Dollar
as the Termination Currency) on the Trade Date of the first such Transaction
between us. In the event of any inconsistency between the provisions of
that agreement and this Confirmation, this Confirmation will prevail for the
purpose of this Transaction.

Page 1 of 3 Pages

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939446

Party A and Party B each represents that entering into the transaction is authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party.  Party A and Party B each represents that (i) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with information or views (whether or not such information and views are also provided to all counterparties), (ii) it understands the risks of the Transaction and any legal, regulatory, tax, accounting, and economic consequences resulting therefrom, and (iii) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives.  Each party to the Transaction represents that upon due execution and delivery of such Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and the June 2000 version of the Annex thereto, as published by ISDA (the "Swap Definitions") and the 1998 FX and Currency Option Definitions, as published by ISDA, the Emerging Markets Traders Association and The Foreign Exchange Committee, (the "1998 Definitions") are incorporated into this Confirmation.  In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern.  In the event of any inconsistency between either such set of definitions and this Confirmation, this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939446

The terms of the particular Transaction to which this Confirmation relates
are as follows:

| | | |
|---|---|---|
| Reference Number | : | 8939446 |
| Trade Date | : | 04/25/07 |
| Buyer | : | Lehman Brothers Special Financing Inc.    (Party A) |
| Seller | : | Pinnacle Foods Finance LLC    (Party B) |
| Currency Option Style | : | European |
| Option Expiration Date | : | 12/30/08 |
| Option Expiration Time | : | 1000/NY |
| Option Settlement Date | : | 12/31/08 |
| Strike Price | : | 1.0658000    CAD    PER    USD |
| Call Currency and Amount: | | CAD    1,650,000.00 |
| Put Currency and Amount: | | USD    1,548,132.86 |
| Price | : | 0.0126250 |
| Total Premium | : | 20,831.25    USD |
| Premium Payment Date | : | 04/26/07 |

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION; however, should you
have an internal requirement for confirmations with an original
signature, we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Very truly yours,

Lehman Brothers Special Financing Inc.

Accepted & Agreed:    Pinnacle Foods Finance LLC

By: _____

/SVC DB(23461)
973.541.6648 *

## MODIFICATION

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939445

Date      : 04/30/07
To        : Pinnacle Foods Finance LLC
From      : Lehman Brothers Special Financing Inc. (LBSF)
            70 Hudson Street
            Jersey City, New Jersey 07302
Telephone : (201) 499-6595
Fax       : (646) 758-5976

Subject   : OTC Currency Option Confirmation

The purpose of this communication is to set forth the terms and conditions
of the foreign exchange Currency Option Transaction entered into, on the
Trade Date specified below, between Lehman Brothers Special Financing Inc.
(LBSF) ("Party A"), and Pinnacle Foods Finance LLC ("Party B").
This communication constitutes a "Confirmation" as referred to in the
Master Agreement or Master Form below, as applicable.

If you and we are parties to a Master Agreement that sets forth general
terms and conditions applicable to Currency Options Transactions between
us (the "Master Agreement"), this Confirmation supplements, forms a part of,
and is subject to such Master Agreement. If you and we are not yet parties
to such Master Agreement, this Confirmation shall itself evidence a complete
and binding agreement between you and us as to the terms of the Transaction
to which this Confirmation relates. In addition, you and we agree to use all
reasonable efforts promptly to negotiate, execute and deliver an agreement
in the form of the 1992 version of the preprinted multicurrency cross-border
Master Agreement published by the International Swaps and Derivatives
Association Inc. ("ISDA") (the "Master Form"), with such modifications as
you and we will in good faith agree. Upon the execution by you and us of
such agreement, this Confirmation will supplement, form part of, and be
subject to that agreement. All provisions contained in or incorporated by
reference in that agreement, upon its execution will govern this Confirmation,
except as expressly modified below, until we execute and deliver that
agreement, this Confirmation, together with all other documents referring to
the Master Form (each a "Confirmation") confirming transactions (each a
"Transaction") entered into between us (notwithstanding anything to the
contrary in a Confirmation), shall supplement, form a part of, and be
subject to an agreement in the form of the Master Form as if we had executed
an agreement in such form (but without any Schedule except for the election
of the laws of the State of New York as the governing law and the U.S. Dollar
as the Termination Currency) on the Trade Date of the first such Transaction
between us. In the event of any inconsistency between the provisions of
that agreement and this Confirmation, this Confirmation will prevail for the
purpose of this Transaction.

