WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Richard L. Levine
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: 
In re                                                              :
                                                                   :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                                                                   :
                                                        Debtors.   :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

## DECLARATION OF RICHARD L. LEVINE

Pursuant to 28 U.S.C. § 1746, Richard L. Levine declares as follows:

1.  I am an attorney admitted to practice before this Court and a member of the law firm of Weil, Gotshal & Manges LLP, attorneys for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman").

2.  I am submitting this declaration in support of Debtors' Motion Pursuant To Sections 105(a) And 362 Of The Bankruptcy Code For An Order Enforcing The Automatic Stay And Holding Shinsei Bank In Contempt For Violating The Automatic Stay (the "Motion").

3. Attached hereto as Exhibit A is a true and complete copy of the certified English translation of the proposed Sunrise Finance Co., Ltd. ("Sunrise Finance") rehabilitation plan submitted by Sunrise Finance to the Tokyo District Court and Makoto Tahira, Esq., Supervisor of the civil rehabilitation proceedings for Sunrise Finance (the "Supervisor") on May 15, 2009. A true and complete copy of the Japanese original is attached to the accompanying Declaration of Junya Naito.

4. Attached hereto as Exhibit B is a true and complete copy of the certified English translation of the proposed Sunrise Finance rehabilitation plan submitted by Shinsei Bank to the Tokyo District Court and the Supervisor on May 15, 2009. A true and complete copy of the Japanese original is attached to the accompanying Declaration of Junya Naito.

6. Attached hereto as Exhibit C is a true and complete copy of the May 13, 2009 letter of the Joint Administrators of Lehman Brothers International (Europe) and Lehman Brothers Limited to this Court.

5. The Motion also cites to an "Opinion" submitted by Shinsei Bank to the Tokyo District Court and the Supervisor on June 26, 2009. A true and complete copy of the Japanese original is attached to the accompanying Declaration of Junya Naito. A certified English translation of the Opinion is being obtained by the Debtors and will be filed supplementally.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
        August 11, 2009

_____
Richard L. Levine