

**TRANSPERFECT**

City of New York, State of New York, County of New York

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

I, Livia Cheung, hereby certify that the following document is to the best of

my knowledge and belief, true and accurate translation, of the document

"Sunrise Rehabilitation Plan" from Japanese to English.

Livia Cheung
Signature

Sworn to before me this

11th day of August, 2009

Signature, Notary Public

Stephanie Dill
Notary Public, State of New York
No. 01DI6180934
Qualified in NEW YORK County
Commission Expires Jan 22, 2012

Stamp, Notary Public



2008 (Rehab) No. 208    Motion for Initiation of Rehabilitation Proceedings
Rehabilitating Debtor    Sunrise Finance Co., Ltd.

[Stamp: Tokyo High Court, District, [illegible], May 15, 2009, Receipt]

## Rehabilitation Plan

May 15, 2009

To: Case Adjudication Section, 20th Civil Division, Tokyo District Court

Supervisor Makoto Tahira, Attorney at Law

Rehabilitation Debtor    Sunrise Finance Co., Ltd.

Representative Director: Masatoshi Gotoh

Legal Counsel for the Above      Hiroyasu Ueda [Seal: Seal of attorney Hiroyasu Ueda]

       ″              Ryoji Fukumori [Seal: Seal of attorney Ryoji Fukumori]

       ″              Nobotaka Tanaka [Seal: Seal of attorney Nobotaka Tanaka]

       ″              Ai Kishimoto [Seal: Seal of attorney Ai Kishimoto]

       ″              Tomohiro Kitano [Seal: Seal of attorney Tomohiro Kitano]

       ″              Yudai Bando [Seal: Seal of attorney Yudai Bando]

       ″              Takuro Yamaguchi [Seal: Seal of attorney Takuro Yamaguchi]

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

<Table of Contents>

| | | | |
|---|---|---|---|
| Section 1. | Basic Policy of the Rehabilitation Plan | ….. | 2 |
| 1. | Background Leading up to the Motion for Initiation of the Rehabilitation Proceedings | | 2 |
| 2. | Basic Policy in the Rehabilitation Proceedings | ….. | 3 |
| 3. | Repayment Plan | ….. | 4 |
| | (1) Basic Policy | ….. | 4 |
| | (2) Repayment Rate and Repayment Conditions, etc. on the Rehabilitation Claims | | 7 |
| | (3) Relationship to the Principle of Liquidation Value Preservation ….. | | 14 |
| 4. | Concerning the Rules Pertinent to Stock Acquisition, etc. | ….. | 15 |
| Section 2. | Description of the Rehabilitation Plan | ….. | 15 |
| 1. | Status of Rehabilitation Claims | ….. | 15 |
| 2. | General Standards Concerning Repayment Method and Modification of Rights | | 16 |
| | (1) Repayment Method | ….. | 16 |
| | (2) Modification of Rights | ….. | 17 |
| | (3) Other Issues Concerning Repayment | ….. | 17 |
| 3. | Individual Provisions | ….. | 19 |
| | (1) Modification of Rights | ….. | 19 |
| | (2) Repayment Method | ….. | 19 |
| 4. | Measures Concerning Unconfirmed Rehabilitation Claims, etc. (Article 159 of the Law) | | 19 |
| Section 3. | Repayment Method for Common Benefit Claims | ….. | 20 |
| Section 4. | Repayment Method for General Priority Claims | ….. | 20 |

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

**Section 1.        Basic Policy of the Rehabilitation Plan**

**1.        Background Leading up to the Motion for Initiation of the Rehabilitation Proceedings**

The rehabilitation debtor is a subsidiary of Lehman Brothers Japan Inc. (referred to as "LBJ" below). (When it was initially established on January 5, 1998, it was a subsidiary of the Lehman Brothers Group's U.S. entity; however, it became a wholly owned subsidiary of LBJ on August 31, 2007.) LBJ is a subordinate corporation of Lehman Brothers Holdings Inc. (referred to as "LBHI" below).

Business operations of the rehabilitation debtor can be classified largely into: (1) claim factoring business and (2) real estate financing business. In the claim factoring business, which represented the company's main business, the rehabilitation debtor acquired loan claims from financial institutions, etc. and collected the acquired claims directly or through rehabilitation of debtors.

However, LBHI faced problems in its business operations as it was affected by the subprime loan crisis and eventually filed bankruptcy under Chapter 11 of the U.S. Federal Bankruptcy Law (referred to as "Chapter 11" below) on September 15, 2008 (U.S. time).

The rehabilitation debtor's general credit had been supported by the credibility of the entire Lehman Brothers Group including LBHI; however, that credibility was lost during LBHI's Chapter 11 filing. Also, the rehabilitation debtor lost the benefit of time or fell in default for forfeiture of benefit of time on the claims it retained upon LBHI's Chapter 11 filing or the motion for initiation of civil rehabilitation proceedings for its parent company, LBJ.

