

**Memorandum of Understanding:  For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [   ] ("[ ]")**

**[date] 2009**

**For discussion and negotiation purposes only**

Memorandum of Understanding:  For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

# Contents




| I | General Principles | 1 |
|---|---|---|
| II | Background to the Global Close | 3 |
| III | Overarching approach | 4 |
| IV | Application of guiding principles | 8 |
| V | Treatment of trading balances | 11 |
| VI | Treatment of non-trading balances | 14 |
| VII | Milestones | 16 |
| VIII | Dispute resolution mechanism | 18 |

Memorandum of Understanding: For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

[date] 2009         **Glossary** of terms and abbreviations

# Glossary of terms and abbreviations

**Administrators**      The office holders of LBIE and [ ].

**Effective Date**      LBIE and [ ] agree that the Effective Date will be 12 September 2008, the date when all normal activities ceased.

**Measurement Date**      The earliest date that one of the parties entered insolvency procedures, [specify date].

**Review Period**      Review period is the period between the Start Date and the Measurement Date.

**Start Date**      LBIE and [ ] agree that the Start Date will be [specify date], the last date on which intercompany balances were agreed as part of the quarter-end process or another quarter end or the date of a significant pay down or the previous audited accounts date[1].

**Test Date**      LBIE and [ ] agree that the Test Date will be [specify date], a date earlier than the Start Date represented by another quarter end or the date of a significant pay down or the previous audited accounts date[2].

**Test Period**      The Test Period is the period between the Test Date and the Start Date.

**Valuation Date**      Valuation Date will be [specify date] for non-trading aspects of intercompany balances.

---

[1] To be determined on bases such as did the entity participate in the global close, do the balances agree, was there a problem with the accounting during the year etc. The overriding assumption however is that a date closest to the Measurement Date will be agreed.

[2] To be determined on bases such as did the entity participate in the global close, do the balances agree, was there a problem with the accounting during the year etc. The overriding assumption however is that a date closest to the Measurement Date will be agreed.

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

# I  General Principles

## Introduction

1.1    The purpose of this document is to facilitate the agreement of balances between Lehman Brothers International Europe ("LBIE") and [ ] ("[ ]") in the most efficient and cost effective way.

1.2    The approach is tailored to ensure that it is appropriate to the nature and type of balances between LBIE and [    ] and is designed to respect the priorities and concerns of each administrator, for example with respect to the different insolvency regimes in each jurisdiction.

## General Intention

1.3    We set out principles in this Memorandum of Understanding ("MOU") for how LBIE and [ ] will cooperate in analysing, understanding and agreeing intercompany balances. There are a number of assumptions underlying the main principles with regards to timing, materiality and methodology for analysis.

1.4    As set out in Section III, the Administrators believe that the intercompany balances in the respective financial systems are likely to be a valid starting point. However the Administrators' duties require them to undertake a degree of validation and challenge to the intercompany balances. This MOU sets out an agreed approach to the validation and challenge of the balances.

1.5    The intention of this MOU is that both parties will agree to and abide by a work plan with milestones and an agreed time frame for reaching agreement on the balances.

1.6    Once agreement of the balances has been reached under this MOU, the Administrators will agree that the balances will not be subsequently challenged by either party, subject to conformance with local insolvency law.

1.7    Both parties recognise that the intent behind this document is to reach agreement of the balances to rank in the respective administrations in a way that meets the needs of both the estates, but also the commercial and practical realities and limitations that exist.

1.8    Both parties agree to use their reasonable endeavours to reach agreement and to share information in way that reflects this intent.

Memorandum of Understanding:  For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

## Scope

1.9    The scope of this agreement covers all balances arising from trading and non-trading intercompany activity between LBIE and [ ] and their respective branches.

1.10   It specifically excludes the agreement of trust and custody claims between the respective parties and the provision of post-administration data and services.

