**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re:                                                              :
                                                                        :
Lehman Brothers Holdings, Inc.            :        Chapter 11
                                                                        :
    Debtor.                                          :        Case No. 08-13555  (JMP)
                                                                        :
                                                                        :
------------------------------------------------------x

CERTIFICATE OF SERVICE

    I, Douglas Keeton, hereby certify:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY  10104.

        2.    On August 11, 2009, I caused to be served a true and correct copy of the following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Second Amended Verified Statement of Morrison & Foerster LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.

Dated:  August 11, 2009

                                                  /s/ Douglas Keeton
                                                  Douglas Keeton

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.
         Paul K. Schwartzberg, Esq.
         Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.
         Shai Waisman, Esq.
         Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:    Dennis Dunne, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York  10006
Attn:    Lindsee P. Granfield, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Attn:    Robinson B. Lacy, Esq.

ny-885309