UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

Debtors.

Chapter 11 Case

No. 08-13555 (JMP)

(Jointly Administered)

### STIPULATION AND ORDER REGARDING DISCOVERY

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors" and, collectively with their debtor and non-debtor affiliates, "Lehman") and Yarpa Investimenti S.G.R. S.p.A – RP3 Fund ("Yarpa") hereby submit the following Stipulation and Order Regarding Discovery for the Bankruptcy Court's consideration. The parties respectfully request that the Court enter the following discovery schedule:

### DISCOVERY SCHEDULE

| Date | |
|---|---|
| July 21, 2009: | Last day to serve First Set of Document Requests |
| October 30, 2009: | Deadline to complete production of responsive documents that are available to a party prior to September 30, 2009 |
| November 13, 2009: | Last day to serve First Set of Interrogatories |
| December 18, 2009: | Deadline for completion of Document Production |
| January 8, 2010: | Last day to serve written Discovery Requests |
| February 28, 2010: | Deadline for completion of Depositions |

Responses to written discovery requests shall be served according to the applicable rules, unless the parties otherwise agree or upon Order of this Court for good cause shown.

Dispositive motions, if any, shall be filed on or before April 2, 2010, with responses due twenty one (21) business days thereafter, and replies due ten (10) business days thereafter. If no dispositive motion is filed, an evidentiary hearing date will be set by the Court.

| | |
|---|---|
| Dated: New York, New York<br>August 10, 2009 | Dated: New York, New York<br>August 10, 2009 |
| REED SMITH LLP | WEIL, GOTSHAL & MANGES LLP |
| /s/ John L. Scott<br>John L. Scott | /s/ Richard L. Levine<br>Richard L. Levine |
| 599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 521-5400 | 767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000 |
| *Attorneys for* Yarpa Investimenti S.G.R. S.p.A – RP3 Fund | *Attorneys for Debtors and Debtors in Possession* |

**SO ORDERED**:

Dated: New York, New York
August 12, 2009

       *s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge