WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                     :     **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (JMP)**
                                                                    :
                                **Debtors.**   :     **(Jointly Administered)**
                                                                    :
                                                                    :
-------------------------------------------------------------------x

**SECOND SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER**
**ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT**
**TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY**
**CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK           )
                            )     ss:
COUNTY OF NEW YORK          )

        Harvey R. Miller, being duly sworn, deposes and says:

        1.        I am a member of the firm of Weil, Gotshal & Manges LLP

("WGM" or the "Firm").  I submit this affidavit to supplement the affidavits I have

previously submitted on behalf of WGM, sworn to on October 8, 2008 (the "Original

Affidavit") [Docket No. 758] and March 4, 2009 (the "Supplemental Affidavit") [Docket

No. 2985] in support of the engagement of WGM by Lehman Brothers Holdings Inc.

("LBHI") and certain of its subsidiaries (collectively "Lehman") in connection with the

pending cases filed under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

2.     Unless otherwise stated herein, I have personal knowledge of the

facts set forth in this affidavit.  To the extent any information disclosed herein requires

amendment or modification upon WGM's completion of further review, or as additional

party in interest information becomes available to it, a further supplemental affidavit

reflecting such amended or modified information will be submitted to the Court.

**WGM's Connections with Parties in Interest
in Matters Unrelated to these Chapter 11 Cases**

3.     As previously disclosed, WGM has represented, currently

represents, and may represent in the future, various entities or their affiliates in matters

unrelated to the pending chapter 11 cases.  Since filing the Supplemental Affidavit,

WGM has become aware of additional parties in interest in these chapter 11 cases with

whom WGM has, or may have, connections as described below.  Most of these additions

are entities that might be parties in interest in the above captioned chapter 11 case (the

"Potential Parties In Interest") and that WGM has included in its disclosure procedures

out of an abundance of caution.  Certain of the entities included in this supplemental

affidavit were previously disclosed under other categories in the Original Affidavit or the

Supplemental Affidavit.

4.     The categories of connections are:  (i) Potential Parties In Interest,

or affiliates thereof, for which WGM has performed services within the last two (2) years

and whose engagement remains open ("Current Clients"); (ii) Potential Parties In Interest,

or affiliates thereof, for which WGM has performed services in the past two (2) years and

with respect to which WGM's engagement has been formally closed ("Former Clients");

(iii) Potential Parties in Interest, or affiliates thereof, for which a WGM engagement has

been opened for at lease six (6) months but for which no attorney time has been billed

("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, which

have a substantive relationship to a matter for which WGM performed services for a

Current or Former Client, or affiliate thereof ("Related Entities") within the last two

years.  All client connections were diligently reviewed by an attorney working under my

supervision.  Based on such review, as to each connection WGM does not hold or

represent an interest that is adverse to Lehman's estates.  WGM is a "disinterested

