EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: LEHMAN BROTHERS SPECIAL FINANCING, INC.
        Case No. 08-13888

     BANIF – BANCO DE INVESTIMENTO, S.A. a bank incorporated in Portugal, with registered office at Rua Tierno Galvan Torre 3, 14°, 1070-274 Lisbon, Portugal ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **LONGACRE OPPORTUNITY FUND, L.P.** its successors and assigns, with offices at 810 Seventh Avenue, 33rd Floor, New York ,NY 100193 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. in the amount of $ 3,318,289.01 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (jointly administered) (JMP) in respect of Trade Reference Number(s): 5584   .

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

11

KL2 2611358.2

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 1̶7̶ day of July, 2009.

BANIF – BANCO DE INVESTIMENTO, S.A

By: _____
Name: NUNO RATANA
Title: MANAGING DIRECTOR

By: _____
Name: Marta Rangel
Title: Director

LONGACRE OPPORTUNITY FUND, L.P.

By: _____
Name: VLADIMIR JELISAVCIC
Title: MANAGER
Address: 810 Seventh Avenue, 33rd floor
New York, NY 10019
Attention: Vladimir Jelisavcic
Telephone: (212) 259-4305
Email: vjel@longacrellc.com

12

KL2 2611358.2