UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                                   :
         Debtors.                                         :    (Jointly Administered)
-------------------------------------------------------------------x

ORDER GRANTING APPLICATION FOR THE
ALLOWANCE OF INTERIM COMPENSATION FOR
THE PERIOD OF JANUARY 31, 2009 THROUGH FEBRUARY 27, 2009
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED BY BRACEWELL & GIULIANI LLP

Upon consideration of the application (the "Application"), as amended, for allowance of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of January 31, 2009 through February 27, 2009 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed by Bracewell & Giuliani LLP ("Bracewell"); and after due notice pursuant to the amended order dated February 13, 2009 governing case management and administrative procedures in these chapter 11 cases [Docket No. 2387]; and a hearing having been held on August 5, 2009 to consider the Application; and there being no objections to the Application; and after due consideration and upon all of the proceedings held before the Court, and sufficient cause appearing therefore, it is hereby

ORDERED:

1. The Application is granted to the extent provided in Exhibit A annexed hereto.

2. Interim compensation to Bracewell for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Exhibit A in the column entitled "Fees Awarded" pursuant to section 331 of the Bankruptcy Code.

3. Reimbursement to Bracewell for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Exhibit A in the column entitled "Expenses Awarded."

4. The Debtors are authorized and directed to pay the "Fees Awarded" and "Expenses Awarded" pursuant to this order to Bracewell to the extent not previously paid pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated November 5, 2008 [Docket No. 1394] or otherwise.

Dated: New York, New York
       August 13, 2009

                                         *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**Current Fee Period: Jan. 31, 2009 to Feb. 27, 2009**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Bracewell & Giuliani LLP | May 27, 2009 [Docket No. 3659], as amended by Aug. 3, 2009 [Docket No. 4670] | $194,370.00 | $194,370.00 | $4,122.19 | $4,122.19 |

Schedule A(1)                                    **Date:  August 13, 2009**                                    Initials:  *JMP*, USBJ

**Summary:  All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bracewell & Giuliani LLP | $194,370.00 | $194,370.00 | $4,122.19 | $4,122.19 |

Schedule A(2)　　　　　　　　　　　　　　　　**Date:  August 13, 2009**　　　　　　　　　　　　　　　　Initials:  *JMP*, USBJ