UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                   :

In re                                :       Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                   :

                    Debtors.     :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING APPLICATIONS FOR THE ALLOWANCES OF INTERIM COMPENSATION FOR THE PERIOD OF SEPTEMBER 15, 2008 THROUGH JANUARY 31, 2009 FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

Upon consideration of the applications (collectively, the "Applications") for allowances of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of September 15, 2008 through January 31, 2009 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed by the professionals listed on Exhibit A annexed hereto (the "Retained Professionals") in these chapter 11 cases; and the report filed on August 3, 2009 by the fee committee ("Fee Committee") approved in these chapter 11 cases pursuant to an order dated May 26, 2009; and after due notice pursuant to the amended order dated February 13, 2009 governing case management and administrative procedures [Docket No. 2387]; and a hearing having been held on August 5, 2009 to consider the Applications; and there being no objections to the Applications; and after due consideration and upon all of the proceedings held before the Court, and sufficient cause appearing therefore, it is hereby

ORDERED:

    1.  The Applications of the Retained Professionals are granted to the extent provided in Exhibit A.

2. Interim compensation to the Retained Professionals for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Exhibit A in the column entitled "Fees Awarded" pursuant to section 331 of the Bankruptcy Code.

3. Reimbursement to the Retained Professionals for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Exhibit A in the column entitled "Expenses Awarded."

4. The Debtors are authorized and directed to pay the "Fees Awarded" and "Expenses Awarded" pursuant to this order to the respective Retained Professionals to the extent not previously paid pursuant to the Interim Compensation Order dated June 25, 2009 [Docket No. 4165].

5. The Fee Committee will endeavor to negotiate and resolve all fee issues posed in the individual Summary Sheet of each Retained Professional in time to present to the Court by no later than September 16, 2009 a Supplemental Report regarding the Applications.

Dated:  New York, New York
        August 13, 2009

                        _s/ James M. Peck_____
                        UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT A</u>**

**Current Fee Period: Sept. 15, 2008 to Jan. 31, 2009**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded[1] | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Bortstein Legal LLC | Apr. 7, 2009 3290 | $441,442.75 | $397,298.48 | $0.00 | $0.00 |
| Jones Day | Apr. 7, 2009 3313 | $1,258,056.00 | $1,132,250.40 | $10,425.76 | $10,425.76 |
| McKee Nelson LLP | Apr. 9, 2009 3318 | $2,727,562.00 | $2,454,805.80 | $105,916.85 | $105,916.85 |
| Jenner & Block LLP | Apr. 10, 2009 3319 | $613,650.37 | $552,285.33 | $13,514.99 | $13,514.99 |
| Ernst & Young LLP | Apr. 10, 2009 3331 | $552,700.00 | $497,430.00 | $0.00 | $0.00 |
| McKenna Long & Aldridge LLP | Apr. 10, 2009 3332 | $631,156.00 | $568,040.40 | $35,620.22 | $35,620.22 |
| Lazard Freres & Co. LLC | Apr. 10, 2009 3333 | $6,600,000.00 | $5,940,000.00 | $33,467.95 | $33,467.95 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Apr. 10, 2009 3335 | $4,611,589.50 | $4,150,430.55 | $151,402.02 | $151,402.02 |
| Reilly Pozner LLP | Apr. 10, 2009 3336 | $464,631.00 | $418,167.90 | $33,888.11 | $33,888.11 |
| Milbank, Tweed, Hadley & McCloy LLP | Apr. 10, 2009 3337 | $12,132,376.00 | $10,919,138.40 | $668,388.72 | $668,388.72 |
| FTI Consulting, Inc. | Apr. 10, 2009 3338 | $5,261,715.61 | $4,735,544.05 | $148,515.81 | $148,515.81 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Apr. 10, 2009 3339 | $2,233,333.33 | $2,010,000.00 | $159,070.80 | $159,070.80 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Apr. 10, 2009 3340 | $2,129,413.50 | $1,916,472.15 | $41,113.30 | $41,113.30 |
| Simpson Thacher & Bartlett LLP | Apr. 10, 2009 3341 | $1,383,114.40 | $1,244,802.96 | $28,601.43 | $28,601.43 |
| Weil, Gotshal & Manges LLP | Apr. 10, 2009 3343 | $55,140,791.25 | $49,626,712.13 | $1,336,880.60 | $1,336,880.60 |

[1] Fees Awarded reflect 90% of Fees Requested.  The remaining 10% of Fees Requested remains subject to "holdback" and further award by the Court.

Schedule A(1)                    **Date:  August 13, 2009**                    **Initials:  _JMP_, USBJ**

## Summary:  All Fee Periods (Including This Period)

| Applicant | Total Fees Requested | Total Fees Awarded[1] | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bortstein Legal LLC | $441,442.75 | $397,298.48 | $0.00 | $0.00 |
| Jones Day | $1,258,056.00 | $1,132,250.40 | $10,425.76 | $10,425.76 |
| McKee Nelson LLP | $2,727,562.00 | $2,454,805.80 | $105,916.85 | $105,916.85 |
| Jenner & Block LLP | $613,650.37 | $552,285.33 | $13,514.99 | $13,514.99 |
| Ernst & Young LLP | $552,700.00 | $497,430.00 | $0.00 | $0.00 |
| McKenna Long & Aldridge LLP | $631,156.00 | $568,040.40 | $35,620.22 | $35,620.22 |
| Lazard Freres & Co. LLC | $6,600,000.00 | $5,940,000.00 | $33,467.95 | $33,467.95 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $4,611,589.50 | $4,150,430.55 | $151,402.02 | $151,402.02 |
| Reilly Pozner LLP | $464,631.00 | $418,167.90 | $33,888.11 | $33,888.11 |
| Milbank, Tweed, Hadley & McCloy LLP | $12,132,376.00 | $10,919,138.40 | $668,388.72 | $668,388.72 |
| FTI Consulting, Inc. | $5,261,715.61 | $4,735,544.05 | $148,515.81 | $148,515.81 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | $2,233,333.33 | $2,010,000.00 | $159,070.80 | $159,070.80 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | $2,129,413.50 | $1,916,472.15 | $41,113.30 | $41,113.30 |
| Simpson Thacher & Bartlett LLP | $1,383,114.40 | $1,244,802.96 | $28,601.43 | $28,601.43 |
| Weil, Gotshal & Manges LLP | $55,140,791.25 | $49,626,712.13 | $1,336,880.60 | $1,336,880.60 |

[1] Fees Awarded reflect 90% of Fees Requested.  The remaining 10% of Fees Requested remains subject to "holdback" and further award by the Court.

Schedule A(2)                                  **Date:  August 13, 2009**                                  **Initials:  _JMP_, USBJ**