# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br>**LEHMAN BROTHERS HOLDINGS INC** <br><br> Lehman Brothers Special Financing Inc <br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-13555 (JMP) Jointly Administered <br><br> Case No. 08-13888 <br><br><br><br> Claim No.: <u>6632</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, JYSKE BANK A/S, IN THE AMOUNT OF $1,760,469.00, TO BLUE ANGEL CLAIMS, LLC

**To Transferor:**     Jyske Bank A/S
Legal Department
Vestergade 8-16
Silkeborg, DK-8600
DENMARK

PLEASE TAKE NOTICE that the transfer of $1,760,469.00 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**     Blue Angel Claims, LLC
Attn: Anthony Yoseloff, Manager
65 East 55th Street, 19th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                 _____
                                                                 Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

and to: Blue Angel Claims, LLC

Jyske Bank A/S, located at Vestergade 8-16, DK- 8600 Silkeborg, Denmark ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Blue Angel Claims, LLC its successors and assigns, with offices at 65 East 55th Street, 19th Floor, New York, NY 10022 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim) in the amount of $1,760,469.00 (collectively the "Claim") (Claim #6631) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of **Trade Reference Number(s):** 2380072, 2517417, 2582830, 2710653, 2719260, 2756561, 3049398, 3207530, 3207531, 3788663, 3788925, 3839688.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

KL2 2577350.2

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 7th day of August, 2009.

**JYSKE BANK A/S**

By: _____
Name: Michael Friis
Title: Lawyer
JYSKE BANK

JB6374
Andrew Mountstephen
Area Manager, Financial Institutions
JYSKE BANK

**BLUE ANGEL CLAIMS LLC**

By: _____
Name: Avram Friedman
Title: Manager
Address:
Attention:
Telephone:
Email

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: Lehman Brothers Special Financing Inc. | Case No. of Debtor: 08-13888 (JMP) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000006632

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (Merge2.DBF,SCHED_NO)SCHEDULE #:888024150*****
Jyske Bank A/S
Legal Department
Vestergade 8-16
SILKEBORG DK-8600
DENMARK

Telephone number: +4589892436    Email Address: JURA@JYSKEBANK.DK

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 1,760,469.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** EARLY TERMINATION UNDER ISDA MASTER AGREEMENT
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 7820
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ N/A
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

JUL 29 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: 28. July 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Andrew Mountstephen, Area Manager, Financial Institutions, JYSKE BANK / Morten Ulrik Gade |
|---|---|

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

646 282 2400

Client Home          Filed Claims & Schedules     Key Documents     Docket          Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

Claim # 6632            Name Starts With                                    Debtor
Schedule #              Total Claim Value    Equals                         Scope  Claims and Schedules
                        Claim Date Range              to
Order By Creditor Name                       Results Per Page  10                       Search   Clear

◀ Page 1 of 1 ▶                                                                                   Page        Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 6632 | | JYSKE BANK A/S<br>LEGAL DEPARTMENT<br>VESTERGADE 8-16<br>SILKEBORG, DK-8600<br>DENMARK<br><br>Debtor: LEHMAN BROTHERS SPECIAL FINANCING INC. | 7/29/2009 | $1,760,469.00<br>Claim Unsecured Amount: $1,760,469.00 | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.
© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor