EXHIBIT "A"

## SUMMARY OF SERVICES BY PROJECT CATEGORY FOR SERVICES RENDERED BY JONES DAY ON BEHALF OF THE DEBTORS FROM FEBRUARY 1, 2009 THROUGH MAY 31, 2009

| Project Category | Total Hours by Project | Total Fees by Project (US$) |
|---|---|---|
| Asia Pacific | 344.10 | 139,968.00 |
| Hong Kong | 553.70 | 281,712.50 |
| New Delhi | 80.50 | 18,917.50 |
| New York | 2,542.80 | 1,350,056.00 |
| People's Republic of China | 111.00 | 70,663.00 |
| San Francisco | 1,179.60 | 640,586.50 |
| Singapore | 17.50 | 10,217.50 |
| Sydney | 807.80 | 365,622.50 |
| Taiwan | 802.15 | 237,739.00 |
| Thailand | 452.60 | 254,326.50 |
| Tokyo | 2077.10 | 749,985.00 |
| **Total** | **8,968.85** | **4,119,794.00** |

## CURRENT FEE PERIOD: FEBRUARY 1, 2009 THROUGH MAY 31, 2009

Case No.: 08-13555 (JMP)

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors.

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Jones Day | August 14, 2009 | $4,119,794.00 | [          ] | $130,667.42 | [          ] |

SCHEDULE A(1)                                              DATE: _____                                              INITIALS: _____ USBJ