# EXHIBIT A

## SUMMARY OF TOTAL FEES AND EXPENSES

## FEBRUARY 1, 2009 THROUGH MAY 31, 2009

# EXHIBIT A

## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Wendy Fisher | Partner | 1996 (CO) | 0.10 | 425.00 | 42.50 |
| Anthony L. Giacomini | Partner | 1995 (CO) | 0.40 | 425.00 | 170.00 |
| Kent C. Modesitt | Partner | 1999 (CO) | 136.50 | 375.00 | 51,187.50 |
| Larry S. Pozner | Partner | 1973 (CO) | 0.70 | 500.00 | 350.00 |
| Daniel M. Reilly | Partner | 1981 (CO) | 0.60 | 500.00 | 300.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 53.60 | 375.00 | 20,100.00 |
| Mark Bailey | Associate | 2005 (CO) | 22.50 | 290.00 | 6,525.00 |
| Caleb Durling | Associate | 2007 (CO) | 2.30 | 240.00 | 552.00 |
| Jason M. Lynch | Associate | 2003 (MA) 2004 (NY) | 5.90 | 310.00 | 1,829.00 |
| Clare Pennington | Associate | 2006 (CO) | 0.90 | 250.00 | 225.00 |
| Katie Roush | Associate | 2007 (CO) | 100.10 | 240.00 | 24,024.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 435.90 | 310.00 | 135,129.00 |
| Lindsay Unruh | Associate | 2004 (CO) | 39.60 | 290.00 | 11,484.00 |
| Echo Ryan | Contract Attorney | 2007 (CO) | 216.90 | 200.00 | 43,380.00 |
| Jennifer Bulmer | Paralegal | N/A | 233.40 | 170.00 | 39,678.00 |
| Mitzi Burkitt | Paralegal | N/A | 1.50 | 190.00 | 285.00 |
| Kenneth Nakamura | Paralegal | N/A | 73.20 | 105.00 | 7,686.00 |
| Camilla O'Keefe | Paralegal | N/A | 1.60 | 150.00 | 240.00 |
| Michelle O'Neill | Paralegal | N/A | 5.60 | 170.00 | 952.00 |
| Kathleen Porter | Paralegal | N/A | 524.00 | 170.00 | 89,080.00 |
| Sonia N. Siewert | Paralegal | N/A | 40.00 | 100.00 | 4,000.00 |
| Elizabeth Wimmer | Paralegal | N/A | 0.50 | 180.00 | 90.00 |



## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Larry Walsh | Contract Paralegal | N/A | 21.60 | 85.00 | 1,836.00 |
| Mainak D'Attaray | Law Clerk | N/A | 42.20 | 120.00 | 5,064.00 |
| Jenny Van | Law Clerk | N/A | 5.50 | 120.00 | 660.00 |
| Alejandra Duflos | Administration | N/A | 39.60 | 70.00 | 2,772.00 |
| Meranda Vieyra-Blass | Administration | N/A | 2.30 | 70.00 | 161.00 |
| | | | 2,007.00 | | $ 447,802.00 |

## SUMMARY OF SERVICES BY TASK CODE FOR ALL MATTERS

| Task Code | Description | HOURS | TOTAL |
|---|---|---|---|
| A102 | Research | 5.00 | 425.00 |
| L100 | Case Assessment, Development and Adminis | 423.70 | 76,367.00 |
| L110 | Fact Investigation/Development | 163.00 | 24,316.50 |
| L120 | Analysis/Strategy | 273.70 | 85,146.50 |
| L140 | Document/File Management | 404.10 | 65,970.00 |
| L150 | Budgeting | 0.40 | 124.00 |
| L160 | Settlement/Non-binding ADR | 53.90 | 16,945.50 |
| L190 | Other Case Assessment, Dev. and Admin | 33.60 | 3,657.00 |
| L200 | Pre-Trial Pleadings and Motions | 66.60 | 13,808.00 |
| L210 | Pleadings | 80.90 | 23,548.00 |
| L220 | Prelim. Injunctions/Provisional Remedies | 0.20 | 58.00 |
| L230 | Court Mandated Conferences | 13.90 | 4,419.50 |
| L240 | Dispositive Motions | 84.70 | 25,524.50 |
| L250 | Other Written Motions and Submissions | 38.00 | 11,265.50 |
| L300 | Discovery | 32.30 | 8,733.50 |
| L310 | Written Discovery | 22.80 | 6,452.00 |
| L320 | Document Production | 83.60 | 16,673.00 |
| L330 | Depositions | 114.50 | 30,208.00 |
| L340 | Expert Discovery | 6.80 | 2,134.00 |
| L350 | Discovery Motions | 0.40 | 150.00 |
| L390 | Other Discovery | 18.00 | 5,571.00 |
| L400 | Trial Preparation and Trial | 27.20 | 7,592.00 |
| L410 | Fact Witnesses | 0.20 | 58.00 |
| L420 | Expert Witnesses | 0.40 | 124.00 |
| L430 | Written Motions and Submissions | 3.40 | 1,255.50 |
| L440 | Other Trial Preparation and Support | 14.80 | 4,627.00 |
| L470 | Enforcement | 40.90 | 12,649.00 |
| | | **2,007.00** | **$ 447,802.00** |

## SUMMARY OF DISBURSEMENTS FOR ALL MATTERS

| Task Code | Description | Total |
|---|---|---:|
| E100 | Expenses | 10.00 |
| E101 | Copying | 4,398.86 |
| E102 | Outside printing | 337.60 |
| E105 | Telephone | 37.05 |
| E106 | Online research | 2,368.02 |
| E107 | Delivery services/messengers | 1,796.18 |
| E108 | Postage | 634.51 |
| E109 | Local Travel | 74.50 |
| E110 | Out-of-town travel | 4,330.25 |
| E111 | Meals | 650.41 |
| E112 | Court Fees | 9,851.79 |
| E113 | Subpoena Fees | 4,384.10 |
| E114 | Witness Fees | 42.00 |
| E115 | Deposition transcripts | 7,212.05 |
| E118 | Litigation support vendors | 11,491.98 |
| E123 | Other professionals | 23,607.00 |
| E124 | Other | 3,673.52 |
| | **DISBURSEMENTS TOTAL:** | **$ 74,899.82** |