# **EXHIBIT A**

Amended SDNY Guidelines Certification

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,                        :    Case No. 08-13555 (JMP)
                                                                     :
                             Debtors.                                :    (Jointly Administered)
---------------------------------------------------------------------x

### CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SECOND INTERIM FEE APPLICATION OF THE EXAMINER AND JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

I, Patrick J. Trostle, hereby certify that:

1. I am a partner of Jenner & Block LLP ("<u>Jenner & Block</u>"), counsel for Anton R. Valukas, the Examiner (the "<u>Examiner</u>") appointed for Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors (collectively, the "<u>Debtors</u>") in the above-captioned bankruptcy cases.

2. I have been designated by the Examiner and Jenner & Block with responsibility in this case for ensuring that the Second Interim Application of the Examiner and Jenner &

Block, dated August 14, 2009 (the "Second Interim Application") for interim payment of compensation and reimbursement of expenses for the period commencing February 1, 2009 through and including May 31, 2009 (the "Compensation Period") complies with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Amended SDNY Guidelines") and the United States Trustee Guidelines for Reviewing First Interim Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" and, together with the Amended SDNY Guidelines, the "Guidelines").

3. In respect of Section B.l of the Amended SDNY Guidelines, I certify that:

    a. I have read the Second Interim Application;

    b. To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Interim Application fall within the Guidelines;

    c. The fees and disbursements sought are billed at rates in accordance with practices customarily employed by the Examiner and Jenner & Block and generally accepted by the Examiner's and Jenner & Block's clients; and

    d. In providing a reimbursable service, Jenner & Block does not make a profit on that service, whether the service is performed by Jenner & Block in-house or through a third party.

4. In respect of Section B.2 of the Amended Guidelines, I certify that Jenner & Block has advised the Examiner on a regular basis of the fees and expenses incurred by Jenner & Block and has provided the Examiner with a statement of Jenner & Block's fees and disbursements prior to the filing of this Second Interim Application. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of Section B.2 of the Amended SDNY Guidelines, to the extent that the Court's Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for

<u>Exhibit A</u><br>Amended SDNY Guidelines Certification

Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 3102] modifies the Amended SDNY Guidelines requirement that "the trustee, and, in chapter 11 cases, the chair of each official committee and the debtor have all been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month."

5. In respect of Section B.3 of the Local Guidelines, I certify that the Examiner has been provided with a copy of the Second Interim Application; and, to the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section B.3 of the Amended SDNY Guidelines that "the trustee, and, in a chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee application at least 10 days before the date set by the court or any applicable rules for filing fee applications."

Dated: August 14, 2009

*/s/ Patrick J. Trostle*
Patrick J. Trostle