# **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

08-13555-mg    Doc 4808-2    Filed 08/14/09    Entered 08/14/09 17:01:33    Exhibit B
Pg 1 of 4

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Examiner for February 1, 2009 - May 31, 2009

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 1968 | 925 | 367.90 | $340,307.50 |
| Partner | Stephen Ascher | 1991 | 750 | 530.80 | $398,100.00 |
| Partner | Matt D. Basil | 1997 | 575 | 510.50 | $293,537.50 |
| Partner | Robert L. Byman | 1970 | 800 | 851.70 | $681,360.00 |
| Partner | John F. Cox | 1995 | 650 | 4.40 | $2,860.00 |
| Partner | Christopher Dickinson | 1988 | 625 | 12.40 | $7,750.00 |
| Partner | Jerome L. Epstein | 1986 | 700 | 351.20 | $245,840.00 |
| Partner | Gabriel A. Fuentes | 1993 | 575 | 369.60 | $212,520.00 |
| Partner | Marc B. Hankin | 1992 | 725 | 467.90 | $339,227.50 |
| Partner | Mark R. Heilbrun | 1990 | 900 | 43.20 | $38,880.00 |
| Partner | Brent E. Kidwell | 1993 | 525 | 84.70 | $44,467.50 |
| Partner | Tobias L. Knapp | 1997 | 675 | 9.60 | $6,480.00 |
| Partner | David C. Layden | 1993 | 575 | 533.40 | $306,705.00 |
| Partner | Vincent E. Lazar | 1990 | 700 | 350.50 | $245,350.00 |
| Partner | Alex Lipman | 1991 | 700 | 176.10 | $123,270.00 |
| Partner | James T. Malysiak | 1973 | 625 | 99.60 | $62,250.00 |
| Partner | Ronald L. Marmer | 1977 | 900 | 496.40 | $446,760.00 |
| Partner | Heather D. McArn | 1992 | 550 | 581.80 | $319,990.00 |
| Partner | Daniel R. Murray | 1970 | 800 | 487.00 | $389,600.00 |
| Partner | Thomas C. Newkirk | 1966 | 850 | 107.40 | $91,290.00 |
| Partner | Suzanne J. Prysak | 1997 | 575 | 114.90 | $66,067.50 |
| Partner | Catherine Steege | 1982 | 725 | 132.60 | $96,135.00 |
| Partner | Seth A. Travis | 1996 | 575 | 171.90 | $98,842.50 |
| Partner | Patrick Trostle | 1992 | 725 | 766.60 | $555,785.00 |
| **Partner Total** | | | | **7,622.10** | **$5,413,375.00** |
| Associate | Angela M. Allen | 2008 | 325 | 116.90 | $37,992.50 |
| Associate | Chad E. Bell | 2006 | 400 | 79.80 | $31,920.00 |
| Associate | Sofia E. Biller | 2008 | 325 | 266.70 | $86,677.50 |
| Associate | Cori F. Brown | 2005 | 400 | 297.90 | $119,160.00 |
| Associate | Jessica A. Burke | 2008 | 325 | 32.30 | $10,497.50 |
| Associate | Anjan Choudhury | 2004 | 475 | 473.80 | $225,055.00 |
| Associate | Tiffany E. Clements | 2008 | 325 | 298.10 | $96,882.50 |
| Associate | Jonathan D. Conley | 2008 | 325 | 358.10 | $116,382.50 |
| Associate | Matthew Devine | 2004 | 475 | 527.30 | $250,467.50 |
| Associate | Shelley K. Dufford | 2007 | 370 | 259.40 | $95,978.00 |

