08-13555-mg    Doc 4808-3    Filed 08/14/09    Entered 08/14/09 17:01:33    Exhibit C
Pg 1 of 17

## **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10012  CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 2.00 | 1,600.00 |
| Partner | Vincent E. Lazar | 700 | 1.00 | 700.00 |
| Partner | Ronald L. Marmer | 900 | 0.50 | 450.00 |
| Partner | Heather D. McArn | 550 | 3.70 | 2,035.00 |
| Partner | Daniel R. Murray | 800 | 14.20 | 11,360.00 |
| Partner | Thomas C. Newkirk | 850 | 0.20 | 170.00 |
| Partner | Patrick J. Trostle | 725 | 1.80 | 1,305.00 |
| Associate | Jessica A. Burke | 325 | 27.80 | 9,035.00 |
| Associate | Matthew R. Devine | 475 | 1.50 | 712.50 |
| Associate | Grant R. Folland | 325 | 13.30 | 4,322.50 |
| Associate | Rodney L. Lewis | 400 | 1.00 | 400.00 |
| Associate | Andrew J. Olejnik | 475 | 26.30 | 12,492.50 |
| Associate | Valery K. Slosman | 325 | 1.00 | 325.00 |
| Associate | William P. Wallenstein | 400 | 0.20 | 80.00 |
| Associate | Jacob P. Zipfel | 325 | 0.20 | 65.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 10.00 | 2,700.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 19.20 | 5,184.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 34.50 | 9,315.00 |
| Paralegal | Cleopatra S. Murray | 230 | 0.80 | 184.00 |
| Paralegal | Christopher R. Ward | 255 | 86.90 | 22,159.50 |
| Project Assistant | Joseph M. Conley | 170 | 0.70 | 119.00 |
| Project Assistant | Emily A. Flores | 160 | 80.40 | 12,864.00 |
| Project Assistant | Pangiota Ramos | 170 | 2.00 | 340.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 206.20 | 35,054.00 |
| Project Assistant | Lauren E. Wang | 130 | 8.60 | 1,376.00 |
| **TOTAL** | | | 544.00 | 134,348.00 |
| **Less 10% Reduction** | | | | (13,434.80) |
| **Total Fees at Reduced Rate** | | | | 120,913.20 |

MATTER NUMBER 10020  EXAMINER

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 306.00 | 283,050.00 |
| **TOTAL** | | | | 283,050.00 |
| **Less 10% Reduction** | | | | (28,305.00) |
| **Total Fees at Reduced Rate** | | | | 254,745.00 |

MATTER NUMBER 10039   COURT HEARINGS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 2.70 | 2,160.00 |
| Partner | Heather D. McArn | 550 | 0.30 | 165.00 |
| Partner | Patrick J. Trostle | 725 | 7.70 | 5,582.50 |
| Associate | Tarsha A. Phillibert | 400 | 3.00 | 1,200.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 1.60 | 432.00 |
| | TOTAL | | 15.30 | 9,539.50 |
| | Less 10% Reduction | | | (953.95) |
| | Total Fees at Reduced Rate | | | 8,585.55 |

