# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

<u>Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement</u>

| Description | Amount |
|---|---|
| Photocopy | $96,342.79 |
| Network Printing | $23,408.64 |
| Teleconference Services | $1,047.93 |
| UPS Overnight Delivery | $4,231.14 |
| In-City Transportation | $9,659.05 |
| Airfare | $63,306.00 |
| Hotel | $76,477.67 |
| Out of Town Travel - Miscellaneous Expenses | $3,908.65 |
| Business Meal Expenses | $14,089.67 |
| Lexis Research | $16,945.47 |
| Westlaw Research | $29,465.44 |
| Strategic Legal Solutions - Contract Attorneys | $67,494.65 |
| Other | $22,715.94 |
| **TOTAL EXPENSES** | **$429,093.04** |