## **EXHIBIT B**

Summary of time and fees recorded from

February 6, 2009- May 31, 2009

DUFF & PHELPS

Summary of Time Recorded From February 6, 2009 - May 31, 2009
For Services Provided to the Lehman Examiner

| Matter Number | Matter Description | Hours | Fees | Discounted Fees |
|---|---|---|---|---|
| 100 | Analysis of Risk Management | 697.3 | $354,156.00 | $318,740.40 |
| 200 | Asset Valuation | 380.0 | $243,594.00 | $219,234.60 |
| 300 | Bank and Other Third-Party Transactions | 723.9 | $554,729.25 | $499,256.33 |
| 400 | Barclays Transactions | 298.3 | $229,642.75 | $206,678.48 |
| 500 | Case Administration | 463.5 | $252,815.75 | $227,534.18 |
| 600 | Commercial and Residential Real Estate Analysis | 1,427.9 | $740,794.25 | $666,714.83 |
| 700 | Compensation | 229.3 | $117,551.00 | $105,795.90 |
| 800 | Cross-Team Communications, Planning and Coordination | 699.8 | $489,456.75 | $440,511.08 |
| 900 | Data and Document Management and Analysis | 1,719.1 | $996,138.25 | $896,524.43 |
| 1000 | Governance and Fiduciary Duty Issues | 2,107.7 | $1,282,426.50 | $1,154,183.85 |
| 1100 | Intercompany Transfers | 842.2 | $592,213.25 | $532,991.93 |
| 1200 | Liquidity, Credit, other Financial Analysis | 2,568.8 | $1,439,581.00 | $1,295,622.90 |
| 1300 | Non-Working Travel Time | 500.6 | $308,576.00 | $277,718.40 |
| 1400 | Project Infrastructure | 539.8 | $326,527.00 | $293,874.30 |
| 1500 | Solvency and Capital Adequacy | 2,621.5 | $1,555,400.00 | $1,399,860.00 |
| 1600 | Systems Analysis | 1,316.0 | $870,782.75 | $783,704.48 |
| 1700 | Witness Interviews | 399.8 | $283,090.50 | $254,781.45 |
| | **Total For All Matters** | **17,535.2** | **$10,637,475.00** | **$9,573,727.50** |
| | Less: 50% of Non-Working Travel | | | ($138,859.20) |
| | Duff & Phelps' Adjusted Fees | | | $9,434,868.30 |
| | Blended Hourly Rate | | | $538.05 |