# **EXHIBIT C**

Schedule of Professionals

Summary of Time Recorded From February 6, 2009 - May 31, 2009
For Services Provided to the Lehman Examiner

| Professional[1] | Feb-March Rate[2,3,4] | April-May Rate[2,3,4] | Hours | Fees | Discounted Fees |
|---|---|---|---|---|---|
| **Managing Director** | | | | | |
| Jerry Arcy | $805 | $835 | 63.9 | $52,393.50 | $47,154.15 |
| Margaret Daley | $805 | $835 | 410.1 | $336,208.50 | $302,587.65 |
| Bruce Dubinsky | $805 | $835 | 261.3 | $211,533.25 | $190,379.93 |
| Gregory Higgins | $805 | $835 | 58.0 | $48,034.00 | $43,230.60 |
| Thomas Kabler | N/A | $835 | 38.7 | $32,314.50 | $29,083.05 |
| David Larsen | $920 | N/A | 6.0 | $5,520.00 | $4,968.00 |
| Erik Laykin | $805 | $835 | 606.1 | $497,135.50 | $447,421.95 |
| John Levitske | $805 | N/A | 38.3 | $30,791.25 | $27,712.13 |
| Paul Marcus | $805 | $835 | 542.4 | $448,140.00 | $403,326.00 |
| Allen Pfeiffer | $805 | $835 | 849.1 | $695,575.25 | $626,017.73 |
| Joseph Pimbley | $920 | $955 | 652.1 | $612,885.50 | $551,596.95 |
| John Schrader | $920 | $955 | 358.1 | $336,072.25 | $302,465.03 |
| Michael Vitti | $805 | $835 | 684.8 | $562,247.00 | $506,022.30 |
| Adam Warren | $805 | $835 | 384.8 | $315,752.00 | $284,176.80 |
| Philip Wisler | $805 | $835 | 32.1 | $26,503.50 | $23,853.15 |
| **Managing Director Total** | | | **4,985.65** | **$4,211,106.00** | **$3,789,995.40** |
| **Senior Advisor** | | | | | |
| Karen Balmer | $805 | $835 | 276.9 | $230,803.50 | $207,723.15 |
| Roberto Mendoza | $805 | $835 | 9.2 | $7,505.25 | $6,754.73 |
| **Senior Advisor Total** | | | **286.05** | **$238,308.75** | **$214,477.88** |
| **Director** | | | | | |
| Kelly Caputo | $720 | $750 | 209.4 | $153,225.00 | $137,902.50 |
| Jaime D'Almeida | $720 | $750 | 353.8 | $262,989.00 | $236,690.10 |
| TC Fleming | N/A | $750 | 28.2 | $21,150.00 | $19,035.00 |
| Robert Maxim | N/A | $800 | 274.5 | $219,600.00 | $197,640.00 |
| Matthew Petrich | $720 | $750 | 123.0 | $89,490.00 | $80,541.00 |
| Andrew Taddei | N/A | $800 | 152.7 | $122,160.00 | $109,944.00 |
| **Director Total** | | | **1,141.6** | **$868,614.00** | **$781,752.60** |
| **Vice President** | | | | | |
| Aijun Besio | $580 | $595 | 433.9 | $256,534.00 | $230,880.60 |
| Luca Blasi | N/A | $595 | 147.5 | $87,762.50 | $78,986.25 |
| Robert Erlich | $580 | $595 | 597.1 | $351,634.00 | $316,470.60 |
| Erin Fairweather | N/A | $595 | 167.4 | $99,603.00 | $89,642.70 |
| Seth Fliegler | N/A | $595 | 293.9 | $174,870.50 | $157,383.45 |
| Eugene Grinberg | $695 | $725 | 201.0 | $143,064.00 | $128,757.60 |
| William Hrycay | $580 | $595 | 409.8 | $242,847.00 | $218,562.30 |
| Chetan Joshi | $580 | $595 | 499.3 | $293,849.00 | $264,464.10 |
| Zahra Kanji | N/A | $595 | 55.0 | $32,725.00 | $29,452.50 |
| Manasi Kapadia | N/A | $595 | 18.1 | $10,769.50 | $9,692.55 |
| Joe Leiwant | $580 | $595 | 836.2 | $491,684.50 | $442,516.05 |
| Cole Morgan | $580 | $595 | 639.7 | $377,882.50 | $340,094.25 |

