# **EXHIBIT D**

Summary by Project Matter

**Duff & Phelps**

Summary of Time Recorded From February 6, 2009 - May 31, 2009
For Services Provided to the Lehman Examiner

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| **Analysis of Risk Management** | | | |
| Susan Aveni | 122.8 | $38,682.00 | $34,813.80 |
| Aya Bellicha | 10.9 | $4,905.00 | $4,414.50 |
| Ted Berklayd | 95.9 | $30,208.50 | $27,187.65 |
| Akshay Bhargava | 19.0 | $8,550.00 | $7,695.00 |
| Alex Chalunkal | 3.5 | $1,102.50 | $992.25 |
| Ambuj Chaudhary | 3.1 | $1,395.00 | $1,255.50 |
| Margaret Daley | 1.2 | $1,002.00 | $901.80 |
| Robert Daly | 0.8 | $360.00 | $324.00 |
| Erin Fairweather | 33.5 | $19,932.50 | $17,939.25 |
| Benjamin Filton | 82.5 | $25,987.50 | $23,388.75 |
| Adam Fleming | 0.9 | $405.00 | $364.50 |
| Seth Fliegler | 0.5 | $217.50 | $195.75 |
| Chetan Joshi | 3.7 | $2,201.50 | $1,981.35 |
| Zahra Kanji | 7.0 | $4,165.00 | $3,748.50 |
| Erik Laykin | 2.7 | $2,254.50 | $2,029.05 |
| Joe Leiwant | 3.6 | $2,142.00 | $1,927.80 |
| Rick Lee | 2.0 | $900.00 | $810.00 |
| Ian Lunderskov | 18.6 | $5,859.00 | $5,273.10 |
| Paul Marcus | 17.8 | $14,863.00 | $13,376.70 |
| Robert Maxim | 50.9 | $40,720.00 | $36,648.00 |
| Brian Mcgrath | 33.8 | $10,647.00 | $9,582.30 |
| Cole Morgan | 14.1 | $8,389.50 | $7,550.55 |
| Mukund Narayanan | 24.4 | $13,298.00 | $11,968.20 |
| Allen Pfeiffer | 5.0 | $4,151.00 | $3,735.90 |
| Joseph Pimbley | 12.7 | $12,128.50 | $10,915.65 |
| Prithvi Ramesh | 26.2 | $11,790.00 | $10,611.00 |
| John Schrader | 51.8 | $49,364.00 | $44,427.60 |
| Andrew Taddei | 47.5 | $38,000.00 | $34,200.00 |
| Joseph Thompson | 0.9 | $535.50 | $481.95 |
| **Analysis of Risk Management Total** | **697.3** | **$354,156.00** | **$318,740.40** |
| **Asset Valuation** | | | |
| Aijun Besio | 33.8 | $20,001.50 | $18,001.35 |
| Akshay Bhargava | 12.5 | $5,512.50 | $4,961.25 |
| Timothy Byhre | 8.2 | $3,690.00 | $3,321.00 |
| Jaime D'Almeida | 31.0 | $23,097.00 | $20,787.30 |
| John Duvoisin | 5.3 | $2,385.00 | $2,146.50 |
| Robert Erlich | 66.4 | $39,145.00 | $35,230.50 |
| TC Fleming | 1.5 | $1,125.00 | $1,012.50 |
| Seth Fliegler | 0.7 | $416.50 | $374.85 |
| Eugene Grinberg | 3.4 | $2,465.00 | $2,218.50 |
| Manasi Kapadia | 5.0 | $2,175.00 | $1,957.50 |
| David Larsen | 6.0 | $5,520.00 | $4,968.00 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Erik Laykin | 1.8 | $1,503.00 | $1,352.70 |
| Joe Leiwant | 9.0 | $5,286.00 | $4,757.40 |
| John Levitske | 1.0 | $805.00 | $724.50 |
| Paul Marcus | 47.2 | $39,340.00 | $35,406.00 |
| Robert Maxim | 0.6 | $480.00 | $432.00 |
| Brian Mcgrath | 63.0 | $19,845.00 | $17,860.50 |
| Allen Pfeiffer | 26.2 | $21,451.00 | $19,305.90 |
| Joseph Pimbley | 36.3 | $34,229.00 | $30,806.10 |
| Santiago Rivera | 5.5 | $3,197.50 | $2,877.75 |
| Andrew Taddei | 0.6 | $480.00 | $432.00 |
| Joseph Thompson | 0.7 | $304.50 | $274.05 |
| Michael Vitti | 11.7 | $9,769.50 | $8,792.55 |
| Adam Warren | 0.6 | $501.00 | $450.90 |
