# **EXHIBIT E**

Categories of expenses for which Duff & Phelps is seeking reimbursement

Expenses Incurred By Duff and Phelps between February 6, 2009 and May 31, 2009
In Connection with Service Provided to the Lehman Examiner

| Row Labels | Sum of Disbursement |
|---|---|
| In-City Lodging | $360.00 |
| Business Expense | $718.92 |
| In-City Transportation | $2,811.02 |
| Overtime Meals | $2,894.02 |
| Business Meals | $4,767.90 |
| Out of Town Lodging | $56,911.40 |
| Out of Town Travel | $80,794.83 |
| **Grand Total** | **$149,258.09** |