# Exhibit C

## Summary of Hours and Fees Incurred by Professional

February 1, 2009 through May 31, 2009 (Tax Controversy Matters)
September 15, 2008 through May 31, 2009 (Securitization and Capital Markets Matters)

| Professional | Admission Date | Position | 2008 Current Hours Billed | 2008 Hourly Rate | 2009 Current Hours Billed | 2009 Hourly Rate | Total Fees Billed |
|---|---|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal I | N/A | N/A | 34.3 | $230.00 | $7,889.00 |
| Abroms, Michelle A. | 2005 | Associate | N/A | N/A | 6.7 | $560.00 | $3,752.00 |
| Amanti, Lena M. | 2004 | Associate | N/A | N/A | 1.1 | $620.00 | $682.00 |
| Arnholz, John | 1986 | Partner | 1 | $950.00 | 4 | $995.00 | $4,930.00 |
| Bahar, Ardrelle | 2001 | Associate | N/A | N/A | 120.3 | $355.00 | $42,706.50 |
| Banvard, Honor | 2008 | Associate | N/A | N/A | 67.8 | $420.00 | $28,476.00 |
| Bohls, Dawn | N/A | Library Resrchr | N/A | N/A | 4.6 | $325.00 | $1,495.00 |
| Bowers, Christopher P. | 1999 | Partner | N/A | N/A | 372.9 | $895.00 | $333,745.50 |
| Brockway, David H. | 1972 | Partner | N/A | N/A | 25 | $995.00 | $24,875.00 |
| Brooks Jr., Gary | N/A | Paralegal I | 2 | $215.00 | N/A | N/A | $430.00 |
| Buch, Ronald L. | 1993 | Partner | N/A | N/A | 61.5 | $780.00 | $47,970.00 |
| Campbell, Chad W. | N/A | Lit Sup Spec | N/A | N/A | 239.5 | $280.00 | $67,060.00 |
| Capato, Gina M. | N/A | Paralegal V | 1 | $305.00 | 3 | $325.00 | $1,280.00 |
| Carroll, Tom | 2009 | Law Clerk | N/A | N/A | 18.6 | $330.00 | $6,138.00 |
| Cejudo, William P. | 1989 | Partner | N/A | N/A | 0.2 | $815.00 | $163.00 |
| Chen-Young, Claudine | 2003 | Associate | 21.7 | $555.00 | 49.9 | $620.00 | $42,981.50 |
| Currin, Alan | N/A | Lit Sup Mngr | N/A | N/A | 198.6 | $325.00 | $64,545.00 |
| Davis, Richard L. | 2000 | Partner | 4.7 | $630.00 | N/A | N/A | $2,961.00 |
| Davis-Diehl, Joseph | 2008 | Law Clerk | 11.6 | $375.00 | 0.5 | $420.00 | $4,560.00 |
| Desmond, Michael | 1994 | Partner | N/A | N/A | 18.4 | $950.00 | $17,480.00 |
| Dillon, Sheri A. | 1999 | Partner | N/A | N/A | 295.2 | $815.00 | $240,588.00 |
| Eckas, Scott E. | 1990 | Partner | N/A | N/A | 3.4 | $800.00 | $2,720.00 |
| Gainor, Edward E. | 1992 | Partner | 1.75 | $865.00 | 1 | $920.00 | $2,433.75 |
| Gilroy, Joyce | N/A | Paralegal V | N/A | N/A | 2 | $235.00 | $470.00 |

