# Exhibit D

## Summary of Hours and Fees Incurred by Category

February 1, 2009 through May 31, 2009 (Tax Controversy Matters)
September 15, 2008 through May 31, 2009 (Securitization and Capital Markets Matters)

| Category Name | Exhibit | Fees | Hours |
|---|---|---|---|
| 11014-00001 | D1 | $38,293.00 | 68.2 |
| 11014-00001 | D2 | $23,315.00 | 38.6 |
| 11014-00001 | D3 | $1,609.00 | 2.7 |
| 11014-00001 | D4 | $233.00 | 0.5 |
| 11014-00015 | D2 | $209,159.25 | 398.15 |
| 11014-00015 | D3 | $9,630.50 | 17.0 |
| 11014-00015 | D4 | $8,492.50 | 14.4 |
| 11014-00382 | D1 | $25,650.50 | 60.2 |
| 11014-00382 | D2 | $22,393.50 | 32.3 |
| 11014-00382 | D3 | $45,713.00 | 124.7 |
| 11014-00382 | D4 | $55,832.00 | 112.1 |
| 11014-00395 | D2 | $2,690.00 | 4.0 |
| 11014-00395 | D3 | $3,074.00 | 4.5 |
| 11014-00395 | D4 | $8,167.00 | 12.6 |
| 11014-00397 | D1 | $14,430.00 | 22.0 |
| 11014-00397 | D2 | $42,637.00 | 78.2 |
| 11014-00397 | D3 | $993.00 | 2.0 |
| 11014-00397 | D4 | $4,768.50 | 12.6 |
| 11014-00402 | D1 | $51,354.50 | 81.0 |
| 11014-00402 | D2 | $17,186.00 | 30.2 |
| 11014-00402 | D3 | $3,687.50 | 12.5 |
| 11014-00402 | D4 | $2,380.00 | 5.6 |
| 11014-00474 | D1 | $148,546.50 | 247.2 |
| 11014-00474 | D2 | $56,695.00 | 92.7 |
| 11014-00474 | D3 | $32,186.00 | 61.5 |
| 11014-00474 | D4 | $115,475.00 | 171.5 |
| 11014-00485 | D1 | $6,575.50 | 8.6 |
| 11014-00485 | D2 | $12,938.50 | 20.6 |
| 11014-00485 | D3 | $6,286.50 | 9.3 |
| 11014-00489 | D1 | $138,418.00 | 216.1 |
| 11014-00489 | D2 | $23,051.50 | 40.0 |
| 11014-00489 | D3 | $57,709.50 | 91.8 |

| Category Name | Exhibit | Fees | Hours |
|---|---|---:|---:|
| 11014-00489 | D4 | $88,879.00 | 124.3 |
| 11014-00502 | D1 | $4,695.00 | 9.7 |
| 11014-00502 | D2 | $41,181.50 | 69.3 |
| 11014-00502 | D3 | $560.00 | 2.0 |
| 11014-00502 | D4 | $204.00 | 0.8 |
| 11014-00561 | D1 | $42,256.50 | 92.5 |
| 11014-00561 | D2 | $113,499.00 | 247.8 |
| 11014-00561 | D3 | $43,922.50 | 100.0 |
| 11014-00561 | D4 | $88,070.50 | 138.6 |
| 11014-00617 | D1 | $4,992.50 | 12.6 |
| 11014-00617 | D2 | $8,381.00 | 22.8 |
| 11014-00617 | D3 | $224.00 | 0.8 |
| 11014-00664 | D1 | $224.00 | 0.8 |
| 11014-00664 | D2 | $2,081.50 | 7.0 |
| 11014-00665 | D1 | $24,873.00 | 48.5 |
| 11014-00665 | D2 | $27,031.50 | 52.1 |
| 11014-00665 | D3 | $112.00 | 0.4 |
| 11014-00667 | D2 | $15,757.00 | 32.1 |
| 11014-00667 | D4 | $946.00 | 2.0 |
| 11014-00701 | D1 | $54,411.00 | 80.2 |
| 11014-00701 | D2 | $58,714.00 | 104.3 |
| 11014-00750 | D1 | $58,358.00 | 118.3 |
| 11014-00750 | D2 | $47,105.00 | 88.7 |
| 11014-00750 | D3 | $41,601.50 | 69.2 |
| 11014-00750 | D4 | $777.00 | 2.5 |
| 11014-00798 | D1 | $13,150.50 | 35.2 |
| 11014-00798 | D2 | $16,664.00 | 42.3 |
| 11014-00798 | D3 | $744.50 | 2.0 |
| 11014-00798 | D4 | $621.00 | 1.2 |
| 11014-00799 | D1 | $8,393.00 | 18.1 |
| 11014-00799 | D2 | $19,648.00 | 39.0 |
| 11014-00799 | D3 | $112.00 | 0.4 |
| 11014-00800 | D2 | $8,245.00 | 19.0 |
| 11014-00800 | D3 | $420.00 | 1.5 |
| 11014-00800 | D4 | $51.00 | 0.2 |
| 11014-00801 | D1 | $3,162.00 | 6.2 |
| 11014-00801 | D2 | $12,766.50 | 31.3 |
| 11014-00810 | D1 | $1,363.00 | 4.2 |

