# **Exhibit D6**

### Voluntary Reductions of Selected Time
### Records in Response to Fee Committee Reports

| Matter | Date | TKP | Description | Hours | Fees |
|---|---|---|---|---|---|
| 11014-00001 | 5/20/2009 | TW | Update Lehman and LBI docket per R. Madan | 0.2 | $65.00 |
| 11014-00015 | 3/18/2009 | TLM | FEIN # for SASC for G Capato | 0.5 | $162.50 |
| 11014-00474 | 5/12/2009 | DEB | Research to locate original version of the UK's Finance Act 1972 (c. 41), and to request a copy from Georgetown Law Library, for O. Margulies | 0.8 | $260.00 |
| 11014-00474 | 5/18/2009 | TW | Obtain a copy of Lord Rees affidavit in Xerox v USA case per C. Bowers | 0.7 | $227.50 |
| 11014-00474 | 5/19/2009 | TW | Obtain a copy of Lord Rees affidavit in Xerox v USA case per C. Bowers | 0.5 | $162.50 |
| 11014-00474 | 5/20/2009 | TW | Obtain a copy of Lord Rees affidavit in Xerox v USA case per C. Bowers | 0.2 | $65.00 |
| 11014-00474 | 5/22/2009 | TW | Obtain a copy of Lord Rees affidavit in Xerox v USA case per C. Bowers | 0.2 | $65.00 |
| 11014-00701 | 3/25/2009 | DEB | Order complaints from cases on behalf of V. Mears | 0.2 | $65.00 |
| 11014-00750 | 4/28/2009 | DEB | Research regarding Lehman's use of Direct Market Access (DMA) and Program Trading, for K. Otero | 1.0 | $325.00 |
| 11014-00902 | 5/4/2009 | TW | Provide Westlaw/Lexis billing reports to Jeannie Hensel for Lehman-related usage | 0.2 | $65.00 |
| 11014-00902 | 5/6/2009 | DEB | Review Lehman docket to determine whether any objections to our fee application had been received and to determine whether May 13, 2009 had been adjourned, for S. Greer | 0.3 | $97.50 |
| 11014-00902 | 5/7/2009 | DEB | Research to locate examples of Judge Peck's orders approving fee applications, for A. Laughlin | 0.8 | $260.00 |
| 11014-00903 | 5/27/2009 | TLM | Retrieve corporate affiliations for C. Tatarowicz | 1.5 | $487.50 |
| 11014-00912 | 4/24/2009 | DEB | Research to locate memoranda of understanding between the IRS or Department of Justice and other entities, for K. Stults | 1.5 | $487.50 |
| **Total Voluntary Time Reductions:** | | | | **8.6** | **$2,795.00** |