# Exhibit E

## Summary of Expenses

February 1, 2009 through May 31, 2009 (Tax Controversy Matters)
September 15, 2008 through May 31, 2009 (Securitization and Capital Markets Matters)

| Expense Category | Amount |
|---|---:|
| CD/DVD Preparation | $1,200.00 |
| Closing CD | $4,058.06 |
| Consulting | $77,123.06 |
| Filing Fee | $8,505.10 |
| Meeting Meals | $301.26 |
| Meeting Space | $1,333.18 |
| Messenger/Courier | $1,546.33 |
| Offsite Printing/Duplicating | $6,248.39 |
| Online Legal Research | $6,079.42 |
| Other Legal Research | $826.93 |
| Overtime Meals | $27.48 |
| Photocopies | $4,708.60 |
| Photocopies: Color | $112.50 |
| Scanned Images | $1,052.55 |
| Travel: Air Transportation | $39,333.08 |
| Travel: Ground Transportation | $8,402.56 |
| Travel: Lodging | $9,633.99 |
| Travel: Meals | $2,004.35 |
| Travel: Parking Expenses | $76.00 |
| Travel: Rail Transportation | $1,912.00 |
| Travel: Telephone | $694.63 |
| | **$175,179.47** |