## **Exhibit E2**

### Additional Detail or Explanation of Selected
### Expenses in Response to Fee Committee Reports

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00001 | Madan, Raj | 2/19/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (former Lehman) on 02/19/09 from LAG to residence | $170.14 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used by consultant for out-of-town travel; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00015 | N/A | 9/15/2008 | Certificate/Copy Fee - CSC - Corporation Service Company CSC - Corporation Service Company - Certificate of Status for SASCO 2008-SV1 | $82.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/15/2008 | Certificate/Copy Fee - CSC - Corporation Service Company CSC - Corporation Service Company - Certificate of Status for SASCO 2008-SV1 | $87.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 9/18/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SAIL NIM 2003-8 (Inv#51367364) | $53.50 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/18/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SAIL NIM 2003-9 (Inv#51367364) | $53.50 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/18/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO NIM 2003-28XS (Inv#51367905) | $232.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 9/29/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO 2003-BC3 (Inv#51396853) | $227.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/29/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO 2003-BC3 (Inv#51396860) | $227.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/29/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO 2003-BC3 (Inv#51396847) | $459.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 9/30/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO 2003-BC3 (Inv#51399346) | $152.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 9/30/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SASCO 2003-BC3 (Inv#51399338) | $157.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 10/1/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for SASCO 2008-4 (Inv#52450, DC Use Tax included) | $313.84 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/1/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for SASCO 2008-3 – (Inv#52451, DC Use Tax included) | $356.47 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 10/1/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for RLT 2008-2 (Inv#52449, DC Use Tax included) | $527.20 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/6/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. Imaging services for LBSBC 06-SBA (Inv#52466, DC Use Tax included) | $214.93 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/6/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for SASCO 2004-17XS (Inv.#52464, DC Use Tax included) | $749.09 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/8/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for RLT 2008-AH1 (Inv#52452, DC Use Tax included) | $472.45 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/17/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imaging services for LMT 2008-1 (Inv.52489, Dc Use Tax included) | $277.12 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/17/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imagaing services for LMT 2008-3 (Inv#52490, DC Use Tax included) | $314.50 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 10/17/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imagaing services for LMT 2008-4 (Inv#52491, DC Use Tax included) | $595.62 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |
| 11014-00015 | N/A | 10/20/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for AMT 2003-1 (Inv#51452138) | $152.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 10/20/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for AMT 2003-1 (Inv#51452135) | $157.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 10/28/2008 | Closing CD - TOTAL DOCUMENT SOLUTIONS, INC. – Imagaing services for LMT 2008-5 (Inv.#52503, DC Use Tax included) | $236.84 | Insufficient Breakdown of Expense Detail | Electronic compilation of Closing Documents for distribution to all parties in a capital markets transaction | Closing CD |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 11/3/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC (Inv.#51487034) | $102.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/6/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51498363) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/6/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51498365) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 11/6/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51498366) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/6/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv.#51498362) | $153.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/7/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51498624) | $64.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 11/7/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51498625) | $68.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/18/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2003-GEL1 (Inv.#51529019) | $228.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/18/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2003-GEL1 (Inv.#51529020) | $228.