# Exhibit E3

Voluntary Reductions of Selected
Expenses in Response to Fee Committee Reports

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|------|-----------|------------------|---------------|--------------------|--------------------|-----------------------------------|----------|
| Wilson, Justin | 2/5/2009 | Overtime Meals - SEAMLESS WEB PROFESSIONAL SOLUTIONS INC Overtime meal for J. Wilson on 2/5/09 (Inv.#469146) | $27.48 | $7.48 | OT Meal should not exceed $20 | | Overtime Meals |
| Madan, Raj | 2/10/2009 | Meals for R. Madan while in London | $52.37 | $12.37 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Madan, Raj | 2/10/2009 | Meals for R. Madan, C. Bowers, N. Leyva and J. Triolo (Lehman) | $250.00 | $130.00 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Madan, Raj | 2/11/2009 | Meals for R. Madan while in London | $52.37 | $12.37 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Madan, Raj | 2/11/2009 | Dinner for R. Madan, C. Bowers, N. Leyva, J. Triolo (Lehman) and ■ ■■■ | $250.00 | $130.00 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Dillon, Sheri | 2/12/2009 | Dinner for S. Dillon, B. Leonard and A. Owens while on travel in New York for client meetings | $300.35 | $180.35 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Madan, Raj | 2/12/2009 | Meals for R. Madan while in London | $52.37 | $12.37 | Meal while on travel should not exceed $40 per person | | Travel: Meals |

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|------|-----------|-----------------|---------------|---------------------|-------------------|----------------------------------|----------|
| Dillon, Sheri | 2/13/2009 | Meals for S. Dillon while on travel in New York | $59.85 | $19.85 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| N/A | 2/28/2009 | 9 Photocopies for the period 2/1 - 2/28/09 | $1.80 | $0.90 | Future billings must include per copy charge and should be charged at $.10/pg | 9 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 16 Photocopies for the period 2/1 - 2/28/09 | $3.20 | $1.60 | Future billings must include per copy charge and should be charged at $.10/pg | 16 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 19 Photocopies for the period 2/1 - 2/28/09 | $3.80 | $1.90 | Future billings must include per copy charge and should be charged at $.10/pg | 19 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 32 Photocopies for the period 2/1 - 2/28/09 | $6.40 | $3.20 | Future billings must include per copy charge and should be charged at $.10/pg | 32 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 128 Photocopies for the period 2/1 - 2/28/09 | $25.60 | $12.80 | Future billings must include per copy charge and should be charged at $.10/pg | 128 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 166 Photocopies for the period 2/1 - 2/28/09 | $33.20 | $16.60 | Future billings must include per copy charge and should be charged at $.10/pg | 166 Photocopies for the period 2/1 - 2/28/09, originally charged at $.20/page | Photocopies |
| N/A | 2/28/2009 | 304 Photocopies for the period 2/1 - 2/28/09 | $60.80 | $30.40 | Future billings must include per copy charge and should be charged at $.10/pg | 304 Photocopies for the period 2/1 - 2/28/09 | Photocopies |

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| N/A | 2/28/2009 | 348 Photocopies for the period 2/1 - 2/28/09 | $69.60 | $34.80 | Future billings must include per copy charge and should be charged at $.10/pg | 348 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 829 Photocopies for the period 2/1 - 2/28/09 | $165.80 | $82.90 | Future billings must include per copy charge and should be charged at $.10/pg | 829 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 983 Photocopies for the period 2/1 - 2/28/09 | $196.60 | $98.30 | Future billings must include per copy charge and should be charged at $.10/pg | 983 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 1,136 Photocopies for the period 2/1 - 2/28/09 | $227.20 | $113.60 | Future billings must include per copy charge and should be charged at $.10/pg | 1,136 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 3,074 Photocopies for the period 2/1 - 2/28/09 | $614.80 | $307.40 | Future billings must include per copy charge and should be charged at $.10/pg | 3,074 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 3,126 Photocopies for the period 2/1 - 2/28/09 | $625.20 | $312.60 | Future billings must include per copy charge and should be charged at $.10/pg | 3,126 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| N/A | 2/28/2009 | 11,319 Photocopies for the period 2/1 - 2/28/09 | $2,263.80 | $1,131.90 | Future billings must include per copy charge and should be charged at $.10/pg | 11,319 Photocopies for the period 2/1 - 2/28/09 | Photocopies |
| Bowers, Chris | 3/26/2009 | Meal while on travel for B. Brier (Lehman), R. Madan and C. Bowers | $220.20 | $100.20 | Meal while on travel should not exceed $40 per person | | Travel: Meals |

