Presentment Date and Time:  **August 24, 2009 at 12:00 p.m** (Prevailing Eastern Time)
Objection Deadline:  August 24, 2009  at 11:30 a.m (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): August 26, 2009 at 10:00 a.m. (Prevailing Eastern Time

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : **08-13555 (JMP)**
:
**Debtors.** : **(Jointly Administered)**
:
-------------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN BINGHAM MCCUTCHEN LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO AUGUST 1, 2009

**PLEASE TAKE NOTICE** that the undersigned will present the annexed

Application (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases (together, the "Debtors") pursuant to § 327(e)

and § 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and d Rule 2014 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to employ

Bingham McCutchen LLP ("Bingham") as special counsel, *nunc pro tunc* to August 1, 2009, all

as more fully described in the Application, to the Honorable James M. Peck, United States

Bankruptcy Judge, for approval and signature on **August 24, 2009 at 12:00 p.m. noon**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P. Krasnow, Esq.,; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) Bingham McCutchen LLP, One Battery Park Plaza, 34th Floor, New York, NY 10004, Attn: Rajiv Madan, Esq., **so as to be so filed and received by no later than August 24, 2009 at 11:30 a.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely filed and served, a hearing will be held on **August 26, 2009, at 10:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable

James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York

10004-1408.  If an objection is filed the moving and objecting parties are required to attend the

hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  August 14, 2009
        New York, New York

                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**Presentment Date and Time:  August 24, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Objection Deadline:  August 24, 2009  at 11:30 a.m (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): August 26, 2009 at 10:00 a.m. (Prevailing Eastern Time**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Attorneys for Debtors
and Debtors in Possession

Attorneys for Debtor
And Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |  |
| :--- | :--- | :--- |
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**APPLICATION OF THE DEBTORS**
**PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE**
**BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION**
**TO EMPLOY AND RETAIN BINGHAM MCCUTCHEN LLP**
**AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO AUGUST 1, 2009**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the
above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"
and, collectively with their non-debtor affiliates, "Lehman"), submit this Application pursuant to
§ 327(e) and § 328(a) of title 11 of the United States Code (the "Bankruptcy Code") for

Authorization to Employ, *Nunc Pro Tunc,* Bingham McCutchen LLP ("Bingham" or the "Firm") as Special Counsel (this "Application") and respectfully represent:

### Preliminary Statement

1.      This Application is being submitted as a result of the August 1, 2009 combination of the law firms McKee Nelson LLP ("McKee") and Bingham.[1]  As set forth more fully below, McKee was retained by the Debtors as special counsel at the outset of the above-referenced proceedings for certain tax controversy matters (and later for certain securitization and capital markets matters), and all of the McKee attorneys who previously represented the Debtors in these cases will continue to represent the Debtors as partners or employees of Bingham.  In support of this Application, the Debtors rely on the Supplemental Declaration of Rajiv Madan, Esq., a partner at Bingham (the "August 2009 Madan Declaration"), filed on August 1, 2009, and attached hereto as Exhibit A.

### Background

2.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1]      While the Debtors believe a new retention application is not necessarily required when a retained law firm combines with another law firm, they are submitting this Application in an abundance of caution.

3.       On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.       On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

5.       On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

6.       On October 8, 2008, the Debtors submitted an application for authorization to employ, *nunc pro tunc*, McKee as special tax counsel. On March 10, 2009, the Debtors submitted an expanded retention application to employ, *nunc pro tunc*, McKee for additional securitization and capital markets matters. By orders dated November 5, 2008 (for tax controversy matters) and March 24, 2009 (for securitization and capital markets matters), McKee was retained by the Debtors as special counsel to continue to perform such legal services for the Debtors.

7.       McKee combined with Bingham effective August 1, 2009. Accordingly, the Firm filed a Notice of Change of Firm Name and a Supplemental Declaration of Rajiv Madan on Behalf of Bingham McCutchen in the Debtors' chapter 11 cases on August 1, 2009. As a result of the combination, all of the McKee attorneys who previously represented the Debtors in the above-referenced cases are now partners, counsel or associates of Bingham, and they will continue to represent the Debtors in these matters.

**Jurisdiction**

8.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Lehman's Business**

9.      Prior to the events leading up to these chapter 11 cases, Lehman was the fourth largest investment bank in the United States.  For more than 150 years, Lehman had been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients and individuals worldwide.

10.     Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

**Relief Requested**

11.     The statutory predicate for the relief sought herein is sections 327(e) and 328(a) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  By this Application, the Debtors seek entry of an order, pursuant to § 327(e) of the Bankruptcy Code, authorizing the employment and retention of Bingham as special counsel to continue to perform certain necessary legal services pertaining to the Debtors' chapter 11 cases, effective as of August 1, 2009.

**Basis for Relief**

12.    The August 2009 Madan Declaration, executed on behalf of Bingham in accordance with sections 327(e), 328(a), and 329 of the Bankruptcy Code and Rules 2014(a) and 2016(b) of the Bankruptcy Rules, was filed August 1, 2009, and is incorporated herein by reference.  The Debtors' knowledge, information, and belief regarding the matters set forth in this Application are based on, and made in reliance upon, the August 2009 Madan Declaration.

13.    The retention of Bingham under the terms described herein is appropriate under Bankruptcy Code sections 327(e), 328(a), and 1107(b).  Section 327(e) provides for the appointment of special counsel for a specific purpose where the proposed counsel does not possess any interest materially adverse to the debtor with regard to the matter(s) that will be handled by counsel.  Section 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).

14.    Moreover, section 1107(b) provides that "a person is not disqualified for employment under section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).  Simply put, section 327(e) of the Bankruptcy Code authorizes the retention of counsel who previously represented a debtor prepetition provided that: (a) the appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the specified special purpose for which counsel is being retained does not rise to the level of conducting the

bankruptcy case for the debtor in possession. *See In re DeVlieg, Inc.,* 174 B.R. 497 (N.D. Ill. 1994); *see also In re AroChem Corp.,* 176 F.3d 610, 622 (2d Cir. 1999) (noting that "where the interest of the special counsel and the interest of the estate are identical <u>with respect to the matter for which special counsel is retained</u>, there is no conflict and the representation can stand") (emphasis in original).

### Bingham Holds No Disqualifying Adverse Interest and its Retention is in the Best Interests of the Estate

15.     To the best of the Debtors' knowledge, Bingham does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters as to which Bingham is to be employed. *See In re AroChem Corp.,* 176 F.3d at 622 (emphasizing that, under section 327(e) of the Bankruptcy Code, potential conflicts must be evaluated only with respect to the scope of the proposed retention). The Debtors have been informed that Bingham will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise and, if any new relevant facts or relationships are discovered, Bingham will supplement its disclosure to the Court. *See* August 2009 Madan Declaration at ¶ 5.

16.     As set forth in the August 2009 Madan Declaration, Bingham represents certain creditors of the Debtors and has appeared on behalf of those clients in the Debtors' chapter 11 proceedings. These representations have been limited in scope and are unrelated to the tax, securitization and capital markets matters for which the McKee attorneys were originally retained. *See* August 2009 Madan Declaration at ¶¶ 15-20.

17.     Based on the foregoing and the disclosures set forth in the August 2009 Madan Declaration, Bingham does not hold or represent an interest adverse to the Debtors' estates that would impair Bingham's ability to perform professional services for the Debtors,

objectively and in accordance with § 327(e) of the Bankruptcy Code, regarding the matters on which Bingham is proposed to be engaged.  *See* August 2009 Madan Declaration at ¶¶ 7-20.

18.     To the best of the Debtors' knowledge, neither Bingham nor any partner, associate, or counsel thereof has any connection with the Debtors, the U.S. Trustee or any Parties in Interest, except as set forth in the August 2009 Madan Declaration.

19.     The Debtors also seek to retain Bingham because: (a) Bingham is well qualified to act as special counsel on the tax controversy, securitizations, and capital markets matters for which it will be retained; (b) since the Commencement Date, McKee has represented the Debtors as special counsel on the matters for which the Debtors seek to continue representation through Bingham; (c) prior to the Commencement Date, McKee actively represented the Debtors and their affiliates with regard to various matters; and (d) the Debtors believe that continuation of such representation is in the best interest of the estates.  Bingham has both a national and international practice, with more than 1,100 lawyers in fourteen offices throughout the United States, as well as in London and Tokyo, and has experience in all aspects of the law that are likely to arise in the Debtors' matters.

20.     As of June 30, 2009, McKee had billed the Debtors approximately $6,305,000 for fees and expenses related to tax matters and $311,900 for fees and expenses related to securitization and capital markets matters.  *See* August 2009 Madan Declaration at ¶ 2.

21.     As a result of its prepetition representation, the Firm's attorneys are familiar with the Debtors' complex tax controversy matters, including the relevant factual and legal issues, and are in the best position to assist the Debtors in handling the matters before the IRS and in litigation.  The Debtors believe that, given the experience and familiarity of those

attorneys with the Debtors' tax issues, it would be imprudent and inefficient to lose that knowledge base with respect to these ongoing matters during these chapter 11 cases. Given the specialized nature of the work performed and the Firm's long-standing engagement on the Debtors' and their affiliates' tax controversy matters, if the Debtors were required to retain counsel other than Bingham in connection with the matters on which Bingham is to be employed as provided herein, the Debtors, the estates, and all parties in interest would be unduly burdened by the time and expense necessary for such counsel to become familiar with the intricacies of the Debtors' tax issues and business operations.

22.      Bingham has stated its desire and willingness to represent the Debtors in these matters and to render the necessary professional services as special counsel to the Debtors. Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of the estates and creditors, and should be granted in all respects.

## Professional Compensation

23.      The Debtors, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and further orders of the Court, propose to compensate Bingham at the Firm's regular hourly rates for legal and non-legal personnel, and to reimburse Bingham for all reasonable and necessary expenses pursuant to the provisions of § 330 and § 331 of the Bankruptcy Code. Bingham's hourly rate structure for its domestic offices ranges from $605 to $995 for partners and of counsel, $300 to $590 for associates and counsel, and $215 to $305 for paraprofessionals. These rates may change from time to time in accordance with Bingham's established billing practices and procedures and, generally, are adjusted in January of each year. Bingham will not charge rates in excess of rates previously charged by McKee in

connection with the Debtors' chapter 11 cases, except to the extent any increases are a result of the Firm's annual adjustments. *See* August 2009 Madan Declaration at ¶ 27. The Debtors submit that such rates and charges are reasonable.

24.    To the extent that any affiliates of the Debtors subsequently commence a chapter 11 case, which is jointly administered with these cases, the Debtors request that the relief herein apply to such affiliates and their respective chapter 11 estates. Bingham agrees to file such additional disclosure as necessary pursuant to § 327(e) and § 328(a) of the Bankruptcy Code. *See* August 2009 Madan Declaration at ¶ 5.

### ***Nunc Pro Tunc***

25.    Bingham has performed work on the Debtors' tax controversy, securitization and capital markets matters in good faith beginning on August 1, 2009 to properly advance and protect the interests of the Debtors. Bingham performed this work at the direction of the Debtors. Accordingly, it is appropriate that Bingham be retained *nunc pro tunc* to August 1, 2009. *See* August 2009 Madan Declaration at ¶ 2.

### Notice

26.    No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Application in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who

have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

27.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: August 14, 2009
New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# **EXHIBIT A**

**(August 2009 Madan Declaration)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :        **(Jointly Administered)**
                                                    :
                                                    :
--------------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF RAJIV MADAN ON BEHALF OF BINGHAM MCCUTCHEN PURSUANT TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES

Rajiv Madan, being duly sworn, deposes and says:

1.      I am an attorney and member of the firm Bingham McCutchen LLP ("Bingham"

or the "Firm") and am duly authorized to make this declaration on the Firm's behalf.  I was

formerly a member of the firm McKee Nelson LLP ("McKee"), which combined with Bingham

effective as of August 1, 2009.  I submit this Supplemental Declaration in support of the

continued engagement by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors

(collectively, the "Debtors") of the combined firm as special counsel under section 327(e) of title

11 of the United States Code (the "Bankruptcy Code").  I have been the principal partner in

charge of the tax controversy matters related to the Debtors since March 2005, and have

continued in that capacity since being retained by the Debtors in their chapter 11 cases.  All of

the attorneys and paralegals from McKee who previously worked with me on tax controversy

matters related to the Debtors are now members of, or employed by, Bingham, and I intend to

have each of them continue their work on behalf of the Debtors.

2.      McKee represented certain of the Debtors and their affiliates in a range of tax controversy matters since 2005, and represented certain of the Debtors in connection with various securitization and capital markets matters since 2001.  By orders dated November 5, 2008 (for tax controversy matters) and March 24, 2009 (for securitization and capital markets matters), McKee was retained by the Debtors as special counsel to continue to perform such legal services for the Debtors.   As of June 30, 2009, McKee had billed the Debtors approximately $6,305,000 for fees and expenses related to tax matters and $311,900 for fees and expenses related to securitization and capital markets matters.

3.      As set forth more fully herein, in connection with the combination of McKee and Bingham, and as may be required by Bankruptcy Rule 2014, attorneys and paralegals working under my supervision reviewed Bingham's "connections" with the parties enumerated in the "parties in interest list" provided by counsel for the Debtors as of July 21, 2009.[1]

4.      This Declaration supplements my previous declarations on behalf of McKee dated October 8, 2008 (Docket No. 916) (the "Original Declaration") and March 17, 2009 (Docket No. 3171), and the declaration of my partner, Jeffrey Johnson, dated March 10, 2009 (Docket No. 3040) (collectively, and together with the Original Declaration, the "Previous Declarations").  The Previous Declarations remain applicable to the extent they disclose McKee's "connections" with the Parties in Interest prior to the combination with Bingham.  The primary purpose of this Declaration is to disclose Bingham's "connections" with such parties immediately prior to the

---

[1]      Bingham has performed conflicts searches for approximately 1,300 of the entities and their affiliates included in the list provided by the Debtors (the "Debtors' List").  The results of those searches are contained herein.  For the purposes of this Declaration, "Parties in Interest" shall mean the parties in interest for which conflicts searches were conducted, a list of which is attached hereto as Schedule 1.  It is my understanding that Bingham did not conduct such searches for those entities identified on the Debtors' List as "Potential Parties in Interest."  I do not believe a search of "potentially" interested parties is necessary to satisfy the requirements of Bankruptcy Rule 2014.  However, to the extent the United States Trustee requires that the Firm also conduct conflict searches with respect to those parties, the Firm would certainly be willing to do so.

combination of the firms, and to make additional disclosures required by the Bankruptcy Code and the Bankruptcy Rules as a result thereof.

