Presentment Date and Time:  **August 24, 2009 at 12:00 p.m** (Prevailing Eastern Time)
Objection Deadline:  **August 24, 2009 at 11:30 a.m** (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): **August 26, 2009 at 10:00 a.m.** (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF APPLICATION OF THE**
**DEBTORS PURSUANT TO SECTIONS 327(e) AND 328 (a) OF THE**
**BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY**
**AND RETAIN WINDELS MARX LANE & MITTENDORF, LLP, AS SPECIAL**
**COUNSEL TO THE DEBTORS,** *NUNC PRO TUNC* **TO THE ENGAGEMENT DATE**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed

Application (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), pursuant to sections

327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code",

Rule 2014(a) of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), to employ Windels Marx as special counsel to the Debtors, effective *nunc pro tunc* to

May 1, 2009,  all as more fully described in the Application, to the Honorable James M. Peck,

United States Bankruptcy Judge, for approval and signature on **August 24, 2009 at 12:00 p.m.**

**noon (Prevailing Eastern Time)**.

        **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any,

shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy

Court for the Southern District of New York, shall set forth the name of the objecting party, the

basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with two hard copies delivered

directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable James M. Peck,

One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York, 10153, Attn:  Richard P. Krasnow, Esq., attorneys

for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn:  Andy Velez-Rivera, Esq.,

Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.;

(iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York,

10005, Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for

the Official Committee of Unsecured Creditors appointed in these cases; and (v) Windels Marx

Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York, 10019, Attn: Robert A.

Rossi, Esq., **so as to be so filed and received by no later than August 24, 2009 at 11:30 a.m.**

**(Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely filed and served, a hearing will be held on **August 26, 2009, at 10:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408.  If an objection is filed the moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  August 14, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Presentment Date and Time:  August 24, 2009 at 12:00 p.m (Prevailing Eastern Time)**
**Objection Deadline:  August 24, 2009 at 11:30 a.m (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): August 26, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard  P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                           :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :          **08-13555 (JMP)**
:
**Debtors.**                              :          **(Jointly Administered)**
:
------------------------------------------------------------------x

## APPLICATION OF THE DEBTORS
### PURSUANT TO SECTIONS 327(e) AND 328 (a) OF THE
### BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES
### OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY
### AND RETAIN WINDELS MARX LANE & MITTENDORF, LLP, AS SPECIAL
### COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this Application and respectfully

represent:

### Background

1.       Commencing on September 15, 2008 and periodically thereafter (as

applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the
"Bankruptcy Code").  The Debtors' chapter 11 cases have been consolidated for procedural
purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules
of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their
businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and
1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern
District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured
creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the
Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.
("LBI").  A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as
examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January
20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

## Jurisdiction

5.      This Court has subject matter jurisdiction to consider and determine this
matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Lehman's Business

6.      Prior to the events leading up to these chapter 11 cases, Lehman was the
fourth largest investment bank in the United States.  For more than 150 years, Lehman had been
a leader in the global financial markets by serving the financial needs of corporations,
governmental units, institutional clients and individuals worldwide.

7.      Additional information regarding the Debtors' businesses, capital

structures, and the circumstances leading to the commencement of these chapter 11 cases is

contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy

Rules for the Southern District of New York in Support of First-Day Motions and Applications,

filed on September 15, 2008 [Docket No. 2].

### Relief Requested

8.      By this Application, the Debtors request authorization, pursuant to

sections 327(e) and 328(a) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and

Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), to employ Windels Marx as special counsel to the Debtors, including, but not limited to,

LBHI, Lehman Commercial Paper, Inc. ("LCPI"), LB Rose Ranch LLC ("LBRR") and other

debtor entities for which Windels Marx may perform legal services from time to time

(collectively, the "Lehman Entities"), effective *nunc pro tunc* to May 1, 2009 (the "Engagement

Date").  Specifically, Windels Marx has been engaged with respect to the representation of the

Lehman Entities in connection with various real estate transactions, and ancillary matters

associated therewith (the "Representative Matters").  The Representative Matters include, but are

not limited to, assisting the Lehman Entities with respect to mortgage loans, equity investments,

mezzanine debt, loan restructurings, and mortgage foreclosures.

### Windels Marx as Ordinary Course Professionals

9.      Windels Marx had previously been performing legal services on behalf of

the Lehman Entities as Ordinary Course Professionals in these chapter 11 cases pursuant to the

order authorizing the Debtors to employ professionals utilized in the ordinary course of business

dated November 5, 2008 [Docket No. 1394] (the "OCP Order").  Pursuant to the procedures set

forth in the OCP Order, such retention became effective as of November 28, 2008, 10 days after

the affidavit of James J. Thomas was filed with the Court.  [Docket No.  1545].  In accordance

therewith, Windels Marx applied for compensation under the provisions of the OCP Order in

conjunction with the Order Appointing Fee Committee and Approving Fee Protocol dated May

26, 2009 (the "Fee Protocol Order").  [Docket No. 3651]

        10.     The OCP Order outlines the procedures that all Ordinary Course

Professionals must follow in order receive compensation and reimbursement of expenses for

services provided to the Debtors.  With respect to any Ordinary Course Professional seeking

compensation in excess of $150,000 in any given month, the OCP Order provides, in pertinent

part:

*        *        *

> "that in the event that an Ordinary Course Professional
> seeks more than $150,000 per month, that professional will
> be required to file a fee application for the full amount of
> its fees and expenses for that month in accordance with
> sections 330 and 331 of the Bankruptcy Code, the
> [Bankruptcy Rules], the Local Bankruptcy Rules of the
> Southern District of New York, the Fee Guidelines
> promulgated by the US Trustee, and any and all orders of
> the Court…

> "that payment to any one Ordinary Course Professional
> shall not exceed $1 million for the period prior to the
> conversion of, dismissal of, or entry of a confirmation in
> these chapter 11 cases (the "Chapter 11 Period")…

> "that in the event payment to any Ordinary Course
> Professional exceeds $1 million during the Chapter 11
> Period, such Ordinary Course Professional shall be required
> to file a retention application to be retained as a
> professional pursuant to sections 327 and 328 of the
> Bankruptcy Code…"

*        *        *

11.     In accordance with the foregoing provisions of the OCP Order and as a consequence of Windels Marx exceeding the monthly compensation cap in each month in which compensation has been sought, Windels Marx filed a fee application for each of the following Periods (together, the "Fee Applications"):

(i)     January 1, 2009 through January 31, 2009 [Docket No. 3327]
        Fees Requested:        $217,903.50
        Expenses Requested:  $  12,799.75

(ii)    February 1, 2009 through February 28, 2009 [Docket No. 3329]
        Fees Requested:        $169,663.50
        Expenses Requested:  $    3,962.89

(iii)   March 1, 2009 through March 31, 2009 [Docket No. 3330]
        Fees Requested:        $218,060.00
        Expenses Requested:  $    1,019.93

(iv)    April 1, 2009 through April 30, 2009 [Docket No. 3715]
        Fees Requested:        $192,434.00
        Expenses Requested:  $    3,695.88

(v)     May 1, 2009 through May 31, 2009 [Docket No. 4264]
        Fees Requested:        $168,594.50
        Expenses Requested:  $    2,258.60

12.     On August 13, 2009, the Court entered an order awarding Windels Marx fees in the aggregate amount of $966,655.50 and reimbursement of expenses in the aggregate amount of $23,737.05 [Docket No. 4792].  Consequently, Windels Marx will reach and exceed the $1 million compensation cap for Ordinary Course Professionals during the Chapter 11 Period with its June 1, 2009 through June 30, 2009 fee application.  Accordingly, the Debtors now seek to retain Windels Marx as special counsel in accordance with the OCP Order.

13.     Furthermore, the Debtors request that Windels Marx's retention be made effective *nunc pro tunc* to the Engagement Date to allow Windels Marx to be compensated for work performed on behalf of the Debtors on or after May 1, 2009, but prior to the submission of

this Application.  The Debtors submit that the circumstances of Windels Marx's initial retention

as Ordinary Course Professionals and the compensation provisions under the OCP Order warrant

retroactive approval of Windels Marx as special counsel, particularly since Windels Marx

provided necessary services to the Debtors and such services are of value to the estate and all

parties in interest.  *See, In re Hasset, Ltd.*, 283 B.R. 376, 379 (Bankr. E.D.N.Y. 2002) (approving

*nunc pro tunc* retention application and recognizing that "*nunc pro tunc* applications are

disfavored in this Circuit but have been permitted when the attorney performs services of 'value'

to the estate" (internal citations omitted)); *see also, In re Jarvis*, 53 F.3d 416 (1st Cir. 1995)

(finding that a bankruptcy court may grant *post facto* application if employment meets statutory

requirements and delay results from extraordinary circumstances); *Matter of Arkansas Co. Inc.*,

798 F.2d. 645 (3d Cir. 1986) (opining that bankruptcy courts have discretion in extraordinary

circumstances to retroactively approve a professional's employment).

### Basis for Relief

14.     The Debtors' knowledge, information, and belief regarding the matters set

forth in this Application are based on and made in reliance upon the Declaration of Robert A.

Rossi, Esq., sworn to on August 14, 2009 (the "Rossi Declaration"), a copy of which is attached

hereto as Exhibit A.

15.     The retention of Windels Marx under the terms described herein is

appropriate under Bankruptcy Code sections 327(e), 328(a) and 1107(h).  Section 327(e)

provides for the appointment of special counsel where the proposed counsel does not possess any

interest materially adverse to the debtor with regard to the matter(s) that will be handled by

counsel.  Section 327(e) provides:

$$* \qquad * \qquad *$$

> "The trustee, with the court's approval, may employ, for a specified
> special purpose, other than to represent the trustee in conducting
> the case, an attorney that has represented the debtor, if in the best
> interest of the estate, and if such attorney does not represent or
> hold any interest adverse to the debtor or to the estate with respect
> to the matter on which such attorney is to be employed."

$$* \qquad * \qquad *$$

11 U.S.C. § 327(e).  Moreover, section 1107(b) provides that "a person is not disqualified for

employment under section 327 of this title by a debtor in possession solely because of such

person's employment by or representation of the debtor before the commencement of the case."

11 U.S.C. § 1107(b).

16.    Accordingly, section 327(e) of the Bankruptcy Code authorizes the

retention of counsel who previously represented a debtor prepetition provided that: (a) the

appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest

adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the

specified special purpose for which counsel is being retained does not rise to the level of

conducting the bankruptcy case for the debtor in possession. *See In re DeVlieg, Inc.*, 174 B.R.

497 (N.D. Ill. 1994); *In re AroChem Corp.*, 176 F.3d 610, 622 (2d Cir. 1999) (noting that "where

the interest of the special counsel and the interest of the estate are identical *with respect to the

matter for which special counsel is retained*, there is no conflict and the representation can

stand") (emphasis in original).  As explained more fully below, the Debtors submit that each of

these factors is satisfied with respect to Windels Marx and, therefore, its retention should be

approved under section 327(e) of the Bankruptcy Code.

**The Employment and Retention of**
**Windels Marx is in the Best Interests of the Estates**

17.    As described more fully in the Rossi Declaration, Windels Marx has been

representing the Debtor and its affiliates in real estate and real estate-related transactions for over

15 years.  As mentioned above, the Debtors retained Windels Marx with respect to the

Representative Matters as of November 28, 2008 pursuant to the procedures set forth in the OCP

Order.  As a result, they are intimately familiar with Lehman's real estate business, its form of

loan and joint venture documents, its internal organization and its structuring, documentation and

business preferences.  Many of the transactions Windels Marx has been working on since the

Commencement Date involve transactions which they originally closed for Lehman.  The

Debtors believe that the continued employment of Windels Marx as special counsel for the

Debtors will enable the Debtors to avoid the unnecessary expense otherwise attendant to having

another law firm familiarize itself with the matters described above.  For these reasons, the

Debtors submit that the continued employment of Windels Marx is in the best interests of the

Debtors, their estates, and their creditors.

**Windels Marx Holds No Interest Adverse to the Debtors or the**
**Debtors' Estates With Respect to the Representative Matters**

18.    To the best of the Debtors knowledge, and except as may be set forth in

the Rossi Declaration, Windels Marx does not represent or hold any interest adverse to the

Debtors or their estates with respect to the matters as to which Windels Marx is to be employed.

*See In re AroChem*, 176 F.3d at 622 (emphasizing that, under section 327(e) of the Bankruptcy

Code, potential conflicts must be evaluated only with respect to the scope of the proposed

retention).  The Debtors have been informed that Windels Marx will conduct an ongoing review

of its files to ensure that no disqualifying circumstances arise and, if any new relevant facts or

relationships are discovered, Windels Marx will supplement its disclosure to the Court.

