**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  (Jointly Administered)
:
---------------------------------------------------------------------x

### MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on June 17, 2009 [Docket No. 4021] (the "Sale and Abandonment Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") have disposed of the following assets following notice to the Interested Parties[1] and the expiration of the applicable Notice Period without objection by an Interested Party.

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Liens or Encumbrances Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| none | | | | | |

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

## Abandonment Addendum

In compliance with the Sale and Abandonment Order, the Debtors have abandoned the following assets following notice to the Abandonment Notice Parties and the expiration of five (5) days without objection by an Abandonment Notice Party.

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| One hundred and forty-three (143) pallets of used office furniture, consisting principally of modular cubicle pieces (the "Used Furniture"), that were removed from the former offices of BNC Mortgage LLC and stored at a warehouse (the "Warehouse") belonging to Corporate Business Interiors. | The Debtors believe that the expense of removing the Used Furniture from the Warehouse and marketing same would exceed any realistic return from a sale. Further, the Debtors may be incurring, and may continue to incur, storage fees as long as the Used Furniture remains in the Warehouse. | Mr. Hice Stiles of Corporate Business Interiors |
| Please see the attached schedule of spare parts for a Turbomecca helicopter engine (the "Helicopter Parts") | The Debtors have already sold their helicopter and thus have no further use for the Helicopter Parts. The Debtors have been informed by their aviation broker that there is no market for the Helicopter Parts. The Recipient has offered to dispose of the Helicopter Parts in exchange for $50. | Executive Fliteways, Inc. |

Dated: August 14, 2009
      New York, New York

                                           /s/ Shai Y. Waisman
                                           Shai Y. Waisman
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession

| PART NUMBER | QUANTITY | DESCRIPTION |
|---|---|---|
| 9550170830 | 1 | SWITCH, LOW PRESS, OIL |
| 9752100080 | 2 | Seal |
| 9752100100 | 4 | Seal |
| 9794190253 | 4 | Preformed Engine Packaging |
| 9794410056 | 8 | Preformed Engine Packaging |
| 9794410140 | 6 | Preformed Engine Packaging |
| 9794710106 | 1 | Preformed Engine Packaging |
| 9794710125 | 2 | Preformed Engine Packaging |
| 9945000060 | 9 | CORRUJOINT GASKET |
| 9794410095 | 8 | Preformed Engine Packaging |
| 9794410075 | 8 | Preformed Engine Packaging |
| 9794430250 | 4 | Preformed Engine Packaging |
| 9681801222 | 2 | Preformed Engine Packaging |
| 9794410100 | 2 | Preformed Engine Packaging |
| 9794420080 | 6 | Preformed Engine Packaging |
| 9794410670 | 2 | Preformed Engine Packaging |
| 9794410132 | 2 | Preformed Engine Packaging |
| 9682001372 | 4 | Preformed Engine Packaging |
| 9794410236 | 2 | Preformed Engine Packaging |
| 9794410150 | 2 | Preformed Engine Packaging |
| 9681801082 | 8 | Preformed Engine Packaging |
| 9794430250 | 12 | Preformed Engine Packaging |
| 9682004004 | 4 | Preformed Engine Packaging |
| 9794410500 | 4 | Preformed Engine Packaging |
| 9550171990 | 1 | Low Pressure Fuel Switch |
| 9945000120 | 2 | CORRUJOINT GASKET |
| 9562830030 | 1 | Clamp |
| 9560166860 | 1 | Filter |
| 9794420400 | 1 | Preformed Engine Packaging |
| 9560166810 | 1 | Gasket |
| 9560165990 | 1 | Preformed Engine Packaging |