# EXHIBIT B

# Individuals Providing Services

ATLANTA:5148126.2

## SUMMARY OF PROFESSIONALS PROVIDING SERVICES
## FROM FEBRUARY 1, 2009 THROUGH MAY 31, 2009

| Name of Professional | Title and Office | Year Admitted | 2009 Billing Rate[3] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $725.00 | 38.6 | $27,985.00 |
| John G. Aldridge | Senior Counsel, Atlanta | 1968 | $650.00 | 0 | $0.00 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $600.00 | 660.4 | $396,240.00 |
| William L. Floyd | Senior Counsel, Atlanta | 1965 | $595.00 | 0.3 | $178.50 |
| Patrick M. McGeehan | Partner, Atlanta | 1983 | $525.00 | 96.7 | $50,767.50 |
| Paul C. Hurdle, III | Partner, Washington | 1977 | $475.00 | 13.3 | $6,317.50 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $475.00 | 78.6 | $37,335.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $475.00 | 121.4 | $57,665.00 |
| Henry F. Sewell | Partner, Atlanta | 1986 | $460.00 | 25.6 | $11,776.00 |
| James D. Levine | Partner, Atlanta | 1982 | $460.00 | 4.2 | $1,932.00 |
| Jason M. Silverman | Associate, Washington | 2001 | $460.00 | 0.9 | $414.00 |
| Laurence R. Phillips | Partner, San Diego | 1997 | $450.00 | 0 | $0.00 |
| J. David Larsen | Partner, Los Angeles | 1997 | $450.00 | 0 | $0.00 |
| Brian Olasov | Managing Director, Atlanta | N/A | $450.00 | 2 | $900.00 |

---

[3] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York (collectively, the "Notice Parties") in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Professional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| James W. Culbreth | Counsel, Atlanta | 1974 | $420.00 | 19.5 | $8,190.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $410.00 | 173.1 | $70,971.00 |
| Alan F. Kaufman | Counsel, New York | 2000 | $400.00 | 38.5 | $15,400.00 |
| Katherine M. Lewis | Partner, Atlanta | 2000 | $400.00 | 15.40 | $6,160.00 |
| David A. Geiger | Partner, Atlanta | 1998 | $395.00 | 474.90 | $187,585.50 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $390.00 | 70.0 | $27,300.00 |
| Timothy J. Plunkett | Associate, New York | 2007 | $365.00 | 17.6 | $6,424.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $355.00 | 451.4 | $160,247.00 |
| Jessica H. Mayes | Associate, New York | 2009 | $350.00 | 3 | $1,050.000 |
| S. Elizabeth Hall | Associate, Atlanta | 2004 | $320.00 | 0 | $0.00 |
| James H. Ludlam | Associate, Atlanta | 2002 | $305.00 | 36.6 | $11,163.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $305.00 | 233.9 | $71,339.50 |
| Douglas Flaum | Associate, Atlanta | 2006 | $305.00 | 104.6 | $31,903.00 |
| Sharice V. Owens | Associate, Atlanta | 2006 | $285.00 | 50.6 | $14,421.00 |
| Amanda Redick | Associate, Atlanta | 2006 | $285.00 | 77.9 | $22,201.50 |
| David Gordon | Associate, Atlanta | 2006 | $285.00 | 499.9 | $142,471.50 |
| Peter Yoxall | Associate, Atlanta | 2007 | $285.00 | 0 | $0.00 |
| Matthew James | Associate, Atlanta | 2004 | $305.00 | 0 | $0.00 |
| | | | **Blended Rate: $419.22** | **Total Hours: 3306.9** | **Total Fees: $1,368,377.50** |

ATLANTA:5148126.2

## SUMMARY OF PARAPROFESSIONALS PROVIDING SERVICES
## FROM FEBRUARY 1, 2009 THROUGH MAY 31, 2009

| Name of Paraprofessional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Ann Pearson | Paralegal, Atlanta | N/A | $225.00 | 1.1 | $247.50 |
| Fran L. Russell | Paralegal, Atlanta | N/A | $225.00 | 258.8 | $58,230.00 |
| Michelle S. Grycner | Paralegal, San Diego | N/A | $215.00 | 40.60 | $8,729.00 |
| Janet L. Tobin | Paralegal, Atlanta | N/A | $210.00 | 36.2 | $7,602.00 |
| Robert M. Gee | Paralegal, New York | N/A | $210.00 | 6.3 | $1,323.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $195.00 | 16.3 | $3,178.50 |
| Inghe Francois | Paralegal, Atlanta | N/A | $190.00 | 0.6 | $114.00 |
| Cindy Adams | Research Librarian, Atlanta | N/A | $180.00 | 0.5 | $90.00 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $170.00 | 13.7 | $2,329.00 |
| Erik W. Bolte | Litigation Support Analyst, Washington | N/A | $155.00 | 1.4 | $222.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $155.00 | 38.8 | $6,113.00 |
| Sansanee Sermprungsuk | Research Librarian, Atlanta | N/A | $140.00 | 0 | $0.00 |
| Sarah E. Forshee | Paralegal, Atlanta | N/A | $85.00 | 1.1 | $93.50 |
| | | | **Blended Rate: $181.16** | **Total Hours: 415.4** | **Total Fees: $88,271.50** |

-3-