# EXHIBIT C

## Summary of Hours and Fees

ATLANTA:5148126.2

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | February | 418.7 | $173,836.50 |
| 2 | 30837 | 0002 | February | 190.20 | $55,124.00 |
| 3 | 30837 | 0003 | February | 21.60 | $8,989.00 |
| 4 | 30837 | 0004 | February | 0.40 | $190.00 |
| 5 | 30837 | 0005 | February | 34.40 | $12,761.50 |
| 6 | 04406 | 0113 | February | 4.70 | $1,927.00 |
| 7 | 04406 | 0189 | February | 10.00 | $3,886.00 |
| 8 | 04406 | 0191 | February | 20.00 | $8,763.00 |
| 9 | 04406 | 0200 | February | N/A | N/A |
| 10 | 04406 | 0205 | February | 32.00 | $12,121.00 |
| 11 | 04406 | 0222 | February | 114.30 | $47,107.00 |
| 12 | 04406 | 0223 | February | N/A | N/A |
| 13 | 04406 | 0227 | February | 0.20 | $57.00 |
| 14 | 04406 | 0228 | February | 1.70 | $827.50 |
| 15 | 04406 | 0229 | February | 7.60 | $5,510.00 |
| 16 | 04406 | 0232 | February | 0.80 | $420.00 |
| 17 | 04406 | 0238 | February | 5.20 | $1,791.50 |
| | | | **Subtotal:** | 861.80 | $333,311.00 |
| | | | | | |
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | March | 497.60 | $187,786.50 |
| 2 | 30837 | 0002 | March | 106.70 | $33,411.50 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 3 | 30837 | 0003 | March | 79.90 | $36,841.00 |
| 4 | 30837 | 0004 | March | N/A | N/A |
| 5 | 30837 | 0005 | March | 84.10 | $35,090.50 |
| 6 | 04406 | 0113 | March | 3.30 | $1,353.00 |
| 7 | 04406 | 0189 | March | N/A | N/A |
| 8 | 04406 | 0191 | March | 7.70 | $3,782.50 |
| 9 | 04406 | 0200 | March | N/A | N/A |
| 10 | 04406 | 0205 | March | 37.40 | $15,696.00 |
| 11 | 04406 | 0222 | March | 210.10 | $80,936.00 |
| 12 | 04406 | 0223 | March | N/A | N/A |
| 13 | 04406 | 0227 | March | N/A | N/A |
| 14 | 04406 | 0228 | March | N/A | N/A |
| 15 | 04406 | 0229 | March | N/A | N/A |
| 16 | 04406 | 0232 | March | N/A | N/A |
| 17 | 04406 | 0238 | March | 5.00 | $2,065.50 |
| | | | **Subtotal:** | 1,031.80 | $396,962.50 |
| | | | | | |
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | April | 546.60 | $222,463.50 |
| 2 | 30837 | 0002 | April | 67.70 | $21,704.50 |
| 3 | 30837 | 0003 | April | 58.70 | $25,928.50 |
| 4 | 30837 | 0004 | April | N/A | N/A |
| 5 | 30837 | 0005 | April | 41.70 | $17,360.50 |
| 6 | 04406 | 0113 | April | 9.50 | $3,220.00 |

-2-

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 7 | 04406 | 0189 | April | N/A | N/A |
| 8 | 04406 | 0191 | April | 23.10 | $9,832.00 |
| 9 | 04406 | 0200 | April | N/A | N/A |
| 10 | 04406 | 0205 | April | 59.00 | $23,121.00 |
| 11 | 04406 | 0222 | April | 118.90 | $47,714.50 |
| 12 | 04406 | 0223 | April | N/A | N/A |
| 13 | 04406 | 0227 | April | N/A | N/A |
| 14 | 04406 | 0228 | April | N/A | N/A |
| 15 | 04406 | 0229 | April | N/A | N/A |
| 16 | 04406 | 0232 | April | N/A | N/A |
| 17 | 04406 | 0238 | April | 9.90 | $3,890.00 |
| | | | **Subtotal:** | 935.10 | $375,234.50 |
| | | | | | |
| 1 | 30837 | 0001 | May | | |
| | 04406 | 0112 | | 435.80 | $172,162.50 |
| 2 | 30837 | 0002 | May | 33.00 | $10,780.00 |
| 3 | 30837 | 0003 | May | 62.00 | $27,754.50 |
| 4 | 30837 | 0004 | May | N/A | N/A |
| 5 | 30837 | 0005 | May | 32.60 | $13,397.00 |
| 6 | 04406 | 0113 | May | 7.00 | $2,935.00 |
| 7 | 04406 | 0189 | May | N/A | N/A |
| 8 | 04406 | 0191 | May | 42.60 | $14,139.00 |
| 9 | 04406 | 0200 | May | 0.30 | $142.50 |
| 10 | 04406 | 0205 | May | 30.70 | $12,047.50 |

| **Legend** | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 11 | 04406 | 0222 | May | 256.40 | $99,146.00 |
| 12 | 04406 | 0223 | May | N/A | N/A |
| 13 | 04406 | 0227 | May | N/A | N/A |
| 14 | 04406 | 0228 | May | N/A | N/A |
| 15 | 04406 | 0229 | May | N/A | N/A |
| 16 | 04406 | 0232 | May | N/A | N/A |
| 17 | 04406 | 0238 | May | 2.10 | $751.00 |
| | | | **Subtotal:** | 902.50 | $353,255.00 |
| | | | | | |
| | | | **TOTAL:** | **3724.30** | **1,458,763.00** |

ATLANTA:5148126.2