# EXHIBIT D

# Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| February | Computerized Legal Research (Lexis and Westlaw) | $2,225.32 |
| February | Courier and Express Mail | $450.98 |
| February | Filing/Court/Witness Fees | $2,658.40 |
| February | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $71.00 |
| February | Long Distance Telephone | $363.55 |
| February | Photocopy and Reproduction Charges (In-House) (8,526 pages @ $.10 per copy) | $852.60 |
| February | Postage | $0.00 |
| February | Travel (Airline and Train Travel) | $897.21 |
| February | Travel (Hotels) | $600.94 |
| February | Travel (Local Transportation) | $124.50 |
| February | Travel (Meals) | $506.13 |
| February | Travel (Parking) | $36.00 |
| | **Subtotal** | **$8,786.63** |
| | | |
| March | Computerized Legal Research (Lexis and Westlaw) | $9,009.55 |
| March | Courier and Express Mail | $267.66 |
| March | Filing/Court/Witness Fees | $113.92 |
| March | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $1,201.70 |
| March | Long Distance Telephone | $458.20 |
| March | Photocopy and Reproduction Charges (In-House) (9,018 pages @ .10 per copy) | $901.80 |

| Month | Expense Category | Total |
|---|---|---|
| March | Postage | $0.00 |
| March | Travel (Airline and Train Travel) | $1,767.11 |
| March | Travel (Hotels) | $424.38 |
| March | Travel (Local Transportation) | $46.00 |
| March | Travel (Meals) | $170.22 |
| March | Travel (Parking) | $42.00 |
| | **Subtotal** | **$14,402.54** |
| | | |
| April | Computerized Legal Research (Lexis and Westlaw) | $1,593.24 |
| April | Courier and Express Mail | $1,255.06 |
| April | Filing/Court/Witness Fees) | $468.00 |
| April | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $8,510.33 |
| April | Long Distance Telephone | $900.20 |
| April | Photocopy and Reproduction Charges (In-House) (pages 15,525 @ .10 per copy) | $1,552.50 |
| April | Postage | $0.00 |
| April | Travel (Airline and Train Travel) | $3,239.82 |
| April | Travel (Hotels) | $4,045.21 |
| April | Travel (Local Transportation) | $388.10 |
| April | Travel (Meals) | $937.00 |
| April | Travel (Parking) | $63.00 |
| | **Subtotal** | **$22,952.46** |
| | | |

ATLANTA:5148126.2

| Month | Expense Category | Total |
|---|---|---|
| May | Computerized Legal Research (Lexis and Westlaw) | $1,221.01 |
| May | Courier and Express Mail | $345.31 |
| May | Filing/Court/Witness Fees | $87,942.77 |
| May | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $6,036.65 |
| May | Long Distance Telephone | $205.26 |
| May | Photocopy and Reproduction Charges (In-House) (12,060 pages @ .10 per copy) | $1,115.60 |
| May | Postage | $27.70 |
| May | Travel (Airline and Train Travel) | $942.02 |
| May | Travel (Hotels) | $1,589.02 |
| May | Travel (Local Transportation) | $390.00 |
| May | Travel (Meals) | $519.81 |
| May | Travel (Parking) | $49.00 |
| | Subtotal | $100,384.15 |
| | | |
| | TOTAL: | $148,190.23 |

ATLANTA:5148126.2