WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | |

### NOTICE OF ADJOURNMENT OF MOTION OF FIRST BANK PUERTO RICO PURSUANT TO FED. R. BANKR. P. 2004(A) FOR LIMITED DISCOVERY FROM DEBTORS LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS HOLDINGS INC.

**PLEASE TAKE NOTICE** that the hearing on Motion of First Bank Puerto Rico Pursuant to Fed. R. Bankr. P. 2004(a) for Limited Discovery from Debtors Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. [Docket No. 4485] which was scheduled for August 26, 2009, at 10:00 a.m., **has been adjourned to September 16, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

Plaintiff's Lehman Brothers Holdings, Inc. ("LBHI") and Lehman Brothers Special Financing, Inc. ("LBSF"), a debtor and debtor in possession in the above-captioned jointly administered chapter 11 case of Lehman Brothers Holdings, Inc. and its affiliated debtors, and First Bank Puerto Rico by and through their respective counsel, do hereby agree that LBHI and

LBSF shall have until September 11, 2009 at 4:00 p.m. (prevailing Eastern time) to respond to FirstBank Puerto Rico's Motion for Limited Discovery.

The hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: August 14, 2009
      New York, New York

/s/ Ralph I. Miller
Ralph I. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Debtors
and Debtors in Possession