# EXHIBIT F

Case No.:08-13555 (JMP)
Case Name: In re: Lehman Brothers
        Holdings, et al.

**CURRENT FEE PERIOD:**
**FEBRUARY 1, 2009 to MAY 31, 2009**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges | April 10, 2009, Docket No. 3340 | $2,129,413.50 | $1,916,472.15[1] | $41,113.30 | $41,113.30 |
| Quinn Emanuel Urquhart Oliver & Hedges | August 14, 2009, Docket No. [--] | $820,579.50 | | $28,104.76 | |

---

[1] As per the Court's August 13, 2009 Order Granting Application for the Allowance of Interim Compensation for the Period of September 15, 2008 Through January 31, 2009 for Professional Services Performed and Reimbursements of actual and necessary Expenses Incurred, the Fees Awarded reflect 90% of Fees Requested. The remaining 10% of Fees Requested remains subject to "holdback" and further award by the Court.

SCHEDULE A(1)            DATE: _____            INITIALS: _____USBJ