PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Dean A. Ziehl
Maria A. Bove
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Special Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### AFFIDAVIT OF SERVICE

I, Andrew C. Sahn, certify that, on the 14th of August 2009, I caused true and accurate

copies of the *First Application for Interim Professional Compensation of Pachulski Stang Ziehl*

*& Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as*

*Special Counsel to the Debtors* to be served by first class mail, postage prepaid and deposited

with the United States Postal Service upon the parties on the attached service list.

                                                */s/ Andrew C. Sahn*
                                                Andrew C. Sahn

SWORN TO AND SUBSCRIBED before me this
 17th day of August, 2009

 */s/ Thomas J. Brown*
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Queens County
Commission Expires February 12, 2011

52063-001\DOCS_NY:18669.1

# SERVICE LIST

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: John Suckow )

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: David Coles)

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Shai Y. Waisman, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, New York 10005
(Attn: Dennis F. Dunne, Esq)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, New York 10005
(Attn: Dennis O'Donnell, Esq)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, New York 10005
(Attn: Evan Fleck, Esq)

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Esq)

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

Kenneth R. Feinberg, Esq.
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW Suite 390
Washington, DC 20004-1008