JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                             :
In re:                                       :        Chapter 11
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :        Case No. 08-13555 (JMP)
                                             :
                        Debtors.             :        (Jointly Administered)
---------------------------------------------------------------------x

## DECLARATION OF SERVICE BY ROBERT L. BYMAN

I, Robert L. Byman, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true to the best of my knowledge, information, and belief:

1.    This Declaration is submitted in compliance with this Court's February 11, 2009

Order requiring Anton R. Valukas, the Examiner in the above-captioned matter, to file with the

Court an affidavit or declaration of service for each subpoena he serves.  [Dkt. 2804, ¶ 5.]  This

Declaration is also submitted in compliance with Local Rule 9078-1, which requires any party

serving a pleading or other document to file proof of service within three (3) days of service.

2.    Jenner & Block LLP ("Jenner & Block") is counsel to Anton R. Valukas, the

Court-appointed Examiner in the above-captioned matter.  [*See* Dkt. 2803.]  As a partner at

Jenner & Block, I am duly authorized to make this Declaration ("Declaration") on behalf of the Examiner.

3.     On August 13, 2009, the Examiner, through Evan S. Cohan, Esq., of Metro Attroney Service Inc., served a subpoena ("Subpoena") by hand on Tishman Speyer, Rockefeller Center, 45 Rockefeller Plaza, New York, NY .  On information and belief, Mr. Cohan is over eighteen (18) years old and not a party to the above-captioned matter.

4.     On August 17, 2009, pursuant to this Court's February 11, 2009 Order, the Examiner's counsel served a copy of the Subpoena by First-Class United States Mail on (i) the Debtor; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the SIPA Trustee; and (v) the United States Attorney for the Southern District of New York, with a courtesy copy to the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2009, at Chicago, Illinois.

_____
Robert L. Byman

Sworn to and subscribed before me
this *17th* day of *Aug.*, 2009.

NOTARY PUBLIC

My Commission Expires: *Sept. 30, 2010*

"OFFICIAL SEAL"
Susan Cihlar
Notary Public, State of Illinois
My Commission Expires Sept. 30, 2010