**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                  :     **Chapter 11**
**In re:**                                                        :
                                                                  :     **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :
                                                                  :     **(Jointly Administered)**
                               **Debtors.**                       :
                                                                  :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

Jerome Tufte, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On August 17, 2009, I served a true and correct copy of the Second Interim Application Of Curtis, Mallet-Prevost, Colt & Mosle LLP, As Conflicts Counsel, For The Debtors And Debtors In Possession For Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred For The Period February 1, 2009 Through May 31, 2009 [Docket No. 4818] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

/s/ Jerome Tufte
Jerome Tufte

Sworn to before me this
17th day of August 2009

/s/ James V. Drew
  Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires August 12, 2010**

6355423

# EXHIBIT A

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Tracy Hope Davis, Esq.

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Andrew D. Velez-Rivera, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis O'Donnell, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Evan Fleck, Esq.

**BY FEDERAL EXPRESS**
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 390
Washington, DC 20004-1008
Attention: Rocco Sica

**BY FEDERAL EXPRESS**
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 390
Washington, DC 20004-1008
Attention: Camille S. Biros

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention: John Suckow

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention: David Coles

**BY HAND DELIVERY**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Shai Y. Waisman, Esq.