UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

-------------------------------------------------------------x
In re                                                        )
                                                             )    Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.,     )    Case No. 08-13555 (JMP)
                                                             )
Debtors.                                                 )    (Jointly Administered)
                                                             )
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

    I, Stella Leung, duly sworn, deposes and says that deponent is not a party to the within action, is 18 years of age and is employed at CROWELL & MORING LLP, 590 Madison Avenue, New York, New York 10022.

    That on the 14th of August, 2009, deponent caused to be served via Regular First Class Mail and Electronic Mail, the within Notice of Adjournment of Notice of Presentment of Settlement Agreement pursuant to Rule 9019 of the Bankruptcy Rules resolving dispute regarding Barclay's Motion pursuant to Rule 60(b) and Fed. R. Bankr. P. 9024 upon the following named person listed on the attached service list.

                                                          _____
                                                          Stella Leung

Sworn to before me this
17th day of August, 2009

_____
NOTARY PUBLIC

LAWRENCE J. BRENNER
Notary Public, State of New York
No. 02BR6172173
Qualified in Queens County
Commission Expires Aug. 6, 2011

NYIWDMS: 11238673_1

**Via Regular First Class Mail and Electronic Mail**

Michael S. Feldberg, Esq.
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@newyork.allenovery.com

James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com


Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
shai.waisman@weil.com

NYIWDMS: 11238673_1