

**Mizuho Trust & Banking (Luxembourg) S.A.**

1B, Parc d'Activité Syrdall, L-5365 Munsbach
P.O. Box 29, L-2010 Luxembourg
TEL. 42 16 17-1 - FAX 42 16 17-489
R.C. Luxembourg B-30235

Epiq Bankruptcy Solutions, LLC
*Attn: Lehman Brothers Holdings Claims Processing*
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Sent with DHL

20 April 2009

SUBJECT: WITHDRAWAL OF CLAIM IN LBHI BANKRUPTCY

Dear Sirs,

We hereby inform you that Mizuho Trust & Banking (Luxembourg) S.A. has sold the two LBHI Floating Rate Notes referred to in the attached Proof of Claim. As a consequence, Mizuho Trust & Banking (Luxembourg) S.A. is no longer the holder of the above notes and therefore withdraws its original claim (c.f. enclosure) of 19 January 2009.

Yours sincerely,

Kazunobu UCHIYAMA
Executive Vice President

Junichi ISHII
Managing Director & CEO

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Lehman Brothers Holdings Inc.

Case Number:

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Mizuho Trust & Banking (Luxembourg) S.A.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

1B, Parc d'Activité Syrdall
L-5365 Munsbach, LUXEMBOURG

Telephone number:
(352) 421-6171

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _____17,075,500.00_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** __Note Holder of two FRNs__
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** Please refer to the ISIN codes in ANNEX 1.

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date:

**19 JAN 2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kazunobu UCHIYAMA
Executive Vice President

Junichi ISHII
Managing Director & CEO

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ANNEX 1

**Summary of Claim**

Mizuho Trust & Banking (Luxembourg) S.A. is the note holder of two Floating Rate Notes (FRNs) issued by Lehman Brothers Holdings Inc. The notes were issued under the Euro Medium-Term Note Program and the Medium-Term-Notes Program, Series H with ISIN codes XS0288579260 (EUR 5,000,000) respectively US52517PD655 (USD 10,000,000).

To determine the correct amount to be claimed in USD, the exchange rate set by the European Central Bank (ECB) on 15-Sep-08 (EUR/USD @ 1.4151) has been used, i.e. EUR 5,000,000 equals USD 7,075,500.

As evidence that Mizuho Trust & Banking (Luxembourg) S.A. is the holder of the aforementioned notes, please refer to the attached portfolio valuation (ANNEX 2) issued by custodian bank EUROCLEAR on 31-Dec-08. For your convenience, we also enclose a CD (ANNEX 3) with the prospectuses and terms for each note program and print-outs from the EUROCLEAR Securities Database for each of the two above notes (ANNEX 4 and 5). Please note, that we cannot guarantee the reliability of information provided by the EUROCLEAR Securities Database.