WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------x

### NOTICE OF TWENTY-SEVENTH SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Twenty-Seventh Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.
US_ACTIVE:\43139474\01\43139474_1.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Twenty-Seventh Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Twenty-Seventh Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Twenty-Seventh Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, the Twenty-Seventh Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: August 20, 2009
      New York, New York

                                      Richard P. Krasnow

                                      WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

### Twenty-Seventh Supplemental List of Proposed Professionals
### to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Balcomb & Green, P.C.<br>818 Colorado Avenue<br>P.O. Drawer 790<br>Glenwood Springs, Colorado 81602 | Legal services with regard to zoning and entitlement matters |
| Bih Li & Lee<br>79 Robinson Road #24-08<br>CPF Building<br>Singapore 068897 | Legal services with regard to Singapore corporate law |