# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors, | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER GRANTING MOTION OF MARIE HUNTER FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) FOR A SEPARATION PAYMENT INCIDENT TO TERMINATION**

Upon the motion of Marie Hunter ("Hunter"): (i) for the allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b) for payment of a separation payment incident to termination post-petition for the benefit of Lehman Brothers Holdings, Inc. and its bankruptcy estate; ("Motion"); and notice of the Motion and the hearing thereon having been given to all parties listed on the Affidavit of Service filed with the Court; and upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for granting the relief requested in the Motion as set forth herein, it is hereby

**ORDERED** that Hunter be and hereby is granted an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $160,000, which claim shall be paid by the Debtors within seven (7) days hereof.

Dated: New York, New York
       September __, 2009

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE