Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  SS.:
COUNTY OF NEW YORK  )

RENA K. CERON, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 31st of July, 2009, I caused a copy of the following document:

STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF LBHI'S MOTION, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004, FOR AUTHORIZATION TO ENTER INTO (i) AMENDED REPURCHASE AGREEMENT WITH AURORA BANK FSB AND (ii) FINANCING FACILITY WITH AURORA LOAN SERVICES, LLC,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

                                                  /s/ Rena K. Ceron
                                                  RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 20th day of August, 2009

/s/ Denise M. Gargano
Denise M. Gargano
Notary Public, State of New York
No. 01GA4502475
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Jan. 31, 2010

2

## Exhibit A

alfredo.perez@weil.com; robert.messineo@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; brad.dempsey@hro.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com; bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelmonte@ssbb.com; cbrotstein@bm.net; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com; cp@stevenslee.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efreeman@lockelord.com; efriedman@friedumspring.com; egeekie@schiffhardin.com;

eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com;
ekbergc@lanepowell.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; fdellamore@jaspanllp.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com;
francois.janson@hklaw.com; frank.white@agg.com; fred.berg@rvblaw.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com;
guzzi@whitecase.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com;
holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com;
hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com;
isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com;
jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay.hurst@oag.state.tx.us;
jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com;
jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;
jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jg5786@att.com;
jgarrity@shearman.com; jgenovese@gjb-law.com; jgutmanmann@sonnenschein.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhs7@att.net;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com;
jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com;
jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com;
jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com;
jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com;
john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com;
k4.nomura@aozorabank.co.jp; kaf@msf-law.com; karen.wagner@dpw.com;
karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com;
keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com;
ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; lalshibib@reedsmith.com;
Landon@StreusandLandon.com; lattard@kayescholer.com; lawallf@pepperlaw.com;

2

lberkoff@moritthock.com; lbtancredi@venable.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; lromansic@steptoe.com;
lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com;
lubell@hugheshubbard.com; lwhidden@salans.com; lwong@pfeiferlaw.com;
mabrams@willkie.com; macronin@debevoise.com; MAOFILING@CGSH.COM;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov;
masaki_konishi@noandt.com; matthew.dyer@prommis.com; matthew.klepper@dlapiper.com;
matthew.morris@lovells.com; Mbass@HodgsonRuss.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com;
michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; MSchleich@fraserstryker.com; mshiner@tuckerlaw.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarren@mtb.com; Nasreen.Bulos@dubaiic.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
omeca.nedd@lovells.com; patrick.potter@pillsburylaw.com; paul.deutch@troutmansanders.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbentley@kramerlevin.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com;
pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbyman@jenner.com;
rcarlin@breslowwalker.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com;
Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com;
sbernstein@hunton.com; schannej@pepperlaw.com; schapman@willkie.com;
Schepis@pursuitpartners.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com;

3

scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

4

## Exhibit B

INTERNAL REVENUE SERVICE
Fax No.: (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

## Exhibit C

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Alfredo R. Perez, Esq.
     Robert L. Messineo, Esq.

Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.