Juda J. Epstein, Esq.
The Law Office of Juda J. Epstein
*Counsel to Water Pollution Control Authority for the City of Bridgeport*
3543 Main Street, Second Floor
Bridgeport, CT 06606
(203) 371-7007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDING, INC. | 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Law Office of Juda J. Epstein hereby appears as counsel of record to Water Pollution Control Authority for the City of Bridgeport.

**PLEASE TAKE FURTHER NOTICE** that the Law Office of Juda J. Epstein hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§ 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on the following party at the address set forth below:

>Juda J. Epstein, Esq.
>**Law Office of Juda J. Epstein**
>3543 Main Street, Second Floor
>Bridgeport, CT 06606
>Telephone: (203) 371-7007
>Facsimile: (203) 371-6001
>Email: contact@lawofficesjje.com

  **PLEASE TAKE FURTHER NOTICE THAT** pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code Sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of Debtors and/or their estates.

  **PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned by added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

  **PLEASE TAKE FURTHER NOTICE THAT** this notice of Appearance is not intended nor shall be deemed to waive Water Pollution Control Authority for the City of Bridgeport's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Water Pollution Control Authority for the City of Bridgeport is or may be entitled under agreements, in law, or in equity, all of which are hereby reserved.

Dated: Bridgeport, Connecticut
   August 21, 2009

        **LAW OFFICE OF JUDA J. EPSTEIN**
*Counsel to Water Pollution Control*
*Authority for the City of Bridgeport*

By:     /s/ Juda J. Epstein
       Juda J. Epstein, Esq.
       3543 Main Street
       Second Floor
       Bridgeport, CT 06606
       Telephone: (203) 371-7007
       Juris Number: 403992