

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

Prince Altee Thomas
Direct Dial: (215) 299-2079
Email Address: pthomas@foxrothschild.com

August 19, 2009

*Via Federal Express*
To Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re:  **Lehman Brothers Holdings Inc., et al., Case No. 008-13555 (JMP)
Jointly Administered; U.S. Bankruptcy Court, Southern District of New York
Proof of Claim No. 1165 of Right Management, Inc.**

Dear Sir/Madam:

We are attorneys for Right Management, Inc. Enclosed are an original and two copies of the Withdrawal of Proof of Claim No. 1165 of Right Management, Inc. Please stamp the copies with your acknowledgement of receipt and return them to me in the enclosed, self addressed Federal Express envelope for our records.

Sincerely,

*[signature]*

Prince Altee Thomas

Enclosures

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

NY1 434525v2 08/19/09

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS             :    Case No. 08-13555 (JMP)
INC., et al.,                                                  :
                                                                   :    Jointly Administered
                            Debtors.                        :
------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 1165

To Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076:

Please mark as withdrawn the Proof of Claim of Right Management, Inc. as filed with and received by you on December 1, 2008, in the amount of $212,200.00 and identified as No. 1165.

Dated: August 19, 2009
       Philadelphia, Pennsylvania

*Prince Altee Thomas*
Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2079, (Fax) 215-299-2150
pthomas@foxrothschild.com

Attorneys for Right Management, Inc.

NY1 434524v2 08/18/09