Page 1

1

2            UNITED STATES BANKRUPTCY COURT

3            SOUTHERN DISTRICT OF NEW YORK

4

5     IN RE:                          )

                                      )

6     LEHMAN BROTHERS HOLDINGS,       ) Chapter 11 Case

      INC., et al.                    ) Case No. 08-13555 (JMP)

7                                     ) (Jointly Administered)

                  Debtors.           )

8     ----------------------------)

9

10

11

12            341 MEETING OF CREDITORS

13            New York, New York

14            Wednesday, July 8, 2009

15

16

17

18

19

20

21

22    Reported by:

23    KRISTIN KOCH, RPR, RMR, CRR, CLR

24    JOB NO. 23600

25

Page 2

1

2

3                          July 8, 2009

4                          10:11 a.m.

5

6

7           341 Meeting of Creditors, held at

8      the Hilton Hotel, 1335 Avenue of the

9      Americas, New York, New York, before

10     Kristin Koch, a Registered Professional

11     Reporter, Registered Merit Reporter,

12     Certified Realtime Reporter, Certified

13     Livenote Reporter and Notary Public of the

14     State of New York.

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S:

3

4         UNITED STATES DEPARTMENT OF JUSTICE

5         OFFICE OF THE UNITED STATES TRUSTEE

6              33 Whitehall Street

7              New York, New York 10004

8         BY:   ANDREW D. VELEZ-RIVERA, ESQ.

9

10        WEIL, GOTSHAL & MANGES, LLP

11        Attorneys for Debtors

12             767 Fifth Avenue

13             New York, New York 10153

14        BY:   AMANDA HENDY, ESQ.

15

16   PANEL MEMBERS:

17             DANIEL EHRMANN

18             BRYAN MARSAL

19             JOHN SUCKOW

20             LORI FIFE

21             SHAI WAISMAN

22             WILLIAM FOX

23             JACK D. McCARTHY, JR.

24             JEFF FITTS

25             DOUGLAS LAMBERT

Page 4

1

2          MR. VELEZ-RIVERA:   Ladies and

3     gentlemen, good morning.   I am Andy

4     Velez-Rivera.   I am with the office of the

5     United States Trustee here in the Southern

6     District of New York.   This is the joint

7     meeting of creditors in the bankruptcy

8     cases of Lehman Brothers Holdings, Inc. and

9     its related Chapter 11 debtors in

10    possession.

11         Under an order of the court these

12    cases are jointly administered and the lead

13    case is Lehman Brothers Holdings,

14    bankruptcy case number 08-13555 (JMP).

15         We appreciate that you all are here.

16    If you haven't signed in outside when you

17    came in, please do so as you exit the

18    facility.

19         I will be presiding over the Chapter

20    11 meeting of creditors this morning on

21    behalf of my client, Diana Adams, the

22    United States Trustee.

23         This is a continued meeting of

24    creditors.   Several of you were here back

25    on January 29th when the initial meeting

1         341 Creditors Meeting

2    was held in these cases and the protocol

3    and the recordation of the meeting will

4    happen in much the same way.

5        There is a court reporter present

6    who will transcribe the meeting and her

7    transcription will be the official record

8    of the case.  You can contact her directly

9    or my office if you would like a

10   transcript.

11       The press is welcome to attend

12   because this is an open meeting, however,

13   no press people will be allowed to ask any

14   questions.  No video recording of any type

15   will be allowed.  No audio recording of any

16   type.  No photography, and that includes

17   photos by cell phones.  Note taking is just

18   fine, but as I mentioned, you can get the

19   transcript from the reporter.

20       I'd like to introduce some of the

21   people on the podium.

22       The gentleman who is second from the

23   last is Mr. Shai Waisman.  I will ask him

24   introduce everybody else.

25       MR. WAISMAN:  (Inaudible.)

1          341 Creditors Meeting

2          MR. VELEZ-RIVERA:  Okay, we will do

3      that.

4          We will begin with the presentation

5      by Mr. Marsal and then at the conclusion of

6      that he will entertain questions from the

7      audience.  At that point only creditors

8      will be permitted to ask questions.

9          All right.  Oh, one other word.

10     Mr. Marsal's presentation, as he makes his

11     way up here, what you see on screen has

12     already been filed this morning, I am told,

13     in an 8-K filing and it is also available

14     on their website.

