STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
Darrell W. Clark, *Pro Hac Vice*
Counsel to Exegy Incorporated

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re: : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby withdraw their notice of appearance for Exegy Incorporated, a creditor in interest herein. It is hereby specifically requested that Darrell Clark and Stinson Morrison Hecker LLP be removed from all mailing lists and notices of electronic filings in the above-captioned matter.

Dated: August 21, 2009        Respectfully submitted:

/s/ Darrell W. Clark
Darrell W. Clark, *Pro Hac Vice*
STINSON MORRISON HECKER LLP
1150 18th Street, NW; Suite 800
Washington, DC 20036
Tel: 202-785-9100; Fax: 202-785-9163

DB03/806742.0001/9214849.1 CR09