Martin Flics
Mary K. Warren
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(+1) 212 903 9000 (Tel)
(+1) 212 903 9100 (Fax)

Attorneys for the Joint Administrators of the
Lehman European Group Administration Companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

SHAUIN WANG, being duly sworn, deposes and says:

1. I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Linklaters LLP, with a place of business located at 1345 Avenue of the Americas, New York, New York 10105.

2. On August 21, 2009, I caused to be served true and correct copies of the Objection of the Joint Administrators of the Lehman European Group Administration Companies to the Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay and Holding Shinsei

Bank in Contempt for Violating the Automatic Stay (Docket No.4880) upon the parties listed on the attached service list by hand delivery.

                                                       /s/  Shauin Wang
                                                       Shauin Wang

SWORN TO AND SUBSCRIBED before me this 21st day of August, 2009

/s/  Casey Bell
Casey Bell
Notary Public – State of New York
No.01BE6109523
Qualified in New York County
My Commission Expires September 2, 2012

**Service List**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Richard L. Levine, Esp., and Shai Y. Waisman, Esq.


Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.


Vinson & Elkins, LLP
666 Fifth Avenue
New York, New York 10103
Attn: J. Ronald Trost, Esq., Denis F. Cronin, Esq., Dov Kleiner, Esq., and Ari M. Berman, Esq.