Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :        Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (JMP)
                                                             :
                              Debtors.                       :        (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK   )

     RENA K. CERON, being duly sworn, deposes and says:

     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

     On the 10th of July, 2009, I caused a copy of the following document:

OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DNB NOR BANK FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND ALLOWING SETOFF OF SUCH CLAIM,

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties listed on Exhibit <u>B</u> attached hereto by facsimile, and to be served upon the parties listed on Exhibit <u>C</u> attached hereto by FedEx for next business day delivery.

   /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 21st day of August, 2009

   /s/ Denise M. Gargano
Denise M. Gargano
Notary Public, State of New York
No. 01GA4502475
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Jan. 31, 2010

## Exhibit A

rwgaffey@jonesday.com; wjhine@jonesday.com; tschaffer@jonesday.com;
Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com;
Jacqueline.marcus@weil.com; susheelkirpalani@quinnemanuel.com; cshore@whitecase.com;
tlauria@whitecase.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com;
adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
akihiko_yagyuu@chuomitsui.jp; alex.torres@infospace.com; amarder@msek.com;
AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com;
Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com;
angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com;
arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com;
aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com;
atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com;
avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com;
bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com;
bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com;
bpershkow@profunds.com; brad.dempsey@hro.com; brian.pfeiffer@friedfrank.com;
brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com;
bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com;
bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com;
canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelmonte@ssbb.com;
cbrotstein@bm.net; chammerman@paulweiss.com; charles@filardi-law.com;
charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com;
cp@stevenslee.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com;
cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com;
ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com;
cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com;
danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-
law.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com;
dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deborah.saltzman@dlapiper.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com;
deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com;
dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com;
DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;

dshemano@pwkllp.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efreeman@lockelord.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; fdellamore@jaspanllp.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gauchb@sec.gov; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gnovod@kramerlevin.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jgutmanmann@sonnenschein.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; kaf@msf-law.com; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com;

KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com;
krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
lalshibib@reedsmith.com; Landon@StreusandLandon.com; lattard@kayescholer.com;
lawallf@pepperlaw.com; lberkoff@moritthock.com; lbtancredi@venable.com;
lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
lwong@pfeiferlaw.com; mabrams@willkie.com; macronin@debevoise.com;
MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com;
matthew.klepper@dlapiper.com; matthew.morris@lovells.com; Mbass@HodgsonRuss.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com;
mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com;
metkin@lowenstein.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.;
mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; MSchleich@fraserstryker.com; mshiner@tuckerlaw.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarren@mtb.com; Nasreen.Bulos@dubaiic.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
omeca.nedd@lovells.com; patrick.potter@pillsburylaw.com; paul.deutch@troutmansanders.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbentley@kramerlevin.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.gilhuly@lw.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com;
pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbyman@jenner.com;
rcarlin@breslowwalker.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com;

Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; schannej@pepperlaw.com; schapman@willkie.com; Schepis@pursuitpartners.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2256

**Exhibit C**

Jones Day
222 East 41st Street
New York, New York 10017
Attn: Robert W. Gaffey
     William J. Hine
     Tracy Schaffer

Weil Gotshal & Manges LLP
767 Fifth Avenue
 New York, New York 10153
Attn: Richard P. Krasnow
     Lori R. Fife
     Shai Y. Waisman
     Jacqueline Marcus

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera
     Paul Schwartzberg
     Brian Masumoto
     Linda Riffkin
     Tracy Hope Davis

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Susheel Kirpalani

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn: J. Christopher Shore

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Attn: Thomas E Lauria