**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                          :
                    Debtors.              :        **(Jointly Administered)**
                                          :
------------------------------------------------------------------------x        **Ref. Docket No. 4366**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

   PAUL BELOBRITSKY, being duly sworn, deposes and says:

   1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

   2.  On August 20, 2009, I caused to be served a personalized "Corrected Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

   3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

               /s/ Paul Belobritsky
               Paul Belobritsky

Sworn to before me this
21st day of August, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :        08-13555 (JMP)
                                              :
                    Debtors.                  :        (Jointly Administered)
                                              :
------------------------------------------------------------------------x

<u>**CORRECTED NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

To:        The Shiga Bank, Ltd.
           1-38, Hamamachi,
           Otsu-City, Shiga 520-8686
           Japan


Your claim, in the amount of **$ 5,756,957.66** has been transferred, unless previously expunged by Court Order, to:

           Merrill Lynch Japan Securities Co. Ltd
           Nihonbashi 1-Chome Building
           1-4-1 Nihombashi, Chuo-Ku
           Tokyo, 103-8230
           Japan


No action is required if you do not object to the transfer of your claim.  However**, if you object to the transfer of your claims, within 20 days of the date of this notice you must file a written objection to the transfer with:**

                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
                    ONE BOWLING GREEN
                    NEW YORK, NY 10004-1408

                    Send a copy of your objection to the transferee.

Refer to docket number 3611 in your objection.
If you file an objection, a hearing will be scheduled.
**If your objection is not timely filed, the transferee will be substituted on our records as the claimant.**


/s/ Paul Belobritsky
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 20, 2009.

**EXHIBIT "B"**

The Shiga Bank, Ltd.
1-38, Hamamachi,
Otsu-City, Shiga 520-8686
Japan


Merrill Lynch Japan Securities Co. Ltd
Nihonbashi 1-Chome Building
1-4-1 Nihombashi, Chuo-Ku
Tokyo, 103-8230
Japan

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153