**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
                       Debtors.                                   :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 4510, 4781, 4782,
                                                                       4784 - 4787

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      PAUL BELOBRITSKY, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On August 18, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

      3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ Paul Belobritsky
Sworn to before me this                           Paul Belobritsky
21st day of August, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
_____
                                               |
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
         Debtors.                              |
                                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CARMIGNAC GESTION                              CARMIGNAC GESTION
     ATT: PASCALE GUILLIER                          MORRISON COHEN, LLP
     4 PLACE VENDOME                                ATTN: MICHAEL R. DAL LAGO, ESQ.
     PARIS    75001                                 909 THIRD AVENUE
     FRANCE                                         NEW YORK NY 10022
```

Please note that your claim # 2291 in the above referenced case and in the amount of
        $58,746,042.04         has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH (UK)
     TRANSFEROR: CARMIGNAC GESTION
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4510         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |    08-13555 (JMP)
                                              |
                                              |    (Jointly Administered)
            Debtors.                          |
                                              |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:   CARMIGNAC GESTION<br>MORRISON COHEN, LLP<br>ATTN: MICHAEL R. DAL LAGO, ESQ.<br>909 THIRD AVENUE<br>NEW YORK NY 10022 | CARMIGNAC GESTION<br>ATT: PASCALE GUILLIER<br>4 PLACE VENDOME<br>PARIS     75001<br>FRANCE |

Please note that your claim # 2291 in the above referenced case and in the amount of
       $58,746,042.04         has been transferred **(unless previously expunged by court order)**

                                                    DEUTSCHE BANK AG, LONDON BRANCH (UK)
                                                    TRANSFEROR: CARMIGNAC GESTION
                                                    ATTN: MICHAEL SUTTON
                                                    WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON     EC2N 2DB
                                                    UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4510        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2009.

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
                                       |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                       |    (Jointly Administered)
                                       |
            Debtors.                   |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  WCG MASTER FUND, LTD
         KEN ULBRICHT, MANAGING DIRECTOR AND COO, WCG MANAGEMENT LP
         225 LIBERTY ST
         2 WORLD FINANCIAL CENTER
         7TH FL
         NEW YORK NY 10281
```

Please note that your claim # 4676 in the above referenced case and in the amount of
   $25,735,714.70          has been transferred **(unless previously expunged by court order)**

```
         LONGACRE MASTER FUND, LTD.
         TRANSFEROR: WCG MASTER FUND, LTD
         810 SEVENTH AVENUE
         33RD FLOOR
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4782       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: WCG MASTER FUND, LTD
KEN ULBRICHT, MANAGING DIRECTOR AND COO, WCG MANAGEMENT LP
225 LIBERTY ST
2 WORLD FINANCIAL CENTER
7TH FL
NEW YORK NY 10281

Please note that your claim # 4677 in the above referenced case and in the amount of
        $25,735,714.70        has been transferred **(unless previously expunged by court order)**

LONGACRE MASTER FUND, LTD.
TRANSFEROR: WCG MASTER FUND, LTD
810 SEVENTH AVENUE
33RD FLOOR
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4787    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                                    Vito Genna, Clerk of Court

                                                    /s/ Paul Belobritsky
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 18, 2009.

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  WCG MASTER FUND, LTD
         KEN ULBRICHT, MANAGING DIRECTOR AND COO, WCG MANAGEMENT LP
         225 LIBERTY ST
         2 WORLD FINANCIAL CENTER
         7TH FL
         NEW YORK NY 10281
```

Please note that your claim # 4675 in the above referenced case and in the amount of
        $14,249,288.00      has been transferred **(unless previously expunged by court order)**

```
         LONGACRE MASTER FUND, LTD.
         TRANSFEROR: WCG MASTER FUND, LTD
         810 SEVENTH AVENUE
         33RD FLOOR
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4781      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  WCG MASTER FUND, LTD
          KEN ULBRICHT, MANAGING DIRECTOR AND COO, WCG MANAGEMENT LP
          225 LIBERTY ST
          2 WORLD FINANCIAL CENTER
          7TH FL
          NEW YORK NY 10281
```

Please note that your claim # 4674 in the above referenced case and in the amount of
     $14,249,288.00        has been transferred **(unless previously expunged by court order)**

```
          LONGACRE MASTER FUND, LTD.
          TRANSFEROR: WCG MASTER FUND, LTD
          810 SEVENTH AVENUE
          33RD FLOOR
          NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4785       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2009.

```
In re                                                |  Chapter 11 Case No.
                                                     |
                                                     |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,               |
                                                     |  (Jointly Administered)
                                                     |
                   Debtors.                          |
                                                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   BANIF- BANCO DE INVESTIMO, S.A.
              RUA TIERNO GALVAN, TORRE 3-14 PISO
              ATTN: ARIANA GONCALVES AND MARTA RANGEL
              LISBON     1070-274
              PORTUGAL
```

Please note that your claim # 5584 in the above referenced case and in the amount of
        $3,318,289.01          has been transferred **(unless previously expunged by court order)**

```
              LONGACRE OPPORTUNITY FUND, L.P.
              TRANSFEROR: BANIF- BANCO DE INVESTIMO, S.A.
              810 SEVENTH AVENUE
              33RD FLOOR
              NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                                UNITED STATES BANKRUPTCY COURT
                                Southern District of New York
                                One Bowling Green
                                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4786         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BANIF- BANCO DE INVESTIMO, S.A.
          RUA TIERNO GALVAN, TORRE 3-14 PISO
          ATTN: ARIANA GONCALVES AND MARTA RANGEL
          LISBON    1070-274
          PORTUGAL

Please note that your claim # 5585 in the above referenced case and in the amount of
        $3,318,289.01        has been transferred **(unless previously expunged by court order)**

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: BANIF- BANCO DE INVESTIMO, S.A.
          810 SEVENTH AVENUE
          33RD FLOOR
          NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4784    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 18, 2009.

# EXHIBIT "B"

```
TIME: 16:48:20                            LEHMAN BROTHERS HOLDING INC.                                                      PAGE:  1
DATE: 08/18/09                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANIF- BANCO DE INVESTIMO, S.A. | RUA TIERNO GALVAN, TORRE 3-14 PISO ATTN: ARIANA GONCALVES AND MARTA RANGEL LISBON 1070-274 PORTUGAL |
| CARMIGNAC GESTION | ATT: PASCALE GUILLIER 4 PLACE VENDOME PARIS 75001 FRANCE |
| CARMIGNAC GESTION | MORRISON COHEN, LLP ATTN: MICHAEL R. DAL LAGO, ESQ. 909 THIRD AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CARMIGNAC GESTION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| LONGACRE MASTER FUND, LTD. | TRANSFEROR: WCG MASTER FUND, LTD 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: BANIF- BANCO DE INVESTIMO, S.A. 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 100193 |
| WCG MASTER FUND, LTD | KEN ULBRICHT, MANAGING DIRECTOR AND COO, WCG MANAGEMENT LP 225 LIBERTY ST 2 WORLD FINANCIAL CENTER 7TH FL NEW YORK NY 10281 |

Total Number of Records Printed    7

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153