WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                               :
                                      Debtors.    :    **(Jointly Administered)**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING DUAL NOTICE OF PRESENTMENT**
**OF STIPULATION AND AGREED ORDER WITH RESPECT TO**
**NON-RELATED CONTRACTS POSTED FOR ASSUMPTION AND**
**ASSIGNMENT IN CONNECTION WITH ASSET PURCHASE AGREEMENT**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [Docket No. 2837], dated, February 13, 2009 (the "Amended Case

Management Order"), the undersigned hereby certifies as follows:

1.        On August 6, 2009, Lehman Brothers Holdings Inc. ("LBHI") and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), filed a dual notice of presentment of stipulation and agreed order

(the "Stipulation and Agreed Order") with respect to non-related contracts posted for assumption

and assignment in connection with the asset purchase agreement between LBHI, LB 745 LLC,

Lehman Brothers Inc., and Barclays Capital Inc. (the "Notice of Presentment"). **[Docket No.**

**4725].** The Notice of Presentment was served in accordance with the procedures set forth in the

Amended Case Management Order on (i) the United States Trustee for the Southern District of

New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) all parties who have requested notice in

these chapter 11 cases; and (vii) all counterparties to the contracts identified in the Stipulation

and Agreed Order.

      2.      The Notice of Presentment set August 20, 2009 at 11:00 am (New York

Time) as the deadline for parties to object or file a response to the Notice of Presentment (the

"Objection Deadline").

      3.      The Amended Case Management Order provides that pleadings may be

granted without a hearing, provided that no objections have been filed prior to the Objection

Deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

      4.      The Objection Deadline has now passed and, to the best of my knowledge,

no objections or other responsive pleadings to the Notice of Presentment have been filed with the

Court on the dockets of the above-referenced cases in accordance with the procedures set forth in

the Amended Case Management Order, nor has any objection or other responsive pleading with

respect to the Notice of Presentment been served on Debtors' counsel.  While one contract

counterparty informally raised concerns with respect to the proposed Stipulation and Agreed

Order, that issue has been resolved.  Specifically, all parties to the Stipulation and Agreed Order

have agreed to remove the SunGard Reference Data Solutions LLC contract titled "Schedule A#9 to the Agreement, dated as of May 15, 199 (ID: CON 288843)" from Exhibit A to the proposed Stipulation and Agreed Order.  A blackline reflecting such modification is attached hereto as Exhibit 1.

5.      Accordingly, for the reasons set forth in the Notice of Presentment, the Debtors respectfully request that the revised proposed Stipulation and Agreed Order, attached in clean copy hereto as Exhibit 2, be entered.

I declare that the foregoing is true and correct.

