ALSTON & BIRD LLP
Martin G. Bunin, Esq.
William Hao, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

William S. Sugden, Esq. (*Pro Hac Vice* Pending)
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel to AG Financial Products Inc.; Consolidated
Container Company LLC; Dell Global B.V.; Greywolf Capital
Management L.P.; Main Street Natural Gas, Inc.; the
Municipal Electric Authority of Georgia; and Bank of America,
National Association successor by merger with LaSalle Bank
National Association, as Trustee under certain Indentures,
Pooling and Servicing Agreements, Trust Agreements and
Similar Agreements*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                       :       Chapter 11
                                            :
Lehman Brothers Holdings Inc., *et al.,*    :       Case No. 08-13555 (JMP)
                                            :
            Debtors.                        :       (Jointly Administered)
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

William Hao ("Movant"), a member in good standing of the Bar of the State of New

York, an attorney admitted to practice before the United States Bankruptcy Court for the

Southern District of New York, and a member of Alston & Bird LLP, hereby moves the Court to

enter an order permitting William S. Sugden, also a member of Alston & Bird LLP, to practice

*pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent AG Financial Products Inc.; Consolidated Container Company LLC; Dell Global B.V.; Greywolf Capital Management L.P.; Main Street Natural Gas, Inc.; the Municipal Electric Authority of Georgia; and Bank of America, National Association successor by merger with LaSalle Bank National Association, as Trustee under certain Indentures, Pooling and Servicing Agreements, Trust Agreements and Similar Agreements, in the above referenced chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.  In support of the Motion, Movant states as follows:

1.     Mr. Sugden is a member in good standing of the Bar of the State of Georgia and is also admitted to practice before the United States District Court for the Northern District of Georgia.  There are no disciplinary proceedings pending in any court against Mr. Sugden.

2.     In support of the relief requested in this Motion, an affirmation of William S. Sugden is attached as Exhibit A.

3.     Movant requests that this Court approve this Motion so that Mr. Sugden may file pleadings and appear and be heard at hearings in these chapter 11 cases.

4.     No previous request for the relief sought herein has been made to this or any other court.

**WHEREFORE**, Movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit B, permitting William S. Sugden to appear *pro hac vice* in association with the Movant as counsel to AG Financial Products Inc.; Consolidated Container Company LLC; Dell Global B.V.; Greywolf Capital Management L.P.; Main Street Natural Gas, Inc.; the Municipal Electric Authority of Georgia; and Bank of America, National Association successor by merger with LaSalle Bank National Association, as

Trustee under certain Indentures, Pooling and Servicing Agreements, Trust Agreements and

Similar Agreements, in these chapter 11 cases and granting such other and further relief as is

just.

Dated: New York, New York
      August 21, 2009                  Respectfully submitted,

                                   ALSTON & BIRD LLP

By:      /s/ William Hao
          William Hao, Esq.
          Martin G. Bunin, Esq.
          90 Park Avenue
          New York, N.Y. 10016
          Telephone: (212) 210-9400
          Facsimile: (212) 210-9444

          and

          William S. Sugden, Esq. (*Pro Hac Vice*
            Pending)
          1201 West Peachtree Street
          Atlanta, Georgia 30309
          Telephone: (404) 881-7000
          Fax: (404) 881-7777

          *Counsel to AG Financial Products Inc.;*
          *Consolidated Container Company LLC; Dell*
          *Global B.V.; Greywolf Capital Management*
          *L.P.; Main Street Natural Gas, Inc.; the*
          *Municipal Electric Authority of Georgia; and*
          *Bank of America, National Association*
          *successor by merger with LaSalle Bank*
          *National Association, as Trustee under certain*
          *Indentures, Pooling and Servicing Agreements,*
          *Trust Agreements and Similar Agreements*