# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
Lehman Brothers Holdings Inc., *et al.,*                 :        Case No. 08-13555 (JMP)
                                                         :
            Debtors.                                     :        (Jointly Administered)
-------------------------------------------------------x

## AFFIRMATION IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, William S. Sugden, an attorney duly admitted to practice law in the State of Georgia,

hereby affirm as follows under penalty of perjury:

1.      I am an attorney at the law firm Alston & Bird LLP, which has offices at 90 Park

Avenue, New York, New York 10016, and One Atlantic Center, 1201 West Peachtree Street,

Atlanta, Georgia 30309-3424 (and other locations).

2.      I submit this affirmation in support of the motion for my admission to practice *pro*

*hac vice* in the above-captioned matter.

3.      I am a member in good standing of the Bar of the State of Georgia and the United

States District Court for the Northern District of Georgia.

4.      My mailing address, e-mail address and telephone number are:

        Mailing Address:          One Atlantic Center
                                   1201 West Peachtree Street
                                   Atlanta, Georgia 30309-3424

        E-mail:                    will.sugden@alston.com

        Telephone:                 (404) 881-7000

5.      I have submitted the filing fee of $25.00 with this motion for *pro hac vice*

admission.

6.      Wherefore, your affirmant respectfully requests that he be permitted to appear as

counsel and advocate *pro hac vice* in this one case.


Dated: Atlanta, Georgia
       August 21, 2009

ALSTON & BIRD LLP


By:    /s/ William S. Sugden
       William S. Sugden
       One Atlantic Center
       1201 West Peachtree Street
       Atlanta, Georgia 30309-3424
       (404) 881-7000