# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                                                  :        Chapter 11
                                                                            :
Lehman Brothers Holdings Inc., *et al.,*               :        Case No. 08-13555 (JMP)
                                                                            :
                    Debtors.                                       :        (Jointly Administered)
------------------------------------------------------x

## ORDER ADMITTING WILLIAM S. SUGDEN *PRO HAC VICE*

This matter is before the Court upon the motion (the "Motion"), pursuant to Local Rule 2090-1 of this Court, to permit William S. Sugden, a member in good standing of the Bar of the State of Georgia and the United States District Court for the Northern District of Georgia, to appear *pro hac vice*, to represent the following parties in interest and creditors in the above referenced chapter 11 cases: AG Financial Products Inc.; Consolidated Container Company LLC; Dell Global B.V.; Greywolf Capital Management L.P.; Main Street Natural Gas, Inc.; the Municipal Electric Authority of Georgia; and Bank of America, National Association successor by merger with LaSalle Bank National Association, as Trustee under certain Indentures, Pooling and Servicing Agreements, Trust Agreements and Similar Agreements.

Upon consideration thereof and having received no objection thereto it is

**ORDERED**, that the Motion is GRANTED and attorney William S. Sugden is admitted *pro hac vice*, in the above referenced chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

- 2 -

Dated: August ___, 2009
   New York, New York

                 _____
                 HONORABLE JAMES M. PECK
                 UNITED STATES BANKRUPTCY JUDGE