WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                     :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                                            :
                           Debtors.       :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF**
**AMENDED MOTION OF LB 2080 KALAKAUA OWNERS LLC**
**PURSUANT TO BANKRUPTCY CODE SECTIONS 363 AND 365 AND**
**BANKRUPTCY RULES 6004 AND 6006 FOR APPROVAL (i) TO SELL CERTAIN**
**REAL AND PERSONAL PROPERTY LOCATED IN HONOLULU, HAWAII,**
**(ii) TO REJECT OR ASSUME AND ASSIGN EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES IN CONNECTION THEREWITH, AND (iii) RELATED RELIEF**

**PLEASE TAKE NOTICE** that the Amended Motion of LB 2080 Kalakaua

Owners LLC ("LB 2080") Pursuant to Bankruptcy Code Sections 363 and 365 and Bankruptcy

Rules 6004 and 6006 for Approval (i) to Sell Certain Real and Personal Property Located in

Honolulu, Hawaii, (ii) to Reject or Assume and Assign Executory Contracts and Unexpired

Leases in Connection Therewith, and (iii) Related Relief [Docket No. 4230] is hereby withdrawn

without prejudice.

Dated: August 24, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession