Hearing Date and Time: 12/16/2009 at 10:00 A.M.
Objection deadline: 12/14/2009 at 4:00 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDING, INC. | 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------x

## NOTICE OF HEARING FOR MOVANTS MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that on August 24, 2009, Water Pollution Control Authority for the City of Bridgeport filed *the Motion for Relief from stay* to foreclose on the property known as 534-540 Hallet Street, Bridgeport, CT.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable James M. Peck on **December 16, 2009 at 10:00 A.M. (prevailing Eastern Time),** in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 (the "Bankruptcy Court")

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the motion must (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, which can be found at www.nysb.uscourts.gov; (iii) set forth with specificity the name of the objector and the legal and factual grounds for the objection; (iv) be filed in accordance with General Order M-242 of the bankruptcy court; and (v) be filed with the Bankruptcy Court, with a courtesy copy delivered to the Chambers of the Honorable Arthur J. Gonzalez, together with the proof of service thereof, and served upon (a) Law Office of Juda J. Epstein, Esq., 3543 Main Street, Bridgeport, CT 06606 (Attn: Juda J. Epstein, Esq.), so as to be actually received no later than **4:00 P.M. (prevailing Eastern Time) on December 14, 2009.**

**PLEASE TAKE FURTHER NOTICE** that if you fail to file and serve a timely response to the Motion in accordance with the above requirements, the Court may grant the relief requested in the Motion without further notice or hearing.

<u>August 24, 2009</u>                    <u>/s/ Juda J. Epstein</u>
Date                                        Juda J. Epstein, Esq. – ct 08704
                                                  3543 Main Street, Second Floor
                                                  Bridgeport, CT 06606
                                                  Tel: (203) 371-7007
                                                  Fax: (203) 371-6001
                                                  Email: lawofficesjje@aol.com

## **CERTIFICATION**

      I hereby certify that on August 24, 2009, a copy of the foregoing Notice of hearing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                              \_\_\_\_/s/_____
                                              Juda J. Epstein, Esq. – ct 08704
                                              3543 Main Street, Second Floor
                                              Bridgeport, CT 06606
                                              Tel: (203) 371-7007
                                              Email: lawofficesjje@aol.com