UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDING, INC. | 08-13555 (JPM) |
| *et al.* | |
| Debtors | |

------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 24, 2009, true and accurate copies of the foregoing Notice of Motion Seeking an Order Granting Relief from the Automatic Stay, and Notice of Hearing for Movant's Motion for Relief from Stay were caused to be serviced via United States mail, postage prepaid, on the entities on the attached service list.

August 24, 2009_____          /s/ Juda J. Epstein_____
Date                                     Juda J. Epstein, Esq. – ct 08704
                                         3543 Main Street, Second Floor
                                         Bridgeport, CT 06606
                                         Tel: (203) 371-7007
                                         Fax: (203) 371-6001
                                         Email: lawofficesjje@aol.com

TO:

    The Honorable James M. Peck
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green, Courtroom 601
    New York, NY 10004

    Andrew D. Velez-Rivera
    Office of the United States Trustee
    Southern District of New York
    33 Whitehall Street, Suite 2100
    New York, NY 10004

    Internal Revenue Service
    Special Procedures Branch
    Attn: District Director
    290 Broadway
    New York, NY 10007