Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Telephone: (585) 247-9000
Anne E. Miller-Hulbert

Attorneys for Wells Fargo Bank, N.A. as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
**In re**                                           : Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        : 08-13555 (JMP)
                                                    :
                          **Debtors.**              : (Jointly Administered)
                                                    :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001 AND 11 U.S.C. §362(d) REGARDING REAL PROPERTY LOCATED AT 87-16 95TH AVENUE, OZONE PARK, NEW YORK

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of Wells Fargo Bank, N.A., Pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and Section 362(d) of chapter 11 of title 11 of the United States Code for Relief from the Automatic Stay with respect to real property located at 87-16 95th Avenue, Ozone Park, New York [Docket No. 4640] (the "Motion"), which was scheduled for August 26, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to September 15, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: August 20, 2009
      Rochester, New York

                                            _____
                                            Anne E. Miller-Hulbert
                                            Shapiro & DiCaro, LLP
                                            Attorneys for Wells Fargo Bank, N.A. as Trustee
                                            250 Mile Crossing Boulevard
                                            Suite One
                                            Rochester, NY 14624
                                            Telephone: (585) 247-9000