Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Telephone: (585) 247-9000
Anne E. Miller-Hulbert

Attorneys for Wells Fargo Bank, N.A. as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                             :

**In re**                       :        **Chapter 11 Case No.**
                             :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                             :

                **Debtors.**    :        **(Jointly Administered)**
                             :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY PURSUANT**
**TO BANKRUPTCY RULE 4001 AND 11 U.S.C. §362(d) REGARDING REAL**
**PROPERTY LOCATED AT 167-02 111TH AVENUE, JAMAICA, NEW YORK**

       **PLEASE TAKE NOTICE** that the hearing on relief requested in the

Motion of Wells Fargo Bank, N.A., Pursuant to Rule 4001 of the Federal Rules of

Bankruptcy Procedure and Section 362(d) of chapter 11 of title 11 of the United States

Code for Relief from the Automatic Stay with respect to real property located at 167-02

111th Avenue, Jamaica, New York [Docket No. 4671] (the "Motion"), which was

scheduled for August 26, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been**

**adjourned to September 15, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon

thereafter as counsel may be heard.  The hearing on the Motion will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  August 20, 2009
        Rochester, New York

                                    _____
                                    Anne E. Miller-Hulbert
                                    Shapiro & DiCaro, LLP
                                    Attorneys for Wells Fargo Bank, N.A. as
                                    Trustee
                                    250 Mile Crossing Boulevard
                                    Suite One
                                    Rochester, NY 14624
                                    Telephone: (585) 247-9000