# THOMPSON
INVESTMENT MANAGEMENT, INC.

August 3, 2009

Lehman Brothers Holdings Inc.
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

RE:   Case #08-13555
      Claim #311

Dear Sir or Madam:

On October 13, 2008, Thompson Investment Management, Inc. submitted a Proof of Claim for on behalf of the Thompson Plumb Bond Fund in regards to Case #08-13555, the Lehman Brothers Holdings Inc.  It was brought to our attention by Maria Termini from Hughes Hubbard & Reed LLP that we should have submitted our Proof of Claim form for Case #08-01420(JMP) SIPA, the Lehman Brothers, Inc., instead according to our transactions.  I had sent an e-mail on this day to Epiq Bankruptcy Solutions LLC via the website to have our original claim destroyed.

On June 30, 2009, Thompson received an Acknowledgement of Receipt of Proof of Claim form in regards to the first claim, Case #08-13555, Claim #311.  We have also received acknowledgment from Case #08-01420(JMP) SIPA, Claim #000000002.

We are requesting that our original Claim #311 be destroyed for Case #08-13555 because we do not feel that we are entitled to receive monies from both claims.  If this is untrue, please contact me at 608-827-7321 or awolf@thompsonim.com so that we can make the appropriate notes in our records.

If you have any questions or concerns, please do not hesitate to contact me at either the phone number above or the e-mail address above.

I would appreciate an acknowledgement of this request either by regular mail or by e-mail at your earliest convenience.

Sincerely,

Angela M. Wolf
Senior Securities Trader