July 20, 2009

U.S. Bankruptcy Court
One Bowling Green, 6th Floor
New York, NY 10004-1408

RE: Case No: 08-13555 Jointly
Acct # R0426430
Chapter 11, LEHMAN BROTHERS HOLDINGS INC

NOTICE OF WITHDRAWAL OF CLAIM(S)

The undersigned, as the duly authorized agent for the Treasurer of
Douglas County, a County Government organized under the Constitution
of the State of Colorado and having its office located at 100 Third Street,
Castle Rock, Colorado 80104, submits the Withdrawal of Claim on behalf
of Douglas County, pursuant to Rule 3006 of the Federal Rules of
Bankruptcy Procedure.

On February 17, 2009, the Douglas County Treasurer filed an amended
proof of claim in the above-cited case.   Claim was filed in the amount of
$69,763.79 for 2008 property taxes assessed on Debtors' real property.

The Douglas County Treasurer hereby withdraws said proof of claim for
the following reason:  The 2008 real property taxes were paid.

COUNTY OF DOUGLAS

Stephanie Cook, Bankruptcy Specialist
Encl. 1

FILED / RECEIVED

AUG 1 4 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| U.S. Bankruptcy Court **SOUTHERN DISTRICT OF NEW YO** | PROOF OF CLAIM | |
|---|---|---|
| Debtor(s) | Case No. 08-13555 jointly | |
| **LEHMAN BROTHERS HOLDINGS, INC** | Chapter 11 | |

| Name of Creditor: | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your proof of claim. | |
|---|---|---|
| Douglas County | | |
| Please mail notices to: | ☐ Check if you have never received any notices from the bankruptcy court in this case. | |
| Douglas County Treasurer Attn. Stephanie Cook 100 Third Street Castle Rock, Colorado 80104 TEL.: 303.660.7455 FAX: 303.660.9022 | ☐ Check if the address differs from the address on the envelope sent to you by the court | |
| | | THIS SPACE IS FOR COURT USE ONLY |

| Number by which creditor identifies debtor: R0426430 | This claim | ☐ replaces ☐ amends a previously filed claim, dated: ☐ supplements | *12.8.08* |
|---|---|---|---|

| 1. BASIS FOR CLAIM: | AD VALOREM REAL PROPERTY TAXES |
|---|---|
| 2. DATE DEBT WAS INCURRED: | January 1, 2008 |

*Colorado Revised Statutes provide that tax liens arise at 12 noon on the assessment date for the current year C.R.S. 39-1-105*

3. CLASSIFICATION OF CLAIM: Secured Claim to extent of collateral value. Unsecured Priority Claim 11 U.S.C. 507(a)(8) to the extent of any shortfall in collateral value and or personal liability. Tax Lien created under 39-1-107 of the Colorado Revised Statutes.

**4. Total amount of Claim:**

| $0.00 | $ 69,763.79 | $ | $ 69,763.79 |
|---|---|---|---|
| Unsecured | ( secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim

Interest accrues at 12% per annum pursuant to Colorado Revised Statute 39-10-104.5          (11USC 506(b) & 11USC 511)

| 5.  Secured claim: | **OTHER :** |
|---|---|
| Collateral:  Real Property 2008 Actual Taxable Value: $ 2,011,995 | 2009 Real Property taxes are estimated based on 2008 values 2009 tax amounts will not be available until January1, 2009 This claim will be supplemented with a liquidated amount once statmens are generated in accordance with Colorado Law. |

6. Credits and Setoffs:   The amount of the payments on this claim has been credited and deducted for the purpose of making this claim

7. Supporting Documents:          Attached

| Date :        10-Feb-09 *Sharon K Jones* Signature: Sharon K. Jones, Douglas County Treasurer | FOR COURT USE ONLY FILED / RECEIVED |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both 18 U.S.C 152 and 3571

EPIQ BANKRUPTCY SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

I certify that on August 10, 2009, a true and correct copy of the Douglas County Treasurer's Notice of Withdrawal of Claim was served upon the following parties by facsimile or regular first class mail, postage prepaid at Castle Rock, Colorado.

