DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:    (212) 248-3170

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, | : Case No. 08-13555-JMP |
| Debtor. | : |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
PARSEC TRADING CORPORATION TO DEBTORS' MOTION PURSUANT TO
SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR
AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS
<u>UNDER THE DERIVATIVE CONTRACTS</u>**

**PLEASE TAKE NOTICE**, that Parsec Trading Corporation hereby withdraws its Limited Objection to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors under the Derivatives Contracts, filed July 31, 2009 (Docket No. 4604).

Dated: August 24, 2009                    By: <u>/s/ Stephanie Wickouski</u>
                                              Stephanie Wickouski

NY01/ 7137898.1

DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:   (212) 248-3170
Facsimile:   (212) 348-3141

—and—

Kristin K. Going
DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Telephone: (202) 230-5177
Facsimile: (202) 842-8465

Attorneys for Parsec Trading Corp.