DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:    (212) 248-3170

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : Case No. 08-13555-JMP |
| | : Jointly Administered |
| Debtors. | : |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss.:
COUNTY OF COOK       )

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

2.    On August 24, 2009, I caused true and correct copies of the NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF PARSEC TRADING CORPORATION TO

1

2

DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER THE DERIVATIVE CONTRACTS to be served (i) by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York and (ii) by facsimile upon the parties listed on the attached Service List.

                                                                   /s/ Daniel Northrop  
                                                                   **Daniel Northrop**

Sworn to before me this 24th  
day of August 2009.

/s/ Lisette Miller  
Notary Public

My commission expires: 08/01/11

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
     Robert J. Lemmons, Esq.
     Sunny Singh, Esq.
Facsimile: 212-310-8007

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.
Facsimile: 212-668-2255

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.
Facsimile: 212-530-5219

NY01/ 7137905.1