Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Bank PLC and Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re:

Lehman Brothers Holdings Inc., et al.

　　　　　　　　　　　Debtors.

------------------------------------------------------------------------ X

Chapter 11

Case No. 08-13555(JMP)

CERTIFICATE OF SERVICE

　　　　　I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

　　　　　On the 21st day of August 2009, the Response of Barclays Bank PLC and Barclays Capital Inc. to Debtors' Motion for an Order Enforcing the Automatic Stay and Holding Shinsei Bank in Contempt was served by hand and by email, as indicated, upon:

### BY HAND

　　　　　Richard P. Krasnow, Esq.
　　　　　Richard L. Levine, Esq.
　　　　　Shai Y. Waisman, Esq.
　　　　　Weil Gotshal & Manges LLP
　　　　　767 Fifth Avenue
　　　　　New York, NY  10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Don Kleiner, Esq.
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103

**BY E-MAIL**

Martin.flics@linklaters.com, Mary.warren@linklaters.com,
richard.krasnow@weil.com, richard.levine@weil.com,
shai.waisman@weil.com, ddunne@milbank.com,
dodonnell@milbank.com, efleck@milbank.com, dkleiner@velaw.com

Dated:  New York, New York
         August 21, 2009

        /s/Richard V. Conza
        Richard V. Conza