UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                       :
                                                             :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :
                                                             :   Case No. 08-13555 (JMP)
                    Debtors.                                 :   (Jointly Administered)
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Alison Levy, being duly sworn, deposes and says:

1. I am a resident of the United States, am over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Tishman Speyer Real Estate Venture VII, L.P. in the above-captioned case.

2. On August 24, 2009, I caused a true and correct copy of the following document, Objections of Tishman Speyer Real Estate Venture VII, L.P. to LBHI Examiner's Subpoena for Rule 2004 Examination to be filed and served by email via the Court's ECF system and served upon the parties listed on the service list attached hereto in the manner indicated thereon.

_____
Alison Levy

Sworn to before me this
24th day of August, 2009

_____

JENNIFER HIGGINS
Notary Public, State of New York
No. 01HI6163915
Qualified in New York County
Commission Expires April 9, 2011

## SERVICE LIST

**BY HAND DELIVERY**

Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern District of New York
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Jenner & Block LLP
Attn:   Robert L. Byman
919 Third Avenue, 37th Floor
New York, New York 10022