Hearing Date and Time:   August 26, 2009 at 10:00 a.m.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Richard L. Levine
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: 
In re                                                              :
                                                                   :  Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :  08-13555 (JMP)
                                                                   :
                                                                   :
                        Debtors.                        :  (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

## REPLY DECLARATION OF JUNYA NAITO

Pursuant to 28 U.S.C. § 1746, Junya Naito declares as follows:

1. I am an attorney (*bengoshi*) admitted to practice in Japan and a member of the law firm of Momo-o, Matsuo & Namba, attorneys for Lehman Brothers Holdings Inc. ("LBHI") and certain of LBHI's affiliates in the civil rehabilitation proceedings of certain of LBHI's Japanese affiliates, including Sunrise Finance Co., Ltd. ("Sunrise").

2. I submit this declaration in support of Debtors' Reply To Objections To The Debtors' Motion, As Supplemented, For An Order Enforcing The Automatic Stay And Holding Shinsei Bank In Contempt For Violating The Autmatic Stay.

3. Pursuant to the Civil Rehabilitation Act of Japan (the "Act") and the order of commencement of rehabilitation proceedings for Sunrise by the Tokyo District Court (the "Commencement Order"), Sunrise was required to state its approval or disapproval of the content and voting right of proofs of claim filed by the rehabilitation creditors of Sunrise by November 18, 2008. Sunrise approved the content and voting right of the claims filed by Lehman Brothers Asia Ltd. ("LB Asia"). Although Sunrise initially disapproved the content and voting right of the claims filed by LBHI, but thereafter approved it on December 26, 2008. The reason of Sunrise's initial disapproval was the mere difference of the amount of the claim. LBHI revised the proof of claim and Sunrise approved the revised proof of claim.

4. Under the Act and the Commencement Order, rehabilitation creditors of Sunrise who had filed proofs of claim had the right to file objections to the content and voting right of rehabilitation claims filed by other rehabilitation creditors during the period from November 25, 2008 to December 2, 2008. Shinsei Bank filed a proof of claim and thus, had a right to file timely objections to LBHI's and LB Asia's respective claims. No rehabilitation creditors of Sunrise, who had filed proofs of claim, including Shinsei Bank, filed objections to the content and voting right of the rehabilitation claims filed by LB Asia or LBHI.

        5.      Thus, pursuant to the Act, the content and voting right of LB Asia's rehabilitation claim in the civil rehabilitation proceedings of Sunrise became fixed and determined on December 2, 2008, and the content and voting right of LBHI's rehabilitation claim in the civil rehabilitation proceedings of Sunrise became fixed and determined on December 26, 2008.

Dated:        Tokyo, Japan
                August 25, 2009

                                          /s/ Junya Naito
                                          Junya Naito
                                          Momo-o, Matsuo & Namba
                                          Kojimachi Diamond Building 6F
                                          4-1 Kojimachi, Chiyoda-Ku
                                          Tokyo 102-0083, Japan