ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678
Gregory B. Schiller (GS7215)

*Attorneys for Triple Point Technology, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., *et al.*, | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance and request for service of papers for Triple Point Technology, Inc., a creditor in interest herein. It is hereby specifically requested that Gregory B. Schiller, Esq. and Zeisler & Zeisler, P.C. be removed from all mailing lists and notices of electronic filing in the above-captioned Chapter 11 case.

Dated: Bridgeport, Connecticut
      August 25, 2009

ZEISLER & ZEISLER, P.C.

/s/ Gregory B. Schiller
Gregory B. Schiller (GS7215)
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678

*Attorneys for Triple Point Technology, Inc.*