WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
------------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON AUGUST 26, 2009 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.  Case Conference

    A.  Status Report by Examiner.

2.  Debtors' Motion to Engage Citadel Solutions LLC on an Interim Basis **[Docket No. 4717]**

    Response Deadline:   August 21, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Debtors' Supplement to Motion **[Docket No. 4913]**

    Status:  This matter is going forward. A revised proposed order will be submitted to the Court.

3.  Motion of Lehman Brothers Holdings Inc., et al. for Authorization and Approval of Settlement with Lehman Re Ltd. **[Docket No. 4716]**

    Response Deadline:   August 21, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward. A revised proposed order will be submitted to the Court.

**II.  CONTESTED MATTERS:**

4.  Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts **[Docket No. 4453]**

    Response Deadline:   July 31, 2009 at 4:00 p.m.

    Responses Received:

A. Wellmont Health System's Objection **[Docket No. 4527]**

B. Response of EPCO Holdings, Inc. **[Docket No. 4532]**

C. Opposition of Easton Investments II, A California Limited Partnership **[Docket No. 4533]**

D. Objection of American Family Life Assurance Company of Columbus **[Docket No. 4536]**

E. Limited Objection of Embarcadero Aircraft Securitization Trust **[Docket No. 4539]**

F. Limited Objection of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. **[Docket No. 4540]**

G. Reliant Energy Power Supply, LLC's Objection **[Docket No. 4541]**

H. First Choice Power, L.P.'s Objection **[Docket No. 4543]**

I. Objection of The Royal Bank of Scotland PLC and Affiliates **[Docket No. 4544]**

J. Optim Energy Marketing and Trading, LLC's (F/K/A EnergyCo Marketing and Trading, LLC) Objection **[Docket No. 4545]**

K. Limited Objection of the University of Pittsburgh **[Docket No. 4546]**

L. Limited Objection of Highland Capital Management L.P. **[Docket No. 4548]**

M. Objection of Public Bank Berhad **[Docket No. 4549]**

N. Objection of Gaselys **[Docket No. 4550]**

O. Objection of Oceania Cruises Inc. **[Docket No. 4551]**

P. Limited Objection of EXCO Operating Company, LP **[Docket No. 4552]**

Q. Objection of National Australia Bank **[Docket No. 4554]**

R. Limited Objection by Russell Investment Group **[Docket No. 4555]**

S. Objection of Consolidated Container Company LLC **[Docket No. 4558]**

T.  Objection of Bank of Montreal **[Docket No. 4559]**

U.  Objection of Nextera Energy Power Marketing, LLC (F/K/A FPL Energy Power Marketing, Inc.) and Florida Power & Light Company **[Docket No. 4560]**

V.  Objection of the Nebraska Investment Finance Authority **[Docket No. 4561]**

W.  Objection of the Hotchkiss School **[Docket No. 4562]**

X.  Limited Objection of Carlton Communications Limited **[Docket No. 4563]**

Y.  Limited Objection of Bank of America, N.A., Merrill Lynch & Co., Inc. **[Docket No. 4566]**

Z.  Joinder of Dell Global B.V. **[Docket No. 4568]**

AA. Limited Objection of Instituto de Credito Oficial **[Docket No. 4569]**

BB. Omnibus Objection of Derivative Counterparties **[Docket No. 4571]**

CC. Objection of Hebron Academy **[Docket No. 4572]**

DD. Joinder of the Municipal Electric Authority of Georgia **[Docket No. 4575]**

EE. Limited Objection of Nomura International PLC and Its Affiliates **[Docket No. 4576]**

FF. Joinder of AG Financial Products, Inc. **[Docket No. 4578]**

GG. Limited Objection of D.E. Shaw Composite Portfolios, et al. **[Docket No. 4579]**

HH. Limited Objection of European Credit Management Limited **[Docket No. 4580]**

II. Objection of U.S. Bank National Association **[Docket No. 4583]**

JJ. Joinder of Taconic Capital Partners 1.5 L.P., et al. **[Docket No. 4585]**

KK. Limited Objection of Retirement Housing Foundation **[Docket No. 4586]**

LL. Objection of The Bank Of New York Mellon, et al. **[Docket No. 4589]**

MM. Joinder of Greywolf Capital Management L.P. **[Docket No. 4590]**

NN. Limited Objection of Barclays Global Investors National Association **[Docket No. 4591]**

OO. Objection of Wells Fargo Bank, National Association **[Docket No. 4592]**

PP. Limited Objection of Massachusetts Water Resources Authority **[Docket No. 4593]**

