Amish R. Doshi (AD5996)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>Case No. :  08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS COMMODITIES SERVICES, INC.**<br><br>Debtors. | **Chapter 11**<br><br>Case No. :  08-13885 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY PURSUANT TO FED. R. BANKR. P. 3001 (e) (2)**

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a), by Export Development Canada (the "Transferor"), against Lehman Brothers Commodity Services Inc., in the amount of $4,830,064.49, which has been designated as Claim No. 3231 (the "Claim"). Assignee (as that term is defined below) hereby gives notice pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A" and is incorporated by reference.

**Name of Assignee:**

SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Name of Transferor:**

Export Development Canada

83207375A01082409

**Name and Address where notices notices to Assignee should be sent:**

Day Pitney LLP
7 Times Square
New York, New York  10036
Attn:  Ronald S. Beacher, Esq.
Telephone     (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:  Brian A. Jarmain
Telephone:   (203) 542-4032

The Transferor has waived its rights, pursuant to Rule 3001 (e)(2) of the Bankruptcy Rules, to receive from the Clerk of the Court notice of filing of the evidence of transfer of the Claim and its right to object to such transfer within twenty (20) day period set forth therein.  The Transferor stipulates that an order may be entered recognizing the transfer of the Claim as an unconditional transfer and the Assignee as the valid owner of the Claim.

Dated: New York, New York
       August 24, 2009

**DAY PITNEY LLP**

By: _____
    Amish R. Doshi (AD5996)
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile:  (212) 916-2490

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

2

# EXHIBIT A

81492601A01082409

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

Assignor:   Export Development Canada
Assignee:   SPCP GROUP, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Sliver Point Capital Offshore Fund, Ltd.

For value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor hereby unconditionally and irrevocably sells, transfers and assigns to Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as set forth in Proof of Claim No. 3231 in the aggregate amount of $4,830,064.49 (the "Assigned Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor"), debtor in possession in Case No. 08-13885 in the United States Bankruptcy Court, Southern District of New York.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of _____ 2009.

Export Development Canada
By: _____
Name: Robert Kelly
Title: Senior Risk Transfer Manager
By: _____
Name: Stephen Davies
Title: Senior Risk Transfer Manager

15