**EXHIBIT B**

◄ COX CASTLE NICHOLSON ►

Cox, Castle & Nicholson LLP
2049 Century Park East, 28th Floor
Los Angeles, California 90067-3284
P 310.277.4222   F 310.277.7889

Gregory J. Karns
310.284.2204
gkarns@coxcastle.com

September 19, 2008

File No. 54741

VIA FEDERAL EXPRESS

Lehman Brothers Holdings Inc.
399 Park Avenue
New York, New York 10022
Attention: Joseph J. Flannery and Richard Siu

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Attention: Marc S. Shapiro, Esq.

Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attention: Harvey R. Miller, Esq. and Shai Waisman, Esq.

Trimont Real Estate Advisors, Inc.
3424 Peachtree Road, N.E., Suite 2200
Atlanta, Georgia 30326
Attention: Timothy J. Dick and John Bealle

Re: $66 Million Loan (the "Loan") from Lehman Brothers Holdings Inc. ("Lender") to A/P Hotel, LLC ("Borrower")

Ladies and Gentlemen:

Reference is hereby made to that certain Loan Agreement dated as of September 5, 2007 (the "Loan Agreement") between Borrower and Lender. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Loan Agreement.

I have attached correspondence from the general contractor, Kraus-Anderson Construction Company ("Contractor"). As you can see, in light of the recent bankruptcy filing by Lender, the Contractor has requested assurances that the Borrower is in a position to fund the completion of the project. Thus, we are writing to you on behalf of the Borrower to request information with respect to the status of the Loan and the funding of future Subsequent Advances by Lender. Following the announcement of the bankruptcy filing by Lender, we tried contacting Marc S. Shapiro of Orrick, Herrington & Sutcliffe LLP and Harvey R. Miller and Shai Waisman of Weil, Gotschal & Manges, LLP, but were unsuccessful in determining the status of the Loan.

Pursuant to the terms of the Loan Agreement, Lender agreed to make the Loan and fund the Subsequent Advances in accordance with the terms and provisions contained therein. Please be advised that if Lender fails to perform under the terms of the Loan Agreement, Borrower will not be able to continue the Renovation Work and the Borrower and/or Property will incur sizable losses and damages.

Lehman Brothers Holdings Inc.
Orrick, Herrington & Sutcliffe LLP
Weil, Gotschal & Manges, LLP
Trimont Real Estate Advisors, Inc.
September 19, 2008
Page 2

      We hereby request that Lender respond to this letter and provide adequate assurance that Lender will timely perform under the Loan Agreement as soon as possible. If you have any questions or would like to discuss this matter further, please feel free to contact me.

                      Sincerely,

                      Gregory J. Karns

GJK/mip
5474\13639990v1
Enclosure
cc:   Mr. Richard Alter
       Mr. Eddy Chao
       Mr. Mitch Kang
       Michael I. Pak, Esq.