# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.　　　Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice

| Credit Suisse Loan Funding LLC | Citadel Equity Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse Loan Funding LLC
11 Madison Avenue, 2d Floor
New York, New York 10010
Attn: Ashwinee Sawh
Tel: 212-538-2905
Fax: 212-538-3477
e-mail: ashwinee.sawh@credit-suisse.com

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Court Claim # (if known): 8468

Amount of Claim: $423,036,453.48

Date Claim Filed: August 17, 2009

Phone: 312-395-2768
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ **Gil Golan, Vice President** Date: 8/26/09
　　Transferee/Transferee's Agent

By: _____ **Ian Landow, Vice President** Date: 8/26/09
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-12448/MISC/2227869.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 8468 was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Citadel Equity Fund Ltd. | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Citadel Equity Fund Ltd.<br>131 South Dearborn Street<br>Chicago, Illinois 60603<br>Attention: Kevin Dunleavy<br>Tel: 312-395-2768<br>E-mail: Kevin.Dunleavy@citadelgroup.com<br>Attention: Nichola Jackman<br>Tel: 312-395-3727<br>E-mail: Nichola.Jackman@citadelgroup.com | Credit Suisse Loan Funding LLC<br>11 Madison Avenue, 2d Floor<br>New York, New York 10010<br>Attn: Ashwinee Sawh<br>Tel: 212-538-2905<br>Fax: 212-538-3477<br>e-mail: ashwinee.sawh@credit-suisse.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____           _____
                                        CLERK OF THE COURT

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, CITADEL EQUITY FUND LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the CREDIT SUISSE LOAN FUNDING LLC (the Assignee") pursuant to a Transfer of Claim Agreement dated 24 August 2009 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$423,036,453.48 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 day of AUGUST, 2009

ASSIGNOR:

CITADEL EQUITY FUND LTD

By: _____
Name:
Title: CHRISTOPHER L. RAMSAY
Authorized Signatory

By: Citadel Advisors LLC, its Portfolio Manager

ASSIGNEE:

CREDIT SUISSE LOAN FUNDING LLC

By: _____
Name:
Title:

By: _____
Name:
Title:

936-12448/AGR/2221024.3

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, CITADEL EQUITY FUND LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the CREDIT SUISSE LOAN FUNDING LLC (the "Assignee") pursuant to a Transfer of Claim Agreement dated 24 August 2009 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$423,036,453.48 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 day of August, 2009

ASSIGNOR:

CITADEL EQUITY FUND LTD

By:_____
Name:
Title:

ASSIGNEE:

CREDIT SUISSE LOAN FUNDING LLC

By:_____  Gil Golan
Name:                Authorized Signatory
Title:

By:_____
Name:
Title:    Ian Landow
          Authorized Signatory