# **EXHIBIT A**

CalPERS Bond Holdings in Lehman

| Fund | Fund Name | Asset Class | CUSIP Number | Security Name | Security Description | Par Value |
|---|---|---|---|---|---|---|
| SKA6 | CALPERS | FIXED INCOME | '5249087N4 | LEHMAN BROS HLDGS INC | 7.5%   11 May 2038 | 1,000,000.00 |
| SKA6 | CALPERS | FIXED INCOME | '5252M0BZ9 | LEHMAN BROS HLDGS INC | 5.625%   24 Jan 2013 | 1,000,000.00 |
| SW7W | CALPERS-DOMESTIC | FIXED INCOME | '5249087M6 | LEHMAN BROS HLDGS INC | 6.75%   28 Dec 2017 | 750,000.00 |
| SW7W | CALPERS-DOMESTIC | FIXED INCOME | '5252M0BZ9 | LEHMAN BROS HLDGS INC | 5.625%   24 Jan 2013 | 800,000.00 |
| SW7W | CALPERS-DOMESTIC | FIXED INCOME | '5249087N4 | LEHMAN BROS HLDGS INC | 7.5%   11 May 2038 | 900,000.00 |
| SW8I | CALPERS - DOMESTIC | FIXED INCOME | '5249087N4 | LEHMAN BROS HLDGS INC | 7.5%   11 May 2038 | 339,000,000.00 |
| SWAZ | CALPERS | FIXED INCOME | '524908WZ9 | LEHMAN BROS HLDGS INC | 1%   29 May 2049 | 4,950,000.00 |
| SWAZ | CALPERS | FIXED INCOME | '524908R36 | LEHMAN BROS HLDGS INC | 6.5%   19 Jul 2017 | 1,140,000.00 |
| SWEX | CALPERS | FIXED INCOME | '5252M0BZ9 | LEHMAN BROS HLDGS INC | 5.625%   24 Jan 2013 | 1,500,000.00 |
| SW7W | CALPERS-DOMESTIC | FIXED INCOME | '5252M0FD4 | LEHMAN BROS HLDGS ING | 6.875%   02 May 2018 | 375,000.00 |
| SKA6 | CALPERS | FIXED INCOME | '52517P5Y3 | LEHMAN BROTHERS HLDGS INC | 7%   27 Sep 2027 | 1,000,000.00 |
| SW7W | CALPERS-DOMESTIC | FIXED INCOME | '52517PSC6 | LEHMAN BROTHERS HLDGS INC | 6.625%   18 Jan 2012 | 100,000.00 |
| SW8I | CALPERS - DOMESTIC | FIXED INCOME | '52517P5Y3 | LEHMAN BROTHERS HLDGS INC | 7%   27 Sep 2027 | 80,000,000.00 |
| SWAS | CALPERS | FIXED INCOME | '52517PF63 | LEHMAN BROTHERS HLDGS INC | 5.5%   04 Apr 2016 | 575,000.00 |
| | | | | | | **433,090,000.00** |