# EXHIBIT C



Investment Office
P.O. Box 2749
Sacramento, CA 95812-2749
Telecommunications Device for the Deaf - (916) 795-3240
(916) 795-3400; FAX (916) 795-3346

## NOTICE OF EARLY TERMINATION DATE

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
1271 Avenue of the Americas, 43rd floor
New York, NY 10019
Attention: Allyson Carine

September 19, 2008

RE: Confirmation to the ISDA Master Agreement dated as of June 5, 2006
(as amended), dated as of March 13, 2008, Reference No. 3713649

Ladies and Gentlemen:

Reference is made to (i) the ISDA Master Agreement dated as of dated as of June 5, 2006, as amended on December 19, 2006, and as further amended on December 18, 2007 (the "*Agreement*"), between Lehman Brothers Special Financing Inc. ("*Party A*") and California Public Employees' Retirement System ("*Party B*") and (ii) the Confirmation to the ISDA Master Agreement dated as of June 5, 2006 ( as amended), dated as of March 13, 2008 (the "*March 2008 SPGCCIP Transaction*"). Terms defined in the Agreement are used herein with the same meanings. This notice constitutes a notice of an Early Termination Date, as provided for in Sections 6(a) and 6(b)(iv) of the Agreement.

On September 15, 2008, the long-term senior unsecured credit rating of Lehman Brothers Holding, Inc. ("*LBHI*") , the Credit Support Provider of Party A under the Agreement, was downgraded by Moody's Investors Service, Inc. to B3 and by Standard & Poor's Rating Group (a division of McGraw Hill, Inc.) to CCC- (a "*Credit Downgrade Rating Event*"). Under Section 5(b)(v) and Part 1 Section 6(a) of the Schedule to the Agreement, such Credit Downgrade Rating Event constitutes an Additional Termination Event under the Agreement, and all outstanding Transactions between Party A and Party B are Affected Transactions. In addition, LBHI filed a petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York, which constitutes an Event of Default under Section 5(a)(vii) of the Agreement. Pursuant to Sections 6(a) and 6(b)(iv) of the Agreement, Party B hereby designates September 19, 2008 as an Early Termination Date for the March 2008 SPGCCIP Transaction, and hereby notifies Party A of such designation.

Very truly yours,

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Name: John Kowalik
Title: Portfolio Manager

cc.:  Lehman Brothers Special Financing Inc., 745 Seventh Avenue, New York, NY 10019
Attention US Commodities Exotic Ops, Facsimile No.: 646-834-4615



## CalPERS

Investment Office
P.O. Box 2749
Sacramento, CA 95812-2749
Telecommunications Device for the Deaf - (916) 795-3240
(916) 795-3400; FAX (916) 795-3346

### NOTICE OF EARLY TERMINATION DATE

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
1271 Avenue of the Americas, 43rd floor
New York, NY 10019
Attention: Allyson Carine

September 19, 2008

RE:    Confirmation to the ISDA Master Agreement dated as of June 5, 2006
       (as amended), dated as of March 13, 2008, Reference No. 3713701

Ladies and Gentlemen:

Reference is made to (i) the ISDA Master Agreement dated as of dated as of June 5, 2006, as amended on December 19, 2006, and as further amended on December 18, 2007 (the "*Agreement*"), between Lehman Brothers Special Financing Inc. ("*Party A*") and California Public Employees' Retirement System ("*Party B*") and (ii) the Confirmation to the ISDA Master Agreement dated as of June 5, 2006 ( as amended), dated as of March 13, 2008 (the "*March 2008 Pure Beta Transaction*"). Terms defined in the Agreement are used herein with the same meanings. This notice constitutes a notice of an Early Termination Date, as provided for in Sections 6(a) and 6(b)(iv) of the Agreement.

On September 15, 2008, the long-term senior unsecured credit rating of Lehman Brothers Holding, Inc. ("*LBHI*") , the Credit Support Provider of Party A under the Agreement, was downgraded by Moody's Investors Service, Inc. to B3 and by Standard & Poor's Rating Group (a division of McGraw Hill, Inc.) to CCC- (a "*Credit Downgrade Rating Event*"). Under Section 5(b)(v) and Part 1 Section 6(a) of the Schedule to the Agreement, such Credit Downgrade Rating Event constitutes an Additional Termination Event under the Agreement, and all outstanding Transactions between Party A and Party B are Affected Transactions. In addition, LBHI filed a petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York, which constitutes an Event of Default under Section 5(a)(vii) of the Agreement. Pursuant to Sections 6(a) and 6(b)(iv) of the Agreement, Party B hereby designates September 19, 2008 as an Early Termination Date for the March 2008 Pure Beta Transaction, and hereby notifies Party A of such designation.

