# EXHIBIT D

# LEHMAN BROTHERS

February 03, 2009

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CALPERS)
Calpers - Investment Office
Lincoln Plaza East
400 Q Street, Suite E4800
Sacramento, California 95814
Attn: Lillian Winrow/Lee Ann Nation

Dear Sir or Madam:

Lehman Brothers Special Financing Inc. ("Lehman") is in receipt of your correspondence (the "Termination Notice") declaring an Event of Default with respect to the ISDA Master Agreement (the "Master Agreement") dated as of June 05, 2006 between you and Lehman. Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Master Agreement.

No admission is made at this stage as to the validity of the Termination Notice or other notices in respect of the Master Agreement. Notwithstanding, our records indicate we have yet to receive your statement (the "Valuation Statement") under Section 6(d)(i) of the Master Agreement as to amounts claimed to payable to or by Lehman in consequence of an Early Termination Date, which is required to be delivered "[o]n or as soon as reasonably practicable following the occurrence of an Early Termination Date." If you believe you have submitted the Valuation Statement we would be pleased to re-check our records and confirm.

Kindly note that Section 6(d)(ii) of the Master Agreement provides that interest on any amounts owing to Lehman under Section 6(e) will accrue interest (i) at the Termination Rate from the Early Termination Date to the effective date of the Valuation Statement and (ii) at the Default Rate from the effective date of the Valuation Statement. Each of these rates is derived by reference to Lehman's cost of funding, which Lehman has determined to be overnight LIBOR plus 1250 basis points. Lehman also reserves the right to apply the Default Rate (which is Lehman's cost of funding plus 1%) to amounts owing to Lehman from and after a date prior to the effective date of the Valuation Statement if it transpires that the Valuation Statement is not delivered in a timely fashion in accordance with Section 6(d)(i). We would accordingly urge you to provide your Valuation Statement and to make any required payment as soon as practicable. Settlement instructions are enclosed herewith.

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement(s) or other document(s) related to the Master Agreement or the Transaction(s) or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law. Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 43rd Floor
New York, New York  10020
Attn: Locke R. McMurray
Tel.  212-526-7186
locke.mcmurray@lehman.com


Very truly yours,



LEHMAN BROTHERS SPECIAL FINANCING INC.

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

January 14, 2009

**To: Counterparties to Lehman Brothers Special Financing Inc**

**Re: LBSF Standard Settlement Instructions – IMMEDIATE ACTION REQUIRED**

Effective immediately, please ensure the beneficiary wire information for settlement transactions with Lehman Brothers Special Financing Inc. are directed to the settlement accounts listed on the following pages. Your prompt attention and implementation is greatly appreciated.

**Please make sure to follow these specific directions when remitting funds. Failure to comply with these instructions may cause your remittance to be returned by the bank.**

- Include your entity's name and trade identifier, if available, in the Reference field.

- For all FX transfers other than CAD, EUR, GBP and JPY, instruct "For further credit to: Lehman Brothers Special Financing a/c 152308786598" in the routing instructions (in addition to listing your entity's name and trade identifier in the Reference field).

To the extent any funds are transferred to a Lehman entity in satisfaction of an amount that has been calculated by a counterparty, kindly be advised that unless otherwise specifically agreed Lehman is not able at this time to verify such calculations and must reserve its right to request further funds if its calculations later show a greater amount due, and also reserves any other rights that it may have under applicable law.

If you have any questions, please contact Yuliya Martiak at Yuliya.Martiak@lehman.com or Helen Chu at Helen.Chu@lehman.com.

By: _____

David Coles

Chief Financial Officer, Treasurer and Controller:

Lehman Brothers Special Financing, Inc.

