# EXHIBIT E



CalPERS

# Close out Values in accordance with ISDA termination

| FUND | Description | Inception Date | SEDOL / CUSIP | Current Face / Shares | Notional / Trade Value | Unwind Value | Fees | Accrued Interest* | Replacement Cost (Inherent P&L) |
|---|---|---|---|---|---|---|---|---|---|
| Bridge SWSB | UNW BUY P PHILIP 225 20/Dec/17 | | CDS20J553 | 7,000,000.00 | | | | 74,945.41 | (501,093.43) |
| Bridge SWSB | UNW BUY P BRAZIL 143 20/Dec/17 | | CDS406103 | 7,000,000.00 | | | | 63,422.65 | (584,217.94) |
| Bridge SWSB | UNW BUY P BRAZIL 100 20/Dec/12 | | CDS092870 | 10,550,000.00 | | | | 22,661.69 | (557,717.20) |
| Bridge SWSB | UNW BUY P RUSSIA 100 20/Dec/17 | | CDS641382 | 6,500,000.00 | | | | 77,562.40 | 339,293.86 |
| Bridge SWSB | UNW BUY P CHILE 41 20/Dec/17 | | CDS854584 | 20,000,000.00 | | | | 137,198.10 | 2,379,735.30 |
| Bridge SWSB | UNW SELL P SDAF 81 20/Dec/17 | | CDS737397 | 13,000,000.00 | | | | 168,520.20 | 613,751.79 |
| Bridge SWSB | UNW SELL P COLOM 203 20/Dec/17 | | CDS767766 | 5,000,000.00 | | | | 19,661.15 | (149,872.28) |
| Bridge SWSB | UNW SELL P EMIRATES 105 20/Sep/13 | | CDS940221 | 1,100,000.00 | | | | 8,732.27 | 77,704.59 |
| Bridge SWSB | UNW BUY P EMIRATES 135 20/Feb/11 | | | 250,000.00 | | | | | (38,308.00) |
| SWXO SWFW | STATION CASINOS SR 9P 15 6/20/2012 | 9/2/2008 | SVPC28545 | 241,592,660.00 | (24,195,982.00) | | (4,633.00) | 124,436.77 | (24,076,178.23) |
| CMM OVER/SWGD | SPGGDP (JXX0J US/31/2009 | 3/13/2008 | BOP03NEA5 3713649 | 250,000,000.00 | (128,579.79) | | (67,123.00) | | (155,702.79) |
| CMM OVER/SWGD | LB#9 0J00 08/31/2009 | 3/13/2008 | BOP03NEDP 3713701 | 250,000,000.00 | (128,579.79) | | (62,328.77) | | (190,908.56) |
| CMM OVER/SWGD | LB#9 0J000 08/31/2009 | 5/23/2006 | BOP035225 3849787 | 250,000,000.00 | (484,560.37) | | (62,328.71) | | (546,889.14) |
| CMM OVER/SWGD | LEH 0.000 10/30/2009 | 7/15/2008 | BOP0I8AN6 1865328 | 250,000,000.00 | | | | | (6,300,000.00) |
| CMM OVER/SWGD | LB#9 0J000 09/30/2009 | 9/12/2008 | BOPLEHUS6 | 6,500,000.00 | | | | 9,215.69 | 9,215.69 |
| CASH COLL/SWXO | CASH COLLATERAL | 9/1/2008 | BOPLEHUS6 | | | | | 5,258.75 | 5,258.75 |
| CALP COLL/SWXO | Interest on Collateral | 10/1/2008 | BOPLEHUS6 | | | | | 2,035.25 | 2,035.25 |
| CALP COLL/SWXO | Interest on Collateral | 11/1/2008 | BOPLEHUS6 | | | | | | |
| CALP COLL/SWXO | Interest on Collateral | | | | | | | | |
| CALP COLL/SWXO | Interest on Collateral | | | | | | | | |
| **Total** | | | | | | | | | **(17,173,892.83)*** |

* Amount subject to a reservation of any and all rights CalPERS has to setoff or recoupment.

** Interest on collateral is being calculated through 30th Nov 2008.

12/29/2008