Hearing Date: September 15, 2009 at 10:00 a.m.  (Prevailing Eastern Time)

Objection Deadline: September 12, 2009 at 4:00 p.m.  (Prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** et al.,<br><br>Debtors. | Case No. 08-13555 (JMP)<br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF THE
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362 AND 553
FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF**

**PLEASE TAKE NOTICE** that the California Public Employees' Retirement System ("CalPERS"), a creditor in the above-captioned case, by its undersigned counsel, Felderstein Fitzgerald Willoughby & Pascuzzi LLP, has filed a motion with the Court for an order pursuant to Sections 362 and 553 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay to effect setoff (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion has been scheduled for **September 15, 2009 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable James M. Peck, Unites States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Courtroom 601, New York, New York 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be (i) filed electronically with the Court on the docket of *In re Lehman Brothers Holdings, Inc.*, Chapter 11

Case No. 08-13555 (JMP) in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall Suite 1450, Sacramento, CA 95814-4434 (Attn: Steven H. Felderstein and Holly A. Estioko), attorneys for the California Public Employees' Retirement System; (iii) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Jayant W. Tambe, Aviva Warter Sisitsky, Sarah E. Lieber and Benjamin Rosenblum) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman and Jacqueline Marcus), attorneys for the debtor; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (v) Millbank Tweed Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck) and Quinn Emanuel Urquhart Oliver & Hedges LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani), attorneys for the Official Committee of Unsecured Creditors; and (vi) Cleary Gotliebb LLP, One Liberty Plaza, New York, New York, 10006 (Attn: Lindsee P. Granfield and Lisa Schweiger) and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York, 10004 (Attn: Robinson B. Lacy and Hydee R. Feldstein), attorneys for the Debtors' postpetition lenders, so as to be received by **September 12, 2009 by 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the

Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  August 26, 2009

    */s/ Steven H. Felderstein*
Steven H. Felderstein
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
Attorneys for Creditor California Public
Employees' Retirement System