**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                     :

In re                               :          **Chapter 11 Case No.**

                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**

                                       :

                    **Debtors.**           :          **(Jointly Administered)**

                                       :

-------------------------------------------------------------------------x      **Ref. Docket No. 4915**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK   )

              Cassandra Murray, being duly sworn, deposes and says:

       1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

       2.      On August 24, 2009, I caused to be served the "Fourth Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on Behalf of Dechert LLP," dated August 24, 2009 [Docket No. 4915], by causing true and correct copies to be:

      a)   delivered by email to those parties listed on the attached Exhibit "A",

      b)   delivered by facsimile to those parties listed on the attached Exhibit "B", and

      c)   enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

       3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     /s/ Cassandra Murray
                                    Cassandra Murray

Sworn to before me this
25th day of August, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# Exhibit "A"

**Email Addresses**

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
bret.harper@dechert.com
Brian.Corey@greentreecreditsolutions.com
brian.greer@dechert.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelmonte@ssbb.com
cbrotstein@bm.net
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com

**Email Addresses**

| | |
|---|---|
| davids@blbglaw.com | david.crichlow@pillsburylaw.com |
| davidwheeler@mvalaw.com | david.heller@lw.com |
| dbalog@intersil.com | efleck@milbank.com |
| dbarber@bsblawyers.com | efreeman@lockelord.com |
| dbaumstein@whitecase.com | efriedman@friedumspring.com |
| dbesikof@loeb.com | egeekie@schiffhardin.com |
| dcimo@gjb-law.com | eglas@mccarter.com |
| dckaufman@hhlaw.com | ehollander@whitecase.com |
| dcoffino@cov.com | ehorn@lowenstein.com |
| dcrapo@gibbonslaw.com | ekbergc@lanepowell.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | elizabeth.harris@klgates.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deborah.saltzman@dlapiper.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | eric.johnson@hro.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| deryck.palmer@cwt.com | esmith@dl.com |
| dfelder@orrick.com | ezavalkoff-babej@vedderprice.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dfriedman@kasowitz.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | fdellamore@jaspanllp.com |
| dheffer@foley.com | feldsteinh@sullcrom.com |
| dirk.roberts@ots.treas.gov | ffm@bostonbusinesslaw.com |
| dkleiner@velaw.com | fhyman@mayerbrown.com |
| dkozusko@willkie.com | fishere@butzel.com |
| dladdin@agg.com | francois.janson@hklaw.com |
| dlemay@chadbourne.com | frank.white@agg.com |
| dlipke@vedderprice.com | fred.berg@rvblaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |
| dodonnell@milbank.com | GGraber@HodgsonRuss.com |
| douglas.bacon@lw.com | giaimo.christopher@arentfox.com |
| douglas.mcgill@dbr.com | giddens@hugheshubbard.com |
| DPiazza@HodgsonRuss.com | gkaden@goulstonstorrs.com |
| dravin@wolffsamson.com | glenn.siegel@dechert.com |
| drose@pryorcashman.com | gmoss@riemerlaw.com |
| drosenzweig@fulbright.com | gravert@mwe.com |
| drosner@goulstonstorrs.com | gschiller@zeislaw.com |
| drosner@kasowitz.com | gspilsbury@jsslaw.com |
| dshemano@pwkllp.com | guzzi@whitecase.com |
| dtatge@ebglaw.com | harrisjm@michigan.gov |
| dwdykhouse@pbwt.com | harveystrickon@paulhastings.com |
| dwildes@stroock.com | heiser@chapman.com |
| easmith@venable.com | hirsch.robert@arentfox.com |
| echang@steinlubin.com | hollace.cohen@troutmansanders.com |
| ecohen@russell.com | holsen@stroock.com |
| efile@willaw.com | howard.hawkins@cwt.com |

