Sean A. O'Neal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for AB Svensk Exportkredit*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :        Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                                  :
     Debtors.                                                 :        (Jointly Administered)
                                                                  :
                                                                  :        CERTIFICATE OF SERVICE
------------------------------------------------------------------x

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 21st day of August 2009, the Objection to Motion of the Debtors Pursuant to Section 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay and Holding Shinsei Bank in Contempt for Violating the Automatic Stay was served by facsimile upon:

| To | At | Fax | Phone |
| --- | --- | --- | --- |
| Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |

| To | At | Fax | Phone |
|---|---|---|---|
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |
| J. Ronald Trost<br>Denis F. Cronin<br>Dov Kleiner<br>Ari M. Berman | Vinson & Elkins, LLP | 212-237-0100 | 212-237-0000 |
| Martin Flics<br>Mary K. Warren | Linklaters LLP | 212-903-9100 | 212-903-9000 |

Dated: New York, New York
August 26, 2009

    /s/Richard V. Conza
    Richard V. Conza