UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,         Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF WILLIAM S. SUGDEN

UPON the motion of William Hao dated August 24, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that William S. Sugden is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       August 27, 2009

                                                          *s/ James M. Peck*
                                                          UNITED STATES BANKRUPTCY JUDGE