UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                          Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSEPH V. FERGUSON, III

UPON the motion of Joseph V. Ferguson, III dated August 5, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Joseph V. Ferguson, III is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       August 27, 2009

                                      *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE