Sean A. O'Neal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for PB Capital Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                    :
In re                                                               :        Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :        08-13555 (JMP)
                                                                    :
              Debtors.                                              :        (Jointly Administered)
                                                                    :
                                                                    :        <u>CERTIFICATE OF SERVICE</u>
-------------------------------------------------------------------x

      I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

      On the 21st day of August 2009, the Objection to Motion of the Debtors Pursuant

to Section 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay

and Holding Shinsei Bank in Contempt for Violating the Automatic Stay was served by facsimile

upon:

| To | At | Fax | Phone |
|----|----|-----|-------|
| Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| Andy Velez -Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. | Office of the United States Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |

| To | At | Fax | Phone |
|---|---|---|---|
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 | 212-530-5000 |
| J. Ronald Trost<br>Denis F. Cronin<br>Dov Kleiner<br>Ari M. Berman | Vinson & Elkins, LLP | 212-237-0100 | 212-237-0000 |
| Martin Flics<br>Mary K. Warren | Linklaters LLP | 212-903-9100 | 212-903-9000 |

Dated:  New York, New York
        August 26, 2009

               /s/Richard V. Conza
                Richard V. Conza