

August 19, 2009


Paul Belobritsky, Case Manager
Epiq Systems
Bankruptcy Solutions
757 Third Avenue
New York, New York 10017

The Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076

Re:    Enclosed Withdrawal of Claim of SAS Institute Inc.
       Lehman Brothers Holdings, Inc. (Case No. 08-13555 (JMP))

Dear Ladies and Gentlemen:

Enclosed please find a Withdrawal of Claim of SAS Institute Inc. in the Lehman Brothers Holdings, Inc. bankruptcy matter (Case No. 08-13555 (JMP)).

Please let me know if you have any questions or if I may be of assistance to you in any regard.

                                        Yours sincerely,

                                        H. Howard Browne, III
                                        Senior Managing Attorney


HHB/rds

Enclosure

16.01.HHB0020/18AUG09

SAS INSTITUTE INC.   WORLD HEADQUARTERS   SAS CAMPUS DRIVE   100 SAS CAMPUS DRIVE   CARY,   NC   27513   USA
TEL:  919 677 8000    FAX: 919 677 4444    U.S. SALES:  1 800 727 0025    www.sas.com

United States Bankruptcy Court for the [S̶e̶l̶e̶c̶t̶X̶X̶X̶X̶X̶X̶d̶i̶c̶t̶i̶o̶n̶] Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc.<br>08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | SAS Institute Inc.<br>Attn: Howard Browne<br>SAS Campus Drive<br>Cary, NC  27513 |
| Court Claim Number (if known): | |
| Date Claim Filed: | N/A - Scheduled by Debtor |
| Total Amount of Claim ~~Filed:~~ Scheduled | $58,111.70 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _Aug 18, 2009_        _John Boswell_ (signature)

Print Name: _____

Title (if applicable): §sas. John G. Boswell
Corporate Secretary
SAS Institute Inc.



---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.