WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :      Case No. 08-13555 (JMP)
                                              :
            Debtors.                          :      (Jointly Administered)
                                              :
----------------------------------------------------------------x
```

### NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED TO LEHMAN BROTHERS' INVESTMENT MANAGEMENT DIVISION

By order, dated December 22, 2008 (the "Order"), the United States Bankruptcy Court for the Southern District of New York (1) approved the sale of the assets owned, held, or used primarily in connection with the investment management business of Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates' (collectively, the "Sellers") to NBSH Acquisition, LLC (the "Purchaser") pursuant to a Unit Purchase Agreement between LBHI and the Purchaser (as amended, the "Purchase Agreement"), and (2) authorized LBHI and its debtor affiliates (collectively, the "Debtors") to assume and assign certain executory contacts and unexpired leases upon consummation of the Purchase Agreement to the Purchaser or another member of the Company Group (as defined in the Purchase Agreement).

In accordance with the Order, LBHI has identified certain executory contracts for assumption and assignment to Neuberger Berman Group, LLC ("NBG LLC"), a subsidiary of the Purchaser and a member of the Company Group.  **A list of the Purchased Contracts, Transferred Real Property Leases and Subleased Real Property Leases (each as defined in the Purchase Agreement and collectively, the "Designated Contracts") is attached hereto as Exhibit A and available on the internet at http://chapter11.epiqsystems.com/lehman (the "Website"), or upon request to LBHI's noticing agent at 1-866-841-7868.**

You are receiving this Notice because you may be a party to or in interest with respect to a Designated Contract (or represent a party to a Designated Contract).

The Debtors have determined the appropriate cure amount (the "Cure Amount") for each Designated Contract and have listed such Cure Amounts on Exhibit A hereto and the Website.

**To the extent that a non-Debtor counterparty objects to (i) the assumption and assignment to the Purchaser of such party's respective Designated Contract or (ii) the Cure Amount, the non-Debtor counterparty must file and serve an objection upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Room 610; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., attorneys for the Debtors; (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors appointed in these cases; and (iv) Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, Attn: Jeffrey W. Levitan, Esq., attorneys for Neuberger Berman Group LLC, so as to be received by no later than September 11, 2009 at 4:00 p.m. (New York Time).**

If an objection is filed to the Cure Amount, the Debtors have been authorized to move forward to assume, assume and sublease, or assume and assign the Designated Contract that is the subject of a Cure Amount objection, provided that the Cure Amount asserted by the objector is held in reserve. If the Debtors receive an objection to a Cure Amount, the Debtors reserve the right to decide to reject the contract or lease at issue if the Cure Amount is ultimately determined by order of the Court to be higher than the Cure Amount set forth in this Notice.

**If no objection to the Cure Amount of a Designated Contract is timely filed and served, the Debtors may assume and assign that Designated Contract, and the Cure Amount set forth on Exhibit A and the Website shall be binding upon the respective non-Debtor counterparty to the Designated Contract for all purposes in the Debtors' chapter 11 cases, and such non-Debtor counterparty shall be forever barred from objecting to the Cure Amount, including, without limitation, the right to assert any additional cure or other amount with respect to their respective Designated Contract.**

Dated:  New York, New York
   August 27, 2009

        /s/ Lori R. Fife
        Lori R. Fife
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors and
        Debtors In Possession

**Exhibit A**
**(Schedule of Designated Contracts)**

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Proposed Cure / Effective Date | Assignee |
|---|---|---|---|---|---|
| Access Data Corp. | General Terms and Conditions: IT Products and Services, effective as of Sept. 18, 2006 (ID: CON-16340) | Master Agreement | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | $0  **September 11, 2009** | NBG LLC |
| Access Data Corp. | Application Service Provider Supplement, effective as of Sept. 18, 2006 (ID: CON-16341) | Additional terms and conditions applicable to ASP Products licensed and/or sublicensed to LBHI and related hosting / maintenance services | Two Chatham Center 24th Floor Pittsburgh, PA 15219 | $0  **September 11, 2009** | NBG LLC |
| Atlantic Information Services, LLC | Product License Transaction Schedule, effective as of June 1, 2007 (ID: CON-20019) | Software License Schedule | Lee Farm Corporate Park 83 Wooster Heights Rd. Danbury, CT 06810 Attn: Scott Turley | $0  **September 11, 2009** | NBG LLC |
| Atlantic Information Services, LLC | Non-Disclosure Agreement, made as of Aug. 17, 2005 (ID: 004942-LEHNY-2005) | Confidentiality Agreement | Lee Farm Corporate Park 83 Wooster Heights Road Danbury, CT 06810 Attn: Scott Turley | $0  **September 11, 2009** | NBG LLC |
| FaxOne Systems LLC | General Terms and Conditions: IT Products and Services, effective as of Jan. 8, 2008 (ID: CON-26418) | Master Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | $0  **September 11, 2009** | NBG LLC |

---

[1]   This description is provided for informational purposes only.  To the extent there is any inconsistency between this description and the agreement, the agreement governs.

