**Juda J. Epstein, Esq.**
**The Law Office of Juda J. Epstein**
**Counsel to Water Pollution Control Authority for the City of Bridgeport**
**3543 Main Street, Second Floor**
**Bridgeport, CT 06606**
**(203) 371-7007**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDING, INC. | 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance and request for service of papers for Water Pollution Control Authority for the City of Bridgeport, a creditor in interest herein. It is hereby specifically requested that Juda J. Epstein, Esq. and The Law Office of Juda J. Epstein be removed from all mailing lists and notices of electronic filing in the above-captioned Chapter 11 case.

Dated: August 28, 2009
       Bridgeport, CT

                                                       Respectfully submitted,

                                       By:    /s/ Juda J. Epstein
                                                Juda J. Epstein, Esq. – ct 08704
                                                3543 Main Street, 2nd Floor
                                                Bridgeport, CT 06606
                                                Telephone: (203) 371-7007
                                                Email: lawofficesjje@aol.com