**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x
Ref. Docket Nos. 4943 - 4948, 4951,
4952, 4954, 4956 - 4958

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

       PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 27, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Paul Belobritsky
Sworn to before me this                   Paul Belobritsky
28th day of August, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
               Debtors.                        |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BRIGADIER CAPITAL MASTER FUND LTD.
          C/O BRIGADIER CAPITAL MANAGEMENT LLC
          ATTN JAMES SHIN
          450 PARK AVE., 10TH FLOOR
          NEW YORK NY 10022
```

Please note that your claim # 3925 in the above referenced case and in the amount of
        $11,875,901.00         has been transferred **(unless previously expunged by court order)**

```
          SPCP GROUP, L.L.C.
          TRANSFEROR: BRIGADIER CAPITAL MASTER FUND LTD.
          ATTN: BRIAN JARMAIN
          2 GREENWICH PLAZA, 1ST FLOOR
          GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4957        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                      | Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     | 08-13555 (JMP)
                                           |
                                           | (Jointly Administered)
          Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BRIGADIER CAPITAL MASTER FUND LTD.
             C/O BRIGADIER CAPITAL MANAGEMENT LLC
             ATTN JAMES SHIN
             450 PARK AVENUE, 10TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 3924 in the above referenced case and in the amount of
        $11,875,901.00          has been transferred **(unless previously expunged by court order)**

             SPCP GROUP, L.L.C.
             TRANSFEROR: BRIGADIER CAPITAL MASTER FUND LTD.
             ATTN: BRIAN JARMAIN
             2 GREENWICH PLAZA, 1ST FLOOR
             GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4947     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
         Debtors.                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LM ISIS OPPORTUNITIES MASTER FUND, LTD.
         C/O SEWARD & KISSEL LLP
         ATTN: ARLENE R. ALVES
         ONE BATTERY PLAZA
         NEW YORK NY 10004-1485

Please note that your claim # 3893 in the above referenced case and in the amount of
     $3,054,687.50        has been transferred **(unless previously expunged by court order)**

         SPCP GROUP, L.L.C.
         TRANSFEROR: LM ISIS OPPORTUNITIES MASTER FUND, LTD.
         ATTN: BRIAN JARMAIN
         2 GREENWICH PLAZA, 1ST FLOOR
         GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4943     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 27, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   POPULAR HIGH-GRADE FIXED INCOME FUND, INC.
          K&L GATES LLP
          ATTN: JEFFREY N. RICH, ESQ.
          599 LEXINGTON AVENUE
          NEW YORK NY 10022

Please note that your claim # 3383 in the above referenced case and in the amount of
       $4,512,732.96        has been transferred **(unless previously expunged by court order)**

          SPCP GROUP, L.L.C.
          TRANSFEROR: POPULAR HIGH-GRADE FIXED INCOME FUND, INC.
          ATTN: BRIAN JARMAIN
          2 GREENWICH PLAZA, 1ST FLOOR
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4954     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
         Debtors.                              |
_____   |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  POPULAR HIGH-GRADE FIXED INCOME FUND, INC.
              K&L GATES LLP
              ATTN: JEFFREY N. RICH, ESQ.
              599 LEXINGTON AVENUE
              NEW YORK NY 10022

Please note that your claim # 4893 in the above referenced case and in the amount of
         $4,512,732.96         has been transferred **(unless previously expunged by court order)**

              SPCP GROUP, L.L.C.
              TRANSFEROR: POPULAR HIGH-GRADE FIXED INCOME FUND, INC.
              ATTN: BRIAN JARMAIN
              2 GREENWICH PLAZA, 1ST FLOOR
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4946     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To: EXPORT DEVELOPMENT CANADA (EDC)
           151 O'CONNOR ST.
           OTTAWA, ON    K1A 1K3
           CANADA

Please note that your claim # 3231 in the above referenced case and in the amount of
       $4,830,064.49       has been transferred **(unless previously expunged by court order)**

       SPCP GROUP, L.L.C.
       TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC)
       ATTN: BRIAN JARMAIN
       2 GREENWICH PLAZA, 1ST FLOOR
       GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4948     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                                    Vito Genna, Clerk of Court

                                                        /s/ Paul Belobritsky

                                                        By: Epiq Bankruptcy Solutions, LLC
                                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   EXPORT DEVELOPMENT CANADA (EDC)
          151 O'CONNOR ST.
          OTTAWA, ON    K1A 1K3
          CANADA

Please note that your claim # 3232 in the above referenced case and in the amount of
       $4,830,064.49        has been transferred **(unless previously expunged by court order)**

