Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

---------------------------------------------------------x

## WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE**, that Katten Muchin Rosenman LLP hereby withdraws its claim (claim no. 6599) against Lehman Brothers Special Financing Inc.

Dated:  August 27, 2009

KATTEN MUCHIN ROSENMAN LLP

By_____
Merritt Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

1