UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

-----------------------------------------------------------------x
In re                                              )
                                                   )   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.,            )   Case No. 08-13555 (JMP)
                                                   )
Debtors.                                           )   (Jointly Administered)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    I, Stella Leung, duly sworn, deposes and says that deponent is not a party to the within action, is 18 years of age and is employed at CROWELL & MORING LLP, 590 Madison Avenue, New York, New York 10022.

    That on the 20th of August, 2009, deponent caused to be served via Regular First Class Mail and Electronic Mail, the within Second Notice of Adjournment of Notice of Presentment of Settlement Agreement pursuant to Rule 9019 of the Bankruptcy Rules resolving dispute regarding Barclay's Motion pursuant to Rule 60(b) and Fed. R. Bankr. P. 9024 upon the following named person listed on the attached service list.

_____
Stella Leung

Sworn to before me this
27th day of August, 2009

_____
NOTARY PUBLIC

LAURA COLLINS
Notary Public, State of New York
No: 01CO6018661
Qualified in Nassau County
Commission Expires, 01/19/2011

NYIWDMS: 11240016_1

**Via Regular First Class Mail and Electronic Mail**

Michael S. Feldberg, Esq.
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@newyork.allenovery.com

James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
shai.waisman@weil.com

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
kiplok@hugheshubbard.com