**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)

Attorneys for U.S. Bank National Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al,* | Case No. 08-13555-jmp |
| **Debtors.** | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF PAPERS BY U.S. BANK NATIONAL ASSOCIATION

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), U.S. Bank National Association ("U.S. Bank"), by its undersigned counsel, hereby enters its appearance in the above-captioned cases and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the offices, addresses and numbers as follows:

Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com

Steven J. Heim (MN 316994)
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 340-5696
Facsimile: (612) 340-2643
E-mail:  heim.steve@dorsey.com

Michelle Kreidler Dove (MN 033232X)
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 492-6026
Facsimile: (612) 573-6538
E-mail:  dove.michelle@dorsey.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of the rights U.S. Bank: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims,

actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated:  August 28, 2009                    Respectfully submitted,

DORSEY & WHITNEY LLP


By: /s/ Eric Lopez Schnabel
Eric Lopez Schnabel, Esq.
250 Park Avenue
New York, New York 10177
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201


Attorneys for U.S. Bank National Association

4844-3381-9140\1