CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile:  (212) 878-8375
Andrew P. Brozman (AB-2456)
Jennifer C. DeMarco (JD-9284)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Cases |
| Lehman Brothers Holding Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL AND AMENDED VERIFIED STATEMENT OF
CLIFFORD CHANCE US LLP PURSUANT TO
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Clifford Chance US LLP ("Clifford Chance"), in connection with the above captioned chapter 11 cases of Lehman Brothers Holdings Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), makes the following Second Supplemental and Amended Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1  The address for Clifford Chance for purposes of this Supplemental and Amended Verified Statement is 31 West 52nd Street, New York, New York, 10019.

2  Clifford Chance represents the following entities (collectively, the "Entities") in connection with the Debtors' chapter 11 cases:

    a.    Calyon
                1301 Avenue of the Americas
                New York, New York 10019

    b.      Calyon Securities (USA), Inc.
              1301 Avenue of the Americas
              New York, New York 10019

    c.      Dexia Banque Internationale à Luxembourg S.A.
              69 route d'Esch
              L-2953 Luxembourg

    d.      Dexia Crédit Local S.A.
              1 passaerelle des Reflets
              Tour Dexia- La Défense 2
              92913 La Défense Cedex
              France

    e.      Dexia Kommunalbank Deutschland AG
              Charlottenstraße 82
              10969 Berlin
              Deutschland

    f.      Dexia Banque Belgique SA
              44 Boulevard Pachéco
              1000 Bruxelles
              Belgium

    g.      Banif- Banco de Investimento S.A.
              Rua Tierno Galvan, Torre 3, 14° Piso
              1070-274 Lisboa-Portugal

    h.      TriOptima AB
              Regeringsgatan 45
              111 56 Stockholm Sweden

    i.      M&G Investment Management Limited; as Investment Advisor to
              Stichting Shell Pensioenfonds, M&G Secured Debt Fun Limited, M&G
              Dynamic European Loan Fun Limited, and The Prudential Assurance
              Company Limited
              Laurence Pountney Hill
              London EC4R 0HH.

    j.      Pacific Investment Management Company LLC
              840 Newport Center Drive, Suite 100
              Newport Beach, CA 92660

    k.      KfW Bankengruppe
              Palmengartenstrasse 5-9
              60325 Frankfurt am Main

        Germany

    l.    Barclays Global Investors National Association
        45 Freemont Street
        San Francisco, CA 94105

3.    Each of the Entities may hold claims against and/or interests in the Debtors arising at various times out of applicable agreements, law or equity, pursuant to their relationship with the Debtors. The Entities may also hold claims against and/or interests in the Debtors in addition to those disclosed herein that do not fall within the scope of Clifford Chance's representation of the Entities.

4.    The specific nature and amount of the claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates.

5.    The following are the facts and circumstances in connection with Clifford Chance's employment in these cases. Clifford Chance represented certain of the Entities or their affiliates prior to the Debtors' chapter 11 cases and each of the Entities separately requested that Clifford Chance represent them in connection with the Debtors' chapter 11 cases. Clifford Chance also represent certain of the Entities on matters unrelated to the Debtors' chapter 11 cases.[1]

6.    Clifford Chance represents or advises, or may have represented or advised, other parties in interest with respect to the Debtors' chapter 11 cases that have not been included in this Verified Statement because the parties that Clifford Chance represents do not currently intend to appear in the Debtors' chapter 11 cases or such representations have been concluded. These parties may include commercial and investment banks, private equity or hedge funds, and other financial institutions and parties to various agreements with the Debtors.

7.  Clifford Chance provided certain services to certain of the Debtors and, as a result holds pre-petition claims against such Debtors.[2]

8.  Clifford Chance will supplement this Verified Statement in accordance with Rule 2019 as necessary.

9.  The undersigned certifies that the foregoing is true and correct to the best of his knowledge and belief.

Dated: New York, New York
       August 31, 2009

Respectfully submitted,

CLIFFORD CHANCE US LLP

By: /s/ Jennifer DeMarco
    Andrew P. Brozman (AB-2456)
    Jennifer C. DeMarco (JD-9284)
    31 West 52nd Street
    New York, New York 10019
    Tel: (212) 878-8000
    Fax: (212) 878-8375

---

[1] These representations may include those by Clifford Chance LLP in the administrations of Lehman Brothers International (Europe) and its affiliates as well as in the insolvency proceedings of affiliates of the Debtors in other jurisdictions.

[2] Clifford Chance LLP also rendered services to affiliates of the Debtors and holds claims against those entities as well.

4