# EXHIBIT B

| | |
|---|---|
| **From:** | Fujiwara, Robin |
| **Sent:** | Thursday, September 04, 2008 06:33 AM |
| **To:** | 'LoanClosingLondon@lehman.com' |
| **Subject:** | FW: Mauser - proposed transfer - Lehamn to SVP |
| **Attachments:** | FP IV Form of assignment Barklays Bank (1) 26082008_.pdf; |
| | FP IV Form of assignment Barklays Bank (2) 26082008_.pdf; |
| | img-825110308-0001.pdf |

Please can anyone at Lehman help me with this?


Regards,

Robin

0207 758 7814


From: Fujiwara, Robin
Sent: 03 September 2008 11:33
To: 'Perry, George'
Cc: 'Ribeiro, Neils'; 'Ilomechina, Emeka'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP
Importance: High


George,


I'm sorry to have to keep chasing you on this but we need to get this settled
ASAP.


Please can you respond with what the hold-up is with Lehman at this time?


Regards,

Robin


From: Fujiwara, Robin
Sent: 02 September 2008 11:32
To: 'Perry, George'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP


George,


Any word on this?


**Confidential**

FP-E-00001033

From: Fujiwara, Robin
Sent: 01 September 2008 10:33
To: 'Perry, George'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP


George,


Have you been able to obtain Lehman's signatures to the Mauser docs as of yet?  I
would like to get these into the agent sooner rather than later so that we can
aim to get these done by the end of the week.


Please let me know should there be any issues from Lehman's perspective.


Thanks,

Robin


From: Fujiwara, Robin
Sent: 28 August 2008 15:48
To: 'Perry, George'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP


George,


Any joy on this?


Thanks,

Robin


From: Fujiwara, Robin
Sent: 26 August 2008 10:46
To: 'Perry, George'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP


George,


Attached please find SVP's sigs to the proposed transfer docs in connection with
our Mauser trades.    Please have Lehman sign and if you want I am happy to
submit the docs to the agent since I have already been speaking to them
regarding our proposed transnfer.


Thanks,


**Confidential**                                                    FP-E-00001034

Robin


From: Fujiwara, Robin
Sent: 22 August 2008 13:20
To: 'Perry, George'
Subject: FW: Mauser - proposed transfer - Lehamn to SVP


George,


After re-reading how the "Related Fund" definition in the Credit Agreement
 effects the minimum transfer amounts I have revised the docs yet again and have
confirmed with the Agent that the attached transfer docs are acceptable.


 I will work to obtain signatures unless you have any issues.


Thanks,

Robin


From: Fujiwara, Robin
Sent: 22 August 2008 13:00
To: 'Natasha.Walters@barclayscapital.com'
Subject: Mauser - proposed transfer - Lehamn to SVP


Hi Natasha,


Not sure if these are to go to you or Simon, but needed someone to review our
proposed transfer docs to confirm all is in order.  We are submitting the
following for review:


Field Point IV s.a.r.l selling to Lehman:

B2 = USD 3,000,000.00

C2 = USD 3,000,000.00


Lehman selling to Field Point IV:

B1 = EUR 1,735,000.00

C1 = EUR 1,735,000.00

B2 = USD 5,155,000.00

C2 = USD 5,155,000.00


Lehman selling to BDF Limited:    (Related Fund of Field Point IV)


**Confidential**                                                    **FP-E-00001035**

B1 = EUR 265,000.00

C1 = EUR 265,000.00

B2 = USD 345,000.00

C2 = USD 345,000.00


We will submit signatures as soon as the proposed format has been confirmed.


Best regards.



