04/17/2006 10:41 LEHMAN BROTHERS → 916468859551 NO.585 P01
08-13555-mg    Doc 5012-3    Filed 08/31/09    Entered 08/31/09 15:53:17    Exhibit B
Part 2    Pg 1 of 1

04/13/2006 13:18 LEHMAN BROTHERS → 916468859551 NO.573 P01

# LEHMAN BROTHERS

Date: 13 April, 2006

TO: MEG Energy Corp.
    Attention: Documentation Unit

From: Lehman Brothers Special Financing Inc.
      Transaction Management Group
      Kathy Tsang
      Facsimile: 646-885-9551 (United States of America)
      Telephone: 212-526-9080

Ref.: Global Deal ID: 2461470

*Effort*

*905/84*

**SUBJECT: MODIFICATION OF TRANSACTION ( Global Deal ID: 2461470)**

The purpose of this communication is to modify the Transaction between Lehman Brothers Special Financing Inc. ("Party A") and MEG Energy Corp. ("Party B"), entered into on 03 April, 2006, with a Termination Date of 31 December, 2010, and a Notional Amount of USD 350,000,000.00 (the "Swap Transaction").

This communication supplements, forms part of, and is subject to the Confirmation dated 11 April, 2006 (the "Confirmation). All provisions contained in, or incorporated by reference, in, such Confirmation shall continue to govern the Transaction, except as expressly modified below.

Notwithstanding anything to the contrary in the Confirmation of the Transaction the parties mutually agree that the Transaction is modified such that effective 12 April, 2006, the Fixed Rate shall be amended to 5.28657%.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 646-885-9551 (United States of America), Attention: Documentation.

Yours sincerely,                          Accepted and agreed to:

Lehman Brothers Special Financing Inc.    MEG Energy Corp.

Anatoly Kozlov                            By: _____
Lehman Brothers Special Financing Inc.    Name: Dale Hohm
                                          Title: Chief Financial Officer

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019