05/19/2006 09:47 LEHMAN BROTHERS → 916468859551 NO.102 P01
08-13555-mg    Doc 5012-4    Filed 08/31/09    Entered 08/31/09 15:53:17    Exhibit B
Part 3    Pg 1 of 6

04/13/2006 13:29 LEHMAN BROTHERS → 916468859551 NO.574 001

# LEHMAN BROTHERS

Date: 12 April, 2006

To: Credit Suisse International
Attention: Documentation Unit / Matt Tehan

TO: MEG Energy Corp. / Cara Hohm
Attention: Documentation Unit

From: Lehman Brothers Special Financing Inc.
Transaction Management Group
Kathy Tsang
Facsimile: 646-885-9551 (United States of America)
Telephone: 212-526-9080

Risk ID: Global 2475908

Dear Sir or Madam:

The purpose of this letter is to confirm the terms and conditions of the Novation Transaction entered into between the parties and effective from the Novation Date specified below. This Novation Confirmation constitutes a "Confirmation" as referred to in the New Agreement specified below.

1. The definitions and provisions contained in the 2004 ISDA Novation Definitions (the "Definitions") and the terms and provisions of the 2000 ISDA Definitions, as published by the International Swaps and Derivatives Association, Inc. and amended from time to time, are incorporated in this Novation Confirmation. In the event of any inconsistency between the Definitions and the 2000 ISDA Definitions, this Novation Confirmation will govern. In the event of any inconsistency between the Novation Agreement and this Novation Confirmation, the provisions set forth in this Novation Confirmation will govern.

2. The terms of the Novation Transaction to which this Novation Confirmation relates are as follows:

Novation Trade Date:      13 April, 2006

Novation Date:            13 April, 2006

Novated Amount:           USD175,000,000.00

| | |
|---|---|
| Transferor: | MEG Energy Corp. |
| Transferee: | Credit Suisse International |
| Remaining Party: | Lehman Brothers Special Financing Inc. |
| New Agreement (between Transferee and Remaining Party): | Interest Rate and Currency Exchange Agreement dated as of 14 April, 1992 |

3. The terms of each Old Transaction to which this Novation Confirmation relates, for identification purposes, are as follows:

| | |
|---|---|
| Trade Date of Old Transaction: | 03 April, 2006 |
| Effective Date of Old Transaction: | 29 December, 2006 |
| Termination Date of Old Transaction: | 31 December, 2010 |
| Fixed Rate of Old Transaction: | 5.28657%, provided however, for purposes of the New Transaction, the Fixed Rate shall be 5.25257% |

4. The terms of each New Transaction to which this Novation Confirmation relates shall be as specified in the New Confirmation attached hereto as Exhibit A.

Full First Calculation Period:                    Applicable

The parties confirm their acceptance to be bound by this Novation Confirmation as of the Novation Date by executing a copy of this Novation Confirmation and returning it to us. The Transferor, by its execution of a copy of this Novation Confirmation, agrees to the terms of the Novation Confirmation as it relates to each Old Transaction. The Transferee, by its execution of a copy of this Novation Confirmation, agrees to the terms of the Novation Confirmation as it relates to the New Transaction.

Lehman Brothers Special Financing Inc.

*Anatoly Kozlov*
*Lehman Brothers Special Financing Inc.*

By: ..............................
Name:
Title:
Date:


Credit Suisse International


By: ..............................
Name:
Title:
Date:

MEG Energy Corp.

By: *[signature]*
Name: Dale Holun
Title: Chief Financial Officer
Date: April 13, 2006

**Transaction**

Date: 13 April, 2006

To: Credit Suisse International
    Attention: Swap Administration

From: Lehman Brothers Special Financing Inc.
    Confirmations Group
    Kathy Tsang
    Facsimile: (+1) 646-885-9551 (United States of America)
    Telephone: 212-526-9080

Ref. Numbers: Global Deal ID: 2475908

---

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Credit Suisse International ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the Interest Rate and Currency Exchange Agreement dated as of 14 April, 1992, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

Party A and Party B each represents that entering into the Transaction is within its capacity, is duly authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (a) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (b) it understands the risks of the Transaction and any legal, regulatory, tax, accounting and economic consequences resulting therefrom; and (c) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Party A and Party B each represents that upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

05/19/2006 09:47 LEHMAN BROTHERS → 916468859551 NO.102 D05
08-13555-mg   Doc 5012-4   Filed 08/31/09   Entered 08/31/09 15:53:17   Exhibit B
Part 3   Pg 5 of 6

04/13/2006 13:29 LEHMAN BROTHERS → 916468859551 NO.574 005

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Assignment Trade Date: | 13 April, 2006 |
| Effective Date: | 29 December, 2006 |
| Termination Date: | 31 December, 2010, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD 175,000,000.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Floating Amount Payer Payment Dates: | The last calendar day of each March, June, September, and December, from and including 30 March, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 months |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | The last calendar day of each March, June, September, and December, from and including 30 March, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Fixed Rate: | 5.25257% |
| Fixed Rate Day Count Fraction: | Actual/360 |

**Business Days:** New York, London and Calgary

Calculation Agent: Party A

Office: For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                                    Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**          **Credit Suisse International**

*Anatoly Kozlov*
Lehman Brothers Special Financing Inc.              By: _____
                                                    Name:
                                                    Title: