# LEHMAN BROTHERS

*To:*   Derivative Operations
        MEG ENERGY CORP

*From:*   Derivative Middle Office
          LEHMAN BROTHERS SPECIALFINANCING INC

          For Settlement and Payments please contact Derivative Operations at:
          Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

*Date:*   June 26, 2008

*Re:*   Calculation of amount due September 30, 2008
        USD 175,000,000.00 Swap Transaction
        Maturing December 31, 2010

        *Our Reference:* 1170981L / 2461470

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from June 30, 2008 to September 30, 2008

USD 175,000,000.00 x 5.28657% x 92 / 360 =                                    USD 2,364,271.58

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from June 30, 2008 to September 30, 2008

| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | June 26, 2008 |
| Quoted Rate: | 2.80063% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 2.80063% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/30/08 | 09/30/08 | 175,000,000.00 | 2.80063% | 92/360 | 1,252,503.97 |

Amount due LBSF Inc.                                                          USD 1,111,767.61

You are kindly requested to pay USD 1,111,767.61 to LBSF Inc. on September 30, 2008 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CHASUS33XXX
JPMORGAN CHASE BANK, N.A.
A/C:
Benf A/C: 066143543
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com