# LEHMAN BROTHERS

*To:* Derivative Operations
MEG ENERGY CORP

*From:* Derivative Middle Office
LEHMAN BROTHERS SPECIALFINANCING INC

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

*Date:* June 26, 2008

*Re:* Calculation of amount due September 30, 2008
USD 27,500,000.00 Swap Transaction
Maturing December 31, 2010

*Our Reference:* 1673869L / 3410489

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from June 30, 2008 to September 30, 2008

USD 27,500,000.00 x 4.82500% x 92 / 360 =                              USD 339,090.28

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from June 30, 2008 to September 30, 2008

| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | June 26, 2008 |
| Quoted Rate: | 2.80063% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 2.80063% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/30/08 | 09/30/08 | 27,500,000.00 | 2.80063% | 92/360 | 196,822.05 |

Amount due LBSF Inc.                                                                                           USD 142,268.23

You are kindly requested to pay USD 142,268.23 to LBSF Inc. on September 30, 2008 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CHASUS33XXX
JPMORGAN CHASE BANK, N.A.
A/C:
Benf A/C: 066143543
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com