# LEHMAN BROTHERS

**To:** Derivative Operations
MEG ENERGY CORP

**From:** Derivative Middle Office
LEHMAN BROTHERS SPECIALFINANCING INC

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** June 26, 2008

**Re:** Calculation of amount due September 30, 2008
USD 117,500,000.00 Swap Transaction
Maturing December 31, 2010

**Our Reference:** 1673863L / 3410494

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from June 30, 2008 to September 30, 2008

USD 117,500,000.00 x 4.80000% x 92 / 360 =                                          USD 1,441,333.33

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from June 30, 2008 to September 30, 2008

Floating Rate Option:          USD-LIBOR-BBA
Designated Maturity:           3 Months
Reference Source:
Rate Setting Date:             June 26, 2008
Quoted Rate:                   2.80063%
Floating Rate Spread:          0.00000%
Floating Rate:                 2.80063%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|------|-----|----------------|---------------|--------------------|--------------|
| 06/30/08 | 09/30/08 | 117,500,000.00 | 2.80063% | 92/360 | 840,966.95 |

Amount due LBSF Inc.                                                              USD 600,366.38

You are kindly requested to pay USD 600,366.38 to LBSF Inc. on September 30, 2008 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CHASUS33XXX
JPMORGAN CHASE BANK, N.A.
A/C:
Benf A/C: 066143543
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at **212-526-0200** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com