# LEHMAN BROTHERS

**To:** Derivative Operations
 MEG ENERGY CORP

**From:** Derivative Middle Office
 Lehman Brothers Special Financing Inc

 For Settlement and Payments please contact Derivative Operations at:
 Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

**Date:** September 30, 2008

**Re:** Calculation of amount due December 31, 2008
 USD 175,000,000.00 Swap Transaction
 Maturing December 31, 2010

 **Our Reference:** 1170981L / 2461470

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from September 30, 2008 to December 31, 2008

 USD 175,000,000.00 x 5.28657% x 92 / 360 =  USD 2,364,271.58

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from September 30, 2008 to December 31, 2008

| | |
|---|---|
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | September 26, 2008 |
| Quoted Rate: | 3.76188% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 3.76188% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|------|-----|----------------|---------------|--------------------|--------------|
| 09/30/08 | 12/31/08 | 175,000,000.00 | 3.76188% | 92/360 | 1,682,396.33 |

Amount due LBSF Inc.  USD 681,875.25

You are kindly requested to pay USD 681,875.25 to LBSF Inc. on December 31, 2008 in immediately available funds, as per the following instructions:

 **Payment Instructions**
 Inst: CHASUS33XXX
 JPMORGAN CHASE BANK, N.A.
 A/C:
 Benf A/C: 066143543
 LEHMAN BROTHERS SPECIAL FINANCE
 SLHIUS3SXXX
 /bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at **212-526-0200** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com