# LEHMAN BROTHERS

*To:*   Derivative Operations
        MEG ENERGY CORP

*From:*  Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

*Date:*  September 30, 2008

*Re:*    Calculation of amount due December 31, 2008
         USD 27,500,000.00 Swap Transaction
         Maturing December 31, 2010

         ***Our Reference:*** 1673869L / 3410489

**FIXED AMOUNT:**
MEG ENERGY CORP to LBSF Inc.

Calculation Period from September 30, 2008 to December 31, 2008

         USD 27,500,000.00 x 4.82500% x 92 / 360 =                                                USD 339,090.28

**FLOATING AMOUNT:**
LBSF Inc. to MEG ENERGY CORP
Calculation Period from September 30, 2008 to December 31, 2008

| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | September 26, 2008 |
| Quoted Rate: | 3.76188% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 3.76188% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 09/30/08 | 12/31/08 | 27,500,000.00 | 3.76188% | 92/360 | 264,376.57 |

Amount due LBSF Inc.                                                                               USD 74,713.71

You are kindly requested to pay USD 74,713.71 to LBSF Inc. on December 31, 2008 in immediately available funds, as per the following instructions:

***Payment Instructions***
Inst: CHASUS33XXX
JPMORGAN CHASE BANK, N.A.
A/C:
Benf A/C: 066143543
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at ***212-526-0200*** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com