# LEHMAN BROTHERS

*To:*   Derivative Operations
MEG ENERGY CORP

*From:*   Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

*Date:*   September 30, 2008

*Re:*   Calculation of amount due December 31, 2008
USD 117,500,000.00 Swap Transaction
Maturing December 31, 2010

*Our Reference:* 1673863L / 3410494

**FIXED AMOUNT:**
MEG ENERGY CORP to LBSF Inc.

Calculation Period from September 30, 2008 to December 31, 2008

USD 117,500,000.00 x 4.80000% x 92 / 360 =                                    USD 1,441,333.33

**FLOATING AMOUNT:**
LBSF Inc. to MEG ENERGY CORP
Calculation Period from September 30, 2008 to December 31, 2008

| Floating Rate Option: | USD-LIBOR-BBA |
|---|---|
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | September 26, 2008 |
| Quoted Rate: | 3.76188% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 3.76188% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 09/30/08 | 12/31/08 | 117,500,000.00 | 3.76188% | 92/360 | 1,129,608.97 |

Amount due LBSF Inc.                                                                                   USD 311,724.36

You are kindly requested to pay USD 311,724.36 to LBSF Inc. on December 31, 2008 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CHASUS33XXX
JPMORGAN CHASE BANK, N.A.
A/C:
Benf A/C: 066143543
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com