# LEHMAN BROTHERS

*To:*   Derivative Operations
        MEG ENERGY CORP

*From:* Derivative Middle Office
        Lehman Brothers Special Financing Inc

        For Settlement and Payments please contact Derivative Operations at:
        Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

*Date:* July 10, 2009

*Re:*   Calculation of amount due March 31, 2009
        USD 175,000,000.00 Swap Transaction
        Maturing December 31, 2010

        ***Our Reference:*** 1170981L / 2461470

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from December 31, 2008 to March 31, 2009

USD 175,000,000.00 x 5.28657% x 90 / 360 =                                    USD 2,312,874.38

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from December 31, 2008 to March 31, 2009

| Floating Rate Option: | USD-LIBOR-BBA |
|---|---|
| Designated Maturity: | 3 Months |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | December 29, 2008 |
| Quoted Rate: | 1.45875% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.45875% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 12/31/08 | 03/31/09 | 175,000,000.00 | 1.45875% | 90/360 | 638,203.13 |

Amount due LBSF Inc.                                                          USD 1,674,671.25

You are kindly requested to pay USD 1,674,671.25 to LBSF Inc. on March 31, 2009 in immediately available funds, as per the following instructions:

***Payment Instructions***
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at ***212-526-0200*** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com