# LEHMAN BROTHERS

**To:** Derivative Operations
MEG ENERGY CORP

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** July 10, 2009

**Re:** Calculation of amount due March 31, 2009
USD 27,500,000.00 Swap Transaction
Maturing December 31, 2010

**Our Reference:** 1673869L / 3410489

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from December 31, 2008 to March 31, 2009

USD 27,500,000.00 x 4.82500% x 90 / 360 =                     USD 331,718.75

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from December 31, 2008 to March 31, 2009

| | |
|---|---|
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | December 29, 2008 |
| Quoted Rate: | 1.45875% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.45875% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|------|-----|----------------|---------------|--------------------|--------------|
| 12/31/08 | 03/31/09 | 27,500,000.00 | 1.45875% | 90/360 | 100,289.06 |

Amount due LBSF Inc.                                         USD 231,429.69

You are kindly requested to pay USD 231,429.69 to LBSF Inc. on March 31, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at **212-526-0200** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com