# LEHMAN BROTHERS

*To:* Derivative Operations
MEG ENERGY CORP

*From:* Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

*Date:* July 10, 2009

*Re:* Calculation of amount due March 31, 2009
USD 117,500,000.00 Swap Transaction
Maturing December 31, 2010

*Our Reference:* 1673863L / 3410494

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from December 31, 2008 to March 31, 2009

USD 117,500,000.00 x 4.80000% x 90 / 360 =                                                   USD 1,410,000.00

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from December 31, 2008 to March 31, 2009

| Floating Rate Option: | USD-LIBOR-BBA |
| --- | --- |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | December 29, 2008 |
| Quoted Rate: | 1.45875% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.45875% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
| --- | --- | --- | --- | --- | --- |
| 12/31/08 | 03/31/09 | 117,500,000.00 | 1.45875% | 90/360 | 428,507.81 |

Amount due LBSF Inc.                                                                                          USD 981,492.19

You are kindly requested to pay USD 981,492.19 to LBSF Inc. on March 31, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com