# LEHMAN BROTHERS

*To:*   Derivative Operations
      MEG ENERGY CORP

*From:*   Derivative Middle Office
        Lehman Brothers Special Financing Inc

        For Settlement and Payments please contact Derivative Operations at:
        Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

*Date:*   June 15, 2009

*Re:*   Calculation of amount due June 30, 2009
      USD 175,000,000.00 Swap Transaction
      Maturing December 31, 2010

   ***Our Reference:*** 1170981L / 2461470

FIXED AMOUNT:
MEG ENERGY CORP to LBSF Inc.

Calculation Period from March 31, 2009 to June 30, 2009

   USD 175,000,000.00 x 5.28657% x 91 / 360 =                                    USD 2,338,572.98

FLOATING AMOUNT:
LBSF Inc. to MEG ENERGY CORP
Calculation Period from March 31, 2009 to June 30, 2009

| Floating Rate Option: | USD-LIBOR-BBA |
| --- | --- |
| Designated Maturity: | 3 Months |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | March 27, 2009 |
| Quoted Rate: | 1.22000% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.22000% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
| --- | --- | --- | --- | --- | --- |
| 03/31/09 | 06/30/09 | 175,000,000.00 | 1.22000% | 91/360 | 539,680.56 |

Amount due LBSF Inc.                                                           USD 1,798,892.42

You are kindly requested to pay USD 1,798,892.42 to LBSF Inc. on June 30, 2009 in immediately available funds, as per the following instructions:

   ***Payment Instructions***
   Inst: CITIUS33XXX
   CITIBANK N.A.
   Benf A/C: 30784731
   LEHMAN BROTHERS SPECIAL FINANCE
   SLHIUS3SXXX
   /bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at ***212-526-0200*** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com