# LEHMAN BROTHERS

**To:** Derivative Operations
MEG ENERGY CORP

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** June 15, 2009

**Re:** Calculation of amount due June 30, 2009
USD 27,500,000.00 Swap Transaction
Maturing December 31, 2010

***Our Reference:*** 1673869L / 3410489

**FIXED AMOUNT:**
MEG ENERGY CORP to LBSF Inc.

Calculation Period from March 31, 2009 to June 30, 2009

USD 27,500,000.00 x 4.82500% x 91 / 360 =                            USD 335,404.51

**FLOATING AMOUNT:**
LBSF Inc. to MEG ENERGY CORP
Calculation Period from March 31, 2009 to June 30, 2009

| | |
|---|---|
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | March 27, 2009 |
| Quoted Rate: | 1.22000% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.22000% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 03/31/09 | 06/30/09 | 27,500,000.00 | 1.22000% | 91/360 | 84,806.94 |

Amount due LBSF Inc.                                                      USD 250,597.57

You are kindly requested to pay USD 250,597.57 to LBSF Inc. on June 30, 2009 in immediately available funds, as per the following instructions:

***Payment Instructions***
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at ***212-526-0200*** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com