# LEHMAN BROTHERS

*To:*   Derivative Operations
        MEG ENERGY CORP

*From:*  Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone:  (212) 526-0200  Fax:  (212)526-1795 or (212)526-6336

*Date:*   June 15, 2009

*Re:*    Calculation of amount due June 30, 2009
         USD 117,500,000.00 Swap Transaction
         Maturing December 31, 2010

         *Our Reference:* 1673863L / 3410494

**FIXED AMOUNT:**
MEG ENERGY CORP to LBSF Inc.

Calculation Period from March 31, 2009 to June 30, 2009

        USD 117,500,000.00 x 4.80000% x 91 / 360 =                                USD 1,425,666.67

**FLOATING AMOUNT:**
LBSF Inc. to MEG ENERGY CORP
Calculation Period from March 31, 2009 to June 30, 2009

| Floating Rate Option: | USD-LIBOR-BBA |
| --- | --- |
| Designated Maturity: | 3 Months |
| Reference Source: | |
| Rate Setting Date: | March 27, 2009 |
| Quoted Rate: | 1.22000% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.22000% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
| --- | --- | --- | --- | --- | --- |
| 03/31/09 | 06/30/09 | 117,500,000.00 | 1.22000% | 91/360 | 362,356.94 |

Amount due LBSF Inc.                                                               USD 1,063,309.73

You are kindly requested to pay USD 1,063,309.73 to LBSF Inc. on June 30, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com