

# MEG Energy Corp.

VIA FAX TO (212) 269-4470

September 29, 2008

*Master ID 31506MEGE*

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, NY 10019

Attention: Documentation Manager

Dear Sir/Madam:

Re: ISDA Master Agreement between MEG Energy Corp. and Lehman Brothers Financing Inc. dated as of April 18, 2006 (the "Master Agreement")

Capitalized terms used in this letter shall have the same meanings as those defined within the Master Agreement.

MEG Energy Corp. ("MEG") and Lehman Brothers Special Financing Inc. ("LBSFI") are parties to certain interest rate swap Transactions governed by the Master Agreement. As you are aware, Lehman Brothers Holdings Inc. ("Holdings") is a Credit Support Provider under the Master Agreement and Holdings recently became the subject of bankruptcy proceedings. An Event of Default has accordingly occurred under the Master Agreement, and pursuant to Section 2(a)(iii) of the Master Agreement, MEG is not obligated to make any payments to LBSFI in respect of the Confirmations which evidence the Transactions.

As a courtesy to you, and without prejudice to any of its rights under the Master Agreement or otherwise, MEG wishes to advise that MEG will not be making the payment or payments to LBSFI that would otherwise be due on or around September 30, 2008. MEG expressly reserves all of its rights under the Master Agreement, including without limitation its right to terminate the Master Agreement or any or all of the Transactions related thereto.

Yours truly,

MEG ENERGY CORP.

Dale Hohm
Chief Financial Officer

CC:  Maria Lund
     Yvonne Lin-Lu
     Kristen Kellner
     Allyson Carine, Senior Vice President, Markets Contracts Legal
     Mark Powell, Partner, Bennett Jones

10th Floor, 734-7th Ave. S.W.
Calgary, Alberta
T2P 3P8
Phone (403) 770-0446    Fax (403) 264-1711

TOTAL P.02



# Fax



RECEIVED
SEP 3 0 2008
BY:

| To: | Allyson Carine | From: | Rob Innes |
|---|---|---|---|
| Company: | | Date: | September 29, 2008 |
| Fax: | 646-758-4124 | Pages: | 2 |
| Phone: | | Phone: | |
| Re: | | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Comments:**

10th Floor, 734-7th Ave. S.W.
Calgary, Alberta
T2P 3P8
Phone (403) 770-0446   Fax (403) 264-1711