WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
-----------------------------------------------------------------x

**DEBTORS' THIRD NOTICE OF AGENCY TERMINATIONS**

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession (the "Debtor" and, together with Lehman Brothers Holdings Inc. and its other affiliated debtors, the "Debtors") filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 3 in Case No. 08-13900].

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B)

Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned.

The Debtors filed the first Notice of Filing of Agency Terminations [Docket No. 2854] (the "First Notice") on February 17, 2009, and the Second Notice of Filing of Agency Terminations [Docket No. 4034] on June 18, 2009. Since the filing of the Second Notice, the Debtors have transferred, assigned or resigned from additional administrative agent positions.

Accordingly, attached hereto as Exhibit A is LCPI's Third Notice of Agency Terminations, which specifies, as of August 26, 2009, those administrative agent positions that LCPI has terminated by transfer, assignment or resignation since the date of the filing of the Second Notice and the specific entities to which such positions were transferred or assigned.

LCPI expects to file additional Notices of Agency Termination approximately every 60 days.

Dated: August 31, 2009
      New York, New York

                                    /s/ Jacqueline Marcus
                                    Jacqueline Marcus

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

# EXHIBIT A

## DEBTOR'S THIRD NOTICE
## OF AGENCY TERMINATIONS

US_ACTIVE:\43143102\01\43143102_1.DOC\58399.0003

| Borrower | Date | New Agent |
|---|---|---|
| Extendicare Health Services, Inc | 6/23/2009 | US Bank |
| Broad River South Point | 6/24/2009 | No Agent |
| AlixPartners LLP | 6/24/2009 | Barclays |
| Antero Resources Corporation | 7/1/2009 | Barclays |
| Primus Telecommunications Group | 7/1/2009 | Bank of New York |
| Interstate Hotels & Resorts, Inc | 7/10/2009 | Bank of America |
| Pinnacle Entertainment | 7/24/2009 | Barclays |
| Mackinaw Power | 8/4/2009 | Barclays |
| B&G Foods, Inc. | 8/5/2009 | Credit Suisse |
| Applebee's Services, Inc. | 8/13/2009 | Barclays |
| West Corporation | 8/10/2009 | Wachovia |
| Tishman Speyer Real Estate Services, L.P. | 8/12/2009 | Scotia Capital |
| Vought Aircraft Industries Inc | 8/19/2009 | Barclay's |