Dennis J. Wickham (89835)
SELTZER CAPLAN MCMAHON VITEK
2100 Symphony Towers
750 B. Street
San Diego, California 92101
Telephone: (619) 685-3135
Fax: (619)702-6812

Attorneys for Lusardi Construction Company

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 09-14884 (JMP) |
| | ) |
| Petition of Peter C.B. Mitchell and | ) Chapter 15 |
| D. Geoffrey Hunter, as Joint Provisional | ) |
| Liquidators of Lehman Re Ltd., | ) **Certificate of Service** |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) years and not a party to the within action. I am employed with the law firm of Seltzer Caplan McMahon Vitek and my business address is 750 B Street, Suite 2100, San Diego, CA 92101.

On the 31st day of August, 2009, a copy of the **Objection of Lusardi Construction Company to Motion of Foreign Representatives for Recognition and Related Relief Under Chapter 15 of the United States Bankruptcy Code**, was served upon Gregory M. Petrick and Ingrid Bagby, CADWALADER WICKERSHAM & TAFT, LLP, One World Financial Center, New York, New York 10281 and was shipped to the chambers of The Honorable James M. Peck, One Bowling Green, New York, NY 10004-1408, *via* Federal Express, overnight delivery; and

A copy was served on all interested parties in this action *via* the Court's Electronic Case Filing System this 1st day of September 2009.

Case No. 09-14884 (JMP)

-1-
Proof of Service

-2-

Dated: September 1, 2009            SELTZER CAPLAN McMAHON VITEK

                                                s/ *Dennis J. Wickham*
                                                Attorneys for Lusardi Construction Company

Case No. 09-14884 (JMP)

-2-
Proof of Service