UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                        Debtors.
-------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF STEVEN T. MULLIGAN

UPON the motion of Steven T. Mulligan dated June 2, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Steven T. Mulligan is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
            September 1, 2009

                                                                *s/ James M. Peck*
                                                                UNITED STATES BANKRUPTCY JUDGE