UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                               Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                        Debtors.
----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRUCE A. WILSON

UPON the motion of Bruce A. Wilson dated July 30, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bruce A. Wilson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        September 1, 2009

                                                         *s/ James M. Peck*
                                                         UNITED STATES BANKRUPTCY JUDGE