UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                   Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEREMY S. WILLIAMS

UPON the motion of Jeremy S. Williams dated July 30, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeremy S. Williams is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 1, 2009

                                                 *s/ James M. Peck*
                                                 UNITED STATES BANKRUPTCY JUDGE