UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                   Case No. 08-13555 (JMP)

Debtors.
----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF W. CLARK WATSON

UPON the motion of W. Clark Watson dated July 31, 2009, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that W. Clark Watson is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       September 1, 2009

                                                 s/ *James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE