# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.         Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OCM Opportunities Fund VIIb Delaware, L.P. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OCM Opportunities Fund VIIb Delaware, L.P.
C/O Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Attn: Annette Sing
Tel: 213-830-6343
Fax: 213-830-6292
e-mail: tradesupport@oaktreecapital.com

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Court Claim # (if known): 5788 (amending claim no. 1723) (claim against Lehman Brothers Special Financing Inc.)

Amount of Claim: $43,287,376.33

Date Claim Filed: July 21, 2009

Phone: 212-250-5760
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   _____[signature]_____   Date: 8/28/09
    Transferee/Transferee's Agent    William Melanson
    SCOTT GRAVES                     Authorized Signatory
    AUTHORIZED SIGNATORY

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-2541/FORMS/2204695.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP)</u> (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 5788 (amending claim no. 1723) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on           .

| Deutsche Bank AG, London Branch | OCM Opportunities Fund VIIb Delaware, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Deutsche Bank AG, London Branch<br>60 Wall Street, 3rd Floor<br>New York, NY 10005<br>Attn:    Jeffrey Olinsky<br>Tel:     212-250-5760<br>Fax:    212-797-8770<br>e-mail:  jeffrey.olinsky@db.com | OCM Opportunities Fund VIIb Delaware, L.P.<br>C/O Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA 90071<br>Attn: Annette Sing<br>Tel: 213-830-6343<br>Fax: 213-830-6292<br>e-mail: tradesupport@oaktreecapital.com |

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                          _____
                                                                        CLERK OF THE COURT

032-2541/FORMS/2204695.1

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
          Chapter 11 Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555)

Claim #: 5788 (amending claim no. 1723)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

OCM Opportunities Fund VIIb Delaware, L.P.
C/O Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Attn: Annette Sing
e-mail: tradesupport@oaktreecapital.com

its successors and assigns ("Buyer"), all right, title and interest in and to $43,287,376.33 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 5788 (amending Claim number 1723) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 19, 2009.
                                                                          20

**DEUTSCHE BANK AG, LONDON BRANCH**        **OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.**

                                                                By: Oaktree Fund GP, LLC
                                                               its: General Partner

                                                               By: Oaktree Fund GP I, L.P.
                                                               its: Managing Member

By: _____              By: _____
    Name:                                                 Name:  Kenneth Liang
    Title:                                                   Title:  Authorized Signatory

By: _____              By: _____
    Name:                                                 Name:  William Melanson
    Title:                                                  Title:  Authorized Signatory

032-2541/AGR/2202679.2

EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Chapter 11 Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555)

Claim #: 5788 (amending claim no. 1723)

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

OCM Opportunities Fund VIIb Delaware, L.P.
C/O Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Attn: Annette Sing
e-mail: tradesupport@oaktreecapital.com

its successors and assigns ("Buyer"), all right, title and interest in and to $43,287,376.33 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 5788 (amending Claim number 1723) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 19, 20 2009.

DEUTSCHE BANK AG, LONDON BRANCH                OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.

                                                By: Oaktree Fund GP, LLC
                                                its: General Partner

                                                By: Oaktree Fund GP I, L.P.
By: [signature]   Ross Miller                   its: Managing Member
    Name:         Vice President                By: _____
    Title:                                          Name:
                                                    Title:
By: [signature]   Gavin Colquhoun               By: _____
    Name:         Managing Director                 Name:
    Title:                                          Title:

032-2541/AGR/2202679.2