**MILLER & MARTIN PLLC**
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
Telephone: (615) 744-8514
Facsimile: (615) 256-8197
W. Neal McBrayer – admitted *pro hac vice*

**RICHARDS KIBBE & ORBE LLP**
One World Financial Center
New York, New York 10281-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Michael Friedman

*Co-Counsel for Barcar Constructors, Humerick Environmental Construction, Inc. and Southeastern Golf, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re:  :
 :
Petition Peter C.B. Mitchell and D.  :      **Chapter 15 Case No. 09-14884 (JMP)**
Geoffrey Hunter, as Joint Provisional  :
Liquidators of LEHMAN RE LTD.,  :      <u>AFFIDAVIT OF SERVICE</u>
 :
Debtor in a Foreign Proceeding  :
 :
 :
------------------------------- x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Peter F. O'Connor, being duly sworn, deposes and says:

1. I am employee of the firm Richards Kibbe & Orbe LLP, am over eighteen years of age, and am not a party to this action.

2. On the 1st day of September, 2009, I served a true copy of Barcar Constructors, Inc., Humerick Environmental Construction, Inc. and Southeastern Golf, Inc.'s Response To

Petition Under Chapter 15 For Recognition Of A Foreign Main Proceeding by delivering, by-hand, a true and correct copy of the document to the following individuals indicated below:

>Gregory M. Petrick, Esq.
>Ingrid Bagby, Esq.
>Cadwalader, Wickersham & Taft LLP
>One World Financial Center
>New York, New York 10281

Attorneys for the Petitioners

_____
PETER F. O'CONNOR

Sworn before me this 1st day
of September, 2009.

_____
NOTARY PUBLIC

MELISSA McCULLOUGH
NOTARY PUBLIC, State of New York
No. 01MC6172192
Qualified in Westchester County
Commission Expires August 6, 2011

- 2 -