UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Petition of Peter C.B. Mitchell and               Chapter 15
D. Geoffrey Hunter, as Joint Provisional          Case No. 09-14884 (JMP)
Liquidators of LEHMAN RE LTD.,

    Debtor in a Foreign Proceeding.
-------------------------------------------------------X

## ORDER DENYING APPLICATION FOR PRELIMINARY INJUNCTION

    Upon the Application for Order to Show Cause with Temporary Restraining Order and Preliminary Injunction (the "Application") filed by Peter C. B. Mitchell and D. Geoffrey Hunter (the "Petitioners") as Joint Provisional Liquidators of Lehman Re Ltd.; and the Court previously having denied Petitioners' request for a Temporary Restraining Order set forth in the Application; and further consideration of the Application and Petitioners' request for a Preliminary Injunction set forth therein; and upon the opposition of SunCal Debtors and Lusardi Construction Company; and a hearing having been held on August 12, 2009 to consider Petitioners' request for a Preliminary Injunction set forth in the Application (the "Hearing"); and after due deliberation and sufficient cause appearing therefor and for the reasons stated by the Court at the Hearing, it is

    ORDERED that Petitioners' request for a Preliminary Injunction set forth in the Application is DENIED.

Dated:  New York, New York
         August 13, 2009

                                            *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE