WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                      :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF
MOTION OF TUXEDO RESERVE OWNER LLC
AND TUXEDO TPA OWNER LLC FOR AN ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105, 363 AND 1107 AUTHORIZING
AND COMPELLING CERTAIN ACTIONS BY DEBTORS AS AGENT
<u>AND LENDER UNDER LOAN FACILITY AND GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the the Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC For An Order Pursuant to Bankruptcy Code Sections 105, 363 and 1107 Authorizing and Compelling Certain Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief [Docket No. 1435] (the "<u>Motion</u>"), which was scheduled for September 15, 2009, at 10:00 a.m., **has been adjourned to October 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before September 30, 2009.

Dated: September 1, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession