**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                   :
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                                :
              Debtors.                          :   (Jointly Administered)
                                                :
-------------------------------------------------------------------x   Ref. Docket No. 5006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 31, 2009, I caused to be served the "NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT AND ORDER, PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE, MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING HSBC BANK PLC TO EFFECT SETOFF AND RESOLUTION OF CERTAIN BANKING ARRANGEMENTS BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND HSBC BANK PLC," dated August 28, 2009, to which is attached the "STIPULATION, AGREEMENT AND ORDER, PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE, MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING HSBC BANK PLC TO EFFECT SETOFF AND RESOLUTION OF CERTAIN BANKING ARRANGEMENTS BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND HSBC BANK PLC," dated August 28, 2009 [Docket No. 5006], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sidney Garabato
Sidney Garabato

Sworn to before me this
1st day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

**Email Addresses**

| | |
|---|---|
| aalfonso@kayescholer.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| acker@chapman.com | bdk@schlamstone.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adg@adorno.com | bhinerfeld@sbtklaw.com |
| Adiamond@DiamondMcCarthy.com | bill.freeman@pillsburylaw.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | BMiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | bpershkow@profunds.com |
| aglenn@kasowitz.com | Brian.Corey@greentreecreditsolutions.com |
| agold@herrick.com | brian.pfeiffer@friedfrank.com |
| agolianopoulos@mayerbrown.com | bromano@willkie.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | bspector@jsslaw.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| akihiko_yagyuu@chuomitsui.jp | btupi@tuckerlaw.com |
| alex.torres@infospace.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| AMcMullen@BoultCummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| Andrew.Brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cbrotstein@bm.net |
| ann.reynaud@shell.com | chammerman@paulweiss.com |
| anne.kennelly@hp.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| apo@stevenslee.com | chris.donoho@lovells.com |
| aquale@sidley.com | cmontgomery@salans.com |
| araboy@cov.com | CMTB_LC11@chuomitsui.jp |
| arahl@reedsmith.com | cohenr@sewkis.com |
| arheaume@riemerlaw.com | contact@lawofficesjje.com |
| arlbank@pbfcm.com | cp@stevenslee.com |
| arosenblatt@chadbourne.com | crmomjian@attorneygeneral.gov |
| arthur.rosenberg@hklaw.com | crogers@orrick.com |
| arwolf@wlrk.com | cs@stevenslee.com |
| aseuffert@lawpost-nyc.com | cschreiber@winston.com |
| ashmead@sewkis.com | cshore@whitecase.com |
| asnow@ssbb.com | cshulman@sheppardmullin.com |
| atrehan@mayerbrown.com | ctatelbaum@adorno.com |
| aunger@sidley.com | cward@polsinelli.com |
| austin.bankruptcy@publicans.com | cweber@ebg-law.com |
| avenes@whitecase.com | cweiss@ingramllp.com |
| avi.gesser@dpw.com | dallas.bankruptcy@publicans.com |
| awasserman@lockelord.com | daniel.guyder@allenovery.com |
| azylberberg@whitecase.com | danna.drori@usdoj.gov |
| bankr@zuckerman.com | david.bennett@tklaw.com |
| bankruptcy@goodwin.com | david.crichlow@pillsburylaw.com |
| bankruptcy@morrisoncohen.com | david.heller@lw.com |

**Email Addresses**

davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com

efleck@milbank.com
efreeman@lockelord.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com

