Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED JOINDER OF FIFTH THIRD BANK, N.A.
TO MOTION OF MAPCO EXPRESS, INC.
FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Please take notice that Fifth Third Bank, N.A., by and through its undersigned counsel, hereby withdrawals its Limited Joinder [Doc. No. 1959], dated December 1, 2008, to the Motion of Mapco Express, Inc. for Relief from the Automatic Stay [Doc. No. 1663] without prejudice.

Dated: New York, New York
     September 2, 2009

                                                                KATTEN MUCHIN ROSENMAN LLP
                                                                Attorneys for Fifth Third Bank, N.A.

                                                                By:   /s/ Merritt A. Pardini
                                                                 Merritt A. Pardini
                                                                 575 Madison Avenue
                                                                 New York, New York 10022-2585
                                                                 Telephone: (212) 940-8800

CHI02_60748928