MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Todd M. Goren

*Attorneys for Levine Leichtman Capital Partners Deep Value Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re:                                                            :
                                                                  :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                         :
                                                                  :    Case No. 08-13555 (JMP)
                                                                  :
                                                                  :    Jointly Administered
                                                                  :
                                        Debtors.                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF LEVINE LEICHTMAN CAPITAL
PARTNERS DEEP VALUE FUND, L.P. FOR AN ORDER COMPELLING DEBTORS'
PERFORMANCE UNDER ORDER DATED DECEMBER 16, 2008 [DOCKET NO. 2258]
PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING
THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS
AND POST-PETITION PURCHASE AND SALE AGREEMENT, OR IN THE
<u>ALTERNATIVE COMPELLING PAYMENT OF AN ADMINISTRATIVE EXPENSE</u>**

**PLEASE TAKE NOTICE** that the hearing on the Motion Of Levine Leichtman Capital Partners Deep Value Fund, L.P. for an Order Compelling Debtors' Performance Under Order Dated December 16, 2008 [Docket No. 2258] Pursuant to Section 365 Of The Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations and Post-Petition Purchase and Sale Agreement, or in the Alternative Compelling Payment of an Administrative Expense [Docket No. 4059] which was scheduled for September 15, 2009 at 10:00 a.m., **has**

ny-887842

**been adjourned to October 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

The hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: New York, New York
September 2, 2009

                           MORRISON & FOERSTER LLP

                           By: /s/ Brett H. Miller
                              BRETT H. MILLER
                              TODD M. GOREN
                              MORRISON & FOERSTER LLP
                              1290 Avenue of the Americas
                              New York, New York 10104
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900

                              *Attorneys for Levine Leichtman Capital*
                              *Partners Deep Value Fund, L.P.*