Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel to Mapco Express, Inc.*
*and Delek US Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that the motion dated November 21, 2008 of Mapco Express, Inc. and Delek US Holdings, Inc. for relief from the automatic stay and related relief (Docket No. 1663) is hereby withdrawn without prejudice and without costs to any party.

Dated: New York, New York
       September 2, 2009

                                        HALPERIN BATTAGLIA RAICHT, LLP

                                        By:     */s/ Donna H. Lieberman*
                                                Alan D. Halperin, Esq.
                                                Donna H. Lieberman, Esq.
                                                555 Madison Avenue – 9th Floor
                                                New York, NY 10022
                                                (212) 765-9100

                                        *Counsel to Mapco Express, Inc.*
                                        *and Delek US Holdings, Inc.*

{00083227.1 \ 0678-001}