**Presentment Date and Time (AS ADJOURNED): September 8, 2009 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline (AS ADJOURNED): September 4, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): September 16, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 895-4201
William M. O'Connor
Steven B. Eichel
Bruce Zabarauskas

Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**FOURTH NOTICE OF ADJOURNMENT OF NOTICE OF PRESENTMENT OF SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE BANKRUPTCY RULES RESOLVING DISPUTE REGARDING BARCLAYS' MOTION PURSUANT TO RULE 60(b) AND FED. R. BANKR. P. 9024**

**PLEASE TAKE NOTICE** that the deadline for Lehman Brothers Holdings Inc. and its affiliated debtors and the Official Committee of Unsecured Creditors to file an objection to the Notice of Presentment of Settlement Agreement Pursuant to Rule 9019 of the Bankruptcy Rules Resolving Dispute Regarding Barclays' Motion Pursuant to Rule 60(b) and Fed. R. Bankr. P. 9024 [Docket No. 4742] is extended from September 2, 2009 at 4:00 p.m. to **September 4, 2009 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if no written objections to the Settlement Agreement among American Express Travel Related Services Company, Inc. and Barclays Capital Inc. (the "Settlement Agreement"), with proof of service, is served and filed by September 4, 2009 at 4:00 p.m., then the undersigned will present the Settlement Agreement for signature on **September 8, 2009 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Agreement on **September 16, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: September 2, 2009
New York, New York

/s/ William M. O'Connor_____
William M. O'Connor
Steven B. Eichel
Bruce Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 895-4201
*Attorneys for American Express*
*Travel Related Services Company, Inc.*

NYIWDMS: 11247635_1