UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                 :
**In re**                                                        :
                                                                 :   Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                     :
                                                                 :   Case No. 08-13555 (JMP)
          **Debtors.**                                           :
                                                                 :   Jointly Administered
                                                                 x
                                                                 :   AFFIDAVIT OF SERVICE
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

Joanne Luckey being duly sworn, deposes and says:

1.      That she is over the age of eighteen years, and is not a party to this action.

2.      That on the 31st day of August, 2009, deponent served a copy of the foregoing *Notice of Presentment of Field Point S.à.r.l's Request Pursuant to Rule 28(b)(1)(B) and Federal Rules of Bankruptcy Procedure 9014 and 7028 for a Letter of Request for an Examination Outside of the Jurisdiction*, and the *Declaration of Neil S. Binder in Support of Field Point IV S.à.r.l.'s Request Pursuant to Rule 28(b)(1)(B) and Federal Rules of Bankruptcy Procedure 9014 and 7028* via Federal Express addressed to the following:

Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus, Richard L. Levine
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtors*

Andrew D. Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Dennis Dunne, Wilbur Foster, Jr.
Dennis O'Donnell, Esq., Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Counsel for Committee of Unsecured Creditors*

_____
                    Joanne E. Luckey


Sworn before me this 2nd day
of September, 2009.


_____
            NOTARY PUBLIC
              NORA E. CAPEK
     Notary Public State of New York
              No. 01CH5072963
        Qualified in Queens County
     Commission Expires 2/10/11

- 2 -