UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------------x

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

### Affidavit of Service

   Mary M. Charles-Kennedy, being duly sworn, deposes and says: I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

   On September 2, 2009, I served a copy of the below-referenced documents by causing true and correct copies of the same to be sent by electronic mail or first class mail, as indicated on Exhibit A to the parties listed on Exhibit A.

<u>Document</u>:   Notice of Withdrawal of Motion.

                 */s/ Mary M. Charles-Kennedy*
                 Mary M. Charles-Kennedy

Sworn to before me this 2nd
day of September 2009.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00083234.1 / 0678-001}

## Exhibit A

By Electronic Mail

  Amanjit Arora - amanjit.arora@weil.com
  Paige Barr - Paige.barr@kattenlaw.com

By First Class Mail

  OFFICE OF THE US TRUSTEE
  ANDREW D VELEZ-RIVERA
  33 WHITEHALL STREET, 21ST FLOOR
  NEW YORK, NY 10004

  MILBANK, TWEED, HADLEY & MCCLOY LLP
  DENNIS DUNNE, ESQ.
  1 CHASE MANHATTAN PLAZA
  NEW YORK, NY 10005
  FAX: 212-530-5219

{00083234.1 / 0678-001}