**Juda J. Epstein, Esq.**
**The Law Office of Juda J. Epstein**
**Counsel to Water Pollution Control Authority for the City of Bridgeport**
**3543 Main Street, Second Floor**
**Bridgeport, CT 06606**
**(203) 371-7007**

*Counsel to Water Pollution Control*
*Authority for the City of Bridgeport*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDING, INC. *et al.* | 08-13555 (JPM) |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the motion dated August 24, 2009 of Water Pollution Control Authority for the City of Bridgeport for relief from the automatic stay and related relief (Document No. 4900) is hereby withdrawn without prejudice and without costs to any party.

Dated: Bridgeport, CT
September 3, 2009

                                                  WATER POLLUTION CONTROL
                                                  AUTHORITY FOR THE CITY OF
                                                  BRIDGEPORT

                                    By:   \_\_\_\_/s/ Juda J. Epstein_____
                                                  Juda J. Epstein, Esq. – ct 08704
                                                  3543 Main Street, 2nd Floor
                                                  Bridgeport, CT 06606
                                                  Telephone: (203) 371-7007
                                                  Email: lawofficesjje@aol.com