Hearing Date: November 18, 2009 at 10:00 a.m.  (Prevailing Eastern Time)
Objection Deadline: October 26, 2009 at 4:00 p.m.  (Prevailing Eastern Time)

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
Steven H. Felderstein

Attorneys for Creditor California Public
Employees' Retirement System

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** et al.,<br><br>    **Debtors.** | **Case No. 08-13555 (JMP)**<br>**Chapter 11**<br><br>**(Jointly Administered**) |

**NOTICE OF ADJOURNMENT OF MOTION OF THE**
**CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM**
**FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362 AND 553**
**FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF**

**PLEASE TAKE NOTICE** that the hearing on relief requested in Motion of the California Public Employees' Retirement System for an Order Pursuant to 11 U.S.C. §§ 362 and 553 for Relief From the Automatic Stay to Effect Setoff [Docket No. 4963] (the "Motion"), which was scheduled for September 15, 2009 at 10:00 a.m., **has been adjourned to November 18, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 601, New York, New York 10004, and such hearing on the Motion

may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion are due on or before October 26, 2009.

Dated:  September 3, 2009
          Sacramento, California

>                         */s/ Steven H. Felderstein*_____
>                         Steven H. Felderstein
>                         FELDERSTEIN FITZGERALD
>                         WILLOUGHBY & PASCUZZI LLP
>                         400 Capitol Mall, Suite 1450
>                         Sacramento, CA 95814-4434
>                         Telephone: (916) 329-7400
>                         Facsimile: (916) 329-7435
>                         E-mail: sfelderstein@ffwplaw.com
>                         Attorneys for Creditor California Public
>                         Employees' Retirement System