**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                :    08-13555 (JMP)
                                                                :
               Debtors.                                         :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 5007, 5008, 5028,
                                                                     5029

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ Paul Belobritsky
Sworn to before me this                            Paul Belobritsky
3rd day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

_____
|
In re                                        |    Chapter 11 Case No.
                                             |
                                             |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                             |    (Jointly Administered)
                                             |
          Debtors.                            |
                                             |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   SUNRISE PARTNERS LIMITED PARTNERSHIP
             ATTN: MICHAEL BERNER
             TWO AMERICAN LANE
             GREENWICH CT 06836-2571

Please note that your claim # 9288 in the above referenced case and in the amount of
       $16,226,337.00         has been transferred **(unless previously expunged by court order)**

             C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
             TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP
             C/O CARVAL INVESTORS UK LIMITED
             KNOWLE HILL PARK, FARIMILE LANE
             COBHAM, SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5007     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2009.

```
_____
                                               |
In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
            Debtors.                           |
                                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   SUNRISE PARTNERS LIMITED PARTNERSHIP
          ATTN: MICHAEL BERNER
          TWO AMERICAN LANE
          GREENWICH CT 06831-2571
```

Please note that your claim # 9289 in the above referenced case and in the amount of
        $16,226,337.00         has been transferred **(unless previously expunged by court order)**

```
          C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
          TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5008      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 2, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
     ATTN: JEFFREY OLINSKY
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 1723 in the above referenced case and in the amount of
        $43,287,376.33        has been transferred **(unless previously expunged by court order)**

```
     OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     c/o Oaktree Capital Management, LP
     333 South Grand Ave., 28th Floor
     Los Angeles CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5029      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
          ATTN: JEFFREY OLINSKY
          60 WALL ST., 3RD FLOOR
          NEW YORK NY 10005
```

Please note that your claim # 5788 in the above referenced case and in the amount of
        $43,287,376.33        has been transferred **(unless previously expunged by court order)**

```
          OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
          c/o Oaktree Capital Management, LP
          333 South Grand Ave., 28th Floor
          Los Angeles CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5029       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
     ATTN: JEFFREY OLINSKY
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 1724 in the above referenced case and in the amount of
     $43,287,376.33         has been transferred **(unless previously expunged by court order)**

```
     OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     c/o Oaktree Capital Management, LP
     333 South Grand Ave., 28th Floor
     Los Angeles CA 90071
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5028       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 2, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   DEUTSCHE BANK AG, LONDON BRANCH
            TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP.
            ATTN: JEFFREY OLINSKY
            60 WALL ST., 3RD FLOOR
            NEW YORK NY 10005

Please note that your claim # 5787 in the above referenced case and in the amount of
       $43,287,376.33          has been transferred **(unless previously expunged by court order)**

            OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
            c/o Oaktree Capital Management, LP
            333 South Grand Ave., 28th Floor
            Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5028       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 2, 2009.

**EXHIBIT "B"**

```
TIME: 14:36:16                                       LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 09/02/09                                            CREDITOR LISTING

Name                                              Address
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)          TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INTERNATIONAL BUSINESS MACHINES CORP. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
OCM OPPORTUNITIES FUND VII DELAWARE, LP           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles CA 90071
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles CA 90071
SUNRISE PARTNERS LIMITED PARTNERSHIP              ATTN: MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06831-2571
SUNRISE PARTNERS LIMITED PARTNERSHIP              ATTN: MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06836-2571


Total Number of Records Printed          6
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153