**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
CISCO SYSTEMS, INC. AND
<u>CISCO SYSTEMS CAPITAL CORPORATION [Docket No.251]</u>**

PLEASE TAKE NOTICE, that the LIMITED OBEJCTION OF CISCO SYSTEMS, INC. AND CISCO SYSTEMS CAPITAL CORPORATION TO DEBTORS' MOTION SEEKING, AMONG OTHER THINGS, AN ORDER AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, filed on September 19, 2008 [Docket No.251], is hereby withdrawn.

Dated: September 3, 2009    BIALSON, BERGEN & SCHWAB

By: /s/ Thomas M. Gaa
Thomas M. Gaa (*admitted in California*)
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500

*Attorneys for Cisco Systems, Inc. and
Cisco Systems Capital Corporation*