**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF STATEMENT OF CURE AMOUNT**
**AND RESERVATION OF RIGHTS OF CISCO SYSTEMS, INC. AND**
**<u>CISCO SYSTEMS CAPITAL CORPORATION [Docket No.637]</u>**

PLEASE TAKE NOTICE, that the STATEMENT OF CURE AMOUNT AND RESERVATION OF RIGHTS OF CISCO SYSTEMS, INC. AND CISCO SYSTEMS CAPITAL CORPORATION TO ORDER AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, filed on October 3, 2008 [Docket No.637], is hereby withdrawn.

Dated: September 3, 2009        BIALSON, BERGEN & SCHWAB

By: /s/ Thomas M. Gaa
Thomas M. Gaa (*admitted in California*)
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500

*Attorneys for Cisco Systems, Inc. and*
*Cisco Systems Capital Corporation*