**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

<u>**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND
RESERVATION OF RIGHTS OF CISCO SYSTEMS, INC. AND
CISCO SYSTEMS CAPITAL CORPORATION [Docket No.967]**</u>

PLEASE TAKE NOTICE, that the LIMITED OBEJCTION AND RESERVATION OF RIGHTS OF CISCO SYSTEMS, INC. AND CISCO SYSTEMS CAPITAL CORPORATION TO DEBTORS' MOTION SEEKING, AMONG OTHER THINGS, AN ORDER AUTHORIZING AND APPROVING THE SALE OF PURCHASED ASSETS AND AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO PURCHASED ASSETS, filed on October 14, 2008 [Docket No.967], is hereby withdrawn.

Dated: September 3, 2009            BIALSON, BERGEN & SCHWAB

                                    By: /s/ Thomas M. Gaa
                                    Thomas M. Gaa (*admitted in California*)
                                    2600 El Camino Real, Suite 300
                                    Palo Alto, California 94306
                                    Telephone: (650) 857-9500

                                    *Attorneys for Cisco Systems, Inc. and*
                                    *Cisco Systems Capital Corporation*