**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

1.      I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2.      On September 2, 2009, I caused to be served copies of **Perella Weinberg Partners' Responses and Objections to the Examiner's Subpoena for Rule 2004 Examination** on Harvey R. Miller, Jacqueline Marcus, and Lori R. Fife, c/o Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; and Robert L. Byman, c/o Jenner & Block LLP, 919 Third Avenue, New York, NY 10022.

3.      I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent by hand delivery.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
3rd day of September, 2009

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

Doc#: US1:5749356v1