Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

-----------------------------------------------------------x

### SECOND AMENDED STATEMENT OF KATTEN MUCHIN ROSENMAN LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Katten Muchin Rosenman LLP ("Katten") submits this verified statement in accordance with Federal Rule of Bankruptcy Procedure 2019 and states as follows:

1.  Katten represents the following entities (collectively, "Entities") in the above-captioned jointly-administered chapter 11 cases of Lehman Brothers Holdings, Inc., et al. (collectively, the "Debtors"), who may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors:

| **Creditor** |
|---|
| Corus Bank, N.A.<br>3959 N. Lincoln Avenue<br>Chicago, Illinois 60613-2433 |
| Fifth Third Bank, N.A.<br>38 Fountain Square Plaza<br>Cincinnati, Ohio 45263 |

1

| |
|---|
| NYFIX, Inc.<br>100 Wall Street<br>New York, New York 10005 |
| City of Milwaukee, Wisconsin<br>200 East Wells Street<br>Room 404<br>Milwaukee, Wisconsin 53202 |
| Federal Home Loan Bank of New York<br>101 Park Avenue<br>New York, NY  10178-0599 |
| Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series<br>1301 Avenue of the Americas<br>38th Floor<br>New York, New York 10019 |
| CASAM ADI CD Arbitrage Fund Limited<br>P.O. Box 309<br>George Town<br>Grand Cayman<br>KY1-1104<br>Cayman Islands |
| Royal Bank of Canada<br>c/o RBC Law Group<br>Royal Bank Plaza<br>14th Floor, North Tower<br>Toronto, Ontario Canada M5J 2J5 |
| Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros<br>c/o MAPFRE<br>Edificio 1<br>Carretera de Pozuelo 52<br>28220, Madrid, Spain |

> Board of Education of the City of Chicago
> 125 South Clark Street
> Chicago, Illinois 60603

2. The Entities each requested that Katten represent them in connection with the Debtors' chapter 11 cases.

3. The specific nature and amounts of the claims held by the Entities will be, or have been, set forth in proofs of claims or other pleadings filed in the Debtors' chapter 11 cases.

4. Katten holds no claims against or interests in any of the Debtors.

5. Neither this Verified Statement nor the filing of this Verified Statement shall operate as an appearance by any of the Entities, nor is this submission intended to establish that any of the Entities have submitted to the jurisdiction of this Court.

6. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Katten reserves the right to revise and supplement this Verified Statement.

Dated: September 8, 2009

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Merritt Pardini*
    One of Its Attorneys
Jeff J. Friedman
Merritt Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776