Steven B. Flancher
Assistant Attorney General
525 W. Ottawa Street
P.O. Box 30754
Lansing, Michigan  48909
Telephone:     (517) 373-3203
Facsimile:     (517) 241-2741
E-mail:        flanchers@michigan.gov

Counsel for the Michigan Department of Treasury

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC, et al., | ) ) ) | Case No. 08-13555 JMP |
| Debtors. | ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Steven B. Flancher, a member of good standing of the bars of the State of Michigan, the United States Bankruptcy Court for the Western and Eastern Districts of Michigan, the 6th Circuit Court of Appeals, and the 5th Circuit Court of Appeals, request admission, *pro hac vice,* to represent the State of Michigan in the above referenced bankruptcy cases and related proceedings.

|  |  |
|---|---|
| Mailing Address: | Steven B. Flancher |
| | Assistant Attorney General |
| | P.O. Box 30754 |
| | Lansing, MI 48909 |
| Telephone: | (517) 373-3203 |
| E-Mail: | flanchers@michigan.gov |

      I agree to pay to required fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

                                                  Respectfully Submitted,

                                                  Michael A. Cox
                                                  Attorney General

                                                  */s/ Steven B. Flancher*_____
                                                  Steven B. Flancher (P47894)
                                                  Assistant Attorney General
                                                  Proposed Attorney For the State of
                                                  Michigan
                                                  P.O. Box 30754
                                                  Lansing, MI 48909
Dated: September 8, 2009                    (517) 373-3203
        Lansing, Michigan

Lehman Brothers-Motion for Pro Hac Vice