**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS | ) | Case No. 08-13555 JMP |
| HOLDINGS INC., et al | ) | (Jointly Administered) |
|     Debtors. | ) | |
| | ) | Honorable James M. Peck |

### ORDER ADMITTING
### STEVEN B. FLANCHER TO PRACTICE, *PRO HAC VICE*

Steven B. Flancher, a member in good standing of the bars of the State of Michigan, the United States Bankruptcy Court for the Western and Eastern Districts of Michigan, the 6th Circuit Court of Appeals, and the 5th Circuit Court of Appeals, having requested admission, *pro hac vice*, to represent the State of Michigan in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Steven B. Flancher is admitted to practice, *pro hac vice*, in the above captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009
New York, New York

                                                                                UNITED STATES BANKRUPTCY JUDGE