UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

| | |
|---|---|
| In Re: | Case No. 08-13555-JMP |
| LEHMAN BROTHERS HOLDINGS, INC., | Chapter 11 |
| Debtor(s). | Honorable James Peck |
| _____/ | |

## PROOF OF SERVICE

   The undersigned certifies that on September 08, 2009, a copy of the Motion for Admission to Practice Pro Hac Vice with Attached Order Admitting Steven B. Flacher to Practice Pro Hac Vice, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:


Harvey R Miller                           ,
Weil, Gotshal & JManges, LLP              ,
767 Fifth Ave.
New York NY  10153

                                         */s/ Rebekah A LaPan*
                                         Rebekah A LaPan
                                         Legal Secretary
                                         Juandisha M. Harris (P62978)
                                         P.O. Box 30754
                                         Lansing, MI  48909
                                         Telephone:  (517) 373-3203


Dated:  September 08, 2009