**By HAND**

| | |
|---|---|
| Epiq Bankruptcy Solutions, LLC | CHEUNG Lai-han |
| Attn: Lehman Brothers Holdings Claims Processing | Block J, 8/F, Scenic Villas, |
| 757 Third Avenue, 3re Floor, | 20 Scenic Villa Drive, |
| New York, New York 10017 | Victoria Road, |
| USA | Hong Kong. |
| | 1 September, 2009 |

Dear Sir/Madam,

## Withdrawal of claim
### Chapter 11 Case No. 08-13555 (JMP) Jointly Administered
### Lehman Brothers Holdings Inc
### Case No. NO CASEZ99    Claim No. 509

I refer to the acknowledgment of receipt of claim dated 30 June 2009 from Epiq Bankruptcy Solutions, LLC (Annex A).

Since the claim form I received from the Court is not the one required for Lehman Program Securities, I have written to Clerk of the United States Bankruptcy Court to withdraw my previous proof of claim registered by you (Annex B). Please reflect this withdrawal on the official claims register and other related paper and electronic records which you consider as appropriate. These may include cancellation of my claim information on the Court's records and the Schedule of claims against the Debtors etc.

For your information, my first name is Lai-han and my last name is CHEUNG but the records seem to have put my first name as CHEUNG and last name as Lai-**han** instead.

Because of my withdrawal, the enquiries made in my letter to you dated 28 August, 2009 is no longer valid.

I should be grateful if you would acknowledge receipt of this letter. For your records, my new email address is vto2009@netvigator.com.

Your attention to the matter is very much appreciated.

Yours sincerely,

*[signature]*
CHEUNG Lai-han

BY HAND
Lori R Fife
Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153 USA



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000000456 \*\*\*\*
LAI-LAN, CHEUNG
BLOCK J, 8/F, SCENIC VILLAS
20 SCENIC VILLA DRIVE
POKFULAM, HONG KONG

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:            NO DEBTOR ASSERTED BY CREDITOR
Case Number:       NO CASEZ99
Creditor:          LAI-LAN, CHEUNG
Date Received:     11/05/2008
Claim Number:          509

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Annex B*

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holding Inc., Case no. 08-13555 ** (note below) |
|---|---|
| Creditor Name and Address: | CHEUNG LAI-HAN<br>Block J, 8/F, Scenic Villas<br>20 Scenic Villa Drive<br>Pokfulam, HONG KONG |
| Court Claim Number (if known): | 509 |
| Date Claim Filed: | 29 Oct 2008 (Date received by Epiq: 5 Nov 2009) |
| Total Amount of Claim Filed: | EUR 100,000 |

I, the undersigned, am the above-referenced creditor, ~~or an authorized signatory for the above-referenced creditor~~. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1st September, 2009

Print Name: CHEUNG LAI-HAN

Title (if applicable): -----

** Copies of my original proof of claim (Form 10) and Epiq's letter acknowledging receipt of the claim are attached.

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

> This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.