**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    Case No. 08-13555 (JMP)
                                                                        :
                                                                        :    (Jointly Administered)
                        Debtors.                                        :
------------------------------------------------------------------------x

# ORDER DENYING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DIRECT THE EXAMINER TO COMPLY WITH COURT'S ORDER DIRECTING APPOINTMENT OF AN EXAMINER

Upon the motion of the Official Committee of Unsecured Creditors, dated July 1, 2009 (the "Motion"), for an order directing the Examiner to comply with this Court's January 16, 2009 Order Directing Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code; and upon full consideration of oral presentation and written submissions of the parties, it is

ORDERED that the Motion is denied.

Dated:  New York, New York
        September 8, 2009

                                             *s/ James M. Peck*
                                             Honorable James M. Peck