**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller

700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Scarlett E. Collings

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
                                           :   Chapter 11
In re:                                     :
                                           :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*    :
                                           :
              Debtors.                     :
                                           :
------------------------------------------ x

### NOTICE OF ADJOURNMENT OF MOTION OF FIRST BANK PUERTO RICO PURSUANT TO FED. R. BANKR. P. 2004(A) FOR LIMITED DISCOVERY FROM DEBTORS LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN <u>BROTHERS HOLDINGS INC.</u>

**PLEASE TAKE NOTICE** that the hearing on Motion of First Bank Puerto Rico Pursuant to Fed. R. Bankr. P. 2004(a) for Limited Discovery from Debtors Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. [Docket No. 4485] which was scheduled for September 15, 2009, at 10:00 a.m., **has been adjourned without date**.

Dated:  September 8, 2009
        Washington, D.C.

                                        /s/ *Ralph I. Miller*
                                        Ralph I. Miller

**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller

700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Scarlett E. Collings

Attorneys for Debtors
and Debtors in Possession