**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
                Debtors.                    :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket Nos. 5079, 5080

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 8, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            /s/ Paul Belobritsky
Sworn to before me this                                     Paul Belobritsky
9th day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY WASHINGTON
         ATN: CAROL WARDELL, GENERAL COUNSEL
         327 N WENATCHEE AVENUE
         WENATCHEE WA 98801

Please note that your claim # 7603 in the above referenced case and in the amount of
      $440,084.00    has been transferred **(unless previously expunged by court order)**

    LONGACRE OPPORTUNITY FUND, L.P.
    TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY WASHINGTON
    810 SEVENTH AVENUE, 33RD FLOOR
    ATTN: VLADIMIR JELISAVCIC
    NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5080 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/08/2009                        Vito Genna, Clerk of Court

                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 8, 2009.

```
In re                                      |  Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |  08-13555 (JMP)
                                           |
                                           |  (Jointly Administered)
              Debtors.                     |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN
    COUNTY PUD, WASHINGTON
    C. KEITH ALLRED , DAVIS WRIGHT TREMAINE,
    LLP, 1201 THIRD AVENUE, SUITE 2200
    SEATTLE WA 98101-1688

Please note that your claim # 1280 in the above referenced case and in the amount of
    $444,376.00          has been transferred **(unless previously expunged by court order)**

    LONGACRE OPPORTUNITY FUND, L.P.
    TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN
    810 SEVENTH AVENUE, 33RD FLOOR
    ATTN: VLADIMIR JELISAVCIC
    NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5079     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/08/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 8, 2009.

# EXHIBIT "B"

```
TIME: 13:38:22                                                    LEHMAN BROTHERS HOLDING INC.                                                     PAGE: 1
DATE: 09/08/09                                                         CREDITOR LISTING

Name                                              Address
LONGACRE OPPORTUNITY FUND, L.P.                   TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193
LONGACRE OPPORTUNITY FUND, L.P.                   TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY WASHINGTON 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK
PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN           COUNTY PUD, WASHINGTON C. KEITH ALLRED , DAVIS WRIGHT TREMAINE, LLP, 1201 THIRD AVENUE, SUITE 2200 SEATTLE WA 98101-1688
PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN           COUNTY WASHINGTON KAREN WARDELL, GENERAL COUNSEL 327 N WENATCHEE AVENUE WENATCHEE WA 98801


Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153