UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :

In re                               :         Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                          :
                Debtors.             :         (Jointly Administered)
                                          :
-----------------------------------------------------------------x

**ORDER GRANTING DEBTORS' APPLICATION ON CONSENT
FOR AN ORDER PURSUANT TO RULE 7028 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
ISSUING A LETTER OF REQUEST FOR AN ORDER
COMPELLING THE EXAMINATION UNDER OATH OF LOUISA WATT
IN THE UNITED KINGDOM UNDER THE HAGUE EVIDENCE CONVENTION**

       Upon the application on consent, dated August 31, 2009 (the "Application"), of Debtor Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtor, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (together, the "Debtors" and, collectively with their debtor and non-debtor affiliates, "Lehman"), for an Order pursuant to Rule 28 of the Federal Rules of Civil Procedure and Rules 7028 and 9014(c) of the Federal Rules of Bankruptcy Procedure issuing a Letter of Request (as defined in the Application) in substantially the form annexed to the Application as Exhibit A, as more fully set forth in the Application, and due and proper notice of the Application having been provided and it appearing that no further notice need be provided; and after due deliberation and sufficient cause therefore, it is:

       ORDERED that the Application is approved; and it is further

2

        ORDERED that the Letter of Request shall be executed in the form annexed to the Application as Exhibit A.

Dated: New York, New York
      September 9, 2009

                                      *s/ James M. Peck*
                               UNITED STATES BANKRUPTCY JUDGE