WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**MARIE HUNTER FOR THE ALLOWANCE AND PAYMENT**
**OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO**
**11 U.S.C. § 503(b) FOR A SEPARATION PAYMENT INCIDENT TO TERMINATION**

**PLEASE TAKE NOTICE** that, upon consent of the movant, Marie Hunter, the hearing on relief requested in the Motion of Marie Hunter for the Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) for a Separation Payment Incident to Termination [Docket No. 4870] (the "Motion"), which was scheduled for September 15, 2009, at 10:00 a.m., **has been adjourned to October 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: September 10, 2009
         New York, New York

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession