### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: : | Case No. 08-13555 (jmp) |
| : | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, INC., : | |
| : | Chapter 11 |
| Debtor : | |

### REQUEST FOR NOTICES

Please take notice that James M. Joyce of Dressler & Peters, LLC, on behalf of Tom Wolf ("Wolf"), a creditor and party-in-interest in the above-captioned case, hereby files a Request for Notices pursuant to Bankruptcy Rule 9010(b) and requests to be added to the master mailing list. Pursuant to Bankruptcy Rule 2002, 3017, 4001, and 9007, Wolf hereby requests that special notice of all matters which may come before the Court be served upon the following address:

James Joyce, Esq.
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602
Phone: 312-602-7360
Fax: 312-637-9378
Email: jjoyce@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Additionally, Wolf requests copies of all pleadings and papers of any form

whatsoever, which are filed with the Office of the United States Trustee, including, without limitation, copies of all interim statements, operating reports and other documents, either requested or required by the Office of the United States Trustee.

TOM WOLF,

By: _____
James M. Joyce, Esq. (IL #06216313)
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602
Phone: 312-602-9370
Fax: 312-637-9378
Email: jjoyce@dresslerpeters.com

## CERTIFICATE OF SERVICE

I, Rachel McCandless, hereby certify that I have served a copy of the foregoing Request for Notices by ECF Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on the parties listed on the mailing matrix who have filed an appearance or a request for notices, this 2nd day of September, 2009.

_____
Rachel McCandless
Paralegal