WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**    :    **08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :    **(Jointly Administered)**
                                                          :
                                                          :
-------------------------------------------------------------------x

### NOTICE OF TWENTY-NINTH SUPPLEMENTAL LIST
### OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to

Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ

Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the

"Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to

the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the

"Twenty-Ninth Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

US_ACTIVE:\43152885\01\43152885_1.DOC\

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying

that such professionals do not represent or hold an interest adverse to the Debtors or their estates

for the matters on which the professionals are to be employed (the "Ordinary Course

Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the

ordinary course professionals identified on the Twenty-Ninth Supplemental List have been filed

contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors

will serve this Notice, together with the Twenty-Ninth Supplemental List, the Ordinary Course

Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States

Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in

these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if

any, to the retention of ordinary course professionals identified on the Twenty-Ninth

Supplemental List must be filed with the Court and served upon the undersigned attorney for the

Debtors within 10 days of the date of service of this Notice.  Unless timely objections are

received, the Twenty-Ninth Supplemental List shall be deemed approved by the Court and the

professionals identified therein shall be deemed to be ordinary course professionals within the

purview of the Order, without the necessity of a hearing.


Dated: September 11, 2009
     New York, New York

                    Richard P. Krasnow

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

## Exhibit A

**Twenty-Ninth Supplemental List of Proposed Professionals
to be Employed in the Ordinary Course of Business**

| Professional | Nature of Services |
|---|---|
| Anthony Lo Surdo<br>Twelfth Floor<br>Selborne/Wentworth Chambers, 180<br>Phillip Street, New South Wales<br>Australia | Australian Queens Counsel |
| Elliot Hyde QC<br>Banco Chambers<br>Level 9<br>2 Chifley Square<br>Sydney, New South Wales<br>Australia | Australian Barrister |
| Eversheds LLP<br>One Wood Street<br>London EC2V 7WS | UK counsel with regard to real estate, litigation, and commercial matters |
| Leslie Hindman Auctioneers, Inc.<br>1338 West Lake Street<br>Chicago, Illinois 60606 | Auctioneer |
| Perry, Krumsiek & Jack, LLP<br>101 Arch Street<br>Boston, MA 02210 | Legal services with regard to foreclosures, workouts, and related litigation of loans and assets within Massachusetts |
| Thomas Bathurst QC<br>Sixth Floor, Selborne/Wentworth Chambers<br>174 Phillip Street<br>Sydney, New South Wales<br>Australia | Australian Queens Counsel |
| Philip Jones QC<br>Serle Court<br>6 New Square<br>Lincoln's Inn<br>London<br>WC2A 3QS<br>U.K. | Legal services with respect to insolvency proceedings in the U.K. |