UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

---

### AFFIDAVIT OF
### OF CORNELIUS MALCOLM MEDVEI

I, Cornelius Malcolm Medvei, of One Wood Street, London EC2V 7WS will say as follows:

1. I am London Senior Partner for Eversheds LLP, One Wood Street, London EC2V 7WS ("the Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors in relation to real estate, litigation, restructuring, corporate and commercial matters and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their

lon_lib1\3564356\2

attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

**SWORN** by the above named
**CORNELIUS MALCOLM MEDVEI**

At: 95 Aldwych, London WC2B 4JF
England
This 24 Day of August 2009,

before me, JONATHAN P. COUTTS

Notary Public/ Commissioner for Oaths

JONATHAN P. COUTTS
Notary Public
London, England

John Venn & Sons
Scrivener Notaries
95 Aldwych
London WC2B 4JF
England

lon_lib1\3564356\2

+44 (0)20 7395 4300



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                    Debtors.                                      :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Zaw Win
          Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Eversheds LLP

   One Wood Street, London, EC2V 7WS

2. Date of retention:    1 June 2009

3. Type of services provided (accounting, legal, etc.):

   Legal - real estate, litigation, restructuring, corporate and commercial matters

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: None

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None currently. Any conflict which may arise on future instructions will be notified to the Debtors in advance of any instruction being accepted.

11. Name of individual completing this form:

    Cornelius Medvei, London Senior Partner, Eversheds LLP

**Eversheds Pricing Policy**

**UK Rate Card from 1 March 2008**

|  | **Hourly (£ sterling)** |
|---|---|
| Partner (expert) | 600.00 |
| Partner (senior) | 475.00 |
| Partner (standard) | 425.00 |
| Senior/Principal Associate and Associate (expert) | 420.00 |
| Associate | 365.00 |
| Solicitor 3 year + over PQE | 335.00 |
| Solicitor 1 or 2 years PQE | 305.00 |
| Newly qualified | 250.00 |
| Trainee | 175.00 |