UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :
                            Debtors.                              :   (Jointly Administered)
                                                                  :
                                                                  :
-------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF JAMES H. KRUMSIEK,

### ON BEHALF OF PERRY, KRUMSIEK & JACK, LLP

STATE OF MASSACHUSETTS    )
                          ) ss:
COUNTY OF SUFFOLK         )

James H. Krumsiek, being duly sworn, upon his oath, deposes and says:

1. I am an attorney with Perry, Krumsiek & Jack, LLP, located at 101 Arch Street, Boston, Massachusetts, 02110 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors comprised of general workout, bankruptcy, foreclosure and related litigation matters as to loans and assets located within the Commonwealth of Massachusetts, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.  The Debtors owe the Firm $0.00 for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
James H. Krumsiek

Subscribed and sworn to before me
this 3rd day of September, 2009

_____
Notary Public

PHILIP C. JACK
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Mar. 10, 2011

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Perry, Krumsiek & Jack, LLP

    101 Arch Street, 19th Floor

    Boston, MA 02110

2. Date of retention:   May 1, 2009

3. Type of services provided (accounting, legal, etc.):

    General workout, bankruptcy foreclosure and related litigation matters as to loans and assets located within the Commonwealth of Massachusetts.

4. Brief description of services to be provided:

   Counsel will be involved in the workout, foreclosure, bankruptcy and attendant litigation associated with the general disposition of loans, including real estate loans, held by Debtor located within the Commonwealth of Massachusetts.

5. Arrangements for compensation (hourly, contingent, etc.)

   HOURLY

   (a) Average hourly rate (if applicable):

   $275.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ N/A

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:    N/A

   Status:

   Amount of Claim:  $

   Date claim arose:

   Source of claim:

8. Stock of the Debtors currently held by the firm:

   Kind of shares: _____N/A_____

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____N/A_____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    _____N/A_____

    _____

    _____

    _____

11. Name of individual completing this form:

    _____James H. Krumsiek_____