UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                       :       Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (JMP)
                                            :
                Debtors.                    :       (Jointly Administered)
                                            :
                                            :

------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF PHILIP JONES QC

CITY OF LONDON                              )
COUNTRY OF THE UNITED KINGDOM               )

PHILIP JONES QC , being duly sworn, upon his oath, deposes and says:

1.  I am a Queen's Counsel, called to the Bar of England and Wales, and member of the barristers chambers known as Serle Court, 6 New Square, Lincoln's Inn, London WC2A 3QS.

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal services to the Debtors with respect to matters of UK law, in particular matters arising out of the insolvency of Lehman entities in the UK, and I have consented to provide those services.

3.  I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

To the best of my knowledge, I do not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. I have not agreed to share and will not share any portion of the compensation to be received from the Debtors with any other person other than my regular expenses encountered with the administration of my Barristers' Chambers.

5. Insofar as I have been able to ascertain, I do not hold or represent any interest adverse to the Debtors or their estates.

6. I have not provided any prepetition services to the Debtors.

7. If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this ___ day of September 2009

_____
Notary Public

MARIA VICTORIA GONZALEZ
Notary Public
London, England

My Commission is for life

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                              Debtors.           :    (Jointly Administered)
                                                 :
                                                 :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address

        PHILIP JONES QC

        SERLE COURT

        6 NEW SQUARE, LINCOLN'S INN

        LONDON, UK    WC2A 3QS

   2.   Date of retention:   7 SEPTEMBER 2009

   3.   Type of services provided (accounting, legal, etc.):

LEGAL

4. Brief description of services to be provided:

LEGAL ADVICE AND REPRESENTATION AS IS NORMALLY PROVIDED BY BARRISTERS RELATED TO THE INSOLVENCY IN THE UK OF LEHMAN ENTITIES

5. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):

   GBP500

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

Amount of claim:    $ NONE

Date claim arose:    N/A

Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ZERO

C:\DOCUMENTS AND SETTINGS\WINZAW\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\IZBF6TY0\US_ACTIVE_AFFIDAVIT QUESTIONNIARE_ PHILIP JONES QC OF SERLE COURT_43154649_2 (2).DOC

4

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    NONE

11. Name of individual completing this form:

    PHILIP JONES QC

C:\DOCUMENTS AND SETTINGS\WINZAW\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\IZBF6TY0\US_ACTIVE_AFFIDAVIT QUESTIONNIARE_ PHILIP JONES QC OF SERLE COURT_43154649_2 (2).DOC

5