r5729

RECEIVED AUG 1 8 2008



# rentenbank

Per Kurier

Lehman Brothers Special Financing Inc.
Legal Department
745, 7ᵗʰ Avenue

New York, New York 10019

USA

Your contact person:
**Doris Endres**
Legal department

Telephone +49 (69) 2107-709
Facsimile +49 (69) 2107-449
e-mail: Endres@rentenbank.de

15ᵗʰ September 2008

**ISDA Master Agreement between Lehman Brothers Special Financing Inc. and Landwirtschaftliche Rentenbank dated as of 9ᵗʰ January 1996 ("the Agreement")**

**Here: EARLY TERMINATION DATE according to Automatic Early Termination**

Dear Sirs,

We herewith give notice to you that due to the filing of a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code ("the Code") of Lehman Brothers Holdings Inc., an Early Termination Date in respect of all outstanding Transactions under the above Agreement has occurred as per today.

By filing the petition under Chapter 11 of the Code, Lehman Brothers Holdings Inc., as Credit Support Provider of Lehman Brothers Special Financing Inc., has triggered an Event of Default according to Sect. 5 (a) (vii), subsections (4), (6) or (8) of the Agreement. Since Automatic Early Termination has been selected to apply to the Agreement, an Early Termination Date has occurred today.

Please be informed that we will provide you with our calculation statement tomorrow and expect you to provide yours immediately as well.

If you are not the right person to deal with this information, please forward it to your legal department and/or ISDA Master Agreements documentation group.

Yours sincerely,

Horst Reinhardt            Martin Middendorf

Landwirtschaftliche Rentenbank  Hochstraße 2  60313 Frankfurt am Main  Postfach 10 14 45  60014 Frankfurt am Main
Telefon +49 (0) 69 2107-0  Telefax +49 (0) 69 2107 444  E-Mail: office@rentenbank.de  Internet: www.rentenbank.de
Anstalt des öffentlichen Rechts  BLZ 500 205 00  BIC: LREF DE FF  HRA 30636 Amtsgericht Frankfurt am Main  USt.IdNr. DE 114104302