05/295 LARE

RECEIVED SEP 1 8 2008

HAND



# rentenbank

Per Kurier

Lehman Brothers Special Financing Inc.
Legal Department
745, 7th Avenue

New York, New York 10019

USA

Your contact person:
**Doris Endres**
Legal department

Telephone +49 (69) 2107-709
Facsimile +49 (69) 2107-449
e-mail: Endres@rentenbank.de

September 16, 2008

**ISDA Master Agreement between Lehman Brothers Special Financing Inc. and Landwirtschaftliche Rentenbank dated as of 9th January 1996 ("the Agreement")**

**Here: Calculation Statement following EARLY TERMINATION DATE**

Dear Sirs,

As advised in our fax dated September 15, 2008, please find attached our calculation statement as of today.

Please be informed that we assert our right of retention in the amount of € 30,245,373.33 based on a claim against Lehman Brothers Bankhaus AG in Frankfurt.

The claim derives from a loan agreement dated September 26, 2003 (your reference #4403). Obligations of Lehman Brothers Bankhaus AG are covered by a guarantee dated September 19, 2003 of Lehman Brothers Holdings Inc. Also, obligations under the ISDA Master Agreement between LBSF and Rentenbank are covered by a guarantee which was executed by Lehman Brothers Holdings Inc. on the date of the Agreement.

If you are not the right person to deal with this information, please forward it to your legal department and/or ISDA Master Agreements documentation group.

Yours sincerely,

Norbert Schlereth        Martin Middendorf

Encl.

Landwirtschaftliche Rentenbank   Hochstraße 2   60313 Frankfurt am Main   Postfach 10 14 45   60014 Frankfurt am Main
Telefon +49 (0)69 2107-0   Telefax +49 (0)69 2107-444   E-Mail: office@rentenbank.de   Internet: www.rentenbank.de
Anstalt des öffentlichen Rechts   BLZ 500 205 00   BIC: LARE DE FF   HRA 30636 Amtsgericht Frankfurt am Main   USt-IdNr. DE 114104302

Attachment No. 1 to Calculation Statement as of 16. September 2008

| # | Type | Trade # Lehman | Trade ID Bank | TradeDate | EffectiveDate | MaturityDate | Currency1 | Notional1 | Currency2 | Notional2 | MTM in EUR |
|---|------|----------------|---------------|-----------|---------------|--------------|-----------|-----------|-----------|-----------|------------|
| 1 | Swap | 2699702 | 51479 | 27.02.2007 | 06.03.2007 | 27.02.2009 | EUR | 378.214.826,00 | USD | 500.000.000,00 | 17.910.000 |
| 2 | Swap | 3142610 | 55622 | 22.06.2007 | 29.06.2007 | 29.06.2009 | EUR | 372.328.542,71 | USD | 500.000.000,00 | 12.665.000 |
| 3 | Swap | 364150 | 6569 | 26.08.2003 | 10.09.2003 | 10.03.2013 | USD | 60.000.000,00 | N/A | - | -1.953.750 |
| 4 | Swap | 594713 | 17640 | 04.10.2004 | 15.10.2004 | 15.10.2009 | EUR | 25.000.000,00 | N/A | - | 14.000 |
| 5 | Swap | 481998 | 11435 | 31.03.2004 | 07.04.2004 | 03.03.2011 | EUR | 10.000.000,00 | N/A | - | -45.000 |
| 6 | Swap | 47342 | 1995 | 10.02.2000 | 01.03.2000 | 01.03.2010 | EUR | 50.000.000,00 | N/A | - | 1.350.000 |
| 7 | Exotic | 2005676 | 3003 | 29.09.1998 | 06.10.1998 | 05.02.2013 | EUR | 5.164.048,00 | EUR | 5.164.568,99 | 310.000 |
| 8 | Exotic | 2005686 | 3004 | 06.10.1998 | 13.10.1998 | 05.02.2013 | EUR | 11.115.485,50 | EUR | 11.103.823,33 | 640.000 |
| 9 | Exotic | 2013475 | 3009 | 24.06.1998 | 01.07.1998 | 26.01.2010 | EUR | 5.189.612,59 | EUR | 5.164.568,99 | 195.000 |
| 10 | FX | | 0000001416 | 17.06.2008 | 19.06.2008 | 20.10.2008 | EUR | 25.301.673,80 | USD | 39.000.000,00 | -2.234.865 |
| 11 | FX | | 0000001416 | 17.06.2008 | 19.06.2008 | 19.09.2008 | EUR | 25.265.367,34 | USD | 39.000.000,00 | -2.104.974 |
| 12 | FX | | 0000001429 | 20.06.2008 | 24.06.2008 | 17.09.2008 | EUR | 32.182.280,44 | USD | 50.000.000,00 | -2.974.519 |
| 13 | FX | | 0000001430 | 20.06.2008 | 24.06.2008 | 22.09.2008 | EUR | 32.189.531,96 | USD | 50.000.000,00 | -3.056.485 |
| 14 | FX | | 0000001440 | 25.06.2008 | 27.06.2008 | 04.11.2008 | EUR | 32.239.344,90 | USD | 50.000.000,00 | -3.055.188 |
| 15 | FX | | 0000001465 | 03.07.2008 | 07.07.2008 | 07.11.2008 | EUR | 142.603.625,30 | USD | 225.000.000,00 | -16.269.435 |
| 16 | FX | | 0000001478 | 09.07.2008 | 11.07.2008 | 14.10.2008 | EUR | 275.371.832,02 | USD | 430.000.000,00 | -28.171.864 |
| 17 | FX | | 0000001545 | 13.08.2008 | 15.08.2008 | 15.10.2008 | EUR | 134.442.935,70 | USD | 200.000.000,00 | -6.827.937 |
| 18 | FX | | 0000001559 | 18.08.2008 | 20.08.2008 | 17.09.2008 | EUR | 41.570.407,32 | USD | 61.000.000,00 | -1.320.888 |
| 19 | FX | | 0000001562 | 20.08.2008 | 22.08.2008 | 17.09.2008 | EUR | 42.728.811,09 | USD | 63.000.000,00 | -1.568.756 |
| 20 | FX | | 0000001575 | 27.08.2008 | 29.08.2008 | 28.11.2008 | EUR | 102.305.278,95 | USD | 150.000.000,00 | -3.795.517 |
| 21 | FX | | 0000001600 | 10.09.2008 | 12.09.2008 | 14.10.2008 | EUR | 62.351.914,20 | GBP | 50.000.000,00 | -406.966 |

