# Singh, Sunny

| | |
|---|---|
| **From:** | Gruenberger, Peter |
| **Sent:** | Friday, August 28, 2009 12:37 PM |
| **To:** | pdarby@babc.com; rblossom@babc.com; mtaylor@babc.com; pgoodman@andrewskurth.com; jlcostell@costell-law.com; rick.antonoff@pillsburylaw.com; david.crichlow@pillsburylaw.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; metkin@lowenstein.com; steele@lowenstein.com; mbienenstock@dl.com; igoldstein@dl.com; apincus@reedsmith.com; Jason.nagi@haynesboone.com; ken.coleman@allenovery.com; john.kibler@newyork.allenovery.com; ppartee@hunton.com; sbernstein@hunton.com; jrsmith@hunton.com; gbender@omm.com; srosenstein@omm.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; glenn.siegel@dechert.com; alessandra.tebaldi-castelli@dechert.com; marty.bunin@alston.com; jim.grant@alston.com; kit.weitnauer@alston.com; will.sugden@alston.com; diconzam@gtlaw.com; cousinss@gtlaw.com; bruce.wilson@kutakrock.com; Jeremy.williams@kutakrock.com; lberkoff@morittock.com; tdriscoll@moritthock.com; szuch@wiggin.com; matthew.morris@lovells.com; robin.keller@lovells.com; wroll@shearman.com; fsosnick@shearman.com; Daniel.laguardia@shearman.com; ned.schodek@shearman.com; cszyfer@stroock.com; fhealy@stroock.com; mfagone@bernsteinshur.com; dbartner@shearman.com; Solomon.noh@shearman.com; tmoloney@cgsh.com; jjureller@klestadt.com; tklestadt@klestadt.com; james.millar@wilmerhale.com; craig.goldblatt@wilmerhale.com; eschaffer@reedsmith.com; mvenditto@reedsmith.com; Jennifer.demarco@cliffordchance.com; wendy.rosenthal@cliffordchance.com; smertz@faegre.com; mkrauss@faegre.com; mdoty@faegre.com; agamza@mosessinger.com; ccaruso@mosessinger.com; mheavner@mhc-law.com; lacyr@sullcrom.com; shanep@sullcrom.com; plabov@eapdlaw.com; lhenin@eapdlaw.com; rhiersteiner@eapdlaw.com; jwhitlock@eapdlaw.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; bdk@schlamstone.com; lteigland@teiglandhunt.com; relgidely@gjb-law.com; jgenovese@gjb-law.com; bblum@gjb-law.com; cwatson@balch.com; cboccuzzi@cgsh.com; sjakubowski@colemanlawfirm.com; klarner@riker.com; jschwartz@riker.com; jrosenthal@cgsh.com; sseiler@duluthlaw.com; rzallar@duluthlaw.com; jferguson@duluthlaw.com |
| **Subject:** | Derivatives ADR Procedures |

Counsel:

In light of the August 26 hearing and Judge Peck's remarks and other matters reflected on the record Wednesday, upon review of the remaining objections on file, Debtors are willing to volunteer to make modifications to the Revised Proposed Order. We propose the changes set forth in the attached blacklined revision to Exhibit "B" to Debtor's Omnibus Responses dated August 24, 2009. In an effort to accelerate the process of attempting to compromise our outstanding differences well before the September 15 hearing date, we transmit these proposed modifications now, with the caveat that we have not yet dealt with specific Indenture Trustee issues; modifications relating to those issues will be reflected in a separate transmittal as soon as possible. Please note that counsel for the Creditor's Committee supports the enclosed modifications. We ask that each counsel on behalf of your Derivatives Counterparty client respond by email promptly to me with cc: to Mark Bernstein and Sunny Singh, signifying whether your client's objection in light of these proposed modifications will be withdrawn in whole or in part, and if in part, which parts by reference to paragraph numbers in its objection. If there is any specific substantive language change you wish Debtors to consider please provide that to us as soon as possible. Thank you in advance for your cooperation.

Peter Gruenberger

  

US_ACTIVE_Exhibit s to Revised ...    Revised Proposed Order (ADR)- ...

1