Hearing Date: September 15, 2009 at 10:00 a.m. (prevailing Eastern time)

Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
                                                               :
                            Debtors.                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO DEBTORS' OBJECTION TO MOTION OF**
**LANDWIRTSCHAFTLICHE RENTENBANK FOR ORDER PROVIDING**
**FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY**
**DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO RULE 2004**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors") hereby joins (the "Joinder") in the Debtors' objection [Docket No. 5119] (the "Objection") to the Motion of Landwirtschaftliche Rentenbank for Order Providing for Examiner of and Production of Documents by the Debtors and Debtors-in-Possession Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, dated August 14, 2009 [Docket No. 4800] (the "Motion").

## **JOINDER**

1. The Committee concurs with the arguments set forth in the Objection and, accordingly, hereby joins with, and incorporates by reference herein, the arguments made in the Objection.

WHEREFORE, the Committee respectfully joins in the Objection and requests that the Court deny the relief requested in the Motion.

Dated: New York, New York
September 11, 2009

          **MILBANK, TWEED, HADLEY & McCLOY LLP**

          By: /s/ Dennis F. Dunne
          Dennis F. Dunne
          Dennis C. O'Donnell
          Evan R. Fleck
          1 Chase Manhattan Plaza
          New York, New York 10005
          Telephone: (212) 530-5000

          Counsel for Official Committee of Unsecured
          Creditors of Lehman Brothers Holdings Inc., et al.