**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss: New York
COUNTY OF NEW YORK )

Stella L. Leung, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age. I reside in Floral Park, New York. On September 11, 2009, I caused a copy of the within CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING NOTICE OF PRESENTMENT OF SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE BANKRUPTCY RULES RESOLVING DISPUTE REGARDING BARCLAYS' MOTION PURSUANT TO RULE 60(b) AND FED. R. BANKR. P. 9024 to be served by Facsimile and by Electronic Mail on the parties listed on the attached service list.

_____
Stella L. Leung

Sworn before me this 14th day
day of September, 2009

_____
Notary Public

LAWRENCE J. BRENNER
Notary Public, State of New York
No. 02BR6172173
Qualified in Queens County
Commission Expires Aug. 6, 2011

## Service List

**Via Facsimile and Electronic Mail**

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
Fax : (212) 310-8007
Email: shai.waisman@weil.com

Jeffrey S. Margolin, Esq
Hughes Hubbard & Reed
Fax : (212) 422-4726
Email: margolin@hugheshubbard.com

Eric M. Kay, Esq, Esq
Quinn Emanuel Urquhart Oliver & Hedges
Fax : (212) 849 7100
Email: erickay@quinnemanuel.com

Michael Feldberg, Esq.
Allen & Overy LLP
Fax: (212) 610-6399
Email: michael.feldberg@allenovery.com