David J. Adler, Esq. (DA0048)
Eduardo J. Glas, Esq. (EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
*Attorneys for Occidental Energy Marketing, Inc.*
*and Occidental Power Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case Nos. 08-13555(JMP) |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF OCCIDENTAL POWER SERVICES, INC. AND OCCIDENTAL ENERGY MARKETING, INC.'S MOTION TO EFFECTUATE SETOFF AND SETTLE OUTSTANDING DERIVATIVE CONTRACTS AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that Occidental Power Services, Inc. and Occidental Energy Marketing, Inc.(collectively "Occidental"), by and through their undersigned counsel, hereby withdraw, *without prejudice*, their Motion to Effectuate Setoff and Settle Outstanding Derivative Contracts and for Related Relief [ECF Doc. # 4238] (the "Motion") pursuant to the Stipulation By and Between Occidental Power Services, Inc., Occidental Energy Marketing, Inc. and Lehman Brothers Commodity Services, Inc. concerning the Motion, agreed to by the parties and Ordered by the Court on September 9, 2009 [ECF Doc. # 5090].

1

>/s/ David J. Adler
> David J. Adler, Esq. (DA0048)
> Eduardo J. Glas, Esq. (EG7027)
> McCARTER & ENGLISH, LLP
> 245 Park Avenue
> 27th Floor
> New York, New York  10167
> (212) 609-6800 - Telephone
> (212) 609-6921 - Facsimile
> dadler@mccarter.com
> eglas@mccarter.com
>          -and-
> Katharine L. Mayer, Esq.
> McCarter & English, LLP
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, DE 19899
> (302) 984-6300 - Telephone
> (302) 984-6399 - Facsimile
> kmayer@mccarter.com
>
> *Attorneys for Occidental Power Services, Inc.*
> *and Occidental Energy Marketing, Inc.*

Dated: September 14, 2009

ME1 8996131v.1