ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken Coleman
John Kibler

Attorneys for Public Bank Berhad

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
In re                                        :       Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :       08-13555 (JMP)
                                                                        :
            Debtors.                         :       (Jointly Administered)
                                                                        :
                                                                        :
------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
OBJECTION OF PUBLIC BANK BERHAD TO DEBTORS' MOTION
FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE
CLAIMS OF DEBTORS UNDER DERIVATIVES CONTRACTS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

        1.      Public Bank Berhad ("Public Bank"), by and through their undersigned counsel, hereby withdraw, without prejudice as set forth below, their objection, dated July 31, 2009 (Docket No. 4549) (the "Objection") to the Motion of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned chapter 11 cases (together with LBHI, the "Debtors"), pursuant to section 105(a) of the Bankruptcy Code and General Order M-143 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Contracts, dated July 20, 2009 (Docket No. 4453) (the "Motion").

2. In the Motion, the Debtors seek to have certain Alternative Dispute Resolution Procedures ("ADR Procedures") adopted in these cases. Public Bank objected to the relief sought on the basis that (i) this court lacks personal jurisdiction over Public Bank, and (ii) the procedures were onerous and inappropriate. Subsequently, the Debtors circulated a revised proposed order which addresses many of Public Banks' concerns, and in particular, clarifies that defenses based on the lack of personal jurisdiction are preserved. However, as drafted, the proposed order still purports to compel parties such as Public Bank to comply with the proposed ADR Procedures. Rather than object at this time, Public Bank reserves any and all of its rights and defenses in connection therewith, including the right to assert any of its rights or defenses should the Debtors seek to compel Public Bank's participation in the mediation process.

Dated: New York, New York
         September 14, 2009

                                        ALLEN & OVERY LLP


                                        By:   /s   John Kibler
                                        Ken Coleman
                                        John Kibler
                                        1221 Avenue of the Americas
                                        New York, New York 10020

                                        Attorneys for Public Bank Berhad

93343-00002 NY:8937667.1