## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| **Lehman Brothers Holdings, Inc** | Case No. 08-13555 |
| ("the Debtors") | Claim No.: <u>3642</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, WATERSTONE MARKET NEUTRAL MAC 51 LTD, IN THE AMOUNT OF $2,094,080.49, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**   Waterstone Market Neutral Mac 51 Ltd
Attn: c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU, United Kingdom

PLEASE TAKE NOTICE that the transfer of <u>$2,094,080.49</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**   C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(For Clerk's Office Use Only):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Waterstone Market Neutral 51 Ltd ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,094,080.49 | 3642 |

~~have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee").~~ The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom
BY CARVAL INVESTORS UK LIMITED
Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

ASSIGNOR: Waterstone Market Neutral 51 Ltd
Address: c/o Prime Brokerage & Trading, Man Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Signature: _____
Name: Vincent King
Title: Director
Date:

14

JAH\13052177v3

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT  Southern District of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** LEHMAN BROTHERS HOLDINGS INC.
**Case Number:** 08/13555

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
WATERSTONE MARKET NETURAL MAC 51 LIMITED

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
Waterstone Market Netural Mac 51 c/o Prime Brokerage and Trading, Man Investments Limited, Sugar Quay, Lower Thames Street, EC3R6DU. Attention: Kirsten Rogers: +44 2071443239

**Court Claim Number:** _____
(*If known*)

Telephone number:

Filed on: _____

**Name and address where payment should be sent (if different from above):**
Bank:Deutsche Bank Trust Co,ABA No:021-0010-33,Swift:BKTRUS33,Account Name:Deutsche Bank Prime Brokerage,Account No:00884205, FCC:Waterstone Market Netural Mac 51

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:** $ 2,094,080.49

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ISDA Guarantee Claim
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property:$_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted c[opies of]... sory notes, purchase orders, invoices, itemized statemen[ts]... security agreements. You may also attach a summary. [A]... rfection of a security interest. You may also a[ttach]... [fil]e.)

DO NOT SEND ORIGINAL DOC[UMENTS AFTER] SCANNING.

*Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000003642*

[DESTR]OYED AFTER

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

If the documents are not available, please explain:

FOR COURT USE ONLY

**Date:** MAR. 2 0 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Vincent King
Director

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Claim Search



# Epiq Systems, Inc.

- Epiq Directory
- Contact Us
- Forms

646 282 2400
Client Home

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims & Schedules   Key Documents   Docket   Change Client

### Filed Claims and Schedules

Claim # 3642    Name Starts With

Schedule #    Total Claim Value   Equals

Order By  Creditor Name    Claim Date Range    to    Scope  Claims and Schedules    Debtor [...]

Results Per Page  10    Search   Clear

Page 1 of 1    Page   Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 3642 | | WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O PRIME BROKERAGE & TRADING, MAN INVES SUGAR QUAY, LOWER THAMES STREET | 3/31/2009 | $2,094,080.49 Claim Unsecured Amount: $2,094,080.49 | Image |