**Hearing Date: October 14, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: October 11, 2009 at 4:00 p.m. (Prevailing Eastern Time)**

Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH5470)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for New York Institute of Finance, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re

Lehman Brothers Holdings Inc., et al.

                Debtors.

Case No. 08-13555 (JMP)
Chapter 11

(Jointly Administered)

_____

### NOTICE OF MOTION FOR AN ORDER PROVIDING RELIEF FROM THE AUTOMATIC STAY IN ORDER TO EFFECT SETOFF PURSUANT TO 11 U.S.C. § 553

       PLEASE TAKE NOTICE that upon the annexed motion of the New York Institute of Finance, Inc. ("NYIF") dated September 4, 2009 ("Motion"), NYIF will move before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 on **October 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for entry of an Order pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 4001 and 9014 granting it relief from the automatic stay under Section 362 of Title 11, United States Code ("Bankruptcy Code") in order to effect setoff pursuant to Section 553 of the

Bankruptcy Code of certain debts owed by NYIF to Lehman Brothers Holdings Inc. ("Debtor") against certain obligations of the Debtor to NYIF, and

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be (i) filed electronically with the Court on the docket of In re Lehman Brothers Holdings, Inc., Chapter 11 Case No. 08-13555 (JMP) in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases (the "Committee"); (v) Cleary Gotliebb LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for the Debtors' postpetition lenders, (vi) Phillips Lytle LLP, 3400 HSBC Center, Buffalo, New York 14203 (Attn: Angela Z. Miller, Esq.),

attorneys for NYIF so as to be received by **October 11, 2009 by 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: Buffalo, New York
       September 14, 2009

PHILLIPS LYTLE LLP


By    /s/ Angela Z. Miller
      Angela Z. Miller (AM4473)
      Allan L. Hill (AH5470)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

Attorneys for New York Institute of Finance, Inc.


Doc # 01-2317508.2