UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

Lehman Brothers Holdings Inc., et al.

           Debtors.

Case No. 08-13555 (JMP)
Chapter 11

(Jointly Administered)

---

### DECLARATION OF EVAN SIMON IN SUPPORT OF THE MOTION FOR AN ORDER PROVIDING RELIEF FROM THE AUTOMATIC STAY IN ORDER TO EFFECT SETOFF PURSUANT TO 11 U.S.C. § 553

I, Evan Simon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am the Director of Tax Accounting of New York Institute of Finance, Inc. ("NYIF") and, as such, I am fully familiar with the facts and circumstances stated herein.

2. I submit this declaration in support of NYIF's Motion for Relief from the Automatic Stay in Order to Effect Setoff Pursuant to 11 U.S.C. § 553 (the "Motion") dated September 4, 2009.

3. On September 15, 2008 ("Petition Date"), Lehman Brothers Holdings Inc. ("Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code, initiating the above-captioned case.

4. NYIF is a provider of corporate education and training.

5. The Debtor incurred registration fees for training courses offered by NYIF on July 7, 2008 and August 12, 2008 in the aggregate amount of $3,023 ("Prepetition

- 2 -

Purchases"). Copies of the Invoices evidencing the Prepetition Purchases are attached as **Exhibit A**.

      6.    As of the Petition Date, the Debtor owed, and continues to owe, NYIF $3,023 for the Prepetition Purchases ("Lehman Debt").

      7.    On April 28, 2006, Pearson Education, Inc. ("Pearson"), on behalf of its subsidiary NYIF, forwarded a check in the amount of $1,500 ("NYIF Debt") to the Debtor in order to refund an erroneous payment previously made by the Debtor to NYIF ("Refund Check"). Copies of the check statements evidencing the Refund Check are attached as **Exhibit B**.

      8.    As of August 27, 2009, the Debtor has not presented the Refund Check for payment and thus the NYIF Debt remains outstanding.

      9.    Pearson has placed an "administrative hold" on the Refund Check pending the outcome of this motion to the Court to lift the automatic stay to permit NYIF to offset the NYIF Debt against the Lehman Debt.

Dated: September 4, 2009

                                            /s/ Evan Simon
                                            Evan Simon

Doc # 01-2317533.2

**EXHIBIT A**

# NEW YORK INSTITUTE OF FINANCE

*Established 1922*

1330 Avenue of the Americas  Tel: +1 212 641 6616
New York, NY 10019  Fax: +1 212 641 2598

# INVOICE

| Invoice Number | Invoice Date | Amount Due | Date Due |
|---|---|---|---|
| CRS017676 | July 7, 2008 | $1,048.00 | ON RECEIPT |

**Bill To**

Lehman Brothers
Attn: Accounts Payable
Accounts Payable Department
Image Processing Systems
P.O. Box 2339
Secaucus, NJ 07096

| Enroll ID | Description | Amount |
|---|---|---|
| 17097 | Venugopala Rao - Registered Delegate for (CRED2053090808) Credit Derivatives: Intermediate (Evening) | $1,775.00 |
| | Total | $1,775.00 |
| | Payments | $727.00 |
| | Balance | $1,048.00 |

**Remit to**  New York Institute of Finance
c/o Bank of America, N.A.
12562 Collection Center Drive
Chicago, IL 60693

**Wire to**  Please call 212-641-6616 or your salesperson for wire instructions if needed.

For all wires and ACH transfers under $1,000 please add $15 administration fee.

Fax wire transfer information to: 212-641-2598
Please include date, amount, invoice #, company, and contact phone

# NEW YORK INSTITUTE OF FINANCE

1330 Avenue of the Americas  
New York, NY 10019

Tel: +1 212 641 6616  
Fax: +1 212 641 2598

Enrollment details for Venugopala Rao

# INVOICE

|  |  |
|---|---|
| Enrollment ID: | 17097 |
| Status: | Registered Delegate |
| Session ID: | CRED2053090808 |
| Session Name: | Credit Derivatives: Intermediate (Evening) |
| Start Date: | Monday, September 08, 2008 |
| Venue: | New York Institute of Finance Headquarters |
|  | 1330 Avenue of Americas |
|  | New York, NY 10019 |

| Description | Amount |
|---|---|
| Credit Derivatives: Intermediate (Evening): PO#68723 | $1,775.00 |
| Payment - LOC LOC01242 | ($326.00) |
| Payment - LOC LOC01229 | ($401.00) |
| Balance: | $1,048.00 |

