Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH5470)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for New York Institute of Finance, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

In re

Lehman Brothers Holdings Inc., et al.

                Debtors.

Case No. 08-13555 (JMP)
Chapter 11

(Jointly Administered)

———————————————————————

## CERTIFICATE OF SERVICE

        I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that on September 14, 2009, a true and correct copy of the Notice of Motion and Motion for an Order Providing Relief from the Automatic Stay in Order to Effect Setoff Pursuant to 11 U.S.C. § 553 was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by first class mail to the parties so indicated below:

| Hon. James M. Peck<br>United States Bankruptcy Judge<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 101153 | Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|---|
| Dennis F. Dunne, Esq.<br>Dennins O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweek, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY 10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |

Dated:  September 14, 2009                ___/s/ Jayne A. Hahn_____
                                                                            Jayne A. Hahn

Doc # 01-2317580.2