WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                                  :

**In re**                         :     **Chapter 11 Case No.**
                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**
                                     :

                    **Debtors.**    :     **(Jointly Administered)**
                                     :

--------------------------------------------------------------------------------x
                                       :

**In re**                        :
                                     :     **Case No.**

**LEHMAN BROTHERS INC.,**            :
                                     :     **08-01420 (JMP) (SIPA)**

                    **Debtor.**    :
                                       :

--------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 15, 2009 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    UNCONTESTED MATTERS:

1.    Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 4839]**

        A.    Bortstein Legal LLC **[Docket No. 4799]**

        B.    Duff & Phelps LLC **[Docket No. 4809]**

        C.    Huron Consulting Group **[Docket No. 4780]**

        D.    McKenna Long & Aldridge LLP **[Docket No. 4814]**

        E.    Pachulski Stang Ziehl & Jones LLP **[Docket No. 4807]**

        F.    Jones Day **[Docket No. 4804]**

        G.    Bingham McCuthchen LLP **[Docket No. 4810]**

        H.    Jenner & Block LLP **[Docket No. 4808]**

        I.    Ernst & Young LLP **[Docket No. 4441]**

        J.    Lazard Freres & Co. LLC **[Docket No. 4819]**

        K.    Curtis, Mallet-Prevost, Colt & Mosle LLP **[Docket No. 4818]**

        L.    Reilly Pozner LLP **[Docket No. 4805]**

        M.    Milbank, Tweed, Hadley & McCloy LLP **[Docket No. 4821]**

        N.    FTI Consulting, Inc. **[Docket No. 4820]**

        O.    Houlihan Lokey Howard & Zukin Capital, Inc. **[Docket No. 4816]**

        P.    Quinn Emanuel Urquhart Oliver & Hedges, LLP **[Docket No. 4826]**

Q.    Simpson Thacher & Bartlett LLP **[Docket No. 4794]**

R.    Weil, Gotshal & Manges LLP **[Docket No. 4825]**

Response Deadline:    September 9, 2009 4:00 p.m.

Responses Received:  None.

Related Documents:

S.    Fee Committee Report Pertaining to the Second Interim Fee
Applications of All Retained Professionals **[Docket No. 5104]**

Status:  This matter is going forward.

2.    Motion of Wells Fargo, NA for Relief from the Automatic Stay **[Docket No.
4640]**

Response Deadline: September 11, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter is going forward.  A stipulation and agreed order will be
submitted to the Court.

3.    Motion of Wells Fargo, NA for Relief from the Automatic Stay **[Docket No.
4671]**

Response Deadline: September 11, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter is going forward.  A stipulation and agreed order will be
submitted to the Court.

4.    Motion of Washington Mutual Bank f/k/a Washington Mutual Bank, FA. for
Relief from the Automatic Stay **[Docket No. 4759]**

Response Deadline: September 11, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:

    A.      Notice of Stipulation and Settlement filed by Washington Mutual Bank, F.A. **[Docket No. 5130]**

Status: This matter is going forward.  A stipulation and agreed order will be submitted to the Court.

5.      Motion of A/P Hotel, LLC for Relief from the Automatic Stay **[Docket No. 4950]**

Response Deadline: September 10, 2009.

Responses Received:  None.

Related Documents:    None.

Status: This matter is going forward.  A stipulation and agreed order will be submitted to the Court.

6.      Motion for Authorization to Assume an Interest Rate Swap with MEG Energy Corp. **[Docket No. 5012]**

Response Deadline: September 10, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter is going forward.  A stipulation and agreed order will be submitted to the Court.

7.      Debtors' Motion for Establishment of Procedures for the Debtors to Transfer Their Interests in Respect of Residential and Commercial Loans Subject to Foreclosure to Wholly-Owned Non-Debtor Subsidiaries **[Docket No. 4966]**

Response Deadline: September 10, 2009 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.      Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 5122]**

    B.      Statement of Official Committee of Unsecured Creditors in Support **[Docket No. 5124]**

<u>Status</u>: This matter is going forward.  A revised proposed order will be submitted to the Court.

8. Debtors' Motion for Establishment of Procedures for the Debtors to Compromise Claims of the Debtors in Respect of Real Estate Loans **[Docket No. 4942]**

<u>Response Deadline</u>: September 10, 2009 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

 A. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 5122]**

 B. Statement of Official Committee of Unsecured Creditors in Support **[Docket No. 5123]**

<u>Status</u>: This matter is going forward.  A revised proposed order will be submitted to the Court.

