**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related to Docket No. 5122 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                        s.s.:

COUNTY OF NEW YORK

Rashida J. Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 11th day of September, 2009, I caused a copy of the following documents to be served via the indicated manner upon the parties listed on Exhibit A

A) Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motions for Establishment of Procedures for the Debtors to (I) Compromise Claims of the Debtors. In Respect of Real Estate Loans and (II) Transfer Their Interests in Respect of Residential and Commercial Loans Subject to Foreclosure to Wholly-Owned Non-Debtor Subsidiaries. [Docket No. 5122]

Additionally, copies of the above documents were submitted to the court for transmittal to Chambers and the Office of the United States Trustee pursuant to Local Rule 9070-1(i).

                                                                */s/ Rashida J. Adams*
                                                                   Rashida J. Adams

Sworn to before me this 14th day of September, 2009

*/s/ Elizabeth Anne Arundel*

Notary Public State of New York, No. 01AR6182807
Qualified in New York County
Certificate Filed in New York County
My commission expires March 10, 2012

# EXHIBIT A

**Local Rule 9070-1(i)**

| | |
|---|---|
| The Office of The United States Trustee for the Southern District of New York<br>Attn: Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York NY 10004 | United States Bankruptcy Court Southern District of New York<br>Attn: Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 |

**Via First Class Mail**

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, Jacqueline Marcus<br>767 Fifth Avenue<br>New York, NY 10153 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Dennis O'Donnell, Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Sullivan & Cromwell LLP<br>Attn: Robinson B. Lacy, Hydee R. Feldstein<br>125 Broad Street<br>New York, NY 10004 | Hogan & Hartson LLP<br>Attn: David Dunn, Katie M. Lachter<br>875 Third Avenue<br>New York, New York 10022<br>New York, NY 10006 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gregory A. Horowitz, Amy Caton<br>1177 Avenue of the Americas<br>New York, New York 10036 | Hogan & Hartson LLP<br>Attn: Stuart G. Stein, Craig H. Ulman, Khang V. Tran<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| Boies, Schiller & Flexner LLP<br>Attn: Jonathan D. Schilr, Hamish P.M. Hume, Jack G. Stern<br>575 Lexington Avenue<br>New York, NY 10022 | Cleary Gotliebb LLP<br>Attn: Lindsee P. Granfield, Lisa Schweiger<br>One Liberty Plaza<br>New York, NY 10006 |