WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                           :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                            :
                    Debtors.                    :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT
TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on June 17, 2009 [Docket No. 4021] (the "Sale and Abandonment Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") have disposed of the following assets following notice to the Interested Parties[1] and the

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

expiration of the applicable Notice Period without objection by an Interested Party.

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| none | | | | | |

## **Abandonment Addendum**

In compliance with the Sale and Abandonment Order, the Debtors have abandoned the following assets following notice to the Abandonment Notice Parties and the expiration of five (5) days without objection by an Abandonment Notice Party.

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| Certain telecommunications cable, conduit and miscellaneous office furnishings, located at 600 Travis Street, Houston, Texas, including chairs, work stations, desks, and various modular components (the "FF&E"). | To the extent that the Debtors have an interest in the FF&E, they believe that the expenses associated with removal and transportation of the FF&E would exceed the likely value of the FF&E. | Texas Tower Limited |

Dated:  September 14, 2009
         New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession