JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 |
| Debtors. | (Jointly Administered) |

**APPENDIX TO**
**DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO**
**FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, MODIFYING**
**THE SEPTEMBER 20, 2008  SALE ORDER AND GRANTING OTHER RELIEF**

# APPENDIX VOLUME I

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,* Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME I

| App. Tab No. | Description |
|---|---|
| 1 | Azerad Deposition Transcript, dated August 17, 2009 |
| 2 | Berkenfeld Deposition Transcript, dated August 6, 2009 |
| 3 | Blackwell Deposition Transcript, dated August 7, 2009 |
| 4 | Clackson Deposition Transcript, dated September 4, 2009 |
| 5 | Coghlan Deposition Transcript, dated August 13, 2009 |
| 6 | Cox Deposition Transcript, dated September 11, 2009 |
| 7 | Denig Deposition Transcript, dated August 21, 2009 |
| 8 | Diamond Deposition Transcript, dated September 11, 2009 |
| 9 | Exall Deposition Transcript, dated August 27, 2009 |
| 10 | Felder Deposition Transcript, dated July 31, 2009 |
| 11 | Fleming Deposition Transcript, dated August 28, 2009 |
| 12 | Hraska Deposition Transcript, dated August 4, 2009 |
| 13 | Keegan Deposition Transcript, dated August 28, 2009 |
| 14 | Kelly Deposition Transcript, dated August 18, 2009 |
| 15 | King Deposition Transcript, dated September 10, 2009 |