JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 |
| Debtors. | (Jointly Administered) |

**APPENDIX TO**
**DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO**
**FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, MODIFYING**
**THE SEPTEMBER 20, 2008  SALE ORDER AND GRANTING OTHER RELIEF**

# APPENDIX VOLUME II

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

*In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME II

| App. Tab No. | Description |
|---|---|
| 16 | Kirk Deposition Transcript, dated August 31, 2009 |
| 17 | Klein Deposition Transcript, dated September 12, 2009 |
| 18 | LaRocca Deposition Transcript, dated August 19, 2009 |
| 19 | Lowitt Deposition Transcript, dated August 20, 2009 |
| 20 | McDade Deposition Transcript, dated September 2, 2009 |
| 21 | McGee Deposition Transcript, dated August 10, 2009 |
| 22 | Petrie Deposition Transcript, dated August 26, 2009 |
| 23 | Ricci Deposition Transcript, dated September 8, 2009 |
| 24 | Romain Deposition Transcript, dated September 10, 2009 |
| 25 | Shapiro Deposition Transcript, dated August 7, 2009 |
| 26 | Tonucci Deposition Transcript, dated August 14, 2009 |
| 27 | Varley Deposition Transcript, dated September 3, 2009 |
| 28 | Varley Deposition Transcript, dated September 11, 2009 |
| 29 | Yang Deposition Transcript, dated September 4, 2009 |