# A. 16

1            A. KIRK

2      UNITED STATES BANKRUPTCY COURT

3      SOUTHERN DISTRICT OF NEW YORK

4   ----------------------x

5   In Re:

6                        Chapter 11

7   LEHMAN BROTHERS         Case No. 08-13555(JMP)

8   HOLDINGS, INC., et al.,    (Jointly Administered)

9

           Debtors.

10

   ----------------------x

11

12

13       DEPOSITION OF ALEX KIRK

14         New York, New York

15         August 31, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24545

1              A. KIRK

2           August 31, 2009

3             9:30 a.m.

4

5

6      Deposition of ALEX KIRK, held at Jones Day, LLP,

7      222 East 41st Street, LLP, New York,

8      New York, before Kathy S. Klepfer, a

9      Registered Professional Reporter,

10     Registered Merit Reporter, Certified

11     Realtime Reporter, Certified Livenote

12     Reporter, and Notary Public of the State

13     of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1                      A. KIRK

2

3              A P P E A R A N C E S:

4

5    JONES DAY, LLP

6    Attorneys for Lehman Brothers, Inc.

7         222 East 41st Street

8         New York, New York  10017-6702

9    BY:   ROBERT W. GAFFEY, ESQ.

10        BRIDGET CRAWFORD, ESQ.

11        GEORGE E. SPENCER, ESQ.

12

13   BOIES, SCHILLER & FLEXNER, LLP

14   Attorneys for Barclays Capital

15        5301 Wisconsin Avenue, NW - Suite 800

16        Washington, DC 20015

17   BY:   HAMISH HUME, ESQ.

18

19   CAHILL, GORDON & REINDEL, LLP

20   Attorneys for the Witness

21        80 Pine Street

22        New York, New York  10005

23   BY:   DAVID N. KELLEY, ESQ.

24        JOHN O. ENRIGHT, ESQ.

25

Page 4

1                    A. KIRK

2          A P P E A R A N C E S:  (Cont'd.)

3

4   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

5   Attorneys for the Creditors Committee

6        51 Madison Avenue

7        22nd Floor

8        New York, New York  10010

9   BY:  JAMES C. TECCE, ESQ.

10

11  JENNER & BLOCK, LLC

12  Attorneys for the Examiner

13        330 N. Wabash Avenue

14        Chicago, Illinois  60611-7603

15  BY:  DAVID C. LAYDEN, ESQ.

16

17  HUGHES, HUBBARD & REED, LLP

18  Attorneys for the SIPA Trustee

19        One Battery Park Plaza

20        New York, New York  10004-1482

21  BY:  SETH D. ROTHMAN, ESQ.

22       SAMUEL C. McCOUBREY, ESQ.

23

24  Also Present:

25        PHILIP E. KRUSE, Alvarez & Marsal

1                      A. KIRK

2    ALEX KIRK, called as a

3         witness, having been duly sworn by a Notary

4         Public, was examined and testified as

5         follows:

6    EXAMINATION BY

7    MR. GAFFEY:

8        Q.    Mr. Kirk, good morning.  My name is

9    Bob Gaffey.  We met briefly before.  I'm with

10   Jones Day.  We are special counsel to the estate

11   of Lehman Brothers Holdings, Inc., and as I

12   guess you may know, we are spending some time

13   looking into the facts surrounding the

14   transaction in September of 2008 --

15       A.    Uh-huh.

16       Q.    -- through which Barclays purchased

17   some assets from Lehman.

18             Just a few ground rules.  If at any

19   time you need a break, just say so.  If there's

20   a question pending, I would prefer to get an

21   answer to it and then we can take break, but

22   just speak right up if you want to take five or

23   ten minutes.

24             I'm kind of a fast talker, so if I'm

25   going too fast, tell me and I'll try and slow

Page 6

                         A. KIRK

1

2   myself down.  And I'm going to ask you please to

3   wait until there's a full question asked before

4   you answer so that we can, as best we can, get a

5   clear record.

6        A.    Uh-huh.

7        Q.    Okay?

8             Did you have discussions with anyone

9   other than your counsel, Mr. Kelley, to prepare

10  for your deposition today?

11       A.    Yes.

12       Q.    With whom?

13       A.    I don't remember.

14       Q.    Mr. Kelley or anybody from his firm?

15  Anybody outside of his firm?

16       A.    Outside his firm we met with the

17  Barclays lawyers.

18       Q.    Okay.

19       A.    I don't remember their names.

20       Q.    And by whom are you employed, sir?

21       A.    Currently I'm not employed.

22       Q.    Was there a time when you were

23  employed at Lehman Brothers?

24       A.    Yes.

25       Q.    Can you give me, sir, just a brief

1                     A. KIRK

2     description of the positions you held?

3              How long were you at Lehman?

4        A.    I was at Lehman two separate stints.

5     I was at Lehman from December of 1994 until

6     January of 2008.

7        Q.    Uh-huh.

8        A.    And I returned to Lehman in July of

9     2008.  When I went to Lehman Brothers from

10    basically July of -- or, December of 1994 till

11    December 2001, I ran the distressed debt

12    business for Lehman Brothers.  From 2002 until

13    2006, I ran the high-yield and leveraged loan

14    business for Lehman Brothers.  From 2006 until

15    October of 2007, I ran the global credit

16    businesses.  From October 2007 until January of

17    '08, I was co-chief operating officer of fixed

18    income, and from -- and then I left the firm.

19    When I returned, I was global head of principal

20    businesses for that brief period of time.

21       Q.    And why did you leave the firm in

22    January of '08?

23       A.    The global head of fixed income, Roger

24    Nagioff, had resigned; my partner, Andy Morton,

25    was promoted to head of fixed income; and I

Page 8

A. KIRK

1    reached a mutual agreement to leave the firm

2    with senior -- with the president of Lehman

3    Brothers.

4         Q.    And where did you work in between

5    January of '08 and July of '08 when you returned

6    to Lehman?

7         A.    Didn't work.

8         Q.    And what occasioned your return to

9    Lehman in July of '08?

10        A.    They had promoted Bart McDade to be

11   president of the firm, and he requested that I

12   return to the firm within a few days of his

13   elevation.

14        Q.    And I take it you worked at Lehman --

15   well, for how long after July of '08 did you

16   work at Lehman Brothers?

17        A.    Until the end.  Until most of the

18   employees were transferred to Barclays, U.S.

19   employees.

20        Q.    And at the end, did you transfer over

21   to Barclays yourself?

22        A.    Yes.

23        Q.    And when did you start work at

24   Barclays?

1                        A. KIRK

2        A.    I don't remember the transfer date, to

3    be honest with you.  I worked there till the

4    first week of November.

5        Q.    First week of November '08?

6        A.    Yes.

7        Q.    What positions did you hold at

8    Barclays?

9        A.    I didn't have a position at Barclays.

10       Q.    Was there -- I know it was sort of

11   tumultuous times.  Was there any break in

12   between leaving Lehman and going to Barclays, or

13   did you just sort of start working at Barclays

14   at the end of the Lehman --

15       A.    Whenever the actual HR records

16   transferred.

17   (The Folloing pages were removed due to their

18   Confidentiality designations:

19   Page 9, Line 17 through Page 20, Line 8 (Highly Confidential);

20   Page 20, Line 9 through Page 55, Line 22 (Confidential);

21   Page 55, Line 23 through Page 60, Line 4 (Highly Confidential);

22   Page 60, Line 5 through Page 66, Line 4 (Confidential);

23   Page 66, Line 5 through Page 78, Line 19 (Highly Confidential);

24   Page 78, Line 20 through Page 83, Line 22 (Confidential);

25   Page 83, Line 23 through Page 114, Line 10 (Highly Confidential);

Page 10

1   Page 114, Line 11 through Page 123, Line 8 (Confidential);

2   Page 123, Line 9 through Page 129, Line 4 (Highly Confidential);

3   Page 130, Line 8 through Page 133, Line 12 (Confidential);

4   Page 133, Line 13 through Page 153, Line 12 (Highly Confidential);

5   Page 153, Line 13 through Page 161, Line 19 (Confidential);

6   Page 161, Line 20 through Page 171, Line 17 (Highly Confidential);

7   Page 171, Line 18 through Page 215, Line 8 (Confidential).

8

9

10

11

12

13

14   (Transcript is continued on Pg. 215, Line 9)

15

16

17

18

19

20

21

22

23

24

25

Page 215

1

2

3

4

5

6

7

8

9          (Time Noted:  3:06 P.M.)

10                       oOo

11

12

13

14

15

16

17

18                    _____

                        ALEX KIRK

19

20     Subscribed and sworn to

       before me this    day

21     of          2009.

22

       _____

23

24

25

Page 216

1                    A. KIRK

2                    CERTIFICATE

3        STATE OF NEW YORK )

                              :   ss

4        COUNTY OF NEW YORK)

5             I, Kathy S. Klepfer, a Registered

6        Merit Reporter and Notary Public within and

7        for the State of New York, do hereby

8        certify:

9             That ALEX KIRK, the witness whose

10       deposition is herein before set forth, was

11       duly sworn by me and that such deposition is

12       a true record of the testimony given by such

13       witness.

14            I further certify that I am not

15       related to any of the parties to this action

16       by blood or marriage and that I am in no way

17       interested in the outcome of this matter.

18            I further certify that neither the

19       deponent nor a party requested a review of

20       the transcript pursuant to Federal Rule of

21       Civil Procedure 30(e) before the deposition

22       was completed.

23            In witness whereof, I have hereunto

24       set my hand this 31st day of August, 2009.

25                    --------------------------------------

1                           A. KIRK

2                           INDEX

3      WITNESS:                EXAMINATION BY           PAGE

4      A. KIRK                 Mr. Gaffey            5, 208

5                             Mr. Rothman        176, 213

6                             Mr. Tecce               190

7                             Mr. Hume          213, 214

8      EXHIBITS:                                     PAGE

9      Exhibit 316, an e-mail chain with .......... 121

10     attached balance sheet

11     Exhibit 317, a document bearing Bates ...... 132

12     Nos. 10310050

13     Exhibit 318, a document bearing Bates ...... 137

14     Nos. 10325943 with attachment

15     Exhibit 319, an e-mail chain .............. 140

16     Exhibit 320, a document bearing Bates ...... 145

17     Nos. 10293820

18     Exhibit 321, a document bearing Bates ...... 153

19     Nos. AK-LB-BANKR00002 through 27

20     Exhibit 323, a document bearing Bates ...... 160

21     Nos. AK-LB-BANKR000030

22     Exhibit 324, a document bearing Bates ...... 171

23     Nos. AK-LB-BANKR0000987 through 119

24     Exhibit 325, a document bearing Bates ...... 174

25     Nos. AK-LB-BANKR000188

1                        A. KIRK

2                   INDEX (Cont'd.)

3      EXHIBITS:                                PAGE

4      Exhibit 326, an e-mail chain .............  186

5      Exhibit 327, an e-mail chain dated ........  195

6      September 21, 2008

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 219

A. KIRK

NAME OF CASE:  In re Lehman Brothers

DATE OF DEPOSITION:  August 31, 2009

NAME OF WITNESS:  Alex Kirk

Reason Codes:

    1.  To clarify the record.

    2.  To conform to the facts.

    3.  To correct transcription errors.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

_____

ALEX KIRK

# A. 17

1               M. KLEIN

2         UNITED STATES BANKRUPTCY COURT

3         SOUTHERN DISTRICT OF NEW YORK

4     ---------------------x

5     In Re:

6                          Chapter 11

7     LEHMAN BROTHERS        Case No. 08-13555(JMP)

8     HOLDINGS, INC., et al.,    (Jointly Administered)

9

                Debtors.

10

      ----------------------x

11

12

13          DEPOSITION OF MICHAEL KLEIN

14          New York, New York

15          September 12, 2009

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 24546

Page 2

1                    M. KLEIN

2              September 12, 2009

3                  10:40 a.m.

4

5

6        DEPOSITION of MICHAEL KLEIN, held at

7        Jones Day LLP, 222 East 41st Street,

8        New York, New York, before Kathy S.

9        Klepfer, a Registered Professional

10       Reporter, Registered Merit Reporter,

11       Certified Realtime Reporter, Certified

12       Livenote Reporter, and Notary Public

13       of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                          M. KLEIN

2

3                    A P P E A R A N C E S:

4

5      JONES DAY, LLP

6      Attorneys for Lehman Brothers, Inc.

7           222 East 41st Street

8           New York, New York  10017-6702

9      BY:  ROBERT W. GAFFEY, ESQ.

10          BRIDGET CRAWFORD, ESQ.

11

12     BOIES, SCHILLER & FLEXNER, LLP

13     Attorneys for Barclays

14          575 Lexington Avenue - 7th Floor

15          New York, New York  10022

16     BY:  JACK G. STERN, ESQ.

17

18     KIRKLAND & ELLIS, LLP

19     Attorneys for the Witness

20          Citigroup Center

21          153 East 53rd Street

22          New York, New York  10022-4611

23     BY:  DAVID BERNICK, ESQ.

24          JOHN P. DEL MONACO, ESQ.

25

Page 4

1                      M. KLEIN

2           A P P E A R A N C E S:   (Cont'd.)

3

4    QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

5    Attorneys for the Creditors Committee

6          51 Madison Avenue

7          22nd Floor

8          New York, New York  10010

9    BY:  JAMES C. TECCE, ESQ.

10

11   JENNER & BLOCK, LLP

12   Attorneys for the Examiner

13         330 N. Wabash Avenue

14         Chicago, Illinois  60611-7603

15   BY:  JACOB P. ZIPFEL, ESQ.

16

17   HUGHES, HUBBARD & REED, LLP

18   Attorneys for the SIPA Trustee

19         One Battery Park Plaza

20         New York, New York  10004-1482

21   BY:  NEIL J. OXFORD, ESQ.

22         AMINA HASSAN, ESQ.

23

24   Also Present:

25         PHILIP E. KRUSE, Alvarez & Marsal

Page 5

1                    M. KLEIN

2        (the entire transcript has been removed

3    due to its Highly Confidential designation

4    Page 5 line 2 through Page 218 Line 16)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 218

1                          M. KLEIN

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17                          oOo

18                    _____

                          MICHAEL KLEIN

19

20      Subscribed and sworn to

        before me this    day

21      of          2009.

22

        _____

23

24

25

Page 219

1                      M. KLEIN

2                   CERTIFICATE

3        STATE OF NEW YORK )

                        :  ss

4        COUNTY OF NEW YORK)

5             I, Kathy S. Klepfer, a Registered

6        Merit Reporter and Notary Public within and

7        for the State of New York, do hereby

8        certify:

9             That MICHAEL KLEIN, the witness whose

10       deposition is herein before set forth, was

11       duly sworn by me and that such deposition is

12       a true record of the testimony given by such

13       witness.

14            I further certify that I am not

15       related to any of the parties to this action

16       by blood or marriage and that I am in no way

17       interested in the outcome of this matter.

18            I further certify that neither the

19       deponent nor a party requested a review of

20       the transcript pursuant to Federal Rule of

21       Civil Procedure 30(e) before the deposition

22       was completed.

23            In witness whereof, I have hereunto

24       set my hand this 12th day of Sept., 2009.

25                 -------------------------------

1              M. KLEIN

2              INDEX

3   WITNESS:              EXAMINATION BY          PAGE

4   M. KLEIN             Mr. Gaffey                 5

5                        Mr. Tecce               156

6                        Mr. Oxford              180

7

8   EXHIBITS:                                    PAGE

9   Exhibit 424, Subpoena for Rule 2004           13

10  Examination

11  Exhibit 425, a document bearing Bates Nos.   124

12  BCI-EX-00077378 through 379

13  Exhibit 426, a document bearing Bates Nos.   149

14  BCI-EX-00080661

15

16

17

18

19

20

21

22

23

24

25

Page 221

1                          M. KLEIN
2    NAME OF CASE:  In re Lehman Brothers Holdings, Inc.
3    DATE OF DEPOSITION:  September 12, 2009
4    NAME OF WITNESS:  Michael Klein
5    Reason Codes:
6         1.  To clarify the record.
          2.  To conform to the facts.
7         3.  To correct transcription errors.
8    Page _____ Line _____ Reason _____
     From _____ to _____
9
     Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12
     Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15
     Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18
     Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21
     Page _____ Line _____ Reason _____
22   From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24
25                        _____

# A. 18

1              G. LaROCCA

2        UNITED STATES BANKRUPTCY COURT

3        SOUTHERN DISTRICT OF NEW YORK

4   ----------------------x

5   In Re:

6                          Chapter 11

7   LEHMAN BROTHERS         Case No. 08-13555(JMP)

8   HOLDINGS, INC., et al.,    (Jointly Administered)

9

                Debtors.

