JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 |
| Debtors. | (Jointly Administered) |

**APPENDIX TO**
**DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO**
**FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, MODIFYING**
**THE SEPTEMBER 20, 2008 SALE ORDER AND GRANTING OTHER RELIEF**

**APPENDIX VOLUME III**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re* LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 30 | Asset Purchase Agreement, dated as of September 16, 2008, between Lehman Brothers Holdings Inc., Lehman Brothers Inc., LB 745 LLC, and Barclays Capital Inc. (Dep. Ex. 1) |
| 31 | 9/16/08 (11:18 am) Financial Schedule (Dep. Ex. 19) |
| 32 | Clarification Letter dated September 20, 2008, between Lehman Brothers Holdings Inc., Lehman Brothers Inc., LB 745 LLC, and Barclays Capital Inc.  (Dep. Ex. 25) |
| 33 | Master Repurchase Agreement, dated July 23, 1998, between Lehman Brothers Inc. and Barclays Capital Inc. (Dep. Ex. 117) |
| 34 | 9/15/08 (11:05 am) email between S. Aprigliano and P. Tonucci, *et al.* (Dep. Ex. 118) |
| 35 | 9/16/08 (9:52 am) email between P. Clackson and J. Walker, with attachment (BCI-EX-(S)-00023787 [Dep. Ex. 342A]) |
| 36 | 9/16/08 (9:52 pm) email between P. Clackson and J. Walker (BCI-EX-00023787 – 788 [Dep. Ex. 378]) |
| 37 | 9/16/08 (5:57 am) email between P. Tonucci and I. Lowitt, *et al*. (Dep. Ex. 20) |
| 38 | 9/16/08 (5:57 am) email between P. Tonucci and I. Lowitt, *et al*. (Dep. Ex. 136A) |
| 39 | 9/16/08 (6:00 am) meeting minutes of the combined boards of Lehman Brothers Holding, Inc. and Lehman Brothers, Inc. |
| 40 | 9/16/08 (10:14 a.m.) email from V. Syal to G. Romain *et al.* (BCI-EX-(S)-00023813 – 814 [Dep. Ex. 392A]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,* Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 41 | Handwritten notes on 9/16 financial schedule. (BCI-EX-00115898 – 115900) |
| 42 | 9/2/09 letter from Boies, Schiller & Flexner LLP to Jones Day enclosing documents (BCI-EX-00166277 – 348 [Dep. Ex. 412B]) |
| 43 | Handwritten notes (BCI-EX-00115297 – 313) |
| 44 | Handwritten notes (BCI-EX-00115167 – 173 [Dep. Ex. 198]) |
| 45 | Handwritten notes (BCI-EX-00115141 [Dep. Ex. 200]) |
| 46 | 9/17/08 Barclays generated transcript of analyst call (Dep. Ex. 343A) |
| 47 | 9/17/08 balance sheet with handwritten notes (BCI-EX-000115126-140) |
| 48 | 9/17/08 (12:01 am) email between M. Shapiro and M. Weil |
| 49 | 9/17/08 (3:14 am) email between C. Lucas and J. Varley (BCI-EX-(S)-00053514 [Dep. Ex. 341A]) |
| 50 | 9/17/08 (12:34 pm) email between I. Lowitt and G. Reilly, *et al*. (Dep. Ex. 10) |
| 51 | 9/17/08 (4:28 pm) email between I. Lowitt and G. Reilly, *et al*. (Dep. Ex. 148A) |
| 52 | 9/17/08 (6:40 pm) email between P. Tonucci and I. Lowitt (Dep. Ex. 120) |
| 53 | 9/17/08 (6:41 pm) email between P. Tonucci and I. Lowitt (Dep. Ex. 121) |
| 54 | 9/17/08 (7:12 pm) email between R. Ricci and P. Clackson, *et al.* (BCI-EX-00077651 [Dep. Ex. 285B]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
## Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 55 | 9/17/08 (9:45 pm) email between I. Lowitt and G. Reilly (Dep. Ex. 23) |
| 56 | Letter to Herbert ("Bart") McDade (BCI-EX-00113161 – 163 [Dep. Ex. 282B]) |
| 57 | 9/18/08 (5:31 am) email between J. Feraca and M. Webb, *et al.* (Dep. Ex. 124) |
| 58 | 9/18/08 (6:40 am) email between A. Kirk and G. Reilly, *et al.* (Dep. Ex. 21) |
| 59 | 9/18/08 (7:30 am) email between E. Felder and G. Reilly, *et al.* (Dep. Ex. 127) |
| 60 | 9/18/08 (8:05 am) email between J. Hraska and M. Webb, with attachment (Dep. Ex. 143B) |
| 61 | 9/18/08 (8:12 am) email between G. Romain and C. Owen, *et al.* (BCI-EX-(S)-00047719 – 724 [Dep. Ex. 283A]) |
| 62 | 9/18/08 (5:32 pm) email between B. Yeung and M. Kelly, with attachment (Dep. Ex. 201) |
| 63 | 9/18/08 (7:27 pm) email between R. Hauzenberg and M. Kelly, *et al.*, with attachment |
| 64 | 9/18/08 (7:33 pm) email between R. Hauzenberg and M. Kelly, *et al.*, with attachment |
| 65 | 9/18/08 (9:48 pm) email between P. Clackson and R. Ricci (BCI-EX-00077466 [Dep. Ex. 287B]) |
| 66 | 9/18/08 (11:32 pm) email between A. Blackwell and I. Lowitt, *et al.* (Dep. Ex. 67B) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

