# A. 51

**Unknown**

**Sent:** Wednesday, March 25, 2009 10:21 AM

| | |
|---|---|
| **From:** | Reilly, Gerard [greilly@lehman.com] |
| **Sent:** | Wednesday, September 17, 2008 9:28 PM (GMT) |
| **To:** | Kelly, Martin [martin.kelly@lehman.com]; Flores, Daniel [Daniel.Flores@lehman.com] |
| **Cc:** | Taylor, Austin L [austin.taylor@lehman.com] |
| **Subject:** | RE: Diligence Items |

The first question is very difficult. My understanding of the deal is
that they will purchase our assets that remain in LBI on the closing
date which will not be the same as the assets on the 12th. That
purchase will be at a fixed discount on the assets that remain to
reflect the bulk size of the purchase. We can track our pl by assets
category which give some indication of how much we have moved the marks.
We can also provide assets as of the 16th with marks so they can get
some perspective.

Let me know what we need. If I am off base and the expectation is to
track sales, cash, marks of the portfolio from the 12th to the close
that will be extremely difficult.

Gerry

> _____
> From:       Kelly, Martin
> Sent: Wednesday, September 17, 2008 4:52 PM
> To:  Flores, Daniel
> Cc:  Taylor, Austin L; Reilly, Gerard
> Subject:    RE: Diligence Items
>
> #1 is Gerry (cc'd). #2 is me - we are working on that now
>
> _____
> From:       Flores, Daniel
> Sent: Wednesday, September 17, 2008 3:47 PM
> To:  Kelly, Martin
> Cc:  Taylor, Austin L
> Subject:    Diligence Items
>
> Hi Martin,
>
> Just left you a vmail. Wanted to follow up on some of the items
> Lazard has requested that George Mack and I discussed with you
> yesterday. These are:
>
> 1. Price variance report for trading books going with deal to reflect
> changes between Friday 9/12 close and Monday 9/15 close
> 2. The balance sheet of what's being sold as well as what is remaining
> behind
>
> If you aren't the right person, please let me know who else I should
> contact.
>
> Regards,
> Daniel
>
> -------------------------------------



EXHIBIT

148 A

8.14.09    AW

464049

> Daniel E. Flores
> Lehman Brothers
> Restructuring Group
> (212) 526 8253 (Tel)
> (212) 520 9312 (Fax)
> daniel.flores@lehman.com
>
>

464049

# A. 52

| | |
|---|---|
| MIME-Version: | 1.0 |
| Date: | Sat, 21 Mar 2009 23:56:46 -0500 |
| Content-Type: | text/html;charset="windows-1252" |
| Content-Transfer-Encoding: | quoted-printable |

**From:** Tonucci, Paolo [paolo.tonucci@lehman.com]

**Sent:** Wednesday, September 17, 2008 10:40 PM (GMT)

**To:** Lowitt, Ian T [ilowitt@lehman.com]

**Cc:** Coghlan, John F. (Prime Services) [jcoghlan@lehman.com]; Servidio, Lawrence P [lservid@lehman.com]; Feraca, John [joferaca@lehman.com]

**Subject:** RE: If we had to novate the omo transactions rather than have them collapsed does that matter?

---

Got it.

I am dealing with the State Street issue.

-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:39
To: Tonucci, Paolo
Cc: Coghlan, John F. (Prime Services); Servidio, Lawrence P; Feraca, John
Subject: Re: If we had to novate the omo transactions rather than have them collapsed does that matter?

This is getting confused. Sorry
2 different things. One is the chase acceleration.  Perhaps that is state street. Pcdf will get bigger as a result.

Second issue.  I am down with fed talking about the barclays trade to take us out of all our financing and the fed out of all of their lehman exposure That has 3 elements. The pcdf borrowing; the tslf; and the omo

Plan is to early terminate the omo and the tslf transaction. And then all the collateral to barclays so no ongoing fed financing of lehman. Assume everyone ok with this. Not a lot of choice.
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: John Coghlan
Sent: Sep 17, 2008 6:31 PM
Subject: RE: If we had to novate the omo transactions rather than have them collapsed does that matter?

This is different I think.  It is a trade with State Street that they matured early.



-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:25
To: Tonucci, Paolo
Cc: Coghlan, John F. (Prime Services)
Subject: Re: If we had to novate the omo transactions rather than have
them collapsed does that matter?

This links with the barclays trade to unwind our omo trades to take fed
out of their fed exposure.  Current plan as I understand it is to have
trades with omo unwind and take the collateral to barclays.  Ian

------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: John Coghlan
Sent: Sep 17, 2008 6:21 PM
Subject: RE: If we had to novate the omo transactions rather than have
them collapsed does that matter?

It has left us short funding...we may need to ask JP to cover.


-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:20
To: Tonucci, Paolo
Cc: Coghlan, John F. (Prime Services)
Subject: If we had to novate the omo transactions rather than have them
collapsed does that matter?

Is their a risk consequence?  Ian

# A. 53

| | |
|---|---|
| From: | Tonucci, Paolo [paolo.tonucci@lehman.com]. |
| To: | Lowitt, Ian T [ilowitt@lehman.com]. |
| Cc: | . |
| Bcc: | . |
| Subject: | RE: If we had to novate the omo transactions rather than have them collapsed does that matter?. |

Sent:9/17/2008 6:41 PM.

Thanks. Hoping to do more with Barclays to avoid haircut impact.

-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:41
To: Tonucci, Paolo
Subject: Re: If we had to novate the omo transactions rather than have them collapsed does that matter?

Ok'd to increase pcdf. Ian
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: John Coghlan
Cc: Larry Servidio
Cc: Feraca, John
Sent: Sep 17, 2008 6:40 PM
Subject: RE: If we had to novate the omo transactions rather than have them collapsed does that matter?

Got it.

I am dealing with the State Street issue.

-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:39
To: Tonucci, Paolo
Cc: Coghlan, John F. (Prime Services); Servidio, Lawrence P; Feraca, John
Subject: Re: If we had to novate the omo transactions rather than have them collapsed does that matter?

This is getting confused. Sorry
2 different things. One is the chase acceleration. Perhaps that is state street. Pcdf will get bigger as a result.

Second issue. I am down with fed talking about the barclays trade to take us out of all our financing and the fed out of all of their lehman exposure That has 3 elements. The pcdf borrowing; the tslf; and the omo

Plan is to early terminate the omo and the tslf transaction. And then all the collateral to barclays so no ongoing fed financing of lehman. Assume everyone ok with this. Not a lot of choice.
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: John Coghlan
Sent: Sep 17, 2008 6:31 PM
Subject: RE: If we had to novate the omo transactions rather than have them collapsed does that matter?


EXHIBIT
Coghlin
121
KK 8/13/09
depobook.com

This is different I think. It is a trade with State Street that they
matured early.


-----Original Message-----
From: Lowitt, Ian T
Sent: 17 September 2008 18:25
To: Tonucci, Paolo
Cc: Coghlan, John F. (Prime Services)
Subject: Re: If we had to novate the omo transactions rather than have
them collapsed does that matter?

This links with the barclays trade to

------Original Message Truncated------

**A. 54**

# Filed Under Seal Pursuant To Protective Order

# A. 55

## Unknown

**Sent:** Sunday, March 22, 2009 2:50 AM

| | |
|---|---|
| **From:** | Lowitt, Ian T [ilowitt@lehman.com] |
| **Sent:** | Thursday, September 18, 2008 1:45 AM (GMT) |
| **To:** | Reilly, Gerard [greilly@lehman.com] |
| **Subject:** | Re: Are we set up to do the marking of the positions? Ian |

Since not in contract hard to see what to dp.  Ian
------Original Message------
From: Gerry Reilly
To: Ian Lowitt
Sent: Sep 17, 2008 9:41 PM
Subject: Re: Are we set up to do the marking of the positions?   Ian

I went thru all docs and did not see reference to the price haircut.  If we want conservative marks to reflect block nature we need to know how much and then can allocate to most logical assets.
-----------

----- Original Message -----
From: Reilly, Gerard
To: Lowitt, Ian T
Sent: Wed Sep 17 21:35:24 2008
Subject: Re: Are we set up to do the marking of the positions?   Ian

Ian I told business guys they must get counterparts at barcap comfortable tomorrow night via front end systems.  We will not have time to do friday.  We are going to send last nights assets and marks over so they can see mix and marks
-----------

----- Original Message -----
From: Lowitt, Ian T
To: Reilly, Gerard
Sent: Wed Sep 17 21:29:29 2008
Subject: FW: Are we set up to do the marking of the positions?   Ian

