# A. 81

**To:**        McDade, Bart[bmcdade@lehman.com]
**From:**            Kirk, Alex
**Sent:**            Fri 9/19/2008 8:09:17 PM
**Subject:**        Re: Box
**Categories:**      urn:content-classes:message


Not being bought by barclays but we don't know if they remain at lbi I assume they have all been bought in

----- Original Message -----
From: McDade, Bart
To: Kirk, Alex
Sent: Fri Sep 19 16:06:41 2008
Subject: Re: Box

Are the shorts all gone?
-----------

----- Original Message -----
From: Kirk, Alex
To: McDade, Bart
Sent: Fri Sep 19 15:39:35 2008
Subject: Box

Rich richie just told me he won't blow up this trade by being a pig.



# A. 82

# Filed Under Seal Pursuant To Protective Order

# A. 83

# Filed Under Seal Pursuant To Protective Order

# A. 84

| From: | Azerad, Robert [RAzerad@lehman.com]. | Sent:9/20/2008 10:34 AM. |
|---|---|---|
| To: | Tonucci, Paolo [paolo.tonucci@lehman.com]; Kelly, Martin [martin.kelly@lehman.com]; Blackwell, Alastair [ablackwe@lehman.com]; Beldner, Brett [brett.beldner@lehman.com]. | |
| Cc: | Stewart, Marie [marie.stewart@lehman.com]; Reilly, Gerard [greilly@lehman.com]; Veksler, Irina [irina.veksler@lehman.com]; Fleming, Dan (TSY) [dfleming@lehman.com]. | |
| Bcc: | . | |

Subject: RE: Opening balance sheet.

---

Details of the 15c3 (both customer and PAIB). Don't have the details on how it was locked up (cash vs. securities) but this should not make a difference from an accounting standpoint hopefully.

Robert

-----Original Message-----
From: Tonucci, Paolo
Sent: Saturday, September 20, 2008 10:31 AM
To: Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Veksler, Irina; Fleming, Dan (TSY)
Subject: RE: Opening balance sheet

We also need to add the 15c3 cash as a receivable.

Dan,

The collateral that was locked up for 15c3 needs to be transferred over the Barclays. How is that done? Has that already been moved with the customer collateral?


-----Original Message-----
From: Azerad, Robert
Sent: 20 September 2008 10:27
To: Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Tonucci, Paolo; Veksler, Irina
Subject: RE: Opening balance sheet

Classification of the assets by asset class should be done by EOD today assuming that what was transferred was:

1) Repo with Barclays as of Thursday night ($49 billion - $42 billion of securities and $7 billion of cash)
2) Non-actionable box as shown to Barclays on Friday afternoon ($1.9 billion of collateral). Actual box is slightly bigger because it also contains Lehman debt

Robert

PS: Prices will be per the repo file sent by Ops on Friday morning and per the box report as of Friday morning.


-----Original Message-----
From: Kelly, Martin
Sent: Saturday, September 20, 2008 9:36 AM
To: Azerad, Robert; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Tonucci, Paolo
Subject: Opening balance sheet

EXHIBIT

151A

8.14.09  AW

Barclays (James Walker) called this am. They want an "opening balance sheet" today. 3 pieces to this. (1) Robert - do you have the final list of assets under the repo which they took possession of - need by gaap asset class versus the financing. Could you please assemble in a file which can be sent direct back to barclays (2) did we end up transferring the shorts and related reverse repo? If so, Robert/Alistair who has that list, were tickets booked for this etc.same as above need a list to be emailed back (3) Brett - could you please update the summary BS once we have this information later in the day.

I think we need to deliver back to narclays the simple BS together with inventory list and possibly shorts/reverses depending on what was done with this. Robert - could you please compile and coordinate with brett around BS.

Please give me ETA so I can update James at Barclays.

