# A. 91

| | | |
|---|---|---|
| From: | Lowitt, Ian T [ilowitt@lehman.com]. | Sent:9/20/2008 7:20 PM. |
| To: | Blackwell, Alastair [ablackwe@lehman.com]; Forrest, Monty [mforrest@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]; Hraska, James W [JHraska@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | Re: 1.9 bn update:. | |

Guys we need 1.95. Also better if we found more if a shortfall in the 15c3ockup release. Ian

------Original Message------
From: Alastair Blackwell
To: Forrest, Monty
To: Ullman, Neal (NY)
To: Hraska, James W
Cc: Ian Lowitt
Sent: Sep 20, 2008 7:14 PM
Subject: 1.9 bn update:

Thank you!

------------------------------

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 19:09:16 2008
Subject: Re:

Here is the latest on finding excess collateral:

1. Goal is 1.9billion in unencumbered

2. 800mm was posted to Bony R.Azarad is checking with P. Tonucci to see if we can use it. Earlier though was we could.

3. Jim, Nancy and Bill have found another 700mm in 074

4. The team see quite a bit of excess in Canada. The are digging into this now. Hopefully that gets us to where we need to be.

5. Next status call setup for 7:45. Will provide more color after that.

M.

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 18:37:42 2008
Subject: Re:

Thx

------------------------------

Exhibit
74 B
kk 8709

----- Original Message -----
From: Forrest, Monty
To: Ullman, Neal (NY); Hraska, James W
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:36:31 2008
Subject: Re:

Tried your cell Neal but could not get through. Jim, Nancy and a team are still going through a list of actionable collateral to try and find 1.9 billion to move to BCI. Have an update in 15mins. Will let you know more as it becomes available.

----- Original Message -----
From: Ullman, Neal (NY)
To: Hraska, James W; Forrest, Monty
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:12:06 2008
Subject: FW:

Guys

------Original Message Truncated------

# A. 92

| | | |
|---|---|---|
| From: | Forrest, Monty [mforrest@lehman.com]. | Sent:9/20/2008 8:39 PM. |
| To: | Blackwell, Alastair [ablackwe@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]; Hraska, James W [JHraska@lehman.com]. | |
| Cc: | Lowitt, Ian T [ilowitt@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; Azerad, Robert [RAzerad@lehman.com]; Fleming, Dan (TSY) [dfleming@lehman.com]. | |
| Bcc: | | |
| Subject: | Re: 1.9 bn 8:00pm update:. | |

Here is the lastest based on our 8:00 call.

1. 800mm at Bony ( R. Azarad working with lawyers)

2. We have 746mm in 074

3. We have identified 435mm in Canada

4. We have identified another 300mm of mortgages in 636

That is a total of 2.181b.

We are now creating a spreadsheet of all data by cusip/value/depo and are sending that to Paolo/Robert

We have a 9:15 status meeting and hope to have the spreadsheet completed by that time.

We are also looking to validate how much JPCHASE put a lien on Friday by cusip. Paolo needs this and I am reaching out to Neal to discuss.

Finally we need verification if we have complete control of these depos. Robert working with lawyers and I need to speak to Neal once again to get his thoughts

Regards,

Monty

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T
Sent: Sat Sep 20 19:14:16 2008
Subject: 1.9 bn update:

Thank you!

----------------------------

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 19:09:16 2008
Subject: Re:

Here is the latest on finding excess collateral:

1. Goal is 1.9billion in unencumbered

2. 800mm was posted to Bony R.Azarad is checking with P. Tonucci to see if we can use it. Earlier though

Exhibit
75 B
KK 8-7-09

was we could.

3. Jim, Nancy and Bill have found another 700mm in 074

4. The team see quite a bit of excess in Canada. The are digging into this now. Hopefully that gets us to where we need to be.

5. Next status call setup for 7:45. Will provide more color after that.

M.


----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 18:37:42 2008
Subject: Re:

Thx


---------------------------------

----- Original Message -----
From: Forrest, Monty
To: Ullman, Neal (NY); Hraska, James W
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:36:31 2008
Subject: Re:

Tried your cell Neal but could not get through. Jim, Nancy and a team are still going through a list of actionable collateral to try and find 1.9 billion to move to BCI. Have an update in 15mins. Will let you know more as it becomes available.

----- Original Message -----
From: Ullman, Neal (NY)
To: Hraska, James W; Forrest, Monty
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:12:06 2008
Subject: FW:

Guys what is the latest

-----Original Message-----
From: Rudofker, Beth
Sent: Saturday, September 20, 2008 6:11 PM
To: Berkenfeld, Steven
Cc: Ullman, Neal (NY); Blackwell, Alastair; Lowitt, Ian T; Kimmel, Scott; Genirs, Kevin
Subject: Re:

Alaister and neil are working on getting it ringfenced/moved if needed. We should have one of our lawyers make sure the paperwork is tight.


