EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555

Proof of Claim No.:  4675

LONGACRE MASTER FUND, LTD, with offices at 810 Seventh Avenue, 33rd Floor, New York, NY 10019, as assignee of WCG MASTER FUND LTD, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to BLUE ANGEL CLAIMS, LLC c/o M.H. Davidson & Co., with offices at 65 East 55th Street, 19th Floor, New York, NY 10022 its successors and assigns, (the "Buyer"), all rights, title and interest in and to the claim of Seller against Debtor in the amount of $14,249,288.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.



RECEIVED SEP 3 2009 U.S. BANKRUPTCY COURT, SDNY

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 1ST day of July, 2009.

LONGACRE MASTER FUND, LTD.

By: _____
Name:
Title:

BLUE ANGEL CLAIMS, LLC

By: _____
Name: Robert Brivio
Title: Manager