JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 |
| Debtors. | (Jointly Administered) |

**APPENDIX TO**
**DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO**
**FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, MODIFYING**
**THE SEPTEMBER 20, 2008  SALE ORDER AND GRANTING OTHER RELIEF**

**APPENDIX VOLUME IV**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,*
## Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME IV

| App. Tab No. | Description |
|---|---|
| 97 | 9/21/08 (1:38 am) email between M. Forrest and A. Blackwell, *et al.* (Dep. Ex. 48) |
| 98 | 9/21/08 (4:36 am) email between J. Hraska and M. Forrest, *et al.*, with attachment (Dep. Ex. 145B) |
| 99 | 9/21/08 (9:16 a.m.) email between M. Forrest and I. Lowitt, *et al.* (Dep. Ex. 168A) |
| 100 | 9/21/08 (9:16 am) email between M. Forrest and I. Lowitt, with attachment (excerpt of first four pages of Dep. Ex. 151B) |
| 101 | 9/21/08 (12:27 pm) email between R. Azerad and J. Hraska (Dep. Ex. 180) |
| 102 | 9/21/08 (2:17 pm) email between I. Veksler and R. Azerad, *et al.*, with attachment (Dep. Ex. 155A) |
| 103 | 9/21/08 (2:33 pm) email between S. Sell and D. Joshi, *et al.*, with attachment (BCI 006647 – 653 [Dep. Ex. 83B]) |
| 104 | 9/21/08 (6:20 pm) email between R. Azerad and G. Romain, *et al.*, with attachment (Dep. Ex. 229) |
| 105 | 9/21/08 (7:53 pm) email between D. Fleming and P. Tonucci (Dep. Ex. 161A) |
| 106 | 9/21/08 (8:05 pm) email between F. Pearn and I. Lowitt, *et al.*, with attachment (Dep. Ex. 95B) |
| 107 | 9/21/08 (8:15 pm) email between R. Azerad and M. Kelly, with attachment (Dep. Ex. 185) |
| 108 | 9/21/08 (8:29 pm) email between S. King and R. Ricci (BCI-EX- |

08-13555-mg    Doc 5154    Filed 09/15/09    Entered 09/15/09 10:44:02    Main Document
Pg 3 of 5


# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,* Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME IV

| App. Tab No. | Description |
|---|---|
|  | 00080668 [Dep. Ex. 383]) |
| 109 | 9/21/08 (9:12 pm) email between R. Azerad and M. Kelly, *et al.*, with attachment (Dep. Ex. 186) |
| 110 | 9/21/08 (10:07 pm) email between J. Potenciano and C. O'Meara, *et al.*, with attachment (Dep. Ex. 187) |
| 111 | 9/21/08 (10:22 pm) email between R. Azerad and M. Kelly, with attachment (Dep. Ex. 188) |
| 112 | 9/22/08 (12:37 am) email between M. Lee and M. Kelly (Dep. Ex. 189) |
| 113 | 9/22/08 (1:07 am) email between M. Kelly and A. Stucchio (Dep. Ex. 173A) |
| 114 | 9/22/08 (6:45 am) email between J. Yang and R. Azerad, *et al.*, with attachment (BCI 008149 [excerpt of Dep. Ex. 84B, BCI 008150 – 670 intentionally omitted]) |
| 115 | 9/22/08 (7:17 am) email between R. Azerad and J. Hraska, *et al.* (Dep. Ex. 146A) |
| 116 | 9/22/08 (7:19 am) email between R. Azerad and J. Yang, *et al.* (Dep. Ex. 147A) |
| 117 | 9/22/08 (10:35 am) email between A. Blackwell and M. Forrest, *et al.* (Dep. Ex. 152B) |
| 118 | 9/22/08 (5:48 pm) email between R. Ricci and P. Clackson (BCI-EX 00079307 – 309 [Dep. Ex. 209]) |
| 119 | 9/22/08 (7:50 pm) email between P. Tonucci and T. Lyons (Dep. Ex. 162A) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,*
## Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME IV

