# A. 101

| | |
|---|---|
| From: Azerad, Robert [RAzerad@lehman.com] | Sent: 9/21/2008 12:27 PM |
| To: Hraska, James W [JHraska@lehman.com] | |
| Cc: | |
| Bcc: | |
| Subject: RE: | |

Thanks

-----Original Message-----
From: Hraska, James W
Sent: Sunday, September 21, 2008 12:26 PM
To: Azerad, Robert; Kelly, Martin
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Thursday transfer was valued at Thursday close Friday at Friday

-----Original Message-----
From: Azerad, Robert
Sent: Sunday, September 21, 2008 12:14 PM
To: Kelly, Martin; Hraska, James W
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Jim

Can you comment? For the $42 billion transferred on Thursday, I am assuming that it was Wednesday or Thursday night prices. For the additional collateral found last night, Thursday or Friday night prices.

Robert


-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 12:12 PM
To: Azerad, Robert
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

What were all the files from yesterday? Were they Thurs night prices?


-----Original Message-----
From: Azerad, Robert
Sent: Sunday, September 21, 2008 12:12 PM
To: Kelly, Martin
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Assuming that the marks provided by Operations are correct, around 4pm today

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 12:10 PM
To: Azerad, Robert
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo

EXHIBIT 180
KtC 8/17/09

Subject: Re:

I have to get a balance sheet to Barclays with updated marks and accurate gaap classifications. How/when can we do that? They keep calling.

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 12:05:24 2008
Subject: RE:

Gerry would have to verify the marks.

Robert

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 12:02 PM
To: Azerad, Robert
Subject: Re:

Is it just a question of gaap categorization, meaning we are confident that total inventory is correct as stated?

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 11:59:16 2008
Subject: RE:

??? Please call me 917-678-9112. Not sure what you mean

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 11:59 AM
To: Azerad, Robert
Subject: Re:

Is the total right?

----- Original Message -----
From: Azerad, Robert

To: Kelly, Martin
Sent: Sun Sep 21 11:13:55 2008
Subject: Re:

It has. Let me work on it. Maybe a couple of hours of work due to a large number of CUSIPs to classify

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Kelly, Martin
To: Azerad, Robert
Cc: Beldner, Brett
Sent: Sun Sep 21 11:01:49 2008
Subject: Re:

Apparently according to paolo list is final subject to bony confirmation. Can you update brett and brett the BS on where it stands right now? Or tell us that it has not changed since last night? Thx

----------------------------------

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 10:37:25 2008
Subject: Re:

No. Still don't know what we are giving to Barclays. Call me at home if you know (914 761 1162)

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Kelly, Martin
To: Azerad, Robert
Sent: Sun Sep 21 10:35:11 2008
Subject:

Robert - do you have an updated inventory listing? I know you felt ok with totals but not categories last night. I'm at Weil today but will pull together whenever you can get it to me. Thx - M

----------------------------------

# A. 102

08-13555-mg    Doc 5154-2    Filed 09/15/09    Entered 09/15/09 10:44:02    Appendix
Volume IV (Part 2)    Pg 5 of 14

Unknown

**Sent:** Sunday, May 17, 2009 1:20 AM

| | |
|---|---|
| **From:** | Veksler, Irina <irina.veksler@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 6:17 PM (GMT) |
| **To:** | Azerad, Robert <RAzerad@lehman.com>; Kelly, Martin <martin.kelly@lehman.com>; Beldner, Brett <brett.beldner@lehman.com>; Reilly, Gerard <greilly@lehman.com>; Tonucci, Paolo <paolo.tonucci@lehman.com> |
| **Subject:** | Opening Balance Sheet v2.xls |
| **Attach:** | Opening Balance Sheet v2.xls |



EXHIBIT
155 A
8.14.09  AW

7/27/2009

10306882

10306344

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Cash and cash equivalent | | | 7,000 |
| 2 | | | | |
| 3 | Inventory | | | |
| 4 | | Government & Agencies | 29,526 | |
| 5 | | Corporate Equities | 8,843 | |
| 6 | | Mortgages & Mortgage Backed Securities | 3,150 | |
| 7 | | Corporate Debt & Other | 3,186 | |
| 8 | | Commercial Paper & Money Market Instruments | 95 | |
| 9 | | Derivatives & Other Contr. | 80 | |
| 10 | Inventory Total | | | 44,880 |
| 11 | | | | |
| 12 | Receivables (15c3 lock up release) | | | 1,000 |
| 13 | | | | |
| 14 | Total Assets | | | 52,880 |

# A. 103

# Filed Under Seal Pursuant To Protective Order

# A. 104

08-13555-mg    Doc 5154-2    Filed 09/15/09    Entered 09/15/09 10:44:02    Appendix
Volume IV (Part 2)    Pg 10 of 14

| | |
|---|---|
| To: | gary.romain@barclayscapital.com[gary.romain@barclayscapital.com]; james.walker@barclayscapital.com[james.walker@barclayscapital.com]; tj.gavenda@barclayscapital.com[tj.gavenda@barclayscapital.com] |
| Cc: | Kelly, Martin[martin.kelly@lehman.com]; Tonucci, Paolo[paolo.tonucci@lehman.com]; Reilly, Gerard[greilly@lehman.com]; Beldner, Brett[brett.beldner@lehman.com]; Lowitt, Ian T[ilowitt@lehman.com] |
| From: | Azerad, Robert |
| Sent: | Sun 9/21/2008 6:20:35 PM |
| Subject: | Updated Opening Balance Sheet |
| Categories: | urn:content-classes:message |

<u>Copy of Opening Balance Sheet vBB2.xls</u>



EXHIBIT
229
8/20/09

| | | |
|---|---:|---:|
| Cash and cash equivalent | | 7,000 |
| Inventory | | |
|     Government & Agencies | 29,526 | |
|     Corporate Equities | 8,843 | |
|     Mortgages & Mortgage Backed Securities | 3,150 | |
|     Corporate Debt & Other | 3,186 | |
|     Commercial Paper & Money Market Instruments | 95 | |
|     Derivatives & Other Contr. | 80 | |
| Inventory Total | | 44,880 |
| Receivables (15c3 lock up release) | | 1,000 |
| Total Assets | | 52,880 |
| Financing for Cash received from Barclays ($45b for repo and $250m for purchase) | | 45,250 |
| Accrued Bonuses (Assumed to be all accrued) | | 2,000 |
| Cure Payments (Placeholder for actual accrual) | | 2,250 |
| Equity | | 3,380 |
| Total Liabilities and Equity | | 52,880 |

# A. 105

| | |
|---|---|
| To: | Tonucci, Paolo [paolo.tonucci@lehman.com] |
| From: | Fleming, Dan (TSY) [dfleming@lehman.com] |
| Sent: | Sun 9/21/2008 7:53:13 PM |
| Subject: | RE: Large OCC Excess |

I will try to confirm

-----Original Message-----
From: Tonucci, Paolo
Sent: Sunday, September 21, 2008 3:51 PM
To: Fleming, Dan (TSY)
Subject: Re: Large OCC Excess

But that may include the value of LCs drawn.

--------------------------------

----- Original Message -----
From: Fleming, Dan (TSY)
To: Tonucci, Paolo
Sent: Sun Sep 21 15:47:28 2008
Subject: Large OCC Excess

The statement from the OCC reflects a large excess position in house and customer. House has excess of $444mm and customer $244. I do not know how accessible this is.

EXHIBIT
161 A
8.14.09 AW