# A. 107

**To:**      Kelly, Martin[martin.kelly@lehman.com]
**From:**    Azerad, Robert
**Sent:**    Sun 9/21/2008 8:15:08 PM
**Subject:** 15c3 Lockup.ppt
**Categories:** urn:content-classes:message

15c3 Lockup.ppt


<<15c3 Lockup.ppt>>



EXHIBIT
185

September 21, 2008

LEHMAN BROTHERS

# 15c3 Lockup



# $1.2 bn Cushion Against Failed Trades

◆ Because Lehman Brothers relies on multiple trading systems, the cushion is assessed for each trading system

– Fixed income securities (MTS) - $394 million of Aggregate Debit Items ("ADI") can be released following an orderly liquidation of open customer fails

– Equities (ADP) - $573 million of ADI can be released following an orderly liquidation of open customer balances

– Foreign securities (ITS) - $228 million of ADI can be released following an orderly liquidation of open customer balances

– Fx fails not related to securities transactions - $457 million can be released related to non-trading related overdrafts (SEK 244 million and CAD 277 million of CAD)

– PAIB - $216 million can be released, which relates to the adjustment of PAIB long and PAIB short between primarily LBI and LOTC, Lehman Brothers "broker dealer lite"

# A. 108

# Filed Under Seal Pursuant To Protective Order

# A. 109

**To:**     Kelly, Martin [martin.kelly@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; O'Meara,
Chris M (NY) [comeara@lehman.com]
**From:**     Azerad, Robert [RAzerad@lehman.com]
**Sent:**     Sun 9/21/2008 9:12:00 PM
**Subject:**     15c3 Lockup (Revised)

**15c3 Lockup v2.ppt**


<<15c3 Lockup v2.ppt>>


EXHIBIT
186
KK 8/17/09

September 21, 2008

LEHMAN BROTHERS

# 15c3 Lockup



# $X.X bn Cushion Against Failed Trades

◆ Out of the $1.0 billion reserve held for the protection of customers as of last Friday, only $200 million (approximately) is held for the benefit of customers transferring to Barclays (e.g., PIM (high net worth) customers).

◆ Although the excess of customer payables over customer receivables represents real customer claims that cannot be returned to Lehman Brothers / Barclays in a transfer scenario, the cushion against failed trades related to customers transferring to Barclays should be seen as a future source of cash for Barclays as the backlog of fails (both fails to deliver and fails to receive) clear up and the reserve gets released.

– Assessment of this future benefit is in progress

LEHMAN BROTHERS

2

# A. 110

**To:**    O'Meara, Chris M (NY)[comeara@lehman.com]; Lee, Mark[mark.lee@lehman.com]; Kelly, Martin[martin.kelly@lehman.com]; Azerad, Robert[RAzerad@lehman.com]; wburke@si.rr.com[wburke@si.rr.com]; Stucchio, Anthony[astucchio@lehman.com]; Stucchio, Anthony[astucchio@lehman.com]; Tonucci, Paolo[paolo.tonucci@lehman.com]; Crepeau, Alex F[acrepeau@lehman.com]
**From:**    Potenciano, Joel
**Sent:**    Sun 9/21/2008 10:07:59 PM
**Subject:**    RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:**    urn:content-classes:message

**Customer PAIB Reserve-091708.xls**


<<Customer PAIB Reserve-091708.xls>>

Hi Chris,

Attached is the condensed summary that you requested.  Please advise if this works or you have comments.  We are still working on the 09/19 numbers as we have just received the reallocated amounts for ADP. Please let me know if you have questions.


Thanks!

