# A. 121

# Filed Under Seal Pursuant To Protective Order

# A. 122

# Filed Under Seal Pursuant To Protective Order

# A. 123

# Filed Under Seal Pursuant To Protective Order

# A. 124

# Filed Under Seal Pursuant To Protective Order

# A. 125

# Filed Under Seal Pursuant To Protective Order

# A. 126

# Filed Under Seal Pursuant To Protective Order

# A. 127

# Filed Under Seal Pursuant To Protective Order

# A. 128

# Filed Under Seal Pursuant To Protective Order

# A. 129

# Filed Under Seal Pursuant To Protective Order