# A. 131

# Filed Under Seal Pursuant To Protective Order

# A. 132

# Filed Under Seal Pursuant To Protective Order

# A. 133

# Filed Under Seal Pursuant To Protective Order

# A. 134

# Filed Under Seal Pursuant To Protective Order

# A. 135

# Filed Under Seal Pursuant To Protective Order

# A. 136

# Filed Under Seal Pursuant To Protective Order

# A. 137

# Filed Under Seal Pursuant To Protective Order

# A. 138

# Filed Under Seal Pursuant To Protective Order

# A. 139

# Filed Under Seal Pursuant To Protective Order

# A. 140

# Filed Under Seal Pursuant To Protective Order

# A. 141

# Filed Under Seal Pursuant To Protective Order

# A. 142

# Filed Under Seal Pursuant To Protective Order

# A. 143

# Filed Under Seal Pursuant To Protective Order

# A. 144

# Filed Under Seal Pursuant To Protective Order

# A. 145

# Filed Under Seal Pursuant To Protective Order

# A. 146

# Filed Under Seal Pursuant To Protective Order

# A. 147

# Filed Under Seal Pursuant To Protective Order