JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 |
| Debtors. | (Jointly Administered) |

**APPENDIX TO**
**DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO**
**FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, MODIFYING**
**THE SEPTEMBER 20, 2008  SALE ORDER AND GRANTING OTHER RELIEF**

# APPENDIX VOLUME V

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## In re LEHMAN BROTHERS HOLDINGS INC., et al.,
## Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME V

| App. Tab No. | Description |
|---|---|
| 148 | 9/17/08 Sale Motion (Docket No. 60) |
| 149 | 9/17/08 Hearing Transcript (Docket No. 352 [excerpt of pages 1, 2, 22 – 24, and 36]) |
| 150 | 9/19/08 Hearing Transcript (Docket No. 318 [excerpt of pages 1, 2, 47 – 57, and 92 – 104]) |
| 151 | 12/05/08 Motion Under 11 U.S.C. §§ 105 and 363 and FED R. BANKR. P. 9019(a) for Entry of an Order Approving Settlement Agreement (Dep. Ex. 205; Docket No. 387 in Case no. 08-1420) |
| 152 | 12/22/08 Hearing Transcript (Docket No. 2420 [excerpt of pages 1, 32 – 34, 50 – 52]) |