Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
In re:                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
:
Debtors.               :    (Jointly Administered)
:
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              )  SS.:
COUNTY OF NEW YORK   )

   RENA K. CERON, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 11th of September, 2009, I caused a copy of the following document:

   JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
   DEBTORS OBJECTION TO MOTION OF LANDWIRTSCHAFTLICHE
   RENTENBANK FOR ORDER PROVIDING FOR EXAMINATION AND
   PRODUCTION OF DOCUMENTS BY DEBTORS AND DEBTORS-IN-
   POSSESSION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF
   BANKRUPTCY PROCEDURE,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

        /s/ Rena K. Ceron
        RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 14th day of September, 2009

  /s/ Paul Butters
Paul Butters
Notary Public, State of New York
No. 01BU6150874
Qualified in New York County
Commission Expires Aug. 7, 2010

2

**Exhibit A**

isgreene@hhlaw.com; dckaufman@hhlaw.com; Richard.Krasnow@weil.com; Lori.Fife@weil.com; Shai.Waisman@weil.com; Jacqueline.Marcus@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anne.kennelly@hp.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com; bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; canelas@pursuitpartners.com; carlin@thshlaw.com; carol.weinerlevy@bingham.com; cbelmonte@ssbb.com; cbrotstein@bm.net; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com; contact@lawofficesjje.com; cp@stevenslee.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; dove.michelle@dorsey.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;

drosner@kasowitz.com; dshemano@pwkllp.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efreeman@lockelord.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; fdellamore@jaspanllp.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; heim.steve@dorsey.com; heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; jatkins@duffyandatkins.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jgutmanmann@sonnenschein.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp; kaf@msf-law.com; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;

kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; lalshibib@reedsmith.com;
Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
lbtancredi@venable.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com;
macronin@debevoise.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com;
matthew.klepper@dlapiper.com; matthew.morris@lovells.com; Mbass@HodgsonRuss.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com;
mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com;
metkin@lowenstein.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov.;
mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mmendez@hunton.com; mmickey@mayerbrown.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; MSchleich@fraserstryker.com;
mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; Nasreen.Bulos@dubaiic.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
omeca.nedd@lovells.com; patrick.potter@pillsburylaw.com; paul.deutch@troutmansanders.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com;
pdublin@akingump.com; peter.gilhuly@lw.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com;
ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbyman@jenner.com;
rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com;
rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com;
Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com;

3

Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; schannej@pepperlaw.com; schapman@willkie.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shgross5@yahoo.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@duffyandatkins.com; TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; weguchi@orrick.com; weissjw@gtlaw.com; wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

4

## **Exhibit B**

INTERNAL REVENUE SERVICE[*]
Fax No.: (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2256

---

[*] Facsimile attempted on Sept. 11, 2009. Facsimile went through on Sept. 14, 2009.

**Exhibit C**

Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022
Attn: Ira S. Greene, Esq.
     Dena C. Kaufman, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq.
     Lori R. Fife, Esq.
     Jacqueline Marcus, Esq.

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.