**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                              :
                          **Debtors.**        :        **(Jointly Administered)**
                                              :
-------------------------------------------------------------------------x        **Ref. Docket No. 5132**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SIDNEY GARABATO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 14, 2009, I caused to be served the:

    a)  "NOTICE OF FINAL POST-HEARING PROPOSED ORDER APPROVING DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-143 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES CONTRACTS," dated September 14, 2009 [Docket No. 5132],

    by causing true and correct copies to be:

    a)  delivered by email to those parties listed on the attached Exhibit "A",

    b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sidney Garabato

Sidney Garabato

Sworn to before me this
15th day of September, 2009

/s/ Elli Petris

Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

**Email Addresses**

| | |
|---|---|
| aalfonso@kayescholer.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| acker@chapman.com | bdk@schlamstone.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adg@adorno.com | bhinerfeld@sbtklaw.com |
| Adiamond@DiamondMcCarthy.com | bill.freeman@pillsburylaw.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | BMiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | bpershkow@profunds.com |
| aglenn@kasowitz.com | Brian.Corey@greentreecreditsolutions.com |
| agold@herrick.com | brian.pfeiffer@friedfrank.com |
| agolianopoulos@mayerbrown.com | bromano@willkie.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | bspector@jsslaw.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| akihiko_yagyuu@chuomitsui.jp | btupi@tuckerlaw.com |
| alex.torres@infospace.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| AMcMullen@BoultCummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| Andrew.Brozman@cliffordchance.com | carlin@thshlaw.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anne.kennelly@hp.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aoberry@bermanesq.com | charles_malloy@aporter.com |
| apo@stevenslee.com | chipford@parkerpoe.com |
| aquale@sidley.com | chris.donoho@lovells.com |
| araboy@cov.com | cmontgomery@salans.com |
| arahl@reedsmith.com | CMTB_LC11@chuomitsui.jp |
| arheaume@riemerlaw.com | cohenr@sewkis.com |
| arlbank@pbfcm.com | contact@lawofficesjje.com |
| arosenblatt@chadbourne.com | cp@stevenslee.com |
| arthur.rosenberg@hklaw.com | crmomjian@attorneygeneral.gov |
| arwolf@wlrk.com | crogers@orrick.com |
| aseuffert@lawpost-nyc.com | cs@stevenslee.com |
| ashmead@sewkis.com | cschreiber@winston.com |
| asnow@ssbb.com | cshore@whitecase.com |
| atrehan@mayerbrown.com | cshulman@sheppardmullin.com |
| aunger@sidley.com | ctatelbaum@adorno.com |
| austin.bankruptcy@publicans.com | cward@polsinelli.com |
| avenes@whitecase.com | cweber@ebg-law.com |
| avi.gesser@dpw.com | cweiss@ingramllp.com |
| awasserman@lockelord.com | dallas.bankruptcy@publicans.com |
| azylberberg@whitecase.com | daniel.guyder@allenovery.com |
| bankr@zuckerman.com | danna.drori@usdoj.gov |
| bankruptcy@goodwin.com | david.bennett@tklaw.com |
| bankruptcy@morrisoncohen.com | david.crichlow@pillsburylaw.com |

**Email Addresses**

| | |
|---|---|
| david.heller@lw.com | ecohen@russell.com |
| davids@blbglaw.com | efile@willaw.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efreeman@lockelord.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dckaufman@hhlaw.com | ehorn@lowenstein.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | eli.mattioli@klgates.com |
| ddavis@paulweiss.com | elizabeth.harris@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deborah.saltzman@dlapiper.com | eric.johnson@hro.com |
| deggermann@kramerlevin.com | eschaffer@reedsmith.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | esmith@dl.com |
| deryck.palmer@cwt.com | ezavalkoff-babej@vedderprice.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dfriedman@kasowitz.com | fbp@ppgms.com |
| dgrimes@reedsmith.com | fdellamore@jaspanllp.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| dirk.roberts@ots.treas.gov | fhyman@mayerbrown.com |
| dkleiner@velaw.com | fishere@butzel.com |
| dkozusko@willkie.com | francois.janson@hklaw.com |
| dladdin@agg.com | frank.white@agg.com |
| dlemay@chadbourne.com | fred.berg@rvblaw.com |
| dlipke@vedderprice.com | fsosnick@shearman.com |
| dludman@brownconnery.com | fyates@sonnenschein.com |
| dmcguire@winston.com | gabriel.delvirginia@verizon.net |
| dmurray@jenner.com | gbray@milbank.com |
| dneier@winston.com | GGraber@HodgsonRuss.com |
| dodonnell@milbank.com | giaimo.christopher@arentfox.com |
| douglas.bacon@lw.com | giddens@hugheshubbard.com |
| douglas.mcgill@dbr.com | gkaden@goulstonstorrs.com |
| dove.michelle@dorsey.com | glenn.siegel@dechert.com |
| DPiazza@HodgsonRuss.com | gmoss@riemerlaw.com |
| dravin@wolffsamson.com | gravert@mwe.com |
| drose@pryorcashman.com | gschiller@zeislaw.com |
| drosenzweig@fulbright.com | gspilsbury@jsslaw.com |
| drosner@goulstonstorrs.com | guzzi@whitecase.com |
| drosner@kasowitz.com | harrisjm@michigan.gov |
| dshemano@pwkllp.com | harveystrickon@paulhastings.com |
| dtatge@ebglaw.com | heim.steve@dorsey.com |
| dwdykhouse@pbwt.com | heiser@chapman.com |
| dwildes@stroock.com | hirsch.robert@arentfox.com |
| easmith@venable.com | hollace.cohen@troutmansanders.com |
| echang@steinlubin.com | holsen@stroock.com |

