UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,        Case No. 08-13555 (JMP)

                   Debtor                  **CONSENT TO CHANGE ATTORNEY**
-----------------------------------------------------------X

      IT IS HEREBY CONSENTED THAT the firm of STAGG, TERENZI, CONFUSIONE & WABNIK, LLP, located at 401 Franklin Avenue, Garden City, NY 11530, be substituted as attorneys of record for LAUREL COVE DEVELOPMENT, in the above-captioned Chapter 11 bankruptcy proceeding, in place and stead of BERKMAN, HENOCH, PETERSON & PEDDY, P.C.

      This Stipulation may be executed in counterpart originals with the same force and effect as if fully and simultaneously executed in the single original document, with facsimile signatures to be given the same effect as original signatures.

DATED: August _____, 2009

STAGG, TERENZI, CONFUSIONE        BERKMAN, HENOCH, PETERSON
& WABNIK, LLP                                      & PEDDY, P.C.

BY: _____                   BY: _____
     Ronald M. Terenzi, Esq.
     401 Franklin Avenue                           100 Garden City Plaza
     Garden City, NY 11530                      Garden City, NY 11530
     (516) 812-4500                                 (516) 222-6200

LAUREL COVE DEVELOPMENT, LLC

BY: _____
    Name: William J. Wajam
    Title: Vice President