**LOWENSTEIN SANDLER PC**
Bruce S. Nathan (BN 4844)
David M. Banker (DB 3278)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

Counsel to Midwest Independent
System Operator

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWL OF APPEARANCE OF DAVID M. BANKER,**
**ESQUIRE AS COUSEL FOR MIDWEST INDEPENDENT SYSTEM OPERATOR**
**AND REQUEST FOR REMOVAL FROM THE MAILING MATRIX AND THE**
**COURT'S ELECTRONIC NOTIFICATION SYSTEM**

  David M. Banker, Esquire of the firm of Lowenstein Sandler PC, hereby withdraws his appearance in the above-captioned bankruptcy case and requests that he no longer receive electronic filing notifications.

Date: September 15, 2009

                 By: /s/ David M. Banker
                   Bruce S. Nathan (BN 4844)
                   David M. Banker (DB 3278)
                   **LOWENSTEIN SANDLER PC**
                   1251 Avenue of the Americas, 18th Floor
                   New York, New York 10020
                   (212) 262-6700 (Telephone)
                   (212) 262-7402 (Facsimile)

                   Counsel to Midwest Independent
                   System Operator