**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                               Chapter 11

Lehman Brothers Holdings, Inc., *et al.,*            Case No. 08-13555 (JMP)
                                                     (Jointly Administered)



                        Debtors
-------------------------------------------------------------X


## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, JULY 30, 2009, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.


**Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief**