**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| In re: | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : Jointly Administered |
| | : |
| Debtors. | : |

------------------------------------------------------------------------x
| In re: | : SIPA Proceeding |
| | : Case No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| Debtor. | : |

------------------------------------------------------------------------x

**APPENDIX VOLUME I TO
MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC., ET AL., PURSUANT TO 11 U.S.C. § 105(a), FED. R.
CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER
11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING
 (A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER
INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, DATED SEPTEMBER 20, 2008 (AND
RELATED SIPA SALE ORDER) AND JOINDER IN DEBTORS' AND SIPA TRUSTEES
<u>MOTIONS FOR AN ORDER UNDER RULE 60(b) TO MODIFY SALE ORDER</u>**

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 1 | Draft Complaint |
| 2 | Deposition transcript of Steven Berkenfeld, taken August 6, 2009 |
| 3 | Deposition transcript of Bart McDade, taken on September 2, 2009 |
| 4 | Deposition transcript of Hugh "Skip" McGee, taken on August 10, 2009 |
| 5 | Deposition transcript of Mark Shapiro, taken on August 7, 2009 |
| 6 | Deposition transcript of Alex Kirk, taken on August 31, 2009 |
| 7 | Deposition transcript of Ian Lowitt, taken on August 20, 2009 |
| 8 | Deposition transcript of Eric Felder, taken on July 31, 2009 |
| 9 | Deposition transcript of Paolo Tonucci, taken on August 14, 2009 |
| 10 | Deposition transcript of Robert Azerad, taken on August 17, 2009 |
| 11 | Deposition transcript of Alastair Blackwell, taken on August 7, 2009 |
| 12 | Deposition transcript of James Hraska, taken on August 14, 2009 |
| 13 | Deposition transcript of Martin Kelly, taken on August 18, 2009 |
| 14 | Deposition transcript of Rich Ricci, taken on September 8, 2009 |
| 15 | Deposition transcript of Gerard LaRocca, taken on August 19, 2009 |
| 16 | Deposition transcript of David Petrie, taken on August 26, 2009 |
| 17 | Deposition transcript of Michael Klein, taken on September 12, 2009 |
| 18 | Deposition transcript of Archibald Cox, taken on September 11, 2009 |