**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** et al., | : Jointly Administered |
| | : |
| **Debtors.** | : |

--------------------------------------------------------------x

| | |
|---|---|
| In re: | : SIPA Proceeding |
| | : Case No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| **Debtor.** | : |

--------------------------------------------------------------x

**APPENDIX VOLUME II TO**
**MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER) AND JOINDER IN DEBTORS' AND SIPA TRUSTEES MOTIONS FOR AN ORDER UNDER RULE 60(b) TO MODIFY SALE ORDER**

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 19 | Deposition transcript of Patrick Clackson, taken on September 4, 2009 |
| 20 | Asset Purchase Agreement dated September 16, 2008 among Barclays and the Lehman Sellers ("APA") |
| 21 | First Amendment to the APA |
| 22 | Hearing Transcript, September 17, 2008 |
| 23 | Hearing Transcript. September 19, 2008 |
| 24 | Sale Order |
| 25 | Clarification Letter (bearing the date September 20, 2008) |
| 26 | 9/22/08 email sent at 11:09 a..m. |
| 27 | Declaration Of Saul Burian In Support Of Limited Objection Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., Et Al. To SIPA Trustee's Motion Under 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019(a) For Entry Of An Order Approving Settlement Agreement (Docket No. 493 in Case No. 08-1420 (JPM)) |
| 28 | Affidavit of Shari Leventhal filed in Support of December Settlement Motion |
| 29 | Draft Letter from Jamie Dimon to John Varley, Oct. 11, 2008 |
| 30 | 9/17/08 email from Reilly to Lowitt. |
| 31 | 9/16/08 email from Haworth to Clackson, copy Ricci covering presentation to the Barclays board |
| 32 | 9/16/08 email from Kelly to Lowitt, copy Tonucci |
| 33 | Martin Kelly's handwritten notes |
| 34 | Final Balance Sheet dated September 16, 2008 |
| 35 | Balance Sheet dated September 16, 2008 |
| 36 | 9/19/08 email from Malloy to LaRocca; |
| 37 | "Haircut Summary" |
| 38 | 9/21/08 email from Ricci to Klein |
| 39 | 9/18/08 email from Reilly to Lowitt and Gelband, copy Tonucci and Kelly |
| 40 | email sent 9/19/08 at 9:15 p.m. |
| 41 | email sent 9/20/08 at 2:39 p.m. |
| 42 | email sent 9/21/08 at 5:03 p.m. |
| 43 | 9/20/08 email from Klein to Diamond |
| 44 | 9/21/08 email from Forrest to Blackwell |