**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : Jointly Administered |
| | : |
| Debtors. | : |

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : SIPA Proceeding |
| | : Case No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| Debtor. | : |

------------------------------------------------------------------------x

**APPENDIX VOLUME III TO**
**MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER) AND JOINDER IN DEBTORS' AND SIPA TRUSTEES MOTIONS FOR AN ORDER UNDER RULE 60(b) TO MODIFY SALE ORDER**

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 45 | 9/21/08 email from Forrest to Lowitt |
| 46 | 9/19/08 email from Lowitt to McDade |
| 47 | Valuation Spreadsheet |
| 48 | 9/20/08 email sent at 11:13 p.m. |
| 49 | 9/19/08 email from Trevelyan to Clackson |
| 50 | July 16, 2009 Letter from Barclays counsel covering a spreadsheet of "aggregate cure payments" labeled BCI-EX00077272-286. |
| 51 | 9/15/08 email from Aprigliano to Tonucci and Azeraz |
| 52 | 9/19/08 Notice of Termination |
| 53 | Barclays PLC Results Announcement Figures 2008 |
| 54 | Spreadsheet of 2008 Bonuses |