**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
|  | : | Ref. Docket No. 5109 |

---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2009, I caused to be served the following:

    a) "Notice of Twenty-Ninth Supplemental List of Ordinary Course Professionals," dated September 11, 2009 [Docket No. 5109],

    b) Declaration and Disclosure Statement of Anthony Lo Surdo, dated August 24, 2009 [Docket No. 5110],

    c) Declaration and Disclosure Statement of Elliot Hyde, dated August 24, 2009 [Docket No. 5111],

    d) Affidavit of Cornelius Malcom Medvei, dated August 24, 2009 [Docket No. 5112],

    e) Affidavit and Disclosure Statement of Cara Schillinger, of Behalf of Leslie Hindman Auctioneers Inc., dated August 1, 2009 [Docket No. 5113],

    f) Affidavit and Disclosure Statement of James H. Krumsiek, on behalf of Perry, Krumsiek & Jack, LLP, dated September 3, 2009 [Docket No. 5114],

    g) Declaration and Disclosure Statement of Thomas Bathurst, dated August 24, 2009 [Docket No. 5115],

    h) Affidavit and Disclosure Statement of Philip Jones QC, dated September 9, 2009 [Docket No. 5116],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          /s/ Angharad Bowdler

Sworn to before me this                                             Angharad Bowdler
11th day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

2

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional Parties

Leslie Hindman Auctioneers: Cara@lesliehindman.com (Docket # 5113 only)

Perry, Krumsiek & Jack: jkrumsiek@pkjlaw.com (Docket # 5114 only)

Philip Jones QC: nhockney@serlecourt.co.uk (Docket # 5116 only)