```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

LEHMAN BROTHERS HOLDING, INC. et al,    CASE NO. 08-13555 (JMP)
                                        CHAPTER 11

                Debtor.
---------------------------------------X
```

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS
PURSUANT TO BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned proceeding as attorneys for **LAUREL COVE DEVELOPMENT**

PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served upon

```
            STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
            Attorneys for Laurel Cove Development
            401 Franklin Avenue
            Garden City, New York 11530
            Attention: Ronald M. Terenzi, Esq.
                       Cara M. Goldstein, Esq.

Dated:   September 14, 2009
         Garden City, New York


            STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
            Attorneys for Laurel Cove Development



            By: \s\ Ronald M. Terenzi
               Ronald M. Terenzi, Esq. (RMT 6416)
               401 Franklin Avenue
               Garden City, NY 11530
               (516) 812-4500
```