WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**              :    08-13555 (JMP)
                                                              :
                                            Debtors.          :    (Jointly Administered)
------------------------------------------------------------------x

**MONTHLY REPORT PURSUANT TO ORDER PURSUANT
TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 9019 AUTHORIZING THE
ESTABLISHMENT OF PROCEDURES TO TERMINATE UNFUNDED
COMMITMENTS AND RESTRUCTURE CORPORATE LOAN AGREEMENTS**

Pursuant to the Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing the Establishment of Procedures to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements, entered on June 3, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to terminate or assign Unfunded Commitments and enter into restructuring transactions with respect to Corporate Loans in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

2

As required by the Order, the Debtors hereby file the attached monthly report of all transactions entered into under the authority of the Order, for the period from August 1, 2009 to and including August 31, 2009.

Dated: September 15, 2009
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

<u>Exhibit A</u>

**<u>Unfunded Commitments</u>**

Number of Debtors' Unfunded Commitments terminated or assigned:     5 Corporate Loans

Aggregate outstanding principal balance of Corporate Loans for which the
Debtors' Unfunded Commitments were terminated or assigned:     $88,725,000

Total amount paid by the Debtors in excess of $1 million in connection
with the termination or assignment of Unfunded Commitments:     $0

**<u>Restructuring Transactions</u>**

The Debtors did not enter into any restructuring transactions during this period in which the Debtors have a beneficial interest in at least 10% of the outstanding principal amount or as to which the outstanding principal amount due to the Debtors is greater than $50 million.