

**Bundesanstalt für
Finanzdienstleistungsaufsicht**

BaFin | Postfach 12 53 | 53002 Bonn

Clerk of the United States Bankruptcy Court,
S.D.N.Y.
Lehman Brothers Holdings Inc.
One Bowling Green
10004 New York
VEREINIGTE STAATEN VON AMERIKA



09.09.2009
GZ: Z 2-O 1018-20000794-2009/0001 (Bitte stets angeben)

**Abteilung**
Zentrale Aufgaben

Endgültige Umlage des ehemaligen Bundesaufsichtsamtes für den
Wertpapierhandel (BAWe) für das Umlagejahr **2001** –
Erstattungspflichtige nach § 11 Abs. 1 Satz 1 Nr. 2 WpHG a.F. -„Makler"-
betreffend Lehman Brothers Inc.

Bescheid vom 28.11.2002 (GZ: Z 2-O 1018-20000794-05/02)

Sehr geehrte Damen und Herren,

das o.g. Unternehmen wurde gemäß § 11 Abs. 1 Satz 1 Nr. 2 WpHG a.F.
für das Jahr 2001 zur Erstattung der Kosten des ehemaligen
Bundesaufsichtsamtes für den Wertpapierhandel (BAWe) herangezogen.

Die Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin) hat im Jahr
2002 mit dem oben genannten Bescheid die Umlage für das Jahr 2001
vorläufig gemäß der Verordnung über die Umlegung der Kosten des
BAWe (Umlage-Verordnung-Wertpapierhandel) festgesetzt.

Im Jahr 2002 ist das ehemalige BAWe in der BaFin aufgegangen. Hiermit
hat die BaFin unter anderem die Aufgabe der Festsetzung und
Beitreibung der Umlagen des ehemaligen BAWe übernommen (§ 18 Abs.
6 Finanzdienstleistungsaufsichtsgesetz).

Bezug nehmend auf meinen oben genannten Bescheid teile ich Ihnen als
Insolvenzverwalter über das Vermögen der Lehman Brothers Holdings
Inc. mit, dass die Höhe des endgültigen Umlagebetrages dem mit
Bescheid vom 28.11.2002 vorläufig festgesetzten Umlagebetrag
entspricht. Eine Anmeldung zur Tabelle ist nicht erforderlich, da die
Forderung bereits früher beglichen wurde.

Hausanschrift:
Bundesanstalt für
Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
53117 Bonn | Germany

Kontakt:
Frau Anne Schunk
Referat Z 2
Fon +49 (0)2 28 41 08-2465
Fax +49 (0)2 28 41 08-1550
Posteingang Z 2@bafin.de
www.bafin.de

Zentrale:
Fon +49 (0)2 28 41 08-0
Fax +49 (0)2 28 41 08-1550

Dienstsitze:
53117 Bonn
Graurheindorfer Str. 108
Georg-von-Boeselager-Str. 25

60439 Frankfurt
Lurgiallee 12

11

Bundesanstalt für
Finanzdienstleistungsaufsicht

 **BaFin**

BaFin | Postfach 12 53 | 53002 Bonn

Clerk of the United States Bankruptcy Court,
S.D.N.Y.
Lehman Brothers Holdings Inc.
One Bowling Green
10004 New York
VEREINIGTE STAATEN VON AMERIKA

09.09.2009
GZ: Z 2-O 1018-20000794-2009/0002 (Bitte stets angeben)

Endgültige Umlage des ehemaligen Bundesaufsichtsamtes für den
Wertpapierhandel (BAWe) für das Umlagejahr **2002** –
Erstattungspflichtige nach § 11 Abs. 1 Satz 1 Nr. 2 WpHG a.F. -„Makler"-
betreffend Lehman Brothers Inc.

Bescheid vom 17.03.2003 (GZ: Z 2-O 1018-20000794-04/03)

Sehr geehrte Damen und Herren,

das o.g. Unternehmen wurde gemäß § 11 Abs. 1 Satz 1 Nr. 2 WpHG a.F.
für das Jahr 2002 zur Erstattung der Kosten des ehemaligen
Bundesaufsichtsamtes für den Wertpapierhandel (BAWe) herangezogen.

Die Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin) hat im Jahr
2003 mit dem oben genannten Bescheid die Umlage für das Jahr 2002
vorläufig gemäß der Verordnung über die Umlegung der Kosten des
BAWe (Umlage-Verordnung-Wertpapierhandel) festgesetzt.

Im Jahr 2002 ist das ehemalige BAWe in der BaFin aufgegangen. Hiermit
hat die BaFin unter anderem die Aufgabe der Festsetzung und
Beitreibung der Umlagen des ehemaligen BAWe übernommen (§ 18 Abs.
6 Finanzdienstleistungsaufsichtsgesetz).

Bezug nehmend auf meinen oben genannten Bescheid teile ich Ihnen als
Insolvenzverwalter über das Vermögen der Lehman Brothers Holdings
Inc. mit, dass die Höhe des endgültigen Umlagebetrages dem mit
Bescheid vom 17.03.2003 vorläufig festgesetzten Umlagebetrag
entspricht. Eine Anmeldung zur Tabelle ist nicht erforderlich, da die
Forderung bereits früher beglichen wurde.

Abteilung
Zentrale Aufgaben

Hausanschrift:
Bundesanstalt für
Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
53117 Bonn | Germany

Kontakt:
Frau Anne Schunk
Referat Z 2
Fon  +49 (0)2 28 41 08-2465
Fax  +49 (0)2 28 41 08-1550
Posteingang Z 2@bafin.de
www.bafin.de

Zentrale:
Fon  +49 (0)2 28 41 08-0
Fax  +49 (0)2 28 41 08-1550

Dienstsitze:
53117 Bonn
Graurheindorfer Str. 108
Georg-von-Boeselager-Str. 25

60439 Frankfurt
Lurgiallee 12

10