**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                               :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x  Ref. Docket Nos. 5097, 5105, 5106, 5107, 5108

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           /s/ Sidney Garabato

Sworn to before me this                                Sidney Garabato
15th day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 5097, 5105, 5106, 5107, 5108_Aff 09-11-09.doc

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re |
| |
| LEHMAN BROTHERS HOLDINGS INC., et al., |
| |
| Debtors. |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SUNCOR ENERGY MARKETING, INC.
      VP FINANCIAL TRADING & NATURAL GAS MARKETING
      PO BOX 38
      112-4 AVENUE S.W.
      CALGARY AB T2P 2V5
      CANADA

Please note that your claim # 3101 in the above referenced case and in the amount of
         $62,650.00         has been transferred **(unless previously expunged by court order)**

      LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: SUNCOR ENERGY MARKETING, INC.
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5097      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SUNCOR ENERGY MARKETING, INC.
     VP FINANCIAL TRADING & NATURAL GAS MARKETING
     PO BOX 38
     112-4 AVENUE S.W.
     CALGARY AB T2P 2V5
     CANADA
```

Please note that your claim # 3102 in the above referenced case and in the amount of
       $62,650.00         has been transferred **(unless previously expunged by court order)**

```
     LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: SUNCOR ENERGY MARKETING, INC.
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5097    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARCHE MASTER FUND, L.P.                    ARCHE MASTER FUND, L.P.
     YOSSI VEBMAN, ANDREW M. THAU               C/O XE CAPITAL ADVISERS, LLC
     SKADDEN ARPS SLATE MEAGHER & FLOM LLP      ATTN JENNIFER CALMA
     FOUR TIMES SQUARE                          24 W. 40TH STREET, 2ND FLOOR
     NEW YORK NY 10036                          NEW YORK NY 10018
```

Please note that your claim # 4186 in the above referenced case and in the amount of
      $4,496,800.97     has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: ARCHE MASTER FUND, L.P.
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5105     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                          Vito Genna, Clerk of Court

                                      /s/ Sidney Garabato

                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 14, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
            Debtors.                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARCHE MASTER FUND, L.P.                        ARCHE MASTER FUND, L.P.
     YOSSI VEBMAN, ANDREW M. THAU                   C/O XE CAPITAL ADVISERS, LLC
     SKADDEN ARPS SLATE MEAGHER & FLOM LLP          ATTN: JENNIFER CALMA
     FOUR TIMES SQUARE                              24 W. 40TH STREET, 2ND FLOOR
     NEW YORK NY 10036                              NEW YORK NY 10018
```

Please note that your claim # 4187 in the above referenced case and in the amount of
    $4,496,800.97      has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: ARCHE MASTER FUND, L.P.
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5105     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                            Vito Genna, Clerk of Court

                                            /s/ Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 14, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARCHE MASTER FUND, L.P.                       ARCHE MASTER FUND, L.P.
     YOSSI VEBMAN, ANDREW M. THAU                  ARCHE MASTER FUND, L.P.
     SKADDEN ARPS SLATE MEAGHER & FLOM LLP         C/O XE CAPITAL ADVISERS, LLC
     FOUR TIMES SQUARE                             ATTN: JENNIFER CALMA
     NEW YORK NY 10036                             24 W. 40TH STREET, 2ND FLOOR
                                                   NEW YORK NY 10018
```

Please note that your claim # 4261 in the above referenced case and in the amount of
    $4,496,800.97       has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.                            SPCP GROUP, L.L.C.
     TRANSFEROR: ARCHE MASTER FUND, L.P.           DAY PITNEY LLP
     ATTN: BRIAN JARMAIN                           ATTN: RONALD S. BEACHER, ESQ.
     2 GREENWICH PLAZA, 1ST FLOOR                  7 TIMES SQUARE
     GREENWICH CT 06830                            NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5106     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 14, 2009.

|   |   |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                   Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND LP      NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY
     ATTN: AL TYLIS AND ROBERT GATENIO                                DAY PITNEY LLP
     399 PARK AVENUE, 18TH FLOOR                                      ATTN: RONALD S. BEACHER, ESQ.
     NEW YORK NY 10022                                                7 TIMES SQUARE
                                                                      NEW YORK NY 10036
```

Please note that your claim # 8653 in the above referenced case and in the amount of
      $49,911,385.00     has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND L
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5107     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                                  Vito Genna, Clerk of Court

                                       /s/ Sidney Garabato
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND LP
ATTN: AL TYLIS AND ROBERT GATENIO
399 PARK AVENUE, 18TH FLOOR
NEW YORK NY 10022

NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY
DAY PITNEY LLP
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK NY 10036

Please note that your claim # 8652 in the above referenced case and in the amount of
    $49,911,385.00    has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND L
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5108    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2009                                Vito Genna, Clerk of Court

                                                /s/ Sidney Garabato
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 14, 2009.

**Exhibit "B"**

```
TIME: 15:49:16                                            LEHMAN BROTHERS HOLDING INC.
DATE: 09/14/09                                                  CREDITOR LISTING                                                                PAGE:      1

Name                                      Address
─────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────
ARCHE MASTER FUND, L.P.                   C/O XE CAPITAL ADVISERS, LLC ATTN JENNIFER CALMA 24 W. 40TH STREET, 2ND FLOOR NEW YORK NY 10018
ARCHE MASTER FUND, L.P.                   C/O XE CAPITAL ADVISERS, LLC ATTN: JENNIFER CALMA 24 W. 40TH STREET, 2ND FLOOR NEW YORK NY 10018
ARCHE MASTER FUND, L.P.                   ARCHE MASTER FUND, L.P. C/O XE CAPITAL ADVISERS, LLC ATTN: JENNIFER CALMA 24 W. 40TH STREET, 2ND FLOOR NEW YORK NY 10018
ARCHE MASTER FUND, L.P.                   YOSSI VEBMAN, ANDREW M. THAU SKADDEN ARPS SLATE MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036
LONGACRE OPPORTUNITY FUND, L.P.           TRANSFEROR: SUNCOR ENERGY MARKETING, INC. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193
NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND AND ROBERT GATENIO 399 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022
NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND  DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                        DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                        ARCHE MASTER FUND, L.P. C/O XE CAPITAL ADVISERS, LLC ATTN: JENNIFER CALMA 24 W. 40TH STREET, 2ND FLOOR NEW YORK NY 10018
SPCP GROUP, L.L.C.                        TRANSFEROR: ARCHE MASTER FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                        TRANSFEROR: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND L ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06
SUNCOR ENERGY MARKETING, INC.             VP FINANCIAL TRADING & NATURAL GAS MARKETING PO BOX 38 112-4 AVENUE S.W. CALGARY AB T2P 2V5 CANADA
─────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────

Total Number of Records Printed        12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153