UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
            Debtors.                                 : (Jointly Administered)
                                                     :
---------------------------------------------------------------x    Ref. Docket No. 5131

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sidney Garabato
Sidney Garabato

Sworn to before me this
16th day of September, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
      C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED
      SUGAR QUAY, LOWER THAMES STREET
      ATTENTION: KIRSTEN ROGERS
      LONDON     EC3R 6DU
      UK
```

Please note that your claim # 3642 in the above referenced case and in the amount of
         $2,094,080.49         has been transferred **(unless previously expunged by court order)**

```
      C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
      TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5131      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/15/2009                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 15, 2009.

**Exhibit "B"**

```
TIME: 10:10:27                                          LEHMAN BROTHERS HOLDING INC.
DATE: 09/15/09                                               CREDITOR LISTING                                                    PAGE:      1

Name                                      Address
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)  TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY   KT
WATERSTONE MARKET NEUTRAL MAC 51 LIMITED  C/O PRIME BROKERAGE & TRADING, MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET ATTENTION: KIRSTEN ROGERS LONDON   EC3R 6DU UK


Total Number of Records Printed            2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153