WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
                                                                 :
------------------------------------------------------------------x

**STIPULATION, AGREEMENT, AND ORDER BETWEEN
BNC MORTGAGE LLC AND WASHINGTON MUTUAL BANK
PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY WITH
REGARD TO REAL PROPERTY LOCATED IN SKOKIE, ILLINOIS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This Stipulation, Agreement and Order (the "Stipulation, Agreement and Order") is entered into by and between BNC Mortgage LLC ("BNC") and its affiliated debtors in the above referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), and Washington Mutual Bank ("Washington Mutual").

**RECITALS**

A. On September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries commenced with this

Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

   B. On January 9, 2009, BNC, an indirect subsidiary of LBHI, commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.

   C. On August 11, 2009, Washington Mutual filed a Motion For Relief From the Automatic Stay Pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 362(d) [Docket No. 4759] (the "Motion").

   D. BNC was the holder of a mortgage (the "Original Mortgage") executed by Michael M. Gladan and Branka Gladan in favor of BNC Mortgage Inc.[1] on September 21, 2000, securing the repayment of the principal sum of $306,000.00 due under a note (the "Note"). The Original Mortgage granted BNC a security interest in the property commonly know as 4405 Bob-O-Link Terrace, Skokie, Illinois 60076 (the "Property").

   E. BNC has determined that the Note was paid in full and the Original Mortgage was released in January of 2003. The release of the Original Mortgage was not recorded.

   F. Washington Mutual is the holder of a mortgage executed by Nedzad Gladan in favor of Washington Mutual on December 23, 2003 (the "Mortgage"), securing the repayment of the principal sum of $412,500.00 due under a note. The Mortgage granted Washington Mutual a security interest in the Property.

---

[1] BNC Mortgage LLC was formerly known as BNC Mortgage Inc. On or about January 13, 1998, BNC changed its corporate form from a corporation to a limited liability company and in connection therewith, changed its name. BNC is still referred to as "BNC Mortgage Inc." in those states in which it registered to conduct business under its former name.

2

G.  The Motion seeks entry of an order terminating the automatic stay extant in the Debtors' chapter 11 cases pursuant to section 362 of the Bankruptcy Code and allowing Washington Mutual to exercise its non-bankruptcy rights and remedies as to the Property, including but not limited to foreclosure of the Mortgage.

H.  In light of the foregoing, and to ensure that Washington Mutual is not prohibited from exercising its rights with respect to the Property, BNC and Washington Mutual (each a "Party" and together, the "Parties") have agreed, subject to approval of this Court, to resolve the Motion on the terms set forth below.

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED** by and between BNC and Washington Mutual, through their undersigned attorneys, that:

1.  This Stipulation, Agreement, and Order shall have no force or effect unless and until approved by the Court (the "Effective Date").

2.  Upon the Effective Date, to the extent that the automatic stay is applicable, it shall be modified with respect to the interest of Washington Mutual, its successors, and/or its assigns, in the Property, and Washington Mutual, its successors, and/or its assigns, shall be permitted to exercise its rights under applicable non-bankruptcy law against the Property.

3.  Except as provided in paragraph 2, the provisions of section 362(a) of the Bankruptcy Code, including, without limitation, those provisions prohibiting any act to collect, assess, or recover a claim that arose prior to the Commencement Date from BNC's estate and/or assets or property of BNC (as defined in section 541 of the Bankruptcy Code) shall remain in full force and effect.

4.  Upon the Effective Date, the Motion shall be deemed resolved.

5. This Stipulation, Agreement, and Order may only be amended or otherwise modified by a signed writing executed by the Parties.

6. Each person who executes this Stipulation, Agreement, and Order by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement, and Order on behalf of such Party.

7. This Stipulation, Agreement, and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement, and Order to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation, Agreements and Order.

Dated: September 14, 2009
      New York, New York

/s/ Lisa Milas
Lisa Milas

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Washington Mutual Bank

Dated: September 14, 2009
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**SO ORDERED:**

Dated: New York, New York
      September 16, 2009

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE