UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                        :
In re                                                   :       Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :       08-13555 (JMP)
                                                        :
                    Debtors.                            :       (Jointly Administered)
                                                        :
---------------------------------------------------------------x

**STIPULATION, AGREEMENT, AND ORDER BETWEEN
LEHMAN BROTHERS HOLDINGS INC. AND A/P HOTEL, LLC
PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY WITH
REGARD TO NON-JUDICIAL FORECLOSURE PROCEEDING IN NEVADA**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This Stipulation, Agreement and Order (the "Stipulation and Order") is entered into by and between Lehman Brothers Holdings Inc. ("LBHI" and together with its affiliated debtors in the above referenced chapter 11 cases, as debtors in possession, the "Debtors"), and A/P Hotel, LLC ("A/P Hotel").

**RECITALS**

A. On September 15, 2008 (the "Commencement Date"), and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. Prior to the Commencement Date, LBHI and A/P Hotel entered into a loan agreement, dated as of September 5, 2007 (the "Loan Agreement"). Subject to the terms of the Loan Agreement, LBHI agreed to lend A/P Hotel the principal amount of $66,000,000 in connection with A/P Hotel's acquisition and renovation of The Atrium Suites Las Vegas Hotel, located at 4255 South Paradise Road, Las Vegas, Nevada (the "Property").

   C. LBHI has alleged that A/P Hotel breached the Loan Agreement, and by notice, dated June 23, 2009, LBHI notified A/P Hotel that it had elected to conduct a non-judicial foreclosure of the Property.  Under the laws of the State of Nevada, LBHI may elect to conduct a trustee sale of the Property on or about October 12, 2009.

   D. On August 26, 2009, A/P Hotel filed a motion in this Court seeking, *inter alia*, relief from the automatic stay extant in LBHI's chapter 11 case pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay") for the limited purpose of contesting the non-judicial foreclosure process in Nevada.  See Motion [Docket No. 4759] (the "Motion") ¶ 15, 19.

   E. LBHI and A/P Hotel (each a "Party" and together, the "Parties") have agreed, subject to approval of this Court, to resolve the Motion on the terms set forth below.

**AGREEMENT**

   **NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED** by and between the Parties, through their undersigned attorneys, that:

   1. This Stipulation and Order shall have no force or effect unless and until approved by the Court (the "Effective Date").

   2. Upon the Effective Date, to the extent applicable, the Automatic Stay shall be modified solely to permit A/P Hotel to contest the non-judicial foreclosure of the Property.  Specifically, the Automatic Stay shall be modified to permit A/P Hotel to commence any action to enjoin the non-judicial foreclosure and/or trustee sale of the Property and to assert any affirmative defenses it may have to any action commenced by LBHI in connection therewith.

   3. Except as provided in paragraph 2, the provisions of section 362(a) of the Bankruptcy Code, including, without limitation, those provisions prohibiting any act to collect, assess, or recover a claim that arose prior to the Commencement Date from the Debtors' estates

2

and/or assets or property of the Debtors (as defined in section 541 of the Bankruptcy Code) shall remain in full force and effect.

4. Nothing in this Stipulation and Order shall constitute an assumption or rejection of the Loan Agreement by LBHI under chapter 11 of the Bankruptcy Code. All rights of the Parties under sections 362, 365 and 503 of the Bankruptcy Code, as well as each of their rights to contest or prosecute any proof of claim and or administrative request, are preserved.

5. Nothing in this Stipulation and Order shall be deemed to be a waiver of A/P Hotel's rights to seek additional relief from this Court with respect to the Property or otherwise, and A/P Hotel expressly preserves any and all of its rights to seek such further relief from this Court including, but not limited to, its right to request additional relief from the Automatic Stay in relation to the Property or otherwise. Upon the Effective Date, the Motion shall be deemed resolved.

6. This Stipulation and Order may only be amended or otherwise modified by a signed writing executed by the Parties.

7. Each person who executes this Stipulation and Order by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation and Order on behalf of such Party.

8. This Stipulation and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation and Order to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

9. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation and Order.

Dated: September 11, 2009
      New York, New York

                /s/ Gregg L. Weiner
                Gregg L. Weiner

                FRIED, FRANK, HARRIS, SHRIVER &
                JACOBSON LLP
                One New York Plaza
                New York, New York 10004
                Telephone: (212) 859-8000
                Facsimile: (212) 859-4000

                Attorneys for A/P Hotel, LLC

Dated: September 11, 2009
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

**SO ORDERED:**

Dated: New York, New York
      September 16, 2009

                *s/ James M. Peck*
                UNITED STATES BANKRUPTCY JUDGE

4