**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE ) | Case No. 08-13555 (JMP) | |
| ) | Chapter 11 | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Jointly Administered | |
| ) | | |
| Debtors. ) | | |

**NOTICE OF WITHDRAWAL**
**OF APPEARANCE AND DEMAND FOR SERVICE**

Please take notice that Michael L. Schleich, Esq., of the firm of Fraser Stryker PC LLO, hereby withdraws his appearance and demand for service of papers on behalf of Tata Communications Services (America) Inc., f/k/a VSNL America, Inc., in the above-captioned action. Mr. Schleich requests the removal of his name from all service lists and further requests the discontinuance of electronic notification with regard to this case via the Court's system to his e-mail address at mschleich@fraserstryker.com.

DATED: September 16, 2009

> TATA COMMUNICATIONS SERVICES (AMERICA)
> INC., f/k/a VSNL AMERICA, INC.
> By */s/ Michael L. Schleich*
>    Michael L. Schleich - #NE 13690
>    FRASER STRYKER PC LLO
>    500 Energy Plaza, 409 South 17th Street
>    Omaha, Nebraska 68102
>    *Telephone:* 402-341-6000 - *Facsimile:* 402-341-8290
>    MSchleich@fraserstryker.com
>    ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Southern District of New York, using the CM/ECF system on this 16th day of September, 2009, which system sent notification of such filing to counsel of record. The undersigned further certifies that a true and correct copy of the foregoing has been sent by first class United States mail, postage prepaid, to all participants in the case who are not CM/ECF users.

> */s/ Michael L. Schleich*
> Michael L. Schleich