WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
**In re**                                             :      **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :      **08-13555 (JMP)**
                                                      :
                            Debtors.                  :      **(Jointly Administered)**
                                                      :
-------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON SEPTEMBER 17, 2009 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.  Motion of Harrier Finance Limited, a.k.a. Rathgar Capital Corporation, to Dismiss Adversary Proceeding **[Case No. 09-01241, Docket No. 8]**

    Response Deadline:

    Responses Received:

    A.   Lehman Brothers Special Financing Inc.'s Opposition to Motion to Dismiss **[Docket No. 15]**

    Related Documents:

    B.   Harrier Finance's Memorandum of Law in Support of Motion to Dismiss **[Docket No. 9]**

C. Declaration of Amanda J. Gallagher in Support of Motion to Dismiss **[Docket No. 10]**

D. Harrier Finance's Reply Memorandum of Law in Support of Motion to Dismiss **[Docket No. 19]**

E. Reply Declaration of Amanda Gallagher in Support of Motion to Dismiss **[Docket No. 20]**

Status: This matter is going forward.

2. Motion to Dismiss Adversary Proceeding by Ballyrock ABS CDO 2007-1 Limited **[Case No. 09-01032, Docket No. 13]**

Response Deadline:

Responses Received:

A. Lehman Brothers Special Financing Inc.'s Response in Opposition to Motion to Dismiss **[Docket No. 37]**

B. Creditors' Committee's Joinder to Response in Opposition to Motion to Dismiss **[Docket No. 38]**

Related Documents:

C. Ballyrock ABS CDO 2007-1 Limited's Memorandum of Law in Support of Motion to Dismiss **[Docket No. 14]**

D. Declaration of Steven J. Fink in Support of Motion to Dismiss **[Docket No. 15]**

E. Ballyrock ABS CDO 2007-1 Limited's Memorandum of Law in Further Support of Motion to Dismiss **[Docket No. 30]**

F. Declaration of Robinson B. Lacy in Support of Memorandum of Law in Further Support of Motion to Dismiss **[Docket No. 31]**

G. Declaration of Robinson B. Lacy in Support of Memorandum of Law in Further Support of Motion to Dismiss **[Docket No. 33]**

H. Reply in Further Support of Motion to Dismiss **[Docket No. 45]**

Status: This matter is going forward.

Dated: September 16, 2009
       New York, New York

                               /s/ Ralph I. Miller
                               Ralph I. Miller
                               Richard W. Slack

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Debtors
                               and Debtors in Possession