

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

September 15, 2009

Debra L. Felder
(202) 339-8567
dfelder@orrick.com

**VIA OVERNIGHT MAIL**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:   **Lehman Brothers Holdings Claims:**
      **Claimant Rizal Commercial Banking Corporation**
      **Claim No. 1773, filed January 19, 2009**

Dear Epiq Bankruptcy Solutions, LLC:

This law firm represents Rizal Commercial Banking Corporation (the "Claimant") in connection with its claim against Lehman Brothers Holdings, Inc. On January 19, 2009, the Claimant filed Claim No. 1773 (the "Claim"). The Claimant has now sold all of the notes that were the subject of the Claim. Accordingly, the Claimant hereby withdraws Claim No. 1773.

I have enclosed a copy of this letter to be date-stamped and returned to me in the enclosed self-addressed stamped envelope.

Please contact me with any questions or if you require anything further in connection with this matter.

Very truly yours,

*Debra L. Felder*

Debra L. Felder

cc: Rizal Commercial Banking Corporation

US_EAST:160599220.1

From: Origin ID: JPNA (202)339-8400
Deborah Spicuzza
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005



Ship Date: 15SEP09
ActWgt: 1 LB
CAD: 7134809/WBUS0200
Account#: S *********

Delivery Address Bar Code

C09200905192124

SHIP TO: (202)339-8588        BILL SENDER
**Epiq Bankruptcy Solutions, LLC**
**Attn: Lehman Brothers Holdings Clai**
**757 3rd Ave Frnt 3**

**New York, NY 100172071**

Ref # 0021454-000002/011445
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 0201  7981 1464 7848

WED - 16SEP    A1
STANDARD OVERNIGHT

**EB OGSA**

10017
NY-US
EWR

RECEIVED
SEP 1 6 2009

---- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01.orrick.com/index.php                                    9/15/2009