UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                              :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :   Case No. 08-13555 (JMP)
:
Debtors.                                 :   (Jointly Administered)
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
) SS.:
COUNTY OF NEW YORK         )

Benjamin Rosenblum, being duly sworn, deposes and says:

1. The deponent resides at 45 Tudor City Place, Apartment 207, New York, New York, 10017, is over 18 years of age and is not a party to the above-captioned proceeding.

2. On September 15, 2009, deponent caused to be served a true and correct unredacted copy, which was filed under seal pursuant to a protective order, of the

- *Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief*

upon the parties listed on the attached service list A by electronic mail and on the attached service list B by hand.

_____
Benjamin Rosenblum

Sworn to before me on this
15th day of September, 2009

_____
Notary Public

KATHLEEN SULLIVAN
Notary Public, State of New York
No. 01SU6069138
Qualified in Kings County
Commission Expires January 22, 20 _10_

## SERVICE LIST A

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

oxford@hugheshubbard.com
maguire@hugheshubbard.com
rothman@hugheshubbard.com

vlazar@jenner.com
rbyman@jenner.com
rbyman@jenner.com
dlayden@jenner.com
ptrostle@jenner.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com

**SERVICE LIST B**

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William R. Maguire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Vincent E. Lazar
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022