| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| PAUL J. COUCHOT -- State Bar No. 131934<br>PETER W. LIANIDES – State Bar No. 160517<br>**WINTHROP COUCHOT P.C.**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile. (949) 720-4111<br>pcouchot@winthropcouchot.com<br>plianides@winthropcouchot.com<br><br>General Insolvency Counsel for<br>Jointly Administered Debtors in Possession<br><br>☒  *Attorney for Jointly Administered Debtors in Possession* | **FILED & ENTERED**<br><br>MAR 10 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY daniels   DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>    Jointly Administered Debtors and Debtors-in-Possession | CHAPTER. 11<br><br>CASE NO.. 8:08-bk-17206-ES |
|---|---|
| Affects·<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☒ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | DATE:    February 20, 2009<br>TIME:     10:00 a.m.<br>PLACE:  Courtroom 5A<br>FLOOR:  5 |

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362**
**(MOVANT: Lehman Commercial Paper, Inc.)**
**(Personal Property: SunCal Communities I, LLC Pledged Interests)**

1.  The Motion was:    ☒  Contested    ☐  Uncontested    ☐  Not Prosecuted

2.  The description of the property (the "Property") to which this Order applies is as follows *(specify common description or street address):* SunCal Communities I, LLC's pledged interests in each of the following project-owning entities:
    SunCal Bickford Ranch, LLC, SunCal Emerald Meadows, LLC, SunCal Johansen Ranch, LLC, SunCal Summit Valley, LLC, and SunCal Beaumont Heights, LLC

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay -- Page 2 of 6    **F 4001-10.DENY**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| *Jointly Administered Debtors in Possession.* | CASE NUMBER 8:08-bk-17206-ES |

3.   The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds.

    ☒ Based upon the findings and conclusions made on the record at the hearing
    ☐ Unexcused non-appearance by Movant
    ☐ Lack of proper service
    ☐ Lack of good cause shown for relief from stay
    ☐ The automatic stay is no longer in effect under:  ☐ 11 U.S.C. § 362(c)(2)(A)  ☐ 11 U.S.C. § 362(c)(2)(B)
                                                        ☐ 11 U.S.C. § 362(c)(3)(A)  ☐ 11 U.S.C. § 362(c)(4)(A)

    ☐ Other *(specify)*

4    ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing

5.   Based upon the findings and conclusions made on the record at the hearing, and having considered the Omnibus Objection to Form of Proposed Order Denying Motion for Relief from the Automatic Stay filed by Lehman Ali, Inc. and Lehman Commercial Paper, Inc. on or about February 27, 2009, the Court holds that:

(a)   The Motion sufficiently states an express demand referencing the nature and amount of the claim, and therefore Movant's Motion constitutes an informal proof of claim.

(b)   This Court has concurrent jurisdiction to determine the scope or applicability of the automatic stay under 11 U.S.C §362(a) and/or (b), arising from the Chapter 11 bankruptcy proceeding of Lehman Commercial Paper, Inc. ("Lehman Commercial") as it applies to matters before this Bankruptcy Court.

(c)   The automatic stay arising from the bankruptcy case of Lehman Commercial does not apply to any objection to the claim of Lehman Commercial, any proceeding to subordinate the claim of Lehman Commercial pursuant to 11 U.S.C. § 510(c)(1), and/or the transfer of a lien securing a subordinated claim to the estate pursuant to 11 U.S.C. § 510(c)(2), in this Chapter 11 proceeding.

(d)   The Debtors may object to the claim of Lehman Commercial, seek to subordinate the claim of Lehman Commercial pursuant to 11 U.S.C. § 510(c)(1), and/or seek to transfer a lien securing a subordinated claim to the estate pursuant to 11 U.S.C. § 510(c)(2), via an adversary proceeding or plan, without violating Lehman Commercial's automatic stay.

###

DATED: March 10, 2009

*Erithe A. Smith*
_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Order Denying Motion for Relief from Automatic Stay – Page _ of 6    **F 4001-10.DENY**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Jointly Administered Debtors in Possession. | CASE NUMBER 8:08-bk-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described  **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (PROPERTY:  SunCal Communities I)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R Civ.P. 5 and/or controlling LBR, on February 20, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 20, 2009 | Lindy Herman | /s/ Lindy Herman |
|---|---|---|
| Date | Type Name | Signature |

Order Denying Motion for Relief from Automatic Stay -- Page _ of 6    **F 4001-10.DENY**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Jointly Administered Debtors in Possession. | CASE NUMBER  8:08-bk-17206-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Dan E Chambers    dchambers@rutan.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Richard W Esterkin    resterkin@morganlewis.com
- Alan J Friedman    afriedman@irell.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michelle Hribar    mhribar@rutan.com
- Peter W Lianides    pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- William D Schuster    bills@allieschuster.org
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach    jwallach@bergerkahn.com

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page _ of 6      **F 4001-10.DENY**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| *Jointly Administered Debtors in Possession.* | CASE NUMBER  8:08-bk-17206-ES |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief <u>DO NOT</u> list an address if person/entity is listed in category I

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (PROPERTY:  SunCal Communities 1)** was entered on the date indicated on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  February 20, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Order Denying Motion for Relief from Automatic Stay – Page _ of 6    **F 4001-10.DENY**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Jointly Administered Debtors in Possession. | CASE NUMBER 8:08-bk-17206-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

BY NEF

- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Dan E Chambers    dchambers@rutan.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Richard W Esterkin    resterkin@morganlewis.com
- Alan J Friedman    afriedman@irell.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michelle Hribar    mhribar@rutan.com
- Peter W Lianides    pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- William D Schuster    bills@allieschuster.org
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach    jwallach@bergerkahn.com

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**