EXHIBIT A

SUMMARY OF REAL ESTATE SCHEDULES AND
2008 REAL PROPERTY TAXES DUE FROM DEBTOR
ON ITS GARFIELD COUNTY, COLORADO PROPERTIES

| Schedule A Property Description | Address | Garfield County Account Number | 2008 Taxes Payable in 2009 | Interest Accrued thru September 30, 2009 | 2009 Est. Tax Payable in 2010 | Assessor's Est. Actual Value |
|---|---|---|---|---|---|---|
| Golf Course | | R041513 | $ 23,533.20 | $ 1,176.66 | $ 13,548.93 | $ 771,460.00 |
| Golf Course | | R041514 | $ 10,783.08 | $ 539.15 | $ 5,878.75 | $ 334,740.00 |
| Golf Course | | R041515 | $ 5,830.92 | $ 291.55 | $ 3,196.79 | $ 170,450.00 |
| Golf Course | | R041516 | $ 5,772.76 | $ 288.64 | $ 3,286.70 | $ 187,120.00 |
| Golf Course | | R041517 | $ 5,419.68 | $ 270.98 | $ 2,968.14 | $ 168,980.00 |
| Golf Course | | R041518 | $ 17,915.44 | $ 895.77 | $ 7,578.73 | $ 431,510.00 |
| Golf Course | | R041519 | $ 43,840.24 | $ 2,192.01 | $ 23,463.54 | $ 1,335,950.00 |
| Lot 68; Phase II | 1198 River Bend Way | R043452 | $ 3,943.12 | $ 197.16 | $ 6,176.92 | $ 329,330.00 |
| Lot 70; Phase II | 1126 River Bend Way | R043454 | $ 6,691.72 | $ 334.59 | $ 7,334.56 | $ 391,080.00 |
| Lot 80; Phase II | 1102 River Bend Way | R043464 | $ 6,691.72 | $ 334.59 | $ 7,334.56 | $ 391,080.00 |
| Lot 86; Phase II | 296 River Bank Ln | R043340 | $ 6,691.72 | $ 334.59 | $ 6,176.92 | $ 329,330.00 |
| Lot 89; Phase II | 224 River Bank Ln | R043343 | $ 6,691.72 | $ 334.59 | $ 5,790.82 | $ 308,750.00 |
| Lot 71; Phase II | 1243 River Bend Way | R043455 | $ 2,182.08 | $ 109.10 | $ 2,316.59 | $ 123,500.00 |
| Lot 72; Phase II | 1219 River Bend Way | R043456 | $ 2,182.08 | $ 109.10 | $ 2,316.59 | $ 123,500.00 |
| Lot 74; Phase II | 1171 River Bend Way | R043458 | $ 2,182.08 | $ 109.10 | $ 2,316.59 | $ 123,500.00 |
| Lot 77; Phase II | 1099 River Bend Way | R043461 | $ 2,463.40 | $ 123.17 | $ 2,316.59 | $ 123,500.00 |
| Lot 78; Phase II | 1075 River Bend Way | R043462 | $ 2,463.40 | $ 123.17 | $ 2,316.59 | $ 123,500.00 |
| Lot 172; Phase II | 21 Bent Grass Drive | R043344 | $ 1,900.08 | $ 95.00 | $ 2,316.59 | $ 123,500.00 |
| Lot 247; Phase II | 958 River Bend Way | R043440 | $ 1,900.08 | $ 95.00 | $ 2,316.59 | $ 123,500.00 |
| Lot 248; Phase II | 982 River Bend Way | R043441 | $ 1,900.08 | $ 95.00 | $ 2,316.59 | $ 123,500.00 |
| Lot 251; Phase II | 28 Eagle Claw Cir | R043467 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 252; Phase II | 52 Eagle Claw Cir | R043468 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 253; Phase II | 76 Eagle Claw Cir | R043469 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 255; Phase II | 182 River Vista | R043471 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 256; Phase II | 206 River Vista | R043472 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 257; Phase II | 203 River Vista | R043473 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 258; Phase II | 179 River Vista | R043474 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 259; Phase II | 155 River Vista | R043475 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 261; Phase II | 107 River Vista | R043477 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 262; Phase II | 83 River Vista | R043478 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 263; Phase II | 59 River Vista | R043479 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 264; Phase II | 35 River Vista | R043480 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 265; Phase II | 11 River Vista | R043481 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 266; Phase II | 14 River Vista | R043482 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 267; Phase II | 38 River Vista | R043483 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 269; Phase II | 25 Eagle Claw | R043485 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 270; Phase II | 1 Eagle Claw | R043486 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |

