EXHIBIT B

REAL ESTATE PROPERTY TAX NOTICE

Exhibit C

**REAL ESTATE PROPERTY TAX NOTICE**
2008 TAX DUE 2009

| | |
|---|---|
| ACCOUNT # | R043486 |
| PARCEL # | 239501329270 |
| TAX DISTRICT | 090 |
| | duplicate |

GEORGIA CHAMBERLAIN
TREASURER
P.O. Box 1069
Glenwood Springs, CO 81602-1069
www.garfield-county.com

Garfield County

| TAX AUTHORITY | TAX LEVY | TEMP TAX CREDIT | GENERAL TAX | VALUATION | ACTUAL | ASSESSED |
|---|---|---|---|---|---|---|
| GARFIELD COUNTY | 9.012 | | 215.67 | LAND | 82,510 | 23,980 |
| CARBONDALE FIRE | 5.956 | | 142.53 | | | |
| COLO RIVER WATER CONS | 0.253 | 0.054 | 4.76 | | | |
| WEST DIVIDE WATER CON | 0.173 | 0.173 | 1.19 | | | |
| SCHOOL DISTRICT RE-1 | -25.679 | | 614.30 | | | |
| COLORADO MTN COLLEGE | 3.997 | | 95.65 | | | |
| ROARING FORK WATER & SAN | 4.111 | | 98.38 | | | |
| GARFIELD ROAD & BRIDGE | 2.272 | | 54.36 | | | |
| GARFIELD HUMAN SERVICES | -0.199 | | 4.76 | | MESSAGES | |
| GARFIELD CAP EXPEND | 2.172 | | 51.98 | | | |
| SCHOOL DISTRICT RE-1 BOND | 8.263 | | 197.73 | **PROPERTY TAX EXEMPTION** | |
| CARBONDALE FIRE BOND | 1.738 | | 41.59 | (C.R.S. 39-3-203) | |
| GARFIELD COUNTY LIBRARY | 1.000 | | 23.93 | | |
| TOTAL | NET LEVY --> 64.673 | | 1,547.64 | | |

**Senior Exemption** Qualifying taxpayers must be at least 65 years old on
Jan. 1st of the year the application is filed and must have owned and lived
in their home for at least 10 years. Taxpayers who qualify for exemption on
Jan. 1, 2009, and are not yet approved, may file an application with the
Assessor by July 15, 2009, (970) 945-9134.

GRAND TOTAL   1,547.64

**Disabled Veterans Exemption** To request applications please contact the
Colorado Department of Military and Veterans Affairs at (303) 349-1268.

**PROPERTY TAX DEFERRALS**
(C.R.S. 39-3.5-102)

SB 25 - In absence of State Legislative Funding,
your School General Fund Levy would have been 33.077

**Seniors and Active Military** For applications please contact the Treasurer
at (970) 945-5382.

| LEGAL DESCRIPTION OF PROPERTY | Unpaid prior year taxes: |
|---|---|

SECT,TWN,RNG:1-7-89 SUB:IRONBRIDGE PUD, PHASE II, FILING 1, 2 & 3  LOT:270 PRE:R041508
BK:1596 PG:871 BK:1565 PG:600 BK:1560 PG:438  BK:1057 PG:0745 BK:1028 PG:76
BK:1028 PG:597 BK:1006 PG:743 BK:1822 PG:287  RECPT:702424 BK:1822 PG:283 RECPT:702422
BK:1822 PG:250 RECPT:702421 BK:1782 PG:269  RECPT:694479 BK:1782 PG:264 RECPT:694478
BK:1747 PG:1 RECPT:686745 BK:1218 PG:738  RECPT:572583 BK:1218 PG:715 RECPT:572582
BK:1217 PG:266 RECPT:572131 BK:1206 PG:852  RECPT:569200 BK:1206 PG:780 RECPT:569199
BK:1206 PG:768 RECPT:569197 BK:1206 PG:734  RECPT:569195 BK:1206 PG:662 RECPT:569194
BK:1206 PG:637 RECPT:569192 BK:1206 PG:629  RECPT:569191 BK:1206 PG:574 RECPT:569190
BK:1063 PG:0578 BK:1063 PG:0571
PROPERTY LOCATION: 000001 EAGLE CLAW CIR GLENWOOD SPRINGS 81601

| PAYMENT | DUE DATE | AMOUNT |
|---|---|---|
| FIRST HALF | MAR 02, 2009 | 773.82 |
| SECOND HALF | JUN 15, 2009 | 773.82 |
| FULL PAYMENT | APR 30, 2009 | 1,547.64 |

