EXHIBIT C

DELINQUENT TAX NOTICE

| 09/16/09 02:27PM | **DELINQUENT TAX NOTICE** | Bill #:1 Page: 1 |
|---|---|---|

ACCOUNT NO: R043486  
ASSESSED TO:  
LB ROSE RANCH LLC  

GARFIELD COUNTY TREASURER  
GEORGIA CHAMBERLAIN  
P. O. Box 1069  

1007 WESTBANK ROAD  
GLENWOOD SPRINGS, CO 81601  

Glenwood Springs, CO 81602-1069  
(970) 945-6382  

**LEGAL DESCRIPTION:**  
SECT,TWN,RNG:1-7-89 SUB:IRONBRIDGE PUD, PHASE II, FILING 1, 2 & 3 LOT:270 PRE:R041508  
BK:1596 PG:871 BK:1565 PG:600 BK:1560 PG:438 BK:1560 PG:431 BK:1057 PG:0745 BK:1028 PG:768  
BK:1028 PG:597 BK:1006 PG:743 BK:1822 PG:287 RECPT:702424 BK:1822 PG:283 RECPT:702422  
BK:1822 PG:250 RECPT:702421 BK:1782 PG:269 RECPT:694479 BK:1782 PG:264 RECPT:694478  
BK:1747 PG:1 RECPT:686745 BK:1218 PG:738 RECPT:572583 BK:1218 PG:715 RECPT:572582 BK:1217  
PG:266 RECPT:572131 BK:1206 PG:852 RECPT:569200 BK:1206 PG:780 RECPT:569199 BK:1206  
PG:768 RECPT:569197 BK:1206 PG:734 RECPT:569195 BK:1206 PG:662 RECPT:569194 BK:1206  
PG:637 RECPT:569192 BK:1206 PG:629 RECPT:569191 BK:1206 PG:574 RECPT:569190 BK:1063  
PG:0578 BK:1063 PG:0571  
PARCEL: 239501329270   SITUS ADD:    000001 EAGLE CLAW CIR GLENWOOD SPRINGS  

| TAX YEAR | CHARGE | TAX AMOUNT | INTEREST | PEN,FEES | PAID | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2008 | TAX | 1,547.64 | 46.43 | 0.00 | 0.00 | 1,594.07 |
|  | TOTAL TAXES |  |  |  |  | 1,594.07 |

**GRAND TOTAL DUE AS OF 07/31/2009**                                                                1,594.07

PURSUANT C.R.S. 39-11-101, IF TAXES ARE NOT PAID THEY WILL BE SOLD AT THE  
ANNUAL TAX LIEN SALE ON NOVEMBER 19, 2009.

THIS BILL DOES NOT REFLECT TAX PAYMENTS RECEIVED AFTER AUGUST 1, 2009.  
ALL UNPAID TAXES WILL BE ADVERTISED IN THE NEWSPAPER AS DELINQUENT  
PRIOR TO OUR ANNUAL TAX LIEN SALE.

FRIENDLY REMINDER, IF YOU FEEL YOU HAVE RECEIVED THIS TAX BILL IN ERROR  
PLEASE CALL OUR OFFICE AT 970-945-6382

-------------------------------DETACH HERE-------------------------------

## DELINQUENT TAX NOTICE

☐ If you want a receipt, please check this box.

☐ Check this box for address correction. Make changes below.

LB ROSE RANCH LLC  
1007 WESTBANK ROAD  
GLENWOOD SPRINGS, CO 81601

## REMITTANCE COUPON

**MAKE CHECKS PAYABLE TO:**  
GARFIELD COUNTY TREASURER  
GEORGIA CHAMBERLAIN  
P. O. BOX 1069  

GLENWOOD SPRINGS, CO 81602-1069

R043486   ACCOUNT NO: R043486  
TAX AMOUNT DUE:    1,594.07  
PAYMENT DUE BY: 07/31/2009

0000000180434862 000000000000 000015940769