GARFIELD COUNTY ATTORNEY  
108 8th Street, Suite 219  
Glenwood Springs, CO  81601  
Telephone:  (970) 945-9150  
Facsimile:  (970) 384-5005  
Deborah Quinn, Assistant Garfield County Attorney  
Attorneys for Movant  
Garfield County (Colorado) Treasurer

Hearing Date and Time  
October 14, 2009 @ 10:00 a.m

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

---------------------------------------------------------------

**NOTICE OF GARFIELD COUNTY TREASURER'S MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR, (II) IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY AS APPLIED TO TAXES DUE FROM DEBTOR LB ROSE RANCH, LLC**

**PLEASE TAKE NOTICE** that a hearing on the annexed Motion of the Garfield County (Colorado) Treasurer ("Movant") for (i) a determination that the automatic stay does not apply to Colorado statutory procedures for a tax lien sale, or (ii) in the alternative, relief from the automatic stay to pursue statutory remedies, as to Debtor LB Rose Ranch, LLC's real property located in Garfield County, Colorado ("Motion"), all as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge in the Courtroom located in the United States Bankruptcy Court Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 (the "Bankruptcy Court"), on October 14, 2009 at 10:00 a.m. (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief herein requested shall be: (a) in writing, stating the name of the objecting party and shall state with particularity the reasons for the objection; (b) filed with the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 (with a courtesy copy to Judge Peck's Chambers) in accordance with the procedures in the paragraph immediately below; and (c) served upon the undersigned counsel for Movant so as to be received no later than three (3) days prior to the return date and upon any other person whose interest would be affected if the objection is sustained.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be filed (a) through the Bankruptcy Court's electronic filing system; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette with either Word, WordPerfect, or DOS text (ASCII) format to the Clerk of the Bankruptcy Court with a label containing the information contained in section (b) of this paragraph. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that the Hearing to consider the Motion may be adjourned from time to time, without further notice to the parties in interest, other than the announcement of the adjourned date or dates.

DATED September 17, 2009.
Glenwood Springs, Colorado.

        OFFICE OF THE COUNTY ATTORNEY
        OF GARFIELD COUNTY, COLORADO

        <u>/s/ Deborah Quinn, original signature on file</u>
        Deborah Quinn
        Assistant Garfield County Attorney
        108 8th Street, Suite 219
        Glenwood Springs, CO  81601
        (970) 945-9150
        E-mail: dquinn@garfield-county.com
        ATTORNEY FOR GARFIELD COUNTY
        (COLORADO) TREASURER