UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x

# ORDER DENYING MOTION OF LANDWIRTSCHAFTLICHE RENTENBANK FOR ORDER PROVIDING FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion, dated August 14, 2009 (the "Motion") [Docket No. 4800], of Landwirtschaftliche Rentenbank ("Rentenbank") for an order providing for examination and production of documents by Lehman Brothers Holdings Inc. ("LBHI") and Lehman Brothers Special Financing Inc. ("LBSF, together with LBHI and their affiliated debtors in the above-referenced chapter 11 cases, the "Debtors") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and upon the Debtors' objection, dated September 11, 2009 (the "Objection") [Docket No. 5119], to the Motion; and upon the declaration of Matthew Shankland, dated September 11, 2009 (the "Declaration") [Docket No. 5120], in support of the Debtors' Objection; and upon the joinder of the Official Committee of Unsecured Creditors, dated September 11, 2009 (the "Joinder") [Docket No. 5125], to the Debtors' Objection; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and after due and proper notice; and a hearing having been held on September 15, 2009 to consider the relief requested in the Motion; it is hereby

ORDERED that the Motion is denied without prejudice.

Dated: New York, New York
September 17, 2009

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE