GARFIELD COUNTY ATTORNEY  
108 8th Street, Suite 219  
Glenwood Springs, CO 81601  
Telephone: (970) 945-9150  
Facsimile: (970) 384-5005  
Deborah Quinn, Assistant Garfield County Attorney  
Attorneys for Movant  
Garfield County (Colorado) Treasurer

Hearing Date and Time  
October 14, 2009 @ 10:00 a.m.

**IN THE UNITED STATES BANRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered |
| | ) | |

-----------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF COLORADO   )  
                    : ss  
COUNTY OF GARFIELD  )

      CAROLYN COTTRELL, being duly sworn, deposes and says:

      1.    I am employed by the Garfield County Attorney, located at 108 8th Street, Glenwood Springs, Colorado 81601. I am over the age of eighteen (18) and am not a party to the above-captioned action.

      2.    On September 17, 2009, the following documents were filed electronically with the United States Bankruptcy Court for the Southern District of New York: 1) **GARFIELD COUNTY TREASURER'S MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR (II) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY, AS APPLIED TO TAXES DUE FROM DEBTOR LB ROSE RANCH, LLC [DKT. 5208];** 2) **DECLARATION OF GEORGIA CHAMBERLAIN, GARFIELD COUNTY TREASURER, IN SUPPORT OF MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR (II) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY, AS APPLIED TO TAXES DUE FROM DEBTOR LB ROSE RANCH, LLC [DKT. 5210];** and 3) **NOTICE OF GARFIELD COUNTY TREASURER'S MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR (II) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY, AS APPLIED TO TAXES DUE FROM DEBTOR LB ROSE RANCH, LLC [DKT. 5211]** dated September 17, 2009.

      3.    In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on September 17, 2009, I placed a copy of the foregoing in overnight mail to the parties on the attached *Exhibit A* service list.

I certify that the forgoing statements made by me are true.

/s/ Carolyn Cottrell, original signature on file
Carolyn Cottrell
Legal Assistant

Sworn to before me this 17th day of September, 2009.

/s/ Alesha Frederick, original signature on file
Notary Public for the State of Colorado
Residing at Glenwood Springs, Colorado
My commission expires:  3/25/2013

2

**EXHIBIT A**
**SERVICE LIST**

The Chambers of the Hon. James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Shai Waisman, et al.
Weil Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, N Y 10017

Joshua Dorchak, et al.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Jerrold Bregman, et al.
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY  10178

Andy Velez- Rivera, et al.
The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, et al.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005