Anne M. Aaronson (AA1679)
Catherine G. Pappas
*Dilworth Paxson LLP*
1500 Market Street
Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter our appearance on behalf of Jeanes Hospital, Temple Health System Transport Team, Inc., Temple Physicians, Inc., Temple University Hospital, and Temple University Health Systems, Inc., for itself and as Agent in the above-captioned matter.

Dated: September 17, 2009         DILWORTH PAXSON LLP

                                  By: /s/ Anne M. Aaronson
                                      Anne M. Aaronson (AA 1679)
                                      Catherine G. Pappas
                                      1500 Market Street, Suite 3500E
                                      Philadelphia, Pennsylvania 19102-2101
                                      Telephone: (215) 575-7000
                                      Facsimile: (215) 575-7200
                                      aaaronson@dilworthlaw.com
                                      cpappas@dilworthlaw.com

825335_1