UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :

In re                                           :        Chapter 11 Case No.
                                               :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        08-13555 (JMP)
                                               :

                         Debtors.            :        (Jointly Administered)
                                               :
------------------------------------------------------------------x

### STIPULATION, AGREEMENT, AND ORDER BETWEEN LEHMAN BROTHERS SPECIAL FINANCING INC. AND MEG ENERGY CORPORATION REGARDING ASSUMPTION OF SWAP AGREEMENT

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Lehman Brothers Special Financing Inc. ("LBSF") as debtor and debtor-in-possession and MEG Energy Corp. ("MEG") hereby enter into this stipulation, agreement, and agreed order (the "Stipulation") and agree as follows:

**RECITALS**

        A.    On April 18, 2006, LBSF and MEG entered into a 1992 ISDA Master Agreement and a schedule thereto (together, the "ISDA Agreement"). On April 11, 2006 and October 13, 2007, LBSF and MEG entered into four (4) trade confirmations to document trades under the ISDA Agreement (such trade confirmations, together with the ISDA Agreement and all other documents entered into in connection therewith, the "Agreement"). Pursuant to the terms of the Agreement, Lehman Brothers Holdings Inc. ("LBHI") guaranteed LBSF's obligations under the Agreement.

        B.    Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries (collectively, the

"Debtors") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  LBSF commenced its chapter 11 case on October 3, 2008.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   C. The commencement of the chapter 11 cases by LBHI and LBSF constituted events of default under the Agreement.

   D. On August 31, 2009, LBSF filed with this Court a motion to assume the Agreement [docket no. 5012] (the "Motion").

   E. LBSF and MEG have negotiated terms pursuant to which LBSF will assume the Agreement pursuant to section 365 of the Bankruptcy Code.

**AGREEMENT:**

   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the LBSF and MEG, through their undersigned counsel, that:

   1. This Stipulation shall be effective upon its entry by the Court (the time of such entry shall be referred to herein as the "Effective Time"), and shall have no force or effect prior to the Effective Time.

   2. Within three (3) business days after the Effective Time, MEG shall pay LBSF via wire transfer of immediately available funds the amount of $9,792,963.93 (the "Payment").

2

3. As soon as is reasonably practicable after the Payment, LBSF shall purchase a rate cap that will generate cash flows equal to any payments that LBSF may be required to make under the Agreement after the date hereof.

4. Upon the Payment, all defaults, events of default, and early termination events in existence as of the Effective Time with respect to MEG pursuant to the Agreement, if any, shall be deemed cured.

5. Upon the Effective Time, (i) LBSF shall be deemed to have withdrawn the Motion and assumed the Agreement pursuant to section 365 of the Bankruptcy Code and (ii) all defaults, events of default, and early termination events in existence as of the Effective Time with respect to LBSF or LBHI pursuant to the Agreement, including all defaults, events of default, or early termination events resulting from the commencement of the chapter 11 cases of LBSF and LBHI and/or the financial condition of LBSF or LBHI, shall be deemed cured.

6. Upon the Effective Time, the Agreement shall be deemed amended to eliminate the guaranty of the Agreement by LBHI. Without limiting the foregoing, from and after the Effective Time, no defaults, events of default, or early termination events may arise under the Agreement as a result of any action or in action by LBHI or any event relating to LBHI and MEG shall have no claims of any nature or priority against LBHI in respect of the Agreement.

7. Except as provided in paragraphs 4, 5, and 6 hereof, nothing in this Stipulation shall be deemed to cure any defaults, events of default, or early termination events that arise after the Effective Time with respect to LBSF or after the Payment with respect to MEG.

8. Any claims of MEG that arise after the Effective Time pursuant to the Agreement shall be postpetition administrative expense claims against LBSF pursuant to section 503(b) of the Bankruptcy Code.

9. This Stipulation can be amended, superseded, terminated, or otherwise modified only by a signed writing executed by LBSF and MEG.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, electronic copies, or facsimiles signed by LBSF and MEG.

11. This Stipulation shall inure to the benefit of, and shall be binding upon, the parties hereto and their respective successors and assigns.

12. This Stipulation shall be governed by the laws of the State of New York, without regard to the application of New York's conflict of law principles.

Dated: September 9, 2009
New York, New York

/s/ Mark A. Broude
Mark A. Broude

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for MEG Energy Corp.

/s/ Robert J. Lemons
Robert J. Lemons

WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**SO ORDERED:**

Dated: New York, New York
       September 17, 2009

                                        *s/ James M. Peck*
                                  UNITED STATES BANKRUPTCY JUDGE

5