UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Lance Mulhern, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Vinson & Elkins LLP, 666 Fifth Avenue, Floor 26, New York, NY 10103-0040.

2) On September 17, 2009, I caused to be served a true and accurate copy of the *Declaration of Isomi Suzuki and Sur-Reply of Shinsei Bank to Debtors' Motion for an Order Enforcing the Automatic Stay and Holding Shinsei Bank in Contempt* and exhibits thereto via hand delivery on the parties listed on the attached Exhibit A.

/s/ Lance Mulhern
Lance Mulhern

Sworn to before me this
17th day of September, 2009

/s/ Debra Diaz
Debra Diaz
Notary Public – State of New York
No. 01DI6190310
Qualified in Kings County
Commission Expires 07/21/2012

US 80270v.1

## Exhibit A

Bankruptcy Court Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004
Attn: Honorable James M. Peck

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Sunny Singh, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

DEL 86,277,892v1