UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

Debtor.
-------------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF APPEARANCE AND
### DEMAND FOR ELECTRONIC SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Martha Chilton Mueller hereby appears by and through its counsel, SilvermanAcampora LLP, and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case, be given to and served upon the undersigned, at the address set forth below:

**SILVERMANACAMPORA LLP**
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 470-6300
Attn: Ronald J. Friedman
RFriedman@SilvermanAcampora.com

**PLEASE TAKE FURTHER NOTICE**, that under Bankruptcy Code §1109(b), the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or facsimile which affect or seek to affect in any way the Debtor or its property or proceeds in which the Debtor, may claim an interest.

Dated: Jericho, New York
      September 17, 2009

**SILVERMANACAMPORA LLP**
Attorneys for Martha Chilton Mueller

By:    *s/ Ronald J. Friedman*
    Ronald J. Friedman
    A Member of the Firm
    100 Jericho Quadrangle, Suite 300
    Jericho, New York 11753
    (516) 479-6300

AN/D292148v/F011111