**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
:
            **Debtors.**         :        **(Jointly Administered)**
:
------------------------------------------------------------------------x     **Ref. Docket No. 5181**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 17, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Christopher Simco
Sworn to before me this                    Christopher Simco
18th day of September, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SOLENT CREDIT OPPORTUNITIES MASTER FUND              SOLENT CREDIT OPPORTUNITIES MASTER FUND
     PO BOX 309GT                                         TIM GLEDHILL/JERRY DE MELO
     UGLAND HOUSE, SOUTH CHURCH STREET                    SOLENT CAPITAL PARTNERS LLP
     GEORGE TOWN                                          30 CHARLES II STREET
     GRAND CAYMAN                                         LONDON SW1Y 4AE UK
     CAYMAN ISLANDS

Please note that your claim # 11315 in the above referenced case and in the amount of
     $720,000.00          has been transferred **(unless previously expunged by court order)**

     SPCP GROUP, L.L.C.
     TRANSFEROR: SOLENT CREDIT OPPORTUNITIES MASTER FUND
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5181      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/17/2009                        Vito Genna, Clerk of Court

                                        /s/ Christopher Simco

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 17, 2009.

**EXHIBIT "B"**

TIME: 16:36:57
DATE: 09/17/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| SOLENT CREDIT OPPORTUNITIES MASTER FUND | PO BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN  CAYMAN ISLANDS |
| SOLENT CREDIT OPPORTUNITIES MASTER FUND | TIM GLEDHILL/JERRY DE MELO SOLENT CAPITAL PARTNERS LLP 30 CHARLES II STREET LONDON  SW1Y 4AE UK |
| SFCF GROUP, L.L.C. | TRANSFEROR: SOLENT CREDIT OPPORTUNITIES MASTER FUND ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153