**SILVERMANACAMPORA LLP**
Attorneys for Martha Chilton Mueller.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Jay S. Hellman, Esq.
Katina Brountzas, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

     LEHMAN BROTHERS HOLDING INC., *et al.*    Case No. 08-13555 (JMP)

                                                                  (Jointly Administered)
                                    Debtor.
-------------------------------------------------------------------X   **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

     **MICHELE MCCANN,** being duly sworn, deposes and says:

     Deponent is not a party to the action, is over 18 years of age and resides in Valley Stream, New York.

     On September 18, 2009, deponent served the:

- **Notice of Appearance and Demand for Electronic Service of Papers**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY 10017

Diane Harvey
Harvey R. Miller
Jacqueline Marcus
Ralph I. Miller
Shai Waisman
Weil Gotshal & Manges LLP

MM/D292281v/F011111

767 Fifth Avenue
New York, NY 10153

Jerrold Lyle Bregman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Lynn P. Harrison, III
Steven J. Reisman
Curtis, Mallet-Prevost, Colt
& Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Gregg I. Weiner
Fried, Frank, Harris, Shriver
& Jacobson
One New York Plaza
New York, NY 10004

James W. Giddens, as Trustee for the
SIPA Liquidation of Lehman Brothers Inc.
c/o Hughes Hubbard & Reed LLP
Christopher K. Kiplok
Jeffrey S. Margolin
Neil J. Oxford
Sarah K. Loomis Cave
William R. Maguire
One Battery Park Plaza
New York, NY 10004

D. Sam Anderson
Bernstein Shur Sawyer
& Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Milbank, Tweed, Hadley

& McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Robert K. Dakis
Quinn Emanuel Urquhart Oliver
& Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010

                                               *s/Michele McCann*
                                                MICHELE MCCANN

| | |
|---|---|
| Sworn to before me this | CHRISTINE D'AQUILA |
| 18th day of September, 2009 | NOTARY PUBLIC, State of New York |
| | No.30-4875643 |
| *s/Christine D'Aquilla* | Qualified in Nassau County |
| Notary Public | Commission Expires November 3, 2010 |