**DEUTSCHE BÖRSE**

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

September 18, 2009

**Withdrawal of Proof of Claim/Claim Number 1323**

Dear Sir or Madam,

With letter dated from December 10, 2008 Deutsche Börse AG sent its Proof of Claim and the documents requested under no. 7 of the provided form.

Please note that Deutsche Börse AG herewith withdraws this Proof of Claim.

Yours faithfully,

Dr. Cord Gebhardt          Dr. Daniel Mirtschink

Deutsche Börse AG

Markets and Regulatory

Neue Börsenstraße 1
60487 Frankfurt/Main

Mailing address
60485 Frankfurt/Main

Phone
+49-(0) 69-2 11-15464

Fax
+49-(0) 69-2 11-13801

Internet
deutsche-boerse.com

E-mail
daniel.mirtschink@
deutsche-boerse.com

Chairman of the
Supervisory Board
Dr. Manfred Gentz

Executive Board
Reto Francioni
(Chief Executive Officer)
Andreas Preuß
(Deputy Chief Executive Officer)
Frank Gerstenschläger
Michael Kuhn
Jeffrey Tessler

Aktiengesellschaft
mit Sitz in
Frankfurt/Main
HRB Nr. 32232
Amtsgericht
Frankfurt/Main



PLEASE ATTACH COMPLETED AIRWAY!

Please ensure necessary documentation is complete, and you...

EASYSHIP/
CUSTOMER
INFORMATION

OR

DHL
PRODUCT: XYZ
DESTINATION: ZYX
AWB: 0123456789
01 of 01  ORIGIN: XYZ

DOX

Von/From: Williams Lea Inhouse Solutions GmbH
Deutsche Börse AG
Neue Börsenstr. 1
60487 Frankfurt
GERMANY

Tel: 069-2111848
Origin: FRA

An/To: Lehman Brothers Holdings Proc. c/o Epiq
Bankruptcy Solutions LLC
FDR Station, P.O.Box 5076
10150 New York
UNITED STATES OF AMERICA

Tel:

RECEIVED SEP 21 2009

Tag/Day  Zeit/Time

TSS

Shipment No: 964 7185 892
Customer No: 141347686
Senders Reference: Sabine Dietrich

Airwaybill: 964 7185 892
(not negotiable)

1/1

Description: docs
Service:
Imp/Exp Type:
Weight: 0,500 kg
Date: 18.09.2009