# Exhibit B

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2008011300020001001E831C |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 2 |
|---|---|---|
| **Document ID:** 2008011300020001 | **Document Date:** 12-27-2007 | **Preparation Date:** 01-13-2008 |
| **Document Type:** ASSIGNMENT, MORTGAGE | | |
| **Document Page Count:** 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>dreyes@webtitle.us | SHAPIRO & DICARO, LLP<br>250 MILE CROSSING BLVD<br>SUITE ONE<br>ROCHESTER, NY 14624<br>S&D # 07-63083 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1672 | 24 | Entire Lot | 570A MACON STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN: 2005000673059

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| OPTION ONE MORTGAGE CORPORATION<br>3 ADA<br>IRVINE, CA 92618 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    01-17-2008 15:32
City Register File No.(CRFN):
2008000023894

*City Register Official Signature*


JAN 16 2008

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2008011300020001001E831C |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 2

Document ID: 2008011300020001   Document Date: 12-27-2007   Preparation Date: 01-13-2008
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 1

| PRESENTER: | RETURN TO: |
|---|---|
| WEB TITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY  14614<br>585-454-4770<br>dreyes@webtitle.us | SHAPIRO & DICARO, LLP<br>250 MILE CROSSING BLVD<br>SUITE ONE<br>ROCHESTER, NY  14624<br>S&D # 07-63083 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1672 | 24 | Entire Lot | 570A MACON STREET |

Property Type: DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN: 2005000673059

**PARTIES**

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| OPTION ONE MORTGAGE CORPORATION<br>3 ADA<br>IRVINE, CA  92618 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL  32256 |

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

S&D # 07-63083

Block 1672 Lot 24

## ASSIGNMENT OF MORTGAGE

KNOW THAT

**Option One Mortgage Corporation**, a corporation, organized and existing under the laws of the United States of America, having an office at 3 Ada, Irvine, CA 92618, Assignor,

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

**Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation 2006-OPT3 Mortgage Pass-Through Certificates, Series 2006-OPT3,** having an office at c/o 7255 Baymeadows Way, Jacksonville, FL 32256, Assignee,

hereby assigns unto the assignee, a certain Mortgage dated October 27, 2005 made by Nneka Amobi-Onyiuke to Option One Mortgage Corporation in the principal sum of $600,000.00 and recorded in the Kings County Office of the City Register on December 6, 2005 in CRFN: 2005000673059.

This mortgaged premises are known as 570 A Macon Street, Brooklyn, NY 11233

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment, the ___ day of _____ in the year 2007.

Option One Mortgage Corporation

BY: _____
Josh Lade / Assistant Secretary

STATE OF MN )
                    )ss
COUNTY OF Dakota )

On the ___ day of ___ in the year ___ before me, the undersigned, a Notary Public in and for said State, personally appeared ___Josh Lade___, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Sworn to before me this

___ day of December, 2007

_____
Notary Public

RECORD & RETURN TO:
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

Matthew Allen Banaszewski
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011