# Exhibit C

**First American
Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# Title No. 10070456

## MORTGAGE FORECLOSURE CERTIFICATE – Amended 1

| | |
|---|---|
| CERTIFIES TO: | **National Default Title Services, a Division of First American Corporation** |
| Client Ref. No.: | **NDS-3799437 / 07-63083** |
| Premises: | **570 A Macon Street    Brooklyn, NY 11233**    County: **Kings** |
| Tax Map/Parcel ID No.: | **Block: 1672  Lot: 24** |

That a search has been made against the premises described in Schedule "A" to the date hereof, and title to said premises is vested of record in **Nneka Amobi-Onyiuke**

Current Deed:

| | |
|---|---|
| Grantor: | Doroty Louis |
| Grantee: | Nneka Amobi-Onyiuke |
| Dated: | October 27, 2005    Recorded:    December 6, 2005 |
| CRFN: | 2005000673058 |

Prior Chain of Title: **See Attached**

This certificate includes appended schedules, as follows:

| | |
|---|---|
| Schedule A | Description of Mortgaged Premises |
| Schedule B | Mortgages and Assignments of Record |
| Schedule C | Necessary Parties Defendant |
| Schedule D | Exceptions, Objections and Other Information |
| Schedule E | Tax Search |

Certified as of **September 14, 2007**
Continued as of **June 6, 2008**

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# Title No. 10070456

## PRIOR CHAIN OF TITLE INFORMATION

Prior Bargain and Sale Deed:

| | | | |
|---|---|---|---|
| Grantor: | Patrick Martinez | | |
| Grantee: | Doroty Louis | | |
| Dated: | October 27, 2004 | Recorded: | January 20, 2005 |
| CRFN: | 2005000037924 | | |

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE A

# DESCRIPTION OF MORTGAGED PREMISES

Title No. 10070456

ALL that certain plot, piece or parcel of land situate lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows;

BEGINNING at a point on the southerly side of Macon Street, distant 338 feet 8 inches easterly from the corner formed by the intersection of the southerly side of Macon Street with the easterly side of Macon X Boulevard;

RUNNING THENCE southerly parallel with Malcom X Boulevard and part of the distance through a party wall, 100 feet;

THENCE easterly parallel with Macon Street, 18 feet 4 inches;

THENCE northerly parallel with Malcom X Boulevard and part of the distance through a party wall 100 feet to the northerly side of Macon Street;

THENCE Westerly along the southerly side of Macon Street 18 feet 4 inches to the point or place of BEGINNING.

*First American Title Insurance Company*
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE B

## MORTGAGES AND ASSIGNMENTS OF RECORD

**Title No. 10070456**

## MORTGAGE TO BE FORECLOSED

### ONE

| | |
|---|---|
| Mortgagor: | Nneka Amobi-Onyiuke |
| Mortgagee: | Option One Mortgage Corporation, a California Corporation |
| Amount: | $600,000.00 |
| Dated: | October 27, 2005 |
| Recorded: | December 6, 2005 |
| CRFN: | 2005000673059 |

**Assignment of Mortgage:**

| | |
|---|---|
| Assignor: | Option One Mortgage Corporation |
| Assignee: | Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation 2006-OPT3 Mortgage Pass-Through Certificates, Series 2006-OPT3 |
| Dated: | December 27, 2007 |
| Recorded: | January 17, 2008 |
| CRFN: | 2008000023894 |

**First American Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE B - CONTINUED

## MORTGAGES AND ASSIGNMENTS OF RECORD

**Title No. 10070456**

### PRIOR MORTGAGES

Note: Mortgages contained in this section **will not** be cut-off in the action

### ONE

| | |
|---|---|
| Mortgagor: | Stephen Balser |
| Mortgagee: | Option One Mortgage Corporation |
| Amount: | $261,000.00 |
| Dated: | November 13, 2001 |
| Recorded: | March 13, 2002 |
| Reel: | 5520 |
| Page: | 166 |

