# Exhibit D

**AHMSI**
*American Home Mortgage Servicing Inc.*

0019535251

## Broker's Price Opinion

File # AHMSI-090401-0663

| | |
|---|---|
| Property Address: 570 A MACON ST | City: BROOKLYN    State: NY    Zip: 11233 |
| Borrower: AMOBI-ONYIUKE,NNEKA | Owner of Public Record: Smith, Tracy    County: Kings |
| Client: Am Hm Mtg - Special | Address: 4600 REgent Blvd |

Property Type: ☐ SFR ☐ Condo ☐ Co-op ☐ PUD ☒ 2-4 ☐ Manufactured ☐ Other _____ HOA $ _____ ☒ per year ☐ per month

Is the subject property currently listed or has it been listed in the past 12 months? ☐ Yes ☒ No    Occupancy: ☒ Occupied ☐ Vacant ☐ Unknown

Original List Price: $ 0    Date: _____    Current List Price: $ _____    Date: _____

Listing Agent: _____    Listing Agent Phone: _____

Listing Agency/Company: _____    Listing Agency/Company Address: _____

| | Date Listed | Date Sold | List Price | Sale Price | Comments |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Basement | Quality of Construction | Exterior Walls | Lot Size | No. Units | Other | DOM | GLA | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | Medium | Metal/Vinyl | 1800 | 2 | 0 | 0 | 1537 | 8 | 4 | 2.000 | 110 | Good | None/Str |

**COMPARABLE SALES**

| | Address | Proximity | Date of Sale | Sale Price | List Price | DOM | GLA | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 652 Halsey St | 0.07 | 11-13-2008 | 300,000 | 300,000 | 1 | 1530 | 8 | 4 | 2.000 | 110 | Good | None/Str |
| 2. | 726 Monroe St | 0.32 | 11-12-2008 | 302,000 | 302,000 | 1 | 1800 | 8 | 4 | 2.000 | 110 | Good | None/Str |
| 3. | 779 Lexington Ave | 0.46 | 10-16-2008 | 280,000 | 280,000 | 1 | 1344 | 8 | 4 | 2.000 | 110 | Good | None/Str |

| | Style | Exterior Walls | Lot Size | Owner | Seller Concessions | Agt/Broker Inspected? | Other |
|---|---|---|---|---|---|---|---|
| 1. | 2 Story | Metal/Vinyl | 1700 | | | false | |
| 2. | 2 Story | Metal/Vinyl | 2500 | | | false | |
| 3. | 2 Story | Metal/Vinyl | 1600 | | | false | |

In column 1, check the box Most Comparable (MC) to the Subject. In column 2, 3, and 4, check the boxes indicating equal (EQ), inferior (INF), or superior (SUP).
In column 5, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| MC | EQ | INF | SUP | |
|---|---|---|---|---|
| ☒ | ☒ | ☐ | ☐ | 2 story 2 fam w/ no garage. |
| ☐ | ☐ | ☐ | ☒ | 3 story 2 fam w/ no garage. |
| ☐ | ☒ | ☐ | ☐ | 2 story 2 fam w/ no garage. |

**COMPETITIVE LISTINGS**

| | Address | Proximity | Listing Date | Original List Price | Current List Price | DOM | GLA | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 178 Lewis Ave | 0.66 | 01-12-2009 | 284,000 | 284,000 | 83 | 1520 | 7 | 3 | 2.000 | 78 | Good | None/Str |
| 2. | 16 Dewey Pl | 0.66 | 07-23-2008 | 299,900 | 299,900 | 256 | 1211 | 7 | 3 | 2.000 | 99 | Good | None/Str |
| 3. | 304 Herkimer St | 0.85 | 09-23-2008 | 310,000 | 310,000 | 194 | 1512 | 10 | 4 | 2.000 | 108 | Good | None/Str |

| | Style | Exterior Walls | Lot Size | Owner | Seller Concessions | Agt/Broker Inspected? | Other |
|---|---|---|---|---|---|---|---|
| 1. | 2 Story | Metal/Vinyl | 2000 | | | false | |
| 2. | 2 Story | Metal/Vinyl | 1613 | | | false | |
| 3. | 2 Story | Metal/Vinyl | 1504 | | | false | |

In column 1, check the box Most Comparable (MC) to the Subject. In column 2, 3, and 4, check the boxes indicating equal (EQ), inferior (INF), or superior (SUP).
In column 5, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| MC | EQ | INF | SUP | |
|---|---|---|---|---|
| ☒ | ☒ | ☐ | ☐ | ** SEE ADDITIONAL FIELD TEXT ADDENDA ** |
| ☐ | ☐ | ☐ | ☒ | ** SEE ADDITIONAL FIELD TEXT ADDENDA ** |
| ☐ | ☒ | ☐ | ☐ | SHORT SALE — semi det 2 fam w/ no garage. |

Number of Competitive Listings in the Subject Property's neighborhood currently on the market: 30    Price Range $ 199,000 to $ 590,000

Number of Comparable Sales in the Subject Property's neighborhood during the past 12 months: 130    Price Range $ 170,000 to $ 740,000

Location: ☒ Urban ☐ Suburban ☐ Rural    Marketing Time: ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths

Property Values: ☐ Increasing ☒ Stable ☐ Declining    New Construction: ☒ Low ☐ High

Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply

Probable purchaser (first time, investor, etc.): Owner    Probable financing: conventional

Explain any functional/economic obsolesence: Values are based on current market conditions, subject specifications, and comps.

