Watson, Farley & Williams (New York) LLP
Christopher P. Belisle (CB-0119)
Jane Freeberg Sarma (JF-5473)
1133 Avenue of the Americas, 11th Floor
New York, New York 10036

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Claimant Roger B. Nagioff, has appointed as counsel:

>   WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
>   Christopher P. Belisle (CB-0119)
>   Jane Freeberg Sarma (JF-5473)
>   1133 Avenue of the Americas
>   New York, NY 10036
>   Tel: (212) 922-2200
>   Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address above.

Dated: September 21, 2009
New York, New York

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _/s/ Jane Freeberg Sarma_
Christopher P. Belisle (CB-0119)
Jane Freeberg Sarma (JF-5473)
Attorneys for Claimant Roger B. Nagioff

19110155 v2

1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200