## EVIDENCE OF TRANSFER OF CLAIM

Exhibit B

TO:  United States Bankruptcy Court ("Bankruptcy Court")
    Southern District of New York
    One Bowling Green
    New York, NY 10004
    Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
     Case No. 08-13555

Claim # 4224

**WESTAR ENERGY, INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

    **LONGACRE OPPORTUNITY FUND, L.P.**
    810 Seventh Avenue, 33rd Floor
    New York, NY 10019
    Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, docketed as Claim No. 4224, filed in the amount of $1,214,450.00 (the "Claim") against the Debtor in the bankruptcy case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August __27__, 2009.

WESTAR ENERGY, INC.        LONGACRE OPPORTUNITY FUND, L.P.
                  By Longacre Opportunity Management, LLC,
                  its General Partner

By: _____      By: _____
Name:                 Name: Vladimir Jelisavcic
Title:                 Title: Manager
    *Greg Umscheid*
    *Executive Director, Risk Management*