# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
*Office: 51 East Bethpage Road*
*Plainview, NY 11803*
*Telephone (516) 741-2585*
*Facsimile (516) 873-7243*

September 14, 2009

**BY ELECTRONIC FILING**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    Debtor: Lehman Brothers Holdings, et al.
                Jointly Adminstered
                Bankruptcy Case # 08-13555

Dear Sirs/Madam:

Our office represents Washington Mutual Bank, a secured creditor of the above referenced Debtor. On or about August 11, 2009 our office filed a motion for relief from the Automatic Stay.

Kindly allow this letter to confirm that the motion has been resolved and a Stipulation of Settlement shall be submitted to Chambers.

Should you have any questions please feel free to contact the undersigned.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

Catherine Jones
Paralegal

RECEIVED SEP 17 2009 U.S. BANKRUPTCY COURT, SDNY