UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC.,                    Chapter 11
                                                    Case No. 08-13555 (JMP)
          Debtor.

# NOTICE OF REPRESENTATION
# RULE 2019 FED. R. BANKR. P.

The undersigned legal counsel, being duly sworn, deposes and says that they have and will represent more than one creditor in this Chapter 11 bankruptcy proceeding and verifies the following information to this United States Bankruptcy Court:

1. The undersigned attorneys represent the seventy-two (72) individuals in this case whose names and addresses are set forth in Exhibit A, attached hereto and incorporated herein by reference.

2. These creditors are, or have been, employees of the Debtor herein and their claims are for unpaid severance wages and benefits and are entitled to priority under 11 USC §§ 503(a) and/or 507(a)(4), (5).

3. All of these employee creditors are represented by Outten & Golden LLP which has associated the undersigned legal counsel Christopher D. Loizides, Esq. to appear in this Chapter 11 bankruptcy proceeding on behalf of these employee creditors.

4. There has been no sale, assignment or other disposition of the claims held by these employee creditors.

Respectfully submitted,

By:    /s/ Jack A. Raisner
       Jack A. Raisner, Esq.
       René S. Roupinian , Esq.
       **Outten & Golden LLP**
       3 Park Avenue, 29th Floor
       New York, New York 10016
       Telephone:  (212) 245-1000

       Christopher D. Loizides, Esq.
       **LOIZIDES, P.A.**
       1225 King Street, Suite 800
       Wilmington, DE  19801

Telephone: (302) 654-0248
Facsimile:  (302) 654-0728

*Attorneys for Exhibit A Creditors*