# EXHIBIT A

| LAST NAME | FIRST NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Ambinder | David | 917 Carelton Rd | Westfield | NJ | 07090 |
| Barone | Heather | 115 East 34th St Apt 18C | New York | NY | 10016 |
| Berenshteyn | Miron | 77 Wiman Ave | Staten Island | NY | 10308 |
| Burke | James K | 43 Elmwood Ave | Rye | NY | 10580 |
| Bushrui | Aladdin | 28 East 27th St. | Bayonne | NJ | 07002 |
| Campos | Alex | 43 Orchard St | Bloomfield | NJ | 07003 |
| Carpenter-Yost | Theresa | 6 Kelley St | Parlin | NJ | 08859 |
| Chambers | Tiffani | 21 West 127th St., Apt A | New York | NY | 10027 |
| Chan | Duon | 2147 Bay Ridge Pkwy | Brooklyn | NY | 11204 |
| Chen | Rico | 68-43 Dartmouth St., 3rd Fl | Forest Hills | NY | 11375 |
| Cook | Harry Clayton | 57 Grand St. | Brooklyn | NY | 11211 |
| Dadashev | Marina | 245 East 25th St Apt 14A | New York | NY | 10010 |
| Delices | Jean | 11 Beacon Drive | Howell | NJ | 07731 |
| Donnelly | Mary Pat | 16 Dahill Road | Old Beth Page | NY | 11804 |
| Donovan | Elizabeth | 305 E. 76th St 4A | New York | NY | 10021 |
| Duda | Michael | 380 92nd Street, Apt. #D9 | Brooklyn | | 11209 |
| Eddie | Paul | 1180 Raymond Blvd., Apt 21G | Newark | NJ | 07102 |
| Eller | Christina | 17 Polo Rd. | Great Neck | NY | 11023 |
| Fink | Helga | 6017 Linden St | Ridgewood | NY | 11385 |
| Fiume | Dorothy | 1301 Wall St West | Lindhurst | NJ | 07071 |
| Fletcher | Robert | 3 Dutch Lane | Scotch Plains | NJ | 07076 |
| Freier | Miriam | 240 East 83rd Street #4B | New York | NY | 10028 |
| Friedman | Sharon | 61 Colgate Drive | Plainview | NY | 11803 |
| Gavaghan | Shirali | 145 South Oxford St. #3 | | NY | 112107 |
| Gibson | Scott | 122 Midland Ave | Montclair | NJ | 07042 |
| Gitlin | Michael | 3900 Greystone Ave. Apt. 43B | Bronx | NY | 10463 |
| Gongle | Shruti | 1533 Waterford Dr. | Edison | NJ | 08817 |
| Gottesman | Erika | 30 East 38th St | New York | NY | 10016 |
| Greco | Frank | PO BOX 521 | Rumson | NJ | 07760 |

| | | | | | |
|---|---|---|---|---|---|
| Green | Louise | 44 East Avenue | Middletown | NY | 10940 |
| Greenberg | Lee | 50 Columbus Ave Apt 1021 | Tuckahoe | NY | 10707 |
| Gubin | Alexander | 3000 Ocean Parkway Apt 20L | Brooklyn | NY | 11235 |
| Guerrier | Joanne | 190 Knickerbocker Road, #12 | Englewood | NJ | 07631 |
| Gusick | Ned | 201 Eastern Parkway Apt 6G | Brooklyn | NY | 11238 |
| Guttilla | Anthony | 250 Amsterdam Ave | Staten Island | NY | 10314 |
| Hagedorn | Christian | 350 W. 43rd St Apt 10D | New York | NY | 10036 |
| Huang | Lee | 205 West End Avenue #15J | New York | NY | 10023 |
| Johnson | Amanda | 166 Elizabeth Street | New York | NY | 10012 |
| Kannan | Hemamalini | 75-46 164th St. | Fresh Meadows | NY | 11366 |
| Khem | Pauline | 31 West 89th ST Apt 1A | New York | NY | 10024 |
| King | Mitchell | 572 4th St | Brooklyn | NY | 11215 |
| Kirin | Biba | 73 Waters Edge | Rye | NY | 10580 |
| Kurtz | Jeffrey | 470 Prospect Ave Apt 3A | Brooklyn | NY | 11215 |
| Lamb | Vickie | 125 West 31st St., Apt 134J | New York | NY | 10001 |
| Leytman | Alexander | 131 Greenwood Dr. | Millburn | NJ | 07041 |
| Liebman | Jill | 250 East 40th St. Apt 33D | New York | NY | 10016 |
| Lipof | Eran | 530F Grand Street, Apt. #5C | New York | NY | 10002 |
| Martinez | Alejandra | 1755 York Ave, Apt 4N | New York | NY | 10128 |
| Matulac | Derrick | 74 Hawthorne Ave. | Bloomfield | NJ | 07003 |
| Matza | Robert | 320 West End Ave. Apt 7B | New York | NY | 10023 |
| McCabe | Mary F. | | | | |
| Mendez | Maria E. | 1225 Park Ave. Apt 14A | New York | NY | 10128 |

| | | | | | |
|---|---|---|---|---|---|
| Mulcahy | Michael | 340 East Central Ave. | Pearl River | NY | 10965 |
| Paftinos | Paul | 71 1st Avenue, #4A | New York | NY | 10003 |
| Patel | Purna | 14 Alexander Ct | Jersey City | NJ | 07305 |
| Place | Jennifer | 599 West End Ave Apt 4A | New York | NY | |
| Psirogianes | Jason | 359 LongBow Drive | Franklin Lakes | NJ | 07417 |
| Reddy | Lakshmi | 4720 Center Blvd #2605 | Long Island City | NY | 11109 |
| Rizzo | Charles | 26 Nevada Drive | Hazlet | NJ | 07730 |
| Rodriguez | Patricia | 2844 43rd Street, Apt. #3D | Astoria | NY | 11103 |
| Scellato | James | 31 Field St | Staten Island | NY | 10314 |
| Schippers | Christina | 44 Woodland Rd | Miller Pl | NY | 11764 |
| Sheahan | Timothy C | 101 W. 77th St., 1A | New York | NY | 10024 |
| Sheikh | Jamiel | 32-55 32ND St. | Astoria | NY | 11106 |
| Stephenson | Rebecca | 10272 Mountain Maple Drive | Highlands Ranch | CO | 80129 |
| Stone | Shanna | 25 Tudor City Place, Apt 2022 | New York | NY | 10017 |
| Swabsin | Cynthia | 56 Forest Ave. | Verona | NJ | 07044 |
| Taylor | Leila | 44 Lefferts Place, 2nd Fl | Brooklyn | NY | 11238 |
| Tirre | Ryan | 35 St. Nicholas Tr, Apt 37 | New York | NY | 10027 |
| Voglic | Merita | 127 Green Valley Road | Staten Island | NY | 10312 |
| Winkoff | Kamber | 1501 Lexington Ave Apt. 11K | New York | NY | 10020 |
| Xie | Hong | 64-34 102nd St Apt 3K | Rego Park | NY | 11374 |