**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
Raniero D'Aversa, Jr., Esquire
Courtney M. Rogers, Esquire
666 Fifth Avenue
New York, N.Y. 10103-0001
(212) 506-5000
- and -
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**THIRD AMENDED VERIFIED STATEMENT OF ORRICK, HERRINGTON & SUTCLIFFE LLP PURSUANT TO FED. R. BANKR. P. 2019**

Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby submits this third amended verified statement ("**Third Amended Verified Statement**") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Orrick appears in these cases on behalf of the entities listed below (the "**Entities**"):

a. Allianz Global Investors France
SA acting on behalf of the
funds AGF Efficio Plus and AGF Vita Plus
Case Postale T 205
20, rue Le Peletier, 75444
Paris Cedex 09
France

b. Anthracite Rated Investments (Jersey) Limited
22 Grenville Street
St. Helier, Jersey JE4 8PX
Channel Islands

c. Banca di Credito Cooperativo d. Roma
Viale Oceano Indiano 13C
00144 Roma
Italy

d. The Bank of Nova Scotia
Global Wholesale Services
Loan Administration and Agency Services
720 King Street West, 2nd Floor
Toronto, Ontario, Canada M5V 2T3

e. Benetton International S.A.
1, Place de'Armes
L-1136 Luxembourg

f. California Independent Systems Operator Corp.
151 Blue Ravine Road
Folsom, California 95630

g. City of Redding, California
c/o Stephen W. Strong
Finance Director
City of Redding
777 Cypress Avenue
Redding, CA 96049

h. County of Sacramento, California
c/o Chris Marx
County Executive Office
700 H Street, Room 7650
Sacramento, California 95814

2

i. European Aeronautic Defence and Space Company EADS N.V.
c/o EADS Deutschland GmbH
Willy Messerschmitt Str. 85521
Ottobrun, Germany

j. Golden State Tobacco Securitization Corporation
c/o California Department of Finance
915 L Street, 9th Floor
Sacramento, California 95814

k. Guam Economic Development Authority
c/o Christina D. Garcia
Acting Deputy Administrator and Financial Services Manager
590 S. Marine Corps Drive, Suite 511
ITC Building
Tamuning, GU 96913

l. Iccrea Banca S.p.A. – Instituto Centrale del Credito Cooperativo
Via Lucrezia Romana, 41/47
00178 Rome
Italy

m. Koch Financial Corporation
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS  67220

n. Koch Refining International Pte. Ltd.
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS  67220

o. Koch Supply & Trading, LP
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS  67220

p. Koch Supply & Trading Sàrl
c/o John Wingate, Senior Counsel,
    Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS  67220

q. New York City Municipal Water Finance Authority
75 Park Place
New York, NY 10007

OHS East:160600298.2

  r.  Philippine Airlines, Inc.
    Legal Affairs Department
    VP-Legal Affairs & Corporate Compliance Officer
    9th Floor, PAL Center
    Legaspi Street, Lagaspi Village
    Makati City 1229 Philippines

  s.  Telecom Italia Capital S.A. and Telecom Italia Finance S.A.
    12, Rue Eugene Ruppert
    L-2453 Luxembourg

  t.  Utah Associated Municipal Power Systems
    2825 East Cottonwood Parkway
    Salt Lake City, Utah 84121

2. Each of these Entities hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity, pursuant to each of their relationships with the Debtors.

3. Each of these Entities has separately requested that Orrick represent them in connection with the Debtors' chapter 11 cases.

4. Orrick reserves the right to revise, supplement or amend this Third Amended Verified Statement at any time in the future.

5. Orrick makes this Third Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

6. The undersigned hereby verifies under oath that this Third Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: September 22, 2009    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   New York, New York

            By: /s/ Courtney Rogers
              Lorraine S. McGowen, Esquire
              Raniero D'Aversa, Jr., Esquire
              Courtney M. Rogers, Esquire

666 Fifth Avenue
New York, NY  10103-0001
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151
- and –
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, D.C.  20005-1706
Telephone: (202) 339-8400
Facsimile:  (202) 339-8500

5