ESBIN & ALTER,LLP
497 South Main Street
New City, New York  10956
Telephone: (845) 634-7909
Facsimile:  (845) 634-4160

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                        :
                                                              :          Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :          Case No. 08-13555 (JMP)
                                                              :
                          Debtors.          :          (Jointly Administered)
                                                              :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       :
                                       ss.:
COUNTY OF ROCKLAND  :

        I, Ivy L. Tencer, being duly sworn, deposes and says:

        I am employed by the law firm of Esbin & Alter, LLP at 497 South Main Street, New City, New York 10956.  I am over the age of 18 and am not a party to this action.

        On the 22nd day of September, 2009 I caused to be served a copy of the **Verified Statement of Esbin & Alter, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019** upon the persons listed on the annexed service list by first class mail by depositing same in an official depository under the exclusive care and custody of the United States Postal Service for the State of New York.

                                                    s/_____
                                                          IVY L. TENCER

Sworn to before me this
      day of September, 2009

s/_____
Kristin M. Wicks
Notary Public, State of New York
No. 01W16164148
Qualified in Rockland County

S:\MATTERSCLOSINGDOCUMENTS\31001000-\Miscellaneous\Miscellaneous31001000-_Draft_1.DOC

Courtesy Copy:
Honorable James M. Peck
Courtroom 601
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Debtor:
Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, NY 10019

U.S. Trustee:
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Debtor's Counsel:
Harvey R. Miller, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Counsel to Creditors' Committee:
Paul Arozon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Counsel to Creditors' Committee:
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Special Counsel to Creditors' Committee:
Robert K. Kakis, Esq.
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Counsel to SIPA Trustee:
Jeffrey S. Margolin, Esq.
Highes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Counsel to Barclays Capital, Inc.:
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Counsel to Barclays Capital, Inc.:
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Counsel to Examiner:
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908