William W. Kannel, Esq.
Ian A. Hammel, Esq.
Adrienne K. Walker, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO, PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**Attorneys for the Entities listed on Exhibit A hereto**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz Levin"), as attorneys for the entities listed on Exhibit A hereto (each, an "Entity," and collectively, the "Entities") in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors"), hereby submits this verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Verified Statement"), and states as follows:

1.    Mintz Levin has been retained as counsel to each of the Entities in connection with the above-captioned cases. The address of Mintz Levin for purposes of this statement is set forth above.

2.    Exhibit A sets forth the mailing address for each Entity.

3.      Each Entity may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to such Entity's relationships with the Debtors.  The specific nature and amounts of any claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates.

4.      Each of the Entities has separately requested that Mintz Levin represent it in connection with the Debtors' chapter 11 cases.

5.      Mintz Levin is filing a claim against the Debtors that is the subject of a proof of claim being filed in these proceedings.

6.      Nothing contained herein is with prejudice to any right, remedy, or claim of the Entities or otherwise and all such rights are expressly reserved.

7.      Mintz Levin reserves the right to revise and supplement this Verified Statement.


[Remainder of Page Intentionally Left Blank]

8.      The undersigned declares under penalty of perjury that the foregoing is true and

correct, to the best of the undersigned's knowledge and belief.


Dated: September 22, 2009
New York, New York

                                   Mintz, Levin Cohn Ferris Glovsky and Popeo, P.C.

                                   By:    /s/  Adrienne K. Walker
                                        William W. Kannel, Esq.
                                        Adrienne K. Walker, Esq.
                                        Ian A. Hammel
                                        One Financial Center
                                        Boston, Massachusetts 02111
                                        Telephone: (617) 542-6000
                                        Facsimile: (617) 542-2241

                                        wwkannel@mintz.com
                                        akwalker@mintz.com
                                        ihammel@mintz.com

# SCHEDULE A

Teva Pharmaceutical Industries Limited
Attention:  Charles Noschumsohn
5 Basel Street
Petah Tiqva 49131
Israel

Teva Pharmaceutical Works Co.
Attention:  Agnes Abonyine-Gombos
H-4042 Debrecen
Pallagi UT 13
Hungary

Wells Fargo Bank, National Association, as Indenture Trustee
ATTN:  Ginny Housum
MAC N9311-115
625 Marquette Ave., 11th Floor
Minneapolis, MN 55479

Robert J. Hoy
19 Harmon Park Road
PO Box 474
York Harbor, ME 03911

William E. Lighton
48 Wellington Ave.
New Rochelle, NY 10804

Kevin Smith
7290 S.W. 42nd Street
Miami, FL 33155

Robert Shafir
1930 Broadway, Apt. 30C
New York, NY 10023-6949

HJSI Devonshire, LLC
c/o HJ Sims Investments, LLC
3530 Post Road, Suite 301
Southport, CT 06890

4721697v.1

PVHA/Sims Ventures, LLC
50 A1A N. Suite 110
Ponte Vedra Beach, FL 32082

Rydex NV Corp.
241 Ridge Street
Suite 400
Reno, NV 89501

Roger Young
11021 Wincopin Circle
Suite 450
Columbia, MD 21044

Katherine A. Viragh Trust
50 North Sierra Street, Unit #1101
Reno, NV 89501

Mark Viragh
3605 Woodhaven Ct.
Bedford, TX 76021

Robert Viragh
44325 Gulf of Mexico Dr.
Unit 601
Longboat Key, FL 34228

Robert Singer
Via Vivaio 17
20122 Milano
Italy

Fred Shehadi
PO Box 158
Pawlet, VT 05761

Lucio Noto
215 Otter Rock Drive
Greenwich, CT  06830

Ross Hechinger
5001 Upton St. NW
Washington, D.C.  20016

June Hechinger
2838 Chain Bridge Rd
Washington, DC 20016

John Hechinger
6686 Ryegrass Rd.
Jackson, WY 83001

Michael Amini and
Molly Amini
100 NE Loop 410
Suite 1300
San Antonio, TX 78216

Commonwealth of Massachusetts
Attn: Colin MacNaught, Assistant Treasurer
for Debt Management
Office of the State Treasurer Timothy P. Cahill
One Ashburton Place, 12th Floor
Boston, MA 02108

