WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    **08-13555 (JMP)**
                                                            :
                        **Debtors.**                        :    **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AFFIDAVIT**
**AND DISCLOSURE STATEMENT OF PAUL D. OLDEN**
**ON BEHALF OF NAUTADUTILH N.V.**

**PLEASE TAKE NOTICE** that on January 14, 2009, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of Paul D. Olden on behalf of NautaDutilh N.V. ("NautaDutilh") [Docket No. 2540].

**PLEASE TAKE FURTHER NOTICE** that NautaDutilh hereby supplements its Affidavit and Questionnaire to include the following additional services: Luxembourg legal advice in relation to finance, banking, and securitization matters (the "Amended NautaDutilh Affidavit"). A copy of the Amended NautaDutilh Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended NautaDutilh Affidavit, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of NautaDutilh must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, NautaDutilh shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: September 22, 2009
       New York, New York

/s/ Richard P. Krasnow
_____
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :     08-13555 (JMP)
                                                               :
　　　　　　　　Debtors.                          :     (Jointly Administered)
                                                               :
                                                               :
-------------------------------------------------------x

## SUPPLEMENTAL DECLARATION AND DISCLOSURE STATEMENT OF PAUL D. OLDEN ON BEHALF OF NAUTADUTILH N.V.

PAUL D. OLDEN declares and says:

1.　　I am a partner of NautaDutilh N.V., located at (1077 XV) Amsterdam, the Netherlands, Strawinskylaan 1999 (the "Firm").

2.　　On January 12, 2009, I executed a Declaration and Disclosure Statement (the "Declaration") in support of the retention of the Firm as ordinary course professionals to provide advisory services to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") with regard to certain Dutch law matters concerning the Debtors' Dutch subsidiaries and submitted that Declaration and a completed retention questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Declaration and Questionnaire with the Court on January 14, 2009 [Docket No. 2540].

3.　　This declaration (the "Supplemental Declaration") is intended to supplement the Declaration to include the provision of Luxembourg legal advice to the Debtors in relation to finance, banking and securitization matters in addition to the Dutch legal advisory

90000002 P 500113 / 1

services already provided to the Debtors by the Firm. The Firm has consented to provide such services and I am filing this Supplemental Declaration because the previous Declaration did not contemplate the provision of Luxembourg legal advice to the Debtors by the Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Amsterdam, The Netherlands        9 September, 2009

_____
Paul D. Olden