WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
            Debtors.                                              :    (Jointly Administered)
------------------------------------------------------------------x
KA KIN WONG, SIU LUI CHING, CHUN IP,                              :
JIN LIU, YIN YING LEUNG, LAI MEI CHAN                             :
and SING HEUNG, On Behalf of Themselves                           :
and All Others Similarly Situated,                                :
                                                                  :
            Plaintiffs,                                           :
                                                                  :
-against-                                                         :    Adversary Proceeding
                                                                  :    No.: 09-01120 (JMP)
HSBC USA, INC., HSBC BANK PLC, PACIFIC                            :
INTERNATIONAL FINANCE LIMITED, HSBC                               :
BANK (CAYMAN) LIMITED (f/k/a HSBC                                 :
FINANCIAL SERVICES (CAYMAN) LTD.), HSBC                           :
HOLDINGS PLC, SCOTT AITKEN, CEREITA                               :
LAWRENCE, SARAH COOMBS, JANET                                     :
CRAWSHAW, SYLVIA LEWIS, THE BANK OF                               :
NEW YORK MELLON CORPORATION and                                   :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                           :
                                                                  :
            Defendants.                                           :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that, upon the direction of the Court, the hearing

on the motions to dismiss the adversary proceeding filed at docket numbers 13, 17 and 37

(the "Motions"), which were scheduled to be heard on September 24, 2009 at 2:00 p.m., **have been adjourned to a date to be set by the Court**. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: September 23, 2009
      New York, New York

                    */s/ Richard W. Slack*
                    Richard W. Slack

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession