**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    : Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          : Jointly Administered
                                                    :
                         Debtors.                   :
------------------------------------------------------------------------x
In re:                                              : SIPA Proceeding
                                                    : Case No. 08-01420 (JMP)
**LEHMAN BROTHERS INC.,**                           :
                                                    :
                         Debtor.                    :
------------------------------------------------------------------------x

**ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(a), AUTHORIZING
COMMITTEE, DEBTORS AND SIPA TRUSTEE TO FILE UN-REDACTED
MOTIONS FOR RELIEF FROM SEPTEMBER 20, 2008 SALE ORDER
(AND RELATED SIPA SALE ORDER)**

Upon the motion of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. (the "Committee"), pursuant to sections 105(a) and 107(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), for the entry of an order (the "Motion")[1] authorizing the Committee to file a substantially un-redacted form of the Committee Motion and its annexed exhibits consistent with the Proposed Unredacted Pleading annexed to the Motion, authorizing the Lehman Sellers to file a substantially unredacted form of the Debtor Motion and its annexed exhibits, and authorizing the SIPA Trustee to file a substantially unredacted form of the Trustee Motion and its annexed exhibits; and upon the record of proceedings before the Court; and after due deliberation thereon; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and interest holders; and all parties in interest having had sufficient notice of the Motion and having been heard or having had the opportunity to be heard; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

03690.61377/3119038.1

IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted.

    2.    The Committee is authorized to file the Proposed Unredacted Pleading and to unseal its annexed exhibits.

    3.    The Lehman Sellers and SIPA Trustee are authorized to file substantially unredacted versions of the Debtor Motion and the Trustee Motion and their annexed exhibits.

    4.    The Court shall retain jurisdiction to implement and enforce the terms of this Order.

Dated: October 15, 2009

                                                    _____
                                                  HONORABLE JAMES M. PECK
                                                  UNITED STATES BANKRUPTCY JUDGE