# Exhibit 2

# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET • ARMONK, NY 10504 • PH 914.749.8200 • FAX 914.749.8300

September 10, 2009

<u>BY EMAIL</u>

William J. Hine, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

<u>In re Lehman Brothers Holdings Inc., et al.,</u> Case No. 08-13555 (JMP)

Dear Bill:

    Thank you for your letter dated September 8, 2009, concerning Barclays' designation of testimony as either Confidential or Highly Confidential under the Consolidated Stipulation and Protective Order ("CSPO"). Barclays' designations have been made in good faith as required by the CSPO. If you would like to propose specific alternative designations, we would be happy to consider them.

                                                  Sincerely,

                                                  Christopher M. Green

CG:ds

cc:    Counsel to the Creditors' Committee (By Email)
        Counsel to the LBI Trustee (By Email)
        Counsel to the Examiner (By Email)