# Exhibit 3

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3684
wjhine@jonesday.com

September 11, 2009

VIA EMAIL

Christopher M. Green, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10017

*In re Lehman Brothers Holdings Inc., et al.*, No. 08-13555 (JMP)

Dear Chris:

We are in receipt of your September 10 letter responding to our letter of September 8 concerning Barclays' overdesignating as either Confidential or Highly Confidential the vast majority of the deposition testimony taken in this litigation. Your response, however, missed the point. You failed to address our principal contention, namely that Barclays has no basis for insisting on confidential treatment for activities taking place within Lehman for which Lehman itself requests no such protection. And Barclays is certainly not acting in good faith by designating virtually all transcripts as Confidential or Highly Confidential and then suggesting that it "would be happy to consider" alternative designations we or others might propose. Please reconsider your position on this issue.

Sincerely,

William J. Hine

cc:   Counsel to the Creditors' Committee (via email)
      Counsel to the LBI Trustee (via email)
      Counsel to the Examiner (via email)

NYI-4214706v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON