K&L GATES LLP  
Robert N. Michaelson, Esq.  
Eunice Rim, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing Date: October 14, 2009 at 10:00 a.m.  
Objection Deadline: October 8, 2009  

Attorneys for the Tobacco Settlement  
Financing Corporation  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------x  

In re                                                  :   Chapter 11  
                                                       :  
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :   Case No. 08-13555 (JMP)  
                                                       :  
                                                       :   (Jointly Administered)  
                  Debtors.                             :  
                                                       :  
---------------------------------------------------------------x  

**DECLARATION OF EUNICE RIM IN SUPPORT OF MOTION OF
THE TOBACCO SETTLEMENT FINANCING CORPORATION
FOR AN ORDER (A) COMPELLING LEHMAN BROTHERS
SPECIAL FINANCING INC. TO ASSUME OR REJECT EXECUTORY CONTRACTS
PURSUANT TO 11 U.S.C. § 365(d)(2) OR, ALTERNATIVELY, (B) MODIFYING THE
AUTOMATIC STAY TO ALLOW THE TOBACCO SETTLEMENT FINANCING
CORPORATION TO TERMINATE THE AGREEMENTS**

EUNICE RIM, hereby declares pursuant to 28 U.S.C. § 1748:

1. I am a member of the Bar of this Court, and I am an associate of the law firm of K&L Gates LLP, with offices located at 599 Lexington Avenue, New York, New York 10022, and counsel to the Tobacco Settlement Financing Corporation in the within matter.

2. Attached hereto as <u>Exhibit A</u> is a true copy of a Bloomberg printout reflecting that, as of September 15, 2008, Moody's had downgraded the senior unsecured debt rating of Lehman Brothers Holding Inc. to a rating of "B3".

NY-702375 v1

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2009

_____
Eunice Rim

**EXHIBIT A**

<HELP> for explanation.                                                     EquityCRPR

| Related Functions | Company Tree Ratings | Alert | CREDIT PROFILE |

Lehman Brothers Holdings Inc                                              Page 1/2

                                                            Page  1/ 1
           Senior Unsecured Debt        -MOODY'S

1) Is
2) Se  RATING    WATCH    EFFECTIVE    RATING    WATCH    EFFECTIVE
3) Su  WR                 12/10/08     A3                 1/13/88
4) JR  C                  12/ 8/08     A2                 8/28/86
5) Pr  B3       *-        9/15/08
6) Sh  A2       *         9/10/08
       A2                 7/17/08
       A1       *-        6/13/08
7) LT  A1                 10/22/03
8) LT  A2       *+        6/24/03
9) ST  A2                 11/ 3/00
10) ST A3       *+        9/14/00
       A3                 8/ 5/99
       Baa1    *+         7/ 7/99
       Baa1               3/21/95

            UP    /  DOWN  /  NEUTRAL
         [■] to return to credit profile

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2009 Bloomberg Finance L.P.
                                                                               H198-726-0 12-Jan-2009 11:20:45

**Bloomberg**
TERMINAL