K&L GATES LLP  
Robert N. Michaelson, Esq.  
Eunice Rim, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing Date: October 14, 2009 at 10:00 a.m.  
Objection Deadline: October 8, 2009  

Attorneys for the Tobacco Settlement  
Financing Corporation  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x  
In re                                                          :   Chapter 11  
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   Case No. 08-13555 (JMP)  
                                                               :
                                                               :   (Jointly Administered)  
                      Debtors.                                 :
                                                               :
----------------------------------------------------------------x  

**DECLARATION OF GENEVIEVE D'AGOSTINO IN SUPPORT OF MOTION OF THE TOBACCO SETTLEMENT FINANCING CORPORATION FOR AN ORDER (A) COMPELLING LEHMAN BROTHERS SPECIAL FINANCING INC. TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(d)(2) OR, ALTERNATIVELY, (B) MODIFYING THE AUTOMATIC STAY TO ALLOW THE TOBACCO SETTLEMENT FINANCING <u>CORPORATION TO TERMINATE THE AGREEMENTS</u>**

I, Genevieve D'Agostino, hereby declare pursuant to 28 U.S.C. § 1746:

      1. I am the Treasurer of the Tobacco Settlement Financing Corporation ("TSF"). I have served as TSF's Treasurer since 2003. I am authorized to make this Declaration on TSF's behalf.

      2. TSF is a public benefit corporation of the State of New York that was established in 2003 as a subsidiary of the State of New York Municipal Bond Bank Agency, separate and apart from the State of New York, to purchase all, or a portion of, New York State's share of tobacco settlement revenues received from settlement agreements entered into with

various tobacco companies in or about 1998. The TSF issued two series of Asset-Backed Revenue Bonds in 2003. TSF's $2,310,705,000.00 Asset-Backed Revenue Bonds, Series 2003A (State Contingency Contract Secured) (the "Series 2003A Bonds") were issued pursuant to that certain Indenture, dated as of June 1, 2003 (the "June 2003 Indenture") by and between TSF, as issuer (the "Issuer") and the Bank of New York ("BONY"), as trustee (the "Trustee"). A true copy of the June 2003 Indenture is attached hereto as Exhibit A. TSF's $2,240,415,000.00 Asset-Backed Revenue Bonds, Series 2003B (State Contingency Contract Secured) (the "Series 2003B Bonds" and together with the Series 2003A Bonds, the "Bonds") were issued pursuant to that certain Indenture, dated as of December 1, 2003 (the "Dec. 2003 Indenture" and together with the June 2003 Indenture, the "Indentures") by and between TSF, as Issuer and BONY, as Trustee. A true copy of the Dec. 2003 Indenture is attached hereto as Exhibit B.

        3.      Among other things, the Indentures required the Trustee to establish and maintain reserve funds (the "Reserve Funds") to serve as a source of backup payment for TSF's debt service obligations on the Bonds. The Reserve Funds were established from the proceeds of the issuance of the Bonds in an amount equal to $227,545,572.00 for the Series 2003A Bonds and $221,582,344.00 for the Series 2003B Bonds.

        4.      On or about June 19, 2003, TSF and the Trustee entered a Reserve Fund Agreement, dated as of June 19, 2003 (the "June 2003 RFA") with Lehman Brothers Special Financing Inc. ("LBSF"). A true copy of the June 2003 RFA is attached hereto as Exhibit C.

        5.      On or about December 2, 2003, TSF and the Trustee entered into a Reserve Fund Agreement, dated as of December 2, 2003 (the "Dec. 2003 RFA") with LBSF. A true copy of the Dec. 2003 RFA is attached hereto as Exhibit D.

        6.      The RFAs served as the investment vehicles by which TSF invests the

Reserve Funds through the periodic purchase of qualifying securities from LBSF at a purchase price that is constructed to ensure that TSF receives a guaranteed rate of return of 3.722% on its investments under the June 2003 RFA and 4.687% on its investments under the Dec. 2003 RFA.

7. TSF did not receive written notice from LBSF that, on or about September 15, 2008, the long term credit rating of Lehman Brothers Holding Inc. had been downgraded below the minimum rating required under the RFAs.

8. The RFAs required LBSF to deliver "Qualified Securities" to the Trustee on November 28, 2008 and May 29, 2009. LBSF failed to deliver such securities on such dates.

9. On September 14, 2009, TSF hand delivered written notices to LBSF of its failure to timely deliver securities on November 28, 2008 and May 29, 2009 under each RFA. TSF further notified LBSF that a Lehman Event of Default had occurred under the RFAs on October 3, 2008 when LBSF filed its voluntary bankruptcy petition. A true copy of the notices that TSF sent to LBSF on September 14, 2009 are attached hereto as <u>Exhibit E</u>. LBSF did not cure its failure to deliver securities within five (5) business days of TSF's notices.

10. Upon LBSF's failure to deliver qualifying securities, on November 28, 2008 and May 29, 2009, TSF instructed the Trustee to invest the Reserve Funds in replacement securities (the "Replacement Securities"), pursuant to the provisions of the RFAs.

11. The Replacement Securities for the June 2003 RFA have an annual yield of 3.125%, which is lower than the 3.722% guaranteed rate of return under the June 2003 RFA. As a result, TSF is losing money under the June 2003 RFA.

12. The Replacement Securities for the Dec. 2003 RFA also have an annual yield of 3.125%, which is lower than the 4.687% guaranteed rate of return under the Dec. 2003 RFA. As a result, TSF is losing money under the Dec. 2003 RFA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2009

                                                Genevieve D'Agostino