**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Karen E. Wagner
Avi Gesser
James I. McClammy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                        :
**In re:**                                                              :
                                                                        : Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS**                                                     : 08-13555 (JMP)
**HOLDINGS INC.**, *et al.*,                                            :
                                                                        : (Jointly Administered)
                                                                        :
**Debtors.**                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### FOURTH AMENDED VERIFIED STATEMENT OF
### DAVIS POLK & WARDWELL LLP PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

　　　Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this amended verified statement (the "**Amended Verified Statement**") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "**Debtors**") and respectfully states as follows:

　　　1.  Davis Polk represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that may be creditors of one or more of the Debtors (together, the "**Represented Parties**").

　　　2.  Those Represented Parties that are not listed on Exhibit A have either not yet been finally determined to be creditors of the Debtors or have not yet determined to appear in the Cases.  Such parties include entities that may or may not have claims against one or more of the Debtors based upon securities transactions once netting is completed and other entities that have sought from Davis Polk advice on existing financial transactions with one or more of the Debtors or general advice regarding the Cases.  Davis Polk will supplement this

statement as necessary as the status of additional Represented Parties becomes clear.

      3.  Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors, in law or equity.  The specific nature and amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest to be filed in the Cases.

      4.  Each of the Represented Parties separately requested that Davis Polk represent them in connection with the Cases.

      5.  Davis Polk has provided, and may continue to provide, certain legal services to certain of the Debtors.  With respect to these services, Davis Polk has prepetition and may have post-petition claims against the Debtors.  Davis Polk has not purchased, sold or otherwise transferred any claims against the Debtors.

      6.  The undersigned hereby certifies that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Davis Polk reserves the right to revise and supplement this statement.

Dated:   New York, New York
          September 28, 2009

                               By:   /s/ James I. McClammy
                                       Karen E. Wagner
                                       Avi Gesser
                                       James I. McClammy

                                       DAVIS POLK & WARDWELL LLP
                                       450 Lexington Avenue
                                       New York, New York 10017
                                       Telephone:  (212) 450-4000
                                       Facsimile:   (212) 450-6501

# EXHIBIT A

1. Natixis ABM LLC
   1251 Avenue of the Americas, 34th Floor
   New York, New York 10020

2. Natixis Securities
   47 quai d'Austerlitz
   75648 Paris cedex 13
   FRANCE

3. Banque Privée 1818
   50 Avenue Montaigne
   75008, Paris
   France

4. Assurances Banque Populaire Vie
   115 rue Réaumur
   CS 40230 - 75086
   PARIS  CEDEX 02
   FRANCE

5. Natixis
   30, avenue Pierre Mendes-France
   75013 Paris
   France

6. Natixis Bleichroeder Inc.
   810 Seventh Avenue, 18th Floor
   New York, NY 10019
   United States of America

7. Natixis Financial Products Inc.
   9 West 57th Street, 15th Floor
   New York, NY 10019
   United States of America

8. Legal & General Finance Plc
   One Coleman Street
   London, EC2R 5AA
   United Kingdom

9. Legal & General Protected Investments Plc
   1 Grand Canal Square
   Grand Canal Harbour
   Dublin 2
   Ireland

10.     Mediolanum International Life Limited
Block B
Iona Building
Shelbourne Road
Dublin 4
Ireland

11.     EKT Holding AG
Bahnhofstrasse 37
CH – 9320 Arbon
Switzerland

12.     Banque de Luxembourg
14 Boulevard Royal
L-2449 Luxembourg
Grand Duchy of Luxembourg

13.     Lupus alpha Kapitalanlagegesellschaft mbH
Speicherstraße 49-51
60327 Frankfurt am Main
Germany

14.     ICICI Bank Limited
ICICI Bank Towers
Bandra Kurla Complex
Mumbai-400051
India

15.     International Finance Corporation
2121 Pennsylvania Avenue, N.W.
Washington, D.C. 20433

16.     Bank Julius Baer & Co. Ltd.
Bahnofstrasse 36
8001 Zürich
Switzerland

17.     Appleby Trust (Jersey) Limited
as Trustee of the Diageo No. Employees' Benefit Trust
P.O. Box 207
St. Helier, Jersey, C.I.
JE1 1BD

18.     International Bank for Reconstruction and Development
1818 H Street, N.W., MSN MC7-706
Washington, DC 20433

19. Silver Point Capital Offshore Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830

20. Silver Point Capital Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830