IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| Lehman Brothers Holdings, Inc | Case No. 08-13555 |
| ("the Debtors") | Claim No.: <u>21369</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, SUNRISE PARTNERS LIMITED PARTNERSHIP, IN THE AMOUNT OF $16,226,337.00, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**    Sunrise Partners Limited Partnership
Attn: Michael Berner
Greenwich-American Centre
Two American Lane
Greenwich, CT  06836-2571

PLEASE TAKE NOTICE that the transfer of <u>$16,226,337.00</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:**    C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Sunrise Partners Limited Partnership ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), in each case arising pursuant to a guaranty dated June 18, 1997 pursuant to which Lehman Brothers Holdings Inc. guaranteed to Assignor the performance by Lehman Brothers Special Financing Inc. ("LBSF") and satisfaction of certain obligations of LBSF pursuant to an ISDA Master Agreement dated June 18, 1997 between Assignor and LBSF, including but not limited to the claim described in Proof of Claim Number 21369, have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | C.V.I. G.V.F. (Lux) Master S.a.r.l. | ASSIGNOR: | Sunrise Partners Limited Partnership |
| Address: | c/o CarVal Investors UK Limited<br>Knowle Hill Park<br>Fairmile Lane<br>Cobham<br>Surrey KT11 2PD<br>United Kingdom | Address: | Greenwich-American Centre<br>Two American Lane<br>Greenwich, CT 06836-2571 |

BY CARVAL INVESTORS UK LTD

| | | | |
|---|---|---|---|
| Signature: | _[signature]_ | Signature: | _[signature]_ |
| Name: | DAVID SHORT | Name: | Douglas W. Ambrose |
| Title: | OPERATIONS MANAGER | Title: | Vice President |
| Date: | | Date: | |

_464130.16_

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM**<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000021369 |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SUNRISE PARTNERS LIMITED PARTNERSHIP
ATTN: MICHAEL BERNER
TWO AMERICAN LANE
GREENWICH, CT 06836-2571

Telephone number: (203) 861-3233    Email Address: mberner@paloma.com

[x] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 9288
(If known)

Filed on: 8/24/2009

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 16,226,337
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

[ ] Check this box if all or part of your claim is based on a Derivative Contract.*
[x] Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

[x] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Guarantee of Derivative Contract
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: [ ] Real Estate   [ ] Motor Vehicle   [ ] Other
Describe: _____
Value of Property: $ _____   Annual Interest Rate ___ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____   Basis for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
[ ] Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
[ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
[ ] Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
[ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
[ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*amendment*

led to priority: _____

FOR COURT USE ONLY

FILED / RECEIVED
SEP 21 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>9/21/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   Name: Michael J. Berner<br>By: [signature]   Title: Vice President |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Epiq Systems, Inc.

- Epiq Directory
- Contact Us
- Forms

## Lehman Brothers Holdings Inc. (Chapter 11)

646 282 2400
client Home

Filed Claims & Schedules　　Key Documents　　Docket　　Change Client

### Filed Claims and Schedules

Claim #  21369

Schedule #

Name Starts With

Total Claim Value  Equals

Claim Date Range  　to

Order By  Creditor Name　　Debtor [ ]　　Scope  Claims and Schedules　　Results Per Page  10

Search  Clear

Page 1 of 1　　Page  Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 21369 | | SUNRISE PARTNERS LIMITED PARTNERSHIP ATTN: MICHAEL BERNER TWO AMERICAN LANE GREENWICH, CT 06836-2571 Debtor: LEHMAN BROTHERS | 9/21/2009 | $16,226,337.00 Claim Unsecured Amount: $16,226,337.00 | Image |