**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                                                   :

In re                                                                          :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :        Case No. 08-13555 (JMP)

         Debtors.                                   :        (Jointly Administered)

------------------------------------------------------------------------x     Ref. Docket Nos. 5255, 5256,
                                                                                                       5257, 5258
                                                                                                        5259, 5260

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                                 ) ss.:
COUNTY OF HARTFORD  )

       Marc V. Orfitelli being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 100 Pearl Street, Hartford, Connecticut 06103.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On September 23, 2009, I caused to be served the:

   a) "Notice of Thirtieth Supplemental List of Ordinary Course Professionals", dated September 22, 20098 [Docket No.5256] (the "Notice"),

   b) "Affidavit and Disclosure Statement of David McGrath, on behalf of Samson & McGrath", dated September 11, 2009 [Docket No.5258] (the "McGrath Affidavit"),

   c) "Affidavit and Disclosure Statement of Anthony T. Carideo, Jr., on behalf of Wolf & Company, P.C.", dated September 11, 2009 [Docket No.5259] (the "Wolf Affidavit"),

   d) "Affidavit and Disclosure Statement of Christopher Fowler-Tutt, on behalf of Colliers CRE PLC", dated September 19, 2009 [Docket No.5257] (the "Fowler-Tutt Affidavit"),

   e) "Affidavit and Disclosure Statement of Redge A. Martin on behalf of C.R. Martin Auctioneers, Inc. DBA Harvey Clars Estate Auction Gallery", dated August 18, 2009 [Docket No.5260] (the "Martin Affidavit"), and

f) "Notice of Supplemental Affidavit and Disclosure Statement of Paul D. Olden on behalf of Nautadutilh N.V.", dated September 22, 2009 [Docket No.5255] (the "Olden Affidavit")

by causing true and correct copies of the:

a) Notice, McGrath Affidavit, Wolf Affidavit, Fowler-Tutt Affidavit, Martin Affidavit and Olden Affidavit to be delivered by email to those parties listed on the attached Exhibit "A",

b) McGrath Affidavit to be delivered by email to those parties listed on the attached Exhibit "B",

c) Wolf Affidavit Affidavit to be delivered by email to those parties listed on the attached Exhibit "C",

d) Fowler-Tutt Affidavit to be delivered by email to those parties listed on the attached Exhibit "D",

e) Martin Affidavit to be delivered by email to those parties listed on the attached Exhibit "E",

f) Olden Affidavit to be delivered by email to those parties listed on the attached Exhibit "F",

g) Notice, McGrath Affidavit, Wolf Affidavit, Fowler-Tutt Affidavit, Martin Affidavit and Olden Affidavit to be delivered by overnight mail to those parties listed on the attached Exhibit "G",

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Marc V. Orfitelli

Sworn to before me this
25th day of Sept., 2009

_____
Notary Public

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011

2

# EXHIBIT A

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
paronzon@milbank.com
gbray@milbank.com
efleck@milbank.com

# EXHIBIT B

dmcgrath@samsonandmcgrath.com

# EXHIBIT C

jegnitz@wolfandco.com

# EXHIBIT D

chris.fowler-tutt@collierscre.co.uk

# EXHIBIT E

redge@clars.com

# EXHIBIT F

paul.olden@nautadutilh.com

# EXHIBIT G

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY
HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004