## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2009, a true and correct copy of the foregoing **Notice of Metavante Corporation's Motion to Alter or Amend the Court's Order Granting Lehman Brothers Special Financing Inc. and its Affiliated Debtors' Motion to Compel Performance and Enforce the Automatic Stay and Metavante Corporation's Motion to Alter or Amend the Court's Order Granting Lehman Brothers Special Financing Inc. and its Affiliated Debtors' Motion to Compel Performance and Enforce the Automatic Stay** was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Lori R. Fife, Esq.
Richard W. Slack, Esq.
Robert J. Lemons, Esq.
Attorneys for the Debtors
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Wilbur F. Foster, Jr.
Attorneys for the Official Committee of
Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

David S. Cohen, Esq.
Attorneys for the Official Committee of
Unsecured Creditors
Milbank, Tweed, Hadley & McCloy, LLP
1850 K Street N.W., Suite 1100
Washington, D.C. 20006

J. Christopher Shore, Esq.
Lisa Thompson, Esq.
Attorneys for the Ad Hoc Group of
Lehman Brothers Creditors
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Martin Bienenstock, Esq.
Attorneys for the Ad Hoc Group of
Lehman Brothers Creditors
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

James W. Giddens, Esq.
Jeffrey S. Margolin, Esq.
Attorneys for the Securities Investor
Protection Act Trustee
Hughes Hubbard  & Reed, LLP
One Battery Park Plaza
New York, NY  10004

WHD/6697201.1

s/ Bruce G. Arnold
Bruce G. Arnold