**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                          :    **Chapter 11 Case No.**

                                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**

                                               :

                    **Debtors.**                :    **(Jointly Administered)**

                                               :

                                               :

------------------------------------------------------------------x

## ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND APPROVING LEHMAN BROTHERS HOLDINGS INC.'S ENTRY INTO SETTLEMENT WITH VCC

Upon the motion, dated August 26, 2009 (the "Motion"), of Lehman

Brothers Holdings Inc. ("LBHI," together with its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors," and,

together with their non-debtor affiliates, "Lehman"), pursuant to Rule 9019 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization for LBHI to

enter into a settlement (the "Settlement") with certain entities owned or controlled,

directly or indirectly, by Robert J. Eves substantially consistent with the term sheet

attached to the Motion as Exhibit A (the "Term Sheet"), all as more particularly

described in the Motion; and the Court having jurisdiction to consider the Motion and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing

Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any

and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28

U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided

in accordance with the procedures set forth in the amended order entered February 13,

2009 governing case management and administrative procedures [Docket No. 2837] to (i)

the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) counsel to the VCC Guarantors;[1] (vii) counsel to the

VCC Affiliates; (viii) counsel to the Lehman SPEs; (ix) counsel to Lehman Re Ltd.; and

(x) all parties who have requested notice in these chapter 11 cases, and it appearing that

no other or further notice need be provided; and the Court having found and determined

that the relief sought in the Motion is in the best interests of LBHI, its estate and

creditors, and all parties in interest and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the Settlement is

hereby approved and LBHI is duly authorized to (i) consummate all of the transactions

contemplated thereby, including the execution of a settlement agreement substantially

consistent with the Term Sheet; (ii) execute and deliver such assignments, conveyances,

and other documents, and instruments of transfer and to take such other actions as may be

reasonably necessary to consummate the Settlement, and (iii) consent to any amendment,

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

restatement, waiver, supplement or other modification of any of the documents

contemplated under the Settlement, it being understood that any actions described in this

paragraph taken by LBHI or its affiliates may be taken without the necessity of (x) any

further court proceedings or approval or (y) any consent of any third party, and shall be

conclusive and binding in all respects on all parties in interest in these cases; and it is

further

ORDERED that the Settlement and any related agreements, documents or

other instruments may be modified, amended or supplemented by the parties thereto, in a

writing signed by such parties, and in accordance with the terms thereof, without further

order of the Court, *provided* that any such modification, amendment or supplement does

not have a material adverse effect on LBHI's estate; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to the implementation and/or interpretation of this

Order.


Dated: New York, New York
      September 29, 2009

                                      *s/ James M. Peck*
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge