UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                :

In re:                            :   Chapter 11

                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :   Case No. 08-13555 (JMP)

                                :

                Debtors.        :   (Jointly Administered)

                                :

------------------------------------------------------------x
------------------------------------------------------------x
                                :

In re:                            :   SIPA Proceeding

                                :

LEHMAN BROTHERS INC.,           :   Case No. 08-01420 (JMP)

                                :

                Debtor.        :

                                :

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                          )   SS.:
COUNTY OF NEW YORK   )

      Benjamin Rosenblum, being duly sworn, deposes and says:

      1. The deponent resides at 45 Tudor City Place, Apartment 207, New York, New York, 10017, is over 18 years of age and is not a party to the above-captioned proceedings.

      2. On September 25, 2009, deponent caused to be served a true and correct unredacted copy of the

- *Joinder of Debtor LBHI With the Committee's Motion Pursuant to 11 U.S.C. §§ 105(a) and 107(a) to Unseal Motions for Relief Modifying the September 20, 2008 Sale Order (and Related SIPA Sale Order)*

upon the parties listed on the attached service list by electronic mail.

_Benjamin Rosenblum_
Benjamin Rosenblum

Sworn to before me on this
29th day of September, 2009

_Kathleen Sullivan_
Notary Public

KATHLEEN SULLIVAN
Notary Public, State of New York
No. 01SU6069138
Qualified in Kings County
Commission Expires January 22, 20_10_

## SERVICE LIST

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

oxford@hugheshubbard.com
maguire@hugheshubbard.com
rothman@hugheshubbard.com

vlazar@jenner.com
rbyman@jenner.com
rbyman@jenner.com
dlayden@jenner.com
ptrostle@jenner.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com