**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,                   :    Case No. 08-13555 (JMP)
                                                                :
                        Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------------x

**ORDER GRANTING THE EXAMINER'S MOTION TO COMPEL ABN AMRO**
**INC. TO RESPOND TO EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION**

Upon the Motion to Compel ABN AMRO Inc. To Respond to Examiner's Subpoena for Rule 2004 Examination (the "<u>Motion</u>") filed by Anton R. Valukas, the examiner (the "<u>Examiner</u>") appointed in the above-captioned bankruptcy cases, and the Court having reviewed the Motion and adequate notice of the Motion has been provided in accordance with the procedures set forth in the amended order entered February 13, 2009, governing case management and administrative procedures [Docket No. 2837] to (i) the Court; (ii) counsel for the Debtors; (iii) the United States Trustee for Region 2; (iv) counsel for the Official Committee of Unsecured Creditors; (v) ABN AMRO; (vi) the Securities and Exchange Commission; (vii) the Internal Revenue Service; (viii) the United States Attorney for the Southern District of New York; and (ix) all parties who have requested notice in these chapter 11 cases; and it appearing that no other or further notice of the Motion need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that

1.      The Motion is granted.

2.      ABN AMRO must fully comply with the Examiner's subpoena within five (5) days.

1

3. This Court shall have exclusive jurisdiction with respect to any claim or controversy arising from or related to the implementation of this Order.

Dated: November __, 2009
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE