# EXHIBIT B

Internal Revenue Service
Manhattan Appeals Office
290 Broadway-11th Floor
New York, New York 10007

Jeannette R. Joseph
Fax # 212-298-2534
Tel. # 212-298-2532

## Facsimile Transmittal Sheet

| | | | |
|---|---|---|---|
| **To:** David Veeder | | **From:** Jeannette Joseph | |
| **Fax:** 972-767-0970 | | **Pages:** 10 (includes cover sheet) | |
| **Phone:** | | **Date:** 12/16/2008 | |
| **Re:** Lehman | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• **Comments: As Requested**

THIS FACSIMILE TRANSIMISSION AND/OR THE DOCUMENTS SUBJECT TO NON-DISCLOSURE PROVISIONS OF FEDERAL LAW, INCLUDING 26 U.S.C. SECTION 6103 AND PRIVACY ACT, 5 U.S.C. SECTION 552A. IF YOU ARE NOT THE INTERESTED RECEPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING OR DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS, IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR THE RETURN OF THE DOCUMENT.

12/16/2008  11:46    12122982534    IRS APPEALS    PAGE  02/10

```
Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:23:04 AM

TXMODA13-3216325    MFT>02  TX-PRD>200012  PLN-NUM>      NM-CTRL>LEHM
19347-648-79001-8<DLN  FRGN TRANS  LRG-CORP>29        BOD-CD>LM CLIENT-CD>1
                                       MF-XTRCT-CYC>200850 SC-REASON-CD>33
SC-STS>72   MOD-BAL>          0.00  CYC>200840
MF-STS>12   MOD-BAL>          0.00  CYC>200850 TODAYS-DT>12/16/2008
  PENDING TRANS      LAST-NOTICE>DAP    ARDI-CD>3   PRIMARY-LOC>2250 NYPTA>02
-----------------------------             SBAO>22                  PDC-IND>00
ASED>12312008 FRZ>     -VIW |         AIMS-CD>1 COLLECTION-ASGMT>00000000
CSED>         INTL>         |
RSED>03152004               | NAICS-CD>523900         TDI-CYC>200407 C-CORP>1
-----------------------------                                             GATT
FR>00011000000010001000000000000000       2%-INT>07222006         DQ-MOD-FR>01
CS-CTRL-INFO>ALL CS CTRL CLSD    CLSD-CTRL-CYC>200849 LST-CS-CTRL-ACTY>12022008
------------------------POSTED RETURN INFORMATION-------------------------
                         RCC>TRO
RET-RCVD-DT>11012001              CRD>11012001 TX/TPR>       29,817,843.00
                                              NET-CR-CLMD>       40,000,000.00-
  NET-TXBL-INCOME>   2,283,096,654.00
-------------------------------RETURN TRANSACTION-------------------------
    T/C  POSTED      TRANS-AMOUNT         CYC     T        DLN
    150  12102001       29,817,843.00     200148     19311-307-30100-1

Employee #6619121594 Page 001 of 009  PAGE  002
```

12/16/2008  11:46    12122982534              IRS APPEALS                         PAGE  03/10

```
Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:23:05 AM

TXMODA13-3216325    MFT>02   TX-PRD>200012   PLN-NUM>     NM-CTRL>LEHM
------------------------POSTED TRANSACTIONS SECTION------------------------
    T/C  POSTED    TRANS-AMOUNT   CYC-DAY  T    DLN
    670  04172000   8,000,000.00- 20001708     72319-108-48470-0
         EFTPS ELEC DPST                       EFT-TRACE-NUM>49130010800000322
    670  06152000   8,000,000.00- 20002608     72319-167-82129-0
         EFTPS ELEC DPST                       EFT-TRACE-NUM>49130016700000110
    716  04152000   8,000,000.00- 20004308     19311-281-30000-0
                                               AVAILABILITY-DT>06151999
    670  12152000  16,000,000.00- 20005208     72319-350-24748-0
         EFTPS ELEC DPST                       EFT-TRACE-NUM>49130035000000173
    599  11092001           0.00  20014708     19949-713-00020-1   CLS-CD>18
    420R 11292001           0.00  20014908     29977-333-00000-1 AIMS-SRC-CD>01
                                    PBC>301   SBC>00000  EGC>1000
    770  11192001           0.00  20015008     22345-323-20000-1
    840R 11192001      10,182,157.00 20015008  22345-323-20000-1
    620  12032001           0.00  20015208 L  19304-342-00922-1
                                               TENT-LIAB-TAX         0.00
    421  02242003           0.00  20031008     29977-333-00000-1 DISP-CD>99

Employee #6619121594 Page 002 of 009   PAGE   003
```

