# EXHIBIT C

8333 Douglas Avenue
Dallas, Texas 75225
972-661-2376
972-767-0970 fax





| | | | |
|---|---|---|---|
| **To:** | Jeannette Joseph | **From:** | David Veeder |
| **Company:** | Internal Revenue Service | **Date:** | November 10, 2008 |
| **Phone:** | 212-298-2532 | **Phone:** | 972-661-5273 |
| **Fax:** | 212-298-2534 | **Fax:** | 972-767-0970 |

| | | |
|---|---|---|
| **Re:** | Lehman Brothers Holdings Inc. | **cc:** |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**


If you have any questions, please feel free to contact me at (972) 661-2379,

David Veeder

**The TAARP Group, LLP**
8333 Douglas Avenue
Suite 1500
Dallas, TX 75225

Austin, TX

Dallas, TX

Ogden, UT

Tampa, FL

Washington, DC

November 10, 2008

Ms. Jeanette Joseph
Internal Revenue Service
Manhattan Appeals Office
290 Broadway- 11th Floor
New York, New York 10007

Re: Lehman Brothers Holdings Inc.
EIN: 13-3216325
Tax Year Ended: December 31, 2000

Dear Jeanette:

Thank you for providing a copy of the TXMODA transcript for Lehman Brothers Holdings Inc.'s Form 1120 account for the tax year ended December 31, 2000. We have reviewed the transcript information and identified the following issues:

The tax increase of $192,460,114, penalty of $19,528,177 and deficiency interest of $96,947,069.68 were input on a quick assessment document that ultimately posted in cycle 200840, September 29, 2008. At that time, the computer generated a refund of $9,638,429.19 that included allowable interest of $62,078.15. The refund of $9,638,429.19 was stopped by the IRS in cycle 200843, October 20, 2008. The computer generated refund was stopped because a manual wire transfer refund had already been input in the amount of $9,784,590.26. Based on the history section of the transcript, the manual refund information was input on September 15, 2008 and the company acknowledged the wire was received on September 16, 2008.

It appears that one of the abatements did not post correctly and thus, there currently exists a balance due for the 2000 tax year. More specifically, the account now shows a Service Center status 72 (bankruptcy) with a debit balance of $158,908.06 and a Master file status of 12 with an overpaid balance of ($9,576,351.04). This needs to be corrected and we believe that the following transactions should be posted to correct the unpostable error and to reflect the correct balance:

DU 341 ($158,908.08) – this abatement will need to be re- input
PN manual refund $9,784,590.26 – this transaction is currently pending, but will post with a cycle date of 200845, November 3, 2008

**The TAARP Group, LLP**

Ms. Jeanette Joseph
Internal Revenue Service
November 10, 2008

PN allowable interest ($49,331.16) – this transaction is currently pending but will post with a cycle date of 200845, November 3, 2008.

MF Account balance ($9,576,351.04)
TC 341 – interest    ($158,908.06
TC 770 – allowable    (49,331.16)
TC 840 wire refund    $9,784,590.26
Balance    -0-

Once the all of the above transactions are input and have properly posted, the account should be settled. We will continue to monitor this account to assure proper posting of all the transactions. Please provide us with any information regarding the probable posting date. We have attached the IRS posting cycle calendar that we relied on to determine the posting cycle dates. Please confirm that these dates are accurate.

Once again, thanks for all your help. If you have any questions, please give me a call.

Very truly yours,

David L. Veeder
Partner

Cc: John Triolo- Lehman Brothers Holdings Inc.
    Joseph Casale- Lehman Brothers Holdings Inc.
    Mark Ely- The TAARP Group LLP