UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION OF THE TAARP GROUP, LLP FOR: (I) AUTHORIZING AND DIRECTING IMMEDIATE PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) AND TO THE EXTENT NECESSARY, NUNC PRO TUNC APPROVAL FOR PERFORMANCE OF POST-PETITION SERVICES; (II) A CONSTRUCTIVE TRUST OVER A PORTION OF FUNDS CREDITED TO DEBTORS POST-PETITION; (III) RECOVERY IN QUANTUM MERUIT; AND (IV) SUCH OTHER RELATED RELIEF AS APPROPRIATE UNDER 11 U.S.C. §105**

Upon consideration of the Motion of TAARP Group, LLP ("TAARP") for an Order (I) Authorizing and Directing Immediate Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(B) for Funds Expended Post-Petition and to the Extent Necessary, Granting Nunc Pro Tunc Approval for Performance of Post-Petition Services; (II) Granting a Constructive Trust; (III) Granting Recovery in *Quantum Meruit* and (IV) Granting Such Other Related Relief as Appropriate Under 11 U.S.C. §105 (the "Motion")[1]; and having considered any objections thereto; this Honorable Court hereby finds that due and adequate notice of the Motion has been given; that it appears that no further or other notice is required; that TAARP's rights to payment of the Fee are valid and enforceable and after due deliberation and sufficient case appearing therefor,

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

---

[1] Capitalized terms used in this Order that are not defined herein shall have the same meaning as those ascribed thereto in the Motion

2. TAARP is granted an Allowed Administrative Expense Claim in the amount of $1,467,688.50

3. The Debtors are authorized and directed to pay TAARP $1,467,688.50 on account of the Fee within five (5) days of this Order.

Dated: New York, New York
_____, 2009

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT