IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC. | Case No. 08-13555 (JMP)<br>Jointly Administered |
| Lehman Brothers Holdings, Inc. | Case No. 08-13555 |
| | Claim No.: 9835 |

### NOTICE OF TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedures, of transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor:**   National Power Corporation

**Name of Transferee:**   Power Sector Assets and Liabilities Management Corporation

Name and Address where notices to transferee should be sent:

| | | |
|---|---|---|
| Atty. Maria Luz L Caminero<br>Vice President & General Counsel<br>Power Sector Assets and Liabilities<br> Management Corporation<br>7th Floor, Bankmer Building<br>6756 Ayala Ave.<br>Makati City, Philippines<br>Tel: (632) 902-9007<br>Email: mllcaminero@psalm.gov.ph | and | Mr. John Yeap<br>Pinsent Masons<br>50th Floor, Central Plaza<br>18 Harbour Road<br>Hong Kong, SAR<br>Tel: (852) 2294 3485<br>Email: John.Yeap@pinsentmasons.com |

Court Claim Number: 9835
Amount of Claim: $3,461,590.93
Date Claim Filed: 08/31/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____JOSE C. IBAZETA_____   Date: _11 SEPTEMBER 2009_
Transferee/Transferee's Agent
President and CEO

2471270                                                                 6610.001

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: National Power Corporation

National Power Corporation, located at Quezon Avenue corner BIR Road, Diliman, 1100 Quezon City, Philippines ("Transferor"), hereby certifies that Transferor has unconditionally and irrevocably transferred and assigned to Power Sector Assets and Liabilities Management Corporation with offices located at 7th Floor, Bankmer Building, 6756 Ayala Ave., Makati City, Philippines ("Transferee"), all rights, title and interest in and to the claim of Transferor against Lehman Brothers Holdings, Inc. (including Transferor's claim against Lehman Brothers Special Financing Inc., the original obligor of such claim) in the amount of $3,461,590.93 (collectively, the "Claim") in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the //th day of September, 2009.

NATIONAL POWER CORPORATION

By: ___FROILAN A. TAMPINCO___
Its: ___President___

POWER SECTOR ASSETS AND LIABILITIES MANAGEMENT CORPORATION

By: ___JOSE P. IBAZETA___
Its: ___President and CEO___

-2-