## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
                                                              )
In re:                                                        )    Chapter 11
                                                              )
LEHMAN BROTHERS HOLDINGS INC.                                 )    Case No. 08-13555 (JMP)
                                                              )
                                                              )
                                                              )
          Debtor.                                             )    (Jointly Administered)
--------------------------------------------------------------x
```

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:          **TPG-AXON PARTNERS, LP** ("Transferor")
TPG-Axon Capital Management, LP
Attention: Chief Financial Officer
888 7<sup>th</sup> Avenue – 38<sup>th</sup> Floor
New York, NY 10019
Tel: 212-479-2000
Fax: 212-479-2001

2.    Please take notice that the transfer in the amount of 100% of your claims against LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP) arising from and relating to Claim Nos. 17600 (attached in Exhibit A hereto) and 30099 (attached in Exhibit B hereto), has been transferred to:

          **GOLDMAN SACHS LENDING PARTNERS LLC** ("Transferee")
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

    An evidence of transfer of claim is attached hereto as Exhibit C. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit D.

543778.1/153-05290

3.     No action is required <u>if you do not object</u> to the transfer of your claims.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                United States Bankruptcy Court
                Southern District of New York
                Attn: Clerk of Court
                Alexander Hamilton Custom House
                One Bowling Green
                New York, NY 10004-1408

--          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--          Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                        CLERK
-------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                        _____
                        Deputy Clerk

543778.1/153-05290

## EXHIBIT A

**PROOF OF CLAIM**

ORIGINAL

**PROOF OF CLAIM**

| *United States Bankruptcy Court/Southern District of New York* | | |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Joint Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held Lehman Brothers Holdings Inc. | Case No. of Debtor 08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000017600

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TPG-Axon Partners, L.P.

(For addresses and telephone numbers, see attached annex)

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (if known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above)

(See attached annex)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 23,820,228 (see attached annex for details)

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** (See attached annex)
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** N/A
   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
   Describe: (See attached annex)
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $ N/A

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $ N/A
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (*See definition of "redacted" on reverse side.*) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: (See attached annex)

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 9/17/2009 | Signature: By: _____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USActive 17182192.2

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1 Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and the state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## ___ DEFINITIONS ___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor prior to the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

## ___ INFORMATION ___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                               :

                                                     :        **Chapter 11**

                                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **Case No. 08-13555 (JMP)**

                                                     :        **(Jointly Administered)**

                    **Debtors.**                     :

                                                     :

------------------------------------------------------------x

## ANNEX TO PROOF OF CLAIM HELD BY TPG-AXON PARTNERS, L.P

This is an Annex to, and a part of, the proof of claim (the "Proof of Claim") filed by TPG-Axon Partners, L.P. ("TPG" or "Claimant"), c/o TPG-Axon Capital Management, L.P., 888 Seventh Avenue, 38th Floor, New York, NY 10019. TPG is the holder of a claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI" or the "Debtor"," and collectively with LBHI's affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases the "Debtors") described on the prefixed Proof of Claim and as set forth in further detail in this Annex.

THIS ANNEX CONSTITUTES A PART OF THE PROOF OF CLAIM AND IS INCORPORATED THEREIN BY REFERENCE. Copies of certain supporting documents relating to the Claim are described below and will be filed in accordance with the procedures established for the filing of claims in the Debtors' chapter 11 cases and are incorporated by reference into the Proof of Claim. Copies of certain additional supporting documentation (including but not limited to the Agreements (as defined herein)) are voluminous, contain proprietary business information and are readily available to the Debtors and accordingly, not attached hereto. The Claimant will furnish the Debtor with copies of any additional pertinent documentation upon request or as otherwise required by order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

1.      Basis for Claim:  On September 15, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the Bankruptcy Court. The Debtor is obligated to the Claimant for the Claim described herein.

(a)      The Claim asserted herein arise from or are related to transactions with the Debtors pursuant to that certain ISDA Master Agreement (and all schedules, annexes and confirmations thereto) by and among TPG and Lehman Brothers International (Europe) ("LBIE"), as counterparties, and LBHI, as guarantor, dated as of December 16, 2005 (as amended, supplemented or otherwise modified from time to time, and including any related agreements and other documents, collectively, the "Master Agreement"); and (b) that certain Guarantee of LBHI, dated as of December 16, 2005, (as amended, supplemented or otherwise

modified from time to time, and including any related agreements and other documents including the guarantee by LBHI of all liabilities of LBIE dated January 4, 2008, collectively, the "Guarantee Agreement" and together with the Master Agreement, the "Agreements"). In connection with the counterparties' entry into the Master Agreement and pursuant to the Guarantee Agreement, LBHI agreed to act as Guarantor of LBIE's obligations under the Master Agreement for the benefit of TPG. The Claims are based upon obligations, liabilities and indebtedness owing by the Debtors to the Claimant (the "Obligations"), which Obligations arise under and in connection with the Agreements and other related documents.

(b)     Without limiting the generality of the foregoing, the Claim includes, without limitation, the Obligations described below.

Guaranteed LBIE Claims. Pursuant to section 6 of the Master Agreement, upon the filing of the Debtors' bankruptcy petitions on September 15, 2008, TPG was entitled to declare an Event of Default and designate an Early Termination Date (as these terms are defined in the Master Agreement) for termination of the Master Agreement.

On September 15, 2008, TPG sent a notice to the Debtors designating September 15, 2008 an Early Termination Date of the Master Agreement. (See Exhibit A). On September 17, 2008, TPG sent LBIE and the Debtors a "Notice of Calculations," and on September 22 TPG sent LBIE and the Debtors an "Amended Notice of Calculations" which included a statement of calculations and quotations setting forth the amount that TPG reasonably determined in good faith was payable to it under section 6(e) of the Master Agreement (See Exhibit B). On September 19, 2008, TPG sent a notice of Acceptance of Repudiatory Breach to LBIE and the Debtors with respect to unsettled trades under LBIE's General Terms and Conditions (see Exhibit C). LBHI, by the Guarantee Agreement, owes TPG $23,820,228.

Total Amount of Claim at Time of Bankruptcy Filing: Liquidated claims of not less than **$23,820,228** inclusive of accrued interest as of the Petition Date, in the aggregate, plus contingent unliquidated claims not presently ascertainable as described herein.

Without limiting any of the foregoing, Claimant reserves all of its rights to assert claims for interest (including, without limitation, at the default rate), fees, costs, charges, expenses, disbursements, liabilities, losses, damages, indemnification, reimbursement and/or contribution, and other amounts, including, without limitation, legal fees and expenses (including, without limitation, in connection with the preparation, filing and prosecution of the Proof of Claim), that exist or arise as of or after the date of the filing of the Proof of Claim, whether prior to, on or subsequent to the Petition Date, in each case to the extent or as may be permitted, provided and/or contemplated in the Agreements, any supporting documentation or applicable law.

2.     Secured Claim: The Claim of the Claimant against the Debtors for amounts due and owing as of the Petition Date is an unsecured claim to the extent of any deficiency following any exercise by Claimant of any rights of setoff that it may have against the Debtor. Claimant hereby asserts any and all rights of setoff it may have in respect of the Claim, including, without

limitation, the right to setoff its Claim against any claims that Debtors (or any successor, assignee or person claiming through Debtors) may assert against the Claimant.

     3.    <u>Credits</u>:  The amount of all payments on the Claim has been credited and deducted for purposes of making this Proof of Claim.

     4.    <u>Reservation of Rights</u>:

     (a)    In filing its Proof of Claim, Claimant expressly reserves all rights and causes of action, including, without limitation, contingent or unliquidated rights that it may have against the Debtor. This description and classification of claims by Claimant is not a concession or admission as to the correct characterization or treatment of any such claims or a waiver of any rights of the Claimant. Furthermore, Claimant expressly reserves all rights to amend, modify and/or supplement the Proof of Claim in any respect, including, without limitation, with respect to the filing of an amended proof of claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim for additional claims, including, without limitation, claims for interest (including, without limitation, at the default rate), fees and related expenses (including, without limitation, attorneys' fees) that are not ascertainable at this time.

     (b)    Claimant's Proof of Claim is filed without prejudice to the filing by Claimant of additional proofs of claim or requests for payment with respect to any other indebtedness, liability or obligation of any of the Debtors. Claimant does not, by its Proof of Claim or any amendment or other action, waive any rights with respect to any scheduled claim.

     (c)    By filing the Proof of Claim, Claimant does not waive any rights under chapter 5 of the Bankruptcy Code.

     (d)    In executing and filing its Proof of Claim, Claimant does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to its Claim against the Debtor and does not waive or release: (i) its rights and remedies against any other person or entity that may be liable for all or part of the Claim set forth herein, whether an affiliate or subsidiary of the Debtor, an assignee, guarantor or otherwise; (ii) any obligation owed to it, or any right to any security that may be determined to be held by it or for its benefit; (iii) any past, present or future defaults (or events of default) by the Debtor or others; or (iv) any right to the subordination, in favor of Claimant, of indebtedness or liens held by other creditors of the Debtor. The filing of the Proof of Claim is not, and shall not be construed as, an election of remedies or limitation of rights or remedies.

     (e)    Nothing contained in the Proof of Claim nor any subsequent appearance, pleading, claim or suit is intended to be a waiver or release of: (i) the right of Claimant to have final orders in non-core matters entered only after <u>de novo</u> review by a district court judge; (ii) the right of Claimant to a jury trial in any proceeding so triable herein or, in any case, any controversy or proceeding related hereto; (iii) the right of Claimant to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal; (iv) the right of Claimant to have any unliquidated portions of the Claim determined by applicable state courts; or (v) any other rights,

claims, actions, defenses, setoffs or recoupments to which Claimant is or may be entitled under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

     5.    <u>Notices</u>: All notices with respect to the Claim should be sent to:

TPG-Axon Partners, L.P.
c/o TPG-Axon Capital Management, L.P.
888 Seventh Avenue, 38th Floor
New York, NY 10019
Attention: Mia Harding
Email: mharding@tpgaxon
Telephone: +44 207 758 6243

with copies to:

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attention:    Steven Lofchie
Phone:     212-504-6000
Facsimile:    212-504-6666

Dated: September 17, 2009

**EXHIBIT A**


# TPG–AXON CAPITAL

September 15, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
England

**Attention:** Documentation Manager

cc: Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5 LE
London, England
Attention: Credit Risk Group

## NOTICE OF EARLY TERMINATION

Re: ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty") and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the "Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

This letter serves as notice of the designation of an Early Termination Date effective as of September 15, 2008 pursuant to Sections 5(a)(vii) and 6(a) of the Agreement.

In accordance with the provisions of Section 6(e) of the Agreement, we will calculate the amount, if any, payable in respect of such Early Termination Date. We will provide you as soon as reasonably practicable with our calculations pursuant to Section 6(d) of the Agreement and specify the Early Termination Amount payable and the details of the relevant account to which the Early Termination Amount (if any) is to be paid.

The Fund hereby reserves all of its rights in respect of the Agreement whether arising under the Agreement, at law or otherwise (and for the avoidance of doubt this letter does not constitute a waiver of any such rights) including but not limited to the right to serve any further notice on you.

The notice is governed by the laws of the State of New York.

Please provide us with a written acknowledgement of receipt of this notice.

If you have any queries in connection with this notice please contact Mia Harding on +44 20 7758 6243 (mharding@tpgaxon.com).



**TPG-Axon Partners, LP**

By: TPG-Axon Capital Management, L.P.,
solely as investment manager and
not in its individual capacity

By: _____
Name: Michael Gismondi
Title: Chief Financial Officer

**EXHIBIT B**



September 17, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
London, England

**Attention:** Documentation Manager

Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5LE
London, England
Attention: Credit Risk Group

<div align="center">

**NOTICE OF CALCULATIONS**

</div>

Re: ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty") and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the " Master Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Master Agreement.

This letter serves as the Fund's notice of calculations and statement of payments on early termination pursuant to Section 6(d)(i) of the Master Agreement. In our determination of the early termination amount, we have performed all calculations pursuant to Section 6(e) and have exercised our rights of Set-off.

Pursuant to the terms of the Master Agreement, the Fund has determined the Early Termination Amount in accordance with the definition of "Loss" in the Master Agreement, which is an amount determined by the Fund in good faith equal to its total losses and costs. The relevant "Loss" calculation is specified in Appendix I to this letter.

The Termination Currency specified in Part 1 of the Schedule to the Master Agreement is U.S. Dollars ("USD").

Accordingly, pursuant to Section 6(e), the amount payable by the Counterparty to the Fund is USD 18,875,459, determined on the following basis:

| | | |
|---|---|---|
| 1. | Settlement Amount: | USD 9,378,711 |
| | PLUS | |
| 2. | Termination Currency Equivalent of the Unpaid Amounts owed to us: | USD 9,496,748 |
| | LESS | |



**TPG–AXON CAPITAL**

| 3. | Termination Currency Equivalent of the Unpaid Amounts owed by us: | USD 0.00 |
|---|---|---|
| | **TOTAL** | **USD 18,875,459** |

We should be grateful if you would please therefore pay such amount in immediately available funds to the following account:

Chase Manhattan Bank, N.Y.
ABA# 021-000-021
F/A/O Goldman Sachs & Co, N.Y.
A/A# 930-1-011483
Sub-account: 002-37737-2

If you have any queries in connection with this notice please contact Mia Harding on +44 20 7758 6243 (mharding@tpgaxon.com).

**TPG-Axon Partners, LP**

By: TPG-Axon Capital Management, LP
Solely as investment manager and
not in its individual capacity

By: _____
Name: Michael Gismondi
Title: Chief Financial Officer



September 22, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
London, England

**Attention:** Documentation Manager

Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5LE
London, England
Attention: Credit Risk Group

<div align="center">

**AMENDED NOTICE OF CALCULATIONS**

</div>

Re: Early Termination notice effective as of September 16, 2008 regarding the ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty") and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the " Master Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Master Agreement.

This letter serves as the Fund's amended notice of calculations and statement of payments on early termination pursuant to Section 6(d)(i) of the Master Agreement. <u>This notice supersedes and amends the Notice of Calculations sent by the Fund to the Counterparty dated September 17, 2008.</u> In our determination of the early termination amount, we have performed all calculations pursuant to Section 6(e) and have exercised our rights of Set-off.

Pursuant to the terms of the Master Agreement, the Fund has determined the Early Termination Amount in accordance with the definition of "Loss" in the Master Agreement, which is an amount determined by the Fund in good faith equal to its total losses and costs. The relevant "Loss" calculation is specified in Appendix 1 to this letter, and evidence of that calculation is specified in Appendix 2 to this letter.

The Termination Currency specified in Part 1 of the Schedule to the Master Agreement is U.S. Dollars ("USD").

Accordingly, pursuant to Section 6(e), the amount payable by the Counterparty to the Fund is **USD 23,820,228**, determined on the following basis:

1.  Settlement Amount:                                              USD 14,324,176

    PLUS

2.  Termination Currency Equivalent of the
    Unpaid Amounts owed to us:                                      USD 9,496,052

    LESS



**TPG–AXON CAPITAL**

3.    Termination Currency Equivalent of the                    USD 0.00
      Unpaid Amounts owed by us:

      **TOTAL**                                                 **USD 23,820,228**

We should be grateful if you would please therefore pay such amount in immediately available funds to the
following account:

           Chase Manhattan Bank, N.Y.
           ABA# 021-000-021
           F/A/O Goldman Sachs & Co, N.Y.
           A/A# 930-1-011483
           Sub-account: 002-37737-2

If you have any queries in connection with this notice please contact Mia Harding on +44 20 7758 6243
(mharding@tpgaxon.com).

**TPG-Axon Partners. LP**

By: TPG-Axon Capital Management, LP
Solely as investment manager and
not in its individual capacity

By: _____
Name: Michael Gismondi
Title: Chief Financial Officer

APPENDIX 1

**LEH OTC Positions**
**09/16/08**

### Equity Swaps

| TPGA Entity | LEH Entity | Security | Underlying BB Ticker | Posn | Bk Cost (USD) | 9/16 Price | MV Local | Unrealized MTM P&L | Outstanding Payments | Accrued Div, Fin. | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TPGA Entity | LEH Entity | Security | Underlying BB Ticker | Posn | Bk Cost (USD) | 9/16 Price | MV Local | Unrealized | | Accrued Div, Fin. | Settlement |
| TPG-AXON PARTNERS LP | LBIE | HEALTHCARE PRODUCT COMPANIES INDEX 3 SI | LBESX308 | (392,699) | (19,241,926) | 47.59300 | (18,689,724) | 552,200 | | ($24,065) | 28,135 |

### CDS

| TPGA Entity | LEH Entity | Security | | Posn | 9/16 Price | MV Local | Interest Accrued | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| TPGA Entity | LEH Entity | Security | | Posn | 9/16 Price | MV Local | Interest | Amount |
| TPG-AXON PARTNERS LP | LBIE | CDS F COX IG SYN LBH | CDX.NA.IG.8 6/12 | (247,500,000) | 94.16634706 | 14,487,791 | (213,750) | 14,276,041 |
| | | | | (247,500,000) | | 14,487,791 | (213,750) | 14,276,041 |

### Equity Options

| TPGA Entity | LEH Entity | Security | BB Ticker | Posn | 9/16 Price | MV Local | Settlement Amount |
|---|---|---|---|---|---|---|---|
| TPGA Entity | LEH Entity | Security | BB Ticker | Posn | 9/16 Price | MV Local | Amount |
| TPG-AXON PARTNERS LP | LBIE | January 09 Calls on MEE US (115) OTC LB | MEE+AV | 1,600 | 0.12500 | 20,000 | 20,000 |
| | | | | 1,600 | | 20,000 | 20,000 |

### Summary

| TPGA Entity | LEH Entity | Settlement Amount | Unpaid Amounts* | Net Receivable |
|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | 23,820,228 | 9,496,052 | 14,324,176 |

*Includes margin posted and other unpaid amounts.

