**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(212) 980-0070

e-mail: Batista007@aol.com                                  Facsimile: (212) 344-7677

October 1, 2009

VIA HAND DELIVERY
AND ELECTRONIC FILING
Hon. James. M. Peck
United States Bankruptcy Judge
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004

   Re: **Lehman Brothers Inc. and**
      **Unclaimed Property Recovery Service, Inc.**

Dear Judge Peck:

  I represent Unclaimed Property Recovery Service, Inc. ("UPRS").

  I write to request that the Court enter an order (*see* enclosure) directing the New York State Office of Unclaimed Funds ("NYS OUF") to deposit with the Clerk of this Court the approximately $6 million which that office holds. The fund resulted from the pre-commencement work UPRS performed under several contracts it had with Lehman Brothers Inc. ("LBI") giving UPRS the right to identify and recover from NYS OUF unclaimed funds for the benefit of LBI, its predecessors, affiliates, and successors.

  The entry of the order requested by UPRS would immediately bring to the estate $6 million identified and claimed by UPRS for LBI before September 2008. I am advised by Mr. Bernard Gelb, the manager of UPRS, that, based on his more than fifteen years of dealing with NYS OUF, the agency would likely release approximately $5 million to the Clerk of the Court within ten days of the entry of an order by this Court and the balance of approximately $1 million in 60 days.

  As Your Honor may recall, the Court at the August 26, 2009 hearing urged the Trustee to resolve and settle UPRS's claims. As the Court advised the Trustee's counsel: "I am, frankly, disappointed that the Trustee has been unable to resolve what should be a fairly concise and simple dispute. That's how I saw it last time. That's how I see it now.

And I'm, frankly, angry. Get it done please. I'll see you next time if there is a next time." [*See* 8/26/09 Tr. at 204.]*

\* \* \*

Regrettably, the Trustee has been unwilling to settle "this fairly concise and simple dispute" on any basis acceptable to UPRS. At this stage – one year after this case was filed and more than a year after UPRS identified and claimed the funds – the Trustee has been unable to obtain the $6 million from NYS OUF. That money should, we submit, be deposited with the Clerk. Further proceedings can then determine UPRS's entitlement to its fees and the distribution of the fund.

Respectfully yours,

PB/wg

Paul Batista

cc: David Wiltenberg, Esq. (Via Telecopier)
Mr. Bernard Gelb (Via Telecopier)

---

* The Court also observed: "It seemed to me that you [the Trustee] had made an election to specifically reject this contract and that the election was made right at the time they [UPRS] were making their claim for $500,000 for producing value to the estate that you didn't even know about." *Id.* at 206. Moreover, the Court stressed: "If you can stipulate that the agreement is non-executory . . . the contract exists in full force and effect. To the extent there are claims to be asserted against the LBI estate those claims are governed by the existing contract." *Id.* at 204.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

   Plaintiff-Applicant,

  v.

LEHMAN BROTHERS, INC.

   Defendant.
-------------------------------------------------------------x

Case No. 08-13555 (JMP) SIPA

SIPA Liquidation Proceeding

### ORDER APPROVING APPLICATION OF UNCLAIMED PROPERTY RECOVERY SERVICES, INC. COMPELLING PAYMENT OF UNCLAIMED FUNDS BY NEW YORK STATE COMPTROLLER <u>NEW YORK STATE OFFICE OF UNCLAIMED FUNDS</u>

Upon consideration of the application (the "Application") of Unclaimed Property Recovery Service, Inc. ("UPRS") for permission to recover approximately $6 million in unclaimed funds held by New York State Comptroller New York State Office of Unclaimed Funds ("NYS OUF"), it is hereby:

**ORDERED** that the Application is granted; and it is further

**ORDERED** that UPRS is authorized to recover the approximately $6 million in unclaimed funds held by NYS OUF in the name of Lehman Brothers Inc., its predecessors, affiliates and subsidiaries ("LBI"); and it is further

**ORDERED** that NYS OUF shall make all checks payable to the Clerk, USBC SDNY; and the approximately $6 million in unclaimed funds recovered will be deposited with the Clerk, USBC SDNY, pending distribution by Court Order and the determination of the fees to which UPRS is entitled.

Dated: New York, New York
    October ___, 2009

                _____
                HONORABLE JAMES M. PECK,
                UNITED STATES BANKRUPTCY JUDGE