**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS COMMODITY SERVICES INC.,        :   08-13885 (JMP)
                                                :
                   Debtors.                     :
                                                :
-------------------------------------------------------------------x   Ref. Docket Nos. 5300-5302
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 30, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Paul Belobritsky
Sworn to before me this         Paul Belobritsky
1st day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 5300-5302_Aff 09-30-09.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: TPG-AXON PARTNERS (OFFSHORE), LTD.              TPG-AXON PARTNERS (OFFSHORE), LTD.
    C/O TPG-AXON CAPITAL MANAGEMENT, L.P.           CADWALADER, WICKERSHAM & TAFT LLP
    ATTN: MIA HARDING                               ATTN: STEVEN LOFCHIE
    888 SEVENTH AVENUE, 38TH FLOOR                  ONE WORLD FINANCIAL CENTER
    NEW YORK NY 10019                               NEW YORK NY 10281
```

Please note that your claim # 17603 in the above referenced case and in the amount of
$7,552,687.06         has been transferred **(unless previously expunged by court order)**

```
    GOLDMAN SACHS LENDING PARTNERS LLC
    TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD.
    c/o Goldman, Sachs & Co. Attn: A. Caditz
    30 Hudson Street, 36th Floor
    Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5301    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  TPG- AXON PARTNERS, LP                        TPG- AXON PARTNERS, LP
         C/O TPG-AXON CAPITAL MANAGEMENT, L.P.         CADWALADER, WICKERSHAM & TAFT LLP
         888 SEVENTH AVENUE, 28TH FLOOR                ATTN: STEVEN LOFCHIE
         NEW YORK NY 10019                             ONE WORLD FINANCIAL CENTER
                                                       NEW YORK NY 10281
```

Please note that your claim # 17604 in the above referenced case and in the amount of
    $821,074.22    has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: TPG- AXON PARTNERS, LP
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5302    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>       Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TPG- AXON PARTNERS, LP
      CADWALADER, WICKERSHAM & TAFT LLP
      ATTN: STEVEN LOFCHIE
      ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10281

TPG- AXON PARTNERS, LP
C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
888 SEVENTH AVENUE, 28TH FLOOR
NEW YORK NY 10019

Please note that your claim # 17604 in the above referenced case and in the amount of
      $821,074.22      has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: TPG- AXON PARTNERS, LP
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5302    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                  Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                                | Chapter 11 Case No.      |
|                                      |                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,| 08-13555 (JMP)          |
|                                      | (Jointly Administered)   |
|             Debtors.                 |                          |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS (OFFSHORE), LTD.          TPG-AXON PARTNERS (OFFSHORE), LTD.
     CADWALADER, WICKERSHAM & TAFT LLP           C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
     ATTN: STEVEN LOFCHIE                        ATTN: MIA HARDING
     ONE WORLD FINANCIAL CENTER                  888 SEVENTH AVENUE, 38TH FLOOR
     NEW YORK NY 10281                           NEW YORK NY 10019
```

Please note that your claim # 17602 in the above referenced case and in the amount of
    $7,552,687.06        has been transferred **(unless previously expunged by court order)**

```
                                                 GOLDMAN SACHS LENDING PARTNERS LLC
                                                 TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LT
                                                 c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                 30 Hudson Street, 36th Floor
                                                 Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5300      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS (OFFSHORE), LTD.              TPG-AXON PARTNERS (OFFSHORE), LTD.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.           CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MIA HARDING                               ATTN: STEVEN LOFCHIE
     888 SEVENTH AVENUE, 38TH FLOOR                  ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                               NEW YORK NY 10281
```

Please note that your claim # 17602 in the above referenced case and in the amount of
           $7,552,687.06        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5300     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS (OFFSHORE), LTD.           TPG-AXON PARTNERS (OFFSHORE), LTD.
     CADWALADER, WICKERSHAM & TAFT LLP            C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
     ATTN: STEVEN LOFCHIE                         ATTN: MIA HARDING
     ONE WORLD FINANCIAL CENTER                   888 SEVENTH AVENUE, 38TH FLOOR
     NEW YORK NY 10281                            NEW YORK NY 10019
```

Please note that your claim # 17603 in the above referenced case and in the amount of
         $7,552,687.06        has been transferred **(unless previously expunged by court order)**

```
                                                  GOLDMAN SACHS LENDING PARTNERS LLC
                                                  TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LT
                                                  c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                  30 Hudson Street, 36th Floor
                                                  Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5301        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 30, 2009.

# EXHIBIT "B"

```
TIME: 19:15:05                                  LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 09/30/09                                       CREDITOR LISTING

Name                                    Address
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: TPG- AXON PARTNERS, LP c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 073
TPG- AXON PARTNERS, LP                  CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG- AXON PARTNERS, LP                  C/O TPG-AXON CAPITAL MANAGEMENT, L.P. 888 SEVENTH AVENUE, 28TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS (OFFSHORE), LTD.      CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS (OFFSHORE), LTD.      C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019

Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153