UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                                          :
LEHMAN BROTHERS HOLDING INC., *et.*    :    Case No. 08-13555 (JMP)
*al.*,                                                               :    (Jointly Administered)
                                                                          :
                    Debtors.                                    :
------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF
## MOTION OF TUXEDO RESERVE OWNER LLC
## AND TUXEDO TPA OWNER LLC FOR AN ORDER PURSUANT TO
## BANKRUPTCY CODE SECTIONS 105, 363 AND 1107 AUTHORIZING
## AND COMPELLING CERTAIN ACTIONS BY DEBTORS AS AGENT
## AND LENDER UNDER LOAN FACILITY AND GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that the hearing on relief requested in the Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC For An Order Pursuant to Bankruptcy Code Sections 105, 363 and 1107 Authorizing and Compelling Certain Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief [Docket No. 1435] (the "Motion"), which was scheduled for October 14, 2009, at 10:00 a.m., **has been adjourned to November 18, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

340027-1-W

PLEASE TAKE FURTHER NOTICE that responses to the Motion are due on or before October 4, 2009

Dated: October 1, 2009
New York, New York

                KATSKY KORINS LLP

                By: /s/ Steven H. Newman
                     Steven H. Newman

                605 Third Avenue
                New York, New York 10158
                (212) 963-6000

                -and-

                GREENBERG TRAURIG, LLP
                Nancy A. Mitchell, Esq.
                Maria J. DiConza, Esq.
                200 Park Avenue
                New York, New York 10166

                *Co-counsel for Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC*