**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                         :
**In re:**                                                            :        Chapter 11
                                                                         :
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* :       No. 08-13555 (JMP)
                                                                         :
                          **Debtors.**                       :        Jointly Administered
------------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Robin Russell, a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Court for the Southern District of Texas request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Enterprise Products Operating LLC in the above referenced case.

Mailing address: Robin Russell, Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002;
E-mail address: robinrussell@andrewskurth.com; telephone number (713) 220-4086.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: 10/2/2009
New York, New York                                                              /s/  Robin Russell

_____


**ORDER**

**ORDERED**,
that Robin Russell, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York                         /s/_____
                                                             UNITED STATES BANKRUPTCY JUDGE


NYC:92575.1

NYC:198828.1