September 16, 2009

The Honorable James M. Peck
U.S. Bankruptcy Court for the Southern District of New York
Courtroom: 601
One Bowling Green
New York, NY 10004-1408

RE: Lehman Bros. 08-13555-jmp



Dear Your Honor,

I'm prompted to write because, although I'm over my head with the procedures involved, I was wondering where the voice for the poor working man in this Country is while Barclays and Lehman fight for Billions in contention within Lehman's Carcass. *(Recent Newspaper Report)*

I invested my hard earned hourly wages with Lehman expecting them to be fiscally responsible. I never wrote a sub-prime loan! As a Common Share Holder I had as much power over Lehman's daily activities and business practices as... as well, what I am it seems, a mope! A dupe!

In four years, Bankruptcy Courts have helped Corporate Executives eliminate my 38 year awarded employ *(only one tardy)*! Decimate my 401K that contained Preferred Shares with an exercised Put that had another Court's favorable ruling. An exercised Put that even FASB considers a "Cash" equivalent. ie: PREVIOUSLY PAID WAGES, Gone! *(Northwest Airlines)* My GM Shares, well, that GONE too! Now my small LEH?

Who knows what Goldman Sachs' avarice Secretary Paulson felt

that allowed Lehman to fail when every other Wall Street Company was bailed out. The CEO of Northwest Airlines Mr. Steenland and Mr. Wolf, UAUA, now on the Board of New Chrysler, Mr. Anderson, Delta, now with an even larger merged Company to ruin. *(The share price of each of these Airlines now a fraction of the Court's post emergence price determination)* Most GM Executives, still in place! In a way, Lehman still seems to be operating too! *(Sans the Common Share Holder.)* The Lawyers involved? Well I don't think they're starving either!

I've served this Country in an Honorable manner, worked diligently since I was 14 years old with the humble expectation that I could live my remaining years on the meager proceeds of my hourly labor and moderate working man's savings. Only to see that sacrifice manipulated away. All I'm asking, your Honor, is to keep in mind the little guy who put his faith in the "System" and who's taken it on the chin. Who doesn't have a voice! Consider who's really been harmed in this debacle? Thank You!

Sincerely,

Mr. Michael Vana; 61, Former 38 yr Northwest Airlines Mechanic

US Veteran 67-73; Forced Retired; Destroyed Company 401K; Decimated IRA and Savings as a result of systemic "fall out" from the Lehman failure.

1315 Fairlane Dr.
Schaumburg, Illinois 60193
(847) 895-7872

PS  I apologize because my writing isn't up to Court standards