

DEL MONTE REALTY

501 LIGHTHOUSE AVENUE
PACIFIC GROVE, CALIFORNIA 93950
(831) 626-2226 BUS
(831) 626-2260 FAX

Maureen Mason
Realtor
Coldwell Banker
Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950
9/15/09

Andrew J. Peck, Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: Lehman Brothers liquid asset

Dear Hon. Andrew J. Peck:

I represent Dorothy Anderson, an elderly seller (age 93) of a home at 602 19th St. in Pacific Grove, CA 93950. When Mrs. Anderson received the Financial Freedom Senior Funding Corporation Reverse Mortgage at the age of 90, she was given an equity line of $1,092,600.

Mrs. Anderson chose to list the property for sale on 4/2/09. Mrs. Anderson subsequently received and accepted an offer for the home on 5/13/09. The home has an accepted offer at $725,000.

On May 29, 2009 Mrs. Anderson's son was informed by Financial Freedom employee Anna Garcia that Lehman Brothers was the actual investor of the loan. Lehman Brothers subsequently sent out an appraiser who valued the property at much less than the current accepted offer.

If logic prevailed this asset would be sold to the buyers at a higher price than will be received in the future. On several occasions Financial Freedom representatives have recommended that Mrs. Anderson just allow the property to go to foreclosure. Mrs. Anderson wishes to see a new family live in her home. The condition of the property continues to decline.

Because time is not on Mrs. Anderson's side, I write you on her behalf.

Sincerely,

*Maureen Mason*

Maureen Mason,
Realtor