WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
J. Christopher Shore, Esq.

Wachovia Financial Center, Suite 4900
Miami, Florida  33131
(305) 371-2700
Thomas E Lauria, Esq. (admitted pro hac vice)

ATTORNEYS FOR DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **Case No. 08-13555 (JMP)** |
| **et al.,** | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| ------------------------------------------------------ x | | |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that DnB NOR Bank ASA ("DnB NOR"), by and through its undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from each and every part of the Order Denying DnB NOR's Motion Pursuant to 11 U.S.C. §§ 503(b), 507(b) for the Allowance and Payment of its Administrative Expense Claim and Allowing the Setoff of Such Claim (the "Order") entered by the United States Bankruptcy Court for the Southern District of New York by the Honorable James M. Peck on September 25, 2009 [Docket No. 5273].  A copy of the Order appealed from is attached hereto as **Exhibit A**.  A copy of DnB NOR's Motion  Pursuant to 11 U.S.C. §§ 503(b), 507(b) for the Allowance and Payment of its Administrative Expense Claim and

Allowing the Setoff of Such Claim (the "Motion"), dated June 19, 2009 [Docket No. 4054], is attached as **Exhibit B**.  The objection to the Motion by the above-captioned debtors and debtors-in-possession (the "Debtors"), dated July 10, 2009 [Docket No. 4321], is attached as **Exhibit C**.  The Official Committee of Unsecured Creditors' (the "Committee") objection to the Motion, dated July 10, 2009 [Docket No. 4323], is attached as **Exhibit D**.  The joint supplemental response to the Motion by the Debtors and the Committee, dated September 3, 2009 [Docket No. 5063], is attached as **Exhibit E**.  DnB NOR's letter brief supplementing the Motion, dated September 3, 2009 [Docket No. 5064], is attached as **Exhibit F**.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Appellant:**<br>DNB NOR BANK ASA | **Attorneys to the Appellant:**<br>WHITE & CASE LLP<br>J. Christopher Shore, Esq.<br>1155 Avenue of the Americas<br>New York, New York  10036<br>Tel.    (212) 819-8200<br><br>Thomas E Lauria (admitted pro hac vice)<br>Wachovia Financial Center, Suite 4900<br>Miami, Florida  33131<br>(305) 371-2700 |
| **Appellees:**<br>LEHMAN BROTHERS HOLDINGS INC., et al., | **Attorneys for the Appellees:**<br>WEIL GOTSHAL & MAGES LLP<br>Richard P. Krasnow<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel.    (212) 310-8000 |

| | |
|---|---|
| **Other Parties to the Order:**<br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS | **Attorney for the Other Parties:**<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>Dennis F. Dunne<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Tel.    (212) 530-5000<br><br>Paul Aronzon<br>Robert Jay Moore<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Tel.    (213) 892-4000 |
| UNITED STATES TRUSTEE | Office for the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Andrew D Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Rifkin<br>Tracy Hope Davis |

Dated: October 5, 2009
       New York, New York

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

By:  /s/  *J. Christopher Shore*
        J. Christopher Shore, Esq.

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (admitted pro hac vice)


ATTORNEYS FOR DNB NOR BANK ASA