WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**MARIE HUNTER FOR THE ALLOWANCE AND PAYMENT**
**OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO**
**11 U.S.C. § 503(b) FOR A SEPARATION PAYMENT INCIDENT TO TERMINATION**

**PLEASE TAKE NOTICE** that, upon consent of the movant, Marie Hunter, the hearing on relief requested in the Motion of Marie Hunter for the Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) for a Separation Payment Incident to Termination [Docket No. 4870] (the "Motion"), which was scheduled for October 14, 2009, at 10:00 a.m., **has been adjourned to November 18, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: October 6, 2009
       New York, New York

                                                  /s/ Richard P. Krasnow
                                                  Richard P. Krasnow

                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  Attorneys for Debtors
                                                  and Debtors in Possession