Joli A. Lofstedt, Esq. #21946
Connolly Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027
(303) 661-9292 - phone
(303) 661-9555 - fax

ATTORNEYS FOR IRONBRIDGE PROPERTY OWNERS ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :    Case No. 08-13555 (JMP)
                                                                 :
         Debtors.                                        :    Jointly Administered      :
-----------------------------------------------------------------x

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES**
**AND RESERVATION OF RIGHTS**

PURSUANT TO Fed. R. Bankr. P. 9010, Ironbridge Property Owners Association ("*Creditor*"), by its undersigned counsel, Connolly Rosania & Lofstedt, P.C., hereby enters its appearance in this case and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Joli A. Lofstedt, Colo. Bar #21946
> Connolly Rosania & Lofstedt, P.C.
> 950 Spruce Street, Suite 1C
> Louisville, CO 80027
> (303) 661-9292 - phone
> (303) 661-9555 - fax
> E-mail:  joli@crlpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditors.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

DATED this 6th day of October, 2009.

**CONNOLLY, ROSANIA & LOFSTEDT, P.C.**

By: */s/ Joli A. Lofstedt*
    Joli A. Lofstedt, Esq. #21946
    950 Spruce Street, Suite 1C
    Louisville, CO  80027
    Tel:  (303) 661-9292
    Fax:  (303) 661-9555
    E-mail:  joli@crlpc.com

*Counsel to Ironbridge Property Owners Association*

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on October 6th, 2009, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Ian T. Lowitt, CFO
Lehman Brothers Holdings, Inc.
245 Seventh Avenue
New York, NY 10019

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Wilmington Trust Company,
520 Madison Avenue, 33rd Floor
New York, NY 10022
Attn: James J. McGinley

Shinsei Bank, Limited
1-8, Uchisaiwaicho 2- Chome
Chiyoda - Ku, Tokyo, 100-8501 JAPAN
Attn: Edward P. Gilbert

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Deborah Quinn, Esq.
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601

The Bank of NY Mellon
101 Barclay - 8 W.
New York, New York 10286
Attn: Gerard Facendola, Vice President Corporate Trust

Mizuho Corporate Bank, Ltd. as Agent
1251 Avenue of the Americas
New York, New York 10020-1104
Noel P. Purcell, Senior Vice President

The Vanguard Group Inc.
P.O. Box 2600, V31
Valley Forge, PA 19482
Attn: Stewart Hosansky, Principal/Senior Analyst

Aegon USA Investment Management
4333 Edgewood Road NE
Cedar Rapids, IA 52499
Attn: James K. Schaeffer, Director of Distressed Debt

Metlife
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey 07962-1902
Attn: David Yu, Director

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Attn: Patrick J. Trostle

/s/ *Carol Ciaglo*
Carol Ciaglo, Legal Assistant
Connolly, Rosania & Lofstedt, P.C.
950 Spruce St., Ste. 1C
Louisville, CO 80027
Tel: 303-661-9292
Fax: 303-661-9555