Joli A. Lofstedt, Esq. #21946
Connolly Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027
(303) 661-9292 - phone
(303) 661-9555 - fax

ATTORNEYS FOR IRONBRIDGE PROPERTY OWNERS ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :    Case No. 08-13555 (JMP)
                                                                 :
        Debtors.                                                 :    Jointly Administered       :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joli A. Lofstedt, a member in good standing of the bar of the State of Colorado and admitted to practice before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado, hereby request admission, *pro hac vice*, before the Honorable James M. Peck, U.S.B.J., to represent Ironbridge Property Owners Association, and to otherwise appear in connection with the above referenced Chapter 11 cases and any related pleadings.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 6, 2009; Denver, Colorado          */s/ Joli A. Lofstedt*
                                                   Joli A. Lofstedt, Esq. #21946
                                                   Connolly, Rosania & Lofstedt, P.C.
                                                   950 Spruce Street, Suite 1C
                                                   Louisville, CO  80027
                                                   Tel:  (303) 661-9292
                                                   Fax:  (303) 661-9555
                                                   E-mail:  joli@crlpc.com

                                                   *Counsel to Ironbridge Property Owners Association*

**CERTIFICATE OF MAILING**

    The undersigned hereby certifies that on October 6th, 2009, a true and correct copy of the foregoing **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

| | |
|---|---|
| Andrew D. Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, NY 10019 | Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y Waisman, Esq.<br>Weil Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lindsee P. Grandfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn:   Dennis F. Dunne Esq.<br>         Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Deborah Quinn, Esq.<br>Assistant Garfield County Attorney<br>108 8th Street, Suite 219<br>Glenwood Springs, CO  81601 |
| Wilmington Trust Company,<br>520 Madison Avenue, 33rd Floor<br>New York, NY 10022<br>Attn: James J. McGinley | The Bank of NY Mellon<br>101 Barclay - 8 W.<br>New York, New York 10286<br>Attn: Gerard Facendola, Vice President Corporate Trust |
| Shinsei Bank, Limited<br>1-8, Uchisaiwaicho 2- Chome<br>Chiyoda - Ku, Tokyo, 100-8501 JAPAN<br>Attn: Edward P. Gilbert | Mizuho Corporate Bank, Ltd. as Agent<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Noel P. Purcell, Senior Vice President |

The Vanguard Group Inc.
P.O. Box 2600, V31
Valley Forge, PA 19482
Attn: Stewart Hosansky, Principal/Senior Analyst

Aegon USA Investment Management
4333 Edgewood Road NE
Cedar Rapids, IA 52499
Attn: James K. Schaeffer, Director of Distressed Debt

Metlife
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey 07962-1902
Attn: David Yu, Director

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Attn: Patrick J. Trostle

/s/ *Carol Ciaglo*
Carol Ciaglo, Legal Assistant
Connolly, Rosania & Lofstedt, P.C.
950 Spruce St., Ste. 1C
Louisville, CO 80027
Tel: 303-661-9292
Fax: 303-661-9555