Joli A. Lofstedt, Esq. #21946
Connolly Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027
(303) 661-9292 - phone
(303) 661-9555 - fax

ATTORNEYS FOR IRONBRIDGE PROPERTY OWNERS ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                         :       Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*      :       Case No. 08-13555 (JMP)
                                              :
     Debtors.                                 :       Jointly Administered           :
                                              :
------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE
## OF JOLI A. LOFSTEDT

Upon the motion of Joli A. Lofstedt, to be admitted, *pro hac vice*, to represent Ironbridge Property Owners Association in this bankruptcy proceeding; it is hereby

**ORDERED**, that Joli A. Lofstedt, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                              BY THE COURT

                                              _____
                                              United States Bankruptcy Judge