**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

On May 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Presentment of Order Establishing Procedures Governing Adversary Proceedings [Docket No. 5339]

*[Remainder of page intentionally left blank]*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

Dated: May 3, 2018

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 3, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 23

SRF 24437

## **Exhibit A**

Exhibit A

Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esquire, Valerie Bantner Peo, Esquire | schristianson@buchalter.com; vbantnerpeo@buchalter.com |
| Counsel to Borrego Solar Systems, Inc. | Covington & Burling LLP | Attn: Dianne Coffiano. Esquire | dcoffino@cov.com |
| Counsel to ESM Power Limited | DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese, Esquire | rachel.albanese@dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esquire | amish@doshilegal.com |
| Counsel to Pro Tech Energy Solutions LLC | Offit Kurman, P.A. | Attn: Brendan Marx, Esquire | bmarx@offitkurman.com |
| Counsel to Oracle America, Inc. | Oracle America, Inc. | Attn: Deborah Miller, Esquire, Michael Czulada, Esquire | deborah.miller@oracle.com; |
| Counsel to Bergelectric Corp. | Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal, Esquire, J. Taylor Kirklin, Esquire | dalowenthal@pbwt.com; jtkirklin@pbwt.com |
| Counsel to Eldor Contracting Corp. | Pepper Hamilton LLP | Attn: Vincent J. Torna, Esquire, Deborah Kovsky-Apap | tornav@pepperlaw.com; kovskyd@pepperlaw.com |
| Counsel to Eldor Contracting Corp. | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Esquire | jaffeh@pepperlaw.com |
| Counsel to Kingsbridge Holdings, LLC | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Cliff A. Katz, Esquire | ckatz@platzerlaw.com |
| Counsel to M Bar C Construction, Inc. | Shustak Reynolds & Partners PC | Attn: James Reynolds, Esquire | jreynolds@jreynoldslaw.com |

Exhibit A

Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bergelectric Corp. | Trachtman & Trachtman LLP | Attn: Ryan M. Craig, Esquire | rcraig@trachtmanlaw.com |
| Counsel to California State Prison Solano and North Kern State Prison | Xavier Becerra, Attorney General of California Office of the Attorney General | Attn: Matthew C. Heyn, Esquire | matthew.heyn@doj.ca.gov |