**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SUNEDISON, INC.**, *et al.*, | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 30, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit A**:

- SunEdison Litigation Trust's Motion for Order Establishing Procedures Governing Adversary Proceedings [Docket No. 4741]

[*Remainder of page intentionally left blank*]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

Dated: May 3, 2018

_____
Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 3, 2018, by Daniel Kounin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

SRF 24325

**Exhibit A**

Exhibit A

Supplemental Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2966057 | ABS Netcom, Inc. | 7525 Mission Gorge Road, Suite J | | | San Diego | CA | 92120 | |
| 2961811 | Amphenol LTW Technology Co., Ltd. | 5F-3, No.51, Sec.4, Zhongyang Rd., Tucheng Dist. | | | New Taipei City | 23675 | | Taiwan |
| 5865471 | AT&T | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| 2552774 | ATERSA ? Aplicaciones Tecnicas de la Energia S.L. | P. Ind. Juan Carlos I | AVDA DE LA FOIA, 14 | Almussafes. | Valencia | | 46440 | Spain |
| 5865472 | Atersa Grupo Elecnor | P. Ind. Juan Carlos I | Av de la Foia, 14 | Almussafes | Valencia | | 46440 | Spain |
| 2961858 | Atersa Grupo Elecnor | P. Ind. Juan Carlos I | Av de la Foia, 14 | Almussafes | Valencia | | 46440 | Spain |
| 2960498 | Bit Holdings Seventy-One, Inc. | 1 E Pratt St | | | Baltimore | MD | 21202 | |
| 2540378 | BIZLINK (BVI) CORP. | 3F, 186, Chien 1st Rd. | | | NEW TAIPEI CITY | TPE | 23553 | Taiwan |
| 5865446 | Box Inc. | 900 Jefferson Avenue | | | Redwood City | CA | 94063 | |
| 5865447 | Braux UK Limited | The Pinnacle Station Way | | | Crawley | West Sussex | RH10 6IJH | United Kingdom |
| 2960598 | BRAUX UK LIMITED | LONGLEY HOUSE 2 INTERNATIONAL DRIVE | SOUTHGATE AVENUE | | CRAWLEY | WEST SUSSEX | RH10 6AQ | UNITED KINGDOM |
| 5865417 | Citiguard, Inc. | 6430 Variel Ave # 101 | | | Woodland Hills | CA | 91367 | |
| 5865411 | City Of Santa Fe Municipal Airport | Attn: Legal Department | 121 Aviation Drive | | Santa Fe | NM | 87507 | |
| 2563856 | CJ Quinones Engineering, PSC | PMB 211 | 53 Esmeralda Ave. Ste. 2 | | Guaynabo | PR | 00969-4429 | |
| 5865399 | Colliers International Ca, Inc. | 666 5th Ave | | | New York | NY | 10103 | |
| 2963047 | Complete Solar Solution Inc | 1850 Gateway Drive | Suite 450 | | San Mateo | CA | 94404 | |
| 2564235 | DDR Atlantico LLC, S.E. | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 | |
| 2564234 | DDR Atlantico LLC, S.E. #2 | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 | |
| 2564590 | Endeavor Staffing LLC | 730 Main Street | Suite D | | Millis | MA | 02054 | |
| 2961358 | Enertis Solar | Av. Bruselas, 31 | Alcobendas | | MADRID | | 28108 | Spain |
| 2564784 | FedEx National LTL | 3875 Airways, Module H3 | Department 4634 | | Mempis | TN | 38116 | |
| 2961616 | FLAT(HONGKONG) CO.,LIMITED | Dinh Vu Industrial Zone JSC | 5th floor, Harbour View Office Tower | 12 Tran Phu Street | Haiphong City | | | Vietnam |
| 4208962 | Fortis Honduras, S.A. | Edificio Plaza Rivoli, Segundo Nivel N°14 | Avenida Circunvalación | Calle 2, S.O., Cortes | San Pedro Sula | | | Honduras |
| 2961367 | FRAGOMEN SINGAPORE PTE LTD | 38 Beach Road | #05-11 South Beach Tower | | SINGAPORE | | 189767 | SINGAPORE |
| 5865310 | H & E Equipment Serv. | Continental Stock Transfer and Trust Company | 17 Battery Place | | New York | NY | 10004 | |
| 5865285 | Inelsa Uk, Ltd | 10 Philpot Lane | First Floor | | London | | EC3M 8AA | United Kingdom |
| 3549860 | Jive Software | 112 W 34th St #18 | | | New York | NY | 10120 | |
| 5865262 | Joyce/Dayton Corp. | 3300 South Dixie Drive | | | Kettering | OH | 45439 | |
| 2542608 | KING & WOOD MALLESONS LAWYERS | 17th Floor, One ICC, Shanghai ICC | 999 Middle Huai Hai Road, Xuhui District | | SHANGHAI | 20 | 200031 | China |

Exhibit A

Supplemental Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 3097148 | LBF94, LC | LBF94, LC | 1426 E 750 N | | Orem | UT | 84004 | |
| 2961690 | Lianyungang Sunlight Quartz Ceramic | No. 6 Guangming Road, Xikai District | Donghai County, Lianyungang | | Jiangsu | | | China |
| 5865155 | Quick Systems Inc. | 950 Foothill Blvd | | | Azusu | CA | 91702 | |
| 2567591 | Safway Services, Inc. | 9800 W. Rogers St. | | | West Allis | WI | 53227 | |
| 4208947 | Shanghai Honghan | Room 302, No.200, Siping Rd, | Hongkou District | | Shanghai | | | China |
| 2500518 | SMA America, LLC | Attn: President or General Counsel | 6020 WEST OAKS BLVD | | ROCKLIN | CA | 95765 | |
| 2567833 | SMA America, LLC | DBA SMA AMERICA LLC | 6020 WEST OAKS BLVD | SUITE 300 | ROCKLIN | CA | 95765 | |
| 2966049 | SunFusion Solar Electric, Inc | 9020 Kenamar Dr #204 | | | San Diego | CA | 92121 | |
| 2138030 | SunFusion Solar Electric, Inc. | Sandy Ellard | 9020 Kenamar Dr #204 | | San Diego | CA | 92121 | |
| 5865022 | V3 Electric | 4925 Robert J. Mathews Parkway #100 | | | El Dorado Hills | CA | 95762 | |
| 5865000 | Woodlawn Associates | 200 W Madison Street | Suite 2100 | | Chicago | IL | 60606 | |