UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                    :

In re                                                   :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)

                            Debtors.              :       (Jointly Administered)

------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF W. RODNEY CLEMENT, JR., ON BEHALF OF BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

STATE OF MISSISSIPPI        )
                                      ) ss:
COUNTY OF HINDS           )

       W. Rodney Clement, Jr., being duly sworn, upon his oath, deposes and says:

       1.     I am a member of Brunini, Grantham, Grower & Hewes, PLLC, located at 190 E. Capitol Street, The Pinnacle Building, Suite 100, Jackson, Mississippi 39201 (the "Firm").

       2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services with respect to the foreclosures of properties located in Mississippi owned by Petroleum Realty IV, LLC to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $___-0-___ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
W. Rodney Clement, Jr.

Subscribed and sworn to before me
this 22nd day of September, 2009

_____
Notary Public

My Commission Expires October 26, 2010

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                        Debtors.                   :     (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

  Weil, Gotshal & Manges LLP
  767 Fifth Avenue
  New York, New York 10153
  Attn:  Jennifer Sapp
         Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Brunini, Grantham, Grower & Hewes, PLLC

   190 E. Capitol Street, The Pinnacle Building, Suite 100

   Jackson, Mississippi 39201

2. Date of retention: September 15, 2009

3. Type of services provided (accounting, legal, etc.):

   Legal – review of documents under Mississippi law

4. Brief description of services to be provided:

   Mississippi counsel in the foreclosure of properties located in Mississippi owned by Petroleum Realty IV, LLC

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   Rod Clement $325 per hour; David Allen $275 per hour; John Flynt $275 per hour; Melanie Allen $135 per hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $ -0-

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: None

   Amount of Claim: $ -0-

   Date claim arose: N/A

   Source of claim: N/A

_____

_____

_____

8.     Stock of the Debtors currently held by the firm:

        Kind of shares:   None_____

        No. of shares:   None_____

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        Name:   None_____

        Status: None_____

_____

        Kind of shares:   N/A_____

        No. of shares:   N/A_____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        None_____

_____

_____

_____

11.    Name of individual completing this form:

        Rod Clement_____