UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
           Debtors.                         :   (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF JORDAN J. HEMAIDAN, ON BEHALF OF MICHAEL BEST & FRIEDRICH LLP

STATE OF WISCONSIN    )
                      ) ss:
COUNTY OF DANE        )

Jordan J. Hemaidan, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Michael Best & Friedrich LLP, located at One South Pinckney Street, Suite 700, Madison, Wisconsin 53703 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors in connection with the foreclosure of Wisconsin properties, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm no amount for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Jordan J. Hemaidan

Subscribed and sworn to before me
this 13th day of September, 2009

_____
Notary Public, State of Wisconsin
My commission expires: 4-3-11

---

[1] If necessary.

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                      Debtors.                  :    (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of firm:

    Michael Best & Friedrich LLP

    One South Pinckney Street, Suite 700

    P.O. Box 1806

    Madison, WI  53701-1806

2.  Date of retention:   September 21, 2009

3. Type of services provided (accounting, legal, etc.):

   legal

4. Brief description of services to be provided:

   legal services in connection with foreclosure of Wisconsin properties

5. Arrangements for compensation (hourly, contingent, etc.)

   hourly

   (a) Average hourly rate (if applicable):

   Predicted average rate is $280, derived from averaging the rates of the three attorneys identified to staff the matter

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $   N/A

   Date claim arose:  N/A

   Source of Claim:   N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   NONE (based on email survey of firm professionals).

   Name: N/A

   Status: N/A

4

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm: NONE

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   NONE (based on email survey of firm professionals)

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

11.   Name of individual completing this form:

      Jordan J. Hemaidan