WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
-------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 7, 2009 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1. Motion of Lehman Commercial Paper Inc. for Authority to Consummate Transactions Contemplated in the Chapter 11 Plan Proposed by the Lehman Lenders in the Suncal Chapter 11 Cases **[Docket No. 5197]**

   Response Deadline:    October 2, 2009 at 4:00 p.m.

   Responses Received:

   A.    Objection of William Kuntz, III **[Docket No. 5333]**

Related Documents:   None.

Status:  This matter is going forward.

Dated: October 6, 2009
       New York, New York

/s/ Harvey R. Miller
Harvey R. Miller


WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession