WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AFFIDAVIT**
**AND DISCLOSURE STATEMENT OF GEOFFREY K. MILNE**
**ON BEHALF OF HUNT LEIBERT JACOBSON, P.C.**

**PLEASE TAKE NOTICE** that on July 29, 2009, and in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394], Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the ordinary course professional affidavit and retention questionnaire (together the "Affidavit and Questionnaire") of Geoffrey K. Milne on behalf of Hunt Leibert Jacobson, P.C. ("Hunt Leibert") [Docket No. 4506].

**PLEASE TAKE FURTHER NOTICE** that Hunt Leibert hereby supplements its Affidavit and Questionnaire to include the following additional services: legal advice in relation to general corporate law with the specific application of Connecticut law (the "Amended Hunt Leibert Affidavit"). A copy of the Amended Hunt Leibert Affidavit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Amended Hunt Leibert Affidavit, on (i) the Office of the United States Trustee, and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of Hunt Leibert must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, Hunt Leibert shall be deemed approved by the Court and deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: October 6, 2009
      New York, New York

                                               /s/ Richard P. Krasnow
                                               Richard P. Krasnow

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Debtors
                                               and Debtors in Possession

## **Exhibit A**

US_ACTIVE:\43184735\01\43184735_1.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
        Debtors.                                :    (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT
## OF GEOFFREY K. MILNE ON BEHALF OF HUNT LEIBERT JACOBSON, P.C.

STATE OF CONNECTICUT    )
                        ) ss:   HARTFORD
COUNTY OF HARTFORD      )

Geoffrey K. Milne, being duly sworn, upon his oath, deposes and says:

1. I am a Partner at Hunt Leibert Jacobson, P.C., located at 50 Weston Street, Hartford, Connecticut 06120 (the "Firm").

2. On June 18, 2009, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of Hunt Leibert Jacobson, P.C. as ordinary course professionals to provide commercial foreclosure services and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on July 29, 2009, Docket No. 4506.

3. This Affidavit (the "Supplemental Affidavit") supplements the previous Affidavit by stating that, in addition to providing commercial foreclosures services for the

Debtors, Hunt Leibert Jacobson, P.C. will also be providing general corporate legal services, with the specific application of Connecticut law (i.e., drafting bylaws and corporate resolutions that conform to Connecticut law), to the Debtors.

By: _____
Geoffrey K. Milne

Subscribed and sworn to before me this 6TH day of Oct., 2009

_____
Notary Public

**M. ANTOINETTE SMITH**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES NOV. 30, 2013