William O'Conner
Steven B. Eichel
Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
Counsel for American Express Travel Related Services Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

-----------------------------------------------------------------x
In re                                                    )
                                                         )   Chapter 11
                                                         )
LEHMAN BROTHERS HOLDINGS, INC., et al.,                  )   Case No. 08-13555 (JMP)
                                                         )
                    Debtors.                             )   (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of (i) NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(b) FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN BARCLAYS CAPITAL INC. AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and (ii) MOTION PURSUANT TO BANKRUPTCY RULE 9019(b) FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN BARCLAYS CAPITAL INC. AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. with EXHIBITS was served by Regular First Class Mail on October 5, 2009 on the parties on the service list attached hereto.

Dated: October 6, 2009

_____
Steven Eichel

## SERVICE LIST

Anne Marie Aaronson
Dilworth Paxson, LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

Steven M. Abramowitz
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ann E. Acker
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

David J. Adler
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Luma Al-Shibib
Reed Smith
599 Lexington Avenue
New York, NY 10022

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Colin B. Albaugh
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

Ana M. Alfonso
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

George Angelich
Arent Fox LLP
1675 Broadway
New York, NY 10019

Tara B. Annweiler
Greer, Herz, & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Rick Antonoff
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Bruce G. Arnold
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

John R. Ashmead
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10006

Lee Stein Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Lauren Attard
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Douglas Bacon
Latham & Watkins, LLP
233 South Wacker Drive
Chicago, IL 60606

Donald M. Badaczewski
Dechert LLP
1095 Avenue of the Americas
27th Floor
New York, NY 10036

Helen Ball
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203-2119

William G. Ballaine
Landman, Corsi, Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Elizabeth Banda
Perdue, Brandon, Fielder, Collins
& Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Oppenheimerfunds, Inc.
2 World Financial Center
225 Liberty Street, 16th Floor
New York, NY 10281-1008

Duncan E. Barber
Bieging Shapiro & Burrus LLP
4582 South Ulster Street Parkway
Suite 1650
Denver, CO 80237

Ross Barr
Jones Day
222 E. 41st Street
New York, NY 10017

David L. Barrack
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

Lawrence Bass
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Paul A. Batista
26 Broadway, Suite 1900
New York, NY 10004

Ronald Scott Beacher
Day Pitney LLP
7 Times Square, 19th Floor
New York, NY 10036-7311

Anne E. Beaumont
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46 flr
New York, NY 10022

T. Scott Belden
Klein,Denatale,Goldner,Cooper,
Rosenlieb
4550 California Avenue
Second Floor
Bakersfield, CA 93309

Christopher Robert Belmonte
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169-0079

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Gerald C. Bender
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Leslie Ann Berkoff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Martin J. Bienenstock
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Neil S. Binder
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281

Benjamin Blaustein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Carmine Boccuzzi
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Hilary B. Bonial
Brice, Vander Linden & Wernick
9441 LBJ Freeway, Suite 350
Dallas, TX 75206

Mark V. Bossi
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Jerrold Lyle Bregman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Charles F. Brennan
DerGarabedian Dillon Grizopoulos
11 Clinton Avenue
Rockville Centre, NY 11570

Timothy W. Brink
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Melvin A. Brosterman
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Andrew P. Brozman
Clifford Chance
31 West 52nd Street
New York, NY 10019

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Martin G. Bunin
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-339

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas, 29th Fl
New York, NY 10020-1104

Carollynn H.G. Callari
Venable LLP
1270 Avenue of the Americas
New York, NY 10020

Ariel Pierre Calonne
Office of The City Attorney
City of San Buenaventura
501 Poli Street
P.O. Box 99
Ventura, CA 93002

Donald F. Campbell, Jr.
Giordano Halleran & Ciesla, PC
125 Half Mile Road, Suite 300
Red Bank, NJ 07701

Sarah Campbell
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Matthew Allen Cantor
Normandy Hill Capital L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022

Michael D. Capozzi
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
250 Park Avenue
New York, NY 10177

John F. Carberry
Cummings & Lockwood, LLC
Six Landmark Square
Stamford, CT 06901

Roy H. Carlin
Tannenbaum Helpern Syracuse Hirschtritt
900 Third Avenue
New York, NY 10022

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Iskender Catto
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Rocco A. Cavaliere
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Eugene J. Chikowski
Flaster/Greenberg P.C.
Eight Penn Center
1628 John F. Kennedy Blvd.15th Floor
Philadelphia, PA 19103

