UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                           :
        Debtors.                                        :   (Jointly Administered)
                                                           :
---------------------------------------------------------------------x   Ref. Docket Nos. 5347-5352, 5356

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2009, I caused to be served the:

    a) "Notice of Thirty-First Supplemental List of Ordinary Course Professionals," dated October 6, 2009 [Docket No. 5347],

    b) "Affidavit and Disclosure Statement of Bradford H. Walker, on behalf of Walker Willard, LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5348],

    c) "Affidavit and Disclosure Statement of W. Rodney Clement, Jr., on behalf of Brunini, Grantham, Grower & Hewes, PLLC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5349],

    d) "Affidavit and Disclosure Statement of Jordan J. Hemaidan, on behalf of Michael Best & Friedrich LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5350],

    e) "Affidavit and Disclosure Statement of Charles A. Lovell, Esquire on behalf of Partridge Snow & Hahn LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5351],

    f) "Affidavit and Disclosure Statement of Palmer G. Vance II on behalf of Stoll Keenon Ogden PLLC Pursuant to the Order Authorizing the Debtors to Employ Professionals

> Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5352], and
>
> g) "Notice of Supplemental Affidavit and Disclosure Statement of Geoffrey K. Milne on behalf of Hunt Leibert Jacobson, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 6, 2009 [Docket No. 5356],

by causing true and correct copies to be:

> a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and
>
> b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          /s/ Paul Belobritsky
          Paul Belobritsky

Sworn to before me this
7th day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Walker Willard, LLP: bradwalkerlaw@gmail.com (Docket No. 5348 only)

2. Brunini, Grantham, Grower & Hewes, PLLC: rclement@brunini.com & BMorton@bruini.com (Docket No. 5349 only)

3. Michael Best & Friedrich LLP: ausmith@michaelbest.com (Docket No. 5350 only)

4. Partridge Snow & Hahn LLP: kdr@psh.com (Docket No. 5351 only)

5. Stoll Keenon Ogden PLLC: gene.vance@skofirm.com (Docket No. 5352 only)

6. Hunt Leibert Jacobson, P.C.: nbarber@huntleibert.com (Docket No. 5356 only)