**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS COMMODITY SERVICES INC.,**                           :    08-13885 (JMP)
                                                                       :
        Debtors.                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 5315,
                                                                            5317-5319

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2009, I caused to be served personalzed "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Paul Belobritsky
Sworn to before me this                             Paul Belobritsky
6th day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  NATIONAL POWER CORPORATION                                NATIONAL POWER CORPORATION
     ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COUNSEL          JOHN YEAP
     POWER SECTOR ASSETS AND LIABILITIES MANAGEMENT CORP.      PINSENT MASONS
     7TH FLOOR, BANKMER BUILDING                               50TH FLOOR, CENTRAL PLAZA
     6756 AYALA AVE.                                           18 HARBOUR ROAD
     MAKATI CITY                                               HONG KONG, SAR
     PHILIPPINES

Please note that your claim # 9835 in the above referenced case and in the amount of
       $3,461,590.93         has been transferred **(unless previously expunged by court order)**

     POWER SECTOR ASSETS AND LIABILITIES MGMT CORP.            POWER SECTOR ASSETS AND LIABILITIES MGMT COR
     TRANSFEROR: NATIONAL POWER CORPORATION                    JOHN YEAP
     BANKMER BUILDING, 7TH FLOOR                               PINSENT MASONS
     6756 AYALA AVE.                                           50TH FLOOR, CENTRAL PLAZA
     ATTN: MARIA LUZ L CAMINERO                                18 HARBOUR ROAD
     MAKATI CITY                                               HONG KONG SAR HONG KONG
     PHILIPPINES

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5315    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 2, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   NATIONAL POWER CORPORATION                    NATIONAL POWER CORPORATION
      JOHN YEAP                                     ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COU
      PINSENT MASONS                                POWER SECTOR ASSETS AND LIABILITIES MANAGEME
      50TH FLOOR, CENTRAL PLAZA                     7TH FLOOR, BANKMER BUILDING
      18 HARBOUR ROAD                               6756 AYALA AVE.
      HONG KONG, SAR                                MAKATI CITY
                                                    PHILIPPINES
```

Please note that your claim # 9835 in the above referenced case and in the amount of
          $3,461,590.93          has been transferred **(unless previously expunged by court order)**

```
      POWER SECTOR ASSETS AND LIABILITIES MGMT CORP.        POWER SECTOR ASSETS AND LIABILITIES MGMT COR
      JOHN YEAP                                             TRANSFEROR: NATIONAL POWER CORPORATION
      PINSENT MASONS                                        BANKMER BUILDING, 7TH FLOOR
      50TH FLOOR, CENTRAL PLAZA                             6756 AYALA AVE.
      18 HARBOUR ROAD                                       ATTN: MARIA LUZ L CAMINERO
      HONG KONG SAR HONG KONG                               MAKATI CITY
                                                            PHILIPPINES
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5315     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 2, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS (OFFSHORE), LTD.            TPG-AXON PARTNERS (OFFSHORE), LTD.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.         CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MIA HARDING                             ATTN: SEVEN LOFCHIE
     888 SEVENTH AVENUE, 38TH FLOOR                ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                             NEW YORK NY 10281
```

Please note that your claim # 17599 in the above referenced case and in the amount of
         $45,745,423.00         has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5317         in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                      Vito Genna, Clerk of Court

                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  TPG-AXON PARTNERS (OFFSHORE), LTD.
         C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
         ATTN: MIA HARDING
         888 SEVENTH AVENUE, 38TH FLOOR
         NEW YORK NY 10019

Please note that your claim # 29889 in the above referenced case and in the amount of
    $46,360,344.56         has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD.
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5317       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 2, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS L.P.                         TPG-AXON PARTNERS L.P.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.          CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MIA HARDING                              ATTN: SEVEN LOFCHIE
     888 SEVENTH AVENUE, 38TH FLOOR                 ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                              NEW YORK NY 10281
```

Please note that your claim # 17600 in the above referenced case and in the amount of $23,820,228.00 has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TPG-AXON PARTNERS L.P.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5318 in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TPG-AXON PARTNERS, L.P.                         TPG-AXON PARTNERS, L.P.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.           STEVEN LOFCHIE
     ATTN: MIA HARDING                               CADWALADER WICKERSHAM & TAFT LLP
     888 SEVENTH AVENUE, 38TH FLOOR                  ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                               NEW YORK NY 10281

Please note that your claim # 30099 in the above referenced case and in the amount of
    $24,120,008.63         has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: TPG-AXON PARTNERS, L.P.
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5318    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS, L.P.                      TPG-AXON PARTNERS, L.P.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.        CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MIA HARDING                            ATN: STEVEN LOFCHIE
     888 SEVENTH AVENUE, 38TH FLOOR               ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                            NEW YORK NY 10281
```

Please note that your claim # 21484 in the above referenced case and in the amount of
        $821,074.22        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TPG-AXON PARTNERS, L.P.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5319    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2009.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS, LTD.                      TPG-AXON PARTNERS, LTD.
     C/O TPG-AXON CAPITAL MANAGEMENT, L.P.        CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MIA HARDING                            ATTN: STEVEN LOFCHIE
     888 SEVENTH AVENUE, 38TH FLOOR               ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10019                            NEW YORK NY 10281
```

