Jonathan Levine (JL 9674)
ANDREWS KURTH LLP
450 Lexington Ave., 15th Floor
New York, NY 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

Robin Russell (State Bar No. 17424001)
ANDREWS KURTH LLP
600 Travis, Ste. 4200
Houston, TX 77019
Telephone: (713) 220-3831
Facsimile: (713) 220

Counsel to EPCO Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------x
In re:                                  :    Chapter 11
                                        :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.,         :
*et al.*                                :
                                        :
        Debtors.                        :
------------------------------x

**RESERVATION OF RIGHTS OF EPCO HOLDINGS, INC. TO DEBTORS' PROPOSED
FOURTH SUPPLEMENTAL ORDER PURSUANT TO SECTION 105 AND 365 OF THE
BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR
ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS
(DOCKET NO. 5327)**

EPCO Holdings, Inc. ("EPCO Holdings") hereby files this its Reservation of Rights ("Reservation of Rights") with regard to the Debtors' Proposed Fourth Supplemental Order Pursuant to Section 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (Docket No.

-1-

NYC:199118.1

5327) (the "Proposed Order"). In support of its Reservation of Rights, EPCO Holdings respectfully represents as follows.

## BACKGROUND

1. EPCO Holdings previously entered into an ISDA Master Agreement with Lehman Brothers Special Financing Inc. ("LBSF") dated as of September 6, 2007 (the "Holdings ISDA").

2. In connection with the Holdings ISDA, Lehman Brothers Holdings Inc. ("LBHI") agreed to guarantee the obligations of Lehman under the respective ISDA Master Agreements.

3. On September 15, 2008, LBHI filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with this Court.

4. On October 3, 2008, LBSF filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with this Court.

5. To date, EPCO Holdings has not accelerated the event of default that occurred under the Holdings ISDA when LBHI and LBSF each filed respectively for bankruptcy with this Court and EPCO Holdings has not set an early termination date with respect to the Holdings ISDA. EPCO Holdings reserves all rights to set an early termination date from and after the date hereof with respect to the Holdings ISDA.

6. As of the date hereof, there exists three underlying derivative transactions entered into in connection with the Holdings ISDA by and between EPCO Holdings and LBSF, each dated as of September 7, 2006. Each of these derivative transactions are interest rate swap agreements that were entered into by EPCO Holdings and LBSF in connection with that certain Credit Agreement, originally dated as of August 18, 2005, by and among EPCO Holdings, as borrower, the lenders party thereto, Citicorp North America, Inc., as bank agent and Lehman Commercial Paper Inc., as institutional agent, as amended and restated by that certain Second

Amended and Restated Credit Agreement, dated as of August 24, 2007, by and among, EPCO Holdings, as borrower, the lenders a party thereto, and Citicorp North America, Inc., as administrative agent.

7. On November 13, 2008, the Debtors filed their Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (the "Derivatives Procedure Motion") [Docket No. 1498]. EPCO Holdings, along with numerous other parties, filed an objection to the Derivatives Procedure Motion [Docket No. 1866], and at all times has objected to the applicability of the Derivatives Procedures to the Holdings ISDA.

8. The Court granted the relief requested, except with regard to certain objecting parties, including specifically EPCO Holdings. Subsequently, the Court entered orders on January 15, 2009 [Docket No. 2557] and September 29, 2009 [Docket No. 5292] (respectively, the "Second Derivative Procedures Order" and the "Third Derivative Procedures Order") expanding the applicability of the Derivative Procedures Order. The Second Derivative Procedures specifically exempted certain parties, the January Remaining Objectors, including specifically EPCO Holdings, from the procedures.

## RESERVATION OF RIGHTS

9. The Proposed Order states that the Termination and Settlement Procedures of the Derivatives Procedures Order[1] shall be applicable with respect to any January Remaining Derivative Contract so long as all January Remaining Objectors that filed objections as to such January Remaining Derivative Contract are either parties to or consent in writing to such termination agreement.

---

[1] Unless otherwise noted, all capitalized terms shall have the meaning ascribed in the Proposed Order.

-3-

10. For the avoidance of doubt, EPCO Holdings is neither a party to nor has it consented to any termination agreement.

## CONCLUSION

WHEREFORE, EPCO Holdings requests that the Court hold that the Proposed Order does not apply to the Holdings ISDA or deny the Proposed Order, and grant it all further relief to which it is justly entitled.

Dated: October 7, 2009
New York, New York

**ANDREWS KURTH LLP**

By: /s/ Jonathan Levine
Jonathan Levine (JL 9674)
ANDREWS KURTH LLP
450 Lexington Ave., 15th Floor
New York, NY 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

Robin Russell (State Bar No. 17424001)
ANDREWS KURTH LLP
600 Travis, Ste. 4200
Houston, TX 77019
Telephone: (713) 220-3831
Facsimile: (713) 220

Counsel to EPCO Holdings, Inc.

NYC:199118.1