**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to EPCO Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    : Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS, INC.,           : 08-13555 (JMP)
et al.,                                   :
                                          :
    Debtors.                              :
                                          x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### AFFIDAVIT OF SERVICE

I, Joanna Rosenberg, being over the age of eighteen (18) years, and duly sworn, state under oath that on October 7, 2009, I served the Reservation of Rights of EPCO Holdings, Inc. to Debtors' Proposed Fourth Supplemental Order Pursuant to Section 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (Docket No. 5327) [Docket # 5380] upon the names listed on the service list attached via hand delivery.

*/s/ Joanna Rosenberg*
Joanna Rosenberg

Subscribed and sworn to before me this
8th day of October, 2009

*/s/ Lisa Leavitt*
Notary Public

LISA LEAVITT
Notary Public, State of New York
No. 01LE6153458
Qualified in New York County
Commission Expires Oct. 2, 2010

NYC:199223.1

## Service List

| Honorable James M. Peck<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 601 | Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Lori R. Fife, Esq and Robert J. Lemons, Esq. |
|---|---|

NYC:199223.1