WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Bruce G. Arnold, Esq.
Daryl L. Diesing, Esq.
Daniel J. McGarry, Esq.

Attorneys for Metavante Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2009, a true and correct copy of **Metavante Corporation's Motion for an Order Staying the Effect of the Court's Order Granting Lehman Brothers Special Financing Inc. and its Affiliated Debtors' Motion to Compel and Enforce the Automatic Stay** was served electronically through the Court's ECF System on parties requesting electronic service, and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

David S. Cohen, Esq.
Attorneys for the Official Committee of
Unsecured Creditors
Milbank, Tweed, Hadley & McCloy, LLP
1850 K Street N.W., Suite 1100
Washington, D.C. 20006

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

J. Christopher Shore, Esq.
Lisa Thompson, Esq.
Attorneys for the Ad Hoc Group of Lehman
Brothers Creditors
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Lori R. Fife, Esq.
Richard W. Slack, Esq.
Robert J. Lemons, Esq.
Attorneys for the Debtors
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin Bienenstock, Esq.
Attorneys for the Ad Hoc Group of Lehman
Brothers Creditors
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Wilbur F. Foster, Jr., Esq.
Attorneys for the Official Committee of
Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP 1
Chase Manhattan Plaza
New York, NY 10005

James W. Giddens, Esq.
Jeffrey S. Margolin, Esq.
Attorneys for the Securities Investor Protection
Act Trustee
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

s/ Bruce G. Arnold
Bruce G. Arnold

WHD/6718317.1