UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                            :
In re:                                      :
                                            :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC.,             :
et al.,                                     :   Case No. 08-13555 (JMP)
                                            :
                        Debtors.            :   (Jointly Administered)
                                            :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

Dan C. Kozusko, a member in good standing of the Bar of this Court, hereby states, under the penalty of perjury that:

(i) He is associated with the firm Willkie Farr & Gallagher LLP, attorneys for the Debtors and Debtors in Possession;

(ii) On the 5th day of October, 2009, he caused to be served the Objection of AIG CDS, Inc. To The Motion Of Debtor And Debtor In Possession Pursuant To Sections 105(a), 362, and 363 Of The Bankruptcy Code, To Compel Performance By AIG CDS, Inc. Of Its Obligation Under An Executory Contract And To Enforce The Automatic Stay, dated October 5, 2009, by hand delivery upon the following parties:

>Jones Day
>222 East 41st Street
>New York, NY 10017
>
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>
>The Office of the United States Trustee for the Southern District of New York
>33 Whitehall Street, 21st Floor
>New York, NY 10004

5175241.2

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

_____
Dan C. Kozusko