Hearing Date: November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Revised Objection Deadline: October 16, 2009 at 4:00 p.m. (Prevailing Eastern Time)

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                  :    Case No. 08-13555 (JMP)
                                                                        :
                                Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------------x

**NOTICE OF EXTENDED OBJECTION DEADLINE FOR
MOTION TO COMPEL ABN AMRO INC. TO RESPOND
TO EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION**

PLEASE TAKE NOTICE that on September 30, 2009, Anton R. Valukas, Esq., the Court-appointed examiner in the above-captioned bankruptcy cases (the "Examiner"), filed a Motion to Compel ABN AMRO Inc. to Respond to Examiner's Subpoena for Rule 2004 Examination (the "Motion"). [Docket No. 5306].

PLEASE TAKE FURTHER NOTICE that the original objection deadline for the Motion was October 9, 2009 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that the Examiner has consented to extend the objection deadline for the Motion to October 16, 2009 at 4:00 p.m.

Dated: October 8, 2009
New York, New York

Respectfully submitted,

By: /s/ *Patrick J. Trostle*
    Patrick J. Trostle

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York  10022-3908

Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner