UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x **Ref. Docket No. 5412**


**STATE OF ILLINOIS** )
            ) ss
**COUNTY OF COOK** )

### AFFIDAVIT OF SERVICE

MICHAEL H. MATLOCK, being duly sworn, deposes and says:

1. I am over the age of eighteen and employed by Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois and I am not a party to the above-captioned action.

2. On October 8, 2009, I caused to be served the Notice of Extended Objection Deadline for Motion to Compel ABN AMRO, Inc. to Respond to Examiner's Subpoena for Rule 2004 Examination [Docket No. 5412], by causing true and correct copies to be served by overnight delivery service to those parties on the attached Exhibit A.

*Michael H. Matlock*

Michael H. Matlock

SWORN to before me
this 9th day October, 2009

*Notary Public*

OFFICIAL SEAL
TOI DENISE HOOKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-15-2012

## **EXHIBIT A**

Ms. Lynda Nulty
Courtroom Deputy to the
Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Office of the U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
ATTN:  Andy Velez-Rivera
       Paul Schwartzberg
       Linda Riffkin
       Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
ATTN:  Richard P. Krasnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ATTN:  Dennis F. Dunne
       Dennis O'Donnell
       Evan Fleck

ABN AMRO, Inc.
ATTN:  Mary Elizabeth Taylor
600 Washington Blvd.
Stamford, CT 06901