GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone :  (212) 813-8800
Fax :  (212) 355-3333
Emanuel C. Grillo (EC 1538)
Meagan E. Costello (MC 0962)
K. Brent Tomer (KT 2438)

*Attorneys for Evergreen Solar, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
In re:                                                       :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS, INC., et al.,** :   **Case No. 08-13555 (JMP)**
:
Debtors.                                                  :    **Jointly Administered**
:
------------------------------------------------------------ x
:
In re:                                                       :    **SIPA Proceeding**
:
**LEHMAN BROTHERS, INC.**                   :    **Case No. 08-01420 (JMP)**
:
Debtor.                                                   :
:
------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 9, 2009, I caused true and correct copies of:

(i) the Joinder of Evergreen Solar to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024, for Relief From Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustee's Motions for an Order Under Rule 60(b) to Modify Sale Order, and

    (ii) the Joinder of Evergreen Solar, Inc. to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., <u>et al.</u>, Pursuant to 11 U.S.C. §§ 105(a) and 107(a), to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order)

to be served via ECF on all parties requesting electronic service and via first class mail on the parties listed on exhibit A attached hereto.

Dated:  October 9, 2009
        New York, New York

                                  GOODWIN PROCTER LLP

                                  By: <u>*/s/ K. Brent Tomer*</u>
                                  K. Brent Tomer (KT 2438)
                                  The New York Times Building
                                  620 Eighth Avenue
                                  New York, New York  10018

                                  *Attorneys for Evergreen Solar, Inc.*

Exhibit A

Jones Day
Attn: Robert W. Gaffey, William J. Hine and Jayant W. Tambe
222 East 41st Street
New York, New York 10017

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman and Jacqueline Marcus
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153

The Office of the United States Trustee for the
   Southern District of New York
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto,
Linda Riffkin, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Quinn Emanuel Urquhart Oliver & Hedges, LLP
Attn: Susheel Kirpalani and James C. Tecce
Attorneys for the Official Committee of Unsecured Creditors Appointed in these cases
51 Madison Avenue, 22nd Floor
New York, New York 10010

Hughes Hubbard & Reed, LLP
Attn: William R. Maguire, Neil Oxford and Seth D. Rothman
Attorneys for the SIPA Trustee
One Battery Park Plaza
New York, NY 10004

Jenner & Block LLP
Attn: Anton R. Valukas, Vincent E. Lazar, Robert L. Byman,
David C. Layden, and Patrick J. Trostle
Attorneys for the Examiner
919 Third Avenue, 37th Floor
New York, New York 10022-3908

Boies, Schiller & Flexner LLP
Attn: Jonathan D. Schiller, Hamish P.M. Hume and Jack G. Stern
Attorneys for Barclays Capital Inc.
575 Lexington Avenue, 7th Floor
New York, New York 10022

LIBNY/4854132.1