**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS COMMODITY SERVICES INC.,**        :        **08-13885 (JMP)**
                                                    :
                        **Debtors.**                :
                                                    :
---------------------------------------------------------------x        **Ref. Docket Nos. 5360-5373**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

MAGALI L. LEE, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 8, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
___ th day of October, 2009

_____
Notary Public

Magali L. Lee

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6176679
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES ___

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                        |   Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |   08-13555 (JMP)
                                             |
                                             |   (Jointly Administered)
                    Debtors.                 |
                                             |
```

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III CREDIT BIAS HUB FUND LTD
     III CREDIT BIAS HUB FUND LTD.
     C/O ADMIRAL ADMIN LTD
     ATTN: CANOVER WATSON
     ADMIRAL FINANCIAL CENTER
     GEORGE TOWN KY1-1208 CAYMAN ISLANDS

III CREDIT BIAS HUB FUND LTD
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE, SCOTT WYLER
777 YAMATO RD., SUITE 300
BOCA RATON FL 33431

Please note that your claim # 23518 in the above referenced case and in the amount of $4,487,124.58      has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III CREDIT BIAS HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5360      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III CREDIT BIAS HUB FUND LTD
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE, SCOTT WYLER
777 YAMATO RD., SUITE 300
BOCA RATON FL 33431

III CREDIT BIAS HUB FUND LTD
III CREDIT BIAS HUB FUND LTD.
C/O ADMIRAL ADMIN LTD.
ADMIRAL FINANCIAL CENTER
ATTN: CANOVER WATSON
GEORGE TOWN KY1-1208 CAYMAN ISLANDS

Please note that your claim # 23517 in the above referenced case and in the amount of
$4,487,124.58        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III CREDIT BIAS HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5361      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                                    Vito Genna, Clerk of Court

/s/ Magali Lee

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  III CREDIT BIAS HUB FUND LTD                    III CREDIT BIAS HUB FUND LTD
     C/O III OFFSHORE ADVISORS                        III CREDIT BIAS HUB FUND LTD.
     ATTN: CHRIS HITE, SCOTT WYLER                     C/O ADMIRAL ADMIN LTD
     777 YAMATO RD., SUITE 300                         ATTN: CANOVER WATSON
     BOCA RATON FL 33431                               ADMIRAL FINANCIAL CENTER
                                                       GEORGE TOWN KY1-1208 CAYMAN ISLANDS
```

Please note that your claim # 23518 in the above referenced case and in the amount of
$4,487,124.58         has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III CREDIT BIAS HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5360        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                            |       Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
|
|       (Jointly Administered)
Debtors.     |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III ENHANCED CREDIT BIAS HUB FUND LTD.          III ENHANCED CREDIT BIAS HUB FUND LTD.
     C/O III OFFSHORE ADVISORS                       III ENHANCED CREDIT BIAS HUB FUND LTD.
     ATTN: CHRIS HITE, SCOTT WYLER                   C/O ADMIRAL ADMIN LTD.
     777 YAMATO RD., SUITE 300                       ATTN: CANOVER WATSON
     BOCA RATON FL 33431                             ADMIRAL FINANCIAL CENTER
                                                     GEORGE TOWN KY1-1208 CAYMAN ISLANDS

Please note that your claim # 23520 in the above referenced case and in the amount of
     $2,823,186.52       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5365     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           |    Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)
                                                |
                                                |    (Jointly Administered)
                    Debtors.                    |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III FINANCE LTD.                          III FINANCE LTD.
     C/O III OFFSHORE ADVISORS                 III FINANCE LTD.
     ATTN: CHRIS HITE, SCOTT WYLER             C/O ADMIRAL ADMINISTRATION LTD.
     777 YAMATO RD., SUITE 300                 ATTN: CANOVER WATSON
     BOCA RATON FL 33431                       ADMIRAL FINANCIAL CENTER
                                               GEORGE TOWN, GRAND CAYMAN KYA-1208 CAYMAN IS

Please note that your claim # 23559 in the above referenced case and in the amount of
     $31,421,626.78        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III FINANCE LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5367       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                              Vito Genna, Clerk of Court


