UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                              Debtors.          (Jointly Administered)
--------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

    I, **Kathy Giddens**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

    On the 9th day of October, 2009, I served a true copy of the following document, by email, Federal Express and/or fax, as indicated, upon the persons listed on attached service list:

    THE SUNGARD ENTITIES OMNIBUS RESERVATION OF RIGHTS AND LIMITED OBJECTION TO (1) THE DEBTORS' MOTION FOR AN ORDER, PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024 MODIFYING THE SEPTEMBER 20, 2008 SALE ORDER AND GRANTING OTHER RELIEF; AND (2) THE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS, INC., ET AL., PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER) AND JOINDER IN DEBTORS' AND SIPA TRUSTEE'S MOTIONS FOR AN ORDER UNDER RULE 60(b) TO MODIFY SALE ORDER.

                                        ___/s/ Kathy Giddens___
                                        Kathy Giddens

Sworn to before me this
9th day of October, 2009
    */s/ Jil Mazer-Marino*
Notary Public, State of New York
No. 02MA6091561
Qualified in Nassau County
Commission Expires April 28, 2011

## Service List Via Federal, Email and/or Fax

**Via Federal Express**

Honorable James M. Peck
United States Bankruptcy Court, SDNY
One Bowling Green, Courtroom 601
New York, NY 10004

**Via Federal Express and Facsimile**

Securities Investor Protection Corporation
805 Ffiteenth Street, N.W., Suite 800
Washington, CD  20005
Attn:    Kenneth J. Caputo
Facsimile:  (202) 371-6728

**Via Federal Express and Email**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn:    William R. Maguire, Esq.
         Neil Oxford, Esq.
         Seth D. Rothman, Esq.
Email:   maguire@hugheshubbard.com
         oxford@hugheshubbard.com
         rothman@hugheshubbard.com

**Via Federal Express and Email**

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Attn:    Susheel Kirpalani, Esq.
         James C. Tecce, Esq.
Email:   susheelkirpalani@quinnemanuel.com;
         jamestecce@quinnemanuel.com

**Via Federal Express and Email**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:    Richard P. Krasnow, Esq.
         Lori R. Fife, Esq.
         Shari Y. Waisman, Esq.,
         Jacqueline Marcus, Esq.
Email:   richard.krasnow@weil.com
         lori.fife@weil.com
         shari.waisman@weil.com
         jacqueline.marcus@weil.com

**Via Federal Express and Email**

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10004
Attn:    Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.
Email:   DDunne@milbank.com
         DODonnell@milbank.com
         EFleck@milbank.com

**Via Federal Express and Email**

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:    Andy Velez-Rivera, Esq.,
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Rifkin, Esq.
         Tracy Hope Davis, Esq.
Facsimile:  (212) 668-2255

**Via Federal Express and Email**

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022-3908
Attn:    Anton R. Valukas, Esq.
         Vincent E. Lazar, Esq.
         Robert L. Byman, Esq.
         David C. Layden, Esq.
         Patrick J. Trostel
Email:   avalukas@jenner.com
         vlazar@jenner.com
         rbyman@jenner.com
         dlayden@jenner.com;
         ptrostle@jenner.com

736568

<u>Via Federal Express and Email</u>

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY  10022
Attn:    Jonathan D. Schiller, Esq.
         Hamish P.M. Hume, Esq.
         Jack G. Stern, Esq.
Email:  jschiller@bsfllp.com
         hhume@bsfllp.com
         jstern@bsfllp.com

<u>Via Federal Express and Email</u>

Jones Day
222 East 41st Street
New York, NY  10017
Attn:    Robert W. Gaffey, Esq.
         William J. Hine, Esq.
         Jayant W. Tambe, Esq.
Email:  rwgaffey@jonesday.com
         wjhine@jonesday.com
         jtambe@jonesday.com