For **Epiq Bankruptcy Solutions, LLC**

October 7, 2009

We underwritten **Mr. Grassi Marco** and **Mrs. Calabri Elena** creditors of **Lehman Brothers Holdings Inc.** for an sum of money of Euro 59000 in Bonds XS0213899510 expiry 09/03/15 deposited near the Bank **Credito Bergamasco ( Group Banco Popolare)** site in Parma in street Fleming, **ITALY**.
Number deposit 0013 . 0954401.

**TO INFORM**

We have entrusted the Bank **Credito Bergamasco ( Group Banco Popolare ) <u>a to make our claim for the admission at the Chapter 11</u>**
**We are represented to the Bank Credito Bergamasco ( Group Banco Popolare ).**
**We cancel our claim received from you in date June 6, 2009 classified Claim Number 4845.**

Our  Adress = Grassi Marco and Calabri Elena
            Via Mordacci 56
            PARMA, 43126 ITALY

For **Epiq Bankruptcy Solutions, LLC.**                                    **Version Italian**

October 7, 2009

Noi sottoscritti Grassi Marco e Calabri Elena creditori di Lehman Brothers Holdings Inc. per una somma nominale pari a Euro 59.000 in obbligazioni XS0213899510 Aventi scadenza 09/03/15 depositati presso la banca Credito Bergamasco ( Gruppo Banco Popolare ) sita a Parma in Via Fleming Italia sul numero Deposito Titoli N.0013.0954401

Vi informiamo che

**Abbiamo incaricato la banca Credito Bergamasco ( Gruppo Banco Popolare ) a presentare il nostro reclamo per l'ammissione al Chapter 11 e a rappresentarci in questo procedimento.**
**Con questo noi chiediamo l'annullamento del reclamo da noi presentato e da voi ricevuto il 6 Giugno 2009 e classificato con Reclamo Numero 4845.**

Nostro indirizzo = Grassi Marco and Calabri Elena
                   Via Mordacci N. 56
                   PARMA, 43126 ITALY

*[signatures]*