Lee S. Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

*Attorneys for First Data Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
                                                                                               :

**In re:**                                          : **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :  **Case No. 08-13555 (JMP)**

                      **Debtors.**                :  **(Jointly Administered)**

---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                    )   s.s.:
COUNTY OF NEW YORK       )

       1.  EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

       2.  On October 9, 2009 I caused to be served true and correct copy of FIRST DATA CORPORATION'S RESPONSE IN OPPOSITION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING DISCOVERY by email and by first class mail, postage prepaid upon (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Lori Fife, Esq. (lori.fife@weil.com),

2

Robert W. Slack, Esq. (robert.slack@weil.com), and Robert J. Lemons, Esq. (robert.lemons@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York NY 10005, Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (evan.fleck@weil.com); by facsimile upon the (iii) Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Tracy Hope Davis, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., and Linda Riffkin, Esq., (212) 668-2255 (fax); and by hand upon (iv) The chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004.

                                                       /s/ Eileen A. McDonnell
                                                      EILEEN A. MCDONNELL

Sworn to before me this
12th day of October 2008

/s/Liisi Vanaselja
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011