# United States Bankruptcy Court
## For the Southern District of New York

In re: Lehman Brothers Holdings, Inc.                          Case No. 08-13555 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED OR DEEMED FILED IN THIS CASE under 11 U.S.C. § 1111 (a) against **Lehman Brothers Holdings, Inc.** Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aristeia Master, L.P.
Name of Transferee

Aristeia International Limited
Name of the Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 10008

c/o Aristeia Capital, L.L.C.
136 Madison Avenue, 3rd Floor
New York, New York 10016
Attn: Robert H. Lynch, Jr., Manager
Phone: 212-842-8900
Email: lynch@aristeiacapital.com

Amount of Claims:
general unsecured claim in the amount of
$2,586,113.64 against **Lehman Brothers Holdings, Inc., Case No. 08-13555**

Date Claim Filed: September 1, 2009

Last Four Digits of Acct. #:

c/o Aristeia Capital, L.L.C.
136 Madison Avenue, 3rd Floor
New York, New York 10016
Attn: Robert H. Lynch, Jr., Manager
Phone: 212-842-8900
Email: lynch@aristeiacapital.com

Name and Address where transferee payments should be sent (if different from above): N/A

Last Four Digits of Acct. #:

Phone:
Last Four Digits of Acct. #:

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ARISTEIA MASTER, L.P.
By: Aristeia Advisors, LLC, its general partner

By: _____        Date: 10/9/09
    Transferee/Transferee's Agent

*(Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.)*

# United States Bankruptcy Court
## For the Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc.</u>

Case No. <u>08-13555 (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM No. <u>10008</u> (if known) was filed or deemed filed under 11 U.S.C. § 111 (a) in this case against **Lehman Brothers Holdings, Inc.** by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this Court on October 12, 2009 (date).

| Aristeia International Limited | Aristeia Master, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Aristeia Capital, L.L.C.<br>136 Madison Avenue, 3rd Floor<br>New York, New York 10016<br>Attn: Robert H. Lynch, Jr., Manager<br>Phone: 212-842-8900<br>Email: lynch@aristeiacapital.com | c/o Aristeia Capital, L.L.C.<br>136 Madison Avenue, 3rd Floor<br>New York, New York 10016<br>Attn: Robert H. Lynch, Jr., Manager<br>Phone: 212-842-8900<br>Email: lynch@aristeiacapital.com |

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

013546.0002 EAST 8217710 v3

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Aristeia International Limited ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Aristeia Master, L.P. ("Assignee"), all of Assignor's right, title, interest, claims[i] and causes of action in and to, or arising under or in connection with its claims set forth in Proof of Claim Number 10008 in an amount of not less than $2,586,113.64 (the "Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Assignee (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 9, 2009.

ARISTEIA INTERNATIONAL LIMITED
By Aristeia Capital LLC, its Investment Manager
By: _____
Name of person signing: Robert H. Lynch, Jr
Title of person signing: Manager

ARISTEIA MASTER, L.P.
By: Aristeia Advisors, LLC, its general partner

By: _____
Name of person signing: Robert H. Lynch, Jr
Title: Managing Member

---

[i] As that term is defined in 11 USC § 101(5).