JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
---------------------------------------------------------------x

## DECLARATION OF SERVICE BY ROBERT L. BYMAN

I, Robert L. Byman, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. This Declaration is submitted in compliance with this Court's February 11, 2009 Order requiring Anton R. Valukas, the Examiner in the above-captioned matter, to file with the Court an affidavit or declaration of service for each subpoena he serves. [Dkt. 2804, ¶ 5.] This Declaration is also submitted in compliance with Local Rule 9078-1, which requires any party serving a pleading or other document to file proof of service within three (3) days of service.

2. Jenner & Block LLP ("Jenner & Block") is counsel to Anton R. Valukas, the Court-appointed Examiner in the above-captioned matter. [*See* Dkt. 2803.] As a partner at

Jenner & Block, I am duly authorized to make this Declaration ("Declaration") on behalf of the Examiner.

3. On October 8, 2009, the Examiner, through John Dicanio, served a subpoena by hand on Paul A. Hughson, 20 Highfield Rd., Harrison, NY. On information and belief, Mr. Dicanio is over eighteen (18) years old and not a party to the above-captioned matter.

4. On October 9, 2009, the Examiner's counsel also served subpoenas on Kenneth C. Cohen and Mark A. Walsh through their counsel Patrick Smith, Esq., DLA Piper LLP, 1251 Avenue of the Americas, New York, NY. Mr. Smith accepted service on behalf of Messrs. Cohen and Walsh.

5. On October 12, 2009, pursuant to this Court's February 11, 2009 Order, the Examiner's counsel sent copies of the subpoenas to Messrs. Hughson, Walsh and Cohen by First-Class United States Mail to (i) the Debtor; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the SIPA Trustee; and (v) the United States Attorney for the Southern District of New York, with a courtesy copy to the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of Ocotber, 2009, at Chicago, Illinois.

_____
Robert L. Byman

Sworn to and subscribed before me
this 12th day of Oct. 2009,

_____
NOTARY PUBLIC

My Commission Expires: 09-30-2010

"OFFICIAL SEAL"
Susan Cihlar
Notary Public, State of Illinois
My Commission Expires Sept. 30, 2010