Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Telephone: (585) 247-9000
Anne E. Miller-Hulbert

Attorneys for Deutsche Bank National Trust Company, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                    **Debtors.**                               :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY PURSUANT**
**TO BANKRUPTCY RULE 4001 AND 11 U.S.C. §362(d) REGARDING REAL**
**PROPERTY LOCATED AT 570 A MACON STREET, BROOKLYN, NEW YORK**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of Deutsche Bank National Trust Company, as Trustee, Pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and Section 362(d) of chapter 11 of title 11 of the United States Code for Relief from the Automatic Stay with respect to real property located at 570 A Macon Street, Brooklyn, NY 11233 [Docket No. 5235] (the "Motion"), which was scheduled for October 14, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to November 18, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing

US_ACTIVE:\43189408\01\43189408_1.DOC\

2

on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: October 12, 2009
Rochester, New York

_____
Anne E. Miller-Hulbert

Shapiro & DiCaro, LLP
Attorneys for Wells Fargo Bank, N.A. as Trustee
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
Telephone: (585) 247-9000