MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Todd M. Goren

*Attorneys for Levine Leichtman Capital Partners Deep Value Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                        :
                                                                 :   Case No. 08-13555 (JMP)
                                                                 :
                                                                 :   Jointly Administered
                                                                 :
                                             Debtors.            :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF
LEVINE LEICHTMAN CAPITAL PARTNERS DEEP VALUE FUND, L.P.
FOR AN ORDER COMPELLING DEBTORS' PERFORMANCE UNDER
ORDER DATED DECEMBER 16, 2008 [DOCKET NO. 2258] PURSUANT TO
SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE
ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS
AND POST-PETITION PURCHASE AND SALE AGREEMENT, OR IN THE
<u>ALTERNATIVE COMPELLING PAYMENT OF AN ADMINISTRATIVE EXPENSE</u>**

**PLEASE TAKE NOTICE** that Levine Leichtman Capital Partners Deep Value Fund, L.P. (hereinafter "LLCP"), by and through its undersigned counsel, hereby withdrawals, subject to the reservation of rights in the next paragraph, with prejudice, the Motion Of Levine Leichtman Capital Partners Deep Value Fund, L.P. for an Order Compelling Debtors' Performance Under Order Dated December 16, 2008 [Docket No. 2258] Pursuant to Section 365 Of The Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations and Post-Petition Purchase and Sale Agreement, or in the Alternative Compelling Payment of an

ny-893037

Administrative Expense [Docket No. 4059] (hereinafter the "Motion"), which was scheduled for October 14, 2009 at 10:00 a.m.

Notwithstanding anything herein to the contrary, the withdrawal of the Motion is subject to LLCP's right to request an administrative claim for its costs incurred as a result of the Debtors' failure to deliver the Units when due, and all rights associated therewith are reserved and preserved.

Dated: New York, New York
October 13, 2009

                      MORRISON & FOERSTER LLP

                      By: /s/ Brett H. Miller
                          BRETT H. MILLER
                          TODD M. GOREN
                          MORRISON & FOERSTER LLP
                          1290 Avenue of the Americas
                          New York, New York 10104
                          Telephone: (212) 468-8000
                          Facsimile: (212) 468-7900

                          *Attorneys for Levine Leichtman Capital Partners Deep Value Fund, L.P.*

ny-893037