WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON OCTOBER 14, 2009 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.     UNCONTESTED MATTERS:**

1. Motion of New York Institute of Finance, Inc. for Relief from the Automatic Stay **[Docket No. 5134]**

   Response Deadline:   October 11, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward. A stipulation and agreed order will be submitted to the Court.

2. Motion of Garfield County, CO Treasurer for Relief from the Automatic Stay **[Docket No. 5208]**

   Response Deadline:   October 9, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward. A stipulation and agreed order will be submitted to the Court.

3. Motion of Tobacco Settlement Financing Corporation for Relief from the Automatic Stay **[Docket No. 5277]**

   Response Deadline:   October 8, 2009.

   Responses Received:   None.

   Related Documents:

   A.   Declaration of Peter Shapiro in Support **[Docket No. 5278]**

   B.   Declaration of Eunice Rim in Support **[Docket No. 5279]**

C. Declaration of Genevieve D'Agostino in Support **[Docket No. 5281]**

Status: This matter is going forward. An agreed order will be submitted to the Court.

4. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery from Dollar General Corporation **[Docket No. 5304]**

Response Deadline: October 9, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward.

## II. CONTESTED MATTERS:

5. Debtors' Motion for an Order Enforcing the Automatic Stay and Holding Shinsei Bank in Contempt for Violating the Automatic Stay **[Docket No. 4764]**

    Responses Received:

    A. Response and Objection of Shinsei Bank, Limited **[Docket No. 4876]**

    B. Objection of the Joint Administrators of the Lehman European Group Administration Companies **[Docket No. 4880]**

    C. Objection of AB Svensk Exportkredit **[Docket No. 4883]**

    D. Objection of PB Capital Corporation **[Docket No. 4884]**

    E. Objection of Banco Bilbao Vizcaya Argentaria, S.A. **[Docket No. 4885]**

    F. Response of Barclays Bank PLC and Barclays Capital Inc. **[Docket No. 4886]**

    G. Declaration of Isomi Suzuki and Sur-Reply of Shinsei Bank **[Docket No. 5206]**

    H. Letter to Court from R. Trost Re: Debtors' Motion to Enforce Stay Against Shinsei Bank **[Docket No. 5291]**

I. Letter to Court from R. Trost Re: Debtors' Motion to Enforce Stay Against Shinsei Bank **[Docket No. 5418]**

Related Documents:

J. Declaration of Richard L. Levine in Support of Debtors' Motion **[Docket No. 4766]**

K. Declaration of Junya Naito in Support of Debtors' Motion **[Docket No. 4768]**

L. Debtors' Supplement to Motion **[Docket No. 4836]**

M. Declaration of Dov Kleiner in Support of the Response and Objection of Shinsei Bank, Limited **[Docket No. 4887]**

N. Corrected Exhibit C of Declaration of Dov Kleiner in Support of the Response and Objection of Shinsei Bank, Limited **[Docket No. 4891]**

O. Supplemental Declaration of Richard P. Krasnow in Support of Debtors' Motion **[Docket No. 4916]**

P. Debtors' Reply **[Docket No. 4920]**

Q. Supplemental Declaration in Support of Debtors' Motion **[Docket No. 5205]**

R. Letter to Court Re: Debtors' Motion to Enforce Stay Against Shinsei Bank filed by Richard L. Levine **[Docket No. 5456]**

Status: This matter is going forward as a status conference.

6. Motion of Lehman Commercial Paper Inc. for Authorization to Purchase Fairpoint Participation **[Docket No. 5199]**

Response Deadline: October 1, 2009 at 4:00 p.m.

Responses Received:

A. Objection of William Kuntz, III **[Docket No. 5333]**

Related Documents:

B. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 5357]**

<u>Status</u>: This matter is going forward.

7.  Presentment of Fourth Supplemental Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 5327]**

    <u>Response Deadline</u>: October 9, 2009 at 2:00 p.m.

    <u>Responses Received</u>:

    A.  Objection of EPCO Holdings **[Docket No. 5380]**

    B.  Reservation of Rights of Norton Gold Fields Limited **[Docket No. 5402]**

    <u>Related Documents</u>:

    C.  Debtors' Motion for an Order to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

    D.  Amended Order **[Docket No. 2257]**

    E.  Supplemental Order **[Docket No. 2557]**

    F.  Third Supplemental Order **[Docket No. 5221]**

    <u>Status</u>: This matter is going forward.

8.  Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery from First Data Corporation **[Docket No. 5303]**

    <u>Response Deadline</u>: October 9, 2009 at 4:00 p.m.

    <u>Responses Received</u>:

    A.  First Data Corporation's Response in Opposition **[Docket No. 5421]**

    <u>Related Documents</u>:

    B.  Debtors' Reply **[Docket No. 5443]**

    <u>Status</u>: The matter is going forward.

