UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

In re                                                                  : Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS COMMODITY SERVICES INC.,                               : 08-13885 (JMP)
                                                                       :
                      Debtors.                                         :
                                                                       :
-----------------------------------------------------------------------------x  Ref. Docket Nos. 5410-5411,
                                                                                5429, 5431-5433

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
13th day of October, 2009

_____
Notary Public

Magali L. Lee

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175079
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-24-10

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CHESAPEAKE ENERGY CORPORATION                          CHESAPEAKE ENERGY CORPORATION
      ATTN: ELLIOT CHAMBERS, ASSISTANT TREASURER             DAVID NEIER, ESQ
      6100 NORTHWESTERN AVENUE                               WINSTON & STRAWN LLP
      OKLAHOMA CITY OK 73118                                 200 PARK AVENUE
                                                             NEW YORK NY 10166

Please note that your claim # 18966 in the above referenced case and in the amount of
      $251,148,160.00         has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: CHESAPEAKE ENERGY CORPORATION
         ATTN: JEFFREY OLINSKY
         60 WALL ST., 3RD FLOOR
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5410      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CHESAPEAKE ENERGY CORPORATION                    CHESAPEAKE ENERGY CORPORATION
      ATTN: ELLIOT CHAMBERS, ASSISTANT TREASURER       DAVID NEIER, ESQ
      6100 NORTHWESTERN AVENUE                         WINSTON & STRAWN LLP
      OKLAHOMA CITY OK 73118                           200 PARK AVENUE
                                                       NEW YORK NY 10166
```

Please note that your claim # 18969 in the above referenced case and in the amount of
$251,148,160.00        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: CHESAPEAKE ENERGY CORPORATION
      ATTN: JEFFREY OLINSKY
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5411    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                          Vito Genna, Clerk of Court

                                      /s/ Magali Lee
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SOUTHERN COMMUNITY BANK AND TRUST
C/O JAMES C. MONROE, JR.
4605 COUNTRY CLUB RD.
WINSTON-SALEM NC 27104

SOUTHERN COMMUNITY BANK AND TRUST
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
ATTN: MICHAEL G. BUSENKELL, THOMAS M. HORAN,
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON DE 19801

Please note that your claim # 25562 in the above referenced case and in the amount of
   $875,000.00        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUST
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH CT 06830

SPCP GROUP, L.L.C.
RONALD S. BLEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5432   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 12, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SOUTHERN COMMUNITY BANK AND TRUST
     C/O JAMES C. MONROE, JR.
     4605 COUNTRY CLUB RD.
     WINSTON-SALEM NC 27104
```

