UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                                            :

In re                                                    :     Chapter 11 Case No.
                                                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     08-13555 (JMP)
                                                                         :

                                    Debtors.                 :     (Jointly Administered)
----------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 105(a), 362 AND 365
OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF
<u>CONTRACT AND TO ENFORCE THE AUTOMATIC STAY</u>**

        Upon the motion, dated October 13, 2009 (the "<u>Motion</u>"), of Lehman Brothers Special Financing Inc. (the "<u>Debtor</u>"), as debtor in possession (collectively with Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, the "<u>Debtors</u>" and, together with their non-debtor affiliates, "<u>Lehman</u>"), pursuant to sections 105(a), 362, and 365 of the Bankruptcy Code to Compel Performance of Chicago Board Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay (the "<u>Motion</u>"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties and to the Board of Education of the City of Chicago ("Chicago Board"); and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the

Debtors, its creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

>ORDERED that the Motion is granted; and it is further

>ORDERED that, pending assumption or rejection of the Agreement (as defined in the Motion) by LBSF, Chicago Board shall perform its obligations to make payments to LBSF under the Agreement, without regard to any alleged defaults by LBSF under the Agreement, including but not limited to promptly making all unpaid payments that were, without regard to any alleged defaults under the Agreement, owed to LBSF with respect to the March 1, 2009 payment date, to pay default interest on such payment obligations, and to make all other payments to LBSF under the Agreement.

Dated: [_____], 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE