

# Jordan International Bank Plc

103 Mount Street, London W1K 2AP
Telephone: 020 7493 7528  Telex: 8814135 JORINT G  Facsimile: 020 7355 4359
Website: www.jordanbank.co.uk

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

9th October 2009

Dear Sirs

| | | |
|---|---|---|
| Your ref: | **Lehman Brothers Holdings Inc** | Case Number:   08-13555 |
| Our Ref: | ISIN    XS/0210414750 | |
| Existing Claim: | **1644** | |

<u>**Return Receipt Requested**</u>

Please find attached the duly completed Proof of Claim form under Case 08-13555 for the amounts owed to Jordan International Bank plc as at Petition filing date of 15th September 2008.

**Please note the attached proof of claim under the Lehman Securities Program amends existing claim number no. 1644.**

**Please also note claim 2086 is a <u>duplication</u> of claim 1644 and therefore <u>claim 2086 can be withdrawn.</u>**

Security:    LEHMAN BROTHERS HOLDINGS INC.
Issue of GBP 250,000,000
5.00 per cent. Notes due 2010 Series 2547 Tranche 1
under the U.S.$25,000,000,000 Euro Medium-Term Note Program

Claim Amount:

| | | |
|---|---|---|
| Face Value | GBP2,500,000.00 | |
| <u>Interest</u> | <u>GBP     79,452.05</u> | (5.00 per cent for 232 days) |
| | GBP2,579,452.05 | (as at 09/15/2008) |
| Currency rate | 1.79695 | (median rate as at 09/15/2008) |
| **US$ Equivalent** | **USD4,635,146.36** | **(as at 09/15/2008)** |

Supporting Documents:

| | | |
|---|---|---|
| Receipt of Claims | 1644 and 2086 | (EpiqSystems dated 06/30/2009) |
| Security Description: | Bloomberg | |
| Proof of Purchase: | Confirmation Advice | (redacted) |
| | Royal Bank of Scotland | (seller) |
| | Settlement Date | 01/19/2007 |
| Proof of Holding: | Statement of Holdings | (redacted) |
| | Euroclear Bank | (custodian) |
| | Dated | 11/28/2008 |