JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
William R. Maguire
Seth D. Rothman
Neil J. Oxford

1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
John F. Wood

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :    **Chapter 11 Case No.**
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                               :    **08-13555 (JMP)**
                                                                               :
               Debtors.                                           :    **(Jointly Administered)**
-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :
                                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                      :
                                                                               :    **08-01420 (JMP) (SIPA)**
               Debtor.                                            :
-------------------------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 15, 2009 AT 2:00 P.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. MATTERS GOING FORWARD:

### A. Rule 60(b) Motions

1. Motion of Debtor to Modify the September 20, 2008 Sale Order and Granting Other Relief **[Case No. 08-13555, Docket No. 5148]**

    Related Documents:

    A. Appendix (Volume I) to Debtors' Motion **[Case No. 08-13555, Docket No. 5149]**

    B. Appendix (Volume II) to Debtors' Motion **[Case No. 08-13555, Docket No. 5150]**

    C. Appendix (Volume III) to Debtors' Motion **[Case No. 08-13555, Docket No. 5151]**

    D. Appendix (Volume IV) to Debtors' Motion **[Case No. 08-13555, Docket No. 5154]**

    E. Appendix (Volume V) to Debtors' Motion **[Case No. 08-13555, Docket No. 5156]**

    F. FILED UNDER SEAL: Motion of Debtor to Modify the September 20, 2008 Sale Order and Granting Other Relief. **[Case No. 08-13555, Docket No. 5168]**

    G. Statement of the Trustee for Joinder in Debtor's Motion **[Case No. 08-13555, Docket No. 5173]**

    Status: This matter is going forward as a status conference only.

2. Motion of the Trustee for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b) **[Case No. 08-01420, Docket No. 1682]**

Related Documents:

 A. Declaration of James B. Kobak, Jr. **[Case No. 08-01420, Docket No. 1683]**

 B. Declaration of William R. Maguire **[Case No. 08-01420, Docket No. 1684]**

 C. Notice of Hearing on Trustee's Motion for Relief **[Case No. 08-01420, Docket No. 1685]**

 D. FILED UNDER SEAL: Motion of the Trustee for Relief **[Case No. 08-01420, Docket No. 1690]**

Status: This matter is going forward as a status conference only.

3. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors and SIPA Trustees' Motions for an Order Under Rule 60(B) to Modify Sale Order **[Case No. 08-13555, Docket No. 5169; Case No. 08-01420, Docket No. 1686]**

Related Documents:

 A. Appendix Volume I to Committee's Motion **[Case No. 08-13555, Docket No. 5170; Case No. 08-01420, Docket No. 1687]**

 B. Appendix Volume II to Committee's Motion **[Case No. 08-13555, Docket No. 5171; Case No. 08-01420, Docket No. 1688]**

 C. Appendix Volume III to Committee's Motion **[Case No. 08-13555, Docket No. 5172; Case No. 08-01420, Docket No. 1689]**

 D. FILED UNDER SEAL: Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. **[Case No. 08-01420, Docket No. 1694]**

 E. Motion of Lehman Brothers Holdings Inc. Modifying the SIPA Sale Order and Joinder in the Committee's Motion for Relief from SIPA Sale Order **[Case No. 08-01420, Docket No. 1702]**

Status: This matter is going forward as a status conference only.

B. **Responses and Objections to Rule 60(b) Motions**

1. Objection of HWA 555 Owners, LLC to the Motions of Lehman Brothers Holdings Inc., James W. Giddens as Trustee for Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. to Modify the September 20, 2008 Sale Order and for Other Relief **[Case No. 08-13555, Docket No. 5419; Case No. 08-01420, Docket No. 1911]**

2. Objection of SunGard Entities to the Motion of the Trustee for Relief Pursuant to Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b) and Reservation of Rights **[Case No. 08-01420, Docket No. 1917]**

3. Motion of Evergreen Solar, Inc. to Join to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. **[Case No. 08-13555, Docket No. 5422; Case No. 08-01420, Docket No. 1914]**

4. Statement of the Bank of New York Mellon Trust Company in Support of the Motions for (I) an Order Modifying the September 20, 2008 Sale Order and Granting Other Relief and (II) to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order). **[Case No. 08-13555, Docket No. 5424]**

5. Objection of SunGard Entities to (1) the Motion of the Debtors for an Order Modifying the September 20, 2008 Sale Order and Granting Other Relief and (2) the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. **[Case No. 08-13555, Docket No. 5426]**

II. **MATTERS RESOLVED:**

1. Motion of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5269; Case No. 08-01420, Docket No. 1742]**

    Related Documents:

    A. Joinder of Debtor LBHI with the Committee's Motion Unseal Motions for Relief Modifying the September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5270; Case No. 08-01420, Docket No. 1747]**

    B. Trustees' Joinder in Committee's Motion to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5271; Case No. 08-01420, Docket No. 1745]**

C. Statement of the United States Trustee Regarding Motions to Unseal Motions for Relief From September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5416]**

D. Joinder of Evergreen Solar, Inc. to Committee's Motion to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5423; Case No. 08-01420, Docket No. 1915]**

E. Statement of the Bank of New York Mellon Trust Company in Support of the Motions for (I) an Order Modifying the September 20, 2008 Sale Order and Granting Other Relief and (II) to Unseal Motions for Relief from September 20, 2008 Sale Order (and Related SIPA Sale Order) **[Case No. 08-13555, Docket No. 5424]**

Status: This matter has been resolved pursuant to a stipulation to be submitted to the Court.

Dated: October 14, 2009
New York, New York

JONES DAY

/s/ Robert W. Gaffey
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Debtors
and Debtors in Possession

Dated: October 14, 2009
New York, New York

HUGHES HUBBARD & REED LLP

/s/ William R. Maguire
William R. Maguire
Seth D. Rothman
Neil J. Oxford

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

John F. Wood (admitted *pro hac vice*)
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.