**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x   Ref. Docket No. 5455

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2009, I caused to be served the "NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT, AND ORDER BETWEEN LEHMAN BROTHERS COMMODITY SERVICES INC. AND INTERTRUST (NETHERLANDS) B.V.," dated October 13, 2009 [Docket No. 5455], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
14th day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc of Presentment 5455 Aff 10-13-09.doc

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@kayescholer.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bhinerfeld@sbtklaw.com |
| adg@adorno.com | bill.freeman@pillsburylaw.com |
| Adiamond@DiamondMcCarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | BMiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | bpershkow@profunds.com |
| agbanknewyork@ag.tn.gov | Brian.Corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | bromano@willkie.com |
| agold@herrick.com | broy@rltlawfirm.com |
| agolianopoulos@mayerbrown.com | bspector@jsslaw.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | btupi@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| akihiko_yagyuu@chuomitsui.jp | bwolfe@sheppardmullin.com |
| alex.torres@infospace.com | bzabarauskas@crowell.com |
| amarder@msek.com | canelas@pursuitpartners.com |
| AMcMullen@BoultCummings.com | carlin@thshlaw.com |
| amenard@tishmanspeyer.com | carol.weinerlevy@bingham.com |
| Andrew.Brozman@cliffordchance.com | cbelisle@wfw.com |
| andrew.lourie@kobrekim.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cbrotstein@bm.net |
| ann.reynaud@shell.com | cgoldstein@stcwlaw.com |
| anthony_boccanfuso@aporter.com | chammerman@paulweiss.com |
| aoberry@bermanesq.com | charles@filardi-law.com |
| apo@stevenslee.com | charles_malloy@aporter.com |
| aquale@sidley.com | chipford@parkerpoe.com |
| araboy@cov.com | chris.donoho@lovells.com |
| arahl@reedsmith.com | cmontgomery@salans.com |
| arheaume@riemerlaw.com | CMTB_LC11@chuomitsui.jp |
| arlbank@pbfcm.com | cohenr@sewkis.com |
| arosenblatt@chadbourne.com | contact@lawofficesjje.com |
| arthur.rosenberg@hklaw.com | cp@stevenslee.com |
| arwolf@wlrk.com | cpappas@dilworthlaw.com |
| aseuffert@lawpost-nyc.com | crmomjian@attorneygeneral.gov |
| ashmead@sewkis.com | crogers@orrick.com |
| asnow@ssbb.com | cs@stevenslee.com |
| atrehan@mayerbrown.com | cschreiber@winston.com |
| aunger@sidley.com | cshore@whitecase.com |
| austin.bankruptcy@publicans.com | cshulman@sheppardmullin.com |
| avenes@whitecase.com | ctatelbaum@adorno.com |
| avi.gesser@dpw.com | cward@polsinelli.com |
| awasserman@lockelord.com | cweber@ebg-law.com |
| azylberberg@whitecase.com | cweiss@ingramllp.com |
| bankr@zuckerman.com | dallas.bankruptcy@publicans.com |
| bankruptcy@goodwin.com | daniel.guyder@allenovery.com |
| bankruptcy@morrisoncohen.com | danna.drori@usdoj.gov |

| | |
|---|---|
| david.bennett@tklaw.com | easmith@venable.com |
| david.crichlow@pillsburylaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| davids@blbglaw.com | efile@willaw.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efreeman@lockelord.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dckaufman@hhlaw.com | ekbergc@lanepowell.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | elizabeth.harris@klgates.com |
| ddavis@paulweiss.com | ellen.halstead@cwt.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | eric.johnson@hro.com |
| deborah.saltzman@dlapiper.com | eschaffer@reedsmith.com |
| deggermann@kramerlevin.com | eschwartz@contrariancapital.com |
| deggert@freebornpeters.com | esmith@dl.com |
| demetra.liggins@tklaw.com | ezavalkoff-babej@vedderprice.com |
| deryck.palmer@cwt.com | ezujkowski@emmetmarvin.com |
| dfelder@orrick.com | ezweig@optonline.net |
| dflanigan@polsinelli.com | fbp@ppgms.com |
| dfriedman@kasowitz.com | fdellamore@jaspanllp.com |
| dgrimes@reedsmith.com | feldsteinh@sullcrom.com |
| dhayes@mcguirewoods.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | fishere@butzel.com |
| dirk.roberts@ots.treas.gov | francois.janson@hklaw.com |
| dkleiner@velaw.com | frank.white@agg.com |
| dkozusko@willkie.com | fred.berg@rvblaw.com |
| dladdin@agg.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | GGraber@HodgsonRuss.com |
| dmurray@jenner.com | giaimo.christopher@arentfox.com |
| dneier@winston.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| douglas.bacon@lw.com | glenn.siegel@dechert.com |
| douglas.mcgill@dbr.com | gmoss@riemerlaw.com |
| dove.michelle@dorsey.com | gravert@mwe.com |
| DPiazza@HodgsonRuss.com | gschiller@zeislaw.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |
| drose@pryorcashman.com | guzzi@whitecase.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |
| drosner@kasowitz.com | heim.steve@dorsey.com |
| dshemano@pwkllp.com | heiser@chapman.com |
| dtatge@ebglaw.com | hirsch.robert@arentfox.com |
| dwdykhouse@pbwt.com | hollace.cohen@troutmansanders.com |
| dwildes@stroock.com | holsen@stroock.com |

howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmanmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com

jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com

| | |
|---|---|
| Ken.Coleman@allenovery.com | mark.ellenberg@cwt.com |
| ken.higman@hp.com | mark.houle@pillsburylaw.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| kkelly@ebglaw.com | Marvin.Clements@ag.tn.gov |
| Klippman@munsch.com | masaki_konishi@noandt.com |
| klyman@irell.com | matthew.dyer@prommis.com |
| kmayer@mccarter.com | matthew.klepper@dlapiper.com |
| kobak@hugheshubbard.com | matthew.morris@lovells.com |
| korr@orrick.com | Mbass@HodgsonRuss.com |
| KOstad@mofo.com | mbenner@tishmanspeyer.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@dl.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| KReynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| kristin.going@dbr.com | mcordone@stradley.com |
| krosen@lowenstein.com | mcto@debevoise.com |
| krubin@ozcap.com | mdorval@stradley.com |
| kstahl@whitecase.com | meltzere@pepperlaw.com |
| kurt.mayr@bgllp.com | metkin@lowenstein.com |
| lacyr@sullcrom.com | mgordon@briggs.com |
| lalshibib@reedsmith.com | mgreger@allenmatkins.com |
| Landon@StreusandLandon.com | mhopkins@cov.com |
| lawallf@pepperlaw.com | michael.kim@kobrekim.com |
| lberkoff@moritthock.com | mimi.m.wong@irscounsel.treas.gov. |
| lbtancredi@venable.com | mitchell.ayer@tklaw.com |
| Lee.Stremba@troutmansanders.com | mjacobs@pryorcashman.com |
| lgranfield@cgsh.com | mjedelman@vedderprice.com |
| lhandelsman@stroock.com | MJR1@westchestergov.com |
| linda.boyle@twtelecom.com | mkjaer@winston.com |
| lisa.kraidin@allenovery.com | mlahaie@akingump.com |
| LJKotler@duanemorris.com | MLandman@lcbf.com |
| lmarinuzzi@mofo.com | mmendez@hunton.com |
| Lmay@coleschotz.com | mmickey@mayerbrown.com |
| lmcgowen@orrick.com | mmooney@deilylawfirm.com |
| lml@ppgms.com | mmorreale@us.mufg.jp |
| lnashelsky@mofo.com | mmurphy@co.sanmateo.ca.us |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mpfeifer@pfeiferlaw.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |
| lubell@hugheshubbard.com | mrosenthal@gibsondunn.com |
| lwhidden@salans.com | mruetzel@whitecase.com |
| lwong@pfeiferlaw.com | mschimel@sju.edu |
| mabrams@willkie.com | MSchleich@fraserstryker.com |
| macronin@debevoise.com | mshiner@tuckerlaw.com |
| MAOFILING@CGSH.COM | mspeiser@stroock.com |
| Marc.Chait@standardchartered.com | mstamer@akingump.com |
| margolin@hugheshubbard.com | mvenditto@reedsmith.com |
| Marianne.Mortimer@friedfrank.com | mwarren@mtb.com |
| mark.deveno@bingham.com | Nasreen.Bulos@dubaiic.com |

ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com

rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com

snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

Intertrust (Netherlands) B.V.
P.O. Box 990
1000 AZ Amsterdam,
The Netherlands
Attn:   Jacobus Cornelis Maria Veerman
        Otgerus Joseph Anton Van Der Nap