WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                        :

| | |
|---|---|
| **In re** | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    **08-13555 (JMP)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |
| | : |

----------------------------------------------------------------x

### MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT
### TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES

            In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of

the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and

Abandonments entered by the United States Bankruptcy Court for the Southern District

of New York on June 17, 2009 [Docket No. 4021] (the "Sale and Abandonment Order"),

the above-captioned debtors and debtors in possession (collectively, the "Debtors") have

disposed of the following assets following notice to the Interested Parties[1] and the

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

expiration of the applicable Notice Period without objection by an Interested Party.

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| none | | | | | |

## Abandonment Addendum

In compliance with the Sale and Abandonment Order, the Debtors have abandoned the following assets following notice to the Abandonment Notice Parties and the expiration of five (5) business days without objection by an Abandonment Notice Party.

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| none | | |

Dated: October 14, 2009
        New York, New York

/s/ Lori R. Fife
Lori R. Fife
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Debtors in Possession