**Objection Deadline: October 26, 2009 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                               :
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
                                               :
------------------------------------------------------------------x

# NOTICE OF FILING OF AMENDMENT
# OF TRANSACTION DOCUMENTS IN CONNECTION
# WITH THE SETTLEMENT BETWEEN LEHMAN COMMERCIAL
# PAPER INC. AND THE METROPOLITAN LIFE INSURANCE COMPANY

Reference is made to (i) the motion, dated March 2, 2009 [Docket No. 2978] (the "Settlement Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), Lehman Commercial Paper Inc. ("LCPI") and their affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 105 and 363 of the title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing LCPI to settle certain disputes with The Metropolitan Life Insurance Company ("MetLife") and (ii) the order, dated May 13, 2009 [Docket No. 3558] (the "Settlement Order"), granting the Settlement Motion.

**PLEASE TAKE NOTICE** that, pursuant to the Settlement Order, the Debtors hereby file the Amendment, a copy of which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Amendment shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Settlement Motion.

with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Jacqueline Marcus, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq., (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors appointed in these cases; and (v) Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022, Attn: Steven Wilamowsky, Esq., attorneys for The Metropolitan Life Insurance Company, so as to be so filed and received by no later than **October 26, 2009 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Order, unless a written objection to the Amendment is timely served and filed as set forth above, there will not be a hearing and the Amendment shall be deemed substantially consistent with the Term Sheet and the Settlement (as such terms are defined in the Settlement Motion) and approved by the Settlement Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Order, if a written objection to the Amendment is timely served and filed as set forth above, a hearing (the "Hearing") will be held on **November 18, 2009 at 10:00 a.m.** to determine whether the Amendment is substantially consistent with the Term Sheet and should be approved.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: October 14, 2009
    New York, New York

/s/Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

The Amendment

US_ACTIVE:\43177614\03\43177614_3.DOC\58399.0003

## VARIABLE FUNDING TRUST 2007-1

$500,000,000 Variable Rate Senior Secured Revolving Credit Facility

## VARIABLE FUNDING TRUST 2008-1

$500,000,000 Variable Rate Senior Secured Revolving Credit Facility

| | |
|---|---|
| 2007 Trust | Variable Funding Trust 2007-1, a Delaware statutory trust (the "**2007 Trust**") |
| 2008 Trust | Variable Funding Trust 2008-1, a Delaware statutory trust (the "**2008 Trust**") |
| Owner Trustee | U.S. Bank Trust National Association, as trustee (the "**Owner Trustee**") |
| Lehman Entities | Lehman Brothers Holdings Inc., a Delaware corporation ("**LBHI**") Lehman Commercial Paper, Inc., a New York corporation ("**LCPI**", and together with LBHI, the "**Lehman Entities**") |
| Noteholder | Metropolitan Life Insurance Company (the "**Noteholder**") |
| Collateral Trustee | The Bank of New York Trust Company, N.A. (the "**Collateral Trustee**") |
| U.K. Co-Collateral Trustee | The Bank of New York Mellon, London Branch (the "**UK Co-Collateral Trustee**") |
| U.S. Custodian | LaSalle Bank National Association (the "**US Custodian**") |
| Administrative Agent | Lehman Commercial Paper, Inc. as Assignee of Lehman Brothers Inc. (the "**Administrative Agent**") |
| Defined Terms | Capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed thereto by, or pursuant to the terms of, the 2007 Omnibus Agreement and 2008 Omnibus Agreement (as defined herein). |

| Item No. | Description |
|---|---|
| 1. | **2007 OMNIBUS RESTRUCTURING AGREEMENT**<br>2007 Omnibus Restructuring Agreement by and among the Noteholder, the 2007 Trust, the Collateral Trustee and the Lehman Entities (the "**2007 Omnibus**") |
| 2. | **2007 AMENDED AND RESTATED NOTE PURCHASE AGREEMENT**<br>Amended and Restated Note Purchase Agreement by and between the 2007 Trust and the Noteholder. |
| 3. | **2007 AMENDED AND RESTATED COLLATERAL TRUST AGREEMENT**<br>Amended and Restated Collateral Trust Agreement executed by the 2007 Trust, the Collateral Trustee, the Noteholder and the Co-Collateral Trustee |

A/73108413.5

| Item No. | Description |
|---|---|
| 4. | **AMENDED AND RESTATED 2007 SECURITY AGREEMENT**<br>Amended and Restated Security Agreement executed by the 2007 Trust and the Collateral Trustee |
| 5. | **2008 ISSUER GUARANTEE AGREEMENT**<br>2008 Issuer Guarantee Agreement executed by the 2008 Trust and delivered to the Noteholder |
| 6. | **AMENDED AND RESTATED TRUST AGREEMENT**<br>Amended and Restated Trust Agreement in the form attached as Exhibit 5.12(g) to the 2007 Omnibus. |
| 7. | **AMENDED AND RESTATED ADMINISTRATION AGREEMENT**<br>Amended and Restated Administration Agreement executed by the 2007 Trust, the Administrative Agent and the Noteholder, in the form attached as Exhibit 5.12(h) to the 2007 Omnibus. |
| 8. | **TERMINATION AGREEMENT**<br>Termination Agreement terminating the FX Swap Agreement and TRS Swap Agreement re: 2007 Trust by and among the 2007 Trust, Lehman Brother Special Financing Inc. and LBHI. |
| 9. | **2008 OMNIBUS RESTRUCTURING AGREEMENT**<br>2008 Omnibus Restructuring Agreement by and among the Noteholder, the 2008 Trust, Collateral Trustee and the Lehman Entities (the "**2008 Omnibus**") |
| 10. | **2008 AMENDED AND RESTATED NOTE PURCHASE AGREEMENT**<br>Amended and Restated Note Purchase Agreement by and between the 2008 Trust and the Purchasers named therein. |
| 11. | **2008 AMENDED AND RESTATED COLLATERAL TRUST AGREEMENT**<br>Amended and Restated Collateral Trust Agreement executed by the 2008 Trust, the Collateral Trustee, the Noteholder and the Co-Collateral Trustee. |
| 12. | **AMENDED AND RESTATED 2008 SECURITY AGREEMENT**<br>Amended and Restated Security Agreement executed by the 2008 Trust and the Collateral Trustee. |
| 13. | **2007 ISSUER GUARANTEE AGREEMENT**<br>2007 Issuer Guarantee Agreement executed by the 2007 Trust and delivered to the Noteholder. |
| 14. | **AMENDED AND RESTATED MASTER PARTICIPATION AGREEMENT**<br>Amended and Restated Master Participation Agreement |
| 15. | **AMENDED AND RESTATED TRUST AGREEMENT**<br>Amended and Restated Trust Agreement. |
| 16. | **AMENDED AND RESTATED ADMINISTRATION AGREEMENT**<br>Amended and Restated Administration Agreement executed by the 2008 Trust, the Administrative Agent and the Noteholder. |

| Item No. | Description |
|---|---|
| 17. | **TERMINATION AGREEMENT**<br>Termination Agreement terminating the FX Swap Agreement and TRS Swap Agreement re: 2008 Trust by and among the 2008 Trust, Lehman Brother Special Financing Inc. and LBHI. |