Lisa Milas, Esq.
Rosicki, Rosicki & Associates, P.C.
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date:  November 18, 2009<br>Hearing Time: 10:00 am |
| _____X | Chapter 11 |
| In re: | Case No.: 08-13555 |
|   LEHMAN BROTHERS HOLDINGS, INC. | |
|                       DEBTOR. | (Jointly Administered) |
| In re<br>  BNC MORTGAGE LLC | Chapter 11 |
| _____X | Case No.: 09-10137 |

### NOTICE OF MOTION SEEKING AN ORDER GRANTING RELIEF FROM THE AUTMOMATIC STAY

SIRS:

**PLEASE TAKE NOTICE** that U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11 ("Movant") seeks relief from the automatic stay as to the property located at 1347 E 80th Street, Brooklyn, NY 11236, (the "Premises") and will move before the Honorable James M. Peck, United States Bankruptcy Judge in the Courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on November 18, 2009 at 10:00 am, or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to Bankruptcy Rule 4001 and 11 U.S.C. 105(a) and 362(d) Movant, its agents successors and/or assigns, seek relief from the automatic stay as to Movant's interest in real property known as 1347 E 80th Street, Brooklyn, NY 11236; and

2. Waiving the ten (10) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and

3. Granting Movant such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE,** that this office waives the provisions of Section 362 (e).

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon, the undersigned counsel for the Movant three (3) days prior to the return date and upon any other person whose interests would be affected if the objection is sustained.

Dated:  October 15, 2009
        Plainview, NY

Respectfully submitted,

ROSICKI, ROSICKI & ASSOCIATES, P.C.
By: Lisa Milas, Esq.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

TO:   See attached Service list

TO:   BNC Mortgage LLC
      Debtor-in-Possession
      1901 Main Street
      Irvine, CA 92624

      Weil, Gotshal & Manges, LLP
      Attn: Harvey R. Miller, Esq.
      Richard P. Krasnow, Esq., Lori R.
      Fife, Esq., Shai Y. Waisnam, Esq.
      And Jacqueline Marcus, Esq.
      Attorney for Debtors
      767 Fifth Avenue
      New York, NY 10153

      Hughs Hubbard & Reed
      Attn: Jeffrey S. Margolin, Esq. and
      Sarah K. Loomis, Esq.
      Attorneys for James W. Giddens, as
      Trustee for the SIPA Liquidation of
      Lehman Brothers, Inc.
      1 Battery Park Plaza
      New York, NY 10004

      Office of the United States Trustee
      Attn: Andy Velez-Rivera, Paul
      Schwartzberg, Brian Masumoto
      Linda Riffrin and Tracy Hope Davis
      33 Whitehall Street 21st Floor
      New York, NY 10004

      Claims and Noticing Agent
      Epiq Bankruptcy Solutions, LLC Claims
      Agent f/k/a Bankruptcy Services, LLC
      757 Third Avenue 3rd Floor
      New York, NY 10017

      Milbank, Tweed, Hadley & McCloy, LLP
      Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
      And Evan Fleck, Esq.
      Official Committee for the Unsecured Creditors
      1 Chase Manhattan Plaza
      New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X   Chapter 11
In re:                                  Case No.: 08-13555
LEHMAN BROTHERS HOLDINGS, INC.

                      DEBTOR.   (Jointly Administered)
In re
  BNC MORTGAGE LLC                      Chapter 11
_____X   Case No.: 09-10137

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)**

**UPON** the Motion, dated October 15, 2009 (the "Motion"), of U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11 (the "Movant"), seeking an Order: (i) pursuant to Bankruptcy Rule 4001 and 11 U.S.C. 362(d) seeking relief from the Automatic Stay(ii) waiving the ten (10) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on November 18, 2009; and there being no opposition to the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the Automatic Stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code so as to allow Movant, its successors and/or assigns, to commence and/or continue with foreclosure proceedings and eviction proceeding with respect to the Property located at 1347 E 80th Street, Brooklyn, NY 11236; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated:            , 2009
                  , New York

                                              _____
                                              Hon. James M. Peck
                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|                                            |   |                       |
|--------------------------------------------|---|-----------------------|
| _____X  |   | Chapter 11            |
| In re:                                     |   | Case No.: 08-13555    |
| LEHMAN BROTHERS HOLDINGS, INC.             |   |                       |
|                             DEBTOR.        |   | (Jointly Administered)|
| In re                                      |   |                       |
|   BNC MORTGAGE LLC                         |   | Chapter 11            |
| _____X  |   | Case No.: 09-10137    |

**ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY**

_____

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――X   Chapter 11
In re:                                            Case No.: 08-13555
LEHMAN BROTHERS HOLDINGS, INC.

