# Exhibit D



# Broker Price Opinion Exterior

## Client Information

| | |
|---|---|
| Client: HomEq Servicing | Portfolio / Project Name: |
| Order Number: | Alternate Loan Number: |
| Loan Number: | Inspection Date: 3/8/2009 |
| Assigned Agent: Harriet Robertson | Inspection Type: Exterior |
| Assigned Agent's Phone: (718) 857-3400 | Contact: SUZIE ROSEMOND |
| Owner / Borrower: ROSEMOND | Contact Phone: |
| Subject Address: 1347 E 80TH ST | |
| BROOKLYN, NY 11236 | |

## Subject Tax and Sale Information

| | |
|---|---|
| Estimated Tax Assessed Value Date: 1/2/2009 | Last Known Sale Date: 10/6/2005 |
| Tax Assessed Value: $36,028.00 | Last Known Sale Price: $700,000.00 |

## Neighborhood Information

| | |
|---|---|
| Predominant Occupancy: Owner | Average Market Time of Sales: 180 |
| No. of Homes in Direct Competition: 12 | Price Range (Low to High): $250,000.00 to $695,000.00 |
| Density: Urban | Predominant Value: $550,000.00 |
| Zoning: Residential | Property Values Trend: Decreasing / 12.00% annually |
| Property Maintenance: Average | |

Market / Neighborhood Comments: Located in Canarsie Brooklyn on average block in average condition, brick with attached garage

## Subject Property

| | |
|---|---|
| Listed in Last 12 Months: No | Currently Listed: No |
| Vacant: No | List Price: $0.00 |
| Secured: Yes | Listing Agent Name: |
| Conform to Neighborhood: Yes | Listing Agent Phone: |
| Estimated Land Value $70,000.00 | Days on Market: 0 |
| Mobile Home Permanently Attached and Taxed as Real Estate: No | |

Problem for Resale: No

Environmental Problem: No

Subject Data Source(s):   ☒ Tax Records   ☐ SiteXdata   ☐ MLS #   ☐ RealQuest   ☐ REDLINK   ☐ Estimated   ☐ Other

Explanation of Estimated or Other Sources:

Positive Subject Comments: 3 family property income producing

Negative Subject Comments: nothing sited



# Broker Price Opinion Exterior

Order #: _____    Loan _____    Client: HomEq Servicing

## Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 1347 E 80TH ST | 1658 east 92 Street | 1006 East 80 St | 682 East 80 St |
| City, State, Zip: | BROOKLYN, NY 11236 | Brooklyn, NY 11236 | Brooklyn, NY 11236 | Brooklyn, NY 11236 |
| Property Type: | Multi Family | Multi Family | Multi Family | Multi Family |
| Property Style: | Townhouse | Other | Townhouse | Other |
| Number of Units: | 3 | 3 | 3 | 3 |
| Proximity to Subject: | | 0.50 Miles | 0.52 Miles | 0.83 Miles |
| Sale Date: | 10/6/2005 | 10/31/2008 | 2/9/2009 | 10/26/2008 |
| Sold Price: | $0.00 | $593,000.00 | $590,000.00 | $590,000.00 |
| Days on Market: | 0 | 180 | 180 | 92 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 3547 Square Feet | 2800 Square Feet | 2364 Square Feet | 2267 Square Feet |
| Lot Size is: | Atypical | Typical | Typical | Typical |
| Age in Years: | 49 | 54 | 39 | 40 |
| Condition: | Average | Average | Good | Good |
| Total Rooms: | 19 | 19 | 19 | 19 |
| Bedrooms: | 8 | 8 | 8 | 8 |
| Bathrooms: | 3 Full 0 Half | 3 Full 0 Half | 3 Full 0 Half | 3 Full 0 Half |
| Above Grade Sq. Footage: | 3894 | 3123 | 3366 | 3493 |
| Total Below Grade Sq.Ft.: | 0 | 1041 | 0 | 1164 |
| Garage: | 1 car / Attached | 0 car / NA | 1 car / Attached | 1 car / Attached |
| Carport: | 0 car / NA | 0 car / NA | 0 car / NA | 0 car / NA |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | Other | Other | MLS |
| MLS Listing Number: | | | | 338995 |

