Hearing Date: November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Revised Objection Deadline: October 23, 2009 at 4:00 p.m. (Prevailing Eastern Time)

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re                                                   :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :   Case No. 08-13555 (JMP)
                                                        :
                             Debtors.                   :   (Jointly Administered)
------------------------------------------------------------------------x

**NOTICE OF EXTENDED OBJECTION DEADLINE FOR**
**MOTION TO COMPEL ABN AMRO INC. TO RESPOND**
**TO EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION**

PLEASE TAKE NOTICE that on September 30, 2009, Anton R. Valukas, Esq., the Court-appointed examiner in the above-captioned bankruptcy cases (the "Examiner"), filed a Motion to Compel ABN AMRO Inc. to Respond to Examiner's Subpoena for Rule 2004 Examination (the "Motion").  [Docket No. 5306].

PLEASE TAKE FURTHER NOTICE that the original objection deadline for the Motion was October 9, 2009 at 4:00 p.m.

      PLEASE TAKE FURTHER NOTICE that the first revised objection deadline for the Motion was October 16, 2009 at 4:00 p.m.

      PLEASE TAKE FURTHER NOTICE that the Examiner has consented to extend the objection deadline for the Motion to October 23, 2009 at 4:00 p.m.

Dated: October 15, 2009  
New York, New York

Respectfully submitted,

By: /s/ *Patrick J. Trostle*  
    Patrick J. Trostle

JENNER & BLOCK LLP  
919 Third Avenue, 37th Floor  
New York, New York  10022-3908

Telephone:  (212) 891-1600  
Facsimile:  (212) 891-1699  
Patrick J. Trostle

330 North Wabash Avenue  
Chicago, Illinois 60611-7603  
Telephone:  (312) 222-9350  
Facsimile:  (312) 527-0484  
Robert L. Byman (Admitted *Pro Hac Vice*)  
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner