**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re:                                              :      Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,              :      Case No. 08-13555 (JMP)
:
                                   Debtors.          :      (Jointly Administered)
:
---------------------------------------------------------------------x      **Ref. Docket No. 5498**


| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | ) **ss** |
| **COUNTY OF COOK** | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

MICHAEL H. MATLOCK, being duly sworn, deposes and says:

    1.    I am over the age of eighteen and employed by Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois and I am not a party to the above-captioned action.

    2.    On October 15, 2009, I caused to be served the Notice of Extended Objection Deadline for Motion to Compel ABN AMRO, Inc. to Respond to Examiner's Subpoena for Rule 2004 Examination [Docket No. 5498], by causing true and correct copies to be served by overnight delivery service to those parties on the attached Exhibit A.

                                  Michael H. Matlock

SWORN to before me
this 15th day October, 2009

    Notary Public

```
OFFICIAL SEAL
SUSAN K. PRIPUSICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-31-2012
```

**<u>EXHIBIT A</u>**

Ms. Lynda Nulty
Courtroom Deputy to the
Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

Office of the U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY  10004
ATTN:  Andy Velez-Rivera
   Paul Schwartzberg
   Linda Riffkin
   Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
ATTN:  Richard P. Krasnow
   Lori R. Fife
   Shai Y. Waisman
   Jacqueline Marcus

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
ATTN:  Dennis F. Dunne
   Dennis O'Donnell
   Evan Fleck

ABN AMRO, Inc.
ATTN:  Mary Elizabeth Taylor
600 Washington Blvd.
Stamford, CT  06901