T:\Clients\LBH\Affidavits\T:\Clients\LBH\Affidavits\Supp Aff of Sidley Austin 5494_Aff 10-14-09.doc

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ----------------------------------------------------------------x | | Ref. Docket No. 5494 |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) ss.: | |
| COUNTY OF HARTFORD | ) | |

CRAIG FALLON, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Supplemental Affidavit and Disclosure Statement of James P. Seery, Jr. on Behalf of Sidley Austin LLP," dated October 14, 2009 [Docket No. 5494], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A" on October 14, 2009,

   b) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "B" on October 15, 2009.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ Craig Fallon

Sworn to before me this                                                             Craig Fallon
15th day of October, 2009

/s/ Karen Dinsmore
Karen K. Dinsmore
Notary Public
My Commission Expires Nov. 30, 2012

EXHIBIT "A"

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com

EXHIBIT "B"

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004