UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS COMMODITY SERVICES INC.,    :    08-13885 (JMP)
                                                                                    :
Debtors.                                                                   :
                                                                                    :
---------------------------------------------------------------x    Ref. Docket Nos. 5437-5438

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK   )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Magali L. Lee
Magali L. Lee

Sworn to before me this
14th day of October, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED
              C/O ARISTEIA CAPITAL, LLC
              ATTN: ROBERT H. LYNCH, JR., MANAGER
              136 MADISON AVE, 3RD FLOOR
              NEW YORK NY 10016
```

Please note that your claim # 10008 in the above referenced case and in the amount of
　　　　$2,586,113.64　　　　has been transferred **(unless previously expunged by court order)**

```
              ARISTEIA MASTER, L.P.
              TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED
              ATTN: ROBERT H. LYNCH, MANAGER
              136 MADISON AVENUE, 3RD FLOOR
              NEW YORK NY 10016
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　　　　New York,NY 10004-1408

Send a copy of your objection to the transferee.　Refer to INTERNAL CONTROL NUMBER 5438　　　in your objection.
If you file an objection, a hearing will be scheduled.　**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2009　　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Magali Lee
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on　October 13, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED
          C/O ARISTEIA CAPITAL, LLC
          ATTN: ROBERT H. LYNCH, JR., MANAGER
          136 MADISON AVE, 3RD FLOOR
          NEW YORK NY 10016

Please note that your claim # 10008 in the above referenced case and in the amount of
         $2,586,113.64       has been transferred **(unless previously expunged by court order)**

          ARISTEIA MASTER, L.P.
          TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED
          ATTN: ROBERT H. LYNCH, MANAGER
          136 MADISON AVENUE, 3RD FLOOR
          NEW YORK NY 10016

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5438      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2009                              Vito Genna, Clerk of Court

                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 13, 2009.

**Exhibit "B"**

```
TIME: 14:33:37                                         LEHMAN BROTHERS HOLDING INC.
DATE: 10/13/09                                              CREDITOR LISTING                                                    PAGE:     1

Name                                        Address
ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED /O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVE, 3RD FLOOR NEW YORK NY 10016
ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED /O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016
ARISTEIA MASTER, L.P.                       TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 1
ARISTEIA MASTER, L.P.                       TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016

Total Number of Records Printed           4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153