# A. 1 (A)

Page 1

1              HIGHLY CONFIDENTIAL - R. AZERAD

2              UNITED STATES BANKRUPTCY COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS         Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,   (Jointly Administered)

9

              Debtors.

10

     ----------------------x

11              REVISED

12         * * *HIGHLY CONFIDENTIAL* * *

13         DEPOSITION OF ROBERT AZERAD

14              New York, New York

15              August 17, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24041

**Page 2**

```
 1          HIGHLY CONFIDENTIAL - R. AZERAD
 2                 August 17, 2009
 3                   9:29 a.m.
 4
 5          HIGHLY CONFIDENTIAL deposition
 6     of ROBERT AZERAD, held at Jones Day
 7     LLP, 222 East 41st Street, LLP, New
 8     York, New York, before Kathy S.
 9     Klepfer, a Registered Professional
10     Reporter, Registered Merit Reporter,
11     Certified Realtime Reporter, Certified
12     Livenote Reporter, and Notary Public
13     of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

**Page 3**

```
 1          HIGHLY CONFIDENTIAL - R. AZERAD
 2
 3          A P P E A R A N C E S :
 4     JONES DAY, LLP
 5     Attorneys for Lehman Brothers, Inc.
 6        222 East 41st Street
 7        New York, New York  10017-6702
 8     BY: JAYANT W. TAMBE, ESQ.
 9        KELLY A. CARRERO, ESQ.
10
11     BOIES, SCHILLER & FLEXNER, LLP
12     Attorneys for Barclays and the Witness
13        575 Lexington Avenue - 7th Floor
14        New York, New York 10022
15     BY: JACK G. STERN, ESQ.
16
17     QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
18     Attorneys for the Creditors Committee
19        51 Madison Avenue
20        22nd Floor
21        New York, New York  10010
22     BY: JAMES C. TECCE, ESQ.
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

**Page 4**

```
 1          HIGHLY CONFIDENTIAL - R. AZERAD
 2          A P P E A R A N C E S :  (Cont'd.)
 3
 4     JENNER & BLOCK, LLP
 5     Attorneys for the Examiner
 6        330 N. Wabash Avenue
 7        Chicago, Illinois  60611-7603
 8     BY: DAVID C. LAYDEN, ESQ.
 9
10     HUGHES, HUBBARD & REED, LLP
11     Attorneys for the SIPA Trustee
12        One Battery Park Plaza
13        New York, New York  10004-1482
14     BY: NEIL J. OXFORD, ESQ.
15        SETH D. ROTHMAN, ESQ.
16        AMINA HASSAN, ESQ.
17
18
19     Also Present:
20        RAJESH ANKALKOTI, Alvarez & Marsal
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

**Page 5**