Page 1 of 3 Pages

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939445

Party A and Party B each represents that entering into the transaction is
authorized and does not violate any laws of its jurisdiction of
organization or residence or the terms of any agreement to which it is a
party. Party A and Party B each represents that (i) it is not relying on
the other party in connection with its decision to enter into this
Transaction, and neither party is acting as an advisor to or fiduciary of
the other party in connection with this Transaction regardless of whether
the other party provides it with market information or its views; (ii) it
understands the risks of the Transaction and any related legal, regulatory, tax,
accounting, and economic consequences resulting therefrom; and (iii) it
has determined based upon its own judgment and upon any advice received
from its own professional advisors as it has deemed necessary to consult
that entering into the Transaction is appropriate for such party in light
of its financial capabilities and objectives. Each party to the Transaction
represents that upon due execution and delivery of such Confirmation, it
will constitute a legally valid and binding obligation, enforceable
against it in accordance with its terms, subject to applicable
principles of bankruptcy and creditors' rights generally and to equitable
principles of general application.

The definitions and provisions contained in the 2000 ISDA Definitions and
the June 2000 version of the Annex thereto, as published by ISDA, (the 'Swap
Definitions') and the 1998 FX and Currency Option Definitions, as published
by ISDA, the Emerging Markets Traders Association and The Foreign Exchange
Committee, (the "1998 Definitions") are incorporated into this Confirmation.
In the event of any inconsistency between the Swap Definitions and the
1998 Definitions, the 1998 Definitions will govern. In the event of any
inconsistency between either such set of definitions and this Confirmation,
this Confirmation will govern.

LEHMAN BROTHERS SPECIAL FINANCING INC.
Confirmation of Foreign Exchange Derivative Product

On any notice of errors/omissions, kindly quote our reference:    8939445

The terms of the particular Transaction to which this Confirmation relates
are as follows:

| | | |
|---|---|---|
| Reference Number | : | 8939445 |
| Trade Date | : | 04/25/07 |
| Buyer | : | Pinnacle Foods Finance LLC | (Party B) |
| Seller | : | Lehman Brothers Special Financing Inc. | (Party A) |
| Currency Option Style | : | European |
| Option Expiration Date | : | 12/30/08 |
| Option Expiration Time | : | 1000/NY |
| Option Settlement Date | : | 12/31/08 |
| Strike Price | : | 1.1494000  CAD  PER  USD |
| Call Currency and Amount: | USD | 1,435,531.58 |
| Put  Currency and Amount: | CAD | 1,650,000.00 |
| Total Premium | : | 20,831.25   USD |
| Price | : | 0.0126250 |
| Premium Payment Date | : | 04/26/07 |

THIS FACSIMILE TRANSMISSION WILL BE THE ONLY WRITTEN COMMUNICATION
REGARDING THIS OTC CURRENCY OPTION TRANSACTION, however, should you
have an internal requirement for confirmations with an original
signature, we request that you so indicate when you sign and return
this Confirmation whereupon, we will add an original signature to the
fully executed Confirmation, and forward it to you by mail.

Please confirm that the foregoing correctly sets forth the terms of our
agreement with respect to the Currency Option, by signing in the space
provided below and sending a copy of the executed Confirmation by FAX
(212) 528-4786 to Lehman Brothers Special Financing Inc.

It has been a pleasure working with you on this transaction and we look
forward to working with you again in the future.

Very truly yours,

Lehman Brothers Special Financing Inc.

Accepted & Agreed:    Pinnacle Foods Finance LLC

By: _____

# LEHMAN BROTHERS

### CONFIRMATION

Date:        July 10, 2008

To:          Pinnacle Foods Finance LLC
Attn:        Lynne Misericordia
Tel:         (973) 541-6641
Fax:         (973) 541-6692

From:        Lehman Brothers Special Financing Inc.
Attn:        Annie Hsu
Email:       annie.hsu@lehman.com
Tel:         (212) 526-0245
Fax:         (646) 834-4615

Re:          Commodity Swap - Cash Settled

Transaction Reference Number:    1840596 - 2

---

Dear Sir or Madam:

   The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

   This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of May 31, 2007, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

**Economic Terms.**  The terms of the particular Transaction to which this Confirmation relates are as follows:

Notional Quantity per
Calculation Period:              38,399 MMBtu per Month

Total Quantity:                  164,093 MMBtu Total

Commodity:                       Nat Gas

Trade Date:                      July 09, 2008

Effective Date:                  September 01, 2008

Termination Date:                December 31, 2008

Calculation Period(s):           Each month, From September 01, 2008 to and including December 31, 2008,

Payment Date(s):                 5 Business Days following each Calculation Period, subject to adjustment in accordance with the Following Business Day Convention

Fixed Amount Details:

Fixed Price Payer:           Pinnacle Foods Finance LLC

Fixed Price:                 USD 12.81 per MMBtu

Floating Amount Details:

    Floating Price Payer:        Lehman Brothers Special Financing Inc.