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

As a result, the rehabilitation debtor filed a motion for initiation of civil rehabilitation proceedings with your agency along with Lehman Brothers Holdings Co., Ltd., LBJ and Lehman Brothers Commercial Mortgage K.K. (referred to as "LBCM" below) on September 16, 2008 in order to prevent confusion in its business trading, and received an initiation decision on the 19th of the same month.

## 2. Basic Policy of the Rehabilitation Proceedings

After filing the motion for initiation of civil rehabilitation proceedings, Lehman Brothers Real Estate K.K.'s (referred to as "LBRE" below) employees who had been servicing the rehabilitation debtor's business operations were transferred to Nomura Securities Co., Ltd. pursuant to the "International Asset Sale Agreement" (*Kokusaiteki Shisan Joto Keiyaku*) established between the Nomura Group and 26 corporations of the Lehman Brothers Group located in the Asian-Pacific region including LBRE. However, the employees were dispatched to the rehabilitation debtor effective November 1, 2008. The rehabilitation debtor has been engaging in management and collection of its existing claims under the cooperation of said employees. In the meantime, the rehabilitation debtor has, in principle, ceased purchase of new loan claims.

The assets held by the rehabilitation debtor can be classified as accounts receivable claims, silent partnership capital investment and commercial mortgage backed securities, etc. Of the categories, the accounts receivable claims and the silent partnership capital investment are secured by real estate. Conditions make the assets suitable for conversion into cash via sale, and thus beneficial to the interest of all creditors because the proceeds could be allocated to repayment in a speedy manner, provided that the sales transactions are executed at adequate prices. Based on this logic, the rehabilitation debtor conducted bid procedures for sale of said assets since December 2008 along with LBJ and LBCM, who own similar types of assets (referred to as "Bid Procedures" below). At the same time, the rehabilitation debtor conducted separate bid procedures on its commercial real estate-backed securities together with LBJ and LBCM, who own similar types of assets.

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

Based on such conditions, the rehabilitation debtor has defined the basic policy of the rehabilitation as achieving the maximum possible repayment to the rehabilitation creditors by completing the collection and conversion proceedings of all assets that can be collected/converted into cash from the aforesaid assets that serve as the source of the repayment to the rehabilitation creditors (referred to as "repayment resource assets" below), with a target completion time of 2010.

The rehabilitation debtor is planning to liquidate after the collection and conversion proceedings for repayment resource assets are completed and repayments to its rehabilitation creditors are completed.

**3.      Repayment Plan**

**(1) Basic Policy**

The rehabilitation debtor divided the accounts receivable claims and the silent partnership capital investment into a number of pools in preparation for the bid procedures.

Following the bid procedures, the rehabilitation debtor decided to sell the pools shown below to investors. The total sales price is about 44 billion yen. (This is an estimate. Some of the pools have yet to establish an effective contract as of the time of the submission of this rehabilitation plan. The bid procedures also included the assets of LBJ and LBCM, which is why the pools were numbered serially along with the parties' assets.)

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

| Pool | Category | Overview |
|------|----------|----------|
| Pool 14 | Accounts receivable claims | Pool of claims that are receiving repayments |
| Pool 15 | Accounts receivable claims | Pool of claims whose repayments are past due or suspended |
| Pool 16 | Silent partnership capital investment | Silent partnership capital investment on subordinated beneficiary rights backed with accounts receivable claims, etc. |
| Pool 17 | Silent partnership capital investment | |

In addition, the rehabilitation debtor holds commercial receivables claims in its affiliates.

This plan presumes to collect the claims for loans to Libertus Jutaku Loam K.K. (referred to as "Libertus" below) amounting to about 37.2 billion yen, as described below. In other words, Libertus conducted bid procedures to sell its housing loan portfolio. Bids were received from two companies, and the sale has been completed through a contract with the bidder that offered the highest price. The proceeds from the sale were about 29.8 billion yen. More than half of Libertus' claims were those of the rehabilitation debtor, and more than half of the company's cash and deposits including the above sales proceeds (about 29 billion yen) was allocated as repayment to the rehabilitation debtor. The proceeds would serve as the resource for the repayments under this rehabilitation plan.

In addition, the rehabilitation debtor holds claims totaling about 47.5 billion yen for loans to Lehman Brothers Finance Japan, Inc. (referred to as "LBFJ" below), and collections totaling about 9.9 billion yen are expected.

As a general rule of this rehabilitation plan, the rehabilitation debtor will allocate the aforementioned repayment resources to the principal and the interest/late charges incurred before rehabilitation (referred to as "the rehabilitation claims of principal, etc.") in three installments (total of two installments if completion of the collection and conversion processes pertinent to the repayment resource assets and the confirmation of the unconfirmed rehabilitation claims, which are discussed below, occur within a short period of time).