1.11   The methodology and recommended approach to agreeing the intercompany balances between LBIE and [ ] are set out in the following sections:




|                                              | Section |
| -------------------------------------------- | ------- |
| Background to the Global Close               | II      |
| Overarching approach                         | III     |
| Application of guiding principles            | IV      |
| Treatment of trading balances                | V       |
| Treatment of non-trading balances            | VI      |
| Milestones                                   | VII     |
| Dispute resolution mechanism                 | VIII    |

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

## II  Background to the Global Close

2.1     The last trading day prior to Lehman Brothers Holdings Inc ('LBHI') or any of its subsidiaries
        entering insolvency proceedings was Friday 12 September 2008, when all normal operational
        practices were being carried out. During the weekend prior to Monday 15 September 2008 (when
        LBIE was placed into administration at 7.56am), no material transactions took place and LBHI
        and its subsidiaries ceased to trade and function as a group.

2.2     The Global Close process was completed in January 2009 by global finance teams and produced
        a global set of books and records according to the normal monthly accounting process as of the
        close of business 12 September. For the entities that participated in the Global Close, these
        records represent the best proxy for the financial position of the affiliates at the date of
        administration.

2.3     *Both LBIE and [  ] participated in the Global Close so this MOU uses these figures in the
        reconciliation process.*

        or

2.4     *[ ] did not participate in the Global Close and therefore the balances between LBIE and [  ] do not
        agree as at 12 September 2008.  This MOU therefore sets out a basis for the reconciliation of the
        balance between LBIE and [  ] which does not utilise the Global Close figures.*



Memorandum of Understanding:  For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

# III    Overarching approach

3.1    The overarching approach to the agreement of intercompany balances between LBIE and [  ] is
set out below.

3.2    *The Administrators accept that generally, LBHI and its subsidiaries exercised control over their
accounting entries and reconciled intercompany balances as part of their normal business
activities. Whilst the Administrators accept that errors in accounting may have occurred, they
have agreed to use the Global Close figures as a valid starting point with the presumption being
that the figures are accepted as being correct, unless otherwise identified.*

Or

3.3    *The Administrators accept that generally, LBHI and its subsidiaries exercised control over their
accounting entries and reconciled intercompany balances as part of their normal business
activities. Whilst the Administrators accept that errors in accounting may have occurred, they
have agreed to a presumption that the accounting entries are accepted as being correct, unless
otherwise identified.*

3.4    The following sets out the overarching approach to the agreement of intercompany balances,
applying the presumption [that the Global Close figures are valid and] [3] that the accounting
records are substantially correct.

## Guiding Principles

3.5    The purpose of this MOU is to set out and agree to a set of simplifying principles to address the
following areas that impact on the reconciliation of balances:

(a)    The population size and type of balances;

(b)    The earliest date that one of the parties entered an insolvency process;

(c)    The Global Close figures;

(d)    The point in the year after which entries are reviewed and prior to which the presumption is
that they are accepted;

---

[3] Delete if affiliate did not participate in the Global Close

Memorandum of Understanding: For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

    (e)    Termination dates of the various legal agreements;

    (f)    Valuation dates and bases of valuation;

    (g)    Exchange rates; and

    (h)    Legal agreements.

3.6    This MOU also sets out and agrees specific treatment for the following types of transactions and accounting entries:

    (a)    Netting and pay-downs;

    (b)    Intercompany interest;

    (c)    Booking and valuation errors;

    (d)    Fees and rebates;

    (e)    Intercompany recharges;

    (f)    Transfer pricing;

    (g)    Accruals.

    (h)    Subordinated debt; and

    (i)    Guarantees.

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

[date] 2009                                                                                          Overarching approach

# Overarching approach

## Testing and verification for trading balances

3.7    For trading balances, all open trades at the Measurement Date (Paragraph 4.3) will be reconciled (in terms of numbers and types) as set out in Section IV below.

## Testing and verification for non-trading balances

### Start Date

3.8    The balance at the Start Date (Para 4.5), is presumed as being agreed by both parties.

### Prior to Start Date

3.9    For unsecured/non-trading balances prior to the Start Date, verification of entries will be undertaken as stated below.

### Between Test Date and Start Date (Test Period)

3.10    The entries between the Test Date (Para. 4.6) and the Start Date will be reviewed by both LBIE and [  ] for any material, unusual or omitted transactions. The basis for materiality is defined in section 6.3 of this document for non-trading balances in this period.