person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified

by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

## Current Clients

5.    WGM has performed services within the prior two (2) years for the

Current Clients described below, or their affiliates, in matters unrelated to Lehman:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Varel International Ind., L.P. | Principal Investments | Current Client |
| Varel Funding Corp. | Principal Investments | Affiliate of Current Client |
| Banco Santander SA | Derivative Counterparty | Affiliate of Current Client |
| CIFG | Derivative Counterparty | Current Client |
| Credit Agricole | Derivative Counterparty | Current Client |
| Houghton Mifflin Harcourt Publishing Co. | Derivative Counterparty | Current Client |
| ING Groep NV | Derivative Counterparty | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Intel Corp. | Derivative Counterparty | Current Client |
| Intesa Sanpaolo SpA | Derivative Counterparty | Current Client |
| Lexington Insurance Co. | Derivative Counterparty | Current Client |
| Life Investors Insurance Company of America | Derivative Counterparty | Current Client |
| Putman | Derivative Counterparty | Current Client |
| Royal Bank of Canada | Derivative Counterparty | Current Client |
| UniCredito Italioano SpA | Derivative Counterparty | Affiliate of Current Client |
| Acorn Partners, LP | Potential Party in Interest | May be Affiliate of Current Client |
| Activant Solutions, Inc. | Potential Party in Interest | Current Client |
| Alix Partners LLP | Potential Party in Interest | Current Client |
| Allianz Funds | Potential Party in Interest | Current Client |
| Alltel Corp. | Potential Party in Interest | Current Client |
| American Airlines Inc. | Potential Party in Interest | Affiliate of Current Client |
| Apax Summer Bidco Limited | Potential Party in Interest | Affiliate of Current Client |
| Apollo Management Holdings L.P. | Potential Party in Interest | Affiliate of Current Client |
| Arysta Lifescience Corp. | Potential Party in Interest | Current Client |
| Banco Santander | Potential Party in Interest | Current Client |
| Bank of New York (The) | Potential Party in Interest | Current Client |
| Bank of New York Trust Co., N.A. | Potential Party in Interest | Affiliate of Current Client |
| Bausch & Lomb | Potential Party in Interest | Current Client |
| Black Lion Beverages III B.V. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Blackstone / Blackstone Capital Partners V L.P. | Potential Party in Interest | Current Client |
| Block Financial Corp. | Potential Party in Interest | Current Client |
| BMO Capital Markets Corp. | Potential Party in Interest | Current Client |
| BNY Capital Markets, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Booz Allen Hamilton, Inc. | Potential Party in Interest | Current Client |
| British Sky Broadcasting Group Plc. | Potential Party in Interest | Current Client |
| Building Materials Holdings | Potential Party in Interest | May Be Affiliate of Current Client |
| Cablevisions Systems Corp. | Potential Party in Interest | Current Client |
| Campbell Soup Co. | Potential Party in Interest | Current Client |
| Carlyle Group (The) | Potential Party in Interest | Current Client |
| CBS Corp. | Potential Party in Interest | Current Client |
| CCMP Acquisition | Potential Party in Interest | Affiliate of Current Client |
| CDC Ixis Financial Guaranty Services Inc. | Potential Party in Interest | Affiliate of Current Client |
| CenturyTel, Inc. | Potential Party in Interest | Current Client |
| CIT Group | Potential Party in Interest | Current Client |
| Collins & Aikman Products | Potential Party in Interest | Affiliate of Current Client |
| Cooperative Centeral e Raiffeisen-Boerenleenbank, BA | Potential Party in Interest | Current Client |
| Credit Agricole | Potential Party in Interest | Affiliate of Current Client |
| Danaher Corp. | Potential Party in Interest | Current Client |
| Dankse Bank A/S | Potential Party in Interest | Current Client |
| Deutsche Bank Trust Co. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Diageo Finance Plc | Potential Party in Interest | Affiliate of Current Client |
| E.ON AG | Potential Party in Interest | Affiliate of Current Client |
| eBay Inc. | Potential Party in Interest | Current Client |
| Edison International | Potential Party in Interest | Affiliate of Current Client |
| Edison Mission Energy | Potential Party in Interest | Affiliate of Current Client |
| EMI Entertainment World, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Enbridge (U.S.) Inc. | Potential Party in Interest | Affiliate of Current Client |
| Enbridge Energy Partners | Potential Party in Interest | Affiliate of Current Client |
| Enron Corp. | Potential Party in Interest | Current Client |