---

[1] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Associate | Melissa C. Fogerty | 2005 | 435 | 205.90 | $89,566.50 |
| Associate | Grant R. Folland | 2008 | 325 | 740.60 | $240,695.00 |
| Associate | Anne M. Gardner | 2008 | 325 | 274.30 | $89,147.50 |
| Associate | Michelle A. Groman | 2006 | 435 | 164.50 | $71,557.50 |
| Associate | Marc E. Harrison | 2006 | 400 | 56.20 | $22,480.00 |
| Associate | Sean J. Hartigan | 2004 | 495 | 197.40 | $97,713.00 |
| Associate | Sean C. Herring | 2005 | 435 | 104.30 | $45,370.50 |
| Associate | Melissa M. Hinds | 2003 | 495 | 121.70 | $60,241.50 |
| Associate | Omar Jafri | 2008 | 325 | 475.40 | $154,505.00 |
| Associate | Stacy S. Jakobe | 2003 | 525 | 248.40 | $130,410.00 |
| Associate | Andrew D. Kennedy | 2008 | 325 | 236.40 | $76,830.00 |
| Associate | Jennifer M. Lawson | 2003 | 525 | 396.20 | $208,005.00 |
| Associate | Rodney L. Lewis | 2005 | 400 | 366.20 | $146,480.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 370 | 316.50 | $117,105.00 |
| Associate | Matthew J. Mason | 2008 | 325 | 418.40 | $135,980.00 |
| Associate | Asha V. Mathai | 2006 | 400 | 80.80 | $32,320.00 |
| Associate | Sarah R. McNally | 2008 | 325 | 125.90 | $40,917.50 |
| Associate | Christopher Meservy | 2008 | 325 | 626.90 | $203,742.50 |
| Associate | Jodi K. Newman | 2007 | 370 | 54.20 | $20,054.00 |
| Associate | Andrew S. Nicoll | 2004 | 475 | 5.80 | $2,755.00 |
| Associate | Andrew J. Olejnik | 2004 | 475 | 585.20 | $277,970.00 |
| Associate | Tarsha A. Phillibert | 2006 | 400 | 454.40 | $181,760.00 |
| Associate | Keith V. Porapaiboon | 2002 | 525 | 159.60 | $83,790.00 |
| Associate | John M. Power | 2008 | 325 | 549.40 | $178,555.00 |
| Associate | Landon S. Raiford | 2008 | 325 | 6.60 | $2,145.00 |
| Associate | Adam C.G. Ringguth | 2008 | 325 | 428.60 | $139,295.00 |
| Associate | Aaron-Michael H. Sapp | 2008 | 325 | 384.40 | $124,930.00 |
| Associate | Shorge K. Sato | 2002 | 495 | 166.40 | $82,368.00 |
| Associate | Trevor F. Schrage | 2008 | 325 | 112.10 | $36,432.50 |
| Associate | Eric J. Schwab | 2007 | 370 | 581.20 | $215,044.00 |
| Associate | Valery K. Slosman | 2008 | 325 | 163.60 | $53,170.00 |
| Associate | Sarah F. Terman | 2008 | 325 | 190.10 | $61,782.50 |
| Associate | Andrew W. Vail | 2003 | 495 | 86.50 | $42,817.50 |
| Associate | Richard M. Wallace | 2008 | 325 | 275.70 | $89,602.50 |
| Associate | William Wallenstein | 2006 | 400 | 977.30 | $390,920.00 |
| Associate | Brian J. Wilson | 2007 | 370 | 139.70 | $51,689.00 |
| Associate | Thomas R. Winegar | 2008 | 325 | 237.20 | $77,090.00 |
| Associate | Jacob P. Zipfel | 2008 | 325 | 766.80 | $249,210.00 |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| **Associate Total** | | | | 14,986.50 | $5,773,274.50 |
| **Total Attorney Time** | | | | 22,608.60 | $11,186,649.50 |
| **Less 10% Reduction** | | | | | ($1,118,664.95) |
| **Total Attorney Time at Reduced Rate** | | | | | $10,067,984.55 |
| **Blended Hourly Rate for Attorneys** | | | | | $445.32 |

PARAPROFESSIONALS

| Position | Name | Rate[2] | Time | Amount |
|---|---|---|---|---|
| Technology Assistant | Daniel B. Biemer | 275 | 131.90 | $36,272.50 |
| Technology Assistant | Kelly A. Laughran | 275 | 18.40 | $5,060.00 |
| Technology Assistant | Lori I. Manheimer | 275 | 438.10 | $120,477.50 |
| Technology Assistant | Zulaikha Master | 275 | 98.40 | $27,060.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 159.00 | $42,930.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 343.60 | $92,772.00 |
| Senior Paralegal | Jessica M. Merkouris | 270 | 13.90 | $3,753.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 268.10 | $72,387.00 |
| Research Librarian | Lisa A. Ross | 260 | 13.50 | $3,510.00 |
| Research Librarian | Mary E. Ruddy | 260 | 11.30 | $2,938.00 |
| Paralegal | Daniel R. Gross | 255 | 32.40 | $8,262.00 |
| Paralegal | Aubrey L. Rettig | 255 | 210.70 | $53,728.50 |
| Paralegal | Christopher R. Ward | 255 | 702.90 | $179,239.50 |
| Paralegal | Daniel K. Morgan | 230 | 9.50 | $2,185.00 |
| Paralegal | Cleopatra S. Murray | 230 | 288.70 | $66,401.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 35.10 | $8,073.00 |
| Project Assistant | Joseph M. Conley | 170 | 191.40 | $32,538.00 |
| Project Assistant | Samuel C. Gray | 170 | 16.80 | $2,856.00 |
| Project Assistant | Marc A. Patterson | 170 | 5.40 | $918.00 |
| Project Assistant | Panagiota Ramos | 170 | 49.10 | $8,347.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 572.50 | $97,325.00 |
| Project Assistant | Lauren E. Wang | 160 | 108.90 | $17,424.00 |
| Project Assistant | Emily A. Flores | 160 | 487.00 | $77,920.00 |
| Project Assistant | Daniel O. Garcia | 160 | 8.10 | $1,296.00 |
| Project Assistant | Yong Joon Lee | 160 | 17.00 | $2,720.00 |
| **Total Paraprofessional Time** | | | 4,231.70 | $966,393.00 |
| **Less 10% Reduction** | | | | ($96,639.30) |
| **Total Paraprofessional Time at Reduced Rate** | | | | $869,753.70 |

---

[2] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.