MATTER NUMBER 10055   GOVERNANCE AND FIDUCIARY DUTIES

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 449.80 | 337,350.00 |
| Partner | Matt D. Basil | 575 | 25.60 | 14,720.00 |
| Partner | Robert L. Byman | 800 | 143.50 | 114,800.00 |
| Partner | John F. Cox | 650 | 2.80 | 1,820.00 |
| Partner | Christopher Dickinson | 625 | 12.40 | 7,750.00 |
| Partner | Jerome L. Epstein | 700 | 0.30 | 210.00 |
| Partner | Gabriel A. Fuentes | 575 | 305.90 | 175,892.50 |
| Partner | Marc B. Hankin | 725 | 6.40 | 4,640.00 |
| Partner | Tobias L. Knapp | 675 | 1.80 | 1,215.00 |
| Partner | Vincent E. Lazar | 700 | 0.20 | 140.00 |
| Partner | David C. Layden | 575 | 0.40 | 230.00 |
| Partner | Alex Lipman | 700 | 7.10 | 4,970.00 |
| Partner | Ronald L. Marmer | 900 | 421.80 | 379,620.00 |
| Partner | Heather D. McArn | 550 | 57.10 | 31,405.00 |
| Partner | Daniel R. Murray | 800 | 42.50 | 34,000.00 |
| Partner | Thomas C. Newkirk | 800 | 37.10 | 31,535.00 |
| Partner | Suzanne J. Prysak | 575 | 109.10 | 62,732.50 |
| Partner | Seth A. Travis | 575 | 2.10 | 1,207.50 |
| Partner | Patrick J. Trostle | 725 | 1.30 | 942.50 |
| Associate | Tiffany E. Clements | 325 | 281.70 | 91,552.50 |
| Associate | Jonathan D. Conley | 325 | 339.40 | 110,305.00 |
| Associate | Matthew R. Devine | 475 | 6.00 | 2,850.00 |
| Associate | Shelley K. Dufford | 370 | 247.90 | 91,723.00 |
| Associate | Grant R. Folland | 325 | 7.40 | 2,405.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Anne M. Gardner | 325 | 260.90 | 84,792.50 |
| Associate | Marc E. Harrison | 400 | 56.20 | 22,480.00 |
| Associate | Sean J. Hartigan | 495 | 188.40 | 93,258.00 |
| Associate | Sean C. Herring | 435 | 36.50 | 15,877.50 |
| Associate | Melissa M. Hinds | 495 | 0.30 | 148.50 |
| Associate | Omar Jafri | 325 | 455.10 | 147,907.50 |
| Associate | Stacy S. Jakobe | 525 | 217.40 | 114,135.00 |
| Associate | Andrew D. Kennedy | 325 | 218.60 | 71,045.00 |
| Associate | Jennifer M. Lawson | 525 | 12.00 | 6,300.00 |
| Associate | Elizabeth L. Liebschutz | 370 | 179.20 | 66,304.00 |
| Associate | Matthew J. Mason | 325 | 332.40 | 108,030.00 |
| Associate | Asha V. Mathai | 400 | 7.20 | 2,880.00 |
| Associate | Christopher M. Meservy | 325 | 538.60 | 175,045.00 |
| Associate | Jodi K. Newman | 370 | 38.70 | 14,319.00 |
| Associate | Andrew J. Olejnik | 475 | 2.50 | 1,187.50 |
| Associate | Laura E. Pelanek | 475 | 730.70 | 347,082.50 |
| Associate | Tarsha A. Phillibert | 400 | 3.80 | 1,520.00 |
| Associate | Keith V. Porapaiboon | 525 | 152.90 | 80,272.50 |
| Associate | John M. Power | 325 | 488.60 | 158,795.00 |
| Associate | Adam C.G. Ringguth | 325 | 327.20 | 106,340.00 |
| Associate | Aaron-Michael H. Sapp | 325 | 347.50 | 112,937.50 |
| Associate | Shorge K. Sato | 495 | 0.10 | 49.50 |
| Associate | Trevor F. Schrage | 325 | 101.70 | 33,052.50 |
| Associate | Eric J. Schwab | 370 | 488.40 | 180,708.00 |
| Associate | Valery K. Slosman | 325 | 152.00 | 49,400.00 |
| Associate | Sarah F. Terman | 325 | 177.90 | 57,817.50 |
| Associate | Andrew W. Vail | 495 | 84.00 | 41,580.00 |
| Associate | Richard M. Wallace | 325 | 255.70 | 83,102.50 |
| Associate | William P. Wallenstein | 400 | 835.40 | 334,160.00 |
| Associate | Brian J. Wilson | 370 | 138.80 | 51,356.00 |
| Associate | Thomas M. Winegar | 325 | 14.10 | 4,582.50 |
| Senior Paralegal | Shawn K. McGee | 270 | 14.50 | 3,915.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 104.60 | 28,242.00 |
| Research Librarian | Lisa A. Ross | 260 | 10.20 | 2,652.00 |
| Research Librarian | Mary E. Ruddy | 260 | 9.50 | 2,470.00 |
| Paralegal | Cleopatra S. Murray | 230 | 54.70 | 12,581.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 0.50 | 115.00 |
| Paralegal | Aubrey L. Rettig | 255 | 0.80 | 204.00 |
| Paralegal | Christopher R. Ward | 255 | 98.40 | 25,092.00 |
| Project Assistant | Joseph M. Conley | 170 | 12.90 | 2,193.00 |
| Project Assistant | Samuel C. Gray | 170 | 15.80 | 2,686.00 |

3

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Project Assistant | Emily A. Flores | 160 | 69.20 | 11,072.00 |
| Project Assistant | Panagiota Ramos | 170 | 2.20 | 374.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 100.10 | 17,017.00 |
| Project Assistant | Lauren E. Wang | 160 | 62.30 | 9,968.00 |
| **TOTAL** | | | 9,908.10 | 4,189,062.00 |
| **Less 10% Reduction** | | | | (418,906.20) |
| **Total Fees at Reduced Rate** | | | | 3,770,155.80 |

MATTER NUMBER 10063   INTERCOMPANY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 0.50 | 375.00 |
| Partner | Robert L. Byman | 800 | 40.30 | 32,240.00 |
| Partner | John F. Cox | 650 | 1.30 | 845.00 |
| Partner | Marc Hankin | 725 | 337.40 | 244,615.00 |
| Partner | Tobias L. Knapp | 675 | 135.20 | 77,740.00 |
| Partner | Vincent E. Lazar | 700 | 0.80 | 560.00 |
| Partner | Alex Lipman | 700 | 93.00 | 65,100.00 |
| Partner | James T. Malysiak | 625 | 45.20 | 28,250.00 |
| Partner | Heather D. McArn | 550 | 116.20 | 63,910.00 |
| Partner | Daniel R. Murray | 800 | 8.40 | 6,720.00 |
| Partner | Thomas C. Newkirk | 850 | 2.50 | 2,125.00 |
| Partner | Patrick J. Trostle | 725 | 0.80 | 580.00 |
| Associate | Angela M. Allen | 325 | 72.80 | 23,660.00 |
| Associate | Sofia E. Biller | 325 | 246.70 | 79,979.50 |
| Associate | Cori F. Brown | 400 | 281.00 | 112,400.00 |
| Associate | Chad E. Bell | 400 | 69.30 | 27,720.00 |
| Associate | Matthew R. Devine | 475 | 1.00 | 475.00 |
| Associate | Melissa C. Fogerty | 435 | 148.40 | 64,554.00 |
| Associate | Grant R. Folland | 325 | 0.40 | 130.00 |
| Associate | Sean C. Herring | 435 | 54.50 | 23,707.50 |
| Associate | Melissa H. Hinds | 495 | 109.80 | 54,351.00 |
| Associate | Sarah R. McNally | 325 | 26.60 | 8,645.00 |
| Associate | Jodi K. Newman | 370 | 9.70 | 3,589.00 |
| Associate | Andrew J. Olejnik | 475 | 1.20 | 570.00 |
| Associate | Tarsha A. Phillibert | 400 | 339.40 | 135,760.00 |
| Associate | Shorge K. Sato | 495 | 152.00 | 75,240.00 |
| Associate | Eric J. Schwab | 370 | 26.20 | 9,694.00 |
| Associate | William P. Wallenstein | 400 | 0.60 | 240.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 3.40 | 918.00 |
| Paralegal | Daniel R. Gross | 255 | 1.70 | 433.50 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Paralegal | Cleopatra S. Murray | 230 | 2.80 | 644.00 |
| Paralegal | Christopher R. Ward | 255 | 26.50 | 6,757.50 |
| Project Assistant | Emily A. Flores | 160 | 0.30 | 48.00 |
| | **TOTAL** | | 2,355.90 | 1,152,576.00 |
| | **Less 10% Reduction** | | | (115,257.60) |
| | **Total Fees at Reduced Rate** | | | 1,037,318.40 |