Exhibit C - Page 1

Duff & Phelps

| Professional[1] | Feb-March Rate[2,3,4] | April-May Rate[2,3,4] | Hours | Fees | Discounted Fees |
|---|---|---|---|---|---|
| Nicolas Nunez | $580 | $595 | 325.4 | $191,170.50 | $172,053.45 |
| Santiago Rivera | $580 | $595 | 117.1 | $68,993.50 | $62,094.15 |
| Robert Sha | $580 | N/A | 27.7 | $16,066.00 | $14,459.40 |
| Anshul Shekhon | $695 | N/A | 13.5 | $9,382.50 | $8,444.25 |
| Joseph Thompson | N/A | $595 | 110.3 | $65,628.50 | $59,065.65 |
| **Vice President Total** | | | **4,892.8** | **$2,914,466.50** | **$2,623,019.85** |
| **Senior Associate** | | | | | |
| Orie Attas | $435 | $450 | 97.6 | $43,113.75 | $38,802.38 |
| Aya Bellicha | N/A | $450 | 34.4 | $15,480.00 | $13,932.00 |
| Akshay Bhargava | $435 | $450 | 355.3 | $159,204.00 | $143,283.60 |
| Timothy Byhre | $435 | $450 | 243.0 | $108,960.00 | $98,064.00 |
| Ambuj Chaudhary | N/A | $450 | 16.1 | $7,245.00 | $6,520.50 |
| Robert Daly | N/A | $450 | 58.9 | $26,505.00 | $23,854.50 |
| John Duvoisin | N/A | $450 | 228.7 | $102,915.00 | $92,623.50 |
| Daniel Eliades | $435 | $450 | 152.0 | $66,570.00 | $59,913.00 |
| Adam Fleming | N/A | $450 | 231.1 | $103,995.00 | $93,595.50 |
| Seth Fliegler | $435 | N/A | 248.8 | $108,228.00 | $97,405.20 |
| Gregory Irwin | $435 | $450 | 388.0 | $173,274.00 | $155,946.60 |
| Manasi Kapadia | $435 | N/A | 61.8 | $26,861.25 | $24,175.13 |
| Rick Lee | N/A | $450 | 31.0 | $13,950.00 | $12,555.00 |
| Anthony Lu | N/A | $450 | 15.4 | $6,930.00 | $6,237.00 |
| Christopher McShea | N/A | $450 | 159.1 | $71,595.00 | $64,435.50 |
| Mukund Narayanan | N/A | $545 | 128.9 | $70,250.50 | $63,225.45 |
| Barry Oglesby | N/A | $450 | 65.1 | $29,295.00 | $26,365.50 |
| Nicole Patterson | $435 | $450 | 302.0 | $134,161.50 | $120,745.35 |
| Prithvi Ramesh | N/A | $450 | 140.0 | $63,000.00 | $56,700.00 |
| Zain Saeed | $435 | $450 | 288.7 | $129,372.00 | $116,434.80 |
| Joseph Thompson | $435 | N/A | 27.6 | $12,006.00 | $10,805.40 |
| David Welch | $435 | N/A | 46.2 | $20,097.00 | $18,087.30 |
| **Senior Associate Total** | | | **3,319.6** | **$1,493,008.00** | **$1,343,707.20** |
| **Analyst** | | | | | |
| Susan Aveni | N/A | $315 | 191.7 | $60,385.50 | $54,346.95 |
| Ted Berklayd | N/A | $315 | 181.9 | $57,298.50 | $51,568.65 |
| Allison Busse | $305 | $315 | 140.5 | $43,991.75 | $39,592.58 |
| Alex Chalunkal | N/A | $315 | 44.1 | $13,891.50 | $12,502.35 |
| John Duvoisin | $305 | N/A | 107.3 | $32,726.50 | $29,453.85 |
| Benjamin Filton | N/A | $315 | 153.8 | $48,447.00 | $43,602.30 |
| Megan Goering | N/A | $315 | 183.5 | $57,802.50 | $52,022.25 |
| Maryann Gunaratnam | N/A | $315 | 72.9 | $22,963.50 | $20,667.15 |
| Justin Kao | $305 | $315 | 315.2 | $98,189.00 | $88,370.10 |
| Jonathan Lasker | N/A | $315 | 63.7 | $20,065.50 | $18,058.95 |
| Laura Lienemann | N/A | $315 | 33.5 | $10,552.50 | $9,497.25 |
| Ian Lunderskov | N/A | $315 | 241.0 | $75,915.00 | $68,323.50 |

Exhibit C - Page 2

| Professional[1] | Feb-March Rate[2,3,4] | April-May Rate[2,3,4] | Hours | Fees | Discounted Fees |
|---|---|---|---|---|---|
| Samantha Maresca | $305 | $315 | 323.2 | $101,090.00 | $90,981.00 |
| Brian Mcgrath | N/A | $315 | 313.8 | $98,847.00 | $88,962.30 |
| Ajay Patel | N/A | $315 | 145.8 | $45,927.00 | $41,334.30 |
| Rita Patierno | $305 | $315 | 319.8 | $99,372.00 | $89,434.80 |
| Sarah Wilyamowsky | N/A | $315 | 77.8 | $24,507.00 | $22,056.30 |
| **Analyst Total** | | | **2,909.5** | **$911,971.75** | **$820,774.58** |
| **Grand Total** | | | **17,535.2** | **$10,637,475.00** | **$9,573,727.50** |
| | | Less: 50% of Non-Working Travel | | | ($138,859.20) |
| | | **Duff & Phelps' Adjusted Fees** | | | **$9,434,868.30** |

Notes:
1. The following professionals appear in two categories because they were promoted as of April 1: Seth Fliegler, Joseph Thompson, Manasi Kapadia and John Duvoisin
2. Duff & Phelps increased its standard rates for all professionals as of April 1.
3. "N/A" represents a period where either a professional was not involved in the engagement or Duff & Phelps did not bill for his/her services.
4. The rates displayed in this Exhibit do not reflect Duff & Phelps' 10% voluntary reduction.

Exhibit C - Page 3