| David Welch | 2.0 | $870.00 | $783.00 |
| **Asset Valuation Total** | **380.0** | **$243,594.00** | **$219,234.60** |
| **Bank and Other Third-Party Transactions** | | | |
| Akshay Bhargava | 17.0 | $7,500.00 | $6,750.00 |
| Allison Busse | 1.2 | $378.00 | $340.20 |
| Timothy Byhre | 19.1 | $8,595.00 | $7,735.50 |
| Margaret Daley | 0.4 | $334.00 | $300.60 |
| TC Fleming | 26.7 | $20,025.00 | $18,022.50 |
| Seth Fliegler | 0.2 | $87.00 | $78.30 |
| Eugene Grinberg | 107.4 | $76,908.00 | $69,217.20 |
| Gregory Higgins | 2.4 | $2,004.00 | $1,803.60 |
| Chetan Joshi | 5.5 | $3,272.50 | $2,945.25 |
| Manasi Kapadia | 57.7 | $26,971.50 | $24,274.35 |
| Erik Laykin | 1.6 | $1,336.00 | $1,202.40 |
| Joe Leiwant | 14.0 | $8,178.50 | $7,360.65 |
| Brian Mcgrath | 9.4 | $2,961.00 | $2,664.90 |
| Christopher McShea | 27.9 | $12,555.00 | $11,299.50 |
| Roberto Mendoza | 1.0 | $805.00 | $724.50 |
| Cole Morgan | 12.6 | $7,497.00 | $6,747.30 |
| Allen Pfeiffer | 34.2 | $27,748.75 | $24,973.88 |
| Joseph Pimbley | 279.2 | $262,436.00 | $236,192.40 |
| Santiago Rivera | 7.6 | $4,477.00 | $4,029.30 |
| John Schrader | 4.0 | $3,680.00 | $3,312.00 |
| Joseph Thompson | 1.0 | $595.00 | $535.50 |
| Michael Vitti | 1.5 | $1,237.50 | $1,113.75 |
| Adam Warren | 92.3 | $75,147.50 | $67,632.75 |
| **Bank and Other Third-Party Transactions Total** | **723.9** | **$554,729.25** | **$499,256.33** |
| **Barclays Transactions** | | | |
| Timothy Byhre | 25.6 | $11,520.00 | $10,368.00 |
| Margaret Daley | 0.5 | $417.50 | $375.75 |
| Robert Erlich | 16.8 | $9,744.00 | $8,769.60 |

DUFF&PHELPS

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Eugene Grinberg | 53.2 | $37,310.00 | $33,579.00 |
| Joe Leiwant | 8.5 | $5,017.00 | $4,515.30 |
| Brian Mcgrath | 5.4 | $1,701.00 | $1,530.90 |
| Christopher McShea | 3.5 | $1,575.00 | $1,417.50 |
| Cole Morgan | 14.8 | $8,806.00 | $7,925.40 |
| Allen Pfeiffer | 13.0 | $10,586.75 | $9,528.08 |
| Joseph Pimbley | 124.9 | $116,462.00 | $104,815.80 |
| Philip Wisler | 32.1 | $26,503.50 | $23,853.15 |
| **Barclays Transactions Total** | **298.3** | **$229,642.75** | **$206,678.48** |
| **Case Administration** | | | |
| Orie Attas | 5.5 | $2,404.50 | $2,164.05 |
| Susan Aveni | 4.6 | $1,449.00 | $1,304.10 |
| Karen Balmer | 0.8 | $668.00 | $601.20 |
| Ted Berklayd | 6.4 | $2,016.00 | $1,814.40 |
| Akshay Bhargava | 9.7 | $4,354.50 | $3,919.05 |
| Luca Blasi | 0.3 | $178.50 | $160.65 |
| Allison Busse | 0.3 | $76.25 | $68.63 |
| Kelly Caputo | 59.4 | $44,178.00 | $39,760.20 |
| Margaret Daley | 8.2 | $6,847.00 | $6,162.30 |
| Bruce Dubinsky | 2.0 | $1,670.00 | $1,503.00 |
| John Duvoisin | 12.0 | $5,124.50 | $4,612.05 |
| Robert Erlich | 5.3 | $3,153.50 | $2,838.15 |
| Erin Fairweather | 4.7 | $2,796.50 | $2,516.85 |
| Benjamin Filton | 4.1 | $1,291.50 | $1,162.35 |
| Seth Fliegler | 30.0 | $16,762.00 | $15,085.80 |
| Megan Goering | 0.5 | $157.50 | $141.75 |
| Eugene Grinberg | 1.0 | $725.00 | $652.50 |