| Professional | Admission Date | Position | 2008 Current Hours Billed | 2008 Hourly Rate | 2009 Current Hours Billed | 2009 Hourly Rate | Total Fees Billed |
|---|---|---|---|---|---|---|---|
| Goldman, Gerald | 1968 | Of Counsel | N/A | N/A | 2.6 | $995.00 | $2,587.00 |
| Gouwar, James A. | 1988 | Partner | N/A | N/A | 0.7 | $970.00 | $679.00 |
| Greer, Stefanie | 2002 | Counsel | N/A | N/A | 60.3 | $635.00 | $38,290.50 |
| Gross, Robert J. | 1998 | Counsel | 17.9 | $645.00 | 3.5 | $685.00 | $13,943.00 |
| Hagan, Robert P. | 2007 | Associate | 20.6 | $415.00 | 0.2 | $510.00 | $8,651.00 |
| Harris, Susan | N/A | CntrctParalegal | N/A | N/A | 67 | $150.00 | $10,050.00 |
| Hensel, Jeannie H. | N/A | CntrctParalegal | N/A | N/A | 113.8 | $325.00 | $36,985.00 |
| Herald, Asa J. | 2002 | Associate | N/A | N/A | 4.4 | $665.00 | $2,926.00 |
| Hintmann, Brooke E. | 2002 | Associate | N/A | N/A | 51.1 | $665.00 | $33,981.50 |
| Howard, Jasper A. | 1989 | Partner | N/A | N/A | 0.6 | $970.00 | $582.00 |
| Huffman, Gary R. | 1988 | Partner | N/A | N/A | 0.8 | $970.00 | $776.00 |
| Janiga, Matthew | 2009 | Law Clerk | 14.2 | $375.00 | 0.5 | $420.00 | $5,535.00 |
| Jaramillo, Victor | 2008 | Law Clerk | N/A | N/A | 131.8 | $420.00 | $55,356.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 43 | $685.00 | 58.1 | $730.00 | $71,868.00 |
| Katcher, Robert A. | 1978 | Partner | N/A | N/A | 0.3 | $970.00 | $291.00 |
| Kingsley, Darius | 1995 | Partner | N/A | N/A | 2.5 | $705.00 | $1,762.50 |
| Klippert, Barbara D. | 1976 | Partner | 0.8 | $865.00 | N/A | N/A | $692.00 |
| Laughlin, Anne M. | 2008 | Associate | N/A | N/A | 196 | $440.00 | $86,240.00 |
| Leonard, Bob | 2007 | Associate | N/A | N/A | 134.7 | $440.00 | $59,268.00 |
| Leyland, Jessica | 2007 | Law Clerk | 2.5 | $415.00 | 0.3 | $510.00 | $1,190.50 |
| Leyva, Natan J. | 1991 | Partner | N/A | N/A | 240.1 | $760.00 | $182,476.00 |
| Madan, Rajiv | 1993 | Partner | N/A | N/A | 415.3 | $895.00 | $371,693.50 |
| Magee, John B. | 1972 | Partner | N/A | N/A | 14.6 | $995.00 | $14,527.00 |
| Margulies, Oren P. | 2006 | Associate | N/A | N/A | 207.1 | $510.00 | $105,621.00 |
| Martin, Elizabeth L. | 2004 | Associate | N/A | N/A | 2.2 | $620.00 | $1,364.00 |
| Mears, Veronica | 2008 | Associate | N/A | N/A | 68.1 | $440.00 | $29,964.00 |
| Mohan, Anand | 2008 | Associate | 19.5 | $375.00 | 24.9 | $420.00 | $17,770.50 |
| Morreale, Peter C. | 1994 | Partner | 1 | $760.00 | N/A | N/A | $760.00 |
| Morrow, Trina | N/A | Library Resrchr | N/A | N/A | 2 | $325.00 | $650.00 |
| Muaddi, Jawad | 2008 | Associate | N/A | N/A | 17.7 | $360.00 | $6,372.00 |
| Murphy, Christopher | 2007 | Associate | N/A | N/A | 31.2 | $510.00 | $15,912.00 |
| Otero, Kevin | 2005 | Associate | N/A | N/A | 127.3 | $590.00 | $75,107.00 |

| Professional | Admission Date | Position | 2008 Current Hours Billed | 2008 Hourly Rate | 2009 Current Hours Billed | 2009 Hourly Rate | Total Fees Billed |
|---|---|---|---|---|---|---|---|
| Owens, Angela M. | N/A | Paralegal II | N/A | N/A | 341.4 | $255.00 | $87,057.00 |
| Pai, Sarah | 2007 | Associate | N/A | N/A | 84.5 | $440.00 | $37,180.00 |
| Peppelman, David J. | 2008 | Associate | N/A | N/A | 9.1 | $440.00 | $4,004.00 |
| Phelan, Todd | 2008 | Law Clerk | 6.9 | $395.00 | N/A | N/A | $2,725.50 |
| Rankin, Kiara L. | 2007 | Associate | N/A | N/A | 293.4 | $440.00 | $129,096.00 |
| Rodriguez, Michelle | N/A | Paralegal IV | N/A | N/A | 12.6 | $300.00 | $3,780.00 |
| Ross, Mark | N/A | Paralegal III | N/A | N/A | 10.8 | $280.00 | $3,024.00 |
| Sadler, Tim P. | 1975 | Counsel | 28.5 | $645.00 | N/A | N/A | $18,382.50 |
| Sakason, Alexandra B. | N/A | Paralegal I | N/A | N/A | 5.3 | $230.00 | $1,219.00 |
| Speaker, Michael P. | 2003 | Law Clerk | 1.3 | $555.00 | N/A | N/A | $721.50 |
| Stults, Kevin R. | 2005 | Associate | N/A | N/A | 522.3 | $560.00 | $292,488.00 |
| Tatarowicz, Chris | 2009 | Associate | N/A | N/A | 53.2 | $330.00 | $17,556.00 |
| Tidwell, Royce | 2007 | Associate | N/A | N/A | 93.8 | $440.00 | $41,272.00 |
| Trevicano, Luisa | N/A | Paralegal II | N/A | N/A | 2.5 | $255.00 | $637.50 |
| Walsh, Suzanne M. | 2005 | Associate | N/A | N/A | 11.3 | $590.00 | $6,667.00 |
| Whorton, Tanya | N/A | Library Resrchr | N/A | N/A | 2 | $325.00 | $650.00 |
| Wilson, Justin T. | 2007 | Associate | N/A | N/A | 233 | $440.00 | $102,520.00 |
| Zawitz, David | 2008 | Associate | 13.5 | $395.00 | 1 | $440.00 | $5,772.50 |
| Zeller, Donald | N/A | Paralegal II | 38.7 | $240.00 | 9.9 | $255.00 | $11,812.50 |
| **Total Hours and Fees** | | | 252.15 | | 5194.3 | | $2,970,767.25 |
| Expenses | | | | | | | $175,179.47 |
| **Total Fees and Expenses** | | | | | | | $3,145,946.72 |