| Category Name | Exhibit | Fees | Hours |
|---|---|---|---|
| 11014-00810 | D2 | $2,504.00 | 6.4 |
| 11014-00811 | D1 | $3,933.00 | 9.5 |
| 11014-00811 | D2 | $8,200.00 | 21.7 |
| 11014-00849 | D1 | $50,055.00 | 101.5 |
| 11014-00849 | D2 | $13,974.00 | 25.2 |
| 11014-00849 | D3 | $15,854.50 | 31.0 |
| 11014-00849 | D4 | $752.50 | 2.3 |
| 11014-00900 | D1 | $11,474.50 | 14.1 |
| 11014-00901 | D1 | $4,661.50 | 13.6 |
| 11014-00902 | D1 | $32,957.00 | 73.2 |
| 11014-00902 | D2 | $17,741.00 | 41.9 |
| 11014-00902 | D3 | $22,358.00 | 50.4 |
| 11014-00902 | D4 | $18,625.00 | 43.2 |
| 11014-00903 | D2 | $52,634.50 | 122.9 |
| 11014-00903 | D4 | $2,049.00 | 5.4 |
| 11014-00904 | D1 | $336.00 | 0.6 |
| 11014-00905 | D1 | $27,195.50 | 68.4 |
| 11014-00905 | D2 | $9,393.50 | 18.4 |
| 11014-00905 | D3 | $224.00 | 0.8 |
| 11014-00906 | D1 | $52,762.50 | 118.3 |
| 11014-00906 | D2 | $26,083.00 | 52.5 |
| 11014-00906 | D3 | $457.00 | 1.6 |
| 11014-00907 | D1 | $29,539.50 | 66.7 |
| 11014-00907 | D2 | $61,284.00 | 146.3 |
| 11014-00907 | D3 | $168.00 | 0.6 |
| 11014-00908 | D3 | $380.00 | 0.7 |
| 11014-00909 | D1 | $30,435.50 | 42.3 |
| 11014-00909 | D2 | $24,261.50 | 29.8 |
| 11014-00909 | D3 | $10,101.50 | 13.4 |
| 11014-00910 | D1 | $4,074.00 | 7.1 |
| 11014-00910 | D2 | $1,716.00 | 3.9 |
| 11014-00910 | D3 | $679.50 | 1.4 |
| 11014-00911 | D1 | $16,581.00 | 21.1 |
| 11014-00911 | D2 | $11,183.50 | 13.0 |
| 11014-00911 | D3 | $3,302.00 | 3.6 |
| 11014-00911 | D4 | $8,258.50 | 12.6 |
| 11014-00912 | D3 | $241,477.50 | 376.7 |
| 11014-00912 | D4 | $108,137.00 | 160.9 |

| Category Name | Exhibit | Fees | Hours |
|---|---|---|---|
| 11014-00913 | D4 | $1,195.00 | 2.2 |