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company Lien/ Litigation Filing in DC for SAIL 2003-10 (Inv#51529844) | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv.#51530440) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2003-NP3 (Inv#51530453) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2003-NP3 (Inv.#51530460) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO NIM 2003-36XS (Inv.#51530448) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2003-GEL1 (Inv.#51530416) | $153.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 11/19/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SAIL 2003-BC11 (Inv#51530433) | $297.40 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/25/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2008-RNP2 (Inv#51546742) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/25/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2008-RNP2 (Inv#51546752) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 11/25/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2008-RNP2 (Inv#51546757) | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 11/25/2008 | UCC Filings - CSC - Corporation Service Company - Lien/Litigation filing in DC for SASCO 2008-RNP2 (Inv#51546738) | $153.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/9/2008 | UCC Filings - CSC - Corporation Service Company UCC Lien/ Litigation filing in DC for SASCO NIM 2003-18XS-2 (Inv.#51580088) | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 12/9/2008 | UCC Filings - CSC - Corporation Service Company UCC Lien/ Litigation filing in DC for SAIL 2003-BC12 | $198.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/9/2008 | UCC Filings - CSC - Corporation Service Company UCC Lien/ Litigation filing in DC for SAIL 2003-BC12 (Inv.#51581807) | $198.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/9/2008 | UCC Filings - CSC - Corporation Service Company UCC Lien/ Litigation filing in DC for SAIL 2003-BC13 (Inv.#51581793) | $402.40 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 12/11/2008 | UCC Filings - CSC - Corporation Service Company - UCC Lien/ Litigation Filing in DC for SASCO NIM 2003-36XS-2 (Inv.#51589140) | $75.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/11/2008 | UCC Filings - CSC - Corporation Service Company - UCC Lien/ Litigation Filing in DC for SASCO NIM 2003-28XS-2 (Inv.#51589134) | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/12/2008 | UCC Filings - CSC - Corporation Service Company UCC Lien/ Litigation filing in DC for SASCO NIM 2003-25XS-2 (Inv.#51592310) | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 12/19/2008 | UCC Filings - CSC - Corporation Service Company - UCC Lien/ Litigation Filing in DC for SASCO NIM 2003-5 (Inv.#51614029) | $153.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/24/2008 | UCC Filings - CSC - Corporation Service Company - UCC Lien/ Litigation Filing in DC for LABS NIM 2003-1XCF (Inv.#51627891) | $100.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 12/24/2008 | UCC Filings - CSC - Corporation Service Company - UCC Lien/ Litigation Filing in DC for SAIL NIM 2003-12 (Inv.#51627883) | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 1/14/2009 | UCC Filings - CSC - Corporation Service Company Lien/Litigation UCC Filing for SAIL NIM 2003-11 | $105.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 2/23/2009 | UCC Filings - CSC - Corporation Service Company Lien/Litigation UCC Filing in DC for SASCO NIM 2004-4XS | $70.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 3/12/2009 | Filing Fees - CSC - Corporation Service Company  Filing fees for foreign withdrawal/Termination by Dissolution/Termination by Merger | $90.00 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00015 | N/A | 3/18/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing | $153.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/1/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing Search on SAIL 2004-6 for SASCO for 2000 thru 2008 | $78.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/6/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing Search on SAIL 2004-6 for LBHI | $78.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 5/7/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for SASCO 2004-9XS | $228.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company Original copies of filed UCCs on SAIL 2004-6 for SASCO | $77.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company Original copies of filed UCCs on SAIL 2004-6 for LBHI | $84.80 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for LABS 2004-2 | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for LABS 2004-2 | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for LABS 2004-2 | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for LABS 2004-2 | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/8/2009 | UCC Filings - CSC - Corporation Service Company UCC Lien/Litigation Filing for SASCO 2004-9XS | $148.70 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00015 | N/A | 5/14/2009 | UCC Filings - CSC - Corporation Service Company - UCC Lien/Litigation Continuation filing on Sail NIM 2004-4 (inv#52001046 dated 05/14/09) for$80.20 | $80.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00015 | N/A | 5/14/2009 | UCC Filings - CSC - Corporation Service Company - UCC Lien/Litigation Continuation filing on SASCO NIM 2004-9XS (inv#52001026 dated 05/14/09) for$80.20 | $80.20 | Miscellaneous filings greater than $100 require additional detail or explanation | The Debtors are contractually obligated to file UCC continuation statements under securitization agreements in most of its securitization transactions; the UCC filings obligations were discussed with, and approved by, the Debtors | Filing Fee |