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|------|-----------|-----------------|---------------|---------------------|-------------------|----------------------------------|----------|
| Bowers, Chris | 3/27/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for C. Bowers on 03/27/09 from Battery Park Plaza to LGA | $107.71 | $21.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during out of town travel, and is not overtime car service. Charge includes wait time and miscellaneous expenses that is being voluntarily written off. | Travel: Ground Transportation |
| N/A | 3/30/2009 | Books & Subscriptions - Tax Planning for Troubled Corporations | $362.71 | $362.71 | Voluntary reduction | | Other Legal Research |
| N/A | 3/31/2009 | Photocopies for March 2009 | $1.40 | $0.70 | Future billings must include per copy charge and should be charged at $.10/pg | 7 Photocopies for March 2009, originally charged at $.20/page | Photocopies |
| N/A | 3/31/2009 | Photocopies for March 2009 | $2.40 | $1.20 | Future billings must include per copy charge and should be charged at $.10/pg | 12 Photocopies for March 2009, originally charged at $.20/page | Photocopies |
| N/A | 3/31/2009 | Photocopies for March 2009 | $7.80 | $3.90 | Future billings must include per copy charge and should be charged at $.10/pg | 39 Photocopies for March 2009, originally charged at $.20/page | Photocopies |
| N/A | 3/31/2009 | Photocopies for March 2009 | $15.80 | $7.90 | Future billings must include per copy charge and should be charged at $.10/pg | 79 Photocopies for March 2009, originally charged at $.20/page | Photocopies |
| N/A | 3/31/2009 | Photocopies for March 2009 | $19.00 | $9.50 | Future billings must include per copy charge and should be charged at $.10/pg | 95 Photocopies for March 2009, originally charged at $.20/page | Photocopies |
| N/A | 3/31/2009 | Photocopies for March 2009 | $302.00 | $151.00 | Future billings must include per copy charge and should be charged at $.10/pg | 1,510 Photocopies for March 2009, originally charged at $.20/page | Photocopies |

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| Bowers, Chris | 4/2/2009 | Rail transportation for C. Bowers from Washington, DC to New York, NY to attend Creditors' Committee meeting and meet with clients | $266.50 | $50.00 | Future billings must include class of service | First class fare | Travel: Rail Transportation |
| Dillon, Sheri | 4/7/2009 | One Way rail transportation for S. Dillon from Washington, DC to New York, NY to meet with clients | $315.00 | $100.00 | Future billings must include class of service | First class fare | Travel: Rail Transportation |
| Madan, Raj | 4/7/2009 | One Way rail transportation for R. Madan from Washington, DC to New York, NY to meet with clients | $310.00 | $100.00 | Future billings must include class of service | First class fare | Travel: Rail Transportation |
| Stults, Kevin | 4/7/2009 | One Way rail transportation for K. Stults from Washington, DC to New York, NY to meet with clients | $325.50 | $100.00 | Future billings must include class of service | First class fare | Travel: Rail Transportation |
| Madan, Raj | 4/17/2009 | Meals while on travel in New York for R. Madan | $72.23 | $13.81 | Meal while on travel should not exceed $40 per person | Two meals are included in this entry: $53.81 for first meal exceeded limit | Travel: Meals |
| Madan, Raj | 4/30/2009 | Lodging for R. Madan while in New York for meetings | $333.68 | $333.68 | Future billings should include dates of stay. | Duplicate charge | Travel: Lodging |
| Madan, Raj | 5/1/2009 | Meals for R. Madan while in New York for meetings | $53.81 | $13.81 | Meal while on travel should not exceed $40 per person | | Travel: Meals |

| Name | Cost Date | Cost Description | Amount Billed | Voluntary Reduction | Fee Comm Guidance | Additional Detail or Explanation | Category |
|---|---|---|---|---|---|---|---|
| N/A | 5/1/2009 | 126 photocopies from April 1 - 30, 2009 | $25.20 | $12.60 | Future billings must include per copy charge and should be charged at $.10/pg | 126 photocopies from April 1 - 30, 2009, originally charged at $.20/page | Photocopies |
| N/A | 5/1/2009 | 186 photocopies from May 1 - 31, 2009 | $37.20 | $18.60 | Future billings must include per copy charge and should be charged at $.10/pg | 186 photocopies from May 1 - 31, 2009, originally charged at $.20/page | Photocopies |
| Stults, Kevin | 5/1/2009 | Meals for K. Stults while in New York for meetings | $56.81 | $16.81 | Meal while on travel should not exceed $40 per person | | Travel: Meals |
| Madan, Raj | 5/7/2009 | Ground Transportation - EUROPE LIMOUSINE SERVICE, INC. travel for R. Madan on05/07/09 from NY Penn Station to Grand Hyatt | $104.04 | $47.00 | Car service should only be utilized after 8PM and should be limited to $100 | Car was used during out of town travel, and is not overtime car service. Charge includes wait time and miscellaneous expenses that is being voluntarily written off. | Travel: Ground Transportation |
| Madan, Raj | 5/8/2009 | Meals for R. Madan while in New York for meetings | $71.86 | $26.44 | Meal while on travel should not exceed $40 per person | Two meals are included in this entry: $66.44 for first meal exceeded limit | Travel: Meals |
| **Total Voluntary Expense Reduction:** | | | | **$4,144.55** | | | |