5.       Except as otherwise stated herein, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently thereto.[2]  To the extent any information disclosed herein requires amendment or modification upon Bingham's completion of further review, or as additional party in interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

6.       Despite our substantial efforts to identify and disclose connections with the Debtors and the Parties in Interest in these cases, because the Debtors are a large enterprise with many creditors and other relationships, Bingham is unable to state with complete certainty that all of its client connections with the Debtors and the Parties in Interest have been disclosed.  In this regard, if Bingham discovers additional information that requires disclosure, the Firm will file supplemental disclosures with the Court.

### Bingham's Connections to Parties In Interest
### In Matters Unrelated to the Debtors' Chapter 11 Cases

7.       Bingham maintains databases containing the names of current and former clients and certain other parties related to such clients.  As stated above, in connection with this Declaration, I caused attorneys and paralegals working under my supervision to conduct a detailed review of the information generated from these databases to determine Bingham's "connections"[3] with the Parties in Interest.  I was assisted in this matter by a McKee partner and

---

[2]       Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Bingham (including former McKee attorneys) and are based on information provided by them.

[3]       To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am

3

counsel (both now with Bingham) who are experienced in such matters.  Based upon this review, while Parties in Interest (including certain of the Debtors) may be current or former clients of Bingham, or may otherwise be involved in litigation or transactional matters in which Bingham represents a client, I do not believe that Bingham holds any interest adverse to the estates with respect to any of the tax, securitization or capital markets matters for which Bingham is retained. Furthermore, to the best of my knowledge, neither Bingham nor any attorney at the Firm holds or represents any interest adverse to the Debtors' estates with respect to such matters.

8.    As part of its comprehensive legal practice, Bingham has represented in the past and may currently represent certain of the Parties in Interest (including subsidiaries and other related entities).    These representations may include, among other things, various general corporate, financial restructuring, finance, securities, environmental, real estate, tax and employee benefits, intellectual property, and litigation matters.  Except as expressly set forth herein, such representations are not directly related to the Debtors' chapter 11 cases.

9.    To the extent Bingham's research of its relationships with the Parties in Interest indicates that Bingham has represented within the past two years, or currently represents, any of the Parties in Interest or entities that may be related to such Parties in Interest, the identities of these entities and their respective relationships to the Debtors are set forth in <u>Schedule 2</u>, attached hereto.

10.    I understand that the Debtors have retained or will retain various professionals to aid in the prosecution of the Debtors' chapter 11 cases, including the professionals included on the list of Parties in Interest provided to the Firm.  In the past, attorneys at Bingham have worked

---

therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts.  Out of an abundance of caution, I may be disclosing items that are not disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests. In addition, certain of these firms may be current or former clients of Bingham. We believe it is also likely that many of the professionals who may appear in these cases are trustees, witnesses, advisors or counsel, as the case may be, in transactions or cases in which Bingham also represents a client. Bingham may retain various such professionals or affiliates thereof to provide, *inter alia*, litigation support and financial advisory services to Bingham or Bingham's clients in a variety of past, present or future engagements. Current employees at Bingham may be former employees of, or related to employees of, one or more of the other professionals in this case. In addition, attorneys at Bingham belong to professional organizations to which other professionals who may appear in these cases may also belong.

11.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Bingham, nor any partner or associate thereof, has any connection with the Debtors, the U.S. Trustee or any Parties in Interest, except as set forth herein.

12.     I am not related, and, to the best of my knowledge, no other Bingham attorney is related, to any United States Bankruptcy or District Judge for the Southern District of New York or to the United States Trustee in these chapter 11 cases.

13.     Bingham attorneys may have personal relationships with persons affiliated with certain of the Parties in Interest and with certain Judges in the Southern District of New York (whether arising from clerkships or otherwise). Bingham attorneys may also have ordinary business relationships with various Parties in Interest and may have previously been employed

5

by Parties in Interest.  It is my understanding that none of the foregoing relationships are related to the Debtors' chapter 11 cases.

14.     I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Bingham receives from a Party in Interest as long as it is unrelated to the Debtors' chapter 11 cases.  Bingham intends to accept engagements from other Parties in Interest (whether existing or new clients), but will not undertake a representation in which the client would be adverse to the Debtors with respect to the tax, securitization or capital markets matters for which the Firm is retained.

## Bingham's Connections to Parties In Interest
## In Matters Related to the Debtors' Chapter 11 Cases

15.     Bingham has a comprehensive U.S. and international creditors' rights practice. Prior to the combination with McKee, Bingham represented a number of Firm clients in connection with the Debtors' chapter 11 cases (and, as set forth below, will continue to do so subject to certain restrictions).  McKee, on the other hand, did not have a stand-alone bankruptcy practice prior to the combination and, thus, included a statement in the Original Declaration that the firm would not "undertake a representation directly related to the Debtors' chapter 11 cases." Original Declaration, ¶ 9.  Consistent with that statement, prior to the combination, the attorneys at McKee did not represent any creditors in connection with the Debtors' bankruptcy cases.

16.    A list of clients which Bingham advises in connection with the Debtors' chapter 11 cases is attached hereto as <u>Schedule 3</u> (collectively, the "<u>Bingham Clients</u>").[4]    These representations have thus far been limited in scope and are unrelated to the tax, securitization and capital markets matters for which the McKee attorneys were originally retained.  To that end, I note the following:

- Bingham has <u>not</u> advised any of the Bingham Clients in connection with any tax issues related to the Debtors' chapter 11 cases.

- Most of the issues raised in the pleadings filed to date by Bingham on behalf of such clients have been resolved.  As of the date hereof, the only pending contested matter or adversary proceeding in the bankruptcy case in which Bingham is involved is an adversary proceeding in which State Street Bank and Trust Company seeks a declaratory judgment against one of the Debtors concerning the ownership of certain assets.

- Nearly all of the issues for the Bingham Clients arise out of stand-alone actual or potential claims.  A number of the Bingham Clients' claims arise in circumstances where the primary Lehman entity involved is not a chapter 11 debtor (but is, instead, involved in the Lehman Brothers, Inc. ("<u>LBI</u>") proceeding under the Securities Investor Protection Act of 1970 ("<u>SIPA</u>") or one of the foreign insolvency cases), and the only issue in the chapter 11 cases is a potential guaranty claim.

17.    I do not believe there are any actual or potential conflicts which would preclude Bingham from simultaneously representing the Debtors and the Bingham Clients.  Based on, among other things, the following pertinent facts, I do not believe such dual representation will cause any harm to the Debtors or the Bingham Clients:

- The Debtors have requested that Bingham continue to represent them as special counsel in their chapter 11 cases.

- The Debtors have consented to and have waived any potential conflicts resulting from Bingham's representation of the Bingham Clients on matters that may be

---

[4]    I note that <u>Schedule 3</u> includes only clients whom Bingham advises in connection with the Debtors' chapter 11 cases.  The attached list does not include Bingham clients who Bingham believes may have an interest in the Debtors' cases, but who have not specifically requested that Bingham represent them in connection therewith.

adverse to the Debtors, so long as those engagements are not related to and would not cause Bingham to represent a party adverse to the Debtors on the tax, securitization and capital markets matters for which the Firm is retained.

- Each Bingham Client has consented to, or will consent to, and has waived, or will waive, any potential conflicts resulting from Bingham's simultaneous representation of it and the Debtors in connection with the Debtors' chapter 11 cases.

- The attorneys or non-attorneys who are involved in Bingham's representation of the Bingham Clients (collectively, the "Creditors' Team") are primarily located in the Firm's New York, Boston, Hartford and UK offices. In contrast, all of the attorneys or non-attorneys from McKee who are working on the Debtors' substantive tax, securitization and capital markets matters (collectively, the "Debtors' Team") are based in Washington, D.C.

- None of the work performed or anticipated to be performed for the Bingham Clients is related to the Firm's work for the Debtors, and the Debtors' Team has not been (and does not expect to be) adverse to the Creditors' Team in any matter related to the Debtors.

- Attorneys working on substantive tax and securitization matters for the Debtors will be in completely separate administrative groups within Bingham from the attorneys working on the matters for the Bingham Clients. (Former McKee attorneys working on tax matters for the Debtors are part of Bingham's "Tax and Employee Benefits" group within the "Corporate" area, and former McKee attorneys working on securitization or capital markets matters for the Debtors are part of Bingham's "Capital Markets" group within the "Securities" area. In contrast, most of the attorneys representing the Bingham Clients are in the "Financial Restructuring" group within the "Financial Institutions" area, and none are in the Tax and Employee Benefits Group.

- The only parties adverse to the Debtors with respect to the matters for which McKee has been retained are the Internal Revenue Service and the Department of Justice, neither of whom I believe are or have ever been Bingham clients.

18.     While I do not believe there are any actual or potential conflicts (or any restrictions under section 327(e) of the Bankruptcy Code) which would preclude Bingham from representing the Debtors and the Bingham Clients, to avoid even the appearance of impropriety resulting from such representations, the Firm will be implementing certain voluntary safeguards, including, as set forth more fully below, establishing an ethical wall between the Debtors' Team

and the Creditors' Team.  In order to implement the wall, Bingham management will send a

memorandum to all personnel at Bingham who have billed time (or, in the case of non-billing

personnel, who support those who have billed time) to matters related to the Debtors' chapter 11

cases.  Each recipient of the memorandum will be required to sign and return it to a designated

person, which signature will indicate the recipient's understanding of the memorandum and

his/her obligation to comply therewith.  The memorandum will include the following provisions:

- The members of the Debtors' Team shall not be permitted to be involved in any way in Bingham's representation of any of the Bingham Clients in connection with the Debtors' chapter 11 cases.

- The members of the Creditors' Team shall not be permitted to be involved in any way in Bingham's representation of any of the Debtors in connection with the Debtors' chapter 11 cases.

- No member of the Debtors' Team may disclose to anyone on the Creditors' Team any confidences or secrets or work product of the Debtors or seek to obtain confidences or secrets or work product from members of the Creditors' Team.

- No member of the Creditors' Team may disclose to anyone on the Debtors' Team any confidences or secrets or work product of the Bingham Clients or seek to obtain confidences or secrets or work product from members of the Debtors' Team.

- Each member of the Debtors' Team and the Creditors' Team is responsible for ensuring that all documents relating to the work of its team are kept in a secure location when not in use and for ensuring that such secure locations are not accessible to members of the other team.

- To the extent reasonably practicable, files should not be maintained on shared Firm directories, and secure areas for file storage must be created.  Files relevant to the Bingham Clients and/or the Debtors which are maintained on individuals' desktop or laptop computers must be backed up to these secure areas.

- The procedures set forth in this memorandum are mandatory and must be complied with.  Such compliance is of utmost importance both to the interests of our clients and to the integrity and reputation of our Firm.  Any breach of the procedures set forth in this memorandum by any person will be grounds for sanctions, including dismissal where circumstances warrant, and may subject such person to liability.

19.    In furtherance of the foregoing, to the extent practicable, Bingham will take the steps necessary to ensure that the Debtors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Creditors' Team and the Creditors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Debtors' Team.

20.    Additionally, Bingham will not represent any creditors in the Debtors' chapter 11 cases adverse to the Debtors on the tax controversy matters and securitization and capital markets transactions for which the Firm is retained, as required by section 327(e) of the Bankruptcy Code.  The Creditors' Team intends to continue to advise clients in connection with the Debtors' chapter 11 cases (including, but not limited to, the Bingham Clients listed on Schedule 3).  No member of the Debtors' Team will be permitted to participate in any such representations (and, in particular, no member of the Debtors' Team will provide any tax or other advice to the Bingham Clients in connection with the Debtors' chapter 11 cases).

### Bingham's Connections to the Debtors in Matters Not Directly Related to the Chapter 11 Cases

21.    Bingham currently represents and may continue to represent other clients in, among other things, derivative transactions, investing or lending transactions, real estate, litigation, and bankruptcy matters in which the Debtors or their non-debtor affiliates may have an interest, but which are not directly related to the Debtors' chapter 11 cases.  In particular, and by way of example only, Bingham (i) recently conducted due diligence related to hedge funds in which the Debtors or their non-debtor affiliates may have an interest, (ii) represents a lender syndicate where one of the Debtors is a lender, (iii) represents certain clients as lenders in connection with the financing of an investment by a non-debtor affiliate of the Debtors, (iv)

represents a limited partner in a real estate partnership of which a non-debtor affiliate of the Debtors is general partner.

22.    Bingham represents clients that are co-defendants with one or more of the Debtors, but I do not believe that there is any adversity between such co-defendants and the Debtors.

23.    Bingham represents various entities in connection with matters related to LBI and certain of the Debtors' foreign affiliates.  Such matters include filing or assisting clients with proofs of claim and/or the sale of claims related to LBI's SIPA and pending foreign insolvency proceedings.  Except as specifically set forth herein, I do not believe that there is any adversity between such clients and the Debtors.

24.    Bingham represents a client in connection with certain matters involving non-debtor real estate affiliates of the Debtors.  I do not believe that there is any adversity between such clients and the Debtors.

## Securities Ownership

25.    Certain individual attorneys at Bingham may own, or have beneficial interests in trusts owning, shares in LBHI and securities of related entities and may own shares in other Parties in Interest.  We have not conducted any investigation of such attorneys' banking, insurance, brokerage or investment activities in preparing this Declaration.  It should be noted, however, that Bingham has a long-standing policy prohibiting all attorneys and support staff from using any confidential information that may come to their attention in the course of their work.  Bingham also has a policy restricting all attorneys and support staff from trading in the public securities of certain companies included on restricted lists maintained by the Firm.  All

personnel are barred from trading in securities as to which they were exposed to confidential information.

26.     I also note that it is my understanding that a large number of the Debtors' debt and equity securities are held by various mutual funds, trusts and portfolios and accounts that are managed by various advisors.  Bingham does not know the ultimate beneficial owners of the funds, although it is believed they are widely held.  Similarly, many of the Debtors' securities are registered in the name of Depository Trust Company or its nominee, and securities entitlements to such securities are held through securities accounts maintained by brokers, investment advisors and other securities intermediaries.  The ultimate owners of the securities entitlements are unknown to Bingham, except for those reported on the list of parties in interest provided by Debtors' counsel.  It is possible that some of such holders may be clients of Bingham.

## <u>Compensation</u>

27.     Subject to the Court's approval and consistent with McKee's prior billing practices, Bingham will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered.  These rates may change from time to time in accordance with Bingham's established billing practices and procedures and, generally, are adjusted in January of each year.  Bingham will not charge rates in excess of rates previously charged by McKee in connection with the Debtors' chapter 11 cases, except to the extent any increases are a result of the Firm's annual adjustments.  Presently, Bingham's hourly rate structure for its domestic offices ranges from $605 to $995 for partners and of counsel, $300 to $590 for associates and counsel, and $215 to $305 for paraprofessionals.