19.     Windels Marx has informed the Debtors that it is owed approximately

$2,857,393.63 in unpaid fees and expenses from the Debtors for prepetition services rendered by

Windels Marx unrelated to these chapter 11 cases.  Windels Marx has not received payment of

any of these outstanding amounts.  Windels Marx is, therefore, a prepetition creditor of the

Debtors.[1]  However, Windels Marx's status as a prepetition creditor of the Debtors should not be

an impediment to its retention by LBHI under section 327(e) of the Bankruptcy Code.  Collier on

Bankruptcy, ¶ 327.04[9][d] at 327-63 – 327-64 (15th ed. 2008) ("the disinterested test of section

327(a) does not apply to section 327(e) because the attorney may, in fact, be a creditor of the

debtor for fees related to such prepetition representation of the debtor"); *see also* 11 U.S.C. §

1107(b); *In re DeVlieg, Inc*., 174 B.R. at 503 (holding that proposed attorney due outstanding

prepetition fees did not hold interest adverse to the debtor or its estate for the matters for which it

was to be retained under the "more relaxed conflict-of-interest standard" of section 327(e)).

20.     Based on the foregoing and the disclosures set forth in the Rossi

Declaration, the Debtors submit that Windels Marx does not hold or represent any interest

adverse to the Debtors or the Debtors' estates with respect to the matters on which Windels Marx

is to be employed.

### Windels Marx will not Conduct the Debtors' Bankruptcy Case

21.     By separate applications, the Debtors have sought and obtained the Court's

approval to retain and employ Weil, Gotshal & Manges LLP as the Debtors' general bankruptcy

counsel [Docket No. 1660], and Curtis, Mallet-Prevost. Colt & Mosle LLP as conflicts counsel

[Docket No. 1659].  By contrast, Windels Marx's postpetition work is comprised substantially of

the Representative Matters.  None of these matters involve the conduct of the bankruptcy cases

---

[1] Windels Marx is also owed amounts by certain non-debtor Lehman entities for services rendered to those entities.
Windels Marx anticipates that it will receive payment from those entities for such services.

themselves.  Additionally, because Windels Marx is not serving as the Debtors' general

bankruptcy counsel, the Debtors believe that Windels Marx has not rendered "services . . . in

contemplation of or in connection with the case" within the meaning of section 329(a) of the

Bankruptcy Code.  Accordingly, the services rendered and functions to be performed by Windels

Marx will not be duplicative of any bankruptcy-related work performed by other law firms

retained by the Debtors.  Furthermore, Windels Marx will coordinate with the Debtors' other

professionals to ensure that its services are, to the maximum extent possible, complimentary to

other professionals' services.

### Professional Compensation

22.     The Debtors understand that Windels Marx intends to apply separately to

the Court for allowances of compensation and reimbursement of expenses in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and all

orders of this Court governing professional services performed and expenses incurred after the

Commencement Date.  To that end, Windels Marx has agreed to submit applications for interim

and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy

Code and the rules and orders of this Court.

23.     Windels Marx has further informed the Debtors that the current hourly

billing rates for Windels Marx professionals expected to spend significant time on the

Representative Matters range from $440 to $700 for partners, $365 to $495 for counsel, $315 to

$410 for associates, and $170 to $235 for paralegals.[2]  The Debtors respectfully submit that such

rates are reasonable and comparable to the rates other firms charge for similar services.  For

services rendered by Windels Marx in these cases, the Debtors, subject to the provisions of the

---

[2] Such hourly rates may change from time to time in accordance with Windels Marx's established billing practices
and procedures.

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, all guidelines promulgated by the U.S. Trustee, and orders of the Court propose to pay Windels Marx its customary hourly rates that are in effect from time to time, as set forth in the Rossi Declaration.

### The Relief Requested is Appropriate

24.     Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

### Notice

25.     The Debtors have served notice of this Application in accordance with the procedures set forth in the amended order entered on February 13, 2009 [Docket No. 2837] governing case management and administrative procedures for these cases Docket No. 2851 on: (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York, 10019, Attn: Robert A. Rossi, Esq.; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

26.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: New York, New York
       August 14, 2009

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow

                                        WEIL. GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 101 53
                                        Telephone: (212) 3 1 0-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors and
                                        Debtors-in-Possession

<u>**Exhibit A**</u>

**Rossi Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                          :        Chapter 11 Case
                                                :        No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al*,         :
                                                :        (Jointly Administered)
                        Debtors.                :
                                                :
-------------------------------------------------------------x

## DECLARATION OF ROBERT A. ROSSI
## IN SUPPORT OF THE APPLICATION OF THE DEBTORS
## FOR AUTHORIZATION TO EMPLOY AND RETAIN
## WINDELS MARX LANE & MITTENDORF, LLP
## AS SPECIAL COUNSEL TO THE DEBTORS

Robert A. Rossi hereby declares as follows:

1.      I am a member of the Bar of the State of New York and the firm of

Windels Marx Lane & Mittendorf, LLP ("Windels Marx" or the "Firm").

2.      I submit this Declaration (the "Declaration") pursuant to sections 327, 328

and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and 28 U.S.C. § 1746,

and in support of the application, dated August _14_, 2009 (the "Application"),[1] filed by Lehman

Brothers Holdings Inc., Debtors-in-Possession and its affiliated debtors in the above-referenced

jointly administered chapter 11 cases (together, the "Debtors" or the "Lehman Entities") seeking

authorization to employ Windels Marx as special counsel to the Lehman Entities with respect to

the Representative Matters *nunc pro tunc* to the Engagement Date, as described in greater detail

below and in the Application, and to provide the disclosures required under Bankruptcy Rules

2014(a) and 2016(b). All facts set forth below in this Declaration are based upon information

from, and discussions I or other Windels Marx personnel reporting to me have had with certain

---

[1] Any capitalized term not defined herein shall have the meaning given to it in the Application.

{10513336:2}

of my colleagues and an attorney at Windels Marx responsible for conflicts matters. The facts

below are also based on a review performed by the persons within Windels Marx responsible for

maintaining records of our representations, with the assistance of attorneys at Windels Marx, of

the list provided to Windels Marx by Weil, Gotshal & Manges LLP ("WGM"), the Debtors'

general bankruptcy counsel, on March 12, 2009 (as updated by WGM on May 20, 2009, the

"Master Conflicts Checklist"), a copy of which is attached as Schedule 1 hereto, setting forth

certain of the creditors and other parties in interest (collectively, the "Interested Parties") of the

Lehman Entities in the above-referenced chapter 11 cases. Based on the foregoing, if I were

called upon to testify, I could and would testify competently to the facts set forth herein. I am

authorized to submit this Declaration on behalf of Windels Marx.

## Services Performed by Windels Marx

3.      The Debtors seek to retain Windels Marx as special counsel to the Lehman

Entities pursuant to section 327(e) of the Bankruptcy Code, *nunc pro tunc* to the Engagement

Date, to perform legal services in connection with the Representative Matters set forth below and

in the Application. Windels Marx has been representing the Debtor and it affiliates in real estate

and real estate-related transactions for over 15 years including with respect to mortgage loans,

equity investments, mezzanine debt, loan restructurings, mortgage foreclosures and

bankruptcies. As a result, we are intimately familiar with Lehman's real estate business, its form

of loan and joint venture documents, its internal organization and its structuring, documentation

and business preferences. We have particular expertise in (i) all aspects of real estate joint

ventures (both preferred and pari passu equity) and the exercise by Debtor of its rights and

remedies, including removing the managing member and exercising the buy-sell, (ii) structuring

and documenting tiered capital debt and equity investments, (iii) the workout and restructuring of

troubled mortgage loans, mezzanine loans and lines of credit, (iv) the enforcement of Lender's

rights in all types of loans, including deed in lieu and foreclosure proceedings, (v) litigating the

rights of lenders and joint venture partners in all types of real estate-related disputes, and (vi)

providing analysis for complex development deals including zoning, land use, environmental and

title matters.   Many of the transactions we have been working on since the Commencement Date

involve transactions that we originally closed for Lehman. Assigning new counsel at this time,

we believe, would be inefficient. On certain of the transactions on which we are currently

assisting the Debtor, attorneys at Windels Marx have been working on various aspects of these

complex transactions for several years.  If a new firm were to be asked to handle this matter,

there would be a steep learning curve and the involvement of Windels Marx would still be

required in the education process.  All of this would lead to substantial additional cost to the

Debtor.   In addition, given our expertise and cost effective practice, we are currently

representing Lehman in several enforcement proceedings of its remedies as Lender in significant

loan transactions.  For example, we have initiated a foreclosure proceeding on the loan

encumbering the property located at 25 Broad Street, Manhattan.  Although, this was a deal that

we did not originally close on behalf of Lehman, we have been successful in gaining control of

the property quickly through the appointment of a receiver and continue to prosecute the

foreclosure proceeding in a very cost effective manner.

4.    For these reasons, appointment of Windels Marx as Special Counsel will

inure to the benefit of the Debtor both in terms of our particular expertise as well as in cost

savings to the Debtor.

5.    Following the Commencement Date, at the Debtors' request, Windels

Marx assisted the Lehman Entities in connection with the Representative Matters as one of the

Debtors' Ordinary Course Professionals. In its capacity as an Ordinary Course Professional, Windels Marx applied for compensation and reimbursement of expenses for the period extending from January 1, 2009 through May 31, 2009.  By Order dated August 13, 2009, Windels Marx was awarded fees in the aggregate amount of $966,655.50 and reimbursement of expenses in the aggregate amount of $23,737.05.

      6.     In connection with certain of the Representative Matters, Windels Marx has represented, or will be representing, the following non-debtor affiliates of the Lehman Entities, in addition to other non-debtor entities that the Debtors may request services for from time to time: LB Whispering Oaks, LLC; LB Regency Park, LLC; LB Pointe, LLC; LB Shadow Valley, LLC; LB RHW, LLC; LB Carlyle, LLC; LB SVF, LLC; LB Seth, LLC; LB ECS, LLC; LB Manassas, LLC; LB Midtown Memphis JV; LB 816 Congress, LLC; LB Coconut Beach, LLC; CJC Investments, Inc.; LB Centre Point, LLC; LB Mission Valley, LLC; PAMI Public/Private I, Inc.; PAMI Public/Private II, Inc.; PAMI Public/Private III, Inc.; LB West Side Studios, LLC; PAMI, LLC; Property Asset Management, Inc.; SD Mark Holdings, LLC; LB Farmington Hills LLC; LB Alpha Tech North LLC; LB Northville LLC; LB New Van Buren LLC; LB Vendy Wick LLC; LB Bloomfield LLC; LB Milford West LLC; LB Shelby Industrial Investors-II, LLC; LB Shelby Industrial Investors-III, LLC; LB Shelby Industrial Investors IV, LLC; LB Farmington Hills II, LLC; LB Farmington Hills V, LLC; LB Alpha Tech, Inc.; LB Van Buren, Inc.; PAMI Michigan Mezzanine II, LLC; LB SMC/Livonia, Inc.; LB Maple Stephenson, LLC; LB 900 Tower Drive, LLC; LB Business Park, LLC, and; LB Stoneridge, LLC.  Windels Marx will be paid by the foregoing non-debtor affiliates for services provided on their behalf in connection with certain of the Representative Matters.

7.      WGM represents the Debtors in connection with the financial restructuring of the Debtors and bankruptcy-specific issues. Because Windels Marx is not serving as the Debtors bankruptcy counsel, it is my view that Windels Marx has not rendered "services. . . in contemplation of, or in connection with the case" within the meaning of section 329(a) of the Bankruptcy Code. Windels Marx's postpetition work has heretofore been and hereafter will be comprised of continuing to represent the Lehman Entities solely in connection with the Representative Matters. None of such matters involves the conduct of the bankruptcy cases themselves. Accordingly, the services rendered and functions to be performed by Windels Marx will not be duplicative of any bankruptcy-related work performed by WGM or any of the other law firms retained by the Debtors. As a result of the foregoing, I believe that Windels Marx is qualified to represent the Debtors as special counsel pursuant to section 327(e) of the Bankruptcy Code.

## "Connections" of Windels Marx

8.      To check and clear potential conflicts of interest in these cases, as well as to determine all "connections"[2] to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee, Windels Marx researched its client database for the past two (2) years to determine whether it had any relationships with the Interested Parties. To the extent that Windels Marx's research of its relationships with the Interested Parties indicates that Windels Marx has represented in the past two years, or currently represents, any of these entities, the identities of

---

[2] To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts. Out of an abundance of caution, I may be disclosing items that are not, in my judgment, disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

these entities and such entities' relationship to the Debtors and connection to Windels Marx are set forth below and in Schedule 2 hereto.

9.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Windels Marx, nor any partner or associate thereof, has any connection with the Debtors, their creditors, the U.S. Trustee or any other parties with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below.

10.     Further, to the best of my knowledge, Windels Marx does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Representative Matters.