15         MR. MARSAL:  Good morning.  In

16     January we had a full room and I must tell

17     you I did not expect to get a full room

18     today, but we will do our best to update

19     you on where we are in the matter of Lehman

20     Brothers Holdings.

21         In terms of the current situation at

22     Lehman, over the last -- since we last met

23     in late January there has been steady

24     progress on asset management, claims

25     management, financial reporting and the

1          341 Creditors Meeting

2      litigation aspects of this case.  Our

3      liquidity continues to build.  The

4      (inaudible) thing is that we are only

5      permitted to put that liquidity into

6      permitted investments and, as you know, the

7      permitted investments are investing in

8      government guaranteed obligations, short

9      term.  There is a very poor return.

10     Despite that fact you will see we have

11     $12 billion in cash today.

12          Reporting, our 12-31-08 balance

13     sheet will be available in early to mid

14     August.  That will provide a lot of answers

15     to questions on valuation, what we think

16     the illiquid assets are currently valued

17     at.

18          And last but not least, our

19     financial situation continues to improve

20     (inaudible) the 12-31-08 numbers.  We will

21     get more -- we are on an accelerated basis

22     to get more current numbers.  We are

23     running the first and second quarter

24     numbers as quickly as we possibly can.

25          In terms of claims management, as

1        341 Creditors Meeting

2        you know, there is a Bar date on September

3        22nd.  We are sorting through all the

4        intercompany -- many of the intercompany

5        guaranty issues.  This is very complex and

6        is going to take a significant amount of

7        time.  Keep in mind that it's our objective

8        that this Bar date is to really put a stake

9        in the ground and try to get a handle on

10       what the claims are to force people to help

11       us analyze and to develop that history.

12       There has been a tremendous amount of

13       concern, particularly in Europe, and

14       confusion surrounding this Bar date.  We

15       are going to work with all bondholders to

16       do what's right by them.  And so having

17       said that, we are sympathetic that this is

18       a bit confusing, this process between the

19       guarantees that have been provided by

20       Holdings and the direct loans that have

21       been made to subsidiaries of Lehman.

22           On the litigation front, there is

23       significant litigation in progress.  As you

24       know, we have a matter under way with Bank

25       of America and we have a discovery request

1                341 Creditors Meeting

2        that has been made and granted by the court

3        under the Barclay's matter.  We also have a

4        number of other issues which are in the

5        process of being developed and pursued.  I

6        am not at liberty to really talk about

7        them, but in the coming weeks it will start

8        to become clearer as to what those

9        litigations will be.

10            Last but not least, we have a

11       significant amount of preference and

12       fraudulent conveyance issues that need to

13       be addressed and business work stream has

14       been developed to address that and we will

15       be assigning legal responsibility to that

16       work stream shortly.

17            On the personnel front, I thought it

18       was valuable to show you where we are

19       today.  The Lehman estate consists of 2,405

20       head count.  Most of the head count, if you

21       look down the vertical axis, you will see

22       the various departments and functional

23       areas.  Most of the head count, if you go

24       down to the fourth from the bottom, you

25       will see is at the bank platforms, the

Page 10

341 Creditors Meeting

1    Aurora bank platform and the Utah bank,

2    where we have 1,759 head count.  If we go

3    back up -- excuse me.  The LBB is strictly

4    Aurora.  Below that is the Utah  Bank where

5    we have 20 head count.  So you see that the

6    estate really consists of the 428 of asset

7    teams and 164 of administrative teams in

8    terms of Lehman personnel.

9        In terms of A&M personnel, of the

10   175 FTEs working from A&M, we have a

11   hundred which are involved in

12   administrative matters, we have 69 which

13   are directly involved in asset matters,

14   with six being involved with the bank

15   platforms.  So to look at it a different

16   way, the administration of this case has

17   required about a hundred of Alvarez &

18   Marsal FTEs.

19       Let's look at of the 175, let's look

20   at what they are doing.  On the finance,

21   treasury and tax front, it's clear they are

22   trying to get the books and records out,

23   trying to get them straightened and trying

24   to deal with many of the tax issues and to

Page 11

341 Creditors Meeting

1  deal with the cash management of a

2  liquidating situation.