Dated:  August 21, 2009
         New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        Case No. 08-13555 (JMP)
                                            :
            Debtors.                        :        (Jointly Administered)
                                            :
-------------------------------------------------------------x
                                            :
In re                                       :
                                            :
LEHMAN BROTHERS INC.                        :        Case No. 08-01420 (JMP) SIPA
                                            :
            Debtor.                         :
                                            :
-------------------------------------------------------------x
```

**STIPULATION AND AGREED ORDER WITH RESPECT TO
NON-RELATED CONTRACTS POSTED FOR ASSUMPTION AND
<u>ASSIGNMENT IN CONNECTION WITH ASSET PURCHASE AGREEMENT</u>**

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors and debtors in

possession (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>"), Neuberger Berman Group LLC

("<u>NB</u>"), James W. Giddens (the "<u>SIPA Trustee</u>"), the appointed trustee under the Securities

Investor Protection Act of 1970, as amended, for the administration of Lehman Brothers Inc.

("<u>LBI</u>"), and Barclays Capital Inc. ("<u>Barclays</u>" or the "<u>Purchaser</u>," and together with the

Debtors, NB and the SIPA Trustee, the "<u>Parties</u>" and each a "<u>Party</u>"), by and through their

respective attorneys, hereby enter into this Stipulation and Agreed Order and represent and agree

as follows:

**<u>RECITALS</u>**

A.       Commencing on September 15, 2008 and periodically thereafter, the Debtors

(when referred to with their non-Debtor affiliates, "<u>Lehman</u>") commenced with this Court

voluntary cases under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

1

The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.    On September 16, 2008, LBHI, LB 745 LLC, LBI, and Barclays entered into an asset purchase agreement for the purchase and sale of certain assets (as modified, clarified and/or amended, the "Asset Purchase Agreement").  On September 17, 2008, the Debtors filed a motion seeking, among other things, approval of the Asset Purchase Agreement.

C.    On September 19, 2008, a proceeding (the "SIPA Proceeding") was commenced under the Securities Investor Protection Act of 1970, as amended ("SIPA"), 15 U.S.C. §§ 78aaa et seq., with respect to LBI and James W. Giddens was appointed as Trustee under the SIPA to administer LBI's estate.

D.    On September 20, 2008, the Court entered the sale order (the "Sale Order") approving the Asset Purchase Agreement, as modified, clarified, and/or amended by the First Amendment To Asset Purchase Agreement, dated September 19, 2008, and a letter agreement, dated as of September 20, 2008, clarifying and supplementing the Asset Purchase Agreement.[1] On September 20, 2008, the Court also entered a concurrent order approving the Sale Order in the SIPA Proceeding.[2]

E.    The Asset Purchase Agreement provided that certain contracts related to the assets purchased by Barclays (the "Related Contracts") could be designated by Purchaser as Purchased Assets (as defined in the Asset Purchase Agreement).   On September 18, 2008, the Debtors and the Purchaser identified Related Contracts for assumption and assignment to the

---

[1]    Case No. 08-13555 (JMP) [Docket No. 258].

[2]    Case No. 08-1420 (JMP) [Docket No. 3].

Purchaser as of September 22, 2008 (the "Closing Date") and listed those Related Contracts in

schedules (the "Closing Date Schedules") posted on http://chapter11.epiqsystems.com/lehman.

  F.  Section 2.5 of the Asset Purchase Agreement provides, inter alia, that for a period

of sixty days (60) after the Closing Date, the Purchaser may designate additional Related

Contracts for assumption and assignment to the Purchaser.  To facilitate the assumption and

assignment of Related Contracts subsequent to the Closing Date, on September 26, 2008, the

Debtors sought approval of procedures for the assumption and assignment or rejection of Related

Contracts.

  G.  On October 3, 2008, the Court entered an order granting the Debtors' Motion,

inter alia, to establish procedures for the assumption and assignment or rejection of Related

Contracts (the "Procedures Order").[3]  On October 6, 2008, the Court also entered an order

incorporating by reference the Procedures Order in the SIPA Proceeding.[4]  Pursuant to the

Procedures Order, from time to time, the Purchaser filed notices of assignment (the "Assignment

Notices") on the docket in the Debtors' chapter 11 cases and the SIPA Proceeding and served

such Assignment Notices on the counterparties to the designated contracts.

  H.  The Parties have conducted an independent review of the Closing Date Schedules

and the Assignment Notices and have agreed that certain contracts included therein are not

Related Contracts.  Specifically, the Parties seek to clarify that the contracts identified on Exhibit

"A" hereto (i) were not intended to be assumed and assigned to the Purchaser, (ii) are unrelated

to the assets purchased by Barclays, and, as such, (iii) were not intended to be assumed and

assigned by the Sale Order or the Procedures Order (collectively, the "Unrelated Contracts").

---

[3]  Case No. 08-13555 (JMP) [Docket No. 628].

[4]  Case No. 08-1420 (JMP) [Docket No. 69].

I.      NB, as the acquirer of Lehman's investment management business views certain of the Unrelated Contracts as necessary to the operation of Lehman's investment management business.  NB's acquisition closed on May 4, 2009.

J.      Upon execution of this Stipulation and Agreed Order, the Debtors will provide notice of this Stipulation and Agreed Order to each of the counterparties (the "Counterparties") to the Unrelated Contracts.

**IT IS HEREBY STIPULATED, AGREED AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.      Notwithstanding any prior order of this Court to the contrary, or any Closing Date Schedule or any Assignment Notice given by the Purchaser, the Debtors or the SIPA Trustee, the Unrelated Contracts (i) have not been assumed and assigned to the Purchaser, and (ii) were not purchased by the Purchaser.

2.      The Unrelated Contracts shall return to status quo ante between the Counterparty and the respective Lehman entity or LBI as if never having been listed on any Closing Date Schedule or Assignment Notice and all rights of the Counterparties and Lehman or LBI shall not be affected by the listing of an Unrelated Contract on a Closing Date Schedule or Assignment Notice.  To the extent a Debtor or LBI is a party to the Unrelated Contracts, such Unrelated Contracts constitute property of the respective Debtor's or LBI's estate and all rights of the Debtors and the SIPA Trustee (and the Counterparties' rights) with respect thereto, including, but not limited to, under sections 362 and 365 of the Bankruptcy Code, are preserved.

3.      The inclusion of the Unrelated Contracts on the Closing Date Schedules and/or any Assignment Notice shall not give rise to (i) any administrative expense claim or damage claim against any of the Debtors, LBI or their respective estates, whether under 11 U.S.C. § 503(b) or otherwise, or (ii) any obligation or liability of Barclays, including without limitation,

for payment of cure amounts under section 365 of the Bankruptcy Code with respect to such

Unrelated Contracts.

4.      Within five (5) business days of entry of this Stipulation and Agreed Order by the

Court, NB shall pay to Barclays the cure amounts set forth in Exhibit "A," in accordance with

wire instructions provided by Barclays' counsel, on account of cure payments that have been

paid by Barclays with respect to the Unrelated Contracts.  Barclays agrees, solely with respect to

the Unrelated Contracts, not to seek payment or reimbursement of additional cure amounts from

NB, the SIPA Trustee, the Debtors, and their respective estates, other than those set forth on

Exhibit A.

5.      Barclays agrees to cooperate in good faith with, and upon request of, the Parties to

provide all documentation and records that may be reasonably necessary for evidence of any cure

payments expended by Barclays with respect to the Unrelated Contracts; provided however, for

the avoidance of doubt, that failure to provide any such documentation or records shall not

excuse compliance with the terms of this Stipulation and Agreed Order, including without

limitation those set forth in paragraph 4 above.

6.      Nothing in this Stipulation and Agreed Order shall bind, be collateral estoppel or

otherwise prejudice any Party's rights or position with regard to any Related Contracts.  Except

as expressly set forth herein, the Parties reserve all of their rights and defenses with respect to

any other claims each might have against the other.

7.      Each person who executes this Stipulation and Agreed Order on behalf of a Party

hereto represents that he or she is duly authorized to execute this Stipulation and Agreed Order

on behalf of such Party.

8.      This Stipulation and Agreed Order may be executed with counterparty signature pages in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  The Parties agree that this Stipulation and Agreed Order may be executed via facsimile or e-mail transmission and that this Stipulation and Agreed Order executed in such manner shall have full legal force.

9.      This Stipulation and Agreed Order can only be amended or otherwise modified only by a signed writing executed by the Parties.

10.      This Stipulation and Agreed Order shall be interpreted, construed and enforced exclusively in accordance with the laws of the State of New York, except to the extent that the Bankruptcy Code or SIPA applies.

11.    The Court shall retain jurisdiction to resolve any disputes or controversies arising

from or related to this Stipulation and Agreed Order.

**AGREED TO:**

Dated:  August 6, 2009
        New York, New York

/s/ Lori R. Fife
Lori R. Fife, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007


*Attorneys for the Debtors and*
*Debtors in Possession*



/s/ Jeffrey S. Margolin
James B. Kobak, Jr., Esq.
Jeffrey S. Margolin, Esq.

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W. Giddens, Trustee*