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076

US Trustee
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

_____
Stephanie B. Cook
Douglas County Treasurer's Office



July 20, 2009

U.S. Bankruptcy Court
One Bowling Green, 6th Floor
New York, NY 10004-1408

RE: Case No: 08-13555 Jointly
Acct # R0426412
Chapter 11, LEHMAN BROTHERS HOLDINGS INC

## NOTICE OF WITHDRAWAL OF CLAIM(S)

The undersigned, as the duly authorized agent for the Treasurer of
Douglas County, a County Government organized under the Constitution
of the State of Colorado and having its office located at 100 Third Street,
Castle Rock, Colorado 80104, submits the Withdrawal of Claim on behalf
of Douglas County, pursuant to Rule 3006 of the Federal Rules of
Bankruptcy Procedure.

On February 17, 2009, the Douglas County Treasurer filed an amended
proof of claim in the above-cited case.   Claim was filed in the amount of
$26,840.36 for 2008 property taxes assessed on Debtors' real property.

The Douglas County Treasurer hereby withdraws said proof of claim for
the following reason:  The 2008 real property taxes were paid.

COUNTY OF DOUGLAS

Stephanie Cook, Bankruptcy Specialist
Encl. 1

FILED / RECEIVED

AUG 14 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| U.S. Bankruptcy Court<br>**SOUTHERN DISTRICT OF NEW YO**[cut off] | PROOF OF CLAIM | |
|---|---|---|
| Debtor(s)<br><br>**LEHMAN BROTHERS HOLDINGS, INC** | Case No. 08-13555  jointly<br><br>Chapter 11 | |
| Name of Creditor:<br>   Douglas County | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your proof of claim. | |
| Please mail notices to:<br><br>Douglas County Treasurer<br>Attn. Stephanie Cook<br>100 Third Street<br>Castle Rock, Colorado 80104<br>TEL.: 303.660.7455<br>FAX:  303.660.9022 | ☐ Check if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check if the address differs from the address on the envelope sent to you by the court | # 1286<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Number by which creditor identifies debtor:<br>   R0426412 | ☐ replaces<br>This claim ☒ amends a previously filed claim, dated: 12.8.08<br>☐ supplements |
|---|---|

| 1. BASIS FOR CLAIM: | AD VALOREM REAL PROPERTY TAXES |
|---|---|
| 2. DATE DEBT WAS INCURRED: | January 1, 2008 |

*Colorado Revised Statutes provide that  tax liens arise at 12  noon on the assessment date for the current year  C.R.S. 39-1-105*

3. CLASSIFICATION OF CLAIM:     Secured Claim to extent of collateral value. Unsecured Priority Claim 11 U.S.C. 507(a)(8)
to the extent of any shortfall in collateral value and or personal liability.
Tax Lien created under 39-1-107 of the Colorado Revised Statutes.

4. Total amount of Claim:

| $0.00 | $26,840.36 | $ | $ 26,840.36 |
|---|---|---|---|
| Unsecured | ( secured) | (Priority) | (Total) |

☐   Check this box if claim includes charges in addition to the principal amount of the claim

Interest accrues at 12% per annum pursuant to Colorado Revised Statute 39-10-104.5          (11USC 506(b) & 11USC 511)

| 5.  Secured claim:<br><br>Collateral:  Real Property<br><br>2008 Actual Taxable Value: $ 771,448 | OTHER :<br>2009 Real Property taxes are estimated based on 2008 values<br>2009 tax amounts will not be available until January1, 2009<br>This claim will be supplemented with a liquidated<br>amount once statmens are generated in accordance<br>with Colorado Law. |
|---|---|

6. Credits and Setoffs:   The amount of the payments on this claim has been credited and deducted for
                    the purpose of making this claim

7. Supporting Documents:          Attached

| Date :       10-Feb-09<br><br>*Sharon K. Jones*<br><br>Signature: Sharon K. Jones, Douglas County Treasurer | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>FEB 17 2009 |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both  18 U.S.C 152 and 3571

EPIQ BANKRUPTCY SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

I certify that on August 10, 2009, a true and correct copy of the Douglas County Treasurer's Notice of Withdrawal of Claim was served upon the following parties by facsimile or regular first class mail, postage prepaid at Castle Rock, Colorado.

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076

US Trustee
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

_Jeannie Schafer for / Stephanie Cook_
Stephanie B. Cook
Douglas County Treasurer's Office