QQ. Objection Of Gaston Christian School, Inc. **[Docket No. 4594]**

RR. Objection of The Bank Of New York Mellon, et al. **[Docket No. 4596]**

SS. Limited Objection of Metropolitan West Asset Management, LLC **[Docket No. 4597]**

TT. Objection of Barclays Bank PLC **[Docket No. 4599]**

UU. Objection of Massdevelopment/Saltonstall Building Redevelopment Corporation **[Docket No. 4600]**

VV. Objection of The Beaver Country Day School **[Docket No. 4603]**

WW. Limited Objection of Parsec Trading Corporation **[Docket No. 4604]**

XX. Limited Objection of Canadian Imperial Bank Commerce, Societe Generale **[Docket No. 4606]**

YY. Joinder of Main Street Natural Gas, Inc. **[Docket No. 4607]**

ZZ. Objection of The Charles River School **[Docket No. 4608]**

AAA. Objection of Glencore Commodities Ltd. **[Docket No. 4612]**

BBB. Objection of Lai Mei Chan, et al. **[Docket No. 4616]**

CCC. Joinder of Compass Bank **[Docket No. 4617]**

DDD. Limited Objection and Joinder of Bank of America, National Association **[Docket No. 4618]**

EEE. Objection of Goldman Sachs & Co., *et al*. **[Docket No. 4620]**

FFF. Objection and Joinder by Schoellhorn Trust **[Docket No. 4621]**

GGG. Objection of The Kroger Co. **[Docket No. 4626]**

HHH. Objection and Joinder of Wachovia **[Docket No. 4614]**

III. Joinder of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. **[Docket No. 4629]**

JJJ. Objection of Minnesota Masonic Home Care Center **[Docket No. 4692]**

KKK. Joinder of Russell Investment Group **[Docket No. 4897]**

Replies Filed:

LLL. Debtors' Omnibus Responses to Objections **[Docket No. 4903]**

MMM. Declaration of Peter Gruenberger in Support of Debtors' Motion **[Docket No. 4904]**

NNN. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 4911]**

Related Documents:

OOO. Notice of Revised Proposed Order **[Docket No. 4634]**

PPP. Notice of Withdrawal of Objection of Parsec Trading Corporation **[Docket No. 4909]**

Status: This matter is going forward.

5. Debtors' Motion for an Order Enforcing the Automatic Stay and Holding Shinsei Bank in Contempt for Violating the Automatic Stay **[Docket No. 4764]**

Response Deadline: August 21, 2009 at 4:00 p.m.

Responses Received:

A. Response and Objection of Shinsei Bank **[Docket No. 4876]**

B. Objection of the Joint Administrators of the Lehman European Group Administration Companies **[Docket No. 4880]**

C. Objection of AB Svensk Exportkredit **[Docket No. 4883]**

D. Objection of PB Capital Corporation **[Docket No. 4884]**

E. Objection of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 4885]**

F. Response of Barclays Bank PLC and Barclays Capital Inc. **[Docket No. 4886]**

Replies Filed:

G. Debtors' Reply to Objections **[Docket No. 4920]**

H. Reply Declaration of Junya Naito **[Docket No. 4919]**

Related Documents:

I. Declaration of Richard L. Levine in Support **[Docket No. 4766]**

J. Declaration of Junya Naito in Support **[Docket No. 4768]**

K. Debtors' Supplement to Motion **[Docket No. 4836]**

L. Declaration of Dov Kleiner **[Docket No. 4887]**

M. Corrected Exhibit C of Declaration of Dov Kleiner **[Docket No. 4891]**

N. Supplemental Declaration of Richard P. Krasnow **[Docket No. 4916]**

Status: This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS: TO BE HEARD AT 2:00 P.M.

### III. UNCONTESTED MATTERS

6. Second Application of Hughes Hubbard & Reed LLP for Allowance of Interim Professional Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From February 1, 2009 Through May 31, 2009 **[Docket No. 1292]**

Response Deadline: August 21, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Hearing on Second Application of Hughes Hubbard & Reed LLP for Allowance of Interim Professional Compensation for Services Rendered and Reimbursement of Actual and Necessary

Expenses Incurred From February 1, 2009 Through May 31, 2009 **[Docket No. 1293]**

      B.    Recommendation of the Securities Investor Protection Corporation in Support of the Second Application of Counsel for Interim Compensation and Reimbursement of Expenses **[Docket No. 1494]**

      C.    Notice of Revised Proposed Order **[Docket No. 1509]**

Status:  This matter is going forward.