Very truly yours,

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Name: John Kowalik
Title: Portfolio Manager

cc.: Lehman Brothers Special Financing Inc., 745 Seventh Avenue, New York, NY 10019
Attention US Commodities Exotic Ops, Facsimile No.: 646-834-4615



CalPERS

Investment Office
P.O. Box 2749
Sacramento, CA 95812-2749
Telecommunications Device for the Deaf - (916) 795-3240
(916) 795-3400; FAX (916) 795-3346

NOTICE OF EARLY TERMINATION DATE

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
1271 Avenue of the Americas, 43rd floor
New York, NY 10019
Attention: Allyson Carine

September 19, 2008

RE:   Confirmation to the ISDA Master Agreement dated as of June 5, 2006
      (as amended), dated as of May 23, 2008, Reference No. 3849787

Ladies and Gentlemen:

Reference is made to (i) the ISDA Master Agreement dated as of dated as of June 5, 2006, as amended on December 19, 2006, and as further amended on December 18, 2007 (the "*Agreement*"), between Lehman Brothers Special Financing Inc. ("*Party A*") and California Public Employees' Retirement System ("*Party B*") and (ii) the Confirmation to the ISDA Master Agreement dated as of June 5, 2006 (as amended), dated as of May 23, 2008 (the "*May 2008 Transaction*"). Terms defined in the Agreement are used herein with the same meanings. This notice constitutes a notice of an Early Termination Date, as provided for in Sections 6(a) and 6(b)(iv) of the Agreement.

On September 15, 2008, the long-term senior unsecured credit rating of Lehman Brothers Holding, Inc. ("*LBHI*"), the Credit Support Provider of Party A under the Agreement, was downgraded by Moody's Investors Service, Inc. to B3 and by Standard & Poor's Rating Group (a division of McGraw Hill, Inc.) to CCC- (a "*Credit Downgrade Rating Event*"). Under Section 5(b)(v) and Part 1 Section 6(a) of the Schedule to the Agreement, such Credit Downgrade Rating Event constitutes an Additional Termination Event under the Agreement, and all outstanding Transactions between Party A and Party B are Affected Transactions. In addition, LBHI filed a petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York, which constitutes an Event of Default under Section 5(a)(vii) of the Agreement. Pursuant to Sections 6(a) and 6(b)(iv) of the Agreement, Party B hereby designates September 19, 2008 as an Early Termination Date for the May 2008 Transaction, and hereby notifies Party A of such designation.

Very truly yours,

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Name: John Kowalik
Title: Portfolio Manager

cc.: Lehman Brothers Special Financing Inc., 745 Seventh Avenue, New York, NY 10019
Attention US Commodities Exotic Ops, Facsimile No.: 646-834-4615



Investment Office
P.O. Box 2749
Sacramento, CA 95812-2749
Telecommunications Device for the Deaf - (916) 795-3240
(916) 795-3400; FAX (916) 795-3346

## NOTICE OF EARLY TERMINATION DATE

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
1271 Avenue of the Americas, 43rd floor
New York, NY 10019
Attention: Allyson Carine

September 19, 2008

RE: Confirmation to the ISDA Master Agreement dated as of June 5, 2006 (as amended), dated as of July 15, 2008, Reference Nos. 1863528, 1863582, 1863595, 1863594

Ladies and Gentlemen:

Reference is made to (i) the ISDA Master Agreement dated as of dated as of June 5, 2006, as amended on December 19, 2006, and as further amended on December 18, 2007 (the "*Agreement*"), between Lehman Brothers Special Financing Inc. ("*Party A*") and California Public Employees' Retirement System ("*Party B*") and (ii) the Confirmation to the ISDA Master Agreement dated as of June 5, 2006 ( as amended), dated as of July 15, 2008 (the "*July 2008 Transaction*"). Terms defined in the Agreement are used herein with the same meanings. This notice constitutes a notice of an Early Termination Date, as provided for in Sections 6(a) and 6(b)(iv) of the Agreement.