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

### AED (UAE Dirhams)
Pay   National Bank of Abu Dhabi, Abu Dhabi
      Swift NBADAEAAVOS

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 250009440
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

### AUD (Australian Dollar)
Pay   National Australia Bank Limited, Melbourne
      Swift NATAAU33033

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 1803005789500
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

### CAD (Canadian Dollar)
Pay   Citibank N.A., London (direct via MT103)
      Swift CITIGB2L

For   Lehman Brothers Special Financing - DIP
      a/c 001-2136333
      Reference: [Include your counterparty name and applicable trade identifier]

Send  Separate cover message (MT202) via your correspondent bank to Citibank Canada, Toronto
      (CITICATT)

### CHF (Swiss Franc)
Pay   UBS AG, Zurich
      Swift UBSWCHZH80A

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 023000000788900500000N
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

### CZK (Czeck Koruna)
Pay   BAWAG Bank CZ AS, Prague
      Swift BAWACZPP

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 4049215502CZK
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**DKK (Danish Kroner)**

Pay    Danske Bank, Copenhagen
        Swift DABADKKK

For    US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 39963007504713
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**EUR (Euro)**

Pay    Citibank N.A., London (without deduction via direct clearing linkage)
        Swift CITIGB2L

For    Lehman Brothers Special Financing Inc - DIP
        a/c 001-2136325
        Reference: [Include your counterparty name and applicable trade identifier]

**GBP (British Pound)**

Pay    Citibank N.A., London (without deduction via direct clearing linkage)
        Swift CITIGB2L
        Sort Code 18-50-08

For    Lehman Brothers Special Financing Inc - DIP
        a/c 001-2136368
        Reference: [Include your counterparty name and applicable trade identifier]

**HKD (Hong Kong Dollar)**

Pay    Hang Seng Bank Limited, Hong Kong
        Swift HASEHKHH

For    US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 250012507001
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**HUF (Hungary Forint)**

Pay    Magyar Kulkereskedelmi Bank RT, Budapest
        Swift MKKBHUHB

For    US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 10300002-2052049000003285
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**ILS (Israeli Shekel)**

Pay    Bank Hapoalim B.M., Tel Aviv
Swift POALILIT

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 517375
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

**INR (Indian Rupees)**

Pay    Bank of Nova Scotia, Bombay
Swift NOSCINBB

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 012/12/921180
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

**JPY (Japanese Yen)**

Pay    Citibank N.A., London (direct via MT103)
Swift CITIGB2L

For    Lehman Brothers Special Financing Inc - DIP
a/c 001-2136341
Reference: [Include your counterparty name and applicable trade identifier]

Send    Separate cover message (MT202) via your correspondent bank to Citibank N.A., Tokyo (CITIJPJT). Favour acct number a/c 0201109418.

**KRW (Korean Won)**

Pay    Standard Chartered Bank, Seoul
Swift SCBLKRSE

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 5038967254
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

**MXN (Mexican Peso)**

Pay    Banamex, Mexico City
Swift CITIUS33MER

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 00028075053
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**NOK (Norwegian Kroner)**
Pay   Den Norske Bank ASA, Oslo
      Swift DNBANOKK

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 7001-02-42965
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**NZD (New Zealand Dollar)**
Pay   Bank of New Zealand, Wellington
      Swift BKNZNZ22985

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 2435190001
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**PLN (Polish Zloty)**
Pay   Bank Pekao SA, Warsaw
      Swift PKOPPLPW

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 1458601112
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**SAR (Saudi Riyals)**
Pay   National Commercial Bank, Jeddah
      Swift NCBKSAJE

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 55531159000108
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**SEK (Swedish Kroner)**
Pay   Skandinaviska Enskildabanken, Stockholm
      Swift ESSESESS

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 52018513680
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

### SGD (Singapore Dollar)
Pay    United Overseas Bank, Singapore
Swift UOVBSGSG

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 101-399-071-4
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### THB (Thailand Baht)
Pay    Standard Chartered Bank, Bangkok
Swift SCBLTHBX

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 100201482
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### TRY (Turkish Lira)
Pay    Garanti Bank, Istanbul
Swift TGBATRIS093

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 930-6499679
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]

### USD (US Dollar)
Pay    Citibank N.A., New York
Swift CITIUS33
ABA 021-000-089

For    Lehman Brothers Special Financing Inc. - DIP
a/c 3078-4731
Reference: [Include your counterparty name and applicable trade identifier]

### ZAR (South African Rand)
Pay    Nedbank, Johannesburg
Swift NEDSZAJJ

For    US Bank, Minneapolis, MN
Swift USBKUS44FEX
a/c 1986250784
Attn STL FX
For further credit to: Lehman Brothers Special Financing a/c 152308786598
Reference: [Include your counterparty name and applicable trade identifier]