**Email Addresses**

| | |
|---|---|
| hweg@pwkllp.com | hseife@chadbourne.com |
| ian.levy@kobrekim.com | hsnovikoff@wlrk.com |
| icatto@kirkland.com | jlee@foley.com |
| igoldstein@dl.com | jlevitin@cahill.com |
| ilevee@lowenstein.com | jlipson@crockerkuno.com |
| info2@normandyhill.com | jliu@dl.com |
| ira.herman@tklaw.com | jlovi@steptoe.com |
| isgreene@hhlaw.com | jlscott@reedsmith.com |
| israel.dahan@cwt.com | jmaddock@mcguirewoods.com |
| iva.uroic@dechert.com | jmazermarino@msek.com |
| jacobsonn@sec.gov | jmcginley@wilmingtontrust.com |
| jafeltman@wlrk.com | jmelko@gardere.com |
| james.mcclammy@dpw.com | jmerva@fult.com |
| jamestecce@quinnemanuel.com | jmr@msf-law.com |
| jason.jurgens@cwt.com | john.mcnicholas@dlapiper.com |
| jatkins@duffyandatkins.com | john.monaghan@hklaw.com |
| jay.hurst@oag.state.tx.us | john.rapisardi@cwt.com |
| jay@kleinsolomon.com | jorbach@hahnhessen.com |
| Jbecker@wilmingtontrust.com | Joseph.Cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joseph.scordato@dkib.com |
| jbird@polsinelli.com | joshua.dorchak@bingham.com |
| jbromley@cgsh.com | jowen769@yahoo.com |
| jcarberry@cl-law.com | JPintarelli@mofo.com |
| Jdrucker@coleschotz.com | jpintarelli@mofo.com |
| jdyas@halperinlaw.net | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffrey.sabin@bingham.com | jrabinowitz@rltlawfirm.com |
| jeldredge@velaw.com | jrsmith@hunton.com |
| jennifer.demarco@cliffordchance.com | jschwartz@hahnhessen.com |
| jennifer.gore@shell.com | jsheerin@mcguirewoods.com |
| jeremy.eiden@state.mn.us | jshickich@riddellwilliams.com |
| jessica.fink@cwt.com | jsmairo@pbnlaw.com |
| jfalgowski@reedsmith.com | jtimko@allenmatkins.com |
| jfinerty@pfeiferlaw.com | jtougas@mayerbrown.com |
| jflaxer@golenbock.com | judy.morse@crowedunlevy.com |
| jfox@joefoxlaw.com | jwallack@goulstonstorrs.com |
| jg5786@att.com | jwang@sipc.org |
| jgarrity@shearman.com | jweiss@gibsondunn.com |
| jgenovese@gjb-law.com | jwest@velaw.com |
| jgutmannann@sonnenschein.com | jwh@njlawfirm.com |
| jguy@orrick.com | jwhitman@entwistle-law.com |
| jherzog@gklaw.com | jwishnew@mofo.com |
| jhiggins@fdlaw.com | k4.nomura@aozorabank.co.jp |
| jhorgan@phxa.com | kaf@msf-law.com |
| jhs7@att.net | karen.wagner@dpw.com |
| jhuggett@margolisedelstein.com | karol.denniston@dlapiper.com |
| jhuh@ffwplaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| jjureller@klestadt.com | keckhardt@hunton.com |
| jkehoe@sbtklaw.com | keith.simon@lw.com |
| jlamar@maynardcooper.com | Ken.Coleman@allenovery.com |
| jlawlor@wmd-law.com | ken.higman@hp.com |

**Email Addresses**

| | |
|---|---|
| kkelly@ebglaw.com | kgwynne@reedsmith.com |
| Klippman@munsch.com | kiplok@hugheshubbard.com |
| klyman@irell.com | masaki_konishi@noandt.com |
| kmayer@mccarter.com | matthew.dyer@prommis.com |
| kobak@hugheshubbard.com | matthew.klepper@dlapiper.com |
| korr@orrick.com | matthew.morris@lovells.com |
| KOstad@mofo.com | Mbass@HodgsonRuss.com |
| kovskyd@pepperlaw.com | mbenner@tishmanspeyer.com |
| kpiper@steptoe.com | mberman@nixonpeabody.com |
| kressk@pepperlaw.com | mbienenstock@dl.com |
| KReynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| kristin.going@dbr.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| krubin@ozcap.com | mcto@debevoise.com |
| kstahl@whitecase.com | mdorval@stradley.com |
| kurt.mayr@bgllp.com | meltzere@pepperlaw.com |
| lacyr@sullcrom.com | metkin@lowenstein.com |
| lalshibib@reedsmith.com | mgordon@briggs.com |
| Landon@StreusandLandon.com | mgreger@allenmatkins.com |
| lattard@kayescholer.com | mhopkins@cov.com |
| lawallf@pepperlaw.com | michael.kim@kobrekim.com |
| lberkoff@moritthock.com | mimi.m.wong@irscounsel.treas.gov. |
| lbtancredi@venable.com | mitchell.ayer@tklaw.com |
| lgranfield@cgsh.com | mjacobs@pryorcashman.com |
| lhandelsman@stroock.com | mjedelman@vedderprice.com |
| linda.boyle@twtelecom.com | MJR1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| LJKotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | MLandman@lcbf.com |
| Lmay@coleschotz.com | mmendez@hunton.com |
| lmcgowen@orrick.com | mmickey@mayerbrown.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| lromansic@steptoe.com | mmurphy@co.sanmateo.ca.us |
| lscarcella@farrellfritz.com | mneier@ibolaw.com |
| lschweitzer@cgsh.com | monica.lawless@brookfieldproperties.com |
| lthompson@whitecase.com | mpage@kelleydrye.com |
| lubell@hugheshubbard.com | mpfeifer@pfeiferlaw.com |
| lwhidden@salans.com | mpucillo@bermanesq.com |
| lwong@pfeiferlaw.com | mrosenthal@gibsondunn.com |
| mabrams@willkie.com | mruetzel@whitecase.com |
| macronin@debevoise.com | mschimel@sju.edu |
| MAOFILING@CGSH.COM | MSchleich@fraserstryker.com |
| Marc.Chait@standardchartered.com | mshiner@tuckerlaw.com |
| margolin@hugheshubbard.com | mspeiser@stroock.com |
| mark.deveno@bingham.com | mstamer@akingump.com |
| mark.ellenberg@cwt.com | mvenditto@reedsmith.com |
| mark.houle@pillsburylaw.com | mwarren@mtb.com |
| mark.sherrill@sutherland.com | Nasreen.Bulos@dubaiic.com |
| martin.davis@ots.treas.gov | ncoco@mwe.com |
| Marvin.Clements@ag.tn.gov | neal.mann@oag.state.ny.us |