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Proposed Cure / Effective Date | Assignee |
|---|---|---|---|---|---|
| FaxOne Systems LLC | Non-Disclosure Agreement, dated as of Jan. 4, 2008 (ID: CON-26481) | Confidentiality Agreement | 63 Farmington Ridge Drive Farmington, CT 06032 | $0  **September 11, 2009** | NBG LLC |
| FaxOne Systems LLC | Professional Services Supplement, effective as of Jan. 8, 2008 (ID: CON-26419) | Additional terms and conditions applicable to services performed by FaxOne Systems. | 63 Farmington Ridge Drive Farmington, CT 06032 | $0  **September 11, 2009** | NBG LLC |
| Portware, LLC | General Terms and Conditions: IT Products and Services, effective as of June 10, 2008 (ID: CON-27730) | Master Agreement | 233 Broadway 24th Floor New York, NY 10279 | $0  **September 11, 2009** | NBG LLC |
| Portware, LLC | Product License Supplement, effective as of June 10, 2008 (ID: CON-25081) | Additional terms and conditions | 233 Broadway 24th Floor New York, NY 10279 | $0  **September 11, 2009** | NBG LLC |
| Statpro Inc. | Addendum No. 2 to End-User Software License and Support Agreement, made part of and incorporated into the End-User Software License and Support Agreement dated Apr. 29, 1999 (ID: CON-23132, CON-20874) | Schedule to Software License and Support Agreement Updates | 185 Madison Avenue 14th Floor New York, NY 10016 | $0  **September 11, 2009** | NBG LLC |
| Strategic Financial Solutions, LLC d/b/a PerTrac Financial Solutions | Non-Disclosure Agreement, dated as of Mar. 26, 2008 (ID: CON-27020) | Confidentiality Agreement | 58 West 50th Street 4th Floor New York, NY 10018 | $0  **September 11, 2009** | NBG LLC |

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Proposed Cure / Effective Date | Assignee |
|---|---|---|---|---|---|
| SunGard Investment Systems LLC | Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-23412, CON-19996) | Software license agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $0 **September 11, 2009** | NBG LLC |
| SunGard Investment Systems LLC | Non-Disclosure Agreement, dated as of Mar. 15, 2006 (ID: CON-12588) | Confidentiality Agreement | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $0 **September 11, 2009** | NBG LLC |
| SunGard Investment Systems LLC | Supplemental Terms to Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19997, CON-23413) | Investran software license terms | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $0 **September 11, 2009** | NBG LLC |
| SunGard Investment Systems LLC | Software Schedule #1 to Software License Agreement for the Investran Product Suite, dated as of Jan. 24, 2007 (ID: CON-19998, CON-23414) | Investran software schedule | 11098 Biscayne Blvd. Suite 403 Miami, FL 33161 Attn: Jose Sinai | $0 **September 11, 2009** | NBG LLC |