          SPCP GROUP, L.L.C.
          TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC)
          ATTN: BRIAN JARMAIN
          2 GREENWICH PLAZA, 1ST FLOOR
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4944       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:    CENTRAL EUROPEAN MEDIA ENTERPRISES LTD.
              C/O CME DEVELOPMENT CORP.
              ALDWYCH HOUSE,
              81 ALDWYCH
              LONDON    WC2 B4HN
              UK

Please note that your claim # 117 in the above referenced case and in the amount of
       $19,900,000.00         has been transferred **(unless previously expunged by court order)**

              SPCP GROUP, L.L.C.
              TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD.
              ATTN: BRIAN JARMAIN
              2 GREENWICH PLAZA, 1ST FLOOR
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4951       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
                                           |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |   (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   CENTRAL EUROPEAN MEDIA ENTERPRISES LTD.
              C/O CME DEVELOPMENT CORP.
              ALDWYCH HOUSE,
              81 ALDWYCH
              LONDON    WC2B-4HN
              UK
```

Please note that your claim # 171 in the above referenced case and in the amount of
        $19,900,000.00        has been transferred **(unless previously expunged by court order)**

```
              SPCP GROUP, L.L.C.
              TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD.
              ATTN: BRIAN JARMAIN
              2 GREENWICH PLAZA, 1ST FLOOR
              GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4945      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 27, 2009.

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
         Debtors.                       |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CITADEL EQUITY FUND LTD.
         131 SOUTH DEARBORN ST
         CHICAGO IL 60603
```

Please note that your claim # 8468-01 in the above referenced case and in the amount of
        $423,036,453.48          has been transferred **(unless previously expunged by court order)**

```
         CREDIT SUISSE LOAN FUNDING LLC
         TRANSFEROR: CITADEL EQUITY FUND LTD.
         ATTN: ASHWINEE SAWH
         11 MADISON AVENUE, 2ND FLOOR
         NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4958      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

```
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                                              |
            Debtors.                          |
                                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  LM ISIS OPPORTUNITIES MASTER FUND, LTD.
             C/O SEWARD & KISSEL LLP
             ATTN: ARLENE R. ALVES
             ONE BATTERY PLAZA
             NEW YORK NY 10004-1485
```

Please note that your claim # 3892 in the above referenced case and in the amount of
         $3,054,687.50         has been transferred **(unless previously expunged by court order)**

```
             SPCP GROUP, L.L.C.
             TRANSFEROR: LM ISIS OPPORTUNITIES MASTER FUND, LTD.
             ATTN: BRIAN JARMAIN
             2 GREENWICH PLAZA, 1ST FLOOR
             GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4956     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EXPORT DEVELOPMENT CANADA (EDC)
         151 O'CONNOR ST.
         OTTAWA, ON    K1A 1K3
         CANADA
```

Please note that your claim # 1265 in the above referenced case and in the amount of
        $4,830,064.49       has been transferred **(unless previously expunged by court order)**

```
         SPCP GROUP, L.L.C.
         TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC)
         ATTN: BRIAN JARMAIN
         2 GREENWICH PLAZA, 1ST FLOOR
         GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4952    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2009.

# EXHIBIT "B"

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BRIGADIER CAPITAL MASTER FUND LTD. | C/O BRIGADIER CAPITAL MANAGEMENT LLC ATTN JAMES SHIN 450 PARK AVE., 10TH FLOOR NEW YORK NY 10022 |
| BRIGADIER CAPITAL MASTER FUND LTD. | C/O BRIGADIER CAPITAL MANAGEMENT LLC ATTN JAMES SHIN 450 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. | C/O CME DEVELOPMENT CORP. ALDWYCH HOUSE, 81 ALDWYCH LONDON WC2 B4HN UK |
| CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. | C/O CME DEVELOPMENT CORP. ALDWYCH HOUSE, 81 ALDWYCH LONDON WC2B-4HN UK |
| CITADEL EQUITY FUND LTD. | 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| EXPORT DEVELOPMENT CANADA (EDC) | 151 O'CONNOR ST. OTTAWA, ON K1A 1K3 CANADA |
| LM ISIS OPPORTUNITIES MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES ONE BATTERY PLAZA NEW YORK NY 10004-1485 |
| POPULAR HIGH-GRADE FIXED INCOME FUND, INC. | K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

Day Pitney LLP
Attn: Ronald S. Beacher, Esq.
7 Times Square
New York, NY 10036

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153