Robin L. Fujiwara

Strategic Value Partners (UK) LLP

5 Savile Row

London W1S 3PD

Phone: 44 20 7758 7814

Fax:  44 20 7758 7849

rfujiwara@svpglobal.com <mailto:rfujiwara@svpglobal.com>

**Confidential**

**FP-E-00001036**

## FORM OF ASSIGNMENT AGREEMENT

To:    BARCLAYS BANK PLC as Facility Agent and as Security Agent

From:   Lehman Commercial Paper Inc., UK Branch (the Existing Lender) and Field Point IV S.a.r.l. (the New Lender)

Dated:     August 2008

Pertus Sechzehnte GmbH – €549,678,167.16 and US$ 384,704,646.84 Senior Facilities Agreement dated 13th June 2007 (the Facilities Agreement)

1. We refer to the Facilities Agreement. This is an Assignment Agreement

2.

   a)   We refer to Clause 29.7 (Procedure for assignment)

   b)   The Existing Lender assigns absolutely to the New Lender all the rights of the Existing Lender under the Facilities Agreement the other Finance Documents and in respect of the transaction Security which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

   c)   The Existing lender is released from all of the obligations of the Existing lender which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

   d)   The New lender becomes a Party as a Lender and is bound by obligations equivalent to those from which the Existing Lender is released under paragraph c) above.

3. The proposed transfer Date is :     August 2008

4. On the transfer Date the New Lender becomes:

       (a) Party to the Finance Documents as a Lender, and

       (b) Party to the Intercreditor Agreement as a Senior Creditor.

5. The New lender expressly acknowledges the limitations on the Existing Lender's obligations set out in Clause 29.5 ( c) (Limitation of responsibility of Existing Lenders)

6. The Facility Office and address, fax number and attention details for notices of the New Lender for the purposes of Clause 36.2 (Addresses) are set out in the Schedule.

7. The Existing lender and the new lender shall ensure that this Assignment Agreement is notified by bailiff (hussier) to any French Obligor in accordance with Article 1690 of the French Civil Code.

Confidential

## THE SCHEDULE

**Commitment/rights and obligations to be transferred by assignment, release and accession**

| Facility Name | |
|---|---|
| Facility B1 EUR | 1,735,000.00 |
| Facility C1 EUR | 1,735,000.00 |
| Facility B2 USD | 5,155,000.00 |
| Facility C2 USD | 5,155,000.00 |
| | |
| EUR | 3,470,000.00 |
| USD | 10,310,000.00 |

See attached Administrative Details for Facility Office address, Credit and Loan
Operations contact details for notices and account payment details

**Lehman Commercial Paper Inc., UK Branch** the
**Existing Lender**

By:

**Field Point IV S.a.r.l.** the New Lender

By:

JAMES L. VANLT
AUTHORIZED SIGNA

S. EHLERS
Authorised Signature

This Assignment Agreement is accepted by the Facility Agent and the Security Agent and the
Transfer Date is confirmed as    **August 2008.**

**BARCLAYS BANK PLC** as Facility Agent and as Security Agent

By:

**Confidential**

FP-E-00001038

## FORM OF ASSIGNMENT AGREEMENT

To:    **BARCLAYS BANK PLC** as Facility Agent and as Security Agent

From:  **Field Point IV S.a.r.l.** (the Existing Lender) and **Lehman Commercial Paper Inc., UK Branch** (the New Lender)

Dated: ___ August 2008

**Pertus Sechzehnte GmbH – €549,678,167.16 and US$ 384,704,646.84 Senior Facilities Agreement dated 13th June 2007 (the Facilities Agreement)**

1. We refer to the Facilities Agreement. This is an Assignment Agreement

2.

a) We refer to Clause 29.7 (Procedure for assignment)

b) The Existing Lender assigns absolutely to the New Lender all the rights of the Existing Lender under the Facilities Agreement the other Finance Documents and in respect of the transaction Security which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

c) The Existing lender is released from all of the obligations of the Existing lender which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

d) The New lender becomes a Party as a Lender and is bound by obligations equivalent to those from which the Existing Lender is released under paragraph c) above.

3. The proposed transfer Date is ___ August 2008

4. On the transfer Date the New Lender becomes:

(a) Party to the Finance Documents as a Lender, and

(b) Party to the Intercreditor Agreement as a Senior Creditor.

5. The New lender expressly acknowledges the limitations on the Existing Lender's obligations set out in Clause 29.5 ( c) (Limitation of responsibility of Existing Lenders)

6. The Facility Office and address, fax number and attention details for notices of the New Lender for the purposes of Clause 36.2 (Addresses) are set out in the Schedule.