**Email Addresses**

| | |
|---|---|
| hweg@pwkllp.com | jlee@foley.com |
| ian.levy@kobrekim.com | jlevitin@cahill.com |
| icatto@kirkland.com | jlipson@crockerkuno.com |
| igoldstein@dl.com | jliu@dl.com |
| ilevee@lowenstein.com | jlovi@steptoe.com |
| info2@normandyhill.com | jlscott@reedsmith.com |
| ira.herman@tklaw.com | jmaddock@mcguirewoods.com |
| isgreene@hhlaw.com | jmazermarino@msek.com |
| israel.dahan@cwt.com | jmcginley@wilmingtontrust.com |
| iva.uroic@dechert.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| jafeltman@wlrk.com | jmr@msf-law.com |
| james.mcclammy@dpw.com | john.mcnicholas@dlapiper.com |
| jamestecce@quinnemanuel.com | john.monaghan@hklaw.com |
| jason.jurgens@cwt.com | john.rapisardi@cwt.com |
| jatkins@duffyandatkins.com | jorbach@hahnhessen.com |
| jay.hurst@oag.state.tx.us | Joseph.Cordaro@usdoj.gov |
| jay@kleinsolomon.com | joseph.scordato@dkib.com |
| Jbecker@wilmingtontrust.com | joshua.dorchak@bingham.com |
| jbeemer@entwistle-law.com | jowen769@yahoo.com |
| jbird@polsinelli.com | JPintarelli@mofo.com |
| jbromley@cgsh.com | jpintarelli@mofo.com |
| jcarberry@cl-law.com | jporter@entwistle-law.com |
| Jdrucker@coleschotz.com | jprol@lowenstein.com |
| jdyas@halperinlaw.net | jrabinowitz@rltlawfirm.com |
| jeff.wittig@coair.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschwartz@hahnhessen.com |
| jeldredge@velaw.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@state.mn.us | jtimko@allenmatkins.com |
| jessica.fink@cwt.com | jtougas@mayerbrown.com |
| jfalgowski@reedsmith.com | judy.morse@crowedunlevy.com |
| jfinerty@pfeiferlaw.com | jwallack@goulstonstorrs.com |
| jflaxer@golenbock.com | jwang@sipc.org |
| jfox@joefoxlaw.com | jweiss@gibsondunn.com |
| jg5786@att.com | jwest@velaw.com |
| jgarrity@shearman.com | jwh@njlawfirm.com |
| jgenovese@gjb-law.com | jwhitman@entwistle-law.com |
| jgutmanmann@sonnenschein.com | jwishnew@mofo.com |
| jguy@orrick.com | k4.nomura@aozorabank.co.jp |
| jherzog@gklaw.com | kaf@msf-law.com |
| jhiggins@fdlaw.com | karen.wagner@dpw.com |
| jhorgan@phxa.com | karol.denniston@dlapiper.com |
| jhs7@att.net | KDWBankruptcyDepartment@kelleydrye.com |
| jhuggett@margolisedelstein.com | keckhardt@hunton.com |
| jhuh@ffwplaw.com | keith.simon@lw.com |
| jjureller@klestadt.com | Ken.Coleman@allenovery.com |
| jkehoe@sbtklaw.com | ken.higman@hp.com |
| jlamar@maynardcooper.com | kgwynne@reedsmith.com |
| jlawlor@wmd-law.com | kiplok@hugheshubbard.com |

**Email Addresses**

| | |
|---|---|
| kkelly@ebglaw.com | matthew.dyer@prommis.com |
| Klippman@munsch.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | matthew.morris@lovells.com |
| kmayer@mccarter.com | Mbass@HodgsonRuss.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| KOstad@mofo.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbossi@thompsoncoburn.com |
| kpiper@steptoe.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcordone@stradley.com |
| KReynolds@mklawnyc.com | mcto@debevoise.com |
| kristin.going@dbr.com | mdorval@stradley.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| krubin@ozcap.com | metkin@lowenstein.com |
| kstahl@whitecase.com | mgordon@briggs.com |
| kurt.mayr@bgllp.com | mgreger@allenmatkins.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| lalshibib@reedsmith.com | michael.kim@kobrekim.com |
| Landon@StreusandLandon.com | mimi.m.wong@irscounsel.treas.gov. |
| lawallf@pepperlaw.com | mitchell.ayer@tklaw.com |
| lberkoff@moritthock.com | mjacobs@pryorcashman.com |
| lbtancredi@venable.com | mjedelman@vedderprice.com |
| lgranfield@cgsh.com | MJR1@westchestergov.com |
| lhandelsman@stroock.com | mkjaer@winston.com |
| linda.boyle@twtelecom.com | mlahaie@akingump.com |
| lisa.kraidin@allenovery.com | MLandman@lcbf.com |
| LJKotler@duanemorris.com | mmendez@hunton.com |
| lmarinuzzi@mofo.com | mmickey@mayerbrown.com |
| Lmay@coleschotz.com | mmooney@deilylawfirm.com |
| lmcgowen@orrick.com | mmorreale@us.mufg.jp |
| lml@ppgms.com | mmurphy@co.sanmateo.ca.us |
| lnashelsky@mofo.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mpfeifer@pfeiferlaw.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |
| lubell@hugheshubbard.com | mrosenthal@gibsondunn.com |
| lwhidden@salans.com | mruetzel@whitecase.com |
| lwong@pfeiferlaw.com | mschimel@sju.edu |
| mabrams@willkie.com | MSchleich@fraserstryker.com |
| macronin@debevoise.com | mshiner@tuckerlaw.com |
| MAOFILING@CGSH.COM | mspeiser@stroock.com |
| Marc.Chait@standardchartered.com | mstamer@akingump.com |
| margolin@hugheshubbard.com | mvenditto@reedsmith.com |
| mark.deveno@bingham.com | mwarren@mtb.com |
| mark.ellenberg@cwt.com | Nasreen.Bulos@dubaiic.com |
| mark.houle@pillsburylaw.com | ncoco@mwe.com |
| mark.sherrill@sutherland.com | neal.mann@oag.state.ny.us |
| martin.davis@ots.treas.gov | ned.schodek@shearman.com |
| Marvin.Clements@ag.tn.gov | newyork@sec.gov |
| masaki_konishi@noandt.com | nfurman@scottwoodcapital.com |

**Email Addresses**

Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rcarlin@breslowwalker.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com

**Email Addresses**
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Party:**
angela.somers@newyork.allenovery.com

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

# Exhibit "C"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

ALLEN & OVERY LLP
ATTN: ANGELA SOMERS
1221 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020