|   |   |
|---|---|
| Sum | -40.702.145 |
| Collateral as of 15 Sep. | 68.060.894 |
| Sum EUR | 27.358.750 |
| ECB Fixing €/$ | 1,4267 |
| Market Quote in USD | 39.032.728 |

**Attachment No. 2 to Calculation Statement as of 16, September 2008**

| No. | Quotierung MTM in EUR Morgan Stanley | Quotierung MTM in EUR Deutsche Bank | Quotierung MTM in EUR Goldman Sachs | Quotierung MTM in EUR J.P. Morgan | Quotierung MTM in EUR Citibank | Quotierung MTM in EUR RBC | Quotierung MTM in EUR UBS | Quotierung MTM in EUR Barclays | Quotes/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 13.131.479 | no | no | no | no | no | 17.910.000 | no | 17.910.000 |
| 2 | 12.158.000 | no | no | no | no | no | 12.665.000 | no | 12.665.000 |
| 3 | no | -2.420.000 | no | no | -1.953.750 | no | no | -1.940.000 | -1.953.750 |
| 4 | 14.000 | 10.000 | no | no | no | no | 15.000 | no | 14.000 |
| 5 | no | 50.000 | no | no | no | 45.000 | 35.000 | no | 45.000 |
| 6 | 1.380.000 | 1.350.000 | no | no | no | no | 1.330.000 | no | 1.380.000 |
| 7 | 310.000 | 290.000 | no | no | no | no | no | 325.000 | 310.000 |
| 8 | 666.000 | 625.000 | no | no | no | no | no | 640.000 | 640.000 |
| 9 | 186.000 | 195.000 | no | no | no | no | no | 254.000 | 195.000 |

| No. | | | | | | Reuters Multipage FXON spot mid | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | 1.4165 | | 1.4163 | -2.234.865 |
| 11 | | | | | | 1.4232 | | 1.4248 | -2.104.974 |
| 12 | | | | | | 1.4226 | | 1.4222 | -2.974.519 |
| 13 | | | | | | 1.4189 | | 1.4186 | -3.056.465 |
| 14 | | | | | | 1.4150 | | 1.41665 | -3.055.788 |
| 15 | | | | | | 1.4153 | | 1.416225 | -16.269.435 |
| 16 | | | | | | 1.4172 | | 1.4186 | -26.171.864 |
| 17 | | | | | | 1.4172 | | 1.41572 | -6.827.937 |
| 18 | | | | | | 1.4226 | | 1.4222 | -1.320.888 |
| 19 | | | | | | 1.4226 | | 1.4222 | -1.568.756 |
| 20 | | | | | | 1.4156 | | 1.41375 | -3.795.517 |
| 21 | | | | | | 0.7968 | | 0.7907 | -406.966 |