# NEW YORK INSTITUTE OF FINANCE

Established 1922

1330 Avenue of the Americas
New York, NY 10019

Tel: +1 212 641 6616
Fax: +1 212 641 2598

# INVOICE

| Invoice Number | Invoice Date | Amount Due | Date Due |
|---|---|---|---|
| CRS018097 | August 12, 2008 | $1,975.00 | ON RECEIPT |

**Bill To**

Lehman Brothers
Attn: Accounts Payable
Accounts Payable Department
Image Processing Systems
P.O. Box 2339
Secaucus, NJ 07096

| Enroll ID | Description | Amount |
|---|---|---|
| 17496 | Rosario Edgar - Registered Delegate for (DERV2010082608) Derivative Mathematics (Evening) | $1,975.00 |

|  |  |
|---|---|
| Total | $1,975.00 |
| Payments | $0.00 |
| Balance | $1,975.00 |

**Remit to** New York Institute of Finance
c/o Bank of America, N.A.
12562 Collection Center Drive
Chicago, IL 60693

**Wire to** Please call 212-641-6616 or your salesperson for wire instructions if needed.

For all wires and ACH transfers under $1,000 please add $15 administration fee.

Fax wire transfer information to: 212-641-2598
Please include date, amount, invoice #, company, and contact phone

# NEW YORK INSTITUTE OF FINANCE

1330 Avenue of the Americas   Tel: +1 212 641 6616
New York, NY 10019   Fax: +1 212 641 2598

**Enrollment details for Rosario Edgar**

# INVOICE

| | |
|---|---|
| Enrollment ID: | 17496 |
| Status: | Registered Delegate |
| Session ID: | DERV2010082608 |
| Session Name: | Derivative Mathematics (Evening) |
| Start Date: | Tuesday, August 26, 2008 |
| Venue: | New York Institute of Finance Headquarters |
| | 1330 Avenue of Americas |
| | New York, NY 10019 |

| Description | Amount |
|---|---|
| Derivative Mathematics (Evening): PO# 71182 | $1,975.00 |
| Balance: | $1,975.00 |

# EXHIBIT B

1000087789

T C  HOT 

ORIGINAL INK SIGNATURES
APR 2 5 2006

# CHECK REQUISITION

NO 00809327
*FORWARD TO ACCOUNTS PAYABLE*

**TO BE USED ONLY WHEN NO INVOICE IS AVAILABLE**

DATE: April 18, 2006

**MAKE CHECK PAYABLE TO** (No Abbreviations, Please Print): LEHMAN BROTHERS

ADDRESS: MAVIS QUINE - ACCOUNTS PAYABLE
70 HUDSON STREET - 10 FLOOR
JERSEY CITY, NJ 07302-3988

S.S.# OR FED. I.D.#:

DUE DATE (NO ASAP): APRIL 29, 2006

**CHECK CONTROL INSTRUCTIONS:**

☑ INCLUDE "REASON FOR PAYMENT" MESSAGE BELOW ON THE CHECK STUB FOR PAYEE USE (UP TO 51 CHARACTERS WITH SPACES)

PAYMENT MADE TO NYIF IN ERROR

☐ ATTACHED ENCLOSURE TO BE MAILED WITH CHECK
☐ OVERNIGHT - DELIVERY SERVICE CHARGE # (Required): A/P VENDOR MAINTENANCE
☐ OTHER: ADD # add to US
CHECKS WILL GENERALLY NOT BE RETURNED TO REQUISITIONER Chi

**EXPLANATION OF PAYMENT FOR INTERNAL USE** (Attach Supporting Documents):

| Date | Prep | Chked |
|------|------|-------|
| 4/26/06 | mue | Hp |

To return funds Rec'd - Paid to NYIF in error

**APPROVALS / DATE:**
*The person approving the payment and the one acknowledging receipt of goods / services must be separate individuals.*

Connie Chin  4/12/06
APPROVAL / DATE
Patricia Spinacio On Duty 4/19/06
APPROVAL / DATE