## II. <u>CONTESTED MATTERS</u>:

9. Motion of Landwirtschaftliche Rentenbank for 2004 Examination **[Docket No. 4800]**

<u>Response Deadline</u>: September 11, 2009 at 4:00 p.m.

<u>Responses Received</u>:

 A. Debtors' Objection **[Docket No. 5119]**

 B. Joinder of Official Committee of Unsecured Creditors to Debtors' Objection **[Docket No. 5125]**

<u>Related Documents</u>:

 C. Declaration of Matthew Shankland in Support of Debtors' Objection **[Docket No. 5120]**

<u>Status</u>: This matter is going forward.

10.    Debtors' Motion for Authorization to Implement Alternative Dispute Resolution
Procedures for Affirmative Claims of Debtors Under Derivative Contracts
**[Docket No. 4453]**

Response Deadline: July 31, 2009 at 4:00 p.m.

Responses Received (Non-Withdrawn Objections):

A.    Wellmont Health System's Objection **[Docket No. 4527]**

B.    Response of EPCO Holdings, Inc. **[Docket No. 4532]**

C.    Opposition of Easton Investments II, A California Limited
Partnership **[Docket No. 4533]**

D.    Limited Objection of Embarcadero Aircraft Securitization Trust
**[Docket No. 4539]**

E.    Objection of The Royal Bank of Scotland PLC and Affiliates
**[Docket No. 4544]**

F.    Limited Objection of Highland Capital Management L.P. **[Docket
No. 4548]**

G.    Limited Objection of EXCO Operating Company, LP **[Docket No.
4552]**

H.    Limited Objection of Bank of America, N.A., Merrill Lynch &
Co., Inc. **[Docket No. 4566]**

I.    Omnibus Objection of Derivative Counterparties **[Docket No.
4571]**

J.    Limited Objection of D.E. Shaw Composite Portfolios, et al.
**[Docket No. 4579]**

K.    Joinder of Taconic Capital Partners 1.5 L.P., et al. **[Docket No.
4585]**

L.    Objection of Barclays Bank PLC **[Docket No. 4599]**

M.    Limited Objection of Canadian Imperial Bank Commerce, Societe
Generale **[Docket No. 4606]**

N.    Objection of Lai Mei Chan, et al. **[Docket No. 4616]**

O.     Joinder of Compass Bank **[Docket No. 4617]**

P.     Limited Objection and Joinder of Bank of America, National Association **[Docket No. 4618]**

Q.     Objection and Joinder of Wachovia **[Docket No. 4614]**

Replies Filed:

R.     Debtors' Omnibus Responses to Objections **[Docket No. 4903]**

S.     Declaration of Peter Gruenberger in Support of Debtors' Motion **[Docket No. 4904]**

T.     Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 4911]**

U.     Supplemental Declaration of Peter Gruenberger **[Docket No. 5121]**

Related Documents:

V.     Notice of Revised Proposed Order **[Docket No. 4634]**

W.     Notice of Withdrawal of Objection of Parsec Trading Corporation **[Docket No. 4909]**

X.     Notice of Withdrawal Without Prejudice of Public Bank Berhad **[Docket No. 5219]**

Y.     Notice of Final Post-Hearing Proposed Order **[Docket No. 5132]**

Withdrawn Objections:

Z.     Objection of American Family Life Assurance Company of Columbus **[Docket No. 4536]**

AA.     Limited Objection of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. **[Docket No. 4540]**

BB.     Reliant Energy Power Supply, LLC's Objection **[Docket No. 4541]**

CC.     First Choice Power, L.P.'s Objection **[Docket No. 4543]**

DD.  Optim Energy Marketing and Trading, LLC's (F/K/A EnergyCo Marketing and Trading, LLC) Objection **[Docket No. 4545]**

EE.  Limited Objection of the University of Pittsburgh **[Docket No. 4546]**

FF.  Objection of Public Bank Berhad **[Docket No. 4549]**

GG.  Objection of Gaselys **[Docket No. 4550]**

HH.  Objection of Oceania Cruises Inc. **[Docket No. 4551]**

II.  Objection of National Australia Bank **[Docket No. 4554]**

JJ.  Limited Objection by Russell Investment Group **[Docket No. 4555]**

KK.  Objection of Consolidated Container Company LLC **[Docket No. 4558]**

LL.  Objection of Bank of Montreal **[Docket No. 4559]**

MM.  Objection of Nextera Energy Power Marketing, LLC (F/K/A FPL Energy Power Marketing, Inc.) and Florida Power & Light Company **Docket No. 4560]**