10

    ----------------------x

11

12

13        DEPOSITION OF GERARD LaROCCA

14          New York, New York

15          August 19, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24292

Page 2

1              G. LaROCCA

2           August 19, 2009

3              9:30 a.m.

4

5

6    Deposition of GERARD LaROCCA, held at

7    Jones Day, LLP, 222 East 41st Street,

8    New York, New York, before Kathy S.

9    Klepfer, a Registered Professional

10   Reporter, Registered Merit Reporter,

11   Certified Realtime Reporter, Certified

12   Livenote Reporter, and Notary Public

13   of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                        G. LaROCCA

2

3               A P P E A R A N C E S:

4    JONES DAY, LLP

5    Attorneys for Lehman Brothers, Inc.

6         222 East 41st Street

7         New York, New York  10017-6702

8    BY:  ROBERT W. GAFFEY, ESQ.

9         BART GREEN, ESQ.

10

11   BOIES, SCHILLER & FLEXNER, LLP

12   Attorneys for Barclays Capital

13   and the Witness

14        575 Lexington Avenue - 7th Floor

15        New York, New York  10022

16   BY:  JACK G. STERN, ESQ.

17

18   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

19   Attorneys for the Creditors Committee

20        865 Figueroa Street, 10th Floor

21        Los Angeles, California  90017

22   BY:  ERICA P. TAGGART, ESQ.

23

24

25          A P P E A R A N C E S:  (Cont'd.)

Page 4

1                    G. LaROCCA

2

3    JENNER & BLOCK, LLP

4    Attorneys for the Examiner

5        330 N. Wabash Avenue

6        Chicago, Illinois  60611-7603

7    BY:  ROBERT L. BYMAN, ESQ.

8

9    HUGHES, HUBBARD & REED, LLP

10   Attorneys for the SIPA Trustee

11       1775 I Street, N.W.

12       Washington, DC  20006-2401

13   BY:  JOHN F. WOOD, ESQ.

14       FARA TABATABAI, ESQ.

15

16

17   Also Present:

18       PHILIP E. KRUSE, Alvarez & Marsal

19

20

21

22

23

24

25

1                          G. LaROCCA

2    GERARD LaROCCA, called as a

3         witness, having been duly sworn by a Notary

4         Public, was examined and testified as

5         follows:

6    EXAMINATION BY

7    MR. GAFFEY:

8         Q.    Mr. LaRocca, good morning.  We met

9    briefly before the deposition.  I'm Bob Gaffey.

10   I'm with Jones Day and we are special counsel to

11   the estate of Lehman Brothers Holdings, Inc.,

12   and as you know, we have been looking into

13   matters related to the transaction in September

14   of 2008 where Barclays purchased some assets

15   from Lehman and my questions today will be

16   largely about that.  But first let me get some

17   background information.

18            Have you been deposed before?

19        A.    No, I haven't.

20   (The following portions have been removed due to

21    their Confidentiality designations:

22   Page 5, Line 20 through Page 27, Line 4 (Confidential);

23   Page 27, Line 5 through Page 155, Line 18 (Highly Confidential);

24   Page 155, Line 19 through Page 157, Line 14 (Confidential);

25   Page 157, Line 15 through Page 182, Line 22 (Highly Confidential);

1                    G. LaROCCA

2    Page 182, Line 23 through Page 185, Line 18 (Confidential); and

3    Page 185, Line 19 through Page 200, Line 7 (Highly Confidential).

4    professional licenses of any kind?

5

6    the transcript is continued on Page 200, Line 9.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          G. LaROCCA

2

3

4

5

6

7

8

9            MR. STERN:  That's all I have.

10           (Time Noted:  3:02 P.M.)

11                        oOo

12

13

14

15

16

17

18                    _____

                      GERARD LaROCCA

19

20      Subscribed and sworn to

        before me this    day

21      of         2009.

22

        _____

23

24

25

1                    G. LaROCCA

2                    CERTIFICATE

3        STATE OF NEW YORK )

                            :  ss

4        COUNTY OF NEW YORK)

5            I, Kathy S. Klepfer, a Registered

6        Merit Reporter and Notary Public within and

7        for the State of New York, do hereby

8        certify:

9            That GERARD LaROCCA, the witness whose

10       deposition is herein before set forth, was

11       duly sworn by me and that such deposition is

12       a true record of the testimony given by such

13       witness.

14           I further certify that I am not

15       related to any of the parties to this action

16       by blood or marriage and that I am in no way

17       interested in the outcome of this matter.

18           I further certify that neither the

19       deponent nor a party requested a review of

20       the transcript pursuant to Federal Rule of

21       Civil Procedure 30(e) before the deposition

22       was completed.

23           In witness whereof, I have hereunto

24       set my hand this 19th day of August, 2009.

25                    -------------------------------------

Page 202

1                          G. LaROCCA

2                          INDEX

3    WITNESS:              EXAMINATION BY            PAGE

4    G. LaROCCA            Mr. Gaffey            5, 197

5                          Mr. Wood                 157

6                          Ms. Taggart              180

7                          Mr. Stern                198

8

9    EXHIBITS:                                   PAGE

10   Exhibit 202, a document bearing Bates Nos.    62

11   ECI-EX-00000042 through 43

12   Exhibit 203, a document bearing Bates Nos.    64

13   BCI-EX-00000080

14   Exhibit 204, a document bearing Bates Nos.    69

15   BCI-EX-00000081

16   Exhibit 205, Motion Under 11 U.S.C. Sections   83

17   105 and 363 and Fed. R. Bankr. P. 9019(a)

18   for Entry of an Order Approving Settlement

19   Agreement

20   Exhibit 206, a letter from Hamish Hume dated   88

21   July 31, 2009

22   Exhibit 207, a document bearing Bates Nos.    89

23   BCI-EX-00099493 through 99517

24   Exhibit 208, a document bearing Bates Nos.   143

25   BCI 006119 through 6646

Page 203

G. LaROCCA

INDEX (Cont'd.)

EXHIBITS:                                      PAGE

Exhibit 209, a document bearing Bates Nos.    150
BCI-EX-00079307 through 79309

Exhibit 210, a document bearing Bates Nos.    153
BCI-EX-00082420 through 82422

Exhibit 211, a letter from C. Green to        155
R. Gaffey dated August 18, 2009

Exhibit 212, an e-mail string, the first one  168
in time from N. Reyda to ITD War Room, dated
September 19, 2008

Exhibit 213, an e-mail string, the first in   168
time from G. LaRocca to A. Blackwell, dated
September 20, 2008

Exhibit 214, an e-mail from T. Hasenpusch to  171
A. Blackwell and others, with attachment

Exhibit 215, a document bearing Bates Nos.    193
BCI-EX-(S)-00034528 through 34529

Page 204

1                          G. LaROCCA
2        NAME OF CASE:  In re Lehman Brothers
3        DATE OF DEPOSITION:  August 19, 2009
4        NAME OF WITNESS:  Gerard LaRocca
5        Reason Codes:
6              1.  To clarify the record.
               2.  To conform to the facts.
7              3.  To correct transcription errors.
8        Page _____ Line _____ Reason _____
         From _____ to _____
9
         Page _____ Line _____ Reason _____
10       From _____ to _____
11       Page _____ Line _____ Reason _____
         From _____ to _____
12
         Page _____ Line _____ Reason _____
13       From _____ to _____
14       Page _____ Line _____ Reason _____
         From _____ to _____
15
         Page _____ Line _____ Reason _____
16       From _____ to _____
17       Page _____ Line _____ Reason _____
         From _____ to _____
18
         Page _____ Line _____ Reason _____
19       From _____ to _____
20       Page _____ Line _____ Reason _____
         From _____ to _____
21
         Page _____ Line _____ Reason _____
22       From _____ to _____
23       Page _____ Line _____ Reason _____
         From _____ to _____
24
                              _____
25                            GERARD LaROCCA

# A. 19

Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3            SOUTHERN DISTRICT OF NEW YORK

4     ------------------------x

5     In Re:

6                          Chapter 11

7     LEHMAN BROTHERS        Case No. 08-13555(JMP)

8     HOLDINGS, INC., et al,   (Jointly Administered)

9              Debtors.

10    ------------------------x

11

12

13            DEPOSITION OF IAN LOWITT

14              New York, New York

15              August 20, 2009

16

17    Reported by:

18    MARY F. BOWMAN, RPR, CRR

19    JOB NO. 24043

20

21

22

23

24

25

Page 2

1

2

3

4

5                              August 20, 2009

6                              9:31 a.m.

7

8

9              Deposition of IAN LOWITT, held at

10    the offices of Jones Day, LLP, 222 East 41st

11    Street, New York, New York, before Mary F.

12    Bowman, a Registered Professional Reporter,

13    Certified Realtime Reporter, and Notary Public

14    of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2                    APPEARANCES:

3    JONES DAY, LLP

4    Attorneys for Lehman Brothers, Inc.

5         222 East 41st Street

6         New York, New York   10017-6702

7    BY:  ROBERT GAFFEY, ESQ.

8         BRIDGET CRAWFORD, ESQ.

9

10   BOIES, SCHILLER & FLEXNER, LLP

11   Attorneys for Barclays and The Witness

12        5301 Wisconsin Avenue, NW - Suite 800

13        Washington, DC 20015

14   BY:  HAMISH HUME, ESQ.

15

16   WILLKIE FARR & GALLAGHER, LLP

17   Attorneys for the Witness

18        1875 K Street NW

19        Washington DC   20006-1238

20   BY:  RICHARD D. BERNSTEIN, ESQ.

21        KELLY M. HNATT, ESQ.

22

23

24

25

Page 4

1

2                        APPEARANCES:

3    QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

4    Attorneys for the Creditors Committee

5         865 Figueroa Street, 10th Floor

6         Los Angeles, CA   90017

7    BY:  ERICA P. TAGGART, ESQ.

8

9    JENNER & BLOCK, LLC

10   Attorneys for the Examiner

11        330 N. Wabash Avenue

12        Chicago, Illinois   60611-7603

13   BY:  ROBERT L. BYMAN, ESQ.

14

15   HUGHES, HUBBARD & REED, LLP

16   Attorneys for the SIPA Trustee

17        One Battery Park Plaza

18        New York, New York   10004-1482

19   BY:  NEIL J. OXFORD, ESQ.

20        JOHN F. WOOD, ESQ.

21

22   Also Present:

23        THOMAS E. HOMMEL, ESQ.

24            Lehman Brothers Holdings

25        PHILIP E. KRUSE, Alvarez & Marsal

Page 5

1

2

3

4

5          IT IS HEREBY STIPULATED AND AGREED, by

6     and between the attorneys for the respective

7     parties herein, that filing and sealing be

8     and the same are hereby waived.

9          IT IS FURTHER STIPULATED AND AGREED

10    that all objections, except as to the form

11    of the question, shall be reserved to the

12    time of the trial.

13

14

15          IT IS FURTHER STIPULATED AND AGREED

16    that the within deposition may be sworn to

17    and signed before any officer authorized to

18    administer an oath, with the same force and

19    effect as if signed and sworn to before the

20    Court.

21

22

23

24

25

Page 6

1                       LOWITT

2   IAN LOWITT,

3       called as a witness by the parties,

4       having been duly sworn, testified as

5       follows:

6   EXAMINATION BY

7   MR. GAFFEY:

8       Q.   Good morning, Mr. Lowitt.  My name is

9   Bob Gaffey.  We met briefly before.  I am with

10  Jones Day.  We're special counsel to the estate of

11  Lehman Brothers Holdings, Inc., and as you

12  probably know, we are looking into issues arising

13  from the transaction in September of 2008 wherein

14  Barclays purchased certain assets of Lehman.

15          I should say to start, I have had a

16  request from my friends at the bottom of the table

17  who have been with us the last couple of days to

18  keep my voice up so they can hear, and I am going

19  to ask you to do the same thing.

20          Have you had your deposition taken

21  before?

22      A.   I have not.

23      Q.   Just a couple of ground rules.  One,

24  try and keep your voice up for everybody.  Two,

25  please give me audible answers.  The court

LOWITT

1 reporter can't take down a nod or a shake of the

2 head. So for the sake of a clear record, please

3 try to do that.

4         If you need a break at any time, say

5 so. If there is a question pending and there is

6 not an issue about whether there's a privilege

7 applying to the question, what I would ask is for

8 an answer to that, and then if you need to, you

9 can step out into the hall and we will take a

10 short break.

11     A.    Okay. Thank you.

12     Q.    Can you give me a description,

13 Mr. Lowitt, of your education after secondary

14 school?

15     A.    I attended the University of

16 Witwatersrand in South Africa, in Johannesburg.

17         MR. BYMAN: I cannot hear you at all.

18 Can you speak up.

19     A.    I attended the University of

20 Witwatersrand in Johannesburg, South Africa, did

21 an undergraduate degree in electrical engineering,

22 and then I did a Master's degree in electrical

23 engineering.

24         And then I went to Oxford in England

Page 8

1                         LOWITT

2      and did a PPE, philosophy, politics and economics,

3      and then I did a graduate degree in economics at

4      Oxford.

5           Q.     What college at Oxford?

6           A.     I was at Merton College.

7           Q.     After you took your second degree at

8      Oxford, is that the end of your education?

9           A.     That is the end of my education.

10          Q.     Do you keep any professional licenses?

11          A.     I do not.

12          Q.     Have you ever?  Series 7, series 23,

13     anything like that?

14          A.     No.

15     (The following portions have been removed due to

16      their Confidentiality designations:

17     Page 8, Line 15 through Page 15, Line 3 (Confidential);

18     Page 15, Line 4 through Page 105, Line 24 (Highly Confidential);

19     Page 105, Line 25 through Page 109, Line 11 (Confidential);

20     Page 109, Line 12 through Page 154, Line 12 (Highly Confidential);

21     Page 154, Line 13 through Page 156, Line 17 (Confidential); and

22     Page 156, Line 18 through Page 288, Line 8 (Highly Confidential).

23

24     the transcript is continued on Page 288, Line 9.)

25

1                            LOWITT

2

3

4

5

6

7

8

9              (Time noted:  5:51 p.m.)

10

11          _____

12                   IAN LOWITT

13

14     Subscribed and sworn to

15     before me this    day

16     of August, 2009.

17

18     _____

19

20

21

22

23

24

25

Page 289

```
 1                        LOWITT
 2                        INDEX:
 3    WITNESS             EXAM BY:              PAGE:
 4    I. Lowitt           Mr. Gaffey           6, 276
 5                        Ms. Taggart           216
 6                        Mr. Oxford          248, 285
 7                        Mr. Hume              281
 8
 9                        EXHIBITS
10    Exhibit No.                      Marked
11    Exhibit 216 document Bates stamped           30
                  BCI-EX77335 through 37
12    Exhibit 217 document Bates stamped           97
                  BCI-EX00115595 through 654
13    Exhibit 218 document Bates stamped 42628     146
      Exhibit 219 document Bates stamped 138017    148
14    Exhibit 221 document Bates stamped 137537    154
      Exhibit 220 document Bates stamped           161
15                10298186
      Exhibit 222 e-mail dated 9/20/2008 at        173
16                1:42:32
      Exhibit 223 document Bates stamped           181
17                10293506
      Exhibit 224 four-page e-mail dated           184
18                9/20/2008 at 6:12 p.m.
      Exhibit 225 two-page document Bates          189
19                stamped 77882
      Exhibit 226 e-mail dated September 21,       199
20                2008 at 2:15 p.m.
      Exhibit 227 two-page document Bates numbed   203
21                70327
      Exhibit 228 e-mail dated 9/21/2008 at        257
22                8:09:34 p.m.
      Exhibit 229 e-mail dated 9/21/2008 at        260
23                6:20:35 p.m.
      Exhibit 230 e-mail dated 9/22/2008 at        274
24                11:53:18 a.m.
      Exhibit 231 document Bates stamped           277
25                10254271 (two pages)
```

Page 290

LOWITT

CERTIFICATE

STATE OF NEW YORK )

                )ss:

COUNTY OF NEW YORK)

        I, MARY F. BOWMAN, a Registered

Professional Reporter, Certified Realtime

Reporter, and Notary Public within and for

the State of New York, do hereby certify:

        That IAN LOWITT, the witness whose

deposition is hereinbefore set forth, was

duly sworn by me and that such deposition is

a true record of the testimony given by such

witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage and that I am in no way

interested in the outcome of this matter.