*In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
Debtors Case No. 08-13555

# APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 67 | 9/19/08 Lehman document entitled "Management of the Unencumbered Asset Gap" (Dep. Ex. 93B) |
| 68 | 9/19/08 Notice of Termination (BCI-EX-00109164-165 [Dep. Ex. 27]) |
| 69 | 9/19/08 (12:32 am) email between M. Kelly and C. O'Meara, with attachment |
| 70 | 9/19/08 (2:25 am) email between T. Scott and J. Stone, *et al.* (BCI-EX-(S)-00038010 – 013 [Dep. Ex. 274]) |
| 71 | 9/19/08 (3:06 pm) email between P. Clackson and R. Ricci (BCI-EX 00078334 [Dep. Ex. 362A]) |
| 72 | 9/19/08 (4:16 am) email between J. Rodefeld and T. Scott, *et al.* (BCI-EX-(S)-00034528 – 529 [Dep. Ex. 215]) |
| 73 | 9/19/08 (4:22 am) email between V. Syal and R. Ricci (BCI-EX-00077557 [Dep. Ex. 289B]) |
| 74 | 9/19/08 (8:27 am) email between A. Keller and S. Berkenfeld, *et al.*, with attachment |
| 75 | 9/19/08 (9:42 am) email between P. Clackson and R. Ricci, with attachment (BCI-EX 00079850, 00079849 [Dep. Ex. 133]) |
| 76 | 9/19/08 (10:18 am) email between A. Yu and K. Wang, *et al.* (Dep. Ex. 159A) |
| 77 | 9/19/08 (12:04 pm) email between G. LaRocca and M. Keegan (BCI 000580 [Dep. Ex. 144A]) |
| 78 | 9/19/08 (2:27 pm) email between I. Lowitt and B. McDade (Dep. Ex. 219) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 79 | 9/19/08 (2:31 pm) email between D. Aronow and N. Ullman (Dep. Ex. 66B) |
| 80 | 9/19/08 (6:30 pm) email between J. Hraska and J. Palchynsky, *et al.* (Dep. Ex. 69B) |
| 81 | 9/19/08 (8:09 pm) email between A. Kirk and B. McDade (Dep. Ex. 326) |
| 82 | 9/20/08 (2:39 am) email between M. Klein and B. Diamond (BCI-EX 00077823 – 824 [Dep. Ex. 149A]) |
| 83 | 9/20/08 (2:39 pm) email between R. Messineo and V. Lewkow, *et al.*, with attachment (BCI-CG 00024252 – 271 [Dep. Ex. 36]) |
| 84 | 9/20/08 (10:34 am) email between R. Azerad and P. Tonucci, *et al.*, with attachment (Dep. Ex. 151A) |
| 85 | 9/20/08 (11:14 am) email between P. Tonucci and G. Reilly, *et al.* (Dep. Ex. 145A) |
| 86 | 9/20/08 (1:42 pm) email between P. Tonucci and I. Lowitt (Dep. Ex. 222) |
| 87 | 9/20/08 (1:42 pm) email between P. Tonucci and I. Lowitt (Dep. Ex. 172A) |
| 88 | 9/20/08 (4:40 pm) email between J. Hraska and J. Rodefeld, *et al.*, with attachment (BCI-EX 00009798 – 99 [excerpt of Dep. Ex. 139B, BCI-EX 00009800 – 10386 intentionally omitted]) |
| 89 | 9/20/08 (5:25 pm) email between D. Murgio and V. Lewkow, *et al.*, with attachment (BCI-CG 00035134 – 138 [excerpt of Dep. Ex. 47, BCI-CG 00035139 – 955 intentionally omitted]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME III

| App. Tab No. | Description |
|---|---|
| 90 | 9/20/08 (7:20 pm) email between M. Kelly and B. Beldner, with attachment (Dep. Ex. 153A) |
| 91 | 9/20/08 (7:20 pm) email between I. Lowitt and A. Blackwell, *et al.* (Dep. Ex. 74B) |
| 92 | 9/20/08 (8:39 pm) email between M. Forrest and I. Lowitt, *et al.* (Dep. Ex. 75B) |
| 93 | 9/20/08 (8:40 pm) email between B. Beldner and M. Kelly, with attachment (Dep. Ex. 154A) |
| 94 | 9/20/08 (9:47 pm) email between J. Yang and A. Cox (BCI-EX-00081015 – 016 [Dep. Ex. 275]) |
| 95 | 9/20/08 (10:23 pm) email between I. Lowitt and M. Forrest (Dep. Ex. 77B) |
| 96 | 9/20/08 (11:36 pm) email between A. Blackwell and R. Azerad, *et al.* (Dep. Ex. 78B) |