What I meant was for barcap to mark the positions further?  Ian

From:  Lowitt, Ian T
Sent:  Wednesday, September 17, 2008 9:29 PM
To:   Reilly, Gerard
Subject:   Are we set up to do the marking of the positions?   Ian

7/15/2009



70283

# A. 56

# Filed Under Seal Pursuant To Protective Order

# A. 57

**Administrator**

Sent: Sunday, March 29, 2009 8:01 PM

EXHIBIT
124
KK 8/13/09

| | |
|---|---|
| **From:** | Feraca, John <joferaca@lehman.com> |
| **Sent:** | Thursday, September 18, 2008 9:31 AM (GMT) |
| **To:** | Webb, Michael A <mwebb@lehman.com>; Lohuis, David W <dlohuis@lehman.com>; Ellsworth, Michael R <Michael.Ellsworth@lehman.com>; Nicholson, John C <JNichols@lehman.com>; Mooney, Philip <pmooney@lehman.com>; Conti, Thomas J <thomas.conti@lehman.com>; Van Schaick, George V <gvanscha@lehman.com>; Luglio, Thomas <tluglio@lehman.com>; Coghlan, John F. (Prime Services) <jcoghlan@lehman.com> |
| **Subject:** | Fw: Barclays Collateral Move |

This is the process that was agreed to by Ops, BCI, JPM, and BONY late last night to transfer the positions funded by the Fed's three financing programs (OMO, TSLF, and PDCF) to Barclays for funding COB today.

----- Original Message -----
From: Aronow, David G
To: 'John.Haley@barclayscapital.com' <John.Haley@barclayscapital.com>; Hraska, James W; kevin.caffrey@bnymellon.com <kevin.caffrey@bnymellon.com>; David.Petrie@barclayscapital.com <David.Petrie@barclayscapital.com>; Jim.Beckenhaupt@barclayscapital.com <Jim.Beckenhaupt@barclayscapital.com>; 'charles.austin@bnymellon.com' <charles.austin@bnymellon.com>; 'thomas.conigliaro@bnymellon.com' <thomas.conigliaro@bnymellon.com>; 'andrew.ramdeen@bnymellon.com' <andrew.ramdeen@bnymellon.com>; 'john.vinci@bnymellon.com' <john.vinci@bnymellon.com>; 'RAY.STANCIL@jpmorgan.com' <RAY.STANCIL@jpmorgan.com>; ED.CORRAL@jpmorgan.com <ED.CORRAL@jpmorgan.com>; Jon.Ciciola@jpmorgan.com <Jon.Ciciola@jpmorgan.com>; John.Rodefeld@barclayscapital.com <John.Rodefeld@barclayscapital.com>; Blackwell, Alastair; McBryan, John N; Coghlan, John W. (EQ); Lowitt, Ian T; Tonucci, Paolo; Feraca, John; Servidio, Lawrence P; Hadingham, Peter; Policky, Cindy S; Palchynsky, John N; Gallagher, Bill; Fondacaro, Jack; Fleming, Dan (TSY); Miller, Marjorie A; Legotte, Lenny; Maher, Michael R; 'mark.dearlove@barclayscapital.com' <mark.dearlove@barclayscapital.com>; 'gerard.larocca@barclayscapital.com' <gerard.larocca@barclayscapital.com>; Sharland, Mark W [NY]
Sent: Thu Sep 18 00:53:59 2008
Subject: Barclays Collateral Move

Overview

Below outlined are the key tasks necessary to move the collateral currently being used to support the three Fed programs (TSLF, OMO, and PDCF) from Lehman to Barclays on Thursday, 9/18. Representatives from Barclays, Lehman, BNYM and JP Chase met this evening to discuss the logistics of this transfer and agree upon the necessary steps to enact it.

Files to be provided in advance of collateral movements

The end of day collateral files for each of the above mentioned programs are being provided on Wednesday night, 9/17, to both Barclays and BNYM. These files will contain a breakout of the depository where each of the pieces of collateral is held (i.e. DTC 074, DTC 636 and the Lehman primary dealer box held at JP Chase). These files will facilitate the static data set up in the Barclays and BNYM infrastructure as well as be the source of the transfer instructions for the collateral movements described below.

The collateral files will be cross referenced versus the list of excluded cusips that was provided by Barclays to remove positions not intended to be transferred.

Logistics of collateral movements

1. Pre-funding needs to occur to the JP Chase triparty platform to enable the release of collateral from the Fed programs into the Lehman controlled locations.
2. Collateral will then be released into each of the aforementioned Lehman depositories.

3. For the DTC movements, we have arranged with DTC to enable a prioritization of customer deliveries using the "Honest Broker" function.

7/27/2009

10303258

4. The remaining DTC collateral will then be pledged to the BNMY 855 DTC account for credit to Barclays
5. Proceeds that Lehman receives from the delivery to clients of released DTC collateral from the above mentioned programs will be settled between Lehman and Barclays.

6. For the Fed movements, the repo desk at Lehman will upload the aforementioned list of Fed collateral and book free repos to Barclays. Barclays will book the opposite sides of these trades
(Note that account delivery instructions need to be verified prior to repo bookings.)
7. For the Fed eligible deliveries, fails will be monitored throughout the day to insure settlement.

Funding considerations

1. Shell trades will be booked for the full dollar amount of the repo transaction and will represent the specified prefunded amounts necessary to release the collateral.
2. The shell trades will be adjusted for any proceeds that Lehman pays to Barclays as the result of any deliveries to clients.

Projected Timing

The above process initiating with file analysis through final settlement is anticipated to be completed by 1 pm on Thursday, 9/18, assuming funding occurs by 10 am.

Reconciliation

Reconciliation of all of these movements at Barclays and at Lehman will be conducted through the normal control processes at both firms.

7/27/2009

10303258

# A. 58

## Administrator

**Sent:** Tuesday, June 30, 2009 9:48 PM

| | |
|---|---|
| **From:** | Kirk, Alex <akirk@lehman.com> |
| **Sent:** | Thursday, September 18, 2008 10:40 AM (GMT) |
| **To:** | Reilly, Gerard <greilly@lehman.com>; Felder, Eric <efelder@lehman.com>; Gelband, Michael <mgelband@lehman.com>; Coghlan, John F. (Prime Services) <jcoghlan@lehman.com>; Kimmel, Scott <scott.kimmel@lehman.com> |
| **Subject:** | Re: Open issues on deal |

Eric should dig in on auction rates it could stay behind but try to pass the actual dealing responsibilty to another dealer where we are lead

Wickham should answer PB. Do we know which positions clients are being left behind? Third question is definitely for cogs

----- Original Message -----
From: Reilly, Gerard
To: Kirk, Alex; Felder, Eric
Sent: Thu Sep 18 06:05:10 2008
Subject: Fw: Open issues on deal

Fyi
----------

----- Original Message -----
From: Reilly, Gerard
To: Lowitt, Ian T; Gelband, Michael
Cc: Tonucci, Paolo; Kelly, Martin
Sent: Thu Sep 18 06:03:46 2008
Subject: Open issues on deal

I need some help resolving these issues today.

1) Auction rate book: we have been making the assumption that this is going. I am not sure barcap knows that and assume there could be no auction process if it stayed. Can we leave it behind?

2) Looks like we will have PB financing balances left in LBI and according to cogs they do not want it. What does it mean to leave it behind?

3) Not clear on the amount of block discount or how we make it happen. Defaulting on repo could be the best as discount could be taken from haircut. If not that then we need to give business an allocation of block discount so they can mark down the books tonight. Does that create a problem as it could tip the broker early? Would we rather have that be in the sale price tomorrow?
----------



EXHIBIT
21
HE 8/6/09

10309627

# A. 59

From: Felder, Eric [efelder@lehman.com].                              Sent:9/18/2008 7:30 AM.

To:      Reilly, Gerard [greilly@lehman.com]; Lowitt, Ian T [ilowitt@lehman.com]; Gelband, Michael
         [mgelband@lehman.com].

Cc:      Kelly, Martin [martin.kelly@lehman.com]; Lee, Hyung S [hyung.lee@lehman.com].

Bcc:     .

Subject: RE: Open issues on deal.

The barclays guys chose the assets we did not have anything to do with
it

-----Original Message-----
From: Reilly, Gerard
Sent: Thursday, September 18, 2008 6:57 AM
To: Lowitt, Ian T; Gelband, Michael
Cc: Kelly, Martin; Felder, Eric; Lee, Hyung S
Subject: Re: Open issues on deal

Let's just meet in the fid room at 730. Does that work?
-----------

----- Original Message -----
From: Lowitt, Ian T
To: Reilly, Gerard; Gelband, Michael
Cc: Kelly, Martin; Felder, Eric; Lee, Hyung S
Sent: Thu Sep 18 06:52:28 2008
Subject: RE: Open issues on deal

Gerry, please set up a meeting first thing this morning to work through
these issues with mike, Eric and hyunag. Probably want martin as well.
and how to approach. Must be a huge priority for today.
Ian

-----Original Message-----
From: Reilly, Gerard
Sent: Thursday, September 18, 2008 6:04 AM
To: Lowitt, Ian T; Gelband, Michael
Cc: Tonucci, Paolo; Kelly, Martin
Subject: Open issues on deal

I need some help resolving these issues today.