Thx - M

-----------------------------------

*FINAL*

*Lehman Brothers Inc.*
*Customer/PAIB Reserve Analysis*

| Customer: | 09/17/08 | 09/16/08 | Variance | 3 Month Avg |
|---|---|---|---|---|
| **MTS** | | | | |
| Free Credits | 77,216 | 85,126 | (7,911) | 31,115 |
| SCS Cash | 46,462 | 62,778 | (16,316) | 393,585 |
| Option Margin | 15,824 | 12,105 | 3,719 | 63,353 |
| P & I | 22,858 | 22,253 | 605 | 22,809 |
| Aged Fails and Partly Secured Debits | 7,518 | 9,847 | (2,330) | 9,538 |
| Customer Receivable Versus Box * | - | - | | (65) |
| Stock Record/P&C items | 86,809 | 49,550 | 37,259 | 33,719 |
| Overdrafts | - | 69,484 | (69,484) | 45,935 |
| Unapplied Cash / Suspense | 31,677 | 123,215 | (91,538) | 55,468 |
| 3% ADI | 216,477 | 295,389 | (78,911) | 35,950 |
| Sub-total | 504,841 | 729,747 | (224,906) | 691,407 |
| **ADP** | | | | |
| Free Credits / Margin | 481,456 | 174,237 | 307,219 | 2,858,182 |
| Net Customer Financing * | (831,906) | 405,508 | (1,237,414) | (972,434) |
| OMNI Conversion Payable | - | - | - | |
| O/Drafts | 62,604 | 294,945 | (232,341) | 50,330 |
| Dividends | 5,322 | 3,648 | 1,675 | 15,695 |
| S/B L.O.C. vs. Customer Short | - | - | - | - |
| S/B NQ vs. Customer Short | 5,287 | 6,981 | (1,694) | 14,152 |
| Non-Broker Dealer Affil. | 290,539 | 211,676 | 78,863 | 149,720 |
| OCC Proprietary Qualified Collateral | (349,858) | (487,071) | 137,213 | (831,762) |
| Firm Bank Loan - Firm Not Long | - | - | - | - |
| Suspense | 39,897 | 39,897 | - | 14,203 |
| Unapplied Cash | 10,121 | 18,307 | (8,185) | 9,642 |
| Abandoned Property / Soft Dollars ($42 mil) | 85,212 | 85,212 | - | 81,066 |
| Other | 82,685 | 50,271 | 32,414 | 22,382 |
| 3% ADI | 322,692 | 321,529 | 1,163 | 132,964 |
| Sub-total | 204,052 | 1,125,139 | (921,087) | 1,544,142 |
| **ITS** | | | | |
| Free Credits (primarily SCS cash) | 160,575 | 344,517 | (183,943) | 1,234,634 |
| Unsecured Shorts | 77,639 | 77,639 | - | 60,336 |
| Securities Related IC Payable (Mostly ITS) | 189,086 | 189,086 | - | 133,470 |
| Other | - | - | - | - |
| 3% ADI | 178,711 | 142,950 | 35,762 | 24,315 |
| Sub-total | 606,011 | 754,192 | (148,181) | 1,452,756 |
| **Commodities** | | | | |
| O/Drafts | 176,487 | 97,367 | 79,120 | 54,728 |
| Non-Reg Commodity Credits | 52,000 | 52,000 | - | 106,668 |
| Sub-total | 228,487 | 149,367 | 79,120 | 161,396 |
| Requirement | 1,543,392 | 2,758,446 | (1,215,054) | 3,849,701 |
| Cushion (plus 2% deduction) | 225,608 | 10,554 | 215,054 | 332,154 |
| Amount Segregated | 1,769,000 | 2,769,000 | (1,000,000) | 4,181,855 |
| **PAIB:** | | | | |
| Net PAIB Debits/Credits | 325,286 | 350,949 | (25,663) | 1,245,733 |
| Bank Loan | 3,560 | 9,509 | (5,949) | 719 |
| Stock Loan | 312,247 | 338,880 | (26,633) | 171,674 |
| F/R Vs PAIB Long | 31,031 | 23,095 | 7,936 | 1,147 |
| Firm Short vs. PAIB Long | 394,506 | 350,157 | 44,349 | 130,203 |
| Stock Borrow * | (560,229) | (606,515) | 46,286 | (1,116,764) |
| Fail to Deliver | (40,281) | (21,581) | (18,700) | (2,633) |
| Requirement | 466,120 | 444,494 | 21,626 | 430,079 |
| Cushion (plus 2% deduction) | 25,980 | 15,506 | 10,374 | 111,079 |
| Amount Segregated | 492,000 | 460,000 | 32,000 | 541,158 |
| | | | - | |
| Total Segregated | 2,261,000 | 3,228,999 | (967,999) | 4,723,013 |

* Denotes account net debit balances.