---------------------------------

----- Original Message -----
From: Berkenfeld, Steven
To: Rudofker, Beth
Sent: Sat Sep 20 18:07:40 2008
Subject: FW:

who is closest to this?

-----Original Message-----
From: Lowitt, Ian T
Sent: Saturday, September 20, 2008 5:53 AM
To: McDade, Bart; Berkenfeld, Steven
Cc: Tonucci, Paolo
Subject:

Did the court accept the 15c 3 lockup and unencumbered box make it through to barcap? If so need to make sure documentation is very tight so we can deliver on it. Should have weil lawyers work closely with paolo on it. Obviously critical we get this right!
Congrats again. Ian

# A. 93

**Unknown**

Sent: Wednesday, March 25, 2009 10:34 AM

| | |
|---|---|
| **From:** | Beldner, Brett [brett.beldner@lehman.com] |
| **Sent:** | Sunday, September 21, 2008 12:40 AM (GMT) |
| **To:** | Kelly, Martin [martin.kelly@lehman.com] |
| **Cc:** | Azerad, Robert [RAzerad@lehman.com]; Stewart, Marie [marie.stewart@lehman.com] |
| **Subject:** | Balance Sheet |
| **Attach:** | Opening Balance Sheet vBB.xls |

Here's where we are so far before it gets forwarded to the rest of the group. While Robert focused on the asset side, I added the liabilities and equities to the form.

As you can see, Robert has tracked down the detailed information. However, there are a few open items:

1) There is about $2bn of assets included in the file that may be locked up (can't be transferred) for which we may need to substitute with different collateral - so asset classification may change..

2) Although everyone believes it to be the case, Robert did not receive legal confirmation that the shorts did not go.

3) We do not have any information as to which subsidiaries went (e.g., Eagle), so the balance sheet does not include any information about these.

4) I have not heard back from Kristie or Rose (Heather is out on vacation) on the three foreign subs that supposedly transferred.

5) The $1bn 15-C-3 receivable is an estimate from Paolo.

6) The comp accrual and cure payments accrual are just estimates. (Comp for a year should probably not be the full accrual and cure payments should be actual).

Robert, feel free to add any other comments as you see fit.

<<Opening Balance Sheet vBB.xls>>


EXHIBIT
154 A
8.14.09

7/15/2009

456031

4447758

|    | A | B | C | D |
|----|---|---|---|---|
| 1  | Cash and cash equivalent | | | 7,000 |
| 2  | | | | |
| 3  | Inventory | | | |
| 4  | | Government & Agencies | 29,810 | |
| 5  | | Corporate Equities | 8,764 | |
| 6  | | Mortgages & Mortgage Backed Securities | 3,241 | |
| 7  | | Corporate Debt & Other | 2,998 | |
| 8  | | Commercial Paper & Money Market Instruments | 32 | |
| 9  | Inventory Total | | | 44,846 |
| 10 | | | | |
| 11 | Receivables (15c3 lock up release) | | | 1,000 |
| 12 | | | | |
| 13 | Total Assets | | | 52,846 |
| 14 | | | | |
| 15 | Financing for Cash received from Barclays ($45b for repo and $250m for purchase) | | | 45,250 |
| 16 | | | | |
| 17 | Accrued Bonuses (Assumed to be all accrued) | | | 2,000 |
| 18 | | | | |
| 19 | Cure Payments (Placeholder for actual accrual) | | | 2,250 |
| 20 | | | | |
| 21 | Equity | | | 3,346 |
| 22 | | | | |
| 23 | Total Liabilities and Equity | | | 52,846 |

# A. 94

# Filed Under Seal Pursuant To Protective Order

# A. 95

**Unknown**

Sent: Monday, April 06, 2009 11:00 PM

| | |
|---|---|
| **From:** | Lowitt, Ian T <ilowitt@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 2:23 AM (GMT) |
| **To:** | Forrest, Monty <mforrest@lehman.com>; Blackwell, Alastair <ablackwe@lehman.com>; Ullman, Neal (NY) <Neal.Ullman@lehman.com>; Hraska, James W <JHraska@lehman.com> |
| **Cc:** | Tonucci, Paolo <paolo.tonucci@lehman.com>; Azerad, Robert <RAzerad@lehman.com>; Fleming, Dan (TSY) <dfleming@lehman.com> |
| **Subject:** | Re: 1.9 bn 9:15pm update: |

Need a cusip level detail of the collateral, and where it is for a 7.00. Am meeting with bart. Monty, you or alastair need to be at that 7 am meeting. It to prep for a final weil meeting to finalize the agreement. Thanks. Good luck getting additional collateral. But good accurate presentation of the collateral is also critical as we will append to the agreement. Thanks again for all the hard work. Ian

------Original Message------
From: Forrest, Monty
To: Alastair Blackwell
To: Ullman, Neal (NY)
To: Hraska, James W
Cc: Ian Lowitt
Cc: Tonucci, Paolo
Cc: Robert Azerad
Cc: Daniel Fleming
Sent: Sep 20, 2008 9:38 PM
Subject: Re: 1.9 bn 9:15pm update:

Just got off the phone with the group. There were some issues with files received and the amount we had identified prior has changed. It is now 1.6b. As the Canadian seems to be mostly encumbered. We are still working to identify more and have another update at 10:15

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T; Tonucci, Paolo; Azerad, Robert; Fleming, Dan (TSY)
Sent: Sat Sep 20 20:38:49 2008
Subject: Re: 1.9 bn 8:00pm update:

Here is the lastest based on our 8:00 call.