| App. Tab No. | Description |
|---|---|
| 120 | 9/22/08 (8:57 pm) email between S. Chen and D. Fleming, *et al.*, with attachment (BCI-EX-(S)-00019187 – 194 [Dep. Ex. 305B]) |
| 121 | 9/23/08 (9:15 am) email between M. Evans and B. Diamond, with attachment (BCI-EX-(S)-00027190 – 197 [Dep. Ex. 284B]) |
| 122 | 9/24/08 (9:25 am) email between M. Evans and R. Jenkins, *et al.*, with attachment (BCI-EX-(S)-00027258 – 265 [Dep. Ex. 288B]) |
| 123 | 9/24/08 (11:16 a.m.) email between C. Lucas and J. Varley (BCI-EX-(S)-00053947 [Dep. Ex. 353A]) |
| 124 | 9/25/08 (11:59 am) email between M. Shapiro and J. House (BCI-EX-(S)-00002402) |
| 125 | 9/25/08 (3:58 pm) email between G. Romain and J. Westwood, *et al.* (BCI-EX-(S)-00052834 – 835) |
| 126 | 9/28/08 (12:54 pm) email between R. Azerad and J. Hraska, *et al.*, with attachment (BCI-EX(S)-00014389 – 393 [excerpt of Dep. Ex. 146B]) |
| 127 | 9/30/08 (6:09 pm) email between M. Forrest and A. Blackwell, *et al.*, with attachment (BCI-EX-(S)-00017385 [Dep. Ex. 155B]) |
| 128 | 10/11/08 letter to Barclays from JPMorgan (BCI-CG00059720 – 726) |
| 129 | 11/23/08 (10:30 pm) email between J. Hughes and S. Cutler (BCI-CG 00060950 – 953) |
| 130 | 12/31/08 Barclays PLC Results Announcement, Figures 2008. (Dep. Ex. 22) |
| 131 | 7/31/09 letter from Boies, Schiller & Flexner LLP to Jones Day enclosing spreadsheets and the Notice of Termination (BCI-EX-00082629 – 00109165 [Dep. Ex. 206]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME IV

| App. Tab No. | Description |
|---|---|
| 132 | Barclays' spreadsheets (BCI-EX-00099519 – 99521 [Dep. Ex. 86B]) |
| 133 | Barclays' spreadsheet (BCI-EX-00108700 [Dep. Ex. 87B]) |
| 134 | Barclays' spreadsheet (BCI-EX-0009154 – 161 [Dep. Ex. 88B]) |
| 135 | Barclays' spreadsheets (BCI-EX-00115843 – 846 [Dep. Ex. 377A]) |
| 136 | 7/16/09 letter from Boies, Schiller & Flexner LLP to Jones Day enclosing schedule (BCI-EX-00077272 – 286) |
| 137 | Barclays' spreadsheet regarding compensation (BCI-EX-00115843 [Dep. Ex. 281B]) |
| 138 | Letter to Ian Lowitt (BCI-EX-0007735 – 337 [Dep. Ex. 216]) |
| 139 | Email between C. Corcoran and A. Collerton, with attachment (Dep. Ex. 101.) |
| 140 | Letter to Eric Felder (BCI-EX 00077305 – 307 [Dep. Ex. 13]) |
| 141 | Letter to Paolo Tonucci (BCI-EX 00077360 – 00077362 [Dep. Ex. 138A]) |
| 142 | Letter to Gerald Donini (BCI-EX-00077302 – 304) |
| 143 | Letter to Steven Berkenfeld (BCI-EX-00077288 – 290 [Dep. Ex. 17]) |
| 144 | Letter to Martin Kelly (BCI-EX-00077326 – 327 [Dep. Ex. 194]) |
| 145 | Letter to Mark Shapiro (BCI-EX-00077347 – 349 [Dep. Ex. 55A]) |
| 146 | Letter to Hugh ("Skip") McGee (BCI-EX-00077338 – 340 [Dep. Ex. 103]) |
| 147 | Letter to Martin Kelly (BCI-EX-00077323 – 325 [Dep. Ex. 193]) |