With kind regards,
Joel K. Potenciano
LEHMAN BROTHERS
Telephone  +1 (212) 320-6786
Fax  +1 (646) 885-9383
Email  joel.potenciano@lehman.com


> _____
> From:       O'Meara, Chris M (NY)
> Sent: Sunday, September 21, 2008 5:25 PM
> To:    Lee, Mark; Kelly, Martin; Azerad, Robert; Potenciano, Joel;
> 'wburke@si.rr.com'; Stucchio, Anthony; Stucchio, Anthony; Tonucci,
> Paolo
> Subject:       RE: Final 15c3-3 Reserve Formula as of 09/17/2008
>
> Team - We need to make some changes to this.  It is not easily clear
> which balances are truly customer related vs which are cushions, such
> as the ADI's.  So, I suggest we show one date of info, broken into 5
> columns, as follows: Cust dr's, cust cr's, net customer balances,
> cushions, total balances.  Can someone do this easily?  At min, make 3
> separate columns: net cust, cushions, total.  Thanks, Chris
>
> _____
> From:       Lee, Mark
> Sent: Sunday, September 21, 2008 5:24 PM
> To:    Kelly, Martin; Azerad, Robert; Potenciano, Joel;
> 'wburke@si.rr.com'; Stucchio, Anthony; O'Meara, Chris M (NY);
> Stucchio, Anthony
> Subject:       RE: Final 15c3-3 Reserve Formula as of 09/17/2008



EXHIBIT
137
KK 8/17/09

**LEHMAN BROTHERS INC.**
**CONSOLIDATED 15c3-3 RESERVE FORMULA**
**AS OF SEPTEMBER 17, 2008**
*(in 000's)*

|  | 09/17/2008 TOTAL |
|---|---|
| TOTAL CUSTOMER CREDITS ITEMS | 24,754,847 |
| TOTAL CUSTOMER DEBITS ITEMS | 23,929,337 |
| NET CUSTOMER CREDITS | 825,510 |
| % OF AGGREGATE DEBIT ITEMS   (717,880) | 717,880 |
| CUSHION | 225,610 |
| CUSTOMER LOCK-UP | 1,769,000 |

# A. 111

Cc:    O'Meara, Chris M (NY) [comeara@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com];
Stucchio, Anthony [astucchi@lehman.com]; Burke, William T [wburke@lehman.com]
To:    Kelly, Martin [martin.kelly@lehman.com]; Gary.Romain@barclayscapital.com
[Gary.Romain@barclayscapital.com]; James.Walker@barclayscapital.com
[James.Walker@barclayscapital.com]; tj.gavenda@barclayscapital.com
[tj.gavenda@barclayscapital.com]; matthew.hughey@barclayscapital.com
[matthew.hughey@barclayscapital.com]; robert.martini@barclayscapital.com
[robert.martini@barclayscapital.com]
From:    Azerad, Robert [RAzerad@lehman.com]
Sent:    Sun 9/21/2008 10:22:57 PM
Subject:    RE: 15c3

**15c3 0919 Preliminary V3.xls**

Here is the spreadsheet. Numbers are still preliminary.

Robert

————

From: Kelly, Martin
Sent: Sunday, September 21, 2008 6:17 PM
To: 'Gary.Romain@barclayscapital.com';
'James.Walker@barclayscapital.com'; 'tj.gavenda@barclayscapital.com';
'matthew.hughey@barclayscapital.com';
'robert.martini@barclayscapital.com'
Cc: O'Meara, Chris M (NY); Tonucci, Paolo; Azerad, Robert; Stucchio,
Anthony; Burke, William T
Subject: RE: 15c3

Could we do a call in 5 minutes on the 15c3? Call in to the following #:
Robert will circulate a page or 2 which we can talk to.