**Email Addresses**

howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmannann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhs7@att.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com

jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com

**Email Addresses**

ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lbtancredi@venable.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com

martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov.
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us

**Email Addresses**

| | |
|---|---|
| ned.schodek@shearman.com | rnies@wolffsamson.com |
| newyork@sec.gov | rnorton@hunton.com |
| nfurman@scottwoodcapital.com | robert.bailey@bnymellon.com |
| Nherman@morganlewis.com | robert.dombroff@bingham.com |
| nissay_10259-0154@mhmjapan.com | robert.henoch@kobrekim.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| notice@bkcylaw.com | Robert.yalen@usdoj.gov |
| oipress@travelers.com | robertdakis@quinnemanuel.com |
| omeca.nedd@lovells.com | Robin.Keller@Lovells.com |
| paronzon@milbank.com | ronald.silverman@bingham.com |
| patrick.potter@pillsburylaw.com | rreid@sheppardmullin.com |
| paul.deutch@troutmansanders.com | RTrust@cravath.com |
| paul.turner@sutherland.com | rwasserman@cftc.gov |
| pbattista@gjb-law.com | rwyron@orrick.com |
| pbosswick@ssbb.com | s.minehan@aozorabank.co.jp |
| pdublin@akingump.com | sabin.willett@bingham.com |
| peter.gilhuly@lw.com | sabramowitz@velaw.com |
| peter.simmons@friedfrank.com | sagolden@hhlaw.com |
| peter@bankrupt.com | Sally.Henry@skadden.com |
| pfeldman@oshr.com | sandyscafaria@eaton.com |
| phayden@mcguirewoods.com | Sara.Tapinekis@cliffordchance.com |
| pmaxcy@sonnenschein.com | sbernstein@hunton.com |
| pnichols@whitecase.com | schannej@pepperlaw.com |
| ppascuzzi@ffwplaw.com | schapman@willkie.com |
| ppatterson@stradley.com | Schepis@pursuitpartners.com |
| psp@njlawfirm.com | schnabel.eric@dorsey.com |
| ptrostle@jenner.com | schristianson@buchalter.com |
| pwirt@ftportfolios.com | scottshelley@quinnemanuel.com |
| pwright@dl.com | scousins@armstrongteasdale.com |
| r.stahl@stahlzelloe.com | sdnyecf@dor.mo.gov |
| raj.madan@bingham.com | sean@blbglaw.com |
| ramona.neal@hp.com | sehlers@armstrongteasdale.com |
| ranjit.mather@bnymellon.com | sfelderstein@ffwplaw.com |
| rbeacher@daypitney.com | sfineman@lchb.com |
| rbyman@jenner.com | sfox@mcguirewoods.com |
| rchoi@kayescholer.com | sgordon@cahill.com |
| rdaversa@orrick.com | sgubner@ebg-law.com |
| relgidely@gjb-law.com | sharbeck@sipc.org |
| rfleischer@pryorcashman.com | shari.leventhal@ny.frb.org |
| rfrankel@orrick.com | sheehan@txschoollaw.com |
| rgmason@wlrk.com | shgross5@yahoo.com |
| rgraham@whitecase.com | shumaker@pursuitpartners.com |
| rhett.campbell@tklaw.com | shumaker@pursuitpartners.com |
| richard.lear@hklaw.com | sidorsky@butzel.com |
| richard.levy@lw.com | slerner@ssd.com |
| ritkin@steptoe.com | SLoden@DiamondMcCarthy.com |
| RJones@BoultCummings.com | smayerson@ssd.com |
| RLevin@cravath.com | smillman@stroock.com |
| rmatzat@hahnhessen.com | smulligan@bsblawyers.com |
| rmunsch@munsch.com | snewman@katskykorins.com |
| rnetzer@willkie.com | sory@fdlaw.com |