| Lot | Address | Parcel | Amount 1 | Amount 2 | Amount 3 | Value |
|---|---|---|---|---|---|---|
| Lot 272; Phase II | 135 Blue Heron Vista | R043488 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 273; Phase II | 159 Blue Heron Vista | R043489 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 275; Phase II | 207 Blue Heron Vista | R043491 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 276; Phase II | 231 Blue Heron Vista | R043492 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 277; Phase II | 255 Blue Heron Vista | R043493 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 278; Phase II | 279 Blue Heron Vista | R043494 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 279; Phase II | 303 Blue Heron Vista | R043495 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 280; Phase II | 327 Blue Heron Vista | R043496 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 281; Phase II | 351 Blue Heron Vista | R043497 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 282; Phase II | 375 Blue Heron Vista | R043498 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 283; Phase II | 378 Blue Heron Vista | R043499 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 284; Phase II | 354 Blue Heron Vista | R043500 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 285; Phase II | 330 Blue Heron Vista | R043501 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 287; Phase II | 282 Blue Heron Vista | R043503 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 289; Phase II | 1291 River Bend Way | R043505 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 291; Phase II | 1339 River Bend Way | R043507 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 292; Phase II | 1363 River Bend Way | R043508 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 293; Phase II | 1387 River Bend Way | R043509 | $ 1,547.64 | $ 77.38 | $ 1,868.40 | $ 99,620.00 |
| Lot 294; Phase II | 1411 River Bend Way | R043510 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 295; Phase II | 1435 River Bend Way | R043511 | $ 1,618.12 | $ 80.91 | $ 1,868.40 | $ 99,620.00 |
| Lot 297; Phase II | 324 Fox Run Court | R043383 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 298; Phase II | 636 Fox Run Court | R043384 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 299; Phase II | 612 Fox Run Court | R043385 | $ 1,547.64 | $ 77.38 | $ 3,751.03 | $ 200,000.00 |
| Lot 300; Phase II | 588 Fox Run Court | R043386 | $ 1,547.64 | $ 77.38 | $ 3,751.03 | $ 200,000.00 |
| Lot 301; Phase II | 372 Fox Run Court | R043387 | $ 1,547.64 | $ 77.38 | $ 3,751.03 | $ 200,000.00 |
| Lot 302; Phase II | 348 Fox Run Court | R043388 | $ 1,547.64 | $ 77.38 | $ 3,751.03 | $ 200,000.00 |
| Lot 303; Phase II | 321 Fox Run Court | R043389 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 304; Phase II | 345 Fox Run Court | R043390 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 305; Phase II | 369 Fox Run Court | R043391 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 306; Phase II | 393 Fox Run Court | R043392 | $ 1,759.12 | $ 87.96 | $ 3,751.03 | $ 200,000.00 |
| Lot 307; Phase II | 417 Fox Run Court | R043393 | $ 1,759.12 | $ 87.96 | $ 3,751.03 | $ 200,000.00 |
| Lot 308; Phase II | 441 Fox Run Court | R043394 | $ 2,040.44 | $ 102.02 | $ 3,751.03 | $ 200,000.00 |
| Lot 309; Phase II | 465 Fox Run Court | R043395 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 310; Phase II | 489 Fox Run Court | R043396 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 311; Phase II | 513 Fox Run Court | R043397 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 312; Phase II | 537 Fox Run Court | R043398 | $ 1,759.12 | $ 87.96 | $ 3,751.03 | $ 200,000.00 |
| Lot 313; Phase II | 561 Fox Run Court | R043399 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 314; Phase II | 585 Fox Run Court | R043400 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 315; Phase II | 609 Fox Run Court | R043443 | $ 1,618.12 | $ 80.91 | $ 3,751.03 | $ 200,000.00 |
| Lot 316; Phase II | 316 Fox Run Court | R043444 | $ 1,759.12 | $ 87.96 | $ 3,751.03 | $ 200,000.00 |
| Future Lots 1-61, less Lots 9,12,16,17 & 26; Phase III | | R041511 | $ 33,975.96 | $ 1,698.80 | $ 42,470.11 | $ 2,264,450.00 |
| Future Lots 17 & 26; Phase III | | R060059 | | | | |
| Future Lots 17 & 26; Phase III | | | | | | |
| | | | $ 286,059.32 | $ 14,302.97 | $ 297,889.59 | $ 16,088,170.00 |

TOTAL DUE SEPTEMBER 30, 2009: $ 300,362.29
TOTAL EST. TAX DUE 2010: $ 297,889.59
TOTAL VALUE OF SECURITY: $ 16,088,170.00