Make Checks Payable To:
**GARFIELD COUNTY TREASURER**

LB ROSE RANCH LLC - R043486

POST DATED CHECKS ARE NOT ACCEPTED

1007 WESTBANK ROAD
GLENWOOD SPRINGS, CO 81601

DO NOT PAY THIS BILL IF YOUR MORTGAGE
COMPANY WILL MAKE THIS PAYMENT.

SEE ADDITIONAL IMPORTANT INFORMATION
ON BACK OF THIS NOTICE.

---

RETAIN TOP PORTION FOR YOUR RECORDS

The Treasurer's Office is required by law to send the tax notice to the owner of record.
IF YOUR TAXES ARE PAID BY A MORTGAGE COMPANY,
KEEP THIS NOTICE FOR YOUR RECORDS.

2008 TAX DUE 2009  Garfield County

Unpaid prior year taxes:
Contact Treasurer's Office immediately if a number appears in this box.

TAX PAYMENT MUST BE POSTMARKED BY DUE DATE

RETURN THIS COUPON FOR SECOND HALF PAYMENTS

Your cancelled check is
your best receipt and saves
you tax dollars.

**2nd Half Coupon**   **2**

**\*R043486Z\***

Return this coupon with payment to:
GARFIELD COUNTY TREASURER
P.O. BOX 1069
GLENWOOD SPRINGS, CO 81602-1069

ACCOUNT NUMBER
R043486

IS YOUR ADDRESS CORRECT?
☐ Check this box for address correction and make changes below.

LB ROSE RANCH LLC - R043486

PROPERTY
OWNER
OF
RECORD

1007 WESTBANK ROAD
GLENWOOD SPRINGS, CO 81601

SECOND HALF DUE BY JUN 15, 2009   773.82

00000001b0434862 00000773820 000000000009

---

The Treasurer's Office is required by law to send the tax notice to the owner of record.
IF YOUR TAXES ARE PAID BY A MORTGAGE COMPANY,
KEEP THIS NOTICE FOR YOUR RECORDS.

2008 TAX DUE 2009  Garfield County

Unpaid prior year taxes:
Contact Treasurer's Office immediately if a number appears in this box.

TAX PAYMENT MUST BE POSTMARKED BY DUE DATE

RETURN THIS COUPON WITH FIRST HALF OR FULL PAYMENTS

Your cancelled check is
your best receipt and saves
you tax dollars.

**Full Payment or 1st Half Coupon**   **1**

**\*R043486Y\***

Return this coupon with payment to:
GARFIELD COUNTY TREASURER
P.O. BOX 1069
GLENWOOD SPRINGS, CO 81602-1069

ACCOUNT NUMBER
R043486

IS YOUR ADDRESS CORRECT?
☐ Check this box for address correction and make changes below.

LB ROSE RANCH LLC - R043486

FIRST HALF DUE BY MAR 02, 2009 ☐   773.82

PROPERTY
OWNER
OF
RECORD

1007 WESTBANK ROAD
GLENWOOD SPRINGS, CO 81601

FULL AMOUNT DUE BY APR 30, 2009 ☐   1,547.64

00000001b0434862 00000773820 000015476459

Georgia Chamberlain, Treasurer and Public Trustee     www.garfield-county.com

## WHERE TO PAY

**GLENWOOD SPRINGS**

- **GARFIELD COUNTY COURTHOUSE**
  Treasurer's Office
  109 8th Street, Suite 204
  Glenwood Springs, CO 81601
  Office hours: M-F, 8:30 – 5:00
  Phone (970) 945-6382 • FAX (970) 384-5010
- **DROP BOX** South side of Courthouse