## ASSIGNMENT OF MORTGAGE:(1)

| | |
|---|---|
| Assignor: | Option One Mortgage Corporation |
| Assignee: | Wells Fargo Bank Minnesota NA, as Trustee for Registered Holders of Option One Mortgage Loan Trust 2001-D, Asset-Backed Certificates, series 2001-D, Without Recourse |
| Dated: | March 5, 2003 |
| Recorded: | September 17, 2003 |
| CRFN: | 2003000364325 |

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE B - CONTINUED

## MORTGAGES AND ASSIGNMENTS OF RECORD

**Title No.:10070456**

## PRIOR MORTGAGES

**ASSIGNMENT OF MORTGAGE:(2)**

| | |
|---|---|
| Assignor: | Option One Mortgage Corporation |
| Assignee: | GRP Loan, LLC |
| Dated: | November 20, 2001 |
| Recorded: | June 4, 2004 |
| CRFN: | 2004000346418 |

NOTE: A Satisfaction of Mortgage dated February 17, 2004 was recorded November 21, 2005 in CRFN 2005000645722. Said Satisfaction does not make reference to the assignment recorded in CRFN 2003000364325. It appears that said assignment was made in error as it is dated after the assignment recorded in CRFN 2004000346418.

**First American Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE B - CONTINUED

# MORTGAGES AND ASSIGNMENTS OF RECORD

## Title No.:10070456

### SUBORDINATE MORTGAGES
Note: Mortgages contained in this section will be cut-off in the action

### ONE

| | |
|---|---|
| Mortgagor: | Patrick Martinez |
| Mortgagee: | Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc. |
| Amount: | $391,500.00 |
| Dated: | January 20, 2004 |
| Recorded: | March 21, 2006 |
| CRFN: | 2006000157977 |

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE C

# NECESSARY PARTIES DEFENDANT

**Title No. 10070456**

This list of necessary parties defendant is made on the assumption that all parties are to be personally served in the proposed action. If any of the persons hereinafter named are deceased, their legal representatives and successors in interest should be made parties defendant after whose rights are subordinate to the mortgage to be foreclosed, such persons should also be made parties defendant after search has been amended. If any leases, mortgages or other liens are recorded prior to the period covered by this search, but which, by reason of subordination clauses contained therein or otherwise, are in fact subordinate to the lien of the mortgage to be foreclosed, all persons interested in said leases, mortgages or other liens should also be made parties defendant after search has been amended.

If the United States of America, State of New York, City of New York or any of its agencies, are made parties, the complaint must set forth the reason therefore in detail.
(See R.P.A. and P.L. Sec 202 and 202A and 28 U.S.C.A. 2410.)

The addresses of parties herein given were obtained from the record and are not represented to be the present addresses of the parties.

Consideration should be given to the desirability of naming as defendants the obligor named in the bond or in any extension, assumption of guaranty agreement.

All occupants of the premises herein described should be made parties defendant.

The Company should be requested to continue searches to the date of filing Lis Pendens.

| PARTIES DEFENDANT | INTEREST IN PREMISES |
|---|---|
| 1. Nneka Amobi-Onyiuke<br>570 A Macon Street<br>Brooklyn, NY 11233 | Record Owner(s) and original obligor under the Bond secured by the Mortgage recorded on December 6, 2005 in CRFN 2005000673059, and Assignment recorded January 17, 2008 in CRFN 2008000023894. |



# SCHEDULE C - Continued

# NECESSARY PARTIES DEFENDANT

## Title No. 10070456

| | |
|---|---|
| 2. Mortgage Electronic Registration Systems, Inc.<br>Post Office Box 2026<br>Flint, Michigan 48501<br>As nominee for BNC Mortgage, Inc.<br>Post Office Box 19656<br>Irvine, California 92623 | Subordinate Mortgagee by virtue of Mortgage recorded on March 21, 2006 in CRFN 2006000157977. |
| 3. Khadijah L. Suluki<br>c/o Timothy Alnwick, Esq.<br>111 Atlantic Ave., Suite 1R<br>Brooklyn, NY | Plaintiff in an action in Supreme Court, Kings County filed October 11, 2006 under File #30669/06. |
| 4. John Doe and Mary Doe | Said names being fictitious, it being the intention of Plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein. |