Identify any positive or negative site/location influences: Residential community w/ no garage.

| Repair Item | Estimated Cost |
|---|---|
| | $ _____ |
| | $ _____ |
| | $ _____ |
| | $ _____ |
| | $ _____ |
| | $ _____ |
| | $ _____ |
| TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS | $ _____ |

| | | |
|---|---|---|
| As Is Low Value: 300,000 | Estimated Lot Value Low: 30,000 | Suggested AS IS List Price: 320,000 |
| As Is High Value: 320,000 | Estimated Lot Value High: 32,000 | Interior/Exterior Repaired Value: 320,000 |
| Liquidation Value: 270,000 | | |

Comments:
Subject is an attached 2 story 2 fam.

| | | |
|---|---|---|
| Prepared By: Shelly Irizarry | Years of Experience: 15 | Date Completed: 04-04-2009 |
| Company Name: REONY.com, Inc. | Distance from Agent location to subject: 5.80 | |
| Address: 107-03 Rockaway Blvd | | |
| Phone: (718) 835-8800 | This report is based on the following inspection type: ☒ Exterior ☐ Interior | |

**This is a BPO market analysis. This is not an appraisal.**

File No. AHMSI-090401-066

| | |
|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA |
| Property Address | 570 A MACON ST |
| City | BROOKLYN    County Kings    State NY    Zip Code 11233 |
| Lender | Am Hm Mtg - Special |

LIST COMP 1 COMPARISON COMMENTS
2 FAM BRICK W/LG BKYD, SOLD AS IS, BUYER PAYS TRANSFER TAXES, MUST HAVE PROOF OF FUNDS WITH ALL OFFERS, PROPERTY VACANT

LIST COMP 2 COMPARISON COMMENTS
CORPORATE OWNED 2 FAM HOME BEING SOLD IN AS IS CONDITION, NO REPRESENTATION, BUYER PAYS TRANSFER TAX AND STAMPS, REHAB LOAN OR ALL CASH ONLY

SUBJECT PHOTOGRAPH ADDENDUM

File No. AHMSI-090401-066

| Borrower/Client | AMOBI-ONYIUKE,NNEKA | | | | |
|---|---|---|---|---|---|
| Property Address | 570 A MACON ST | | | | |
| City | BROOKLYN | County | Kings | State | NY | Zip Code | 11233 |
| Lender | | | Am Hm Mtg - Special | | |



**FRONT OF
SUBJECT PROPERTY**



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

File No. AHMSI-090401-0663

| | |
|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA |
| Property Address | 570 A MACON ST |
| City | BROOKLYN |
| County | Kings |
| State | NY |
| Zip Code | 11233 |
| Lender | Am Hm Mtg - Special |








ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA |
| Property Address | 570 A MACON ST |
| City  BROOKLYN | County  Kings    State  NY    Zip Code  11233 |
| Lender | Am Hm Mtg - Special |

File No.  AHMSI-090401-0663



## COMPARABLES PHOTOGRAPH ADDENDUM
### (Comps 1-3)

| | |
|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA |
| Property Address | 570 A MACON ST |
| City BROOKLYN | County Kings    State NY    Zip Code 11233 |
| Lender | Am Hm Mtg - Special |

File No. AHMSI-090401-0663-



**Comparable Sale 1**
652 Halsey St

Date of Sale: 11-13-2008
Sale Price: 300,000
Sq. Ft.: 1530
$ / Sq. Ft.:



**Comparable Sale 2**
728 Monroe St

Date of Sale: 11-12-2008
Sale Price: 302,000
Sq. Ft.: 1800
$ / Sq. Ft.:



**Comparable Sale 3**
779 Lexington Ave

Date of Sale: 10-16-2008
Sale Price: 280,000
Sq. Ft.: 1344
$ / Sq. Ft.:

LISTING COMPARABLE PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA |
| Property Address | 570 A MACON ST |
| City | BROOKLYN |
| County | Kings |
| State | NY |
| Zip Code | 11233 |
| Lender | Am Hm Mtg - Special |

File No. AHMSI-090401-0663







| | | | | |
|---|---|---|---|---|
| Borrower/Client | AMOBI-ONYIUKE,NNEKA | | | File No. AHMSI-090401-066 |
| Property Address | 570 A MACON ST | | | |
| City | BROOKLYN | County Kings | State NY | Zip Code 11233 |
| Lender | | | Am Hm Mtg - Special | |



© 2009 MapQuest, Inc.                                                                 ©2009 NAVTEQ