Massachusetts State College Building Authority
136 Lincoln Street
Boston, MA 02111
Attn: Edward Adelman

Massachusetts Bay Transportation Authority
Attn: Jonathan R. Davis, Deputy General Manager and
Chief Financial Officer
10 Park Plaza, Suite 3910
Boston, MA 02116

Mintz Levin Cohn Ferris Glovsky and Popeo, PC
Attn: Robert Bodian
One Financial Center, Boston, MA 02111

Franklin Income Fund
c/o Richard Kuersteiner, Associate General Counsel
Franklin Advisers, Inc.
One Franklin Parkway
San Mateo, CA 94403

William W. Kannel, Esq.
Ian A. Hammel, Esq.
Adrienne K. Walker, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO, PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555-JMP |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Adrienne K. Walker, hereby certify under penalty of perjury, that on September 22, 2009, I caused a true and correct copy of the Verified Statement of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. Pursuant to Federal Rule of Bankruptcy Procedures 2019 to be served by electronic mail and/or by first class mail to all persons on the attached Service List.

Dated: September 22, 2009                                  /s/ Adrienne K. Walker
                                                          Adrienne K. Walker

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: SARAH CAVE, JAMES W. GIDDENS,
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

AKIN GUMP STRAUSS HAUER & FELD LLP
1 BRYANT PARK
ONE BRYANT PARK
NEW YORK, NY 100366715

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY
AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
(COUNSEL TO AOZORA BANK, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

ARENT FOX LLP
ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATTN: CHRISTOPHER J. GIAIMO, ESQ.
(COUNSEL TO GEORGETOWN UNIVERSITY)
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ARNOLD & PORTER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
555 12TH ST., NW
WASHINGTON, DC 20004

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
4280 PROFESSIONAL CENTER DR STE 350
222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900
PALM BCH GDNS, FL 334104280

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER, JULIE M. WILLIAMSON AND
STEVEN T. MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN AND HOMES)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER, HARBERT &UBS FIN SER ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS
INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC)
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ATTN: RAJIV MADAN AND ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
1919 M STREET, NW
SUITE 200
WASHINGTON, DC 20036-3545

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
PO BOX 829009
DALLAS, TX 75382-9009

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)
ONE WOLRD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER,
FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL 60603

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI JR., ESQ.
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS
EUROPEAN PERFORMANCE FUND LIMITED)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

CLIFFORD CHANCE US LLP
ATTN: ADNREW BROZMAN AND WENDY ROSENTHAL
(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102

CROWELL & MORING LLP
ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT
CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAY PITNEY LLP
ATTN: RONALD S. BEACHER, ESQ.
(COUNSEL TO SILVER POINT CAPITAL, LP)
7 TIMES SQUARE
NEW YORK, NY 10036-7311

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
& WILLIAM C. HEUER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DEWEY & LEBOEUF LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO AND JOHN P. MCNICHOLAS
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DLA PIPER LLP (US)
ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS.
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY 10177

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
(COUNSEL TO PARSEC TRADING CORP.)
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
(COUNSEL TO PARSEC CORP.)
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELECTRIC POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF
THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST
ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.)
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE 68102

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ.
AND MITCHELL EPNER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400
MIAMI, FL 33131

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
200 PARK AVENUE
NEW YORK, NY 10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER)
APOTHEKERKAMMER NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY 10022

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN: JONATHAN L. FLAXER, ESQ.
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
437 MADISON AVENUE
NEW YORK, NY 10022