12/16/2008  11:46   12122982534            IRS APPEALS                    PAGE  04/10

Station Name: NYC033WA2523579  Date: 12/16/2008  Time: 10:23:06 AM

```
TXMODA13-3216325    MFT>02   TX-PRD>200012   PLN-NUM>      NM-CTRL>LEHM
    424R 02242003             0.00    20031008   29377-055-20000-3  SOURCE-CD>23
                                                 PTR-PBC>298 PTR-TIN>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I
                                                   PTR-MFT>06   PTR-TX-PRD>200012
                         PBC>301    SBC>00000   EGC>5800   PUSH-CD>010
    560R 05232003             0.00    20032208   29377-143-77500-3   ASED>12312004
    421  09302003             0.00    20034108   29377-055-20000-3  DISP-CD>99
    424R 09302003             0.00    20034108   19377-273-20000-3  SOURCE-CD>23
                                                 PTR-PBC>303 PTR-TIN>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I
                                                   PTR-MFT>06   PTR-TX-PRD>200002
                         PBC>623    SBC>00000   EGC>1114   PUSH-CD>010
    560R 05052004             0.00    20041908   29377-126-77500-4   ASED>12312005
    770  11192001             0.00    20042308   31345-100-92000-4
    840R 11192001     1,182,157.00    20042308   31345-100-92000-4
    770  11192001             0.00    20042308   31345-100-92001-4
    840R 11192001     9,000,000.00    20042308   31345-100-92001-4
    470  06092004             0.00    20042508   19977-566-00081-4
    841  11192001     1,182,157.00-   20042508   17348-108-50100-4
                 RSN>2004117290
    841  11192001     9,000,000.00-   20042508   17348-108-50101-4
                 RSN>2004117290
    770  11192001             0.00    20044108   31345-226-92000-4
    840R 11192001     9,000,000.00    20044108   31345-226-92000-4
Employee #6619121594  Page 003 of 009   PAGE  004
```

Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:28 AM

```
TXMODA13-3216325     MFT>02   TX-PRD>200012     PLN-NUM>       NM-CTRL>LEHM
    770   11192001              0.00     20044108     31345-226-92001-4
    840R  11192001       1,182,157.00    20044108     31345-226-92001-4
    841   11192001      10,182,157.00-   20044108     17348-248-50000-4
                  RSN>2003188170
    740   11192001       9,000,000.00-   20044308     31345-178-55000-4
                  RSN>2003195190
    740   11192001       1,182,157.00-   20044308     31345-178-55001-4
                  RSN>2003195190
    820   03152001      10,182,157.00    20044408     19324-701-00000-4
        XREF-TIN>13-3216325    XREF-MFT>02   XREF-TX-PRD>199912
    290   04112005              0.00     20051308     19354-480-15000-5
    560R  06202005              0.00     20052608     29377-171-77500-5    ASED>06302006
    560R  11042005              0.00     20054508     29377-308-77500-5    ASED>09302006
    560R  04252006              0.00     20061808     29377-115-77500-6    ASED>12312007
    300   09182006              0.00     20063608     29347-637-10004-6    HOLD-CD>1
                                                                  PRT-CD>4 APPL-CD>123
               DISP-CD>07
               DATA-REF-NUM1>410 REF-CHG-DTA1>0052311003
    300   01292007              0.00     20070308     29347-409-10003-7    HOLD-CD>2
                                                                           APPL-CD>123
               DISP-CD>07
               DATA-REF-NUM1>410 REF-CHG-DTA1>0052311003
Employee #6619121594 Page 004 of 009  PAGE   005
```

```
12/16/2008  11:46    12122982534               APPEALS                          PAGE  06/10

Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:28 AM

TXMODA13-3216325      MFT>02   TX-PRD>200012   PLN-NUM>       NM-CTRL>LEHM
     560R 07062007                0.00   20072808   19377-187-77500-7   ASED>06302008
     560R 02202008                0.00   20080908   19377-051-77500-8   ASED>09302008
     560  04112008                0.00   20081608   19377-102-77500-8   ASED>12312008
     640  07032008       92,750,000.00-  20082908   81319-185-25001-8
                                                    EFT-TRACE-NUM>29230818500000322
         EFTPS ELEC DPST
TRACE-ID>71012008185044000279
     300  09222008                0.00   20083708 X 19347-648-79001-8   HOLD-CD>2
              870-DT>06132008                                 PRT-CD>2 APPL-CD>123
                     DISP-CD>03
                     DATA-REF-NUM1>410  REF-CHG-DTA1>0052311003
     421  09222008                0.00   20083708 X 19347-648-79001-8
     570  07212006                0.00   20083708   19324-648-00103-8
     700  07212006       52,375,654.36-  20083708   19324-648-00103-8
         XREF-TIN>13-3216325   XREF-MFT>02   XREF-TX-PRD>199712
     700  07212006       52,375,654.36-  20083708   19324-648-00105-8
         XREF-TIN>13-3216325   XREF-MFT>02   XREF-TX-PRD>199712
     700  09172007       60,505,201.50-  20083708   19324-648-00102-8
         XREF-TIN>13-3216325   XREF-MFT>02   XREF-TX-PRD>199812
     700  09172007       60,505,201.50-  20083708   19324-648-00104-8
         XREF-TIN>13-3216325   XREF-MFT>02   XREF-TX-PRD>199812

Employee #6619121594 Page 005 of 009   PAGE   006
```

Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:29 AM

```
TXMODA13-3216325       MFT>02   TX-PRD>200012    PLN-NUM>        NM-CTRL>LEHM
     300   08272008  192,460,114.00   20084008    17351-240-13503-8
                     870-DT>06132008
     340   08272008   96,947,069.68   20084008    17351-240-13503-8
     240   08272008   19,528,177.00   20084008    17351-240-13503-8   PNLTY-CD>680
     370   08272008            0.00   20084008    17351-240-13503-8
     776   10132008       62,078.15-  20084008    19347-648-79001-8
    846R   10132008    9,638,429.19   20084008    19347-648-79001-8
                            RFND-INT>      62,078.15-
                     RSN>2008273190
     520   09152008            0.00   20084108    22977-676-00038-8  COLL-CLS-CD>85
                     BLLC>21
     520   09152008            0.00   20084108    22977-676-00040-8  COLL-CLS-CD>81
                     BLLC>21
     777   10132008       62,078.15   20084308    19345-290-55555-8
     841   10132008    9,638,429.19-  20084308    19345-290-55555-8
                            RFND-INT>      62,078.15   CK#>0049624806
                     RSN>2008273190              FMS-CNCL-DT>20081015
     770   09152008       49,331.16-  20084508    31345-259-20000-8
     840   09152008    9,784,590.26   20084508    31345-259-20000-8
                            RFND-INT>      49,331.16-
                     RSN>08259170QF
```