# "APPENDIX 2"

**Peggy Kelly**

| | |
|---|---|
| **From:** | Sean Fletcher |
| **Sent:** | Friday, September 19, 2008 6:45 PM |
| **To:** | Peggy Kelly |
| **Cc:** | Scott Friedman |
| **Subject:** | FW: ML CDX: IG8 210/215(-6) HVOL8 390/405(-35) |

Here is the end of day valuation for IG8 for 9/16/08.

-----Original Message-----
From: LIZ EVERETT, MERRILL LYNCH/NY,WFC [mailto:leverett@bloomberg.net]
Sent: Tuesday, September 16, 2008 3:59 PM
To: Credit Index
Subject: ML CDX: IG8 210/215(-6) HVOL8 390/405(-35)

ML CDX: IG8 210/215(-6) HVOL8 390/405(-35)

--------------------------------------------------------------------
The information herein has been obtained from various sources. We do not guarantee its accuracy. Neither the
information, recommendations or opinions expressed herein constitutes an offer to buy or sell any securities, futures,
options, or investment products.  Merrill Lynch may trade for its own account in the securities or other products
described here.  Foreign currency denominated investments are subject to fluctuations in exchange rates that could
have a positive or adverse effect on the investor's return.

1

<HELP> for explanation.                                    Corp  **CDSW**
1<GO> to save Deal, 2<GO> to save curve source
                    **CREDIT DEFAULT SWAP**                    CPU:300

| Deal | Send to VCON | Curves | View | All Quotes | Members |

## Deal Information

| | | Spreads | ▯Date |
|---|---|---|---|
| CDS Index: CDX.NA.IG.8 6/12 | BB #: SP9509XX | Curve Date: 9/15/08 | |
| Counterparty: ▮▮▮▮ | Deal#: | Benchmark: S▮168 ▮Mid | |
| Ticker: /▮▮▮  Series: ▮▮ | Privilege: ▯ User | US Fixing Swap Curve | |
| Business Days: USD GBP | Settlement Code: USD | 6) 5yr Fix Diff: -40.55bp | |
| Business Day Adj: 1 Following | Currency: USD | Pricing Curve:▮Fixing | |
| ▮ BUY  Notional: 502.50 MM | Factor:1 | Sprds:▯ User  ▮Ask | |
| Effective Date: 3/21/07 | Knock Out: N | CDSD SP9509XX       IMMI | |
| Maturity Date:  6/20/12 | Day Count: ACT/360 | Par Cds Spreads  Default | |
| Payment Freq:    Q Quarterly | Month End: N | (bps)   Prob | |
| Pay Accrued:     T True | First Cpn:  6/20/07 | 3/20/09  210.000  0.0178 | |
| Curve Recovery: T True  Next to Last Cpn: 3/20/12 | | 9/21/09  210.000  0.0352 | |
| Recovery Rate:   0.40  Date Gen Method:  B Backward | | 9/20/10  210.000  0.0686 | |
| Deal Spread:     35.000bps | | 9/20/11  210.000  0.1009 | |

## Calculator

| | Mode: ▮ Calc Price | 9/20/12  210.000  0.1322 | |
|---|---|---|---|
| Valuation Date: 9/16/08 | Model: ▮ ✦JPMorgan | 9/20/13  210.000  0.1623 | |
| Cash Settled On: 9/18/08 | | 9/21/15  210.000  0.2194 | |
| Price:        94.14634706 Repl Sprd:  209.992 bps | | 9/20/18  210.000  0.2978 | |
| Market Val:    29,414,606 Sprd DVO1:  159,144.75 | | Frequency: ▯ Quarterly | |
| Accrued:         -429,917 Days: 88  32) Sprd KRR | | Day Count: ACT/360 | |
| Total Val:     28,984,689 IR DVO1:   -5,552.18 | | Recovery Rate:    0.40 | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
                                                                    G578-612-1 20-Sep-2008 13:28:58

```
<HELP> for explanation.                              Corp  CDSW
1<GO> to save Deal, 2<GO> to save curve source
                    CREDIT DEFAULT SWAP               CPU:300
    Deal   Send to VCON   Curves    View   All Quotes   Members
 Deal Information                    Spreads          Date
 CDS Index: CDX.NA.IG.8 6/12    BB #: SP9509XX   Curve Date: 9/15/08
 Counterparty:                  Deal#:           Benchmark: S 168  Mid
 Ticker: /        Series:       Privilege: U User US Fixing Swap Curve
 Business Days: USD GBP   Settlement Code: USD  6) 5yr Fix Diff: -40.55bp
 Business Day Adj: 1 Following   Currency: USD  Pricing Curve:F Fixing
 B BUY  Notional:    247.5C MM                  Sprds:U User       A Ask
 Effective Date: 3/21/07   Knock Out: N         CDSD SP9509XX      IMMI
 Maturity Date:  6/20/12   Day Count: ACT/360   Par Cds Spreads  Default
 Payment Freq:   Q Quarterly  Month End: N      Flat:Y  (bps)   Prob
 Pay Accrued:    T True    First Cpn:  6/20/07  3/20/09 210.000  0.0178
 Curve Recovery: T True  Next to Last Cpn: 3/20/12  9/21/09 210.000  0.0352
 Recovery Rate:  0.40  Date Gen Method: B Backward 9/20/10 210.000  0.0686
 Deal Spread:       35.000bps                   9/20/11 210.000  0.1009
 Calculator           Mode: 1 Calc Price        9/20/12 210.000  0.1322
 Valuation Date: 9/16/08   Model: 1 JPMorgan    9/20/13 210.000  0.1623
 Cash Settled On: 9/18/08                       9/21/15 210.000  0.2194
 Price:         94.14634706 Repl Sprd: 209.992 bps 9/20/18 210.000  0.2978
 Market Val:    14,487,791 Sprd DVO1:  78,384.73 Frequency: Q Quarterly
 Accrued:         -211,750 Days: 88  32) Sprd KRR Day Count: ACT/360
 Total Val:     14,276,041 IR DVO1:   -2,734.65 Recovery Rate:   0.40
 Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
 Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2008 Bloomberg Finance L.P.
                                                        G379-512-1 20-Sep-2008 13:29:12
```

<HELP> for explanation, <MENU> for similar functions.          Index **HP**

## CLOSE/MID/PRICE                                          Page  1 / 6
LBESX308  LB Equity Swap    NClass308

Range 10/26/07  to  9/19/08          Period D Daily          HI 53.314    ON 12/10/07
                                USD  Market M Mid            AVE 48.678
                                                             LOW 44.413   ON 3/17/08

| | DATE | PRICE | | DATE | PRICE | | DATE | PRICE |
|---|---|---|---|---|---|---|---|---|
| F | 9/19 | 48.025 | F | 8/29 | 50.171 | F | 8/ 8 | 50.901 |
| T | 9/18 | 47.524 | T | 8/28 | 50.657 | T | 8/ 7 | 49.566 |
| W | 9/17 | 46.184 | W | 8/27 | 50.097 | W | 8/ 6 | 50.003 |
| T | 9/16 | 47.593 | T | 8/26 | 49.950 | T | 8/ 5 | 50.321 |
| M | 9/15 | 47.979 | M | 8/25 | 49.900 | M | 8/ 4 | 50.424 |
| | | | | | | | | |
| F | 9/12 | 49.470 | F | 8/22 | 50.792 | F | 8/ 1 | 49.410 |
| T | 9/11 | 49.039 | T | 8/21 | 50.591 | T | 7/31 | 49.217 |
| W | 9/10 | 48.470 | W | 8/20 | 50.462 | W | 7/30 | 49.277 |
| T | 9/ 9 | 48.556 | T | 8/19 | 50.852 | T | 7/29 | 49.236 |
| M | 9/ 8 | 49.222 | M | 8/18 | 50.964 | M | 7/28 | 48.815 |
| | | | | | | | | |
| F | 9/ 5 | 48.796 | F | 8/15 | 51.558 | F | 7/25 | 49.751 |
| T | 9/ 4 | 48.967 | T | 8/14 | 51.141 | T | 7/24 | 49.461 |
| W | 9/ 3 | 50.235 | W | 8/13 | 50.936 | W | 7/23 | 49.675 |
| T | 9/ 2 | 50.109 | T | 8/12 | 50.755 | T | 7/22 | 49.669 |
| M | 9/ 1 | 50.171 | M | 8/11 | 51.198 | M | 7/21 | 49.413 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
                                                                               G579-612-1 20-Sep-2008 13:26:38

Equity**QRT**

MEE+AY US 1 C $    Market Sep19    **.10/.35**    95x37  OpInt 8910

| Definitions | QR/QRM Options | | Market/Trade Recap | Page 1 |

Time    :  :     Min Vol                        White indicates new market information    USD
Date   9/16   Price Range            To          white gray indicates a previous quote.
MASSEY ENERGY CO           PRICE .25                        Cond

| Time | E | Bid/Trd/Ask | E | Size | Cond | Volatility | Und. Price |
|---|---|---|---|---|---|---|---|
| 15:59:08 | O | .05/.20 | I | 160x76 | | 78.71 | 35.93 |
| 15:59:08 | O | .05/.20 | I | 145x76 | | 78.71 | 35.93 |
| 15:58:44 | O | .05/.20 | I | 125x76 | | 78.91 | 35.82 |
| 15:58:40 | I | .05/.20 | I | 99x76 | | 78.91 | 35.82 |
| 15:58:33 | O | .05/.20 | O | 129x86 | | 78.91 | 35.82 |
| 15:58:18 | O | .05/.20 | O | 127x81 | | 79.04 | 35.75 |
| 15:57:31 | O | .05/.20 | O | 127x91 | | 79.04 | 35.75 |
| 15:57:31 | O | .05/.20 | O | 127x81 | | 79.04 | 35.75 |
| 15:57:25 | O | .05/.20 | P | 83x49 | /A | 79.08 | 35.73 |
| 15:57:25 | I | .05/.20 | O | 94x75 | | 79.08 | 35.73 |
| 15:56:22 | O | .05/.20 | O | 122x75 | | 79.04 | 35.75 |
| 15:56:06 | O | .05/.20 | O | 115x75 | | 79.04 | 35.75 |
| 15:56:05 | O | .05/.20 | O | 105x75 | | 79.04 | 35.75 |
| 15:56:04 | O | .05/.20 | O | 83x60 | | 79.04 | 35.75 |
| 15:56:04 | I | .05/.20 | O | 65x60 | | 79.04 | 35.75 |
| 15:56:04 | X | .05/.20 | O | 77x60 | A/ | 79.04 | 35.75 |
| 15:56:04 | O | .05/.20 | O | 83x60 | | 79.04 | 35.75 |
| 15:56:04 | I | .05/.20 | O | 88x60 | | 79.04 | 35.75 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
6576-612-1 20-Sep-2008 13:51:06

LEH Dividend and Financing Accruals Through 8/15

| cpty | cptyB_Name | Cpty# | globalId | tradeId | identifier | stkSymbol | stkName | ntlUnit | ntl | ntl_Base | swpCurr | stkCurr | longShort | tdate | mat | eff | tlePx | stkPx | MtmPrice | PerfAccrual | DivAccrual | swpRate | intSpread | intRate | intDays | Basis | intAccrual | SwapMTMLocal | SwapMTMBase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10016824 | N0062532LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 74445 | 2576541.45 | 2576541.45 | USD | USD | LONG | 20070726 | 20100126 | 20070726 | 34.61 | 26.87 | 26.87 | (576,204.30) | 37,864.93 | 0.03075 | 0.013 | 0.04375 | 42 | ACT/360 | (13,351.20) | (551,348.45) | (551,348.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10020074 | N0065530E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1608 | 46747.9368 | 46747.9368 | USD | USD | LONG | 20080204 | 20090308 | 20080207 | 29.0711 | 26.87 | 26.87 | (3,540.93) | 2,058.24 | 0.0248563 | 0.005 | 0.0298563 | 222 | ACT/360 | (304.01) | (2,406.74) | (2,406.74) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10030203 | N0065564E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2228 | 66134.8496 | 66134.8496 | USD | USD | LONG | 20080205 | 20090305 | 20080208 | 29.0282 | 26.87 | 26.87 | (4,904.39) | 2,341.32 | 0.0248563 | 0.005 | 0.0298563 | 221 | ACT/360 | (1,238.75) | (4,062.42) | (4,062.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10030801 | N0065608E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 4221 | 123073.8075 | 123073.8075 | USD | USD | LONG | 20080206 | 20090311 | 20080211 | 29.1575 | 26.87 | 26.87 | (8,453.54) | 3,867.24 | 0.0248563 | 0.005 | 0.0298563 | 218 | ACT/360 | (1,577.82) | (8,063.42) | (8,063.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10030469 | N0080628E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 445 | 13050.9528 | 13050.9528 | USD | USD | LONG | 20080207 | 20090312 | 20080212 | 29.3257 | 26.87 | 26.87 | (1,057.92) | 440.66 | 0.0248563 | 0.005 | 0.0298563 | 217 | ACT/360 | (262.41) | (879.47) | (879.47) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040102 | N0100034LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1421 | 46648.3390 | 46648.3390 | USD | USD | LONG | 20080618 | 20090723 | 20080623 | 32.8439 | 26.87 | 26.87 | (8,488.07) | 724.71 | 0.0248563 | 0.005 | 0.0298563 | 85 | ACT/360 | (326.89) | (8,088.25) | (8,088.25) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040157 | N0100050LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2088 | 36554.08 | 36554.08 | USD | USD | LONG | 20080619 | 20090724 | 20080624 | 33.5675 | 26.87 | 26.87 | (7,319.52) | 554.88 | 0.0248563 | 0.005 | 0.0298563 | 84 | ACT/360 | (253.02) | (7,017.66) | (7,017.66) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040402 | N0101009LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 679 | 23100.958 | 23100.958 | USD | USD | LONG | 20080624 | 20090727 | 20080627 | 34.022 | 26.87 | 26.87 | (4,856.21) | 344.29 | 0.0248563 | 0.005 | 0.0298563 | 81 | ACT/360 | (154.16) | (4,664.08) | (4,664.08) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040817 | N0101024LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1888 | 63865.1872 | 63865.1872 | USD | USD | LONG | 20080625 | 20090731 | 20080630 | 33.8269 | 26.87 | 26.87 | (13,134.63) | 962.88 | 0.0248563 | 0.005 | 0.0298563 | 79 | ACT/360 | (411.87) | (12,583.32) | (12,583.32) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040590 | N0101470LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2788 | 93767.9676 | 93767.9676 | USD | USD | LONG | 20080626 | 20090805 | 20080701 | 33.6327 | 26.87 | 26.87 | (18,854.43) | 1,421.88 | 0.0248563 | 0.005 | 0.0298563 | 77 | ACT/360 | (595.43) | (18,027.95) | (18,027.95) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040763 | N0102251LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 811 | 27201.2854 | 27201.2854 | USD | USD | LONG | 20080627 | 20090805 | 20080702 | 33.5404 | 26.87 | 26.87 | (5,498.72) | 413.61 | 0.0248563 | 0.005 | 0.0298563 | 76 | ACT/360 | (170.84) | (5,254.94) | (5,254.94) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10040806 | N0102284LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 57543.64 | 57543.64 | USD | USD | LONG | 20080630 | 20090806 | 20080703 | 33.8492 | 26.87 | 26.87 | (11,864.64) | 867.00 | 0.0248563 | 0.005 | 0.0298563 | 75 | ACT/360 | (355.41) | (11,352.05) | (11,353.05) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041009 | N0102093LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1224 | 41045.4936 | 41045.4936 | USD | USD | LONG | 20080701 | 20090807 | 20080707 | 33.5339 | 26.87 | 26.87 | (8,156.61) | 624.24 | 0.0248563 | 0.005 | 0.0298563 | 71 | ACT/360 | (239.97) | (7,772.34) | (7,772.34) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041111 | N0103225LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2550 | 85069.02 | 85069.02 | USD | USD | LONG | 20080702 | 20090810 | 20080708 | 33.3604 | 26.87 | 26.87 | (16,550.52) | 1,300.50 | 0.0248563 | 0.005 | 0.0298563 | 70 | ACT/360 | (490.43) | (15,740.45) | (15,740.