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street
25th Floor
San Francisco, CA 94105

Robert N. H. Christmas
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

David C. Cimo
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131

Darrell W. Clark
Stinson Morrison Hecker, LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816

Jared Riley Clark
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Marvin E. Clements, Jr.
Office of the Tennessee Atty General
Bankruptcy & Collections Division
425 Fifth Avenue North, 2nd Floor
Nashville, TN 37243

Ronald L. Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Joshua D. Cohn
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Michael H. Cohn
Cohn & Roth
100 E. Old Country Road
Mineola, NY 11501

Kenneth P. Coleman
Allen & Overy LLP
1221 Avenue of Americas
New York, NY 10022

Patrick Collins
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556

Christopher Combest
Quarles & Brady
500 W. Madison Street, Suite 3700
Chicago, IL 60661

Kenneth Corey-Edstrom
Larkin Hoffman Daly & Lindgren Ltd
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, CA 94306

Steven Cousins
Armstrong Teasdale, LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102

Alan B. Cox
727 Oak Street
Red Bluff, CA 96080

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

David A. Crichlow
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Maureen A. Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Leo T. Crowley
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Walter H. Curchack
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Vincent D'Agostino
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Israel Dahan
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

Robert K. Dakis
Quinn Emmanuel Urquhart
  Oliver & Hedges
51 Madison Ave
22nd Floor
New York, NY 10010

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110

Jennifer C. DeMarco
Clifford Chance
31 West 52nd Street
New York, NY 10019

Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
488 Madison Avenue, 19th Floor
New York, NY 10022

Frank Dell'Amore
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530

John Dellaportas
Duane Morris, LLP
380 Lexington Avenue
New York, NY 10168

Bradford E. Dempsey
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Christopher M. Desiderio
Paul Hastings Janofsky & Walker
75 East 55th Street
New York, NY 10022

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Mark W. Deveno
Bingham McCutchen LLP
299 Park Avenue
New York, NY 10022

Maria J. DiConza
Greenberg Traurig LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Daryl L. Diesing
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

Gianni Dimos
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Christopher R. Donoho, III
Lovells LLP
590 Madison Avenue
New York, NY 10022

Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Mark J. Dorval
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Thomas Alan Draghi
Westerman Ball Ederer Miller & Sharfstein
170 Old Country Road, Suite 400
Mineola, NY 11501

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Robert W. Dremluk  
Seyfarth Shaw LLP  
620 Eighth Avenue  
New York, NY 10018  

Todd E. Duffy  
Anderson Kill & Olick, P.C.  
1251 Avenue of the Americas  
New York, NY 10020  

David Dunn  
Hogan & Hartson  
875 Third Avenue  
New York, NY 10022  

Dennis F. Dunne  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005  

Matthew Dyer  
McCalla Raymer Padrick Cobb  
Nichols & Clark, LLC  
1544 Old Alabama Road  
Roswell, GA 30076  

David W. Dykhouse  
Patterson, Belknap, Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY 10036-6710  

Andrew B. Eckstein  
Blank Rome LLP  
405 Lexington Avenue  
New York, NY 10174  

Michael James Edelman  
Vedder, Price, Kaufman & Kammholz, P.C.  
1633 Broadway, 47th Floor  
New York, NY 10019  

Daniel Eggermann  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of Americas  
New York, NY 10036  

Devon Eggert  
Freeborn & Peters LLP  
311 S. Wacker Drive, Suite 3000  
Chicago, IL 60606-6677  

Weston T. Eguchi  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY 10103-0001  

Susan K. Ehlers  
Armstrong Teasdale, LLP  
One Metropolitan Square, Suite 2600  
St. Louis, MO 63102-2740  

Jeremy D. Eiden  
Office Of The Attorney General  
445 Minnesota Street, Suite 900  
St. Paul, MN 55101-2127  

Martin Eisenberg  
Thompson Hine LLP  
335 Madison Avenue, 12th Floor  
New York, NY 10017  

Charles R. Ekberg  
Lane Powell PC  
1420 Fifth Avenue, Suite 4100  
Seattle, WA 98101-2338  

Robert F. Elgidely  
Genovese, Joblove & Battista  
200 East Broward Boulevard  
Suite 1110  
Fort Lauderdale, FL 33301  