Please note that your claim # 17601 in the above referenced case and in the amount of
      $821,074.22         has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TPG-AXON PARTNERS, LTD.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5319      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS (OFFSHORE), LTD.              TPG-AXON PARTNERS (OFFSHORE), LTD.
     CADWALADER, WICKERSHAM & TAFT LLP               C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
     ATTN: SEVEN LOFCHIE                             ATTN: MIA HARDING
     ONE WORLD FINANCIAL CENTER                      888 SEVENTH AVENUE, 38TH FLOOR
     NEW YORK NY 10281                               NEW YORK NY 10019
```

Please note that your claim # 17599 in the above referenced case and in the amount of
        $45,745,423.00        has been transferred **(unless previously expunged by court order)**

```
                                                    GOLDMAN SACHS LENDING PARTNERS LLC
                                                    TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LT
                                                    c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                    30 Hudson Street, 36th Floor
                                                    Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5317        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 2, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TPG-AXON PARTNERS L.P.                        TPG-AXON PARTNERS L.P.
      CADWALADER, WICKERSHAM & TAFT LLP             C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
      ATTN: SEVEN LOFCHIE                           ATTN: MIA HARDING
      ONE WORLD FINANCIAL CENTER                    888 SEVENTH AVENUE, 38TH FLOOR
      NEW YORK NY 10281                             NEW YORK NY 10019
```

Please note that your claim # 17600 in the above referenced case and in the amount of
$23,820,228.00          has been transferred **(unless previously expunged by court order)**

```
                                                    GOLDMAN SACHS LENDING PARTNERS LLC
                                                    TRANSFEROR: TPG-AXON PARTNERS L.P.
                                                    c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                    30 Hudson Street, 36th Floor
                                                    Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5318     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 2, 2009.

```
In re                                    |  Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
                                         |
                                         |  (Jointly Administered)
                 Debtors.                |
                                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS, L.P.                      TPG-AXON PARTNERS, L.P.
     STEVEN LOFCHIE                                C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
     CADWALADER WICKERSHAM & TAFT LLP              ATTN: MIA HARDING
     ONE WORLD FINANCIAL CENTER                    888 SEVENTH AVENUE, 38TH FLOOR
     NEW YORK NY 10281                             NEW YORK NY 10019
```

Please note that your claim # 30099 in the above referenced case and in the amount of $24,120,008.63      has been transferred **(unless previously expunged by court order)**

```
                                                  GOLDMAN SACHS LENDING PARTNERS LLC
                                                  TRANSFEROR: TPG-AXON PARTNERS, L.P.
                                                  c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                  30 Hudson Street, 36th Floor
                                                  Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5318      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2009.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TPG-AXON PARTNERS, L.P.                      TPG-AXON PARTNERS, L.P.
      CADWALADER, WICKERSHAM & TAFT LLP            C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
      ATN: STEVEN LOFCHIE                          ATTN: MIA HARDING
      ONE WORLD FINANCIAL CENTER                   888 SEVENTH AVENUE, 38TH FLOOR
      NEW YORK NY 10281                            NEW YORK NY 10019
```

Please note that your claim # 21484 in the above referenced case and in the amount of
        $821,074.22           has been transferred **(unless previously expunged by court order)**

```
                                                   GOLDMAN SACHS LENDING PARTNERS LLC
                                                   TRANSFEROR: TPG-AXON PARTNERS, L.P.
                                                   c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                   30 Hudson Street, 36th Floor
                                                   Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5319        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 2, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TPG-AXON PARTNERS, LTD.                    TPG-AXON PARTNERS, LTD.
     CADWALADER, WICKERSHAM & TAFT LLP          C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
     ATTN: STEVEN LOFCHIE                       ATTN: MIA HARDING
     ONE WORLD FINANCIAL CENTER                 888 SEVENTH AVENUE, 38TH FLOOR
     NEW YORK NY 10281                          NEW YORK NY 10019
```

Please note that your claim # 17601 in the above referenced case and in the amount of
         $821,074.22        has been transferred **(unless previously expunged by court order)**

```
                                                GOLDMAN SACHS LENDING PARTNERS LLC
                                                TRANSFEROR: TPG-AXON PARTNERS, LTD.
                                                c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                30 Hudson Street, 36th Floor
                                                Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5319       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 2, 2009.

# EXHIBIT "B"

```
TIME: 14:14:55                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 10/02/09                                   CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS, L.P. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: TPG-AXON PARTNERS, LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
NATIONAL POWER CORPORATION                        ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COUNSEL POWER SECTOR ASSETS AND LIABILITIES MANAGEMENT CORP. 7TH FLOOR, BANKMER BUILDING 6756
                                                  JOHN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG, SAR
NATIONAL POWER CORPORATION                        COREN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG SAR HONG KONG
POWER SECTOR ASSETS AND LIABILITIES MGMT          CO
POWER SECTOR ASSETS AND LIABILITIES MGMT          TRANSFEROR: NATIONAL POWER CORPORATION BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. ATTN: MARIA LUZ L CAMINERO MAKATI CITY   PHILIPPINES
TPG-AXON PARTNERS (OFFSHORE), LTD.                CADWALADER, WICKERSHAM & TAFT LLP ATTN: SEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS (OFFSHORE), LTD.                C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS L.P.                            CADWALADER, WICKERSHAM & TAFT LLP ATTN: SEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS L.P.                            C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS, L.P.                           CADWALADER, WICKERSHAM & TAFT LLP ATN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS, L.P.                           C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS, L.P.                           STEVEN LOFCHIE CADWALADER WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS, LTD.                           CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TPG-AXON PARTNERS, LTD.                           C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019

Total Number of Records Printed          17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153