                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
             Debtors.                  |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  III FINANCE LTD.                        III FINANCE LTD.
     C/O III OFFSHORE ADVISORS               III FINANCE LTD
     ATTN: CHRIS HITE, SCOTT WYLER           C/O ADMIRAL ADMIN LTD.
     777 YAMATO RD., SUITE 300               ADMIRAL FINANCIAL CENTER
     BOCA RATON FL 33431                     ATTN: CANOVER WATSON
                                             GEORGE TOWN KY1-1208 CAYMAN ISLANDS
```

Please note that your claim # 23516 in the above referenced case and in the amount of
    $31,421,626.78       has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III FINANCE LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5366       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                           Vito Genna, Clerk of Court


                                           /s/ Magali Lee
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).
```

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  III GLOBAL LTD                        III GLOBAL LTD
         C/O III OFFSHORE ADVISORS             III GLOBAL LTD.
         ATTN: CHRIS HITE                      C/O ADMIRAL ADMINISTRATION LTD.
         ATTN: SCOTT WYLER                     ATTN: CANOVER WILSON
         777 YAMATO ROAD, SUITE 300            ADMIRAL FINANCIAL CENTER
         BOCA RATON FL 33431                   GEORGE TOWN, GRAND CAYMAN, KY1-1208
                                               CAYMAN ISLANDS

Please note that your claim # 16742 in the above referenced case and in the amount of
    $3,233,883.41        has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: III GLOBAL LTD
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5368      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                           Vito Genna, Clerk of Court


                                           /s/ Magali Lee
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
                                                |
                  Debtors.                      |
                                                |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III GLOBAL LTD                                III GLOBAL LTD
     C/O III OFFSHORE ADVISORS                     III GLOBAL LTD.
     ATTN: CHRIS HITE                              C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: SCOTT WYLER                             ATTN: CANOVER WILSON
     777 YAMATO ROAD, SUITE 300                    ADMIRAL FINANCIAL CENTER
     BOCA RATON FL 33431                           GEORGE TOWN, GRAND CAYMAN, KY1-1208
                                                   CAYMAN ISLANDS

Please note that your claim # 16743 in the above referenced case and in the amount of
    $3,233,883.41       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III GLOBAL LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5368      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD        III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
     C/O III OFFSHORE ADVISORS                                III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
     ATTN: CHRIS HITE                                         C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: SCOTT WYLER                                        ATTN: CANOVER WATSON
     777 YAMATO ROAD, SUITE 300                               GEORGE TOWN
     BOCA RATON FL 33431                                      GRAND CAYMAN, KY1-1208
                                                              CAYMAN ISLANDS

Please note that your claim # 16738 in the above referenced case and in the amount of
     $21,085,641.10        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5371        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                            Vito Genna, Clerk of Court


                                           /s/ Magali Lee
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD          III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
             C/O III OFFSHORE ADVISORS                                  III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
             ATTN: CHRIS HITE                                           C/O ADMIRAL ADMINISTRATION LTD.
             ATTN: SCOTT WYLER                                          ATTN: CANOVER WILSON
             777 YAMATO ROAD, SUITE 300                                 GEORGE TOWN, GRAND CAYMAN, KY1-1208
             BOCA RATON FL 33431                                        N AYMAN ISLANDS

Please note that your claim # 16739 in the above referenced case and in the amount of
        $21,085,641.10          has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5370        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                             Vito Genna, Clerk of Court