9. Motion of Debtor to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 4728]**

   Response Deadline:   October 5, 2009 at 4:00 p.m.

   Responses Received:

       A.    Objection of AIG CDS, Inc. **[Docket No. 5334]**

       B.    Reply in Further Support of the Motion **[Docket No. 5447]**

   Related Documents:   None.

   Status: This matter is going forward.

### III. ADVERSARY PROCEEDINGS:   TO BE HEARD AT 2:00 P.M.

10. Aliant Bank v. LBSF, et al. **[Case No. 08-01751]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

    Status:  This matter has been resolved.  A stipulation and agreed order dismissing the adversary proceeding will be submitted to the Court.

11. Pre-Trial Conference in State Street v. LCPI **[Case No. 08-01743]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Amended Complaint against Lehman Commercial Paper Inc. **[Docket No. 79]**

        C.    Stipulation and Order Adjourning Pending Deadlines and Hearings **[Docket No. 80]**

        D.    Lehman Commercial Paper Inc.'s Answer and Defenses to Plaintiff's First Amended Adversary Complaint **[Docket No. 83]**

Status: This matter is going forward.

12. Hank's Living Trust v. Lehman Brothers OTC Derivatives and LBHI **[Case No. 09-01054]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Amended Complaint Against all Defendants **[Docket No. 5]**

    C. Answer and Affirmative Defenses of Defendants Lehman Brothers OTC Derivatives, Inc. and Lehman Brothers Holdings Inc. **[Docket No. 13]**

    D. Answer of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., to Amended Complaint **[Docket No. 14]**

    Status: This matter is going forward.

13. Board of Education, City of Chicago v. LBSF **[Case No. 09-01455]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 6]**

    Status: This matter is going forward.

14. Neuberger Berman v. PNC Bank, NA, et al. **[Case No. 09-01258]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with Interpleader Complaint **[Docket No. 2]**

C. Lehman Brothers Commercial Corporation's Response to Interpleader Motion **[Docket No. 7]**

D. Amended Motion of Lehman Brothers Commercial Corporation for an Extension of Time to Answer Plaintiff's Complaint for Interpleader **[Docket No. 9]**

E. Answer of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. **[Docket No. 10]**

F. Trustee's Response to Motion for Authorization to Deposit Funds with the Clerk of the Court in Connection with Interpleader Complaint of Neuberger Berman LLC **[Docket No. 11]**

G. Trustee's Response to Defendant Lehman Brothers Commercial Corporation's Amended Motion for an Extension of Time to Answer Plaintiff's Complaint for Interpleader **[Docket No. 12]**

H. Motion of PNC Bank, National Association for an Order (I) Dismissing the Case for Lack of Jurisdiction, (II) (A) Lifting the Automatic Stay, and (B) Transferring Venue **[Docket No. 14]**

I. PNC Bank, National Association's Objection to the Motion of Neuberger Berman, LLC for Authorization to Deposit Funds with the Clerk of the Court in Connection with the Interpleader Complaint **[Docket No. 16]**

J. Lehman Brothers Commercial Corporation's Objection to the Motion of PNC Bank, National Association for an Order (i) Dismissing the Case for Lack of Jurisdiction **[Docket No. 19]**

K. PNC Bank, National Association's Objection to Defendant Lehman Brothers Commercial Corporation's Amended Motion for an Extension of Time to Answer Plaintiff's Complaint for Interpleader **[Docket No. 20]**

L. Neuberger Berman LLC's Response to Lehman Brothers Commercial Corporation's Amended Motion for an Extension of Time to Answer Plaintiffs Complaint for Interpleader **[Docket No. 21]**

M. Neuberger Berman LLC's Response (1) in Opposition to PNC Bank's Motion to Dismiss Interpleader Complaint and (2) Consenting to Transfer of Venue **[Docket No. 22]**

Status: This matter is going forward.

IV. **ADJOURNED MATTERS**

A. **Lehman Brothers Holdings Inc.**

15. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

    Response Deadline:   November 12, 2009 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to November 18, 2009.

16. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: March 6, 2009 at 4:00 p.m.

    Responses Received:

        A.   Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B.   Statement of the Informal Noteholder Group **[Docket No. 887]**

    Related Documents:

        C.   Stipulation and Consent Order **[Docket No. 1402]**

    Status: This matter has been adjourned to November 18, 2009.

17. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

    Response Deadline:   September 30, 2009

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to November 18, 2009.

18. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline: November 13, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

19. Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket. No. 2385]**

    Response Deadline: November 13, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

20. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

    Response Deadline: April 1, 2009 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 3387]**

    B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

    Related Documents:

    C. Declaration of Alan Worden in Support **[Docket No. 3184]**

    Status: This matter has been adjourned to November 18, 2008.