Please note that your claim # 22282 in the above referenced case and in the amount of
        $875,000.00         has been transferred **(unless previously expunged by court order)**

```
        SPCP GROUP, L.L.C.                                      SPCP GROUP, L.L.C.
        TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUST           RONALD S. BLEACHER, ESQ.
        ATTN: BRIAN JARMAIN                                     DAY PITNEY LLP
        2 GREENWICH PLAZA, 1ST FLOOR                            7 TIMES SQUARE
        GREENWICH CT 06830                                      NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5433       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                             Vito Genna, Clerk of Court


                                             /s/ Magali Lee
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 12, 2009.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SOUTHERN COMMUNITY FINANCIAL CORP.
     C/O JAMES C. MONROE, JR
     4605 COUNTRY CLUB RD.
     WINSTON-SALEM NC 22367

Please note that your claim # 22367 in the above referenced case and in the amount of
        $325,000.00        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                                    SPCP GROUP, L.L.C.
TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL CORP.        RONALD S. BLEACHER, ESQ.
ATTN: BRIAN JARMAIN                                   DAY PITNEY LLP
2 GREENWICH PLAZA, 1ST FLOOR                          7 TIMES SQUARE
GREENWICH CT 06830                                    NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER  5431     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
        Debtors.                               |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  SOUTHERN COMMUNITY FINANCIAL CORPORATION
              C/O JAMES C. MONROE JR.
              4605 COUNTRY CLUB RD.
              WINSTON-SALEM NC 27104

Please note that your claim # 22746 in the above referenced case and in the amount of
         $325,000.00        has been transferred **(unless previously expunged by court order)**

              SPCP GROUP, L.L.C.
              TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL CORPORATION
              ATTN: BRIAN JARMAIN
              2 GREENWICH PLAZA, 1ST FLOOR
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5429      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                             Vito Genna, Clerk of Court


                                             /s/ Magali Lee
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SOUTHERN COMMUNITY BANK AND TRUST
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
ATTN: MICHAEL G. BUSENKELL, THOMAS M. HORAN, JOHN H. STROCK, ESQS.
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON DE 19801

SOUTHERN COMMUNITY BANK AND TRUST
C/O JAMES C. MONROE, JR.
4605 COUNTRY CLUB RD.
WINSTON-SALEM NC 27104

Please note that your claim # 25562 in the above referenced case and in the amount of
$875,000.00    has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BLEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUS
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5432    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                            Vito Genna, Clerk of Court

                                             /s/ Magali Lee
                                             By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

SOUTHERN COMMUNITY BANK AND TRUST
C/O JAMES C. MONROE, JR.
4605 COUNTRY CLUB RD.
WINSTON-SALEM NC 27104

Please note that your claim # 22282 in the above referenced case and in the amount of $875,000.00 has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BLEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUS
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5433 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                    Vito Genna, Clerk of Court

/s/ Magali Lee
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                          SOUTHERN COMMUNITY FINANCIAL CORP.
                                             C/O JAMES C. MONROE, JR
                                             4605 COUNTRY CLUB RD.
                                             WINSTON-SALEM NC 22367

Please note that your claim # 22367 in the above referenced case and in the amount of
        $325,000.00         has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                                    SPCP GROUP, L.L.C.
RONALD S. BLEACHER, ESQ.                              TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL COR
DAY PITNEY LLP                                        ATTN: BRIAN JARMAIN
7 TIMES SQUARE                                        2 GREENWICH PLAZA, 1ST FLOOR
NEW YORK NY 10036                                     GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER  5431     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2009                    Vito Genna, Clerk of Court


                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 12, 2009.

**Exhibit "B"**

```
TIME: 16:50:18                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 10/12/09                               CREDITOR LISTING

Name                                    Address
CHESAPEAKE ENERGY CORPORATION           ATTN: ELLIOT CHAMBERS, ASSISTANT TREASURER 6100 NORTHWESTERN AVENUE OKLAHOMA CITY OK 73118
CHESAPEAKE ENERGY CORPORATION           DAVID NEIER, ESQ WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: CHESAPEAKE ENERGY CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
SOUTHERN COMMUNITY BANK AND TRUST       WOMBLE CARLYLE SANDRIDGE & RICE, PLLC ATTN: MICHAEL G. BUSENKELL, THOMAS M. HORAN, JOHN H. STROCK, ESQS. 222 DELAWARE AVENUE, SUITE 150
SOUTHERN COMMUNITY BANK AND TRUST       C/O JAMES C. MONROE, JR. 4605 COUNTRY CLUB RD. WINSTON-SALEM NC 27104
SOUTHERN COMMUNITY FINANCIAL CORP.      C/O JAMES C. MONROE, JR 4605 COUNTRY CLUB RD. WINSTON-SALEM NC 22367
SOUTHERN COMMUNITY FINANCIAL CORPORATION C/O JAMES C. MONROE JR. 4605 COUNTRY CLUB RD. WINSTON-SALEM NC 27104
SPCP GROUP, L.L.C.                      RONALD S. BLEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                      TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUST ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                      TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL CORP. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                      TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL CORPORATION ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                      TRANSFEROR: SPCP GROUP, L.L.C. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830

Total Number of Records Printed    12
```

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153

08-13555-mg    Doc 5459    Filed 10/13/09    Entered 10/13/09 16:28:23    Main Document
Pg 15 of 15