                         DEBTOR.   (Jointly Administered)
In re
    BNC MORTGAGE LLC
                                            Chapter 11
―――――――――――――――――――――X   Case No.: 09-10137

## AFFIRMATION IN SUPPORT OF ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

TO: THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

The Application of U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11 ("Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., respectfully represents and says:

Lisa Milas, Esq., an attorney at law duly admitted to practice before this Court and the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury:

### I.   RELIEF REQUESTED

1. This is a contested matter brought pursuant to Federal Rules of Bankruptcy Procedure Rules 4001 and Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code"), for an Order: (i) pursuant to Bankruptcy Rule 4001 and 362(d) seeking relief from the Automatic Stay as to real property known as 1347 E 80th Street, Brooklyn, NY 1123 (the "Premises") (ii)

waiving the ten (10) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case.

## II. **BACKGROUND**

2. BNC Mortgage LLC filed a petition for relief under Chapter 11 of the Bankruptcy Code on January 9, 2009. On January 14, 2009 an Order Directing Joint Administration of the Chapter 11 case of BNC Mortgage LLC with Lehman Brothers Holdings, Inc. was issued by this Court.

3. Movant is the holder, by assignment, of an Adjustable Rate Note and Mortgage, dated October 7, 2005, given by Suzie Rosemond (the "Mortgagor") in the original principal amount of $560,000.00 pledging the Premise as security. Copies of the Note, Mortgage and Assignment are annexed hereto as Exhibit "A".

4. The Mortgagor defaulted under the terms of the Adjustable Rate Note and Mortgage and a state court foreclosure action was commenced on or about August 4, 2009. A copy of the Notice of Pendency, and Summons and Complaint are annexed hereto as Exhibit "B".

5. BNC Mortgage, Inc. is a Defendant in the state court foreclosure action as it is the holder of a second mortgage. As such, BNC Mortgage, Inc. was named in the state court action as necessary party defendant. A copy of the mortgage held by BNC Mortgage, Inc. is annexed hereto as Exhibit "C".

8. There is no equity in the Property.

9. Movant's total lien on the Premises, as of the date of the within application, is approximately $601,537.44.

10. According to the Broker's Price Opinion attached hereto as Exhibit "D" the Premises has an estimated "as is market" value of $590,000.00.

11. Based upon the above, no equity exists in the Premises and it is not necessary for the Property to be maintained by the estate. That it is respectfully requested that the Movant be granted relief from the automatic stay and further requests that this Court waive the ten (10) day stay invoked pursuant to F.R.B.P. 4001(a)(3) so Movant can immediately commence and or continue with the eviction proceedings.

12. There being no novel issue of law raised herein, Movant respectfully requests that the requirement for a separate memorandum of law be dispensed within.

**WHEREFORE**, Movant respectfully requests than an Order be granted vacating the automatic stay as to it, permitting maintenance of a foreclosure and/or eviction proceedings with respect to the subject premises; waiving the ten (10) day stay pursuant to F.R.B.P. 4001(a)(3); and for such other and further relief as the Court may deem just and proper.

Dated: October 15, 2009
Plainview, NY

Respectfully submitted,

*[signature]*

ROSICKI, ROSICKI & ASSOCIATES, P.C.
By: Lisa Milas, Esq.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X    Chapter 11
In re:                                Case No.: 08-13555
LEHMAN BROTHERS HOLDINGS, INC.

                        DEBTOR.      (Jointly Administered)
In re
  BNC MORTGAGE LLC                    Chapter 11
_____X    Case No.: 09-10137

### NOTICE OF MOTION AND AFFIRMATION
### IN SUPPORT OF ENTRY OF AN ORDER VACATING STAY

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585