Explanation of estimated room count based on others in area, estimated list price based on sales in area, sale # 3 information from expired MLS from 2008
Estimated or Other responses above:

Comments on similar sized property in similar area
Comparable 1:

Comments on similar sized property in similar area
Comparable 2:

Comments on similar sized property in similar area
Comparable 3:

**LSI**

**Broker Price Opinion Exterior**

Order #: 5921138    Loan #:    Client: HomEq Servicing

## Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 1347 E 80TH ST | 1425 East 80 Street | 941 East 85 St | 916 east 86 Street |
| City, State, Zip: | BROOKLYN, NY 11236 | Brooklyn, NY 11236 | Brooklyn, NY 11236 | Brooklyn, NY 11236 |
| Property Type: | Multi Family | Multi Family | Multi Family | Multi Family |
| Property Style: | Townhouse | Other | Other | Other |
| Number of Units: | 3 | 3 | 3 | 3 |
| Proximity to Subject: | | 0.10 Miles | 0.80 Miles | 0.90 Miles |
| Listing Date: | | 7/30/2008 | 9/8/2008 | 7/18/2008 |
| Days on Market: | 0 | 221 | 181 | 233 |
| Listing Price: | $0.00 | $600,000.00 | $699,000.00 | $899,000.00 |
| Location: | Average | Good | Good | Good |
| Lot Size: | 3547 Square Feet | 2247 Square Feet | 2700 Square Feet | 3000 Square Feet |
| Lot Size is: | Atypical | Typical | Typical | Typical |
| Age in Years: | 49 | 49 | 49 | 39 |
| Condition: | Average | Good | Good | Good |
| Total Rooms: | 19 | 17 | 15 | 21 |
| Bedrooms: | 8 | 6 | 7 | 10 |
| Bathrooms: | 3 Full 0 Half | 3 Full 0 Half | 3 Full 0 Half | 4 Full 0 Half |
| Above Grade Sq. Footage: | 3894 | 2116 | 3519 | 3360 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 1173 | 1120 |
| Garage: | 1 car / Attached | 1 car / Attached | 0 car / NA | 1 car / Attached |
| Carport: | 0 car / NA | 0 car / NA | 0 car / NA | 0 car / NA |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 339600 | 340452 | 339364 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: smaller property similar location 3 family

Comments on Comparable 2: similar property similar location 3 family

Comments on Comparable 3: similar property similar location 3 family

© LSI 2006

page 3 of 6



Order #: 5921138         Loan              Client:   HomEq Servicing

# Broker Price Opinion Exterior

## Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

Listings are apparently high for the current market.

Subject conforms to the neighborhood.

Necessary to use comps that had a smaller GLA than the subject, no comps were larger, all comps within gla tolerance.

Necessary to expand search up to 1 miles in order to find similar 3 unit MFR properties for this valuation. Most such properties are not within the GLA tolerance of the subject. Area is not dominated by 3 unit MFRs.

## Estimates of Value

Discuss how you arrived at these values: considered the comps both the sales and the listings, the market, the area and the effect of foreclosures in the area to determine value

| | |
|---|---|
| As Is Market Value: $590,000.00 | As Repaired Market Value: $590,000.00 |
| As Is Quick Sale: $525,000.00 | As Repaired Quick Sale: $525,000.00 |
| As Is Suggested List: $600,000.00 | As Repaired Suggested List: $600,000.00 |

Average Market Time of Sale (listing date to contract date):    180

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the above named financial institution to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued $250,000 or less, as required by Title XI of FIRREA. The agent submitting this report represents that she/he drove by the property and has no interest in the property.

© LSI 2006



Order #: 5921138     Loan #: 3...     Client: HomEq Servicing

# Broker Price Opinion Exterior

## Property Map

*If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.*



## Photos



Subject (Front View)