```
 1          HIGHLY CONFIDENTIAL - R. AZERAD
 2     ROBERT AZERAD, called as a
 3        witness, having been duly sworn by a Notary
 4        Public, was examined and testified as
 5        follows:
 6     EXAMINATION BY
 7     MR. TAMBE:
 8        Q.   Good morning, Mr. Azerad.  My name is
 9     Jay Tambe.  I'm with Jones Day and we are
10     special counsel to Lehman Brothers Holding, Inc.
11     With me is my colleague Kelly Carrero.
12        I will let the other lawyers around
13     the table introduce themselves and what parties
14     they represent and then we can get started.
15        A.   Okay.
16        MR. ROTHMAN:  I'm Seth Rothman.  I
17     represent the Trustee under the SIPA
18     statute.
19        MR. OXFORD:  Neil Oxford with Hughes,
20     Hubbard & Reed, a colleague with Seth
21     Rothman.
22        MR. TECCE:  Good morning.  James Tecce
23     of Quinn Emanuel, Committee counsel.
24        MS. HASSAN:  Amina Hassan from Hughes,
25     Hubbard & Reed.
```

TSG Reporting - Worldwide (877) 702-9580

Page 6

1    HIGHLY CONFIDENTIAL - R. AZERAD
2        MR. LAYDEN: David Layden with Jenner
3    & Block for the Examiner.
4    BY MR. TAMBE:
5        Q.  Mr. Azerad, by whom are you employed
6    currently?
7        A.  Barclays Capital.
8        Q.  And how long have you been employed by
9    Barclays Capital?
10       A.  Since September of 2008.
11       Q.  In what position are you employed by
12   Barclays?
13       A.  I am a director in the Treasury
14   Department of Barclays Capital.
15       Q.  Based here in New York?
16       A.  Based here in New York.
17       Q.  And since you began working for
18   Barclays in September of 2008, has your title or
19   position changed?
20       A.  No.
21       Q.  If you could briefly describe for us
22   what your duties are as a director in the
23   Treasury Department.
24       A.  I am in charge of the Liquidity
25   Management Team for New York.
         TSG Reporting - Worldwide (877) 702-9580

Page 7

1    HIGHLY CONFIDENTIAL - R. AZERAD
2        Q.  And if you could just briefly describe
3    the organization of that team.  Who reports to
4    you?  Who do you report to?
5        A.  I report to Steve Sell, S-E-L-L, who
6    is the U.S. Treasurer, and under me, I have two
7    direct reports, Yaseen Akhtar, which I'm going
8    to spell for you -- y-A-S-E-E-N, and then the
9    last name is spelled A-K-H-T-A-R -- and Scott
10   Alvey, A-L-V-E-Y.
11       Scott doesn't have anyone under him.
12   Yaseen has a team of about, I guess about six or
13   seven people reporting under him.
14       Q.  If you could just briefly describe
15   what it means to be the director of the Treasury
16   Department responsible for liquidity management
17   in New York.  What do you mean by that?
18       A.  Primarily liquidity reporting and a
19   little bit of liquidity management.  That's
20   essentially what kind of Yaseen and I and
21   Yaseen's teams are doing.  Scott Alvey is in
22   charge of the Barclays Bank Delaware brokerage
23   CD program.
24       Q.  When did you first receive an offer of
25   employment by Barclays?
         TSG Reporting - Worldwide (877) 702-9580

Page 8

1    HIGHLY CONFIDENTIAL - R. AZERAD
2        A.  I believe it was at the same time as
3    most other U.S. employees of Lehman Brothers,
4    which I believe was the weekend of September 18
5    or 19th.  I don't have a calendar in front of
6    me, but whatever was the Sunday or Monday.
7        Q.  So roughly the end of the week in
8    which Lehman Brothers declared bankruptcy?
9        A.  That is correct, yes.
10       MR. STERN:  Jay, if you don't mind, I
11   have a monthly calendar for September, which
12   may help the witness.
13       MR. TAMBE:  Great.  Thank you.
14       MR. STERN:  Just if I could keep it in
15   front of Mr. Azerad for reference.
16       Q.  If you take a look at September 15, do
17   you remember that --
18       A.  That would have been September 21,
19   which would have been a Sunday, I believe.
20       Q.  So you believe it was September 21
21   that you received an offer of employment from
22   Barclays; is that right?
23       A.  To the best of my recollection.  I
24   was -- I received an e-mail, which I had to
25   reply yes or no, depending on whether I was
         TSG Reporting - Worldwide (877) 702-9580

Page 9

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    willing to accept an offer from Barclays, and I
3    believe it was at the same time as most other
4    U.S. employees of Lehman Brothers.
5        Q.  Okay.  And the e-mail that you recall
6    receiving on September 21, did that contain an
7    offer of employment?
8        A.  I don't exactly remember how the
9    wording of the e-mail was, was structured, but I
10   took it to be an offer of employment.
11       Q.  Let me ask the question a little
12   differently.  There was an e-mail.  Was there an
13   attachment, an employment agreement or a
14   contract?
15       A.  There was nothing.  It was just the
16   text of the e-mail, I don't remember seeing any
17   attachment, and then I had to respond to it.
18       Q.  Okay.  And you responded to it, right?
19       A.  I responded to it.
20       Q.  On Monday, the 22nd, you responded,
21   correct?
22       A.  I don't remember when precisely.  It
23   may have been on Sunday.  It may have been on
24   Monday.
25       Q.  Do you recall the terms of your offer
         TSG Reporting - Worldwide (877) 702-9580

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  of employment being spelled out in this Sunday,
2  September 21, e-mail?
3     A.   No, I don't recall currently if the
4  terms were contained in that e-mail.
5     Q.   I'm just going to show you -- just
6  mark this as 174.
7        (Exhibit 174, an e-mail from R. Azerad
8        dated 9/22/08, marked for identification, as
9        of this date.)
10    Q.   I have had placed before you a
11  document marked as 174.  Would you take a look
12  at that.  Let me know when you're done with it.
13    A.   Uh-huh.  Okay.
14    Q.   That's the e-mail where you accepted
15  the offer of employment, right?
16    A.   That is correct.
17    Q.   We have not had produced to us the
18  e-mail you described, which was the e-mail to
19  you --
20    A.   Uh-huh.
21    Q.   -- around Sunday, the 21st, describing
22  this offer of employment.  Have you seen that
23  offer recently?
24    A.   No, I have not.

**HIGHLY CONFIDENTIAL - R. AZERAD**

1     MR. TAMBE:   We would ask counsel to
2  produce a copy of that e-mail and any
3  attachments to that e-mail.
4     MR. STERN:  I'm surprised you don't
5  have it.  But I'll double-check.
6     MR. TAMBE:  And maybe it's in the
7  various documents that have come over, but
8  we have not detected it.
9     MR. STERN:  We'll double-check for
10  sure.
11    Q.   Do you recall ever signing a written
12  employment agreement with Barclays?
13    A.   No, I don't.

**REDACTED**

25    Q.   And that was your understanding when

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  you sent this e-mail, Exhibit 174?
2     A.   Uh-huh.
3     Q.   Yes?
4     A.   Yes, that's correct.
5     Q.   And through whom, from whom did you
6  get that understanding?
7     A.   I don't remember at that time.  The
8  way I would -- it was like, the way I would
9  describe it, was kind of my intuitive
10  understanding at that time that this would be
11  the way -- the way it would play out.
12    Q.   Fair enough.  And was that your
13  understanding even before you received the
14  Sunday e-mail which offered the employment?
15    A.   I don't recall.
16    Q.   Did you have a general sense in the
17  days leading up to that weekend that in some way
18  Barclays was going to offer employment to Lehman
19  employees, take care of your salary and bonuses?
20    A.   It was my understanding at that time
21  that a large number of Lehman employees would be
22  transitioning to Barclays.
23    Q.   Including several people that you were
24  working with, right?

**HIGHLY CONFIDENTIAL - R. AZERAD**

1     A.   Including several people that I would
2  be working with, yes.
3     Q.   And prior to your move to Barclays,
4  your direct report was to Mr. Tonucci; is that
5  right?
6     A.   That's correct.
7     Q.   He was your immediate boss, right?
8     A.   He was my immediate boss.
9     Q.   And you understood that Mr. Tonucci
10  would be going over to Barclays as well,
11  correct?
12    A.   That was my understanding at that
13  time.  I don't recall having any discussion with
14  Mr. Tonucci about it.
15    Q.   Prior to joining Barclays, what was
16  your position at Lehman?
17    A.   Prior to joining Barclays, I was the
18  Global Head of Assets and Liabilities Management
19  at Lehman Brothers.
20    Q.   And for how long had you held that
21  position at Lehman?
22    A.   I became the acting head in March of
23  2008.  I don't recall when I was made the
24  official head.

Page 14

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    Q.   Is it fair to say from your answer
3    that since March of 2008 you were functioning as
4    the Asset and Liability -- Global head of asset
5    and Liability Management at Lehman?
6    A.   Yes.
7    Q.   And prior to March 2008, what was your
8    position at Lehman?
9    A.   I was the Head of Global Financial
10   Management Reporting.
11   Q.   And how long had you held that
12   position?
13   A.   I believe since 2006.
14   Q.   And when did you start at Lehman?
15   A.   In January of 2000.
16   Q.   In your role as Global Head of Asset
17   and Liability Management at Lehman, did you --
18   withdraw that.  As Global Head of Asset and
19   Liability Management at Lehman, just describe
20   briefly what your day-to-day duties were.
21   A.   I had a large number of people
22   reporting to me that could be classified in kind
23   of three groups:  Liquidity reporting, liquidity
24   management, and also had the Treasury Funding
25   Desk reporting to me.

TSG Reporting - Worldwide (877) 702-9580

Page 15

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    The Treasury Funding Desk had two or
3    three primary responsibilities, which was the
4    unsecured debt, the unsecured debt issuance, the
5    management of the liquidity pool and, in
6    conjunction with cash and collateral management,
7    the intercompany funding of Lehman.
8    Q.   So let's drill down on these different
9    parts of your work.  Let's start with liquidity
10   reporting.
11   While you were at Lehman, what sorts
12   of things are captured under liquidity
13   reporting?  What is liquidity reporting?
14   A.   Liquidity reporting is essentially
15   measuring the liquidity metrics that informs
16   Lehman of its liquidity position.
17   Q.   When you say "liquidity position,"
18   it's just how much cash Lehman has available or
19   can raise; is that roughly what that is?
20   A.   That's one of the metrics, but that's
21   not the -- the cash position or the liquidity
22   pool is one of the metrics.
23   Q.   So cash is one of the metrics.  Is
24   borrowing capacity another of the metrics?
25   A.   No, it's not.

TSG Reporting - Worldwide (877) 702-9580

Page 16

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    Q.   Okay.  So what are the other metrics?
3    A.   The other metrics was the detailed
4    analysis of our secured funding, detailed
5    reporting of our unsecured debt, a reporting of
6    our contingent liquidity risk.
7    Q.   Anything else?
8    A.   And, yes, the measure of our cash
9    capital position.
10   Cash capital is an industry concept
11   which measure liabilities with life, remaining
12   life greater than one year.
13   MR. STERN:  Excuse me.  One of your
14   previous answers referred to detailed
15   analysis of unsecured funding.  You said
16   unsecured or secured?
17   THE WITNESS:  It was both.
18   Q.   Just recapping this liquidity metrics,
19   you've got cash, detailed analysis of secured
20   funding, reporting of unsecured debt; is that
21   right?
22   A.   Unsecured, yes.
23   Q.   Reporting of contingent liquidity
24   risks?
25   A.   Uh-huh.

TSG Reporting - Worldwide (877) 702-9580

Page 17

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    Q.   Right?  Measuring of the cash capital
3    position?
4    A.   That is correct.
5    Q.   And a measurement or reporting of the
6    liabilities with lives greater than one year?
7    A.   No, that's just the definition of
8    "cash capital."
9    Q.   And when you referred to analysis of
10   secured funding, would that include repo
11   funding?
12   A.   That's correct.
13   Q.   So, again, going back to your
14   day-to-day responsibilities, under liquidity
15   reporting you are receiving detailed information
16   about all of these different liquidity metrics,
17   correct?
18   A.   That's correct.
19   Q.   Another part of your job is not just
20   to get -- was not just to get the liquidity
21   reports, but then to manage the liquidity of the
22   firm, correct?
23   A.   It was to set the parameters, the
24   policy.  In Lehman parlance, the funding
25   framework.

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  Q.  Can you describe for us what it means
3  to set the funding framework?
4  A.  These are essentially rules which a
5  summary of which can be found in our annual
6  report and 10-K and 10-Q filing explaining how
7  we intend to fund Lehman.
8  Q.  And in addition to yourself, were
9  there other individuals at Lehman who were
10  responsible for setting the funding framework?
11  A.  Yes.  I mean, obviously the funding
12  framework had to be agreed upon by the Finance
13  Committee of Lehman.  The CFO, the Global
14  Treasurer and other people were members of the
15  Finance Committee.
16  Q.  Going back to your listing of
17  duties --
18  A.  If I may just add one thing.  My role
19  was essentially to make proposals, but the
20  Finance Committee was a governance body.  That
21  was where the decisions were ultimately being
22  made.
23  Q.  And just so I understand your
24  clarification, this is with respect to the
25  funding framework; is that right?

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  A.  That's correct.
3  Q.  You would make a proposal and the
4  Finance Committee would make the decision?
5  A.  Uh-huh.
6  Q.  Is that right?
7  A.  That's correct.
8  Q.  Going back to your day-to-day
9  responsibilities at Lehman, you referenced the
10  Treasury Funding Desk and I believe information
11  or actions concerning the Treasury Funding Desk,
12  and one of those had to do with unsecured debt
13  issuance?
14  A.  Uh-huh.
15  Q.  Yes?
16  A.  I'm sorry.
17  Q.  You just have to say yes or no so she
18  could record it.
19  Describe that function a little
20  further.  What does that entail?
21  A.  The Treasury Funding Desk, upon
22  instruction generally from the treasurer and all
23  the CFO, was then liaising with either the
24  Commercial Paper Desk, which is part of the
25  Fixed Income Division of Lehman, or with the

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  Syndicate Desk, which is also part of the Fixed
3  Income Division, to issue short-term or
4  long-term debt.  It would then also liaise with
5  the Derivative Desk to swap the desk -- to swap
6  the debt if we deem it -- if it was deemed to be
7  an appropriate decision.
8  Q.  So, again, just to put this in context
9  in terms of managing the liquidity of Lehman,
10  this is providing liquidity to Lehman either
11  through short-term commercial paper or long-term
12  borrowing, correct?
13  A.  That is correct.
14  Q.  There were three aspects under the
15  Treasury Funding Desk that you described.
16  Another one was the management of the liquidity
17  pool.  Would you describe what you meant by
18  that?
19  A.  Yes, Lehman Brothers Holding had a
20  liquidity pool, and the function of the funding
21  desk, again, was to manage on a day-to-day basis
22  the liquidity pool, meaning in which instrument
23  the liquidity pool was going to be invested.
24  Q.  And the last component of the Treasury
25  Funding Desk had to do with intercompany funding

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  of Lehman?
3  A.  Uh-huh.
4  Q.  Can you describe what you meant by
5  that?
6  A.  Lehman had many legal, many different
7  legal entities.  The way that most of the
8  unsecured debt in the U.S. was raised through
9  Lehman Brothers Holdings, Inc. and so to the
10  extent that some subsidiaries were in need of
11  unsecured funding when there would be an
12  unsecured loan from Holdings to these different
13  legal entities.
14  Q.  I should have picked this up earlier.
15  Were you employed both by Lehman Brothers, Inc.
16  and Lehman Brothers Holdings, Inc.?
17  A.  No, I believe -- I believe I recall,
18  I'm not a hundred percent sure, I was an
19  employee of Holdings.
20  Q.  Focusing on the secured funding aspect
21  of your work, that was done through repos,
22  correct?
23  A.  That was a primary form of secured
24  funding.
25  Q.  What other form of secured funding did

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD
1    HIGHLY CONFIDENTIAL - R. AZERAD
2    you have at Lehman?
3    A.    There was repo and there were also
4    stock loan.  There were also some asset-backed
5    debt being issued as well.
6    Q.    So, focusing in on the repo part of