    Commodity
    Reference Price:             NAT GAS - NYMEX LAST DAY

    Floating Price:              The price for a Pricing Date will be that day's settlement price per MMBTU of
natural gas on the NYMEX of the Futures Contract for the Delivery Date, stated
in U.S. Dollars, as made public by the NYMEX on that Pricing Date. The
Pricing Date will be the last Commodity Business Day for the First Nearby
Month's Futures Contract.

Rounding:                    The Floating Price will be rounded to 4 decimal places

Calculation Agent:           As per the Agreement

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 1 646 834-4615, Attention: Commodity Operations.

Yours sincerely,                          Accepted and agreed to:
Lehman Brothers Special Financing Inc.    Pinnacle Foods Finance LLC

By: _Michele Gold_____        By: _____
                                               Lynne Misericordia
Michele Gold                              Name: _Pinnacle Foods Finance LLC_

Senior Vice President                     Title: _Senior Vice President & Treasurer_

JUL. 18. 2008  3:36PM    PINNACLE FOOD              NO. 2889    P. 2

# LEHMAN BROTHERS

## CONFIRMATION

Date:        July 18, 2008

To:          Pinnacle Foods Finance LLC
Attn:        Lynne Misericordia
Tel:         (973) 541-6641
Fax:         (973) 541-6692

From:        Lehman Brothers Special Financing Inc.
Attn:        Annie Hsu
Email:       annie.hsu@lehman.com
Tel:         (212) 526-0245
Fax:         (646) 834-4615

Re:          Commodity Swap - Cash Settled

Transaction Reference Number:    1875298 - 2

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of May 31, 2007, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

**Economic Terms.** The terms of the particular Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Notional Quantity per Calculation Period: | 8,243 MMBtu per Month |
| Total Quantity: | 41,061 MMBtu Total |
| Commodity: | Nat Gas |
| Trade Date: | July 17, 2008 |
| Effective Date: | August 01, 2008 |
| Termination Date: | December 31, 2008 |
| Calculation Period(s): | Each month, From August 01, 2008 to and including December 31, 2008, |
| Payment Date(s): | 5 Business Days following each Calculation Period, subject to adjustment in accordance with the Following Business Day Convention |

Fixed Amount Details:

| | |
|---|---|
| Fixed Price Payer: | Pinnacle Foods Finance LLC |
| Fixed Price: | USD 10.90 per MMBtu |

Floating Amount Details:

| | |
|---|---|
| Floating Price Payer: | Lehman Brothers Special Financing Inc. |
| Commodity Reference Price: | NAT GAS - NYMEX LAST DAY |
| Floating Price: | The price for a Pricing Date will be that day's settlement price per MMBTU of natural gas on the NYMEX of the Futures Contract for the Delivery Date, stated in U.S. Dollars, as made public by the NYMEX on that Pricing Date. The Pricing Date will be the last Commodity Business Day for the First Nearby Month's Futures Contract. |

| | |
|---|---|
| Rounding: | The Floating Price will be rounded to 4 decimal places |
| Calculation Agent: | As per the Agreement |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 1 646 834-4615, Attention: Commodity Operations.

Yours sincerely,
Lehman Brothers Special Financing Inc.

By: _Michele Gold_

Michele Gold

Senior Vice President

Accepted and agreed to:
Pinnacle Foods Finance LLC

By: _Craig Steeneck_

Name: _Craig Steeneck_

Title: _EVP + CFO_

# LEHMAN BROTHERS
Pg 38 of 41

## CONFIRMATION

Date:         July 22, 2008

To:           Pinnacle Foods Finance LLC
Attn:         Lynne Misericordia
Tel:          (973) 541-6641
Fax:          (973) 541-6692

From:         Lehman Brothers Special Financing Inc.
Attn:         Annie Hsu
Email:        annie.hsu@lehman.com
Tel:          (212) 526-0245
Fax:          (646) 834-4615

Re:           Commodity Swap - Cash Settled

Transaction Reference Number:    1902483 - 2

---

Dear Sir or Madam:

    The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below.  This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

    This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of May 31, 2007, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

**Economic Terms.**  The terms of the particular Transaction to which this Confirmation relates are as follows:

Notional Quantity per
Calculation Period:          8,243 MMBtu per Month

Total Quantity:              41,061 MMBtu Total

Commodity:                   Nat Gas

Trade Date:                  July 22, 2008

Effective Date:              August 01, 2008

Termination Date:            December 31, 2008

Calculation Period(s):       Each month, From August 01, 2008 to and including December 31, 2008,

Payment Date(s):             5 Business Days following each Calculation Period, subject to adjustment in
                             accordance with the Following Business Day Convention

Fixed Amount Details:

| | |
|---|---|
| Fixed Price Payer: | Pinnacle Foods Finance LLC |
| Fixed Price: | USD 10.36 per MMBtu |