5

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

The first repayment will be made promptly after the final confirmation of the rehabilitation plan approval decision, using the total proceeds from collection/conversion of the assets included in the repayment resource assets whose collection/conversion processes have been completed, after deducting outstanding common benefit claims, amounts deemed necessary to repay the full amount of outstanding priority claims, expenses, etc. necessary to complete the rehabilitation proceedings and the liquidation proceedings (referred to as "total sum of the first repayment resources").

In the first repayment, any confirmed rehabilitation claims of principal, etc. in the amount of 10 million yen or less shall be repaid in full, whereas the same claims exceeding 10 million yen would receive repayment in the amount of 10 million yen (referred to as "full repayment of 10 million yen or less"). Also, the total sum of the first repayment resources less the total sum of all full repayment of 10 million yen or less will be paid out proportionately to the portions of the confirmed rehabilitation claims of principal, etc. exceeding 10 million yen.

As of the time of the submission of the rehabilitation plan, main repayment resource assets to be allocated to the repayments consist of the following:

☐ About 1 billion yen corresponding to the cash and deposits of the rehabilitation debtor as of the time of the submission of the rehabilitation plan less the full amounts of the outstanding common benefit claims, the outstanding general priority claims, the expenses necessary to complete the rehabilitation proceedings and the liquidation proceedings and withholdings, etc. to prepare against taxation risk.

☐ About 29 billion yen in capital to be collected from Libertus

☐ About 9.9 billion yen in capital to be collected from LBFJ

☐ About 39 billion yen in proceeds from sales of the assets being offered for sale through the bid procedures for which sale transactions are expected to be completed by the first repayment reference date, less the expenses necessary for the sales

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

Assuming that repayment will use the proceeds from collection/conversion of the assets for which the collection/conversion proceedings have been completed as of the time of the submission of this rehabilitation plan and the proceeds from the sale of assets for which a sale agreement is established as of the time of the submission of this rehabilitation plan (total of about 51 billion yen), the total sum of the rehabilitation claims – presuming that the amounts asserted by the rehabilitation creditors are confirmed as-is during the evaluation process – add up to about 327.3 billion yen. Therefore, the sum of the amount calculated in the following ratio can be repaid on the confirmed rehabilitation claims of principal, etc. in the first repayment:

| | |
|---|---|
| The portion of the rehabilitation claims of principal, etc. in an amount of 10 million yen or less | 100% |
| The portion of the rehabilitation claims of principal, etc. in an amount exceeding 10 million yen | 15% |

Accordingly, the first repayment will repay the amount calculated by the above rate on the confirmed rehabilitation claims of principal, etc., at the least, and make additional repayment if the amount of the first repayment in the aforementioned proportion calculation exceeds that amount.

**(2) Repayment Rate and Repayment Conditions, etc. on the Rehabilitation Claims**

A. The First Repayment

The first repayment will occur on the last day of the month that marks one month from the date of the final confirmation of the rehabilitation plan approval decision (referred to as "the first repayment date" below) in the following manner:

a. Repayment Reference Date

The last day of the month before the month of the first repayment date (referred to as "the first repayment reference date")

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

b. Repayment Creditors

Rehabilitation creditors without any unconfirmed rehabilitation claims as of the first repayment reference date

c. Repayment Resources

The balance of ① less ② (total sum of the first repayment resources)



☐ Total sum of the proceeds from collection/conversion of the repayment resource assets whose collection/conversion processes have been completed by the first repayment reference date

☐ Amount presumed to be necessary to repay the full amount of the outstanding common benefit claims and the outstanding general priority claims, expenses, etc. necessary for the rehabilitation proceedings and the liquidation proceedings

d. Repayment Amount

☐ Rehabilitation creditors of rehabilitation claims of principal, etc. in the amount of 10 million yen or less

Full amount of the rehabilitation claims of principal, etc. in question

☐ Rehabilitation creditors of rehabilitation claims of principal, etc. exceeding 10 million yen

Larger of (I) or (II) below:

(I) 10 million yen and a portion of the amount over 10 million yen as calculated by the following equation (referred to as "the variable repayment amount" below)

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

$$(A - B - C) \quad \times \quad \frac{E}{D - B - C}$$

Whereas,

A = total sum of the first repayment resources

B = Total repayments to rehabilitation creditors of the rehabilitation claims of principal, etc. in the amount of 10 million yen or less

C = Total repayments in the amount of 10 million yen made to the rehabilitation creditors of the rehabilitation claims of principal, etc. exceeding 10 million yen

D = Total amount of the rehabilitation claims of principal, etc. as of the first repayment reference date

E = The amount of the portion of the rehabilitation claims of principal, etc. exceeding 10 million yen

When calculating the repayment amount, unconfirmed rehabilitation claims will be presumed to have been confirmed as of the first repayment reference date in the amounts asserted by rehabilitation creditors. When calculating the amount of the repayment executed in accordance with Section 2-4 described below after confirmation of the unconfirmed rehabilitation claims, D, which is calculated as of the first repayment reference date, shall be used as the total sum of rehabilitation claims of principal, etc.