3.11    In addition, for the non-trading balances in the Test Period, both LBIE and [  ] agree to conduct their own sampling and analysis of the non-trading balance.

3.12    The Administrators will satisfy themselves through sampling that the entries making up the cumulative aspect of the intercompany balance are valid. For LBIE and [  ], LBIE proposes to review every transaction that exceeds an agreed materiality level (Para 6.3). The effects of any netting journals and pay-downs will be notionally excluded for the purpose of this sampling exercise.

3.13    Both LBIE and [  ] having conducted this review (to an agreed time frame see Milestones in Section VII) agree to share the details of the nature of the material, unusual or omitted items and provide supporting information to allow each administrator to assess and agree the validity of the entry.

Memorandum of Understanding:  For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

[date] 2009                                                                                    Overarching approach

### Between Start Date and Measurement Date (Review Period)

3.14    For unsecured/non-trading balances between the Start Date and the Measurement Date,
verification of the material or unusual balances will also be undertaken by both LBIE and [  ],
information shared and the validity of the entry agreed. The basis for materiality is defined in
Section 6.5 of this document for the non-trading balances in this period.



Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

[date] 2009                                                              Application of guiding principles

# IV  Application of guiding principles

4.1    The Guiding Principles are set out in Section III (Paragraph 3.4) above. The application of these
principles to LBIE and [ ] is set out below.

## Population Size and Type of balances

4.2    LBIE and [ ] agree to share information and reconcile the types and numbers of transactions that
exist at the Measurement Date. Where a transaction is identified as having been booked to the
incorrect entity, LBIE and [ ] agree to share information to establish the correct booking.

## Measurement Date

4.3    LBIE and [ ] agree that the Measurement Date will be [insert date]. This is the date [ ] went into
administration. It is therefore also the last date that valid transactions were executed between the
two entities.

## Effective Date

4.4    LBIE and [ ] agree that the Effective Date will be 12 September 2008, the date when all normal
activities ceased. It also takes into account the Global Close financial position[4].

## Start Date

4.5    LBIE and [ ] agree that the Start Date will be [insert date], the last date on which intercompany
balances were agreed as part of the *quarter-end process or another quarter end or the date of a
significant pay down or the previous audited accounts date*[5].

## Test Date

4.6    LBIE and [ ] agree that the Test Date will be [specify date], a date earlier than the Start Date
*represented by another quarter end or the date of a significant pay down or the previous audited
accounts date*[6].

---

[4] Delete if affiliate did not participate in the Global Close

[5] To be determined on bases such as did the entity participate in the global close, do the balances agree, was there a problem
with the accounting during the year etc.  The overriding assumption however is that a date closest to the Measurement
Date will be agreed.

Memorandum of Understanding: For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

## Review Period

4.7    The Review period is the period between the Start Date and the Measurement Date.

## Test Period

4.8    The Test Period is the period between the Test Date and the Start Date.

## Date of Termination of various legal agreements

4.9    For transactions covered by legal agreements (e.g. OSLAs and GMRAs), the Termination Date is represented by the date of termination of the agreement.

4.10    The 'Early Termination Date' is the date specified in accordance with the relevant ISDA Master Agreement by a terminating party at which derivative transactions will be valued.

4.11    For non-trading legal agreements, the Termination Date will be as set out in the respective legal agreement or will be the Measurement Date.

## Valuation date and bases of valuation

4.12    The Valuation Date will be [insert date] for non-trading aspects of the intercompany balances (i.e. represented by the Measurement Date).

4.13    For trading balances, the valuation basis will be as set out in the relevant master agreement or other basis, as agreed. Specific trade valuation bases between LBIE and [ ] are set out in Section V below.

## Exchange rates

4.14    Where exchange rates are needed to translate currency balances these will be obtained in accordance with the relevant legal agreements (ISDA, OSLA, etc) or in the same manner as an exchange rate would have been determined in the normal course of business.