| Express Energy Holdings L.P. | Potential Party in Interest | Affiliate of Current Client |
| Express Energy Services Holding L.P. | Potential Party in Interest | Current Client |
| Fidelity Capital Markets Services | Potential Party in Interest | Affiliate of Current Client |
| Fidelity Investments | Potential Party in Interest | Current Client |
| Financial Security Assurance | Potential Party in Interest | Current Client |
| Finmeccanica Finance SA | Potential Party in Interest | Current Client |
| FINOVA Loan Administration | Potential Party in Interest | Current Client |
| Fortress Investment Group LLC | Potential Party in Interest | Current Client |
| Gate Gourmet | Potential Party in Interest | Current Client |
| GenenTech, Inc. | Potential Party in Interest | Current Client |
| Gentiva Health Services, Inc. | Potential Party in Interest | Current Client |
| Genworth Financial Inc. | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Georgia Pacific Expansion SAS | Potential Party in Interest | Affiliate of Current Client |
| Georgia-Pacific Corp. | Potential Party in Interest | Current Client |
| Halliburton Co. | Potential Party in Interest | Current Client |
| Hartford Financial Services Group Inc., (The) | Potential Party in Interest | Current Client |
| HBK Investments LP | Potential Party in Interest | Current Client |
| Henry Schein, Inc. | Potential Party in Interest | Current Client |
| Hertz Corp. (The) | Potential Party in Interest | Current Client |
| Home Dept., Inc. (The) | Potential Party in Interest | Current Client |
| Houghton Mifflin Harcourt Publishers Inc. | Potential Party in Interest | Current Client |
| HSBC Finance Corp. | Potential Party in Interest | Affiliate of Current Client |
| Hudson CLO 3 B.V. | Potential Party in Interest | Affiliate of Current Client |
| Huntsman International LLC | Potential Party in Interest | Affiliate of Current Client |
| HVB Capital Markets, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Infonxx, Inc. (n/k/a/ kgb) | Potential Party in Interest | Current Client |
| ING Financial Markets LLC | Potential Party in Interest | Affiliate of Current Client |
| ING Group | Potential Party in Interest | Affiliate of Current Client |
| Intesa | Potential Party in Interest | Affiliate of Current Client |
| Iridium Satellite LLC | Potential Party in Interest | Affiliate of Current Client |
| Iron Mountain Inc. | Potential Party in Interest | Affiliate of Current Client |
| ITC Holdings Corp. | Potential Party in Interest | Affiliate of Current Client |
| ITC Midwest LLC | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
| --- | --- | --- |
| ITC Transco | Potential Party in Interest | Affiliate of Current Client |
| Kaupthing Bank | Potential Party in Interest | Current Client |
| KBC Bank | Potential Party in Interest | Current Client |
| KBC Financial Products UK Ltd. | Potential Party in Interest | Affiliate of Current Client |
| KBC Financial Products USA, Inc. | Potential Party in Interest | Affiliate of Current Client |
| KBC Investments Cayman Islands V Ltd. | Potential Party in Interest | Affiliate of Current Client |
| KBC Investments Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Kinder Morgan Energy Partners LP | Potential Party in Interest | Current Client |
| KKR Private Equity Investors LP | Potential Party in Interest | Affiliate of Current Client |
| Landsource | Potential Party in Interest | Current Client |
| Liberty Mutual Group Inc. | Potential Party in Interest | Affiliate of Current Client |
| Limited Lincoln National Corporation | Potential Party in Interest | Current Client |
| Lukoil Finance Ltd. | Potential Party in Interest | Affiliate of Current Client |
| LW Securities Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Lyondell | Potential Party in Interest | Current Client |
| LyondellBasell Industries | Potential Party in Interest | Affiliate of Current Client |
| Man Group Finance Inc. | Potential Party in Interest | Current Client |
| Marriott International, Inc. | Potential Party in Interest | Current Client |
| MassMutual Financial Group | Potential Party in Interest | Current Client |
| McGraw-Hill Companies  (The) | Potential Party in Interest | Current Client |
| MedcoHealth Solutions, Inc. | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| MF Global Finance | Potential Party in Interest | Affiliate of Current Client |
| MF Global Finance Europe Limited | Potential Party in Interest | Affiliate of Current Client |
| MF Global Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Muriel Siebert & Co., Inc. | Potential Party in Interest | Current Client |
| Natixis Bleichroeder Inc. | Potential Party in Interest | Affiliate of Current Client |
| New York Life Insurance Co. | Potential Party in Interest | Current Client |