MATTER NUMBER 10071   BARCLAYS TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Matt D. Basil | 575 | 2.50 | 1,437.50 |
| Partner | Robert L. Byman | 800 | 42.10 | 33,680.00 |
| Partner | John F. Cox | 650 | 0.30 | 195.00 |
| Partner | Jerome L. Epstein | 700 | 0.90 | 630.00 |
| Partner | Marc B. Hankin | 725 | 0.40 | 290.00 |
| Partner | Tobias L. Knapp | 675 | 3.50 | 2,362.50 |
| Partner | Vincent E. Lazar | 700 | 230.40 | 161,280.00 |
| Partner | David C. Layden | 575 | 435.90 | 250,642.50 |
| Partner | James T. Malysiak | 625 | 28.30 | 17,687.50 |
| Partner | Heather D. McArn | 550 | 16.10 | 8,855.00 |
| Partner | Daniel R. Murray | 800 | 14.20 | 11,360.00 |
| Partner | Thomas C. Newkirk | 850 | 0.10 | 85.00 |
| Partner | Patrick J. Trostle | 725 | 0.20 | 145.00 |
| Associate | Chad E. Bell | 400 | 1.10 | 440.00 |
| Associate | Sofia E. Biller | 325 | 0.50 | 162.50 |
| Associate | Cori F. Brown | 400 | 3.40 | 1,360.00 |
| Associate | Melissa C. Fogerty | 435 | 41.80 | 18,183.00 |
| Associate | Grant R. Folland | 325 | 0.60 | 195.00 |
| Associate | Jennifer M. Lawson | 525 | 229.30 | 120,382.50 |
| Associate | Sarah R. McNally | 325 | 14.50 | 4,712.50 |
| Associate | Andrew J. Olejnik | 475 | 1.20 | 570.00 |
| Associate | Jacob P. Zipfel | 325 | 731.20 | 237,640.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 0.40 | 108.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 4.60 | 1,242.00 |
| Paralegal | Cleopatra S. Murray | 230 | 0.40 | 92.00 |
| Paralegal | Christopher R. Ward | 255 | 20.50 | 5,227.50 |
| Project Assistant | Emily A. Flores | 160 | 0.90 | 144.00 |
| | **TOTAL** | | 1,825.30 | 879,109.00 |
| | **Less 10% Reduction** | | | (87,910.90) |
| | **Total Fees at Reduced Rate** | | | 791,198.10 |

<u>Exhibit C</u>
Summary of Project Matters

MATTER NUMBER 10080  BANK AND OTHER THIRD PARTY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Matt D. Basil | 575 | 9.70 | 5,577.50 |
| Partner | Robert L. Byman | 800 | 49.60 | 39,680.00 |
| Partner | Jerome Epstein | 700 | 264.90 | 185,430.00 |
| Partner | Marc B. Hankin | 725 | 1.90 | 1,377.50 |
| Partner | Vincent E. Lazar | 700 | 2.30 | 1,610.00 |
| Partner | Ronald R. Marmer | 900 | 0.30 | 270.00 |
| Partner | Heather D. McArn | 550 | 29.90 | 16,445.00 |
| Partner | Daniel R. Murray | 800 | 45.60 | 36,480.00 |
| Partner | Thomas C. Newkirk | 850 | 8.40 | 7,140.00 |
| Partner | Catherine Steege | 725 | 93.30 | 67,642.50 |
| Partner | Patrick J. Trostle | 725 | 517.10 | 374,897.50 |
| Associate | Sofia E. Biller | 325 | 0.70 | 227.50 |
| Associate | Anjan Choudhury | 475 | 458.40 | 217,740.00 |
| Associate | Grant R. Folland | 325 | 473.90 | 154,017.50 |
| Associate | Michelle A. Groman | 435 | 158.80 | 69,078.00 |
| Associate | Melissa M. Hinds | 495 | 2.60 | 1,287.00 |
| Associate | Asha V. Mathai | 400 | 59.00 | 23,600.00 |
| Associate | Sarah R. McNally | 325 | 48.70 | 15,827.50 |
| Asssociate | Andrew J. Olejnik | 475 | 10.00 | 4,750.00 |
| Associate | Tarsha A. Phillibert | 400 | 0.50 | 200.00 |
| Associate | Shorge K. Sato | 495 | 0.10 | 49.50 |
| Associate | Thomas M. Winegar | 325 | 212.80 | 69,160.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 3.10 | 837.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 8.80 | 2,376.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 14.40 | 3,888.00 |
| Paralegal | Cleopatra S. Murray | 230 | 1.30 | 299.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 30.20 | 6,946.00 |
| Paralegal | Christopher R. Ward | 255 | 32.00 | 8,160.00 |
| Project Assistant | Samuel C. Gray | 170 | 1.00 | 170.00 |
| Project Assistant | Emily A. Flores | 160 | 22.2 | 3,552.00 |
| Project Assistant | Yong Joon Lee | 160 | 17.00 | 2,720.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 1.90 | 323.00 |
| Project Assistant | Lauren E. Wang | 160 | 10.10 | 1,616.00 |
| | **TOTAL** | | 2,590.50 | 1,323,374.00 |
| | **Less 10% Reduction** | | | (132,337.40) |
| | **Total Fees at Reduced Rate** | | | 1,191,036.60 |