| Gregory Higgins | 1.2 | $1,002.00 | $901.80 |
| William Hrycay | 1.7 | $1,001.00 | $900.90 |
| Gregory Irwin | 1.1 | $483.00 | $434.70 |
| Chetan Joshi | 3.1 | $1,844.50 | $1,660.05 |
| Manasi Kapadia | 1.9 | $980.75 | $882.68 |
| Erik Laykin | 15.1 | $12,313.25 | $11,081.93 |
| Joe Leiwant | 67.9 | $40,295.50 | $36,265.95 |
| Rick Lee | 0.8 | $360.00 | $324.00 |
| Anthony Lu | 0.8 | $360.00 | $324.00 |
| Ian Lunderskov | 1.1 | $346.50 | $311.85 |
| Paul Marcus | 3.0 | $2,505.00 | $2,254.50 |
| Samantha Maresca | 35.2 | $11,033.00 | $9,929.70 |
| Brian Mcgrath | 7.2 | $2,268.00 | $2,041.20 |
| Christopher McShea | 1.3 | $585.00 | $526.50 |
| Cole Morgan | 7.0 | $4,165.00 | $3,748.50 |
| Mukund Narayanan | 1.8 | $981.00 | $882.90 |
| Barry Oglesby | 0.8 | $360.00 | $324.00 |
| Ajay Patel | 8.2 | $2,583.00 | $2,324.70 |

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Rita Patierno | 35.7 | $11,139.50 | $10,025.55 |
| Nicole Patterson | 67.6 | $30,364.50 | $27,328.05 |
| Allen Pfeiffer | 14.4 | $12,024.00 | $10,821.60 |
| Joseph Pimbley | 3.1 | $2,960.50 | $2,664.45 |
| Prithvi Ramesh | 6.0 | $2,700.00 | $2,430.00 |
| Santiago Rivera | 0.5 | $297.50 | $267.75 |
| Zain Saeed | 1.9 | $837.00 | $753.30 |
| John Schrader | 3.0 | $2,865.00 | $2,578.50 |
| Anshul Shekhon | 0.5 | $347.50 | $312.75 |
| Andrew Taddei | 0.6 | $480.00 | $432.00 |
| Michael Vitti | 9.3 | $7,732.50 | $6,959.25 |
| Adam Warren | 2.0 | $1,670.00 | $1,503.00 |
| David Welch | 4.2 | $1,827.00 | $1,644.30 |
| Sarah Wilyamowsky | 0.8 | $252.00 | $226.80 |
| **Case Administration Total** | **463.5** | **$252,815.75** | **$227,534.18** |

**Commercial and Residential Real Estate Analysis**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Susan Aveni | 2.9 | $913.50 | $822.15 |
| Karen Balmer | 0.3 | $250.50 | $225.45 |
| Akshay Bhargava | 70.2 | $31,590.00 | $28,431.00 |
| Allison Busse | 19.8 | $6,068.75 | $5,461.88 |
| Timothy Byhre | 32.4 | $14,580.00 | $13,122.00 |
| Jaime D'Almeida | 35.3 | $26,475.00 | $23,827.50 |
| Robert Erlich | 87.8 | $52,241.00 | $47,016.90 |
| Benjamin Filton | 4.8 | $1,512.00 | $1,360.80 |
| Adam Fleming | 191.7 | $86,265.00 | $77,638.50 |
| Megan Goering | 70.0 | $22,050.00 | $19,845.00 |
| Eugene Grinberg | 14.0 | $10,030.00 | $9,027.00 |
| Maryann Gunaratnam | 71.9 | $22,648.50 | $20,383.65 |
| William Hrycay | 1.6 | $952.00 | $856.80 |
| Chetan Joshi | 1.4 | $833.00 | $749.70 |
| Jonathan Lasker | 17.0 | $5,355.00 | $4,819.50 |
| Joe Leiwant | 36.9 | $21,741.00 | $19,566.90 |
| Laura Lienemann | 33.5 | $10,552.50 | $9,497.25 |
| Ian Lunderskov | 71.9 | $22,648.50 | $20,383.65 |
| Paul Marcus | 10.4 | $8,633.00 | $7,769.70 |
| Robert Maxim | 2.3 | $1,840.00 | $1,656.00 |
| Brian Mcgrath | 17.8 | $5,607.00 | $5,046.30 |
| Cole Morgan | 2.7 | $1,606.50 | $1,445.85 |
| Mukund Narayanan | 12.0 | $6,540.00 | $5,886.00 |
| Barry Oglesby | 64.3 | $28,935.00 | $26,041.50 |
| Ajay Patel | 107.3 | $33,799.50 | $30,419.55 |