| 11014-00382 | Madan, Raj | 1/6/2009 | Long-distance telephone expenses for R. Madan while on travel | $232.18 | Telephone Charges > $100; future billings must include reason for monthly or other cell phone charges | Calls made during international travel on the client's behalf | Travel: Telephone Expenses |
| 11014-00402 | Madan, Raj | 1/26/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 01/26/09 from Hudson Street to Newark Airport | $201.26 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; charge includes wait time due to meeting with government agency exceeding expected duration | Travel: Ground Transportation |
| 11014-00402 | Trevicano, Luis | 1/27/2009 | Ground Transportation - ODYSSEY TRANSPORTATION GROUP transportation for L. Trevicano on 01/27/09 | $276.00 | Car service should only be utilized after 8PM and should be limited to $100 | Van used to pick up documents from client | Travel: Ground Transportation |
| 11014-00402 | Dillon, Sheri | 2/12/2009 | Roundtrip airfare to New York from Washington DC plus agency fee for S. Dillon | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00402 | Dillon, Sheri | 2/12/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for S. Dillon on 02/12/09 from LAG to Battery Park Plaza | $147.49 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to delayed flight arrival | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00402 | Madan, Raj | 2/12/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 02/12/09 from JFK to Battery Park | $167.08 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to delayed flight arrival | Travel: Ground Transportation |
| 11014-00402 | Madan, Raj | 2/12/2009 | Lodging for R. Madan while on travel in New York | $416.62 | Future billings should include dates of stay. | 2/12/2009 | Travel: Lodging |
| 11014-00402 | Owens, Angela | 2/13/2009 | Lodging for A. Owens while in New York for client meetings and document review | $416.62 | Future billings should include dates of stay. | 2/13/2009 | Travel: Lodging |
| 11014-00402 | Dillon, Sheri | 2/13/2009 | Lodging for S. Dillon while on travel in New York | $416.62 | Future billings should include dates of stay. | 2/13/2009 | Travel: Lodging |
| 11014-00402 | Madan, Raj | 2/17/2009 | Lodging for R. Madan while in New York for client meetings | $416.62 | Future billings should include dates of stay. | 2/17/2009 | Travel: Lodging |
| 11014-00402 | Stults, Kevin | 4/7/2009 | One Way air transportation for K. Stults from New York to Washington, DC to meet with clients | $269.45 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00474 | Madan, Raj | 1/2/2009 | Long-distance telephone expenses for R. Madan while on travel | $123.10 | Telephone Charges > $100; future billings must include reason for monthly or other cell phone charges | Calls made during international travel on the client's behalf. | Travel: Telephone Expenses |
| 11014-00474 | Bowers, Chris | 2/9/2009 | One-way travel from Washington, DC to London for C. Bowers to meet with various Lehman and former Lehman clients | $4,976.51 | Future billings must include class of service | International Business class fare | Travel: Air Transportation |
| 11014-00474 | Madan, Raj | 2/9/2009 | One-way airfare to London, UK from Washington, DC for R. Madan to attend meetings with clients | $5,152.04 | Future billings must include class of service | International Business class fare | Travel: Air Transportation |
| 11014-00474 | Leyva, Natan | 2/9/2009 | Round trip airfare for N. Leyva from Washington DC to London for client meetings | $9,949.94 | Future billings must include class of service | International Business class fare | Travel: Air Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|-----------------|---------------|------------------------|----------------------------------|----------|
| 11014-00474 | Madan, Raj | 2/9/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 02/09/09 from residence to IAD (Madan) | $102.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00474 | Bowers, Chris | 2/9/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 02/09/09 from residence to IAD (Bowers) | $150.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00474 | Madan, Raj | 2/11/2009 | Meals - SEAMLESS WEB PROFESSIONAL SOLUTIONS INC Client Meeting on 02/12/09 S. Dillon | $106.68 | Future billings must include number of people at meal | S. Dillon, B. Leonard, A. Owens, J. Wong (Lehman), B. Brier (Lehman) | Meals: Client Meetings |
| 11014-00474 | Madan, Raj | 2/12/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (Lehman) on 02/12/09 from JFK to residence | $110.47 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; distance between points is considerable; this fare was split between two matters | Travel: Ground Transportation |
| 11014-00474 | Bowers, Chris | 2/12/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 02/12/09 to residence from IAD (Bowers) | $181.20 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; there was also a charge for late night pickup and waiting time for delayed flight arrival; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00474 | N/A | 2/28/2009 | 267 Color Photocopies for the period 2/1 - 2/28/09 | $80.10 | Future billings must include per copy charge | 267 Color Photocopies for the period 2/1 - 2/28/09 at $.30/page | Photocopies: Color |