28.     During the course of this case, Bingham will invoice the Debtors no less frequently than monthly for services rendered and charges and disbursements incurred.  Bingham

will maintain detailed contemporaneous records of time and any actual or necessary expenses incurred in connection with the services rendered for the Debtors.  Bingham intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges and disbursements incurred in connection with its engagement in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Orders of this Court.

29.    No promises have been received by Bingham, or any attorney of the Firm, as to payment or compensation for this case other than in accordance with the provisions of the Bankruptcy Code.  Bingham has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under § 504(b)(1) of the Bankruptcy Code.

[Remainder of page intentionally left blank]

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on August 1, 2009.

_/s/ Rajiv Madan_____

Rajiv Madan, Esq.
Partner
Bingham McCutchen LLP

## SCHEDULE 1

## 50 Largest Bond Holders

1. Advanced Series Trust
2. AETNA Life Insurance Company
3. AIG Annuity Insurance Company
4. ALFA Mutual Fire Insurance Company
5. Allianz Life Insurance Company of North America
6. Alpha Mutual Fund Management
7. American Family Life Assurance Company
8. American Life Insurance Company
9. AXA Equitable Life Insurance Company
10. Barclays Global Fund Advisors
11. BBVA Gestion SA SGIIC (Spain)
12. Blackrock Advisors
13. Capital Research and Management
14. Continental Casualty Company
15. Federated Investors
16. Fidelity Management and Research
17. Franklin Advisors Inc.
18. Franklin Templeton Investments
19. Guardian Life Insurance Company
20. Hartford Life Insurance Company
21. ING Investment LLC
22. Jackson National Life Insurance
23. John Hancock Investment Management Services
24. John Hancock Life Insurance Company
25. Liberty National Life Insurance Company
26. Loomis Sayles & Company L.P.
27. Medical Liability Mutual Insurance Company
28. Metlife Insurance Company of Connecticut
29. Metropolitan Life Insurance Company
30. Metropolitan West Capital Management
31. NATIXIS  Asset Management Advisors
32. Northwest Mutual Life Insurance Company
33. Phillips Hager & North Investment Management
34. PIMCO Advisors LP
35. PIMCO Funds Global Investors
36. Principal Life Insurance Company
37. Prudential Financial Inc.
38. Prudential Insurance Company of America
39. Riversource Life Insurance Company
40. Sun Life Assure Co. of Canada
41. T. Rowe Price Associates
42. Teachers Insurance and Annuity Association
43. Thrivent Financial for Lutherans
44. Transamerica Life Insurance Company
45. UBS Investment KAG
46. United States – Indices

47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Cadwalader, Wickersham, and Taft
22.    Canary Wharf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst &Young Private Limited
40.    Fidessa Plc.
41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data
43.    Haworth Singapore PTE Ltd.

2

44.     Henegan Construction Co., Inc.
45.     Hewlett-Packard AP (HONG KONG) LIMITED
46.     HSBC Bank
47.     Hua Nan Commercial Bank, Ltd
48.     IBM Corporation
49.     ICAP Securities Limited
50.     Information Builders Inc.
51.     JQ Network PTD Limited
52.     KBC Bank
53.     Kim & Chang
54.     Kingston Communications PLC
55.     Linklaters, S.L.
56.     Lloyds Bank, PLC
57.     London & European Title Insurance Services Ltd.
58.     London Borough of Tower Hamlets Rates
59.     Mace Limited
60.     McKee Nelson LLP
61.     Microsoft Licensing, GP
62.     Millennium Developers PVT LTD
63.     Mizuho Corporate Bank Ltd.
64.     Morse Group Limited
65.     Morse Service Holdings Limited
66.     National Bank of Australia
67.     National Commerce Bank
68.     Network Appliance, Inc.
69.     Nippon Life Insurance Co.
70.     NYSE Market, Inc.
71.     Origin HR Consulting Limited
72.     Paul Weiss
73.     Pricoa Relocation UK Limited
74.     Reuters America Inc.
75.     Reuters Limited
76.     Shinkin Central Bank
77.     Shinsei Bank Ltd.
78.     Sidley Austin Brown & Wood
79.     Standard & Poor's
80.     Standard Chartered Bank
81.     Sumitomo Mitsui Banking Corp
82.     Sungard Securities Finance Inc.
83.     Svenska Handelsbanken
84.     Swapswire Limited
85.     Taipei Fubon Bank, New York Agency
86.     Tata Consultancy Services
87.     The Bank of New York
88.     The Bank of Nova Scotia
89.     The British Land Company PLC
90.     Thompson Financial
91.     TIBCO Software, Inc.
92.     UFJ Bank Limited

93.    Vertex Mortgage Services
94.    Virtix
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C.
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crescent TC Investors LP

4

- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP

- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1.  Danske Bank
2.  Fenway Funding LLC
3.  JPMorgan Chase
4.  MetLife
5.  SMBC
6.  State Street
7.  Swedbank

## Government and State Regulatory Agencies

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)

- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the Commencement Date, to the extent known at the Commencement Date.

1. The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
   - Allstate Insurance Co.
   - Capital Research Management Co.
   - Franklin Advisors LP
   - Franklin Federal Intermediate-Term-Tax-Free Income Fund
   - Franklin Federal Tax-Free Income Fund
   - Franklin Georgia Tax-Free Income Fund
   - Franklin High-Yield Tax-Free Income Fund
   - Independence Holding Co.
   - Oppenheimer Funds, Inc.
   - The Vanguard Group

2. Informal LBHI Bondholder Group
   - Alliance Bernstein
   - Capital Guardian Trust Company
   - Cyrus Capital Partners, L.P.
   - King Street Capital Management, L.L.C.
   - Pacific Management Investment Company
   - Wexford Capital LLC
   - York Capital Management

## Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than 5%).

|   |   |
|---|---|
| • AXA and related parties | 7.25% |
| • Clearbridge Advisors, LLC and related parties | 6.33% |
| • FMR LLC and related parties | 5.87% |

## Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman

- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A. Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T. Lowitt
- Jack McCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli

- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

## Underwriting Investment Bankers for Debtor's Securities - all securities
issued or outstanding on the Commencement Date or during the three years prior to the
Commencement Date.

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)

4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC
7. ASB L.L.C.
8. Ballybunion Investments No. 2 Ltd.
9. Ballybunion Investments No. 3 Ltd.
10. Ballybunion Investments No. Ltd.
11. Banque Lehman Brothers S.A.
12. Bixen Limited
13. BK I Realty Inc. (dissolved)
14. BK II Properties Inc.
15. BK III Properties Inc.
16. Blue Jay Realty Corporation
17. BNC Holdings Inc.
18. Bromley LLC
19. Brookson Corp.
20. Brookwood Energy & Properties Inc.
21. Canope Credit Corp.
22. Capital Analytics II, LP
23. Central Funding (Concord) Corporation (dissolved)
24. Clarks Summit I, LLC
25. Clarks Summit II, LLC
26. CP1 Real Estate Services Inc.
27. CP4 Real Estate Services Inc. (dissolved)
28. Dimont Corporation
29. DL Mortgage Corp.
30. DRA Management, Inc. (dissolved)
31. Eagle Energy Management, LLC
32. Eagle Energy Partners I, L.P.
33. East Dover Limited
34. Edibrook Corp.
35. EHP/GP Inc. (dissolved)
36. Eldon Street Holdings Limited
37. ELQ Holdings B.V.
38. ELQ Hypothekan N.V.
39. Equipment Management Inc.
40. Equity Strategies Loans LLC
41. Equity Strategy Loans LLC
42. e-Valuate, LP
43. Executive Monetary Management, Inc.
44. Falcon Holdings I LLC
45. First Ward Properties Inc.
46. Flight Sim I LLC
47. Flight Sim II LLC
48. Flight Sim III LLC
49. Flight Sim IV LLC
50. Flight Sim V Inc.
51. FRAH Special Services Inc.
52. Fundo De Investimento Multimercado Credito Privado Navigator Investimento

53.     Furno & Del Castano CapitalPartners LLP
54.     GA Dekalb Inc.
55.     GKI Korea Development Limited
56.     Global Principal Strategies Loans Inc.
57.     GmbH
58.     GRA Finance Corporation Ltd.
59.     GRA Finance Corporation Ltd.
60.     Growth Partners Inc. (dissolved)
61.     Hills Funding One, Ltd.
62.     Hydrocarbon Capital II LLC
63.     IL Lombard Inc. (dissolved)
64.     Ivanhoe Lan Pty Limited
65.     Jet Aircraft Leasing Inc. (dissolved)
66.     Jet Partners, LLC
67.     JFM Aviation Once LLC
68.     KM-I Real Estate Company VII (sold)
69.     Laminar Holdings LLC
70.     LB 3 GmbH
71.     LB Alberta Holdings Inc.
72.     LB Beta Finance Cayman Limited
73.     LB GPS Lightfoot L.L.C.
74.     LB Holdings Intermediate 1 Ltd
75.     LB Holdings Intermediate 2 Ltd
76.     LB I Group Inc
77.     LB India Holdings Cayman I Limited
78.     LB India Holdings Cayman II Limited
79.     LB India Holdings Mauritius I Limited
80.     LB India Holdings Mauritius II Limited
81.     LB India Holdings Mauritius III Limited
82.     LB Investment Corp. Inc.
83.     LB Investment Holding Company Limited (dissolved)
84.     LB Investments (UK) Limited
85.     LB Leasing Inc.
86.     LB Lomond Investments Limited
87.     LB Maritim Investor
88.     LB Memphis Brownestone LLC
89.     LB Military Housing LLC
90.     LB Note Corp.
91.     LB Ohana, LLC
92.     LB Skypower Inc.
93.     LB Trade Corp.
94.     LB UK Financing Limited
95.     LB UK RE Holdings Ltd.
96.     LBCCA Holdings I LLC
97.     LBCCA Holdings II LLC
98.     LB-NL Holdings (Cayman) Limited
99.     LB-NL Holdings I Inc.
100.    LB-NL Holdings L.P.
101.    LB-NL U.S. Investor Inc.

102.   LBO Investments Limited
103.   LBQ Funding (UK)
104.   LBQ Hong Kong Funding Ltd
105.   LBQ Hong Kong Services Limited
106.   LCP LTU LLC
107.   LCPI Properties Inc.
108.   LCPI Properties Inv.
109.   Leesburg ACG LLC
110.   Lehman ABS Corporation
111.   Lehman Aircraft Securitization Holdings LLC
112.   Lehman Asset Backed Caps Inc.
113.   Lehman Brother Venture Capital 2003 Partnership
114.   Lehman Brothers (Israel) Inc.
115.   Lehman Brothers (PTG) Limited
116.   Lehman Brothers (Spain) S.A.
117.   Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.   Lehman Brothers 1999 Vernture GP Partnership L.P.
119.   Lehman Brothers AIM Holding II LLC
120.   Lehman Brothers Alternative Investment Management LLC
121.   Lehman Brothers Argentina S.A.
122.   Lehman Brothers Asset Management (Europe) Ltd
123.   Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.   Lehman Brothers Asset Management France
125.   Lehman Brothers Asset Securitization LLC
126.   Lehman Brothers Capital GmbH, Co
127.   Lehman Brothers Capital Partners I, L.P.
128.   Lehman Brothers Capital Partners II, L.P.
129.   Lehman Brothers Capital Partners IV, L.P.
130.   Lehman Brothers CDO 2003 L.P.
131.   Lehman Brothers CDO Associates (Cayman), Ltd.
132.   Lehman Brothers CDO Associates 2003 L.P.
133.   Lehman Brothers CDO Associates 2004 L.P.
134.   Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.   Lehman Brothers Commercial Corporation Asia Limited
136.   Lehman Brothers Commercial Mortgage K.K.
137.   Lehman Brothers Commodity Service Inc.
138.   Lehman Brothers Communications Partnership
139.   Lehman Brothers de Chile, S.A. (dissolved)
140.   Lehman Brothers de Venezuela C.A. (inactive)
141.   Lehman Brothers Derivative Finance LLC
142.   Lehman Brothers Derivative Products Inc.
143.   Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.   Lehman Brothers do Brasil Ltda
145.   Lehman Brothers Energy Canada, ULC
146.   Lehman Brothers Europe Inc.
147.   Lehman Brothers Europe Limited
148.   Lehman Brothers European Mezzanine 2002 Associates L.P.
149.   Lehman Brothers European Mezzanine 2002 L.P.
150.   Lehman Brothers European Venture Capital Associates L.P.

12

151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings, Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C.
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc
172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP
178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.
196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.

200.   Lehman Brothers Offshore Investment Partnership L.P.
201.   Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.   Lehman Brothers Offshore long/short fund, ltd
203.   Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.   Lehman Brothers Offshore Partners Ltd.
205.   Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.   Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.   Lehman Brothers Offshore Real Estate Associates, Ltd
208.   Lehman Brothers OTC Derivatives Inc.
209.   Lehman Brothers Overseas Inc.
210.   Lehman Brothers Pacific Holdings Pte. Ltd.
211.   Lehman Brothers Participation Fund Associates, L.P.
212.   Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.   Lehman Brothers Private Equity Advisers L.L.C.
214.   Lehman Brothers Private Fund Advisers LP
215.   Lehman Brothers Private Fund Management LP
216.   Lehman Brothers Private Funds Investment Company GP, LLC
217.   Lehman Brothers Private Funds Investment Company LP, LLC
218.   Lehman Brothers Secondary Fund of Funds Associates L.P.
219.   Lehman Brothers Secondary Fund of Funds L.P.
220.   Lehman Brothers Securities Taiwan Limited
221.   Lehman Brothers Services India Private Limited
222.   Lehman Brothers Singapore PTE Ltd.
223.   Lehman Brothers South Asia Limited (Inactive)
224.   Lehman Brothers South East Asia Investments PTE Limited
225.   Lehman Brothers Spain Holdings Limited
226.   Lehman Brothers Special Financing Inc.
227.   Lehman Brothers Sudamerica S.A.
228.   Lehman Brothers U.K. Holdings (Delaware) Inc.
229.   Lehman Brothers Uruguay S.A.
230.   Lehman Brothers VC Partners L.P.
231.   Lehman Brothers Venture Associates Inc.
232.   Lehman Brothers Venture Bankers' Partnership L.P.
233.   Lehman Brothers Venture Capital Partners I, L.P.
234.   Lehman Brothers Venture GP Partnership L.P.
235.   Lehman Brothers Venture Partners L.P.
236.   Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.   Lehman CMO Inc.
238.   Lehman Commercial Paper Inc.
239.   Lehman Crossroads Corporate Investors II, LP
240.   Lehman Insurance Company
241.   Lehman Loan Funding I LLC
242.   Lehman Mortgage Company of Canada (surrendered)
243.   Lehman Mortgage Holdings Canada I Inc. (inactive)
244.   Lehman Mortgage Holdings Canada II Inc. (inactive)
245.   Lehman Municipal ABS Corp. Lehman OPC LLC
246.   Lehman Pass-Through Securities Inc.
247.   Lehman Queens Center Inc. (inactive)
248.   Lehman Queens Limited Inc. (inactive)

249. Lehman Re Ltd.
250. Lehman Realty & Development Corp.
251. Lehman Receivables Corp. (dissolved)
252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.
264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.
293. OCI Holdings Limited
294. OSD Corp.
295. PAC Aircraft Management Inc.
296. Pentaring, Inc.
297. Phuket Hotel 1 Holdings Company Limited.