11.     The Debtors are a large global enterprise with thousands of parties in interest. Windels Marx (a) may from time to time have represented, (b) may currently represent, and (c) may in the future represent many entities that are parties in interest in these cases in matters unrelated to the Debtors.

12.     I understand that the Debtors will retain various professionals during the pendency of these cases to aid in the prosecution of the Debtors chapter 11 cases. I have been advised that the Debtors have retained, among others, the following professionals: WGM, as general bankruptcy counsel, Curtis, Mallet-Prevost, Colt & Mosle LLP, as conflicts counsel, and Alvarez & Marsal North America, LLC, as restructuring advisor. Over the past years, attorneys at Windels Marx have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests.

13.    In addition, during the course of the Debtors' chapter 11 cases, the Debtors

may retain additional or different professionals, not all of which are or can currently be

identified. Further, the Master Conflicts Checklist does not disclose the identities of all of the

various professionals that have been retained, or are being considered for retention by the various

parties in interest. Therefore, we are unable to determine if Windels Marx has a client or other

relationship with such as yet unidentified advisors or their affiliates. However, we believe it

likely that many of the professionals who may appear in these cases are trustees, witnesses,

advisors or counsel, as the case may be, in transactions or cases in which Windels Marx also

represents a client. Windels Marx may retain various such professionals or affiliates thereof to

provide forensic, litigation support and financial advisory services to Windels Marx or Windels

Marx's clients in a variety of past, present or future engagements. Current employees at Windels

Marx may be former employees of, or related to employees of, one or more of the other

professionals in this case. In addition, attorneys at Windels Marx belong to professional

organizations to which other professionals who may appear in these cases may also belong.

14.    Windels Marx currently represents several clients that, according to the

Debtors' Master Conflicts Checklist, have connections to the Debtors (the "Connected Entities").

Windels Marx does not, however, to the best of my knowledge, represent the Connected Entities

in matters related to the Debtors' chapter 11 case or the Representative Matters.  A schedule of

interested parties that currently employ or have formerly employed Windels Marx in matters

unrelated to the Debtors, is annexed hereto as Schedule 2.  Windels Marx expects to continue to

represent the Connected Entities set forth in Schedule 2 in their current matters within the limits

of section 327(e) of the Bankruptcy Code.

15.    Windels Marx also may represent from time to time other clients that are co-defendants with one or more of the Debtors, but I do not believe that there is any adversity between such co-defendants and the Debtors.

16.    In addition, Windels Marx may have represented, may currently represent, or may in the future represent, a borrower, issuer of securities, financial advisor, underwriter of securities, lead bank or other client financing transactions, merger and acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters unrelated to these cases in which one or more parties in interest (or an affiliate) or a professional involved in these cases, including, but not limited to those listed on the Master Conflicts Checklist, happens to be involved, although not as Windels Marx's client.

17.    Windels Marx may also represent, in matters unrelated to the Debtors, competitors of the Debtors.

18.    I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Windels Marx receives from a party in interest as long as it is unrelated to these cases. Windels Marx intends to accept engagements from other parties in interest (whether existing or new clients). These engagements may include matters similar to those described in paragraph 16 hereof. As described above, Windels Marx has undertaken a detailed search to determine whether it represents, or has represented in the last two (2) years, any of the Interested Parties listed on the Master Conflicts Checklist, and the identities of such entities and such entities' relationship to the Debtors and connection to Windels Marx is set forth herein. Windels Marx, however, does not and will not represent any of the Interested Parties with respect to the matters for which Windels Marx is being retained hereunder.

19.    Despite the efforts described above to identify and disclose connections with parties in interest in these cases, because the Debtors are a large enterprise with many creditors and other relationships, Windels Marx is unable to state with certainty that every client connection of Windels Marx has been disclosed. In this regard, if Windels Marx discovers additional information that requires disclosure, Windels Marx will file supplemental disclosures with the Court.

## Securities Ownership

20.    Certain individual attorneys at Windels Marx may own, or have beneficial interests in trusts owning, shares in the Debtors and securities of related entities and may own shares in other parties in interest.

21.    Windels Marx notes, however, that a large number of the Debtors' debt and equity securities are held by various mutual funds, trusts and portfolios and accounts that are managed by various advisors. Windels Marx does not know the ultimate beneficial owners of the funds, although it is believed they are widely held. Similarly, many of the Debtors' securities are registered in the name of Depositary Trust Company or its nominee, and securities entitlements to such securities are held through securities accounts maintained by brokers, investment advisors and other securities intermediaries. The ultimate owners of the securities entitlements are unknown to Windels Marx, except for those reported on the Master Conflicts Checklist. It is possible that some of such holders may be clients of Windels Marx.

## Various Commercial Relationships with Parties in Interest

22.    Some attorneys at or employees of Windels Marx may receive services from the Debtors, other parties in interest or professionals involved in these cases. Attorneys at or other employees at Windels Marx or their spouses or relatives may have beneficial ownership

of securities issued by, or banking, insurance, brokerage or money management relationships

with, other parties in interest. Attorneys at Windels Marx may have relatives or spouses who are

members of professional firms involved in these cases or employed by parties in interest. We

have conducted no investigation of our colleagues' banking, insurance, brokerage or investment

activities or familial connections in preparing this Declaration.

**Amounts Owed to Windels Marx as of Commencement Date**

23.    As of the Commencement Date, Windels Marx is owed approximately

$2,857,393.63 in unpaid fees and expenses incurred by the Debtors for prepetition services

rendered by Windels Marx unrelated to this chapter 11 cases. Windels Marx has not received

payment of any of these outstanding amounts. Windels Marx is therefore a prepetition creditor

of the Debtors.[3] However, Windels Marx's status as a prepetition creditor of the Debtors should

not be an impediment to its retention by the Debtors under section 327(e) of the Bankruptcy

Code. Additionally, because Windels Marx is not serving as Debtors' bankruptcy counsel,

Windels Marx does not believe that it has rendered "services…in contemplation of, or in

connection with the case" within the meaning of section 329(a) of the Bankruptcy Code.

**Fees and Engagement**

24.    Pursuant to Bankruptcy Code section 329(a), Windels Marx discloses that

during the one-year period before the Commencement Date, Windels Marx received as payment

from the Debtors for services rendered and disbursements incurred a total of approximately

$6,062,281.75.

25.    Upon its retention as special counsel, Windels Marx intends to apply for

compensation for professional services rendered in connection with these chapter 11 cases

---

[3] Windels Marx is also owed amounts by certain non-debtor Lehman entities for services rendered to those entities.
Windels Marx anticipates that it will receive payment from those entities for such services.

subject to approval of the Bankruptcy Court and in compliance with applicable provisions of the

Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and

other charges incurred by Windels Marx.

26.    Windels Marx's hourly rates and billing policies are based on market

conditions among certain firms of a size, location and practice comparable to Windels Marx.

The current hourly billing rates for Windels Marx professionals expected to spend significant

time on the Representative Matters range from $440 to $700 for partners, $365 to $495 for

counsel, $315 to $410 for associates, and $170 to $235 for paralegals.[4]

27.    The hourly rates set forth above are the Firm's standard hourly rates for

work of this nature. These rates are set at a level designed to fairly compensate the Firm for the

work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the

Firm's policy to charge its clients in all areas of practice for all other expenses incurred in

connection with the client's case. The expenses charged to clients include, among other things,

telephone and telecopier toll and other charges, mail and express mail charges, special or hand

delivery charges, document retrieval, photocopying charges, charges for mailing supplies

(including, without limitation, envelopes and labels) provided by the Firm to outside copying

services for use in mass mailings, travel expenses, expenses for "working meals", computerized

research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and

other overtime, The Firm will charge the Debtors for these expenses in a manner and at rates

consistent with charges made generally to the Firm's other clients. The Firm believes that it is

---

[4] Such hourly rates may change from time to time in accordance with Windels Marx's established billing practices and procedures.

more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

28.    Windels Marx maintains contemporaneous records of the time expended and out-of- pocket expenses incurred in connection with providing services to its clients in accordance with the fee guidelines for this district.

29.    Windels Marx recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of the Court. Windels Marx has reviewed the fee application guidelines promulgated by the U.S. Trustee and will comply with them.

30.    To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor Windels Marx, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code. Windels Marx has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Windels Marx's partners.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Dated: August __14__, 2009

Robert A. Rossi

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile:  (212) 252-1215

Proposed Special Counsel for Debtors
and Debtors-in-Possession

# SCHEDULE 1

# Retention Checklist

## 50 Largest Bond Holders

1. Advanced Series Trust
2. AETNA Life Insurance Company
3. AIG Annuity Insurance Company
4. ALFA Mutual Fire Insurance Company
5. Allianz Life Insurance Company of North America
6. Alpha Mutual Fund Management
7. American Family Life Assurance Company
8. American Life Insurance Company
9. AXA Equitable Life Insurance Company
10. Barclays Global Fund Advisors
11. BBVA Gestion SA SGIIC (Spain)
12. Blackrock Advisors
13. Capital Research and Management
14. Continental Casualty Company
15. Federated Investors
16. Fidelity Management and Research
17. Franklin Advisors Inc.
18. Franklin Templeton Investments
19. Guardian Life Insurance Company
20. Hartford Life Insurance Company
21. ING Investment LLC
22. Jackson National Life Insurance
23. John Hancock Investment Management Services
24. John Hancock Life Insurance Company
25. Liberty National Life Insurance Company
26. Loomis Sayles & Company L.P.
27. Medical Liability Mutual Insurance Company
28. Metlife Insurance Company of Connecticut
29. Metropolitan Life Insurance Company
30. Metropolitan West Capital Management
31. NATIXIS  Asset Management Advisors
32. Northwest Mutual Life Insurance Company
33. Phillips Hager & North Investment Management
34. PIMCO Advisors LP
35. PIMCO Funds Global Investors
36. Principal Life Insurance Company
37. Prudential Financial Inc.
38. Prudential Insurance Company of America
39. Riversource Life Insurance Company
40. Sun Life Assure Co. of Canada
41. T. Rowe Price Associates
42. Teachers Insurance and Annuity Association
43. Thrivent Financial for Lutherans
44. Transamerica Life Insurance Company
45. UBS Investment KAG

46.    United States – Indices
47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.     1221 Avenue of the Americas *
2.     125 Broad Street *
3.     1301 Properties Owner LP
4.     55 Broadway *
5.     767 Fifth  Ave *
6.     Allen & Overy
7.     Anjarlekar & Associates
8.     ANZ Banking Group Limited
9.     Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Caldwalader, Wickersham, and Taft
22.    Canary Warf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst and Young Private Limited
40.    Fidessa Plc.
41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data

| | |
|---|---|
| 43. | Haworth Singapore PTE Ltd. |
| 44. | Henegan Construction Co., Inc. |
| 45. | Hewlett-Packard AP (HONG KONG) LIMITED |
| 46. | HSBC Bank |
| 47. | Hua Nan Commercial Bank, Ltd |
| 48. | IBM Corporation |
| 49. | ICAP Securities Limited |
| 50. | Information Builders Inc. |
| 51. | JQ Network PTD Limited |
| 52. | KBC Bank |
| 53. | Kim & Chang |
| 54. | Kingston Communications PLC |
| 55. | Linklaters, S.L. |
| 56. | Lloyds Bank, PLC |
| 57. | London & European Title Insurance Services Ltd. |
| 58. | London Borough of Tower Hamlets Rates |
| 59. | Mace Limited |
| 60. | McKee Nelson LLP |
| 61. | Microsoft Licensing, GP |
| 62. | Millennium Developers PVT LTD |
| 63. | Mizuho Corporate Bank Ltd. |
| 64. | Morse Group Limited |
| 65. | Morse Service Holdings Limited |
| 66. | National Bank of Australia |
| 67. | National Commerce bank |
| 68. | Network Appliance, Inc. |
| 69. | Nippon Life Insurance Co. |
| 70. | NYSE Market, Inc. |
| 71. | Origin HR Consulting Limited |
| 72. | Paul Weiss |
| 73. | Pricoa Relocation UK Limited |
| 74. | Reuters America Inc. |
| 75. | Reuters Limited |
| 76. | Shinkin Central Bank |
| 77. | Shinsei Bank Ltd. |
| 78. | Sidley Austin Brown & Wood |
| 79. | Standard & Poor's |
| 80. | Standard Chartered Bank |
| 81. | Sumitomo Mitsui Banking Corp |
| 82. | Sungard Securities Finance Inc. |
| 83. | Svenska Handelsbanken |
| 84. | Swapswire Limited |
| 85. | Taipei Fubon Bank, New York Agency |
| 86. | Tata Consultancy Services |
| 87. | The Bank of New York |
| 88. | The Bank of Nova Scotia |
| 89. | The British Land Company PLC |
| 90. | Thompson Financial |
| 91. | TIBCO Software, Inc. |

92.    UFJ Bank Limited
93.    Vertex Mortgage Services
94.    Virtx
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC

- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust

- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street
7. Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)

- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the Commencement Date, to the extent known at the Commencement Date.