3       Next category, IT wind-down, we were

4  left with a challenge when Barclay's took

5  over the technology of Lehman.  Barclay's

6  agreement permits us two years to depend on

7  Barclay's system, at which point they can

8  cut us off of that IT system, so we have

9  been in a rush to get our own stand-alone

10  IT system up so we can track these assets

11  into the future.

12       This is a very project-oriented

13  group and the job should be largely done by

14  the end of this calendar year into the

15  first quarter of 2010.  It's our objective

16  to be independent of Barclay's by the end

17  of the first quarter certainly.

18       Next category, which is claims

19  management, CMS, data and forensic, the

20  head count here is really focusing on three

21  major activities.  One is the forensic

22  activities to support the litigations that

23  are under way.  The other is to support the

24  data requests both of the examiner and the

Page 12

341 Creditors Meeting

1

2    other receivers and of our own organization

3    and trying to reconstruct some of the

4    activities that occurred prior to the

5    filing.

6         Looking at the asset teams, what you

7    see there is you see a relationship of it's

8    really one Alvarez & Marsal person to every

9    seven legacy Lehman people.  We believe

10   that that is -- the mix varies, but as you

11   see the bulk of the people on this case in

12   terms of legacy Lehman are the asset teams,

13   the bulk of the A&M people are in the

14   administrative teams.

15        In terms of key responsibilities for

16   A&M, we went over this back in January, but

17   we will do it again.  The first

18   responsibility is maximize the recovery

19   value of the assets.  There are five asset

20   teams in place.  Each of those teams, the

21   tasks are defined and the plans are being

22   executed as opposed to before when plans

23   were being developed.  We pretty much know

24   what we have to do in each of those asset

25   categories and people are doing it.  It's

Page 13

341 Creditors Meeting

1   341 Creditors Meeting

2   actually working quite well.

3   The second key objective, which is

4   to mitigate potential liability and

5   reconcile claims, the key open issues there

6   is resolving the derivative claim

7   termination values, the unfunded

8   commitments, getting out of those unfunded

9   commitments both in terms of the bank, the

10  bank book, as well as the private equity

11  unfunded limited partner responsibility,

12  the GP responsibility, and sort through all

13  the parent guarantees that we have for all

14  the various Lehman subsidiaries, as well as

15  to sort out from the clearing bank

16  standpoint what happened with our various

17  clearing banks.  We have identified various

18  claims against us which we are now

19  investigating.

20  The third key objective was to meet

21  the needs of the court, the U.S. Trustee

22  and the Unsecured Creditors Committee to

23  attempt to timely reporting, transparency,

24  and cost effective administration of the

25  case.  I am pretty proud of what we have

Page 14

1           341 Creditors Meeting

2      done to date.  I think we have moved that

3      up at a pretty good pace given the

4      complexity of this case.  What I would say

5      to you is just in the case of Alvarez &

6      Marsal, we have over twenty teams, which a

7      team would be the equivalent of which would

8      work on one case normally, so this is

9      twenty times the normal A&M size case.

10          In terms of asset reports, the first

11     key asset to talk about is the bank

12     platforms.  There is really no surprise

13     here.  On the bank asset front things are

14     stabilized.  Asset values are becoming --

15     we have written it down to levels that we

16     feel very comfortable with.  The concern we

17     have on the bank platforms is with all the

18     reforms going on in Washington, things are

19     a bit confusing right now.  The FDIC has

20     sort of changed the rules of the game in

21     terms of their willingness to permit us to

22     open up broker CDs again and the office of

23     the Thrift has really been merged into the

24     control of the currency, so there is lots

25     of confusion on that regulatory front.

Page 15

341 Creditors Meeting

1

The bank book, we have unfunded

2

commitment obligations continue to be

3

eliminated.  As we will discuss later,

4

there has been a stampede to clean up the

5

unfunded revolvers and we have (inaudible)

6

of $3.8 billion in the pipeline, so we are

7

going to be making some major headway in

8

the next 60 days on cleaning up the

9

unfunded liabilities.  It's going very

10

well.

11

The value of the portfolio, it's

12

stabilized.  The portfolio actually has

13

increased in value over the last three

14

months.