*for SIPA Liquidation of Lehman*
*Brothers Inc.*

/s/ Lindsee. P. Granfield
Lindsee. P. Granfield, Esq.
Lisa M. Schweitzer, Esq.

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital, Inc.*



/s/ Jeffrey W. Levitan
Jeffrey W. Levitan, Esq.

PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Fascimile: (212) 969-2900

*Attorneys for Neuberger Berman Group*
*LLC*


**SO ORDERED:**

Dated: August __, 2009
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**(Schedule of Unrelated Contracts)**

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Access Data Corp. | General Terms and Conditions: IT Products and Services, effective as of Sept. 18, 2006 (ID: CON-16340) | Master Agreement | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | $153,850 | LBHI |
| Access Data Corp. | Application Service Provider Supplement, effective as of Sept. 18, 2006 (ID: CON-16341) | Additional terms and conditions applicable to ASP Products licensed and/or sublicensed to LBHI and related hosting / maintenance services | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | | LBHI |
| Access Data Corp. | Application Service Provider Transaction Schedule, effective as of Mar. 12, 2008 (ID: CON-27119) | License of ASP Product - Access Data SalesVision CRM Synchronization, and related hosting and maintenance services | Two Chatham Center 11th Floor Pittsburgh, PA 15219 | | LBI |
| Access Data Corp. | Application Service | Transaction Schedule | Two Chatham Center | | NB |

---

[1]     This description is provided for informational purposes only.  To the extent there is any inconsistency between this description and the agreement, the agreement governs.  The inclusion of an agreement in this Exhibit is without prejudice to a determination of whether such agreement is an executory contract.

[2]     LBHI – Lehman Brothers Holdings Inc.
LBI – Lehman Brothers Inc.
LBCC – Lehman Brothers Commercial Corporation
LCPI – Lehman Commercial Paper Inc.
NB – Neuberger Berman LLC
LBIMT – Lehman Brothers Investment Management Technology
LB SAM – Lehman Brothers Software Asset Management

1

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | Provider Transaction Schedule, effective as of September 18, 2005 (ID: CON-16342) | | 11th Floor Pittsburgh, PA 15219 | | |
| Access Data Corp. | Application Service Provider Transaction Schedule, effective as of Sept. 18, 2005 (ID: CON-16345) | Transaction Schedule | Two Chatham Center 11th Floor Pittsburgh, PA 15219 | | NB |
| Aspect Software, Inc. (a/k/a Aspect Communications) | End User Equipment / Software/ Services Agreement, dated as of June 15, 2007 | Contract for Purchase of Equipment and grant of license to use Aspect Software | 300 Apollo Drive Chelmsford, MA 01824 | | LBHI |
| Atlantic Information Services, LLC | Software License and Services Agreement, dated as of Nov. 28, 2005 (ID: CON-28590) | License of AIS CDO Sentry software package | Lee Farm Corporate Park 83 Wooster Heights Rd. Danbury, CT 06810 Attn: Scott Turley | | Lehman Brothers Asset Management |
| Atlantic Information Services, LLC | Product License Transaction Schedule, effective as of June 1, 2007 (ID: CON-20019) | Software License Schedule | Lee Farm Corporate Park 83 Wooster Heights Rd. Danbury, CT 06810 Attn: Scott Turley | | LBHI |
| Atlantic Information Services, LLC | Non-Disclosure Agreement, made as of Aug. 17, 2005 (ID: 004942-LEHNY-2005) | Confidentiality Agreement | Lee Farm Corporate Park 83 Wooster Heights Road Danbury, CT 06810 Attn: Scott Turley | | LBHI |
| Bank of New York | Stock Transfer Agency Agreement, dated as of November 9, 1998 (ID: CON-24059) | Bank of New York provides stock transfer agency services to LBHI | | | LBHI |
| Bank of New York | Amendment No. 1 to Stock Transfer Agency Agreement (ID: CON-24060) | Amendment to November 9, 1998 agreement pursuant to which Bank of New York provides stock transfer agency | One Wall Street New York, NY  10286 | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | | services to LBHI | | | |
| Bank of New York | Amendment No. 2 to Stock Transfer Agency Agreement, dated as of January 29, 2002 (ID: CON-24061) | Amendment to November 9, 1998 agreement pursuant to which Bank of New York provides stock transfer agency services to Lehman Brothers, including the Dividend Reinvestment Program. | One Wall Street New York, NY  10286 | | LBHI |
| Bank of New York | Administrative and Recordkeeping Services Agreement (U.S. Ordinaries), dated as of Dec. 23, 2002 (ID: CON-31129) | Bank of New York to provide ESPP administrative and record keeping services to LBHI.  Firmwide usage. | 3 Manhattanville Road Purchase, NY 10577 Attn: Robert A. Goldstein | | LBHI |
| Barra, Inc. | Order Form for Asset Management, dated as of July 13, 2007 (ID: CON-20090) | Order for Barra Integrated Model – Developed Markets Bundle | 2100 Milvia Street Berkeley, CA 94704 | | LBI, on behalf of its Lehman Brothers Asset Management Business Unit |
| Barra, Inc. | Amendment No. 1 to the Assignment of Order Forms and License Agreement, effective as of July 13, 2007 (ID: CON-22455) | Products License | 2100 Milvia Street Berkeley, CA 94704 | | LBI and NB |
| Barra, Inc. | Order Form for Asset Management, dated as of Jan. 14, 2008 (ID: CON-27708) | Order for additional user license – Aegis Risk Manager | 2100 Milvia Street Berkeley, CA 94704 | | LBI, on behalf of NB |
| Barra, Inc. | License Agreement, effective as of Jan. 1, 2001 (ID: CON-5009A) | Nonexclusive license to use Barra Products | 2100 Milvia Street Berkeley, California 94704 | | NB |
| Compass Group USA d/b/a Eurest Dining Services | Management Agreement, dated as of June 4, 2004 (ID: 005177-LEHNY-2004) | Agreement for management of food and beverage service at a site in Littleton, Colorado. | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |
| Compass Group USA, Inc. d/b/a Eurest Dining Services | Addendum to Management Agreement, dated as of October 25, | Provides for food and beverages services at Aurora Loan Services' Inverness | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | 2004 (ID: 005351-LEHNY-2004) | Facility. | | | |
| Compass Group USA d/b/a Eurest Dining Services | Addendum to Management Agreement, effective as of June 4, 2004 (ID: CON-21193) | Provides for food and beverages service at Aurora Loan Services' Scottsbluff, Nebraska location. | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |
| deSABRAN LLC | General Terms and Conditions: IT Products and Services, effective as of May 11, 2007 (ID: CON-20521) | Terms and conditions governing purchase, license or lease of equipment and/or software from deSABRAN LLC. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | LBI |
| deSABRAN LLC | Product License Supplement, effective as of May 11, 2007 (ID: CON-21437) | Sets forth additional terms and conditions applicable to software products licensed to Aurora Loan Services. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Aurora Loan Services LLC |
| deSABRAN LLC | Product Maintenance Supplement, effective as of May 11, 2007 (ID : CON-21438) | Sets forth additional terms and conditions applicable to the performance of maintenance services with respect to certain hardware or equipment. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Aurora Loan Services LLC |
| deSABRAN LLC | Amendment to Product License Transaction Schedule, dated as of July 15, 2008 (ID: CON-30186) | Identifies specific software being licensed – Aurora Secure File Upload application. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| deSABRAN LLC | Product License Transaction Schedule for smartWebSuite 3.0, effective as of May 11, 2007 | Product License Transaction Schedule to CON-20521. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | (ID: CON-23544) | | | | |
| Fannie Mae Housing Finance Institute | Dedicated Network Solution Pricing Agreement between Fannie Mae and Aurora Loan Services Inc., dated as of Sept. 30, 2003. | Dedicated network solution pricing agreement | Rosemary Maieron Norwood Director, Business & Technology Consulting Eastern Business Center Fannie Mae 1935 Market Street Suite 2300 Philadelphia, PA 19103 | | Aurora Loan Services, LLC |
| FaxOne Systems LLC | Addendum to Vendor Agreement, dated as of Nov. 4, 2004 (ID: 005118-LEHNY-2004) | Addendum to End-User License Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | NB |
| FaxOne Systems LLC | General Terms and Conditions: IT Products and Services, effective as of Jan. 8, 2008 (ID: CON-26418) | Master Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |
| FaxOne Systems LLC | Non-Disclosure Agreement, dated as of Jan. 4, 2008 (ID: CON-26481) | Confidentiality Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |
| FaxOne Systems LLC | Professional Services Supplement, effective as of Jan. 8, 2008 (ID: CON-26419) | Additional terms and conditions applicable to services performed by FaxOne Systems. | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |
| FaxOne Systems LLC | Professional Services Transaction Schedule, effective as of Jan. 8, 2008 (ID: CON-26552) | FaxOne to add revenue reporting feature to ARMS data | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBI |
| FX Alliance, LLC | FX Alliance User Agreement, dated as of Sept. 10, 2001 (ID: CON-31094) | Governs use of the System to access certain FXall Content | FX Alliance, LLC Attn: General Counsel or President 900 Third Ave., 3rd Floor New York, 10022 | | LBCC |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| FX Alliance, LLC, FX Alliance Limited, and FX Alliance International, LLC | FXall Accelor Direct Participant Agreement, dated as of January 17, 2008 (ID: CON-31096) | Governs the use of the System to submit Transaction Data | FX Alliance, LLC, FX Alliance Limited, and FX Alliance International, LLC Attn: General Counsel or President 900 Third Ave., 3rd Floor New York, 10022 | | LBCC |
| Hotspot FXi, L.L.C. | Participating Financial Institution Agreement between Lehman Brothers Commercial Corporation and Hotspot FXi, LLC dated as of July 21, 2005 | Hotspot provides an electronic platform through which Lehman and certain of its clients may enter into foreign currency transactions. | 1375 Plainfield Avenue Watchung, NJ 07069 With a copy to: Edward M. Zimmerman, Esq. Lowenstein Sandler PC 65 Livingston Avenue Roseland, NJ 07068 | | LBCC |