## IV. CONTESTED MATTERS

7. Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

    Responses Received:

    A. Objection of William Kuntz, III **[Docket No. 1074]**

    B. Trustee's (I) Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief and (II) Reply in Further Support of Rejection of Contracts **[Case No. 08-13555, Docket No. 3699]**

    C. Debtors' Objection to Unclaimed Property Recovery Service, Inc's Motion to Compel and Related Relief **[Case No. 08-13555, Docket No. 3701]**

    D. Trustee's Response to Supplemental Motion of Unclaimed Property Recovery Services Inc. **[Docket No. 1514]**

    Related Documents:

    E. Statement Notice of rejection of Executory Contracts with Unclaimed Property Recovery Services Inc. **[Docket No. 1050]**

    F. Notice of Hearing on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3344]**

G. Motion to Compel on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3345]**

H. Declaration of Bernard Gelb **[Case No. 08-13555, Docket No. 3346]**

I. Notice of Proposed Order on Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3347]**

J. Corrected Notice of Motion of Hearing on Unclaimed Property Recovery Service's Motion for Orders (A) Compelling Payment of Unclaimed Funds by the New York state Comptroller. (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3424]**

K. Notice of Adjournment [Docket No. 1069]

L. Notice of Adjournment [Case No. 08-13555, Docket No. 3506]

M. Notice of Adjournment **[Docket No. 1224]**

N. Objection of Unclaimed Property Recovery Service, Inc. to the SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3546]**

O. Declaration of Bernard Gelb [Case No. 08-13555, Docket No. 3547]

P. Reply Declaration of Bernard Gelb [Case No. 08-13555, Docket No. 3732]

Q. Reply in Further Support of the Motion of Unclaimed Property Recovery Service, Inc. for Orders (A) Compelling Payment of Unclaimed Funds by the New York State Comptroller, (B) Lifting the Automatic Stay, or, Alternatively, Providing Relief from the Automatic Stay, (C) Allowing Payment for Services Provided

        Postpetition and (D) Other Relief **[Case No. 08-13555, Docket No. 3733]**

    R.    Objection to SIPC Trustee's Proposed Rejection of LBI-UPRS Contracts **[Case No. 08-13555, Docket No. 3734]**

    S.    Order Denying the Motion of Unclaimed Property Recovery Service Inc. with Respect to Lehman Brothers Holdings, Inc. and Its Affiliated Debtors **[Case No. 08-13555, Docket No. 4177]**

    T.    Notice of Adjournment **[Docket No. 1257]**

    U.    Notice of Adjournment **[Docket No. 1320]**

    V.    Notice of Adjournment **[Docket No. 1356]**

    W.    Supplemental Motion of Unclaimed Property Recovery Service Inc. for Orders (A) Allowing Payment for Services and (B) Other Relief **[Docket No. 1496]**

    X.    Supplemental Declaration of Bernard Gelb **[Docket No. 1495]**

Status: This matter is going forward.

## V.    ADVERSARY PROCEEDINGS: TO BE HEARD AT 2:00 P.M.

**A.   Lehman Brothers Holdings Inc.**

    8.    LBHI/LBSF v. Libra CDO Ltd. **[Case Nos. 09-01177 / 09-01178]**

    **Motion for Summary Judgment; Defendant's Cross-Motion for Summary Judgment**

    Related Documents:

        A.    Plaintiffs Lehman Brothers Holdings Inc.'s Motion for Summary Judgment **[Docket No. 9]**

        B.    Cross-Motion for Summary Judgment of Libra CDO Limited, et al. **[Docket No. 12]**

        C.    Declaration of Peter Himes in Support of Cross-Motion for Summary Judgment of Libra CDO Limited, et al. **[Docket No. 13]**

        D.    Memorandum of Law in Support of Cross-Motion for Summary Judgment **[Docket No. 14]**

        E.    Lehman Brothers Holdings Inc.'s Response to Cross-Motion for Summary Judgment **[Docket No. 18]**

|   |   |   |
|---|---|---|
| | F. | Creditors' Committee's Response in Opposition **[Docket No. 19]** |
| | G. | Response to Statement of Undisputed Material Facts of America, N.A., et al. **[Docket No. 20]** |
| | H. | Memorandum of Law in Opposition of Bank of America, N.A., et al. **[Docket No. 21]** |
| | I. | Reply in Support of Motion for Summary Judgment of Lehman Brothers Special Financing, Inc. **[Docket No. 24]** |
| | J. | Reply Memorandum of Law in Further Support of Cross-Motion for Summary Judgment of Bank of America, N.A., et al. **[Docket No. 25]** |
| | K. | Reply of the Official Committee of Unsecured Creditors **[Docket No. 26]** |

Status: These matters are going forward.

## VI.  ADJOURNED MATTERS

### A.  Lehman Brothers Holdings Inc.

9.  Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

   Response Deadline:   March 6, 2009 at 4:00 p.m.