On September 15, 2008, the long-term senior unsecured credit rating of Lehman Brothers Holding, Inc. ("*LBHI*"), the Credit Support Provider of Party A under the Agreement, was downgraded by Moody's Investors Service, Inc. to B3 and by Standard & Poor's Rating Group (a division of McGraw Hill, Inc.) to CCC- (a "*Credit Downgrade Rating Event*"). Under Section 5(b)(v) and Part 1 Section 6(a) of the Schedule to the Agreement, such Credit Downgrade Rating Event constitutes an Additional Termination Event under the Agreement, and all outstanding Transactions between Party A and Party B are Affected Transactions. In addition, LBHI filed a petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York, which constitutes an Event of Default under Section 5(a)(vii) of the Agreement. Pursuant to Sections 6(a) and 6(b)(iv) of the Agreement, Party B hereby designates September 19, 2008 as an Early Termination Date for the July 2008 Transaction, and hereby notifies Party A of such designation.

Very truly yours,

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Name: John Kowalik
Title: Portfolio Manager

cc.:    Lehman Brothers Special Financing Inc., 745 Seventh Avenue, New York, NY 10019
Attention US Commodities Exotic Ops, Facsimile No.: 646-834-4615

**Confirmation Report – Memory Send**

```
                                    Page       : 001
                                    Date & Time: Sep-19-08  08:36am
                                    Line 1     : +9167954070
                                    Machine ID : PERS. INVESTMENT OFFICE
```

| | | |
|---|---|---|
| Job number | : | 552 |
| Date | : | Sep-19 08:34am |
| To | : | ☎916467584124 |
| Number of pages | : | 009 |
| Start time | : | Sep-19 08:34am |
| End time | : | Sep-19 08:36am |
| Pages sent | : | 009 |
| Status | : | OK |
| Job number | : 552 | *** SEND SUCCESSFUL *** |



**CalPERS**

Investment Office – Operations Unit
P.O. Box 2749
Sacramento, CA 95812-2749
Telecommunications Device for the Deaf – (916) 795-3240

## FACSIMILE TRANSMITTAL COVER SHEET
## FOR CALPERS OPERATIONS UNIT

TELEPHONE (916) 795-4029          FAX (916) 795-4070

TO:  Allyson Carine

COMPANY: Lehman Brothers Special Financing Inc

FAX: 646-758-4124

DATE: September 19, 2008

FROM: Lee Ann Nation

NO. OF PAGES (including cover page):  9

NOTICES OF EARLY TERMINATION DATE

California Public Employees' Retirement System
Lincoln Plaza East - 400 Q Street, Suite E4800 - Sacramento, CA 95814

**Confirmation Report - Memory Send**

```
                                        Page       : 001
                                        Date & Time: Sep-19-08  08:38am
                                        Line 1     : +9167954070
                                        Machine ID : PERS. INVESTMENT OFFICE
```

| | |
|---|---|
| Job number | : 553 |
| Date | : Sep-19 08:36am |
| To | : ☎916468344615 |
| Number of pages | : 009 |
| Start time | : Sep-19 08:36am |
| End time | : Sep-19 08:38am |
| Pages sent | : 009 |
| Status | : OK |
| Job number : 553 | *** SEND SUCCESSFUL *** |



**CalPERS**

Investment Office - Operations Unit
P.O. Box 2749
Sacramento, CA  95812-2749
Telecommunications Device for the Deaf - (916) 795-3240

## FACSIMILE TRANSMITTAL COVER SHEET
## FOR CALPERS OPERATIONS UNIT

TELEPHONE (916) 795-4029          FAX (916) 795-4070

TO:  US Commodities Exotic Ops

COMPANY: Lehman Brothers Special Financing Inc

FAX:  646-834-4615

DATE:  September 19, 2008

FROM:  Lee Ann Nation

NO. OF PAGES (including cover page):  9

NOTICES OF EARLY TERMINATION DATE

California Public Employees' Retirement System
Lincoln Plaza East - 400 Q Street, Suite E4800 - Sacramento, CA  95814