**Email Addresses**

| | |
|---|---|
| nfurman@scottwoodcapital.com | ned.schodek@shearman.com |
| Nherman@morganlewis.com | newyork@sec.gov |
| nissay_10259-0154@mhmjapan.com | robert.bailey@bnymellon.com |
| nlepore@schnader.com | robert.dombroff@bingham.com |
| notice@bkcylaw.com | robert.henoch@kobrekim.com |
| oipress@travelers.com | robert.malone@dbr.com |
| omeca.nedd@lovells.com | Robert.yalen@usdoj.gov |
| paronzon@milbank.com | robertdakis@quinnemanuel.com |
| patrick.potter@pillsburylaw.com | Robin.Keller@Lovells.com |
| paul.deutch@troutmansanders.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rreid@sheppardmullin.com |
| pbattista@gjb-law.com | RTrust@cravath.com |
| pbosswick@ssbb.com | rwasserman@cftc.gov |
| pdublin@akingump.com | rwyron@orrick.com |
| peter.gilhuly@lw.com | s.minehan@aozorabank.co.jp |
| peter.simmons@friedfrank.com | sabin.willett@bingham.com |
| peter@bankrupt.com | sabramowitz@velaw.com |
| pfeldman@oshr.com | sagolden@hhlaw.com |
| phayden@mcguirewoods.com | Sally.Henry@skadden.com |
| pmaxcy@sonnenschein.com | sandyscafaria@eaton.com |
| pnichols@whitecase.com | Sara.Tapinekis@cliffordchance.com |
| ppascuzzi@ffwplaw.com | sbernstein@hunton.com |
| ppatterson@stradley.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schapman@willkie.com |
| ptrostle@jenner.com | Schepis@pursuitpartners.com |
| pwirt@ftportfolios.com | schristianson@buchalter.com |
| pwright@dl.com | scottshelley@quinnemanuel.com |
| r.stahl@stahlzelloe.com | scousins@armstrongteasdale.com |
| raj.madan@bingham.com | sdnyecf@dor.mo.gov |
| ramona.neal@hp.com | sean@blbglaw.com |
| ranjit.mather@bnymellon.com | sehlers@armstrongteasdale.com |
| rbeacher@daypitney.com | sfelderstein@ffwplaw.com |
| rbyman@jenner.com | sfineman@lchb.com |
| rcarlin@breslowwalker.com | sfox@mcguirewoods.com |
| rdaversa@orrick.com | sgordon@cahill.com |
| relgidely@gjb-law.com | sgubner@ebg-law.com |
| rfleischer@pryorcashman.com | sharbeck@sipc.org |
| rfrankel@orrick.com | shari.leventhal@ny.frb.org |
| rgmason@wlrk.com | sheehan@txschoollaw.com |
| rgraham@whitecase.com | shgross5@yahoo.com |
| rhett.campbell@tklaw.com | shumaker@pursuitpartners.com |
| richard.lear@hklaw.com | shumaker@pursuitpartners.com |
| richard.levy@lw.com | sidorsky@butzel.com |
| ritkin@steptoe.com | slerner@ssd.com |
| RJones@BoultCummings.com | SLoden@DiamondMcCarthy.com |
| RLevin@cravath.com | smayerson@ssd.com |
| rmatzat@hahnhessen.com | smillman@stroock.com |
| rmunsch@munsch.com | smulligan@bsblawyers.com |
| rnetzer@willkie.com | snewman@katskykorins.com |
| rnies@wolffsamson.com | sory@fdlaw.com |
| rnorton@hunton.com | spiotto@chapman.com |

**Email Addresses**

sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com

splatzer@platzerlaw.com
SRee@lcbf.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004