7. The Existing lender and the new lender shall ensure that this Assignment Agreement is notified by bailiff (hussier) to any French Obligor in accordance with Article 1690 of the French Civil Code.

**Confidential**

## THE SCHEDULE

**Commitment/rights and obligations to be transferred by assignment, release and accession**

**Facility Name**

| Facility B2 USD | 3,000,000.00 |
|---|---|
| Facility C2 USD | 3,000,000.00 |

USD   6,000,000.00

**See attached Administrative Details for Facility Office address, Credit and Loan Operations contact details for notices and account payment details**

Field Point IV S.a.r.l. the Existing Lender

Lehman Commercial Paper Inc., UK Branch the New Lender

By:

JAMES L. VARLEY
AUTHORIZED SIGNATURE

By:

S. EHLERS
Authorised Signature

This Assignment Agreement is accepted by the Facility Agent and the Security Agent and the Transfer Date is confirmed as     August 2008.

BARCLAYS BANK PLC as Facility Agent and as Security Agent

By:

**Confidential**

FP-E-00001040

## FORM OF ASSIGNMENT AGREEMENT

To:   **BARCLAYS BANK PLC** as Facility Agent and as Security Agent

From:   **Lehman Commercial Paper Inc., UK Branch** (the **Existing Lender**) and **BDF Limited** (the New Lender)

Dated: ___ August 2008

**Pertus Sechzehnte GmbH – €549,678,167.16 and US$ 384,704,646.84 Senior Facilities
Agreement dated 13th June 2007 (the Facilities Agreement)**

1. We refer to the Facilities Agreement.  This is an Assignment Agreement

2.

  a) We refer to Clause 29.7 (Procedure for assignment)

  b) The Existing Lender assigns absolutely to the New Lender all the rights of the Existing Lender under the Facilities Agreement the other Finance Documents and in respect of the transaction Security which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

  c) The Existing lender is released from all of the obligations of the Existing lender which correspond to that portion of the Existing Lender's Commitments and participations in Utilisation Loans under the Facilities Agreement as specified in the Schedule.

  d) The New lender becomes a Party as a Lender and is bound by obligations equivalent to those from which the Existing Lender is released under paragraph c) above.

3. The proposed transfer Date is ___ August  2008

4. On the transfer Date the New Lender becomes:

   (a) Party to the Finance Documents as a Lender, and

   (b) Party to the Intercreditor Agreement as a Senior Creditor.

5. The New lender expressly acknowledges the limitations on the Existing Lender's obligations set out in Clause 29.5 ( c) (Limitation of responsibility of Existing Lenders)

6. The Facility Office and address, fax number and attention details for notices of the New Lender for the purposes of Clause 36.2 (Addresses) are set out in the Schedule.

7. The Existing lender and the new lender shall ensure that this Assignment Agreement is notified by bailiff (hussier) to any French Obligor in accordance with Article 1690 of the French Civil Code.

**Confidential**                                                                                   FP-E-00001041

## THE SCHEDULE

**Commitment/rights and obligations to be transferred by assignment, release and accession**

| Facility Name | | |
|---|---|---|
| Facility B1 EUR | | 265,000.00 |
| Facility C1 EUR | | 265,000.00 |
| Facility B2 USD | | 345,000.00 |
| Facility C2 USD | | 345,000.00 |
| | EUR | 530,000.00 |
| | USD | 690,000.00 |

**See attached Administrative Details for Facility Office address, Credit and Loan Operations contact details for notices and account payment details**

Lehman Commercial Paper Inc., UK Branch the
Existing Lender

By:

BDF Limited the New Lender
By: Strategic Value Partners, LLC
Its Investment Advisor

By:

JAMES L. VARLEY
AUTHORIZED SIGNATURE

This Assignment Agreement is accepted by the Facility Agent and the Security Agent and the Transfer Date is confirmed as    **August 2008.**

**BARCLAYS BANK PLC** as Facility Agent and as Security Agent

By:

**Confidential**

FP-E-00001042