GOODS / SERVICES RECEIVED   DATE

**ACCOUNTS PAYABLE USE ONLY**

Account Payable Audit Stamp
VENDOR #

| APPROVALS | Yes | No | POST PAY | SAP PO |
|---|---|---|---|---|
| Proper Approval Signature | N | | N | N |
| Original Signatures Received | Y | | | |
| Goods/Services Received | Y | | | |
| Prior Payment Search | Completed | N/A | | |

Processor mue   Date 4/26/06

| CO | BUS AREA | PROFIT CENTER | COST CENTER | ACCOUNT | INTERNAL ORDER | ISBN (w/ Ck Digit & Print #) | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05 | 505 | | | 112095 | | | $ 1500— |
| | | | | | | | |
| | | | | | | | |

TOTAL AMOUNT OF CHECK  $ 1500—

REQUESTED BY: CLAUDIA SUHR
PHONE NUMBER: 212-641-6139   LOCATION: 1330 AVE OF AMERICAS

4404 PE (09/04)

Message                                                                    Page 1 of 3

## Suhr, Claudia

**From:** Chin, Connie
**Sent:** Wednesday, April 12, 2006 2:52 PM
**To:** Suhr, Claudia
**Subject:** FW: Lehman Brothers check $ 1500.00

**Claudia –**

**Please fill out a check request for $1,500.00 to refund Lehman brothers for a payment made to us in error.**

**Thanks**
**Connie**

---

**From:** Austin, Charlotte
**Sent:** Monday, April 03, 2006 4:10 PM
**To:** Chin, Connie
**Subject:** RE: Lehman Brothers check $ 1500.00

The check should go to:
Lehman Brothers
Mavis Quine
Accounts Payable
70 Hudson Street 10th floor
Jersey City, NJ 07302-3988

Thanks,
Charlotte

---

-----Original Message-----
**From:** Chin, Connie [mailto:connie.chin@ftknowledge.com]
**Sent:** Friday, March 31, 2006 2:52 PM
**To:** Deshpande, Shaila; Austin, Charlotte
**Subject:** RE: Lehman Brothers check $ 1500.00

Shaila - I will make an adjustment.

Charlotte - I will have a refund check issue from here. Who should I send the check to? Can you give me contact person and address.

Thanks
Connie

---

**From:** Deshpande, Shaila
**Sent:** Thursday, March 30, 2006 11:52 AM
**To:** Chin, Connie
**Subject:** RE: Lehman Brothers check $ 1500.00

4/13/2006

Message

Page 2 of 3

Hi Connie,
According to Charlotte Austin's e-mail, this payment is for another vendor. Please let me know how to apply this check.
Thank you
Shaila

**From:** Deshpande, Shaila
**Sent:** Wednesday, March 22, 2006 1:26 PM
**To:** Chin, Connie
**Cc:** Hermawati, Rosalyna; Urbanski, Lisa; Garrido, Rosanne; Montera, John; Sullivan, Julia
**Subject:** RE: Support for journal entries in 112095 - February '06

Hi Connie,
I have a check # 1865886 for $ 1500.00 still open for Lehman Brothers.
I didn't receive Invoice number. Can you please give me Invoice number?-details s 6036-986 desc - 0000002702.No Inv ?
I am still looking for diff $ 100.00.
Thank you
Shaila

-----Original Message-----
**From:** Chin, Connie [mailto:connie.chin@ftknowledge.com]
**Sent:** Tuesday, March 21, 2006 3:49 PM
**To:** Deshpande, Shaila
**Cc:** Hermawati, Rosalyna; Urbanski, Lisa; Garrido, Rosanne; Montera, John; Sullivan, Julia
**Subject:** RE: Support for journal entries in 112095 - February '06

Hi Shaila,

The g/l cash account-BOA shows a credit balance of $1,600.

Attached is our February bank statement - was there a wire/deposit not recorded in Feb?

Let me know

Thanks
Connie

**From:** Hermawati, Rosalyna [mailto:Rosalyna.Hermawati@Pearson.com]
**Sent:** Tuesday, March 21, 2006 3:28 PM
**To:** Chin, Connie
**Cc:** Urbanski, Lisa; Garrido, Rosanne; Montera, John; Sullivan, Julia
**Subject:** RE: Support for journal entries in 112095 - February '06

Hi Connie,
The February's ending balance for account 112095 in SAP is a credit of $1,600.00 while the ending balance on the bank statement is $0.00. Could you please tell us what caused this difference?
Thanks,
Rosalyna



NO ENCASHMENT AS OF 8/27/09