NN.  Objection of the Nebraska Investment Finance Authority **[Docket No. 4561]**

OO.  Objection of the Hotchkiss School **[Docket No. 4562]**

PP.  Limited Objection of Carlton Communications Limited **[Docket No. 4563]**

QQ.  Joinder of Dell Global B.V. **[Docket No. 4568]**

RR.  Limited Objection of Instituto de Credito Oficial **[Docket No. 4569]**

SS.  Objection of Hebron Academy **[Docket No. 4572]**

TT.  Joinder of the Municipal Electric Authority of Georgia **[Docket No. 4575]**

UU.  Limited Objection of Nomura International PLC and Its Affiliates **[Docket No. 4576]**

VV.    Joinder of AG Financial Products, Inc. **[Docket No. 4578]**

WW.    Limited Objection of European Credit Management Limited **[Docket No. 4580]**

XX.    Objection of U.S. Bank National Association **[Docket No. 4583]**

YY.    Limited Objection of Retirement Housing Foundation **[Docket No. 4586]**

ZZ.    Objection of The Bank of New York Mellon, et al. **[Docket No. 4589]**

AAA.    Joinder of Greywolf Capital Management L.P. **[Docket No. 4590]**

BBB.    Limited Objection of Barclays Global Investors National Association **[Docket No. 4591]**

CCC.    Objection of Wells Fargo Bank, National Association **[Docket No. 4592]**

DDD.    Limited Objection of Massachusetts Water Resources Authority **[Docket No. 4593]**

EEE.    Objection Of Gaston Christian School, Inc. **[Docket No. 4594]**

FFF.    Objection of The Bank of New York Mellon, et al. **[Docket No. 4596]**

GGG.    Limited Objection of Metropolitan West Asset Management, LLC **[Docket No. 4597]**

HHH.    Objection of Massdevelopment/Saltonstall Building Redevelopment Corporation **[Docket No. 4600]**

III.    Objection of The Beaver Country Day School **[Docket No. 4603]**

JJJ.    Limited Objection of Parsec Trading Corporation **[Docket No. 4604]**

KKK.    Joinder of Main Street Natural Gas, Inc. **[Docket No. 4607]**

LLL.    Objection of The Charles River School **[Docket No. 4608]**

MMM.    Objection of Glencore Commodities Ltd. **[Docket No. 4612]**

NNN. Objection of Goldman Sachs & Co., *et al*. **[Docket No. 4620]**

OOO. Objection and Joinder by Schoellhorn Trust **[Docket No. 4621]**

PPP. Objection of The Kroger Co. **[Docket No. 4626]**

QQQ. Joinder of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. **[Docket No. 4629]**

RRR. Objection of Minnesota Masonic Home Care Center **[Docket No. 4692]**

SSS. Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited  **[Docket No. 4589]**

TTT. Joinder of Russell Investment Group **[Docket No. 4897]**

Status: This matter is going forward.

11. Debtors' Motion to Compel Performance of Metavante Corporations Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 3691]**

Response Deadline:

Responses Received:

A. Objection of Metavante Corporation **[Docket No. 3951]**

B. Letter of Metavante Corporation to the Honorable James M. Peck Regarding Status Conference Scheduled for September 15, 2009 at 10:00 a.m. **[Docket No. 5128]**

C. Letter of Lehman Brothers Special Financing Inc. to the Honorable James M. Peck Regarding Status Conference Scheduled for September 15, 2009 at 10:00 a.m. **[Docket No. 5135]**

Related Documents:

D. Statement of Official Committee of Unsecured Creditors **[Docket No. 3958]**

E. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 4326]**

Status: This matter is going forward as a status conference.

12.    Motion of DnB Nor Bank ASA for Allowance and Payment of Administrative Expense Claim and Allowing Setoff of Such Claim **[Docket No. 4054]**

Response Deadline:

Responses Received:

      A.    Debtors' Objection **[Docket No. 4321]**

      B.    Objection of Official Committee of Unsecured Creditors **[Docket No. 4323]**

Related Documents:

      C.    Supplemental Joint Letter of Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors **[Docket No. 5063]**

      D.    Supplemental Letter Brief of DnB NOR Bank ASA **[Docket No. 5064]**

Status: This matter is going forward as a status conference.

13.    Motion of William Kuntz, III for Review of Dismissal of Appeal **[Docket No. 1261]**

Response Deadline:  September 11, 2009 at 4:00 p.m.