        In witness whereof, I have hereunto

set my hand this 20th day of August, 2009.


                    _____

                    MARY F. BOWMAN, RPR, CRR

1                     LOWITT
2            * * *ERRATA SHEET* * *
3    NAME OF CASE:  In Re:  Lehman Brothers, Inc.
4    DATE OF DEPOSITION:  8/20/09
5    NAME OF WITNESS:  Ian Lowitt
6    Reason codes:
7         1. To clarify the record.
          2. To conform to the facts.
8         3. To correct transcription errors.
9

10   Page _____ Line _____ Reason_____
     From _____ to_____
11

12   Page _____ Line _____ Reason_____
     From _____ to_____
13

14   Page _____ Line _____ Reason_____
     From _____ to_____
15

16   Page _____ Line _____ Reason_____
     From _____ to_____
17

18   Page _____ Line _____ Reason_____
     From _____ to_____
19

20   Page _____ Line _____ Reason_____
     From _____ to_____
21

22   Page _____ Line _____ Reason_____
     From _____ to_____
23

24                    _____
                      IAN LOWITT
25

# A. 20

Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     -----------------------x

5     In Re:

6                              Chapter 11

7     LEHMAN BROTHERS          Case No. 08-13555(JMP)

8     HOLDINGS, INC., et al.,    (Jointly Administered)

9

              Debtors.

10

      -----------------------x

11

12

13          DEPOSITION OF BART McDADE

14              New York, New York

15              September 2, 2009

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 24045

Page 2

1                    B. McDADE

2              September 2, 2009

3                 9:57 a.m.

4

5

6      Deposition of BART McDADE, held at Jones Day, LLP,

7      222 East 41st Street, New York,

8      New York, before Kathy S. Klepfer, a

9      Registered Professional Reporter,

10     Registered Merit Reporter, Certified

11     Realtime Reporter, Certified Livenote

12     Reporter, and Notary Public of the State

13     of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                          B. McDADE

2

3               A P P E A R A N C E S:

4

5      JONES DAY, LLP

6      Attorneys for Lehman Brothers, Inc.

7           222 East 41st Street

8           New York, New York  10017-6702

9      BY:  ROBERT W. GAFFEY, ESQ.

10          BART GREEN, ESQ.

11

12     BOIES, SCHILLER & FLEXNER, LLP

13     Attorneys for Barclays Capital

14          5301 Wisconsin Avenue, NW

15           Washington, DC  20015

16     BY:  HAMISH HUME, ESQ.

17

18     WILLIAMS & CONNOLLY, LLP

19     Attorneys for the Witness

20          725 12th Street, NW

21          Washington, DC  20005

22     BY:  JOHN J. BUCKLEY, ESQ.

23          JAMES WEINGARTEN, ESQ.

24

25

Page 4

1                        B. McDADE

2            A P P E A R A N C E S:   (Cont'd.)

3

4    QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

5    Attorneys for the Creditors Committee

6    865 S. Figueroa Street, 10th Floor

7         Los Angeles, California  90017

8    BY:  ERICA P. TAGGART, ESQ.

9

10   JENNER & BLOCK, LLC

11   Attorneys for the Examiner

12        330 N. Wabash Avenue

13        Chicago, Illinois  60611-7603

14   BY:  ROBERT L. BYMAN, ESQ.

15

16   HUGHES, HUBBARD & REED, LLP

17   Attorneys for the SIPA Trustee

18        One Battery Park Plaza

19        New York, New York  10004-1482

20   BY:  WILLIAM R. MAGUIRE, ESQ.

21        AMINA HASSAN, ESQ.

22

23   Also Present:

24        THOMAS E. HOMMEL

25        RAJESH ANKALKOTI

B. McDADE

1   BART McDADE, called as a

2        witness, having been duly sworn by a Notary

3        Public, was examined and testified as

4        follows:

5   EXAMINATION BY

6   MR. GAFFEY:

7        Q.    Good morning, Mr. McDade.  We met

8   briefly before.  As you know, I'm Bob Gaffey.

9        A.    Good morning.

10       Q.    I'm from Jones Day and we are special

11  counsel to the estate of Lehman Brothers

12  Holdings, Inc. and, as I hope you know, we are

13  charged with looking into some matters relating

14  to the transaction in September of 2008 where

15  assets were transferred from Lehman to Barclays,

16  and that will be the subject of my questions

17  this morning.

18            Just a couple of ground rules, which

19  you either know or have been told, but let me

20  review them.  If you need a break at any time,

21  just say so, and if there's a question pending,

22  I would ask that the question be answered and

23  then take whatever break you want.  Just speak

24  up when that's convenience whenever you think

1                        B. McDADE

2    you need a break.

3              I have a habit of becoming a fast

4    talker.  I try and slow it down when I'm going

5    this long, but if I'm speaking too quickly, tell

6    me, and if you don't understand me in any way,

7    tell me and I'll try and rephrase the question

8    so you do.  And I'll ask, if you can, try and

9    wait for me to ask a complete question before

10   you answer it for the sake of the court

11   reporter.  That will make it easier for Kathy

12   here and make for a cleaner record.

13       A.     Okay, I understand.

14       Q.     Have you had your deposition taken

15   before?

16       A.     No, I have not.

17       Q.     How are you currently employed?

18       A.     I am unemployed.

19       Q.     And prior to being unemployed, what

20   was your last job?

21       A.     My last job was a small stint at

22   Barclays Capital.

23       Q.     When did you work at Barclays Capital?

24       A.     The end of the week of September 22nd

25   through till December 31st of 2008.

1                          B. McDADE

2          Q.     Prior to that you were employed by

3    Lehman Brothers, correct?

4          A.     Correct.

5          Q.     How long were you at Lehman Brothers?

6          A.     I was a summer intern from 1979;

7    full-time employee from 1983.

8          Q.     I'm not going to ask you to go through

9    the whole 1993 --

10         A.     Thank you.

11         Q.     -- but if you can give me an idea of

12   what you were -- maybe just give me a summary of

13   positions you held in the last three years

14   before September of 2008.

15         A.     Sure.  The job I held from early 2000

16   until 2005 was the global head of fixed income.

17   From 2005 till June of 2008, I was global head

18   of equities.  From 2008 until I left to go to

19   Barclays, I was the president of Lehman

20   Brothers.

21         Q.     Okay.  Did you leave the firm at any

22   time during that period or were you continuously

23   employed?

24         A.     No, I did not.

25         Q.     And why did you leave Barclays?

1              B. McDADE

2      A.     I left Barclays -- I went to Barclays

3   to help the transaction's integration.  I left

4   Barclays -- that was the sole purpose of going

5   to Barclays.  Therefore, when I thought my

6   responsibilities with that integration were

7   done, I left Barclays.

8      Q.     From the outset, had that been the

9   plan, that you would go there for the

10   integration, stay a short period of time, and

11   then leave?

12      A.     Yes.

13   (The following portions have been removed due to their

14   Confidentiality designations:

15   Page 8, Line 13 through Page 29, Line 12 (Confidential);

16   Page 29, Line 13 through Page 32, Line 13 (Highly Confidential);

17   Page 32, Line 14 through Page 41, Line 8 (Confidential);

18   Page 41, Line 9 through Page 50, Line 18 (Highly Confidential);

19   Page 50, Line 19 through Page 54, Line 13 (Confidential);

20   Page 54, Line 14 through Page 119, Line 18 (Highly Confidential);

21   Page 119, Line 19 through Page 125, Line 21 (Confidential);

22   Page 125, Line 22 through Page 157, Line 9 (Highly Confidential);

23   Page 157, Line 10 through Page 161, Line 18 (Confidential);

24   Page 161, Line 19 through Page 164, Line 12 (Highly Confidential);

25   Page 164, Line 13 through Page 170, Line 23 (Confidential);

1    Page 170, Line 24 through Page 171, Line 25 (Highly Confidential);

2    Page 172, Line 2 through Page 174, Line 17 (Confidential);

3    Page 174, Line 18 through Page 191, Line 5 (Highly Confidential);

4    Page 191, Line 6 through Page 194, Line 17 (Confidential);

5    Page 194, Line 18 through Page 222, Line 2 (Highly Confidential);

6    Page 222, Line 3 through Page 232, Line 19 (Confidential);

7    Page 232, Line 20 through Page 272, Line 10 (Highly Confidential);

8    Page 272, Line 11 through Page 274, Line 6 (Confidential);

9    Page 274, Line 7 through Page 285, Line 13 (Highly Confidential);

10   Page 285, Line 14 through Page 302, Line 5 (Confidential).

11

12

13

14

15

16     (Transcript is continued on Page 302, Line 6)

17

18

19

20

21

22

23

24

25

Page 302

1

2

3

4

5

6                    (Time Noted:  4:45 P.M.)

7                              oOo

8

9

10

11

12

13

14

15

16

17

18                              _____

                               BART McDADE

19

20        Subscribed and sworn to

         before me this    day

21       of          2009.

22

         _____

23

24

25

1                    B. McDADE

2                    CERTIFICATE

3        STATE OF NEW YORK )

                               :   ss

4        COUNTY OF NEW YORK)

5            I, Kathy S. Klepfer, a Registered

6        Merit Reporter and Notary Public within and

7        for the State of New York, do hereby

8        certify:

9            That BART McDADE, the witness whose

10       deposition is herein before set forth, was

11       duly sworn by me and that such deposition is

12       a true record of the testimony given by such

13       witness.

14           I further certify that I am not

15       related to any of the parties to this action

16       by blood or marriage and that I am in no way

17       interested in the outcome of this matter.

18           I further certify that neither the

19       deponent nor a party requested a review of

20       the transcript pursuant to Federal Rule of

21       Civil Procedure 30(e) before the deposition

22       was completed.

23           In witness whereof, I have hereunto

24       set my hand this 2nd day of September, 2009.

25                    -------------------------------------

1                        B. McDADE

2                         INDEX

3    WITNESS:              EXAMINATION BY          PAGE

4    B. McDADE            Mr. Gaffey           5, 296

5                         Ms. Taggart             232

6                         Mr. Maguire             271

7                         Mr. Hume                285

8

9    EXHIBITS:                                   PAGE

10   Exhibit 335, a document bearing Bates        196

11   Nos. BCI-EX-(S)-50261

12   Exhibit 336, handwritten calculation         205

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 305

B.  McDADE

1

2   NAME OF CASE:  In re Lehman  Brothers

3   DATE OF DEPOSITION:  September 2, 2009

4   NAME OF WITNESS:  Bart McDade

5   Reason Codes:

6       1.  To clarify the record.
        2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page _____ Line _____ Reason _____
    From _____ to _____

9

    Page _____ Line _____ Reason _____

10  From _____ to _____

11  Page _____ Line _____ Reason _____
    From _____ to _____

12

    Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____
    From _____ to _____

15

    Page _____ Line _____ Reason _____

16  From _____ to _____

17  Page _____ Line _____ Reason _____
    From _____ to _____

18

    Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____
    From _____ to _____

21

    Page _____ Line _____ Reason _____

22  From _____ to _____

23  Page _____ Line _____ Reason _____
    From _____ to _____

24

                        _____
25                      BART McDADE

# A. 21

Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     ------------------------------x
      In Re:                    Chapter 11
5     LEHMAN BROTHERS            Case No. 08-13555 (JMP)
      HOLDINGS, INC., et al.,    (Jointly Administered)
6     ------------------------------)

7

8

9          DEPOSITION OF HUGH McGEE

10             New York, New York

11          Monday, August 10, 2009

12

13

14

15

16

17

18

19

20    Reported by:

      FRANCIS X. FREDERICK, CSR, RPR, RMR

21    JOB NO. 24038

22

23

24

25

Page 2

1

2

3

4

5                  August 10, 2009

6                  10:00 a.m.

7

8

9

10       Deposition of HUGH McGEE, held at the offices

11       of Jones Day, 222 East 41st Street, New York,

12       New York, pursuant to Notice, before Francis

13       X. Frederick, a Certified Shorthand Reporter,

14       Registered Merit Reporter and Notary Public

15       of the States of New York and New Jersey.

16

17

18

19

20

21

22

23

24

25

Page 3

1

2      A P P E A R A N C E S:

3

4           JONES DAY, LLP

5           Attorneys for Lehman Brothers, Inc.

6                222 East 41st Street

7                New York, New York  10017-6702

8      BY:   ROBERT W. GAFFEY, ESQ.

9                BRIDGET CRAWFORD, ESQ.

10

11          SIMPSON THACHER & BARTLETT

12          Attorneys for the Witness

13               425 Lexington Avenue

14               New York, New York  10017

15     BY:   MICHAEL CHEPIGA, ESQ.

16               CHRISTOPHER J. LUCHT, ESQ.

17

18          BOISE SCHILLER & FLEXNER, LLP

19          Attorneys for Barclays Capital

20               575 Lexington Avenue - 7th Floor

21               New York, New York  10022

22     BY:   JACK G. STERN, ESQ.

23

24

25

Page 4

1

2    A P P E A R A N C E S:  (Cont'd.)

3         QUINN, EMANUEL, URQUHART, OLIVER &

4         HEDGES, LLP

5         Attorneys for the Creditors Committee

6              865 S. Figueroa Street, 10th Floor

7              Los Angeles, California  90017

8         BY:   ERICA P. TAGGART, ESQ.

9

10        HUGHES, HUBBARD & REED, LLP

11        Attorneys for the SIPA Trustee

12             One Battery Park Plaza

13             New York, New York  10004-1482

14        BY:   SETH D. ROTHMAN, ESQ.

15             SAMUEL C. McCOUBREY, ESQ.

16             - and -

17        HUGHES, HUBBARD & REED, LLP

18             1175 I Street, N.W.

19             Washington, D.C.  20006-2401

20        BY:   JOHN F. WOOD, ESQ.

21

22

23

24

25

Page 5

1

2    A P P E A R A N C E S:  (Cont'd.)

3            JENNER & BLOCK, LLC

4            Attorneys for the Examiner

5                330 N. Wabash Avenue

6                Chicago, Illinois  60611-7603

7            BY:   ROBERT L. BYMAN, ESQ.

8

9

10    ALSO PRESENT:

11            RAJESH ANKALKOTI, Alvarez & Marsal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

PROCEEDINGS

1

2          (Witness sworn.)

3          MR. STERN:  I'll just state on the

4     record our standing agreement concerning

5     confidentiality.  The transcript will be

6     marked as highly confidential and within

7     a week of receiving the transcript we

8     will make appropriate designations under

9     the confidentiality stipulation.

10          MR. GAFFEY:  And that's agreed.

11                    * * *

12   H U G H   M c G E E,   called as a witness,

13     having been duly sworn by a Notary

14     Public, was examined and testified as

15     follows:

16   EXAMINATION BY

17   MR. GAFFEY:

18          Q.   Good morning, Mr. McGee.  My name

19   is Bob Gaffey.  I'm with Jones Day.  And we're

20   special counsel to the estate of Lehman

21   Brothers Holdings, Inc.  We met briefly before

22   the deposition.

23          Can you give me an idea, Mr.

24   McGee, of your background at -- well, first

25   let me cover your educational background.

H. McGEE

2        You're a graduate of Princeton; is

that correct?

        A.      That's correct.

        Q.      What year did you graduate?

        A.      1981.

        Q.      And you also graduated law school

from the University of Texas?

        A.      That's correct.

        Q.      When did you graduate from there?

        A.      1984.

        Q.      And do you keep an active license

to practice law in any jurisdiction?

        A.      No.

        Q.      Could you give briefly a

description of your employment after your

graduation from law school.

        A.      Sure.  I went to work in Houston,

Texas for the law firm Andrews & Kurth as an

associate in the corporate and securities

department working primarily on corporate

finance transactions, some M&A transactions,

with a client base that was largely

energy-based.  Had exposure to a number of

investment banks through the course of that

Page 8

H. McGEE

1    activity.  Was asked by First Boston to

2    consider a career change.  After the second

3    time that they asked, which was due to that

4    they had a young person leave, I moved to New

5    York City in late 1986, kind of beginning of

6    '87, and switched careers and became an

7    investment banker for First Boston in their

8    energy M&A department.  Stayed there until

9    June of 1989 at which time I left to join

10   Wasserstein Perella which was a split-off from

11   First Boston.  Stayed with Wasserstein Perella

12   through early 1993 when at such time the two

13   named partners of that firm were starting to

14   have some disagreements.  And I joined Lehman

15   Brothers at that time as a senior vice

16   president heading up their Houston office

17   focused primarily on energy.