1) Auction rate book: we have been making the assumption that this is
going. I am not sure barcap knows that and assume there could be no
auction process if it stayed. Can we leave it behind?

2) Looks like we will have PB financing balances left in LBI and
according to cogs they do not want it. What does it mean to leave it
behind?

3) Not clear on the amount of block discount or how we make it happen.
Defaulting on repo could be the best as discount could be taken from
haircut. If not that then we need to give business an allocation of
block discount so they can mark down the books tonight. Does that
create a problem as it could tip the broker early? Would we rather have
that be in the sale price tomorrow?
-----------


EXHIBIT
127
FK 8/3/09

# A. 60

| | | |
|---|---|---|
| From: | Hraska, James W [JHraska@lehman.com]. | Sent:9/18/2008 8:05 AM. |
| To: | Webb, Michael A [mwebb@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | FW: Purchased & Excluded Mortgage Asset Files. | |

-----Original Message-----
From: Aronow, David G
Sent: Wednesday, September 17, 2008 11:01 PM
To: Policke, Ricky; Hraska, James W; Hadingham, Peter
Cc: 'kevin.caffrey@bnymellon.com'; 'John.Haley@barclayscapital.com'
Subject: FW: Purchased & Excluded Mortgage Asset Files

Ricky/Jim/Peter,

Attached are the cusips associated with the book that we were told on
the call will be excluded from the movements tomorrow. These cusip
should not be part of the pledge to BONY according to our earlier
conversation

David

-----Original Message-----
From: kevin.caffrey@bnymellon.com [mailto:kevin.caffrey@bnymellon.com]
Sent: Wednesday, September 17, 2008 10:49 PM
To: Aronow, David G
Subject: Fw: Purchased & Excluded Mortgage Asset Files

Dave,

Please see below for exclusion cusips.

Kevin
----- Forwarded by Kevin P. Caffrey/NY/DOMESTIC/BNY on 09/17/2008 10:48
PM -----

Kevin P.
Caffrey/NY/DOMES
TIC/BNY To
darronow@lehman.com,
09/17/2008 10:46 john.haley@barclayscapital.com
PM cc

Subject
Fw: Purchased & Excluded Mortgage
Asset Files



EXHIBIT

143B

8/   /09  KK

Dave,

Below is the list of cusips that need to be excluded on the pledge of
DTC collateral for the Barclay transaction.

Kevin


----- Forwarded by Kevin P. Caffrey/NY/DOMESTIC/BNY on 09/17/2008 10:42
PM -----

<David.Petrie@ba
rclayscapital.co
m> To
<kevin.caffrey@bnymellon.com>
09/17/2008 02:56 cc
PM <art.certosimo@bnymellon.com>
Subject
Fw: Purchased & Excluded Mortgage
Asset Files




List of possible exclusions.

David

----- Original Message -----
From: King, Stephen: Markets (NYK)
To: Petrie, David: Markets (NYK)
Sent: Wed Sep 17 14:42:52 2008
Subject: Purchased & Excluded Mortgage Asset Files

<<Excluded Mortgage Assets 09-17-2008.xls>>

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This

email may relate to or be sent from other members of the Barclays Group.

(See attached file: Excluded Mortgage Assets 09-17-2008.xls)

The information contained in this e-mail, and any attachment, is
confidential and is intended solely for the use of the intended
recipient. Access, copying or re-use of the e-mail or any attachment, or
any information contained therein, by any other person is not
authorized. If you are not the intended recipient please return the
e-mail to the sender and delete it from your computer. Although we
attempt to sweep e-mail and attachments for viruses, we do not guarantee
that either are virus-free and accept no liability for any damage
sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain
disclosures relating to European legal entities.