# A. 85

**Unknown**

**Sent:** Sunday, March 22, 2009 3:45 AM

| | |
|---|---|
| **From:** | Tonucci, Paolo [paolo.tonucci@lehman.com] |
| **Sent:** | Saturday, September 20, 2008 3:14 PM (GMT) |
| **To:** | Reilly, Gerard [greilly@lehman.com]; Azerad, Robert [RAzerad@lehman.com]; Kelly, Martin [martin.kelly@lehman.com]; Blackwell, Alastair [ablackwe@lehman.com]; Beldner, Brett [brett.beldner@lehman.com] |
| **Cc:** | Stewart, Marie [marie.stewart@lehman.com]; Veksler, Irina [irina.veksler@lehman.com] |
| **Subject:** | RE: Opening balance sheet |

I think Robert should do summary level and send to Martin.

I think the lock up receivable should be treated as a $1 bn receivable.

The other box will need to be included in the relevant asset classes.
And the challenge for next week will be delivering both of these through DTC or loan transfers.

This will need assistance from the lawyers.

Paolo

-----Original Message-----
From: Reilly, Gerard
Sent: 20 September 2008 11:07
To: Tonucci, Paolo; Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Veksler, Irina
Subject: Re: Opening balance sheet

Who can send the file to james walker?
-----------

----- Original Message -----
From: Tonucci, Paolo
To: Tonucci, Paolo; Reilly, Gerard; Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Veksler, Irina
Sent: Sat Sep 20 11:02:47 2008
Subject: RE: Opening balance sheet

Apologies should have read $42.9 bn of collateral.

-----Original Message-----
From: Tonucci, Paolo
Sent: 20 September 2008 10:33
To: Reilly, Gerard; Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Veksler, Irina
Subject: RE: Opening balance sheet

I think the have 442.9 bn of assets and paid net $38 bn of cash.

Their opening balance sheet should also include $1.9 bn of box assets and $1 bn of cash receivable from the release of lock ups.



EXHIBIT
145A
8.14.09 AJ

-----Original Message-----
From: Reilly, Gerard
Sent: 20 September 2008 10:30
To: Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Tonucci, Paolo; Veksler, Irina
Subject: Re: Opening balance sheet

So they basically have 42b of assets and paid 38b of cash.  Is that how
they should think about it?
-----------

----- Original Message -----
From: Reilly, Gerard
To: Azerad, Robert; Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Tonucci, Paolo; Veksler, Irina
Sent: Sat Sep 20 10:28:05 2008
Subject: Re: Opening balance sheet

We can go with totals for now
-----------

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Tonucci, Paolo; Veksler, Irina
Sent: Sat Sep 20 10:26:34 2008
Subject: RE: Opening balance sheet

Classification of the assets by asset class should be done by EOD today
assuming that what was transferred was:

1) Repo with Barclays as of Thursday night ($49 billion - $42 billion of
securities and $7 billion of cash)
2) Non-actionable box as shown to Barclays on Friday afternoon ($1.9
billion of collateral). Actual box is slightly bigger because it also
contains Lehman debt

Robert

PS: Prices will be per the repo file sent by Ops on Friday morning and
per the box report as of Friday morning.

-----Original Message-----
From: Kelly, Martin
Sent: Saturday, September 20, 2008 9:36 AM
To: Azerad, Robert; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Tonucci, Paolo
Subject: Opening balance sheet

Barclays (James Walker) called this am. They want an "opening balance
sheet" today. 3 pieces to this. (1) Robert - do you have the final list
of assets under the repo which they took possession of - need by gaap
asset class versus the financing. Could you please assemble in a file
which can be sent direct back to barclays (2) did we end up transferring
the shorts and related reverse repo? If so, Robert/Alistair who has that
list, were tickets booked for this etc.same as above need a list to be
emailed back (3) Brett - could you please update the summary BS once we
have this information later in the day.

I think we need to deliver back to narclays the simple BS together with
inventory list and possibly shorts/reverses depending on what was done
with this. Robert - could you please compile and coordinate with brett
around BS.

7/15/2009

69251

Please give me ETA so I can update James at Barclays.

Thx - M

--------------------------------

# A. 86

**To:** Lowitt, Ian T [ilowitt@lehman.com]
**From:** Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:** Sat 9/20/2008 1:42:32 PM
**Subject:** RE: Thanks for all your help getting us over the goal line!  We did it!

Understood.

-----Original Message-----
From: Lowitt, Ian T
Sent: 20 September 2008 09:33
To: Tonucci, Paolo
Subject: Re: Thanks for all your help getting us over the goal line! We did it!