1. 800mm at Bony ( R. Azerad working with lawyers)

2. We have 746mm in 074

3. We have identified 435mm in Canada

4. We have identified another 300mm of mortgages in 636

That is a total of 2.181b.

We are now creating a spreadsheet of all data by cusip/value/depo and are sending that to Paolo/Robert

We have a 9:15 status meeting and hope to have the spreadsheet completed by that time.

We are also looking to validate how much JPCHASE put a lien on Friday by cusip. Paolo needs this and I am reaching out to Neal to discuss.

7/15/2009


Exhibit 77B
KK 8-7-09

459680

Finally we need verification if we have complete control of these depos. Robert working with lawyers and I need to speak to Neal once again to get his thoughts

Regards,

Monty

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T
Sent: Sat Sep 20 19:14:16 2008
Subject: 1.9 bn update:


------Original Message Truncated------

7/15/2009

459680

# A. 96

**Unknown**

Sent: Sunday, May 17, 2009 1:16 AM

| | |
|---|---|
| **From:** | Blackwell, Alastair <ablackwe@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 3:36 AM (GMT) |
| **To:** | Azerad, Robert <RAzerad@lehman.com>; Crepeau, Alex F <acrepeau@lehman.com> |
| **Cc:** | Kelly, Martin <martin.kelly@lehman.com> |
| **Subject:** | Re: Update 15c3-3 |

This won't be perfect.
Is tony taking that approach?

---------------------------------

----- Original Message -----
From: Azerad, Robert
To: Stucchio, Anthony; Tonucci, Paolo; Kelly, Martin; Blackwell, Alastair; Lowitt, Ian T
Cc: Crepeau, Alex F; McLaughlin, Kendall J; Burke, William T; Potenciano, Joel; Fleming, Dan (TSY); Aprigliano, Sindy
Sent: Sat Sep 20 23:27:24 2008
Subject: RE: Update 15c3-3

As of Thursday night, the repo situation was relatively straightforward:

1) We had a $42 billion repo trade with Barclays, which was funding Firm's collateral (since it is through this repo that we transferred our positions to Barclays)
2) We had three other repo trades with Street counterparties: BGI ($0.5 bn); Dresdner ($0.6 bn) - both funding equities; and Dwight AM ($0.3 billion) - funding corporates. Per Sindy Aprigliano's file (attached), which only shows Firm's positions, these trades were funding only Firm's positions
3) Chase provided us with a box loan backed with $5.1 bn of collateral - $5.0 bn of which being the Firm's RACERS
4) Chase attempted to put a HIC trade with Barclays for ~$15 bn but was not successful because Barclays did not agree to the trade - Dan has more color about this attempted trade

As a result, I am not sure where the $2 bn of customer collateral funded through repos are.

Robert

<<Secured Funding Cusips_091808_Firm Summary.xls>>

PS: What do the $642 million of unallocated repos represent?

---

From:    Stucchio, Anthony
Sent:    Saturday, September 20, 2008 11:10 PM
To:      Azerad, Robert; Tonucci, Paolo; Kelly, Martin; Blackwell, Alastair; Lowitt, Ian T
Cc:      Crepeau, Alex F; McLaughlin, Kendall J; Burke, William T; Potenciano, Joel; Fleming, Dan (TSY)
Subject:    Update 15c3-3

As I have mentioned previously, the number of stock record breaks are overwhelming. What is complicating the issue is that several Trustee accounts were set up for the LBIE liquidation in the firm's customer range, therefore polluting regular customer and firm activity causing potentially erroneous allocations. This is what we are seeing:

*   $2 billion of Customer payables (unallocated short positions with no offsetting debits). Normally these customer shorts, which are insignificant are included in the formula because it's difficult to prove we do not have a bonafide payable to the customer. There are over 1700 items on the stock record contributing to this problem.

*   The stock record currently shows that we repoed out $2 billion of customer collateral through repo. Dan is not sure if this is

7/15/2009



10252597

valid.

* $642 million of unallocated repo, customer impact? Can't prove it at this point.
* $150 million unallocated Fail to receives

We will have another status call at midnight.

Alex, Kendall, Joel, Dan -please feel free to add any additional color.

Tony

7/15/2009

10252597