Thx - M

Int'l 205 354 0155

Dom 866 831 2217

*3743693*

————

From: Kelly, Martin
Sent: Sunday, September 21, 2008 5:33 PM
To: 'Gary.Romain@barclayscapital.com';
'James.Walker@barclayscapital.com'; 'tj.gavenda@barclayscapital.com';
'matthew.hughey@barclayscapital.com';
'robert.martini@barclayscapital.com'
Cc: O'Meara, Chris M (NY); Tonucci, Paolo; Azerad, Robert; Stucchio,
Anthony; Burke, William T
Subject: 15c3



EXHIBIT

188

KK 8/17/09

FINAL

Lehman Brothers Inc.
*Customer/PAIB Reserve Analysis*

| Customer: | Preliminary 09/19/2008 | Pending Adjustments | Preliminary Adjusted 09/19/2008 | 09/17/08 | Variance | Comments |
|---|---|---|---|---|---|---|
| **MTS** | | | | | | |
| Free Credits | 77,216 | | 77,216 | 77,216 | - | |
| SCS Cash | 38,194 | | 38,194 | 46,462 | (8,268) | |
| Option Margin | 7,130 | | 7,130 | 15,824 | (8,694) | |
| P & I | 22,858 | | 22,858 | 22,858 | - | |
| Aged Fails and Partly Secured Debits | 4,595 | | 4,595 | 7,518 | (2,923) | |
| Customer Receivable Versus Box | * | | | | - | |
| Stock Record/P&C Items | 160,127 | | 160,127 | 86,809 | 73,318 | |
| Overdrafts | | | | | - | |
| Unapplied Cash / Suspense | 61,014 | | 61,014 | 31,677 | 29,337 | |
| 3% ADI | | | - | 216,477 | (216,477) | |
| Sub-total | 371,134 | - | 371,134 | 504,841 | (133,708) | |
| | | | | | | |
| **ADP** | | | | | | |
| Free Credits / Margin | (368,468) | | (368,468) | 481,456 | (849,925) | |
| Net Customer Financing | * (73,348) | | (73,348) | (831,906) | 758,558 | |
| OMNI Conversion Payable | | | | | - | |
| O/Drafts | 222,207 | | 222,207 | 62,604 | 159,603 | |
| Dividends | 5,322 | | 5,322 | 5,322 | - | |
| S/B L.O.C. vs. Customer Short | | | | | - | |
| S/B NQ vs. Customer Short | 337,017 | | 337,017 | 5,287 | 331,730 | |
| Non-Broker Dealer Affil. | 0 | | 0 | 290,539 | (290,539) | |
| OCC Proprietary Qualified Collateral | (477,614) | | (477,614) | (349,858) | (127,756) | |
| Firm Bank Loan - Firm Not Long | | | | | - | |
| Suspense | 39,897 | | 39,897 | 39,897 | - | |
| Unapplied Cash | 11,553 | | 11,553 | 10,121 | 1,432 | |
| Abandoned Property / Soft Dollars ($42 mil) | 85,319 | | 85,319 | 85,212 | 107 | |
| Other | 3,992,241 | (3,900,000) | 92,241 | 82,685 | 9,557 | |
| 3% ADI | 235,430 | | 235,430 | 322,692 | (87,262) | |
| Sub-total | 4,009,557 | (3,900,000) | 109,557 | 204,052 | (94,495) | |
| | | | | | | |
| **ITS** | | | | | | |
| Free Credits (primarily SCS cash) | | | - | 160,575 | (160,575) | |
| Unsecured Shorts | | | - | 77,639 | (77,639) | |
| Securities Related IC Payable (Mostly ITS) | - | | - | 189,086 | (189,086) | Balances with affiliates that are in liquidation |
| | | | | | | |
| Other | - | | - | | - | |
| 3% ADI | 100,000 | | 100,000 | 178,711 | (78,711) | 228 mil of ADI assumes orderly liquidation of open customer balances |
| | | | | | | |
| Sub-total | 100,000 | | 100,000 | 606,011 | (506,011) | |
| | | | | | | |
| **Commodities** | | | | | | |
| O/Drafts | - | | - | 176,487 | (176,487) | Proposed SEC interpretation relief for FX related balances disregarding 244 mil of SEK and 277 mil of CAD foreign exchange overdrafts |
| | | | | | | |
| Non-Reg Commodity Credits | - | | - | 52,000 | (52,000) | |
| Sub-total | - | | - | 228,487 | (228,487) | |
| | | | | | - | |
| Requirement | 4,480,690 | (3,900,000) | 580,690 | 1,543,392 | (962,702) | |
| Cushion (plus 2% deduction) | | | | 225,608 | (225,608) | |
| Amount Segregated | 4,480,690 | (3,900,000) | 580,690 | 1,769,000 | (1,188,310) | |
| | | | | | | |
| **PAIB:** | | | | | | |
| Net PAIB Debits/Credits | 426,991 | | 426,991 | 325,286 | 101,705 | Adjustment relates to PAIB long and PAIB short |
| | | | | | | |
| Bank Loan | 6 | | 6 | 3,560 | (3,554) | |
| Stock Loan | 124,856 | | 124,856 | 312,247 | (187,391) | |
| F/R Vs PAIB Long | 33,102 | | 33,102 | 31,031 | 2,071 | |
| Firm Short vs. PAIB Long | 68,691 | | 68,691 | 394,506 | (325,815) | |
| Stock Borrow | * (450,967) | | (450,967) | (560,229) | 109,262 | |
| Fail to Deliver | (106,395) | | (106,395) | (40,281) | (66,114) | |
| | | | | | - | |
| Requirement | 96,284 | - | 96,284 | 466,120 | (369,836) | |
| Cushion (plus 2% deduction) | | | | 25,880 | (25,880) | |
| Amount Segregated | 96,284 | | 96,284 | 492,000 | (395,716) | |
| | | | | | - | |
| Total Segregated | 4,576,975 | (3,900,000) | 676,975 | 2,261,000 | (1,584,025) | |