**Email Addresses**

spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Parties:**

agamza@mosessinger.com
alessandra.tebaldi-castelli@dechert.com
anthony.clark@skadden.com
apincus@reedsmith.com
brucewilson@kutakrock.com
ccaruso@mosessinger.com
cwatson@balch.com
daniel.laguardia@shearman.com
dbartner@shearman.com
gbender@omm.com
jason.nagi@haynesboone.com
jeremy.williams@kutakrock.com
jim.grant@alston.com
jlcostell@costell-law.com
john.kibler@newyork.allenovery.com
jschwartz@riker.com
jwhitlock@eapdlaw.com
kit.weitnauer@alston.com
klarner@riker.com
lberkoff@morrithock.com
lhenin@eapdlaw.com
marty.bunin@alston.com
MDoty@faegre.com
mfagone@bernsteinshur.com
mheavner@mhc-law.com
MKrauss@faegre.com
mtaylor@babc.com
ned.schodek@shearman.com
pdarby@babc.com
pgoodman@andrewskurth.com
plabov@eapdlaw.com
ppartee@hunton.com
rblossom@babc.com
rhiersteiner@eapdlaw.com
rick.antonoff@pillsburylaw.com
robert.weber@skadden.com
sjakubowski@colemanlawfirm.com
SMertz@faegre.com
solomon.noh@shearman.com
srosentstein@omm.com
tdriscoll@morrithock.com

**Email Addresses**
tklestadt@klestadt.com
tmoloney@cgsh.com
top@chapman.com
will.sugden@alston.com
wroll@shearman.com

**Exhibit "B"**

| Name | Fax |
|---|---|
| Allen and Overy; Attn:John Kibler | 212-610-6399 |
| Alston & Bird; Attn: James Grant,Wiliam Sugden | 404-881-7777 |
| Alston & Bird; Attn: Martin G. Bunin | 212-210-9444 |
| ALSTON: Attn: John C. Weitnauer | 914-251-8244 |
| ANDREWS KURTH; Attn: Peter Goodman | 212-850-2929 |
| BALCH & BINGHAM; Attn: W. Clark Watson | 205-488-5837 |
| BERNSTEIN; Attn: Michael A. Fagone | 207-774-1127 |
| BRADLEY; Attn: Molly Taylor | 205-521-8800 |
| BRADLEY; Attn: Patrick Darby, Rashad Blossom | 205-521-8800 |
| Chapman and Cutler; Attn: Franklin H.Top III | 312-701-2361 |
| CLEARY; Attn: Thomas J. Moloney | 212-225-3999 |
| COLEMAN; Attn: Steve Jakubowski | 312-444-1028 |
| COSTELL; Attn: Jeffrey Lee Costell | 310-458-7959 |
| COUGHLIN; Attn: JASON C. DAVIS | 415-288-4534 |
| COUGHLIN; Attn: RAY MANDLEKAR, DARRYL ALVARADO | 619-231-7423 |
| COUGHLIN; Attn: SAMUEL RUDMAN, DAVID ROSENFELD | 631-367-1173 |
| Dechert; Attn: Alessandra Tebaldi-Castelli | 212-698-3599 |
| Edwards; Attn: Larry Henin, Paul Labov | 212-308-4844 |
| Edwards; Attn:Richard Hiersteiner, John Whitlock | 617-227-4420 |
| FAEGRE; Stephen Mertz,Michael Krauss, Michael Doty | 612-766-1600 |
| GREENBERG; Attn: Maria J. DiConza | 212-801-6400 |
| GREENBERG; Attn: Scott D. Cousins | 302-661-7360 |
| HAYNES AND BOONE; Attn: Jason A. Nagi | 212-918-8989 |
| Hunton & Williams; Attn: Peter S Partee | 212-309-1100 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| KLESTADT; Attn: Tracy L. Klestadt | 212-972-2245 |
| Morritt Hock; Attn:Leslie Berkoff,Theresa Driscoll | 516-873-2010 |
| MOSES; Attn: Alan Gamza, Christopher Caruso | 917-206-4378 |
| MULLEN HOLLAND; Attn: Mark Heavner | 704-861-8394 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OMelveny; Attn: Gerald Bender, Steven Rosenstein | 212-326-2061 |
| PILLSBURY; Attn: David A. Crichlow | 212-858-1500 |
| REED SMITH; Attn: Andrea Pincus | 212-521-5450 |
| RIKER; Attn:Joseph Schwartz, Kevin Larner | 973-538-1984 |
| RIKER; Attn:Joseph Schwartz, Kevin Larner | 212-302-6628 |
| SCHLAM STONE; Attn: Bennette D. Kramer | 212-344-7677 |
| SHEARMAN; Attn: Douglas Bartner, Solomon Noh | 212-848-7179 |
| SHEARMAN; Attn:Ned S. Schodek | 212-848-7179 |
| SHEARMAN; Attn:William Roll III,  Daniel Laguardia | 212-848-7179 |
| SKADDEN; Attn: Anthony Clark, Robert Weber | 302-651-3001 |
| STROOCK; Attn: Claude Szyfer, Francis Healy | 212-806-6006 |
| SULLIVAN & CROMWELL; Attn: Penny Shane | 212-558-3588 |

# Exhibit "C"

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004