**RIFLE**

- **GARFIELD COUNTY ANNEX**
  144 East Third Street
  Rifle, CO 81650
  (970) 625-0928

**BY MAIL**
  P.O. Box 1069
  Glenwood Springs, CO 81602-1069

**BY CREDIT CARD**
  ◦ Call 970-945-6382 for Instructions
  ◦ Additional fees of approximately 3% are incurred
    for using these services

---

**ASSESSOR:** (970) 945-9134
Name changes, property valuation, exemptions, ownership.

## ABOUT DEADLINES

- **HALF TAX PAYMENT OPTION:**
  First Half Deadline – February 29th
  Second Half Deadline – June 16th
  OR
- **FULL TAX PAYMENT OPTION:**
  Deadline – April 30th.

## ABOUT LATE PAYMENTS

- Delinquent interest on FIRST HALF TAX begins MARCH 1.
- Delinquent interest on SECOND HALF TAX begins JUNE 17.
- Delinquent interest on FULL TAX begins MAY 1.

## AS OF JUNE 17

- All taxes become officially delinquent.
- **CERTIFIED FUNDS ARE REQUIRED AS OF SEPTEMBER 1.**
- Advertising, extra fees, and other legal collection actions may occur.


printed on recycled paper

---

1 mill = $1 of tax for each $1000 in assessed valuation. Residential property is assessed at 7.96% of its actual value. Commercial and all other property is assessed at 29%.

## GENERAL INFORMATION

- Failure to receive a tax notice does not invalidate the owner's responsibility to or liability of paying taxes on time or relieve them from paying the interest due.
- Your cancelled check is a valid receipt.
- Your schedule number is important for making property tax inquiries.
- Second half tax notices will NOT be mailed.

**YOU AND YOUR MORTGAGE COMPANY**

- Check with your mortgage company to determine who will make the tax payment.
- Tax statements are always mailed to the property owner.

**BUSINESS EQUIPMENT / PERSONAL PROPERTY**

- As of January 1st, business equipment is taxed for an entire year no matter how many days the business is in operation.
- When a business closes, taxes must be paid for the current tax year (shown on the bill), as well as the current calendar year. Call for amounts.
- Non-payment of these taxes by October 1st subjects the property to possible distraint, seizure, and sale.

**MANUFACTURED / MOBILE HOME OWNERS**

- Manufactured / mobile homes are taxed for the ENTIRE year. Remember to settle prorated taxes when buying or selling. The assessor's office can provide figures.
- In compliance with C.R.S. 39-10-103(1)(a), the following notice pertaining to manufactured / mobile homes is hereby given: THIS PROPERTY SHALL NOT BE MOVED WITHOUT A VALID PERMIT OR PRORATED TAX RECEIPT AND A TRANSPORTABLE MANUFACTURED HOME PERMIT FROM THE COUNTY TREASURER'S OFFICE. VIOLATORS WILL BE PROSECUTED. (CRS 42-4-510)

### DELINQUENT INTEREST CHARGE (AMOUNTS SET BY LAW)

| DEADLINE ⇒ | February 29th | June 16th | April 30th | April 30th |
|---|---|---|---|---|
| MONTH PAID | HALF TAX OPTION | | FULL TAX OPTION | TOTAL LESS THAN $25.00 |
| | 1ST | 2ND | | |
| March | 1% | ——— | | |
| April | 2% | ——— | | |
| May | 3% | ——— | 1% | 1% |
| June 1-16 | 4% | ——— | 2% | 2% |
| June 17-30 | 4% | 1% | 2% | 2% |
| July | 5% | 2% | 3% | 3% |
| August | 6% | 3% | 4% | 4% |
| September | 7% | 4% | 5% | 5% |
| October | 8% | 5% | 6% | 6% |
| November | 9% | 6% | 7% | 7% |
| December | 10% | 7% | 8% | 8% |

* Delinquent interest charge each MONTH. Late payments made any day of the month will be charged interest for the ENTIRE MONTH, C.R.S. 39-10-104-5(5).