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

# SCHEDULE D

## EXCEPTIONS, OBJECTIONS AND OTHER INFORMATION

**Title No. 10070456**

1. This report is issued for foreclosure purposes only. For fee insurance, if any, additional searches must be conducted and any questions arising there from, disposed of.

2. Rights of tenants or persons in possession of the subject premises.

3. Any state of facts that an accurate survey may show.

4. Covenants, easements, reservations and restrictions of record, if any.

5. Subject to any state of facts an accurate and full municipal/departmental search would disclose.

6. This Company should be requested to continue its searches at every phase of the foreclosure proceedings.

7. The pertinent sections of the Soldiers and Sailors Civil Relief Act must be conformed with.

8. Note: Compliance with Real Property Actions and Proceedings Law Section 1320 ("Special summons requirement in private residence cases") is required if the property mortgaged contains not more than three units.

9. Note: Compliance with Civil Practice Law and Rules Section 3215(g)(3) ("Default judgment") is required if a default judgment is to be obtained in the foreclosure of a mortgage on residential property.

10. National Bankruptcy search against **Nneka Amobi-Onyiuke (SS #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)** reveals nothing found of record.

11. Surrogates search against **Nneka Amobi-Onyiuke** reveals nothing found of record.

    **NOTE:** Updated surrogates search to follow.

**First American**
**Title Insurance Company**
NATIONAL DEFAULT TITLE SERVICES

## SCHEDULE D - Continued

## EXCEPTIONS, OBJECTIONS AND OTHER INFORMATION

**Title No. 10070456**

12. Subject to a Prior Mortgage in Reel 5520, page 166 and assignment(s) recorded in CRFN 2003000364325, and CRFN 2004000346418.

    NOTE: A Satisfaction of Mortgage dated February 17, 2004 was recorded November 21, 2005 in CRFN 2005000645722. Said Satisfaction does not make reference to the assignment recorded in CRFN 2003000364325. It appears that said assignment was made in error as it is dated after the assignment recorded in CRFN 2004000346418. Assignment recorded in CRFN 2003000364325 was not referenced.

    This company recommends that a correction discharge of mortgage be obtained and recorded. Upon receipt of the prior origination title policy and/or title report "mark-up", insuring mortgage intended to be foreclosed herein, and showing omission of the above referenced mortgage, this company will omit the above mortgage as an exception to final title insurance policy, at the conclusion of the proposed action. In the absence of prior policy or title report mark-up, this company will raise mortgage as an exception, but affirmatively insure against loss as a result of the collection or enforcement of mortgage from premises described in Schedule A herein.

13. Numerous prior Environmental Control Board Liens have been found against name(s) similar to prior owner(s) as shown on the attached print-outs.

14. Lis Pendens action filed in Supreme Court of Kings County on October 11, 2006, from Khadijah L. Suluki, as Plaintiff, against Patrick Martinez, Nneka Amobi-Onyiuke, Doroty Louis and Option One Mortgage Corporation, 829 Keystone LLC and others, as defendants, under Index No. 30669/06, in an action to set aside three deeds and the mortgage to be foreclosed. Attorney of record: Timothy Alnwick, 111 Atlantic Ave., Suite 1R, Brooklyn, NY.

15. Lis Pendens action filed in Kings County on December 26, 2007, under Index No. 2446704/07. This certificate is subject to any state of facts a review of the document copy and present status of the action would disclose. (Copy to follow).

16. For questions regarding this Certificate, please contact **Melissa Gentle (mln)**, (585) 454-4770 ext. **240**.