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

GREENBERG TRAURIG, LLP
ATTN: JOHN W. WEISS, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON
BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK AND TARA B. ANNWEILER
(COUNSEL TO:  AMERICAN NATIONAL INSURANCE COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,
AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND
LYON CAPITAL VENTURES)
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HODGSON RUSS LLP
ATTN: GARRY M. GRABER AND DEBORAH J. PIAZZA
(COUNSEL TO DEERE & COMPANY)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA AND MAUREEN T. BASS
(COUNSEL TO GESCONSULT S.A. SG LLC)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
ATTN: BARBRA PARLIN, ARTHUR ROSENBERG AND
FRANCOIS JANSON
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,
HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)
10 ST. JAMES AVENUE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007

HOLME ROBERTS & OWEN LLP
ATTN: ERIC E. JOHNSON, ESQ.
(COUNSEL TO NATIONAL CINEMEDIA, INC.)
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE
CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
(COUNSEL TO GENWORTH FINANCIAL, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131

INFOSPACE, INC.
ATTN: ALEJANDRO C. TORRES, ESQ.
GENERAL COUNSEL
601 108TH AVENUE, NE
BELLEVUE, WA 98004

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE
NEW YORK, NY 10177

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830

JASPAN SCHLESINGER LLP
ATTN: FRANK C. DELL'AMORE, ESQ.
(COUNSEL TO STATE BANK OF LONG ISLAND)
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
CHICAGO, IL 60611-7603

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

JOSEPH L. FOX, ESQ.
(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)
60 EAST 42ND STREET, SUITE 2231
NEW YORK, NY 10165

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

K&L GATES LLP
ATTN: ELI R. MATTIOLI, ELIZABETH M. HARRIS
(COUNSEL TO FIRSTBANK PUERTO RICO)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO
TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND
RICHARD CHOI
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: ANA M. ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF AND RICHARD CHOI
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL
CORPORATION ANDD TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: ISKENDER H. CATTO, ESQ.
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
CITIGROUP CENTER
153 EAST 53RD STREET
NEW YORK, NY 10022-4611

KLEIN SOLOMON LLP
501 5TH AVE RM 506
NEW YORK, NY 100177838

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND
AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, DANIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079

LANE POWELL PC
ATTN: CHARLES R. EKBERG
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LATHAM & WATKINS LLP
ATTN:  PETER M. GILHULY
(COUNSEL TO:  NETAPP, INC.; ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
ATTN:  PETER M. GILHULY
(COUNSEL TO: ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
(COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICE OF JUDA J. EPSTEIN
ATTN: JUDA J. EPSTEIN, ESQ.
(COUNSEL TO WATER POLLUTION CONTROL AUTHORITY FOR
THE CITY OF BRIDGEPORT)
3543 MAIN STREET, SECOND FLOOR
BRIDGEPORT, CT 06606

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY 11514

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT
VERTRETEN DURCH IHREN VORSTAND
(MICHAEL BONACKER,HANS-MARTIN BURY, HELMUT OLIVIER
DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER)
RATHENAUPLATZ 1
60313 FRANKFURT AM MAIN,
GERMANY

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 HUDSON ST
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 100131413

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: ALLEN C. WASSERMAN, ESQ.
(COUNSEL TO STEPHEN N. HURLEY)
885 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10022

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: ELIZABETH FREEMAN
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX 77002-3095

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND
DANIEL B. BESIKOF
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECCA N. NEDD
(COUNSEL TO QVT FINANCIAL LP & INSTITUTO
DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED BANK)
590 MADISON AVENUE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: MICHAEL P. MORRIS, ESQ.
(COUNSEL TO CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE
POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE
POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND
RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO., FUBON INSURANCE
INSURANCE CO., TAIPEI FUBON COMMERCIAL BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SNADLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON LEE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCALLA RAYMER, LLC
ATTN: MATTHEW DYER
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
(COUNSEL TO MARIE PAPILLON)
340 MADISON AVENUE
NEW YORK, NY 10173-1922