Employee #6619121594 Page 006 of 009   PAGE   007

```
12/16/2008  11:46    12122982534              IRS APPEALS                        PAGE  08/10
Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:31 AM

TXMODA13-3216325    MFT>02  TX-PRD>200012   PLN-NUM>      NM-CTRL>LEHM
      341   12222008      158,908.06-  20085008    73354-738-15001-8
                                                       DB-CR-INT-TO-DT>09152008
      290   12222008            0.00   20085008    73354-738-15001-8
                                                       PRT-CD>1
-------------------------------PENDING TRANSACTIONS SECTION---------------------
 DU  1  290  00000000            0.00   20084000    19354-649-15000-8
                                      HOLD-CD>2     PRT-CD>1
 DU  1  341  00000000      158,908.08-  20084000    19354-649-15000-8
                                                       DB-CR-INT-TO-DT>09152008
                           CSED>
 DQ  0  290  00000000            0.00   00000100    19354-336-15000-8
                                                       PRT-CD>1
 DQ  0  341  00000000      158,908.08-  00000100    19354-336-15000-8
                                                       DB-CR-INT-TO-DT>09152008
--------------------------------NOTICE HISTORY SECTION--------------------------
 NOTICE        AMOUNT           CYC   S  AO
 CPREF            0.00          200840 M  50   SUPPRESS-CD>0
 DAP         158,908.06         200845 M  50
------------------------CONTROL BASE AND HISTORY INFORMATION--------------------
C#  STATUS  ACT-DT     ACTION-EMP   ACTIVITY   RCVD-DT    ASSIGN-TO   CAT  ORG F S
01    A     07312008   0509905315   ST11       07312008   0235800000  ST11        G
      A     08012008   0209960232   2360309    07312008   0235822029  ST11        G
Employee #6619121594 Page 007 of 009  PAGE  008
```

Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:33 AM

```
TXMODA13-3216325       MFT>02   TX-PRD>200012    PLN-NUM>      NM-CTRL>LEHM
        C     09022008   6619121594   2360309     07312008  0235822029 ST11    G
02      C     09022008   6619121594   CRED-TRANS  09022008  6619121594 TPRQ    M
03      C     09032008   6619121594   54-TAX-ADJ  09032008  6619121594 TPRQ    I
04      A     09192008   0000000000   313C200838  09192008  6619121594 NLUN    1
        C     12012008   6619121594   313C200838  09192008  6619121594 NLUN    G
05      A     10012008   0509905062   ST09        10012008  0235800000 ST09    G
        A     10022008   0509905422   2743846     10012008  0235833238 ST09    G
        C     12012008   6619121594   2743846     10012008  0235833238 ST09    G
06      A     10072008   0826146239   RR20084013  10072008  0826146239 RFDL    W
        A     10072008   0826146239   RR20084013  10072008  2137111712 RFDL    G
        A     10252008   9999999999   RR20084013  10072008  2137111712 841P    5
        C     12012008   6619121594   RR20084013  10072008  2137111712 841P    G
07      C     10082008   0435125119   VOID/NOT    10082008  0435125119 LGCP    G
08      A     10302008   0509905240   ST10        10292008  0235800000 ST10    G
        A     11182008   0235003457   3051517     10292008  0235801930 ST10    G
        A     11192008   0235801930   BKRUPTCY-V  10292008  0235801930 ST10    G
        C     11192008   0235801930   MISC        10292008  0235801930 ST10    G
09      C     12012008   6619121594   54-TAX-ADJ  12012008  6619121594 TPRQ    I
10      C     12022008   6619121594   54-TAX-ADJ  12022008  6619121594 TPRQ    I
H             09152008   0211744259   08259170Q                                G
H             09152008   0211744259   TC840INPUT                               G
```

Employee #6619121594 Page 008 of 009 PAGE 009

12/16/2008  11:46    12122982534                    APPEALS                              PAGE  10/10

Station Name: NYC033WA2523579 Date: 12/16/2008 Time: 10:25:34 AM

TXMODA13-3216325     MFT>02   TX-PRD>200012   PLN-NUM>     NM-CTRL>LEHM
------------------------SERVICE CENTER HISTORY SECTION----------------------
SC-STS   DATE       STATUS-AMOUNT      CYC
  12   03102008              0.00    200809
  72   10132008    318,511,711.72-   200840
  72   10132008    318,511,711.72-   200840
------------------------MASTER FILE HISTORY SECTION-------------------------
MF-STS   DATE       STATUS-AMOUNT      CYC                 CCNIP-SELECT-CD
  02   09032001 IND>    NTC-AO>00    200135
  03   09102001 IND>8   NTC-AO>00    200137
  06   12032001              0.00    200147
  12   12102001     10,182,157.00-   200148
  21   06212004     10,182,157.00    200423
  12   07052004              0.00    200425
  21   08272008    192,460,114.00    200840
  12   10132008              0.00    200840
  21   11172008        158,908.06    200845
  12   12222008              0.00    200850


Employee #6619121594 Page 009 of 009  PAGE   001