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041283 | N0103541LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 4012 | 134781.5452 | 134781.5452 | USD | USD | LONG | 20080703 | 20090810 | 20080709 | 33.5971 | 26.87 | 26.87 | (26,980.13) | 2,046.12 | 0.0248563 | 0.005 | 0.0298563 | 69 | ACT/360 | (764.00) | (25,709.00) | (25,709.00) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041220 | N0103820LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 3080 | 102783.258 | 102783.258 | USD | USD | LONG | 20080707 | 20090810 | 20080710 | 33.5493 | 26.87 | 26.87 | (20,563.06) | 1,560.60 | 0.0248563 | 0.005 | 0.0298563 | 68 | ACT/360 | (575.46) | (18,573.92) | (18,573.92) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041523 | N0104025LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 57207.55 | 57207.55 | USD | USD | LONG | 20080708 | 20090811 | 20080711 | 33.6515 | 26.87 | 26.87 | (11,528.53) | 867.00 | 0.0248563 | 0.005 | 0.0298563 | 67 | ACT/360 | (315.59) | (10,977.14) | (10,977.14) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041602 | N0104432LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1224 | 41287.6008 | 41287.6008 | USD | USD | LONG | 20080709 | 20090814 | 20080714 | 33.7317 | 26.87 | 26.87 | (8,308.72) | 624.24 | 0.0248563 | 0.005 | 0.0298563 | 64 | ACT/360 | (217.62) | (7,892.00) | (7,892.00) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041808 | N0104692LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1428 | 48058.6256 | 48058.6256 | USD | USD | LONG | 20080710 | 20090817 | 20080715 | 33.6552 | 26.87 | 26.87 | (8,688.27) | 728.28 | 0.0248563 | 0.005 | 0.0298563 | 61 | ACT/360 | (249.29) | (8,210.27) | (8,210.27) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041863 | N010468E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 884 | 30037.6126 | 30037.6126 | USD | USD | LONG | 20080711 | 20090817 | 20080716 | 33.9792 | 26.87 | 26.87 | (6,284.54) | 450.84 | 0.0248563 | 0.005 | 0.0298563 | 62 | ACT/360 | (153.38) | (5,987.07) | (5,987.07) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042027 | N0104085LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1428 | 47670.8528 | 47670.8528 | USD | USD | LONG | 20080715 | 20090818 | 20080718 | 33.3826 | 26.87 | 26.87 | (9,288.99) | 728.28 | 0.0248563 | 0.005 | 0.0298563 | 60 | ACT/360 | (233.40) | (8,807.20) | (8,807.20) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042094 | N0105005LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1836 | 60281.388 | 60281.388 | USD | USD | LONG | 20080716 | 20090821 | 20080721 | 32.833 | 26.87 | 26.87 | (10,948.07) | 936.36 | 0.0248563 | 0.005 | 0.0298563 | 57 | ACT/360 | (282.97) | (10,294.69) | (10,294.69) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042210 | N0105228LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2176 | 72094.3616 | 72094.3616 | USD | USD | LONG | 20080717 | 20090824 | 20080722 | 33.1316 | 26.87 | 26.87 | (12,625.34) | 1,109.76 | 0.0248563 | 0.005 | 0.0298563 | 56 | ACT/360 | (332.65) | (12,848.02) | (12,848.02) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10041822 | N0105421LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1782 | 59224.4388 | 59224.4388 | USD | USD | LONG | 20080718 | 20090824 | 20080723 | 33.2354 | 26.87 | 26.87 | (11,446.50) | 908.82 | 0.0248563 | 0.005 | 0.0298563 | 55 | ACT/360 | (268.82) | (10,806.50) | (10,806.50) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042384 | N0105537LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1632 | 54577.5072 | 54577.5072 | USD | USD | LONG | 20080721 | 20090824 | 20080724 | 33.4421 | 26.87 | 26.87 | (10,728.67) | 832.32 | 0.0248563 | 0.005 | 0.0298563 | 54 | ACT/360 | (242.82) | (10,136.17) | (10,136.17) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042431 | N0105621LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1108 | 37346.244 | 37346.244 | USD | USD | LONG | 20080722 | 20090825 | 20080725 | 33.706 | 26.87 | 26.87 | (7,574.29) | 565.08 | 0.0248563 | 0.005 | 0.0298563 | 53 | ACT/360 | (163.08) | (7,172.29) | (7,172.29) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042585 | N0106098LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1292 | 42853.3816 | 42853.3816 | USD | USD | LONG | 20080723 | 20090828 | 20080728 | 33.1496 | 26.87 | 26.87 | (8,139.34) | 658.92 | 0.0248563 | 0.005 | 0.0298563 | 50 | ACT/360 | (176.55) | (7,656.97) | (7,656.97) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042681 | N0106171LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1360 | 44057.84 | 44057.84 | USD | USD | LONG | 20080724 | 20090831 | 20080729 | 32.3955 | 26.87 | 26.87 | (8,214.44) | 693.60 | 0.0248563 | 0.005 | 0.0298563 | 49 | ACT/360 | (180.28) | (7,601.12) | (7,601.12) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042249 | N0106201LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2370 | 78881.184 | 78881.184 | USD | USD | LONG | 20080725 | 20090831 | 20080730 | 33.2832 | 26.87 | 26.87 | (15,190.33) | 1,208.70 | 0.0248563 | 0.005 | 0.0298563 | 48 | ACT/360 | (312.02) | (14,302.61) | (14,302.61) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042757 | N0106348LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 544 | 18015.92 | 18015.92 | USD | USD | LONG | 20080728 | 20090831 | 20080731 | 33.1175 | 26.87 | 26.87 | (5,308.64) | 277.44 | 0.0248563 | 0.005 | 0.0298563 | 47 | ACT/360 | (63.83) | (5,191.03) | (5,191.03) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042823 | N0106482LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 652 | 21411.9064 | 21411.9064 | USD | USD | LONG | 20080729 | 20090801 | 20080801 | 32.9397 | 26.87 | 26.87 | (5,831.47) | 485.52 | 0.0248563 | 0.005 | 0.0298563 | 46 | ACT/360 | (119.19) | (5,465.33) | (5,465.33) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10042983 | N0106751LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 748 | 25030.0896 | 25030.0896 | USD | USD | LONG | 20080730 | 20090804 | 20080804 | 33.4627 | 26.87 | 26.87 | (4,501.94) | 261.48 | 0.0248563 | 0.005 | 0.0298563 | 43 | ACT/360 | (88.24) | (4,638.60) | (4,638.60) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043019 | N0106792LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 204 | 6938.7132 | 6938.7132 | USD | USD | LONG | 20080731 | 20090806 | 20080805 | 34.0133 | 26.87 | 26.87 | (1,452.23) | 104.04 | 0.0248563 | 0.005 | 0.0298563 | 42 | ACT/360 | (24.02) | (1,377.21) | (1,377.21) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043074 | N0108811LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1636 | 42283.3424 | 42283.3424 | USD | USD | LONG | 20080801 | 20090808 | 20080806 | 33.5234 | 26.87 | 26.87 | (12,950.04) | 938.86 | 0.0248563 | 0.005 | 0.0298563 | 41 | ACT/360 | (210.56) | (12,224.24) | (12,224.24) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043134 | N0107101LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 56617.82 | 56617.82 | USD | USD | LONG | 20080804 | 20090808 | 20080807 | 33.3046 | 26.87 | 26.87 | (10,958.42) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 40 | ACT/360 | (186.80) | (11,125.62) | (11,125.62) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043205 | N0107241LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 698 | 22856.7736 | 22856.7736 | USD | USD | LONG | 20080805 | 20090808 | 20080808 | 32.7554 | 26.87 | 26.87 | (5,202.68) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 39 | ACT/360 | (93.14) | (5,295.82) | (5,295.82) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043288 | N0107402LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2312 | 77329.0016 | 77329.0016 | USD | USD | LONG | 20080806 | 20090811 | 20080811 | 33.4468 | 26.87 | 26.87 | (15,205.56) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 38 | ACT/360 | (228.72) | (15,435.28) | (15,435.28) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043508 | N0107951LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1904 | 63098.7304 | 63098.7304 | USD | USD | LONG | 20080807 | 20090814 | 20080812 | 33.1401 | 26.87 | 26.87 | (11,938.27) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 35 | ACT/360 | (182.15) | (12,120.42) | (12,120.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043540 | N0108121LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2249 | 72641.3494 | 72641.3494 | USD | USD | LONG | 20080808 | 20090814 | 20080813 | 32.3453 | 26.87 | 26.87 | (12,371.94) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 34 | ACT/360 | (203.86) | (12,575.80) | (12,575.80) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10043682 | N0108151LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1632 | 53717.1168 | 53717.1168 | USD | USD | LONG | 20080811 | 20090814 | 20080814 | 32.9149 | 26.87 | 26.87 | (9,865.28) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 33 | ACT/360 | (146.33) | (10,011.61) | (10,011.61) |
| | | | | | AHD Total | | | | | | | | | | | | | | | (962,701.61) | 65,854.86 | | | | | | (27,007.24) | (918,844.51) | (918,844.51) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10016823 | N0062521LO | APL | APL | ATLAS PIPELINE PARTNERS LP | 256865 | 9606583.05 | 9606583.05 | USD | USD | LONG | 20070726 | 20100126 | 20070726 | 37.35 | 27.9 | 27.9 | (2,446,255.35) | 248,508.46 | 0.03075 | 0.013 | 0.04375 | 42 | ACT/360 | (49,349.80) | (2,247,096.67) | (2,247,096.67) |
| | | | | | APL Total | | | | | | | | | | | | | | | (2,446,255.35) | 248,508.46 | | | | | | (49,349.80) | (2,247,096.67) | (2,247,096.67) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10036852 | N0094818E | TCLP | TCLP | TC PIPELINES LP | 160390 | 5677806 | 5677806 | USD | USD | LONG | 20080507 | 20080612 | 20080512 | 35.4 | 32.34 | 32.34 | (490,793.40) | 113,074.95 | 0.0248563 | 0.005 | 0.0298563 | 127 | ACT/360 | (39,795.51) | (417,513.96) | (417,513.96) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10036857 | N0094848LO | TCLP | TCLP | TC PIPELINES LP | 22832 | 808252.8 | 808252.8 | USD | USD | LONG | 20080507 | 20080612 | 20080512 | 35.4 | 32.34 | 32.34 | (69,865.82) | 16,096.56 | 0.0248563 | 0.005 | 0.0298563 | 127 | ACT/360 | (8,512.07) | (62,281.43) | (62,281.43) |
| | | | | | TCLP Total | | | | | | | | | | | | | | | (560,659.22) | 129,171.51 | | | | | | (48,307.58) | (479,795.39) | (479,795.39) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10022968 | N0072858E | UNKNOWN | LBESX308 | LBESX308 | 480581 | 24118029.74 | 24118029.74 | USD | USD | SHORT | 20071026 | 20081201 | 20071031 | 50.184106 | 47.979071 | 47.979071 | 1,050,720.17 | (1,020,884.85) | 0.0196 | -0.0025 | 0.0171 | 321 | ACT/360 | 584,315.35 | 24,151.02 | 24,151.02 |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10027751 | N0081177E | UNKNOWN | LBESX308 | LBESX308 | 13200 | 660059.5061 | 660059.5061 | USD | USD | SHORT | 20080103 | 20090109 | 20080108 | 50.007084 | 47.979071 | 47.979071 | 28,763.77 | (10,554.88) | 0.0196 | -0.0025 | 0.0171 | 252 | ACT/360 | 10,808.44 | 28,623.33 | 28,623.33 |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10029518 | N0084152E | UNKNOWN | LBESX308 | LBESX308 | 83750 | 3955627.447 | 3955627.447 | USD | USD | SHORT | 20080125 | 20090202 | 20080130 | 47.231873 | 47.979071 | 47.979071 | (62,615.72) | (69,505.68) | 0.0196 | -0.0025 | 0.0171 | 230 | ACT/360 | 54,821.70 | (77,305.71) | (77,305.71) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10030689 | N0086481E | UNKNOWN | LBESX308 | LBESX308 | 71690 | 3373806.665 | 3373806.665 | USD | USD | SHORT | 20080211 | 20090216 | 20080214 | 45.444156 | 47.979071 | 47.979071 | (165,812.89) | (47,801.42) | 0.0196 | -0.0025 | 0.0171 | 215 | ACT/360 | 40,869.02 | (172,748.29) | (172,748.29) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10032248 | N0090392E | UNKNOWN | LBESX308 | LBESX308 | 14070 | 658854.3755 | 658854.3755 | USD | USD | SHORT | 20080304 | 20090407 | 20080307 | 48.484746 | 47.979071 | 47.979071 | (18,211.15) | (7,117.54) | 0.0196 | -0.0025 | 0.0171 | 198 | ACT/360 | 7,041.30 | (18,287.40) | (18,287.40) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LBIE | 10037268 | N0092345 | UNKNOWN | LBESX308 | LBESX308 | 134000 | 6402720.638 | 6402720.638 | USD | USD | SHORT | 20080513 | 20090615 | 20080516 | 47.781497 | 47.979071 | 47.979071 | (26,424.80) | (45,813.24) | 0.0196 | -0.0025 | 0.0171 | 123 | ACT/360 | 28,467.44 | (32,820.64) | (32,820.64) |
| | | | | | UNKNOWN Total | | | | | | | | | | | | | | | 818,371.85 | (1,811,679.13) | | | | | | 747,322.44 | (250,885.70) | (250,885.70) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10025084 | N0082732E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 32028 | 618764.7282 | 618764.7282 | USD | USD | LONG | 20080123 | 20090302 | 20080128 | 19.3197 | 15 | 15 | (138,374.79) | 17,108.29 | 0.0248563 | 0.005 | 0.0298563 | 232 | ACT/360 | (12,840.26) | (134,106.71) | (134,106.71) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10028192 | N0083894E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 25192 | 494181.464 | 494181.464 | USD | USD | LONG | 20080124 | 20090302 | 20080129 | 19.617 | 15 | 15 | (116,211.46) | 13,457.57 | 0.0248563 | 0.005 | 0.0298563 | 231 | ACT/360 | (10,305.87) | (113,059.77) | (113,059.77) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10028274 | N0084082E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 84085 | 1642272.544 | 1642272.544 | USD | USD | LONG | 20080125 | 20090302 | 20080130 | 19.5311 | 15 | 15 | (380,597.54) | 44,918.21 | 0.0248563 | 0.005 | 0.0298563 | 230 | ACT/360 | (33,783.17) | (369,812.51) | (369,812.51) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10028395 | N0084215E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 12824 | 254030.6944 | 254030.6944 | USD | USD | LONG | 20080128 | 20090302 | 20080131 | 19.8086 | 15 | 15 | (61,870.89) | 6,871.35 | 0.0248563 | 0.005 | 0.0298563 | 229 | ACT/360 | (5,223.93) | (60,232.67) | (60,232.67) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10028534 | N0084408E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 6465 | 125341.4895 | 125341.4895 | USD | USD | LONG | 20080129 | 20090302 | 20080201 | 19.4021 | 15 | 15 | (29,866.49) | 3,400.18 | 0.0248563 | 0.005 | 0.0298563 | 228 | ACT/360 | (2,540.38) | (29,026.64) | (29,026.64) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10029643 | N0084608E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 19564 | 378637.4656 | 378637.4656 | USD | USD | LONG | 20080130 | 20090304 | 20080204 | 19.4049 | 15 | 15 | (86,177.46) | 10,451.09 | 0.0248563 | 0.005 | 0.0298563 | 225 | ACT/360 | (7,567.90) | (83,324.27) | (83,324.27) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10029822 | N0084802E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 4757 | 92700.8104 | 92700.8104 | USD | USD | LONG | 20080131 | 20090305 | 20080205 | 19.4872 | 15 | 15 | (21,345.81) | 2,341.19 | 0.0248563 | 0.005 | 0.0298563 | 224 | ACT/360 | (1,345.70) | (20,650.12) | (20,650.12) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10029845 | N0084898E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 10519 | 207852.4238 | 207852.4238 | USD | USD | LONG | 20080201 | 20090306 | 20080206 | 19.7607 | 15 | 15 | (49,867.42) | 5,619.25 | 0.0248563 | 0.005 | 0.0298563 | 223 | ACT/360 | (4,118.87) | (48,368.06) | (48,368.06) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10030066 | N0085049E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 46086 | 935185.8824 | 935185.8824 | USD | USD | LONG | 20080204 | 20090309 | 20080207 | 20.2444 | 15 | 15 | (242,745.86) | 24,624.48 | 0.0248563 | 0.005 | 0.0298563 | 222 | ACT/360 | (18,445.06) | (235,566.43) | (235,566.43) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10030210 | N0085371E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 20904 | 425561.5416 | 425561.5416 | USD | USD | LONG | 20080205 | 20090309 | 20080208 | 20.3578 | 15 | 15 | (112,001.64) | 11,166.32 | 0.0248563 | 0.005 | 0.0298563 | 221 | ACT/360 | (8,858.89) | (103,194.32) | (103,194.32) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10031859 | N0087065E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 3350 | 66795 | 66795 | USD | USD | LONG | 20080228 | 20090406 | 20080304 | 19.94 | 15 | 15 | (16,549.00) | 1,789.57 | 0.0248563 | 0.005 | 0.0298563 | 196 | ACT/360 | (1,542.07) | (15,801.50) | (15,801.50) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032051 | N0088182E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 12356 | 246433.0064 | 246433.0064 | USD | USD | LONG | 20080229 | 20090406 | 20080305 | 19.9444 | 15 | 15 | (61,035.03) | 6,600.58 | 0.0248563 | 0.005 | 0.0298563 | 195 | ACT/360 | (4,182.72) | (58,678.15) | (58,678.15) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032145 | N0088427E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 15678 | 308068.878 | 308068.878 | USD | USD | LONG | 20080303 | 20090407 | 20080306 | 19.651 | 15 | 15 | (72,918.89) | 8,375.25 | 0.0248563 | 0.005 | 0.0298563 | 194 | ACT/360 | (5,198.24) | (69,741.45) | (69,741.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032251 | N0088184E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 30725 | 581456.25 | 581456.25 | USD | USD | LONG | 20080304 | 20090407 | 20080307 | 18.925 | 15 | 15 | (130,345.29) | 16,411.30 | 0.0248563 | 0.005 | 0.0298563 | 193 | ACT/360 | (9,911.39) | (124,088.34) | (124,088.34) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032339 | N0088846E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 4461 | 86477.8787 | 86477.8787 | USD | USD | LONG | 20080306 | 20090408 | 20080311 | 19.3157 | 15 | 15 | (21,112.98) | 2,612.77 | 0.0248563 | 0.005 | 0.0298563 | 190 | ACT/360 | (1,555.33) | (20,055.34) | (20,055.34) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032528 | N0088772E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 5496 | 110111.62 | 110111.62 | USD | USD | LONG | 20080307 | 20090408 | 20080312 | 20.0325 | 15 | 15 | (28,671.62) | 3,143.84 | 0.0248563 | 0.005 | 0.0298563 | 188 | ACT/360 | (1,911.81) | (24,433.89) | (24,433.89) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032647 | N0088954E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 13400 | 286585.08 | 286585.08 | USD | USD | LONG | 20080310 | 20090413 | 20080313 | 21.3853 | 15 | 15 | (37,598.06) | 7,154.26 | 0.0248563 | 0.005 | 0.0298563 | 187 | ACT/360 | (3,833.26) | (34,274.04) | (34,274.04) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), L | LOTC | 10032755 | N0088985E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 14204 | 257433.296 | 257433.296 | USD | USD | LONG | 20080311 | 20090414 | 20080314 | 18.124 | 15 | 15 | (44,373.30) | 454.99 | 0.0248563 | 0.005 | 0.0298563 | 186 | ACT/360 | (4,107.49) | (47,621.79) | (47,621.79) |