Erin L. Eliasen  
Kramer Levin Naftalis & Frankel, LLP  
1177 Avenue of the Americas  
New York, NY 10036  

David S. Elkind  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  

Mark C. Ellenberg  
Cadwalader, Wickersham & Taft LLP  
1201 F Street, NW  
Washington, DC 20004  

Kristin Elliott  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY 10178  

David Elrod  
Elrod, PLLC  
500 North Akard, Suite 3000  
Dallas, TX 75201  

Bertin C. Emmons  
Sovereign Bank  
75 State Street  
MA1-SST-0401  
Boston, Ma 02109  

Michael R. Enright  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103  

Andrew J. Entwistle  
Entwistle & Cappucci LLP  
280 Park Avenue  
26th Floor West  
New York, NY 10017  

Michael S. Etkin  
Lowenstein Sandler, P.C.  
65 Livingston Avenue  
Roseland, NJ 07068  

Robert Michael Farquhar  
Winstead Sechrest & Minick, P.C.  
1201 Elm Street, Suite 5400  
Dallas, TX 75270  

Michael S. Feldberg  
Allen & Overy, LLP  
1221 Avenue of the Americas  
New York, NY 10020  

Steven H. Felderstein  
Felderstein Fitzgerald Willoughby & Pascuzzi LLP  
400 Capitol Mall, Suite 1450  
Sacramento, CA 95814-4434  

Matthew Allen Feldman  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019-6099  

Charles J. Filardi, Jr.  
Filardi Law Offices LLC  
65 Trumbull Street, 2nd Floor  
New Haven, CT 06510  

Steven E. Fineman  
Lieff, Cabraser, Heimann & Bernstein, LLP  
780 Third Avenue, 48th floor  
New York, NY 10017  

Harden Alexander Fisch  
Stutman, Treister & Glatt, P.C.  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067-6013  

Eric Fisher  
Butzel Long, a professional corporation  
380 Madison Avenue, 22nd Floor  
New York, NY 10017  

Daniel J. Flanigan  
Polsinelli Shalton Flanigan Suelthaus PC  
700 West 47th Street  
Suite 1000  
Kansas City, MO 64112  

Jonathan L. Flaxer  
Golenbock, Eiseman, Assor & Bell  
437 Madison Avenue  
New York, NY 10022  

Charles H. Fleischer  
Oppenheimer, Fleischer & Quiggle, P.C.  
7700 Old Georgetown Road, Suite 800  
Bethesda, MD 20814  

Robert M. Fleischer  
Pryor Cashman LLP  
410 Park Avenue  
New York, NY 10022  

Martin N. Flics  
Linklaters  
1345 Avenue of the Americas  
19th Floor  
New York, NY 10105  

Shawn Randall Fox  
McGuireWoods LLP  
1345 Avnue of the Americas  
New York, NY 10128

Mark A. Frankel
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Mark Freedlander
McGuire Woods, LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

David M. Friedman
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799

Ellen A. Friedman
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Kenneth Friedman
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10029

Michael Friedman
Richards Kibbe & Orbe
One World Financial Center, 29th Floor
New York, NY 10281

Kevin Fritz
Storch Amini & Munves, PC
2 Grand Central Tower, 25th Floor
New York, NY 10017

Anthony A. Froio
Robins, Kaplan, Miller & Ciresi, L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7080

Thomas M. Gaa
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Alan E. Gamza
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

John H. Genovese
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street 44th Floor
Miami, FL 33131

Anthony I. Giacobbe, Jr.
Zeichner Ellman & Krause, LLP
575 Lexington Avenue, 10th Floor
New York, NY 10022

Christopher J. Giaimo, Jr.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Steven D. Ginsburg
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd, Suite 400
Coral Gables, FL 33134

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
Jefferson City, MO 65105-0475

Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Eduardo J. Glas
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102

Jay M. Goffman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

Andrew C. Gold
Herrick & Feinstein LLP
2 Park Avenue
New York, NY 10016

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen,
551 Fifth Avenue, 18th Floor
New York, NY 10176

Adam J. Goldberg
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Seth Goldman
Munger, Tolles & Olson, LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560

Irena M. Goldstein
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Antonia Golianopoulos
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820

Peter S. Goodman
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Lindsee Paige Granfield
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Brian E. Greer
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Paul C. Gunther
Salans
620 5th Avenue
New York, NY 10022