                                             /s/ Magali Lee
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  III RELATIVE VALUE/MACRO HUB FUND LTD.          III RELATIVE VALUE/MACRO HUB FUND LTD.
     C/O III OFFSHORE ADVISORS                       III RELATIVE VALUE/MACRO HUB FUND LTD.
     ATTN: CHRIS HITE                                C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: SCOTT WYLER                               ATTN: CANOVER WILSON
     777 YAMATO ROAD, SUITE 300                      ADMIRAL FINANCIAL CENTER
     BOCA RATON FL 33431                             GEORGE TOWN, GRAND CAYMAN, KY1-1208
                                                     CAYMAN ISLANDS
```

Please note that your claim # 16740 in the above referenced case and in the amount of
   $6,190,577.00       has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5373       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III RELATIVE VALUE/MACRO HUB FUND LTD.
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE
ATTN: SCOTT WYLER
777 YAMATO ROAD, SUITE 300
BOCA RATON FL 33431

III RELATIVE VALUE/MACRO HUB FUND LTD.
III RELATIVE VALUE/MACRO HUB FUND LTD.
C/O ADMIRAL ADMINISTRATION LTD.
ATTN: CANOVER WILSON
ADMIRAL FINANCIAL CENTER
GEORGE TOWN, GRAND CAYMAN, KY1-1208
CAYMAN ISLANDS

Please note that your claim # 16741 in the above referenced case and in the amount of
$6,190,577.00         has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5372         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                                    Vito Genna, Clerk of Court


                                                   /s/ Magali Lee
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |    Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
                                                   |
                                                   |    (Jointly Administered)
                       Debtors.                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III SELECT CREDIT HUB FUND LTD          III SELECT CREDIT HUB FUND LTD
     C/O III OFFSHORE ADVISORS               III SELECT CREDIT HUB FUND LTD.
     ATTN: CHRIS HITE                         C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: SCOTT WYLER                        ATTN: CANOVER WILSON
     777 YAMATO ROAD, SUITE 300               GEORGE TOWN, GRAND CAYMAN, KY1-1208
     BOCA RATON FL 33431                      CAYMAN ISLANDS

Please note that your claim # 16744 in the above referenced case and in the amount of
        $4,757,960.60        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III SELECT CREDIT HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5363    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III SELECT CREDIT HUB FUND LTD            III SELECT CREDIT HUB FUND LTD
     C/O III OFFSHORE ADVISORS                  III SELECT CREDIT HUB FUND LTD.
     ATTN: CHRIS HITE                           C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: SCOTT WYLER                          ATTN: CANOVER WILSON
     777 YAMATO ROAD, SUITE 300                 GEORGE TOWN, GRAND CAYMAN, KY1-1208
     BOCA RATON FL 33431                        CAYMAN ISLANDS

Please note that your claim # 16745 in the above referenced case and in the amount of
      $4,757,960.60         has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III SELECT CREDIT HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5362        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                                Vito Genna, Clerk of Court

                                                /s/ Magali Lee
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,        | 08-13555 (JMP)

                                             | (Jointly Administered)

                Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  III ENHANCED CREDIT BIAS HUB FUND LTD          III ENHANCED CREDIT BIAS HUB FUND LTD
     C/O III OFFSHORE ADVISORS                      III ENHANCED CREDIT BIAS HUB FUND LTD.
     ATTN: CHRIS HITE, SCOTT WYLER                  C/O ADMIRAL ADMINISTRATION LTD.
     777 YAMATO RD.                                 ATTN: CANOVER WATSON
     GEORGE TOWN, GRAND CAYMAN    32021             ADMIRAL FINANCIAL CENTER
     CAYMAN ISLANDS                                 GEORGE TOWN KY1-1208 CAYMAN ISLANDS
```

Please note that your claim # 23519 in the above referenced case and in the amount of $2,823,186.52    has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5364    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                    Vito Genna, Clerk of Court

                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                        Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III CREDIT BIAS HUB FUND LTD            III CREDIT BIAS HUB FUND LTD
     III CREDIT BIAS HUB FUND LTD.           C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMIN LTD.                  ATTN: CHRIS HITE, SCOTT WYLER
     ADMIRAL FINANCIAL CENTER                777 YAMATO RD., SUITE 300
     ATTN: CANOVER WATSON                    BOCA RATON FL 33431
     GEORGE TOWN KY1-1208 CAYMAN ISLANDS

Please note that your claim # 23517 in the above referenced case and in the amount of
     $4,487,124.58        has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III CREDIT BIAS HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5361      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                                      |                              |
|------------------------------------------------------|------------------------------|
| In re                                                | Chapter 11 Case No.          |
|                                                      |                              |
| LEHMAN BROTHERS HOLDINGS INC., et al.,               | 08-13555 (JMP)               |
|                                                      |                              |
|                                    Debtors.          | (Jointly Administered)       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III ENHANCED CREDIT BIAS HUB FUND LTD.                    III ENHANCED CREDIT BIAS HUB FUND LTD.
     III ENHANCED CREDIT BIAS HUB FUND LTD.                    C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMIN LTD.                                    ATTN: CHRIS HITE, SCOTT WYLER
     ATTN: CANOVER WATSON                                      777 YAMATO RD., SUITE 300
     ADMIRAL FINANCIAL CENTER                                  BOCA RATON FL 33431
     GEORGE TOWN KY1-1208 CAYMAN ISLANDS