21. Motion of Marie Hunter for Payment of Administrative Expenses **[Docket No. 4870]**

    Response Deadline: November 13, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

22. Motion of Jamie Desmond for Relief from the Automatic Stay **[Docket No. 5267]**

    Response Deadline: November 13, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

23. Debtors' Motion for 2004 Discovery from Pinnacle Foods Finance LLC **[Docket No. 4765]**

    Response Deadline: September 11, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

24. Motion of Deutsche Bank National Trust Company for Relief from the Automatic Stay **[Docket No. 5235]**

    Response Deadline: October 9, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to November 18, 2009.

25. Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract [**Docket No. 3755**]

    Response Deadline: June 19, 2009 at 5:00 p.m.

Responses Received:

 A. Debtors' Objection **[Docket No. 4055]**

Related Documents: None.

Status: This matter has been adjourned to November 18, 2009.

**B. Adversary Proceedings**

26. LBSF v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

 **Pre-Trial Conference**

 Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

 Status: This matter has been adjourned to November 18, 2009.

27. LBSF v. Metropolitan West Asset Management, LLC, et al. **[Case No. 09-01233]**

 **Pre-Trial Conference**

 Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

 Status: This matter has been adjourned to November 18, 2009.

28. Berenshteyn v. LBHI **[Case No. 08-01654]**

 **Pre-Trial Conference**

 Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

 Status: This matter has been adjourned to November 18, 2009.

29. Federal Home Loan Bank of Pittsburgh v. LBSF, et al. **[Case No. 08-01610]**

 **Pre-Trial Conference**

 Related Documents:

A. Adversary Complaint **[Docket No. 1]**

B. Answer of J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

Status: This matter has been adjourned to November 18, 2009.

30. Federal Home Loan Bank of Pittsburgh v. LBHI, et al. **[Case No. 09-01393]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to December 16, 2009.

**C.   Lehman Brothers Inc.**

31. Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

    Responses Received:

    A. Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1059]**

    B. Objection of Trustee to Motion of Markit Group Limited for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1123]**

    Related Documents:

    C. Notice of Adjournment **[Docket No. 409]**

    D. Notice of Adjournment **[Docket No. 488]**

    E. Notice of Adjournment **[Docket No. 574]**

    F. Notice of Adjournment **[Docket No. 708]**

    G. Notice of Adjournment **[Docket No. 846]**

    H. Notice of Adjournment **[Docket No. 978]**

      I.      Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of Its Affiliates to the Motion of Markit Group Limited for Relief from the Automatic Stay **[Docket No. 1060]**

      J.      Notice of Adjournment **[Docket No. 1066]**

      K.      Reply in Further Support of the Motion of Markit Group Limited for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 1139]**

      L.      Notice of Adjournment **[Docket No. 1223]**

      M.      Notice of Adjournment **[Docket No. 1268]**

      N.      Notice of Adjournment **[Docket No. 1333]**

      O.      Notice of Adjournment **[Docket No. 1356]**

      P.      Notice of Adjournment **[Docket No. 1662]**

      Q.      Notice of Adjournment **[Docket No. TBD]**

Status: This matter has been adjourned to November 18, 2009.

32.    Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

Response Deadline: October 9, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents:

      A.      Notice of Adjournment **[Docket No. 215]**

      B.      Notice of Adjournment **[Docket No. 312]**

      C.      Notice of Adjournment **[Docket No. 364]**

      D.      Notice of Adjournment **[Docket No. 429]**

      E.      Notice of Adjournment **[Docket No. 529]**

      F.      Notice of Adjournment **[Docket No. 601]**

G. Notice of Adjournment **[Docket No. 665]**

H. Notice of Adjournment **[Docket No. 728]**

I. Stipulation Among the SIPA Trustee, Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P., and Providence TMT Special Situations Fund L.P. Adjourning Motion of the Funds for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 750]**

J. Notice of Adjournment **[Docket No. 810]**

K. Notice of Hearing on Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 1624]**

L. Notice of Adjournment **[Docket No. 1663]**

M. Notice of Adjournment **[Docket No. 1913]**

Status: This matter has been adjourned to November 18, 2009.

## V. **WITHDRAWN MATTERS**

33. Motion of Levine Leichtman Capital Partners Deep Value Fund, L.P. for an Order Compelling Debtors' Performance Under Order Approving the Assumption or Rejection of Open Trade Confirmations **[Docket No. 4059]**

    Response Deadline: July 10, 2009 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 4300]**

Related Documents:

B.  Notice of Withdrawal **[Docket No. 5450]**

Status: This matter has been withdrawn.


Dated: October 13, 2009
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession


Dated: October 13, 2009
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.