7    it, could you describe for me what your duties
8    were with respect to repo agreements that Lehman
9    entered into as part of its liquidity
10    management?
11    A.    The secured funding was placed under
12    the responsibility of the Prime Services
13    division.  My role within Treasury was to
14    analyze the secured funding book by counterparty
15    and by asset class and by legal entity,
16    obviously.
17    Q.    For what purpose were you analyzing
18    the secured funding book?
19    A.    It's one of the -- secured funding
20    was, on a percentage basis, the primary source
21    of funding for Lehman Brothers.
22    Q.    And as we get closer to September 15,
23    was it the case that other funding sources for
24    Lehman Brothers were less and less accessible to
25    Lehman Brothers?
TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    A.    Yes.
3    Q.    For example, the CP Desk, the CP
4    funding function, was that available to Lehman
5    in the early weeks of September 2008?
6    A.    We may have done one or two CP trades
7    at the beginning of the week, but it's probably
8    fair to say that, by the end of the week, we had
9    lost our ability to issue CP.
10    Q.    And the week you're referring to?  You
11    have a calendar there.
12    A.    This is the week starting September 8.
13    Q.    So, by the end of the week of
14    September 8, you had lost that ability?
15    A.    To the best of my knowledge.
16    Q.    Okay.  How about long-term --
17    issuances of long-term debt, what was the
18    capacity for Lehman to do that in the first few
19    weeks of September?
20    A.    I don't know.  It was -- it was our
21    policy at Lehman not to issue long-term debt
22    between the end of the quarter and our earnings
23    release, which I think came on September 9th or
24    September 10th.  So we never tried to issue
25    long-term debt in the first few weeks of -- in
TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    the first week and a half in September.
3    Q.    But how about leading up to that,
4    let's go back to August then, what was the
5    prospect like for Lehman issuing long-term debt
6    in August?
7    A.    I don't remember exactly, but
8    discussions that were held with the Syndicate
9    Desk, which -- but they were clearly not as
10    favorable as earlier in the year.
11    Q.    In the days, immediate days leading up
12    to the 15th, so the 11th, the 12th of September
13    of that weekend, would you describe for us what
14    the liquidity position of Lehman Brothers was
15    during those days?
16    A.    I don't recall the exact numbers.  I
17    have a vague understanding -- I have a vague
18    remembrance it was probably -- started the week
19    somewhere in the $30 billion, that's for
20    holding, Inc., and we probably ended the week
21    around September 12th -- it's hard to tell.  I
22    don't recall exactly what -- how we ended
23    September -- how we ended the liquidity pool on
24    September 12, but we did lose liquidity during
25    that week.
TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    Q.    Now, when Lehman did secured financing
3    through or secured borrowing through a repo
4    facility, it had to post as collateral
5    securities, correct?
6    A.    That is correct.
7    Q.    And those securities had a market
8    value, correct?
9    A.    That is correct.
10    Q.    Who within Lehman determined the
11    market value of securities that were posted as
12    collateral for a repo agreement?
13    A.    It was a tri-party repo agreement,
14    which was the primary form for a repo
15    transaction.  Then our tri-party custodian,
16    JPMorgan Chase, was valuing the securities.
17    Q.    And Lehman's ability to borrow against
18    that value of securities would be subject to
19    haircuts that were placed by the lender; is that
20    correct?
21    A.    That is correct.
22    Q.    So JPMorgan decides, determines what
23    the value is, correct?
24    A.    The market value.
25    Q.    The market value.  And then Lehman's
TSG Reporting - Worldwide (877) 702-9580

Page 26

HIGHLY CONFIDENTIAL - R. AZERAD

1  ability to borrow dollars against that value is
2  discounted by a haircut, correct?
3
4      A.   That is correct.
5      Q.   And were the haircuts negotiated with
6  your lender individually?
7      A.   Generally, yes. I was not part of the
8  discussion, but that is my understanding.
9      Q.   And they would be set out in a
10  schedule to the relevant repo agreements,
11  correct?
12      A.   That is correct, typically referred to
13  as Schedule A.
14      Q.   Okay. Who within Lehman would have
15  negotiated those haircuts with repo lenders in
16  that time period, which is the first two weeks
17  of September?
18      A.   It would have been the sales force,
19  which would have been part of the front office
20  sales Prime Service, perhaps Fixed
21  Income, perhaps Equities.
22      Q.   Can you think of any particular names
23  of people who would have led that effort at
24  Lehman?
25      A.   I don't have specific names. There

TSG Reporting - Worldwide (877) 702-9580

Page 27

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  were people like Bill Lista, who I know had been
3  involved in the past in repo negotiation.
4  Whether he was involved that particular week I
5  don't recall.
6      Q.   Would you provide the front office
7  people with parameters for negotiating these
8  schedules?
9      A.   No.
10      Q.   The deals that they struck with
11  lenders on the Schedule A, the haircut schedule,
12  would affect the ability of Lehman to borrow,
13  correct?
14      A.   It would affect the amount of cash we
15  could raise against our securities.
16      Q.   Because, as the haircuts increased,
17  your borrowing ability against the same base of
18  assets would decrease, correct?
19      A.   That is correct.
20      Q.   So were you involved in directing or
21  working with the front office team in
22  determining the haircuts?
23      A.   I don't recall.
24      Q.   How about market valuation, did you
25  get involved in the process of reviewing the

TSG Reporting - Worldwide (877) 702-9580

Page 28

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  values set by your tri-party provider, JPMorgan?
3      A.   No, I was not.
4      Q.   Were you aware of any significant
5  discrepancies between JPMorgan's valuation of
6  securities and Lehman's own internal marks of
7  those securities?
8      A.   Not specifically related to September
9  8, but relating to my time at Lehman Brothers in
10  Treasury, I am aware that from time to time
11  there have been discrepancies between our market
12  values and JPMorgan market values. And again,
13  not specifically related to September 8, but
14  related to my time at Lehman Brothers, I am
15  aware that there had been working groups between
16  Lehman and JPMorgan to try to understand the
17  differences.
18      Q.   Let's roll over into the week of
19  September 15. What I would like to do for the
20  next little while is now walk through and find
21  out from you what you were doing, where you were
22  during that week, and let's take it almost day
23  by day.
24      So let's start with September 15. You
25  recall September 15, right?

TSG Reporting - Worldwide (877) 702-9580

Page 29

HIGHLY CONFIDENTIAL - R. AZERAD

1
2      A.   I -- well, I have -- let me kind of
3  make a general statement. In the week preceding
4  September 15, I think the month preceding
5  September 15, Lehman had -- my team in Treasury,
6  including myself, including Paolo Tonucci, had
7  been working very long hours trying to satisfy
8  various requests for information from the rating
9  agencies, from different regulators, from our
10  own internal management, and that probably
11  was -- that workload increased at the beginning
12  of September 8, just among many other things,
13  because it was the end of our quarter, August
14  31, so we had to prepare our earnings release.
15      The week of September 15 is almost a
16  year -- it's almost a year ago, and I have some
17  recollection, not detailed recollection, now of
18  what happened that week.
19      Q.   Okay. Fair enough. So what I'd like
20  to do for the next little while is get your
21  recollection of what you were doing that week
22  and certain events that week, and later on this
23  morning, we'll go back and look at some
24  documents that might help you remember other
25  aspects of that week. Fair?

TSG Reporting - Worldwide (877) 702-9580

Page 30

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    A.    Yes.
3    Q.    So let's go back to September 15. You
4    remember September 15, generally, right?
5    A.    I remember -- what I remember from
6    September 15 is me walking into the office and
7    having to tell my team that Lehman Brothers had
8    filed for bankruptcy. I think it must have been
9    on the morning of September 15th, but I learned
10    about the decision I think late on Sunday,
11    September 14.
12    Q.    That weekend leading into September
13    15, where were you?
14    A.    That weekend I was -- I was working in
15    the office, either in my own office, which is at
16    1301 Sixth Avenue, which is where Treasury was
17    located, and I was also at 745 Seventh Avenue.
18    Q.    And what were you doing that weekend
19    in the office?
20    A.    I was helping Paolo Tonucci as best as
21    I could. We had several requests for
22    information and we were also trying to finalize
23    our liquidity metrics for September 12.
24    Q.    The requests for information that you
25    had, were those from prospective buyers of

Page 31

**HIGHLY CONFIDENTIAL - R. AZERAD**

1    Lehman Brothers?
2
3    A.    I don't recall precisely. They may
4    have been. There were also requests from the
5    Federal Reserve as well.
6    Q.    Were you aware of indications of
7    interest to purchase Lehman in the days leading
8    up to 15th?
9    A.    Yes, I was.
10    Q.    And were you involved at all in
11    providing information to any of those parties
12    that had expressed an interest in Lehman
13    Brothers?
14    A.    I remember having a meeting with Bank
15    of America in the week ending September 14th. I
16    don't remember which days precisely of the week.
17    I don't remember which days precisely, but it
18    must have been toward the second half of that
19    week, so from the 10th to the 12th. And I was
20    also aware of an interest by Barclays, and I
21    may, although I don't recall precisely, I may
22    have provided information to Barclays.
23    Q.    Were you aware of any requests for
24    information from either Barclays or Bank of
25    America the weekend prior to the 15th?

Page 32

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    A.    I don't recall precisely. My
3    recollection is bank of -- I did not receive any
4    information -- any requests for information from
5    Bank of America the Saturday or the Sunday. I
6    may have received, but I don't recall precisely,
7    requests for information from Barclays.
8    Q.    You described some requests for
9    information from the Fed. Do you recall the
10    nature of those requests?
11    A.    The Fed was interested in our
12    liquidity metrics.
13    Q.    And you stated that that weekend, the
14    weekend of the 13th and 14th, some of your time
15    was spent assessing your liquidity metrics for
16    the 12th; is that correct?
17    A.    That is correct.
18    Q.    Can you describe further what you mean
19    by that?
20    A.    There was some uncertainty about where
21    we finished our liquidity from a liquidity
22    standpoint at the end of the 12th. There were
23    large movements of securities and cash between
24    Lehman and the street and also across Lehman
25    entities, and there was a team of people,

Page 33

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    primarily led by Prime Services, which was
3    trying to get a better handle on what happened.
4    Q.    Now, on or about the 12th of September
5    you learned of some changes in the way the Fed
6    was going to be applying haircuts to the
7    collateral in the Fed facility; is that right?
8    A.    Not on the 12th. It was on the -- it
9    must have been on the 14th or the 15th.
10    Q.    Okay. And what was your understanding
11    of the change in the Fed's approach to haircuts
12    in that time period?
13    A.    What I recall was on the -- either on
14    the 14th or on the 15th, the Fed made an
15    announcement extending liquidity facilities to
16    other broker-dealers, Merrill Lynch, Goldman
17    Sachs, Morgan Stanley, in particular, but did
18    not make the same offer to Lehman Brothers.
19    So, in particular, because it became a
20    critical funding facility during the week of
21    September 15th, the primary dealer credit
22    facility, which is typically referred to as a
23    PDCF, we -- Lehman was operating under a
24    different schedule, haircut schedule, I believe,
25    than what was offered to other broker-dealers.

Page 34

HIGHLY CONFIDENTIAL - R. AZERAD
1
2  Q.   And was the haircut schedule that
3  Lehman was operating under, was that itself
4  changed or altered in any way between the 12th
5  and the 15th?
6  A.   We did not use the PDCF on the 12th.
7  We started using it on the 15th.
8  Q.   Okay.  So on the 15th you described
9  one of the tasks you dealt with on the 15th was
10 telling your team about the filing of the
11 bankruptcy, right?
12 A.   Uh-huh.
13 Q.   Yes?
14 A.   That is correct.
15 Q.   In terms of reviewing and managing
16 Lehman's liquidity on the 15th, what were you
17 doing?
18 A.   We were trying to kind of grapple with
19 the aftermath of a bankruptcy of Lehman Brothers
20 Holding.  Our liquidity at Lehman was global --
21 our liquidity reporting was global in nature and
22 primarily focused on the holding company, and we
23 had to change our focus starting on the 15th to
24 now focus on our U.S. broker-dealer, Lehman
25 Brothers, Inc., which is typically referred to
TSG Reporting - Worldwide (877) 702-9580

Page 35

HIGHLY CONFIDENTIAL - R. AZERAD
1
2  as LBI.
3  Q.   On the 15th, what were the sources of
4  secured funding that were available to Lehman?
5  A.   By "Lehman," you mean LBI?
6  Q.   I mean LBI.
7  A.   For LBI, we had a few term repo
8  transactions that were struck before the 15th
9  and contractually obliged to continue since LBI
10 was still in operations, and then we had the --
11 and then we had the PDCF.
12 Q.   If I understand your earlier answer
13 correctly, you said the PDCF became available to
14 Lehman on the 15th?
15 A.   No, it was available prior to the
16 15th.  We did not use it except for a few test
17 trades when it became available back in I
18 believe March or April of 2008, but it was
19 available prior to the 15th.
20 Q.   And other than the PDCF, what other
21 Fed facilities were available to Lehman, to LBI,
22 for funding on the 15th?
23 A.   We were also using the TSLF.  I don't
24 recall precisely how much we were funding
25 through the TSLF, but it was -- it was primarily
TSG Reporting - Worldwide (877) 702-9580

Page 36

HIGHLY CONFIDENTIAL - R. AZERAD
1
2  somewhat liquid agency securities.
3          On the 15th, we knew that most of the
4  repo transactions maturing on the 15th were not
5  going to be rolled, for obvious reasons, and
6  therefore, the PDCF was going to become the
7  primary source of funding for LBI.
8  Q.   Did Lehman also amend its existing
9  tri-party funding agreement with Barclays on the
10 15th?
11 A.   I don't recall.
12 Q.   Do you have a general recollection
13 that Lehman began to borrow from Barclays during
14 that week, the week of the 15th?
15 A.   Yes, we entered into a repo
16 transaction.  I don't recall when.  It must have
17 been either on the 15th or the 16th.
18 Q.   Did you play any role in negotiating
19 that repo transaction with Barclays you say
20 either on the 15th or the 16th?
21 A.   I did not play any role in
22 negotiating.
23 Q.   Did you play any role whatsoever in
24 connection with that repo transaction?
25 A.   To the best of my recollection, my
TSG Reporting - Worldwide (877) 702-9580

Page 37

HIGHLY CONFIDENTIAL - R. AZERAD
1
2  primary role was just to report on our secured
3  funding position for LBI.  So, because it became
4  available and because it became a source of
5  funding, it became part of a reporting.
6  Q.   And do you understand that the nature
7  of the funding provided by Barclays changed as
8  that week went on?
9  A.   My recollection is that the repo
10 facility grew during that week.  How to --
11 that's probably -- that was -- that essentially
12 is my -- is my recollection.  And then there was
13 a -- it became very large on the night of the
14 18th, the Thursday.
15 Q.   And was it your understanding that the
16 Barclays repo facility became very large on the
17 night of Thursday, the 18th, because Barclays
18 was essentially stepping into the shoes of the
19 Fed?
20     MR. STERN:  Objection to the form.
21 A.   My understanding is that there was a
22 transfer of securities, and I use the word
23 "transfer" in the loosest non-legal term
24 possible, between LBI and Barclays, and my
25 understanding is that the repo played a role in
TSG Reporting - Worldwide (877) 702-9580