Floating Amount Details:

| | |
|---|---|
| Floating Price Payer: | Lehman Brothers Special Financing Inc. |
| Commodity Reference Price: | NAT GAS – NYMEX LAST DAY |
| Floating Price: | The price for a Pricing Date will be that day's settlement price per MMBTU of natural gas on the NYMEX of the Futures Contract for the Delivery Date, stated in U.S. Dollars, as made public by the NYMEX on that Pricing Date. The Pricing Date will be the last Commodity Business Day for the First Nearby Month's Futures Contract. |

| | |
|---|---|
| Rounding: | The Floating Price will be rounded to 4 decimal places |
| Calculation Agent: | As per the Agreement |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 1 646 834-4615, Attention: Commodity Operations.

Yours sincerely,
Lehman Brothers Special Financing Inc.

By: _Michele Gold_

Michele Gold

Senior Vice President

Accepted and agreed to:
Pinnacle Foods Finance LLC

By: _____

Name: _____
.ncordia
.e Foods Finance LLC

Title: _____
.enior Vice President & Treasurer

# LEHMAN BROTHERS

**CONFIRMATION**

| | |
|---|---|
| Date: | September 4, 2008 |

| | |
|---|---|
| To: | Pinnacle Foods Finance LLC |
| Attn: | Lynne Misericordia |
| Tel: | (973) 541-6641 |
| Fax: | (973) 541-6692 |

| | |
|---|---|
| From: | Lehman Brothers Special Financing Inc. |
| Attn: | Annie Hsu |
| Email: | annie.hsu@lehman.com |
| Tel: | (212) 526-0245 |
| Fax: | (646) 834-4615 |

| | |
|---|---|
| Re: | Commodity Swap - Cash Settled |

Transaction Reference Number:    2095517 - 3

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Pinnacle Foods Finance LLC ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of May 31, 2007, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

**Economic Terms.** The terms of the particular Transaction to which this Confirmation relates are as follows:

Notional Quantity per
Calculation Period:

| Start Date | End Date | Qty | Qty UOM |
|---|---|---|---|
| 1/1/2009 | 1/31/2009 | 43,575. | MMBtu |
| 2/1/2009 | 2/28/2009 | 41,495. | MMBtu |
| 3/1/2009 | 3/31/2009 | 36,479. | MMBtu |
| 4/1/2009 | 4/30/2009 | 34,424. | MMBtu |
| 5/1/2009 | 5/31/2009 | 31,980. | MMBtu |
| 6/1/2009 | 6/30/2009 | 28,980. | MMBtu |
| 7/1/2009 | 7/31/2009 | 29,125. | MMBtu |
| 8/1/2009 | 8/31/2009 | 35,525. | MMBtu |
| 9/1/2009 | 9/30/2009 | 31,328. | MMBtu |
| 10/1/2009 | 10/31/2009 | 35,493. | MMBtu |
| 11/1/2009 | 11/30/2009 | 34,242. | MMBtu |
| 12/1/2009 | 12/31/2009 | 34,229. | MMBtu |

| | |
|---|---|
| Total Quantity: | 416,875 MMBtu Total |
| Commodity: | Nat Gas |
| Trade Date: | September 03, 2008 |
| Effective Date: | January 01, 2009 |
| Termination Date: | December 31, 2009 |
| Calculation Period(s): | Each month, From January 01, 2009 to and including December 31, 2009, |
| Payment Date(s): | 5 Business Days following each Calculation Period, subject to adjustment in accordance with the Following Business Day Convention |

Fixed Amount Details:

| | |
|---|---|
| Fixed Price Payer: | Pinnacle Foods Finance LLC |
| Fixed Price: | USD 8.53 per MMBtu |

Floating Amount Details:

| | |
|---|---|
| Floating Price Payer: | Lehman Brothers Special Financing Inc. |
| Commodity Reference Price: | NAT GAS - NYMEX LAST DAY |
| Floating Price: | The price for a Pricing Date will be that day's settlement price per MMBTU of natural gas on the NYMEX of the Futures Contract for the Delivery Date, stated in U.S. Dollars, as made public by the NYMEX on that Pricing Date. The Pricing Date will be the last Commodity Business Day for the First Nearby Month's Futures Contract. |

| | |
|---|---|
| Rounding: | The Floating Price will be rounded to 4 decimal places |
| Calculation Agent: | As per the Agreement |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 1 646 834-4615, Attention: Commodity Operations.

Yours sincerely,
Lehman Brothers Special Financing Inc.

By: _Michele Gold_____

Michele Gold

Senior Vice President

Accepted and agreed to:
Pinnacle Foods Finance LLC

By: _____

Name: ___Lynne Misericordia_____
Pinnacle Foods Finance LLC

Title: ___Senior Vice President & Treasurer___