(II) 10 million yen and the amount equivalent to 15% of the portion of the rehabilitation claims of principal, etc. exceeding 10 million yen (referred to as "confirmed repayment amount" below.)

B.    The Second Repayment

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

The second repayment will occur on the earlier of the last day of December 2010 or the last day of the month that marks three months from the day all unconfirmed rehabilitation claims are confirmed, which is described below (referred to as "the second repayment date" below), in the following manner:

    a. Repayment Reference Date

        Three months before the second repayment date (referred to as "the second repayment reference date")

    b. Repayment Creditors

        Rehabilitation creditors that hold confirmed rehabilitation claims of principal, etc. exceeding 10 million yen as of the second repayment reference date

    c. Repayment Resources

        The sum of ① and ②, less ③ (referred to as "the total sum of the second repayment resources" below)

        ☐ Total sum of the proceeds from collection/conversion of the repayment resource assets whose collection/conversion processes have been completed between the day after the first repayment reference date and the second repayment reference date

        ☐ In the first repayment defined in A, d, ②, above,

        (I) If the variable repayment amount defined in A, d, ②, (I) was repaid, the total sum of the first repayment resources allotted in the first repayment calculation shown in A, d, ②

        (I) above to the rehabilitation claims of principal, etc. that were not eligible for the repayment [with the first repayment resources] but were confirmed between the day after the first repayment reference date and the second repayment reference date

10

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

(II) If the confirmed repayment amount defined in A, d, ♢, (II) is repaid, the total sum of the first repayment resources less the following amounts :

(i) Amount of the repayments made in accordance with the provisions of A, d, ♢ (II) above before the second repayment reference date

(ii) Amount allotted in the calculation of the first repayment shown in A, d, ♢ (II) above presuming that the rehabilitation claims that are unconfirmed as of the second repayment reference date are confirmed in the amounts asserted by the rehabilitation creditors

☐ Amount presumed to be necessary to repay the full amount of the outstanding common benefit claims and the outstanding general priority claims, expenses, etc. necessary for the rehabilitation proceedings and the liquidation proceedings

d. Repayment Amount

The amount calculated by the following equation (referred to as "the second repayment amount" below)

$$ F \quad \times \quad \frac{E}{G - B - C} $$

Whereas,

F = Total sum of the second repayment resources

B = Total repayments to rehabilitation creditors of the rehabilitation claims of principal, etc. in the amount of 10 million yen or less

C = Total repayments in the amount of 10 million yen made to the rehabilitation creditors of the rehabilitation claims of principal, etc. exceeding 10 million yen

11

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

G = Total sum of the rehabilitation claims of principal, etc. as of the second repayment
    reference date

E = The portion of the rehabilitation claims of principal, etc. exceeding 10 million yen

When calculating the repayment amount, unconfirmed rehabilitation claims are presumed to have been confirmed as of the second repayment reference date in the amounts asserted by the rehabilitation creditor. When calculating the amount of the repayment executed in accordance with Section 2-4 described below after confirmation of the unconfirmed rehabilitation claims, G, which is calculated as of the second repayment reference date, shall be used as the total sum of the rehabilitation claims of principal, etc. (However, if the second repayment is the last repayment, the total sum of the confirmed rehabilitation claims of principal, etc. shall be used instead of G.)

## C. The Third Repayment

The third repayment will occur on the last day of the month that marks three months from the day all unconfirmed rehabilitation claims are confirmed and all repayment resource asset collection/conversion processes are completed (referred to as "the third repayment date" below) in the following manner:

However, the third repayment shall be omitted if all repayment resource asset collection/conversion processes are completed and all of the unconfirmed rehabilitation claims defined below are confirmed as of the last day of September 2010.

a. Repayment Creditors

The rehabilitation creditors of confirmed rehabilitation claims of principal, etc. exceeding 10 million yen

12

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

b. Repayment Resource

The sum of ① and ② less ③ (referred to as "the total sum of the third repayment resources" below)

☐ Total sum of the proceeds from collection/conversion of the repayment resource assets whose collection/conversion processes have been completed from the day after the second repayment reference date

☐ Total sum of the first repayment resources and the second repayment resources allotted in the calculations of the first repayment and the second repayment in A and B above to the rehabilitation claims of principal, etc. that are not eligible for repayments [with the first repayment resources and the second repayment resources] but are confirmed between the day after the second repayment reference date and the third repayment reference date