---

[6] To be determined on bases such as did the entity participate in the global close, do the balances agree, was there a problem with the accounting during the year etc.  The overriding assumption however is that a date closest to the Measurement Date will be agreed.

---

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

[date] 2009 _____     Application of guiding principles

## Legal agreements

4.15    Where a particular treatment or operational process has been in place, either enshrined in  written
agreement or through regular operational practices, it is assumed that these will apply when
analysing the components of the balance.



Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

# V    Treatment of trading balances

## Legal agreements

5.1    The following agreements referred to in this section were executed between LBIE and [  ]:

    (a)    OSLA [details to be specified];

    (b)    GMRA [details to be specified];

    (c)    ISDA [details to be specified];

    (d)    [others to be specified]

## Date of termination

### Financing trades

5.2    Termination dates for financing transactions under the various master agreements are determined as follows:

    (a)    OSLA – [insert date] (auto-termination; date on which [  ] entered insolvency proceedings)

    (b)    GMRA – [insert date] (auto-termination; date on which [  ] entered insolvency proceedings)

    (c)    Other master agreements [insert date]

### Derivatives

5.3    The termination date for derivative transactions under the ISDA master agreement/alternative master agreement is [insert date].

## Valuation basis

### Financing transactions

5.4    Financing transactions will be valued in accordance with the provisions set out in the relevant master agreement.

Memorandum of Understanding:  For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

## Derivative transactions

5.5    Derivative transactions will be valued in accordance with the provisions set out in the relevant master agreement.

5.6    Given the difficulty in obtaining market quotes, transactions will be valued on the so-called 'loss' basis, as defined in the ISDA master agreement.

5.7    LBIE and [  ] agree to use the models previously used by Lehman Brothers to compute the 'loss' valuation, taking model inputs sourced from Reuters, Markit or SuperDerivatives[7].

5.8    Where the models embedded in the Lehman Brothers systems or the model inputs are not available to compute the 'loss' valuation, LBIE and [  ] will agree to use a common third party to value such transactions.

5.9    The impact of any 'side letters' between LBIE and [  ] relating to back to back derivatives will be separately analysed and agreed by the parties and will further adjust the derivative values.

## Failed trades

5.10    For transactions in cash securities (equities or bonds), which had either failed to settle or were pending settlement as at the close of business on 12 September 2008, the valuation of amounts receivable or payable will be determined by comparing the closing exchange or published price on contractual settlement date with the original traded price of the transaction, unless the relevant exchange, central counterparty, regulatory or other authority protocol determines otherwise.

## Futures and options

5.11    Any net proceeds from futures positions that were outstanding as at 12 September 2008 will be settled in accordance with close-out procedures imposed by the relevant exchange.

## Errors in booking or valuation

5.12    Adjustments made to correct errors in the booking or valuation of transactions between LBIE and [  ] will have been superseded by the valuations methods set out above.

---

[7] Others to be specified as appropriate

Memorandum of Understanding:  For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [  ] ("[ ]")

[date] 2009

### Fees and rebates

5.13    Fees and rebates will be treated in accordance with the termination provisions set out in the master agreements.

### Materiality

5.14    LBIE and [  ] will agree the population of transactions and resolve breaks on a reasonable endeavours basis.

5.15    Where LBIE and [  ] have provided a valuation for a population of transactions and the net difference between the valuations is less than X% of the total balance for each transaction type, LBIE and [  ] will agree that the payable amount will be the smaller of the two valuations, otherwise LBIE and [ ] will use [reasonable endeavours] to reach agreement.

### Other

5.16    LBIE and [  ] agree to use reasonable endeavours to resolve any other matters in respect of trading balances within the spirit of this overall agreement.



---

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

# VI   Treatment of non-trading balances

6.1   LBIE and [  ] agree that they will use the net intercompany non-trading balance, as at 12 September 2008 (Effective Date), *resulting from the Global Close process as the basis for analysis*[8].

## Test Period

6.2   The Administrators agree to undertake a review of transactions for material, omitted and unusual entries and also undertake testing of the cumulative balance.

6.3   Materiality for this Test Period is set as [TBC]

## Review Period

6.4   LBIE and [  ] agree that only the postings made between [insert date] (Start Date) and [insert date] (Measurement Date) will be subject to review in detail (the Review Period).