| New York Life Investment Management | Potential Party in Interest | Affiliate of Current Client |
| NFI Luxco SCA | Potential Party in Interest | Affiliate of Current Client |
| Nortek Holdings, Inc. | Potential Party in Interest | Current Client |
| Nuance Communications, Inc. | Potential Party in Interest | Current Client |
| OCM Mezzanine Fund II Holdings, LP | Potential Party in Interest | Affiliate of Current Client |
| Oracle Corp. | Potential Party in Interest | Current Client |
| OZ Management LP | Potential Party in Interest | Current Client |
| Pacific International Finance Limited | Potential Party in Interest | Affiliate of Current Client |
| Pacific International Limited | Potential Party in Interest | Current Client |
| Pacific Investment Management LLC | Potential Party in Interest | Affiliate of Current Client |
| Pangea Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Parmalat Participacoes do Brazil Ltda. | Potential Party in Interest | Affiliate of Current Client |
| Parmalat Participacoes Promissory Note | Potential Party in Interest | Affiliate of Current Client |
| Pepsi Bottling Group, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Protection One Alarm Monitoring, Inc. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Qwest Services Corp. | Potential Party in Interest | Affiliate of Current Client |
| Raymond James & Associated, Inc. | Potential Party in Interest | Affiliate of Current Client |
| RBC Dain Rauscher Inc. | Potential Party in Interest | Affiliate of Current Client |
| RBS Greenwich Capital | Potential Party in Interest | Affiliate of Current Client |
| Royal Bank of Canada | Potential Party in Interest | Current Client |
| Santander Investment Securities Inc. | Potential Party in Interest | Affiliate of Current Client |
| SBA Senior Finance | Potential Party in Interest | May Be Affiliate of Current Client |
| Semcrude LP | Potential Party in Interest | Affiliate of Current Client |
| SemGroup Energy Partners, LP | Potential Party in Interest | Current Client |
| Silicon Graphics Inc. | Potential Party in Interest | Current Client |
| Silver Point Capital, LP | Potential Party in Interest | Current Client |
| Six Flags Theme Parks Inc. | Potential Party in Interest | Affiliate of Current Client |
| Solutia, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Sourcecorp., Inc. | Potential Party in Interest | Current Client |
| Sports Authority (The) | Potential Party in Interest | Current Client |
| Starwood Hotels and Resorts | Potential Party in Interest | Current Client |
| Stone Tower Capital LLC | Potential Party in Interest | Current Client |
| Stone Tower Debt Advisors LLC | Potential Party in Interest | Affiliate of Current Client |
| Structured Energy Capital LLC (f/k/a Duke Capital) | Potential Party in Interest | Affiliate of Current Client |
| SunAmerica Asset Management | Potential Party in Interest | Current Client |
| Sungard Data Systems Inc. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Sunshine Holdings Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Suntrust | Potential Party in Interest | Current Client |
| Swiss Reinsurance Co. | Potential Party in Interest | Current Client |
| Target Corp. | Potential Party in Interest | Current Client |
| TD Securities (USA) LLC | Potential Party in Interest | Current Client |
| Telefonica Europe BV | Potential Party in Interest | Affiliate of Current Client |
| Telefonica SA | Potential Party in Interest | Affiliate of Current Client |
| Tyco Electronics | Potential Party in Interest | Current Client |
| Tyco International Group SA | Potential Party in Interest | Affiliate of Current Client |
| UnitedHealth Group Inc. | Potential Party in Interest | Current Client |
| Univision Communications Inc., | Potential Party in Interest | Current Client |
| US Shipping Partners L.P. | Potential Party in Interest | Current Client |
| Verint Systems Inc. | Potential Party in Interest | Current Client |
| Visteon Corp. | Potential Party in Interest | Current Client |
| Vornado Realty LP | Potential Party in Interest | Affiliate of Current Client |
| Walmart Stores | Potential Party in Interest | Current Client |
| Weetabix Mills | Potential Party in Interest | Affiliate of Current Client |
| Wells Fargo Bank Minnesota | Potential Party in Interest | Affiliate of Current Client |
| Whippoorwill Associates, Inc. | Potential Party in Interest | Current Client |
| Williams Companies (The) | Potential Party in Interest | Current Client |
| Wolters Kluwer NV | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Wyeth | Potential Party in Interest | Current Client |
| XL Capital | Potential Party in Interest | Current Client |
| XL Specialty Insurance Co. | Potential Party in Interest | Affiliate of Current Client |