6

Exhibit C
Summary of Project Matters

## MATTER NUMBER 10101   GENERAL BANKRUPTCY MATTERS & OTHER RESEARCH

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 0.40 | 300.00 |
| Partner | Matt D. Basil | 575 | 0.40 | 230.00 |
| Partner | Robert L. Byman | 800 | 7.20 | 5,760.00 |
| Partner | Jerome L. Epstein | 700 | 0.60 | 420.00 |
| Partner | Vincent E. Lazar | 700 | 2.80 | 1,960.00 |
| Partner | Heather D. McArn | 550 | 15.70 | 8,635.00 |
| Partner | Daniel R. Murray | 800 | 12.90 | 10,320.00 |
| Partner | Patrick J. Trostle | 725 | 18.40 | 13,340.00 |
| Associate | Angela M. Allen | 325 | 35.00 | 11,375.00 |
| Associate | Sofia E. Biller | 325 | 1.00 | 325.00 |
| Associate | Grant R. Folland | 325 | 13.70 | 4,452.50 |
| Associate | Andrew J. Olejnik | 475 | 41.20 | 19,570.00 |
| Associate | Sarah R. McNally | 325 | 4.30 | 1,397.50 |
| Associate | Andrew S. Nicoll | 475 | 1.00 | 475.00 |
| Associate | Tarsha A. Phillibert | 400 | 20.50 | 8,200.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 27.40 | 7,398.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 2.60 | 702.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 4.00 | 1,080.00 |
| Paralegal | Christopher R. Ward | 255 | 5.50 | 1,402.50 |
| Project Assistant | Emily A. Flores | 160 | 6.30 | 1,008.00 |
| Project Assistant | Marc Patterson | 170 | 5.40 | 918.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 97.50 | 16,575.00 |
| Project Assistant | Lauren E. Wang | 160 | 0.50 | 80.00 |
| | **TOTAL** | | 324.30 | 115,923.50 |
| | **Less 10% Reduction** | | | (11,592.35) |
| | **Total Fees at Reduced Rate** | | | 104,331.15 |

## MATTER NUMBER 10128   COMMUNICATIONS & MEETINGS WITH PARTIES IN INTEREST

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 12.10 | 9,075.00 |
| Partner | Matt D. Basil | 575 | 2.90 | 1,667.50 |
| Partner | Robert L. Byman | 800 | 88.40 | 70,720.00 |
| Partner | Jerome L. Epstein | 700 | 10.30 | 7,210.00 |
| Partner | Marc B. Hankin | 725 | 7.80 | 5,655.00 |
| Partner | Tobias L. Knapp | 675 | 2.50 | 1,687.50 |
| Partner | Vincent E. Lazar | 700 | 10.50 | 7,350.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | David C. Layden | 575 | 2.70 | 1,552.50 |
| Partner | Alex Lipman | 700 | 8.00 | 5,600.00 |
| Partner | Ronald L. Marmer | 900 | 6.50 | 5,850.00 |
| Partner | Heather D. McArn | 550 | 27.90 | 15,345.00 |
| Partner | Daniel R. Murray | 800 | 20.90 | 16,720.00 |
| Partner | Thomas C. Newkirk | 850 | 12.80 | 10,880.00 |
| Partner | Catherine Steege | 725 | 1.00 | 725.00 |
| Partner | Patrick J. Trostle | 725 | 38.80 | 28,130.00 |
| Associate | Matthew R. Devine | 380 | 14.90 | 7,077.50 |
| Associate | Grant R. Folland | 325 | 0.60 | 195.00 |
| Associate | Andrew J. Olejnik | 475 | 1.60 | 760.00 |
| Associate | William P. Wallenstein | 400 | 11.00 | 4,400.00 |
| Paralegal | Christopher R. Ward | 255 | 9.00 | 2,295.00 |
| Project Assistant | Emily A. Flores | 160 | 2.00 | 320.00 |
| **TOTAL** | | | 292.20 | 203,215.00 |
| **Less 10% Reduction** | | | | (20,321,50) |
| **Total Fees at Reduced Rate** | | | | 182,893.50 |

MATTER NUMBER 10136  NON-WORKING TRAVEL TIME

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 61.90 | 57,257.50 |
| Partner | Matt D. Basil | 575 | 4.50 | 2,587.50 |
| Partner | Robert L. Byman | 800 | 38.80 | 31,040.00 |
| Partner | Jerome L. Epstein | 700 | 9.10 | 6,370.00 |
| Partner | Gabriel A. Fuentes | 575 | 55.30 | 31,797.50 |
| Partner | Brent E. Kidwell | 525 | 10.00 | 5,250.00 |
| Partner | Thomas C. Newkirk | 850 | 4.80 | 4,080.00 |
| Partner | Daniel R. Murray | 800 | 15.00 | 12,000.00 |
| Partner | Vincent E. Lazar | 700 | 23.30 | 16,310.00 |
| Partner | David C. Layden | 575 | 35.80 | 20,585.00 |
| Associate | Anjan Choudhury | 475 | 2.00 | 950.00 |
| Associate | Grant R. Folland | 325 | 15.50 | 5,037.50 |
| Associate | Stacy S. Jakobe | 525 | 30.00 | 15,750.00 |
| Associate | Jennifer M. Lawson | 525 | 19.60 | 10,290.00 |
| Associate | Elizabeth L. Liebschutz | 370 | 8.00 | 2,960.00 |
| Associate | Matthew J. Mason | 325 | 21.60 | 7,020.00 |
| Associate | Sarah R. McNally | 325 | 18.40 | 5,980.00 |
| Associate | Christopher V. Meservy | 325 | 28.50 | 9,262.50 |
| Associate | Laura E. Pelanek | 475 | 39.10 | 18,572.50 |
| Associate | Adam C.G. Ringguth | 325 | 24.80 | 8,060.00 |