| Nicole Patterson | 9.1 | $4,095.00 | $3,685.50 |
| Allen Pfeiffer | 7.3 | $6,095.50 | $5,485.95 |
| Joseph Pimbley | 1.5 | $1,432.50 | $1,289.25 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Prithvi Ramesh | 27.6 | $12,420.00 | $11,178.00 |
| Santiago Rivera | 3.4 | $2,023.00 | $1,820.70 |
| Zain Saeed | 50.9 | $22,905.00 | $20,614.50 |
| John Schrader | 36.9 | $34,469.50 | $31,022.55 |
| Andrew Taddei | 3.1 | $2,480.00 | $2,232.00 |
| Joseph Thompson | 101.0 | $59,903.00 | $53,912.70 |
| Adam Warren | 206.9 | $171,303.50 | $154,173.15 |
| **Commercial and Residential Real Estate Analysis Total** | **1,427.9** | **$740,794.25** | **$666,714.83** |
| **Compensation** | | | |
| Karen Balmer | 3.7 | $3,089.50 | $2,780.55 |
| Allison Busse | 61.4 | $19,341.00 | $17,406.90 |
| Margaret Daley | 1.5 | $1,252.50 | $1,127.25 |
| Robert Erlich | 59.1 | $35,164.50 | $31,648.05 |
| Erin Fairweather | 0.2 | $119.00 | $107.10 |
| Megan Goering | 47.4 | $14,931.00 | $13,437.90 |
| Chetan Joshi | 3.8 | $2,261.00 | $2,034.90 |
| Thomas Kabler | 38.7 | $32,314.50 | $29,083.05 |
| Erik Laykin | 1.0 | $835.00 | $751.50 |
| Joe Leiwant | 8.0 | $4,737.50 | $4,263.75 |
| Paul Marcus | 0.5 | $417.50 | $375.75 |
| Cole Morgan | 1.2 | $714.00 | $642.60 |
| Allen Pfeiffer | 2.5 | $2,087.50 | $1,878.75 |
| John Schrader | 0.3 | $286.50 | $257.85 |
| **Compensation Total** | **229.3** | **$117,551.00** | **$105,795.90** |
| **Cross-Team Communications, Planning and Coordination** | | | |
| Seth Fliegler | 0.8 | $476.00 | $428.40 |
| Gregory Higgins | 30.0 | $24,774.00 | $22,296.60 |
| Joe Leiwant | 342.2 | $201,698.00 | $181,528.20 |
| Samantha Maresca | 9.2 | $2,806.00 | $2,525.40 |
| Nicole Patterson | 3.2 | $1,392.00 | $1,252.80 |
| Allen Pfeiffer | 314.4 | $258,310.75 | $232,479.68 |
| **Cross-Team Communications, Planning and Coordination Total** | **699.8** | **$489,456.75** | **$440,511.08** |
| **Data and Document Management and Analysis** | | | |
| Orie Attas | 1.6 | $705.00 | $634.50 |
| Karen Balmer | 1.6 | $1,336.00 | $1,202.40 |
| Akshay Bhargava | 42.4 | $19,036.50 | $17,132.85 |
| Allison Busse | 14.3 | $4,504.50 | $4,054.05 |
| Margaret Daley | 312.1 | $255,542.50 | $229,988.25 |
| Jaime D'Almeida | 3.7 | $2,679.00 | $2,411.10 |
| Adam Fleming | 0.5 | $225.00 | $202.50 |
| Seth Fliegler | 2.9 | $1,725.50 | $1,552.95 |

Duff & Phelps

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| Megan Goering | 14.1 | $4,441.50 | $3,997.35 |
| Maryann Gunaratnam | 1.0 | $315.00 | $283.50 |
| Gregory Higgins | 5.8 | $4,813.00 | $4,331.70 |
| Chetan Joshi | 182.6 | $107,353.50 | $96,618.15 |
| Justin Kao | 315.2 | $98,189.00 | $88,370.10 |
| Manasi Kapadia | 0.8 | $476.00 | $428.40 |
| Erik Laykin | 161.3 | $131,954.25 | $118,758.83 |
| Joe Leiwant | 65.9 | $38,561.00 | $34,704.90 |
| Anthony Lu | 0.9 | $405.00 | $364.50 |
| Ian Lunderskov | 33.2 | $10,458.00 | $9,412.20 |
| Samantha Maresca | 27.1 | $8,499.50 | $7,649.55 |
| Brian Mcgrath | 55.1 | $17,356.50 | $15,620.85 |