| 11014-00474 | Bowers, Chris | 3/26/2009 | One-way airfare for C. Bowers from Washington, DC to New York, NY to meet with clients | $224.45 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00474 | Bowers, Chris | 3/26/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for C. Bowers on 03/26/09 from LGA to residence. | $126.07 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to delayed flight arrival | Travel: Ground Transportation |
| 11014-00474 | Madan, Raj | 3/26/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 03/26/09 from LGA to West Street | $168.91 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; charge includes wait time due to meeting with government agency exceeding expected duration | Travel: Ground Transportation |
| 11014-00474 | Madan, Raj | 3/26/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. transportation for B. Brier (Lehman) (client R. Madan) on 03/26/09 from Utsav Restaurant to residence. | $184.42 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used by the client to travel as needed | Travel: Ground Transportation |
| 11014-00474 | Madan, Raj | 3/26/2009 | Lodging for R. Madan while on travel to New York | $180.99 | Future billings should include dates of stay. | 3/26/2009 | Travel: Lodging |
| 11014-00474 | Bowers, Chris | 3/26/2009 | Lodging for C. Bowers while on travel to New York | $180.99 | Future billings should include dates of stay. | 3/26/2009 | Travel: Lodging |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00474 | Madan, Raj | 3/27/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 03/27/09 from Battery Park Plaza to LGA | $138.31 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to meeting with government agency going beyond expected duration | Travel: Ground Transportation |
| 11014-00474 | Madan, Raj | 4/17/2009 | One-way airfare for R. Madan from New York, NY to Washington, DC for meetings | $246.95 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00489 | Madan, Raj | 1/8/2009 | Long-distance telephone expenses for R. Madan while on travel | $225.30 | Telephone Charges > $100; future billings must include reason for monthly or other cell phone charges | Calls made during international travel on the client's behalf. | Travel: Telephone Expenses |
| 11014-00489 | Bowers, Chris | 2/9/2009 | One-way travel from London to Washington, DC for C. Bowers after meetings with various Lehman and former Lehman clients | $4,976.50 | Future billings must include class of service | International Business class fare | Travel: Air Transportation |
| 11014-00489 | Madan, Raj | 2/12/2009 | One-way travel from London to Washington, DC for R. Madan after meetings with various Lehman and former Lehman clients | $5,152.04 | Future billings must include class of service | International Business class fare | Travel: Air Transportation |
| 11014-00489 | Madan, Raj | 2/12/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (Lehman) on 02/12/09 from JFK to residence | $110.46 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; distance between points is considerable; this fare was split between two matters | Travel: Ground Transportation |
| 11014-00489 | Madan, Raj | 2/12/2009 | Lewis Day Sedan pick-up for R. Madan from Heathrow Airport on 2/9/09; transfer to Hotel and return on 2/12/09 | $167.90 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; covers two transfers | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|--------|------|-----------|------------------|---------------|------------------------|----------------------------------|----------|
| 11014-00502 | Bowers, Chris | 3/6/2009 | Round trip airfare for C. Bowers from Washington, DC to New York, NY and back to attend Creditors' Committee meeting | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00502 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $109.20 | Future billings must include per copy charge | Scanned Documents for March 2009 - 728 pages at $.15 | Scanned Documents |
| 11014-00561 | Rankin, Kiara | 3/27/2009 | Roundtrip airfare for K. Rankin from Washington DC to New York for meeting at Milbank regarding status of tax matters | $739.20 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00561 | N/A | 3/31/2009 | CDs burned March 2009 | $150.00 | Document prep greater than $50 requires additional explanation or detail | 6 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00561 | Stults, Kevin | 5/18/2009 | Round trip airfare from Washington DC to New York for K. Stults | $384.20 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00561 | Buch, Ron | 5/18/2009 | Roundtrip airfare from Washington DC to LaGuardia Airport for Ron Buch | $384.20 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00561 | Buch, Ron | 5/18/2009 | Ground Transportation - CAREY INTERNATIONAL, INC. - car service on 05/18/09 from LGA to NY Office - R. Buch and K. Stults | $132.80 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to delayed flight arrival | Travel: Ground Transportation |
| 11014-00561 | Stults, Kevin | 5/18/2009 | Ground Transportation - NORTON SEDAN SERVICE - inv#SMN9061, sedan service on 05/18/09 from residence to DCA - K. Stults | $171.60 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00561 | Buch, Ron | 5/18/2009 | Ground Transportation - CAREY INTERNATIONAL, INC. - car service on 05/18/09 from NY Office to LGA - R. Buch and K. Stults | $382.94 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; charge includes wait time due to meeting regarding complicated issues exceeding expected duration. | Travel: Ground Transportation |