298. Pike International Y.K. Pindar Pty Ltd.
299. Preferred Group Limited
300. Preferred Holdings Limited
301. Preferred Mortgages Limited
302. Principal Transactions Inc.
303. QP80 Real Estate Services Inc.
304. Quality Pork Partners, Inc.
305. Real Estate Investors Inc. (dissolved)
306. Real Estate Private Equity Inc.
307. Real Estate Services I Inc. (dissolved)
308. Real Estate Services VII Inc. (dissolved)
309. Reliance Energy E&P, LLC
310. REPE LBREP III LLC
311. Revival Holdings Limited
312. RIBCO LLC
313. RIBCO SPC, Inc.
314. Rock Hill Real Estate, Inc.
315. Sage Partners, LLC
316. SAIL Investor Pte Ltd.
317. Sambar Properties Inc.
318. SASCO ARC Corporation
319. Scranzay, Inc.
320. Security Assurance Advisers, LP
321. Select Asset Inc.
322. Senior Income Fund Inc. (dissolved)
323. Serafino Investments Pty Limited
324. Shearson Lehman Brothers Capital Partners II, L.P.
325. Shearson Lehman Hutton Capital Partners II
326. Skratook LLC
327. Small Business Assets I LLC
328. Southern Pacific Funding 5 Ltd
329. Stamford Investment Realty Inc.
330. STRATUS I Inc.
331. Structured Asset Securities Corporation II
332. Structured Asset Securities Corporation
333. Structured Options Inc.
334. STUIE CORP.
335. Sunrise Finance Co., Ltd.
336. TAL Europe, LLC
337. Tallus
338. Thayer Group Limited
339. Thayer Properties (Jersey) Ltd.
340. Thayer Properties Limited
341. Townsend Analytics Japan Ltd.
342. Townsend Analytics, Ltd.
343. TX Tower Inc. (sold)
344. West Dover, LLC
345. Wharf Reinsurance Inc.
346. Woori-LB First Asset Securitization Specialty Co., Ltd.

16

347.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.    Y.K Tower Funding
349.    Y.K. Park Funding

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director - MGM Mirage
- President's Council on International Activities - Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center

17

- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America LLC
- Andrews & Kurth LLP
- Appleby Global
- Baker & McKenzie LLP
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- Cederquist
- Chiomenti Studio Legale

- Click & Null, P.C.
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- DLA Piper
- Dorsey & Whitney LLP
- Duff and Phelps
- Einstein Malanchuk LLP
- Ernst & Young
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting, Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunton & Williams LLP
- Jeffer, Mangels, Butler & Marmaro
- Jenner and Block LLP
- Jones Day
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.

- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Maples and Calder (Cayman Office)
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richards, Layton & Finger, P.A.
- Schulte, Roth & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey LLP
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Thacher Proffitt & Wood LLP
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados

- Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis
- White & Case
- Willkie Farr & Gallagher LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et al. v. Banc of America Securities LLC, et. al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn

21

- Massachusetts Water Resources Authority
- Miron Berenshteyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et al. v. Morgan Stanely & Co. Inc., et al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al. v. Lehman Brothers Holdings Inc. et al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1.   1221 Avenue of the Americas
2.   125 Broad Street
3.   1301 Properties Owner LP
4.   2027 Collections Center Drive
5.   4 Connections LLC
6.   425 Lexington Ave.
7.   515 South Flower Street
8.   55 Broadway
9.   767 Fifth Avenue
10.  77 West Wacker
11.  A V Services Inc.
12.  AC Nielsen Company
13.  Acronis, Inc.
14.  AFD Contract Furniture Inc.
15.  Agilysys NJ, Inc.
16.  Allen & Overy
17.  Alpha Office Supplies Inc.
18.  Anjarlekar & Associates
19.  ANZ Banking Group Limited
20.  Aperture Technologies
21.  Ashurst Morris Crisp
22.  Australia and New Zealand Banking Group Limited
23.  Automated Securities Clearance Ltd.
24.  Ayco Services Agency Inc.
25.  Banctec Ltd.
26.  Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency

| | |
|---|---|
| 27. | Bank One Plaza |
| 28. | Bats Trading, Inc. |
| 29. | Bloomberg Finance LP |
| 30. | Bloomberg L.P. |
| 31. | Broadridge Securities Processing |
| 32. | BT Americas, Inc. |
| 33. | Cadwalader, Wickersham & Taft |
| 34. | Canary Wharf Management Limited |
| 35. | CB Richard Ellis Client Account RE Gloa |
| 36. | CDW Direct LLC |
| 37. | Centrale Attivita Finanziarie SPA |
| 38. | CHD Meridian Healthcare |
| 39. | Clayton Fixed Income Services, Inc. |
| 40. | Clifford Chance |
| 41. | Compliance Data Center Inc. |
| 42. | Compucenter (UK) Ltd. |
| 43. | Computer Associates International Inc. |
| 44. | Computer Financial Consultants, Inc. |
| 45. | Cushman & Wakefield Inc. |
| 46. | Cyveillance |
| 47. | Davis Polk and Wardwell |
| 48. | DBRS Inc. |
| 49. | Dell Marketing L.P. |
| 50. | Deutsche Borsche AG |
| 51. | DGWB, Inc. |
| 52. | Dimension Data |
| 53. | Diversified Global Graphics Group DG3 |
| 54. | DnB NOR Bank ASA |
| 55. | Drowst Trading, LLC |
| 56. | Elyo Services Limited |
| 57. | Emil Werr |
| 58. | Enterprise Solution Providers Inc. |
| 59. | Ernst & Young LLP |
| 60. | Ernst & Young Private Limited |
| 61. | EXLservice Holdings Inc. |
| 62. | Fidessa Plc. |
| 63. | First Commercial Bank Co., Ltd, New York Agency |
| 64. | FTInteractive Data |
| 65. | Gartner Group Inc. |
| 66. | Gotham Technology Group |
| 67. | Greenline Financial Technologies Inc. |
| 68. | Hanover Moving & Storage Co. Inc. |
| 69. | Hatfield Philips International Limited |
| 70. | Haworth Singapore PTE Ltd. |
| 71. | Headstrong Services, LLC |
| 72. | Henegan Construction Co., Inc. |
| 73. | Hewlett Packard AP (Hong Kong) Limited |
| 74. | Hewlett Packard Company |
| 75. | HSBC Bank |

76.    IBM Corporation
77.    ICAP Securities Limited 1078.
78.    Information Builders Inc.
79.    Intuition Publishing
80.    Ikon Office Solutions Inc.
81.    ILOG Inc.
82.    Inconit Corporation
83.    Information Builders Inc.
84.    Infusion Development Corp.
85.    Integreon Managed Solutions
86.    Interactive Data Corp.
87.    Intuition Publishing Inc.
88.    IPC Information Systems Inc.
89.    Iron Mountain Digital Archives
90.    Iron Mountain Records Management
91.    JQ Network PTD Limited 1082
92.    Kepner Tregoe Inc.
93.    Key Systems
94.    Kim & Chang
95.    Kingston Communications PLC
96.    KPMG, LLP
97.    Lancaster Office Cleaning Co.
98.    LexisNexis
99.    Linklaters, S.L.
100.   Liquid Engines, Inc.
101.   Logical Information Machines
102.   London & European Title Insurance Services Ltd.
103.   London Borough of Tower Hamlets Rates
104.   London Eastern Railway Limited
105.   Mace Limited
106.   McKee Nelson LLP
107.   Mellon Analytical Solutions
108.   Meridian IT, Inc.
109.   Meridian It, Inc.
110.   Michael Stapleton Associates
111.   Microsoft Corporation
112.   Microsoft Licensing, GP
113.   Millennium Developers PVT Ltd.
114.   Morse Group Limited
115.   Morse Service Holdings Limited
116.   National Bank of Australia
117.   National Commerce Bank
118.   Net One Systems
119.   Network Appliance Inc.
120.   Nishimura & Partners
121.   Northrop Grunman
122.   NYSE Market, Inc.
123.   Origin HR Consulting Limited
124.   Paul Weiss

125.    Polaris Software Lab (India), Ltd.
126.    Pricoa Relocation UK Limited
127.    Quest Software Inc.
128.    Rainmaker Group LLC
129.    Restaurant Associates
130.    Reuters America
131.    Reuters Ltd.
132.    Rittal Corporation
133.    Rockefeller Center North, Inc.
134.    Rolfe & Nolan Systems Inc.
135.    RR Donnelley Receivables Inc.
136.    SAS Institute Inc
137.    Sharon Land Company, LLC
138.    SOS Security Inc.
139.    Standard & Poor's
140.    Standard and Poor's Corp.
141.    Standard Chartered Bank
142.    Standard Register
143.    Storage Technology Corp
144.    Structure Group
145.    Sungard Securities Finance Ltd.
146.    Swapswire Limited
147.    Swets Information Services Inc.
148.    Tac Americas, Inc.
149.    Taipei Fubon Bank, New York Agency
150.    Tata Consultancy Services
151.    The Bank of New York
152.    The British Land Company PLC
153.    Thomson Financial
154.    TIBCO Software, Inc.
155.    Transaction Network Services
156.    Trilogy Leasing Co. LLC
157.    Trimont Real Estate Advisors Inc.
158.    Triple Point Technology, Inc.
159.    Verrazano Consulting Solutions, LLC
160.    Vertex Mortgage Services
161.    Video Corporation Of America
162.    Virtix
163.    Wipro Technologies
164.    Wombat Financial Software, Inc.
165.    ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.

- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank Ltd.
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1.     Advanced Graphic Printing, Inc.
2.     Advanced Micro Devices, Inc.
3.     AIG CDS, Inc.
4.     Aircraft Finance Trust
5.     Allison Transmission
6.     AMBAC Credit Products, LLC
7.     A.M. McGregor Home
8.     American Investor Life Insurance Company
9.     Aviva Life Insurance Company
10.    Aviva Life & Annuity Company
11.    Banca Italease S.p.A.
12.    Banco Espirito Santo Investimento
13.    Banco Espirito Santo
14.    Bayview Financial, L.P.
15.    Bayview Opportunity Master Fund, L.P.

16.  Bremer Financial Corporation
17.  BRM Group, Ltd.
18.  Canadian National Resources Limited
19.  Capital Automotive L.P.
20.  Cheung Kong Bond Finance Limited
21.  Chevron U.S.A. Inc.
22.  City of Milwaukee, Wisconsin
23.  Colorado Housing Finance Authority
24.  Consolidated Container Company LLC
25.  Convexity Capital Master Fund L.P.
26.  Deer Park Road Corporation
27.  Delaware River Port Authority
28.  Deutsche Bank National Trust Company
29.  Deutsche Bank Trust Company Americas
30.  Dexia Bank Internationale a Luxembourg SA
31.  Dexia Banque Belgique SA
32.  Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33.  Direct Energy Business, LLC
34.  Dollar General Corporation
35.  E-Capital Profits Limited
36.  Embarcadero Aircraft Securitization Trust
37.  Emigrant Bank
38.  Energy America LLC
39.  Enterprise Products Operating, LLC
40.  EPCO Holdings, Inc.
41.  Federal Home Loan Bank of Dallas
42.  FirstBank of Puerto Rico
43.  Florida Power & Light Company
44.  FPL Energy Power Marketing, Inc.
45.  FSA Credit Protection Trust 283
46.  Gaston Christian School, Inc.
47.  Government of Singapore Investment Corp.
48.  H21 Absolute Return Concepts SPC  ARC-B07-20
49.  H21 Absolute Return Portfolios SPC Class A
50.  HarbourView CDO III, Limited
51.  HFF I, LLC
52.  Houghton Mifflin Harcourt Publishing Company
53.  Iconix Brand Group, Inc.
54.  Idaho Housing and Finance Association
55.  Indianapolis Life Insurance Company (Inc)
56.  ING Life Insurance & Annuity Company
57.  ING USA Annuity & Life Insurance Company
58.  Intel Corporation
59.  Iowa Telecommunications Services Inc
60.  Irish Life & Permanent PLC
61.  Italease Finance S.p.A.
62.  JA Solar Holdings Co., LTD.
63.  Lexington Insurance Company
64.  Life Investors Insurance Company of America

| | |
|---|---|
| 65. | Lincore Limited |
| 66. | Linn Energy, LLC |
| 67. | MEG Energy Corp. |
| 68. | Metavante Corporation |
| 69. | Ministry of Finance Italy |
| 70. | Monumental Life Insurance Company (INC) |
| 71. | Natixis Environment & Infrastructures |
| 72. | Nebraska Investment Finance Authority |
| 73. | New Generation Funding Trust 15 |
| 74. | New Generation Funding Trust 16 |
| 75. | New Jersey Housing and Mortgage Finance Agency |
| 76. | New York Life & Annuity Insurance Corporation |
| 77. | New York Life INS & Annuity Corp Private Placi |
| 78. | New York Life Insurance Company Inc |
| 79. | Northcrest, Inc. |
| 80. | Occidental Power Services, Inc. |
| 81. | Official Committee of Unsecured Creditors |
| 82. | OHP Opportunity Limited Partnership |
| 83. | One Madison Investments (CAYCO) Limited |
| 84. | Pacific Life & Annuity Co |
| 85. | Pacific Lifecorp |
| 86. | Pacific Life Insurance Company |
| 87. | Pinnacle Foods Finance LLC |
| 88. | Portfolio Green German CMBS GMBH |
| 89. | Principal Financial Services Inc. |
| 90. | Putnam (183 ISDA's) |
| 91. | Reliastar Life Insurance Company |
| 92. | Reliastar Life Insurance Company of New York |
| 93. | Reynolds American Defined Benefit Master Trust |
| 94. | Riversource Life Insurance Company of New York |
| 95. | Russell Implementation Services Inc. |
| 96. | Russell Investment Group |
| 97. | Security Life of Denver Insurance Company |
| 98. | Security Life of Denver Insurance Company Inc |
| 99. | Simpson Meadows |
| 100. | Southern California Edison Company |
| 101. | Standard Credit Group LLC |
| 102. | Sunamerica Life Insurance Company |
| 103. | TFS (Germany) |
| 104. | TFS (TX) |
| 105. | TFS Derivatives Corporation |
| 106. | TFS Derivatives Total |
| 107. | TFS Derivatives Total |
| 108. | TFS Oil |
| 109. | TFS Oil Floor |
| 110. | TFS PWR NG |
| 111. | TFS Sing |
| 112. | TFS UK |
| 113. | TFS UK Cleared |