1.   The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.   Informal LBHI Bondholder Group
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than 5%).

| | |
|---|---|
| AXA and related parties | 7.25% |
| Clearbridge Advisors, LLC and related parties | 6.33% |
| FMR LLC and related parties | 5.87% |

**Directors and Officers (LBHI)** – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors

- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers

- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty

- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

**Underwriting Investment Bankers for Debtor's Securities** - all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)
4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC
7. ASB L.L.C.
8. Ballybunion Investments No. 2 Ltd.
9. Ballybunion Investments No. 3 Ltd
10. Ballybunion Investments No. Ltd.
11. Banque Lehman Brothers S.A.
12. Bixen Limited
13. BK I Realty Inc. (dissolved)
14. BK II Properties Inc.
15. BK III Properties Inc.
16. Blue Jay Realty Corporation
17. BNC Holdings Inc.
18. Bromley LLC
19. Brookson Corp.
20. Brookwood Energy & Properties Inc.
21. Canope Credit Corp.
22. Capital Analytics II, LP
23. Central Funding (Concord) Corporation (dissolved)
24. Clarks Summit I, LLC
25. Clarks Summit II, LLC
26. CP1 Real Estate Services Inc.
27. CP4 Real Estate Services Inc. (dissolved)
28. Dimont Corporation
29. DL Mortgage Corp.
30. DRA Management, Inc. (dissolved)
31. Eagle Energy Management, LLC
32. Eagle Energy Partners I, L.P.
33. East Dover Limited
34. Edibrook Corp.
35. EHP/GP Inc. (dissolved)
36. Eldon Street Holdings Limited
37. ELQ Holdings B.V.
38. ELQ Hypothekan N.V.
39. Equipment Management Inc.
40. Equity Strategies Loans LLC
41. Equity Strategy Loans LLC
42. e-Valuate, LP
43. Executive Monetary Management, Inc.
44. Falcon Holdings I LLC
45. First Ward Properties Inc.
46. Flight Sim I LLC
47. Flight Sim II LLC
48. Flight Sim III LLC

49.    Flight Sim IV LLC
50.    Flight Sim V Inc.
51.    FRAH Special Services Inc.
52.    Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.    Furno & Del Castano CapitalPartners LLP
54.    GA Dekalb Inc.
55.    GKI Korea Development Limited
56.    Global Principal Strategies Loans Inc.
57.    GmbH
58.    GRA Finance Corporation Ltd.
59.    GRA Finance Corporation Ltd.
60.    Growth Partners Inc. (dissolved)
61.    Hills Funding One, Ltd.
62.    Hydrocarbon Capital II LLC
63.    IL Lombard Inc. (dissolved)
64.    Ivanhoe Lan Pty Limited
65.    Jet Aircraft Leasing Inc. (dissolved)
66.    Jet Partners, LLC
67.    JFM Aviation Once LLC
68.    KM-I Real Estate Company VII (sold)
69.    Laminar Holdings LLC
70.    LB 3 GmbH
71.    LB Alberta Holdings Inc.
72.    LB Beta Finance Cayman Limited
73.    LB GPS Lightfoot L.L.C.
74.    LB Holdings Intermediate 1 Ltd
75.    LB Holdings Intermediate 2 Ltd
76.    LB I Group Inc
77.    LB India Holdings Cayman I Limited
78.    LB India Holdings Cayman II Limited
79.    LB India Holdings Mauritius I Limited
80.    LB India Holdings Mauritius II Limited
81.    LB India Holdings Mauritius III Limited
82.    LB Investment Corp. Inc.
83.    LB Investment Holding Company Limited (dissolved)
84.    LB Investments (UK) Limited
85.    LB Leasing Inc.
86.    LB Lomond Investments Limited
87.    LB Maritim Investor
88.    LB Memphis Brownestone LLC
89.    LB Military Housing LLC
90.    LB Note Corp.
91.    LB Ohana, LLC
92.    LB Skypower Inc.
93.    LB Trade Corp.
94.    LB UK Financing Limited
95.    LB UK RE Holdings Ltd.
96.    LBCCA Holdings I LLC
97.    LBCCA Holdings II LLC

98.   LB-NL Holdings (Cayman) Limited
99.   LB-NL Holdings I Inc.
100.  LB-NL Holdings L.P.
101.  LB-NL U.S. Investor Inc.
102.  LBO Investments Limited
103.  LBQ Funding (UK)
104.  LBQ Hong Kong Funding Ltd
105.  LBQ Hong Kong Services Limited
106.  LCP LTU LLC
107.  LCPI Properties Inc.
108.  LCPI Properties Inv.
109.  Leesburg ACG LLC
110.  Lehman ABS Corporation
111.  Lehman Aircraft Securitization Holdings LLC
112.  Lehman Asset Backed Caps Inc.
113.  Lehman Brother Venture Capital 2003 Partnership
114.  Lehman Brothers (Israel) Inc.
115.  Lehman Brothers (PTG) Limited
116.  Lehman Brothers (Spain) S.A.
117.  Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.  Lehman Brothers 1999 Vernture GP Partnership L.P.
119.  Lehman Brothers AIM Holding II LLC
120.  Lehman Brothers Alternative Investment Management LLC
121.  Lehman Brothers Argentina S.A.
122.  Lehman Brothers Asset Management (Europe) Ltd
123.  Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.  Lehman Brothers Asset Management France
125.  Lehman Brothers Asset Securitization LLC
126.  Lehman Brothers Capital GmbH, Co
127.  Lehman Brothers Capital Partners I, L.P.
128.  Lehman Brothers Capital Partners II, L.P.
129.  Lehman Brothers Capital Partners IV, L.P.
130.  Lehman Brothers CDO 2003 L.P.
131.  Lehman Brothers CDO Associates (Cayman), Ltd.
132.  Lehman Brothers CDO Associates 2003 L.P.
133.  Lehman Brothers CDO Associates 2004 L.P.
134.  Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.  Lehman Brothers Commercial Corporation Asia Limited
136.  Lehman Brothers Commercial Mortgage K.K.
137.  Lehman Brothers Commodity Service Inc.
138.  Lehman Brothers Communications Partnership
139.  Lehman Brothers de Chile, S.A. (dissolved)
140.  Lehman Brothers de Venezuela C.A. (inactive)
141.  Lehman Brothers Derivative Finance LLC
142.  Lehman Brothers Derivative Products Inc.
143.  Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.  Lehman Brothers do Brasil Ltda
145.  Lehman Brothers Energy Canada, ULC
146.  Lehman Brothers Europe Inc.

147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc
172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP
178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.

196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200.    Lehman Brothers Offshore Investment Partnership L.P.
201.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.    Lehman Brothers Offshore long/short fund, ltd
203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC
218.    Lehman Brothers Secondary Fund of Funds Associates L.P.
219.    Lehman Brothers Secondary Fund of Funds L.P.
220.    Lehman Brothers Securities Taiwan Limited
221.    Lehman Brothers Services India Private Limited
222.    Lehman Brothers Singapore PTE Ltd.
223.    Lehman Brothers South Asia Limited (Inactive)
224.    Lehman Brothers South East Asia Investments PTE Limited
225.    Lehman Brothers Spain Holdings Limited
226.    Lehman Brothers Special Financing Inc.
227.    Lehman Brothers Sudamerica S.A.
228.    Lehman Brothers U.K. Holdings (Delaware) Inc.
229.    Lehman Brothers Uruguay S.A.
230.    Lehman Brothers VC Partners L.P.
231.    Lehman Brothers Venture Associates Inc.
232.    Lehman Brothers Venture Bankers' Partnership L.P.
233.    Lehman Brothers Venture Capital Partners I, L.P.
234.    Lehman Brothers Venture GP Partnership L.P.
235.    Lehman Brothers Venture Partners L.P.
236.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.    Lehman CMO Inc.
238.    Lehman Commercial Paper Inc.
239.    Lehman Crossroads Corporate Investors II, LP
240.    Lehman Insurance Company
241.    Lehman Loan Funding I LLC
242.    Lehman Mortgage Company of Canada (surrendered)
243.    Lehman Mortgage Holdings Canada I Inc. (inactive)
244.    Lehman Mortgage Holdings Canada II Inc. (inactive)

245. Lehman Municipal ABS Corp.Lehman OPC LLC
246. Lehman Pass-Through Securities Inc.
247. Lehman Queens Center Inc. (inactive)
248. Lehman Queens Limited Inc. (inactive)
249. Lehman Re Ltd.
250. Lehman Realty & Development Corp.
251. Lehman Receivables Corp. (dissolved)
252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.
264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.
293. OCI Holdings Limited

| | |
|---|---|
| 294. | OSD Corp. |
| 295. | PAC Aircraft Management Inc. |
| 296. | Pentaring, Inc. |
| 297. | Phuket Hotel 1 Holdings Company Limited. |
| 298. | Pike International Y.K.Pindar Pty Ltd. |
| 299. | Preferred Group Limited |
| 300. | Preferred Holdings Limited |
| 301. | Preferred Mortgages Limited |
| 302. | Principal Transactions Inc. |
| 303. | QP80 Real Estate Services Inc. |
| 304. | Quality Pork Partners, Inc. |
| 305. | Real Estate Investors Inc. (dissolved) |
| 306. | Real Estate Private Equity Inc. |
| 307. | Real Estate Services I Inc. (dissolved) |
| 308. | Real Estate Services VII Inc. (dissolved) |
| 309. | Reliance Energy E&P, LLC |
| 310. | REPE LBREP III LLC |
| 311. | Revival Holdings Limited |
| 312. | RIBCO LLC |
| 313. | RIBCO SPC, Inc. |
| 314. | Rock Hill Real Estate, Inc. |
| 315. | Sage Partners, LLC |
| 316. | SAIL Investor Pte Ltd. |
| 317. | Sambar Properties Inc. |
| 318. | SASCO ARC Corporation |
| 319. | Scranzay, Inc. |
| 320. | Security Assurance Advisers, LP |
| 321. | Select Asset Inc. |
| 322. | Senior Income Fund Inc. (dissolved) |
| 323. | Serafino Investments Pty Limited |
| 324. | Shearson Lehman Brothers Capital Partners II, L.P. |
| 325. | Shearson Lehman Hutton Capital Partners II |
| 326. | Skratook LLC |
| 327. | Small Business Assets I LLC |
| 328. | Southern Pacific Funding 5 Ltd |
| 329. | Stamford Investment Realty Inc. |
| 330. | STRATUS I Inc. |
| 331. | Structure Asset Securities Corporation II |
| 332. | Structured Asset Securities Corporation |
| 333. | Structured Options Inc. |
| 334. | STUIE CORP. |
| 335. | Sunrise Finance Co., Ltd. |
| 336. | TAL Europe, LLC |
| 337. | Tallus |
| 338. | Thayer Group Limited |
| 339. | Thayer Properties (Jersey) Ltd. |
| 340. | Thayer Properties Limited |
| 341. | Townsend Analytics Japan Ltd. |
| 342. | Townsend Analytics, Ltd. |

343.  TX Tower Inc. (sold)
344.  West Dover, LLC
345.  Wharf Reinsurance Inc.
346.  Woori-LB First Asset Securitization Specialty Co., Ltd.
347.  Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.  Y.K Tower Funding
349.  Y.K. Park Funding

## Potential Parties in Interest

1.    1301 Properties Owner, LP
2.    250 East Borrower LLC
3.    4Kids Entertainment, Inc.
4.    50 Broadway Realty Corp. LLC
5.    605 Third Avenue Fee LLC
6.    8 Sound Shore Associates LLC
7.    AB Bankas
8.    Aberdeen Asset Management Inc.
9.    Abm Industries, Inc.
10.   AboveNet Communications Inc.
11.   Accenture LLP
12.   Access Data
13.   Account Temps
14.   ADV Portfolio Tech
15.   AEW Capital Management, LP
16.   AG First Farm Credit Bank
17.   Agribank
18.   AIG Financial Products Corp.
19.   AIG Global Investment Corporation
20.   AIM Advisors
21.   AIM Funds
22.   Airlie CDO I
23.   AIRLIE LCDO (AVIV LCDO 2006-3)
24.   AIRLIE LCDO (Pebble Creek 2007-1)
25.   Alameda County (CA) Employees' Retirement Association
26.   Aliant Bank
27.   Allianz Global Investors AG
28.   Altova, Inc.
29.   Amber Capital Investment Management
30.   Ameren et al.
31.   American Express
32.   American National Insurance Company
33.   America's Servicing Company
34.   Ana Fernanda Canales Gonzales
35.   Anita Bryant
36.   Anthony Victor Lomas
37.   Aon Consulting
38.   Aozora Bank, Ltd.
39.   Arab Bank
40.   Arapahoe County Attorney's Office