15

In terms of the principal

16

investments and private equity, our focus

17

was on the stabilization and to spin out

18

those funds (inaudible) general partner

19

with a significant unfunded liability or

20

unfunded responsibility.  To the extent

21

that we do not meet that responsibility, as

22

you know, it jeopardizes the value of our

23

LP interest, any residual LB interest we

24

had, so we have been undertaking to try and

25

Page 16

1    341 Creditors Meeting

2    put the general partner interest in the

3    hands of others.  We held an auction and we

4    had over a hundred potential interested

5    parties.  At the same time as the general

6    partner we felt it our primary

7    responsibility given the fact we only owned

8    14 or 16 percent of the fund, the other

9    86 percent of the fund was owned by LPs, we

10   felt our responsibility was first to those

11   LPs to find out who they wanted to manage

12   the fund, and the LPs overwhelmingly voted

13   for the former management of Lehman to run

14   that fund, and that management team, the

15   private equity management team will proceed

16   on as the general partner replacing Lehman.

17        In terms of the real estate assets,

18   again, I put in there Canyon Ranch, Miami.

19   This is a situation where we actually went

20   on the offensive.  We weren't purely a

21   lender, but, in fact, we were an equity

22   holder.  We went on the offensive.  We

23   cleaned up the mezz.  We got rid of the --

24   cleaned up the equity, cleaned up the mezz,

25   permitting us to really operate legally and

Page 17

1          341 Creditors Meeting

2      financially as owner, and then we took

3      actions to try and clean up and move the

4      280 unsold units.  That move has been very

5      positive.  The board has supported our

6      moves and I think that the results to date

7      support that action.

8          Fundamentally, real estate, we are

9      shifting from being a portfolio manager who

10     is waiting for a better market to an asset

11     manager that is working the assets and we

12     will get to a better market, but we

13     recognize that as an asset manager we are

14     very much in competition with others who

15     are trying to take our value and put it

16     into their building or their piece of

17     property.  So we have gone on the

18     offensive.  I would say in the last three

19     months we have been very much more an asset

20     manager than a portfolio manager.

21         On the derivative front, as you will

22     see, we have collected close to $6 billion,

23     implementing hedging strategies and various

24     other strategies of assignment which I

25     think are actually maybe making law or

1          341 Creditors Meeting

2      precedent right now, so it's an interesting

3      time for us in the derivatives world.

4          On the international front, we have

5      the Lavender portfolio, which is a

6      portfolio of loans, real estate loans in

7      Japan.  We went in with that looking at a

8      mid teens kind of recovery.  We took a

9      proactive role along with the help of the

10     receiver in Hong Kong and we have actually

11     presented a credit bid concept to the

12     Japanese, which was somewhat unique.  The

13     result of that credit bid concept was we

14     got the recovery in excess of mid 40s up

15     from the 14, 15 percent recovery range that

16     had been forecasted.  So by putting a

17     stalking horse in there ourselves, we were

18     able to get an honest bid out of the

19     marketplace.

20         We are in discussions on Bankhaus,

21     which is a major subsidiary and creditor of

22     ours, on trying to settle out of some of

23     the asset issues that we have with them.

24         On the intercompany side we still

25     have a limited understanding of LBI

Page 19

1              341 Creditors Meeting

2      activities.  The LBI and LBIE, they really

3      provide -- LBIE is the European, the U.K.

4      receiver.  LBI is the SIPA receiver.  And

5      we really have minimum transparency with

6      what is going on in those estates.  Given

7      the fact that we are probably the largest

8      creditor, it's a little frustrating not

9      knowing what's happening in those estates,

10     not knowing officially what's going on in

11     those estates.

12          Our relationship with KPMG receiver

13     in Asia, we have been able to work together

14     on protocols and deal with problems, and as

15     a consequence liquidation results have been

16     really very strong.

17          International protocol, what this is

18     is trying to get receivers in various

19     countries to work together so we can get

20     out of this case before I die.  And the

21     issues that we have are really you have got

22     rules in each country.  Obviously the rules

23     in that country will govern.  There is no

24     question about the sovereignty, but the

25     cooperation and information sharing, having

1          341 Creditors Meeting

2      a common objective of trying to do right by

3      the creditors, trying to get through these

4      matters in a fair way, trying to get

5      through these matters in a cooperative way

6      has been very important and that's what

7      Judge Peck has supported in this protocol,

8      and aside from the U.K. and Japan we have

9      received support from the administrators in

10     the other receiverships.