| Hotspot FXi, L.L.C. | ISDA Master Agreement | ISDA Master Agreement between Lehman Brothers Commercial Corporation and HotSpot FXi, LLC, dated as of May 8, 2007, and guarantee of the same by LBHI. | 1375 Plainfield Avenue Watchung, NJ 07069 | | LBCC |
| Interactive Technologies, Inc. | Letter Agreement (ID: CON-26680) | Confidentiality Agreement | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies Corporation 371 Springfield Avenue Summit, NJ 07901 | | LBI |
| Interactive Technologies, Inc. | Agreement for License and Installation of The Advantage LTD Fee Billing System, effective as of July 10, 2002 (ID: CON-23122, 006686A [duplicate]) | License Agreement | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies Corporation 371 Springfield Avenue Summit, NJ 07901 | | LBI |
| Interactive Technologies, Inc. | Addendum to the Agreement for License and Installation of The | Incorporates STP Batch Scheduler into the fee billing system | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | Advantage LTD Fee Billing System, dated as of Jan. 3, 2008 (ID: CON-27212, CON-26461 [duplicate]) | | Corporation 371 Springfield Avenue Summit, NJ 07901 | | |
| Interactive Technologies, Inc. | Statement of Work (Final) for Lehman Brothers, Q1 Release 2008 (ID: CON-26460) | Advantage Fee System statement of work | 462 Springfield Avenue Summit, NJ 07901 | | LBI |
| Internet Securities, Inc. | Subscription Agreement between Internet Securities, Inc. and Lehman Brothers Inc. ("Vendor Agreement") and Addendum to Vendor Agreement (ID: CON-26807) | Subscription to Global Emerging Markets Information Service. | 225 Park Avenue South, 6th Floor New York, NY 10003 | | LBI |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Oct. 1, 2007 (ID: CON-24135) | Replaces the existing SOCRATES Product license with KLD Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, effective as of Jan. 1, 2006 (ID: CON-001031) | Expands license to include screening for non-US based ADRs and the KLD Sudan Compliance Project. | 250 Summer Street, 4th Floor Boston, MA 02210 | | LBI |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Nov. 15, 2007 (ID: CON-25082) | Expands license to include the KLD Sudan Compliance Product | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Feb. 1, 2006 | Expands license to include the KLD Sudan Compliance Project. | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | (ID: CON-001121) | | | | |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Mar. 15, 2008 (ID: CON-27687) | Expands license to include KLD Iran Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Aug. 1, 2007 (ID: CON-22528) | Expands the existing license to include Global Socrates and Global Pork Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Subscription Order Form, effective as of Aug. 1, 2005 (ID: CON-004541) | Grant of a nonexclusive, nontransferable license to use Products of KLD | 250 Summer Street 4th Floor Boston, MA 02210 | | NB |
| KLD Research & Analytics, Inc. | Subscription Order Form [unexecuted] (ID: CON-004956) | Grant of a nonexclusive, nontransferable license to use Products of KLD | 250 Summer Street 4th Floor Boston, MA 02210 | | NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of June 1, 2008 (ID: CON-29330) | Expands license to include a monthly Compliance list of Factset based SIC codes | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| Mellon Bank, N.A.; Trustees of the Lehman Brothers Holdings Inc. Retirement Plan | Trading Agency Agreement for Lehman Brothers Holdings Inc. Retirement Plan, dated as of Apr. 28, 2004 (ID: 004843-LEHNY-2004) | Appoints Mellon Bank, N.A. as Trading Agent with respect to the transition of certain Trust assets. | 595 Market Street, Suite 3000 San Francisco, CA 94105-2886 | | LBHI |
| Morgan Stanley Capital International Inc. | Schedule A to License Agreement, dated as of Nov. 7, 2007 (ID: CON-24822) | Schedule identifies service as Developed Markets Small Cap - Factset | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005  1585 Broadway New York, NY 10036 | | LBI |
| Morgan Stanley Capital | Schedule A to License | Product identified is EM Small | Wall Street Plaza | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| International Inc. | Agreement, dated as of Apr. 1, 2008 (ID: CON-28279) | Cap (Factset) | 88 Pine Street, 2nd Floor New York, NY 10005<br><br>1585 Broadway New York, NY 10036 | | |
| Morgan Stanley Capital International, Inc. | License Agreement, dated as of July 14, 1998 (ID: CON-24820) | Software License Agreement | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005<br><br>1585 Broadway New York, NY 10036 | | NB |
| MSCI Inc. (f/k/a Morgan Stanley Capital International Inc.) | Assignment of Schedule As and License Agreement, effective as of Nov. 12, 2007 (ID: CON-24821) | Assignment Agreement | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005<br><br>1585 Broadway New York, NY 10036 | | NB (Assignor)<br><br>LBI (Assignee) |
| MSTD, Inc. | Master Agreement for the Procurement of Services and the Licensing of Software, effective as of Oct. 30, 2001 (ID: MSTD27234) | Aurora Loans Services obtains license rights to access and use the software application owned and maintained by MSTD, Inc., known as BackInTheBlack (mortgage default loss mitigation application). | 210 E. Redwood Street Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Aurora Loans Services, LLC |
| MSTD, Inc. | Statement of Work, dated as of Nov. 2, 2007 (ID: MSTD23630) | Statement of Work issued pursuant to the Application Service Provider Agreement between MSTD, Inc. and Lehman Commercial Paper Inc., an Affiliate of Lehman Brothers Bank, dated February 1, 2005 | 210 E. Redwood Street Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | | | | | |
| MSTD, Inc. | Statement of Work dated as of Nov. 2, 2007 (ID: MSTD25345) | | 210 E. Redwood Street, Suite 100 Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | LCPI |
| MSTD, Inc. | Amendment Number 1 to Statement of Work No: 11-02-07, amendment effective as of Feb. 11, 2008 (ID: MSTD29560) | Amendment to 11-02-07 Statement of Work | 210 E. Redwood Street, Suite 100 Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Lehman Brothers Bank, FSB |
| Omgeo LLC | Omgeo Central Trade Manager – Service Bureau STP Partner, Investment Manager Schedule and Rider to the CTM Agreement, dated as of Mar. 27, 2006 (ID: CON-15707) | Subscription to Omgeo Central Trade Manager service | 22 Thomson Place Boston, MA 02210 | | LBI |
| Open Solutions, Inc. | Data Processing Services Agreement, dated as of Jan. 22, 2008 (ID: No. 2099) | OSI agrees to provide Lehman with services connected to its conversion to the OSI data processing system. | 455 Winding Brook Drive Glastonbury, CT 06033 Attn: Chief Financial Officer | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| PerTrac Financial Solutions, LLC | Letter Agreement, dated in April 2007 executed as of May 24, 2007 (ID: CON-21142) | Letter Agreement in connection with PerTrac License Agreement related to the PerTrac Analytical Platform | 2611 South Mendenhall Road, Suite 200 Memphis TN 38115 | | Lehman Brothers Alternative Investment Management LLC |
| Portware, LLC | General Terms and Conditions: IT Products | Master Agreement | 233 Broadway 24th Floor | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | and Services, effective as of June 10, 2008 (ID: CON-27730) | | New York, NY 10279 | | |
| Portware, LLC | Product License Supplement, effective as of June 10, 2008 (ID: CON-25081) | Additional terms and conditions | 233 Broadway 24th Floor New York, NY 10279 | | LBHI |
| Portware, LLC | Product License Transaction Schedule, effective as of July 2, 2008 (ID: CON-27585) | Identifies specific product - Portware Enterprise On-Site Solution. | 233 Broadway 24th Floor New York, NY 10279 | | LBI |
| R.R. Donnelley & Sons Company | Letter agreement between R.R. Donnelly & Sons Company and Lehman Brothers Bank, FSB, dated as of April 18, 2008. | R.R. Donnelly to obtain access to Lehman's electronic mortgage loan servicing system necessary to enable it to provide certain printing and mailing services to Lehman. | 111 South Wacker Drive Chicago, IL 60606 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| RIMES Technologies Corporation | Customer License Agreement, dated as of Aug. 19, 1998, and June 2002 Amendment to Customer License Agreement (ID: 004802-LEHNY-2005) | License Agreement | 134 Spring Street New York, NY 10012  84 Wooster Street New York, NY 10012 | | NB |
| Sociedad de Bolsas, S.A. | Contrato de Difusion de Informacion del Sistema de Interconexion Bursatil, dated as of March 1, 2007 (ID: CON-19610) | Provides for a data feed and stock exchange interconnection used in Debtors' London offices only. | Palacio de la Bolsa Plaza de la Lealtad, 1 28014 Madrid Spain | | LBHI |
| Standard & Poor's Corporation | Master Subscription Agreement, effective as of Oct. 12, 2001 (ID: 005563A) | License Agreement | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.) 55 Water St. New York, NY 10041 Attn: Licensing & Contract Administration | | NB |
| Statpro Inc. | Addendum to End-User | Purchase of multi site Citrix | 185 Madison Avenue | | NB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | Software License and Support Agreement for Additional Sites, made part of and incorporated into the End-User Software License and Support Agreement (ID: CON-23102) | License of StatPro Composites | 14th Floor New York, NY 10016 | | |
| Statpro Inc. | Addendum No. 2 to End-User Software License and Support Agreement, made part of and incorporated into the End-User Software License and Support Agreement dated Apr. 29, 1999 (ID: CON-23132, CON-20874 [duplicate]) | Schedule to Software License and Support Agreement Updates | 185 Madison Avenue 14th Floor New York, NY 10016 | | LBHI |
| Statpro Limited | End-User Software License and Support Agreement, dated as of Apr. 29, 1999 (ID: CON-5616A) | Master Agreement | 225 Magdalen Road, Earlsfield, London SW18 3PA | | NB |
| Strategic Financial Solutions, LLC | Letter in reference to PerTrac and HFR Hedge Fund Database Agreements, dated Dec. 20, 2002 (ID: CON-006036A) | Assignment Consent Agreement | 2611 South Mendenhall Road Suite 200 Memphis, TN 38115 | | LibertyView Capital Management, Inc. (Assignee: NB) |