   Responses Received:

   A.   Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

   B.   Statement of the Informal Noteholder Group **[Docket No. 887]**

   Related Documents:

   C.   Stipulation and Consent Order **[Docket No. 1402]**

   Status:  This matter has been adjourned to September 15, 2009.

10. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

   Response Deadline:   September 30, 2009

   Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to October 14, 2009.

11. Motion of Wells Fargo, NA for Relief from the Automatic Stay **[Docket No. 4640]**

    Response Deadline:  September 11, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to September 15, 2009.

12. Motion of Wells Fargo, NA for Relief from the Automatic Stay **[Docket No. 4671]**

    Response Deadline:  September 11, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to September 15, 2009.

13. Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket. No. 2385]**

    Response Deadline:  September 11, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to September 15, 2009.

14. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline:  January 9, 2009 at 4:00 p.m.

    Responses Received:

        A.  Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

    Related Documents:  None.

Status:  This matter has been adjourned to September 15, 2009.

15. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

   Response Deadline:  April 1, 2009 at 4:00 p.m.

   Responses Received:

    A. Debtors' Objection **[Docket No. 3387]**

    B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

   Related Documents:

    C. Declaration of Alan Worden **[Docket No. 3184]**

   Status:  This matter has been adjourned to September 15, 2009.

16. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery from Colorado Housing and Finance Authority **[Docket No. 4767]**

   Response Deadline:  September 8, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned to September 15, 2009.

17. Motion of First Bank Puerto Rico for Limited Discovery from Debtors Lehman Brothers Special Financing Inc., et al. **[Docket No. 4485]**

   Response Deadline:  September 11, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned to September 15, 2009.

18. Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract **[Docket No. 3755]**

   Response Deadline:  June 19, 2009 at 5:00 p.m.

   Responses Received:

A. Debtors' Objection **[Docket No. 4055]**

Related Documents: None.

Status: This has been adjourned to September 15, 2009.

19. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery from Pinnacle Foods Finance LLC **[Docket No. 4765]**

Response Deadline: September 11, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to September 15, 2009.

20. Motions of Lai Mei Chan, et al. and Ka Kin Wong, et al. for Relief from Derivative Procedures Orders and Objection to Debtors' Motion for an Order **[Docket Nos. 3565 and 3566]**

Response Deadline: July 10, 2009 at 4:00 p.m.

Responses Received:

A. Debtors Objection and Reply **[Docket No. 4324]**.

Related Documents: None.

Status: This matter has been adjourned to September 15, 2009.

**B. Adversary Proceedings**

21. Berenshteyn v. LBHI **[Case No. 08-01654]**

**Pre-Trial Conference**

Related Documents:

A. Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to October 14, 2009.

22. BP Energy Company and BP Corporation North America v. LBHI & LBCS **[Case No. 08-01792]**

**Pre-Trial Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

Status:  This matter has been adjourned to October 14, 2009.

23. Neuberger Berman, LLC v. PNC Bank, National Association, Lehman Brothers Inc., and Lehman Brothers Commercial Corporation **[Case No. 09-1258]**

**Pre-Trial Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

Status:  This matter has been adjourned to September 15, 2009.

24. Aliant Bank v. Lehman Brothers Special Financing, Inc. et al.

**[Case No. 08-01751]**

**Pre-Trial Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

  B. Answer of Lehman Brothers Special Financing, Inc. **[Docket No. 8]**

Status:  This matter has been adjourned to October 14, 2009.

25. State Street Bank and Trust Company v. Lehman Commercial Paper Inc.

**[Case No. 08-01743]**

**Pre-Trial Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

  B. Lehman Commercial Paper Inc.'s Answer and Defenses to Plaintiff's First Amended Adversary Complaint **[Docket No. 83]**

Status:  This matter has been adjourned to September 15, 2009.

26. Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing Inc., et al. **[Case No. 08-01610]**

**Pre-Trial Conference**

<small>US_ACTIVE:\43135196\09\43135196_9.DOC\58399.0003</small>

<small>15</small>

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Answer to Complaint of J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

Status: This matter has been adjourned to September 15, 2009.

## VII. WITHDRAWN MATTERS

27.    Amended Motion of LB 2080 Kalakaua Owners LLC to Sell Certain Property **[Docket No. 4230]**

Response Deadline:    July 8, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Extension of Deadline to Submit a Higher Offer **[Docket No. 4290]**

    B.    Statement of Kalaimoku-Kuhio Development Corp. to Amended Motion **[Docket No. 4306]**

    C.    Notice of Withdrawal **[Docket No. TBD]**

Status: This matter has been withdrawn.

Dated: August 25, 2009
New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession


Dated: August 25, 2009
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.