Responses Received:

      A.    Debtors' Objection **[Docket No. 5093]**

Related Documents:

      B.    Affidavit of William Kuntz, III **[Docket No. 3028]**

      C.    Reply of William Kuntz, III **[Docket No. TBD]**

Status: This matter is going forward.

III.    **ADVERSARY PROCEEDINGS:   TO BE HEARD AT 2:00 P.M.**

A.    **Lehman Brothers Holdings Inc.**

14.    Neuberger Berman, LLC v. PNC Bank, National Association, Lehman Brothers Inc., and Lehman Brothers Commercial Corporation **[Case No. 09-1258]**

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint **[Docket No. 1]**

B.    Answer of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 10]**

Status: This matter is going forward.

15.    State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Case No. 08-01743]**

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint **[Docket No. 1]**

B.    Lehman Commercial Paper Inc.'s Answer and Defenses to Plaintiff's First Amended Adversary Complaint **[Docket No. 83]**

Status: This matter is going forward.

16.    Motion of BNY Corporate Trustee Services Limited to Stay Further Proceedings Pending Disposition of its Motion for Leave to Appeal the August 12, 2009 Order Denying BNY's Motion to Dismiss and any Disposition of the Merits of that Appeal **[Case No. 09-01242, Docket No. 52]**

Response Deadline: September 10, 2009 at 4:00 p.m.

Responses Received:

A.    Lehman Brothers Special Financing Inc.'s Opposition to Motion **[Docket No. 57]**

Related Documents:

      B.      Memorandum of Law in Support of Motion **[Docket No. 53]**

Status: This matter is going forward.

## IV.    ADJOURNED MATTERS

**A.**    **Lehman Brothers Holdings Inc.**

17.    Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

Response Deadline:    October 8, 2009 at 5:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter has been adjourned to October 14, 2009.

18.    Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

Response Deadline: March 6, 2009 at 4:00 p.m.

Responses Received:

      A.      Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

      B.      Statement of the Informal Noteholder Group **[Docket No. 887]**

Related Documents:

      C.      Stipulation and Consent Order **[Docket No. 1402]**

Status: This matter has been adjourned to October 14, 2009.

19.    Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

Response Deadline: January 9, 2009 at 4:00 p.m.

Responses Received:

      A.      Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

Related Documents:   None.

Status: This matter has been adjourned to October 14, 2009.

20.     Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for
        Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief
        from the Automatic Stay **[Docket. No. 2385]**

        Response Deadline: September 11, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:   None.

        Status: This matter has been adjourned to October 14, 2009.

21.     Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic
        Stay **[Docket No. 3182]**

        Response Deadline: April 1, 2009 at 4:00 p.m.

        Responses Received:

                A.      Debtors' Objection **[Docket No. 3387]**

                B.      Joinder of Official Committee of Unsecured Creditors **[Docket No.
                        3389]**

        Related Documents:

                C.      Declaration of Alan Worden **[Docket No. 3184]**

        Status: This matter has been adjourned to October 14, 2009.

22.     Motion of Laurel Cove Development for an Order Directing Debtor to Assume or
        Reject an Executory Contract **[Docket No. 3755]**

        Response Deadline: June 19, 2009 at 5:00 p.m.

        Responses Received:

                A.      Debtors' Objection **[Docket No. 4055]**

        Related Documents:   None.

Status: This matter has been adjourned to October 14, 2009.

23.     Motion of Marie Hunter for Payment of Administrative Expenses **[Docket No. 4870]**

Response Deadline: October 9, 2009 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to October 14, 2009.

24.     Motion of California Public Employees Retirement System for Relief from the Automatic Stay **[Docket No. 4963]**

Response Deadline: October 26, 2009.

Responses Received:   None.

Related Documents:   None.

Status:   This matter has been adjourned to November 18, 2009.

25.     Debtors' Motion to Assume and Assign Derivative Contracts **[Docket No. 1498]**

Response Deadline:     March 20, 2009.

Responses Received:   None.

Related Documents:   None.

Status:   This matter has been adjourned to December 16, 2009.

26.     Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

Response Deadline: April 17, 2009 at 4:00 p.m.

Responses Received:

        A.     Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Documents:     None.

Status:   This matter has been adjourned to December 16, 2009.

27.     Motions of Lai Mei Chan, et al. and Ka Kin Wong, et al. for Relief from
        Derivative Procedures Orders and Objection to Debtors' Motion for an Order
        **[Docket Nos. 3565 and 3566]**

        Response Deadline: July 10, 2009 at 4:00 p.m.