18           Over time built up the Houston

19   office, became a managing director, ran the

20   energy group, ran the energy and power group

21   globally, both of those.  Then in December of

22   '02 the then head of investment banking had

23   been promoted up within Lehman Brothers and

24   they asked me to assume the job of global head

1                    H. McGEE

2    of investment banking which I was in that role

3    through the end of Lehman Brothers.

4         Q.    And who did you replace as head of

5    investment banking?

6         A.    A guy by the name of Brad Jack.

7         Q.    Okay.  I'd ask you, Mr. McGee,

8    just answer this question yes or no, please.

9    Did you review any documents to prepare for

10   your deposition testimony today?

11        A.    I was shown some documents.

12        Q.    Okay.  Did any of the documents

13   you were shown have the effect of refreshing

14   your recollection about the events of the week

15   of September 15th, 2008?

16        A.    To a limited extent, yes.

17        Q.    Could you tell me what those

18   documents were?

19        A.    I was shown some e-mail and I

20   think that's all.  I was shown some e-mail

21   documents.

22        Q.    Do you have a better recollection

23   of what the content of the e-mails was rather

24   than just e-mails?  What were they about, what

25   were their dates, what can you remember about

Page 10

1                    H. McGEE

2   those?

3        A.    They were generally dated during

4   the period of time that you're referring to.

5        Q.    Okay.

6        A.    But I can't -- I mean, we looked

7   at different e-mails.  I can't recall.

8        Q.    Okay.

9        A.    I'd be happy to address any

10  particular ones.

11       Q.    Okay.  We'll be showing you some

12  e-mails as we go through the day.

13       A.    Okay.

14       Q.    Have you -- other than lawyers,

15  have you spoken to anyone to prepare for your

16  deposition today?

17       A.    No.

18       Q.    Have you spoken to anyone whose

19  deposition has been taken in connection with

20  this proceeding?  Mr. Berkenfeld, Shapiro, Mr.

21  Felder?

22       A.    Well, I speak with them in the

23  normal course of business but not about this

24  topic.

25       (The following portions have been removed due to their

Page 11

1                    H. McGEE

2    Confidentiality designations:

3    Page 10, Line 25 through Page 24, Line 3 (Highly Confidential);

4    Page 24, Line 4 through Page 25, Line 19 (Confidential);

5    Page 25, Line 20 through Page 69, Line 4 (Highly Confidential);

6    Page 69, Line 5 through Page 71, Line 8 (Confidential);

7    Page 71, Line 9 through Page 92, Line 21 (Highly Confidential);

8    Page 92, Line 22 through Page 98, Line 12 (Confidential);

9    Page 98, Line 13 through Page 111, Line 3 (Highly Confidential);

10   Page 111, Line 4 through Page 114, Line 19 (Confidential); and

11   Page 114, Line 20 through Page 153, Line 12 (Highly Confidential)

12

13   The transcript is continued on Page 153, Line 13)

14

15

16

17

18

19

20

21

22

23

24

25

Page 153

1          H. McGEE

2

3

4

5

6

7

8

9

10

11

12

13          (Time Noted:      2:18 p.m.)

14

15

16

17

18

19          _____

20          HUGH E. McGEE, III

21

22   Subscribed and sworn to before me

23   this ___ day of _____, 2009.

24

25   _____

Page 154

1

2          C E R T I F I C A T E

3     STATE OF NEW YORK        )

4                              : ss.

5     COUNTY OF NEW YORK       )

6              I, FRANCIS X. FREDERICK, a Notary

7         Public within and for the State of New

8         York, do hereby certify:

9              That HUGH E. McGEE, III, the

10        witness whose deposition is hereinbefore

11        set forth, was duly sworn by me and that

12        such deposition is a true record of the

13        testimony given by the witness.

14             I further certify that I am not

15        related to any of the parties to this

16        action by blood or marriage, and that I

17        am in no way interested in the outcome

18        of this matter.

19             IN WITNESS WHEREOF, I have

20        hereunto set my hand this 10th day of

21        August, 2009.

22

23                          _____

24                          FRANCIS X. FREDERICK

25

Page 155

1

2     ---------------- I N D E X -----------------

3     WITNESS                    EXAMINATION BY     PAGE

4     HUGH E. McGEE, III    MR. GAFFEY            6

5                           MR. ROTHMAN          141

6

7     ----------- INFORMATION REQUESTS -------------

8     DIRECTIONS:  NONE

9     RULINGS:  NONE

10    TO BE FURNISHED:  NONE

11    REQUESTS:  NONE

12    MOTIONS:  NONE

13

14    ----------------- EXHIBITS -----------------

15    EXHIBIT                              FOR ID.

16    Exhibit 98

17    document bearing production

18    number 10282956........................ 37

19    Exhibit 99

20    document bearing production

21    number 10265851........................ 42

22    Exhibit 100

23    document with the first

24    page bearing production

25    number 10287489........................ 47

1

2      ------------------ EXHIBITS ------------------

3      EXHIBIT                              FOR ID.

4      Exhibit 101

5      document with the first

6      page bearing production

7      number 10322002........................ 50

8      Exhibit 102

9      document bearing production

10     number BCI-EX-(S)-00003505.............. 54

11     Exhibit 103

12     document bearing production

13     numbers BCI-EX-00077338

14     through BCI-EX-00077340................. 54

15     Exhibit 104

16     e-mail dated 9/14/2008

17     6:15 a.m. with attachments............. 63

18     Exhibit 105

19     document bearing production

20     number 10321888........................ 86

21     Exhibit 106

22     e-mail dated 9/17/2008 2:21 p.m........ 89

23     Exhibit 107

24     document bearing production

25     number 10270027........................ 107

1

2     ------------------ EXHIBITS ------------------

3     EXHIBIT                              FOR ID.

4     Exhibit 108

5     document bearing production

6     numbers 10269417........................ 111

7     Exhibit 109

8     document bearing production

9     numbers 01321878........................ 121

10    Exhibit 110

11    document bearing production

12    numbers 10279514........................ 123

13    Exhibit 111

14    document bearing production

15    numbers 01279510........................ 127

16    Exhibit 112

17    document with the first

18    page bearing production

19    number 10269342........................ 138

20    Exhibit 113

21    e-mail dated Thursday,

22    9/18/2008, 9:55:41 a.m................. 144

23

24

25

1

2     ------------------ EXHIBITS ------------------

3     EXHIBIT                                    FOR ID.

4     Exhibit 114

5     e-mail dated Saturday,

6     9/20/2008, 6:19:26 a.m................ 146

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 159

NAME OF CASE:  IN RE:  LEHMAN BROTHERS
DATE OF DEPOSITION:  AUGUST 10TH, 2009
NAME OF WITNESS:  HUGH E. McGEE, III
Reason codes:
      1.  To clarify the record.
      2.  To conform to the facts.
      3.  To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____


_____

HUGH E. McGEE, III

# A. 22

Page 1

1                    D. PETRIE

2           UNITED STATES BANKRUPTCY COURT

3           SOUTHERN DISTRICT OF NEW YORK

4       ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS            Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,    (Jointly Administered)

9

                Debtors.

10

        ----------------------x

11

12

13           DEPOSITION OF DAVID PETRIE

14              New York, New York

15              August 26, 2009

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 24293

Page 2

1                D. PETRIE

2            August 26, 2009

3               9:29 a.m.

4

5

6        Deposition of DAVID PETRIE, held at

7        Jones Day LLP, 222 East 41st Street,

8        New York, New York, before Kathy S.

9        Klepfer a Registered Professional

10       Reporter Registered Merit Reporter,

11       Certified Realtime Reporter, Certified

12       Livenote Reporter, and Notary Public

13       of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                         D. PETRIE

2

3              A P P E A R A N C E S:

4    JONES DAY, LLP

5    Attorneys for Lehman Brothers, Inc.

6         222 East 41st Street

7         New York, New York  10017-6702

8    BY:  JAYANT W. TAMBE, ESQ.

9         TERRY McMAHON, ESQ.

10

11   BOIES, SCHILLER & FLEXNER, LLP

12   Attorneys for Barclays and the Witness

13        5301 Wisconsin Avenue, N.W.

14        Washington, D.C.  20015

15   BY:  JONATHAN M. SHAW, ESQ.

16

17   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

18   Attorneys for the Creditors Committee

19        865 S. Figueroa Street, 10th Floor

20        Los Angeles, California  90017

21   BY:  THOMAS O'BRIEN, ESQ. (By telephone)

22

23

24

25

Page 4

1                   D. PETRIE

2        A P P E A R A N C E S:  (Cont'd.)

3

4    JENNER & BLOCK, LLP

5    Attorneys for the Examiner

6         330 N. Wabash Avenue

7         Chicago, Illinois  60611-7603

8    BY:  VINCENT LAZAR, ESQ.

9

10   HUGHES, HUBBARD & REED, LLP

11   Attorneys for the SIPA Trustee

12        1775 I Street, N.W.

13        Washington, D.C. 20006-2401

14   BY:  JOHN F. WOOD, ESQ.

15

16

17   Also Present:

18        RAJESH ANKALKOTI, Alvarez & Marsal

19

20

21

22

23

24

25

1              D. PETRIE

2  DAVID PETRIE, called as a

3        witness, having been duly sworn by a Notary

4        Public, was examined and testified as

5        follows:

6  EXAMINATION BY

7  MR. TAMBE:

8      Q.    Good morning, Mr. Petrie.  My name is

9  Jay Tambe.  I work with the law firm of Jones

10 Day.  We're special counsel to Lehman Brothers

11 Holdings, Inc.  With me is my colleague Terry

12 McMahon.

13           I'll let the other lawyers around the

14 table introduce themselves to you and then we'll

15 go through some preliminary matters.  Okay?

16           MR. WOOD:  I'm John Wood from Hughes

17      Hubbard, and we represent the SIPA Trustee.

18           MR. ANKALKOTI:  Rajesh Ankalkoti with

19      Alvarez & Marsal.

20           MR. LAZAR:  Vince Lazar.  I'm

21      representing the Examiner.

22           MR. SHAW:  And Jonathan Shaw with

23      Boies, Schiller & Flexner on behalf of

24      Barclays.

25           MR. TAMBE:  And on the phone we have?

Page 6

1              D. PETRIE

2         MR. O'BRIEN:  On the phone is Tom

3    O'Brien from Quinn Emanuel representing the

4    Creditors Committee.

5   BY MR. TAMBE:

6     Q.    Mr. Petrie, have you ever given a

7   deposition before?

8     A.    No, I have not.

9     Q.    Okay.  Basic rules:  I'm going to ask

10  you a series of questions about the

11  Lehman/Barclays transaction and what role, if

12  any, you may have played in that transaction.

13         If you have any trouble understanding

14  my question, let me know.  I'll rephrase it.

15  You have to give your answers vocally, no nods

16  of the head, et cetera.  She's writing down

17  everything you say, so yeses, nos.  I'm happy to

18  clarify any question.

19  (The following portions have been removed due to

20   their Confidentiality designations:

21  Page 6, Line 19 through Page 10, Line 16 (Confidential);

22  Page 10, Line 17 through Page 11, Line 5 (Highly Confidential);

23  Page 11, Line 6 through Page 23, Line 2 (Confidential); and

24  Page 23, Line 3 through Page 168, Line 5 (Highly Confidential).

25  the transcript is continued on Page 168, Line 6.)

Page 168

1                       D. PETRIE

2

3

4

5

6          MR. WOOD:   I have no further

7     questions.

8          MR. LAZAR:   Nothing.

9          MR. SHAW:   Anything from Quinn

10    Emanuel?

11         MR. O'BRIEN:   No questions from me.

12         MR. TAMBE:   Thank you very much.

13         (Time noted:   3:55 P.M.)

14                       oOo

15

16

17

18         _____

                       DAVID PETRIE

19

20    Subscribed and sworn to

      before me this    day

21    of          2009.

22

      _____

23

24

25

Page 169

D. PETRIE

CERTIFICATE

STATE OF NEW YORK )

               : ss

COUNTY OF NEW YORK)

    I, Kathy S. Klepfer, a Registered

Merit Reporter and Notary Public within and

for the State of New York, do hereby

certify:

    That DAVID PETRIE, the witness whose

deposition is herein before set forth, was

duly sworn by me and that such deposition is

a true record of the testimony given by such

witness.

    I further certify that I am not

related to any of the parties to this action

by blood or marriage and that I am in no way

interested in the outcome of this matter.

    I further certify that neither the

deponent nor a party requested a review of

the transcript pursuant to Federal Rule of

Civil Procedure 30(e) before the deposition

was completed.

    In witness whereof, I have hereunto

set my hand this 26th day of August, 2009.

          -------------------------------------

1              D. PETRIE

2                INDEX

3  TESTIMONY OF D. PETRIE:                    PAGE

4  Examination by Mr. Tambe ...................    5

5  Examination by Mr. Wood  ...................  158

6

7  EXHIBITS:                                   PAGE

8  Exhibit 264 a document bearing Bates Nos. ....   27

9  BCI-EX-(S)-37165

10  Exhibit 265, a document bearing Bates Nos. ..   30

11  BCI-EX-(S)-37172 through 173

12  Exhibit 266, a document bearing Bates Nos. ..   32

13   BCI-EX-(S)-37192 through 194

14  Exhibit 267, a document bearing Bates Nos. ..   36

15  BCI-EX-(S)-37195 through 197

16  Exhibit 268, a document bearing Bates Nos. ..   41

17  BCI-EX-(S)-37199 through 200

18  Exhibit 269, a document bearing Bates Nos. ..   42

19  BCI-EX-(S)-37215 with attached chart

20  Exhibit 270, a document bearing Bates Nos. ..   45

21  BCI-EX-(S)-37217, with attached chart

22  Exhibit 271, a document bearing Bates Nos. ..   46

23  BCI-EX-(S)-37270

24  Exhibit 272, a document bearing Bates Nos. ..   48

25  BCI-EX-115847 through 5876

1               D. PETRIE

2                 INDEX

3   EXHIBITS:                                    PAGE

4   Exhibit 273, a document bearing Bates Nos. ..   105

5   BCI-EX-(S)-37621

6   Exhibit 274, a document bearing Bates Nos. ..   110

7   BCI-EX-(S)-38010 through 38013

8   Exhibit 275, a document bearing Bates Nos. ..   144

9   BCI-EX-81015 through 81016

10   Exhibit 276, a document bearing Bates Nos. ..   160

11   BCI-EX-(S)-39186

12   Exhibit 277, a document bearing Bates Nos. ..   164

13   BCI-EX-(S)-39489

14   Exhibit 278, a document bearing Bates Nos. ..   165

15   BCI-EX-(S)-40204 through 40206

16

17

18

19

20

21

22

23

24

25

Page 172

1                          D. PETRIE
2    NAME OF CASE:  In re Lehman Brothers
3    DATE OF DEPOSITION:  August 26, 2009
4    NAME OF WITNESS:  David Petrie
5    Reason Codes:
6         1.  To clarify the record.
           2.  To conform to the facts.
7         3.  To correct transcription errors.
8    Page _____ Line _____ Reason _____
     From _____ to _____
9
     Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12
     Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15
     Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18
     Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21
     Page _____ Line _____ Reason _____
22   From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24

                            _____
25                          DAVID PETRIE

# A. 23

1                     R. RICCI

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     ----------------------x

5     In Re:

6                              Chapter 11

7     LEHMAN BROTHERS          Case No. 08-13555(JMP)

8     HOLDINGS, INC., et al.,   (Jointly Administered)

9

              Debtors.

10

      ----------------------x

11

12

13          DEPOSITION OF RICH RICCI

14             New York, New York

15             September 8, 2009

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 24547

Page 2

1              R. RICCI

2          September 8, 2009

3            9:56 a.m.