| Account | BPM Level 2 | Real World Cusip | ISIN | Product | Product Name | Maturity Date | Trade Date position | et Long Inventory |
|---|---|---|---|---|---|---|---|---|
| GMDQ | ABS CDO-AMERICAS | 14984XAA6 | US14984XAA68 | 14984XAA6 | CEAGO ABD CDO | 10/06/47 | 834,032,970 | 367,979,690 |
| GYXJ | HY LOANS-AMERICAS | 53570DAA6 | US53570DAA62 | 53570DAA6 | LOCAL INSIGHT MEDIA FINANCE LL | 10/25/33 | 238,812,222 | 340,523,232 |
| GMHG | NON-PRIME-AMERICAS | 80384QAA5 | | 80384QAA5 | STRUCTURED ASSET SECURITIES CO | 10/12/37 | 162,866,024 | 122,593,232 |
| G1VS | ABS DERIVATIVES | G0969HAA2 | | G0969HAA2 | BELLE HAVEN ABS CDO LTD | 07/05/46 | 758,995,475 | 106,826,030 |
| GM3X | PRIN. TRAN.-AMERICAS | 50181QAP3 | US50181QAP3 | 50181QAP3 | LOCAL INSIGHT MEDIA FINANCE LL | 09/15/32 | 89,401,181 | 88,621,021 |
| GAL8 | STRUCTURED ASSET SOLUTIONS | 53570DAD5 | US53570DAD5 | 53570DAD5 | MSDWCC HELOC TRUST | 10/23/37 | 90,052,896 | 76,033,597 |
| GMP1 | NON-PRIME-AMERICAS | 78402KAA3 | US78402KAA3 | 78402KAA3 | STRUCTURED ASSET SECURITIES CO | 12/25/31 | 95,000,000 | 64,522,924 |
| GAE2 | CMBS SECONDARY GRD-AMERICA | 36185ER48 | US36185ER48 | 36185ER48 | GMAC MORTGAGE CORP LOAN TRUST | 12/18/49 | 113,475,000 | 62,481,392 |
| G1XJ | ABS DERIVATIVES | 52524NAC1 | US52524NAC11 | 52524NAC11 | LEHMAN BROTHERS FLOATING RATE | 11/25/36 | 85,272,491 | 56,516,854 |
| G3X4 | CMBS-AMERICAS | 11340AD9 | 11340AD9 | 11340AD9 | LBFRC 2007-1,LFA A2 | 10/23/37 | 60,609,000 | 53,695,646 |
| G1BJ | CMBS-AMERICAS | 52524NAC1 | US52524NAC11 | 52524NAC11 | LEHMAN BROTHERS FLOATING RATE | 05/20/10 | 53,125,000 | 47,872,500 |
| GMFR | ABS-SECONDARY-AMERICAS | 00764PAL4 | 00764PAL4 | 00764PAL4 | AMERFLIN BROADHOLLOW FDG LLC / BROADHOLLOW FUNDING LL | 07/15/25 | 50,505,857 | 40,936,026 |
| GMGM | ABS-SECONDARY-AMERICAS | 05852LAB13 | US05852LAB13 | 05852LAB13 | AERCO LTD | 05/02/36 | 55,000,000 | 40,131,146 |
| GMZ7 | NON-PRIME-AMERICAS | 05836XA61 | US05836XA61 | 05836XA61 | BALLANTYNE RE PLC | 05/02/36 | 50,050,000 | 34,059,994 |
| GM1A | NON-PRIME-AMERICAS | 52109P4G8 | 52109P4G8 | 52109P4G8 | SASC 2007-RM1 M2 | 02/25/37 | 40,163,307 | 33,778,347 |
| GMGM | ABS-SECONDARY-AMERICAS | 67059G4F9 | 67059G4F9 | 67059G4F9 | ACAP 2006-1 A2A | 11/15/25 | 1,704,673,761 | 28,512,866 |
| G1SG | ABS-SECONDARY-AMERICAS | 56401AE77 | US56401AE77 | 56401AE77 | LBUBS 2007-C6 XW | 07/15/40 | 41,657,000 | 25,946,674 |
| GM1B | NON-RESIDENTIAL TRADING | 92922FZD3 | US92922FZD31 | 92922FZD3 | LBSBC 2007-2 G | 03/25/37 | 58,428,000 | 24,503,196 |
| GAT0 | CDO CLO CASH-SYN HYBRID US | 87075ZAA0 | US87075ZAA0 | 87075ZAA0 | WHITE MARLIN CDO LTD FRN 20140622 SERIES# 1A 144A | 01/25/54 | 27,977,467 | 24,375,307 |
| G1FB | ABS-SECONDARY-AMER | 92221AB6 | 92221AB6 | 92221AB6 | WAMU 2004-RP1 2A | 06/25/37 | 33,000,000 | 23,729,342 |
| GM1A | NON-PRIME-AMERICAS | 1KY380343 | 1KY380343 | 1KY380343 | SASC 2007-RM3 M3 | 06/15/12 | 25,000,000 | 23,596,848 |
| G1KB | STRUCTURED ASSET SOLUTIONS | 52524YAK9 | US52524YAK9 | 52524YAK9 | SMRTF 2007-1 A | 11/01/35 | 37,658,421 | 22,558,219 |
| GM1B | ABS DERIVATIVES | 2524SXAF06 | US2524SXAF06 | 2524SXAF06 | VARICK STRUCTURED ASSET CO LTD FRN 2035101 SERIES# 1A | 10/06/47 | 76,167,408 | 22,776,721 |
| GMDQ | ABS CDO-AMERICAS | 52524NAE7 | US52524NAE7 | 52524NAE7 | CEAGO ABD CDO | 04/20/18 | 44,977,898 | 21,791,777 |
| GMZ7 | ABS CDO-AMERICAS | 52521UAC8 | US52521UAC8 | 52521UAC8 | STRUCTURED ASSET SECURITIES CO | 01/21/20 | 24,397,824 | 21,171,920 |
| G1FB | ABS-SECONDARY-AMERICAS | 056166AC5 | US3332MAA56 | 056166AC5 | CREDIT SUISSE MORTGAGE CAPITAL | 07/25/37 | 26,745,000 | 19,754,344 |
| G1FB | ABS-SECONDARY/STRIPS-AMER | 3622NAA93 | US82242NAA93 | 3622NAA93 | LEHMAN BROTHERS FLOATING RATE | 02/15/40 | 25,208,000 | 18,524,377 |
| GAE2 | ABS-SECONDARY-AMERICAS | 3457100AB0 | US4357100AB1 | 3457100AB0 | RESIDENTIAL FUNDING MORTGAGE S | 06/15/22 | 24,893,130 | 18,048,631 |
| G1BJ | CMBS-AMERICAS | 13124XAE7 | US31243AE79 | 13124XAE7 | GSMPS MORTGAGE LOAN TRUST | 02/25/37 | 43,576,000 | 16,514,688 |
| GMTY | ABS-SECONDARY/STRIPS-AMER | 36234L1S6 | US3624N1S64 | 36234L1S6 | SUPERIOR WHOLESALE INVENTORY F | 10/25/47 | 16,464,776 | 15,820,447 |
| 0710OC316 | GLB TRAD STR AM-TRANS PRI | 1US156839 | | 1US156839 | ARES CLO FUNDS FRN 20201125 SERIES# 12X | 11/25/20 | 26,172,000 | 13,456,442 |
| 0710OC316 | CMBS INVESTMNT GRD-AMERICA | 3622NAA93 | US82242NAA93 | 3622NAA93 | BABSON LOAN OPPORTUNITY CLO LTD FRN 20180420 SERIES# 1A | 04/20/18 | 20,000,000 | 13,383,175 |
| 0710OC316 | CMBS INVESTMNT GRD-AMERICA | 3624200XN8 | US82242XN8 | 3624200XN8 | GSC INVESTMENT CORP CLO LTD FRN 20200121 SERIES# 1A 144A | 01/21/20 | 22,000,000 | 12,823,124 |
| 0710OC316 | CDO CLO SECONDARY US | 056521AA3 | US058521AA3 | 056521AA3 | HEAT 2006-2 A3 | 07/25/37 | 34,000,000 | 12,618,621 |
| 0710OCP25 | CDO CLO SECONDARY US | 61745SAL4 | US61745SAL4 | 61745SAL4 | LSSCO 39-2 A CMO SER 99-2 | 07/25/37 | 20,202,121 | 12,617,062 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 8593100A5 | US50193100A5 | 8593100A5 | EGO-2-5.0 CMO-9.96-20-AE FM 99 | 11/25/21 | 20,000,000 | 11,269,451 |
| GMZ7 | ABS DERIVATIVES | 50181BAA9 | US50181BAA9 | 50181BAA9 | LBSBN 2007-3 N1 | 11/25/20 | 24,983,133 | 11,227,220 |
| GMP1 | NON-PRIME-AMERICAS | 22541NM55 | US22541NM55 | 22541NM55 | LBSBN 2007-3 N1 | 03/15/35 | 16,000,000 | 11,135,440 |
| GAE2 | ABS-SECONDARY-AMERICAS | 1US109481 | | 1US109481 | STATIC LOAN FUNDING 20170731 SERIES# 1X | 10/19/21 | 20,000,000 | 10,629,128 |
| GMHE | NON-RESIDENTIAL TRADING | 1KY510282 | 1KY510282 | 1KY510282 | RLT 2008-AH1 A1 | 01/21/20 | 13,682,165 | 10,213,141 |
| G1BJ | CMBS-AMERICAS | 36242DXN8 | US36242DXN82 | 36242DXN8 | BLTN 2006-1A A1 | 01/25/35 | 15,726,000 | 10,531,063 |
| GAE2 | ABS-SECONDARY-AMERICAS | 056521AA3 | US058521AA3 | 056521AA3 | MSC 2006-XLF H | 05/09/46 | 23,520,754 | 10,412,129 |
| GAE3 | ABS-SECONDARY-AMERICAS | 12668SC53 | US126685CS3 | 12668SC53 | CWHEL 2006-B 2A | 07/19/19 | 31,711,000 | 10,344,348 |
| 0710OC316 | GLB TRAD STR AM-TRANS PRI | 46630EAM2 | US46630EAM2 | 46630EAM2 | JPMCC 2006-CB17 E | 12/12/43 | 6,032,218 | 10,291,993 |
| 0710OCP25 | CDO CLO SECONDARY US | 50181BAA4 | US50181BAA4 | 50181BAA4 | LSSCO 39-2 A CMO SER 99-2 | 11/25/21 | 15,735,881 | 10,258,257 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 526828RCA7 | US526828RCA7 | 526828RCA7 | EGO-2-5.0 CMO-CPN1 AX | 03/15/36 | 401,696,328 | 10,211,495 |
| GMHG | NON-PRIME-AMERICAS | 3960RAE56 | US3960RAE56 | 3960RAE56 | GOLDENTREE LOAN OPPORTUNITIES V LTD FRN 20211018 SERIES# 1A 144A | 10/18/21 | 20,000,000 | 10,193,715 |
| GMGM | ABS-SECONDARY-AMERICAS | 3622NAD70 | US82242NAD70 | 3622NAD70 | GSC INVESTMENT CORP CLO LTD FRN 20200121 SERIES# 1A 144A | 07/31/17 | 12,528,009 | 10,161,458 |
| GAE2 | ABS-SECONDARY-AMERICAS | 4560JAD63 | US037888AD65 | 4560JAD63 | GSMPS 2005-RP3 2A1 | 05/25/37 | 14,975,266 | 9,613,705 |
| GAE3 | ABS-SECONDARY-AMERICAS | 037888AD9 | US037888AD9 | 037888AD9 | SWIFT 2007-AE1 A | 08/15/25 | 24,804,000 | 9,576,250 |
| GMP1 | NON-PRIME-AMERICAS | 92976YAA0 | US92976YAA0 | 92976YAA0 | WASI 2007-HE1 A | 06/11/41 | 764,108,254 | 9,535,656 |
| GMP1 | NON-PRIME-AMERICAS | 45890BAD5 | US45890BAD5 | 45890BAD5 | APPB 2007-1 A2-II-A | 07/15/31 | 12,459,000 | 9,447,058 |
| 0710OC316 | CDO CLO SECONDARY US | 1KY284999 | 1KY284999 | 1KY284999 | INTEGRAL FUNDING INC FRN 20170927 SERIES# 1A 144A | 09/27/17 | 12,349,074 | 9,395,281 |
| G1BG | CMBS INVESTMNT GRD-AMERICA | 5618QJA54 | US56180JA54 | 5618QJA54 | MAPLEWOOD (ABN) CBO LTD | 07/25/35 | 12,396,000 | 9,313,115 |
| G1BG | CMBS INVESTMNT GRD-AMERICA | 57643QAL9 | US57643QAL95 | 57643QAL9 | LBUBS 2007-C2 H | 11/01/34 | 17,864,000 | 9,297,301 |
| GMZT | STRUCTURED ASSET SOLUTIONS | 17305EDU6 | US17305EDU6 | 17305EDU6 | CCCIT 2007-A4 A4 | 05/25/05 | 18,755,948 | |
| GMZT | ABS-SECONDARY-AMERICAS | 437099A2 | US437099A2 | 437099A2 | MARP 2005-2 2A1 | 06/15/07 | 13,375,552 | |
| GMTY | AGENCY REMICS/STRIPS-AMER | 52109MAA0 | US52109MAA0 | 52109MAA0 | RFMS2 2006-HSA5 A | 08/25/36 | 17,053,790 | |
| GMGM | ABS-SECONDARY-AMERICAS | 45660JAD6 | US45660JAD63 | 45660JAD6 | INABS 2006-H4 A1 | 06/27/37 | 12,500,000 | |
| GARA | STRUCTURED ASSET SOLUTIONS | 45660JAD6 | US45660JAD63 | 45660JAD6 | RFMS2 2006-HSA5 A | 08/15/48 | 11,831,513 | |
| GMP1 | NON-PRIME-AMERICAS | 09341AM0 | US09341AM03 | 09341AM0 | WASI 2007-A2 ASST BK LN | 12/20/07 | 16,101,000 | |
| 0710OC316 | GLB TRAD STR AM-TRANS PRI | 361856AN7 | US361856AN7 | 361856AN7 | GMACM 2000-HE2 A1 | 07/25/37 | 10,538,738 | |
| GALB | NON RESIDENTIAL TRADING | | | | MASTR REPERFORMING LOAN TRUST | 09/27/17 | 10,000,000 | |
| G1BG | CMBS INVESTMNT GRD-AMERICA | | | | CITIBANK CREDIT CARD ISSUANCE | 07/25/35 | 15,342,387 | |
| GMZ7 | ABS-SECONDARY-AMERICAS | | | | LEHMAN BROTHERS SMALL BALANCE | 11/01/34 | 10,566,832 | |
| GMZT | ABS-SECONDARY-AMERICAS | | | | RESIDENTIAL FUNDING MORTGAGE S | 05/25/05 | 46,504,326 | |
| GMTY | AGENCY REMICS/STRIPS-AMER | | | | LEHMAN BROTHERS SMALL BALANCE | 06/15/07 | 11,677,084 | |
| GMGM | ABS-SECONDARY-AMERICAS | | | | GMAC MORTGAGE CORP LOAN TRUST | 06/25/30 | 12,495,193 | |