You need to be close to it. if we don't succeed you and i are toast despite all our heroics. Please make sure it happens using robert makes sense but get a lawyer involved. Kimmel a good starting spot. Ian
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: Steven Berkenfeld
Sent: Sep 20, 2008 8:10 AM
Subject: Re: Thanks for all your help getting us over the goal line!  We did it!

Agreed.  Will use Robert for this - have confidence he knows how to get done.

---------------------------------

----- Original Message -----
From: Lowitt, Ian T
To: Tonucci, Paolo
Cc: Berkenfeld, Steven
Sent: Sat Sep 20 06:01:08 2008
Subject: Thanks for all your help getting us over the goal line!  We did it!

While it would be great to just relax and enjoy the victory, think we need to launch an effort as soon as possible to ensure we get the 15c3 lockup money and also transfer the unencumbered box Since everything has turned out to be more complicated and difficult than expected think we need a dedicated team including lawyers to make this happen. Please coordinate with berkenfeld on this.  Thanks. Ian



# A. 87

**To:**     Lowitt, Ian T [ilowitt@lehman.com]
**From:**   Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:**   Sat 9/20/2008 1:42:32 PM
**Subject:** RE: Thanks for all your help getting us over the goal line!  We did it!

Understood.

-----Original Message-----
From: Lowitt, Ian T
Sent: 20 September 2008 09:33
To: Tonucci, Paolo
Subject: Re: Thanks for all your help getting us over the goal line! We
did it!

You need to be close to it. If we don't succeed you and I are toast
despite all our heroics. Please make sure it happens using robert makes
sense but get a lawyer involved. Kimmel a good starting spot. Ian
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: Steven Berkenfeld
Sent: Sep 20, 2008 8:10 AM
Subject: Re: Thanks for all your help getting us over the goal line!  We
did it!

Agreed.  Will use Robert for this - have confidence he knows how to get
done.


--------------------------------

----- Original Message -----
From: Lowitt, Ian T
To: Tonucci, Paolo
Cc: Berkenfeld, Steven
Sent: Sat Sep 20 06:01:08 2008
Subject: Thanks for all your help getting us over the goal line!  We did
it!

While it would be great to just relax and enjoy the victory, think we
need to launch an effort as soon as possible to ensure we get the 15c3
lockup money and also transfer the unencumbered box Since everything has
turned out to be more complicated and difficult than expected think we
need a dedicated team including lawyers to make this happen. Please
coordinate with berkenfeld on this.  Thanks. Ian

EXHIBIT

172 A

8.14.09

# A. 88

# Filed Under Seal Pursuant To Protective Order

# A. 89

# Filed Under Seal Pursuant To Protective Order

# A. 90

Fw: Opening Balance Doc 5051-5 cash of Filed 09/15/09     Entered 09/15/09 10:32:38     Appendix 1 of 1
08-13555-jmp                                                                                         Page 1 of 1
Volume III (Part 5)     Pg 24 of 25

| **From:** | Kelly, Martin [martin.kelly@lehman.com] |
| **Sent:** | Saturday, September 20, 2008 11:20 PM (GMT) |
| **To:** | Beldner, Brett [brett.beldner@lehman.com] |
| **Subject:** | Fw: Opening Balance Sheet (with cash of $7.0 bn) |
| **Attach:** | Opening Balance Sheet v1B.xls |

Did you get a chance to look at this? See any issues?

---------------------------------

----- Original Message -----
From: Azerad, Robert
To: Tonucci, Paolo; Kelly, Martin; Beldner, Brett; Reilly, Gerard; Veksler, Irina
Sent: Sat Sep 20 18:41:46 2008
Subject: Opening Balance Sheet (with cash of $7.0 bn)

<<Opening Balance Sheet v1B.xls>>



| | | |
|---|---:|---:|
| Cash and cash equivalent | | 7,000 |
| | | |
| Inventory | | |
| Government & Agencies | 29,810 | |
| Corporate Equities | 8,764 | |
| Mortgages & Mortgage Backed Securities | 3,241 | |
| Corporate Debt & Other | 2,998 | |
| Commercial Paper & Money Market Instruments | 32 | |
| Inventory Total | | 44,846 |
| | | |
| Receivables (15c3 lock up release) | | 1,000 |
| | | |
| Total Assets | | 52,846 |