# A. 112

**To:**        Kelly, Martin[martin.kelly@lehman.com]
**From:**      Lee, Mark
**Sent:**      Mon 9/22/2008 12:37:06 AM
**Subject:**   RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:** urn:content-classes:message

2008 (4.24 KB)

Just spoken to Robert. The numbers are taking too long to move
significantly and there is now mis-assumptions re the ADI required to
remain (see attached) so Robert is going to take the last Joel file and
make some assumptions - the guys are working to bring to 2.3bn down so
we have to take some hit for this now.
There is so little transparency into the way the data is structured it's
hugely frustrating on all sides.

We have a final call in 20 mins but I think we are about out of time

Mark
-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 7:33 PM
To: Lee, Mark
Subject: Re: Final 15c3-3 Reserve Formula as of 09/17/2008

We need to get for ourselves and give to barclays comfort that the adp
balances will be meaningfully reduced - we put in $3.9b as a
placeholder. What's the plan and when do you think we can achieve some
meaningful progress? Thx - M


----------------------------------

----- Original Message -----
From: Lee, Mark
To: Kelly, Martin
Sent: Sun Sep 21 19:30:03 2008
Subject: RE: Final 15c3-3 Reserve Formula as of 09/17/2008

Martin - it has taken much longer to get the ADP numbers reallocated and
we have a call starting in a minute to review with Ops and Fin. What are
your expectations this point this evening, Joel is currently trying to
allocate as per COM request?

Mark.

_____

From:   Kelly, Martin
Sent:   Sunday, September 21, 2008 5:21 PM
To:     Azerad, Robert; Potenciano, Joel; 'wburke@si.rr.com'; Stucchio,
Anthony; Lee, Mark; O'Meara, Chris M (NY); Stucchio, Anthony



**To:**     Potenciano, Joel[joel.potenciano@lehman.com]; Azerad, Robert[RAzerad@lehman.com];
wburke@si.rr.com[wburke@si.rr.com]; Stuccio, Anthony[astucchi@lehman.com]; Stuccio,
Anthony[astucchi@lehman.com]; Crepeau, Alex F[acrepeau@lehman.com]
**From:**     Lee, Mark
**Sent:**     Mon 9/22/2008 12:30:50 AM
**Subject:**     RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:**     urn:content-classes:message

Joel

Need to reproduce an equivalent for 19th. Don't assume that the 3%ADI
will be adjusted to zero as per your last schedule, i.e. MTS will have
3% ADI raising from $216 to $395 based on the current breaks although
the assumption that this will be a balance that will be available for
Barclays post the clearing of all the fails. The free cash that I see
available to tfr is for the commodities of $225m only but I had expected
the ITS ADI to come down.