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105

MCGUIREWOODS LLP
ATTN: DION W. HAYES
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER AND KEVIN FRITZ
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,
SUNGUARD, ET AL.., INF. SRVS, WALL ST CONCEPTS)
990 STEWART  AVENUE, SUITE 300
GARDEN CITY, NY 11530

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN,
GERMANY

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY
GARDEN CITY, NY 11530

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO, 100-6529
JAPAN

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,
MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP
OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY 10022

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

NATIONWIDE FUND ADVISORS
ATTN: ERIC E. MILLER, ESQ.
SVP/GENERAL COUNSEL
1200 RIVER ROAD - SUITE 1000
CONSHOHOCKEN, PA 19428

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

OFFICE OF CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
ATTN: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR., WESTON T. EGUCHI AND
COURTNEY M. ROGERS
(COUNSEL TO THE BANK OF NOVA SCOTIA)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.
GUY AND DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
AND COURTNEY M. ROGERS
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: HOWARD J. WEG AND DEVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,
AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ.
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PFEIFER & REYNOLDS, LLP
ATTN: MICHAEL R. PFEIFER, JAMES P. FINERTY AND
LIBBY WONG
(COUNSEL TO NBGI, INC.)
765 THE CITY DRIVE SOUTH, SUITE 380
ORANGE, CA 92868

PHOENIX AMERICAN FINANCIAL SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA 94901

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: PATRICK J. POTTER
(COUNSEL TO PYRRHULOXIA, LP)
2300 N. STREET, NW
WASHINGTON, DC 20037

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PROFUNDS ADVISORS LLC
ATTN: BARRY PERSHKOW
7501 WISCONSIN AVENUE
SUITE 1000
BETHESDA, MD 20814

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY, ROBERT DAKIS
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: J. ANDREW RAHL, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
411 CASTLE SHANNON BLVD
MT LEBANON, PA 152341405

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
599 LEXINGTON AVE.
NEW YORK, NY 10022

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND
RIZWAN A. QURESHI
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
(COUNSEL TO GLENCORE COMMODITIES LTD.)
26 BROADWAY
NEW YORK, NY 10004

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: NICHALOS J. LEPORE, III, ESQ.
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,
INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
655 THIRD AVENUE, 20TH FLOOR
20TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL FOR THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO
MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT)
NEW YORK, NY 10036

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES AND JILLIAN GUTMAN MANN
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E. MAYERSON AND PETER A. ZISSER
(COUNSEL TO CAISSE DEPOT ET PLACEMENT DU QUEBEC)
1095 AVENUE OF THE AMERICAS, 31ST FLOOR
NEW YORK, NY 10036

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
(COUSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

STRADLEY RONON STEVENS & YOUNG LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN
LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.)
2600 ONE COMMERC

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 787013508

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 787013508

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPTIAL AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
(COUNSEL TO SHELL TRADING & SHELL ENERGY N. AMER.)
TWO HOUSTON CENTER
919 FANNIN, SUITE 2200
HOUSTON, TX 77010

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK, KRAFT,
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
ATTN: ROY H. CARLIN
(COUNSEL TO PT BANK NEGARA INDONESIA (PESARO) TBK)
900 THIRD AVENUE, 13TH FLOOR
NEW YORK, NY 100224796

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND
NED BANNON, CORPORATE COUNSEL
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA,PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATTN: PAUL H. DEUTCH, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND
MICHAEL A. SHINER
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

VENABLE LLP
ATTN: LISA BITTLE TANCREDI, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
750 EAST PRATT STREET, SUITE 900
BALTIMORE, MD 21202

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA
THOMPSON
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WILMINGTON TRUST FSB
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 554021544

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
500 FIFTH AVENUE
NEW YORK, NY 10110

YOUNG WILLIAMS P.A.
ATTN: ROBERT L. HOLLADAY, JR.
(COUNSEL TO INTECHRA LLC)
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS 39201

ZEISLER & ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
919 MARKET STREET, SUITE 990
PO BOX 1028
WILMINGTON, DE 19899