| | | | | | WMZ Total | | | | | | | | | | | | | | | (1,462,457.42) | 187,117.44 | | | | | | (136,793.85) | (1,402,132.07) | (1,402,132.07) |
| | | | | | Grand Total | | | | | | | | | | | | | | | (4,808,702.55) | (1,176,984.84) | | | | | | 485,634.65 | (5,519,254.34) | (5,519,254.34) |

# LEHMAN BROTHERS    ‖ DERIVATIVES - MTM STATEMENT

| TO: | TPG-AXON PARTNERS LP |
|---|---|
| A/C # | 020705TCML |
| | Chris Caliendo |
| PHONE: | |
| FAX: | |
| EMAIL: | otc@tpgaxon.com; gsfundadmin-tpg@gs.com; ernest.hance@gs.com; ellen.conklin@gs.com; erazy@tpgaxon.com; confirm@tpgaxon.com; clai@tpgaxon.com |

| FROM: | LEHMAN BROTHERS INTERNATIONAL (EUROPE) |
|---|---|
| | STANLEY DEAN |
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0262 |
| EMAIL: | cvg@lehman.com |

| DATE: | |
|---|---|
| COB VALUATION DATE: | 11-Sep-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*
*NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | | Independent Requirement Summary | | FX Rates | |
|---|---|---|---|---|---|
| Default Swaps Total: | (10,915,737) | Portfolio Independent Requirement | | USD/USD | 1.000000000 |
| Equity Options Total: | (20,000) | Deal Specific Independent Requirement | 1,443,142 | | |
| Equity Swaps Total: | 543,393 | TOTAL: | 1,443,142 | | |
| TOTAL: | (10,392,344) | | | | |

Page 1 of 3

**Default Swaps**

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | CCY | Notional Amount CCY | Indicative Spread | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3351340 | 3351340 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 165,000,000 | 0.0167 | (7,277,158) |
| 3351421 | 3351421 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 82,500,000 | 0.0167 | (3,638,579) |
| DEFAULT SWAPS TOTAL | | | | | | | | | | (10,915,737) |

**Equity Options**

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | Opt Style | Opt Type | CCY | Strike | No of Units | Notional CCY | Option Value | Underlying Value | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3871880 | N08061145 | OO | MEE.N | 04-Jun-2008 | 16-Jan-2009 | S | AMER | C | USD | 115.0000 | -1,600.00 | 18,400,000 | 0.1250 | 43.3600 | (20,000) |
| EQUITY OPTIONS TOTAL | | | | | | | | | | | | | | | (20,000) |

**Equity Swaps**

| GID | RMS ID | Product Type | Ticker | Cusip | Trade Date | Effective Date | Maturity Date | Notional CCY | No of Units | Notional Amount CCY | Market Price | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10022973 | N007296E | EQUITYSWAP | LBESX30LBESX308 | | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 236,409.00 | 11,863,974 | 49.04 | 241,718 |
| 10027732 | N008178E | EQUITYSWAP | LBESX30LBESX308 | | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 6,800.00 | 340,048 | 49.04 | (6,443) |
| 10029334 | N008416E | EQUITYSWAP | LBESX30LBESX308 | | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 41,250.00 | 1,948,294 | 49.04 | 82,167 |
| 10030690 | N008649E | EQUITYSWAP | LBESX30LBESX308 | | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 35,310.00 | 1,612,472 | 49.04 | 122,817 |
| 10032250 | N008837E | EQUITYSWAP | LBESX30LBESX308 | | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 6,930.00 | 323,525 | 49.04 | 16,414 |
| 10037271 | N009526E | EQUITYSWAP | LBESX30LBESX308 | | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 66,000.00 | 3,153,578 | 49.04 | 86,720 |
| EQUITY SWAPS TOTAL | | | | | | | | | | | | 543,393 |

## Deal - Specific Breakdown (Scheduled)

| CID | Deal ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount | Independent Requirement Percent | Independent Requirement USD |
|---|---|---|---|---|---|---|---|---|
| 1002273 | N0070SE | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 11,863,974 | 7.50 | 889,798 |
| 1002702 | N006178E | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 340,046 | 7.50 | 25,504 |
| 1002534 | N00841SE | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 1,948,294 | 7.50 | 146,122 |
| 1003250 | N00857E | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 323,625 | 7.50 | 24,264 |
| 1003271 | N00952SE | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 3,153,579 | 7.50 | 236,518 |
| 1003690 | N008496E | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 1,612,472 | 7.50 | 120,935 |

DEAL SPECIFIC BREAKDOWN TOTAL

## Collateral Info

| Deal ID | Call Type | Security ID | Security Description | Maturity Date | CCY | Unit Price | Quantity | Market Value USD |
|---|---|---|---|---|---|---|---|---|
| | IND | USD | UNITED STATES DOLLARS | | USD | 0.00 | 4,227,460 | 4,227,460 |
| | VAR | USD | UNITED STATES DOLLARS | | USD | 0.00 | 5,260,667 | 5,260,667 |

COLLATERAL DATA TOTAL

# LEHMAN BROTHERS    || DERIVATIVES - MTM STATEMENT

| TO: | TPG AXON PARTNERS (OFFSHORE) LTD | | FROM: | LEHMAN BROTHERS INTERNATIONAL (EUROPE) |
|---|---|---|---|---|
| A/C #: | 020705TOFF | | | STANLEY DEAN |
| | WAFA T | | PHONE: | 212-526-2170 |
| PHONE: | | | FAX: | 917-522-0252 |
| FAX: | | | EMAIL: | cvg@lehman.com |
| EMAIL: | otc@tpgaxon.com;gsfundadmin-tpg@gs.com;ernest.hance@gs.com; ellen.conklin@gs.com;confirms@tpgaxon.com;erazy@tpgaxon.com;clai@tpgaxon.com; | | | |

| DATE: | 11-Sep-2008 |
|---|---|
| COB VALUATION DATE: | 11-Sep-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*
*NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | | | Independent Requirement Summary | | FX Rates | |
|---|---|---|---|---|---|---|
| Default Swaps Total | (22,162,254) | | Portfolio Independent Requirement | | USD/USD | 1.000000000 |
| Equity Options Total | (42,500) | | Deal Specific Independent Requirement | 2,930,035 | | |
| Equity Swaps Total | 1,102,887 | | TOTAL: | 2,930,035 | | |
| TOTAL: | (21,101,867) | | | | | |

Page 1 of 3

## Default Swaps

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | CCY | Notional Amount CCY | Indicative Spread | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3245640 | 3245640 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 167,500,000 | 0.0167 | (7,387,418) |
| 3245641 | 3245641 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 335,000,000 | 0.0167 | (14,774,836) |

**DEFAULT SWAPS TOTAL** — (22,162,254)

## Equity Options

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | Opt Style | Opt Type | CCY | Strike | No of Units | Notional CCY | Option Value | Underlying Value | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3871881 | N08061146 | OO | MEE.N | 04-Jun-2008 | 16-Jan-2009 | S | AMER | C | USD | 115.0000 | -3,400.00 | 39,100,000 | 0.1250 | 43.3600 | (42,500) |

**EQUITY OPTIONS TOTAL** — (42,500)

## Equity Swaps

| GID | RMS ID | Product Type | Ticker | Cusip | Trade Date | Effective Date | Maturity Date | Notional CCY | No of Units | Notional Amount CCY | Market Price | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10022968 | N007295E | EQUITYSWAP | LBESX30LBESX308 | | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 480,591.00 | 24,118,030 | 49.04 | 489,821 |
| 10027731 | N008177E | EQUITYSWAP | LBESX30LBESX308 | | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 13,200.00 | 660,094 | 49.04 | (12,507) |
| 10029333 | N008415E | EQUITYSWAP | LBESX30LBESX308 | | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 83,750.00 | 3,955,627 | 49.04 | 166,824 |
| 10030689 | N008648E | EQUITYSWAP | LBESX30LBESX308 | | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 71,690.00 | 3,273,807 | 49.04 | 249,356 |
| 10032249 | N008836E | EQUITYSWAP | LBESX30LBESX308 | | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 14,070.00 | 656,854 | 49.04 | 33,325 |
| 10037263 | N009524E | EQUITYSWAP | LBESX30LBESX308 | | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 134,000.00 | 6,402,721 | 49.04 | 176,067 |

**EQUITY SWAPS TOTAL** — 1,102,887

## Deal Specific Breakdown (Schedule)

| CID | Deal ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | Independent Requirement Percent | Independent Requirement (USD) |
|---|---|---|---|---|---|---|---|---|
| 10022968 | N00725JE | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 24,118,030 | 7.50 | 1,808,852 |
| 10027731 | N00817TE | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 660,094 | 7.50 | 49,507 |
| 10028333 | N00841EE | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 3,955,627 | 7.50 | 296,672 |
| 10032249 | N00889EE | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 656,854 | 7.50 | 49,264 |
| 10037268 | N00852JE | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 6,402,721 | 7.50 | 480,204 |
| 10030689 | N00864BE | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 3,273,807 | 7.50 | 245,536 |
| DEAL SPECIFIC BREAKDOWN TOTAL | | | | | | | | 2,930,035 |

## Collateral Data

| Deal ID | Call Type | Security | Security Description | Return Cash | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| | IND | USD | UNITED STATES DOLLARS | | USD | 0.00 | 8,425,661 | 8,425,661 |
| | VAR | USD | UNITED STATES DOLLARS | | USD | 0.00 | -8,221,249 | -8,221,249 |
| COLLATERAL DATA TOTAL | | | | | | | | |

LEHMAN MARGIN ACCRUAL ESTIMATES

|  | LTD | LP | TOP |
|---|---|---|---|
| LBIE | 13,905 | 7,925 | 21,830 |

| DATE | BALANCE | FED | SPREAD | NET RATE | INTEREST |
|---|---|---|---|---|---|
| 9/1/2008 | 16,646,909.98 | 1.94 | 0 | 0.0194 | 697.08 |
| 9/2/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 908.33 |
| 9/3/2008 | 16,646,909.98 | 2.01 | 0 | 0.0201 | 929.45 |
| 9/4/2008 | 16,646,909.98 | 1.99 | 0 | 0.0199 | 920.20 |
| 9/5/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/6/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/7/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/8/2008 | 16,646,909.98 | 1.92 | 0 | 0.0192 | 887.84 |
| 9/9/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 908.33 |
| 9/10/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 908.33 |
| 9/11/2008 | 16,646,909.98 | 2.12 | 0 | 0.0212 | 980.32 |
| 9/12/2008 | 16,646,909.98 | 2 | 0 | 0.02 | 924.83 |
| 9/13/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/14/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/15/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/16/2008 | - | 2.84 | 0 | 0.0284 | - |
| per TAC | - |  |  |  | 13,904.79 |

| DATE | BALANCE | FED | SPREAD | NET RATE | INTEREST |
|---|---|---|---|---|---|
| 9/1/2008 | 9,488,126.85 | 1.94 | 0 | 0.0194 | 511.30 |
| 9/2/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.58 |
| 9/3/2008 | 9,488,126.85 | 2.01 | 0 | 0.0201 | 529.75 |
| 9/4/2008 | 9,488,126.85 | 1.99 | 0 | 0.0199 | 524.48 |
| 9/5/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/6/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/7/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/8/2008 | 9,488,126.85 | 1.92 | 0 | 0.0192 | 506.03 |
| 9/9/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.58 |
| 9/10/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.58 |
| 9/11/2008 | 9,488,126.85 | 2.12 | 0 | 0.0212 | 558.75 |
| 9/12/2008 | 9,488,126.85 | 2 | 0 | 0.02 | 527.12 |
| 9/13/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/14/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/15/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/16/2008 | - | 2.84 | 0 | 0.0284 | - |
| per TAC | - |  |  |  | 7,925.22 |

**EXHIBIT C**

# SCHEDULE

| Book | Cpy | Trd Dt | B/S | Qty | Security | BB TCM | Cost | Sett CCY | Net Consid | Sett Dt | Gross Consid |
|------|-----|--------|-----|-----|----------|--------|------|----------|-----------|---------|-------------|
| AGENCY BOOK | LEH DARK | 9/12/2008 0:00 | S | -67,825.00 | THYSSENKRUPP AG (GY*) | TKA GY Equity | 27.5954 | EUR | 1,870,722.18 | 16-Sep-08 | 1,871,658.01 |
| AGENCY BOOK | LEH | 9/12/2008 0:00 | S | -100,000.00 | THYSSENKRUPP AG (GY*) | TKA GY Equity | 27.25 | EUR | 2,720,912.50 | 16-Sep-08 | 2,725,000.00 |
| AGENCY BOOK | LEH DARK | 9/12/2008 0:00 | S | -2,675.00 | AKZO NOBEL (NA*) | AKZA NA Equity | 40.9138 | EUR | 109,389.70 | 17-Sep-08 | 109,444.42 |
| AGENCY BOOK | LEH DARK | 9/12/2008 0:00 | S | -3,234.00 | KLOECKNER AND CO (GY*) | KCO GY Equity | 22.4566 | EUR | 72,588.33 | 16-Sep-08 | 72,624.64 |
| AGENCY BOOK | LEH DARK | 9/11/2008 0:00 | BC | 10,000.00 | AIR LIQUIDE (FP*) | AI FP Equity | 82.3565 | EUR | -823,976.78 | 16-Sep-08 | -823,565.00 |
| AGENCY BOOK | LEH DARK | 9/11/2008 0:00 | BC | 25,000.00 | CLARIANT AG-REG (VX*) | CLN VX Equity | 10.0788 | CHF | -252,095.99 | 16-Sep-08 | -251,970.00 |
| AGENCY BOOK | LEH DARK | 9/11/2008 0:00 | BC | 7,874.00 | CIBA SPECIALTY CHEMICALS-REG (VX*) | CIBN VX Equity | 37.9381 | CHF | -298,673.96 | 16-Sep-08 | -298,724.60 |

## EXHIBIT B

### PROOF OF CLAIM

543778.1/153-05290

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | | |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Joint Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 | |

# PROOF OF CLAIM

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TPG-Axon Partners, L.P.