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Daniel J. Guyder
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Robert R. Hall
Office of the Arizona Attorney General
1275 W. Washington
Phoenix, AZ 85007

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Juandisha Harris
Michigan Department of Attorney General
3030 W. Grand Blvd, Ste 10-200
Detroit, MI 48202

Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Patrick L. Hayden
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

James M. Heiser
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Ira L. Herman
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Casey B. Howard
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY 10022

Hamish Hume
Boies, Schiller & Flexner, LLP
5301 Wisconsin Ave, N.W., Suite 800
Washington, DC 20015

Jay W. Hurst
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Frederick D. Hyman
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Robbin L. Itkin
Steptoe & Johnson LLP
2121 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

Christine Jagde
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Steve Jakubowski
Coleman Law Firm
77 West Wacker Drive, Suite 4800
Chicago, IL 60601

Eric E. Johnson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

John J. Jolley, Jr.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

Roger G. Jones
Boult Cummings Conners Berry, PLC
1600 Division Street, Suite 700
Nashville, TN 37204

John E. Jureller, Jr.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

Gregory O. Kaden
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Richard S. Kanowitz
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798

Dimitri G. Karcazes
Goldberg Kohn Bell Black Rosenbloom
& Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603-5792

Diane J. Kasselman
1044 Northern Boulevard, Suite 101
Roslyn, NY 11576

Elyssa Suzanne Kates
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Robin Elizabeth Keller
Lovells LLP
590 Madison Avenue
New York, NY 10022

Craig I. Kelley
Kelley & Fulton, P.A.
1665 Palm Beach Lakes Blvd.
The Forum -Suite 1000
West Palm Beach, FL 33401

J. Michael Kelly
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Kenneth J. Kelly
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Michael John Kelly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Thomas L. Kent
Paul, Hastings, Janofsky & Walker
75 East 55th Street
New York, NY 10022

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Paul Kizel
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068-1791

Barry R. Kleiner
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103

Howard Koh
Meister Seelig & Fein, LLP
708 Third Avenue
24th Floor
New York, NY 10017

Robert Kolodney
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

Lawrence J. Kotler
Duane, Morris & Heckscher LLP
30 South 17th Street
Philadelphia, PA 19103

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Michael M. Krauss
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

Greg T. Kupniewski
Flaster/Greenberg P.C.
Eight Penn Center
1628 John F. Kennedy Blvd.15th Floor
Philadelphia, PA 19103

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg Ellers
260 S. Broad Street
Philadelphia, PA 19102-5003

Paul J. Labov
Edwards Angell Palmer & Dodge
750 Lexington Avenue
New York, NY 10022

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Michael C. Lambert
Gilmartin, Poster & Shafto LLP
845 Third Avenue, 18th Floor
New York, NY 10022

Mark Landman
Landman, Corsi, Ballaine & Ford P.C.
120 Broadway
New York, NY 10271

David P. Langlois
Sutherland Asbill & Brennan, LLP
1114 Avenue of the Americas
New York, NY 10036

Robert Laplaca
Levett, Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

James N. Lawlor
Wollmuth Maher & Deutsch, LLP
One Gateway Center, 9th Floor
Newark, NJ 07102

David L. Lawton
Bracewell & Guiliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103

David M. LeMay
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Ian N. Levy
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022-3908

Mark G. Ledwin
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Stephen D. Lerner
Squire Sanders & Dempsey LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202-4036

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

Shari D. Leventhal
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

Richard B. Levin
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Jeffrey W. Levitan
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Joel H. Levitin
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Fredrick J. Levy
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
65 East 55th Street
New York, NY 10022

Richard Levy, Jr.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Leo V. Leyva
Cole, Schotz, Meisel, Forman & Leonard P.A.
460 Park Avenue, 8th Floor
New York, NY 10022

Michael Liberman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

David Liebov
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Demetra Liggins
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Joanne K. Lipson
Crocker Kuno PLLC
720 Olive Way, #1000
Seattle, WA 98101

Judy G.Z. Liu
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Edward J. LoBello
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Stephen T. Loden
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010

Sarah K. Loomis Cave
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Eric Lopez Schnabel
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Donald K. Ludman
Brown & Connery, LLP
6 N. Broad Street, Suite 100
Woodbury, NJ 08096