Please note that your claim # 23520 in the above referenced case and in the amount of
     $2,823,186.52        has been transferred **(unless previously expunged by court order)**

                                                        GOLDMAN SACHS LENDING PARTNERS LLC
                                                        TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUN
                                                        c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                        30 Hudson Street, 36th Floor
                                                        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5365        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III FINANCE LTD.
     III FINANCE LTD.
     C/O ADMIRAL ADMINISTRATION LTD.
     ATTN: CANOVER WATSON
     ADMIRAL FINANCIAL CENTER
     GEORGE TOWN, GRAND CAYMAN KYA-1208 CAYMAN ISLANDS

III FINANCE LTD.
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE, SCOTT WYLER
777 YAMATO RD., SUITE 300
BOCA RATON FL 33431

Please note that your claim # 23559 in the above referenced case and in the amount of $31,421,626.78      has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III FINANCE LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5367      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III FINANCE LTD.                                III FINANCE LTD.
     III FINANCE LTD                                 C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMIN LTD.                          ATTN: CHRIS HITE, SCOTT WYLER
     ADMIRAL FINANCIAL CENTER                        777 YAMATO RD., SUITE 300
     ATTN: CANOVER WATSON                            BOCA RATON FL 33431
     GEORGE TOWN KY1-1208 CAYMAN ISLANDS

Please note that your claim # 23516 in the above referenced case and in the amount of
     $31,421,626.78       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III FINANCE LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5366       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  III GLOBAL LTD                              III GLOBAL LTD
     III GLOBAL LTD.                             C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMINISTRATION LTD.             ATTN: CHRIS HITE
     ATTN: CANOVER WILSON                        ATTN: SCOTT WYLER
     ADMIRAL FINANCIAL CENTER                    777 YAMATO ROAD, SUITE 300
     GEORGE TOWN, GRAND CAYMAN, KY1-1208         BOCA RATON FL 33431
     CAYMAN ISLANDS
```

Please note that your claim # 16742 in the above referenced case and in the amount of
     $3,233,883.41        has been transferred **(unless previously expunged by court order)**

```
                                            GOLDMAN SACHS LENDING PARTNERS LLC
                                            TRANSFEROR: III GLOBAL LTD
                                            c/o Goldman, Sachs & Co. Attn: A. Caditz
                                            30 Hudson Street, 36th Floor
                                            Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5368        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  III GLOBAL LTD                        III GLOBAL LTD
          III GLOBAL LTD.                       C/O III OFFSHORE ADVISORS
          C/O ADMIRAL ADMINISTRATION LTD.       ATTN: CHRIS HITE
          ATTN: CANOVER WILSON                  ATTN: SCOTT WYLER
          ADMIRAL FINANCIAL CENTER              777 YAMATO ROAD, SUITE 300
          GEORGE TOWN, GRAND CAYMAN, KY1-1208   BOCA RATON FL 33431
          CAYMAN ISLANDS
```

Please note that your claim # 16743 in the above referenced case and in the amount of
$3,233,883.41        has been transferred **(unless previously expunged by court order)**

```
                                               GOLDMAN SACHS LENDING PARTNERS LLC
                                               TRANSFEROR: III GLOBAL LTD
                                               c/o Goldman, Sachs & Co. Attn: A. Caditz
                                               30 Hudson Street, 36th Floor
                                               Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5368        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                       Vito Genna, Clerk of Court


                                       /s/ Magali Lee
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD.          III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
     III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD.         C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMINISTRATION LTD.                            ATTN: CHRIS HITE
     ATTN: CANOVER WATSON                                       ATTN: SCOTT WYLER
     GEORGE TOWN                                                777 YAMATO ROAD, SUITE 300
     GRAND CAYMAN, KY1-1208                                     BOCA RATON FL 33431
     CAYMAN ISLANDS