Page 38

HIGHLY CONFIDENTIAL - R. AZERAD

1  that transfer.
2  Q.  Okay.  So your understanding is that
3  the repo, the Barclays repo, was the way in
4  which securities were transferred from Lehman to
5  Barclays?
6        MR. STERN:  Objection to the form.
7     A.  I'm not trying to -- I haven't -- the
8  week of September 15th I have not seen the
9  purchase agreement or the contract between
10  Lehman and Barclays, so I can't tell you how the
11  transfer of securities was going to be done.  My
12  understanding is was that if the transaction was
13  successful, the securities being repo'd to
14  Barclays would not come back to Lehman
15  eventually.
16     Q.  Was there going to be a default on the
17  repo?
18     A.  Again, I haven't seen the form of the
19  transaction.  It was my understanding on the
20  week of September -- on the week of September
21  15th that if there was no transaction being
22  done, then LBI would not be able to survive as a
23  broker-dealer indefinitely.
24        So at some point something would have

TSG Reporting - Worldwide (877) 702-9580

Page 39

HIGHLY CONFIDENTIAL - R. AZERAD

1  happened, a repo transaction would have failed
2  or something else would have happened, depending
3  on when the -- depending on when LBI would have
4  filed for receivership.
5     Q.  Okay.  We'll come back to that.  On
6  the 15th did you also learn about a potential
7  transaction between Lehman and Barclays where
8  Barclays would be purchasing the North American
9  operations of LBHI?
10     A.  To the best of my recollection, I
11  believe I became aware of discussions between
12  Lehman and Barclays post-bankruptcy, because
13  obviously they also took place prior to the
14  bankruptcy on Tuesday.
15        Again, this is my best of my
16  recollection the -- what happened this week is
17  somewhat.  I may not have exact date, but
18  somewhere around the 16th is when I believe that
19  there were ongoing discussions.
20     Q.  And do you recall how you found out
21  about those discussions on the Tuesday?
22     A.  It must have been as a side discussion
23  with Paolo Tonucci.
24     Q.  You told me earlier that you had not

TSG Reporting - Worldwide (877) 702-9580

Page 40

HIGHLY CONFIDENTIAL - R. AZERAD

1  seen the Asset Purchase Agreement; is that
2  right?
3     A.  The week -- I hadn't seen it the week
4  of September 15th or the week of September 22nd.
5     Q.  When did you see it?
6     A.  I became aware of it as part of the
7  work I was -- as part of the litigation work I
8  was doing on behalf of Barclays in 2009.
9     Q.  What litigation work were you doing on
10  behalf of Barclays in 2009?
11        MR. STERN:  I'm going to instruct the
12  witness not to answer.  That's privileged.
13     Q.  Are you aware of something called a
14  clarification letter?
15     A.  I'm not aware of it.  I should say at
16  that time, on September 2008, I was not aware of
17  a clarification letter.
18     Q.  Okay.  Have you seen the clarification
19  letter?
20     A.  To the best of my knowledge, no.
21  Clearly not in September 2008.
22     Q.  During the week of September 15, 2008,
23  what was your understanding of the overall
24  economics of this transaction between Barclays

TSG Reporting - Worldwide (877) 702-9580

Page 41

HIGHLY CONFIDENTIAL - R. AZERAD

1  and Lehman?
2     A.  I didn't have an understanding of the
3  economics of a transaction between Lehman and
4  Barclays.  I was asked during that two weeks to
5  provide information, which I believe was used as
6  part of a negotiation, but I was not -- I was
7  not kept abreast of the economics of a
8  transaction.
9     Q.  Just in round terms, do you know what
10  was the value of the assets that Barclays was
11  buying?
12     A.  Yes, that I was part -- I was part of
13  the team which I believe the weekend of
14  September 20th was helped to establish the
15  opening balance sheet.  So, yes, I was aware of
16  a value.
17     Q.  So, from your involvement in that
18  process of preparing the opening balance sheet,
19  you're aware of the assets that Barclays was
20  purchasing, correct?
21        MR. STERN:  Objection to the form.
22     A.  I was part of the -- yes, I was.  That
23  was also part of my day-to-day responsibilities
24  of tracking secured funding.

TSG Reporting - Worldwide (877) 702-9580

Page 42

HIGHLY CONFIDENTIAL - R. AZERAD

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    Q.   And as part of your involvement in the
3    process of preparing the opening balance sheet,
4    you also became aware of the liabilities that
5    Barclays was assuming?
6    A.   I recall seeing an opening balance
7    sheet for both assets and liabilities, but my
8    role on the opening balance sheet was primarily
9    focused on the asset side, plus obvious -- plus
10   the associated repo transactions, not other
11   aspects of the liabilities.
12   Q.   And what's your general recollection
13   of the total value of assets that were
14   transferred from Lehman to Barclays as part of
15   the sale transaction?
16   A.   I don't have a good recollection.  I
17   believe that on Thursday night, the 18th, there
18   was approximate -- there was approximately
19   something between 40 and 50 billion dollars of
20   assets being transferred from -- being repo'd
21   from Lehman to Barclays, but I was not told what
22   was the overall size of assets, the ultimate
23   asset list being purchased from Lehman by
24   Barclays.
25   Q.   Other than the securities that were

TSG Reporting - Worldwide (877) 702-9580

Page 43

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    transferred Thursday night, the 18th, were you
3    also aware that there were other securities and
4    assets identified on the 19th of September for
5    transfer to Barclays?
6    A.   I was working on a schedule, which
7    turned out to be not a very useful exercise,
8    trying to identify assets that might be
9    transferred to Barclays.
10   Q.   I'm sorry, I'm not sure if that
11   answers my question.  Were you aware of
12   securities, in addition to securities
13   transferred on Thursday night, that were
14   transferred to Barclays on the 19th?
15   A.   There were -- I was aware that there
16   were additional securities, I believe, being
17   transferred.  I don't remember whether it was on
18   the 19th or it was in the subsequent days, but
19   this was not the only transfer of securities
20   between Barclays and -- between Lehman and
21   Barclays.
22   Q.   Putting aside securities, were you
23   also aware of transfers of cash and receivables
24   from Lehman to Barclays?
25   A.   To the best of my knowledge, no.  I'm

TSG Reporting - Worldwide (877) 702-9580

Page 44

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    aware that Barclays purchased other assets
3    besides securities, but I don't have the exact
4    list of assets that Barclays purchased from
5    Lehman.
6    Q.   What's your best understanding of what
7    assets Barclays purchased other than securities?
8    A.   Well, there were a few things, and
9    perhaps, by receivables, that's not the way that
10   I refer to it, so I should probably ask you if
11   you have specific receivables, but there were a
12   few things that Barclays purchased.
13       It was -- there was a claim on
14   securities held -- or, securities or cash held
15   by Lehman as part of a 15c3-3 lockup which
16   should have returned to LBI as part of the
17   unwinding of LBI, or should return to LBI as
18   part of the unwinding of LBI.  That might be
19   what you refer to by cash and receivables.  I
20   think of it as being part of the 15c3-3 assets.
21       And then there were also the
22   headquarters of Lehman at 745 Seventh Avenue, I
23   believe, at least from what I've read in some of
24   the external communications, that was also
25   purchased by Barclays.

TSG Reporting - Worldwide (877) 702-9580

Page 45

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    Q.   To your recollection or understanding,
3    were any assets concerning excess options or
4    derivatives margin that was also transferred by
5    Lehman to Barclays?
6    A.   I remember having discussions on
7    whether or not this could be transferred to
8    Barclays.  I don't remember whether there
9    were -- it became part of a final purchase
10   agreement.
11   Q.   And with whom do you recall having
12   those discussions?
13   A.   I don't recall precisely.  I don't
14   recall precisely.
15   Q.   Sir, I've handed you a one-page
16   document previously marked as Exhibit 136A.
17   A.   Thank you.
18   Q.   Take a moment to review it.  Let me
19   know when you're done.
20       (Document review.)
21   A.   I've read the e-mail.
22   Q.   There's a reference in this document
23   to -- the second sentence in the e-mail at the
24   bottom, which is from Mr. Kelly to Ian Lowitt.
25   You are not shown as a copy on any of these

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1  **HIGHLY CONFIDENTIAL - R. AZERAD**
2  **e-mails.**
3  **Let me read a sentence to you and ask**
4  **you a question about it: "Final price did not**
5  **change meaningfully. Approximately a 5B,"**
6  **billion, "all in economic loss versus our marks**
7  **and 3.6B," billion, "of resi assets left**
8  **behind."**
9  **Do you see that?**
10  A.   Yes.
11  **Q.   Was it your general understanding that**
12  **that was the nature of the economics of the**
13  **deal?**
14  MR. STERN: Objection to the form.
15  A.   I don't understand what Martin Kelly
16  says in this e-mail.
17  **Q.   Do you have an understanding**
18  **independent of this e-mail that roughly the**
19  **economics of the deal were a $5 billion loss in**
20  **economic value against the Lehman marks?**
21  A.   To the best of my recollection, no.
22  **Q.   To the best of your recollection or**
23  **understanding, were the economics of the deal**
24  **such that there was a loss to Lehman and a gain**
25  **to Barclays as a result of this transaction?**

1  **HIGHLY CONFIDENTIAL - R. AZERAD**
2  MR. STERN: Objection to the form.
3  A.   No.  My understanding of the
4  transaction is that there was uncertainty both
5  as it refers to the value of a specific asset,
6  but more generally as part of the general market
7  uncertainty.  There was a significant increase
8  in volatility that week as a result of, in part,
9  of the bankruptcy of Lehman Brothers, the
10  purchase of Merrill Lynch by Bank of America,
11  and the rescue plan of AIG, and that uncertainty
12  was in part as a result of a transaction
13  transferred from Lehman to Barclays.
14  **Q.   Do you have my question in mind?**
15  **Because I'm not sure you answered my question.**
16  MR. STERN: Objection.
17  MR. TAMBE: Just read back my
18  question.
19  (Record read.)
20  MR. STERN: Objection.  He already
21  testified he didn't recall the economics.
22  A.   That's -- I do not -- what I do recall
23  that week was that there was significant
24  uncertainty, asset prices in general, not just
25  on Lehman asset prices, but just asset prices in

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  general, and that by acquiring these assets,
3  essentially the uncertainty on the valuation of
4  these assets was transferred from Lehman to
5  Barclays.  It may have resulted in a gain or in
6  a loss.  That I -- that I don't know.  I
7  don't --
8  **Q.   Okay.  So if there was a gain to**
9  **Barclays from this transaction, you know nothing**
10  **about it?**
11  A.   When Barclays announced its results at
12  the end of 2008, I believe, and you can look at
13  the press announcement from Barclays, I believe
14  that Barclays announced that it was making --
15  that the transaction resulted in a gain.
16  The transaction, again, in a loose
17  sense, I don't remember the exact text, it's
18  public -- it's public information, I believe
19  that Barclays said that it made a gain as a
20  result of the transaction.
21  **Q.   And other than what you read in that**
22  **public announcement, you know nothing else about**
23  **any gain to Barclays, isn't that right?**
24  A.   That is correct.  Let me try to be
25  slightly more specific.  There is, if I can,

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  there is kind of a gain -- and gain, meaning if
3  you're thinking of a -- to crystalize a gain or
4  a loss, whatever was going to be the outcome of
5  the transaction, you have to sell the assets.
6  The amount of assets being transferred
7  from Lehman to Barclays meant it was, I believe,
8  to the best of my knowledge of someone who has
9  been in an investment bank for now eight or nine
10  years, it would have been difficult for Barclays
11  to liquidate these assets in a very short amount
12  of time.
13  So there was uncertainty for any
14  parties, Lehman or Barclays, how much these
15  assets would have been sold at if you wanted to
16  crystalize the gain or the loss.
17  **Q.   Do you know if there was an attempt**
18  **made in the transaction to compensate Barclays**
19  **for this uncertainty?**
20  MR. STERN: Objection to the form.
21  A.   I was not part of the negotiation
22  between Lehman and Barclays.  I was helping
23  people who may have been involved in the
24  negotiation when they asked me specific
25  questions.  I was not part of the negotiation.

Page 50

HIGHLY CONFIDENTIAL - R. AZERAD

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    Q.   Were you involved in any revaluation
3    or marking down of Lehman assets at the time
4    they were transferred from Lehman to Barclays?
5    A.   I was not part of the -- this would
6    have been done, if it had been done, by the --
7    By Product Control Group.  Product Control at
8    Lehman was responsible for marking assets.
9    Q.   Are you aware of any markdown of
10   assets by the Product Control Group in
11   connection with the transfer of assets from
12   Lehman to Barclays?
13   A.   To the best of my knowledge, no.
14   Q.   I show you a document marked
15   Exhibit -- previously marked Exhibit 126.  Take
16   a moment to look at this one-page document.  Let
17   me know when you're done.
18        (document review.)
19   A.   I've read the e-mail.
20   Q.   You're not shown as a copy on any of
21   these e-mails, but I'll ask you about a couple
22   of phrases that are used.
23        At the bottom of this e-mail, the
24   e-mail from Gerry Reilly to Ian Lowitt and
25   others, there's a reference to the amount of

TSG Reporting - Worldwide (877) 702-9580

Page 51

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    block discount, do you see that?
3    A.   Yes.
4    Q.   Does that phrase have any meaning to
5    you in connection about the Lehman/Barclays
6    transaction?
7        MR. STERN: Objection to the form.
8    A.   I don't know when Gerry Reilly wrote
9    this e-mail, used the word "block discount,"
10   what he meant by it.
11   Q.   Does the phrase "block discounts" have
12   any meaning to you in connection with the repo
13   work that you have done at Lehman?
14        MR. STERN: Objection to the form.
15   A.   No, I'm not -- no.
16   Q.   Again, at the bottom of that page in
17   that e-mail, there's a reference to "defaulting
18   on repo could be the best, as discount could be
19   taken from a haircut."  Do you see that?
20   A.   Yes.
21   Q.   Do you have any recollection or
22   understanding of a discount being provided by
23   Lehman to Barclays via the haircut on the repo?
24        MR. STERN: Objection to the form.
25   A.   No.  Again, I had not seen at that

TSG Reporting - Worldwide (877) 702-9580

Page 52

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    time the purchase agreement between Lehman and
3    Barclays.  In a repo transaction, I believe, as
4    you mentioned earlier, there is always a
5    haircut, meaning a discount from market value.
6    So the lender would not provide financing
7    against asset dollar for dollar but would apply
8    a haircut.  The understanding is if the borrower
9    defaults, then the lender keeps the securities
10   but also keeps the uncertainty about the final
11   disposal -- the value of the securities when he
12   finally disposes of them.
13   Q.   So, using round numbers, if Barclays
14   had provided $45 billion of financing against
15   $50 billion of assets, the haircut would be the
16   $5 billion, correct?
17        MR. STERN: Objection to the form.
18        Are you still referencing this
19   exhibit?
20        MR. TAMBE: No, I'm not.  We're having
21   a discussion.
22   Q.   Do you have any question?
23   A.   Yeah, I don't --
24        MR. STERN: Let's hear the question
25   again.

TSG Reporting - Worldwide (877) 702-9580

Page 53

1    HIGHLY CONFIDENTIAL - R. AZERAD
2        (Record read.)
3    A.   In a conceptual way.  Again, we are
4    not saying these are the actual numbers.  If
5    there is a difference between what is typically
6    referred to as the pledge value versus the
7    market value of a security, then yes, this is
8    how you could define haircut.
9    Q.   Going back to your previous answer,
10   your understanding is if the borrower defaulted,
11   the lender would get to keep the securities,
12   correct?
13   A.   This is what I observed when I was at
14   Lehman when there were a few hedge funds which
15   defaulted earlier in 2008.  Lehman had -- Lehman