☐ Amount presumed to be necessary to repay the full amount of the outstanding common benefit claims and the outstanding general priority claims, expenses, etc. necessary for the rehabilitation proceedings and the liquidation proceedings

c. Repayment Amount

The amount calculated by the following equation

$$H \quad \times \quad \frac{E}{I - B - C}$$

Whereas,

H = Total sum of the third repayment resources

B = Total repayments to rehabilitation creditors of the rehabilitation claims of principal, etc. in the amount of 10 million yen or less

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

C = Total repayments in the amount of 10 million yen made to the rehabilitation creditors
of the rehabilitation claims of principal, etc. exceeding 10 million yen

I = Total sum of the rehabilitation claims of principal, etc. as of the third repayment
reference date

E = The portion of the rehabilitation claims of principal, etc. exceeding 10 million yen

## (3) Relationship to the Principle of Liquidation Value Preservation

The liquidation balance of the rehabilitation debtor assets presuming liquidation as of the decision for initiation of the rehabilitation proceedings is about 42.7 billion yen (asset appraisal dated February 25, 2009). Considering the amounts eligible for the right of netting off/right of separate satisfaction, repayment of the common benefit claims and priority claims, payment of liquidation expenses, etc., the distribution resources for general bankruptcy claims are expected to be around 37.7 billion yen.

On the other hand, this rehabilitation plan would make, or enable, as shown below, repayments that would be more favorable to every rehabilitation creditor than the repayments that would be available after the bankruptcy, thus making this rehabilitation plan free of any violation of the liquidation value preservation principle.

- The rehabilitation creditors with rehabilitation claims of principal, etc. in the amount of 10 million yen or less would receive full repayment, which is clearly more favorable than the payout from bankruptcy.
- The rehabilitation creditors with rehabilitation claims of principal, etc. exceeding 10 million yen would receive full repayment of the rehabilitation claims of principal, etc. up to 10 million yen and a repayment on the portion exceeding 10 million yen at a proportional rate. Repayment resources are expected to be about 44 billion yen, including the proceeds from the sale of the accounts receivable claims, etc. sold during the bid process, collection of loans receivable from affiliated companies (about 29 billion yen to Libertus, about 9.9 billion yen to LBFJ) and

14

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

collection/conversion of other assets. Therefore, the rehabilitation plan would bring the total sum of repayment resources from the first to the third repayments to around 83 billion yen including cash and deposits held by the rehabilitation debtor even after considering various expenses, which is clearly more favorable [to rehabilitation creditors] than the payout from liquidation.

**4.      Concerning the Rules Pertinent to Stock Acquisition, etc.**

There are no provisions concerning acquisition, etc. of the rehabilitation debtor's stock.

**Section 2.      Content of the Rehabilitation Plan**

**1.      Status of the Rehabilitation Claims**

Total number of the confirmed rehabilitation creditors and the total amount of the confirmed rehabilitation claims as of the date of the submission of the rehabilitation plan are as follows:

☐ Total Number of Confirmed Rehabilitation Creditors          25

☐ Total Amount of the Confirmed Rehabilitation Claims          292,406,037,213 yen plus
                                                                amounts to be determined

(Breakdown)

Principal plus interest/late charges incurred until the day before the date of the initiation decision

                292,406,037,213 yen

Interest/late charges incurred since the date of the initiation decision

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

Amount to be determined.

## 2. General Standards Concerning Repayment Method and Modification of Rights

### (1) Repayment Method

A. The First Repayment

The first repayment will occur on the first repayment date to the rehabilitation creditors holding confirmed rehabilitation claims of principal, etc. as of the first repayment reference date in the following manner:

☐ The rehabilitation creditors of rehabilitation claims of principal, etc. in the amount of 10 million yen or less

The full amount of the rehabilitation claims of principal, etc. in question would be repaid.

☐ The rehabilitation creditors of rehabilitation claims of principal, etc. exceeding 10 million yen

The larger of 10 million yen plus the variable repayment or the confirmed repayment amount would be repaid.

B. The Second Repayment

The second repayment will occur on the second repayment date to the rehabilitation creditors holding confirmed rehabilitation claims of principal, etc. exceeding 10 million yen as of the second repayment reference date.

C. The Third Repayment (If Any)

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

The third repayment will occur on the third repayment date to the rehabilitation creditors holding confirmed rehabilitation claims of principal, etc. exceeding 10 million yen.

**(2) Modification of Rights**

A. Interest/Late            Charges after the Initiation Decision

Interest/late charges included in the rehabilitation claims that are incurred after the initiation decision date shall be waived in full on the date of the final confirmation of the rehabilitation plan approval decision.