6.5   In assessing the net value of the intercompany non-trading balance, LBIE and [  ] agree only to scrutinise individual postings made during the Review Period, which exceed a materiality threshold of [TBC], which will be lower than that set for the Test Period.

6.6   LBIE and [  ] agree that as part of this review they will consider accrual adjustments that have been posted, with a view to establishing whether they are accruals for costs incurred in the period and therefore likely to stand, or accruals for costs that have not been paid or actually incurred (e.g. period end bonus accruals) in which case they are likely to be reversed.

## Intercompany agreements

6.7   Within this population of postings are included: intercompany recharges for pre-administration services, profit shares, transfer pricing arrangements and intercompany interest.

6.8   LBIE and [ ] agree that the charges for provision of pre-administration services, profit shares and transfer pricing agreements were valid until [insert date] and then ceased (irrespective of the existence of a formal signed agreement).

---

[8] Delete if affiliate did not participate in the Global Close

Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

6.9    LBIE and [  ] agree that whilst the recharged balances may be examined for appropriateness, the
basis of the recharge, provided it was in the normal course of business, will not be challenged.

## *Pay-downs*

6.10    *It is agreed that the last intercompany pay-down that occurred on [insert date] for ($[value] paid
by LBIE to [ ] or by [ ] to LBIE) remains valid[9].*

## *Netting journals*

6.11    *To the extent that netting was ordinarily applied and processed either under a specific legal
agreement or otherwise, these netting adjustments remain valid[10].*

## Intercompany interest

6.12    LBIE and [ ] agree that interest on intercompany balances will be accrued at the rate used during
the normal course of business up to and including the date on which the debtor party entered
administration/liquidation. In particular, LBIE's interest obligations cease on 15 September 2008
and [ ]'s interest obligations cease on [insert date].

## *Subordinated Debt*

6.13    *The parties will agree the value of subordinated debt and the value of dividends between LBIE
and [ ].[11]*

## *Guarantees*

6.14    *The guarantee between LBHI and LBIE will be applied[12]*

---

[9] Delete if no pay-downs made between the affiliates

[10] Delete if no netting adjustments between the affiliates

[11] Delete if no subordinated debt between the affiliates

[12] Delete if agreement is not with LBHI

Memorandum of Understanding:  For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [  ] ("[  ]")

[date] 2009

# VII   Milestones

7.1    The Administrators agree to set Milestones for the completion of the agreement of Intercompany balances along the following lines:

| Task | Date for completion |
|---|---|
| **General** | |
| Settlement of MOU | |
| Agree prospective timeline for milestones | |
| Agree population of intercompany balance | |
| **Trading Balances** | |
| Provide population of trading transactions for reconciliation | |
| Identify discrepancies in population of trading transactions | |
| Investigate and resolve valuation discrepancies in the trading balances | |
| Agree trading balances | |
| **Non-trading balances** | |
| Review and test non-trading balances | |
| Identify non-trading material, unusual or omitted postings to be reviewed | |
| Share supporting information for non-trading material, unusual or omitted postings for review by other administrator | |

Memorandum of Understanding: For agreement of Intercompany Balances between Lehman Brothers International Europe ("LBIE") and [  ] ("[  ]")

[date] 2009

| [date] 2009 | Milestones |
|---|---|
| Review and validate the material, unusual or omitted non-trading transactions | |
| Resolve outstanding differences on the non-trading postings | |
| Agree non-trading balances | |
| Administrators to sign a Memorandum of Understanding stating that balances have been agreed and are not available to challenge. Administrators to follow local procedures to confirm intent of the MOU. | |




Memorandum of Understanding: For agreement of
Intercompany Balances between Lehman Brothers
International Europe ("LBIE") and [ ] ("[ ]")

[date] 2009

[date] 2009                                                                    Dispute resolution mechanism

## VIII    Dispute resolution mechanism

8.1    LBIE and [  ] will use their reasonable endeavours to reach a settlement and, should they fail to agree, will agree a methodology for dispute resolution.