6.      WGM has not, does not, and will not represent any of the Current

Clients or their respective affiliates or subsidiaries in connection with the pending chapter

11 cases or in any other matters adverse to Lehman.

## Potential Clients

7.      WGM has determined that the following Parties In Interest, or their

affiliates, are Potential Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Alcoa, Inc. | Potential Party in Interest | Preliminary Inquiry |
| Amgen, Inc. | Potential Party in Interest | Preliminary Inquiry |
| Brickman Group | Potential Party in Interest | Preliminary Inquiry |
| Commerzbank Capital Markets Corp. | Potential Party in Interest | Preliminary Inquiry |
| ConocoPhillips | Potential Party in Interest | Preliminary Inquiry |
| DHS Drilling Company | Principal Investments | Preliminary Inquiry |
| DHS Holding Company | Principal Investments | Preliminary Inquiry |
| Dollar General Corp. | Potential Party in Interest | Preliminary Inquiry |
| Duff & Phelps | Professionals Retained by the Company | Preliminary Inquiry |
| Flextronics International Ltd. | Potential Party in Interest | Preliminary Inquiry |
| Fortis Group | Potential Party in Interest | Preliminary Inquiry |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Freescale Semiconductor, Inc. | Potential Party in Interest | Preliminary Inquiry |
| General Helicopters International LLC | Principal Investments | Preliminary Inquiry |
| Gulf Stream Asset Management | Potential Party in Interest | Preliminary Inquiry |
| Iowa Telecomunication Services Inc. | Potential Party in Interest | Preliminary Inquiry |
| Philips Electronics NV | Potential Party in Interest | Preliminary Inquiry |
| SAB MillerRSA Insurance Group Plc | Potential Party in Interest | Preliminary Inquiry |
| Siemens AG | Potential Party in Interest | Preliminary Inquiry |
| Sunoco, Inc. | Potential Party in Interest | Preliminary Inquiry |
| Supervalu, Inc. | Potential Party in Interest | Preliminary Inquiry |
| Syncora Holdings Ltd. | Potential Party in Interest | Preliminary Inquiry |
| Tronox Worldwide, LLC | Potential Party in Interest | Preliminary Inquiry |
| Veyance Technologies, Inc. | Potential Party in Interest | Preliminary Inquiry |

8.      To the extent any additional Potential Clients become Potential

Parties In Interest during the pendency of these chapter 11 cases, WGM will make the

appropriate supplemental disclosures to the Court.

## **Former Clients**

9.      WGM has determined that the following Parties In Interest, or their

affiliates, are Former Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Banco Espirito Santo | Derivative Counterparty | Former Client |
| Government of Singapore Investment Corporation | Derivative Counterparty | Former Client |

| | | |
|---|---|---|
| ABN Ambro Holdings, Inc. | Potential Party in Interest | Affiliate of Former Client |
| Aracruz | Potential Party in Interest | Former Current Client |
| Belmont Holdings Corp. | Potential Party in Interest | Affiliate of Former Client |
| Chart Industries, Inc. | Potential Party in Interest | May Be Affiliate of Current Client |
| El Paso Corporation | Potential Party in Interest | Affiliate of Former Client |
| El Paso Pipeline Partners | Potential Party in Interest | Affiliate of Former Client |
| Ferretti | Potential Party in Interest | Affiliate of Former Client |
| Ford Motor Co. | Potential Party in Interest | Former Client |
| MSN | Potential Party in Interest | May Be Affiliate of Current Client |

10.    To the extent any additional Former Clients become Potential

Parties in Interest during the pendency of these chapter 11 cases, WGM will make the

appropriate supplemental disclosures to the Court.