Exhibit C<br>Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---:|---:|---:|
| Associate | Shorge K. Sato | 495 | 2.50 | 1,237.50 |
| Associate | Eric J. Schwab | 370 | 19.00 | 7,030.00 |
| Associate | Richard M. Wallace | 325 | 9.90 | 3,217.50 |
| Associate | William P. Wallenstein | 400 | 52.00 | 20,800.00 |
| Associate | Jacob P. Zipfel | 325 | 26.30 | 8,547.50 |
| | **TOTAL** | | 575.70 | 311,992.50 |
| | **Less 10% Reduction** | | | (31,199.25) |
| | **Reduced Rate** | | | 280,793.25 |
| | **Less 50% Reduction** | | | (140,396.62) |
| | **Total Fees at Reduced Rate** | | | 140,396.63 |

MATTER NUMBER 10144  DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Rate | Time | Amount |
|---|---|---:|---:|---:|
| Partner | Stephen Ascher | 750 | 5.80 | 4,350.00 |
| Partner | Matt D. Basil | 575 | 159.40 | 91,655.00 |
| Partner | Robert L. Byman | 800 | 121.40 | 97,120.00 |
| Partner | Jerome L. Epstein | 700 | 25.30 | 17,710.00 |
| Partner | Marc B. Hankin | 725 | 5.60 | 4,060.00 |
| Partner | Mark R. Heilbrun | 900 | 43.20 | 38,880.00 |
| Partner | Brent E. Kidwell | 525 | 73.20 | 38,430.00 |
| Partner | Vincent E. Lazar | 700 | 13.60 | 9,520.00 |
| Partner | David C. Layden | 575 | 3.60 | 2,070.00 |
| Partner | Alex Lipman | 700 | 23.50 | 16,450.00 |
| Partner | James T. Malysiak | 625 | 3.00 | 1,875.00 |
| Partner | Ronald L. Marmer | 900 | 9.10 | 8,190.00 |
| Partner | Heather D. McArn | 550 | 154.80 | 85,140.00 |
| Partner | Daniel R. Murray | 800 | 66.50 | 53,200.00 |
| Partner | Thomas C. Newkirk | 850 | 0.80 | 680.00 |
| Partner | Suzanne J. Prysak | 575 | 3.00 | 1,725.00 |
| Partner | Catherine Steege | 725 | 2.80 | 2,030.00 |
| Partner | Seth A. Travis | 575 | 169.00 | 97,175.00 |
| Partner | Patrick J. Trostle | 725 | 85.00 | 61,625.00 |
| Associate | Angela M. Allen | 325 | 2.80 | 910.00 |
| Associate | Chad E. Bell | 400 | 3.40 | 1,360.00 |
| Associate | Sofia E. Biller | 325 | 10.90 | 3,542.50 |
| Associate | Cori F. Brown | 400 | 13.50 | 5,400.00 |
| Associate | Jessica A. Burke | 325 | 4.50 | 1,462.50 |
| Associate | Anjan Choudhury | 475 | 5.00 | 2,375.00 |
| Associate | Tiffany E. Clements | 325 | 15.40 | 5,005.00 |
| Associate | Jonathan D. Conley | 325 | 17.70 | 5,752.50 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---:|---:|---:|
| Associate | Matthew R. Devine | 475 | 219.50 | 104,262.50 |
| Associate | Shelley K. Dufford | 370 | 10.50 | 3,885.00 |
| Associate | Melissa C. Fogerty | 435 | 8.20 | 3,567.00 |
| Associate | Grant R. Folland | 325 | 145.40 | 47,255.00 |
| Associate | Anne M. Gardner | 325 | 12.40 | 4,030.00 |
| Associate | Michelle A. Groman | 435 | 1.30 | 565.50 |
| Associate | Melissa M. Hinds | 495 | 0.40 | 198.00 |
| Associate | Sean J. Hartigan | 495 | 1.90 | 940.50 |
| Associate | Sean C. Herring | 435 | 9.50 | 4,132.50 |
| Associate | Omar Jafri | 325 | 12.80 | 4,160.00 |
| Associate | Andrew D. Kennedy | 325 | 16.80 | 5,460.00 |
| Associate | Jennifer M. Lawson | 525 | 2.80 | 1,470.00 |
| Associate | Rodney L. Lewis | 400 | 332.30 | 132,920.00 |
| Associate | Elizabeth L. Liebschutz | 370 | 16.60 | 6,142.00 |
| Associate | Matthew J. Mason | 325 | 63.40 | 20,605.00 |
| Associate | Asha V. Mathai | 400 | 13.60 | 5,440.00 |
| Associate | Sarah R. McNally | 325 | 10.60 | 3,445.00 |
| Associate | Christopher V. Meservy | 325 | 44.40 | 14,430.00 |
| Associate | Jodi K. Newman | 370 | 1.50 | 555.00 |
| Associate | Andrew S. Nicoll | 475 | 1.30 | 617.50 |
| Associate | Andrew J. Olejnik | 475 | 54.50 | 25,887.50 |
| Associate | Laura E. Pelanek | 475 | 19.20 | 9,120.00 |
| Associate | Tarsha A. Phillibert | 400 | 79.70 | 31,880.00 |
| Associate | Keith V. Porapaiboon | 525 | 5.70 | 2,992.50 |
| Associate | John M. Power | 325 | 50.80 | 16,510.00 |
| Associate | Landon S. Raiford | 325 | 0.80 | 260.00 |
| Associate | Adam C.G. Ringruth | 325 | 70.10 | 22,782.50 |
| Associate | Aaron-Michael H. Sapp | 325 | 35.80 | 11,635.00 |
| Associate | Shorge K. Sato | 495 | 0.60 | 297.00 |
| Associate | Trevor F. Schrage | 325 | 9.40 | 3,055.00 |
| Associate | Eric J. Schwab | 370 | 46.60 | 17,242.00 |
| Associate | Valery K. Slosman | 325 | 9.60 | 3,120.00 |
| Associate | Sarah F. Terman | 325 | 3.00 | 975.00 |
| Associate | Richard M. Wallace | 325 | 10.10 | 3,282.50 |
| Associate | William P. Wallenstein | 400 | 69.40 | 27,760.00 |
| Associate | Thomas M. Winegar | 325 | 3.20 | 1,040.00 |
| Associate | Jacob P. Zipfel | 325 | 3.20 | 1,040.00 |
| Technology Assistant | Daniel B. Biemer | 275 | 126.80 | 34,870.00 |
| Technology Assistant | Kelly A. Laughran | 275 | 18.40 | 5,060.00 |
| Technology Assistant | Lori I. Manheimer | 275 | 420.00 | 115,500.00 |
| Technology Assistant | Zulaikha Master | 275 | 97.70 | 26,867.50 |
| Senior Paralegal | Shawn K. McGee | 270 | 203.70 | 54,999.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Mark R. Scholl | 270 | 65.00 | 17,550.00 |
| Research Librarian | Lisa A. Ross | 260 | 3.30 | 858.00 |
| Research Librarian | Mary E. Ruddy | 260 | 0.30 | 78.00 |
| Paralegal | Aubrey L. Rettig | 255 | 197.50 | 50,362.50 |
| Paralegal | Cleopatra S. Murray | 230 | 80.10 | 18,423.00 |
| Paralegal | Daniel K. Morgan | 230 | 9.50 | 2,185.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 0.50 | 115.00 |
| Paralegal | Christopher R. Ward | 255 | 295.50 | 75,352.50 |
| Project Assistant | Joseph M. Conley | 170 | 168.70 | 28,679.00 |
| Project Assistant | Emily A. Flores | 160 | 147.20 | 23,552.00 |
| Project Assistant | Daniel O. Garcia | 160 | 8.10 | 1,296.00 |
| Project Assistant | Panagiota Ramos | 170 | 37.20 | 6,324.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 102.10 | 17,357.00 |
| Project Assistant | Lauren E. Wang | 160 | 2.70 | 432.00 |
| **TOTAL** | | | 4,423.00 | 1,680,512.50 |
| **Less 10% Reduction** | | | | (168,051.25) |
| **Total Fees at Reduced Rate** | | | | 1,512,461.25 |