| Christopher McShea | 4.4 | $1,980.00 | $1,782.00 |
| Cole Morgan | 67.2 | $39,543.00 | $35,588.70 |
| Nicolas Nunez | 289.6 | $170,435.50 | $153,391.95 |
| Rita Patierno | 1.0 | $315.00 | $283.50 |
| Nicole Patterson | 26.7 | $11,635.50 | $10,471.95 |
| Allen Pfeiffer | 52.0 | $42,340.00 | $38,106.00 |
| Santiago Rivera | 5.8 | $3,443.50 | $3,099.15 |
| Robert Sha | 27.7 | $16,066.00 | $14,459.40 |
| Michael Vitti | 1.7 | $1,368.50 | $1,231.65 |
| David Welch | 1.0 | $435.00 | $391.50 |
| **Data and Document Management and Analysis Total** | **1,719.1** | **$996,138.25** | **$896,524.43** |
| **Governance and Fiduciary Duty Issues** | | | |
| Jerry Arcy | 1.0 | $835.00 | $751.50 |
| Susan Aveni | 55.5 | $17,482.50 | $15,734.25 |
| Aya Bellicha | 23.5 | $10,575.00 | $9,517.50 |
| Ted Berklayd | 73.9 | $23,278.50 | $20,950.65 |
| Akshay Bhargava | 45.1 | $20,295.00 | $18,265.50 |
| Luca Blasi | 123.2 | $73,304.00 | $65,973.60 |
| Allison Busse | 13.6 | $4,268.25 | $3,841.43 |
| Timothy Byhre | 157.5 | $70,485.00 | $63,436.50 |
| Alex Chalunkal | 40.6 | $12,789.00 | $11,510.10 |
| Ambuj Chaudhary | 13.0 | $5,850.00 | $5,265.00 |
| Margaret Daley | 10.5 | $8,767.50 | $7,890.75 |
| Erin Fairweather | 104.8 | $62,356.00 | $56,120.40 |
| Benjamin Filton | 59.9 | $18,868.50 | $16,981.65 |
| Adam Fleming | 7.3 | $3,285.00 | $2,956.50 |
| Megan Goering | 18.2 | $5,733.00 | $5,159.70 |
| Gregory Higgins | 6.8 | $5,678.00 | $5,110.20 |
| Chetan Joshi | 6.0 | $3,570.00 | $3,213.00 |
| Zahra Kanji | 48.0 | $28,560.00 | $25,704.00 |
| Manasi Kapadia | 4.0 | $1,740.00 | $1,566.00 |
| Erik Laykin | 2.3 | $1,920.50 | $1,728.45 |

**Duff & Phelps**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| Joe Leiwant | 39.1 | $23,216.50 | $20,894.85 |
| Anthony Lu | 13.7 | $6,165.00 | $5,548.50 |
| Ian Lunderskov | 74.2 | $23,373.00 | $21,035.70 |
| Paul Marcus | 57.8 | $48,248.00 | $43,423.20 |
| Robert Maxim | 202.7 | $162,160.00 | $145,944.00 |
| Brian Mcgrath | 58.4 | $18,396.00 | $16,556.40 |
| Christopher McShea | 46.3 | $20,835.00 | $18,751.50 |
| Roberto Mendoza | 6.0 | $4,905.00 | $4,414.50 |
| Cole Morgan | 12.7 | $7,556.50 | $6,800.85 |
| Mukund Narayanan | 90.7 | $49,431.50 | $44,488.35 |
| Nicole Patterson | 4.5 | $2,025.00 | $1,822.50 |
| Allen Pfeiffer | 67.9 | $56,153.50 | $50,538.15 |
| Joseph Pimbley | 52.9 | $49,525.50 | $44,572.95 |
| Prithvi Ramesh | 80.2 | $36,090.00 | $32,481.00 |
| Santiago Rivera | 91.1 | $53,669.00 | $48,302.10 |
| John Schrader | 248.8 | $233,038.25 | $209,734.43 |
| Andrew Taddei | 94.2 | $75,360.00 | $67,824.00 |
| Joseph Thompson | 25.0 | $10,971.00 | $9,873.90 |
| Michael Vitti | 2.1 | $1,708.50 | $1,537.65 |
| Adam Warren | 24.7 | $19,958.50 | $17,962.65 |
| **Governance and Fiduciary Duty Issues** | **2,107.7** | **$1,282,426.50** | **$1,154,183.85** |
| **Intercompany Transfers** | | | |
| Jerry Arcy | 56.9 | $46,548.50 | $41,893.65 |
| Orie Attas | 73.5 | $32,577.75 | $29,319.98 |