| 11014-00617 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00617 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $12.75 | Future billings must include per copy charge | Scanned Documents for March 2009 - 85 pages at $.15 | Scanned Documents |
| 11014-00664 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00665 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00667 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $187.20 | Future billings must include per copy charge | Scanned Documents for March 2009 - 1,248 pages at $.15 | Scanned Documents |
| 11014-00701 | Madan, Raj | 2/23/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 02/23/09 from Hudson Street to Newark Penn Station | $169.82 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to train station is significant. | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00701 | Madan, Raj | 2/23/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 02/23/09 from Newark Penn Station to Hudson Street | $169.82 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to train station is significant | Travel: Ground Transportation |
| 11014-00701 | Madan, Raj | 3/31/2009 | Round trip train fare for R. Madan from Washington, DC to Newark, NJ for client meetings | $355.00 | Future billings must include class of service | Acela Business class | Travel: Rail Transportation |
| 11014-00750 | N/A | 2/28/2009 | 108 Color Photocopies for the period 2/1 - 2/28/09 | $32.40 | Future billings must include per copy charge | 108 Color Photocopies for the period 2/1 - 2/28/09 at $.30/page | Photocopies: Color |
| 11014-00798 | Madan, Raj | 2/19/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for J. Triolo (former Lehman) on 02/19/09 from residence to LAG | $164.02 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00798 | N/A | 3/31/2009 | CDs burned March 2009 | $300.00 | Document prep greater than $50 requires additional explanation or detail | 12 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00798 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $165.30 | Future billings must include per copy charge | Scanned Documents for March 2009 - 1,102 pages at $.15 | Scanned Documents |
| 11014-00799 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00800 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $105.60 | Future billings must include per copy charge | Scanned Documents for March 2009 - 704 pages at $.15 | Scanned Documents |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00801 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00801 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $53.85 | Future billings must include per copy charge | Scanned Documents for March 2009 - 359 pages at $.15 | Scanned Documents |
| 11014-00810 | N/A | 3/31/2009 | CDs burned March 2009 | $100.00 | Document prep greater than $50 requires additional explanation or detail | 2 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00811 | N/A | 3/31/2009 | Scanned Pages for March 2009 | $2.70 | Future billings must include per copy charge | Scanned Documents for March 2009 - 18 pages at $.15 | Scanned Documents |
| 11014-00849 | Dillon, Sheri | 2/12/2009 | Refreshments during meeting with ■■■■ | $145.20 | Future billings must include number of people at meal | R. Madan, N. Leyva, C. Bowers, and ■■ | Meals: Client Meetings |
| 11014-00849 | Leonard, Bob | 2/12/2009 | Lodging for B. Leonard while in New York for client meetings and document review | $416.62 | Future billings should include dates of stay. | 2/13/2009 | Travel: Lodging |
| 11014-00849 | Dillon, Sheri | 2/13/2009 | Meals - SEAMLESS WEB PROFESSIONAL SOLUTIONS INC Meeting on 02/13/09 S. Dillon | $49.38 | Future billings must include number of people at meal | S. Dillon, B. Leonard, A. Owens | Meals: Client Meetings |
| 11014-00849 | Owens, Angela | 2/13/2009 | Roundtrip airfare plus agency fees for A. Owens | $538.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00849 | Leonard, Bob | 2/13/2009 | Roundtrip airfare plus agency fees for B. Leonard | $538.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00902 | N/A | 2/28/2009 | CD Preparation – 3 CDs at $25 | $75.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |
| 11014-00906 | N/A | 2/28/2009 | CD Preparation – 3 CDs at $25 | $75.00 | Document prep greater than $50 requires additional explanation or detail | 4 CDs at $25 for production of documents to government agency | CD/DVD Preparation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00912 | Madan, Raj | 2/12/2009 | Flight from New York, NY to Washington, DC for R. Madan | $269.45 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Madan, Raj | 3/6/2009 | Round trip airfare for R. Madan from Washington, DC to New York, NY and back to attend Creditors' Committee meeting | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Madan, Raj | 3/26/2009 | One-way airfare for R. Madan from Washington, DC to New York, NY to attend Creditors' Committee meeting | $246.95 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Bowers, Chris | 4/2/2009 | Lodging for C. Bowers in New York while attending Creditors' Committee meeting | $168.59 | Future billings should include dates of stay. | 4/2/2009 | Travel: Lodging |