114.    TFS-ICAP
115.    Tobacco Settlement Financing Corporation
116.    Tradition (North America) Inc.
117.    Tradition Asiel Securities Inc.
118.    Tradition Services S.A. DE C.V. Mex
119.    Transamerica Financial Life Insurance Co
120.    Transamerica Occidental Life Insurance Co
121.    Tullett Prebon Holdings Corporation
122.    University of Pittsburgh
123.    Verde CDO Ltd.
124.    Verde CDO, LLC
125.    Veyance Technologies, Inc.
126.    Wellmont Health System
127.    West Corporation
128.    Zeeland Aluminium Company AG

## Principal Investments

1.    Castex Energy 2007, L.P.
2.    Castex Energy, Inc.
3.    Crimson Exploration Inc.
4.    David Arrington Oil & Gas Barnett Shale IV, LLC
5.    David Arrington Oil & Gas, Inc.
6.    Delta Prefco Limited
7.    Delta Topco Limited
8.    DHS Drilling Company
9.    DHS Holding Company
10.    Energy XXI Gulf Coast, Inc.
11.    FDR Holdings, Ltd.
12.    Frontier Drilling ASA
13.    Frontier Drilling USA, Inc.
14.    Greenbrier Minerals Holdings, LLC
15.    Greenbrier Minerals, LLC
16.    Hilcorp Energy I, L.P.
17.    Hilcorp Exploration Venture 1 LLC
18.    Jazz Pharmaceuticals, Inc.
19.    JPI Commercial, LLC
20.    Latshaw Drilling & Exploration Company
21.    Latshaw Drilling Company, LLC
22.    Minrad International, Inc.
23.    Mountain Drilling Company
24.    Mountain Drilling LLC
25.    Orthovita, Inc.
26.    Petsec Energy Inc.
27.    RJO Holdings Corp.
28.    RJO Investor Corp.
29.    Sacher Funding Ltd.
30.    SCP Worldwide I L.P.

31.    Sixth Gear Funding Trust
32.    Sixth Gear Inc.
33.    Sixth Gear Solutions Corp.
34.    SkyPower Corp.
35.    Varel Funding Corp.
36.    Varel International Ind., L.P.
37.    First Wind Holdings, LLC
38.    UP Acquisition Sub Inc.
39.    Up Holdings Inc.
40.    Pegasus International, Inc.
41.    Universal Ensco, Inc.
42.    Brozero Limited
43.    FR Acquisition Holding Corporation (Luxembourg) Sarl
44.    FR Acquisition Subco (Luxembourg) Sarl
45.    FR Acquisition Corporation (Luxembourg) Sarl
46.    FR Acquisition Finance Subco (Luxembourg) Sarl
47.    FR Acquisition Corporation (Europe) Limited
48.    JFB Firth Rixson, Inc.
49.    FR Acquisition Corporation (US), Inc.
50.    Forgings International Holdings Limited
51.    Forgings International Holdings 1 Limited
52.    Forgings International Limited
53.    Firth Rixson Limited
54.    JFB Overseas Holdings Limited
55.    Voss of Norway ASA

# SCHEDULE 2

## LEHMAN BROTHERS HOLDINGS, INC., *ET AL.*

### SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED (WITHIN THE LAST TWO YEARS) BINGHAM MCCUTCHEN LLP IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[1]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
| --- | --- | --- |
| 4 Connections LLC | One of the Largest Holders of Trade Debt | Clearview Cinemas<br>Cablevision<br>Cablevision Lightpath/Lightpath<br>Cablevision Systems Corporation<br>CSC Holdings |
| 425 Lexington Ave. | One of the Largest Holders of Trade Debt | Hines Interests LTD. Partnership |
| 515 South Flower Street | One of the Largest Holders of Trade Debt | Paul, Hastings, Janofsky & Walker LLP |
| 77 West Wacker | One of the Largest Holders of Trade Debt | Lightstone Group LLC<br>Prime Group Realty Trust<br>Prime Retail Inc. |
| ABN AMRO Rothschild | Underwriting Investment Bankers for Debtor's Securities | ABN AMRO Asia Pacific<br>ABN AMRO Bank Incorporated<br>ABN AMRO Bank, N.V.<br>ABN AMRO Management Services Ltd.<br>ABN AMRO Ventures BV<br>AECOM Technology Corporation<br>RFS/Santander |
| AC Nielsen Company | One of the Largest Holders of Trade Debt | A.C. Nielsen Co.<br>A.C.N. 007 235 609 Pty Ltd (f/k/a HB&A Australia Pty. Ltd.)<br>Claritas<br>Nielsen Media Research |
| Advanced Micro Devices, Inc. | Selected Derivative Counterparty | Nextwave Telecom |
| Advanced Series Trust | 50 Largest Bondholders | AST Research Inc. |

---

[1]  The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Bingham through its conflict reporting system.  Bingham has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Bingham has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Aegon USA Investment Management | Committee Member | Aegon USA Investment Management Inc. Aegon USA Investment Management LLC |
| AETNA Life Insurance Company | 50 Largest Bondholders | Advent International Corporation AETNA Capital Management AETNA Casualty & Surety Co. AETNA Counseling AETNA Insurance AETNA Life Insurance Company AETNA Mills Realty Trust AETNA Professional Mfg. Corp. AETNA Real Estate Associates AETNA, Inc. Travelers Casualty & Surety Co. f/k/a The AETNA Casualty & Surety Co. |
| AIG Annuity Insurance Company AIG Technologies AIG CDS, Inc. | 50 Largest Bondholders Significant Leases Selected Derivative Counterparties | American International Group and affiliates |
| Allen & Overy | One of the Largest Unsecured Creditors other than Bondholders | Allen & Overy |
| Alliance Bernstein | Member of Ad Hoc or Unofficial Creditors' Committees | Alliance Bernstein L.P. Alliancebernstein Investor Services AXA Advisors, LLC AXA Corporate Solutions Insurance Company AXA Equitable Life Insurance Company AXA Investment Management AXA Investment Managers AXA Investment Managers Paris S.A. AXA Investors AXADON Corporation AXALON Internet Group LLC AXALON Internet Group, Inc. AXAR Pharmaceuticals, Inc. |
| Allianz Life Insurance Company of North America | 50 Largest Bondholders | Allianz Funds Allianz Global Risks US Ins. Co. Allianz Global Risks US Ins. Co. Ltd. Plan Allianz Life Ins. Co. of North America Allianz of America Corp. Allianz of America, Inc. Allianz Risk Transfer Inc. Allianz SE |