41.    Arapahoe County Treasurer
42.    Asbury Atlantic
43.    Asbury-Solomons
44.    Asset Backed Management Corp.
45.    Assicurazioni
46.    Asurion Corporation
47.    AT&T Incorporated
48.    AT&T Services Inc.
49.    Australia National Bank
50.    Automobile Club Insurance Association
51.    A-V Services, Inc.
52.    Avaya Inc.
53.    Avista Corp.
54.    AVIV LCDO 2006-1
55.    AVIV LCDO 2006-2
56.    Banca Sai
57.    Banesco Holding C.A.
58.    Banif-Banco
59.    Bank of America Mellon
60.    Bank of America N.A.
61.    Bank of China
62.    Bank Of Montreal
63.    Bank of New York Mellon
64.    Bank of Nova Scotia
65.    Bank of Taiwan
66.    Bank Pekao
67.    Bankruptcy Creditors' Service, Inc.
68.    Banque Privee Saint Dominique
69.    Barclays Capital, Inc.
70.    Bats Holdings, Inc.
71.    Bay Harbour Management LC
72.    Bay Harbour Master
73.    Bel Air Investment Advisors LLC
74.    Best Karpet
75.    BHCO Master
76.    BIM
77.    Binding Company, Inc.
78.    Blackrock Financial Management
79.    BNY Corporate Trustee Services Ltd.
80.    Bondwave LLC
81.    BP Canada
82.    BP Energy
83.    BP North America
84.    BRE Bank S.A.
85.    Broadridge Processing Solutions, Inc.
86.    Brookfield Properties One WFC Co. LLC
87.    Bryant University
88.    Burleson, ISD
89.    Business Objects Americas

90.    Caisse De Depot et Placement du Quebec
91.    Caixa Geral De Depositos, S.A.
92.    California Ind. Systems Operator Corp.
93.    California Public Employees Retirement System
94.    Calyon
95.    Calyon Securities
96.    Canadian Imperial Bank
97.    Cap Gemini Financial Services USA, Inc
98.    Carlos Manala
99.    Carlton Communications Ltd.
100.   Carlton Willard
101.   Carmignac Gestion
102.   Carrollton-Farmers Branch Independent School District
103.   Cascade Investment LLC
104.   Cattolica Assicurazioni S.p.A.
105.   CB Richard Ellis, Inc.
106.   CD Representative
107.   CD Representative, L.C.
108.   CFIP Fund
109.   Chevron Natural Gas
110.   Chicago Board Options Exchange, Incorporated
111.   Chicago Mercantile Exchange
112.   Chun Ip
113.   Chuo Mitsui Trust And Banking Co.
114.   CIBC Wolrd Markets Inc.
115.   Cisco Systems Capital Corporation/Cisco Systems Inc./Cisco
116.   Citibank, NA
117.   Citigroup, Inc.
118.   City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
119.   City Of Farmers Branch
120.   Clearwater Capital Partners
121.   CNX Gas Co.
122.   Coast Electric Power Association
123.   Cognizant Technology Solutions
124.   Collins Building Services, Inc.
125.   Commerzbank A.G.
126.   Commerzbank A.G. (New York and Grand Cayman Branches)
127.   Community Trust Bancorp Inc.
128.   Compagnie Financiere Tradition SA
129.   Computer Financial Consultants Inc.
130.   Constellation PL
131.   Continental Airlines, Inc.
132.   Contrarian Capital Management, LLC
133.   CorrectNet, Inc.
134.   Costello Maione Schuch Inc.
135.   Counsel To Australia And New Zealand Banking
136.   County of Monterey (CA)
137.   County of San Mateo (CA)
138.   Credit Suisse

139. Crossmark Investment Advisers, LP
140. Crossroads Investment Advisors
141. Cura Fixed Fund
142. Currenex
143. Customer Asset Protection
144. D.E. Shaw Composite Portfolios, LLC
145. D.E. Shaw Oculus Portfolios, LLC
146. Dallas County
147. Dan Yoram Schwarzmann
148. Danske Bank A/S
149. DCFS Trust
150. DCI Umbrella Fund PLC
151. Deere & Company
152. Delaware Management Holdings, Inc.
153. Dell Marketing L.P.
154. Demann
155. Deustche Bank Securities Inc.
156. Dexia Belgique
157. Dexia Deutschland
158. Dexia Local
159. Dexia Luxemburg
160. DG3 Holdings LLC
161. Direct Energy Business LLC
162. Direct Energy LLC
163. Diversified Credit Investments LLC as agent for the Government of Singapore
Investment Corporation PTE, LTD.
164. Division Water
165. DNB Nor Bank Asa
166. Dresdner Bank A.G.
167. Dresdner Kleinwort Group Goldings LLC
168. Dubai International Capital LLC
169. Duke Corporate Education
170. Duke Energy Ohio, Inc.
171. Dun & Bradstreet
172. Dynergy Power Marketing, Inc.
173. East 46th Borrower LLC
174. Eaton Corporation
175. EHMD, LLC
176. Electrabel
177. Electricite de France
178. Elliot International L.P.
179. Elliott Associates, L.P.
180. EMC Corporation
181. Encana Corp.
182. Encana Oil and Gas
183. EnergyCo Marketing and Trading
184. EnergyCo, LLC
185. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
Pension Board

186.   Essex Equity Holdings USA, LLC
187.   Etihad Airways
188.   European Bank For Reconstruction
189.   Evergreen, Et. Al
190.   Executive Fliteways, Inc.
191.   Exegy Incorporated
192.   EXUM RIDGE CBO 2006-1
193.   EXUM RIDGE CBO 2006-2
194.   EXUM RIDGE CBO 2006-4
195.   EXUM RIDGE CBO 2006-5
196.   EXUM RIDGE CBO 2007-1
197.   EXUM RIDGE CBO 2007-2
198.   EZE Castle
199.   Factiva, Inc.
200.   Fannie Mae
201.   Federal Express Corporation
202.   Federal Home Loan Bank of Atlanta
203.   Federal Home Loan Bank Of Pittsburgh
204.   Federal Home Loan Mortgage Corp
205.   Federal Reserve Bank of New York
206.   Fir Tree Capital Opportunity Master Fund, L.P.
207.   Fir Tree Value Master Fund, L.P.
208.   First Choice Power, LP
209.   First Commercial Bank Co., Ltd. New York Agency
210.   First Trust Advisors L.P.
211.   First Trust Portfolios L.P.
212.   Fondiaria
213.   Fondo Latinoamericano De Reservas
214.   Franklin American Mortgage Company
215.   Franklin Lincoln National Corporation
216.   Fred Hutchinson Cancer Research Center
217.   Frictionless Commerce, Inc.
218.   Friedman, Billings, Ramsey & Group, Inc.
219.   Fubon Insurance Co.
220.   Fubon Securities Co.
221.   Fulton Bank
222.   Fusion Funding Limited
223.   Fusion Funding Luxembourg, S.A.R.L.
224.   FX Alliance LLC
225.   FXCM Holdings, LLC
226.   Galleon Buccaneer's Offshore LTD
227.   Gartner UK Limited
228.   Gartner, Inc.
229.   GE Capital Information Technology
230.   GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
231.   GE Corporate Financial Services, Inc.
232.   General Electric Capital Corp
233.   General Helicopters International LLC
234.   Gensler Architecture, Design And Planning, P.C.

235.    Georgetown University
236.    German Association of Savings Banks
237.    Gesconsult S.A. SG LLC
238.    GL Trade
239.    GLG Partners LP
240.    Global Thematic
241.    GM Canada Foreign Trust
242.    GMAC LLC
243.    GMAC Residential Capital
244.    GMAC-IM
245.    GMAM Investment Funds Trust
246.    Godiva Chocolatier, Inc.
247.    Goldman Sachs & Co.
248.    Goldman Sachs Credit Partners
249.    Government of Guam Retirement Fund
250.    Green Tree Servicing Inc.
251.    Green Tree Servicing LLC
252.    Greenbriar Minerals, LLC
253.    Greg Georgas & Mark Grock
254.    GS European Performance Fund Limited
255.    GSEF Al Nawras (Cayman) Limited
256.    Halbis Distressed Opportunity Master Fund Ltd.
257.    Hale Avenue Borrower LLC
258.    Hank's Living Trust
259.    Hanover Moving & Storage Co. Inc
260.    Harbert
261.    Harbinger Capital Partners
262.    Harbinger Capital Partners Special Situations Fund LP
263.    Harris County
264.    Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
265.    Hegemon Fund I, LLC
266.    Hellman & Friedman
267.    Henegan Construction Co., Inc.
268.    Hilliard Farber & Co. Inc.
269.    Hope Greenfield
270.    HSBC Realty Credit
271.    Hughes Hubbard
272.    Humberto G. Merchland Lopez
273.    Hypo Investment Bank Ag
274.    IBM
275.    ICAP North America Inc.
276.    IGI Resources
277.    Illuminating
278.    Independence Holding Co.
279.    INF SRVS
280.    Informal Group Of Taiwan Financial Institutions
281.    Infospace Inc.
282.    ING bank, FSB
283.    ING Real Estate Finance

284. Institutional Benchmarks
285. Instituto de Credito Oficial
286. Intechra LLC
287. Interactive Data Corp.
288. Intercall Inc.
289. Interface Cable Assemblies and Services Corp.
290. Internal Revenue Service
291. Intersil Corporation
292. IntraLinks Inc.
293. Investcorp, Et. Al.
294. Iris Software, Inc.
295. Iron Mountain Information Management
296. J P Morgan Chase Bank, N.A.
297. J. Aron & Company
298. James W. Giddens
299. Jarden Corporation
300. JFK International Air Terminal LLC
301. Jin Liu
302. Johnson County Arlington ISD
303. Joseph Cordaro, Assistant U.S. Attorney, SDNY
304. Ka Kin Wong
305. Kapalua Bay, LLC
306. Keane Inc.
307. Korea Investment & Securities Co., LTD
308. Kraft Foods Inc.
309. LAHDE Capital Management
310. Lai Mei Chan
311. Landamerica Financial Group, Inc.
312. LB Co-Investment Partners Cayman AIV I LP
313. LB Merchant Banking Partners III Cayman AIV LP
314. LB Offshore GP Holdings (PE) Ltd.
315. LB Offshore Investment Partners II LP
316. LB Secondary OPP Offshore Fund II LP
317. LB Secondary OPP Offshore Fund LP
318. LB VC Partners LP (VC Fund II)
319. LBAYK
320. LBREP /L-Suncal Master I LLC
321. LBREP Lakeside SC Master I, LLC
322. Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
323. Lehman Brothers Bankhaus Aktiengesellschaft
324. Lehman Brothers First Trust Income Opportunity Fund Inc.
325. Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for Lehman Brothers High Income Bond Funds
326. Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
327. Lehman Brothers Merchant Banking Partners IV LP
328. Lehman Brothers Private Equity Funds
329. Lewtan Technologies, Inc.
330. Libby Wong
331. Lincoln Variable Insurance

332.    Linden Advisors LP
333.    Liquidpoint
334.    Litton Loan Servicing, L.P.
335.    Lloyds Bank
336.    Lloyds TSB Bank plc
337.    Los Angeles City Employees' Retirement System
338.    Lyon Capital Ventures
339.    M&B Maher
340.    M. Arthur Gensler Jr and Assoc, Inc.
341.    M. Brian Maher and Basil Maher
342.    Mack-Cali Realty LP
343.    Main Street Natural Gas, Inc.
344.    Malaysian Airline System
345.    Mansfield ISD
346.    Marble Care
347.    Margolis Edelstein
348.    Marshall & Ilsley Trust Company, N.A.
349.    Marshall Funds, Inc.
350.    Mclennan County
351.    Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
352.    Meridian Company of New York
353.    Metropolitan Transit Authority
354.    Michael John Andrew Jervis
355.    Microsoft Corporation
356.    Microsoft Licensing
357.    Midewest Realty Advisors LLC
358.    Milano
359.    Millennium Automotive Group
360.    Minardi Capital Corp
361.    Minnesota State Board of Investment
362.    Mirant Corporation
363.    Missouri Department Of Revenue, Bankruptcy Unit
364.    Misys IQ LLC
365.    Mitsubishi UFJ, Ltd.
366.    Mizuho Corporate Bank
367.    Mizuho Corporate Bank LTD
368.    Monument Realty LLC
369.    Moody's Investors Service
370.    Morgan Stanley & Co. Incorporated
371.    Motors Insurance Corp 361. MP Bank HF
372.    MSS Distressed & Opportunities 2
373.    MSTD, Inc.
374.    Nasdaq OMX
375.    National Australia Bank Limited
376.    National Bank of Canada
377.    National Cinemedia, Inc.
378.    Nationwide Fund Advisors
379.    Natixis Entities

380. Natl Australia Bank Limited
381. Netapp, Inc.
382. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
383. Neuberger Berman Income Opportunity Fund Inc.
384. New South Federal Savings Bank
385. Newedge USA, LLC
386. Newport Global Advisors LP
387. Nomura Holding America Inc.
388. Nomura Holdings Inc.
389. Normandy Hill Capital, LP NorthEast
390. Northern Ireland Governmental Officers Superannuation Committee
391. Northgate Minerals Corporation
392. Northrup Grumman
393. Norton Gold Fields Limited
394. Novara
395. NPD Group Inc.
396. NY State Department Of Taxation and Finance
397. NYSE Euronext Inc.
398. Occidental Energy Marketing, Inc.
399. Och-Ziff
400. Office of the U.S. Trustee
401. Office Of The United States Attorney
402. Office of Thrift Supervision
403. Office of Thrift Supervision, Northeast Region
404. Oklahoma Municipal Power Authority
405. Open Solutions Inc.
406. Operating Engineers Local 3 Trust Fund
407. Oppenheimer Funds Inc.
408. Oracle Credit Corporation
409. Osterreichische
410. Oversea-Chinese Banking Corp. Ltd.
411. Overstock.com
412. Pacific Coast Cap. Partners, LLC
413. Pacific Gas & Electric Company
414. Pacific Summit Energy LLC
415. Panton Fund
416. Parsec Corp.
417. Parsec Trading Corp.
418. Payreel, Inc.
419. Pebble Creek LCDO 2006-1
420. Pebble Creek LCDO 2007, LLC
421. Pebble Creek LCDO 2007-3
422. Penn Convention Center Authority
423. Pension Benefit Guaranty Corporation
424. Pentwater Capital Management, LP
425. Peter J. and Mary Jane Dapuzzo
426. Pietro Ferrero
427. Piper Jaffray and Co.