11          Challenges.  Again, on the LBI front

12     it's not clear to us what's going on in

13     that estate, lack of transparency.  As the

14     largest creditor we remain in the dark as

15     to the substantial amount of the ultimate

16     recovery or lack of recovery.

17          On the LBIE front, we could use

18     improved cooperation.  It's a very

19     conservatively-administered estate and that

20     has handicapped us.

21          In terms of our financial

22     position -- again, there is a lot of

23     detail.  I apologize.  I don't think there

24     is any other way we could provide it,

25     though.  You see on the vertical axis is

Page 21

1                341 Creditors Meeting

2      all the various subsidiaries along with the

3      parent.

4           As we showed you in January, we are

5      treating this as the subsidiaries are

6      sacred, cash goes in there, cash stays in

7      there.  There isn't a commingling of the

8      cash.  There is a clear audit trail of all

9      the cash receipts and disbursements related

10     to the various subsidiaries into the

11     holding company.

12          The cash, if you look across the

13     horizontal access, it is sort of an

14     activity report of where we are.  Where we

15     are today, our cash position today is

16     $12.2 billion as of 6-30.  You see the

17     various components of it in terms of the

18     debtor, non-debtor components, and all the

19     accompanying footnotes.  Again, this is on

20     our website and it was filed as an 8-K this

21     morning.

22          Bank platforms, the first one I'd

23     like to cover is the bank which is Utah.

24     This bank there has been significant

25     progress.  As you can see to the far right,

Page 43

1            341 Creditors Meeting

2       underlying assets themselves, are they in a

3       financing structure similar to the loan

4       book or are the bottom line assets

5       unencumbered and the nature of the claims

6       through claims creditors against its

7       assets?

8            MR. SUCKOW:  We are just a creditor

9       in those assets.

10           SPEAKER:  I have one further

11      question.

12           MR. VELEZ-RIVERA:  No.

13           SPEAKER:  Hi, Mark Heimowitz

14      (phonetic) from Citi.

15           Mr. Marsal, you mentioned that you

16      are looking at all of the recoveries on an

17      individual subsidiary basis and looking at

18      subsidiary guarantee claims.  In your

19      experience now in the books and records of

20      the company, is there any entanglement

21      issue or are the books and records clean

22      and unencumbered between subsidiaries and

23      Oldco?

24           MR. EHRMANN:  I think it's fair to

25      say we are still reconciling (inaudible).

Page 44

1                    341 Creditors Meeting

2          SPEAKER:  And with respect to

3    transactions with the outside world, has

4    there been any work done on whether or not

5    if the creditors of the subsidiaries relied

6    on the individual credit quality of the

7    subsidiaries as opposed to the credit --

8          MR. EHRMANN:  We are not going to

9    comment on what other people rely on.

10         SPEAKER:  I guess the final

11   question, are you exploring the concept of

12   substantial consolidation of the --

13         MR. WAISMAN:  We are exploring all

14   legal options with respect to the estates.

15         MR. MARSAL:  Our approach is not to

16   assume there is going to be any substantive

17   consolidation.  That will obviously be a

18   decision that will be made later by the

19   court.  Our approach is to keep each

20   subsidiary, to respect the integrity of the

21   legal entity structure.

22         SPEAKER:  I am Fayel Romano

23   (phonetic) of SGE from Italy and I

24   represent Antonio (phonetic) creditors.

25   The question is related to guarantees.  In

Page 105

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK      )

5                              ) ss.:

6    COUNTY OF NASSAU       )

7

8            I, KRISTIN KOCH, a Notary Public

9       within and for the State of New York, do

10      hereby certify that the within is a true

11      and accurate transcript to the best of my

12      ability of the proceedings held on July 8,

13      2009.

14            That I am not related to any of the

15      parties to this action by blood or

16      marriage; and that I am in no way

17      interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19      set my hand this 9th day of July, 2009.

20                         -------------------------

21                         KRISTIN KOCH, RPR, RMR, CRR

22

23

24

25