| Strategic Financial Solutions, LLC | Consent to Assignment of PerTrac License and HFR Hedge Fund Database License, dated as of Aug. 19, 2003 (ID: CON-26325) | Assignment Consent Agreement | 2611 South Mendenhall Road, Suite 200 Memphis TN 38115 | | NB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Strategic Financial Solutions, LLC d/b/a PerTrac Financial Solutions | Non-Disclosure Agreement, dated as of Mar. 26, 2008 (ID: CON-27020) | Confidentiality Agreement | 58 West 50th Street, 4th Floor New York, NY 10018 | | LBHI |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum #2 to Addendum Number 4 Schedule C1 Services Schedule, executed as of March 10, 2008 (ID: CON-29085) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum to Addendum Number 4 Schedule C1 Services Schedule, executed as of Oct. 22, 2007 (ID: CON-25248) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Advantage Requirement Statement, agreed to as of Dec. 31, 2007 (ID:CON-25897) | Proposal Statement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Advantage Requirement Statement, dated as of Oct. 3, 2007 (ID:CON-24653) | Requirement to develop custom SPL8 styles in landscape format for use with Personal Trust Accounts | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum #2 to Addendum Number 4 Schedule C1 Services Schedule, executed as of Mar. 10, 2008 (ID:CON-27918) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Software License Agreement, dated as of Mar. 18, 2005 (ID: 005062-LEHNY-2004) | AddVantage software license agreement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of | Schedule C2, executed as of June 23, 2008 | Services Schedule | One Memorial Drive Cambridge, MA 02142 | | Lehman Brothers Trust Company, N.A. and |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Sungard Business Systems, LLC | (ID:CON-30378) | | Attn: Senior Vice President | | Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 1 to Mar. 18, 2005 Software License Agreement (ID: 001024-LEHNY-2007) | Software license for PDF Converter (Red Titan) Software and (5) Reflections for the Web for Test Server #1 | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 2, Schedule C1 to Software License Agreement, executed as of Aug. 21, 2006 (ID: 001027-LEHNY-2007) | Services schedule for AddVantage Cache, WebLink and IIS Webserver | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 5, Schedule C to Software License Agreement, executed as of Mar. 5, 2007 (ID:CON-20098) | Services schedule | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Investment Systems LLC | Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-23412, CON-19996) | Software license agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $17,466.89 | LBHI |
| SunGard Investment Systems LLC | Addendum No. 1 to Software License Agreement, dated as of Jan. 25, 2008 (ID: CON-27797) | Addendum to Software License Agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBI |
| SunGard Investment Systems LLC | Non-Disclosure Agreement, dated as of Mar. 15, 2006 (ID: CON-12588) | Confidentiality Agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBHI |
| SunGard Investment Systems | Supplemental Terms to | Investran software license | 11098 Biscayne Blvd. | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| LLC | Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19997, CON-23413) | terms | Suite 403 Miami, FL 33161 Attn: Jose Sinai | | |
| SunGard Investment Systems LLC | Software Schedule #1 to Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19998, CON-23414) | Investran software schedule | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBHI |
| SunGard Reference Data Solutions LLC | Schedule A#9 to Agreement, dated as of May 15, 1999 (ID: CON-28843) | FRDB Server license | 888 Seventh Avenue 12th Floor New York, NY 10106 | | LBI |
| The Courier L.L.C. | Master Agreement: Non-IT Services, effective as of Aug. 23, 2005 (ID: 004575-LEHNY-2005) | Provides terms and conditions governing transactions that may be entered into between LBHI and The Courier L.L.C. for the provision of services (courier/messenger services between buildings, post office pick ups and bank deliveries) | P.O. Box 11753 Denver, CO 80211 | | Aurora Loan Services LLC |
| The Courier L.L.C. | Professional Services Transaction Schedule 1, effective as of Aug. 23, 2005 (ID: 001171-LEHNY-2006) | Services schedule to Master Agreement. | P.O. Box 11753 Denver, CO 80211 | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| The MathWorks, Inc. | Master Agreement (ID: CON-04983) | Software License Agreement | 3 Apple Hill Drive Natick, MA 01760-2098 | | LBI |
| Thomson Financial LLC | Project Agreement, dated as of Mar. 20, 2008 (ID: CON-26555) | Agreement for PORTIA test conversion and production conversion | 195 Broadway New York, NY 10007 Attn: GSAM Attn: General Counsel | | LBI |
| Thomson Trading Services Incorporated | Software License Agreement, dated as of Sept. 6, 1995 (ID: CON-16440) | PORTIA License Agreement | 22 Pittsburgh Street Boston, MA 02210 | | Lincoln Capital Management Company |
| United Telephone Company of the West ("Embarq") | Individual Case Basis Agreement, dated as of Mar. 30, 2007 (ID:No.07BELD6YLKPP) | Sets forth the terms and conditions for Embarq's provision of certain services to LBHI (Embarq Ethernet). | 900 Springmill Road Mansfield, OH 44906 MS: OHMANJ0101 | | LBHI |

**<u>EXHIBIT 2</u>**

US_ACTIVE:\43140471\02\43140471_2.DOC\58399.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                         :

In re                         :        **Chapter 11**
                          :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **Case No. 08-13555 (JMP)**
                          :

          **Debtors.**          :        **(Jointly Administered)**
                          :

---------------------------------------------------------------x
                          :

In re                         :
                          :

**LEHMAN BROTHERS INC.**         :        **Case No. 08-01420 (JMP) SIPA**
                          :

          **Debtor.**           :
                          :

---------------------------------------------------------------x

**STIPULATION AND AGREED ORDER WITH RESPECT TO**
**NON-RELATED CONTRACTS POSTED FOR ASSUMPTION AND**
**ASSIGNMENT IN CONNECTION WITH ASSET PURCHASE AGREEMENT**

        Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors and debtors in possession (each a "Debtor," and collectively, the "Debtors"), Neuberger Berman Group LLC ("NB"), James W. Giddens (the "SIPA Trustee"), the appointed trustee under the Securities Investor Protection Act of 1970, as amended, for the administration of Lehman Brothers Inc. ("LBI"), and Barclays Capital Inc. ("Barclays" or the "Purchaser," and together with the Debtors, NB and the SIPA Trustee, the "Parties" and each a "Party"), by and through their respective attorneys, hereby enter into this Stipulation and Agreed Order and represent and agree as follows:

**RECITALS**

        A.      Commencing on September 15, 2008 and periodically thereafter, the Debtors (when referred to with their non-Debtor affiliates, "Lehman") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

1

The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.     On September 16, 2008, LBHI, LB 745 LLC, LBI, and Barclays entered into an asset purchase agreement for the purchase and sale of certain assets (as modified, clarified and/or amended, the "Asset Purchase Agreement").  On September 17, 2008, the Debtors filed a motion seeking, among other things, approval of the Asset Purchase Agreement.

C.     On September 19, 2008, a proceeding (the "SIPA Proceeding") was commenced under the Securities Investor Protection Act of 1970, as amended ("SIPA"), 15 U.S.C. §§ 78aaa et seq., with respect to LBI and James W. Giddens was appointed as Trustee under the SIPA to administer LBI's estate.

D.     On September 20, 2008, the Court entered the sale order (the "Sale Order") approving the Asset Purchase Agreement, as modified, clarified, and/or amended by the First Amendment To Asset Purchase Agreement, dated September 19, 2008, and a letter agreement, dated as of September 20, 2008, clarifying and supplementing the Asset Purchase Agreement.[1] On September 20, 2008, the Court also entered a concurrent order approving the Sale Order in the SIPA Proceeding.[2]

E.     The Asset Purchase Agreement provided that certain contracts related to the assets purchased by Barclays (the "Related Contracts") could be designated by Purchaser as Purchased Assets (as defined in the Asset Purchase Agreement).   On September 18, 2008, the Debtors and the Purchaser identified Related Contracts for assumption and assignment to the

---

[1]     Case No. 08-13555 (JMP) [Docket No. 258].

[2]     Case No. 08-1420 (JMP) [Docket No. 3].

Purchaser as of September 22, 2008 (the "Closing Date") and listed those Related Contracts in

schedules (the "Closing Date Schedules") posted on http://chapter11.epiqsystems.com/lehman.

F.      Section 2.5 of the Asset Purchase Agreement provides, inter alia, that for a period

of sixty days (60) after the Closing Date, the Purchaser may designate additional Related

Contracts for assumption and assignment to the Purchaser.  To facilitate the assumption and

assignment of Related Contracts subsequent to the Closing Date, on September 26, 2008, the

Debtors sought approval of procedures for the assumption and assignment or rejection of Related

Contracts.

G.      On October 3, 2008, the Court entered an order granting the Debtors' Motion,

inter alia, to establish procedures for the assumption and assignment or rejection of Related

Contracts (the "Procedures Order").[3]  On October 6, 2008, the Court also entered an order

incorporating by reference the Procedures Order in the SIPA Proceeding.[4]  Pursuant to the

Procedures Order, from time to time, the Purchaser filed notices of assignment (the "Assignment

Notices") on the docket in the Debtors' chapter 11 cases and the SIPA Proceeding and served

such Assignment Notices on the counterparties to the designated contracts.

H.      The Parties have conducted an independent review of the Closing Date Schedules

and the Assignment Notices and have agreed that certain contracts included therein are not

Related Contracts.  Specifically, the Parties seek to clarify that the contracts identified on Exhibit

"A" hereto (i) were not intended to be assumed and assigned to the Purchaser, (ii) are unrelated

---

[3]      Case No. 08-13555 (JMP) [Docket No. 628].

[4]      Case No. 08-1420 (JMP) [Docket No. 69].