        Responses Received:

               A.      Debtors Objection and Reply **[Docket No. 4324]**.

        Related Documents:    None.

        Status: This matter has been adjourned without date.

28.     Motion of First Bank Puerto Rico for Limited Discovery from Debtors Lehman
        Brothers Special Financing Inc., et al. **[Docket No. 4485]**

        Response Deadline: September 11, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:    None.

        Status: This matter has been adjourned without date.

29.     Debtors' Motion for 2004 Discovery from Pinnacle Foods Finance LLC **[Docket
        No. 4765]**

        Response Deadline: September 11, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:    None.

        Status: This matter has been adjourned to October 14, 2009.

**B.** **Adversary Proceeding**

30.    LBSF v. Metropolitan West Asset Management, Metropolitan West Total Return Bond Fund **[Case No. 09-01165]**

**Pre-Trial Conference**

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to October 14, 2009.

31.    LBSF v. Metropolitan West Asset Management, LLC, et al.**[Case No. 09-01233]**

**Pre-Trial Conference**

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to October 14, 2009.

32.    Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing Inc., et al. **[Case No. 08-01610]**

**Pre-Trial Conference**

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

      B.    Answer to Complaint of J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

Status: This matter is has been adjourned to October 14, 2009.

33.    Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Holdings Inc., et al. **[Case No. 09-01393]**

**Pre-Trial Conference**

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to October 14, 2009.

34.     Turnberry et al v. LBHI **[Case No. 09-01062]**

        **Pre-Trial Conference**

        Related Documents:

                A.      Adversary Complaint **[Docket No. 1]**

        Status:  This matter has been adjourned to November 18, 2009.

**C.      Lehman Brothers Inc.**

35.     Motion of the California Public Employees' Retirement System for an Order
        Pursuant to 11 U.S.C. §§ 362 and 553 for Relief from the Automatic Stay to
        Effect Setoff **[Docket No. 1592]**

        Response Deadline:  November 13, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

                A.      Notice of Adjournment **[Docket No. 1636]**

        Status:  This matter has been adjourned to November 18, 2009.

36.     Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate
        Data Services Agreement and Associated Addenda **[Docket No. 356]**

        Responses Received:

                A.      Objection of Lehman Brothers Holdings Inc. and Certain of its
                        Affiliates to the Motion of Markit Group Limited for Relief from
                        the Automatic Stay **[Docket No. 1059]**

                B.      Objection of Trustee to Motion of Markit Group Limited for Relief
                        from the Automatic Stay to Terminate Data Services Agreement
                        and Associated Addenda **[Docket No. 1123]**

        Related Documents:

                C.      Notice of Adjournment **[Docket No. 409]**

                D.      Notice of Adjournment **[Docket No. 488]**

E.    Notice of Adjournment **[Docket No. 574]**

F.    Notice of Adjournment **[Docket No. 708]**

G.    Notice of Adjournment **[Docket No. 846]**

H.    Notice of Adjournment **[Docket No. 978]**

I.    Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of Its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

J.    Notice of Adjournment **[Docket No. 1066]**

K.    Reply in Further Support of the Motion of Markit Group Limited for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1139]**

L.    Notice of Adjournment **[Docket No. 1223]**

M.    Notice of Adjournment **[Docket No. 1268]**

N.    Notice of Adjournment **[Docket No. 1333]**

O.    Notice of Adjournment **[Docket No. 1662]**

Status: This matter has been adjourned to October 14, 2009.

37.    Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

Response Deadline:  September 11, 2009 at 4:00 p.m.

Responses Received:

Related Documents:

A.    Notice of Adjournment **[Docket No. 215]**

B.    Notice of Adjournment **[Docket No. 312]**

C.    Notice of Adjournment **[Docket No. 364]**

D.    Notice of Adjournment **[Docket No. 429]**

E.    Notice of Adjournment **[Docket No. 529]**

F.    Notice of Adjournment **[Docket No. 601]**

G.    Notice of Adjournment **[Docket No. 665]**

H.    Notice of Adjournment **[Docket No. 728]**

I.    Stipulation Among the SIPA Trustee, Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P., and Providence TMT Special Situations Fund L.P. Adjourning Motion of the Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 750]**

J.    Notice of Adjournment **[Docket No. 810]**

K.    Notice of Hearing on Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 1624]**

L.    Notice of Adjournment **[Docket No. 1663]**

Status: This matter has been adjourned to October 14, 2009.

Dated:  September 14, 2009
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated:  September 14, 2009
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.