4

5

6      Deposition of RICH RICCI, held at Jones Day,

7      LLP, 222 East 41st Street, New York,

8      New York, before Kathy S. Klepfer,

9      a Registered Professional Reporter,

10     Registered Merit Reporter, Certified

11     Realtime Reporter, Certified Livenote

12     Reporter, and Notary Public of the

13     State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1               R. RICCI

2            A P P E A R A N C E S:

3    JONES DAY, LLP

4    Attorneys for Lehman Brothers, Inc.

5         222 East 41st Street

6         New York, New York  10017-6702

7    BY:  DAVID L. CARDEN, ESQ.

8         JENNIFER DEL MEDICO, ESQ.

9         BART GREEN, ESQ.

10

11   BOIES, SCHILLER & FLEXNER, LLP

12   Attorneys for Barclays and the Witness

13        5301 Wisconsin Avenue, NW

14        Washington, DC  20015

15   BY:  HAMISH HUME, ESQ.

16        JONATHAN D. SCHILLER, ESQ.

17        LOUIS SMITH, ESQ.

18

19   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

20   Attorneys for the Creditors Committee

21        51 Madison Avenue

22        22nd Floor

23        New York, New York  10010

24   BY:  ERIC M. KAY, ESQ.

25

Page 4

1                    R. RICCI

2        A P P E A R A N C E S:  (Cont'd.)

3   JENNER & BLOCK, LLC

4   Attorneys for the Examiner

5        330 N. Wabash Avenue

6        Chicago, Illinois  60611-7603

7   BY:  DAVID C. LAYDEN, ESQ.

8

9   HUGHES, HUBBARD & REED, LLP

10   Attorneys for the SIPA Trustee

11        One Battery Park Plaza

12        New York, New York  10004-1482

13   BY:  WILLIAM R. MAGUIRE, ESQ.

14        KENNETH E. LEE, ESQ.

15        FARA TABATABAI, ESQ.

16

17

18

19   Also Present:

20        RAJESH ANKALKOTI, Alvarez & Marsal

21

22

23

24

25

Page 5

1                           R. RICCI

2        (The entire transcript has been removed due to

3        it's Highly Confidential designation: Page 5, Line 2

4        through Page 292, Line 4)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 292

1

2

3

4

5          (Time Noted:  5:34 P.M.)

6                    oOo

7

8

9

10

11

12

13

14

15

16

17

18                    _____

                      RICH RICCI

19

20     Subscribed and sworn to

       before me this    day

21     of        2009.

22

       _____

23

24

25

Page 293

1                    R. RICCI

2                  CERTIFICATE

3         STATE OF NEW YORK )

                         :  ss

4         COUNTY OF NEW YORK)

5              I, Kathy S. Klepfer, a Registered

6         Merit Reporter and Notary Public within and

7         for the State of New York, do hereby

8         certify:

9              That RICH RICCI, the witness whose

10        deposition is herein before set forth, was

11        duly sworn by me and that such deposition is

12        a true record of the testimony given by such

13        witness.

14             I further certify that I am not

15        related to any of the parties to this action

16        by blood or marriage and that I am in no way

17        interested in the outcome of this matter.

18             I further certify that neither the

19        deponent nor a party requested a review of

20        the transcript pursuant to Federal Rule of

21        Civil Procedure 30(e) before the deposition

22        was completed.

23             In witness whereof, I have hereunto

24        set my hand this 8th day of September, 2009.

25                 -------------------------------

Page 294

1                          R. RICCI

2                          INDEX

3     WITNESS:              EXAMINATION BY           PAGE

4     R. RICCI              Mr. Carden            5, 278

5                           Mr. Maguire        189, 289

6                           Mr. Hume               282

7

8     EXHIBITS:                                  PAGE

9     Exhibit 378, a document bearing Bates        84

10    Nos. BCI-EX-(S)-00023787 through 788 with

11    attachment

12    Exhibit 379, a document bearing Bates       106

13    Nos. BCI-EX-(S)-00053514 through 53515

14    Exhibit 380, a document bearing Bates       110

15    Nos. BCI-EX-00081880 through 81884

16    Exhibit 381, a document bearing Bates       162

17    Nos. BCI-EX-00078268 through 78270

18    Exhibit 382, a document bearing Bates       169

19    Nos. BCI-X-00080984 through 80985

20    Exhibit 383, a document bearing Bates       172

21    Nos. BCI-EX-00080668

22    Exhibit 384, a document bearing Bates       174

23    Nos. BCI-EX-00079340 through 79342

24    Exhibit 385, a document bearing Bates       181

25    Nos. BCI-EX-00079472 through 79473

1                    R. RICCI

2                  INDEX (Cont'd.)

3      EXHIBITS:                              PAGE

4      Exhibit 386, a document bearing Bates      185

5      Nos. BCI-EX-(S)-00024686 through 24687

6      Exhibit 387, Debtors' Third Rule 30(b)(6)   207

7      Deposition Notice to Barclays on Issues

8      Pertaining to Exchange-Traded Derivatives

9      and Exchange Deposits

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 296

1                          R. RICCI
2      NAME OF CASE:  In re Lehman Brothers
3      DATE OF DEPOSITION:  September 8, 2009
4      NAME OF WITNESS:  Rich Ricci
5      Reason Codes:
6            1.  To clarify the record.
             2.  To conform to the facts.
7            3.  To correct transcription errors.
8      Page _____ Line _____ Reason _____
       From _____ to _____
9
       Page _____ Line _____ Reason _____
10     From _____ to _____
11     Page _____ Line _____ Reason _____
       From _____ to _____
12
       Page _____ Line _____ Reason _____
13     From _____ to _____
14     Page _____ Line _____ Reason _____
       From _____ to _____
15
       Page _____ Line _____ Reason _____
16     From _____ to _____
17     Page _____ Line _____ Reason _____
       From _____ to _____
18
       Page _____ Line _____ Reason _____
19     From _____ to _____
20     Page _____ Line _____ Reason _____
       From _____ to _____
21
       Page _____ Line _____ Reason _____
22     From _____ to _____
23     Page _____ Line _____ Reason _____
       From _____ to _____
24
25                          _____

# A. 24

Page 1

1

2      UNITED STATES BANKRUPTCY COURT

3      SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------x
    In Re:                        Chapter 11
5   LEHMAN BROTHERS               Case No. 08-13555 (JMP)
    HOLDINGS, INC., et al.,       (Jointly Administered)
6   ------------------------------)

7

8

9          DEPOSITION OF GARY ROMAIN

10            New York, New York

11        Thursday, September 10, 2009

12

13

14

15

16

17

18

19

20   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

21   JOB NO. 24298

22

23

24

25

Page 2

1

2

3

4

5                    September 10, 2009

6                    9:42 a.m.

7

8

9

10          Deposition of GARY ROMAIN, held at the offices of

11          Jones Day, 222 East 41st Street, New

12          York, New York, pursuant to Notice,

13          before Francis X. Frederick, a Certified

14          Shorthand Reporter, Registered Merit

15          Reporter, and Notary Public of the

16          States of New York and New Jersey.

17

18

19

20

21

22

23

24

25

Page 3

1

2     A P P E A R A N C E S:

3

4          JONES DAY, LLP

5          Attorneys for Lehman Brothers, Inc.

6               222 East 41st Street

7               New York, New York  10017-6702

8          BY:   JAYANT W. TAMBE, ESQ.

9                TERRY McMAHON, ESQ.

10

11

12         BOIES, SCHILLER & FLEXNER, LLP

13         Attorneys for Barclays Capital

14         and the Witness

15              5301 Wisconsin Avenue N. W.

16              Washington D.C.  20015

17         BY:   JONATHAN M. SHAW, ESQ.

18               LOUIS SMITH, ESQ.

19

20         QUINN, EMANUEL, URQUHART, OLIVER &

21         HEDGES, LLP

22         Attorneys for the Creditors Committee

23              865 S. Figueroa Street, 10th Floor

24              Los Angeles, California  90017

25         BY:   SOYUN ROE, ESQ. (via telephone)

Page 4

1

2

3    A P P E A R A N C E S:  (Cont'd.)

4         JENNER & BLOCK, LLC

5         Attorneys for the Examiner

6              330 N. Wabash Avenue

7              Chicago, Illinois  60611-7603

8         BY:   JACOB P. ZIPFEL, ESQ.

9

10        HUGHES, HUBBARD & REED, LLP

11        Attorneys for the SIPA Trustee

12             1775 I Street, N.W.

13             Washington D.C.  20006-2401

14        BY:   JOHN F. WOOD, ESQ.

15             SAMUEL C. McCOUBREY, ESQ.

16

17

18

19

20

21

22

23

24    ALSO PRESENT:

25        RAJESH ANKALKOTI, Alvarez & Marsal

Page 5

1

2      (The entire transcript has been removed due to

3      it's Highly Confidential designation: Page 5, Line 2

4      through Page 253, Line 9)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 253

1

2

3

4

5

6

7

8

9

10          (Time Noted:      5:21 p.m.)

11

12

13

14

15

16

17

18

19                    _____

20                    GARY ROMAIN

21

22    Subscribed and sworn to before me

23    this ___ day of _____, 2009.

24

25    _____

Page 254

1

2          C E R T I F I C A T E

3     STATE OF NEW YORK      )

4                                : ss.

5     COUNTY OF NEW YORK    )

6               I, FRANCIS X. FREDERICK, a Notary

7          Public within and for the State of New

8          York, do hereby certify:

9               That GARY ROMAIN, the witness

10         whose deposition is hereinbefore set

11         forth, was duly sworn by me and that

12         such deposition is a true record of the

13         testimony given by the witness.

14              I further certify that I am not

15         related to any of the parties to this

16         action by blood or marriage, and that I

17         am in no way interested in the outcome

18         of this matter.

19              IN WITNESS WHEREOF, I have

20         hereunto set my hand this 10th day of

21         September, 2009.

22

23                      _____

24                      FRANCIS X. FREDERICK

25

1

2      ---------------- I N D E X ------------------

3      WITNESS                 EXAMINATION BY    PAGE

4      GARY ROMAIN             MR. TAMBE         5

5                             MR. WOOD          154, 250

6                             MR. SHAW          247

7

8      ----------- INFORMATION REQUESTS -------------

9      DIRECTIONS:  NONE

10     RULINGS:  NONE

11     TO BE FURNISHED:  NONE

12     REQUESTS:  NONE

13     MOTIONS:  NONE

14

15

16

17

18

19

20

21

22

23

24

25

Page 256

1

2      ------------------ EXHIBITS ------------------

3      EXHIBIT                                    FOR ID.

4      Exhibit 388A

5      Document bearing production

6      numbers BCI-EX-(S)-000520127

7      with attachment........................ 20

8      Exhibit 389A

9      document bearing production

10     number BCI-EX-(S)-00052084.............. 23

11     Exhibit 390A

12     document bearing production

13     numbers BCI-EX-(S)-00023761

14     through BCI-EX-(S)-00023762

15     with attachment........................ 28

16     Exhibit 391A

17     document bearing production

18     numbers BCI-EX-001766522

19     through BCI-EX-001766536................ 33

20     Exhibit 392A

21     document bearing production

22     numbers Exhibit 392A

23     document bearing production

24     numbers BCI-EX-(S)-00023813

25     through BCI-EX-(S)-00023814............. 38

1

2      ------------------ EXHIBITS ------------------

3      EXHIBIT                                  FOR ID.

4      Exhibit 393A

5      document bearing production

6      numbers BCI-EX-(S)-00052197

7      through BCI-EX-(S)-00052198............. 45

8      Exhibit 394A

9      document bearing production

10     numbers BCI-EX-(S)-00052200

11     through BCI-EX-(S)-00052201............. 47

12     Exhibit 395A

13     document bearing production

14     numbers BCI-EX-(S)-00052268

15     through BCI-EX-(S)-00052270............. 49

16     Exhibit 396A

17     three-page document bearing

18     production numbers 464242.............. 67

19     Exhibit 397A

20     document bearing production

21     numbers BCI-EX-(S)-00013605

22     through BCI-EX-(S)-00013606

23     with attachment........................ 71

24

25

Page 258

1

2     ------------------ EXHIBITS ------------------

3     EXHIBIT                                    FOR ID.

4     Exhibit 398A

5     two-page document bearing

6     production number 44230............... 73

7     Exhibit 399A

8     handwritten notes..................... 106

9     Exhibit 400A

10    document bearing production

11    numbers BCI-EX-(S)-00024451

12    through BCI-EX-(S)-00024455........... 122

13    Exhibit 401A

14    document bearing production

15    numbers BCI-EX-(S)-00052667

16    through BCI-EX-(S)-00052668

17    with attachment....................... 126

18    Exhibit 402A

19    document bearing production

20    number BCI-EX-(S)-00052678............ 138

21    Exhibit 403A

22    document bearing production

23    numbers BCI-EX-(S)-00024689

24    through BCI-EX-(S)-00024690

25    with attachment....................... 143

1

2   ------------------- EXHIBITS -------------------

3   EXHIBIT                                      FOR ID.

4   Exhibit 404A

5   balance sheet......................... 165

6   Exhibit 405A

7   balance sheet......................... 165

8   Exhibit 406A

9   document bearing production

10   numbers BCI-EX-(S)-00052709

11   through BCI-EX-(S)-00052710............ 221

12   Exhibit 401A

13   document bearing production

14   number BCI-EX-(S)-00052419

15   with attachment....................... 226

16   Exhibit 408A

17   document bearing production

18   number BCI-EX-(S)-00052859............ 228

19   Exhibit 409A

20   document bearing production

21   number BCI-EX-(S)-00052876............ 231

22   Exhibit 410A

23   document bearing production

24   numbers BCI-EX-(S)-00052909

25   through BCI-EX-(S)-00052911............ 233

1

2      ------------------ EXHIBITS ------------------

3      EXHIBIT                                FOR ID.

4      Exhibit 411A

5      document bearing production

6      numbers BCI-EX-(S)-00052978

7      through BCI-EX-(S)-00052981............. 236

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 261

1

2          NAME OF CASE:  LEHMAN BROTHERS
3          DATE OF DEPOSITION:  SEPTEMBER 10, 2009
4          NAME OF WITNESS:  GARY ROMAIN
5          Reason codes:
                  1.  To clarify the record.
6                 2.  To conform to the facts.
                  3.  To correct transcription errors.
7          Page _____ Line _____ Reason _____
           From _____ to _____
8
           Page _____ Line _____ Reason _____
9          From _____ to _____
10         Page _____ Line _____ Reason _____
           From _____ to _____
11
           Page _____ Line _____ Reason _____
12         From _____ to _____
13         Page _____ Line _____ Reason _____
           From _____ to _____
14
           Page _____ Line _____ Reason _____
15         From _____ to _____
16         Page _____ Line _____ Reason _____
           From _____ to _____
17
           Page _____ Line _____ Reason _____
18         From _____ to _____
19         Page _____ Line _____ Reason _____
           From _____ to _____
20
           Page _____ Line _____ Reason _____
21         From _____ to _____
22         Page _____ Line _____ Reason _____
           From _____ to _____
23

                      _____
24

                      GARY ROMAIN
25

# A. 25

Page 1

1                    M. Shapiro

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS          Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,   (Jointly Administered)

9

                Debtors.

10

     ----------------------x

11

12

13          DEPOSITION OF MARK J. SHAPIRO

14             New York, New York

15             August 7, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24036

1              M. Shapiro

2            August 7, 2009

3              9:30 a.m.

4

5

6      Deposition of MARK J. SHAPIRO, held at Jones

7      Day, LLP, 222 East 41st Street, LLP,

8      New York, New York, before Kathy S.

9      Klepfer, a Registered Professional

10     Reporter, Registered Merit Reporter,

11     Certified Realtime Reporter, Certified

12     Livenote Reporter, and Notary Public

13     of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                      M. Shapiro

2

3                 A P P E A R A N C E S:

4

5    JONES DAY, LLP

6    Attorneys for Lehman Brothers, Inc.

7         222 East 41st Street

8         New York, New York  10017-6702

9    BY:  DAVID L. CARDEN, ESQ.

10         KELLY A. CARRERO, ESQ.

11         JENNIFER DEL MEDICO, ESQ.

12

13   BOIES, SCHILLER & FLEXNER, LLP

14   Attorneys for Barclays and the Witness

15        575 Lexington Avenue - 7th Floor

16        New York, New York  10022

17   BY:  JACK G. STERN, ESQ.

18

19

20

21

22

23

24

25

Page 4

1                    M. Shapiro

2          A P P E A R A N C E S:  (Cont'd.)

3

4   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

5   Attorneys for the Creditors Committee

6        865 Figueroa Street, 10th Floor

7        Los Angeles, California  90017

8   BY:  ERICA P. TAGGART, ESQ.

9

10  JENNER & BLOCK, LLC

11  Attorneys for the Examiner

12       330 N. Wabash Avenue

13       Chicago, Illinois  60611-7603

14  BY:  DAVID C. LAYDEN, ESQ.

15

16  HUGHES, HUBBARD & REED, LLP

17  Attorneys for the SIPA Trustee

18       1775 I Street, N.W.