| Account | BPM Level 2 | Real World Cusip | ISIN | Product | Product Name | Maturity Date | Trade Date position | Net Long Inventory |
|---|---|---|---|---|---|---|---|---|
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 929766289 | | 929766289 | WBCMT 2006-C19 XC | WACHOVIA BANK COMMERCIAL MORT | 05/15/44 | 860,000,237 | 9,111,314 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 20047NAK8 | | 20047NAK8 | COMM 2005-C6 J | COMMERCIAL MORTGAGE PASS T | 11/15/41 | 53,546,718 | 9,117,130 |
| 07100CS16 | CDO CLO SECONDARY US | 5067G2AG8 | | 5067G2AG8 | ARES CLO FUNDS LTD FRN 20201125 SERIES# 12X | | 11/25/20 | 11,750,000 | 9,027,390 |
| 07100CS16 | CDO CLO SECONDARY US | 43065RAG0 | US43065RAG02 | 43065RAG0 | HIGHLAND CREDIT OPPORTUNITIES LTD FRN 20131101 SERIE | | 11/01/13 | 12,500,000 | 8,984,192 |
| 07100CS16 | ABS-SECONDARY-AMERICAS | 15132CAG7 | US15132CAG7 | 15132CAG7 | AESOP 2005-4A A2 | AESOP FUNDING II LLC | 07/20/10 | 10,000,000 | 8,994,288 |
| GMTY | NON RESIDENTIAL TRADING | 52521UAL8 | US52521UAL8 | 52521UAL8 | LBSBC 2007-3 M3 | LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 17,508,000 | 8,915,606 |
| 07100CPC5 | CDO CLO AMERICAS | 36319KXD7 | US36319KXD72 | 36319KXD7 | GALAXY CLO LTD FRN 20200114 SERIES# 10A 144A | | 01/14/20 | 9,625,000 | 8,799,686 |
| GMU9 | CDO CLO SECONDARY US | 05874KXE7 | US05874KXE7 | 05874KXE7 | BALLYROCK ABS CDO LTD FRN 20470805 SERIES# 1A 144A | | 08/06/47 | 27,500,000 | 8,772,484 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 61754KAG0 | US61754KAG0 | 61754KAG0 | MSC 2007-IQ14 AM | MORGAN STANLEY CAPITAL I | 02/01/39 | 10,000,000 | 8,593,974 |
| GAMK | CDO CLO AMERICAS | 891802AL4 | US891802AL49 | 891802AL4 | TOWER ASSET MGMT LTD FRN SERIES# 2A 144A | | 08/20/23 | 11,000,000 | 8,498,679 |
| GMFR | ABS-SECONDARY-AMERICAS | 05852UAA3 | US05852UAA33 | 05852UAA3 | BLTN 2006-1A A1 | BALLANTYNE RE PLC | 05/02/36 | 12,000,000 | 8,363,974 |
| 07100CV60 | ABS-SECONDARY OPPS | 1U5466840 | | 1U5466840 | FHABS 2006-HE2 A | FIRST HORIZON ASSET BACK TRUST | 10/25/26 | 15,000,000 | 8,330,818 |
| GMUB | NON RESIDENTIAL TRADING | 52109PAZ8 | US52109PAZ8 | 52109PAZ8 | THOM 2006-1A A3 | TAHOMA CDO LTD | 06/18/47 | 166,516,362 | 8,294,867 |
| GMTY | ABS DERIVATIVES | 87400BAC9 | US87400BAC9 | 87400BAC9 | LBUBS 2007-C6 J | LB-UBS COMMERCIAL MORTGAGE | 06/27/37 | 10,014,000 | 8,258,804 |
| G1BG | CDO CLO SECONDARY US | 52109NAA8 | US52109NAA8 | 52109NAA8 | VENTURE CDO LTD FRN 20160815 SERIES# 1A 144A | | 07/15/40 | 26,256,000 | 8,194,579 |
| GAMK | CDO CLO SECONDARY US | 9232TEAB8 | US9232TEAB83 | 9232TEAB8 | LBSBC 2007-2 N2 NIM | LB-UBS COMMERCIAL MORTGAGE | 06/25/55 | 10,000,000 | 8,192,380 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 12688XA03 | | 12688XA03 | CGCMT 2004-C2 XC | CITIGROUP COMMERCIAL MORTGAGE | 06/27/37 | 389,651,333 | 8,090,708 |
| G137 | ABS-SECONDARY-AMERICAS | 44367FAC3 | US44367FAC34 | 44367FAC3 | CWL 2006-S5 A4 | COUNTRYWIDE ASSET-BACKED CERTI | 10/27/20 | 29,023,000 | 7,881,200 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 55322SMAG42 | US55322SMAG42 | 55322SMAG4 | HUDSON CANYON FUNDING LTD FRN 20201027 SERIES# 2A 144A | | 07/25/18 | 10,000,000 | 7,880,533 |
| GAT0 | CDO CLO CASH-SYN HYBRID US | 799822AU0 | US799822AU0 | 799822AU0 | LIGHTPOINT CLO LTD FRN 20180725 SERIES# 3A 144A | | 04/15/18 | 10,000,000 | 7,872,607 |
| G1BG | GLB TRAD STR AM-TRANS PRI | 7492TUAK4 | US7492TUAK4 | 7492TUAK4 | SANDELMAN FINANCE FRN 20180415 SERIES# 1A 144A | | 03/25/54 | 8,533,454 | 7,747,988 |
| G1BG | CDO CLO SECONDARY US | 50180UCA9 | US50180UCA9 | 50180UCA9 | RBSGC 2005-RP1 2A | RBSGC MORTGAGE PASS THROUGH IN | 11/15/38 | 7,889,000 | 7,726,989 |
| 07100CPC5 | ABS-SECONDARY-AMERICAS | 50180CAB6 | US50180CAB63 | 50180CAB6 | LBUBS 2006-C7 A2 | LB-UBS COMMERCIAL MORTGAGE TRU | 02/22/15 | 9,750,000 | 7,668,601 |
| G1FB | CDO CLO SECONDARY US | 17305EDB8 | US17305EDB8 | 17305EDB8 | CCCIT 2006-C1 C1 | CITIBANK CREDIT CARD ISSUANCE | 04/19/22 | 45,909,000 | 7,644,166 |
| GAE2 | ABS DERIVATIVES | 1NO052243 | | 1NO052243 | PETROMENA AS 8.750% 20120401 SERIES# 04 | | 01/25/47 | 12,905,229 | 7,574,588 |
| GAVM | GLOBAL SPECIAL OPPS | 761545AD4 | US761545AD4 | 761545AD4 | CWHL 2006-S2 A | COUNTRYWIDE HOME EQUITY LOAN T | 12/22/11 | 12,000,000 | 7,418,303 |
| 07100CV60 | CDO CLO SECONDARY US | 862015AE4 | US862015AE4 | 862015AE4 | STNY 2007-1A B | STONEY LANE FUNDING LTD | 02/17/40 | 23,000,000 | 7,270,954 |
| GMP1 | ABS INVESTMNT GRD-AMERICA | 2324AMA03 | | 2324AMA03 | CWL 2006-S3 A4 | COUNTRYWIDE ASSET-BACKED CERTI | 08/15/39 | 9,000,000 | 7,162,326 |
| 07100CS16 | CDO CLO CASH-SYN HYBRID US | 05381EAC1 | US05381EAC12 | 05381EAC1 | AVIV LCDO, LTD FRN 20111222 SERIES# 1A 144A | | 02/15/50 | 9,000,000 | 7,130,489 |
| G137 | ABS-SECONDARY-AMERICAS | 30228EAE2 | US30228EAE23 | 30228EAE2 | EXUM RIDGE CBO FRN 20110322 SERIES# 2A 144A | | 04/18/22 | 16,544,000 | 7,126,717 |
| GAT0 | CDO CLO SECONDARY US | 50180UAR6 | US50180UAR6 | 50180UAR6 | LBUBS 2007-C2 G | LB-UBS COMMERCIAL MORTGAGE TRU | 01/25/38 | 2,019,587,005 | 7,097,907 |