We need to estimate where we think we will get the $2.3bn down to this
evening for Martin / Chris / Paolo

Mark

> _____
> From:     Potenciano, Joel
> Sent: Sunday, September 21, 2008 6:08 PM
> To:    O'Meara, Chris M (NY); Lee, Mark; Kelly, Martin; Azerad, Robert;
> 'wburke@si.rr.com'; Stuccio, Anthony; Stuccio, Anthony; Tonucci,
> Paolo; Crepeau, Alex F
> Subject:     RE: Final 15c3-3 Reserve Formula as of 09/17/2008
>
>
> << File: Customer PAIB Reserve-091708.xls >>
>
> Hi Chris,
>
> Attached is the condensed summary that you requested.  Please advise
> if this works or you have comments.  We are still working on the 09/19
> numbers as we have just received the reallocated amounts for ADP.
> Please let me know if you have questions.
>
>
> Thanks!
>
> With kind regards,
> Joel K. Potenciano
> LEHMAN BROTHERS
> Telephone  +1 (212) 320-6786
> Fax  +1 (646) 885-9383
> Email  joel.potenciano@lehman.com
>
>
> _____
> From:     O'Meara, Chris M (NY)
> Sent: Sunday, September 21, 2008 5:25 PM

>
> Bill requested me to forward the following schedule to this
> distribution.  Thanks!
>
> With kind regards,
> Joel K. Potenciano
> LEHMAN BROTHERS
> Telephone  +1 (212) 320-6786
> Fax  +1 (646) 885-9383
> Email  joel.potenciano@lehman.com
>

# A. 113

Cc:     Azerad, Robert [RAzerad@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; Lowitt,
Ian T [ilowitt@lehman.com]; O'Meara, Chris M (NY) [comeara@lehman.com]
To:     Stucchio, Anthony [astucchi@lehman.com]; Burke, William T [wburke@lehman.com]; Lee, Mark
[mark.lee@lehman.com]
From:     Kelly, Martin [martin.kelly@lehman.com]
Sent:     Mon 9/22/2008 1:07:32 AM

Guys – s e c told us we need to do a 15c3 calc for each of the accounts that transfer and those which will
not before they are comfortable releasing cushion/surplus to barclays. We agreed with Weil a mechanic to
have value transferred to barclays as it frees. When we have the separate calculations done the s e c
will permit us to transfer the $1b. Once the ADP break is resolved, the team needs to focus on separate
calculations in the next day or so. Let's discuss this in the am. Thx - M

---------------------------------

EXHIBIT

173 A

8.14.09  AU

# A. 114

# Filed Under Seal Pursuant To Protective Order

# A. 115

| From: | Azerad, Robert [RAzerad@lehman.com]. | Sent:9/22/2008 7:17 AM. |
|---|---|---|
| To: | Hraska, James W [JHraska@lehman.com]; Forrest, Monty [mforrest@lehman.com]. | |
| Cc: | Tonucci, Paolo [paolo.tonucci@lehman.com]; Blackwell, Alastair [ablackwe@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]. | |
| Bcc: | | |
| Subject: | RE: UrgentWhat happened with queuing up the delivery to Bar Cap. | |

Here is the file


-----Original Message-----
From: Hraska, James W
Sent: Monday, September 22, 2008 6:50 AM
To: Forrest, Monty; Azerad, Robert
Cc: Tonucci, Paolo; Blackwell, Alastair; Ullman, Neal (NY)
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar Cap

We are preparing the list robert had provided on the weekend . I will
cross ref vs this morning's list to make sure we are in sycn