(For addresses and telephone numbers, see attached annex)

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

(See attached annex)

Telephone number:          Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
(If known)

Filed on: _____

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 24,120,008.63 (see attached annex for details)

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** (See attached annex)
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** N/A
3a. **Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☒ Other

Describe: (See attached annex)

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ N/A

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $ N/A
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: (See attached annex)

Date: 4/22/09

Signature:
By:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USActive 17182192.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　:
In re:　　　　　　　　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,　:　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　Debtors.　　:
　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

## ANNEX TO PROOF OF CLAIM HELD BY TPG-AXON PARTNERS, L.P

This is an Annex to, and a part of, the proof of claim (the "Proof of Claim") filed by TPG-Axon Partners, L.P. ("TPG" or "Claimant"), c/o TPG-Axon Capital Management, L.P., 888 Seventh Avenue, 38th Floor, New York, NY 10019. TPG is the holder of a claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI" or the "Debtor"," and collectively with LBHI's affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases the "Debtors") described on the prefixed Proof of Claim and as set forth in further detail in this Annex.

THIS ANNEX CONSTITUTES A PART OF THE PROOF OF CLAIM AND IS INCORPORATED THEREIN BY REFERENCE. Copies of certain supporting documents relating to the Claim are described below and will be filed in accordance with the procedures established for the filing of claims in the Debtors' chapter 11 cases and are incorporated by reference into the Proof of Claim. Copies of certain additional supporting documentation (including but not limited to the Agreements (as defined herein)) are voluminous, contain proprietary business information and are readily available to the Debtors and accordingly, not attached hereto. The Claimant will furnish the Debtor with copies of any additional pertinent documentation upon request or as otherwise required by order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

1.　　Basis for Claim: On September 15, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the Bankruptcy Court. The Debtor is obligated to the Claimant for the Claim described herein.

(a)　　The Claim asserted herein arise from or are related to transactions with the Debtors pursuant to that certain ISDA Master Agreement (and all schedules, annexes and confirmations thereto) by and among TPG and Lehman Brothers International (Europe) ("LBIE"), as counterparties, and LBHI, as guarantor, dated as of December 16, 2005 (as amended, supplemented or otherwise modified from time to time, and including any related agreements and other documents, collectively, the "Master Agreement"); and (b) that certain Guarantee of LBHI, dated as of December 16, 2005, (as amended, supplemented or otherwise

modified from time to time, and including any related agreements and other documents including the guarantee by LBHI of all liabilities of LBIE dated January 4, 2008, collectively, the "Guarantee" and together with the Master Agreement, the "Agreements"). In connection with the counterparties' entry into the Master Agreement and pursuant to the Guarantee, LBHI agreed to act as Guarantor of LBIE's obligations under the Master Agreement for the benefit of TPG. The Claims are based upon obligations, liabilities and indebtedness owing by the Debtors to the Claimant (the "Obligations"), which Obligations arise under and in connection with the Agreements and other related documents.

(b)     Without limiting the generality of the foregoing, the Claim includes, without limitation, the Obligations described below.

Guaranteed LBIE Claims. Pursuant to section 6 of the Master Agreement, upon the filing of the Debtors' bankruptcy petitions on September 15, 2008, TPG was entitled to declare an Event of Default and designate an Early Termination Date (as these terms are defined in the Master Agreement) for termination of the Master Agreement.

On September 15, 2008, TPG sent a notice to the Debtors designating September 15, 2008 an Early Termination Date of the Master Agreement. (See Exhibit A). On September 17, 2008, TPG sent LBIE and the Debtors a "Notice of Calculations," and on September 22 TPG sent LBIE and the Debtors an "Amended Notice of Calculations" which included a statement of calculations and quotations setting forth the amount that TPG reasonably determined in good faith was payable to it under section 6(e) of the Master Agreement (See Exhibit B). LBHI, by the Guarantee, owes TPG $23,820,228 in respect of the Master Agreement.

On September 19, 2008, TPG sent a notice of Acceptance of Repudiatory Breach to LBIE and the Debtors with respect to unsettled trades under LBIE's General Terms and Conditions in the amounts of EUR 186,271.20 (or USD 265,306.07) and CHF 38,470.16 (or USD 34,474.56) (see Exhibit C). LBHI, by the Guarantee, owes TPG $299,780.63 in respect of these unsettled trades.

Total Amount of Claim at Time of Bankruptcy Filing: Liquidated claims of not less than **$24,120,008.63** inclusive of accrued interest as of the Petition Date, in the aggregate, plus contingent unliquidated claims not presently ascertainable as described herein.

Without limiting any of the foregoing, Claimant reserves all of its rights to assert claims for interest (including, without limitation, at the default rate), fees, costs, charges, expenses, disbursements, liabilities, losses, damages, indemnification, reimbursement and/or contribution, and other amounts, including, without limitation, legal fees and expenses (including, without limitation, in connection with the preparation, filing and prosecution of the Proof of Claim), that exist or arise as of or after the date of the filing of the Proof of Claim, whether prior to, on or subsequent to the Petition Date, in each case to the extent or as may be permitted, provided and/or contemplated in the Agreements, any supporting documentation or applicable law.

2.    <u>Secured Claim</u>:  The Claim of the Claimant against the Debtors for amounts due and owing as of the Petition Date is an unsecured claim to the extent of any deficiency following any exercise by Claimant of any rights of setoff that it may have against the Debtor.  Claimant hereby asserts any and all rights of setoff it may have in respect of the Claim, including, without limitation, the right to setoff its Claim against any claims that Debtors (or any successor, assignee or person claiming through Debtors) may assert against the Claimant.

3.    <u>Credits</u>:  The amount of all payments on the Claim has been credited and deducted for purposes of making this Proof of Claim.

4.    <u>Reservation of Rights</u>:

(a)    In filing its Proof of Claim, Claimant expressly reserves all rights and causes of action, including, without limitation, contingent or unliquidated rights that it may have against the Debtor.  This description and classification of claims by Claimant is not a concession or admission as to the correct characterization or treatment of any such claims or a waiver of any rights of the Claimant.  Furthermore, Claimant expressly reserves all rights to amend, modify and/or supplement the Proof of Claim in any respect, including, without limitation, with respect to the filing of an amended proof of claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim for additional claims, including, without limitation, claims for interest (including, without limitation, at the default rate), fees and related expenses (including, without limitation, attorneys' fees) that are not ascertainable at this time.

(b)    Claimant's Proof of Claim is filed without prejudice to the filing by Claimant of additional proofs of claim or requests for payment with respect to any other indebtedness, liability or obligation of any of the Debtors.  Claimant does not, by its Proof of Claim or any amendment or other action, waive any rights with respect to any scheduled claim.

(c)    By filing the Proof of Claim, Claimant does not waive any rights under chapter 5 of the Bankruptcy Code.

(d)    In executing and filing its Proof of Claim, Claimant does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to its Claim against the Debtor and does not waive or release:  (i) its rights and remedies against any other person or entity that may be liable for all or part of the Claim set forth herein, whether an affiliate or subsidiary of the Debtor, an assignee, guarantor or otherwise; (ii) any obligation owed to it, or any right to any security that may be determined to be held by it or for its benefit; (iii) any past, present or future defaults (or events of default) by the Debtor or others; or (iv) any right to the subordination, in favor of Claimant, of indebtedness or liens held by other creditors of the Debtor.  The filing of the Proof of Claim is not, and shall not be construed as, an election of remedies or limitation of rights or remedies.

(e)    Nothing contained in the Proof of Claim nor any subsequent appearance, pleading, claim or suit is intended to be a waiver or release of:  (i) the right of Claimant to have final orders in non-core matters entered only after <u>de novo</u> review by a district court judge; (ii) the right of Claimant to a jury trial in any proceeding so triable herein or, in any case, any

controversy or proceeding related hereto; (iii) the right of Claimant to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal; (iv) the right of Claimant to have any unliquidated portions of the Claim determined by applicable state courts; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Claimant is or may be entitled under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

5.    <u>Notices</u>: All notices with respect to the Claim should be sent to:

TPG-Axon Partners, L.P.
c/o TPG-Axon Capital Management, L.P.
888 Seventh Avenue, 38<sup>th</sup> Floor
New York, NY 10019
Attention: Mia Harding
Email: mharding@tpgaxon
Telephone: +44 207 758 6243

with copies to:

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attention:      Steven Lofchie
Phone:          212-504-6000
Facsimile:      212-504-6666

Dated:  September 22, 2009

EXHIBIT A



September 15, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
England

**Attention:** Documentation Manager


cc: Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5 LE
London, England
Attention: Credit Risk Group

### NOTICE OF EARLY TERMINATION

Re: ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty")
and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the "Agreement").
Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to them in the Agreement.

This letter serves as notice of the designation of an Early Termination Date effective as of
September 15, 2008 pursuant to Sections 5(a)(vii) and 6(a) of the Agreement.

In accordance with the provisions of Section 6(e) of the Agreement, we will calculate the amount,
if any, payable in respect of such Early Termination Date. We will provide you as soon as
reasonably practicable with our calculations pursuant to Section 6(d) of the Agreement and
specify the Early Termination Amount payable and the details of the relevant account to which
the Early Termination Amount (if any) is to be paid.

The Fund hereby reserves all of its rights in respect of the Agreement whether arising under the
Agreement, at law or otherwise (and for the avoidance of doubt this letter does not constitute a
waiver of any such rights) including but not limited to the right to serve any further notice on you.

The notice is governed by the laws of the State of New York.

Please provide us with a written acknowledgement of receipt of this notice.

If you have any queries in connection with this notice please contact Mia Harding on +44 20
7758 6243 (mharding@tpgaxon.com).



**TPG-Axon Partners, LP**

By: TPG-Axon Capital Management, L.P.,
solely as investment manager and
not in its individual capacity


By: _____
Name: Michael Gismondi
Title: Chief Financial Officer

<u>**EXHIBIT B**</u>



September 22, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
London, England

**Attention: Documentation Manager**

Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5LE
London, England
Attention: Credit Risk Group

### AMENDED NOTICE OF CALCULATIONS

Re: Early Termination notice effective as of September 16, 2008 regarding the ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty") and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the " Master Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Master Agreement.

This letter serves as the Fund's amended notice of calculations and statement of payments on early termination pursuant to Section 6(d)(i) of the Master Agreement. <u>This notice supersedes and amends the Notice of Calculations sent by the Fund to the Counterparty dated September 17, 2008.</u> In our determination of the early termination amount, we have performed all calculations pursuant to Section 6(e) and have exercised our rights of Set-off.

Pursuant to the terms of the Master Agreement, the Fund has determined the Early Termination Amount in accordance with the definition of "Loss" in the Master Agreement, which is an amount determined by the Fund in good faith equal to its total losses and costs. The relevant "Loss" calculation is specified in Appendix 1 to this letter, and evidence of that calculation is specified in Appendix 2 to this letter.

The Termination Currency specified in Part 1 of the Schedule to the Master Agreement is U.S. Dollars ("USD").

Accordingly, pursuant to Section 6(e), the amount payable by the Counterparty to the Fund is **USD 23,820,228,** determined on the following basis:

1.   Settlement Amount:                                   USD 14,324,176

     PLUS

2.   Termination Currency Equivalent of the
     Unpaid Amounts owed to us:                           USD 9,496,052

     LESS


**TPG–AXON CAPITAL**

3.    Termination Currency Equivalent of the          USD 0.00
      Unpaid Amounts owed by us:

      **TOTAL**                                        **USD 23,820,228**

We should be grateful if you would please therefore pay such amount in immediately available funds to the following account:

> Chase Manhattan Bank, N.Y.
> ABA# 021-000-021
> F/A/O Goldman Sachs & Co, N.Y.
> A/A# 930-1-011483
> Sub-account: 002-37737-2

If you have any queries in connection with this notice please contact Mia Harding on +44 20 7758 6243 (mharding@tpgaxon.com).


**TPG-Axon Partners. LP**

By: TPG-Axon Capital Management, LP
Solely as investment manager and
not in its individual capacity


By: _____
Name: Michael Gismondi
Title: Chief Financial Officer

APPENDIX 1

09/16/08
LEH OTC Positions

**Equity Swaps**

| TPGA Entity | LEH Entity | Security | Underlying BB Ticker | Posn | Bk Cost (USD) | 9/16 Price | MV Local | Unrealized MTM P&L | Accrued Div, Fin, Outstanding Payments | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | HEALTHCARE PRODUCT COMPANIES INDEX 3 S\ | LBESX908 | (392,699) | (19,241,924) | 47.59300 | (18,689,724) | 552,200 | (524,065) | 28,135 |
| | | | | | | | (12,689,724) | 552,200 | (524,065) | 28,135 |

**CDS**

| TPGA Entity | LEH Entity | Security | BB Ticker | Posn | 9/16 Price | MV Local | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | CDS F CDX IG 5YR LEH | CDX.NA.IG.8 6/12 | (247,500,000) | 94.14634706 | 14,487,791 | (211,750) | 14,276,041 |
| | | | | (247,500,000) | | 14,487,791 | (211,750) | 14,276,041 |

**Equity Options**

| TPGA Entity | LEH Entity | Security | BB Ticker | Posn | 9/16 Price | MV Local | Settlement Amount |
|---|---|---|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | January 09 Calls on MEE US (115) OTC LB | MEE+AY | 1,600 | 0.12500 | 20,000 | 20,000 |
| | | | | 1,600 | | 20,000 | 20,000 |

**Summary**

| TPGA Entity | LEH Entity | Settlement Amount | Unpaid Amounts* | Net Receivable |
|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | 14,324,176 | 9,496,052 | 23,820,228 |

*Includes margin posted and other unpaid amounts.

"APPENDIX 2"

## Peggy Kelly

| | |
|---|---|
| **From:** | Sean Fletcher |
| **Sent:** | Friday, September 19, 2008 6:45 PM |
| **To:** | Peggy Kelly |
| **Cc:** | Scott Friedman |
| **Subject:** | FW: ML CDX: IG8 210/215(-6) HVOL8 390/405(-35) |

Here is the end of day valuation for IG8 for 9/16/08.

-----Original Message-----
From: LIZ EVERETT, MERRILL LYNCH/NY,WFC [mailto:leverett@bloomberg.net]
Sent: Tuesday, September 16, 2008 3:59 PM
To: Credit Index
Subject: ML CDX: IG8 210/215(-6) HVOL8 390/405(-35)

ML CDX: IG8 210/215(-6) HVOL8 390/405(-35)

----------------------------------------------------------------------------
The information herein has been obtained from various sources. We do not guarantee its accuracy. Neither the information, recommendations or opinions expressed herein constitutes an offer to buy or sell any securities, futures, options, or investment products. Merrill Lynch may trade for its own account in the securities or other products described here. Foreign currency denominated investments are subject to fluctuations in exchange rates that could have a positive or adverse effect on the investor's return.

```
                                                      Corp  CDSW
<HELP> for explanation.
1<GO> to save Deal, 2<GO> to save curve source
                CREDIT  DEFAULT  SWAP                      CPU:300
┌──────────────────────────────────────────┬───────────────────────┐
│ Deal │Send to VCON│ Curves │ View │All Quotes│Members│            │
├──────────────────────────────────────────┼───────────────────────┤
│ Deal  Information                         │ Spreads         Date  │
│ CDS Index: CDX.NA.IG.8 6/12    BB #: SP9509XX│ Curve Date: 9/15/08│
│ Counterparty: ▓▓▓▓▓▓▓     Deal#: ▓▓▓▓▓▓   │ Benchmark: S 168  Mid │
│ Ticker: /▓▓▓▓  Series: ▓▓  Privilege: U User│ US Fixing Swap Curve │
│ Business Days: USD GBP    Settlement Code: USD│ 6) 5yr Fix Diff: -40.55bp│
│ Business Day Adj: 1 Following   Currency: USD│ Pricing Curve: F Fixing│
│ B BUY  Notional: 502.50 MM      Factor:1  │ Sprds: U User      A Ask│
│ Effective Date: 3/21/07   Knock Out: N     │ CDSD SP9509XX     IMMI │
│ Maturity Date:  6/20/12   Day Count: ACT/360│ Par Cds Spreads Default│
│ Payment Freq:   Q Quarterly  Month End: N  │ Flat:Y   (bps)   Prob │
│ Pay Accrued:    T True    First Cpn:  6/20/07│ 3/20/09  210.000  0.0178│
│ Curve Recovery: T True  Next to Last Cpn: 3/20/12│ 9/21/09 210.000 0.0352│
│ Recovery Rate:   0.40  Date Gen Method:  B Backward│ 9/20/10 210.000 0.0686│
│ Deal Spread:   35.000bps                   │ 9/20/11  210.000  0.1009│
│ Calculator            Mode: C Calc Price   │ 9/20/12  210.000  0.1322│
│ Valuation Date: 9/16/08  Model: J JPMorgan │ 9/20/13  210.000  0.1623│
│ Cash Settled On: 9/18/08                   │ 9/21/15  210.000  0.2194│
│ Price:      -94.146347068% Repl Sprd: 209.992 bps│ 9/20/18 210.000 0.2978│
│ Market Val:   29,414,606 Sprd DV01: 159,144.75│ Frequency: Q Quarterly│
│ Accrued:        -429,917 Days: 88  32) Sprd KRR│ Day Count: ACT/360  │
│ Total Val:    28,984,689 IR DV01:  -5,552.18│ Recovery Rate:  0.40 │
└──────────────────────────────────────────┴───────────────────────┘
Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2008 Bloomberg Finance L.P.