Alan Lungen
Kasowitz, Benson, Torres & Friedman
1633 Broadway
New York, NY 10019

Kerri Anne Lyman
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

John H. Maddock, III
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

George E.B. Maguire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

John S. Mairo
Porzio Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

Christopher J. Major
Robinson & Cole LLP
885 Third Avenue, 28th Floor
New York, NY 10022

Robert K. Malone
Drinker Biddle & Shanley LLP
500 Campus Drive
Florham Park, NJ 07932

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th Floor
New York, NY 10271

Beverly Weiss Manne
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Julie A. Manning
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

D. Ross Martin
Ropes & Gray
One International Place
Boston, MA 02110

Rosanne Thomas Matzat
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Laurence May
Cole Schotz Meisel Forman & Leonard
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728

Douglas Kirk Mayer
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Sandra E. Mayerson
Squire, Sanders and Dempsey, L.L.P.
1095 Avenue of the Americas
New York, NY 10036

Kurt A. Mayr
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103

Jil Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530

James I. McClammy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Mark McDermott
Skadden Arps Slate Meagher & Flom, L
4 Times Square
New York, NY 10036

Daniel J. McGarry
Whyte Hirschboeck Dudek S.C.
33 East Main Street, Suite 300
Madison, WI 53703

Douglas J. McGill
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Frank McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue, #211
New York, NY 10036

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street, Suite 700
Nashville, TN 37203

John P. McNicholas
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

John P. Melko
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5007

Michelle A. Mendez
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

Stephen M. Mertz
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael T. Mervis
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Robert N. Michaelson
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

James H. Millar
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Brett H. Miller
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ralph I. Miller
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W. Suite 900
Washington, DC 20005

Anne Miller-Hulbert
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

J. Gregory Milmoe
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd, Suite 1800
McLean, VA 22102-4215

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Thomas J. Moloney
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Christopher R. Momjian
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Claude D. Montgomery
Salans
620 Fifth Avenue, 6th Floor
New York, NY 10020

Martin A. Mooney
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203-1006

Matthew P. Morris
Lovells
590 Madison Avenue, 8th Floor
New York, NY 10022

Judy Hamilton Morse
Crowe & Dunlevy
20 North Broadway, Suite1800
Oklahoma City, OK 73102-8273

Steven T. Mulligan
Bieging Shapiro & Burrus LLP
4582 So. Ulster Street Parkway
Suite 1650
Denver, CO 80237

Dana Myers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Jason A. Nagi
Haynes and Boone LLP
1221 Avenue of the Americas
26th Floor
New York, NY 10020-1007

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

David L. Neale
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

David Neier
Winston & Strawn
200 Park Avenue
New York, NY 10166-4193

Melissa Z. Neier
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830

Laura E. Neish
Zuckerman Spaeder, LLP
1540 Broadway, Suite 1604
New York, NY 10036

Roger David Netzer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Timothy F. Nixon
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

Richard P. Norton
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166

Harold S. Novikoff
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Anne Faith O'Berry
Berman DeValeria Pease Tabacco Burt 222
Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

Edmond P. O'Brien
Stempel Bennett Claman & Hochberg,
675 Third Avenue, 31st Floor
New York, NY 10017

Sean A. O'Neal
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Carl W. Oberdier
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022

Kalman Ochs
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Harold Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Matthew Olsen
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Karen Ostad
Morrison & Foerster
1290 Avenue of the Americas, 40th Fl.
New York, NY 10104

Jody Michelle Oster
The Huntington National Bank
41 South High Street - 5th Floor
Columbus, OH 43215

Alec P. Ostrow
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-3904

R. Stephen Painter, Jr.
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005

Charles Palella
Kurzman Karelsen & Frank, LLP
230 Park Avenue, 23rd Floor
New York, NY 10169

Deryck A. Palmer
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Charles N. Panzer
Sills Cummis Epstein & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Merritt A. Pardini
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Thomas Earl Patton
Tighe Patton Armstrong Teasdale,
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Steven W. Perlstein
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Brian D. Pfeiffer
Fried Frank Harris Shriver & Jacobson
One New York Plaza, 23rd Floor
New York, NY 10004

Deborah J. Piazza
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165-0150

Andrea Pincus
Redd Smith LLP
599 Lexington Avenue
New York, NY 10022

Leslie A. Plaskon
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

Sydney G. Platzer
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Frederick B. Polak
Post Polak Goodsell MacNeill & Strauchler
575 Madison Avenue
New York, NY 10022