Please note that your claim # 16738 in the above referenced case and in the amount of
     $21,085,641.10       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III RELATIVE VALUE CREDIT STRATE
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5371       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                     |        Chapter 11 Case No.
                                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,                    |        08-13555 (JMP)
                                                          |
                                                          |        (Jointly Administered)
              Debtors.                                    |
                                                          |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD.                III RELATIVE VALUE CREDIT STRATEGIES HUB FUN
      III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD.                C/O III OFFSHORE ADVISORS
      C/O ADMIRAL ADMINISTRATION LTD.                                   ATTN: CHRIS HITE
      ATTN: CANOVER WILSON                                              ATTN: SCOTT WYLER
      GEORGE TOWN, GRAND CAYMAN, KY1-1208                               777 YAMATO ROAD, SUITE 300
      N AYMAN ISLANDS                                                   BOCA RATON FL 33431

Please note that your claim # 16739 in the above referenced case and in the amount of
      $21,085,641.10         has been transferred **(unless previously expunged by court order)**

                                                          GOLDMAN SACHS LENDING PARTNERS LLC
                                                          TRANSFEROR: III RELATIVE VALUE CREDIT STRATE
                                                          c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                          30 Hudson Street, 36th Floor
                                                          Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5370        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                              Vito Genna, Clerk of Court


                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
              Debtors.            |
                                  |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III RELATIVE VALUE/MACRO HUB FUND LTD.              III RELATIVE VALUE/MACRO HUB FUND LTD.
     III RELATIVE VALUE/MACRO HUB FUND LTD.              C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMINISTRATION LTD.                     ATTN: CHRIS HITE
     ATTN: CANOVER WILSON                                ATTN: SCOTT WYLER
     ADMIRAL FINANCIAL CENTER                            777 YAMATO ROAD, SUITE 300
     GEORGE TOWN, GRAND CAYMAN, KY1-1208                 BOCA RATON FL 33431
     CAYMAN ISLANDS

Please note that your claim # 16740 in the above referenced case and in the amount of
     $6,190,577.00        has been transferred **(unless previously expunged by court order)**


                                                        GOLDMAN SACHS LENDING PARTNERS LLC
                                                        TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUN
                                                        c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                        30 Hudson Street, 36th Floor
                                                        Jersey City NJ 07302


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5373    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III RELATIVE VALUE/MACRO HUB FUND LTD.
III RELATIVE VALUE/MACRO HUB FUND LTD.
C/O ADMIRAL ADMINISTRATION LTD.
ATTN: CANOVER WILSON
ADMIRAL FINANCIAL CENTER
GEORGE TOWN, GRAND CAYMAN, KY1-1208
CAYMAN ISLANDS

III RELATIVE VALUE/MACRO HUB FUND LTD.
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE
ATTN: SCOTT WYLER
777 YAMATO ROAD, SUITE 300
BOCA RATON FL 33431

Please note that your claim # 16741 in the above referenced case and in the amount of
$6,190,577.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUN
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5372      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                              Vito Genna, Clerk of Court


                                             /s/ Magali Lee
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
                Debtors.           |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III SELECT CREDIT HUB FUND LTD                  III SELECT CREDIT HUB FUND LTD
     III SELECT CREDIT HUB FUND LTD.                 C/O III OFFSHORE ADVISORS
     C/O ADMIRAL ADMINISTRATION LTD.                 ATTN: CHRIS HITE
     ATTN: CANOVER WILSON                            ATTN: SCOTT WYLER
     GEORGE TOWN, GRAND CAYMAN, KY1-1208             777 YAMATO ROAD, SUITE 300
     CAYMAN ISLANDS                                  BOCA RATON FL 33431

Please note that your claim # 16744 in the above referenced case and in the amount of
     $4,757,960.60         has been transferred **(unless previously expunged by court order)**

                                                     GOLDMAN SACHS LENDING PARTNERS LLC
                                                     TRANSFEROR: III SELECT CREDIT HUB FUND LTD
                                                     c/o Goldman, Sachs & Co. Attn: A. Caditz
                                                     30 Hudson Street, 36th Floor
                                                     Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5363     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                      Vito Genna, Clerk of Court


                                      /s/ Magali Lee
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III SELECT CREDIT HUB FUND LTD
III SELECT CREDIT HUB FUND LTD.
C/O ADMIRAL ADMINISTRATION LTD.
ATTN: CANOVER WILSON
GEORGE TOWN, GRAND CAYMAN, KY1-1208
CAYMAN ISLANDS