16   was providing financing and when the hedge fund
17   defaulted, Lehman went and took control of the
18   securities.
19   Q.   When you did review the Asset Purchase
20   Agreement, did you see any reference to
21   defaulting on the repo in the Asset Purchase
22   Agreement?
23        MR. STERN: Objection.  I believe this
24   calls for communications with counsel.
25        MR. TAMBE: I don't think it does.

TSG Reporting - Worldwide (877) 702-9580

Page 54

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    Q.   You reviewed the APA?
3        MR. STERN:  Did you review --
4    A.   No, when I reviewed -- I believe that
5    Alan Kaplan, who is the -- was Barclays'
6    counsel, sent me --
7        MR. STERN:  Let me just stop you there
8    because I don't want you to testify to your
9    communications with counsel. I'm just going
10    to instruct you not to answer.  Let's wait
11    for the next question.
12    Q.   Don't tell me what you said to Alan,
13    what Alan said to you, but you saw a copy of the
14    Asset Purchase Agreement, right?
15    A.   Not in September 2008.
16    Q.   Whenever you saw it.  In 2009 you saw
17    it, correct?
18    A.   If I had seen it, it would have been
19    part of the communication I had with Alan
20    Kaplan.
21    Q.   Fine.  So put aside your communication
22    with Mr. Kaplan.
23        MR. STERN:  I don't think he can do
24    that, Jay.
25        MR. TAMBE:  Yes, he can.
TSG Reporting - Worldwide (877) 702-9580

Page 55

HIGHLY CONFIDENTIAL - R. AZERAD
1
2        MR. STERN:  Jay, in fairness,
3    please --
4        MR. TAMBE:  In fairness, if he saw a
5    document, the mere fact that that document
6    was provided to him by counsel doesn't make
7    it privileged.
8        MR. STERN:  If he's reviewing it with
9    counsel.
10        MR. TAMBE:  He hasn't said he reviewed
11    it with counsel, Jack.
12        MR. STERN:  I think he did.
13        MR. TAMBE:  He did not say that.
14        MR. STERN:  I'm not looking for a
15    fight here.
16        MR. TAMBE:  Nor am I.
17        MR. STERN:  All I'm concerned about is
18    protecting the privilege.  So why don't you
19    ask the next question and I'll either object
20    or instruct him not to answer.
21    Q.   You received a copy of the APA
22    sometime in 2009, correct?
23    A.   No, that's not what I said.  What I
24    said is if I had received it, which I don't
25    recall, it would have been in 2009 as part of
TSG Reporting - Worldwide (877) 702-9580

Page 56

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    the work I was doing for counsel at Barclays.
3    Q.   Okay.  And if you had received it,
4    would you have reviewed it?
5    A.   No, I would only have reviewed it to
6    the extent that it was part of the work I was
7    doing with counsel that requested me to review
8    it. I had -- I had no interest per se in
9    reviewing this document, which was at that point
10    history.
11    Q.   When in 2009 were you requested by
12    counsel to review the document?
13    A.   That's not -- that's not what I said.
14    Q.   When in 2009 did you have these
15    discussions about -- which included reviewing
16    the APA?
17        MR. STERN:  I think I'm going to
18    instruct you not to answer.  I think any --
19    I don't want you to reveal anything about
20    your discussions with counsel.
21        MR. TAMBE:  When they occurred?
22        MR. STERN:  Yes, when they occurred,
23    circumstances of when they occurred, any of
24    that.
25    Q.   Other than Mr. Kaplan, were any other
TSG Reporting - Worldwide (877) 702-9580

Page 57

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    counsel involved in that event?
3        MR. STERN:  To the best of your
4    recollection.
5    A.   Alan Kaplan was the lead counsel, is
6    the assistant counsel -- was the lead counsel
7    for Barclays.  He may have had other people on
8    his staff involved.  What I recall was there
9    was -- it was -- is that I had discussion with
10    Alan Kaplan.
11    Q.   Other than any discussions you've ever
12    had with any counsel for Barclays, have you ever
13    discussed with anyone whether the Asset Purchase
14    Agreement provided for a default on the repo?
15    A.   No, to the best of my knowledge.
16    Q.   Other than counsel, have you ever had
17    a discussion with anyone about whether there was
18    a discount in the transaction where a gain was
19    conferred on Barclays?
20    A.   No, to the best of my knowledge.
21    Q.   Have you talked with Mr. Tonucci about
22    his deposition last Friday?
23    A.   I have not talked to Paolo Tonucci.
24    Q.   When is the last time you talked to
25    him?
TSG Reporting - Worldwide (877) 702-9580

**HIGHLY CONFIDENTIAL - R. AZERAD**

1      A.   It must have been sometime last week
2  as part of a -- Paolo Tonucci is the head of the
3  Balance Sheet Group for Barclays group, and so
4  we do have regular interaction.  He had received
5  a request from the Federal Reserve about doing
6  an analysis on Barclays' U.S. operation and we
7  had a discussion about this request.
8      Q.   Was it your understanding -- go ahead.
9      A.   So, just to continue, I had a quick
10 series of e-mail this morning with Paolo Tonucci
11 regarding the application of a limit framework
12 as it applies to Barclays Capital by Group
13 Treasury in London.  It has nothing, nothing to
14 do with the -- with his deposition.
15     Q.   The request from the Federal Reserve
16 that you discussed with Mr. Tonucci, was that in
17 connection with the Lehman/Barclays transaction?
18     A.   No.
19     Q.   Sir, I have placed before you a
20 two-page document marked Exhibit 60B at a
21 previous deposition, two-page document.  Take a
22 look at it.  Let me know when you're done.
23         (Document review.)
24     A.   I think I have reviewed the document.

HIGHLY CONFIDENTIAL - R. AZERAD

1      Q.   Have you seen this document before
2  today?
3      A.   To the best of my knowledge, no, I
4  don't believe I was copied or copied on this
5  document.  I was not on the "to" or "CC" line.
6      Q.   If you look at the attachment to the
7  document, page 2 of Exhibit 60B?
8      A.   Yes.
9      Q.   Is that a form of document that you're
10 familiar with?
11     A.   This is an Excel spreadsheet.  I'm not
12 sure what some of the column means.  From what I
13 can surmise by reading this e-mail, this
14 document was created by JPMorgan.
15     Q.   Who was your tri-party provider?
16     A.   It was our tri-party custodian.
17     Q.   Custodian.  And it was the tri-party
18 custodian on the Fed facility, correct?
19     A.   That is correct.  And there were three
20 TSLF, PDCF, OMO are programs by the Fed.
21     Q.   You're referring to the left-hand
22 column of page 2 of this exhibit, correct?
23     A.   Uh-huh, that is correct.
24     Q.   Just looking at page 2 of Exhibit 60B,

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  the column that says "Current Market," do you
2  see that?
3      A.   Yes.
4      Q.   And the grand total at the bottom of
5  that column is 49.7 billion, do you see that?
6      A.   Yes.
7      Q.   Do you understand that to mean that
8  the current market value of assets pledged by
9  Lehman to the Fed was 49.7 billion as of the
10 date of this report?
11         MR. STERN:  Objection to the form.
12     A.   I did not create this spreadsheet so I
13 cannot comment on what this column means.
14     Q.   Would you at Lehman have created
15 analogous spreadsheets that listed the market
16 value of securities pledged by Lehman to the Fed
17 under the various Fed facilities?
18     A.   We would have, yeah, we would have.
19     Q.   And you would have played a role in
20 the preparation of the review of those kind of
21 reports?
22     A.   It would have been done generally by
23 my group.
24     Q.   And just in round terms, was it your

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  understanding that in the middle of the week of
2  September 15 the borrowing that Lehman had from
3  the Fed was approximately $44 billion against
4  assets of a value of $49.7 billion?
5          MR. STERN:  Objection to the form.
6      A.   I don't recall.
7      Q.   No recollection at all?
8      A.   I don't recall.  I'm -- I'm --
9          MR. STERN:  Objection to the form.
10     A.   There may be documents that you have
11 that would show that, but I don't recall.
12     Q.   Mr. Azerad, I've handed you a
13 three-page document previously marked as Exhibit
14 140A.
15     A.   Uh-huh.
16     Q.   Take a moment to look at the three
17 pages.  Let me know when you're done.
18     A.   Sure.
19         (Document review.)
20     Q.   You've reviewed it?
21     A.   Yes, I have.
22     Q.   And that's an e-mail from you to
23 Kelly, Martin Kelly, and others, right?
24     A.   That is correct.

Page 62

HIGHLY CONFIDENTIAL - R. AZERAD
1
2    Q.    And you attach a file called the
3    Summary File Inventory, do you see that?
4        A.    Yes.
5    Q.    Turn to page 2 of this exhibit,
6    Exhibit 140A. Could you describe for me what
7    information is shown on that page?
8        A.    It's showing at a high level the
9    inventory of Lehman Brothers, Inc., using the
10   same classification that Lehman used in its
11   external filing. So the asset class, CDs and
12   other money market instruments, corporate debt,
13   corporate equities, government and agencies,
14   mortgage and mortgage-backed derivatives. There
15   is an adjustment, which I don't recall what it
16   was, and that's -- that is how the inventory was
17   typically classified.
18   Q.    And --
19       A.    No, please.
20   Q.    In terms of the valuation of the
21   inventory?
22       A.    Uh-huh.
23   Q.    What valuation would have been used to
24   prepare this spreadsheet?
25       A.    Treasury used a system at Lehman
TSG Reporting - Worldwide (877) 702-9580

Page 63

HIGHLY CONFIDENTIAL - R. AZERAD
1    called GFS, which I believe stands for Global
2    Financial System, and so we were using the same
3    valuation system as product control.
4    Q.    Okay. So you would have used GFS to
5    prepare a spreadsheet of this nature?
6        A.    That would have -- I don't recall how
7    this spreadsheet was prepared. Generally, when
8    we were -- the basis of our reports was
9    generally GFS. It may have been, and again, I
10   don't recall, there may have been a file that I
11   received from someone else asking me to use this
12   file which contained market value information,
13   but in general, Treasury was relying on GFS to
14   value assets.
15   Q.    The third column over has a heading
16   "Available for Transfer," do you see that?
17       A.    Uh-huh.
18   Q.    Do you have an understanding of what
19   was reflected in that column?
20       A.    I don't recall at this point.
21   Q.    Turn to the last page of Exhibit 140A?
22       A.    Yes.
23   Q.    Is that a form of document that you
24   recognize?
25   TSG Reporting - Worldwide (877) 702-9580

Page 64

1    HIGHLY CONFIDENTIAL - R. AZERAD
2        A.    Yes.
3    Q.    And what is it?
4        A.    One analysis that we tried to do the
5    week of September 15th was to understand the
6    secured funding transaction existing between
7    Lehman U.S. broker-dealer, LBI, and Lehman
8    European broker-dealer, Lehman Brothers
9    International Europe, which is typically
10   referred to by its acronym, LBIE.
11       The reason why it became an important
12   analysis is LIBE had filed for bankruptcy, I'm
13   not sure if it's exact term, but was no longer
14   operating as of September 15th, and so our
15   understanding at that -- the base -- the
16   assumption behind this analysis is that the
17   secured funding transaction that existed between
18   these two entities would not -- would not be
19   unwound, meaning that securities that financed
20   by LBI would not return to LBI and vice-versa.
21   That's column A and column B.
22   Q.    What's column C?
23       A.    Column C refers to the matched book.
24   "Matched book" is a term which is, in my mind,
25   overused, but in that particular instance what
TSG Reporting - Worldwide (877) 702-9580

Page 65

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    it meant was the series of reverse repo and repo
3    put on by the repo desk or the secured funding
4    desk in Prime Services, so they were borrowing
5    and lending securities.
6    Q.    As part of a prime brokerage functions
7    or part of a liquidity function for Lehman or
8    both?
9        A.    No, as the second term in this column
10   C indicates, "Prop," it was meant to be
11   proprietary, meaning it was supposed to make
12   money for the -- for Lehman.
13   Q.    So running a matched book to earn
14   fees, effectively?
15       A.    That's not the way that you typically
16   make money in a matched book that you run for
17   profit. They are -- I'm talking here in
18   conceptual terms, not specifically relating to
19   these numbers because I don't have knowledge how
20   they intended to make money, but they typically
21   make money because of maturity transformation or
22   because of credit risk, meaning that you reverse
23   securities at a higher haircut than what you
24   lent to the street.
25   Q.    And did you have an understanding
TSG Reporting - Worldwide (877) 702-9580

Page 66

HIGHLY CONFIDENTIAL - R. AZERAD

1  during the week of September 15th that the size
2  of the matched book was being shrunk as part of
3  the process of selling assets from Lehman to
4  Barclays?
5
6       MR. STERN: Objection to the form.
7       A.  I may -- I may recall that it was
8  being shrunk.  If you look at page 3 of the
9  Exhibit 140A, the majority of the matched book
10  is in an asset class called Government &
11  Agencies, which was -- generally, it's a very
12  liquid asset class.  A lot of financing
13  transaction is not only through tri-party repo,
14  but also through a central clearing counterparty
15  called the FICC, and most of our effort in terms
16  of understanding secured funding was not -- was
17  not focused on that particular line.
18      Q.  If you look at the last column, which
19  is titled "-(A)+(B)+(C)," do you have any
20  understanding of what information is contained
21  in that column or how it relates to the other
22  columns?
23      A.  Well, you mean what does it -- can you
24  just rephrase your question?
25      Q.  I can see the total.  I'm just trying

TSG Reporting - Worldwide (877) 702-9580

Page 67

HIGHLY CONFIDENTIAL - R. AZERAD

1  to figure out what's the significance of the
2  last column?  What does it identify?
3      A.  When you look at -- again, I don't
4  recall precisely why I did this analysis, but
5  from kind of conceptually what was based on my
6  understanding today, what the analysis is trying
7  to show is if you look at securities that LBI
8  had, they can be categorized in kind of two
9  groups:  They're securities owned by LBI and
10  securities borrowed by LBI.
11      The securities borrowed by LBI would
12  be in column B and column C and securities --
13  column A is an adjustment because these were
14  securities most likely, though not with certain,
15  that was lent to LBIE.  So, to the extent that
16  they were owned by LBI, it would probably be
17  safe to assume that they would not be returned
18  to LBI.
19      Q.  So the last column is just showing
20  that information on that basis?
21      A.  So that column is just how much
22  securities net of what we have lent we have
23  borrowed from LBIE, and then the matched book,
24  prop matched book to be precise, of LBI is.
25

TSG Reporting - Worldwide (877) 702-9580

Page 68

HIGHLY CONFIDENTIAL - R. AZERAD

1  That's what -- that's what -(A)+(B)+(C) seems to
2  indicate.
3      Then --
4      Q.  Go ahead.
5      A.   -- some of the securities borrowed,
6  that's the bottom, just -- so just to continue,
7  can also be used to cover shorts.  That's the
8  other thing to also understand, that the
9  reverses can also be used to cover short
10  positions.
11      MR. STERN: When you're done with
12  this, I would like to just take a short
13  break.
14      MR. TAMBE:  That's fine.  We can break
15  now.
16      (Recess; Time Noted: 10:59 A.M.)
17      (Time Noted: 11:06 A.M.)
18  BY MR. TAMBE:
19      Q.  On the second page of Exhibit 140A,
20  the "Available for Transfer" column?
21      A.  Yeah.
22      Q.  Do you recall any discussions during
23  the week of the 15th about identifying assets of
24  LBI that were available for transfer to

TSG Reporting - Worldwide (877) 702-9580

Page 69

HIGHLY CONFIDENTIAL - R. AZERAD

1  Barclays?
2      A.  Yes.
3      Q.  Can you just generally describe that
4  process?
5      A.  My role in that process was, as part
6  of the role in Treasury of liquidity reporting,
7  we had an understanding about the secured
8  funding of LBI.  We also had because it was a
9  source, it was a use of unsecured funding about
10  the unencumbered assets, meaning assets funded
11  unsecured left in LBI, so it was I was asked
12  during that week to help various people with
13  trying to identify assets that could be
14  transferred to Barclays.
15      Q.  Do you recall whether it was earlier
16  in the week or later in the week that you were
17  asked to be involved in this process?
18      A.  I don't remember when it started.  I