B. Rehabilitation Claims of Principal, etc.

Residual balances of the rehabilitation claims of principal, etc. after deducting the total sum of the first repayment, the second repayment and the third repayment shall be waived on the day after the third repayment date. If there is no third repayment, the residual balances of the rehabilitation claims of principal, etc. less the total sum of the first repayment and the second repayment shall be waived on the day after the second repayment date.

**(3) Other Issues Concerning Repayment**

A. Repayment Method

Repayments under this rehabilitation plan shall be made via wire transfer to a deposit account at the main office of a financial institution located in Japan as designated by the rehabilitation creditor. The wire transfer fee shall be paid by the rehabilitation debtor. (Overseas remittance fees shall be paid by the rehabilitation creditor.) However, repayments to rehabilitation creditors who do not designate deposit accounts of a financial institution on or before the date designated by the rehabilitation debtor shall be made at the main office of the rehabilitation debtor.

17

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

B. Handling of Claim Assignment, etc.

Even when there is a change in the name of the creditor through assignment or transfer of a part or the entirety of the rehabilitation claims effective on or after the date of the submission of this rehabilitation plan, modification of the rights shall be made pursuant to the provisions set forth in Section 1-3 and 2-2 above based on the amount of the claims before the assignment or the transfer. In the event of assignment or transfer of a part or the entirety of the rehabilitation claims on or after the date of the submission of this rehabilitation plan, both the former and the new creditors shall receive the repayments and accept waivers pro rata to the amount of the claims.

C. Measures for [Creditors] Possessing Multiple Rehabilitation Claims

In the event that a rehabilitation creditor possesses multiple rehabilitation claims, all of such claims shall be combined and construed as one rehabilitation claim, and the total amount of the rehabilitation claims shall be construed as the confirmed rehabilitation claim to receive repayments under this rehabilitation plan. When a part of such rehabilitation claims is unconfirmed, the entire claim shall be construed as an unconfirmed rehabilitation claim.

D. Handling of Fractional Figures

Any amount below a whole yen shall be ignored in the calculation of the repayment amounts under this rehabilitation plan.

E. When Repayment under this Rehabilitation Plan is Past Due

2008 (Rehab) No. 208    Sunrise Finance Co., Ltd.

No late charges shall accrue even if repayment under this rehabilitation becomes past due.

F. Handling When a Repayment Date is a Bank Holiday

In the event a repayment date defined in this rehabilitation plan is a bank holiday, the business day immediately preceding shall be the repayment date. Moreover, the rehabilitation debtor may make early repayments ahead of the repayment dates defined in various provisions of this rehabilitation plan.

## 3. Individual Provisions

### (1) Modification of Rights

Rehabilitation claims indicated in Attachment 1 "List of Confirmed Rehabilitation Creditors" shall be waived as indicated in "Rehabilitation Claim Waiver Amount" in the same table.

### (2) Repayment Method

Rehabilitation claims indicated in Attachment 1 "List of Confirmed Rehabilitation Creditors" shall be repaid in the manner indicated in "Repayment Method" in the same table.

## 4.    Measures Concerning Unconfirmed Rehabilitation claims, etc. (Article 159 of the Law)

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

When the unconfirmed rehabilitation claims indicated in Attachment 2, "List of Unconfirmed Rehabilitation Claims" are confirmed, the provisions set forth in Section 1-3 and Section 2-2 above shall apply. However, in the event that confirmation occurs on or after the day after the final confirmation of the rehabilitation plan approval decision, the phrase "final confirmation of the rehabilitation plan approval decision" shall be replaced by "confirmation of unconfirmed claims," and if the repayment date has already arrived when unconfirmed claims are confirmed, the amount corresponding to the past repayment on or before the last day of the month marking one month from the confirmation of the unconfirmed claims.

**Section 3.        Repayment Method for Common Benefit Claims**

Outstanding common benefit claims and future common benefit claims shall be repaid whenever possible.

**Section 4.        Repayment Method for General Priority Claims**

Outstanding general priority claims and future general priority claims shall be repaid whenever possible.

END

2008 (Rehab) No. 208   Sunrise Finance Co., Ltd.