## Related Entities

11.    WGM has determined that the following Parties In Interest, or their

affiliates, are Related Entities:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Jazz Pharmaceuticals, Inc. | Principal Investments | Related to Current Client |
| SkyPower Corp. | Principal Investments | Related to Current Client |
| Transamerica Financial Life Insurance Co. | Derivative Counterparty | Related to Former Client |
| Transamerica Occidential Life Insurance Co. | Derivative Counterparty | Related to Former Client |
| Best Buy Co., Inc. | Potential Party in Interest | Related of Current Client |
| Delphi | Potential Party in Interest | Related to Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| First Data Corp. | Potential Party in Interest | Related to Current Client |
| Harrah's Operating Co., Inc. | Potential Party in Interest | Related to Current Client |
| Greenpoint Mortgage Funding Trust Series | Potential Party in Interest | Related to Current Client |
| Allsport Management SA | Potential Party in Interest | Related to Current Client |
| American Transmission Company | Potential Party in Interest | Related to Current Client |
| Colfax Corp. | Potential Party in Interest | Related to Former Client |
| Cox Communications Inc. | Potential Party in Interest | Related to Current Client |
| Cox Enterprises | Potential Party in Interest | Related to Current Client |
| Cox Radio Inc. | Potential Party in Interest | Related to Current Client |
| Deutsche Telekom AG | Potential Party in Interest | Related to Current Client |
| Regions Bank | Potential Party in Interest | Related to Current Client |
| Philip Morris International, Inc. | Potential Party in Interest | Related to Current Client |
| Regency Gas Services L.P. | Potential Party in Interest | Related to Former Client |
| Regent Seven Seas Cruises | Potential Party in Interest | Related to Current Client |
| Tropicana Entertainment | Potential Party in Interest | Related to Current Client |
| Transamerica Asset Funding Corp. | Potential Party in Interest | Related to Former Client |
| TXU Corp. | Potential Party in Interest | Related to Former Client |
| TXU Energy Co. | Potential Party in Interest | Related to Former Client |
| USI Holdings Corp. | Potential Party in Interest | Related to Current Client |
| Tribune Co. | Potential Party in Interest | Related to Former Client |
| Warburg Pincus Equity Partners, L.P. | Potential Party in Interest | Related to Former Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
| --- | --- | --- |
| The Adelphia Recovery Trust | Potential Party in Interest | Related to Current Client |
| Vodafone Group Plc | Potential Party in Interest | Related to Current Client |
| Westar Energy Inc. | Potential Party in Interest | Related to Current Client |
| Vought Aircraft Industries Inc. | Potential Party in Interest | Related to Current Client |
| The Lightstone Group | Potential Party in Interest | Related to Current Client |
| Opal Leasing Ltd. | Potential Party in Interest | Related to Former Client |
| O'Reilly Automotive, Inc. | Potential Party in Interest | Related to Current Client |
| Medassets | Potential Party in Interest | Related to Current Client |
| KPMG | Potential Party in Interest | Related to Former Client |
| Kerasotes Theaters, Inc. | Potential Party in Interest | Related to Current Client |
| Keystone, Inc. | Potential Party in Interest | Related to Current Client |
| Invesco - CLO | Potential Party in Interest | Related to Current Client |
| Invesco – Real Estate | Potential Party in Interest | Related to Current Client |
| Infineon Technologies AG | Potential Party in Interest | Related to Current Client |
| Lufthansa AG | Potential Party in Interest | Related to Current Client |
| Perstorp AB | Potential Party in Interest | Related to Current Client |
| PGA Holdings, Inc. | Potential Party in Interest | Related to Current Client |
| Penn National Gaming | Potential Party in Interest | Related to Current Client |
| Primedia, Inc. | Potential Party in Interest | Related to Current Client |
| Pinacle Entertainment, Inc. | Potential Party in Interest | Related to Current Client |
| RWE AG | Potential Party in Interest | Related to Former Client |