MATTER NUMBER 10152   BILLING AND FEE APPLICATIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Vincent E. Lazar | 700 | 1.40 | 980.00 |
| Partner | Heather D. McArn | 550 | 1.60 | 880.00 |
| Partner | Daniel R. Murray | 800 | 51.10 | 40,880.00 |
| Partner | Thomas C. Newkirk | 850 | 0.50 | 425.00 |
| Partner | Patrick J. Trostle | 725 | 2.10 | 1,522.50 |
| Associate | Angela M. Allen | 325 | 0.60 | 195.00 |
| Associate | Melissa C. Fogerty | 435 | 0.40 | 174.00 |
| Associate | Sean J. Hartigan | 495 | 0.80 | 396.00 |
| Associate | Melissa M. Hinds | 495 | 1.90 | 940.50 |
| Associate | Andrew J. Olejnik | 475 | 215.20 | 102,220.00 |
| Associate | Laura E. Pelanek | 475 | 0.20 | 95.00 |
| Associate | Aaron-Michael H. Sapp | 325 | 0.10 | 32.50 |
| Associate | Shorge K. Sato | 495 | 0.20 | 99.00 |
| Associate | William P. Wallenstein | 400 | 2.40 | 960.00 |
| Associate | Thomas M. Winegar | 325 | 0.20 | 65.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 107.10 | 28,917.00 |
| Senior Paralegal | Jessica M. Merkouris | 270 | 13.90 | 3,753.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 0.70 | 189.00 |
| Paralegal | Daniel R. Gross | 255 | 30.70 | 7,828.50 |
| Paralegal | Cleopatra S. Murray | 230 | 0.10 | 23.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Paralegal | Aubrey L. Rettig | 255 | 11.40 | 2,907.00 |
| Paralegal | Christopher R. Ward | 255 | 0.40 | 102.00 |
| Project Assistant | Joseph M. Conley | 170 | 1.00 | 170.00 |
| Project Assistant | Emily A. Flores | 160 | 2.50 | 400.00 |
| TOTAL | | | 446.50 | 194,154.00 |
| Less 10% Reduction | | | | (19,415.40) |
| Total Fees at Reduced Rate | | | | 174,738.60 |