| Karen Balmer | 168.7 | $140,456.50 | $126,410.85 |
| Ted Berklayd | 5.7 | $1,795.50 | $1,615.95 |
| Akshay Bhargava | 44.6 | $20,070.00 | $18,063.00 |
| Allison Busse | 23.3 | $7,244.50 | $6,520.05 |
| Margaret Daley | 7.2 | $6,012.00 | $5,410.80 |
| Bruce Dubinsky | 152.2 | $123,418.00 | $111,076.20 |
| Robert Erlich | 9.9 | $5,890.50 | $5,301.45 |
| Erin Fairweather | 0.5 | $297.50 | $267.75 |
| Megan Goering | 19.8 | $6,237.00 | $5,613.30 |
| Gregory Higgins | 9.9 | $8,176.50 | $7,358.85 |
| Chetan Joshi | 17.1 | $10,174.50 | $9,157.05 |
| Erik Laykin | 3.2 | $2,666.00 | $2,399.40 |
| Joe Leiwant | 25.2 | $14,871.00 | $13,383.90 |
| John Levitske | 30.0 | $24,109.75 | $21,698.78 |
| Paul Marcus | 78.5 | $64,887.50 | $58,398.75 |
| Cole Morgan | 12.2 | $7,259.00 | $6,533.10 |
| Nicole Patterson | 7.0 | $3,150.00 | $2,835.00 |
| Allen Pfeiffer | 61.3 | $50,293.25 | $45,263.93 |

**Duff & Phelps**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| Michael Vitti | 0.6 | $483.00 | $434.70 |
| Adam Warren | 1.0 | $805.00 | $724.50 |
| David Welch | 34.0 | $14,790.00 | $13,311.00 |
| **Intercompany Transfers Total** | **842.2** | **$592,213.25** | **$532,991.93** |
| **Liquidity, Credit, other Financial Analysis** | | | |
| Karen Balmer | 35.1 | $29,308.50 | $26,377.65 |
| Aijun Besio | 97.1 | $56,624.00 | $50,961.60 |
| Akshay Bhargava | 29.5 | $13,114.50 | $11,803.05 |
| Timothy Byhre | 0.2 | $90.00 | $81.00 |
| Jaime D'Almeida | 57.8 | $42,423.00 | $38,180.70 |
| Robert Daly | 31.9 | $14,355.00 | $12,919.50 |
| John Duvoisin | 251.2 | $102,832.00 | $92,548.80 |
| Robert Erlich | 98.5 | $57,130.00 | $51,417.00 |
| Erin Fairweather | 0.4 | $238.00 | $214.20 |
| Seth Fliegler | 230.6 | $117,655.00 | $105,889.50 |
| Eugene Grinberg | 7.8 | $5,421.00 | $4,878.90 |
| William Hrycay | 193.2 | $114,697.50 | $103,227.75 |
| Gregory Irwin | 196.4 | $87,291.00 | $78,561.90 |
| Manasi Kapadia | 10.5 | $5,287.50 | $4,758.75 |
| Jonathan Lasker | 46.7 | $14,710.50 | $13,239.45 |
| Joe Leiwant | 134.1 | $78,013.50 | $70,212.15 |
| Paul Marcus | 115.6 | $93,487.00 | $84,138.30 |
| Samantha Maresca | 188.9 | $59,149.50 | $53,234.55 |
| Brian Mcgrath | 5.3 | $1,669.50 | $1,502.55 |
| Roberto Mendoza | 2.2 | $1,795.25 | $1,615.73 |
| Cole Morgan | 1.1 | $654.50 | $589.05 |
| Ajay Patel | 18.5 | $5,827.50 | $5,244.75 |
| Rita Patierno | 99.5 | $30,886.50 | $27,797.85 |
| Nicole Patterson | 63.5 | $28,488.00 | $25,639.20 |
| Allen Pfeiffer | 120.7 | $97,660.25 | $87,894.23 |
| Joseph Pimbley | 43.0 | $39,959.00 | $35,963.10 |
| Santiago Rivera | 2.9 | $1,707.50 | $1,536.75 |
| Zain Saeed | 86.2 | $38,460.00 | $34,614.00 |
| Anshul Shekhon | 5.0 | $3,475.00 | $3,127.50 |
| Joseph Thompson | 1.3 | $565.50 | $508.95 |
| Michael Vitti | 306.5 | $250,539.50 | $225,485.55 |
| Adam Warren | 37.4 | $30,221.00 | $27,198.90 |
| Sarah Wilyamowsky | 50.3 | $15,844.50 | $14,260.05 |
| **Liquidity, Credit, other Financial Analysis Total** | **2,568.8** | **$1,439,581.00** | **$1,295,622.90** |