| 11014-00912 | Madan, Raj | 4/2/2009 | Lodging for R. Madan in New York while attending Creditors' Committee meeting | $337.18 | Future billings should include dates of stay. | 4/2/2009 | Travel: Lodging |
| 11014-00912 | Madan, Raj | 4/2/2009 | Round trip rail fare for R. Madan from Washington, DC to New York, NY to attend Creditors' Committee meeting and meet with clients | $340.00 | Future billings must include class of service | Acela first class fare; the difference in cost was not charged to the client | Travel: Rail Transportation |
| 11014-00912 | Dillon, Sheri | 4/7/2009 | One Way air transportation for S. Dillon from New York to Washington, DC to meet with clients | $269.45 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Madan, Raj | 4/7/2009 | One Way air transportation for R. Madan from New York to Washington, DC to meet with clients | $269.45 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00912 | Madan, Raj | 4/7/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 04/07/09 from Chamber Street to LGA | $149.33 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge includes wait time due to meeting with government agency going beyond expected duration | Travel: Ground Transportation |
| 11014-00912 | Stults, Kevin | 4/7/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 04/07/09 from DCA to residence - K. Stults | $156.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00912 | Madan, Raj | 4/16/2009 | Lodging for R. Madan while in New York for meetings | $352.10 | Future billings should include dates of stay. | 4/16/2009 | Travel: Lodging |
| 11014-00912 | Madan, Raj | 4/30/2009 | Roundtrip air transportation to New York for R. Madan to meet with clients | $493.70 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Magee, John | 4/30/2009 | Air travel for J. Magee to New York for Lehman meeting (with Raj Madan, Sheri Dillon and Kevin Stults) | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Dillon, Sheri | 4/30/2009 | Airfare and service fee from DC to New York (roundtrip) for S. Dillon | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Madan, Raj | 4/30/2009 | Round trip airfare for R. Madan from Washington DC to New York to meet with clients | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Madan, Raj | 4/30/2009 | Ground Transportation - CARTER SEDAN'S, INC. - inv# 2407 sedan service on 04/30/09 from residence to DCA to office to DCA - R. Madan/Magee | $107.95 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; charge covers multiple stops and shared rider status | Travel: Ground Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00912 | Madan, Raj | 4/30/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on 04/30/09 from LGA to West Street | $149.74 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during travel, not overtime car service; fare included multiple stops | Travel: Ground Transportation |
| 11014-00912 | Stults, Kevin | 4/30/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 04/23/09 from DCA to residence - K. Stults (inv#SMN9051) | $156.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00912 | Stults, Kevin | 4/30/2009 | Ground Transportation - NORTON SEDAN SERVICE - sedan service on 04/23/09 from residence to DCA - K. Stults (inv#SMN9051) | $156.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00912 | Dillon, Sheri | 4/30/2009 | Hotel accommodations for S. Dillon in New York | $333.68 | Future billings should include dates of stay. | 4/30/2009 | Travel: Lodging |
| 11014-00912 | Madan, Raj | 4/30/2009 | Hotel accommodations for R. Madan in New York | $333.68 | Future billings should include dates of stay. | 4/30/2009 | Travel: Lodging |
| 11014-00912 | Dillon, Sheri | 5/1/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for S. Dillon on 05/01/09 from Chase Plaza to LGA | $203.18 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; charge includes wait time due to meeting with government agency exceeding expected duration | Travel: Ground Transportation |
| 11014-00912 | Madan, Raj | 5/7/2009 | Lodging for R. Madan while in New York for meetings | $333.68 | Future billings should include dates of stay. | 5/7/2009 | Travel: Lodging |
| 11014-00912 | Madan, Raj | 5/8/2009 | One-way flight for R. Madan from New York to Washington, DC plus ticket change fee | $299.60 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |

| Matter | Name | Cost Date | Cost Description | Amount Billed | Fee Committee Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| 11014-00912 | Stults, Kevin | 5/8/2009 | Roundtrip air transportation for K. Stults from Washington DC to New York, NY | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Dillon, Sheri | 5/8/2009 | Roundtrip air transportation for S. Dillon from Washington DC to New York, NY | $493.90 | Future billings must include class of service | Coach class fare | Travel: Air Transportation |
| 11014-00912 | Stults, Kevin | 5/8/2009 | Ground Transportation - NORTON SEDAN SERVICE - (inv#SMN9052) sedan service on 05/08/09 from DCA to residence – K. Stults | $156.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |
| 11014-00912 | Stults, Kevin | 5/8/2009 | Ground Transportation - NORTON SEDAN SERVICE - (inv#SMN9052) sedan service on 05/08/09 from residence to DCA – K. Stults | $171.60 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used for out-of-town travel, and is not overtime car service; no reasonable alternative available; distance to airport is significant | Travel: Ground Transportation |