2

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| American Investor Life Insurance Company | Selected Derivative Counterparty | American Investors Life Insurance Company<br>Amerus<br>Amerus Capital Management Group, Inc.<br>Amerus Life Insurance Company |
| ANZ Banking Group Limited<br><br>Australia and New Zealand Banking Group Limited | One of the Largest Holders of Trade Debt<br><br>Largest Unsecured Creditors other than Bondholders | Australia and New Zealand Banking Group Ltd. |
| Aozora Bank | One of the Largest Unsecured Creditors other than Bondholders | Aozora Bank Ltd. |
| Archipelago Holdings, Inc. | Significant Leases | NYSE Euronext |
| Automated Securities Clearance Ltd. | One of the Largest Holders of Trade Debt | Assent LLC<br>Sungard<br>Sungard Data Systems, Inc. |
| Aviva Life & Annuity<br>Aviva Life Insurance Company<br>Aviva Life Insurance Company (USA)<br>Aviva Life Insurance Company Limited (Hong Kong) | Derivative Counterparties | American Investors Group, Inc.<br>American Investors Life Insurance Company<br>Amerus<br>Amerus Life Insurance Company<br>Amerus Capital Management Group, Inc.<br>Aviva Capital Management Inc.<br>Aviva Investors<br>Aviva Investors Global Services, Ltd.<br>Aviva PLC<br>Bankers Life and Casualty Company<br>Indianapolis Life Insurance Company<br>Morley Fund Management<br>Morley Fund Management Int'l Ltd.<br>Navigator Realty<br>Norwich Union Annuity<br>Norwich Union Annuity Limited<br>Norwich Union Life and Pensions Limited |
| AXA and related parties | Significant Stockholder | Alliance Bernstein<br>Alliance Bernstein L.P.<br>AXA Advisors, LLC<br>AXA Equitable<br>AXA Equitable Life Insurance Company<br>AXA Investment Management<br>AXA Investment Managers<br>AXA Investment Managers Paris S.A.<br>AXA Investors |
| Azora Bank, Ltd. | One of the Largest Unsecured Creditors other than Bondholders | Aozora Bank Ltd. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll, LLP | Professionals Retained by the Company | Ballard Spahr Andrews & Ingersoll, LLP |
| Bank of America, N.A.<br><br>Bank of America Plaza STE 3500 | Litigation Claimants Largest Unsecured Creditors other than Bondholders | Bank of America and affiliates |
| Bank of New York | Largest Unsecured Creditors other than Bondholders | Bank of New York<br>Bank of New York Co., Inc.<br>Bank of New York Mellon<br>Bank of New York, as Indenture Trustee<br>BNY Mellon Perf. & Risk Analytics Inc.<br>CMI – BNY Capital Markets, Inc.<br>Mellon Capital Management Corporation<br>Mellon Financial Corporation U.S. – Tax "Consolidated Group" of Corporations<br>Mellon Financial Services Corporation #1<br>Mellon Leasing Corporation<br>Mellon Ventures Inc. |
| Bank of Nova Scotia | Largest Unsecured Creditors other than Bondholders | 30817926 Nova Scotia Company<br>Bank of Nova Scotia<br>Scotia Bank<br>Scotia Capital (The Bank of Nova Scotia)<br>Scotia Capital (USA) Inc.<br>Scotia Capital, Inc.<br>ScotiaBank Inverlat, S.A. |
| Bank of Taiwan, New York Agency | Largest Unsecured Creditors other than Bondholders | BOT Lease (New York) Inc.<br>BOT Lease Co., Ltd. |
| Bank One Plaza | One of the Largest Holders of Trade Debt | Bank One Arizona<br>Bank One Mortgage Corporation<br>Bank One Trust Company, N.A.<br>Suntrust Bank (CL) |
| Barclays Global Fund Advisors | 50 Largest Bondholders | ABSA Bank Limited<br>ABSA Group<br>Barclays Asset Finance<br>Barclays Bank Plc<br>Barclays Capital Inc.<br>Barclays Capital Real Estate, Inc.<br>Barclays Global Investors Services<br>Barclays National<br>Barclays Private Equity Ltd. |
| Bats Trading, Inc. | Largest Unsecured Creditors other than Bondholders | Bats Exchange<br>Bats Trading |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Bayview Financial, L.P.<br><br>Bayview Opportunity Master Fund, L.P. | Selected Derivative Counterparty | Bay View Asset Management Corp.<br>Bay View Federal Bank<br>Bayview Financial, L.P., a Florida LP<br>Bayview Loan Servicing, LLC |
| Blackrock Advisors | 50 Largest Bondholders | Barclays Global Investors Services<br>Blackrock Financial Management Inc.<br>Blackrock Kelso Capital Corporation<br>Blackrock Luxembourg Blackrock, Inc.<br>DSP Merrill Lynch Fund Managers Limited, India<br>DSP ML India Investment Fund (CIV)<br>Merrill Lynch Investment Managers, LP<br>R3 Capital Partners LLP |
| Blake, Cassels & Graydon LLP | Professionals Retained by the Company | Blake, Cassels & Graydon LLP |
| Bloomberg Finance LP<br><br>Bloomberg L.P. | Largest Unsecured Creditors other than Bondholders | Bloomberg Inc.<br>Bloomberg L.P. |
| BNP Paribas | Largest Unsecured Creditors other than Bondholders | Bank of the West<br>BNP Paribas<br>BNP Paribas (Securities) Asia Hong Kong<br>Fortis Capital Corp. |
| Board of Trade of the City of Chicago, Inc. | Significant Leases | CME Group, Inc.<br>New York Mercantile Exchange |
| BP 399 Park Avenue LLC<br><br>BP Energy Company and BP Corporation North America Inc. | Significant Leases<br><br>Litigation Claimant | ARCO (AKA BP)<br>Atlantic Richfield Co.<br>Atlantic Richfield Company<br>BPB Limited<br>BP America, Inc.<br>BP PLC<br>BP West Coast Products LLC |
| Bracewell & Giuliani LLP | Professionals Retained by the Company | Bracewell & Giuliani LLP |
| Brandywine Office Investments LLC | Significant Leases | Brandywine Communications<br>Brandywine Operating Partnership LP<br>Brandywine Senior Living |
| Breakaway Solutions | Litigation Claimant | Eggrock Partners Inc.<br>Eggrock Partners, LLC<br>Media Breakaway, LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| BRM Group, Ltd. | Selected Derivative Counterparty | Altair Avionics Corporation<br>Altair Properties, Inc.<br>Altair Research Consultant, LLC<br>Altair, Inc.<br>Pando Inc. |
| Broadridge Securities Processing | One of the Largest Holders of Trade Debt | Broadridge Financial Solutions<br>Data Access America |
| Brookwood Energy & Properties Inc. | Related Entity | Brookwood Securities Partners, L.P. |
| BT Americas, Inc. | One of the Largest Holders of Trade Debt | British Telecommunications PLC<br>BT Group PLC<br>Network Telephony Corp.<br>Ribbit Corporation |
| Burns, White & Hickton | Professionals Retained by the Company | Burns, White & Hickton |
| Capital Guardian Trust Company | Member of Ad Hoc or Unofficial Creditors' Committees | Capital Research and Management Company |
| Capital Research and Management | One of the 50 Largest Bondholders | Capital Research and Management Company |
| Carolina First Bank | Litigation Claimant | Mercantile Bank & Trust Co. |
| CHD Meridian Healthcare | One of the Largest Holders of Trade Debt | Walgreen Company |
| Chevron U.S.A., Inc. | Selected Derivative Counterparty | Chevron Capital U.S.A., Inc.<br>Chevron Central Labs<br>Chevron Corporation<br>Chevron Environmental Management Company<br>Chevron U.S.A., Inc.<br>ChevronTexaco Corporation |
| Clearbridge Advisors, LLC | Significant Leases | Legg Mason, Inc. |
| Computer Associates International Inc. | One of the Largest Holders of Trade Debt | C.A., Inc. Noteholder Group<br>Computer Associates<br>Concord Communications, Inc.<br>Iusacell, S.A. de C.V.<br>XOSOFT |
| Con Edison | Utilities | Con Edison Communications, Inc.<br>Consolidated Edison Company, Inc. |
| Continental Casualty Company | One of the 50 Largest Bondholders | Columbia Casualty Co.<br>Continental Assurance Co.<br>Continental Casualty Co.<br>Transcontinental Insurance Company |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Cox Castle Nicholson | Professionals Retained by the Company | Cox, Castle & Nicholson LLP |
| CPR (USA) Inc. | Significant Leases | Calyon Securities (USA) Inc. |
| Crescent TC Investors LP | Significant Leases | Crescent Global Investment Partnership, LP Morgan Stanley |
| Cushman & Wakefield Inc. | One of the Largest Holders of Trade Debt | Cushman & Wakefield Inc. Cushman & Wakefield Net Lease Trust |
| Custer Court, L.P. | Significant Leases | Blackport Capital LTD. Blackstone Asia Advisors L.C. Blackstone Distressed Securities Blackstone Group Blackstone Real Estate Advisors Blackstone Real Estate Advisors VI, L.P. CarrAmerica Realty Corp. CarrAmerica Realty Operation P'ship, L.P. GSO Capital Partners LP |
| Cyrus Capital Partners, L.P. | Member of Ad Hoc or Unofficial Creditors' Committees | Cyrus Capital LLP Cyrus Capital Partners Europe LLP Cyrus Capital Partners, L.P. New Century Financial Corporation; New Century Mortgage |
| Danske Bank | Secured Creditor | Danske Bank Danske Bank AS |
| Davis Polk & Wardwell | One of the Largest Holders of Trade Debt | Davis Polk & Wardwell |
| Dechert LLP | Professionals Retained by the Company | Dechert LLP |
| Deloitte & Touche USA LLP | Professionals Retained by the Company | Deloitte & Touche Deloitte LLP |
| Deutsche Bank AG | Litigation Claimants | Deutsche Bank and affiliates |
| Deutsche Bank AG, New York Branch | Significant Leases | |
| Deutsche Bank National Trust Company | Selected Derivative Counterparty | |
| Deutsche Bank Securities | Significant Leases | |
| Deutsche Borsche AG | Largest Unsecured Creditors other than Bondholders; Largest Holders of Trade Debt | |
| Direct Energy Business, LLC | Selected Derivative Counterparty | CPL Retail Energy (Tulsa, OK) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Diversified Global Graphics Group DG3 | One of the Largest Holders of Trade Debt | ABN AMRO<br>ABN AMRO Bank, N.V.<br>Banco General, S.A.<br>ECS Inc. (DBA Inc.)<br>ECS, LLC<br>Emerald Asia Fund, LLC<br>General Bank<br>Global Investment Advisors<br>Global Investor Services Group<br>Greystone & Co.<br>Greystone Group, LLC<br>Infor Global Solutions (Australia) Party Ltd. (f/k/a Finmatica Asia Pacific Party Ltd.)<br>MVP America<br>New Edge Network, Inc.<br>Newedge Group<br>Pioneer Investcorp Limited<br>Pioneer Investment Management SGR<br>Pioneer Investment Management USA, Inc.<br>Pioneer Investments Limited<br>Pioneer Investments Management Limited<br>SCS Acquisition Corporation<br>SCS Holding LLC<br>SG American Securities, LLC<br>SG Corp. & Investment<br>SG Cowen & Co., LLC<br>SG Cowen Securities Corp.<br>SG Focus Fund<br>SKB Co., Ltd.<br>Societe Generale<br>UK SFS |
| DLA Piper | Professionals Retained by the Company | Gray, Cary Ware & Friedenrich |
| Duff and Phelps | Professionals Retained by the Company | Duff and Phelps |
| Eagle Energy Partners I, L.P.<br>Eagle Energy Management, LLC | Related Entities | Electricite de France |
| Elyo Services Limited | One of the Largest Holders of Trade Debt | Aguas Argentinas Noteholder Group<br>Glow Company Ltd.<br>Spectrum Group Management |
| Energy America LLC | Selected Derivative Counterparty | American Clean Energy, LLC<br>Consumer Energy Counsel of American Research Four<br>Kerr-McGee Corporation<br>Kerr-McGee Oil & Gas Onshore LP<br>MBK Masters, Inc.<br>North American Energy Services |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Osaka Gas Energy America<br>Tenaska Capital Management LLC<br>United American Energy Corp. |
| Enterprise Products Operating, LLC | Selected Derivative Counterparty | Argo Partners<br>Teco Energy, Inc. |
| Ernst & Young LLP | One of the Largest Holders of Trade Debt | Ernst & Young LLP |
| Executive Monetary Management, Inc. | Related Entity | David J. Greene & Company, L.L.C.<br>Libertyview Capital Management<br>Neuberger Berman LLC |
| Federal Home Loan Bank of Dallas | Selected Derivative Counterparty | Federal Home Loan Mortgage Corporation and affiliates |
| First Commercial Bank Co., Ltd, New York Agency | One of the Largest Holders of Trade Debt | First Commercial Bank (U.S.A.)<br>First Commercial Bank, NY<br>First Financial Bancorp<br>First Financial Caribbean Corporation<br>First Financial Insurance Company |
| Florida Power & Light Company | Selected Derivative Counterparty | Florida Power & Light Company<br>FPL Energy, Inc.<br>Northeast Energy Dev. Corp. |
| Franklin Advisors Inc.; Franklin Templeton Investments<br><br>Franklin Advisors LP | 50 Largest Bondholders<br><br>The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds | Franklin Mutual Series Fund, Inc.<br>Franklin Resources, Inc. |
| Fried Frank | Professionals Retained by the Company | Fried, Frank, Harris, Shriver & Jacobson (Europe)<br>Fried, Frank, Harris, Shriver & Jacobson LLP |
| Friedman, Billings, Ramsey Group, Inc. | Litigation Claimant | FBR Capital Markets<br>Friedman Billings Ramsey Group, Inc. |
| FTI Consulting, Inc. | Professionals Retained by the Company; Professionals Retained by Significant Creditor Groups | FTI Consulting, Inc. |
| Fulbright & Jaworski L.L.P. | Professionals Retained by the Company | Fulbright & Jaworski L.L.P. |
| Gibson, Dunn & Crutcher LLP | Professionals Retained by the Company | Gibson, Dunn & Crutcher LLP |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Global Principal Strategies Loans Inc. | Related Entity | Global Principal Finance Company<br>Principal Global Investors LLC |
| GRA Finance Corporation Ltd. | Related Entity | GRA Partners LLC |
| GRE Glendale LLC | Significant Leases | GRE (Guggenheim Real Estate) |
| Guardian Life Insurance Company | 50 Largest Bondholders | Berkshire Life Insurance<br>Guardian Insurance and Annuity Co. Inc.<br>Guardian Life Insurance Company<br>Guardian Mutual Funds<br>National Guardian Life Insurance Company |
| Guggenheim Concourse, L.P. | Significant Leases | Guggenheim Alternative Asset Management<br>Guggenheim Capital<br>Guggenheim Group<br>Guggenheim Opportunities Investors<br>Guggenheim Partners<br>Guggenheim Partners Advisory Company<br>Guggenheim Partners Asset Management, Inc.<br>Guggenheim Partners, LLC<br>NZC Guggenheim Master Fund LIM |
| H21 Absolute Return Concepts SPC ARC-B07-20<br><br>H21 Absolute Return Portfolios SPC Class A | Selected Derivative Counterparties | H21 Absolute Return Concepts SPC ARC-B07-20<br>H21 Absolute Return Portfolios SPC Class A |
| Hahn Loeser & Parks LLP | Professionals Retained by the Company | Hahn Loeser & Parks LLP |
| Hanover Moving & Storage Co., Inc. | One of the Largest Holders of Trade Debt; Significant Leases | Hanover Moving & Storage Co., Inc. |
| HarbourView CDO III, Limited | Selected Derivative Counterparty | Harbor View Apartments |
| Hartford Life Insurance Company | 50 Largest Bondholders | Am. Maturity Life Ins. Co. (Connecticut)<br>Brasilcap Capitalização S.A. (Brazil) (16.67%)<br>Business Management Group, Inc. (Connecticut)<br>CCS Commercial LLC<br>Downlands Liability Management Ltd. (United Kingdom)<br>Ersatz Corporation (Delaware)<br>Excess Insurance Co., Ltd. (United Kingdom)<br>Fencourt Reinsurance Company, Ltd. (Bermuda)<br>BMG Capital Advisors Group, L.L.C. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | (Connecticut)
First State Insurance Company (Connecticut)
Hart Re Group, L.L.C. (Connecticut)
Hartford Accident and Indemnity Company (Connecticut)
Hartford Administrative Services Company (Minnesota)
Hartford Advantage Investment, Ltd. (Bermuda)
Hartford Casualty General Agency, Inc. (Texas)
Hartford Casualty Insurance Company (Indiana)
Hartford Core Fund ID, L.P. (Delaware)
Hartford Core Fund, L.P. (Delaware)
Hartford Employee Club, Inc. (Connecticut)
Hartford Enhanced Absolute Return Fund ID, L.P. (Delaware)
Hartford Enhanced Absolute Return Fund, L.P. (Delaware)
Hartford Equity Sales Company, Inc. (Connecticut)
Hartford Equity Specialists Fund ID, L.P. (Delaware)
Hartford Financial Services, LLC (Delaware)
Hartford Fire General Agency, Inc. (Texas)
Hartford Fire Insurance Company (Connecticut)
Hartford Hedge Fund Company, LLC (Delaware)
Hartford Holdings, Inc. (Delaware)
Hartford Insurance Company of Illinois (Illinois)
Hartford Insurance Company of the Midwest (Indiana)
Hartford Insurance Company of the Southeast (Connecticut)
Hartford Insurance, Ltd. (Bermuda)
Hartford Integrated Technologies, Inc. (Connecticut)
Hartford International Life Reassurance Corporation (Connecticut)
Hartford International Management Services Company, L.L.C. (Delaware)
Hartford Investment Financial Services, LLC (Delaware)
Hartford Investment Management Co.
Hartford Investment Management Company (Delaware)
Hartford Investment Management K.K. (Japan) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Hartford Investments Canada Corp. (Canada) Hartford Investor Services Company, LLC (Connecticut) Hartford Life Alliance LLC (Delaware) Hartford Life and Accident Insurance Company (Connecticut) Hartford Life and Annuity Insurance Company (Connecticut) Hartford Life Group Insurance Company (Illinois) Hartford Life Insurance Company (Connecticut) Hartford Life Insurance KK (Japan) Hartford Life International, Ltd. (Connecticut) Hartford Life Limited (Ireland) Hartford Life Private Placement, LLC (Delaware) Hartford Life, Inc. (Delaware) Hartford Life, Ltd. (Bermuda) Hartford Lloyd's Corporation (Texas) Hartford Lloyd's Insurance Company (Partnership) (Texas) Hartford Management Services Limited (United Kingdom) Hartford Management, Ltd. (Bermuda) Hartford of Florida, L.L.C. (Florida) Hartford Re Company (Connecticut) Hartford Residual Market, L.L.C. (Connecticut) Hartford Securities Distribution Company, Inc. (Connecticut) Hartford Specialty Company (Delaware) Hartford Specialty Insurance Services of Texas, LLC (Texas) Hartford Technology Service Company (Connecticut) Hartford Technology Services Company, L.L.C. (Delaware) Hartford Underwriters Insurance Company Hartford Underwriters Insurance Company (Connecticut) Hartford-Comprehensive Employee Benefit Services Company (Connecticut) Heritage Holdings, Inc. (Connecticut) Heritage Reinsurance Company, Ltd. (Bermuda) HL Investment Advisors, LLC (Connecticut) HLA, LLC (Connecticut) HNI, LLC (Connecticut) Horizon Management Group LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | (Delaware) |
| | | HRA Brokerage Services, Inc. (Connecticut) |
| | | Icatu Hartford Administracao de Benetcios LTDA (Brazil) |
| | | Icatu Hartford Capitalizacao S.A. (Brazil) |
| | | Icatu Hartford Consultoria LIDA (Brazil) |
| | | Icatu Hartford Fundo de Pensao (Brazil) |
| | | Icatu Hartford Seguros S.A. (Brazil) |
| | | Icatu Hartford Sociedad Anonima De Capitalizacion y Ahorro para Fins Determinados (Argentina) |
| | | IH Cia Seguros e Previdencia S.A. (Brazil) |
| | | ISOP Financing Company Limited Partnership (Connecticut) |
| | | Itumbiara Participacoes Lida. (Brazil) |
| | | M-Cap Insurance Agency, LLC (Delaware) |
| | | Motrin Capitalizacao S.A. (Brazil) |
| | | New England Insurance Company (Connecticut) |
| | | New Ocean Insurance Company Ltd. (Bermuda) |
| | | Nutmeg Insurance Agency, Inc. (Connecticut) |
| | | Nutmeg Insurance Company (Connecticut) |
| | | Nutmeg Life Insurance Company (Iowa) |
| | | Omni General Agency, Inc. (Texas) |
| | | Omni Indemnity Company (Illinois) |
| | | Omni Insurance Group, Inc. (Georgia) |
| | | Pacific Insurance Company, Limited (Connecticut) |
| | | Personal Lines Insurance Center, Inc. (Connecticut) |
| | | Planco Financial Services, LLC (Delaware) |
| | | Planco, LLC (Delaware) |
| | | Property and Casualty Insurance Company of Hartford (Indiana) |
| | | Santa Catarina Seguros e Previdencia S.A. (Brazil) |
| | | Sentinel Insurance Company, Ltd. (Connecticut) |
| | | Specialty Risk Services, LLC (Delaware) |
| | | The Evergreen Group Incorporated (New York) |
| | | The Hartford Club of Simsbury, Inc. (Connecticut) |
| | | The Hartford Financial Services Group, Inc. |
| | | The Hartford Insurance Company |
| | | The Hartford International Financial Services Group, LLC (Delaware) |
| | | The Hartford Life Insurance Company |
| | | Thesis S.A. (Argentina) |