428. PJM Interconnection, L.L.C.\
429. Plumbers and Pipefitters National Pension Fund
430. PNMR Services Co.
431. Popolare
432. Powerex Corp.
433. Profunds Advisors LLC 424.
434. Providence Equity Partners
435. PT Bank Negara Indonesia
436. Public Service of North Carolina
437. Pursuit Capital Partners Master
438. Pursuit Capital Partners Master (Cayman) Ltd.
439. Pursuit Opportunity Fund I Master LTD.
440. Pursuit Partners
441. Pyrrhuloxia, LP
442. QVT Financial LP
443. R3
444. Region Marche
445. Regions Bank
446. Reliance Globalcom Services, Inc.
447. Reliant Energy Power Supply, LLC
448. Reliant Energy Services, Inc.
449. Rentokil
450. Republic Waste
451. Residential Funding Company LLC
452. River Capital Advisors Inc.
453. Rizal Commercial Banking Corporation
454. RMC
455. Robert Teller
456. Rocio Gonzalez De Canales
457. Rockefeller Center Management Corporation
458. Rockefeller Center North Inc.
459. Rockefeller Group Development Corporation
460. Rock-Forty Ninth LLC, Rockefeller Center et al.
461. Rock-Forty Ninth LLC, Rockefeller Center et, al.
462. Royal Bank of America
463. Royal Bank of Scotland
464. Russell Investment Group, Inc.
465. Rutger Schimmelpenninck
466. RWE
467. SABMiller Plc
468. Saint Joseph's University
469. Salem Five Cents Savings Bank
470. Sampo Bank PLC
471. SBA Comm
472. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
473. Shareholders of Novastar Financial Inc.
474. Shell Energy North America (US) L.P.
475. Shell Trading (US) Company
476. Shinsei Bank Limited

477.   Silver Point Capital, LP
478.   Sing Heung
479.   Singapore Airlines
480.   Sistema Universitario Ana G. Mendez
481.   Siu Lui Ching
482.   Sky Power Corporation
483.   SLG 220 News Owner LLC
484.   SMBC Capital Markets
485.   Societe Generale
486.   Somerset Properties SPE, LLC
487.   South Mississippi Power Association
488.   SP4190 S. Lasalle, L.P.
489.   Sprint Nextel Corp
490.   Stamford Associates L.P.
491.   Stan Mehaffey
492.   Standard Chartered Bank
493.   State Board of Administration of Florida
494.   State of Michigan, Department of Treasury
495.   State Street Bank
496.   Statler Arms Garage LLC
497.   Steingass
498.   Stephen N. Hurley
499.   Steven Anthony Pearson
500.   Steven T. Mulligan
501.   Structure Consulting Group, LLC
502.   Structure Tone Inc.
503.   SuccessFactors Inc.
504.   Sumitomo Mitsui Banking Corp.
505.   Sumitomo Mitsui Brussels Branch
506.   Sumitomo Trust & Banking Co., LTD
507.   Summit Systems, Inc.
508.   Sun Microsystems, Inc.
509.   Sun Trust Banks, Inc.
510.   SunGard
511.   SunGard Asset Management Systems LLC
512.   SunGard Availability Services LP
513.   SunGard Business Integration Ltd.
514.   SunGard Expert Solutions LLC
515.   SunGard Institutional Brokerage Inc.
516.   SunGard Investment Systems LLC
517.   Svenska Handelsbanken AB
518.   Swedbank
519.   Swedbank AB, New York Branch
520.   Systema
521.   Taipei Fubon Commercial Bank Co.
522.   Tangoe, Inc.
523.   Tarrant County
524.   Tata American International
525.   Tata Consultancy Services LTD

| 526. | TD Security |
| 527. | Telecom Italia Capital S.A. |
| 528. | Templeton Global |
| 529. | Tennessee Department of Revenue |
| 530. | The Bank Of Tokyo-Mitsubishi UFJ, Ltd |
| 531. | The Central Puget Sound Regional Transit Authority |
| 532. | The Commonwealth Of Pennsylvania |
| 533. | The Chuo Mitsui Trust And Banking Co., Ltd |
| 534. | The City of Long Beach |
| 535. | The Hotchkiss School |
| 536. | The Informal Noteholder Group |
| 537. | The Joint Administrators of the Lehman European Group Administration Companies |
| 538. | The Juilliard School |
| 539. | The Kiyo Bank |
| 540. | The Kyoei Fire and Marine Insurance Company Ltd. |
| 541. | The Liverpool Limited Partnership |
| 542. | The Provisional French Administrator to Banque Lehman Brothers SA |
| 543. | The TAARP Group, LLP |
| 544. | The Vanguard Group, Inc. |
| 545. | The Walt Disney Company / Disney |
| 546. | Thomas Cook AG |
| 547. | Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund |
| 548. | Thomson Reuters Plc & Thomson Reuters Corp. |
| 549. | ThruPoint, Inc. |
| 550. | Tiger Asia Fund, L.P. |
| 551. | Tiger Asia Overseas Fund, Ltd. |
| 552. | Time Warner |
| 553. | Tishman Speyer Properties, L.P. |
| 554. | Toronto-Dominion Bank |
| 555. | Total Gas & Power Limited |
| 556. | TPG-Austin Portfolio Holdings LLC |
| 557. | Tradeweb Markets LLC |
| 558. | Trading Technologies International |
| 559. | Training the Street, Inc. |
| 560. | TransCanada Pipelines Limited |
| 561. | Travelers National Accounts |
| 562. | Trophy Hunter Investments |
| 563. | Troutman Sanders LLP |
| 564. | True Friend 4th Securitization Specialty Co. |
| 565. | Turnberry Fund |
| 566. | Tuxedo Reserve Owner LLC |
| 567. | Tuxedo TPA Owner LLC |
| 568. | TW Telecom Inc. |
| 569. | UBS Financial Services |
| 570. | UBS Financial Services of Puerto Rico |
| 571. | UBS International Inc. |
| 572. | UBS Securities LLC |
| 573. | Union Bank Of California, N.A. |
| 574. | United Corporate Federal Credit Union |

575.    United Parcel Services, Inc. / UPS
576.    US AG Bank
577.    US Bank National Association
578.    US Securities and Exchange Commission
579.    VBS Investment Bank
580.    Verizon Communications Inc.
581.    Vignette Europe Limited
582.    VITA
583.    Vollers Excavating & Construstion,Inc
584.    Wachovia Bank
585.    Wachovia Securities Ltd.
586.    Wall St Concepts
587.    Washington Mutual Bank
588.    Washington Mutual, Inc.
589.    WCCV
590.    Wells Fargo & Co.
591.    Wells Fargo Bank, NA
592.    WestLB AG, New York Branch
593.    Westport Capital Management
594.    White Marlin CDO 2007-1
595.    Wilmington Trust Company
596.    Wilmington Trust FSB
597.    WSG Development Co.
598.    Yarpa Investmenti S.G.R. S.P.A.-RP3
599.    Yildiz Holdings, Inc.
600.    Yin Ying Leung

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation

- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company
- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC

- Andrews & Kurth LLP
- Appleby Global
- Baker & McKenzie LLP
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- Bortstein Legal LLC
- Bracewell & Giuliani LLP
- Brand Law Group, PC
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- Cederquist
- Chiomenti Studio Legale
- Click & Null, P.C.
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touche USA LLP
- DLA Piper
- Dorsey & Whitney LLP
- Duff and Phelps
- Einstein Malanchuk LLP
- Ernst & Young
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP

- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunton & Williams LLP
- Jeffer, Mangels, Butler & Marmaro
- Jenner and Block LLP
- Jones Day
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Maples and Calder (Cayman Office)
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP

- Pekin & Pekin
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richards, Layton & Finger, P.A.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Thacher Proffitt & Wood LLP
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- White & Case
- Willkie Farr & Gallagher LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et, al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster

- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Miron Berenshteyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1.    1221 Avenue of the Americas
2.    125 Broad Street
3.    1301 Properties Owner LP

| | |
|---|---|
| 4. | 2027 Collections Center Drive |
| 5. | 4 Connections LLC |
| 6. | 425 Lexington Ave. |
| 7. | 515 South Flower Street |
| 8. | 55 Broadway |
| 9. | 767 Fifth Avenue |
| 10. | 77 West Wacker |
| 11. | A V Services Inc. |
| 12. | AC Nielsen Company |
| 13. | Acronis, Inc. |
| 14. | AFD Contract Furniture Inc. |
| 15. | Agilysys Nj, Inc. |
| 16. | Allen & Overy |
| 17. | Alpha Office Supplies Inc. |
| 18. | Anjarlekar & Associates |
| 19. | ANZ Banking Group Limited |
| 20. | Aperture Technologies |
| 21. | Ashurst Morris Crisp |
| 22. | Australia and New Zealand Banking Group Limited |
| 23. | Automated Securities Clearance Ltd. |
| 24. | Ayco Services Agency Inc. |
| 25. | Banctec Ltd. |
| 26. | Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency |
| 27. | Bank One Plaza |
| 28. | Bats Trading, Inc. |
| 29. | Bloomberg Finance LP |
| 30. | Bloomberg L.P. |
| 31. | Broadridge Securities Processing |
| 32. | BT Americas, Inc. |
| 33. | Cadwalader, Wickersham and Taft |
| 34. | Canary Wharf Management Limited |
| 35. | CB Richard Ellis Client Account RE Gloa |
| 36. | CDW Direct LLC |
| 37. | Centrale Attivita Finanziarie SPA |
| 38. | CHD Meridian Healthcare |
| 39. | Clayton Fixed Income Services, Inc. |
| 40. | Clifford Chance |
| 41. | Compliance Data Center Inc. |
| 42. | Compucenter (UK) Ltd. |
| 43. | Computer Associates International Inc. |
| 44. | Computer Financial Consultants, Inc. |
| 45. | Cushman & Wakefield Inc. |
| 46. | Cyveillance |
| 47. | Davis Polk and Wardwell |
| 48. | DBRS Inc. |
| 49. | Dell Marketing L.P. |
| 50. | Deutsche Borsche AG |
| 51. | DGWB, Inc. |
| 52. | Dimension Data |

| | |
|---|---|
| 53. | Diversified Global Graphics Group DG3 |
| 54. | DnB NOR Bank ASA |
| 55. | Drowst Trading LLC |
| 56. | Elyo Services Limited |
| 57. | Emil Werr |
| 58. | Enterprise Solution Providers Inc. |
| 59. | Ernst & Young LLP |
| 60. | Ernst & Young Private Limited |
| 61. | EXLservice Holdings Inc. |
| 62. | Fidessa Plc. |
| 63. | First Commercial Bank Co., Ltd, New York Agency |
| 64. | FTInteractive Data |
| 65. | Gartner Group Inc. |
| 66. | Gotham Technology Group |
| 67. | Greenline Financial Technologies Inc. |
| 68. | Hanover Moving &Storage Co Inc. |
| 69. | Hatfield Philips International Limited |
| 70. | Haworth Singapore PTE Ltd. |
| 71. | Headstrong Services, LLC |
| 72. | Henegan Construction Co., Inc. |
| 73. | Hewlett Packard AP (Hong Kong) Limited |
| 74. | Hewlett Packard Company |
| 75. | HSBC Bank |
| 76. | IBM Corporation |
| 77. | ICAP Securities Limited 1078. |
| 78. | Information Builders Inc. |
| 79. | Intuition Publishing |
| 80. | Ikon Office Solutions Inc. |
| 81. | ILOG Inc. |
| 82. | Inconit Corporation |
| 83. | Information Builders Inc |
| 84. | Infusion Development Corp. |
| 85. | Integreon Managed Solutions |
| 86. | Interactive Data Corp. |
| 87. | Intuition Publishing Inc. |
| 88. | IPC Information Systems Inc. |
| 89. | Iron Mountain Digital Archives |
| 90. | Iron Mountain Records Management |
| 91. | JQ Network PTD Limited 1082 |
| 92. | Kepner Tregoe Inc. |
| 93. | Key Systems |
| 94. | Kim & Chang |
| 95. | Kingston Communications PLC |
| 96. | KPMG, LLP |
| 97. | Lancaster Office Cleaning Co. |
| 98. | Lexis Nexis |
| 99. | Linklaters, S.L. |
| 100. | Liquid Engines, Inc. |
| 101. | Logical Information Machines |