to the assets purchased by Barclays, and, as such, (iii) were not intended to be assumed and assigned by the Sale Order or the Procedures Order (collectively, the "Unrelated Contracts").

I.    NB, as the acquirer of Lehman's investment management business views certain of the Unrelated Contracts as necessary to the operation of Lehman's investment management business.  NB's acquisition closed on May 4, 2009.

J.    Upon execution of this Stipulation and Agreed Order, the Debtors will provide notice of this Stipulation and Agreed Order to each of the counterparties (the "Counterparties") to the Unrelated Contracts.

**IT IS HEREBY STIPULATED, AGREED AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.    Notwithstanding any prior order of this Court to the contrary, or any Closing Date Schedule or any Assignment Notice given by the Purchaser, the Debtors or the SIPA Trustee, the Unrelated Contracts (i) have not been assumed and assigned to the Purchaser, and (ii) were not purchased by the Purchaser.

2.    The Unrelated Contracts shall return to status quo ante between the Counterparty and the respective Lehman entity or LBI as if never having been listed on any Closing Date Schedule or Assignment Notice and all rights of the Counterparties and Lehman or LBI shall not be affected by the listing of an Unrelated Contract on a Closing Date Schedule or Assignment Notice.  To the extent a Debtor or LBI is a party to the Unrelated Contracts, such Unrelated Contracts constitute property of the respective Debtor's or LBI's estate and all rights of the Debtors and the SIPA Trustee (and the Counterparties' rights) with respect thereto, including, but not limited to, under sections 362 and 365 of the Bankruptcy Code, are preserved.

3.      The inclusion of the Unrelated Contracts on the Closing Date Schedules and/or any Assignment Notice shall not give rise to (i) any administrative expense claim or damage claim against any of the Debtors, LBI or their respective estates, whether under 11 U.S.C. § 503(b) or otherwise, or (ii) any obligation or liability of Barclays, including without limitation, for payment of cure amounts under section 365 of the Bankruptcy Code with respect to such Unrelated Contracts.

4.      Within five (5) business days of entry of this Stipulation and Agreed Order by the Court, NB shall pay to Barclays the cure amounts set forth in Exhibit "A," in accordance with wire instructions provided by Barclays' counsel, on account of cure payments that have been paid by Barclays with respect to the Unrelated Contracts.  Barclays agrees, solely with respect to the Unrelated Contracts, not to seek payment or reimbursement of additional cure amounts from NB, the SIPA Trustee, the Debtors, and their respective estates, other than those set forth on Exhibit A.

5.      Barclays agrees to cooperate in good faith with, and upon request of, the Parties to provide all documentation and records that may be reasonably necessary for evidence of any cure payments expended by Barclays with respect to the Unrelated Contracts; provided however, for the avoidance of doubt, that failure to provide any such documentation or records shall not excuse compliance with the terms of this Stipulation and Agreed Order, including without limitation those set forth in paragraph 4 above.

6.      Nothing in this Stipulation and Agreed Order shall bind, be collateral estoppel or otherwise prejudice any Party's rights or position with regard to any Related Contracts.  Except as expressly set forth herein, the Parties reserve all of their rights and defenses with respect to any other claims each might have against the other.

5

7. Each person who executes this Stipulation and Agreed Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Agreed Order on behalf of such Party.

8. This Stipulation and Agreed Order may be executed with counterparty signature pages in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  The Parties agree that this Stipulation and Agreed Order may be executed via facsimile or e-mail transmission and that this Stipulation and Agreed Order executed in such manner shall have full legal force.

9. This Stipulation and Agreed Order can only be amended or otherwise modified only by a signed writing executed by the Parties.

10. This Stipulation and Agreed Order shall be interpreted, construed and enforced exclusively in accordance with the laws of the State of New York, except to the extent that the Bankruptcy Code or SIPA applies.

11.    The Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

**AGREED TO:**

Dated: August 6, 2009
        New York, New York

/s/ Lori R. Fife
Lori R. Fife, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and*
*Debtors in Possession*


/s/ Jeffrey S. Margolin
James B. Kobak, Jr., Esq.
Jeffrey S. Margolin, Esq.

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W. Giddens, Trustee*
*for SIPA Liquidation of Lehman*
*Brothers Inc.*


/s/ Lindsee. P. Granfield
Lindsee. P. Granfield, Esq.
Lisa M. Schweitzer, Esq.

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital, Inc.*


/s/ Jeffrey W. Levitan
Jeffrey W. Levitan, Esq.

PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Fascimile: (212) 969-2900

*Attorneys for Neuberger Berman Group*
*LLC*


**SO ORDERED:**

Dated: August __, 2009
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**(Schedule of Unrelated Contracts)**

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Access Data Corp. | General Terms and Conditions: IT Products and Services, effective as of Sept. 18, 2006 (ID: CON-16340) | Master Agreement | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | $153,850 | LBHI |
| Access Data Corp. | Application Service Provider Supplement, effective as of Sept. 18, 2006 (ID: CON-16341) | Additional terms and conditions applicable to ASP Products licensed and/or sublicensed to LBHI and related hosting / maintenance services | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | | LBHI |
| Access Data Corp. | Application Service Provider Transaction Schedule, effective as of Mar. 12, 2008 (ID: CON-27119) | License of ASP Product - Access Data SalesVision CRM Synchronization, and related hosting and maintenance services | Two Chatham Center 11th Floor Pittsburgh, PA 15219 | | LBI |

---

[1] This description is provided for informational purposes only.  To the extent there is any inconsistency between this description and the agreement, the agreement governs.  The inclusion of an agreement in this Exhibit is without prejudice to a determination of whether such agreement is an executory contract.

[2] LBHI – Lehman Brothers Holdings Inc.
LBI – Lehman Brothers Inc.
LBCC – Lehman Brothers Commercial Corporation
LCPI – Lehman Commercial Paper Inc.
NB – Neuberger Berman LLC
LBIMT – Lehman Brothers Investment Management Technology
LB SAM – Lehman Brothers Software Asset Management

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Access Data Corp. | Application Service Provider Transaction Schedule, effective as of September 18, 2005 (ID: CON-16342) | Transaction Schedule | Two Chatham Center 11th Floor Pittsburgh, PA 15219 | | NB |
| Access Data Corp. | Application Service Provider Transaction Schedule, effective as of Sept. 18, 2005 (ID: CON-16345) | Transaction Schedule | Two Chatham Center 11th Floor Pittsburgh, PA 15219 | | NB |
| Aspect Software, Inc. (a/k/a Aspect Communications) | End User Equipment / Software/ Services Agreement, dated as of June 15, 2007 | Contract for Purchase of Equipment and grant of license to use Aspect Software | 300 Apollo Drive Chelmsford, MA 01824 | | LBHI |
| Atlantic Information Services, LLC | Software License and Services Agreement, dated as of Nov. 28, 2005 (ID: CON-28590) | License of AIS CDO Sentry software package | Lee Farm Corporate Park 83 Wooster Heights Rd. Danbury, CT 06810 Attn: Scott Turley | | Lehman Brothers Asset Management |
| Atlantic Information Services, LLC | Product License Transaction Schedule, effective as of June 1, 2007 (ID: CON-20019) | Software License Schedule | Lee Farm Corporate Park 83 Wooster Heights Rd. Danbury, CT 06810 Attn: Scott Turley | | LBHI |
| Atlantic Information Services, LLC | Non-Disclosure Agreement, made as of Aug. 17, 2005 (ID: 004942-LEHNY-2005) | Confidentiality Agreement | Lee Farm Corporate Park 83 Wooster Heights Road Danbury, CT 06810 Attn: Scott Turley | | LBHI |
| Bank of New York | Stock Transfer Agency Agreement, dated as of November 9, 1998 (ID: CON-24059) | Bank of New York provides stock transfer agency services to LBHI | | | LBHI |

-2-

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Bank of New York | Amendment No. 1 to Stock Transfer Agency Agreement (ID: CON-24060) | Amendment to November 9, 1998 agreement pursuant to which Bank of New York provides stock transfer agency services to LBHI | One Wall Street New York, NY  10286 | | LBHI |
| Bank of New York | Amendment No. 2 to Stock Transfer Agency Agreement, dated as of January 29, 2002 (ID: CON-24061) | Amendment to November 9, 1998 agreement pursuant to which Bank of New York provides stock transfer agency services to Lehman Brothers, including the Dividend Reinvestment Program. | One Wall Street New York, NY  10286 | | LBHI |
| Bank of New York | Administrative and Recordkeeping Services Agreement (U.S. Ordinaries), dated as of Dec. 23, 2002 (ID: CON-31129) | Bank of New York to provide ESPP administrative and record keeping services to LBHI.  Firmwide usage. | 3 Manhattanville Road Purchase, NY 10577 Attn: Robert A. Goldstein | | LBHI |
| Barra, Inc. | Order Form for Asset Management, dated as of July 13, 2007 (ID: CON-20090) | Order for Barra Integrated Model – Developed Markets Bundle | 2100 Milvia Street Berkeley, CA 94704 | | LBI, on behalf of its Lehman Brothers Asset Management Business Unit |
| Barra, Inc. | Amendment No. 1 to the Assignment of Order Forms and License Agreement, effective as of July 13, 2007 (ID: CON-22455) | Products License | 2100 Milvia Street Berkeley, CA 94704 | | LBI and NB |
| Barra, Inc. | Order Form for Asset Management, dated as of Jan. 14, 2008 (ID: CON-27708) | Order for additional user license – Aegis Risk Manager | 2100 Milvia Street Berkeley, CA 94704 | | LBI, on behalf of NB |
| Barra, Inc. | License Agreement, effective as of Jan. 1, 2001 (ID: CON-5009A) | Nonexclusive license to use Barra Products | 2100 Milvia Street Berkeley, California 94704 | | NB |