19       Washington, DC  20006-2401

20  BY:  JOHN F. WOOD, ESQ.

21       SAMUEL C. McCOUBREY, ESQ.

22

23  Also Present:

24       THOMAS E. HOMMEL, Lehman Brothers

25       PHILIP E. KRUSE, Alvarez & Marsal

1              M. Shapiro

2   MARK J. SHAPIRO, called as a

3       witness, having been duly sworn by a Notary

4       Public, was examined and testified as

5       follows:

6   EXAMINATION BY

7   MR. CARDEN:

8       Q.    Good morning, Mr. Shapiro.

9       A.    Good morning.

10      Q.    My name is David Carden.  I represent

11  the Lehman estate as their special counsel and

12  my colleagues with me here are Jen Del Medico

13  and Kelly Carrero.  And I think we'll go around

14  the table and identify ourselves for your

15  benefit, although I think you'll probably know

16  several of these people.

17          MR. WOOD:  I'm John Wood from Hughes,

18      Hubbard & Reed, and we represent the Trustee

19      under the Security Investors Protection Act.

20          MR. McCOUBREY:  I'm Sam McCoubrey,

21      also from Hughes, Hubbard & Reed, and we

22      represent the Trustee.

23          MS. TAGGART:  Erica Taggart with Quinn

24      Emanuel for the Committee.

25          MR. HOMMEL:  Tom Hommel with Lehman

1            M. Shapiro

2      Brothers.

3            MR. KRUSE:  Philip Kruse with Alvarez

4      & Marsal.

5            MR. LAYDEN:  David Layden, Jennifer &

6      Block, on behalf of the Examiner.

7            MR. STERN:  Jack Stern, Boies,

8      Schiller & Flexner, for Barclays Capital and

9      the witness.

10            MR. CARDEN:  I hate housekeeping

11      matters since I don't typically do well with

12      them, but last time you and I spoke, Jack,

13      we decided that we would do exhibits in

14      chunks like this and I'm told this is not

15      the way we decided to go, in our -- my

16      absence, anyway.

17            So what I want to do today is try to

18      use the exhibits that have previously been

19      marked, to the extent possible, obviously,

20      and if not, I'm going to put an A on the end

21      of any exhibits that I use so that we know

22      that the deposition that is occurring right

23      here is different than the one that is

24      occurring next door of one of your

25      colleagues.

1                    M. Shapiro

2          So, is that fair enough?

3          MR. STERN:  Yes.  And I also think we

4     had a general agreement with Mr. Gaffey

5     yesterday concerning our treatment of

6     confidentiality designations and that that

7     would be done as it was done for Mr.

8     Felder's deposition.

9          MR. CARDEN:  Okay.

10  BY MR. CARDEN:

11       Q.    Would you please state your name, Mr.

12  Shapiro?

13       A.    Mark J. Shapiro.

14       Q.    By whom are you presently employed?

15       A.    Barclays Capital.

16       Q.    And what's your position there?

17       A.    I am the head of Restructuring and

18  Finance within the Investment Banking Division.

19       Q.    Okay.  And just generally what does

20  that entail?

21       A.    It entails running a group of 16

22  bankers that are dedicated to working on matters

23  that involve stress and distressed companies,

24  either working for companies, working for

25  creditors, and sometimes financing companies

1                        M. Shapiro

2    that are either in or out of bankruptcy.

3        Q.    Stating the obvious, you're a lawyer,

4    are you not?

5        A.    I was a lawyer.

6        Q.    Well, once a lawyer, always lawyer,

7    don't you think?

8        A.    I don't think I have to comment on

9    that.

10       Q.    What you're saying is you're not

11   practicing law now?

12       A.    I'm not practicing and I don't have a

13   license to practice.

14       Q.    But you do have a law degree, correct?

15       A.    I graduated from law school, yes.

16       Q.    And in the past you were a practicing

17   lawyer, were you not?

18       A.    Correct.  I was a partner at Shearman

19   & Sterling.

20       Q.    At some point you were employed by

21   Lehman Brothers, correct?

22       A.    Starting in September of 2002.

23       Q.    What was your position when you first

24   joined Lehman Brothers?

25       A.    Co-head of Restructuring within

1                      M. Shapiro

2    Investment Banking in Lehman Brothers.

3         Q.    And what generally were your

4    responsibilities in that position?  Are they the

5    same as they presently are with Barclays?

6         A.    Essentially the same.  We were more, a

7    little bit more focused on the advisory practice

8    and less focused on financing, now we're a

9    little more balanced, as we went through Lehman,

10   if you're talking about 2002 versus later, I

11   think that was your question --

12        Q.    Yes.

13        A.    -- as of the date we started.

14        Q.    Okay.  And did your position remain

15   the same throughout your entire tenure at Lehman

16   Brothers?

17        A.    It changed in I guess it was spring or

18   summer -- spring of 2008, something like that.

19   I can't remember exactly when.  It was decided

20   within the firm that it made sense to spend more

21   time on financing than we had before, and in

22   order to effectuate that, we basically created a

23   joint venture between Investment Banking and

24   Fixed Income where my group was basically a

25   joint venture and to do both.  And as a result

Page 10

M. Shapiro

1

2   of that, I was asked to head the whole thing and

3   so my position went from co-head to head of the

4   group.

5       Q.    When did that happen?

6       A.    I can't remember exactly.  I think it

7   was the spring of -- spring of '08, but I don't

8   remember exactly.

9       Q.    And to whom did you report in that

10  position?

11      A.    So I reported to two different people

12  within the firm, Mark Shafir, who was the head

13  of M&A from the banking side and Paul Parker,

14  who was his co-head.  I mean, if you're talking

15  about at the end versus along the way --

16      Q.    Yes.

17      A.    Because obviously things changed.

18      Q.    As fascinating as that would be for

19  both of us to go through, my focus is really

20  going to be obviously at the end.

21      A.    And then on the fixed income side, it

22  was -- it was Jim Seery, who ran loan sales and

23  trading for fixed income.

24      Q.    I'm sorry, I just missed the import of

25  that.  Did you report to him on that side or --

1          M. Shapiro

2      A.    Yeah, well, when we say report, this

3  was a new thing, so it was a joint venture

4  between the two divisions.  I was running the

5  joint venture.  Jim was on the fixed income

6  side, so he was responsible from fixed income

7  for that and, effectively, you know, I wouldn't

8  say I was reporting to him in the sense of, you

9  know, he never obviously gave me reviews or

10  comp, because what happened was that that all

11  really came to fruition, as I said,

12  spring/summer.

13          Obviously it was a tough general

14  summer overall.  There wasn't a lot of

15  financings going on in, you know, within Lehman

16  in terms of the distressed area that I was in

17  until call it towards the end of the summer when

18  we worked on Tronox.  So it was all kind of

19  information.

20          So when you say reporting, there

21  wasn't a whole lot to report to.

22      Q.    Now, in your position as head of

23  Restructuring at Lehman, did you become

24  acquainted with how the business sides really

25  function, by that I mean how they ran a matched

1                        M. Shapiro

2    book, how they did their business?

3        A.    No, I would say that, you know, on the

4    investment -- you know, the firm is set up

5    within three divisions:  Investment Banking,

6    Fixed Income and Equities.  So if you're on the

7    banking side, you really are not part --

8    participating in any way on the trading side

9    where they're dealing with things around how

10   they -- how they buy, sell or finance assets.

11   So not really.

12       Q.    And you did not become acquainted even

13   in the most general sense as to how they did

14   their business as a consequence of the position

15   you had at Lehman?

16           MR. STERN:  Objection to the form.

17       A.    Yeah, I'm not sure I understand your

18   question.

19       Q.    Do you understand what a matched book

20   is?

21       A.    If you're talking about where a party

22   purchases an asset and then finances that asset

23   with liability that they, you know, borrowed

24   money, if that's what you would call a matched

25   book, or a series of those assets together being

1                         M. Shapiro

2    a matched book, I guess that would maybe

3    constitute a matched book, but it's not a term I

4    use frequently.

5         Q.    Okay.  But in using that term in the

6    way you defined it, you are generally acquainted

7    with how a matched book works, correct?

8         A.    Just to the extent I just described

9    it.

10        Q.    Okay. All right.  And as a

11   consequence of your position at Lehman, did you

12   become acquainted with the fact that, on the

13   trading side, Lehman ran a matched book?

14        A.    Not really.

15        Q.    Not news to you today, though, right?

16        A.    Today I wouldn't say it's news to me,

17   but I would say during my, you know, seven years

18   at Lehman, I really didn't give thought to how

19   Lehman financed itself.

20        Q.    Okay.  Now I brought a prop today,

21   which is a calendar from September of 2008,

22   which I brought to the last deposition and I was

23   responsible for.  This is something to which you

24   can refer if you wish.  I don't think we're

25   going to mark it.  Time is what it is and

Page 14

1              M. Shapiro

2    everybody knows exactly what days of the week

3    we're going to be referring to.

4           But what I would like to do is direct

5    your attention to the week of September 8 last

6    fall.

7        A.    Uh-huh.

8        Q.    And at some point during that week

9    Lehman Brothers entered into negotiations with B

10   of A with regard to the sale of the firm,

11   correct?

12       A.    I don't know.

13   (The following portions have been removed due to their

14   Confidentiality designations:

15   Page 14, Line 13 through Page 24, Line 14 (Highly Confidential);

16   Page 24, Line 15 through Page 30, Line 14 (Confidential);

17   Page 30, Line 15 through Page 41, Line 2 (Highly Confidential);

18   Page 41, Line 3 through Page 50, Line 6 (Confidential);

19   Page 50, Line 7 through Page 83, Line 6 (Highly Confidential);

20   Page 83, Line 7 through Page 93, Line 9 (Confidential);

21   Page 93, Line 10 through Page 157, Line 25 (Highly Confidential);

22   Page 158, Line 1 through Page 167, Line 15 (Confidential);

23   Page 167, Line 16 through Page 169, Line 20 (Highly Confidential);

24   Page 169, Line 21 through Page 174, Line 16 (Confidential);

25   Page 174, Line 17 through Page 182, Line 17 (Highly Confidential);

Page 15

1    Page 182, Line 18 through Page 187, Line 21 (Confidential);

2    Page 187, Line 22 through Page 233, Line 4 (Highly Confidential).

3

4

5

6

7

8

9

10

11

12    (Transcript is continued on Pg. 233, Line 5)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 233

1

2

3

4

5          MS. TAGGART:  That's all my questions.

6     Thank you.

7          MR. STERN:  Anybody else?

8          MR. CARDEN:  You're a free man.

9          MR. STERN:  I think were done.

10          THE WITNESS:  Okay, thanks.

11          (Time Noted:  2:42 P.M.)

12                    oOo

13

14

15

16

17                    _____

                      MARK J. SHAPIRO

18

19     Subscribed and sworn to

      before me this    day

20     of          2009.

21

                    _____

22

23

24

25

Page 234

1          M. Shapiro

2          CERTIFICATE

3     STATE OF NEW YORK )

                 :  ss

4     COUNTY OF NEW YORK)

5          I, Kathy S. Klepfer, a Registered

6     Merit Reporter and Notary Public within and

7     for the State of New York, do hereby

8     certify:

9          That MARK J. SHAPIRO, the witness

10    whose deposition is herein before set forth,

11    was duly sworn by me and that such

12    deposition is a true record of the testimony

13    given by such witness.

14         I further certify that I am not

15    related to any of the parties to this action

16    by blood or marriage and that I am in no way

17    interested in the outcome of this matter.

18         I further certify that neither the

19    deponent nor a party requested a review of

20    the transcript pursuant to Federal Rule of

21    Civil Procedure 30(e) before the deposition

22    was completed.

23         In witness whereof, I have hereunto

24    set my hand this 7th day of August, 2009.

25              -------------------------------

Page 235

1                         M. Shapiro

2                            INDEX

3   WITNESS:                 EXAMINATION BY        PAGE

4   M. SHAPIRO          Mr. Carden                    5

5                       Mr. Wood                    171

6                       Ms. Taggart                 193

7

8   EXHIBITS:                                      PAGE

9   Exhibit 55A, a document bearing Bates         78

10   Nos. BCI-EX-00077347 through 77349

11   Exhibit 56A, Agreement                       135

12   Exhibit 57A, a document bearing Bates        158

13   Nos. 10296233 through 10299664

14

15

16

17

18

19

20

21

22

23

24

25

Page 236

1                          M. Shapiro

2      NAME OF CASE:  In re Lehman Brothers Holding

3      DATE OF DEPOSITION:  August 7, 2009

4      NAME OF WITNESS:  Mark J. Shapiro

5      Reason Codes:

6              1.  To clarify the record.

               2.  To conform to the facts.

7              3.  To correct transcription errors.

8      Page _____ Line _____ Reason _____

       From _____ to _____

9

       Page _____ Line _____ Reason _____

10     From _____ to _____

11     Page _____ Line _____ Reason _____

       From _____ to _____

12

       Page _____ Line _____ Reason _____

13     From _____ to _____

14     Page _____ Line _____ Reason _____

       From _____ to _____

15

       Page _____ Line _____ Reason _____

16     From _____ to _____

17     Page _____ Line _____ Reason _____

       From _____ to _____

18

       Page _____ Line _____ Reason _____

19     From _____ to _____

20     Page _____ Line _____ Reason _____

       From _____ to _____

21

       Page _____ Line _____ Reason _____

22     From _____ to _____

23     Page _____ Line _____ Reason _____

       From _____ to _____

24

25                         _____

# A. 26

1                    PAOLO TONUCCI                    1

2              UNITED STATES BANKRUPTCY COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - - - -

5    In Re:

                         Chapter 11

6

7    LEHMAN BROTHERS    Case No. 08-13555(JMP)

     HOLDINGS, INC. et al., (Jointly Administered)

8

9                       Debtors.

10   - - - - - - - - - - - - - - - - - - - - - - -

11

12              DEPOSITION OF PAOLO TONUCCI

13              Friday 14 August 2009

14                 At:  7:00 am

15                 Taken at:

16                 Jones Day

                 21 Tudor Street

17                 London

                 United Kingdom

18

19   Reported by: AILSA WILLIAMS

     Certified LiveNote Reporter

20

21

22

23

24

25

```
 1                    PAOLO TONUCCI                          2
 2                  A P P E A R A N C E S
 3          JONES DAY, LLP
             Attorneys for Lehman Brothers, Inc.
 4           222 East 41st Street
             New York, NY 10017-6702
 5           BY:  JAYANT W. TAMBE, ESQ
                   BRIDGET CRAWFORD, ESQ
 6
             BOIES, SCHILLER & FLEXNER, LLP
 7            Attorneys for Barclays Capital and the
              Witness
 8            5301 Wisconsin Avenue, NW
              Washington, DC 20015
 9            BY: HAMISH HUME, ESQ.
10          QUINN, EMANUEL, URQUHART, OLIVER & HEDGES,
            LLP
11            Attorneys for the Creditors Committee
              865 S. Figueroa Street, 10th Floor
12            Los Angeles, California 90017
              BY: MATTHEW BUNTING, ESQ.
13                ERICA TAGGART, ESQ. (By Phone)
14          SIMPSON THACHER & BARTLETT LLP
              Attorneys for the Witness
15            425 Lexington Avenue
              New York, NY 10017-3954
16            BY: CHRISTOPHER J. LUCHT
17
18          HUGHES, HUBBARD & REED, LLP
              Attorneys for the SIPA Trustee
19            One Battery Park Plaza
              New York, NY 10004-1482
20            BY: WILLIAM R. MAGUIRE, ESQ.
21        Also Present:
22            PHILIP E. KRUSE, Alvarez & Marsal
23
24
25
```