| G1BG | ABS-SECONDARY-AMERICAS | 87246AAL2 | US87246AAL2 | 87246AAL2 | TIAA 2007-C4 X | TIAA RETAIL COMMERCIAL TRUST | 03/22/11 | 10,869,000 | 7,085,469 |
| G1BG | CDO CLO SECONDARY US | 190749AU5 | US190749AU5 | 190749AU5 | LBCMT 2007-C3 X | LB REAL ESTATE LOAN FRN 20210118 SERIES# | 02/17/40 | 24,903,000 | 7,079,866 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 36319VAD90 | US36319VAD90 | 36319VAD9 | GALAXY CLO LTD FRN 20160817 SERIES# 3A 144A | | 08/17/16 | 8,500,000 | 6,898,167 |
| GAMK | CMBS INVESTMNT GRD-AMERICA | 50177TAP4 | US50177TAP4 | 50177TAP4 | PRIMUS CLO LTD FRN 20190115 SERIES# 1A 144A | CW CAPITAL COBALT LTD | 08/17/16 | 11,000,000 | 6,713,520 |
| GMRP | ABS DERIVATIVES | 74162RAL3 | US74162RAL33 | 74162RAL3 | FLAGS-FN-30-A-SN X | | 09/17/12 | 34,587,627 | 6,685,599 |
| GMTY | AGENCY REMICS/STRIPS-AMER | W0090984 | | W0090984 | DASH 1A A1 | | 12/30/34 | 7,323,000 | 6,630,032 |
| GAE3 | NON RESIDENTIAL TRADING | 501802AC6 | US501802AC6 | 501802AC6 | FB 2005-1 X | DIVERSIFIED ASSET SEC HOLD | 08/10/35 | 7,776,000 | 6,826,827 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 61745MGS8 | US61745MGS8 | 61745MGS8 | ISLES CBO LTD 6.270% 20101027 SERIES# 1A 144A | 1345 AVENUE OF THE AMERICAS A | 04/23/31 | 14,201,000 | 6,317,244 |
| GMWE | CMBS INVESTMNT GRD-AMERICA | 17310MA03 | | 17310MA03 | LBUBS 2006-C1 XCL | LB-UBS COMMERCIAL MORTGAGE | 07/17/46 | 706,094,255 | 6,281,698 |
| GAMK | CMBS INVESTMNT GRD-AMERICA | 52098NA03 | | 52098NA03 | COMM 2007-C9 A4 | COMMERCIAL MORTGAGE PASS THROU | 02/15/41 | 6,125,672 | 6,125,672 |
| GMP1 | CDO CLO SECONDARY US | 20047RAE3 | US20047RAE36 | 20047RAE3 | BSABS 2007-FS1 1A4 | BEAR STEARNS COMMERCIAL MORTG | 12/10/49 | 6,954,227 | 6,034,119 |
| GMTY | ABS-SECONDARY-AMERICAS | 31392FTT4 | | 31392FTT4 | FNA 2002-M3 X | FANNIE MAE- | 02/25/37 | 178,191,411 | 6,026,844 |
| G1UP | CDO CLO SECONDARY US | 449796AG6 | US449796AG66 | 449796AG6 | ING INVESTMENT FRN 20200801 SERIES# 2A 144A | | 10/25/52 | 8,250,000 | 5,977,676 |
| GAE2 | ABS-SECONDARY-AMERICAS | 13973XAD5 | US13973XAD5 | 13973XAD5 | CARAT 2007-1 B | CAPITAL AUTO RECEIVABLES ASSET | 08/01/20 | 7,626,000 | 5,955,345 |
| GAQ | CMBS-AMERICAS | 25513QAA7 | US25513QAA76 | 25513QAA7 | DASH 1A A1 | | 09/17/12 | 9,413,327 | 5,502,794 |
| GAMK | CDO CLO SECONDARY US | 68275CAJ7 | US68275CAJ7 | 68275CAJ7 | ISLES CBO LTD 6.270% 20101027 SERIES# 1A 144A | | 10/25/57 | 548,700,000 | 5,786,415 |
| G1BG | ABS-SECONDARY-AMERICAS | 46467TAA46 | US46467TAA46 | 46467TAA46 | ISLES CBO LTD 6.270% 20101027 SERIES# 1A 144A | | 04/03/41 | 6,630,032 | 5,766,467 |
| GMUB | CMBS INVESTMNT GRD-AMERICA | 17310MA03 | | 17310MA03 | LBUBS 2006-C1 XCL | LB-UBS COMMERCIAL MORTGAGE | 07/17/46 | 6,826,827 | 5,649,482 |
| GMDQ | CMBS INVESTMNT GRD-AMERICA | 52098NA03 | | 52098NA03 | COMM 2007-C9 A4 | COMMERCIAL MORTGAGE PASS THROU | 02/15/41 | 7,923,402 | 5,637,097 |
| GMWE | CDO CLO SECONDARY US | 20047RAE3 | US20047RAE36 | 20047RAE3 | BSABS 2007-FS1 1A4 | BEAR STEARNS COMMERCIAL MORTG | 12/10/49 | 8,250,000 | 5,614,838 |
| GMZ7 | CDO CLO SECONDARY US | 12668SDJ2 | | 12668SDJ2 | CWHEL 2006-C 2A | COUNTRYWIDE HOME EQUITY LOAN T | 05/15/06 | 9,380,170 | 5,601,267 |
| GMQ0 | ABS-SECONDARY-AMERICAS | 33736XDA4 | US33736XDA4 | 33736XDA4 | FUNBC 2001-C4 X | FIRST UNION NATIONAL BANK COMM | 08/15/33 | 239,846,732 | 5,592,352 |
| G1BG | CDO CLO SECONDARY US | 269491AE6 | US269491AE68 | 269491AE6 | EAGLE CREEK CLO LTD FRN 20180228 SERIES# 1A 144A | | 02/28/18 | 8,000,000 | 5,447,347 |
| GMGE | CMBS INVESTMNT GRD-AMERICA | 07388FPAJ0 | US07388FPAJ03 | 07388FPAJ0 | BAYV 2006-A 2A4 | BAYVIEW FINANCIAL ACQUISITION | 12/11/38 | 398,460,639 | 5,414,657 |
| GMU9 | CMBS INVESTMNT GRD-AMERICA | 07325NCX8 | US07325NCX8 | 07325NCX8 | JPMCC 2002-C2 X1 | JPMORGAN CHASE COMMERCIAL MOR | 02/02/41 | 6,568,535 | 5,402,297 |
| GMJ9 | CDO CLO AMERICAS | 46625MPS2 | US46625MPS2 | 46625MPS2 | JPMCC 2007-1A X | JPMORGAN CHASE COMMERCIAL MOR | 10/15/21 | 20,772,929 | 5,366,384 |
| GMWE | CMBS-AMERICAS | 22454RG07 | | 22454RG07 | CSMC 2006-TF2A SVB | CREDIT SUISSE MORTGAGE CAPITAL | 12/12/49 | 6,000,000 | 5,218,546 |
| GAE3 | CMBS-AMERICAS | 55312VAB4 | US55312VAB45 | 55312VAB4 | MLCFC 2006-4 A2 | MERRILL LYNCH COUNTRYWIDE COMM | 02/17/40 | 19,987,000 | 5,197,559 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 50180JAU9 | US50180JAU97 | 50180JAU9 | LBUBS 2005-C3 M1 | LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 19,095,000 | 5,159,598 |
| GAMK | CMBS INVESTMNT GRD-AMERICA | 52109PBA2 | US52109PBA2 | 52109PBA2 | LBUBS 2008-C1 X | LB-UBS COMMERCIAL MORTGAGE TRU | 08/06/47 | 19,031,076 | |
| GMUB | CMBS-AMERICAS | 00388EAB7 | | 00388EAB7 | LIGHTPOINT CLO LTD FRN 20160725 SERIES# 2A 144A | LB-UBS COMMERCIAL MORTGAGE | 07/25/18 | 7,923,402 | |
| GMJ9 | CMBS-AMERICAS | 05874KAF4 | US05874KAF4 | 05874KAF4 | BALLYROCK A | LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 8,250,000 | |
| GAE3 | CMBS TMNT GRD-AMERICA | 68241FAB8 | | 68241FAB8 | OLCMT 2004- | ONE LINCOLN STREET COMMERCIAL | 10/15/30 | 5,000,000 | |