-----Original Message-----
From: Forrest, Monty
Sent: Monday, September 22, 2008 6:46 AM
To: Azerad, Robert
Cc: Tonucci, Paolo; Blackwell, Alastair; Ullman, Neal (NY); Hraska,
James W
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar Cap


Please send it over as soon as possible
-----Original Message-----
From: Azerad, Robert
Sent: Monday, September 22, 2008 6:45 AM
To: Forrest, Monty
Cc: Tonucci, Paolo
Subject: Re: UrgentWhat happened with queuing up the delivery to Bar Cap

On my way to the office. Will send file ASAP

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Forrest, Monty
To: Tonucci, Paolo; Azerad, Robert
Cc: Hraska, James W; Blackwell, Alastair
Sent: Mon Sep 22 06:26:19 2008
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar
Cap

Guys - As I understand it the unencumbered collateral that we identified
on Saturday night is to be moved over to Barclays. We need some
information in order to make this move.

1. What was the final agreed upon list (our original or the version

EXHIBIT

146A
8.14.09

after Robert took out and remarked Lehman Paper?)
If it is Roberts version than we need a copy of that.

2. To where are we delivering the collateral? The Bony Triparty or
somewhere else.

3. I assume this is a free delivery please tell me if this is not
correct.

4. I understand you want this out ASAP please confirm.


We will sync up with Neal's team and the desk to get this going.

-----Original Message-----
From: Hraska, James W
Sent: Monday, September 22, 2008 6:04 AM
To: Blackwell, Alastair; Forrest, Monty
Subject: RE: What happened with queuing up the delivery to Bar Cap

Asap in the morning or wait until the close and do it more orderly?
Wanted to find out our situation in dtc. Is the "agreed list" the list
I sent over? I did not hear anyone agree on anything this weekend. Am
happy to do it I just want to make sure we are doing the right thing.


-----Original Message-----
From: Blackwell, Alastair
Sent: Monday, September 22, 2008 6:01 AM
To: Hraska, James W; Forrest, Monty
Subject: Re: What happened with queuing up the delivery to Bar Cap

Paolo, Said getting going again.
Thanks,
Alastair



--------------------------------

----- Original Message -----
From: Hraska, James W
To: Blackwell, Alastair; Forrest, Monty
Sent: Mon Sep 22 05:52:57 2008
Subject: RE: What happened with queuing up the delivery to Bar Cap

Put it on hold due to the chase situation as per John Rodefeld.


From: Blackwell, Alastair
Sent: Sunday, September 21, 2008 10:33 PM
To: Forrest, Monty; Hraska, James W
Subject: What happened with queuing up the delivery to Bar Cap


Alastair Blackwell Tel: +1 212 526

7666
Fax: +1
646 758 2940
Mob: +1 917 622
9455
Lehman Brothers
Email:ablackwe@lehman.com

# A. 116

| From: | Azerad, Robert [RAzerad@lehman.com]. | Sent:9/22/2008 7:19 AM. |
|---|---|---|
| To: | Jasen.Yang@barclayscapital.com [Jasen.Yang@barclayscapital.com]; james.haraska@lehman.com [james.haraska@lehman.com]. | |
| Cc: | Tonucci, Paolo [paolo.tonucci@lehman.com]; Daniel.Long@barclayscapital.com [Daniel.Long@barclayscapital.com]; stephen.king@baraclayscapital.com [stephen.king@baraclayscapital.com]. | |
| Bcc: | . | |
| Subject: | RE: Financing Facility Schedule. | |

Here is the file with the $1.9 billion of additional collateral that
Paolo Tonucci asked me to email you.

Robert

-----Original Message-----
From: Jasen.Yang@barclayscapital.com
[mailto:Jasen.Yang@barclayscapital.com]
Sent: Monday, September 22, 2008 7:06 AM
To: Azerad, Robert; james.haraska@lehman.com
Cc: Tonucci, Paolo; Daniel.Long@barclayscapital.com
Subject: RE: Financing Facility Schedule

Two suggestions for a fast reconciliation-- 1. do you have original
balances in addition to current balances? if we have the same original
balances, then we're likely to have the same collateral 2. do you have
CUSIPs for the CMOs/passthrus on the FedWire tab?