                                                                          6578-612-1 20-Sep-2008 13:28:58
```

```
<HELP> for explanation.                                    Corp  CDSW
1<GO> to save Deal, 2<GO> to save curve source
              CREDIT  DEFAULT  SWAP                        CPU:300
   Deal    Send to VCON    Curves     View    All Quotes    Members
Deal  Information                          Spreads              Date
CDS Index: CDX.NA.IG.8 6/12        BB #: SP9509XX    Curve Date: 9/15/08
Counterparty: ███████████████   Deal#: ████████    Benchmark: S168 Mid
Ticker: /█████  Series: ████    Privilege: U User   US Fixing Swap Curve
Business Days: USD GBP          Settlement Code: USD 6) 5yr Fix Diff: -40.55bp
Business Day Adj: 1 Following        Currency: USD  Pricing Curve:F Fixing
B BUY  Notional: 247.50 MM          Factor:1        Sprds:U User       A Ask
Effective Date: 3/21/07         Knock Out: N        CDSD SP9509XX       IMMI
Maturity Date: 6/20/12          Day Count: ACT/360  Par Cds Spreads  Default
Payment Freq:  Q Quarterly      Month End: N        Flat:Y   (bps)     Prob
Pay Accrued:   T True           First Cpn:  6/20/07 3/20/09 210.000   0.0178
Curve Recovery: T True   Next to Last Cpn: 3/20/12 9/21/09 210.000   0.0352
Recovery Rate:    0.40   Date Gen Method: B Backward 9/20/10 210.000  0.0686
Deal Spread:       35.000bps                        9/20/11 210.000   0.1009
Calculator              Mode: 1 Calc Price          9/20/12 210.000   0.1322
Valuation Date: 9/16/08         Model: J  JPMorgan  9/20/13 210.000   0.1623
Cash Settled On: 9/18/08                            9/21/15 210.000   0.2194
Price:          94.146347068   Repl Sprd: 209.992 bps 9/20/18 210.000 0.2978
Market Val:     14,487,791 Sprd DVO1: 78,384.73     Frequency: Q Quarterly
Accrued:          -211,750 Days: 88  32) Sprd KRR   Day Count: ACT/360
Total Val:      14,276,041 IR DVO1:   -2,734.65     Recovery Rate:      0.40
Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000    U.S. 1 212 318 2000   Copyright 2008 Bloomberg Finance L.P.
                                                    G579-612-1 20-Sep-2008 13:29:12
```

&lt;HELP&gt; for explanation, &lt;MENU&gt; for similar functions.          Index **HP**

## CLOSE/MID/PRICE

Page 1 / 6

LBESX308  LB Equity Swap    NClass308

Range `10/26/07` to `9/19/08`    Period `D` Daily

HI 53.314   ON 12/10/07
AVE 48.678
LOW 44.413   ON  3/17/08

`USD`    Market `M` Mid

| | DATE | PRICE | | DATE | PRICE | | DATE | PRICE |
|---|---|---|---|---|---|---|---|---|
| F | 9/19 | 48.025 | F | 8/29 | 50.171 | F | 8/ 8 | 50.901 |
| T | 9/18 | 47.524 | T | 8/28 | 50.657 | T | 8/ 7 | 49.566 |
| W | 9/17 | 46.184 | W | 8/27 | 50.097 | W | 8/ 6 | 50.003 |
| T | 9/16 | 47.593 | T | 8/26 | 49.950 | T | 8/ 5 | 50.321 |
| M | 9/15 | 47.979 | M | 8/25 | 49.900 | M | 8/ 4 | 50.424 |
| | | | | | | | | |
| F | 9/12 | 49.470 | F | 8/22 | 50.792 | F | 8/ 1 | 49.410 |
| T | 9/11 | 49.039 | T | 8/21 | 50.591 | T | 7/31 | 49.217 |
| W | 9/10 | 48.470 | W | 8/20 | 50.462 | W | 7/30 | 49.277 |
| T | 9/ 9 | 48.556 | T | 8/19 | 50.852 | T | 7/29 | 49.236 |
| M | 9/ 8 | 49.222 | M | 8/18 | 50.964 | M | 7/28 | 48.815 |
| | | | | | | | | |
| F | 9/ 5 | 48.796 | F | 8/15 | 51.558 | F | 7/25 | 49.751 |
| T | 9/ 4 | 48.967 | T | 8/14 | 51.141 | T | 7/24 | 49.461 |
| W | 9/ 3 | 50.235 | W | 8/13 | 50.936 | W | 7/23 | 49.675 |
| T | 9/ 2 | 50.109 | T | 8/12 | 50.755 | T | 7/22 | 49.669 |
| M | 9/ 1 | 50.171 | M | 8/11 | 51.198 | M | 7/21 | 49.413 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
G576-612-1 20-Sep-2008 13:26:58

Equity**QRT**

MEE+AY US 1 C $    Market Sep19  **.10/.35**    95x37   OpInt 8910

| Definitions | | QR/QRM Options | | Market/Trade Recap | Page 1 | |
|---|---|---|---|---|---|---|

Time  ■■:■:■     Min Vol             USD
Date  9/16    Price Range  ■■■  To  ■■■   White indicates new market information
                                          while gray indicates a previous quote.
MASSEY ENERGY CO          PRICE .25              Cond:■

| Time | E | Bid/Trd/Ask | E | Size | Cond | Volatility | Und. Price |
|---|---|---|---|---|---|---|---|
| 15:59:08 | O | .05/.20 | I | 160x76 | | 78.71 | 35.93 |
| 15:59:08 | O | .05/.20 | I | 145x76 | | 78.71 | 35.93 |
| 15:58:44 | O | .05/.20 | I | 125x76 | | 78.91 | 35.82 |
| 15:58:40 | I | .05/.20 | I | 99x76 | | 78.91 | 35.82 |
| 15:58:33 | O | .05/.20 | O | 129x86 | | 78.91 | 35.82 |
| 15:58:18 | O | .05/.20 | O | 127x81 | | 79.04 | 35.75 |
| 15:57:31 | O | .05/.20 | O | 127x91 | | 79.04 | 35.75 |
| 15:57:31 | O | .05/.20 | O | 127x81 | | 79.04 | 35.75 |
| 15:57:25 | O | .05/.20 | P | 83x49 | /A | 79.08 | 35.73 |
| 15:57:25 | I | .05/.20 | O | 94x75 | | 79.08 | 35.73 |
| 15:56:22 | O | .05/.20 | O | 122x75 | | 79.04 | 35.75 |
| 15:56:06 | O | .05/.20 | O | 115x75 | | 79.04 | 35.75 |
| 15:56:05 | O | .05/.20 | O | 105x75 | | 79.04 | 35.75 |
| 15:56:04 | O | .05/.20 | O | 83x60 | | 79.04 | 35.75 |
| 15:56:04 | I | .05/.20 | O | 65x60 | | 79.04 | 35.75 |
| 15:56:04 | X | .05/.20 | O | 77x60 | A/ | 79.04 | 35.75 |
| 15:56:04 | O | .05/.20 | O | 83x60 | | 79.04 | 35.75 |
| 15:56:04 | I | .05/.20 | O | 88x60 | | 79.04 | 35.75 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900          Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
                                                                              6578-612-1 20-Sep-2008 13:51:06

LEH Dividend and Financing Accruals Through 9/15

| cpty | cpty8_Name | CptyA | globalId | tradeId | Identifier | stkSymbol | stkName | ntlUnit | ntl | ntl_Base | swpCurr | stkCurr | longShort | tdate | mat | eff | fixPx | StkPx | MktPrice | PerfAccrual | DivAccrual | swpRate | intSpread | intRate | intDays | Basis | intAccrual | SwapMTMLocal | SwapMTMBase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10016634 | N0063553LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 74445 | 2576541.45 | 2576541.45 | USD | USD | LONG | 20070726 | 20100126 | 20070726 | 34.61 | 26.87 | 26.87 | (576,204.30) | 37,966.95 | 0.03075 | 0.013 | 0.04375 | 42 | ACT/360 | (13,151.10) | (551,388.45) | (551,388.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030074 | N0085530E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1602 | 46747.9868 | 46747.9868 | USD | USD | LONG | 20080204 | 20090309 | 20080207 | 29.0721 | 26.87 | 26.87 | (3,540.98) | 2,058.24 | 0.0248563 | 0.005 | 0.0298563 | 222 | ACT/360 | (924.01) | (2,406.74) | (2,406.74) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030203 | N0085564E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2278 | 66114.8496 | 66114.8496 | USD | USD | LONG | 20080205 | 20090309 | 20080208 | 29.0232 | 26.87 | 26.87 | (4,504.99) | 2,141.32 | 0.0248563 | 0.005 | 0.0298563 | 221 | ACT/360 | (1,298.75) | (4,062.42) | (4,062.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030801 | N0085906E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 4221 | 123078.8075 | 123078.8075 | USD | USD | LONG | 20080206 | 20090311 | 20080211 | 29.1575 | 26.87 | 26.87 | (9,655.54) | 8,967.74 | 0.0248563 | 0.005 | 0.0298563 | 218 | ACT/360 | (2,377.62) | (8,065.42) | (8,065.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030469 | N0085626E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 469 | 13659.9533 | 13659.9533 | USD | USD | LONG | 20080207 | 20090312 | 20080212 | 29.1257 | 26.87 | 26.87 | (1,057.92) | 440.86 | 0.0248563 | 0.005 | 0.0298563 | 217 | ACT/360 | (262.41) | (879.47) | (879.47) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040102 | N0100054LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1421 | 46668.3899 | 46668.3899 | USD | USD | LONG | 20080618 | 20090723 | 20080623 | 32.8419 | 26.87 | 26.87 | (8,486.07) | 724.71 | 0.0248563 | 0.005 | 0.0298563 | 85 | ACT/360 | (326.89) | (8,088.25) | (8,088.25) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040157 | N0100050LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1088 | 36554.06 | 36554.06 | USD | USD | LONG | 20080619 | 20090724 | 20080624 | 33.5975 | 26.87 | 26.87 | (7,319.52) | 554.88 | 0.0248563 | 0.005 | 0.0298563 | 84 | ACT/360 | (253.02) | (7,017.66) | (7,017.66) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040402 | N0101091LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 675 | 23100.938 | 23100.938 | USD | USD | LONG | 20080624 | 20090727 | 20080627 | 34.022 | 26.87 | 26.87 | (4,856.21) | 346.29 | 0.0248563 | 0.005 | 0.0298563 | 81 | ACT/360 | (154.16) | (4,664.08) | (4,664.08) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040517 | N0101241LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1888 | 63865.1872 | 63865.1872 | USD | USD | LONG | 20080625 | 20090731 | 20080630 | 33.8269 | 26.87 | 26.87 | (13,124.63) | 962.88 | 0.0248563 | 0.005 | 0.0298563 | 78 | ACT/360 | (421.57) | (12,583.32) | (12,583.32) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040590 | N0101421LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2788 | 95767.9676 | 95767.9676 | USD | USD | LONG | 20080626 | 20090803 | 20080701 | 33.6827 | 26.87 | 26.87 | (18,854.41) | 1,421.88 | 0.0248563 | 0.005 | 0.0298563 | 77 | ACT/360 | (595.43) | (18,027.35) | (18,027.35) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040763 | N0102211LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 811 | 27291.2854 | 27291.2854 | USD | USD | LONG | 20080627 | 20090803 | 20080702 | 35.6514 | 26.87 | 26.87 | (5,499.72) | 413.61 | 0.0248563 | 0.005 | 0.0298563 | 76 | ACT/360 | (170.84) | (5,256.94) | (5,256.94) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10040905 | N0102264LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 57543.64 | 57543.64 | USD | USD | LONG | 20080630 | 20090805 | 20080703 | 33.8492 | 26.87 | 26.87 | (11,866.64) | 867.00 | 0.0248563 | 0.005 | 0.0298563 | 75 | ACT/360 | (255.41) | (11,253.05) | (11,253.05) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041003 | N0103091LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1224 | 41045.4936 | 41045.4936 | USD | USD | LONG | 20080701 | 20090807 | 20080707 | 33.5339 | 26.87 | 26.87 | (8,156.61) | 624.24 | 0.0248563 | 0.005 | 0.0298563 | 71 | ACT/360 | (239.97) | (7,772.34) | (7,772.34) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041131 | N0103251LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2550 | 85069.02 | 85069.02 | USD | USD | LONG | 20080702 | 20090810 | 20080708 | 33.3604 | 26.87 | 26.87 | (16,550.52) | 1,300.50 | 0.0248563 | 0.005 | 0.0298563 | 70 | ACT/360 | (490.43) | (15,740.45) | (15,740.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041288 | N0103541LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 4012 | 134791.5632 | 134791.5632 | USD | USD | LONG | 20080703 | 20090810 | 20080709 | 33.5971 | 26.87 | 26.87 | (26,589.13) | 2,046.12 | 0.0248563 | 0.005 | 0.0298563 | 68 | ACT/360 | (786.00) | (25,709.00) | (25,709.00) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041390 | N0103621LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 3060 | 102783.258 | 102783.258 | USD | USD | LONG | 20080707 | 20090810 | 20080710 | 33.5898 | 26.87 | 26.87 | (20,561.06) | 1,560.60 | 0.0248563 | 0.005 | 0.0298563 | 68 | ACT/360 | (575.46) | (19,575.92) | (19,575.92) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041528 | N0104251LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 57207.55 | 57207.55 | USD | USD | LONG | 20080708 | 20090811 | 20080711 | 33.6515 | 26.87 | 26.87 | (11,528.55) | 867.00 | 0.0248563 | 0.005 | 0.0298563 | 67 | ACT/360 | (315.59) | (10,977.14) | (10,977.14) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041692 | N0104401LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1224 | 41287.8008 | 41287.8008 | USD | USD | LONG | 20080709 | 20090814 | 20080714 | 33.7317 | 26.87 | 26.87 | (8,398.72) | 624.24 | 0.0248563 | 0.005 | 0.0298563 | 64 | ACT/360 | (237.52) | (7,902.00) | (7,902.00) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041808 | N0104621LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1428 | 48059.6256 | 48059.6256 | USD | USD | LONG | 20080710 | 20090817 | 20080715 | 33.6552 | 26.87 | 26.87 | (9,689.27) | 728.28 | 0.0248563 | 0.005 | 0.0298563 | 63 | ACT/360 | (249.29) | (9,210.27) | (9,210.27) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10041868 | N0104691E | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 884 | 30037.6128 | 30037.6128 | USD | USD | LONG | 20080711 | 20090817 | 20080716 | 33.9792 | 26.87 | 26.87 | (6,284.57) | 450.84 | 0.0248563 | 0.005 | 0.0298563 | 62 | ACT/360 | (153.38) | (5,987.07) | (5,987.07) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042027 | N0104951LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1428 | 47670.3528 | 47670.3528 | USD | USD | LONG | 20080715 | 20090818 | 20080718 | 33.3826 | 26.87 | 26.87 | (9,299.99) | 728.28 | 0.0248563 | 0.005 | 0.0298563 | 60 | ACT/360 | (235.49) | (8,807.20) | (8,807.20) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042094 | N0105091LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1836 | 60281.388 | 60281.388 | USD | USD | LONG | 20080716 | 20090821 | 20080721 | 32.833 | 26.87 | 26.87 | (10,948.07) | 936.36 | 0.0248563 | 0.005 | 0.0298563 | 57 | ACT/360 | (282.99) | (10,294.69) | (10,294.69) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042210 | N0105231LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2176 | 72094.3616 | 72094.3616 | USD | USD | LONG | 20080717 | 20090824 | 20080722 | 33.1326 | 26.87 | 26.87 | (13,625.24) | 1,109.76 | 0.0248563 | 0.005 | 0.0298563 | 56 | ACT/360 | (327.55) | (12,848.03) | (12,848.03) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042322 | N0105411LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1782 | 59028.8868 | 59028.8868 | USD | USD | LONG | 20080718 | 20090824 | 20080723 | 33.2934 | 26.87 | 26.87 | (11,446.50) | 908.82 | 0.0248563 | 0.005 | 0.0298563 | 55 | ACT/360 | (262.02) | (10,806.50) | (10,806.50) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042364 | N0105571LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1632 | 54577.5072 | 54577.5072 | USD | USD | LONG | 20080721 | 20090824 | 20080724 | 33.4421 | 26.87 | 26.87 | (10,725.67) | 832.32 | 0.0248563 | 0.005 | 0.0298563 | 54 | ACT/360 | (242.82) | (10,136.17) | (10,136.17) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042431 | N0105652LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1108 | 37246.248 | 37246.248 | USD | USD | LONG | 20080722 | 20090825 | 20080725 | 33.706 | 26.87 | 26.87 | (7,574.29) | 565.08 | 0.0248563 | 0.005 | 0.0298563 | 53 | ACT/360 | (163.08) | (7,172.29) | (7,172.29) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042585 | N0105961LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1292 | 42855.3816 | 42855.3816 | USD | USD | LONG | 20080723 | 20090828 | 20080728 | 33.1498 | 26.87 | 26.87 | (8,159.34) | 658.92 | 0.0248563 | 0.005 | 0.0298563 | 50 | ACT/360 | (176.55) | (7,656.97) | (7,656.97) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042661 | N0106171LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1360 | 44657.64 | 44657.64 | USD | USD | LONG | 20080724 | 20090831 | 20080729 | 32.8365 | 26.87 | 26.87 | (8,114.44) | 693.60 | 0.0248563 | 0.005 | 0.0298563 | 49 | ACT/360 | (180.28) | (7,601.12) | (7,601.12) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042749 | N0106291LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2370 | 78881.184 | 78881.184 | USD | USD | LONG | 20080725 | 20090831 | 20080730 | 33.2832 | 26.87 | 26.87 | (15,159.23) | 1,206.70 | 0.0248563 | 0.005 | 0.0298563 | 48 | ACT/360 | (512.02) | (14,302.61) | (14,302.61) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042797 | N0106381LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 544 | 18015.92 | 18015.92 | USD | USD | LONG | 20080728 | 20090821 | 20080731 | 33.1175 | 26.87 | 26.87 | (3,598.64) | 277.44 | 0.0248563 | 0.005 | 0.0298563 | 47 | ACT/360 | (69.88) | (3,191.09) | (3,191.09) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042923 | N0106681LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 952 | 31411.9064 | 31411.9064 | USD | USD | LONG | 20080729 | 20090901 | 20080801 | 32.9957 | 26.87 | 26.87 | (5,831.67) | 485.52 | 0.0248563 | 0.005 | 0.0298563 | 46 | ACT/360 | (119.19) | (5,465.33) | (5,465.33) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10042983 | N0106751LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 748 | 25030.0996 | 25030.0996 | USD | USD | LONG | 20080730 | 20090904 | 20080804 | 33.4627 | 26.87 | 26.87 | (4,931.34) | 381.48 | 0.0248563 | 0.005 | 0.0298563 | 43 | ACT/360 | (88.74) | (4,638.60) | (4,638.60) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043019 | N0106791LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 204 | 6938.7152 | 6938.7152 | USD | USD | LONG | 20080731 | 20090906 | 20080805 | 34.0133 | 26.87 | 26.87 | (1,457.23) | 104.04 | 0.0248563 | 0.005 | 0.0298563 | 42 | ACT/360 | (24.02) | (1,377.21) | (1,377.21) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043074 | N0106811LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1836 | 62283.3624 | 62283.3624 | USD | USD | LONG | 20080801 | 20090908 | 20080806 | 33.5234 | 26.87 | 26.87 | (12,950.04) | 936.36 | 0.0248563 | 0.005 | 0.0298563 | 41 | ACT/360 | (210.56) | (12,224.24) | (12,224.24) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043134 | N0107161LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1700 | 56617.82 | 56617.82 | USD | USD | LONG | 20080804 | 20090908 | 20080807 | 33.3046 | 26.87 | 26.87 | (10,938.82) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 40 | ACT/360 | (186.80) | (11,125.62) | (11,125.62) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043205 | N0107241LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 884 | 28955.7736 | 28955.7736 | USD | USD | LONG | 20080805 | 20090908 | 20080808 | 32.7554 | 26.87 | 26.87 | (5,202.69) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 39 | ACT/360 | (93.14) | (5,295.83) | (5,295.83) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043228 | N0107451LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2312 | 77329.0016 | 77329.0016 | USD | USD | LONG | 20080806 | 20090911 | 20080811 | 33.4466 | 26.87 | 26.87 | (15,205.56) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 36 | ACT/360 | (229.72) | (15,435.28) | (15,435.28) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043509 | N0107951LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1904 | 63098.7504 | 63098.7504 | USD | USD | LONG | 20080807 | 20090914 | 20080812 | 33.1401 | 26.87 | 26.87 | (11,938.27) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 35 | ACT/360 | (182.15) | (12,120.42) | (12,120.42) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10043580 | N0108121LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 2243 | 72641.3494 | 72641.3494 | USD | USD | LONG | 20080808 | 20090914 | 20080813 | 32.3858 | 26.87 | 26.87 | (12,371.94) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 34 | ACT/360 | (203.86) | (12,575.80) | (12,575.80) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10045862 | N0108151LO | AHD | AHD | ATLAS PIPELINE HOLDINGS LP | 1632 | 53717.1168 | 53717.1168 | USD | USD | LONG | 20080811 | 20090914 | 20080814 | 32.9149 | 26.87 | 26.87 | (9,865.28) | 0.00 | 0.0248563 | 0.005 | 0.0298563 | 33 | ACT/360 | (146.33) | (10,011.61) | (10,011.61) |
| | | | | | AHD Total | | | | | | | | | | | | | | | (962,701.61) | 69,094.86 | | | | | | (27,057.76) | (919,844.51) | (919,844.51) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10016823 | N0068552LO | APL | APL | ATLAS PIPELINE PARTNERS LP | 258863 | 9668533.05 | 9668533.05 | USD | USD | LONG | 20070726 | 20100126 | 20070726 | 37.35 | 27.9 | 27.9 | (2,446,255.35) | 248,506.48 | 0.03075 | 0.013 | 0.04375 | 42 | ACT/360 | (49,349.80) | (2,247,096.67) | (2,247,096.67) |
| | | | | | APL Total | | | | | | | | | | | | | | | (2,446,255.35) | 248,506.48 | | | | | | (49,349.80) | (2,247,096.67) | (2,247,096.67) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10084252 | N0094815E | TCLP | TCLP | TC PIPELINES LP | 160390 | 5677806 | 5677806 | USD | USD | LONG | 20080507 | 20090612 | 20080512 | 35.4 | 32.34 | 32.34 | (490,792.40) | 113,074.95 | 0.0248563 | 0.005 | 0.0298563 | 127 | ACT/360 | (59,795.52) | (437,513.96) | (437,513.96) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10036257 | N0094840LO | TCLP | TCLP | TC PIPELINES LP | 22832 | 808252.8 | 808252.8 | USD | USD | LONG | 20080507 | 20090612 | 20080512 | 35.4 | 32.34 | 32.34 | (69,865.92) | 16,096.58 | 0.0248563 | 0.005 | 0.0298563 | 127 | ACT/360 | (8,512.07) | (62,281.43) | (62,281.43) |
| | | | | | TCLP Total | | | | | | | | | | | | | | | (560,658.32) | 129,171.51 | | | | | | (68,307.59) | (499,795.39) | (499,795.39) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10022968 | N0072395E | UNKNOWN | LBESX308 | LBESX308 | 480591 | 24115029.74 | 24115029.74 | USD | USD | SHORT | 20071026 | 20081201 | 20071031 | 50.184106 | 47.979071 | 47.979071 | 1,059,720.17 | (1,620,884.31) | 0.0196 | -0.0025 | 0.0171 | 321 | ACT/360 | 594,815.15 | 24,151.02 | 24,151.02 |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10027751 | N0081776E | UNKNOWN | LBESX308 | LBESX308 | 15200 | 660035.5081 | 660035.5081 | USD | USD | SHORT | 20080103 | 20090209 | 20080108 | 50.007064 | 47.979071 | 47.979071 | 26,769.77 | (10,954.95) | 0.0196 | -0.0025 | 0.0171 | 252 | ACT/360 | 10,808.48 | 26,623.35 | 26,623.35 |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10033535 | N0084315E | UNKNOWN | LBESX308 | LBESX308 | 33750 | 1955627.447 | 1955627.447 | USD | USD | SHORT | 20080125 | 20090302 | 20080130 | 47.231373 | 47.979071 | 47.979071 | (62,819.72) | (49,505.69) | 0.0196 | -0.0025 | 0.0171 | 230 | ACT/360 | 34,821.20 | (77,503.71) | (77,503.71) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10035669 | N0090468E | UNKNOWN | LBESX308 | LBESX308 | 71600 | 3273806.688 | 3273806.688 | USD | USD | SHORT | 20080221 | 20090316 | 20080226 | 45.666156 | 47.979071 | 47.979071 | (185,813.84) | (47,803.42) | 0.0196 | -0.0025 | 0.0171 | 215 | ACT/360 | 40,858.02 | (172,748.29) | (172,748.29) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10032249 | N0093862E | UNKNOWN | LBESX308 | LBESX308 | 14070 | 656854.5755 | 656854.5755 | USD | USD | SHORT | 20080304 | 20090407 | 20080307 | 46.686746 | 47.979071 | 47.979071 | (18,211.15) | (7,117.54) | 0.0196 | -0.0025 | 0.0171 | 198 | ACT/360 | 7,041.30 | (18,287.40) | (18,287.40) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LBIE | 10037262 | N0095248E | UNKNOWN | LBESX308 | LBESX308 | 134000 | 6402720.688 | 6402720.688 | USD | USD | SHORT | 20080515 | 20090616 | 20080516 | 47.781497 | 47.979071 | 47.979071 | (26,474.84) | (45,813.24) | 0.0196 | -0.0025 | 0.0171 | 123 | ACT/360 | 39,467.44 | (32,820.64) | (32,820.64) |
| | | | | | UNKNOWN Total | | | | | | | | | | | | | | | 793,170.39 | (1,782,079.15) | | | | | | 727,811.59 | (250,585.70) | (250,585.70) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029064 | N0083758E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 32026 | 618764.7382 | 618764.7382 | USD | USD | LONG | 20080123 | 20090302 | 20080128 | 19.3207 | 15 | 15 | (138,374.74) | 17,108.29 | 0.0248563 | 0.005 | 0.0298563 | 232 | ACT/360 | (12,840.26) | (134,106.71) | (134,106.71) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029192 | N0083934E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 25192 | 494191.464 | 494191.464 | USD | USD | LONG | 20080124 | 20090302 | 20080129 | 19.617 | 15 | 15 | (116,311.48) | 13,457.57 | 0.0248563 | 0.005 | 0.0298563 | 231 | ACT/360 | (10,205.87) | (113,059.77) | (113,059.77) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029324 | N0084088E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 84085 | 1642272.544 | 1642272.544 | USD | USD | LONG | 20080125 | 20090302 | 20080130 | 19.5311 | 15 | 15 | (380,997.54) | 44,918.21 | 0.0248563 | 0.005 | 0.0298563 | 230 | ACT/360 | (33,733.17) | (369,812.51) | (369,812.51) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029895 | N0084215E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 12864 | 254830.6944 | 254830.6944 | USD | USD | LONG | 20080128 | 20090302 | 20080131 | 19.8096 | 15 | 15 | (61,870.69) | 6,871.95 | 0.0248563 | 0.005 | 0.0298563 | 229 | ACT/360 | (5,233.93) | (60,232.67) | (60,232.67) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029554 | N0084808E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 6365 | 125341.4895 | 125341.4895 | USD | USD | LONG | 20080129 | 20090302 | 20080201 | 19.6925 | 15 | 15 | (29,866.49) | 3,400.19 | 0.0248563 | 0.005 | 0.0298563 | 225 | ACT/360 | (2,560.88) | (29,026.69) | (29,026.69) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029645 | N0084808E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 19564 | 379627.4636 | 379627.4636 | USD | USD | LONG | 20080130 | 20090304 | 20080204 | 19.4049 | 15 | 15 | (86,177.46) | 10,451.09 | 0.0248563 | 0.005 | 0.0298563 | 224 | ACT/360 | (7,597.90) | (83,324.27) | (83,324.27) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029422 | N0084908E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 4757 | 92700.6304 | 92700.6304 | USD | USD | LONG | 20080131 | 20090305 | 20080205 | 19.4872 | 15 | 15 | (21,345.61) | 2,541.19 | 0.0248563 | 0.005 | 0.0298563 | 222 | ACT/360 | (1,845.70) | (20,650.12) | (20,650.12) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10029929 | N0084958E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 10519 | 207682.4282 | 207682.4282 | USD | USD | LONG | 20080201 | 20090306 | 20080206 | 19.7407 | 15 | 15 | (49,867.42) | 5,619.25 | 0.0248563 | 0.005 | 0.0298563 | 222 | ACT/360 | (4,110.89) | (48,368.06) | (48,368.06) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030006 | N0085228E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 46096 | 933185.8624 | 933185.8624 | USD | USD | LONG | 20080204 | 20090309 | 20080207 | 20.2444 | 15 | 15 | (241,745.88) | 24,624.48 | 0.0248563 | 0.005 | 0.0298563 | 221 | ACT/360 | (18,445.08) | (235,566.45) | (235,566.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10030210 | N0085718E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 20904 | 425561.5416 | 425561.5416 | USD | USD | LONG | 20080205 | 20090309 | 20080208 | 20.3579 | 15 | 15 | (112,001.54) | 11,166.92 | 0.0248563 | 0.005 | 0.0298563 | 221 | ACT/360 | (8,359.60) | (109,194.22) | (109,194.22) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10031899 | N0087968E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 3350 | 66799 | 66799 | USD | USD | LONG | 20080226 | 20090406 | 20080304 | 19.94 | 15 | 15 | (16,549.00) | 1,789.57 | 0.0248563 | 0.005 | 0.0298563 | 196 | ACT/360 | (1,142.07) | (15,901.50) | (15,901.50) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032051 | N0088138E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 12356 | 246468.0064 | 246468.0064 | USD | USD | LONG | 20080229 | 20090406 | 20080305 | 19.9464 | 15 | 15 | (61,093.01) | 6,600.58 | 0.0248563 | 0.005 | 0.0298563 | 195 | ACT/360 | (4,183.72) | (58,676.15) | (58,676.15) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032145 | N0088278E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 15578 | 308068.378 | 308068.378 | USD | USD | LONG | 20080303 | 20090406 | 20080306 | 19.651 | 15 | 15 | (72,918.38) | 8,375.19 | 0.0248563 | 0.005 | 0.0298563 | 194 | ACT/360 | (5,198.26) | (69,741.45) | (69,741.45) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032251 | N0088358E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 30725 | 591456.25 | 591456.25 | USD | USD | LONG | 20080304 | 20090407 | 20080307 | 19.25 | 15 | 15 | (130,551.25) | 16,413.30 | 0.0248563 | 0.005 | 0.0298563 | 188 | ACT/360 | (9,918.39) | (124,086.94) | (124,086.94) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032329 | N0088468E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 4891 | 94477.9797 | 94477.9797 | USD | USD | LONG | 20080305 | 20090413 | 20080310 | 19.3167 | 15 | 15 | (21,112.90) | 2,612.77 | 0.0248563 | 0.005 | 0.0298563 | 190 | ACT/360 | (1,555.13) | (20,055.34) | (20,055.34) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032538 | N0088578E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 5896 | 118111.62 | 118111.62 | USD | USD | LONG | 20080307 | 20090413 | 20080312 | 20.0325 | 15 | 15 | (29,671.62) | 3,149.64 | 0.0248563 | 0.005 | 0.0298563 | 188 | ACT/360 | (1,911.92) | (28,433.80) | (28,433.80) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032647 | N0088848E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 13400 | 238599.06 | 238599.06 | USD | USD | LONG | 20080310 | 20090413 | 20080313 | 17.8059 | 15 | 15 | (37,599.06) | 7,158.28 | 0.0248563 | 0.005 | 0.0298563 | 187 | ACT/360 | (3,833.26) | (34,274.04) | (34,274.04) |
| 020 | TPG-AXON PARTNERS (OFFSHORE), I | LOTC | 10032755 | N0088858E | WMZ | WMZ | WILLIAMS PIPELINE PARTNERS | 14204 | 257433.296 | 257433.296 | USD | USD | LONG | 20080311 | 20090414 | 20080314 | 18.124 | 15 | 15 | (44,373.30) | 838.99 | 0.0248563 | 0.005 | 0.0298563 | 186 | ACT/360 | (4,307.49) | (47,621.79) | (47,621.79) |
| | | | | | WMZ Total | | | | | | | | | | | | | | | (1,652,457.42) | 187,117.46 | | | | | | (196,792.09) | (1,602,132.07) | (1,602,132.07) |
| | | | | | Grand Total | | | | | | | | | | | | | | | (4,803,702.35) | (1,176,586.04) | | | | | | 465,884.85 | (5,519,254.34) | (5,519,254.34) |

# LEHMAN BROTHERS ‖ DERIVATIVES - MTM STATEMENT

| TO: | TPG-AXON PARTNERS LP |
|---|---|
| A/C # | 020701TCML |
| PHONE: | Chris Caliendo |
| FAX: | |
| EMAIL: | otc@tpgaxon.com;gsfundadmin-tpg@gs.com;ernest.hance@gs.com;ellen.conklin@gs.com;erazy@tpgaxon.com;confirm@tpgaxon.com;clale@tpgaxon.com |

| FROM: | LEHMAN BROTHERS INTERNATIONAL (EUROPE) STANLEY DEAN |
|---|---|
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0257 |
| EMAIL: | cvg@lehman.com |

| DATE: |  |
|---|---|
| COB VALUATION DATE: | 11-Sep-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*
*NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | | Independent Requirement Summary | | Fx Rates | |
|---|---|---|---|---|---|
| Default Swaps Total | (10,915,737) | Portfolio Independent Requirement | | USD/USD | 1.000000000 |