Geraldine E. Ponto
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Dana Post
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Potter
Shaw Pittman LLP
2300 "N" Street, N.W.
Washington, DC 20037-1128

Constantine Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022

Jennifer Premisler
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
412 E. Washington Avenue
Navasota, TX 77868

William C. Price
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

Jeffrey D. Prol
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

Deborah Quinn
Garfield County Attorney's Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601

Jonathan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Amanda Raboy
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Paul L. Ratelle
800 Lasalle Avenue, Suite 1900
Minneapolis, MN 55402

Gary Ravert
McDermott Will & Emery, LLP
50 Rockefeller Plaza
New York, NY 10020

Sophia Ree
Landman, Corsi, Ballaine & Ford P.C.
120 Broadway
New York, NY 10271

Ira A. Reid
Baker & McKenzie
1114 Avenue of the Americas
New York, NY 10036

Russell Lowell Reid, Jr.
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Howard D. Ressler
Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, NY 10018

Kenneth A. Reynolds
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY 11753

Alexander G. Rheaume
Riemer & Braunstein LLP
3 Center Plaza
Boston, MA 02108

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Marc E. Richards
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Dirk S. Roberts
Office of Thrift Supervision
1700 G Street, NW
Washington, DC 20552

Michael J. Roeschenthaler
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Courtney Rogers
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Elizabeth L. Rose
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Arthur E. Rosenberg
Holland & Knight, LLP
195 Broadway, 24th Floor
New York, NY 10007

George Rosenberg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166

Jeffrey M. Rosenberg
Klein & Solomon, LLP
275 Madison Avenue, 11th Floor
New York, NY 10016

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Kermit A. Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, NW
Suite 300
Washington, DC 30006-4604

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY 10017

Edward M. Rosensteel
Rosensteel Law
90 Park Avenue, 17th Floor
New York, NY 10016

Jeffrey A. Rosenthal
Cleary, Goittlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

David A. Rosenzweig
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

David S. Rosner
Kasowitz, Benson, Torres & Friedman
1633 Broadway
New York, NY 10119-6022

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Barry J Roy
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Scott K. Rutsky
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue, 16th Floor
New York, NY 10171

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Lori K. Sapir
Sills Cummis & Gross PC
One Rockefeller Plaza
New York, NY 10020

Shuba Satyaprasad
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kim Sherrie Sawyer
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

Louis A. Scarcella
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-1320

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Gregory B. Schiller
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Dan Jeremy Schulman
Salans
620 Fifth Avenue
New York, NY 10020

Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

John Scott
Reed Smith
599 Lexington Avenue
New York, NY 10022

Mitchell A. Seider
885 Third Avenue
New York, NY 10022

Howard Seife
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Stephen B. Selbst
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Nolan E. Shanahan
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue
New York, NY 10022

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

James H. Shenwick
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017

Thomas I. Sheridan, III
Hanly Conroy Bierstein Sheridan Fisher
112 Madison Avenue
New York, NY 10016

Mark Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Mark Shinderman
Munger, Tolles & Olson, LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560

J. Christopher Shore
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Carren B. Shulman
Sheppard Mullin Richter & Hampton
30 Rockefeller Center
New York, NY 10112

Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Paul H. Silverman
McLaughlin & Stern
260 Madison Ave.
New York, NY 10016

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Peter L. Simmons
Fried Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

Keith A. Simon
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Charles E. Simpson
Windels, Marx, Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Thomas R. Slome
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Edward Smith
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020

Elizabeth Page Smith
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

Abigail Snow
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169

Eric J. Snyder
Siller Wilk
675 Third Avenue, 9th Floor
New York, NY 10017

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Marvin E. Sprouse
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX 78701

Bonnie Steingart
Fried, Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

Malani Sternstein
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Brent C. Strickland
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202

Harvey A. Strickon
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

David A. Sullivan
Clifford Chance LLP
31 W. 52nd Street
New York, NY 10019

Walter E. Swearingen
Levi Lubarsky & Feigenbaum, LLP
1185 Avenue of the Americas
17th Floor
New York, NY 10036

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Matthew S. Tamasco
Schnader Harrison Segal & Lewis, LLP
140 Broadway
Suite 3100
New York, NY 10005