III SELECT CREDIT HUB FUND LTD
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE
ATTN: SCOTT WYLER
777 YAMATO ROAD, SUITE 300
BOCA RATON FL 33431

Please note that your claim # 16745 in the above referenced case and in the amount of
$4,757,960.60        has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III SELECT CREDIT HUB FUND LTD
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5362        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                           Vito Genna, Clerk of Court


/s/ Magali Lee
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III ENHANCED CREDIT BIAS HUB FUND LTD
III ENHANCED CREDIT BIAS HUB FUND LTD.
C/O ADMIRAL ADMINISTRATION LTD.
ATTN: CANOVER WATSON
ADMIRAL FINANCIAL CENTER
GEORGE TOWN KY1-1208 CAYMAN ISLANDS

III ENHANCED CREDIT BIAS HUB FUND LTD
C/O III OFFSHORE ADVISORS
ATTN: CHRIS HITE, SCOTT WYLER
777 YAMATO RD.
GEORGE TOWN, GRAND CAYMAN   32021
CAYMAN ISLANDS

Please note that your claim # 23519 in the above referenced case and in the amount of
$2,823,186.52        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUN
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5364        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                          Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.               |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  III FINANCE LTD.                     III FINANCE LTD.
     SIDLEY AUSTIN LLP                    C/O III OFFSHORE ADVISORS
     ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA   ATTN: CHRIS HITE, SCOTT WYLER
     787 SEVENTH AVENUE                   777 YAMATO RD., SUITE 300
     NEW YORK NY 10019                    BOCA RATON FL 33431

Please note that your claim # 23559 in the above referenced case and in the amount of $31,421,626.78        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: III FINANCE LTD.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5367        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

**Exhibit "B"**

TIME: 14:24:39
DATE: 10/08/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III CREDIT BIAS HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III FINANCE LTD. c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III GLOBAL, LTD. c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jer |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III SELECT CREDIT HUB FUND LTD. c/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ |
| III CREDIT BIAS HUB FUND LTD | TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD C/O ADMIRAL ADMIN LTD ATTN: CANOVER WATSON ADMIRAL FINANCIAL CENTER GEORGE |
| III CREDIT BIAS HUB FUND LTD | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE, SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMIN LTD ATTN: CANOVER WATSON ADMIRAL FINANCIAL CENTER GEORGE TOWN    KY1-1208 CAYMAN ISLANDS |
| III CREDIT BIAS HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE, SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III ENHANCED CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMINISTRATION LTD. P.O BOX 32021 90 FORT STREET GEORGE TOWN    32021 CAYMAN ISLANDS |
| III ENHANCED CREDIT BIAS HUB FUND LTD | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE, SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III ENHANCED CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WATSON ADMIRAL FINANCIAL CENTER GEORGE TOWN    KYA-1208 CAYM |
| III ENHANCED CREDIT BIAS HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE, SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III FINANCE LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| III FINANCE LTD. | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WATSON ADMIRAL FINANCIAL CENTER GEORGE TOWN    KY1-1208 CAYMA |
| III FINANCE LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE, SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III GLOBAL, LTD. | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WILSON ADMIRAL FINANCIAL CENTER GEORGE TOWN, GRAND CAYMAN, KY1-1208 CAYMA |
| III GLOBAL, LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE ATTN: SCOTT WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE ATTN: SCOTT WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WILSON ADMIRAL FINANCIAL CENTER GEORGE TOWN, GRAND CAYMAN, KY1- |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND KID | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WILSON ADMIRAL FINANCIAL CENTER GEORGE TOWN, GRAND CAYMAN, KY1-1208 CAYMA |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | C/O III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE ATTN: SCOTT WYLER 777 YAMATO RD., SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE ATTN: SCOTT WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WILSON ADMIRAL FINANCIAL CENTER GEORGE TOWN, GRAND CAYMAN, KYI-1 |
| III SELECT CREDIT HUB FUND LTD. | C/O ADMIRAL ADMINISTRATION LTD. ATTN: CANOVER WILSON ADMIRAL FINANCIAL CENTER GEORGE TOWN, GRAND |
| III SELECT CREDIT HUB FUND LTD. | C/O III OFFSHORE ADVISORS ATTN: CHRIS HITE ATTN: SCOTT WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153