19  was clearly involved starting the 18th.  It may
20  have been earlier.
21      Q.  And who had asked you to become
22  involved in this process?
23      A.  I don't recall precisely.  My best
24  recollection would have been Paolo Tonucci.
25

TSG Reporting - Worldwide (877) 702-9580

Page 70

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    Q.  And do you recall who else was
3  involved in this process?
4    A.  Well, Martin Kelly was involved, Gerry
5  Reilly was involved, Ian Lowitt was involved,
6  Frank Pearn was involved, and Operations
7  obviously was involved as well.  So people like
8  Jim Hraska would have been involved as well.
9    Q.  And on Friday, the 19th of September,
10  do you recall any discussions about identifying
11  a specific target number of additional assets to
12  be identified for transfer to Barclays?
13    A.  I don't recall specific -- I don't
14  recall specifically a target number.  I do
15  recall that there was additional work on the
16  19th and in subsequent days about assets to be
17  transferred to Barclays.
18    Q.  And you were involved on the 19th and
19  on subsequent days in that process of
20  identifying additional assets to be transferred
21  to Barclays, correct?
22    A.  I was, although my role became more of
23  a project -- more of a coordinator as opposed to
24  a data provider.  One of the issues that we
25  faced on the 19th, and it did not get resolved

TSG Reporting - Worldwide (877) 702-9580

Page 71

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  prior to when the transaction closed, was that
3  we relied, to do some of the analysis, we relied
4  on information provided by JPMorgan Chase, and I
5  believe starting on the 19th, JPMorgan Chase did
6  not provide us with the information.  So the
7  data that I had access to was not -- was no
8  longer reliable and Operations became the
9  primary source of data.
10    Q.  Starting on the 19th, were you relying
11  also on information provided by Bank of New
12  York?
13    A.  Starting on the 19th, I recall having
14  a series of e-mail exchanges with people at
15  Barclays about trying to understand which assets
16  had been transferred between Lehman and
17  Barclays.  There were, at least from the Lehman
18  perspective, I obviously cannot talk on behalf
19  of Barclays, there were some uncertainty about
20  which assets had been received by Barclays.  So
21  the files that Barclays sent me may have been
22  created by Bank of New York.  That I don't know.
23  I just thought of them as being the Barclays
24  file.
25    "I don't recall" as opposed to "I

TSG Reporting - Worldwide (877) 702-9580

Page 72

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  don't know."
3    Q.  Do you recall any process of
4  reconciling the Barclays file or the Bank of New
5  York file against the Lehman information
6  concerning the same assets?
7    A.  Well, we had a list of assets that we
8  thought got transferred to Barclays.  Barclays
9  had a list of assets that it claimed to have
10  received.  So part of our job was to compare the
11  two files and to flag out any differences.
12    Q.  And were you involved in that process?
13    A.  I was involved in that process.
14    Q.  And tell me roughly how long that
15  process took to run its course.
16    A.  I don't recall when this process
17  ended.  At some point what I recall is that the
18  process migrated to operations.  Again, just to
19  repeat myself, after the 19th, Treasury, for a
20  variety of reasons, was no longer a reliable
21  source of information.
22    So we had people who were able to do
23  what I would call number-crunching analysis, but
24  we had to rely on other people's files to do the
25  data, and to the extent that there was need for

TSG Reporting - Worldwide (877) 702-9580

Page 73

HIGHLY CONFIDENTIAL - R. AZERAD

1
2  a conciliation, it would have been done by
3  Operations I believe within Lehman.
4    Q.  I've handed you a multi-page document
5  previously marked as Exhibit 2.  Take a look at
6  the cover e-mail and the attached spreadsheets.
7  Let me know when you're done.
8    (Document review.)
9    A.  Before we review the document, if I
10  may ask a question.  Is a question going to be
11  on the spreadsheet, and at which point we need
12  to review the spreadsheet carefully, or is it
13  going to be on the cover e-mail?
14    Q.  Let me start with the cover e-mail,
15  and I think what's the first page of the
16  spreadsheet or what appears to be a summary
17  page.
18    A.  Okay.
19    Q.  I'll start there, but I might ask you
20  questions about the spreadsheet later, so let's
21  take it in stages.
22    A.  Okay.  I will then do just a cursory
23  review of the spreadsheet.
24    Q.  That's good idea.
25    (Document review.)

TSG Reporting - Worldwide (877) 702-9580

Page 74

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    MR. STERN: All set?
3    A.   I'm all set.
4    Q.   Is this a document you've seen before
5    today?
6    A.   Yes, I remember receiving it from
7    Frank Pearn on September 18.
8    Q.   And what is your understanding of the
9    information that's contained in the attachments
10   to this cover e-mail?
11   A.   It is my understanding is that this,
12   again, this, to the best of my recollection
13   today, this is the balance sheet information, to
14   be more precise, the inventory part of the
15   balance sheet of LBI. I believe it says on page
16   2 as of September 16.
17   Q.   And is it a spreadsheet that you had
18   asked Frank Pearn to prepare for you?
19   A.   I don't remember whether I asked Frank
20   Pearn, whether Frank Pearn was asked to provide
21   it to me. He did send it to me.
22   Q.   And in his e-mail to you, which is the
23   second e-mail from the top of the page on the
24   first page of the Exhibit 2, he states, "Here
25   are the position level details of the top 100
TSG Reporting - Worldwide (877) 702-9580

Page 75

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    longs and shorts." Do you see that?
3    A.   Uh-huh.
4    Q.   Is it your understanding that the
5    information that's contained in the spreadsheet
6    are the position details of the top 100 long and
7    short trades?
8    A.   Well, you would -- what this would
9    then refer to the detailed, I believe,
10   attachment that did not -- I only did a cursory
11   review, and I don't -- I don't recall whether or
12   not this was my understanding at the time.
13   Q.   Do you recall any discussion on or
14   around September 18 or 19 relating to the top
15   100 long and short positions?
16   A.   I don't recall these discussions.
17   Q.   Do you recall any effort on the 18th
18   or 19th to identify the top 100 positions, long
19   and short positions?
20   A.   I remember on the 18th and 19th
21   efforts to try to understand our long and short
22   position. I don't recall specifically efforts
23   to identify the top 100 positions.
24   Q.   Do you recall any efforts on the 18th
25   and 19th to recalculate the values of the top
TSG Reporting - Worldwide (877) 702-9580

Page 76

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    100 positions?
3    A.   I don't recall this effort.
4    (Exhibit 175, a document bearing Bates
5    Nos. BCI-EX-00054633 through 55046, marked
6    for identification, as of this date.)
7    Q.   I have placed before you a multi-page
8    document marked Exhibit 175.
9    A.   Yes.
10   Q.   If you could review the cover e-mail
11   and generally scan the spreadsheet that's
12   attached. I'll ask you some general questions
13   about this document.
14   A.   Okay.
15   Q.   Let me know when you're done.
16   (Document review.)
17   A.   Okay. I'm ready.
18   Q.   Have you seen this document before
19   today?
20   A.   I don't recall seeing it, but I
21   clearly see on the front page that there was a
22   version of this -- there was one of the e-mails
23   was sent to me.
24   Q.   And scanning the spreadsheet that's
25   attached to the cover e-mail, is the form of the
TSG Reporting - Worldwide (877) 702-9580

Page 77

**HIGHLY CONFIDENTIAL - R. AZERAD**

1
2    spreadsheet familiar to you?
3    A.   I must say the spreadsheet is kind of
4    hard to understand. I mean, if I looked at the
5    first page of the spreadsheet, which I guess
6    would be page 3 of the exhibit, it starts
7    numeral 144, column F, so it's not generally a
8    way that would allow you to understand the
9    spreadsheet.
10   Q.   If you go on to the page that has the
11   Bates number that ends in 4646?
12   A.   That would be the next page?
13   MR. STERN: Yes.
14   Q.   Yeah, the next page down.
15   A.   Uh-huh.
16   Q.   Is that a form of spreadsheet that's
17   familiar to you?
18   A.   Well, it has -- it has the product
19   code number, which I presume to be IC or Cusip.
20   It has the asset class Information, again, has
21   Lehman classified these assets externally. It
22   has the product description, and then it has
23   "Balance Sheet" and "Box," which I don't
24   remember what exactly -- how these two terms
25   were used on that spreadsheet.
TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    Q.   You know what, we'll come back to this
3    exhibit because I looked through it, it doesn't
4    seem to be assembled right.  So we'll get back
5    to this one.  We'll just reorder the pages and
6    then we'll ask some questions about it.
7    A.   Okay.
8    Q.   Now let's go back to the 18th over on
9    to the 19th, and I want to ask you about the Fed
10   repo and then the Barclays repo, the increase in
11   the size of the Barclays repo.
12       MR. STERN:  Objection to the form.
13   Q.   Do you remember we talked about that
14   this morning?
15       MR. STERN:  Go ahead.  Go ahead.
16   A.   If you can just kind of be more
17   specific about what you mean by the "Barclays
18   repo."
19   Q.   Well, when I use the phrase "Barclays
20   repo," does that have any meaning to you?
21   A.   Well, there were -- there were
22   different types of -- not different types.  I
23   think of the Barclays repo on the 18th as being
24   of a different size than the one that were
25   provided earlier in the week.  That's all, so...

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    Q.   So let's talk about the Barclays repo
3    on the 18th, okay?
4    A.   Done on the 18th at the end of the
5    day?
6    Q.   That's right, yeah, that's the one I
7    want to talk to you about.
8    A.   Okay.
9        MR. STERN:  Just to be clear, we're
10   talking about the Fed replacement
11   transaction as opposed to the Barclays
12   tri-party Repurchase Agreement which
13   ultimately was in the range of 15 plus
14   billion dollars?
15       MR. TAMBE:  Right, we're talking about
16   the former, not the latter, the replacement
17   of the Fed.
18       MR. STERN:  All right.  Fine.  Just to
19   be clear.
20   Q.   Does that have meaning to you,
21   replacement of the Fed?  Does that help you
22   understand what repo I'm talking about?
23   A.   Well, I'm aware of a repo that
24   Barclays had with Lehman LBI on the 18th.  The
25   Fed replacement, I'm -- I'm not familiar with

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    that concept.
3    Q.   What is your understanding of the repo
4    that Barclays had with Lehman on the 18th?
5    A.   I recall at that time I had a sketchy
6    understanding, and with the passing of time, my
7    understanding has even become sketchier.  I
8    recall that there was a series of assets that
9    Barclays purchased -- not purchased, that
10   Barclays financed on the 18th.  I remember that,
11   from an operational standpoint, it was a
12   difficult process.
13       I stayed -- I actually spent the night
14   in the office that week -- that day on the 18th,
15   and I remember having meeting Dan Fleming, who
16   is the head of Cash and Collateral Management,
17   also reporting to Paolo Tonucci, and I remember
18   Dan Fleming telling me in passing that some of
19   the -- some of the -- that they were -- that
20   there were extensions being asked to the Fed
21   wire, I believe, of what I can't be a hundred
22   percent sure, and the DTC, because it was such a
23   complex transaction to process.
24   Q.   Were there specific tasks that you
25   were performing on the 18th in connection with

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1
2    the Barclays repo?
3    A.   Specifically on the 18th, specifically
4    with the repo on the 18th, no.  What I was
5    working on was trying to identify assets that
6    could be purchased by Barclays.
7    Q.   And just so I understand that, so on
8    the 18th you said you were working on
9    identifying assets that could be purchased by
10   Barclays; is that correct?
11   A.   That were available to be purchased,
12   that were -- that could have been purchased by
13   Barclays.
14   Q.   Okay.  If I understand your answer,
15   you were not doing that in connection with the
16   Fed repo necessarily; you were just simply
17   identifying assets, is that right?
18   A.   That is correct.  What I was -- my
19   involvement on the 18th as it relates to the
20   Barclays repo was trying to get an understanding
21   about how LBI funded itself on the 18th.  Again,
22   as I mentioned in one of my previous answers
23   during that week, we were -- my part of my job
24   was to try to understand the liquidity position
25   of LBI, and on the 18th, obviously, because

TSG Reporting - Worldwide (877) 702-9580

Page 82

HIGHLY CONFIDENTIAL - R. AZERAD
1  Barclays became -- was already, but became one
2  of the largest funding source of LBI, was to try
3  to understand what exactly -- what exactly
4  Barclays and Lehman entered into, not -- just on
5  that particular day, not -- not the broad
6  context.
7      Q.   And that process, is that the same
8  process you were testifying about before, which
9  is going through and identifying assets that
10  were available to be transferred to Barclays?
11     A.   No, these were two separate things.
12  They were what I would call, even though the
13  term is probably slightly ironic, but there is
14  what I would call the "business as usual
15  liquidity reporting," which that week was
16  anything but usual, and we were trying to
17  understand the liquidity position of LBI because
18  LBI's position that week was precarious, was
19  fragile, and so getting a handle of just where
20  LBI's liquidity position was was a critical
21  mission.
22         That's -- but that's separate from
23  what I would call the special project or the
24  one-off requests that I was working on in

TSG Reporting - Worldwide (877) 702-9580

Page 83

HIGHLY CONFIDENTIAL - R. AZERAD
1  conjunction with a transaction between Lehman
2  and Barclays.
3      Q.   Was part of what you were doing, these
4  two different aspects of the work you were doing
5  on the 18th and 19th, do I understand it the
6  assets that were being pledged under the
7  Barclays repo could in fact be purchased by
8  Barclays?
9          MR. STERN:  Objection.
10     A.   No.
11         MR. STERN:  Objection to the form.
12     A.   Again, I don't want to go, because --
13  into kind of legal terms of purchase.  I prefer
14  to use the word "transfer."
15     Q.   So were you trying to get an
16  understanding of the assets that were being
17  pledged in the Barclays -- could be transferred
18  to Barclays?
19     A.   Yes, they could be transferred to
20  Barclays.
21     Q.   And that was part of what you were
22  trying to do, identify if they could be
23  transferred to Barclays?
24     A.   Identify assets that could be

TSG Reporting - Worldwide (877) 702-9580

Page 84

HIGHLY CONFIDENTIAL - R. AZERAD
1  transferred to Barclays.
2      Q.   And who was helping you in that task?
3      A.   There were various people in my team.
4  I think that one -- I mean, the one name that
5  kind of stuck in my head on the 18th, because
6  she also worked very late that night, was Cindy
7  Aprigliano, A-P-R-I-G-L-I-A-N-O.
8      Q.   Anyone else you remember?
9      A.   I believe that Cindy had under her a
10  brand-new analyst who just started at Lehman a
11  few months ago by the name of George Hawes,
12  H-A-W-E-S.  Cindy and George were typically
13  doing analysis on kind of secured funding.
14         There were other people also involved.
15  I don't remember whether they were involved that
16  particular -- that particular night of the 18th.
17         (Exhibit 176, a document bearing Bates
18  Nos. 10331692, marked for identification, as
19  of this date.)
20     Q.   I've handed you a one-page document
21  marked Exhibit 176.  Let me know when you're
22  done reviewing it.
23         (Document review.)
24     A.   Okay.

TSG Reporting - Worldwide (877) 702-9580

Page 85

HIGHLY CONFIDENTIAL - R. AZERAD
1      Q.   Have you seen this document before
2  today?
3      A.   I don't recall precisely, but clearly
4  the fact that my name is mentioned means that it
5  must have been sent to me.
6      Q.   And do you see this is a series of
7  e-mails concerning the pricing and market
8  value --
9      A.   Uh-huh.
10     Q.   -- of the Barclays repo collateral?
11         MR. STERN:  Objection to the form.
12     A.   I'm not -- well, it's hard to tell
13  without looking at the attachment.  What -- what
14  this e-mail traffic seems to be focused on was