List of Attachments to the Rehabilitation Plan

Attachment 1. List of Confirmed Rehabilitation Creditors

Attachment 2. List of Unconfirmed Rehabilitation Creditors

### SF Attachment 1. List of Confirmed Rehabilitation Creditors

| Notice No. | Creditor | Confirmed rehabilitation claim amount — Rehab. claims of principal, etc. | Interest/ late charge incurred on or after the rehab. proceedings decision date | Rehabilitation claim waiver amount — A (A) Wavier date: Final confirmation of the rehab. plan approval decision (B) Waiver amount: Interest/ late penalty incurred on or after the final confirmation of the rehab. plan approval decision | B (A) Waiver date: Day after the third repayment date (or the second repayment date if there is no third repayment) (B) Waiver Amount: Rehab. claims of principal, etc. less the total sum of the first, second and third repayments (or the first and the second repayments if there is no third repayment) | Repayment Method — The First Repayment (A) Repayment Date The last day of the month marking one month from the final confirmation of the rehabilitation plan approval decision. (B) Repayment Amount Total sum of the rehabilitation claims of principal, etc. corresponding to the following proportions □ Claim amount of 10 million yen or less 100% of the amount □ Claim amount exceeding 10 million yen Larger of 15% or the repayment amount on the portion exceeding 10 million yen calculated in the provision set forth in Section 1-3, (2), A, d of the Rehabilitation Plan. | The Second Repayment (A) Repayment Date Earlier of the last day of December 2010 or the last day of the month marking three months from completion of all conversion/collection of the repayment resource assets and confirmation of all unconfirmed rehabilitation claims (B) Repayment Creditors Confirmed rehab. creditors who have no unconfirmed rehab. claims as of the second repayment reference date and the total amount of the rehab claims of principal, etc.(amount before the first repayment) exceeding 10 million yen (C) Repayment Amount The repayment amount calculated in Section 1-3, (2), B, d of the rehabilitation plan. | The Third Repayment (A) Conditions of Repayment There will be no [third repayment] if all conversion and collection of the repayment resource assets are completed entirely by the last day of September 2010 and all of the unconfirmed rehabilitation claims have been confirmed. (B) Repayment Date Last day of the month marking three months from the day all conversion and collection of the repayment resource assets are completed and all unconfirmed rehabilitation claims are confirmed. (C) Repayment Parties Confirmed rehab. creditors whose amount of rehab. claims of principal, etc. (before the first repayment and the second repayment) exceed 10 million yen (D) Repayment Date Repayment amount calculated according to the provisions of Section 1-3, (2), C, c of the rehabilitation plan. |
|---|---|---|---|---|---|---|---|---|
| 4 | GA (Ltd.) | 19,821,816 | - | - | Amount to be determined | Larger of 11,473,272 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 11 | MA Asset Researchers (Ltd.) | 25,454,281 | - | - | Amount to be determined | Larger of 12,318,142 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 13 | J-Vehicle (LLC) | 19,065,841 | - | - | Amount to be determined | Larger of 11,359,876 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 18 | Shinsei Bank (Ltd.) | 25,080,950,927 | Amount to be determined | Full amount | Amount to be determined | Larger of 3,770,642,369 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 22 | Gracchus and Associates Inc. | 12,772,383 | Amount to be determined | - | Amount to be determined | Larger of 10,415,857 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 26 | Nippon Life Insurance Company | 5,005,868,424 | Amount to be determined | Full amount | Amount to be determined | Larger of 759,380,263 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 27 | Lehman Brothers Asia Holdings Ltd. | 229,460,334,640 | Amount to be determined | Full amount | Amount to be determined | Larger of 34,427,550,196 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 29 | Tokyo-Mitsubishi UFJ Bank (Ltd.) | 20,009,441,539 | Amount to be determined | Full amount | Amount to be determined | Larger of 3,009,916,230 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 31 | Intesa Sao Paolo SpA, Tokyo Branch | 4,002,682,082 | Amount to be determined | Full amount | Amount to be determined | Larger of 608,902,312 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 38 | Lehman Brothers Holdings Inc. | 1,376,858,364 | Amount to be determined | - | Amount to be determined | Larger of 215,028,753 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 50 | Japan Investment Partnership Inc. | 44,758,394 | Amount to be determined | Full amount | Amount to be determined | Larger of 15,216,759 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 60 | Lehman Brothers Japan (Inc.) | 104,817,269 | - | - | Amount to be determined | Larger of 24,222,594 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 62 | Lehman Brothers Real Estate (Ltd.) | 3,066,740,818 | - | - | Amount to be determined | Larger of 588,811,122 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 63 | Hisen Building (Ltd.) | 380,745,893 | - | - | Amount to be determined | Larger of 66,511,883 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 64 | Pike International (Ltd.) | 329,702,850 | - | - | Amount to be determined | Larger of 57,968,928 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 65 | Piranha International (Ltd.) | 170,375,873 | - | - | Amount to be determined | Larger of 34,056,380 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 66 | Yellowtail International (Ltd.) | 335,036,316 | - | - | Amount to be determined | Larger of 58,755,447 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 67 | Gardenia (Ltd.) | 219,184,426 | - | - | Amount to be determined | Larger of 41,377,663 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 68 | Marlin International (Ltd.) | 32,731,151 | - | - | Amount to be determined | Larger of 13,409,672 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |

## SF Attachment 1. List of Confirmed Rehabilitation Creditors

| Notice No. | Creditor | Confirmed rehabilitation claim amount<br>Rehab. claims of principal, etc. | Interest/ late charge incurred on or after the rehab. proceedings decision date | Rehabilitation claim waiver amount<br>A<br>(A) Wavier date: Final confirmation of the rehab. plan approval decision (B) Waiver amount: Interest/ late penalty incurred on or after the final confirmation of the rehab. plan approval decision | Rehabilitation claim waiver amount<br>B<br>(A) Waiver date: Day after the third repayment date (or the second repayment date if there is no third repayment) (B) Waiver Amount: Rehab. claims of principal, etc. less the total sum of the first, second and third repayments (or the first and the second repayments if there is no third repayment) | Repayment Method<br>The First Repayment<br>(A) Repayment Date The last day of the month marking one month from the final confirmation of the rehabilitation plan approval decision. (B) Repayment Amount Total sum of the rehabilitation claims of principal, etc. corresponding to the following proportions ☐ Claim amount of 10 million yen or less 100% of the amount ☐ Claim amount exceeding 10 million yen Larger of 15% or the repayment amount on the portion exceeding 10 million yen calculated in the provision set forth in Section 1-3, (2), A, d of the Rehabilitation Plan. | Repayment Method<br>The Second Repayment<br>(A) Repayment Date Earlier of the last day of December 2010 or the last day of the month marking three months from completion of all conversion/collection of the repayment resource assets and confirmation of all unconfirmed rehabilitation claims (B) Repayment Creditors Confirmed rehab. creditors who have no unconfirmed rehab. claims as of the second repayment reference date and the total amount of the rehab claims of principal, etc.(amount before the first repayment) exceeding 10 million yen (C) Repayment Amount The repayment amount calculated in Section 1-3, (2), B, d of the rehabilitation plan. | Repayment Method<br>The Third Repayment<br>(A) Conditions of Repayment There will be no [third repayment] if all conversion and collection of the repayment resource assets are completed entirely by the last day of September 2010 and all of the unconfirmed rehabilitation claims have been confirmed. (B) Repayment Date Last day of the month marking three months from the day all conversion and collection of the repayment resource assets are completed and all unconfirmed rehabilitation claims are confirmed. (C) Repayment Parties Confirmed rehab. creditors whose amount of rehab. claims of principal, etc. (before the first repayment and the second repayment) exceed 10 million yen (D) Repayment Amount Repayment amount calculated according to the provisions of Section 1-3, (2), C, c of the rehabilitation plan. |
|---|---|---|---|---|---|---|---|---|
| 69 | Turbin International (Ltd.) | 304,789,205 | - | - | Amount to be determined | Larger of 54,218,380 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 70 | Duckhorn (Ltd.) | 1,031,389,666 | - | - | Amount to be determined | Larger of 163,208,449 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 71 | Genia (Ltd.) | 254,361,005 | - | - | Amount to be determined | Larger of 46,654,159 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 72 | Bruto Real Estate (Ltd.) | 75,357,898 | - | - | Amount to be determined | Larger of 19,803,684 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 73 | Capital Servicing Shoken Kaishu (Ltd.) | 223,491,530 | Amount to be determined | Full amount | Amount to be determined | Larger of 42,023,729 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| 76 | Joint Venture Millennium Rehab. Investment | 11,214,537 | | | Amount to be determined | Larger of 10,182,180 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |
| | | | | | | | | |
| | Grand Total | 292,406,037,213 | Amount to be determined | Amount to be determined | Amount to be determined | Larger of 44,073,405,569 yen or 10 million yen + Amount to be determined | Amount to be determined | Amount to be determined |

23

**Attachment 2. List of Unconfirmed Rehabilitation Creditors**

| Reason for pending confirmation | | Notice No. | Creditor | Amount of Rehab. Claims Notified | |
|---|---|---|---|---|---|
| Evaluation | Special adjustment | | | Rehab. Claims of Principal, etc. | Interest/Late Charge Incurred on or After the Date of the Rehab Proceedings Initiation Decision |
| | O | 20 | Risona Bank (Ltd.) | ¥20,038,063,955 | Amount to be determined |
| O | | 28 | Citi Group Principal Investments Japan (Ltd.) | ¥4,561,994,059 | Amount to be determined |
| | O | 32 | Mizuho Corporate Bank (Ltd.) | ¥10,011,163,971 | Amount to be determined |
| O | | 37 | Kaneru Property Joint Venture | ¥325,063,151 | Amount to be determined |
| | O | 83 | Foreign Law Partnership, Law Office of Jones Day | ¥402,707 | - |
| | O | 84 | Mori Real Estate Management (Ltd.) | ¥821,700 | - |
| | O | 85 | BF Capital (Ltd.) | ¥556,500 | - |
| | O | 86 | Takashi Sashige | ¥20,000,000 | - |
| | | | | | |
| | | | Grand Total | ¥34,958,066,043 | Amount to be determined |

24