12.     To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

13.     In addition, certain of WGM's clients are borrowers under a variety of credit arrangements in which Lehman is also involved – typically either as agent or lender.  WGM may continue to represent these companies in matters unrelated to the Debtors' chapter 11 cases.  WGM will not represent such entities in any litigation directly against Lehman.  For example, WGM represents the following entities which also have a relationship with Lehman:

- WGM is debtors' counsel in the chapter 11 case of Aleris International, Inc. [Case No. 09-10478].  Lehman is a participant in Aleris' secured lending facilities.

- WGM is debtors' counsel in the chapter 11 case of U.S. Shipping Partners L.P. ("U.S. Shipping") [Case No. 09-12711].  Lehman Commercial Paper Inc. ("LCPI"), a debtor in the above captioned chapter 11 cases, holds a portion of the debt under U.S. Shipping's prepetition secured revolving and term loan facilities and Lehman Brothers Special Financing is the counterparty to a set of swap agreements with U.S. Shipping.

- WGM is bankruptcy counsel for the chapter 11 case of Crescent Resources, LLC ("Crescent") [Case No. 09-11507].  Crescent has listed Lehman Brothers Holding, Inc. as a syndication lender for Crescent's term loan facility.

14.     Further, WGM has recently been engaged by Champion Energy Services, LLC ("Champion") to provide certain legal services with regard to an employee issue (the "Services").  Several Lehman entities are currently secured lenders to Champion.  As a result, WGM requested, and has received, a conflicts waiver from Champion (the "Waiver") that expressly requires Champion to agree that it will not, for itself, or for any other entity or person, assert that either (a) WGM's representation of Champion, or (b) WGM's actual, or possible, possession of confidential information

belonging to Champion, is a basis to disqualify WGM from representing Lehman in any matter (including matters, such as litigation, adverse to Champion) which is not substantially related to the Services.  In addition, pursuant to the Waiver, Champion acknowledges that (a) WGM will not investigate any actions of Lehman regarding the Services; and (b) WGM will not provide advice, counsel, or assistance with regard to pursuing any claims, demands, or litigation against, or in respect of, Lehman regarding the Services.

### WGM's Fees

15.     As described in WGM's first application for interim allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from September 15, 2008 through January 31, 2009 [Docket No. 3343], WGM has provided the Debtors with certain voluntary reductions with respect to the fees and expenses it has requested to date.  As a result of such reduction, WGM currently holds a credit balance in favor of the Debtors, for expenses incurred, in the

amount of $77.03.  WGM will apply that amount to the next monthly fee statement to

offset expenses due for that period.

16.     WGM does not hold or represent an interest that is adverse to

Lehman's estates, and WGM is a "disinterested person" as such term is defined in section

101(14) of the Bankruptcy Code.

17.     The foregoing constitutes the first supplemental statement of

WGM pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated:  August 12, 2009
        New York, New York

                                        /s/ Harvey R. Miller
                                        Harvey R. Miller, A Member of the Firm



        Sworn to and subscribed before me, a notary public for the State of New York,
County of New York, this 12th day of August, 2009.

                                        /s/ Kathleen Anne Lee

                                        Notary Public

                                        Notary Public, State of New York
                                        No. 01LE6119251
                                        Qualified in New York County
                                        Commission Expires: November 29, 2012