MATTER NUMBER 10160  CONSULTATION WITH FINANCIAL ADVISORS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 21.60 | 16,200.00 |
| Partner | Matt D. Basil | 575 | 29.00 | 16,675.00 |
| Partner | Robert L. Byman | 800 | 88.40 | 70,720.00 |
| Partner | Jerome L. Epstein | 700 | 17.60 | 12,320.00 |
| Partner | Gabriel A. Fuentes | 575 | 2.40 | 1,380.00 |
| Partner | Marc B. Hankin | 725 | 67.40 | 48,865.00 |
| Partner | Brent E. Kidwell | 525 | 1.50 | 787.50 |
| Partner | Tobias L. Knapp | 675 | 1.80 | 1,215.00 |
| Partner | Vincent E. Lazar | 700 | 16.60 | 11,620.00 |
| Partner | David C. Layden | 575 | 24.70 | 14,202.50 |
| Partner | Alex Lipman | 700 | 29.10 | 20,370.00 |
| Partner | James T. Malysiak | 625 | 7.50 | 4,687.50 |
| Partner | Ronald L. Marmer | 900 | 33.20 | 29,880.00 |
| Partner | Heather D. McArn | 550 | 92.90 | 5,1095.00 |
| Partner | Daniel R. Murray | 800 | 107.10 | 85,680.00 |
| Partner | Thomas C. Newkirk | 850 | 19.00 | 16,150.00 |
| Partner | Suzanne J. Prysak | 575 | 1.80 | 1,035.00 |
| Partner | Catherine Steege | 725 | 8.90 | 6,452.50 |
| Partner | Patrick J. Trostle | 725 | 36.90 | 26,752.50 |
| Associate | Angela M. Allen | 325 | 1.40 | 455.00 |
| Associate | Chad E. Bell | 400 | 0.50 | 200.00 |
| Associate | Sofia E. Biller | 325 | 0.80 | 260.00 |
| Associate | Matthew R. Devine | 475 | 36.30 | 17,242.50 |
| Associate | Melissa C. Fogerty | 435 | 1.10 | 478.50 |
| Associate | Grant R. Folland | 325 | 31.40 | 10,205.00 |
| Associate | Rodney L. Lewis | 400 | 1.00 | 400.00 |
| Associate | Andrew J. Olejnik | 475 | 55.50 | 26,362.50 |
| Associate | Laura E. Pelanek | 475 | 2.20 | 1,045.00 |
| Associate | Shorge K. Sato | 495 | 2.80 | 1,386.00 |
| Associate | Tarsha A. Phillibert | 400 | 6.50 | 2,600.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | William P. Wallenstein | 400 | 1.20 | 480.00 |
| Associate | Thomas M. Winegar | 325 | 1.30 | 422.50 |
| Technology Assistant | Lori I. Manheimer | 275 | 18.10 | 4,977.50 |
| Technology Assistant | Zulaikha Master | 275 | 0.70 | 192.50 |
| Senior Paralegal | Michael H. Matlock | 270 | 7.50 | 2,025.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 18.10 | 4,887.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 1.70 | 459.00 |
| Paralegal | Cleopatra S. Murray | 230 | 0.30 | 69.00 |
| Paralegal | Christopher R. Ward | 255 | 24.10 | 6,145.50 |
| Project Assistant | Emily A. Flores | 160 | 3.90 | 624.00 |
| Project Assistant | Panagiota Ramos | 170 | 2.00 | 340.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 12.30 | 2,091.00 |
| **TOTAL** | | | 838.10 | 519,435.00 |
| **Less 10% Reduction** | | | | (51,943.50) |
| **Total Fees at Reduced Rate** | | | | 467,491.50 |

MATTER NUMBER 10187   WITNESS INTERVIEWS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 10.60 | 7,950.00 |
| Partner | Matt D. Basil | 575 | 16.90 | 9,717.50 |
| Partner | Robert L. Byman | 800 | 127.40 | 101,920.00 |
| Partner | Jerome L. Epstein | 700 | 0.40 | 280.00 |
| Partner | Marc B. Hankin | 725 | 13.70 | 9,932.50 |
| Partner | Vincent E. Lazar | 700 | 2.60 | 1,820.00 |
| Partner | David C. Layden | 575 | 1.20 | 690.00 |
| Partner | Alex Lipman | 700 | 0.70 | 490.00 |
| Partner | Ronald L. Marmer | 900 | 0.50 | 450.00 |
| Partner | Heather D. McArn | 550 | 10.10 | 5,555.00 |
| Partner | Daniel R. Murray | 800 | 15.90 | 12,720.00 |
| Partner | Thomas C. Newkirk | 850 | 3.10 | 2,635.00 |
| Partner | Patrick J. Trostle | 725 | 21.70 | 15,732.50 |
| Associate | Sofia E. Biller | 325 | 8.70 | 2,827.50 |
| Associate | Matthew R. Devine | 475 | 127.10 | 60,372.50 |
| Associate | Grant R. Folland | 325 | 29.10 | 9,457.50 |
| Associate | Jennifer M. Lawson | 525 | 127.00 | 66,675.00 |
| Associate | Rodney L. Lewis | 400 | 24.70 | 9,880.00 |
| Associate | Elizabeth Liebschutz | 370 | 104.90 | 38,813.00 |
| Associate | Christopher V. Meservy | 325 | 9.90 | 3,217.50 |
| Associate | Andrew J. Olejnik | 475 | 72.80 | 34,580.00 |
| Associate | Shorge K. Sato | 495 | 8.10 | 4,009.50 |

13

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | William P. Wallenstein | 400 | 0.10 | 40.00 |
| Associate | Thomas M. Winegar | 325 | 0.30 | 97.50 |
| Technology Assistant | Daniel Biemer | 275 | 5.10 | 1,402.50 |
| Senior Paralegal | Michael H. Matlock | 270 | 0.10 | 27.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 53.20 | 14,364.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 4.50 | 1,215.00 |
| Research Librarian | Mary E. Ruddy | 260 | 1.50 | 390.00 |
| Paralegal | Cleopatra S. Murray | 230 | 143.30 | 32,959.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 3.90 | 897.00 |
| Paralegal | Christopher R. Ward | 255 | 67.10 | 17,110.50 |
| Project Assistant | Joseph M. Conley | 170 | 8.10 | 1,377.00 |
| Project Assistant | Emily A. Flores | 160 | 99.60 | 15,936.00 |
| Project Assistant | Panagiota Ramos | 170 | 5.70 | 969.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 23.40 | 3,978.00 |
| **TOTAL** | | | 1,153.00 | 490,487.50 |
| **Less 10% Reduction** | | | | (49,048.75) |
| **Total Fees at Reduced Rate** | | | | 441,438.75 |