| **Non-Working Travel Time** | | | |
| Jerry Arcy | 6.0 | $5,010.00 | $4,509.00 |
| Luca Blasi | 24.0 | $14,280.00 | $12,852.00 |
| Allison Busse | 6.0 | $1,890.00 | $1,701.00 |
| Margaret Daley | 25.1 | $20,658.50 | $18,592.65 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| Adam Fleming | 25.0 | $11,250.00 | $10,125.00 |
| Megan Goering | 12.0 | $3,780.00 | $3,402.00 |
| Chetan Joshi | 66.9 | $39,514.50 | $35,563.05 |
| Erik Laykin | 90.7 | $74,504.50 | $67,054.05 |
| Joe Leiwant | 23.8 | $13,957.00 | $12,561.30 |
| Ian Lunderskov | 40.2 | $12,663.00 | $11,396.70 |
| Robert Maxim | 17.0 | $13,600.00 | $12,240.00 |
| Christopher McShea | 28.3 | $12,735.00 | $11,461.50 |
| Cole Morgan | 109.8 | $65,227.50 | $58,704.75 |
| Joseph Thompson | 8.0 | $4,760.00 | $4,284.00 |
| Michael Vitti | 17.8 | $14,746.00 | $13,271.40 |
| **Non-Working Travel Time Total** | **500.6** | **$308,576.00** | **$277,718.40** |
| **Project Infrastructure** | | | |
| Kelly Caputo | 150.0 | $109,047.00 | $98,142.30 |
| Margaret Daley | 8.4 | $6,762.00 | $6,085.80 |
| Daniel Eliades | 152.0 | $66,570.00 | $59,913.00 |
| Chetan Joshi | 25.2 | $14,631.00 | $13,167.90 |
| Samantha Maresca | 5.6 | $1,708.00 | $1,537.20 |
| Cole Morgan | 35.4 | $20,532.00 | $18,478.80 |
| Nicole Patterson | 40.2 | $17,787.00 | $16,008.30 |
| Matthew Petrich | 123.0 | $89,490.00 | $80,541.00 |
| **Project Infrastructure Total** | **539.8** | **$326,527.00** | **$293,874.30** |
| **Solvency and Capital Adequacy** | | | |
| Aijun Besio | 265.3 | $157,477.00 | $141,729.30 |
| Akshay Bhargava | 4.9 | $2,205.00 | $1,984.50 |
| Allison Busse | 0.7 | $220.50 | $198.45 |
| Jaime D'Almeida | 207.6 | $154,515.00 | $139,063.50 |
| Robert Daly | 16.6 | $7,470.00 | $6,723.00 |
| John Duvoisin | 67.5 | $25,300.00 | $22,770.00 |
| Robert Erlich | 227.6 | $133,874.00 | $120,486.60 |
| Erin Fairweather | 0.6 | $357.00 | $321.30 |
| Seth Fliegler | 274.8 | $144,450.00 | $130,005.00 |
| Gregory Higgins | 0.2 | $167.00 | $150.30 |
| William Hrycay | 200.3 | $118,461.50 | $106,615.35 |
| Gregory Irwin | 190.5 | $85,500.00 | $76,950.00 |
| Joe Leiwant | 31.9 | $18,668.50 | $16,801.65 |
| Rick Lee | 21.7 | $9,765.00 | $8,788.50 |
| Paul Marcus | 193.9 | $160,979.50 | $144,881.55 |
| Samantha Maresca | 46.7 | $14,586.50 | $13,127.85 |
| Cole Morgan | 7.0 | $4,165.00 | $3,748.50 |
| Ajay Patel | 11.8 | $3,717.00 | $3,345.30 |
| Rita Patierno | 183.6 | $57,031.00 | $51,327.90 |
| Nicole Patterson | 80.2 | $35,224.50 | $31,702.05 |
| Allen Pfeiffer | 84.1 | $69,152.50 | $62,237.25 |
| Joseph Pimbley | 22.0 | $20,940.00 | $18,846.00 |

**DUFF&PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| Santiago Rivera | 0.3 | $178.50 | $160.65 |
| Zain Saeed | 135.5 | $60,780.00 | $54,702.00 |
| John Schrader | 0.3 | $286.50 | $257.85 |
| Anshul Shekhon | 8.0 | $5,560.00 | $5,004.00 |
| Michael Vitti | 311.2 | $255,958.00 | $230,362.20 |