13

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Trumbull Finance, L.L.C. (Connecticut) Trumbull Insurance Company (Connecticut) Trumbull Recovery Services Inc. (Florida) Trumbull Services, L.L.C. (Connecticut) Twin City Fire Insurance Company United Premium Capital, L.L.C. (Connecticut) Vanguarda Cia de Seguros Gerais (Brazil) Woodbury Financial Services, Inc. XDimensional Technologies, Inc. (California) |
| Hatfield Philips International Limited | One of the Largest Holders of Trade Debt | Affordable Housing Investments LLC Lennar Communities – So CA Land Division Lennar Corporation Lennar Homes of California Valencia Water Company |
| Headstrong Services, LLC | One of the Largest Holders of Trade Debt | Lydian Asset Management Lydian Private Bank |
| Herbert Smith CIS LLP Herbert Smith Ltd. | Professionals Retained by the Company | Herbert Smith |
| Herrick & Feinstein MMOR Consulting | Professionals Retained by the Company | Herrick Feinstein LLP |
| Hess Corporation | Utilities | Amerada Hess Corporation |
| Hewlett-Packard Company | One of the Largest Holders of Trade Debt | Hewlett-Packard Company and affiliates |
| Hoare Govett, Ltd. | Underwriting Investment Bankers for Debtor's Securities | HG Asia Securities Limited Hoare Govett |
| Hogan & Hartson | Professionals Retained by the Company | Hogan & Hartson |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Professionals Retained by the Company | Ana Real Estate Co., Ltd. Houlihan Lokey Howard & Zukin, New York Orix Alpha Corporation Orix Asset Management & Loan Services Corporation Orix Credit Corporation Orix Capital Corporation Orix Finance Corporation Orix USA Corporation Orix USA, LP Orix Venture Finance, LLC |
| HQ Global Workplaces | Significant Leases | Regus Regus plc |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Hunton & Williams LLP | Professionals Retained by the Company | Hunton & Williams LLP |
| Huron Consulting Group LLC | Significant Leases | Aegis Industries, Inc.<br>Huron Consulting Group Inc. |
| IBM | One of the Largest Holders of Trade Debt | Cognos Incorporated<br>Cognos, Inc.<br>IBM Corp.<br>IBM International Business Machines |
| ICAP Securities Limited<br><br>ICAP Securities Limited 1078 | Largest Unsecured Creditors other than Bondholders<br><br>One of the Largest Holders of Trade Debt | EBS Inc. |
| Ikon Office Solutions | One of the Largest Holders of Trade Debt | Ikon Office Solutions, Inc.<br>Ricoh Electronics, Inc.<br>Ricoh USA |
| Indianapolis Life Insurance Company (Inc.) | Selected Derivative Counterparty | Amerus Capital Management<br>Amerus Life Insurance Company<br>Aviva Capital Management Inc.<br>Aviva Investors<br>Aviva Life Insurance Company<br>Aviva PLC<br>Aviva USA Corporation<br>Bankers Life Insurance Company of New York<br>Morley Fund Management<br>Morley Fund Management Int'l Ltd.<br>RAC PLC (Formerly Lex Services) |
| ING Investment LLC<br><br>ING Life Insurance & Annuity Company<br><br>ING USA Annuity & Life Insurance Company | One of the 50 Largest Bondholders<br><br>Selected Derivative Counterparty<br><br>Selected Derivative Counterparty | ING (L) Alternat Strat Balance<br>ING Americas<br>ING Bank<br>ING Bank N.V.<br>ING Barings LLC<br>ING Capital<br>ING Capital LLC<br>ING Clarion Capital<br>ING Clarion Capital, LLC<br>ING Direct Pay<br>ING Financial Advisors<br>ING Financial Partners, Inc.<br>ING Fixed Income Absolute<br>ING Funds Trust<br>ING Ghent Asset Management LLC<br>ING Intermediate Bond Portfolio<br>ING Investment Management Co. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | ING Investment Management Limited
ING Investment Management LLC
ING Life Insurance and Annuity Company
ING Midstream Energy Fund L.P.
ING Prime Rate Trust
ING Series Fund, Inc.
ING Sivensa Dollar Receivable
ING Trust
ING VP Balanced Portfolio, Inc. |
| Intel Corporation | Selected Derivative Counterparty | Intel Corporation |
| Iowa Telecommunications Services Inc. | Selected Derivative Counterparty | Iowa Telecommunications Services, Inc. (Iowa Telecom) |
| IPC Information Systems Inc. | One of the Largest Holders of Trade Debt | Westcom Corporation |
| Irish Life & Permanent PLC | Selected Derivative Counterparty | Irish Permanent PLC |
| Iron Mountain Digital Archives | One of the Largest Holders of Trade Debt | Iron Mountain |
| Irvine Company LLC | Significant Leases | Irvine Company
Irvine Omnitox, Inc.
Irvine Technology Fund |
| Jackson National Life Insurance Company | 50 Largest Bondholders | Brooke Life Insurance Company
Pru & Co. Prudential Investment Management Inc.
Prudential Asset Mgmt Group
Prudential Assurance Company Limited
Prudential Capital Group
Prudential Capital Partners LP
Prudential Equity Group LLC
Prudential Equity Group, Inc. (PEG)
Prudential Gibraltar Agency, K.K.
Prudential M&G
Prudential Plc
Prudential Securities Inc.
Prudential Services |
| Jet Partners, LLC | Related Entity | Jet Partners |
| John Hancock Life Insurance Company

John Hancock Investment Management Services | 50 Largest Bondholders | Hancock Timber Resource Group
John Hancock
John Hancock Financial Services
John Hancock Fund II Floating
John Hancock Insurance Company of Vermont
John Hancock Life Insurance
John Hancock Life Insurance Co. (USA) |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | John Hancock Life Insurance Company<br>John Hancock Trust Floating RA<br>John Hancock Variable Life Insurance Company |
| Jonathan Harris | Officer | Jonathan A. Harris |
| Jones Day | Professionals Retained by the Company | Jones Day |
| JPI Commercial, LLC | Principal Investments | JPI |
| King Street Capital Management | Member of Ad Hoc or Unofficial Creditors' Committees | King Street Capital Management, L.L.C. |
| KPMG LLP | One of the Largest Holders of Trade Debt | KPMG LLP and affiliates |
| Level 3 Communications, LLC | Significant Leases | Broadwing Corporation<br>Level 3 Communications<br>WilTel Communications, Inc. |
| Lexington Insurance Company | Selected Derivative Counterparty | Lexington Insurance Co. |
| LexisNexis | One of the Largest Holders of Trade Debt | LexisNexis Special Services Inc.<br>Reed Elsevier Inc.<br>Reed Elsevier Ventures |
| Liberty National Life Insurance Company | 50 Largest Bondholders | Liberty National Life Insurance Company |
| Life Investors Insurance Company of America | Selected Derivative Counterparty | Aegon USA Investment Management Inc.<br>Aegon USA Investment Management LLC |
| Linklaters, S.L. | One of the Largest Holders of Trade Debt<br><br>Largest Unsecured Creditors other than Bondholders | Linklaters |
| Linn Energy, LLC | Selected Derivative Counterparty | Linn Energy |
| Lloyds Bank, PLC | Largest Unsecured Creditors other than Bondholders | Lloyds Banking Group<br>Lloyds TSB Bank plc<br>Lloyds TSB Commercial Finance Limited<br>Lloyds TSB General Insurance |
| Mack-Cali CW Realty Associates L.L.C. | Significant Leases | Gale Research Inc.<br>Horizon Realty Fund, LLC<br>Mack-Cali Realty L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Mackenzie Financial Corporation | Significant Leases | Canada Life Assurance Company<br>Canada Life Fundo De Pensao (Brazil)<br>Canada Life Insurance Co. of America<br>Canada Life Insurance Co. of New York<br>Canada Life Limited<br>Great West Life Annuity Insurance Company<br>Great West Life Assurance Company<br>Great West Life Insurance Company<br>Investors Group, Inc.<br>Putnam Holding Company, LLC<br>Putnam Investments Inc.<br>Putnam Investor Services, Inc.<br>Putnam Retail Management, L.P.<br>Singer Creditor Trust<br>Sun Life Assurance Co. of Canada<br>Sun Life Assurance Co. of Canada (US)<br>United Premium Capital, L.L.C. (Connecticut) (50%)<br>Vertica Systems, Inc. |
| Maples and Calder (Cayman Office) | Professionals Retained by the Company | Maples and Calder (Cayman Office) |
| Massachusetts Water Resource Authority | Litigation Claimant | Massachusetts Water Resource Authority |
| McKenna Long & Aldridge LLP | Professionals Retained by the Company | McKenna Long & Aldridge LLP |
| Mellon Analytical Solutions | One of the Largest Holders of Trade Debt | Bank of New York Mellon<br>BNY Mellon Perf. & Risk Analytics Inc.<br>Mellon Bank<br>Mellon Capital Management Corporation<br>Mellon Financial Corporation U.S. – Tax "Consolidated Group" of Corporations<br>Mellon Financial Services Corporation #1<br>Mellon Investors Services LLC<br>Mellon Leasing Corporation<br>Mellon Ventures Inc. |
| Mercer Marsh & McLennan Companies | Professionals Retained by the Company | Marsh & McLennan Companies, Inc.<br>Mercer Global Investments<br>Mercer Human Resource Consulting |
| MetLife<br><br>MetLife Insurance Company of Connecticut | Secured Creditor<br><br>One of the 50 Largest Bondholders | MetLife and Annuity Company of Connecticut<br>MetLife Capital, LP<br>MetLife Insurance Company of Connecticut<br>MetLife Investments<br>MetLife Securities, Inc.<br>Metropolitan Property & Casualty<br>Tower Square Capital Partners II, LP<br>Tower Square Capital Partners II-A, L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Tower Square Capital Partners II-B, L.P. Tower Square Capital Partners III, L.P. Tower Square Capital Partners, L.P. |
| Metro Realty Corporation (dissolved) | Related Entity | Metro Realty Corporation (dissolved) |
| Milbank, Tweed, Hadley & McCloy LLP | Professionals Retained by the Company | Milbank, Tweed, Hadley & McCloy LLP |
| MMP Funding Corp. | Related Entity | MMP REIT |
| Monumental Life Insurance Company (INC) | Selected Derivative Counterparty | Aegon USA Investment Management LLC TransAmerica Asset Management, Inc. TransAmerica Commercial Finance Corporation TransAmerica Commercial Financial Resources TransAmerica Financial Life Ins. Co. TransAmerica Fund Advisors, Inc. TransAmerica Funds TransAmerica Investment Management, LLC TransAmerica Life Insurance Company TransAmerica Senior Living, Inc. |
| National Commerce Bank | Largest Unsecured Creditors other than Bondholders One of the Largest Holders of Trade Debt | National Bank of Commerce |
| National Union Fire Insurance Company of Pittsburgh, PA | Significant Leases | National Union Fire & Marine Insurance Co. National Union Fire Ins. Co. National Union Fire Insurance Company of Pittsburgh, PA |
| Natixis Asset Management Advisors | 50 Largest Bondholders | Natixis Bleichroeder, Inc. |
| Natixis Environment & Infrastructures | Selected Derivative Counterparty | Natixis Bleichroeder, Inc. |
| Netapp, Inc. Network Appliance, Inc. | Largest Holders of Trade Debt; Largest Unsecured Creditors other than Bondholders | Decru, Inc. Netapp, Inc. Network Appliance, Inc. |
| New York Life & Annuity Insurance Corporation New York Life INS & Annuity Corp. Private Placi New York Life Insurance Company Inc. | Selected Derivative Counterparties | New York Life New York Life and Annuity Corporation New York Life Insurance Company New York Life Insurance Company (Guaranteed Products) New York Life Investment Management New York Life Investment Management LLC |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund Neuberger Berman Asset Man., LLC Neuberger Berman Income Opp. Fund Neuberger Berman Inv. Services, LLC Neuberger Berman Party Ltd. Neuberger Berman, Inc. Neuberger Berman, LLC Newberger & Berman Agency, Inc. | Related Entities | Libertyview Capital Management Neuberger & Berman Management, Inc. Neuberger Berman, LLC, a Lehman Brothers Company |
| Nippon Life Insurance Co. | Largest Unsecured Creditors other than Bondholders | Nippon Life Insurance Company, Tokyo NLI Commercial Mortgage Fund II, LLC NLI International, Inc. NLI Properties Central, Inc. NLI Properties East, Inc. NLI Properties West, Inc. NLI Research Institute – NY |
| Nishimura & Partners | One of the Largest Holders of Trade Debt | Nishimura & Partners |
| Northrop Grumman | One of the Largest Holders of Trade Debt | Northrop-Grumman Corp. Northrop-Grumman Systems Corporation |
| Northwest Mutual Life Insurance Company | 50 Largest Bondholders | Northwestern Inv. Management Co. LLC Northwestern Mutual Capital Limited Northwestern Mutual Inv. Services, LLC Northwestern Mutual Life Ins. Co. Northwestern Mutual Series Fund, Inc. Northwestern Mutual Wealth Management Company |
| Norton Rose LLP | Professionals Retained by the Company | Norton Rose Norton Rose (Middle East) LLP |
| NPC Inc. | Related Entity | NPC America Inc. |
| NYSE (non-governmental) | Government and State Regulatory Agencies | NYSE Euronext |
| NYSE Market, Inc. | One of the Largest Holders of Trade Debt | NYSE Euronext |
| Occidental Power Services, Inc. | Selected Derivative Counterparty | Occidental Petroleum |
| Oh-Ebashi LPC & Partners | Professionals Retained by the Company | Oh-Ebashi LPC & Partners |
| One Madison Investments (CAYCO) Limited | Selected Derivative Counterparty | MetLife MetLife Capital, LP MetLife Insurance Company of Connecticut MetLife Investments |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | MetLife Life and Annuity Company of Connecticut<br>MetLife Securities, Inc.<br>Metropolitan Life Insurance Company<br>Travelers Asset Management International Company<br>Travelers Insurance Company<br>Travelers Life and Annuity Company |
| Oppenheimer Funds Inc. | Member of Ad Hoc or Unofficial Creditors' Committees | Babson Capital<br>Babson Capital Europe<br>Babson Capital Management LLC<br>Baring Asset Management (Japan) Limited<br>MassMutual Financial Group<br>MassMutual Insurance Company<br>MassMutual Life Insurance Company<br>Oppenheimer & Co., Inc.<br>Oppenheimerfunds Distributor, Inc.<br>Oppenheimerfunds, Inc. |
| Pacific Lifecorp | Selected Derivative Counterparty | Pacific Asset Funding, LLC<br>Pacific Life Insurance Company<br>PL Trading Company, LLC |
| Pacific Management Investment Company | Member of Ad Hoc or Unofficial Creditors' Committees | Mirae Asset Maps Asia Pacific Real Estate 1 Investment Company<br>Pacific Heights Asset Management, LLC<br>Pacific Investment Management Company, LLC |
| Paul, Hastings, Janofsky & Walker LLP | Professional Retained by the Company | Paul, Hastings, Janofsky & Walker LLP |
| Pegasus International, Inc. | Principal Investments | Pegasus Business Systems Limited<br>Pegasus Educational Services Limited<br>Pegasus Group plc<br>Pegasus Software Limited<br>Pegasus Supplies Limited |
| Phillips Hager & North Investment Management | 50 Largest Bondholders | Carlin Equities Corp.<br>Hill, Thompson, Magid & Co.<br>Liberty Capital Advisors<br>Liberty Ermitage Asset Management Jersey Limited<br>North LLC<br>Prestige Homes – North<br>RBC Capital Markets<br>RBC Channel Islands Limited<br>RBC Dain Rauscher, Inc.<br>RBC Dominion Securities Inc.<br>RBC Financial Group<br>Royal Bank of Canada (Channel Islands) Ltd.<br>Royal Bank of Canada, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | Tucker Anthony<br>Voyageur Asset Management |
| PIMCO Advisors LP<br><br>PIMCO Funds Global Investors | 50 Largest Bondholders | Pacific Investment Management Company, LLC |
| Pinnacle Foods Finance LLC | Selected Derivative Counterparty | Acushnet Company<br>Pinnacle Advisers, LP<br>Pinnacle AMS Development Company LLC<br>Pinnacle Bank<br>Pinnacle Capital LLC<br>Pinnacle China Advisers, L.P.<br>Pinnacle China Management, LLC<br>Pinnacle Development<br>Pinnacle Foods Group, Inc.<br>Pinnacle Fund, LP<br>Pinnacle Steel Processing, Inc.<br>Pinnacle Systems<br>Pinnacle Trading<br>Pinnacle Ventures, L.L.C. |
| Polaris Software Lab (India), Ltd. | Largest Holders of Trade Debt | Polaris Industries, Inc.<br>Polaris Venture Partners |
| PricewaterhouseCoopers, LLP | Significant Leases<br><br>Professionals Retained by the Company | Pricewaterhouse Coopers CIS Law Offices B.V. (Russia)<br>PricewaterhouseCoopers, LLP<br>PWC Advisory Co., Ltd. |
| Principal Financial Services Inc. | Selected Derivative Counterparty | Global Principal Finance Company<br>Post Advisory Group, LLC<br>Principal Bank<br>Principal Capital Management<br>Principal Commercial Funding A, LLC<br>Principal Financial Group<br>Principal Global Investors LLC<br>Principal Life Insurance Company<br>Principal Mutual Life Insurance Company |
| Principal Life Insurance Company | 50 Largest Bondholders | Patrician Financial Companies<br>Post Advisory Group, LLC |
| Prudential Insurance Company of America | One of the 50 Largest Bondholders | Prudential Insurance Company of America and affiliates |
| Putnam (183 ISDA's) | Selected Derivative Counterparty | Putnam Holding Company, LLC<br>Putnam Investment Management, LLC<br>Putnam Investments Inc.<br>Putnam Investor Services<br>Putnam Retail Management, L.P. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Rainmaker Group LLC | One of the Largest Holders of Trade Debt | Rainmaker Group |
| Real Estate Investors Inc. | Related Entity | A.D. Real Estate Investors, Inc. <br> Gemini Real Estate Investors <br> Wood Real Estate Investors LLC |
| Real Estate Services I Inc. (dissolved) <br><br> Real Estate Services VII Inc. (dissolved) | Related Entities | Charles E. Smith Real Estate Services LP |
| Reliastar Life Insurance Company | Selected Derivative Counterparty | Dreyfus, Ing. Enrique <br> ING Americas <br> ING Bank N.V. <br> ING Capital LLC <br> ING Clarion Capital, LLC <br> ING Investment Management <br> ING Realty Partners |
| Restaurant Associates | One of the Largest Holders of Trade Debt | Canteen Corp. <br> Compass Group USA Inc. <br> Compass Partners LLC <br> Compass Realty Partners, LLC <br> Compass Services, Inc. <br> Hospitality Homes <br> Hospitality Investments <br> Morrison Supply Company |
| Reynolds American Defined Benefit Master Trust | Selected Derivative Counterparty | Reynolds Systems Inc. |
| Riversource Life Insurance Company <br><br> Riversource Life Insurance Company of New York | 50 Largest Bondholders <br><br> Selected Derivative Counterparty | American Express Company <br> American Express Financial Advisors, Inc. <br> IDS Trust Company <br> Riversource <br> Riversource Investments LLC |
| Rockefeller Center Management Corporation <br><br> Rockefeller Center North, Inc. <br><br> Rockefeller Group Development Corporation <br><br> Rock-Forty Ninth LLC, Rockefeller Center, et al. | Largest Holders of Trade Debt | IMS (Interest Making Service) Co., Ltd. <br> IMS Consultants, Inc. <br> IMS Consulting Ltd. <br> Izumi America, Inc. <br> Izumi Bio, Inc. <br> Izumi Ogawa <br> Izumibio <br> Marunouchi Clinic <br> Towa Industrial Co., Ltd <br> Yokohama Intelligent Corp. <br> Yokohama Kenshouen Co., Ltd |
| Royal Bank of Scotland | Committee Members | Citizens Bank and affiliates |
| SCP Worldwide I L.P. | Principal Investments | Scottrade, Inc. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Securities Investor Protection Corp. | Litigation Claimant | Securities Investors Protection Corp. |
| Security Life of Denver Insurance Company Inc. | Selected Derivative Counterparty | Security Life of Denver Insurance Company |
| Sempra Energy Solutions | Utilities | Cal Compact Landfill Steering Committee Casmalia Resources Steering Committee San Diego Gas & Electric Co. Southern California Gas Co. |
| Sentinel Management Group, Inc. | Litigation Claimant | Sentinel Asset Management Sentinel Insurance Company, Ltd. (Connecticut) Sentinel Real Estate/John Streiker |
| Shinsei Bank Limited Shinkin Central Bank | Committee Members; Largest Unsecured Creditors other than Bondholders | GE Consumer Finance Corp. Shinkin Central Bank Shinki Co., Ltd. Shinsei Bank Ltd. Showa Denko America, Inc. Showa Leasing (U.S.A.) Inc. Showa Leasing Co., Ltd. |
| Sidley Austin Brown & Wood LLP | Largest Unsecured Creditors other than Bondholders; Professionals Retained by the Company | Sidley Austin Brown & Wood LLP |
| Sills Cummis Epstein & Gross P.C. | Professionals Retained by the Company | Sills Cummis Epstein & Gross |
| Sola Ltd. Royal Bank of America | Litigation Claimant | Sola Ltd |
| Sonnenschein Nath & Rosenthal | Professionals Retained by the Company | Sonnenschein, Nath & Rosenthal LLP |
| Southern California Edison Company | Selected Derivative Counterparty | Southern California Edison |
| Standard & Poor's Corp. | One of the Largest Holders of Trade Debt | Standard & Poor's Rating Services Standard & Poor's Securities Evaluations |
| Standard Chartered Bank | Largest Unsecured Creditors other than Bondholders | Standard Chartered Bank Standard Chartered Bank (Hong Kong) Ltd. |
| State Street Bank and Trust | Litigation Claimant | State Street Bank and Trust and affiliates |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Storage Technology Corp. | One of the Largest Holders of Trade Debt | Sun Microsystems Computer Corp. Sun Microsystems, Inc. |
| Sun Life Assurance Co. of Canada | 50 Largest Bondholders | MFS Fund Distributors, Inc. MFS Investment Management Sun Life Assurance Company of Canada Sun Life Assurance Company of Canada (US) Sun Life Financial Sun Life Insurance and Annuity Company of New York Sun Life Insurance Company |
| Sunamerica Life Insurance Company | Selected Derivative Counterparty | SunAmerica Life Insurance Company |
| Sungard Securities Finance Ltd. | One of the Largest Holders of Trade Debt | Sungard Data Systems, Inc. |
| Sunrise Finance Co., Ltd. | Related Entity | Sunrise Finance |
| Tac Americas, Inc. | One of the Largest Holders of Trade Debt | Square D |
| Tata Consultancy Services | Largest Holders of Trade Debt; Largest Unsecured Creditors other than Bondholders | TCS Fund |
| Teachers Insurance and Annuity Association of America | 50 Largest Bondholders; Significant Leases | TIAA Global Markets, Inc. TIAA Structured Finance CDO TIAA Structured Finance CDO I TIAA-CREF TIAA-CREF Investment Management LLC |
| Telwares, Inc. | Significant Leases | TSL Holdings, Inc. |
| Thayer Group Limited Thayer Properties (Jersey) Ltd. Thayer Properties Limited | Related Entities | Thayer Interactive Group |
| Thomson Financial | One of the Largest Holders of Trade Debt | Reuters America, Inc. Thomson Financial Thomson MDC (Master Data Center) Thomson U.S. Holdings Inc. |
| Thrivent Financial for Lutherans | 50 Largest Bondholders | Thrivent Financial for Lutherans Thrivent Investment Management |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| TransAmerica Financial Life Ins. Co.