| | |
|---|---|
| 102. | London & European Title Insurance Services Ltd. |
| 103. | London Borough of Tower Hamlets Rates |
| 104. | London Eastern Railway Limited |
| 105. | Mace Limited |
| 106. | McKee Nelson LLP |
| 107. | Mellon Analytical Solutions |
| 108. | Meridian IT, Inc. |
| 109. | Meridian It, Inc. |
| 110. | Michael Stapleton Associates |
| 111. | Microsoft Corporation |
| 112. | Microsoft Licensing, GP |
| 113. | Millennium Developers PVT Ltd. |
| 114. | Morse Group Limited |
| 115. | Morse Service Holdings Limited |
| 116. | National Bank of Australia |
| 117. | National Commerce Bank |
| 118. | Net One Systems |
| 119. | Network Appliance Inc. |
| 120. | Nishimura & Partners |
| 121. | Northrop Grunman |
| 122. | NYSE Market, Inc. |
| 123. | Origin HR Consulting Limited |
| 124. | Paul Weiss |
| 125. | Polaris Software Lab (India), Ltd. |
| 126. | Pricoa Relocation UK Limited |
| 127. | Quest Software Inc. |
| 128. | Rainmaker Group LLC |
| 129. | Restaurant Associates |
| 130. | Reuters America |
| 131. | Reuters Ltd. |
| 132. | Rittal Corporation |
| 133. | Rockefeller Center North, Inc. |
| 134. | Rolfe & Nolan Systems Inc. |
| 135. | RR Donnelley Receivables Inc. |
| 136. | SAS Institute Inc |
| 137. | Sharon Land Company, LLC |
| 138. | SOS Security Inc. |
| 139. | Standard & Poors |
| 140. | Standard and Poors Corp. |
| 141. | Standard Chartered Bank |
| 142. | Standard Register |
| 143. | Storage Technology Corp |
| 144. | Structure Group |
| 145. | Sungard Securities Finance Ltd. |
| 146. | Swapswire Limited |
| 147. | Swets Information Services Inc. |
| 148. | Tac Americas, Inc. |
| 149. | Taipei Fubon Bank, New York Agency |
| 150. | Tata Consultancy Services |

151.   The Bank Of New York
152.   The British Land Company PLC
153.   Thomson Financial
154.   Tibco Software, Inc.
155.   Transaction Network Services
156.   Trilogy Leasing Co. LLC
157.   Trimont Real Estate Advisors Inc.
158.   Triple Point Technology, Inc.
159.   Verrazano Consulting Solutions, LLC
160.   Vertex Mortgage Services
161.   Video Corporation Of America
162.   Virtix
163.   Wipro Technologies
164.   Wombat Financial Software, Inc.
165.   ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP
- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank, Ltd.
- RR Donnelley & Sons

- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1. Advanced Graphic Printing, Inc.
2. Advanced Micro Devices, Inc.
3. AIG CDS, Inc.
4. Aircraft Finance Trust
5. Allison Transmission
6. AMBAC Credit Products, LLC
7. A.M. McGregor Home
8. American Investor Life Insurance Company
9. Aviva Life Insurance Company
10. Aviva Live & Annuity Company
11. Banca Italease S.p.A.
12. Banco Espirito Santo Investimento
13. Banco Espirito Santo
14. Bayview Financial, L.P.
15. Bayview Opportunity Master Fund, L.P.
16. Bremer Financial Corporation
17. BRM Group, Ltd.
18. Canadian National Resources Limited
19. Capital Automotive L.P.
20. Cheung Kong Bond Finance Limited
21. Chevron U.S.A. Inc.
22. City of Milwaukee, Wisconsin
23. Colorado Housing Finance Authority
24. Consolidated Container Company LLC
25. Convexity Capital Master Fund L. P.
26. Deer Park Road Corporation
27. Delaware River Port Authority
28. Deutsche Bank National Trust Company
29. Deutsche Bank Trust Company Americas
30. Dexia Bank Internationale a Luxembourg SA
31. Dexia Banque Belgique SA
32. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33. Direct Energy Business, LLC
34. E-Capital Profits Limited
35. Embarcadero Aircraft Securitization Trust
36. Emigrant Bank
37. Energy America LLC
38. Enterprise Products Operating, LLC
39. EPCO Holdings, Inc.
40. Federal Home Loan Bank of Dallas
41. FirstBank of Puerto Rico
42. Florida Power & Light Company

| 43. | FPL Energy Power Marketing, Inc. |
|---|---|
| 44. | FSA Credit Protection Trust 283 |
| 45. | Gaston Christian School, Inc. |
| 46. | Government of Singapore Investment Corp. |
| 47. | H21 Absolute Return Concepts SPC ARC-B07-20 |
| 48. | H21 Absolute Return Portfolios SPC Class A |
| 49. | HarbourView CDO III, Limited |
| 50. | HFF I, LLC |
| 51. | Houghton Mifflin Harcourt Publishing Company |
| 52. | Iconix Brand Group, Inc. |
| 53. | Idaho Housing and Finance Association |
| 54. | Indianapolis Life Insurance Company (Inc) |
| 55. | ING Life Insurance & Annuity Company |
| 56. | ING USA Annuity & Life Insurance Company |
| 57. | Intel Corporation |
| 58. | Iowa Telecommunications Services Inc |
| 59. | Irish Life & Permanent PLC |
| 60. | Italease Finance S.p.A. |
| 61. | JA Solar Holdings Co., LTD. |
| 62. | Lexington Insurance Company |
| 63. | Life Investors Insurance Company of America |
| 64. | Lincore Limited |
| 65. | Linn Energy, LLC |
| 66. | MEG Energy Corp. |
| 67. | Metavante Corporation |
| 68. | Ministry of Finance Italy |
| 69. | Monumental Life Insurance Company (INC) |
| 70. | Natixis Environment & Infrastructures |
| 71. | Nebraska Investment Finance Authority |
| 72. | New Generation Funding Trust 15 |
| 73. | New Generation Funding Trust 16 |
| 74. | New Jersey Housing and Mortgage Finance Agency |
| 75. | New York Life & Annuity Insurance Corporation |
| 76. | New York Life INS & Annuity Corp Private Placi |
| 77. | New York Life Insurance Company Inc |
| 78. | Northcrest, Inc. |
| 79. | Occidental Power Services, Inc. |
| 80. | Official Committee of Unsecured Creditors |
| 81. | OHP Opportunity Limited Partnership |
| 82. | One Madison Investments (CAYCO) Limited |
| 83. | Pacific Life & Annuity Co |
| 84. | Pacific Lifecorp |
| 85. | Pacific Life Insurance Company |
| 86. | Portfolio Green German CMBS GMBH |
| 87. | Principal Financial Services Inc. |
| 88. | Putnam (183 ISDA's) |
| 89. | Reliastar Life Insurance Company |
| 90. | Reliastar Life Insurance Company of New York |
| 91. | Reynolds American Defined Benefit Master Trust |

92. Riversource Life Insurance Company of New York
93. Russell Implementation Services Inc.
94. Russell Investment Group
95. Security Life of Denver Insurance Company
96. Security Life of Denver Insurance Company Inc
97. Simpson Meadows
98. Southern California Edison Company
99. Standard Credit Group LLC
100. Sunamerica Life Insurance Company
101. TFS (Germany)
102. TFS (TX)
103. TFS Derivatives Corporation
104. TFS Derivatives Total
105. TFS Derivatives Total
106. TFS Oil
107. TFS Oil Floor
108. TFS PWR NG
109. TFS Sing
110. TFS UK
111. TFS UK Cleared
112. TFS-ICAP
113. Tobacco Settlement Financing Corporation
114. Tradition (North America) Inc.
115. Tradition Asiel Securities Inc.
116. Tradition Services S.A. DE C.V. Mex
117. Transamerica Financial Life Insurance Co
118. Transamerica Occidental Life Insurance Co
119. Tullett Prebon Holdings Corporation
120. University of Pittsburgh
121. Verde CDO Ltd.
122. Verde CDO, LLC
123. Wellmont Health System
124. West Corporation
125. Zeeland Aluminium Company AG

## Principal Investments

1. Castex Energy 2007, L.P.
2. Castex Energy, Inc.
3. Crimson Exploration Inc.
4. David Arrington Oil & Gas Barnett Shale IV, LLC
5. David Arrington Oil & Gas, Inc.
6. Delta Prefco Limited
7. Delta Topco Limited
8. DHS Drilling Company
9. DHS Holding Company
10. Energy XXI Gulf Coast, Inc.
11. FDR Holdings, Ltd.

12.     Frontier Drilling ASA
13.     Frontier Drilling USA, Inc.
14.     Greenbrier Minerals Holdings, LLC
15.     Greenbrier Minerals, LLC
16.     Hilcorp Energy I, L.P.
17.     Hilcorp Exploration Venture 1 LLC
18.     Jazz Pharmaceuticals, Inc.
19.     JPI Commercial, LLC
20.     Latshaw Drilling & Exploration Company
21.     Latshaw Drilling Company, LLC
22.     Minrad International, Inc.
23.     Mountain Drilling Company
24.     Mountain Drilling LLC
25.     Orthovita, Inc.
26.     Petsec Energy Inc.
27.     RJO Holdings Corp.
28.     RJO Investor Corp.
29.     Sacher Funding Ltd.
30.     SCP Worldwide I L.P.
31.     Sixth Gear Funding Trust
32.     Sixth Gear Inc.
33.     Sixth Gear Solutions Corp.
34.     SkyPower Corp.
35.     Varel Funding Corp.
36.     Varel International Ind., L.P.
37.     First Wind Holdings, LLC
38.     UP Acquisition Sub Inc.
39.     Up Holdings Inc.
40.     Pegasus International, Inc.
41.     Universal Ensco, Inc.
42.     Brozero Limited
43.     FR Acquisition Holding Corporation (Luxembourg) Sarl
44.     FR Acquisition Subco (Luxembourg) Sarl
45.     FR Acquisition Corporation (Luxembourg) Sarl
46.     FR Acquisition Finance Subco (Luxembourg) Sarl
47.     FR Acquisition Corporation (Europe) Limited
48.     JFB Firth Rixson, Inc.
49.     FR Acquisition Corporation (US), Inc.
50.     Forgings International Holdings Limited
51.     Forgings International Holdings 1 Limited
52.     Forgings International Limited
53.     Firth Rixson Limited
54.     JFB Overseas Holdings Limited
55.     Voss of Norway ASA