-3-

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Compass Group USA d/b/a Eurest Dining Services | Management Agreement, dated as of June 4, 2004 (ID: 005177-LEHNY-2004) | Agreement for management of food and beverage service at a site in Littleton, Colorado. | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |
| Compass Group USA, Inc. d/b/a Eurest Dining Services | Addendum to Management Agreement, dated as of October 25, 2004 (ID: 005351-LEHNY-2004) | Provides for food and beverages services at Aurora Loan Services' Inverness Facility. | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |
| Compass Group USA d/b/a Eurest Dining Services | Addendum to Management Agreement, effective as of June 4, 2004 (ID: CON-21193) | Provides for food and beverages service at Aurora Loan Services' Scottsbluff, Nebraska location. | 11201 N. Tatum Blvd. Suite 160 Phoenix, AZ 85034 | | LBI |
| deSABRAN LLC | General Terms and Conditions: IT Products and Services, effective as of May 11, 2007 (ID: CON-20521) | Terms and conditions governing purchase, license or lease of equipment and/or software from deSABRAN LLC. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | LBI |
| deSABRAN LLC | Product License Supplement, effective as of May 11, 2007 (ID: CON-21437) | Sets forth additional terms and conditions applicable to software products licensed to Aurora Loan Services. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Aurora Loan Services LLC |
| deSABRAN LLC | Product Maintenance Supplement, effective as of May 11, 2007 (ID : CON-21438) | Sets forth additional terms and conditions applicable to the performance of maintenance services with respect to certain hardware or equipment. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Aurora Loan Services LLC |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| deSABRAN LLC | Amendment to Product License Transaction Schedule, dated as of July 15, 2008 (ID: CON-30186) | Identifies specific software being licensed – Aurora Secure File Upload application. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| deSABRAN LLC | Product License Transaction Schedule for smartWebSuite 3.0, effective as of May 11, 2007 (ID: CON-23544) | Product License Transaction Schedule to CON-20521. | 5082 E. Hampden Avenue, Suite 102 Denver, CO 80222 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| Fannie Mae Housing Finance Institute | Dedicated Network Solution Pricing Agreement between Fannie Mae and Aurora Loan Services Inc., dated as of Sept. 30, 2003. | Dedicated network solution pricing agreement | Rosemary Maieron Norwood Director, Business & Technology Consulting Eastern Business Center Fannie Mae 1935 Market Street Suite 2300 Philadelphia, PA 19103 | | Aurora Loan Services, LLC |
| FaxOne Systems LLC | Addendum to Vendor Agreement, dated as of Nov. 4, 2004 (ID: 005118-LEHNY-2004) | Addendum to End-User License Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | NB |
| FaxOne Systems LLC | General Terms and Conditions: IT Products and Services, effective as of Jan. 8, 2008 (ID: CON-26418) | Master Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |
| FaxOne Systems LLC | Non-Disclosure Agreement, dated as of Jan. 4, 2008 (ID: CON-26481) | Confidentiality Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |

-5-

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| FaxOne Systems LLC | Professional Services Supplement, effective as of Jan. 8, 2008 (ID: CON-26419) | Additional terms and conditions applicable to services performed by FaxOne Systems. | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBHI |
| FaxOne Systems LLC | Professional Services Transaction Schedule, effective as of Jan. 8, 2008 (ID: CON-26552) | FaxOne to add revenue reporting feature to ARMS data | 63 Farmington Ridge Drive Farmington, CT 06032 | | LBI |
| FX Alliance, LLC | FX Alliance User Agreement, dated as of Sept. 10, 2001 (ID: CON-31094) | Governs use of the System to access certain FXall Content | FX Alliance, LLC Attn: General Counsel or President 900 Third Ave., 3rd Floor New York, 10022 | | LBCC |
| FX Alliance, LLC, FX Alliance Limited, and FX Alliance International, LLC | FXall Accelor Direct Participant Agreement, dated as of January 17, 2008 (ID: CON-31096) | Governs the use of the System to submit Transaction Data | FX Alliance, LLC, FX Alliance Limited, and FX Alliance International, LLC Attn: General Counsel or President 900 Third Ave., 3rd Floor New York, 10022 | | LBCC |
| Hotspot FXi, L.L.C. | Participating Financial Institution Agreement between Lehman Brothers Commercial Corporation and Hotspot FXi, LLC dated as of July 21, 2005 | Hotspot provides an electronic platform through which Lehman and certain of its clients may enter into foreign currency transactions. | 1375 Plainfield Avenue Watchung, NJ 07069<br><br>With a copy to:<br>Edward M. Zimmerman, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | | LBCC |
| Hotspot FXi, L.L.C. | ISDA Master Agreement | ISDA Master Agreement between Lehman Brothers Commercial Corporation and HotSpot FXi, LLC, dated as of May 8, 2007, and guarantee of the same by LBHI. | 1375 Plainfield Avenue Watchung, NJ 07069 | | LBCC |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Interactive Technologies, Inc. | Letter Agreement (ID: CON-26680) | Confidentiality Agreement | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies Corporation 371 Springfield Avenue Summit, NJ 07901 | | LBI |
| Interactive Technologies, Inc. | Agreement for License and Installation of The Advantage LTD Fee Billing System, effective as of July 10, 2002 (ID: CON-23122, 006686A [duplicate]) | License Agreement | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies Corporation 371 Springfield Avenue Summit, NJ 07901 | | LBI |
| Interactive Technologies, Inc. | Addendum to the Agreement for License and Installation of The Advantage LTD Fee Billing System, dated as of Jan. 3, 2008 (ID: CON-27212, CON-26461 [duplicate]) | Incorporates STP Batch Scheduler into the fee billing system | Mr. Bjarne F. Rostaing, Senior Vice President, Interactive Technologies Corporation 371 Springfield Avenue Summit, NJ 07901 | | LBI |
| Interactive Technologies, Inc. | Statement of Work (Final) for Lehman Brothers, Q1 Release 2008 (ID: CON-26460) | Advantage Fee System statement of work | 462 Springfield Avenue Summit, NJ 07901 | | LBI |
| Internet Securities, Inc. | Subscription Agreement between Internet Securities, Inc. and Lehman Brothers Inc. ("Vendor Agreement") and Addendum to Vendor Agreement (ID: CON-26807) | Subscription to Global Emerging Markets Information Service. | 225 Park Avenue South, 6th Floor New York, NY 10003 | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Oct. 1, 2007 (ID: CON-24135) | Replaces the existing SOCRATES Product license with KLD Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, effective as of Jan. 1, 2006 (ID: CON-001031) | Expands license to include screening for non-US based ADRs and the KLD Sudan Compliance Project. | 250 Summer Street, 4th Floor Boston, MA 02210 | | LBI |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Nov. 15, 2007 (ID: CON-25082) | Expands license to include the KLD Sudan Compliance Product | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Feb. 1, 2006 (ID: CON-001121) | Expands license to include the KLD Sudan Compliance Project. | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Mar. 15, 2008 (ID: CON-27687) | Expands license to include KLD Iran Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of Aug. 1, 2007 (ID: CON-22528) | Expands the existing license to include Global Socrates and Global Pork Compliance | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| KLD Research & Analytics, Inc. | Subscription Order Form, effective as of Aug. 1, 2005 (ID: CON-004541) | Grant of a nonexclusive, nontransferable license to use Products of KLD | 250 Summer Street 4th Floor Boston, MA 02210 | | NB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| KLD Research & Analytics, Inc. | Subscription Order Form [unexecuted] (ID: CON-004956) | Grant of a nonexclusive, nontransferable license to use Products of KLD | 250 Summer Street 4th Floor Boston, MA 02210 | | NB |
| KLD Research & Analytics, Inc. | Addendum and Modification to Subscription Agreement, dated as of June 1, 2008 (ID: CON-29330) | Expands license to include a monthly Compliance list of Factset based SIC codes | 250 Summer Street 4th Floor Boston, MA 02210 | | LBI, on behalf of NB |
| Mellon Bank, N.A.; Trustees of the Lehman Brothers Holdings Inc. Retirement Plan | Trading Agency Agreement for Lehman Brothers Holdings Inc. Retirement Plan, dated as of Apr. 28, 2004 (ID: 004843-LEHNY-2004) | Appoints Mellon Bank, N.A. as Trading Agent with respect to the transition of certain Trust assets. | 595 Market Street, Suite 3000 San Francisco, CA 94105-2886 | | LBHI |
| Morgan Stanley Capital International Inc. | Schedule A to License Agreement, dated as of Nov. 7, 2007 (ID: CON-24822) | Schedule identifies service as Developed Markets Small Cap - Factset | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005  1585 Broadway New York, NY 10036 | | LBI |
| Morgan Stanley Capital International Inc. | Schedule A to License Agreement, dated as of Apr. 1, 2008 (ID: CON-28279) | Product identified is EM Small Cap (Factset) | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005  1585 Broadway New York, NY 10036 | | LBI |
| Morgan Stanley Capital International, Inc. | License Agreement, dated as of July 14, 1998 (ID: CON-24820) | Software License Agreement | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005  1585 Broadway New York, NY 10036 | | NB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| MSCI Inc. (f/k/a Morgan Stanley Capital International Inc.) | Assignment of Schedule As and License Agreement, effective as of Nov. 12, 2007 (ID: CON-24821) | Assignment Agreement | Wall Street Plaza 88 Pine Street, 2nd Floor New York, NY 10005<br><br>1585 Broadway New York, NY 10036 | | NB (Assignor)<br><br>LBI (Assignee) |
| MSTD, Inc. | Master Agreement for the Procurement of Services and the Licensing of Software, effective as of Oct. 30, 2001 (ID: MSTD27234) | Aurora Loans Services obtains license rights to access and use the software application owned and maintained by MSTD, Inc., known as BackInTheBlack (mortgage default loss mitigation application). | 210 E. Redwood Street Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Aurora Loans Services, LLC |
| MSTD, Inc. | Statement of Work, dated as of Nov. 2, 2007 (ID: MSTD23630) | Statement of Work issued pursuant to the Application Service Provider Agreement between MSTD, Inc. and Lehman Commercial Paper Inc., an Affiliate of Lehman Brothers Bank, dated February 1, 2005 | 210 E. Redwood Street Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| MSTD, Inc. | Statement of Work dated as of Nov. 2, 2007 (ID: MSTD25345) | | 210 E. Redwood Street, Suite 100 Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | LCPI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| MSTD, Inc. | Amendment Number 1 to Statement of Work No: 11-02-07, amendment effective as of Feb. 11, 2008 (ID: MSTD29560) | Amendment to 11-02-07 Statement of Work | 210 E. Redwood Street, Suite 100 Baltimore, MD 21202 Attn: Hans Rusli Attn: Mark H. Friedman | | Lehman Brothers Bank, FSB |
| Omgeo LLC | Omgeo Central Trade Manager – Service Bureau STP Partner, Investment Manager Schedule and Rider to the CTM Agreement, dated as of Mar. 27, 2006 (ID: CON-15707) | Subscription to Omgeo Central Trade Manager service | 22 Thomson Place Boston, MA 02210 | | LBI |
| Open Solutions, Inc. | Data Processing Services Agreement, dated as of Jan. 22, 2008 (ID: No. 2099) | OSI agrees to provide Lehman with services connected to its conversion to the OSI data processing system. | 455 Winding Brook Drive Glastonbury, CT 06033 Attn: Chief Financial Officer | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| PerTrac Financial Solutions, LLC | Letter Agreement, dated in April 2007 executed as of May 24, 2007 (ID: CON-21142) | Letter Agreement in connection with PerTrac License Agreement related to the PerTrac Analytical Platform | 2611 South Mendenhall Road, Suite 200 Memphis TN 38115 | | Lehman Brothers Alternative Investment Management LLC |
| Portware, LLC | General Terms and Conditions: IT Products and Services, effective as of June 10, 2008 (ID: CON-27730) | Master Agreement | 233 Broadway 24th Floor New York, NY 10279 | | LBHI |
| Portware, LLC | Product License Supplement, effective as of June 10, 2008 (ID: CON-25081) | Additional terms and conditions | 233 Broadway 24th Floor New York, NY 10279 | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Portware, LLC | Product License Transaction Schedule, effective as of July 2, 2008 (ID: CON-27585) | Identifies specific product - Portware Enterprise On-Site Solution. | 233 Broadway 24th Floor New York, NY 10279 | | LBI |
| R.R. Donnelley & Sons Company | Letter agreement between R.R. Donnelly & Sons Company and Lehman Brothers Bank, FSB, dated as of April 18, 2008. | R.R. Donnelly to obtain access to Lehman's electronic mortgage loan servicing system necessary to enable it to provide certain printing and mailing services to Lehman. | 111 South Wacker Drive Chicago, IL 60606 | | Lehman Brothers Bank, FSB n/k/a Aurora Bank FSB |
| RIMES Technologies Corporation | Customer License Agreement, dated as of Aug. 19, 1998, and June 2002 Amendment to Customer License Agreement (ID: 004802-LEHNY-2005) | License Agreement | 134 Spring Street New York, NY 10012 84 Wooster Street New York, NY 10012 | | NB |
| Sociedad de Bolsas, S.A. | Contrato de Difusion de Informacion del Sistema de Interconexion Bursatil, dated as of March 1, 2007 (ID: CON-19610) | Provides for a data feed and stock exchange interconnection used in Debtors' London offices only. | Palacio de la Bolsa Plaza de la Lealtad, 1 28014 Madrid Spain | | LBHI |
| Standard & Poor's Corporation | Master Subscription Agreement, effective as of Oct. 12, 2001 (ID: 005563A) | License Agreement | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.) 55 Water St. New York, NY 10041 Attn: Licensing & Contract Administration | | NB |
| Statpro Inc. | Addendum to End-User Software License and Support Agreement for Additional Sites, made part of and incorporated | Purchase of multi site Citrix License of StatPro Composites | 185 Madison Avenue 14th Floor New York, NY 10016 | | NB |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| | into the End-User Software License and Support Agreement (ID: CON-23102) | | | | |
| Statpro Inc. | Addendum No. 2 to End-User Software License and Support Agreement, made part of and incorporated into the End-User Software License and Support Agreement dated Apr. 29, 1999 (ID: CON-23132, CON-20874 [duplicate]) | Schedule to Software License and Support Agreement Updates | 185 Madison Avenue 14th Floor New York, NY 10016 | | LBHI |
| Statpro Limited | End-User Software License and Support Agreement, dated as of Apr. 29, 1999 (ID: CON-5616A) | Master Agreement | 225 Magdalen Road, Earlsfield, London SW18 3PA | | NB |
| Strategic Financial Solutions, LLC | Letter in reference to PerTrac and HFR Hedge Fund Database Agreements, dated Dec. 20, 2002 (ID: CON-006036A) | Assignment Consent Agreement | 2611 South Mendenhall Road Suite 200 Memphis, TN 38115 | | LibertyView Capital Management, Inc. (Assignee: NB) |
| Strategic Financial Solutions, LLC | Consent to Assignment of PerTrac License and HFR Hedge Fund Database License, dated as of Aug. 19, 2003 (ID: CON-26325) | Assignment Consent Agreement | 2611 South Mendenhall Road, Suite 200 Memphis TN 38115 | | NB |

-13-

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Strategic Financial Solutions, LLC d/b/a PerTrac Financial Solutions | Non-Disclosure Agreement, dated as of Mar. 26, 2008 (ID: CON-27020) | Confidentiality Agreement | 58 West 50th Street, 4th Floor New York, NY 10018 | | LBHI |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum #2 to Addendum Number 4 Schedule C1 Services Schedule, executed as of March 10, 2008 (ID: CON-29085) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum to Addendum Number 4 Schedule C1 Services Schedule, executed as of Oct. 22, 2007 (ID: CON-25248) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Advantage Requirement Statement, agreed to as of Dec. 31, 2007 (ID:CON-25897) | Proposal Statement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Advantage Requirement Statement, dated as of Oct. 3, 2007 (ID:CON-24653) | Requirement to develop custom SPL8 styles in landscape format for use with Personal Trust Accounts | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Extension Addendum #2 to Addendum Number 4 Schedule C1 Services Schedule, executed as of Mar. 10, 2008 (ID:CON-27918) | Extends term of engagement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Software License Agreement, dated as of Mar. 18, 2005 (ID: 005062-LEHNY-2004) | AddVantage software license agreement | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| Sungard Asset Management Systems, a division of Sungard Business Systems, LLC | Schedule C2, executed as of June 23, 2008 (ID:CON-30378) | Services Schedule | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| Sungard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 1 to Mar. 18, 2005 Software License Agreement (ID: 001024-LEHNY-2007) | Software license for PDF Converter (Red Titan) Software and (5) Reflections for the Web for Test Server #1 | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 2, Schedule C1 to Software License Agreement, executed as of Aug. 21, 2006 (ID: 001027-LEHNY-2007) | Services schedule for AddVantage Cache, WebLink and IIS Webserver | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Asset Management Systems, a division of Sungard Business Systems LLC | Addendum Number 5, Schedule C to Software License Agreement, executed as of Mar. 5, 2007 (ID:CON-20098) | Services schedule | One Memorial Drive Cambridge, MA 02142 Attn: Senior Vice President | | Lehman Brothers Trust Company, N.A. and Lehman Brothers Trust Company of Delaware |
| SunGard Investment Systems LLC | Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-23412, CON-19996) | Software license agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $17,466.89 | LBHI |
| SunGard Investment Systems LLC | Addendum No. 1 to Software License Agreement, dated as of Jan. 25, 2008 (ID: CON-27797) | Addendum to Software License Agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| SunGard Investment Systems LLC | Non-Disclosure Agreement, dated as of Mar. 15, 2006 (ID: CON-12588) | Confidentiality Agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBHI |
| SunGard Investment Systems LLC | Supplemental Terms to Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19997, CON-23413) | Investran software license terms | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBHI |
| SunGard Investment Systems LLC | Software Schedule #1 to Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19998, CON-23414) | Investran software schedule | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | | LBHI |
| The Courier L.L.C. | Master Agreement: Non-IT Services, effective as of Aug. 23, 2005 (ID: 004575-LEHNY-2005) | Provides terms and conditions governing transactions that may be entered into between LBHI and The Courier L.L.C. for the provision of services (courier/messenger services between buildings, post office pick ups and bank deliveries) | P.O. Box 11753 Denver, CO 80211 | | Aurora Loan Services LLC |
| The Courier L.L.C. | Professional Services Transaction Schedule 1, effective as of Aug. 23, 2005 (ID: 001171-LEHNY-2006) | Services schedule to Master Agreement. | P.O. Box 11753 Denver, CO 80211 | | LBHI |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Reimbursement Amount | Lehman/Neuberger Entity[2] |
|---|---|---|---|---|---|
| The MathWorks, Inc. | Master Agreement (ID: CON-04983) | Software License Agreement | 3 Apple Hill Drive Natick, MA 01760-2098 | | LBI |
| Thomson Financial LLC | Project Agreement, dated as of Mar. 20, 2008 (ID: CON-26555) | Agreement for PORTIA test conversion and production conversion | 195 Broadway New York, NY 10007 Attn: GSAM Attn: General Counsel | | LBI |
| Thomson Trading Services Incorporated | Software License Agreement, dated as of Sept. 6, 1995 (ID: CON-16440) | PORTIA License Agreement | 22 Pittsburgh Street Boston, MA 02210 | | Lincoln Capital Management Company |
| United Telephone Company of the West ("Embarq") | Individual Case Basis Agreement, dated as of Mar. 30, 2007 (ID:No.07BELD6YLKPP) | Sets forth the terms and conditions for Embarq's provision of certain services to LBHI (Embarq Ethernet). | 900 Springmill Road Mansfield, OH 44906 MS: OHMANJ0101 | | LBHI |