1                        PAOLO TONUCCI                    3

2

3                        I N D E X

4    PAOLO TONUCCI . ... ... ... ... ... ... ... ... ..5

5    DIRECT EXAMINATION BY MR. TAMBE: .. ... ... ... ..5

6    CROSS-EXAMINATION BY MR. MAGUIRE: . ... ... ... ... 177

7                    INDEX OF EXHIBITS

8    Exhibit 136A E-mail, Lowitt to Kelly .. ... ... ... ... ... .28

9    Exhibit 137A E-mail, Tonucci to "Accept ... ... ... ... ... .64
            Barclays Offer"

10

     Exhibit 138A BCI-EX-00077360-62 ... ... ... ... ... ... .68

11

     Exhibit 139A E-mail, Hraska to various  ... ... ... ... .72

12

     Exhibit 140A E-mail, Azerad to various  ... ... ... ... .86

13

     Exhibit 141A Bates 10331632-10320368 .. ... ... ... ... .93

14

     Exhibit 142A BCI-EX-00055047-59912  ... ... ... ... ... 101

15

     Exhibit 143A E-mail, Tonucci to various  ... ... ... ... 110

16

     Exhibit 144A BCI 000580 ... ... ... ... ... ... ... ... 119

17

     Exhibit 145A E-mail, Tonucci to various  ... ... ... ... 123

18

     Exhibit 146A E-mail, Azerad to various  ... ... ... ... 128

19

     Exhibit 147A E-mail, Azerad to various  ... ... ... ... 130

20

     Exhibit 148A E-mail, Reilly to various  ... ... ... ... 137

21

     Exhibit 149A BCI-EX-00077823-24 ... ... ... ... ... ... 143

22

     Exhibit 150A E-mail, Tonucci to various ... ... ... ... 150

23

     Exhibit 151A E-mail, Azerad to various  ... ... ... ... 151

24

     Exhibit 152A E-mail, Beldner to Kelly . ... ... ... ... 154

25   Exhibit 153A E-mail, Kelly to Beldner . ... ... ... ... 155

1                      PAOLO TONUCCI                          4
2
   Exhibit 154A E-mail, Beldner to Kelly . ... ... ... ... ... 158
3
   Exhibit 155A E-mail, Veksler to various ... ... ... ... ... 159
4
   Exhibit 156A BCI-CG00055192-55669 . ... ... ... ... ... ... 165
5
   Exhibit 157A E-mail, Tonucci to Aronow  ... ... ... ... ... 169
6
   Exhibit 158A E-mail, Berland to various ... ... ... ... ... 171
7
   Exhibit 159A E-mail, Yu to various  ... ... ... ... ... ... 173
8
   Exhibit 160A E-mail, Tonucci to O'Meara ... ... ... ... ... 175
9
   Exhibit 161A E-mail, Fleming to Tonucci ... ... ... ... ... 177
10
   Exhibit 162A E-mail, Tonucci to Lyons . ... ... ... ... ... 179
11
   Exhibit 163A E-mail, Tonucci to Fleming ... ... ... ... ... 182
12
   Exhibit 164A E-mail, Tonucci to Azerad  ... ... ... ... ... 192
13
   Exhibit 165A E-mail, Hraska to Tonucci  ... ... ... ... ... 194
14
   Exhibit 166A E-mail, Tonucci to Blackwell . ... ... ... ... 194
15
   Exhibit 167A E-mail, Azerad to Tonucci  ... ... ... ... ... 199
16
   Exhibit 168A E-mail, Forrest to various ... ... ... ... ... 201
17
   Exhibit 169A E-mail, Azerad to Tonucci  ... ... ... ... ... 205
18
   Exhibit 170A E-mail, Blackwell to various . ... ... ... ... 207
19
   Exhibit 171A E-mail, Tonucci to Murgio  ... ... ... ... ... 208
20
   Exhibit 172A E-mail, Tonucci to Lowitt  ... ... ... ... ... 214
21
   Exhibit 173A E-mail, Kelly to various . ... ... ... ... ... 216
22
23
24
25

Page 5

1                       PAOLO TONUCCI                      5

2                       PAOLO TONUCCI

3                     Having been sworn,

4                    Testified as follows

5              DIRECT EXAMINATION BY MR. TAMBE:

6              MR. TAMBE :  Morning, Mr. Tonucci.  We

7     met this morning.  My name is Jay Tambe with Jones

8     Day, representing the Lehman Brothers Holdings

9     Estate.  I will have counsel introduce themselves

10    to you and then we will get started.

11             MS CRAWFORD:  Bridget Crawford from

12    Jones Day.

13             MR. MAGUIRE:  Bill Maguire, Hughes,

14    Hubbard & Reed for the Trustee.

15             MR. BUNTING:  Matthew Bunting, Quinn,

16    Emanuel, Urquhart, Oliver & Hedges for the

17    Creditors Committee and on the phone Erica

18    Taggart, also Quinn, Emanuel, Urquhart, Oliver &

19    Hedges.

20             MR. KRUSE:  Phil Kruse with Alvarez &

21    Marsal on behalf of the LBHI Estate.

22             MR. LUCHT:  Christopher Lucht, Simpson

23    Thacher & Bartlett, on behalf of the witness in

24    his individual capacity.

25             MR. HUME:  Hamish Hume from Boies,

1                        PAOLO TONUCCI                      6

2    Schiller & Flexner representing Barclays.

3            MR. TAMBE:  Erica, can you hear us?

4            MS TAGGART:  Yes, thank you.

5    (The following portions have been removed due to their

6    Confidentiality designations:

7    Page 6, Line 5 through Page 14, Line 19 (Confidential);

8    Page 14, Line 20 through Page 204, Line 10 (Highly Confidential);

9    Page 204, Line 11 through Page 205, Line 19 (Confidential); and

10   Page 205, Line 20 through Page 218, Line 5 (Highly Confidential)

11

12   The transcript is continued on Page 218, Line 6.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 218

PAOLO TONUCCI                           218

1

2

3

4

5

6          MR. HUME:  Are you intending to finish

7    today?  You only have three minutes until

8    2 o'clock.

9          MR. MAGUIRE :  I am not going to finish

10   in three minutes.  I think we are going to go

11   a bit beyond that.  It might actually be feasible

12   but definitely not within the next three minutes

13   or probably the next 30 minutes.

14          MR. HUME:  Do the Creditors Committee

15   still expect to have questions?

16          MR. BUNTING:  45 minutes estimate.  I

17   think realistically, if you need to go today,

18   rather than try and compress into the time you

19   don't have an hour and a quarter, on the basis of

20   the commitment that you have made that you be

21   available at a time approximate to the Claxton

22   deposition in London.

23          MR. HUME:  That would seem to be

24   a convenient time for those of us coming over from

25   the US.

Page 219

1                    PAOLO TONUCCI                    219

2            MR. BUNTING:  As long as we don't get

3    into an argument about getting time then that is

4    fine by us.

5            THE WITNESS:  My only concern is that we

6    don't have another very extended, unnecessarily

7    extended session, but I am happy to within reason

8    of course.

9            MR. HUME:  With the understanding that

10   it will not be a full day, it will be something to

11   accommodate the time, roughly half an hour,

12   roughly 45 minutes, maybe a little bit more time

13   but not a full day, a couple of hours, I think we

14   can make the commitment, and I believe the witness

15   will be around in London that week, perhaps on the

16   3rd.

17           THE WITNESS:  Yes.

18           MR. HUME:  You can check your calendar

19   to confirm 100 percent.  We can tentatively plan

20   for perhaps the afternoon or the morning of the

21   3rd.

22           MR. BUNTING:  That is good for us.

23           MR. MAGUIRE :  We may have to make

24   arrangements, not sure I can make it back,

25   arrangements either by phone or somebody

Page 220

1                              PAOLO TONUCCI                        220

2      substituting, but we will work that out.

3            MR. BUNTING:  We will probably have the

4      same arrangement as today with Erica on the phone

5      and myself in person.

6            MR. HUME:  So we will agree to leave the

7      deposition open on that basis.

8            MR. MAGUIRE:  That is fine.

9            MR. TAMBE:  Thank you.

10           (Deposition concluded for the day at 2:00 pm.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 221

1                          PAOLO TONUCCI                      221

2

3

4                      CERTIFICATE OF DEPONENT

5

6     I, Paolo Tonucci, hereby certify that I have read

      the foregoing pages, numbered 1 through 223, of my

7     deposition of testimony taken in these proceedings

      on Friday, 14 August 2009, and, with the exception

8     of the changes listed on the next page and/or

      corrections, if any, find them to be a true and

9     accurate transcription thereof.

10

11

12

13

14    Signed:  ........................

15    Name:    Paolo Tonucci

16    Date:    ........................

17

18

19

20

21

22

23

24

25

Page 222

1                    PAOLO TONUCCI                    222

2              CERTIFICATE OF COURT REPORTER

3

4    I, AILSA WILLIAMS, an Accredited LiveNote Reporter
     for TSG Reporting, hereby certify that the
5    testimony of the witness Paolo Tonucci in the
     foregoing transcript, numbered pages 1 through
6    223, taken on Friday, 14 August 2009 was recorded
     by me in machine shorthand and was thereafter
7    transcribed by me; and that the foregoing
     transcript is a true and accurate verbatim record
8    of the said testimony.

9

10   I further certify that I am not a relative,
     employee, counsel or financially involved with any
11   of the parties to the within cause, nor am I an
     employee or relative of any counsel for the
12   parties, nor am I in any way interested in the
     outcome of the within cause.

13

14

15

16

17   Signed:  ........................

18   AILSA WILLIAMS

19   Dated: August 14,2009

20

21

22

23

24

25

Page 223

1                          PAOLO TONUCCI                          223

2

3                          E R R A T A

4                  Deposition of Paolo Tonucci

5        Page/Line No.        Description        Reason for

6        change

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Signed:    ....................

24    Name:    Paolo Tonucci

25    Date:    ....................

# A. 27

1                               1

2                UNITED STATES BANKRUPTCY COURT

3                SOUTHERN DISTRICT OF NEW YORK

4     - - - - - - - - - - - - - - - - - - - - -

5     In Re:

                        Chapter 11

6

7     LEHMAN BROTHERS    Case No. 08-13555(JMP)

      HOLDINGS, INC. et al., (Jointly Administered)

8

9                        Debtors.

10    - - - - - - - - - - - - - - - - - - - - - - -

11

12                DEPOSITION OF JOHN VARLEY

13                Thursday, September 3, 2009

14                     At:  12:00 pm

15                      Taken at:

16                       Barclays

                    1 Churchill Place

17                        London

                    United Kingdom

18

19    Reported by: AILSA WILLIAMS

      Certified LiveNote Reporter

20

21

22

23

24

25

```
 1                    JOHN VARLEY                        2
 2                  A P P E A R A N C E S
 3          JONES DAY, LLP
            Attorneys for Lehman Brothers, Inc.
 4          222 East 41st Street
            New York, NY 10017-6702
 5          BY:  JAYANT W. TAMBE, ESQ
            BRIDGET CRAWFORD, ESQ
 6
            BOIES, SCHILLER & FLEXNER, LLP
 7          Attorneys for Barclays Capital and the
            Witness
 8          5301 Wisconsin Avenue N.W
            Washington D.C 20015
 9          BY: JONATHAN M. SHAW
10          QUINN, EMANUEL, URQUHART, OLIVER & HEDGES,
            LLP
11          Attorneys for the Creditors Committee
            16 Old Bailey
12          London, United Kingdom, EC4M 7EG
            BY: MATTHEW BUNTING, ESQ.
13
            HUGHES, HUBBARD & REED, LLP
14          Attorneys for the SIPA Trustee
            1775 I Street, N.W
15          Washington D.C. 20006-2401
            BY: JOHN F. WOOD
16  Also Present:
17          PHILIP E. KRUSE: Alvarez & Marsal
18          GREG BARDEN: Jones Day
19          DEBORAH COOPER: Barclays
20
21
22
23
24
25
```

1                        JOHN VARLEY                        3

2

3                         I N D E X

4    JOHN VARLEY ... ... ... ... ... ... ... ... ... ... ..4

5    DIRECT EXAMINATION BY MR. TAMBE: .. ... ... ... ..4

6    CROSS-EXAMINATION BY MR. WOOD: ... ... ... ... ...90

7    CROSS-EXAMINATION BY MR. BUNTING: . ... ... ... ...92

8    REDIRECT EXAMINATION BY MR. ... ... ... ... ... ... 112

          TAMBE:

9

     FURTHER CROSS-EXAMINATION BY MR. .. ... ... ... ... 114

10           WOOD:

11   FURTHER CROSS-EXAMINATION BY MR. .. ... ... ... ... 117

          BUNTING:

12

13                    INDEX OF EXHIBITS

14   Exhibit 337A Powerpoint Presentation .. ... ... ... ... 19

15   Exhibit 338A E-mail, Rosen to Varley .. ... ... ... ... 37

16   Exhibit 339A Message from J. Varley ... ... ... ... ... 39

17   Exhibit 340A E-mail, Merson to Varley . ... ... ... ... 40

18   Exhibit 342A E-mail, Clackson to Walker ... ... ... ... 48

19   Exhibit 343A Barclays Announcement  ... ... ... ... ... 60

20   Exhibit 344A E-mail, HR to Varley . ... ... ... ... ... 71

21   Exhibit 341A E-mail, from Lucas to Varley . ... ... ... 73

22   Exhibit 345A E-mail, Chase to Barclays  ... ... ... ... 78

23   Exhibit 346A E-mail, Varley to Diamond  ... ... ... ... 95

24   Exhibit 347A E-mail, Le Blanc to Varley ... ... ... ... 96

25   Exhibit 348A E-mail, M. Smith to various .. ... ... ... 97

1                        JOHN VARLEY                          4

2                        JOHN VARLEY

3                   Having been duly sworn,

4                   Testified as follows:

5              DIRECT EXAMINATION BY MR. TAMBE:

6         MR. TAMBE:  Good afternoon, Mr. Varley.

7    My name is Jay Tambe with the law firm of Jones

8    Day, special counsel to Lehman Brothers Holdings

9    Inc.  With me is my colleague, Bridget Crawford.

10        I will let the other attorneys and folks

11   down the table introduce themselves to you on the

12   record and then we will get started.

13        MR. WOOD:  John Wood, from the law firm

14   Hughes, Hubbard & Reed, and we represent the

15   SIPA Trustee.

16        MR. BUNTING:  Matthew Bunting from

17   Quinn, Emanuel, Urquhart, Oliver & Hedges

18   representing Creditors Committee.

19        MR. KRUSE:  Phil Kruse with Alvarez &

20   Marsal on behalf of the LBHI estate.

21        MR. SHAW:  Jonathan Shaw, Boies,

22   Schiller & Flexner, on behalf of Barclays and

23   Mr. Varley.

24        MS COOPER:  Deborah Cooper, Head of

25   Group Litigation, Barclays.

1                        JOHN VARLEY                        5

2          MR. TAMBE:  We understand we have some

3    time constraints here.  I think we have a total of

4    3 hours of your time and while reserving all of

5    our rights we want to make the best use of that

6    time.

7              What I would like to pose to you this

8    afternoon are a series of questions about the

9    Barclays/Lehman transaction and get your best

10   recollection and show you some documents and

11   discuss some documents with you.  Is that fair?

12       A.   It is.

13   (The following portions were removed due to their

14   Confidentiality designations:

15   Page 5, Line 13 through Page 14, Line 24 (Confidential);

16   Page 14, Line 25 through Page 37, Line 15 (Highly Confidential);

17   Page 37, Line 16 through Page 43, Line 8 (Confidential);

18   Page 43, Line 9 through Page 48, Line 3 (Highly Confidential);

19   Page 48, Line 4 through Page 50, Line 14 (Confidential);

20   Page 50, Line 15 through Page 60, Line 3 (Highly Confidential);

21   Page 60, Line 4 through Page 71, Line 7 (Confidential);

22   Page 71, Line 8 through Page 88, Line 4 (Highly Confidential);

23   Page 88, Line 5 through Page 90, Line 9 (Confidential);

24   Page 90, Line 10 through Page 91, Line 15 (Highly Confidential);

25   Page 91, Line 16 through Page 92, Line 12 (Confidential);

1    Page 92, Line 13 through Page 119, Line 21 (Highly Confidential).

2

3

4

5        (Transcript is continued on Page 119, Line 22)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                    (End of Deposition)

23

24

25

Page 120

1                         JOHN VARLEY                         120

2

3                    CERTIFICATE OF DEPONENT

4

5      I, John Varley, hereby certify that I have read

       the foregoing pages, numbered 1 through 122, of my

6      deposition of testimony taken in these proceedings

       on 3 September, 2009, and, with the exception of

7      the changes listed on the next page and/or

       corrections, if any, find them to be a true and

8      accurate transcription thereof.

9

10

11

12

13     Signed:  ........................

14     Name:    John Varley

15     Date:    ........................

16

17

18

19

20

21

22

23

24

25

Page 121

1                          JOHN VARLEY                    121

2                  CERTIFICATE OF COURT REPORTER

3

4        I, AILSA WILLIAMS, an Accredited LiveNote Reporter

         with European Deposition Services, London,

5        England, hereby certify that the testimony of the

         witness John Varley in the foregoing transcript,

6        numbered pages 1 through 122, taken on 3

         September, 2009 was recorded by me in machine

7        shorthand and was thereafter transcribed by me;

         and that the foregoing transcript is a true and

8        accurate verbatim record of the said testimony.

9

10       I further certify that I am not a relative,

         employee, counsel or financially involved with any

11       of the parties to the within cause, nor am I an

         employee or relative of any counsel for the

12       parties, nor am I in any way interested in the

         outcome of the within cause.

13

14

15

16

17       Signed:  ........................

18       AILSA WILLIAMS

19       Dated:  9/3/2009

20

21

22

23

24

25

Page 122

1              JOHN VARLEY                        122

2

3                     E R R A T A

4              Deposition of John Varley

5    Page/Line No.        Description        Reason for

6    change

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Signed:   ....................

24    Name:   John Varley

25    Date:   ....................

# A. 28

Page 123

1                          J. VARLEY

2              UNITED STATES BANKRUPTCY COURT

3              SOUTHERN DISTRICT OF NEW YORK

4       ----------------------x

5       In Re:

6                                    Chapter 11

7       LEHMAN BROTHERS         Case No. 08-13555(JMP)

8       HOLDINGS, INC., et al.,    (Jointly Administered)

9

                        Debtors.

10

        ----------------------x

11

12

13      CONTINUED DEPOSITION OF JOHN VARLEY (TELEPHONIC)

14                  New York, New York

15                  September 11, 2009

16

17

18

19

20

21

22

23      Reported by:

24      KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25      JOB NO. 24300

Page 124

1              J. VARLEY

2          September 11, 2009

3              9:05 a.m.

4

5

6       CONTINUED deposition of JOHN VARLEY, held

7       at Jones Day, LLP, 222 East 41st Street,

8       New York, New York, before Kathy S.

9       Klepfer, a Registered Professional

10      Reporter, Registered Merit Reporter,

11      Certified Realtime Reporter, Certified

12      Livenote Reporter, and Notary Public

13      of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 125

1                           J. VARLEY

2

3                      A P P E A R A N C E S:

4      JONES DAY, LLP

5      Attorneys for Lehman Brothers, Inc.

6           222 East 41st Street

7           New York, New York  10017-6702

8      BY:   JAYANT W. TAMBE, ESQ.

9            BART GREEN, ESQ.

10

11     BOIES, SCHILLER & FLEXNER, LLP

12     Attorneys for Barclays and the Witness

13          575 Lexington Avenue - 7th Floor

14          New York, New York  10022

15     BY:   JACK G. STERN, ESQ.

16

17     QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP

18     Attorneys for the Creditors Committee

19          16 Old Bailey

20          London, United Kingdom  EC4M 7EG

21     BY:   MATTHEW BUNTING, ESQ. (Via telephone)

22

23

24

25

Page 126

1              J. VARLEY

2         A P P E A R A N C E S:  (Cont'd.)

3     HUGHES, HUBBARD & REED, LLP

4     Attorneys for the SIPA Trustee

5          1775 I Street, N.W.

6          Washington, D.C.  20006-2401

7     BY:  JOHN WOOD, ESQ.

8

9

10    Also Present:

11         PHILIP E. KRUSE, Alvarez & Marsal

12         DEBORAH COOPER, Barclays (Via Telephone)

13         PAUL LOFTUS, Barclays (Via telephone)

14

15

16

17

18

19

20

21

22

23

24

25

Page 127

1                      J. VARLEY

2          (The entire transcript has been removed

3    due to its Highly Confidential designation: Page 127,

4    Line 2 through Page 167 Line 11)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 167

1                    J. VARLEY

2

3

4

5

6

7

8

9

10

11

12          (Time Noted:  10:01 A.M.)

13

14

15

16

17

18          _____

            JOHN VARLEY

19

20     Subscribed and sworn to

       before me this    day

21     of         2009.

22

       _____

23

24

25

Page 168

1                           J. VARLEY

2                           CERTIFICATE

3         STATE OF NEW YORK )

                                    :   ss

4         COUNTY OF NEW YORK)

5              I, Kathy S. Klepfer, a Registered

6         Merit Reporter and Notary Public within and

7         for the State of New York, do hereby

8         certify:

9              That JOHN VARLEY, the witness whose

10        deposition is herein before set forth, was

11        duly sworn by me and that such deposition is

12        a true record of the testimony given by such

13        witness.

14             I further certify that I am not

15        related to any of the parties to this action

16        by blood or marriage and that I am in no way

17        interested in the outcome of this matter.

18             I further certify that neither the

19        deponent nor a party requested a review of

20        the transcript pursuant to Federal Rule of

21        Civil Procedure 30(e) before the deposition

22        was completed.

23             In witness whereof, I have hereunto

          set my hand this 11th day of September,

24        2009.

25                   -------------------------------

Page 169

1                           J. VARLEY

2                             INDEX

3     TESTIMONY OF J. VARLEY:                    PAGE

4     Examination by Mr. Tambe .............   127

5

6     EXHIBITS:                                 PAGE

7     Exhibit 412B, a cover letter from Boies   128

8     Schiller with attached document bearing

9     Bates Nos. BCI-EX-166277 through 166348

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 170

1                          J. VARLEY
2      NAME OF CASE:  In re Lehman Brothers Holdings., Inc.
3      DATE OF DEPOSITION:  September 11, 2009
4      NAME OF WITNESS:  John Varley
5      Reason Codes:
6              1.  To clarify the record.
               2.  To conform to the facts.
7              3.  To correct transcription errors.
8      Page _____ Line _____ Reason _____
       From _____ to _____
9
       Page _____ Line _____ Reason _____
10     From _____ to _____
11     Page _____ Line _____ Reason _____
       From _____ to _____
12
       Page _____ Line _____ Reason _____
13     From _____ to _____
14     Page _____ Line _____ Reason _____
       From _____ to _____
15
       Page _____ Line _____ Reason _____
16     From _____ to _____
17     Page _____ Line _____ Reason _____
       From _____ to _____
18
       Page _____ Line _____ Reason _____
19     From _____ to _____
20     Page _____ Line _____ Reason _____
       From _____ to _____
21
       Page _____ Line _____ Reason _____
22     From _____ to _____
23     Page _____ Line _____ Reason _____
       From _____ to _____
24
25                         _____

# A. 29

Page 1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   -------------------------------x

    In Re:                      Chapter 11

5   LEHMAN BROTHERS             Case No. 08-13555 (JMP)

    HOLDINGS, INC., et al.,     (Jointly Administered)

6   -------------------------------)

7

8

9           DEPOSITION OF JASEN YANG

10              New York, New York

11          Friday, September 4, 2009

12

13

14

15

16

17

18

19

20   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

21   JOB NO. 24621

22

23

24

25

Page 2

```
 1

 2

 3

 4

 5              September 4, 2009

 6              9:36 a.m.

 7

 8

 9

10       Deposition of JASEN YANG, held at the offices

11       of Jones Day, 222 East 41st Street, New York, New

12       York, pursuant to Notice, before Francis

13       X. Frederick, a Certified Shorthand

14       Reporter, Registered Merit Reporter and

15       Notary Public of the States of New York

16       and New Jersey.

17

18

19

20

21

22

23

24

25
```

1

2    A P P E A R A N C E S:

3

4         JONES DAY, LLP

5         Attorneys for Lehman Brothers, Inc.

6              222 East 41st Street

7              New York, New York  10017-6702

8         BY:   WILLIAM J. HINE, ESQ.

9              GEORGE E. SPENCER, ESQ.

10

11        BOIES SCHILLER & FLEXNER, LLP

12        Attorneys for Barclays Capital

13             575 Lexington Avenue - 7th Floor

14             New York, New York  10022

15        BY:   JACK G. STERN, ESQ.

16

17        HUGHES, HUBBARD & REED, LLP

18        Attorneys for the SIPA Trustee

19             One Battery Park Plaza

20             New York, New York  10004-1482

21        BY:   SAMUEL C. McCOUBREY, ESQ.

22

23    ALSO PRESENT:

24        INGRID M. CHRISTIAN, Alvarez & Marsal

25

Page 4

1                      J. YANG

2  J A S E N    Y A N G,   called as a witness,

3          having been duly sworn by a Notary

4          Public, was examined and testified as

5          follows:

6  EXAMINATION BY

7  MR. HINE:

8          Q.    Good morning, Mr. Yang.

9          A.    Good morning.

10         Q.    My name is -- we met off the

11 record but my name is Bill Hine and I'm with

12 the firm of Jones Day and we are special

13 counsel to the Creditors Committee -- I'm

14 sorry, to the estate of Lehman Brothers

15 Holdings, Inc. in connection with this

16 bankruptcy proceeding so we're taking some

17 discovery with respect to that.  And this

18 deposition here is what's called a 30(b)(6)

19 deposition and you've been designated by

20 Barclays as a deponent for a couple select

21 topics which we'll go over in a little bit.

22         A.    Um-hum.

23         Q.    Have you ever been deposed before?

24         A.    No, I have not.

25         Q.    Okay.  So I'm sure your counsel

Page 5

1                        J. YANG

2   has advised you of the ground rules but

3   basically I'm going to ask you some questions.

4   You're going to give me some answers to the

5   best you can.  My one request is that sometime

6   during the deposition I will undoubtedly ask a

7   misleading question or use a word improperly

8   or one of your technical terms that you folks

9   use.  Please correct me, ask me to clarify it.

10  I want to ask you clear questions so you can

11  give me clear answers.  So if we can agree on

12  that we can probably get started.

13              MR. STERN:  Yes.  I'll just note

14       for the record that the two topics are

15       first topic 4 which is a person with

16       knowledge of the calculations shown on

17       the e-mail of BCI 000580; and topic 5,

18       the marking process to take place the

19       afternoon of Friday, September 19th,

20       2008, referenced in BCI 000878 and

21       BCI-EX-00012161.

22  BY MR. HINE:

23       Q.    And I will be asking you questions

24  about those topics but also some general

25  questions around those topics.

Page 6

J. YANG

1

2          MR. HINE:  So we do reserve our

3      rights to conduct the deposition of Mr.

4      Yang in his personal capacity if the

5      need ever arises.

6          But in that vein why don't we

7      enter as the first exhibit the

8      deposition notice.

9          MR. SPENCER:  Previously marked.

10  BY MR. HINE:

11      Q.    Okay.  Mr. Yang, I'm handing you a

12  copy of a document previously marked as

13  Exhibit 81B from which your counsel was

14  reading, I believe.  I just wanted to point

15  out to you topics 4 and 5 on page 3.

16      A.    Um-hum.

17      Q.    Do you see them?

18      A.    Yes, I do.

19      Q.    You understand that you've been

20  designated by Barclays as the witness to speak

21  on those topics?

22      A.    Yes.

23      Q.    Okay.  Did you prepare for your

24  deposition at all today?

25      A.    Maybe.

1              J. YANG

2        Q.    What does that mean?

3              MR. STERN:  Yes.  He met --

4        A.    Yes.  The short answer is yes.  I

5   didn't know if the question was today or...

6        Q.    Okay.  Fair enough.

7              Did you conduct any investigations

8   or factual reviews in preparation for your

9   deposition on those two topics?

10       A.    Yeah.  I took a look at some of

11  the e-mails that came across my desk around

12  that time.

13       Q.    Okay.  Anything else?

14       A.    No.  Just review of personal -- of

15  my e-mails.

16       Q.    Okay.  Did you meet with counsel

17  in preparation for today's deposition?

18       A.    Yes, I did.

19       Q.    Okay.  Did you review any

20  documents with counsel?

21       A.    Yes, I did.

22       Q.    Did any of those documents refresh

23  your recollection about either of these two

24  topics?

25       A.    Yes.

Page  8

1                    J. YANG

2   (The following portions are removed due to their confidentiality

3   designations:

4   Page 8, Line 2 through Page 52, Line 13 (Highly Confidential);

5   Page 52, Line 14 through Page 57, Line 19 (Confidential);

6   Page 57, Line 20 through Page 63, Line 14 (Highly Confidential);

7   Page 63, Line 15 through Page 65, Line 17 (Confidential);

8   Page 65, Line 18 through Page 113, Line 19 (Highly Confidential);

9   Page 113, Line 20 through Page 116, Line 10 (Confidential);

10  Page 116, Line 11 through Page 121, Line 3 (Highly Confidential).

11

12

13

14

15

16

17

18

19      (The Transcript continues on Page 121, Line 4)

20

21

22

23

24

25

Page 121

1

2

3

4                    (Time Noted:        11:39 a.m.).

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19              _____

20                   JASEN YANG

21

22      Subscribed and sworn to before me

23      this ____ day of _____, 2009.

24

25      _____

1

2          C E R T I F I C A T E

3     STATE OF NEW YORK        )

4                              : ss.

5     COUNTY OF NEW YORK       )

6              I, FRANCIS X. FREDERICK, a Notary

7         Public within and for the State of New

8         York, do hereby certify:

9              That JASEN YANG, the witness whose

10        deposition is hereinbefore set forth,

11        was duly sworn by me and that such

12        deposition is a true record of the

13        testimony given by the witness.

14             I further certify that I am not

15        related to any of the parties to this

16        action by blood or marriage, and that I

17        am in no way interested in the outcome

18        of this matter.

19             IN WITNESS WHEREOF, I have

20        hereunto set my hand this 4th day of

21        September, 2009.

22

23                          _____

24                          FRANCIS X. FREDERICK

25

1

2    ----------------- I N D E X ------------------

3    WITNESS                 EXAMINATION BY       PAGE

4    JASEN YANG          MR. HINE             4

5                        MR. McCOUBREY        118

6

7    ----------- INFORMATION REQUESTS -------------

8    DIRECTIONS:   33

9    RULINGS:   NONE

10   TO BE FURNISHED:   NONE

11   REQUESTS:   NONE

12   MOTIONS:   NONE

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 124

1

2    ------------------ EXHIBITS ------------------

3    EXHIBIT                                    FOR ID.

4    Exhibit 349B

5    document bearing production

6    numbers BCI-EX-00070958

7    through BCI-EX-00070961................. 52

8    Exhibit 350B

9    document bearing production

10    numbers BCI-EX-00012161

11    through BCI-EX-00012162................. 65

12    Exhibit 351B

13    document bearing production

14    numbers BCI 000878 through

15    BCI 000879 with attachment.............. 72

16    Exhibit 352B

17    document bearing production

18    numbers BCI-EX-00013019

19    through BCI-EX-00013186................. 85

20    Exhibit 353B

21    document bearing production

22    numbers BCI-EX-(S)-00055573

23    through BCI-EX-(S)-00055574............. 101

24

25

1

2          NAME OF CASE:  LEHMAN BROTHERS

3          DATE OF DEPOSITION:  SEPTEMBER 4, 2009

4          NAME OF WITNESS:  LEHMAN BROTHERS

5          Reason codes:
                1.  To clarify the record.

6                2.  To conform to the facts.
                3.  To correct transcription errors.

7          Page _____ Line _____ Reason _____
           From _____ to _____

8

           Page _____ Line _____ Reason _____

9          From _____ to _____

10         Page _____ Line _____ Reason _____
           From _____ to _____

11

           Page _____ Line _____ Reason _____

12         From _____ to _____

13         Page _____ Line _____ Reason _____
           From _____ to _____

14

           Page _____ Line _____ Reason _____

15         From _____ to _____

16         Page _____ Line _____ Reason _____
           From _____ to _____

17

           Page _____ Line _____ Reason _____

18         From _____ to _____

19         Page _____ Line _____ Reason _____
           From _____ to _____

20

           Page _____ Line _____ Reason _____

21         From _____ to _____

22         Page _____ Line _____ Reason _____
           From _____ to _____

23

                     _____

24

                 JASEN YANG

25