| Account | BPM Lnee 2 | Real World Cusip | Product | ISIN | Product Name | Maturity Date | Trade Date position | Net Long Inventory |
|---|---|---|---|---|---|---|---|---|
| 0700C/S16 | GLB TRAD STR AM-TRANS PRI | 00089VAC1 | 1KY2Z6ZT7 | US00089VAC19 | ABMCO CDO FRN 20200820 SERIES# AA 144A | 08/20/20 | 8,000.000 | 5,159,480 |
| GMDQ | ABS CDO AMERICAS | 104034AD4 | 104034AD4 | | ABS CDO-FRN 20100107 SERIES# 144A | 10/06/17 | 5,559.821 | 5,1?3,535 |
| G1XJ | ABS DERIVATIVES | 12487MAL7 | 1248MLAL7 | | CBRE REALTY FINANCE CDO LTD | 01/05/10 | 10,000.000 | 5,069,562 |
| GAMK | CDO CLO SECONDARY US | 74490BAK3 | 74490BAK3 | | PMNT 2006-A1A A  PROVIDIAN MASTER NOTE TRUST | 01/15/13 | 7,000.000 | 4,944,125 |
| GMR3 | INSURANCE SOLUTIONS AMER | 09624WAF3 | 09624WAF3 | US09624WAF32 | NEWTON RE LTD FRN 20110107 SERIES# 144A | 07/15/18 | 5,000.000 | 4,928,022 |
| GAMK | CDO CLO SECONDARY US | 65320RAE6 | 65320RAE6 | US65320RAE62 | HEWETTS ISLAND CDO LTD FRN 20181206 SERIES# 5A 144A | 01/07/11 | 8,000.000 | 4,911,875 |
| G1BG | CMBS-AMERICAS | 428238AE2 | 428238AE2 | US428238AE20 | LBUBS 2007-C2 J  LB-UBS COMMERCIAL MORTGAGE TRU | 12/05/18 | 15,544.000 | 4,826,776 |
| G1DR | CMBS-SECONDARY AMERICAS | 50180JAT2 | 50180JAT2 | | AESOP 2004-2A A3  AESOP FUNDING II LLC | 02/17/40 | 5,000.000 | 4,709,716 |
| GMZD | AGENCY RMKTS/STRIPS-AMER | 0010DRBJ4 | 0010DRBJ4 | | SASC 2006-11 A3  STRUCTURED ASSET SECURITIES CO | 04/20/10 | 5,812.493 | 4,689,517 |
| GT46 | GLB TRAD STR AM-TRANS PRI | 865616CA4 | 865616BC4 | | DUKE FUNDING X CLO LTD FRN 20110107 SERIES# 1A 144A | 02/25/33 | 7,500.000 | 4,607,465 |
| GAE3 | PRIME-AMERICAS | 26365BAL2 | 26365BAL2 | US26365B8AL27 | LBUBS 2006-C3 X-CL  LB-UBS COMMERCIAL MORTGAGE TRU | 01/11/21 | 7,500.000 | 4,604,569 |
| GAJC | ABS-SECONDARY-AMERICAS | 52108MGP2 | 52108MGP2 | | SASC 2006-RF3 1AP  STRUCTURED ASSET SECURITIES CO | 05/11/36 | 276,914.4002 | 4,524,172 |
| GMGM | CDO CLO SECONDARY US | 863592AE1 | 863592AE1 | | AIRPT 1R A8  AIRPLANES PASS THROUGH TRUST | 10/25/36 | 6,072.229 | 4,518,490 |
| GMWE | NON RESIDENTIAL TRADING | 009451AL9 | 009451AL9 | | MSC 2006-XLF G  MORGAN STANLEY CAPITAL I | 10/25/19 | 4,868.338 | 4,512,171 |
| GAE3 | CDO CLO SECONDARY US | 61745SAK6 | 61745SAK6 | | ZING 2X B1  ZAIS INVESTMENT GRADE LTD | 05/17/15 | 5,000.000 | 4,395,935 |
| GMZ7 | CMBS INVESTMNT GRD-AMERICA | G9884KAD2 | G9884KAD2 | | LBUBS 2001-C2 X CMO 01-C2  COMMERCIAL MORTGAGE TRUST 1 | 03/15/11 | 6,000.000 | 4,391,883 |
| GAE2 | ABS-SECONDARY-AMERICAS | 52108HDK7 | 52108HDK7 | US52108HDK77 | SWIFT 2007-2 A  SWIFT MASTER AUTO RECEIVABLES | 10/15/12 | 228,959.831 | 4,381,687 |
| GMP1 | CMBS INVESTMNT GRD-AMERICA | 90770S2AD4 | 190770SAD4 | US90770S2AD43 | CWICI 2006-C1 E  CW CAPITAL COBALT LTD | 08/15/48 | 4,854.065 | 4,324,707 |
| GMZ7 | ABS DERIVATIVES | 190749AN1 | 190749AN1 | | CWHEL 2004-Q 2A  COUNTRYWIDE HOME EQUITY LOAN T | 12/15/10 | 10,000.000 | 4,323,431 |
| 0700CPC5 | CDO CLO SECONDARY US | 126673MY5 | 126673MY5 | | SLMA 2006-A C  SLM STUDENT LOAN TRUST | 06/15/39 | 9,177.018 | 4,282,616 |
| GMTY | NON RESIDENTIAL TRADING | 784443CN2 | 784430CN2 | | MSIM PECONIC BAY LTD FRN 20190720 SERIES# 1A 144A  CITIGROUP MORTGAGE LOAN TRUST | 07/20/19 | 6,000.000 | 4,259,338 |
| GAMK | CDO CLO SECONDARY US | 1KY989044 | 1KY989044 | | LBSBC 2007-3A M4  LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 6,000.000 | 4,256,213 |
| GAE3 | ABS-SECONDARY-AMERICAS | 52521UAM6 | 52521UAM6 | US52521UAM63 | FRANKLIN CLO LTD FRN 20180615 SERIES# 5A 144A  LEHMAN BROTHERS SMALL BALANCE | 06/15/18 | 14,006.000 | 4,252,723 |
| GAOW | CMBS-AMERICAS | 352569AD9 | 352569AD9 | | SASC 2006-GEL3 A3  STRUCTURED ASSET SECURITIES CO | 07/25/36 | 6,000.000 | 4,192,286 |
| GMUB | ABS DERIVATIVES | 86369XAC4 | 86369XAC4 | | PREFERRED TERM SECURITIES  DIVERSIFIED ASSET SECURITIZATI | 12/22/36 | 7,600.000 | 4,144,047 |
| GAE3 | PRIME-AMERICAS | 74940AAE1 | 74940AAE1 | US74040AAAE10 | DASH 1X A1 REGS  CS FIRST BOSTON MORTGAGE SECUR | 12/22/36 | 8,500.000 | 4,140,736 |
| GAER | ABS-SECONDARY-AMERICAS | G27725AA1 | G27725AA1 | | CSFB 2005-C3 AX  CITIGROUP MORTGAGE LOAN TRUST | 07/15/37 | 5,000.000 | 4,133,243 |
| GAE3 | ABS-SECONDARY-AMERICAS | 225458WK0 | 225458WK0 | US225458WK00 | CMLT1 2005-7 1A1  BEAR STEARNS COMMERCIAL MORTGA | 09/25/35 | 283,345.531 | 4,128,733 |
| GMP1 | CMBS INVESTMNT GRD-AMERICA | 1730TGA40 | 1730TGA40 | | BSCMS 2004-T16 X1  RESIDENTIAL FUNDING MORTGAGE S | 02/13/46 | 7,208.031 | 4,115,256 |
| GMWE | NON RESIDENTIAL TRADING | 07383IV54 | 07383IV54 | | RFMS2 2003-HS2 AIIB  LB COMMERCIAL CONDUIT MORTGAGE | 06/25/28 | 268,412.460 | 4,099,981 |
| GMFP | CMBS INVESTMNT GRD-AMERICA | 76110VAY1 | 76110VAY1 | | LBFRC 2007-LLFA VIS  LEHMAN BROTHERS FLOATING RATE | 07/15/44 | 6,104.907 | 4,057,555 |
| GMJB | ABS DERIVATIVES | 50177AAX7 | 50177AAX7 | | HELIOS SERIES I MULTI ASSET CB | 06/15/22 | 11,380.000 | 4,039,995 |
| GAT0 | CDO CLO CASH-SYN HYBRID US | 52509RAO7 | 52509RAO7 | | AVIV LCDO, LTD FRN 20111222 SERIES# 1A 144A | 12/13/36 | 4,400.000 | 4,011,507 |
| GMJB | ABS DERIVATIVES | 42327AVA6 | 42327AVA6 | | SCF 1A A1  SOUTH COAST FUNDING | 06/15/22 | 5,005.560 | 3,998,464 |
| GMTY | NON RESIDENTIAL TRADING | 05381EAB3 | 05381EAB3 | US05381EAB39 | LBSBC 2007-1 N1 NIM  LEHMAN BROTHERS SMALL BALANCE | 12/21/36 | 4,462.720 | 3,990,243 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 837435AA4 | 837435AA4 | US837435AA40 | BSCMS 2004-PWR6 X1  BEAR STEARNS COMMERCIAL MORTG | 11/11/41 | 6,057.861 | 3,983,489 |
| GAE3B | ABS-SECONDARY-AMERICAS | 501807AA9 | 501807AA9 | | NEWCA 2005-7A 3  NEWCASTLE CDO LTD | 12/24/50 | 4,369.120 | 3,975,511 |
| GATO | CDO CLO CASH-SYN HYBRID US | 07383FX86 | 07383FX86 | | LBUBS 2006-C3 XCL  LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 282,185.819 | 3,971,664 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 65106SAE4 | 65106SAE4 | | WBCMT 2007-C30 XW  WACHOVIA BANK COMMERCIAL MORTG | 09/22/14 | 5,000.000 | 3,850,729 |
| GAT0 | CDO CLO CASH-SYN HYBRID US | 52108HSW0 | 52108HSW0 | | WBCMT 2007-C32A XP  WACHOVIA BANK COMMERCIAL MORTGE | 12/15/40 | 217,832.679 | 3,849,431 |
| G1BY | ABS DERIVATIVES | 964641AG2 | 964641AG2 | US964641AG26 | CWHEL 2007-C A  COUNTRYWIDE HOME EQUITY LOAN T | 12/17/15 | 5,000.000 | 3,846,917 |
| GMP1 | CMBS INVESTMNT GRD-AMERICA | 929780AC1 | 929780AC1 | | OAK HILL CREDIT PARTNERS FRN 20151217 SERIES# 3A 144A | 05/01/37 | 3,934.345 | 3,655,092 |
| GAMK | CDO CLO SECONDARY US | 12670CAA5 | 12670CAA5 | | JPMCC 2006-F1A F  JP MORGAN CHASE COMMERCIAL MOR | 02/15/20 | 9,712.202 | 3,651,907 |
| GAE2 | ABS-SECONDARY-AMERICAS | 67133EAC2 | 67133EAC2 | US67133EAC22 | LBSBC 2007-2 M4  LEHMAN BROTHERS SMALL BALANCE | 06/22/14 | 8,513.000 | 3,598,515 |
| GAT0 | CDO CLO CASH-SYN HYBRID US | 46625YJ20 | 46625YJ20 | | AIRLIE LO FRN 20200520 SERIES# 1A 144A | 05/20/20 | 5,000.000 | 3,563,272 |
| G1BG | CMBS-AMERICAS | 52521VAK8 | 52521VAK8 | | JPMCC 2002-C3 X1  JP MORGAN CHASE COMMERCIAL MOR | 02/15/50 | 9,333.676 | 3,549,374 |
| G1BG | CMBS-AMERICAS | 1KY273758 | 1KY273758 | | NCOVE 2005-1-A A  NORTH COVE CDO II LTD | 09/15/45 | 6,000.000 | 3,548,047 |
| GMDQ | ABS CDO AMERICAS | 09368AAC5 | 09368AAC5 | US09368AAC52 | SASC 2006-RF3 2A  STRUCTURED ASSET SECURITIES CO | 06/22/14 | 5,000.000 | 3,490,782 |
| G1BG | CMBS-AMERICAS | 46625KAJ0 | 46625KAJ0 | | LBUBS 2007-C6 H  LB-UBS COMMERCIAL MORTGAGE TRU | 09/15/45 | 10,000.000 | 3,471,313 |
| 0700C/V80 | NON RESIDENTIAL TRADING | 1248MLAN3 | 1248MLAN3 | | LOOMIS SAYLES CBO FRN 20201026 SERIES# 1A 144A | 01/06/46 | 370,240.681 | 3,471,219 |
| GMP1 | CMBS INVESTMNT GRD-AMERICA | 52109RAJ0 | 52109RAJ0 | | LBUBS 2007-C6 G  LB-UBS COMMERCIAL MORTGAGE TRU | 03/25/24 | 20,000.000 | 3,427,131 |
| GAE3 | ABS-SECONDARY-AMERICAS | 68571WAA3 | 68571WAA3 | US68571WAA36 | EXUM RIDGE CBO FRN 20140622 SERIES# 2A 144A  LB-UBS COMMERCIAL MORTGAGE TRU | 07/12/35 | 3,846.883 | 3,395,943 |
| G1DR | CMBS INVESTMNT GRD-AMERICA | 32027NFU0 | 32027NFU0 | | CBRE 2007-1A E  CRRE REALTY FINANCE CDO LTD | 08/07/36 | 109,871.636 | 3,297,294 |
| GAT6 | GLB TRAD STR AM-TRANS PRI | 46625MRG6 | 46625MRG6 | | LBUBS 2007-C7 XCL  LB-UBS COMMERCIAL MORTGAGE TRU | 10/20/14 | 4,455.054 | 3,250,576 |
| G1BG | CDO CLO SECONDARY US | 46540JAA0 | 46540JAA0 | | FFML 2004 FFA M3-A  FFML | 05/01/37 | 6,839.000 | 3,237,123 |
| GMRY | CMBS-AMERICAS | 0076H8JY6 | 0076H8JY6 | | INDEZ 2A A1  JP MORGAN CHASE COMM MTGE | 05/15/21 | 4,455.600 | 3,195,443 |
| G1BG | ABS DERIVATIVES | 805659AA7 | 805659AA7 | | SAYB 2001-1A A  SAYBROOK POINT CBO LIMITED | 07/10/52 | 4,500.000 | 3,073,700 |
| GMDQ | ABS CDO AMERICAS | 48248CAB0 | 48248CAB0 | | KKR CLO TRUST FRN 20210515 SERIES# 1A 144A  JPMCC 2006-F1A F | 05/15/21 | 25,584.502 | 3,247,866 |
| GMRY | CMBS-AMERICAS | 74645XAC7 | 74645XAC7 | US74645XAC77 | PUTNAM CBO I LTD 8.310% 20090612 SERIES# 1A 144A  LB-UBS COMMERCIAL MORTGAGE TRU | 09/27/30 | 3,247,866 | |
| GMDQ | ABS CDO AMERICAS | 00389UAC8 | 00389UAC8 | US00389UAC88 | ACCOA 2007-1A A2  ACACIA OPTION ARM CDO LTD | | | |
| GMTY | NON RESIDENTIAL TRADING | 50180GAA9 | 50180GAA9 | US50180GAA94 | LBSBC 2006-2 N1 NIM  LEHMAN BROTHERS SMALL BALANCE | 02/15/40 | 9,773.000 | 3,017,596 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 50179AAT4 | 50179AAT4 | | LBUBS 2007-C1 H  LB-UBS COMMERCIAL MORTGAGE TRU | | | |