-----Original Message-----
From: Azerad, Robert [mailto:RAzerad@lehman.com]
Sent: Monday, September 22, 2008 6:50 AM
To: Yang, Jasen: Markets (NYK); james.haraska@lehman.com
Cc: Tonucci, Paolo
Subject: Re: Financing Facility Schedule

Done

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Jasen.Yang@barclayscapital.com <Jasen.Yang@barclayscapital.com>
To: Azerad, Robert; james.haraska@lehman.com <james.haraska@lehman.com>
Cc: Tonucci, Paolo
Sent: Mon Sep 22 06:45:36 2008
Subject: RE: Financing Facility Schedule

Robert, Paolo, doesn't look like I have the right email for James-- can
you please forward to him?

> _____
> From: Yang, Jasen: Markets (NYK)
> Sent: Monday, September 22, 2008 6:45 AM
> To: 'robert.azerad@lehman.com'; 'james.haraska@lehman.com'
> Cc: 'paolo.tonucci@lehman.com'; Hughes, Jonathan: Legal (NYK);
> Petrie, David: Markets (NYK); Long, Daniel: Markets (NYK)
> Subject: Financing Facility Schedule
>

EXHIBIT

147A

8.14.09 AV

> Robert, James,
>
> I've attached the schedule produced by Barclays ops of the
> collateral currently held at BONY under the repo financing provided to
>
> Lehman (with a total BONY market value of approximately $45mm). It
> appears to differ substantially from the file received from Lehman on
> Friday evening-- we're looking at the differences now.
>
> << File: Barclays Financing Collateral List (Barc Ops) 09-20-2008.xls
> >>
>
> Jasen Yang
> Barclays Capital
> Principal Mortgage Trading Group
> 200 Park Avenue
> New York, New York 10166
> jasen.yang@barclayscapital.com
> Tel: (212) 412 7613
> Fax: (212) 412 5861
>

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

# A. 117

**Cc:**      Tonucci, Paolo [paolo.tonucci@lehman.com]
**To:**      Forrest, Monty [mforrest@lehman.com]; Hraska, James W [JHraska@lehman.com]
**From:**      Blackwell, Alastair [ablackwe@lehman.com]
**Sent:**      Mon 9/22/2008 10:35:54 AM
**Subject:**      Fw: DTC box

Understood


----------------------------------

----- Original Message -----
From: Tonucci, Paolo
To: Hraska, James W
Cc: Fleming, Dan (TSY); Blackwell, Alastair
Sent: Mon Sep 22 03:59:49 2008
Subject: DTC box

You should plan on moving all the unencumbered collateral in the DTC box first thing.

Should correspond as closely as possible to list agreed with Barclays over the weekend.


----------------------------------



EXHIBIT

152B

KK 8/14/09

# A. 118

# Filed Under Seal Pursuant To Protective Order

# A. 119

**To:**      Lyons, Timothy G [TLyons@lehman.com]
**From:**    Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:**    Mon 9/22/2008 7:50:18 PM
**Subject:**    RE: Who has the final list of purchased assets?

**BarCap collateral-09.18.08.jh.xls**
**Tri09192008 (3).xls**
**barcap pldg 09 22 08 dtc-only.xls**

These are the three main files
  <<BarCap collateral-09.18.08.jh.xls>>  <<Tri09192008 (3).xls>>
<<barcap pldg 09 22 08 dtc-only.xls>>

There are a few other pieces:

- Eagle energy
- 15c3 lock up cash of $769 mm

Paolo

> _____
> From:     Lyons, Timothy G
> Sent: 22 September 2008 15:24
> To:   Tonucci, Paolo
> Subject:     Who has the final list of purchased assets?
>
>

EXHIBIT

162 A

8.14.09 A

# A. 120

# Filed Under Seal Pursuant To Protective Order