| Equity Options Total | (20,000) | Deal Specific Independent Requirement | 1,443,142 | | |
| Equity Swaps Total | 543,393 | TOTAL | 1,443,142 | | |
| TOTAL | (10,392,344) | | | | |

Page 1 of 3

**Default Swaps**

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | CCY | Notional Amount CCY | Indicative Spread | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3351340 | 3351340 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 165,000,000 | 0.0167 | (7,277,158) |
| 3351421 | 3351421 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 82,500,000 | 0.0167 | (3,638,579) |
| DEFAULT SWAPS TOTAL | | | | | | | | | | (10,915,737) |

**Equity Options**

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy / Sell | Opt Style | Opt Type | CCY | Strike | No of Units | Notional CCY | Option Value | Underlying Value | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3871880 | N08061145 | OO | MEE.N | 04-Jun-2008 | 16-Jan-2009 | S | AMER | C | USD | 115.0000 | -1,600.00 | 18,400,000 | 0.1250 | 43.3600 | (20,000) |
| EQUITY OPTIONS TOTAL | | | | | | | | | | | | | | | (20,000) |

**Equity Swaps**

| GID | RMS ID | Product Type | Ticker | Cusip | Trade Date | Effective Date | Maturity Date | Notional CCY | No of Units | Notional Amount CCY | Market Price | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10022973 | N007296E | EQUITYSWAP | LBESX30 | LBESX308 | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 236,409.00 | 11,863,974 | 49.04 | 241,718 |
| 10027732 | N008178E | EQUITYSWAP | LBESX30 | LBESX308 | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 6,800.00 | 340,048 | 49.04 | (6,443) |
| 10029334 | N008416E | EQUITYSWAP | LBESX30 | LBESX308 | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 41,250.00 | 1,948,294 | 49.04 | 82,167 |
| 10030690 | N008649E | EQUITYSWAP | LBESX30 | LBESX308 | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 35,310.00 | 1,612,472 | 49.04 | 122,817 |
| 10032250 | N008837E | EQUITYSWAP | LBESX30 | LBESX308 | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 6,930.00 | 323,525 | 49.04 | 16,414 |
| 10037271 | N009526E | EQUITYSWAP | LBESX30 | LBESX308 | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 66,000.00 | 3,153,579 | 49.04 | 86,720 |
| EQUITY SWAPS TOTAL | | | | | | | | | | | | 543,393 |

### Deal - Specific Breakdown (Scheduled)

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | Independent Requirement Percent | Independent Requirement (USD) |
|---|---|---|---|---|---|---|---|---|
| 10022973 | N007296E | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 11,863,97.4 | 7.50 | 889,798 |
| 10027732 | N008178E | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 340,04.8 | 7.50 | 25,504 |
| 10029334 | N008416E | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 1,948,29.4 | 7.50 | 146,122 |
| 10032250 | N008837E | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 323,52.5 | 7.50 | 24,264 |
| 10037271 | N009526E | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 3,153,57.9 | 7.50 | 236,518 |
| 10030690 | N008649E | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 1,612,47.2 | 7.50 | 120,935 |
| DEAL SPECIFIC BREAKDOWN TOTAL | | | | | | | | 1,443,142 |

### Collateral Data

| Deal ID | Coll Type | Security ID | Security Description | Maturity Date | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| | IND | USD | UNITED STATES DOLLARS | | USD | 0.00 | 4,227,460 | 4,227,460 |
| | VAR | USD | UNITED STATES DOLLARS | | USD | 0.00 | 5,260,667 | 5,260,667 |
| COLLATERAL DATA TOTAL | | | | | | | | 9,488,127 |

# LEHMAN BROTHERS    |  DERIVATIVES - MTM STATEMENT

| TO: | TPG-AXON PARTNERS (OFFSHORE), LTD |
|---|---|
| A/C # : | 02078STOFF |
| | WAFAT |
| PHONE: | |
| FAX: | |
| EMAIL: | otc@tpgaxon.com;gsfundadmin-tpg@gs.com;ernest.hance@gs.com; ellen.conklin@gs.com;confirms@tpgaxon.com;erazy@tpgaxon.com;dal@tpgaxon.com; |

| FROM: | LEHMAN BROTHERS INTERNATIONAL (EUROPE) |
|---|---|
| | STANLEY DEAN |
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0252 |
| EMAIL: | cvg@lehman.com |

| DATE: | 12-Sep-2008 |
|---|---|
| COB VALUATION DATE : | 11-Sep-2008 |
| REPORTING CCY : | USD |

POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN
NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | | Independent Requirement Summary | | FX Rates | |
|---|---|---|---|---|---|
| Default Swaps Total: | (22,162,254) | Portfolio Independent Requirement | | USD/USD | 1.000000000 |
| Equity Options Total: | (42,500) | Deal Specific Independent Requirement | 2,930,035 | | |
| Equity Swaps Total: | 1,102,887 | TOTAL: | 2,930,035 | | |
| TOTAL: | (21,101,867) | | | | |

Page 1 of 3

## Default Swaps

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy/Sell | CCY | Notional Amount CCY | Indicative Spread | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3245640 | 3245640 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 167,500,000 | 0.0167 | (7,387,418) |
| 3245641 | 3245641 | DEFAULTS | CDX_IG_0612 | 01-Aug-2007 | 20-Jun-2012 | S | USD | 335,000,000 | 0.0167 | (14,774,836) |
| DEFAULT SWAPS TOTAL | | | | | | | | | | (22,162,254) |

## Equity Options

| GID | RMS ID | Product Type | Ticker | Trade Date | Maturity Date | Buy/Sell | Opt Style | Opt Type | CCY | Strike | No of Units | Notional CCY | Option Value | Underlying Value | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3871881 | N08061145 | OO | MEE.N | 04-Jun-2008 | 16-Jan-2009 | S | AMER | C | USD | 115.0000 | -3,400.00 | 39,100,000 | 0.1250 | 43.3600 | (42,500) |
| EQUITY OPTIONS TOTAL | | | | | | | | | | | | | | | (42,500) |

## Equity Swaps

| GID | RMS ID | Product Type | Ticker | Cusip | Trade Date | Effective Date | Maturity Date | Notional CCY | No of Units | Notional Amount CCY | Market Price | MTM (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10022968 | N007295E | EQUITYSWAP | LBESX30LBESX308 | | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 480,591.00 | 24,118,030 | 49.04 | 489,821 |
| 10027731 | N008177E | EQUITYSWAP | LBESX30LBESX308 | | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 13,200.00 | 660,094 | 49.04 | (12,507) |
| 10029333 | N008415E | EQUITYSWAP | LBESX30LBESX308 | | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 83,750.00 | 3,955,627 | 49.04 | 166,824 |
| 10030689 | N008646E | EQUITYSWAP | LBESX30LBESX308 | | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 71,690.00 | 3,273,807 | 49.04 | 249,356 |
| 10032249 | N008836E | EQUITYSWAP | LBESX30LBESX308 | | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 14,070.00 | 656,854 | 49.04 | 33,325 |
| 10037255 | N009524E | EQUITYSWAP | LBESX30LBESX308 | | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 134,000.00 | 6,402,721 | 49.04 | 176,067 |
| EQUITY SWAPS TOTAL | | | | | | | | | | | | 1,102,887 |

**Deal - Specific Breakdown (Scheduled)**

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | Independent Requirement Percent | Independent Requirement (USD) |
|---|---|---|---|---|---|---|---|---|
| 10022968 | N007295E | 26-Oct-2007 | 31-Oct-2007 | 01-Dec-2008 | USD | 24,118,030 | 7.50 | 1,808,852 |
| 10027731 | N008177E | 03-Jan-2008 | 08-Jan-2008 | 09-Feb-2009 | USD | 660,094 | 7.50 | 49,507 |
| 10029333 | N008415E | 25-Jan-2008 | 30-Jan-2008 | 02-Mar-2009 | USD | 3,955,627 | 7.50 | 296,672 |
| 10032249 | N008836E | 04-Mar-2008 | 07-Mar-2008 | 07-Apr-2009 | USD | 656,854 | 7.50 | 49,264 |
| 10037268 | N009524E | 13-May-2008 | 16-May-2008 | 16-Jun-2009 | USD | 6,402,721 | 7.50 | 480,204 |
| 10030689 | N008648E | 11-Feb-2008 | 14-Feb-2008 | 16-Mar-2009 | USD | 3,273,807 | 7.50 | 245,536 |
| DEAL-SPECIFIC BREAKDOWN TOTAL | | | | | | | | 2,930,035 |

**Collateral Data**

| Deal ID | Coll Type | Security ID | Security Description | Maturity Date | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| | IND | USD | UNITED STATES DOLLARS | | USD | 0.00 | 8,425,661 | 8,425,661 |
| | VAR | USD | UNITED STATES DOLLARS | | USD | 0.00 | 8,221,249 | 8,221,249 |
| COLLATERAL DATA TOTAL | | | | | | | | 16,646,910 |

LEHMAN MARGIN ACCRUAL ESTIMATES

|  | LTD | LP | TOP |
|---|---|---|---|
| LBIE | 13,905 | 7,925 | 21,830 |

| DATE | BALANCE | FED | SPREAD | NET RATE | INTEREST |
|---|---|---|---|---|---|
| 9/1/2008 | 16,646,909.98 | 1.94 | 0 | 0.0194 | 897.08 |
| 9/2/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 906.33 |
| 9/3/2008 | 16,646,909.98 | 2.01 | 0 | 0.0201 | 929.46 |
| 9/4/2008 | 16,646,909.98 | 1.99 | 0 | 0.0199 | 920.20 |
| 9/5/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/6/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/7/2008 | 16,646,909.98 | 1.97 | 0 | 0.0197 | 910.98 |
| 9/8/2008 | 16,646,909.98 | 1.92 | 0 | 0.0192 | 887.84 |
| 9/9/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 906.33 |
| 9/10/2008 | 16,646,909.98 | 1.96 | 0 | 0.0196 | 906.33 |
| 9/11/2008 | 16,646,909.98 | 2.12 | 0 | 0.0212 | 980.32 |
| 9/12/2008 | 16,646,909.99 | 2 | 0 | 0.02 | 924.83 |
| 9/13/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/14/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/15/2008 | 16,646,909.98 | 2.1 | 0 | 0.021 | 971.07 |
| 9/16/2008 | - | 2.64 | 0 | 0.0264 | - |
| per TAC | - | | | | 13,904.79 |

| DATE | BALANCE | FED | SPREAD | NET RATE | INTEREST |
|---|---|---|---|---|---|
| 9/1/2008 | 9,488,126.85 | 1.94 | 0 | 0.0194 | 511.30 |
| 9/2/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.56 |
| 9/3/2008 | 9,488,126.85 | 2.01 | 0 | 0.0201 | 529.75 |
| 9/4/2008 | 9,488,126.85 | 1.99 | 0 | 0.0199 | 524.48 |
| 9/5/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/6/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/7/2008 | 9,488,126.85 | 1.97 | 0 | 0.0197 | 519.21 |
| 9/8/2008 | 9,488,126.85 | 1.92 | 0 | 0.0192 | 506.03 |
| 9/9/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.56 |
| 9/10/2008 | 9,488,126.85 | 1.96 | 0 | 0.0196 | 516.56 |
| 9/11/2008 | 9,488,126.85 | 2.12 | 0 | 0.0212 | 558.76 |
| 9/12/2008 | 9,488,126.85 | 2 | 0 | 0.02 | 527.12 |
| 9/13/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/14/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/15/2008 | 9,488,126.85 | 2.1 | 0 | 0.021 | 553.47 |
| 9/16/2008 | - | 2.64 | 0 | 0.0264 | - |
| per TAC | - | | | | 7,925.22 |


**TPG–AXON CAPITAL**

September 17, 2008

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
London, England

**Attention:** Documentation Manager

Lehman Brothers Holdings Inc. (London Branch)
25 Bank Street
E14 5LE
London, England
Attention: Credit Risk Group

### NOTICE OF CALCULATIONS

Re: ISDA Master Agreement between Lehman Brothers International (Europe) ("Counterparty") and TPG-Axon Partners, LP (the "Fund"), dated December 16, 2005 (the " Master Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Master Agreement.

This letter serves as the Fund's notice of calculations and statement of payments on early termination pursuant to Section 6(d)(i) of the Master Agreement. In our determination of the early termination amount, we have performed all calculations pursuant to Section 6(e) and have exercised our rights of Set-off.

Pursuant to the terms of the Master Agreement, the Fund has determined the Early Termination Amount in accordance with the definition of "Loss" in the Master Agreement, which is an amount determined by the Fund in good faith equal to its total losses and costs. The relevant "Loss" calculation is specified in Appendix 1 to this letter.

The Termination Currency specified in Part 1 of the Schedule to the Master Agreement is U.S. Dollars ("USD").

Accordingly, pursuant to Section 6(e), the amount payable by the Counterparty to the Fund is USD 18,875,459, determined on the following basis:

1.  Settlement Amount:                                    USD 9,378,711

    PLUS

2.  Termination Currency Equivalent of the
    Unpaid Amounts owed to us:                            USD 9,496,748

    LESS



3.    Termination Currency Equivalent of the
       Unpaid Amounts owed by us:                                          USD 0.00

       **TOTAL**                                                           **USD 18,875,459**

We should be grateful if you would please therefore pay such amount in immediately available funds to the
following account:        Chase Manhattan Bank, N.Y.
                          ABA# 021-000-021
                          F/A/O Goldman Sachs & Co, N.Y.
                          A/A# 930-1-011483
                          Sub-account: 002-37737-2

If you have any queries in connection with this notice please contact Mia Harding on +44 20 7758 6243
(mharding@tpgaxon.com).

**TPG-Axon Partners, LP**

By: TPG-Axon Capital Management, LP
Solely as investment manager and
not in its individual capacity

By: _____
Name: Michael Gismondi
Title: Chief Financial Officer

## Appendix 1

**LEH OTC Positions**

| TPGA Entity | LEH Entity | Security | Underlying BB Ticker | Posn | Bk Cost (USD) | 9/15 Price | MV Local | Unrealized MTM P&L | Accrued Div, Fin | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | CDS F CDX IG 5YR LEH | n/a | -247,500,000 | -242,764,500 | 0.93998707 | -232,646,800 | 10,117,700 | 0.00 | 10,117,700 |
| TPG-AXON PARTNERS LP | LBIE | HEALTHCARE PRODUCT COMPANIES INDEX 3 SW | LBESX308 | -392,699 | -19,241,924 | 47.97900 | -18,841,305 | 400,618 | -526,808.00 | -126,190 |
| TPG-AXON PARTNERS LP | LBIE | January 09 Calls on MEE US (115) OTC LE | MEE+AY | 1,600 | 644,800 | 0.20000 | 32,000 | -612,800 | 0.00 | -612,800 |
| | | | | | -261,361,624 | | -251,456,105 | 9,905,519 | -526,808 | 9,378,711 |

**Totals**

| TPGA Entity | LEH Entity | Settlement Amount | Unpaid Amounts* | Net Receivable |
|---|---|---|---|---|
| TPG-AXON PARTNERS LP | LBIE | 9,378,711 | 9,496,748 | 18,875,459 |

*Includes margin posted and other unpaid amounts.

## EXHIBIT C

### EVIDENCE OF TRANSFER OF CLAIM

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, TPG-Axon Partners, LP ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Lending Partners LLC (the "<u>Assignee</u>") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Brothers Holdings Inc., (the "<u>Debtor</u>"), the debtor in Case No. 08-13555 (JMP) ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (Nos. 17600 and 30099) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claims, recognizing Assignee as the sole owner and holder of the claims, and directing that all payments or distributions of money or property in respect of the claims be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of September 2009.

TPG-AXON PARTNERS, LP
By: TPG-Axon Partners GP, LP, its general partner

By: TPG-Axon GP, LLC, its general partner

By: _____
Name:
Title:      Michael Gismondi
            Chief Financial Officer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

                Jennifer Dokish
                Authorized Signatory

541733.1/153-05290

## EXHIBIT D

<u>Address for Notices</u>:

c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com


<u>Wire Instructions</u>:

Citibank, N.A.
ABA# 021000089
A/C Name: Goldman Sachs Lending Partners LLC
A/C # 30581483
Ref: Lehman LBIE Claims/TPG
Attn: Bank Loan Operations