Sara M. Tapinekis
Clifford Chance LLP
31 West 52nd Street
New York, NY 10019

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Samuel Jason Teele
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Ronald M. Terenzi
Berkman, Henoch, Peterson & Peddy
100 Garden City Plaza
Garden City, NY 11530

April J. Theis
Office of the Arizona Attorney General
1275 W. Washington
Phoenix, AZ 85007

My Chi To
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Michael Torkin
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Brian Trust
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Michael J. Venditto
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Raymond W. Verdi
Heller & Verdi, P.C.
1975 Hempstead Turnpike, Suite 209
East Meadow, NY 11554

Jon C. Vigano
Schiff Hardin LLP
6600 Sears Towers
Chicago, IL 60606

James J. Vincequerra
Duane Morris LLP
1540 Broadway
New York, NY 10036

Jonathan M. Wagner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

S. Judson Waites, II
145 Church Street
Suite 110
Marietta, GA 30060

Mark W. Warren
Manufacturers and Traders Trust Company
One M&T Plaza, 12th Floor
Buffalo, NY 14203

Mary Warren
Linklaters
1345 Avenue of the Americas
New York, NY 10105

Allen C. Wasserman
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY 10022

Corey R. Weber
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

William P. Weintraub
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Rochelle R. Weisburg
Shiboleth, Yisraeli, Roberts & Zisman, L
One Penn Plaza
Suite 2527
New York, NY 10019

John W. Weiss
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691

David B. Wheeler
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Timothy Raymond Wheeler
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Lee Papachristou Whidden
Salans
620 Fifth Avenue, 6th Floor
New York, NY 10020

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005

Erin E. Wietecha
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue
New York, NY 10022

Michael E. Wiles
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022-6225

Deborah D. Williamson
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

L. Matt Wilson
The Wilson Law Firm, P.C.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326

Steven R. Wirth
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Libby Wong
Pfeifer & Reynolds, LLP
765 The City Drive, Suite 380
Orange, CA 92868

James Addison Wright, III
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Richard L. Wynne
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300

David Farrington Yates
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Erin Zavalkoff
Vedder Price
1633 Broadway, 47th Floor
New York, NY 10019

N. Theodore Zink, Jr.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Peter Alan Zisser
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Edward P. Zujkowski
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271

Ellen Zweig
Law Office of Neil Moldovan, P.C.
One Old Country Road, Suite 270
Carle Place, NY 11514

Abraham L. Zylberberg
White & Case
1155 Avenue of the Americas
New York, NY 10036

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Robert K. Dakis
Quinn Emmanuel Urquhart
 Oliver & Hedges
51 Madison Ave, 22nd Floor
New York, NY 10010

Alejandro C. Torres, Esq.
General Counsel
InfoSpace, Inc.
601 108th Avenue, NE
Bellvue, Washington, 98004

Barlow Garsek & Simon, LLP
Henry W. Simon, Jr.
3815 Lisbon Street
Fort Worth, Texas 76107

BRIAN N. SPECTOR, ESQ.
JENNINGS, STROUSS
 & SALMON, P.L.C.
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Bradley Turk, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111

Carlton Willard Homes, Inc.
100 Old Billerica Road
Bedford, MA 01730

CB RICHARD ELLIS, INC.
200 Park Avenue, 17th floor
New York, New York 10166

Craig D. Moreshead, Esq.
AVP & Senior Counsel
Lincoln Financial Group
One Granite Place
Concord, NH 03301

DAVID FEUREISEN
BARTELS & FEUREISEN, LLP
925 WESTCHESTER AVENUE
SUITE 304
WHITE PLAINS, NY 10604

DOUGLAS R. SCHWARTZ, ESQ.
SCOTT R. LOVERNICK, ESQ.
SCHWARTZ & CERA LLP
44 MONTGOMERY STREET
SUITE 3850
SAN FRANCISCO, CA 94104

Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

FREDERIC DORWART, LAWYERS
SAMUEL S. ORY
124 EAST FOURTH STREET
OLD CITY HALL
TURSA, OKLAHOMA 74103

Fryberger, Buchanan, Smith
& Frederick, P. A.
Martha M. Markusen
302 West Superior Street
Suite 700
Duluth, MN 55802

Howard J. Weg, Esq.
David B. Shemano, Esq.
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067

J. Fred Berg, Jr., Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168

Jay B. Solomon
Attorney for Creditor
Hope Greenfield
275 Madison Avenue, 11th Floor
New York, New York 10016

JAMES N. LAWLOR, ESQ.
WOLLMUTH MAHER
 & DEUTSCH LLP
ONE GATEWAY CENTER
NINTH FLOOR
NEWARK, NJ 07102

Jayna Partain Lamar
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
Schiffrin Barroway Topaz
 & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

JEFFREY J. MCMAHAN, ESQ.
DINSE, KNAPP & MCANDREW, P.C.
209 BATTERY STREET
PO BOX 988
BURLINGTON, VT 05402-0988

LAWRENCE J. LEDERER, ESQ.
BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103

Marc Chait
Standard Chartered Bank
1 Madison Avenue, 3rd Floor
New York, N.Y. 10010

Michael A. Morris
HENNINGAN, BENNETT
 & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017

MICHAEL D. GORDON
BRIGGS AND MORGAN, P.A.
2200 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

Michael S. Greger, Esq.
James A. Timko, Esq.
Allen Matkins Leck Gamble
 & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Michael S. Stamer
AKIN GUMP STRAUSS
 HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524

Newedge USA, LLC
Attn: Susan M. Schultz
Group Deputy General
Counsel, Newedge
550 West Jackson Blvd, Suite 500
Chicago, IL 60661

ORRICK, HERRINGTON
 & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Attention: Richard H. Wyron, Esq.
Roger Frankel, Esq.

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
Attn: William M. Silverman, Esq.
Peter Feldman, Esq.
230 Park Avenue
New York, New York 10169-0075

PARKER POE ADAMS
 & BERNSTEIN LLP
KIAH T. FORD IV
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PETER S. PEARLMAN, ESQ.
JEFFREY W. HERRMANN, ESQ.
COHN LIFLAND PEARLMAN HERRMANN &
KNOPF LLP
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030

Robert L. Holladay, Jr.
Young Williams P.A.
P.O. Box 23059
210 E. Capitol St., Ste 2000
Jackson, MS 39225-3059

WIGGIN AND DANA LLP
185 Asylum Street
Hartford, CT 06103-3402

Wendy H. Zoberman, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401

Office of Charlene Indelicato
Westchester County Atty
Attn Melissa-jean Rotini
148 Martine Avenue, 6th Floor
White Plains, NY 10601

D. Sam Anderson, Esq.
Bermstin Shu Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04101

Eli R. Mattioli, Esq.
Elizabeth M. Harris, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

Andrew C. Quale Jr., Esq.
Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Bennette D. Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004

Andreas Seiffert. Esq.
Gilmartin, Poster & Shafto LLP
845 Third Avenue
New York, NY 10022

Juda J. Epstein, Esq.
Law office of Juda J Epstein
3543 Main Street, Second Floor
Bridgeport, CT 06606

Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Steven J. Heim, Esq.
Michelle Kreidler Dove, Esq.
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN 55402

Stagg, Terenzi, Confusione & Wabnik
401 Franklin Avenue
Garden City, NY 11530
Ronald M. Terenzi, Esq.
Cara M. Goldstein, Esq.

Catherin G. Pappas, Esq.
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101

Ronald J. Silverman
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Watson Farley & Williams LLP
Christopher P. Belisle, Esq.
Jane Freeberg Sarma, Esq.
1133 Avenue of the Americas
New York, NY 10036

Jack A. Raiser, Esq.
Rene S. Roupinian, Esq.
Otten & Golden LLP
3 Pak Avenue, 29th Floor
New York, NY 10016

Christopher D. Loizides, Esq.
Loizides, PA
1225 King Street, Suite 800
Wilmington, DE 19801

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

William J. Hine, Esq.
Jones Day
222 E. 41st Street
New York, NY 10017

Gregg L. Weiner, Esq.
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

William R. Maguire, Esq.
Neil J. Oxford, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Robert B. Wasserman
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Adorno & Yoss, LLP
Charles M. Tatelbaum, Esq.
350 E. Las Olas Blvd. Suite 1700
Fort Lauderdale, FL 33301

Oppenheimerfunds, Inc.
Chief Compliance Officer
6803 South Tucson Way
Englewood, CA 80112-3924

Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.

Quinn Emmanuel Urquhart
Oliver & Hedges
51 Madison Ave, 22nd Floor
New York, NY 10010
Eric M. Kay, Esq.

NYIWDMS: 11307966_1