15  trying to find a price for Cusips, but again,
16  containing the -- I'm assuming containing the
17  attached file, which I have not reviewed.
18     Q.   And do you have a recollection of a
19  process on the 19th of September where you were
20  retrieving GFS pricing for certain securities in
21  connection with the Lehman/Barclays transaction?
22     A.   We were trying to -- I think, as I
23  mentioned earlier, GFS was our primary source of
24  data in Treasury, and GFS had market value

TSG Reporting - Worldwide (877) 702-9580

Page 86

HIGHLY CONFIDENTIAL - R. AZERAD

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    information in the securities.
3    Q.    And do you have a recollection of a
4    process on the 19th where you were getting
5    information from GFS for the purpose of valuing
6    the assets in the Lehman/Barclays transaction?
7    A.    The report that we were providing on
8    the 19th to the extent that it came from Treasury
9    as opposed to us using someone else's file,
10   would have been most likely sourced from GFS.
11   Q.    Do you recall there being any
12   discussion on the 19th about whether you were
13   going to use GFS pricing or Bank of New York
14   pricing or some other pricing for these assets?
15   A.    No, on the 19th -- I don't recall.
16   What I recall on the 19th is that we were
17   operating under a great deal of uncertainty
18   primarily because we did not receive the file
19   from JPMorgan or information from JPMorgan.
20   That's what I primarily recall from what
21   happened on the 19th.
22   Q.    Was it your understanding on the 19th
23   that the Fed repo facility was terminated?
24   MR. STERN: Objection to the form.
25   A.    During the -- 19th is a Friday, I
     TSG Reporting - Worldwide (877) 702-9580

Page 87

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    believe. During the 19th I believe I became
3    aware that there would be a hearing in fronts of
4    the judge that night, but I'm not -- I was, to
5    the best of my recollection, I was not aware of
6    the fact that you presented, that the Fed
7    facility would be canceled.
8    Q.    Was any Fed borrowing in place on
9    Friday, the 19th?
10   A.    I don't recall. There were -- one of
11   the earlier exhibits that you showed had like
12   three Fed borrowing, the OMO, the TSLF and the
13   PDCF. I don't recall where we stood. My --
14   there must be reports, but I don't remember
15   today.
16   Q.    Do you have any recollection that the
17   Barclays repo facility that we're talking about
18   on the 18th, when that went into place, the Fed
19   facility, the borrowing under the Fed facility
20   was reduced down to zero?
21   A.    Not in the way that you cannot -- not
22   in the way that you -- that you describe it. On
23   the 18th, typically the -- if you go back prior
24   to the 18th, typically the Fed would be funding
25   what was left, what --
     TSG Reporting - Worldwide (877) 702-9580

Page 88

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    I shouldn't say that. Can you just
3    repeat the question?
4    (Record read.)
5    A.    I don't recall.
6    Q.    So, as far as your recollection goes,
7    on Friday, the 19th, there could have been
8    borrowings under the Barclays repo as well as
9    under the Fed facility?
10   A.    No, on the 19th, I would have known
11   how LBI would have been, to the best of my
12   knowledge, and there were, as I said, there was
13   uncertainty, but I would have thought that there
14   were -- that the PDCF would not -- would have
15   been reduced to zero.
16   What I was trying to say is that I
17   would have looked at the -- I would have looked
18   at the outputs. This is kind of how LBI was
19   funded that night. I was -- I don't recall
20   having any discussion of the Barclays repo
21   resulting in the Fed facility being reduced to
22   zero.
23   Q.    Okay. The issues you referenced
24   before about having -- not getting the data from
25   JPMorgan on the 19th?
     TSG Reporting - Worldwide (877) 702-9580

Page 89

1    HIGHLY CONFIDENTIAL - R. AZERAD
2    A.    Uh-huh.
3    Q.    Did Lehman get, subsequent to the
4    19th, data from JPMorgan with market value
5    calculation?
6    A.    It may have, but at that point I don't
7    think that when I transferred from Lehman to
8    Barclays that JPMorgan provided the information.
9    It may have provided it subsequent to that, but
10   I'm not aware of it. I mean, just --
11   Q.    Finish your answer. Go ahead.
12   A.    I just want to add one thing. I do
13   recall receiving a file on Sunday, not directly,
14   but indirectly, but the file was from JPMorgan,
15   but the file had some errors in it which was --
16   and I don't think that we -- and that was, that
17   was I believe having to do with securities held
18   by JPMorgan, but it was, because it had errors
19   in it, it was not deemed to be a dependable
20   file.
21   Q.    Do you remember from whom you got that
22   file?
23   A.    No, I don't remember.
24   Q.    And your recollection is that the file
25   that you got on that Sunday did not have
     TSG Reporting - Worldwide (877) 702-9580

Page 90

HIGHLY CONFIDENTIAL - R. AZERAD

1  information concerning the Barclays repo
2  securities?
3      A.  To my recollection, the file that I
4  received on Sunday had to do with securities
5  held by JPMorgan.
6      Q.  So not related to Barclays' repo, is
7  that what you're saying?
8      A.  Well, you can always create a link
9  between the two, but not -- but in a stricter
10  sense, no.
11      Q.  I'm just trying to understand --
12      MR. STERN:  In other words, related to
13  is a very broad concept.
14      Q.  Let me ask you then, did the JPMorgan
15  valuation that you received that Sunday contain
16  valuations of the securities that had been
17  pledged by Lehman to Barclays under the Barclays
18  repo?
19      A.  No.  Again, it refers to my knowledge,
20  it refers to securities held by JPMorgan.  It
21  would have been -- it would have been a fact
22  which would have been helpful had it been
23  accurate because we were trying to understand
24  which -- to reconcile what we thought was

TSG Reporting - Worldwide (877) 702-9580

Page 91

HIGHLY CONFIDENTIAL - R. AZERAD

1  transferred to Barclays and what Barclays said
2  was transferred to it, and obviously part of the
3  uncertainty is what security did JPMorgan send
4  to Barclays versus what securities did JPMorgan
5  had kept.
6      So having information related to the
7  securities that JPMorgan had kept would have
8  been helpful by just kind of -- in us trying to
9  understand what was transferred to Barclays from
10  our perspective, but there were, from what I
11  recall, errors in the file.
12      Q.  And what's your understanding about
13  the nature of the errors?  Were they valuation
14  errors?  Identification of Cusip errors?  What
15  was the nature of the errors?
16      A.  From what I remember, they were
17  double-counting of securities.
18      Q.  Were you involved in any efforts to
19  rectify those errors, to have a conversation
20  with JPMorgan to correct the file?
21      A.  From what I recall, when JPMorgan sent
22  us the file, it was not -- it was part of an
23  ongoing negotiation between Lehman and JPMorgan.
24  I was not part of these discussions.

TSG Reporting - Worldwide (877) 702-9580

Page 92

HIGHLY CONFIDENTIAL - R. AZERAD

1      Q.  I've handed you a two page document
2  marked as Exhibit 157A.  Take a moment to look
3  at it.  Let me know when you're done.
4      (Document review.)
5      A.  I'm done.
6      Q.  Have you seen this document before
7  today?
8      A.  No, I have not.  I don't believe I was
9  copied on any of these e-mails.
10      Q.  I just want to ask you a question
11  about the topic that's discussed in one of these
12  e-mails.  That's in the first -- the second
13  e-mail on the first page.
14      A.  The e-mail from David Aronow to Paolo
15  Tonucci?
16      Q.  Yes, with a copy to Ian Lowitt.  And
17  there's a reference in the first paragraph of
18  that e-mail that "Barclays' Operations team has
19  recalculated the value of the collateral that it
20  received from us last night and they are more
21  than fully collateralized, including the
22  haircuts applied," do you see that?
23      A.  Uh-huh.
24      Q.  Did you have any discussions with

TSG Reporting - Worldwide (877) 702-9580

Page 93

HIGHLY CONFIDENTIAL - R. AZERAD

1  anyone at Barclays on the 19th about Barclays
2  being more than fully collateralized, including
3  the haircuts applied?
4      A.  No, I don't remember.
5      Q.  Do you have any reason to believe that
6  Barclays was not fully collateralized on
7  September 19th?
8      MR. STERN:  Objection to the form.
9      A.  I believe, although I don't have
10  detailed knowledge, but the transaction on the
11  18th was done under the tri-party repo agreement
12  between Lehman and Barclays and it would have
13  been under a tri-party repo agreement the
14  responsibility of a custodian to make sure that
15  Barclays was appropriately collateralized.
16      Q.  And do you have any reason to believe
17  that Barclays wasn't fully collateralized on the
18  19th?
19      MR. STERN:  Objection to the form.
20      A.  I, again, to repeat myself, my
21  understanding, which may not be what happened,
22  but my understanding was that the transaction on
23  the 18th was done under a tri-party repo
24  agreement and, therefore, it would have been

TSG Reporting - Worldwide (877) 702-9580

HIGHLY CONFIDENTIAL - R. AZERAD

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  JPMorgan Chase's responsibility to make sure
3  that there was -- I believe JPMorgan was a
4  custodian -- to make sure that there would be
5  appropriate collateralization. This is part
6  of -- this is part of a custodian's
7  responsibility.
8      Q.  I'm just asking a slightly different
9  question. In all the things that you have heard
10 and looked at, do you have any reason to believe
11 that Barclays was not fully collateralized on
12 the 19th?
13     MR. STERN: Objection to the form.
14     Q.  Have you seen any documents that
15 suggested that to you? Has anyone said that to
16 you?
17     MR. STERN: Objection to the form.
18     A.  I don't recall.
19     Q.  Was it your understanding on the 19th
20 that Lehman was standing down from transferring
21 any further collateral to Barclays?
22     A.  Can you -- I'm sorry. I'm not
23 familiar with the word "standing down." Can you
24 just describe what you mean?
25     Q.  Let's put the exhibit aside. Was it

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  your understanding midday on the 19th that
3  Lehman was stopping any further transfers of
4  collateral to Barclays?
5      A.  No, that was not my understanding.
6      Q.  Your understanding was the opposite,
7  correct?
8      A.  I was continuing to do work on the
9  19th of securities that could be transferred
10 from Lehman to Barclays.
11     Q.  Was it your understanding that the
12 securities that were going to be transferred
13 from Lehman to Barclays on the 19th, that those
14 were separate and apart from the repo
15 transaction?
16     MR. STERN: Objection to the form.
17     A.  What do you mean by the "repo
18 transaction"?
19     Q.  The Barclays repo transaction on the
20 18th that we've been talking about.
21     MR. STERN: Objection to the form.
22     A.  My understanding -- well, I was led to
23 believe, because I was asked to continue working
24 on the 19th on a list of assets that could be
25 transferred from Lehman to Barclays. So I

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  was --
3      That's my answer.
4      Q.  And in connection with that effort on
5  the 19th, did anyone ever say to you that the
6  assets that you were identifying to be
7  transferred from Lehman to Barclays were in
8  connection with the Barclays repo transaction?
9      A.  So just to rephrase your question,
10 it's not that -- I knew that these assets were
11 going to be transferred. What I said is that
12 they could be transferred. This was the
13 purpose, this was the purpose of my analysis was
14 available for transfer or could be transferred.
15     Q.  Now do you have my question --
16     A.  So, to go back to your question, the
17 repo transaction on the 18th was done on the
18 18th and it was done. So, to the extent that
19 there were -- I was working on assets outside of
20 the repo transaction of the 19th that could be
21 transferred to Barclays.
22     MR. STERN: Are we done with 157A?
23     MR. TAMBE: For now.
24     MR. STERN: You're handing the witness
25 Exhibit 151A?

1  HIGHLY CONFIDENTIAL - R. AZERAD
2      Q.  Yes. Mr. Azerad, I've handed you a
3  three-page document marked Exhibit 151A.
4      A.  Uh-huh.
5      Q.  Take a look at that document. Let me
6  know when you're done.
7      A.  Sure.
8      (Document review.)
9      A.  Before you start your question on
10 Exhibit 151A, I'm not -- it's not clear to me
11 that the third page of the attachment, the final
12 page, is related to this series of e-mails, but
13 perhaps it is.
14     Yes, I guess it is. The details of
15 15c3. That's fine. I'm sorry, I didn't see the
16 beginning.
17     MR. STERN: That's fine. Why don't
18 you take your time and read all of these
19 e-mails.
20     Q.  Let me know when you're done reviewing
21 those e-mails.
22     A.  Okay. I'm done.
23     Q.  Do you recall having seen this
24 collection of documents before today?
25     A.  Yes, I recall seeing this document

1    HIGHLY CONFIDENTIAL - R. AZERAD
2   before today.
3       Q.   And this is in connection with the
4   preparation of the opening balance sheet that
5   you talked about before, correct?
6       A.   That is correct.
7       Q.   And you were involved in that process,
8   correct?
9       A.   I was involved in that process.
10      Q.   Drawing your attention to your e-mail,
11  this is the one sort of the third e-mail down on
12  the page 1.
13      A.   Is that the one sent at 10:27?
14      Q.   That's the one sent at 10:27. And
15  this is September 20, the Saturday, correct?
16          You have a calendar there?
17      A.   Based on the calendar, yes, it is.
18      Q.   And in your e-mail to Martin Kelly and
19  the others, were you attempting to identify
20  broadly the components of the asset side of the
21  balance sheet?
22      A.   That is, yeah, my -- what I was trying
23  to do was two things. I was looking at the
24  inventory -- at the inventory being transferred
25  and also the 15c3-3 claim as well.
        TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2       Q.   Okay. In your e-mail from 10:27,
3   which of those -- do you have the 15c3-3 claim
4   included as part of the items that you're
5   listing there?
6       A.   Not as part of my e-mail as of 10:27.
7       Q.   Okay.
8       A.   Well, let me step back.
9          MR. STERN: I think what's confusing
10  is there's two e-mails by Mr. Azerad.
11         MR. TAMBE: No, there's only one timed
12  10:27. There's only one timed 10:27.
13         MR. STERN: I see what you're saying,
14  but there's two e-mails in this document
15  from Mr. Azerad. I think that's the
16  confusion.
17         MR. TAMBE: No, it's not. That's the
18  confusion you're adding.
19         MR. STERN: I'm not adding confusion.
20  I'm just trying to clarify.
21      A.   There were the question of things
22  which I'm kind of trying to recollect, which I
23  don't have a good recollection.
24         MR. STERN: Let me just hear what the
25  question is. What is the question?
        TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2   (Record read.)
3       A.   Yes, there is one somewhat confusion
4   is as follows: In the first sentence of that
5   e-mail, it says, "Classifications of the assets
6   by asset class should be done by end of day
7   today." What I don't recall is what assets I
8   meant when I was referring to that.
9          Then I specifically made two -- I
10  specifically listed two assumptions it was going
11  to use to do the work, neither of which had to
12  do with the 15c3-3, both of which had to do with
13  transfers of securities.
14         So the reason I was confused is
15  because at the top of the e-mail, there was a
16  discussion of the 15c3-3. I don't know what --
17  when the "classification of the assets by asset
18  class" mean. There's -- there's two ways in
19  which I can describe it, one which would
20  include, the other one which would not include,
21  and I don't recall which is the correct
22  interpretation.
23      Q.   But just focusing on your e-mail at
24  10:27, you had two components there, right? You
25  had the repo and then you had the non-actionable
        TSG Reporting - Worldwide (877) 702-9580

1    HIGHLY CONFIDENTIAL - R. AZERAD
2   box, correct?
3       A.   These were the two assumptions.
4       Q.   And then Mr. Tonucci, in response to
5   your e-mail of 10:27, states, "We also need to
6   add the 15c3 cash in the receivables." Do you
7   see that?
8       A.   Yes, I see that at 10:31.
9       Q.   And in a later iteration of your
10  calculation, did you in fact add the 15c3 cash
11  as part of the calculation?
12         MR. STERN: Objection to the form.
13      A.   I think when I look at my first
14  e-mail, the one sent at 10:34, I would say that
15  I didn't have the details about how the lockup,
16  which is either cash and/or securities, so I
17  didn't have the mix of a lockup behind the
18  15c3-3.
19         If I look at the spreadsheet attached
20  on the last page, it's -- the last line above
21  the end footnote says "Total Segregated." It
22  didn't -- I don't think it has a breakdown how
23  the segregation was done.
24      Q.   At some point after you wrote these
25  e-mails or received these e-mails in Exhibit
        TSG Reporting - Worldwide (877) 702-9580

Page 102

HIGHLY CONFIDENTIAL - R. AZERAD

1  **151A did you identify the amount of 15c3-3**
2  **amounts that would be included on the opening**
3  **balance sheet?**
4  A.  This is -- this is what I recall:
5  There was some uncertainty, understandable
6  uncertainty, but nevertheless, uncertainty,
7  about the amount of cushion, what I would call
8  cushion, but I want to -- because it's a vague
9  term, I want to kind of define it in the 15c3-3.
10  At some point in the process, and I
11  don't remember when, I was given a number which
12  was somewhere between 7 and 8 hundred million
13  dollars to put on the opening balance sheet.
14  And now let me define the word "cushion." The
15  15c3-3 obviously is something that
16  broker-dealers have to do per the regulations.
17  It typically represents money segregated which
18  would present customer assets which, by
19  segregation, that's the way that the
20  broker-dealer would protect these assets.
21  There is what I would call the
22  cushion, which is that the broker-dealer, for a
23  variety of reasons, some of them mandated by the
24  S.E.C., some of them just as part of the normal

TSG Reporting - Worldwide (877) 702-9580

Page 103

HIGHLY CONFIDENTIAL - R. AZERAD

1  process, would typically segregate more assets
2  than what it has to, strictly speaking, to
3  protect customer assets.
4  If you look at the spreadsheet
5  attached on page 3, it talks about the 3 percent
6  ADI, that's one source of the cushion, and then
7  it also talks of specifically the word "cushion"
8  is mentioned twice in the spreadsheet, one as
9  for the customer, the other one for PAIB.
10  This is what I meant when they said
11  that there was uncertainty around this type of
12  cushion.
13  **Q.  You said at some point you were**
14  **provided a number of 700 million or 800 million?**
15  A.  Between -- I don't exactly remember
16  the number, but it was between the 700 and 800
17  number.
18  **Q.  Who provided that number to you?**
19  A.  I don't remember. It may have been
20  Paolo Tonucci. It may have been Martin Kelly.
21  I don't remember.
22  **Q.  Once that number was provided to you,**
23  **did you include it on the draft of the balance**
24  **sheet that you were preparing?**

TSG Reporting - Worldwide (877) 702-9580

Page 104

HIGHLY CONFIDENTIAL - R. AZERAD

1  A.  I don't remember if I -- if I kind of
2  revised the draft of the balance sheet
3  subsequent to that, but if I had, then, yes, I
4  will have used that number.
5  **Q.  Going back to your 10:27 e-mail on**
6  **Exhibit 151A?**
7  A.  Uh-huh, yes.
8  **Q.  The bottom half of the page, your**
9  **first item is the repo with Barclays as of**
10  **Thursday night, do you see that?**
11  A.  Yes.
12  **Q.  And you have in parentheses 49**
13  **billion?**
14  A.  Uh-huh.
15  **Q.  Right?**
16  A.  Yes.
17  **Q.  And you have that broken out as 42**
18  **billion of securities and 7 billion of cash, do**
19  **you see that?**
20  A.  Yes.
21  **Q.  The 42 billion of securities, do you**
22  **recall what your valuation was based on?**
23  MR. STERN:  Objection to the form.
24  A.  I believe that, and again, if you read

TSG Reporting - Worldwide (877) 702-9580

Page 105

HIGHLY CONFIDENTIAL - R. AZERAD

1  the bottom of the e-mail, the "P.S." section, it
2  was based on the repo file sent by Operations on
3  Friday morning and the box report, which relied
4  on GFS as of Friday morning.
5  **Q.  And do you recall the sourcing of the**
6  **prices that were in those reports, the Ops --**
7  **the files sent by Ops and the box report?**
8  A.  I don't remember the source of the
9  pricing sent by Ops. The box report should have
10  been, assuming that this was our usual box
11  report, should have been sourced from GFS.
12  **Q.  When you referred to the repo file**
13  **sent by Ops, is there a particular file or**
14  **particular person that you're referring to when**
15  **you refer to the repo file sent by Ops?**
16  A.  I don't remember precisely what
17  happened, meaning which person in Ops sent the
18  file. What I do remember is, again, because --
19  just to repeat myself -- because Chase did not
20  provide us with the information, meaning the --
21  on the normal day, Chase would provide us with a
22  file that would have how the securities were
23  being financed. Chase did not provide us with
24  this information on the 19th, and so we had to

TSG Reporting - Worldwide (877) 702-9580

Page 106

1   HIGHLY CONFIDENTIAL - R. AZERAD
2   rely on -- we could not rely -- I'm sorry, I was
3   interrupting myself. We could not rely on our
4   usual source of data, which was GFS. We had to
5   rely on Operations to give us this information.
6   (Exhibit 177, a document bearing Bates
7   Nos. 303398 with attachment, marked for
8   identification, as of this date.)
9   Q.   Sir, I have placed before you a
10  three-page document marked Exhibit 177. Take a
11  moment to look at it. Let me know when you're
12  done.
13  A.   Okay.
14  Q.   You done?
15  A.   No, I'm not done. I'm just reading
16  through it.
17  Q.   Let me know when you're done.
18  (Document review.)
19  A.   I'm done.
20  Q.   If you look at the back end of this
21  document, an e-mail chain, it starts with some
22  of the same e-mails about the balance sheet that
23  we were looking at before. See that?
24  A.   Yes.
25  Q.   And there's a discussion on page 1 and

TSG Reporting - Worldwide (877) 702-9580

Page 107

1   HIGHLY CONFIDENTIAL - R. AZERAD
2   about the reserve calculation on the 15c3
3   amounts, do you see that?
4   A.   Yes.
5   Q.   Did you play any role in doing the
6   reserve calculations on the 15c3 amounts?
7   A.   Can you -- what do you mean by "role"?
8   Q.   Did you do the calculations, the
9   reserve calculations?
10  A.   No, I was -- I did not do the
11  calculation.
12  Q.   Who did?
13  A.   It would have been someone in Tony
14  Stuccio's group, who is -- I'm assuming Tony
15  Stuccio must have been listed.
16  Q.   Anthony Stucchio?
17  A.   Anthony Stucchio.
18  Q.   What group was that?
19  A.   He was in the -- head of Regulatory
20  Reporting at Lehman. He was under Martin Kelly.
21  I don't know if he was a direct report of Martin
22  Kelly or whether -- but he was in Martin Kelly's
23  group.
24  Q.   And would those reserve calculations
25  have been provided to you to be included on the

TSG Reporting - Worldwide (877) 702-9580

Page 108

1   HIGHLY CONFIDENTIAL - R. AZERAD
2   balance sheet?
3   A.   It would have -- it would have been
4   one of the inputs that I would have used to
5   calculate the cushion, which, again, I don't
6   want to repeat myself, but as I defined it in
7   one of my previous answers.
8   Q.   One of the people on this e-mail chain
9   is someone called Irina Veksler?
10  A.   Yes.
11  Q.   Do you know who that is?
12  A.   Irina Veksler was reporting to me.
13  She was part of the Liquidity Reporting Team.
14  She was involved that weekend in drafting the
15  opening balance sheet.
16  Q.   Sir, I've handed you a two page
17  document marked Exhibit 147A.
18  A.   Yes.
19  Q.   Take a moment to review that. I'll
20  ask you a couple questions.
21  (Document review.)
22  A.   I've read the e-mail.
23  Q.   Starting from the back of the e-mail
24  chain, it's the e-mail that begins at the bottom
25  of page 1 over to page 2?

TSG Reporting - Worldwide (877) 702-9580

Page 109

1   HIGHLY CONFIDENTIAL - R. AZERAD
2   A.   The e-mail sent at 6:45 by Jasen Yang?
3   Q.   That's right, to you and others.
4   A.   Yes.
5   Q.   And in that e-mail is a discussion
6   about a file or schedule produced by Barclays'
7   Ops of the collateral currently held at BONY, do
8   you see that?
9   A.   Yes.
10  Q.   Do you recall having any discussions
11  with Jasen Yang about the subject matter of this
12  e-mail?
13  A.   I was involved on the 19th and in
14  subsequent days in trying to understand which
15  securities had been transferred to Barclays. It
16  was a difficult exercise from the Lehman
17  standpoint because Chase did not provide us with
18  this file, which would have been the case not
19  under kind of normal -- under normal
20  circumstances.
21  So we were -- so what we did, for lack
22  of a better word, as a second best solution was
23  asking Barclays to send us their file.
24  Q.   And then the first e-mail on this
25  page, page -- the first page of Exhibit 147A, do

TSG Reporting - Worldwide (877) 702-9580

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  
2  you see that as an e-mail from you back to Jasen
3  Yang providing a file back to Jasen?
4      A.   I don't recall exactly what it says,
5  but the way I read the e-mail now, the one at
6  6:15, I'm assuming that's the one you're
7  referring to from my BlackBerry?
8      **Q.   No, I'm actually referring to the**
9  **e-mail at the very top of the page.**
10     A.   I'm sorry.
11     **Q.   The one at 7:19.**
12     A.   The one at 7:19?
13     **Q.   Yes.**
14     A.   Yes, the 1.9 billion I had -- was not
15  part of a reconciliation process.  This was --
16  this was -- I mentioned that I was, on the 19th
17  and in subsequent days, I was involved in trying
18  to identify additional collateral that could be
19  transferred to Barclays, and I don't remember
20  precisely what the 1.9 billion refers to.
21         One of the former -- one of the
22  previous exhibits that you showed me also had a
23  1.9 billion which was described as being the
24  non-actionable box, which is a Lehman term.  So
25  let me -- I just want to kind of define it.  The

HIGHLY CONFIDENTIAL - R. AZERAD

1  
2  non-actionable box is a box of assets which is
3  financed on an unsecured basis.  The reason it's
4  called non-actionable is because it's -- as part
5  of our analysis of the box, we try to separate
6  assets which we thought were left in the box,
7  left unencumbered, but could be financed from
8  assets left in the box, but couldn't be financed
9  on a "business as usual" basis.  That could be
10  the same 1.9 billion.
11         (Exhibit 178, an e-mail from M. Kelly
12  to R. Azerad dated September  20, 2008, with
13  attachment, marked for identification, as of
14  this date.)
15     **Q.   Sir, I handed you a two-page document**
16  **marked Exhibit 178.**
17     A.   Let me read the document.
18     **Q.   Let me know when you're done.**
19         **(Document review.)**
20     A.   I've read the document.
21     **Q.   This is a document you've seen before**
22  **today?**
23     A.   Yes, I've seen this document before
24  today.
25     **Q.   And the attachment to the document is**

**HIGHLY CONFIDENTIAL - R. AZERAD**

1  
2  **a draft version of the balance sheet that you**
3  **were working on that weekend, correct?**
4      A.   That is correct.  I was not the only
5  person working on the draft, but I was one of
6  the contractors.
7      **Q.   And focusing on the e-mail in the**
8  **first page of the document, the e-mail from**
9  **Brett Beldner to Martin Kelly?**
10     A.   Yes.
11     **Q.   With you as a copy?**
12     A.   Uh-huh.
13     **Q.   That e-mail states that you focused on**
14  **the asset side of the balance sheet; is that**
15  **right?**
16     A.   That is correct.
17     **Q.   Going to page 2 of the exhibit.**
18     A.   Yes.
19     **Q.   And focusing on the asset side, you've**
20  **got a line item for cash and cash equivalent, do**
21  **you see that?**
22     A.   Yes.
23     **Q.   And then you have a second category**
24  **for inventory, do you see that?**
25     A.   Yes.

HIGHLY CONFIDENTIAL - R. AZERAD

1  
2      **Q.   And the valuation on the inventory is**
3  **44,846, correct?**
4      A.   Yes.
5      **Q.   I assume that's in millions?**
6      A.   That is a fair assumption.
7      **Q.   And then you have a line item for**
8  **receivables with, in parentheses, 15c3 lockup**
9  **release of a billion, right?**
10     A.   Yes.
11     **Q.   The inventory total number that you**
12  **have there, 44,846, do you recall what pricing**
13  **sources that was based on?**
14     A.   I believe that you had the information
15  in one of the previous exhibits.
16     **Q.   So the Ops file and the box report?**
17     A.   That is, again, I -- that's what I --
18  in that previous exhibit, which I'm assuming was
19  sent prior to this e-mail, this is what I claim
20  we would have been using.  I don't recall
21  whether I would have changed my source
22  information, but that's what I claim at that
23  point.  So, to the best of my recollect, this is
24  what I used.
25     **Q.   And to the best of your recollection,**

Page 114

HIGHLY CONFIDENTIAL - R. AZERAD

1  during that weekend, the weekend of, what is it,
2  the 20th/21st, do you recall changing your
3  pricing source information for the pricing of
4  the inventory?
5      A.  I don't recall.
6      Q.  On the liability side of the balance
7  sheet, did you play any role in providing that
8  information?
9      A.  If any role I played was for 45
10 billion for the repo, which is the part of the
11 financing for cash received from Barclays.
12     Q.  There's a line item on that balance
13 sheet, page 2 of Exhibit 178, says equity, 3.346
14 billion.  Do you see that?
15     A.  Yes, I see.
16     Q.  Do you have any understanding as to
17 what that line item relates to?
18     A.  No.  I mean, it's, besides what it
19 says here, the e-mail that you -- based on the
20 e-mail that you provided in Exhibit 178 on the
21 first page, I'm assuming that this part of the
22 balance sheet was created by Brett Beldner.
23     Q.  And what was Brett Beldner's position?
24     A.  He was the head of the U.S. Accounting
25
TSG Reporting - Worldwide (877) 702-9580

Page 115

HIGHLY CONFIDENTIAL - R. AZERAD

1  Policy at Lehman Brothers, reporting to Mary
2  Stewart, who reported to Martin Kelly.
3          (Exhibit 179, an e-mail chain, the
4      earliest in time from G. Reilly to K. Wong,
5      dated September 22, 2008, with attachment,
6      marked for identification, as of this date.)
7      Q.  Keep that one before.  I'm going to
8  hand you an exhibit marked 179.
9      A.  Okay.
10         (Document review.)
11     A.  I've seen this Exhibit 179.
12     Q.  I just want to -- if you could turn to
13 page 2 of Exhibit 179.
14     A.  Yes.
15     Q.  And it's similar in form to page 2 of
16 Exhibit 178 that we were looking at before,
17 correct?
18     A.  That is correct.
19     Q.  Okay.  So there's a slight difference
20 in the total values as well as some of the line
21 items, do you see that?
22     A.  Yes, I see that.
23     Q.  Okay.  Do you have any understanding
24 of the line item and assets that reads
25
TSG Reporting - Worldwide (877) 702-9580

Page 116

HIGHLY CONFIDENTIAL - R. AZERAD

1  "Derivatives and Other Contr." with a value of
2  80 million?  Do you have any understanding as to
3  what that relates to?
4      A.  No, I don't recall.
5      Q.  And on the next item up, the next item
6  up, which is "Commercial Paper & Money Market
7  Instruments," there's a similar item on Exhibit
8  178, but with a different value.  Do you have
9  any understanding as to the reason for the
10 differences?
11     A.  No, I mean, I can see that the
12 differences in value is $63 million, which on a
13 transaction -- a balance sheet of about 53
14 billion would not have -- it's very small.  I
15 don't remember why the number changed.  There
16 were uncertainty throughout the weekend and on
17 subsequent days trying, again, trying to
18 understand which assets were transferred, that
19 could be transferred, so trying to establish the
20 opening balance sheet.
21     Q.  Now, I apologize if I have already
22 asked you this, but do you have a recollection
23 of excess margin on derivatives transactions
24 being transferred from Lehman to Barclays?
25
TSG Reporting - Worldwide (877) 702-9580

Page 117

HIGHLY CONFIDENTIAL - R. AZERAD

1      A.  What do you mean by "excess margin on
2  derivatives transactions"?
3      Q.  There's reference in some of the
4  documents to a margin concerning the OCC trades.
5      A.  Okay.
6      Q.  Do you have an understanding or
7  recollection of any excess margin on OCC
8  transactions being transferred from Lehman to
9  Barclays?
10     A.  I don't recall.
11     Q.  What, if anything, have you heard
12 about OCC margin in connection with the
13 Lehman/Barclays transaction?
14     A.  From what --
15         MR. STERN:  This should exclude any
16     conversations with counsel.
17         THE WITNESS:  I understand that.
18     A.  I believe that when I think of OCC
19 margin, and again, this is my recollection, this
20 might not be accurate, there were some of the
21 margin being held by -- by either the OCC or
22 JPMorgan Chase, which I believe was -- became
23 essentially frozen, meaning it was not returned
24 to Lehman, but I could be incorrect.
25
TSG Reporting - Worldwide (877) 702-9580