MATTER NUMBER 10195   INVESTIGATION PLANNING AND COORDINATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 30.00 | 22,500.00 |
| Partner | Matt D. Basil | 575 | 124.40 | 71,530.00 |
| Partner | Robert L. Byman | 800 | 99.90 | 79,920.00 |
| Partner | Jerome L. Epstein | 700 | 21.80 | 15,260.00 |
| Partner | Gabriel A. Fuentes | 575 | 6.00 | 3,450.00 |
| Partner | Ronald L. Marmer | 900 | 24.50 | 22,050.00 |
| Partner | Daniel R. Murray | 800 | 72.70 | 58,160.00 |
| Partner | Marc B. Hankin | 725 | 27.30 | 19,792.50 |
| Partner | Vincent E. Lazar | 700 | 45.00 | 31,500.00 |
| Partner | David C. Layden | 575 | 29.10 | 16,732.50 |
| Partner | Alex Lipman | 700 | 14.70 | 10,290.00 |
| Partner | James T. Malysiak | 625 | 15.60 | 9,750.00 |
| Partner | Heather D. McArn | 550 | 55.50 | 30,525.00 |
| Partner | Thomas C. Newkirk | 800 | 18.10 | 15,385.00 |
| Partner | Suzanne J. Prysak | 575 | 1.00 | 575.00 |
| Partner | Catherine Steege | 725 | 26.60 | 19,285.00 |
| Partner | Seth A. Travis | 575 | 0.80 | 460.00 |
| Partner | Patrick J. Trostle | 725 | 34.80 | 25,230.00 |
| Associate | Angela M. Allen | 325 | 4.30 | 1,397.50 |
| Associate | Chad E. Bell | 400 | 5.50 | 2,200.00 |

14

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Sofia E. Biller | 325 | 1.00 | 325.00 |
| Associate | Anjan Choudhury | 475 | 8.40 | 3,990.00 |
| Associate | Tiffany E. Clements | 325 | 1.00 | 325.00 |
| Associate | Jonathan D. Conley | 325 | 1.00 | 325.00 |
| Associate | Matthew R. Devine | 475 | 121.00 | 57,475.00 |
| Associate | Shelley K. Dufford | 370 | 1.00 | 370.00 |
| Associate | Melissa C. Fogerty | 435 | 6.00 | 2,610.00 |
| Associate | Grant R. Folland | 325 | 9.30 | 3,022.50 |
| Associate | Anne M. Gardner | 325 | 1.00 | 325.00 |
| Associate | Michelle A. Groman | 435 | 4.40 | 1,914.00 |
| Associate | Sean J. Hartigan | 495 | 6.30 | 3,118.50 |
| Associate | Sean C. Herring | 435 | 3.80 | 1,653.00 |
| Associate | Melissa M. Hinds | 495 | 6.70 | 3,316.50 |
| Associate | Omar Jafri | 325 | 7.50 | 2,437.50 |
| Associate | Stacy S. Jakobe | 525 | 1.00 | 525.00 |
| Associate | Andrew D. Kennedy | 325 | 1.00 | 325.00 |
| Associate | Jennifer M. Lawson | 525 | 5.50 | 2,887.50 |
| Associate | Rodney L. Lewis | 400 | 7.20 | 2,880.00 |
| Associate | Elizabeth L. Liebschutz | 370 | 7.80 | 2,886.00 |
| Associate | Matthew J. Mason | 325 | 1.00 | 325.00 |
| Associate | Asha V. Mathai | 400 | 1.00 | 400.00 |
| Associate | Sarah R. McNally | 325 | 2.80 | 910.00 |
| Associate | Christopher M. Meservy | 325 | 5.50 | 1,787.50 |
| Associate | Jodi K. Newman | 370 | 4.30 | 1,591.00 |
| Associate | Andrew S. Nicoll | 475 | 3.50 | 1,662.50 |
| Associate | Andrew J. Olejnik | 475 | 103.20 | 49,020.00 |
| Associate | Laura E. Pelanek | 475 | 4.00 | 1,900.00 |
| Associate | Tarsha A. Phillibert | 400 | 1.00 | 400.00 |
| Associate | Keith V. Porapaiboon | 525 | 1.00 | 525.00 |
| Associate | John M. Power | 325 | 10.00 | 3,250.00 |
| Associate | Landon S. Raiford | 325 | 5.80 | 1,885.00 |
| Associate | Adam C.G. Ringguth | 325 | 6.50 | 2,112.50 |
| Associate | Aaron-Michael H. Sapp | 325 | 1.00 | 325.00 |
| Associate | Trevor F. Schrage | 325 | 1.00 | 325.00 |
| Associate | Eric J. Schwab | 370 | 1.00 | 370.00 |
| Associate | Valery K. Slosman | 325 | 1.00 | 325.00 |
| Associate | Sarah F. Terman | 325 | 9.20 | 2,990.00 |
| Associate | Andrew W. Vail | 495 | 2.50 | 1,237.50 |
| Associate | William P. Wallenstein | 400 | 5.00 | 2,000.00 |
| Associate | Brian J. Wilson | 370 | 0.90 | 333.00 |
| Associate | Thomas M. Winegar | 325 | 5.30 | 1,722.50 |
| Associate | Jacob P. Zipfel | 325 | 5.90 | 1,917.50 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Shawn K. McGee | 270 | 18.90 | 5,103.00 |
| Senior Paralegal | Mark R. Scholl | 270 | 33.50 | 9,045.00 |
| Paralegal | Aubrey L. Rettig | 255 | 1.00 | 255.00 |
| Paralegal | Cleopatra S. Murray | 230 | 4.90 | 1,127.00 |
| Paralegal | Christopher R. Ward | 255 | 37.00 | 9,435.00 |
| Project Assistant | Emily A. Flores | 160 | 52.50 | 8,400.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 29.00 | 4,930.00 |
| Project Assistant | Lauren E. Wang | 160 | 24.70 | 3,952.00 |
| | **TOTAL** | | 1,242.40 | 666,264.00 |
| | **Less 10% Reduction** | | | -66,626.40 |
| | **Total Fees at Reduced Rate** | | | 599,637.60 |

16