| Sarah Wilyamowsky | 26.7 | $8,410.50 | $7,569.45 |
| **Solvency and Capital Adequacy Total** | **2,621.5** | **$1,555,400.00** | **$1,399,860.00** |
| **Systems Analysis** | | | |
| Orie Attas | 17.0 | $7,426.50 | $6,683.85 |
| Karen Balmer | 24.9 | $20,791.50 | $18,712.35 |
| Akshay Bhargava | 54.7 | $24,411.00 | $21,969.90 |
| Margaret Daley | 35.0 | $28,613.00 | $25,751.70 |
| Bruce Dubinsky | 107.1 | $86,445.25 | $77,800.73 |
| Adam Fleming | 1.2 | $540.00 | $486.00 |
| Eugene Grinberg | 13.2 | $9,480.00 | $8,532.00 |
| Gregory Higgins | 1.7 | $1,419.50 | $1,277.55 |
| Chetan Joshi | 184.0 | $108,193.00 | $97,373.70 |
| Erik Laykin | 326.5 | $267,848.50 | $241,063.65 |
| Joe Leiwant | 21.6 | $12,624.00 | $11,361.60 |
| John Levitske | 7.3 | $5,876.50 | $5,288.85 |
| Robert Maxim | 1.0 | $800.00 | $720.00 |
| Brian Mcgrath | 53.9 | $16,978.50 | $15,280.65 |
| Christopher McShea | 47.4 | $21,330.00 | $19,197.00 |
| Cole Morgan | 340.3 | $200,815.00 | $180,733.50 |
| Nicolas Nunez | 35.8 | $20,735.00 | $18,661.50 |
| Allen Pfeiffer | 15.6 | $12,597.00 | $11,337.30 |
| Joseph Pimbley | 9.0 | $8,350.00 | $7,515.00 |
| John Schrader | 1.0 | $955.00 | $859.50 |
| Michael Vitti | 2.1 | $1,753.50 | $1,578.15 |
| Adam Warren | 15.8 | $12,800.00 | $11,520.00 |
| **Systems Analysis Total** | **1,316.0** | **$870,782.75** | **$783,704.48** |
| **Witness Interviews** | | | |
| Susan Aveni | 5.9 | $1,858.50 | $1,672.65 |
| Karen Balmer | 41.8 | $34,903.00 | $31,412.70 |
| Aijun Besio | 37.7 | $22,431.50 | $20,188.35 |
| Akshay Bhargava | 5.7 | $2,565.00 | $2,308.50 |
| Jaime D'Almeida | 18.4 | $13,800.00 | $12,420.00 |
| Robert Daly | 9.6 | $4,320.00 | $3,888.00 |
| Robert Erlich | 25.7 | $15,291.50 | $13,762.35 |
| Erin Fairweather | 22.7 | $13,506.50 | $12,155.85 |
| Benjamin Filton | 2.5 | $787.50 | $708.75 |
| Adam Fleming | 4.5 | $2,025.00 | $1,822.50 |
| Seth Fliegler | 2.2 | $1,309.00 | $1,178.10 |
| Megan Goering | 1.5 | $472.50 | $425.25 |
| Eugene Grinberg | 1.0 | $725.00 | $652.50 |

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| William Hrycay | 13.0 | $7,735.00 | $6,961.50 |
| Joe Leiwant | 4.5 | $2,677.50 | $2,409.75 |
| Rick Lee | 6.5 | $2,925.00 | $2,632.50 |
| Ian Lunderskov | 1.8 | $567.00 | $510.30 |
| Paul Marcus | 17.7 | $14,779.50 | $13,301.55 |
| Samantha Maresca | 10.5 | $3,307.50 | $2,976.75 |
| Brian Mcgrath | 4.5 | $1,417.50 | $1,275.75 |
| Cole Morgan | 1.6 | $952.00 | $856.80 |
| Allen Pfeiffer | 30.7 | $24,923.50 | $22,431.15 |
| Joseph Pimbley | 67.5 | $64,462.50 | $58,016.25 |
| Zain Saeed | 14.2 | $6,390.00 | $5,751.00 |
| John Schrader | 12.0 | $11,127.50 | $10,014.75 |
| Andrew Taddei | 6.7 | $5,360.00 | $4,824.00 |
| Michael Vitti | 20.3 | $16,950.50 | $15,255.45 |
| Adam Warren | 4.1 | $3,345.50 | $3,010.95 |
| David Welch | 5.0 | $2,175.00 | $1,957.50 |
| **Witness Interviews Total** | **399.8** | **$283,090.50** | **$254,781.45** |
| **Total For All Matters** | **17,535.2** | **$10,637,475.00** | **$9,573,727.50** |