TransAmerica Life Ins. Co.

TransAmerica Occidental Life Ins. Co. | Selected Derivative Counterparty

50 Largest Bondholders

Selected Derivative Counterparty | TransAmerica Financial Life Insurance Co. TransAmerica Funds |
| University of Pittsburgh | Selected Derivative Counterparty | MPC MPC Computers, LLC |
| Van Kampen Asset Management | 50 Largest Bondholders | Van Kampen Funds |
| Vanguard Group Incorporated | 50 Largest Bondholders | The Vanguard Group Inc. |
| Varel Funding Corp. Varel International Ind., L.P. | Principal Investments | Estudio Beccar Varela |
| Western Asset Management Company | 50 Largest Bondholders | Western Asset Floating Western Asset Management Company |
| Wexford Capital LLC | Member of Ad Hoc or Unofficial Creditors' Committees | Wexford Capital |
| William Gordon | Officer | William J.J. Gordon Trust William Phillip Gordon |
| Willkie Farr & Gallagher LLP | Professionals Retained by the Company | Willkie Farr & Gallagher |
| Wombat Financial Software, Inc. | One of the Largest Holders of Trade Debt | Amex-Global LS Fund NYSE Euronext |
| York Capital Management | Member of Ad Hoc or Unofficial Creditors' Committees | Anchorage Capital Master Offshore Ltd. Bearingpoint Unsecured Creditors Committee Caspian Capital Partners L.P. Caspian Select Credit Master Fund Ltd. Drawbridge Special Opportunities Advisors LLC FCE Bank Bondholder Group Fortress Credit Opportunities Advisors LLC Highbridge Principal Strategies (UK) LLP Kremikovtzi Ad Hoc Bondholder Committee Longacre Fund Management LLC Marathon Asset Management Mariner Investment Group LLC Monier Senior Lender Group Precision Partners First Lien Lender Group Sandell Asset Management Corp. Third Point LLC VAT Use York Capital Management N/H FCE Bank Bondholder Group |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| | | York Arizona Office Associates, LP<br>York Capital<br>York Capital Group<br>York Capital Management<br>York International Corporation<br>York Long Point Associates, LP<br>York Moorpark |
| Zurich American Insurance Company | One of the 50 Largest Bondholders | ZCM Capital<br>Zurich American Insurance Company<br>Zurich American Insurance Group<br>Zurich Insurance Company<br>Zurich Insurance Company, Japan Branch |

# SCHEDULE 3

**Clients Currently Represented by Bingham**
**In Connection with the Lehman Chapter 11 Cases**[1]

Abdiel Capital Advisors LLC
Aetna Life Insurance Company
Anadarko Petroleum Corporation
Appaloosa Investment L.P.
Arrowgrass Capital Partners LLP
The Baupost Group, L.L.C.
Bridgewater Associates
Cyrus Capital Partners, L.P.
Davidson Kempner Capital Management LLC
Deutsche Bank AG
Elliott Associates L.P.
Evercore Trust Company, N.A.
Harbert Management Corporation
Harbinger Capital Partners
Icahn Capital L.P.
International Power America, Inc.
John Hancock Life Insurance Company
Lehman Brothers Real Estate Partners, L.P.
MacKay Shields, LLC
Massachusetts Mutual Life Insurance Company
Meister, Robert
Metropolitan Life Insurance Company
Mizuho Bank, Ltd.
Nicholas Advisors, Inc.
New York Life Investment Management LLC
Pioneer Investment Management USA
PPM America, Inc.
Promerica Hedge, LLC
Putnam Investments LLC
Radcliffe SPC, Ltd.
Silver Point Capital L.P.
Standard General L.P.
State Street Bank and Trust Co.
TIAA Global Markets, Inc.
Transamerica Asset Management Group
UBS AG
Wexford Capital LP

---

[1]    In addition to the entities described here, Bingham may also represent certain of the affiliates of such entities in connection with the Debtors' chapter 11 cases.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :
                        Debtors.                  :    (Jointly Administered)
                                                  :
                                                  :
------------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 327(E) AND 328(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF BINGHAM MCCUTCHEN LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO AUGUST 1, 2009

Upon consideration of the application, dated August 14, 2009 (the "Application"),

of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (together, the "Debtors"), pursuant to sections 327(e)

and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to

employ and retain, *nunc pro tunc* to August 1, 2009, Bingham McCutchen LLP ("Bingham") as

special counsel; and upon the Declaration of Rajiv Madan, Esq. (the "August 2009 Madan

Declaration"), a partner at Bingham, which was filed with the Court on August 1, 2009 (Docket

No. 4636); and the Court being satisfied, based on the representations made in the Application

and the August 2009 Madan Declaration, that Bingham represents no interest adverse to the

Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, under

section 327 of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code,

and the Court having jurisdiction to consider the Application and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title

11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Application having been provided in accordance with the procedures set forth in the amended

order entered February 13, 2009 governing case management and administrative procedures

[Docket No. 2837] to (i) the United States Trustee for the Southern District of New York (the

"U.S. Trustee"); (ii) the attorneys for the Official Committee of Unsecured Creditors (the

"Creditors' Committee"); (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi)

all parties who have requested notice in these chapter 11 cases, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Application is in the best interests of the Debtors, their estates and creditors, and all

parties in interest and that the legal and factual bases set forth in the Application establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that, in accordance with sections 327(e) and 328(a) of the Bankruptcy

Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Debtors are

hereby authorized to employ and retain Bingham as special tax counsel to the Debtors on the

terms set forth in the Application and this order, effective *nunc pro tunc* to August 1, 2009; and it

is further

ORDERED that Bingham shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651].

Dated:  August ____, 2009
      New York, New York

                                _____
                                THE HONORABLE JAMES M. PECK,
                                UNITED STATES BANKRUPTCY JUDGE