SCHEDULE 2

SCHEDULE 2

SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED WINDELS MARX LANE MITTENDORF, LLP IN MATTERS UNRELATED TO THE DEBTOR

| Entity | Relationship to Lehman Bankruptcy | Relationship to WMLM | Attorney | Current Status |
|---|---|---|---|---|
| Aetna Life Insurance Co. | 50 Largest Bond Holders | Client No. 205828 | Alan Wentzel | Active (no billing activity since 1997) |
| Allianz Life Insurance Co. of North America | 50 Largest Bond Holders | Client No. 302138 | Samuel Destito | Active |
| Guardian Life Insurance Co. | 50 Largest Bond Holders | Client No. 100415 | Mitch Gilbert | Active (no billing activity since 1998) |
| Guardian Life Insurance Co. of America | 50 Largest Bond Holders | Client No. 301778 | Samuel Destito | Active |
| John Hancock Life Insurance Company | 50 Largest Bond Holders | Client No. 300794 | Samuel Destito | Active |
| Metropolitan Life Insurance Co. | 50 Largest Bond Holders | Client No. 206689 | Alan Wentzel | Active as of 6/13/2007 |
| Metropolitan Life Insurance Co. | 50 Largest Bond Holders | Client No. 302989 | Tina Gagliano | Inactive as of 6/13/2007 |
| Prudential Financial | 50 Largest Bond Holders | Client No. 2630 | Thomas Weidner | Active |
| Thrivent Financial for Lutherans | 50 Largest Bond Holders | Client No. 303504 | Samuel Destito | Active |
| Zurich American Insurance Co. | 50 Largest Bond Holders | Client No. 101862 | Mitch Gilbert | Active |
| Australia & New Zealand Banking Group Ltd. | Largest Unsecured Creditors other than Bondholders | Client No. 302194 | Michele Arbeeny | Active |
| Citibank, NA | Largest Unsecured Creditors other than Bondholders | Client No. 302712 | Howard Lakind | Active |
| Citibank, NA | Largest Unsecured Creditors other than Bondholders | Client No. 303052 | Anthony Coscia | Active |
| Citibank, NA | Largest Unsecured Creditors other than Bondholders | Client No. 303234 | Anthony Coscia | Active |
| Citibank, NA | Largest Unsecured Creditors other than Bondholders | Client No. 300990 | Mitch Gilbert | Active |
| HSBC Bank | Largest Unsecured Creditors other than Bondholders | Client No. 172920 | Alan Wentzel | Inactive (all matters closed) |
| Standard Chartered Bank | Largest Unsecured Creditors other than Bondholders | Client No. 204893 | Firm - Personal | Inactive (all matters closed) |
| The Bank of New York | Largest Unsecured Creditors other than Bondholders | Client No. 301172 | Jerome Walsh | Inactive (all matters closed) |
| The Bank of New York | Largest Unsecured Creditors other than Bondholders | Client No. 300791 | Samuel Destito | Active |
| The Bank of New York | Largest Unsecured Creditors other than Bondholders | Client No. 205841 | Jerome Walsh | Active |
| The Bank of New York | Largest Unsecured Creditors other than Bondholders | Client No. 302586 | Lane Firm | Inactive as of 7/12/2000 |
| The Bank of New York | Largest Unsecured Creditors other than Bondholders | Client No. 302686 | Maryann Kicenuik | Active |
| BNC Mortgage | Significant Leases | Client No. 209804 | Jolly | Inactive as of 12/28/1999 |
| Constellation Place, LLC | Significant Leases | Client No. 301092 | Anthony Casareale | Active |
| JP Morgan Chase Bank | Secured Creditors | Client No. 303163 | Michael Clain | Active |
| JP Morgan Chase Bank | Secured Creditors | Client No. 303322 | Michael Moriarty | Active |
| JP Morgan Chase Bank | Secured Creditors | Client No. 303562 | Michael Moriarty | Active |
| Swedbank | Secured Creditors | Client No. 303654 | James Thomas | Active |
| Allstate Insurance Co. | Members of Ad Hoc or Unofficial Creditors' Committees | Client No. 300866 | Thomas Mulligan | Inactive (all matters closed) |
| Allstate Insurance Co. | Members of Ad Hoc or Unofficial Creditors' Committees | Client No. 300404 | Thomas Weidner | Inactive as of 2/1/2006 |
| Merrill Lynch | Underwriting Investment Bankers for Debtor's Securities | Client No. 302384 | Michael Moriarty | Active |
| Merrill Lynch | Underwriting Investment Bankers for Debtor's Securities | Client No. 300761 | Frank Quinn | Active |
| Merrill Lynch | Underwriting Investment Bankers for Debtor's Securities | Client No. 100239 | Mitch Gilbert | Inactive (all matters closed) |
| Merrill Lynch | Underwriting Investment Bankers for Debtor's Securities | Client No. 8468 | Samuel Destito | Active |
| Merrill Lynch | Underwriting Investment Bankers for Debtor's Securities | Client No. 300570 | Samuel Destito | Active |
| AEW Capital Management, LP | Underwriting Investment Bankers for Debtor's Securities | Client No. 303644 | David Brauner | Active |
| Australia National Bank | Potential Parties in Interest | Client No. 301618 | Eric Bruenner | Active |
| Bank of America, N.A. | Potential Parties in Interest | Client No. 303311 | Michele Arbeeny | Active |
| Bank of America, N.A. | Potential Parties in Interest | Client No. 300823 | Daniel Duff | Active |
| Barclays Capital | Potential Parties in Interest | Client No. 302710 | James Thomas | Active |
| Calyon | Potential Parties in Interest | Client No. 302365 | Tina Gagliano | Active |
| Calyon | Potential Parties in Interest | Client No. 821183 | Michael Clain | Active |
| CB Richard Ellis | Potential Parties in Interest | Client No. 303123 | Alan Nisselson | Active |
| Cisco | Potential Parties in Interest | Client No. 207414 | Sharon Zuccaro | Inactive as of 12/18/2002 |
| Credit Suisse | Potential Parties in Interest | Client No. 303156 | Mitch Gilbert | Active |
| Credit Suisse | Potential Parties in Interest | Client No. 300188 | Mitch Gilbert | Active (no billing activity since 2000) |

## SCHEDULE 2

### SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED WINDELS MARX LANE MITTENDORF, LLP IN MATTERS UNRELATED TO THE DEBTOR

| Name | Type | Client No. | Contact | Status |
|---|---|---|---|---|
| Credit Suisse | Potential Parties in Interest | Client No. 101272 | Clayton Prugh | Active (no billing activity since 2000) |
| Dexia Local | Potential Parties in Interest | Client No. 303558 | Michael Clain | Active |
| Direct Energy | Potential Parties in Interest | Client No. 209869 | Lambert | Inactive as of 12/28/1999 |
| EMC Mortgage Corp. | Potential Parties in Interest | Client No. 702008 | Bruce Bronster | Active |
| Fannie Mae | Potential Parties in Interest | Client No. 150170 | Michael Moriarty | Active |
| Georgetown University | Potential Parties in Interest | Client No. 209518 | Jolly | Inactive as of 12/14/1999 |
| GMAC | Potential Parties in Interest | Client No. 300790 | Thomas Weidner | Active |
| Goldman Sachs | Potential Parties in Interest | Client No. 100460 | Mitch Gilbert | Inactive (all matters closed) |
| Goldman Sachs | Potential Parties in Interest | Client No. 302999 | Michael Moriarty | Active |
| Goldman Sachs | Potential Parties in Interest | Client No. 100200 | Firm - Personal | Inactive as of 7/15/1997 |
| IBM | Potential Parties in Interest | Client No. 135262 | Ed Nolan | Active |
| IBM | Potential Parties in Interest | Client No. 202429 | Bellmonte | Active |
| Iron Mountain Information Management | Potential Parties in Interest | Client No. 302996 | Alan Nisselson | Active |
| Keane, Inc. | Potential Parties in Interest | Client No. 143610 | James Thomas | Inactive (all matters closed) |
| Lyon Capital Ventures | Potential Parties in Interest | Client No. 303281 | Howard Lakind | Active |
| Misys IQ LLC | Potential Parties in Interest | Client No. 301383 | Howard Lakind | Active |
| Morgan Stanley | Potential Parties in Interest | Client No. 100201 | Firm - Personal | Inactive (all matters closed) |
| Morgan Stanley | Potential Parties in Interest | Client No. 152449 | Firm - Personal | Inactive (all matters closed) |
| Morgan Stanley | Potential Parties in Interest | Client No. 300105 | Howard Lakind | Active |
| Morgan Stanley | Potential Parties in Interest | Client No. 301133 | John Lyttle | Active |
| National Bank of Canada | Potential Parties in Interest | Client No. 153839 | Firm - Personal | Inactive (all matters closed) |
| National Bank of Canada | Potential Parties in Interest | Client No. 821163 | Michael Clain | Active |
| Piper Jaffray | Potential Parties in Interest | Client No. 203996 | Lane, Firm | Active (no billing activity since 1998) |
| Regions Bank | Potential Parties in Interest | Client No. 302946 | Charles Liebling | Active |
| Singapore Airlines | Potential Parties in Interest | Client No. 206396 | Feldschreiber | Active (no billing activity since 1997) |
| Societe Generale | Potential Parties in Interest | Client No. 172244 | Firm - Personal | Inactive (all matters closed) |
| Societe Generale | Potential Parties in Interest | Client No. 172250 | Firm - Personal | Inactive (all matters closed) |
| Time Warner | Potential Parties in Interest | Client No. 205876 | L. Rabinowitz | Inactive as of 12/7/1999 |
| Tishman Speyer Properties, L.P. | Potential Parties in Interest | Client No. 150008 | Mitch Gilbert | Active (no billing activity since 2000) |
| UBS Financial Services | Potential Parties in Interest | Client No. 302867 | Howard Simon | Active |
| UBS Securities | Potential Parties in Interest | Client No. 303007 | Edwin Leavitt-Gruberger | Active |
| UPS | Potential Parties in Interest | Client No. 179650 | Firm - Personal | Inactive (all matters closed) |
| Wachovia Bank | Potential Parties in Interest | Client No. 100610 | Anthony Coscia | Active |
| Wachovia Bank | Potential Parties in Interest | Client No. 100421 | Anthony Coscia | Active |
| Wachovia Bank | Potential Parties in Interest | Client No. 303025 | Anthony Coscia | Active |
| Washington Mutual Bank | Potential Parties in Interest | Client No. 300943 | Gary Walsh | Active |
| Wells Fargo Bank | Potential Parties in Interest | Client No. 303224 | Patti Liberman | Active |
| Wells Fargo Bank | Potential Parties in Interest | Client No. 303235 | Robert Luddy | Active |
| Wilmington Trust Co. | Potential Parties in Interest | Client No. 206636 | James Thomas | Active |
| WSG Development Co. | Potential Parties in Interest | Client No. 303032 | James Thomas | Active |
| Huntsman Corp. | Affiliations of Outside Directors | Client No. 209849 | Laughlin | Active |
| Blake, Cassels, & Graydon LLP | Professionals Retained by the Company | Client No. 300612 | James Thomas | Inactive as of 12/28/1999 |
| Cassels, Brock, & Blackwell | Professionals Retained by the Company | Client No. 111860 | James Thomas | Active |
| Gibson, Dunn, & Crutcher | Professionals Retained by the Company | Client No. 209465 | Lane, Firm | Inactive (all matters closed) |
| Hunton & Williams | Professionals Retained by the Company | Client No. 134460 | Firm - Personal | Inactive (all matters closed) |
| Latham & Watkins | Professionals Retained by the Company | Client No. 300221 | Jeffrey Singer | Inactive (all matters closed) |
| Lewis & Roca LLP | Professionals Retained by the Company | Client No. 302915 | Rob Rossi | Active |

SCHEDULE 2

SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED WINDELS MARX LANE MITTENDORF, LLP IN MATTERS UNRELATED TO THE DEBTOR

| | | | |
|---|---|---|---|
| Milbank, Tweed, Hadley, McCloy | Professionals Retained by the Company | Client No. 151390 | Edwin Leavitt-Gruberger | Active |
| Banc of America Securities LLC | Litigation Claimants | Client No. 302994 | Charles Liebling | Active |
| Akin, Gump, Strauss, Hauer, & Feid LLP | Professionals Retained by Significant Creditor Groups | Client No. 108079 | Firm - Personal | Inactive (all matters closed) |
| Interstate Gas | Utilities | Client No. 209792 | Morgan | Inactive as of 12/28/1999 |
| Interstate Gas | Utilities | Client No. 209487 | Woody | Inactive as of 12/8/1999 |
| Chevron U.S.A. | Selected Derivative Counterparties | Client No. 209483 | Morgan | Inactive as of 12/8/1999 |
| Emigrant Bank | Selected Derivative Counterparties | Client No. 202248 | Lane, Firm | Inactive as of 2/1/2006 |
| Lexington Insurance Company | Selected Derivative Counterparties | Client No. 108075 | Firm - Personal | Inactive (all matters closed) |
| Aviva Life Insurance | Selected Derivative Counterparties | Client No. 301368 | Robert Mercurio | Active |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                        :

In re                                 :         Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                          :

                    Debtors.         :         (Jointly Administered)
                                          :

---------------------------------------------------------------------x

### ORDER PURSUANT TO SECTIONS 327(E) AND 328(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF WINDELS MARX LANE & MITTENDORF, LLP, AS SPECIAL COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE

Upon consideration of the application, dated August 14, 2009 (the "<u>Application</u>"),[1] of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), pursuant to sections 327(e) and 328(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") for authorization to employ and retain Windels Marx Lane & Mittendorf, LLP ("<u>Windels Marx</u>") as special counsel to the Debtors *nunc pro tunc* to the Engagement Date; and upon the Declaration of Robert A. Rossi, Esq., partner of Windels Marx (the "<u>Rossi Declaration</u>"), filed in support of the Application; and the Court being satisfied, based on the representations made in the Application and the Rossi Declaration, that Windels Marx represents no interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, under section 327 of the Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); a and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain Windels Marx as special counsel to the Debtors on the terms set forth in the Application and this order, effective *nunc pro tunc* to the Engagement Date, for the Representative Matters identified in the Application and in accordance with Windels Marx's customary rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Windels Marx shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651].

Dated: August __, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE