# A. 3 (A)

Page 1

1

2                  UNITED STATES BANKRUPTCY COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4

5      In re:                    )
                                 ) Chapter 11
6      LEHMAN BROTHERS           ) Case No. 08-13555(JMP)
                                 )
7      HOLDINGS, INC., et al.,   )
                                 )
8                    Debtors.    )
       -------------------------)

9

10

11

12

13

14             HIGHLY CONFIDENTIAL DEPOSITION OF

15                   ALASTAIR BLACKWELL

16                  New York, New York

17                Friday, August 7, 2009

18

19

20

21

22

23     Reported by:

24     KRISTIN KOCH, RPR, RMR, CRR, CLR

25     JOB NO. 24037

Page 2

```
 1
 2
 3
 4                    August 7, 2009
 5                    9:21 a.m.
 6
 7
 8          Deposition of ALASTAIR BLACKWELL,
 9   held at the offices of JONES DAY, LLP, 222
10   East 41st Street, New York, New York,
11   before Kristin Koch, a Registered
12   Professional Reporter, Registered Merit
13   Reporter, Certified Realtime Reporter,
14   Certified Livenote Reporter and Notary
15   Public of the State of New York.
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4
 5     JONES DAY, LLP
 6     Attorneys for Lehman Brothers, Inc.
 7       222 East 41st Street
 8       New York, New York 10017-6702
 9     BY:  WILLIAM J. HINE, ESQ.
10       GEORGE E. SPENCER, ESQ.
11
12
13     BOIES, SCHILLER & FLEXNER, LLP
14     Attorneys for Barclays and Alastair
15     Blackwell
16       5301 Wisconsin Avenue, N.W.
17       Washington, D.C. 20015
18     BY:  JONATHAN M. SHAW, ESQ.
19
20
21     QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
22     Attorneys for Creditors Committee
23       51 Madison Avenue
24       New York, New York 10010
25     BY:  ROBERT K. DAKIS, ESQ.
```

TSG Reporting - Worldwide  (877) 702-9580

Page 4

```
 1
 2   A P P E A R A N C E S:  (Continued)
 3
 4
 5     JENNER & BLOCK LLP
 6     Attorneys for Examiner
 7       330 North Wabash Avenue
 8       Chicago, Illinois 60611-7603
 9     BY:  ROBERT L. BYMAN, ESQ.
10
11
12     HUGHES HUBBARD & REED LLP
13     Attorneys for SIPA Trustee
14       One Battery Park Plaza
15       New York, New York 10004-1482
16     BY:  SETH D. ROTHMAN, ESQ.
17       NEIL J. OXFORD, ESQ.
18       AMINA HASSAN, ESQ.
19
20
21   ALSO PRESENT:
22
23     RAJESH ANKALKOTI, Alvarez & Marsal
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 5

```
 1
 2          IT IS HEREBY STIPULATED AND AGREED
 3   by and between the attorneys for the
 4   respective parties herein, that filing and
 5   sealing be and the same are hereby waived.
 6          IT IS FURTHER STIPULATED AND AGREED
 7   that all objections, except as to the form
 8   of the question, shall be reserved to the
 9   time of the trial.
10          IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized
13   to administer an oath, with the same
14   force and effect as if signed and sworn
15   to before the Court.
16
17
18
19
20          - oOo -
21
22
23
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 6

1
2  A L A S T A I R   B L A C K W E L L,
3     called as a witness, having been duly sworn
4     by a Notary Public, was examined and
5     testified as follows:
6  EXAMINATION BY
7  MR. HINE:
8     Q.   Good morning, Mr. Blackwell.
9     A.   Good morning.
10    Q.   How are you?
11    A.   Very good, thanks.
12    Q.   I am sure your counsel has told you
13 what's going on here today, but we are here
14 taking a deposition involving the Lehman
15 bankruptcy proceedings.
16       My name is Bill Hine and I am from
17 Jones Day, which is the firm that's special
18 counsel to LBHI. Several of the other counsel
19 along the table will introduce themselves
20 later, but they represent various entities that
21 are involved in this proceeding.
22       So the way this is going to work is
23 I am going to ask you a bunch of questions
24 first and they will all take turns with you
25 later as we progress.

Page 7

1        Blackwell - Highly Confidential
2     A.   Understood.
3     Q.   As we go, I am going to be asking
4  you a series of questions. You are under oath,
5  so you will answer the questions. At some
6  points in time you will hear your counsel state
7  an objection. That doesn't mean you don't have
8  to answer the question. That just means he is
9  either preserving the record or he wants to ask
10 me to clarify the question. If he instructs
11 you not to answer, that's up to you as well,
12 but the mere fact that he makes an objection
13 doesn't mean you don't have to answer the
14 question.
15       In that vein, I'd like to ask you
16 just please ask me to clarify any question
17 where I might misuse an acronym or a word. I
18 feel like I am learning a new language here
19 reading all you folks' e-mail, so I know there
20 is technical financial words that you guys use
21 and you understand readily, but if you need me
22 to clarify one, I want to have a clear question
23 so you can answer it.
24       I think your counsel has probably
25 told you, but you have been designated as a

Page 8

1        Blackwell - Highly Confidential
2  30(b)(6) witness for a select set of issues in
3  this case and those issues relate to Schedules
4  A and B of the Clarification Letter. We will
5  get to that later, but I just want to let you
6  know that, and that I will alert you to that
7  fact when we get to that portion of the
8  deposition, so in that portion you will be
9  speaking on behalf of Barclays.
10       So I am ready to proceed if you are.
11 Are we ready to do this?
12    A.   Absolutely, yes. Thank you.
13    Q.   Can we start off with a little
14 background information about you.
15       You are currently employed by
16 Barclays Capital; correct?
17    A.   I am, yes.
18    Q.   And what is your present position?
19    A.   I am responsible for the Americas
20 operations department for capital markets.
21    Q.   Okay. And do you have a title?
22    A.   I am a managing director.
23    Q.   When did you start your employment
24 at Barclays?
25    A.   I received a contract after

Page 9

1        Blackwell - Highly Confidential
2  bankruptcy, I don't know exactly when I signed
3  that, but it would have been, I think, two
4  weeks after bankruptcy that I signed a contract
5  to join Barclays. I wasn't one of those people
6  that received an e-mail and clicked off on it,
7  for instance.
8     Q.   Okay. When did you -- that's the
9  contract, we will get to that in a second, but
10 when did you consider yourself a Barclays
11 employee?
12    A.   Post bankruptcy.
13    Q.   Was it upon the closing of the sale
14 transaction?
15    A.   I would think so, yes.
16    Q.   And just as we go forward, if I
17 refer to the sale transaction, can we agree
18 that that will be the transaction that closed
19 on the 22nd of September 2008 whereby certain
20 assets were transferred to Barclays? Can we
21 agree on that?
22    A.   What time is that?
23    Q.   I don't know the time.
24    A.   Midnight from that day.
25    Q.   Okay. So is it fair to say after

Page 10

1      **Blackwell - Highly Confidential**
2  **that day you were a Barclays employee?**
3      A.   Yes.
4      **Q.   Can you just tell me, describe for**
5  **me generally your duties and responsibilities**
6  **in your present position.**
7      A.   There are approximately 900 staff in
8  the Americas and the majority of which are in
9  New York and New Jersey that provide support,
10  and when I say "support," I mean that there is
11  a function to help capture transactions, verify
12  transactions and record them on the books and
13  records of Barclays Capital, or the BCI entity
14  predominantly, and to ensure the securities in
15  cash, consideration is received on these
16  transactions. My responsibility is to manage
17  that across all of the asset classes that
18  Barclays transacts in the region. That does
19  not include the wealth business in the region.
20  The wealth business is a client of BCI. We do
21  provide a shared -- what we would describe as a
22  shared service to provide operational support
23  in the sense that I clear -- our organization
24  clears transactions on behalf of the wealth
25  business.

TSG Reporting - Worldwide   (877) 702-9580

Page 11

1      Blackwell - Highly Confidential
2      MR. SHAW:   Before you go on, I
3  forgot to put this on the record at the
4  beginning. Under the protective order I
5  believe the way we were proceeding is we
6  have been designating the entire deposition
7  as highly confidential and then within
8  seven days we re-designate more precisely
9  based on the content.
10      MR. HINE:   That's no problem.
11      **Q.   I think I understood what you just**
12  **told me, but is that different in any way from**
13  **the duties you had when you were with Lehman?**
14      A.   In breadth, yes. It's a narrower
15  remit.
16      **Q.   Excuse me?**
17      A.   It's a narrower remit.
18      **Q.   "Remit" meaning?**
19      A.   My responsibilities were broader at
20  Lehman.
21      **Q.   In what way?**
22      A.   I had global responsibility for
23  operations, for capital markets, and I was also
24  responsible for what was called the IMD
25  division, so that's the investment management

TSG Reporting - Worldwide   (877) 702-9580

Page 12

1      Blackwell - Highly Confidential
2  division, globally at Lehman Brothers.
3      **Q.   So is the difference in**
4  **responsibility geographic?**
5      A.   Geographic and the fact that it also
6  encompassed the investment management division.
7      **Q.   Okay.**
8      A.   And there are functional
9  definitions -- every firm on Wall Street
10  defines operations slightly differently in
11  terms of content. So an example would be the
12  treasury function sits in finance in the former
13  Lehman organization, but sits in operations at
14  Barclays Capital. So there are definitional
15  components which would be different, but
16  substantially very similar.
17      **Q.   Who do you report to at Barclays?**
18      A.   I report to Carol Machell.
19      **Q.   Can you spell that?**
20      A.   M-A-C-H-E-L-L.
21      **Q.   Anyone else?**
22      A.   That's my global report. She is
23  based in London. And I report to Gerard
24  LaRocco regionally, who is the regional CAO for
25  the Americas.

TSG Reporting - Worldwide   (877) 702-9580

Page 13

1      Blackwell - Highly Confidential
2      **Q.   Any other reports that you have?**
3      A.   No.
4      **Q.   And who reports to you in your**
5  **present position?**
6      A.   Again, this is where the functional
7  construct of Barclays is different to Lehman.
8  In my regional role the people with primary
9  responsibility for the products are actually
10  the global heads of the product line, so there
11  was a global head of rates, credit, prime
12  brokerage, equities, et cetera, who have
13  primary responsibility. People who report to
14  me directly are Samantha Hoban, who is the COO
15  for the region, and I have responsibility for
16  tax, that's Lisa Ryer, and Alex Crepeau, who is
17  responsible for regulatory reporting. I also
18  have responsibility for the TSA effort within
19  operations, which it had historically, but we
20  no longer support the LBHI Alvarez Marsal
21  clean-up effort of LBHI. That organization has
22  transitioned in its entirety. That was managed
23  by a gentleman called Greg Eickbush. He is now
24  an employee of LBHI. I still have
25  responsibility for the LBI TSA operations team,

TSG Reporting - Worldwide   (877) 702-9580

Page 14

1    Blackwell - Highly Confidential
2  which is led by James Black and informally
3  managed by Alex Crepeau until about a week ago.
4    **Q.   When you talk about operations**
5  **function, is there a component of that of your**
6  **work that covers valuing or marking assets?**
7    A.   I want to be very precise about the
8  way I would describe that.  There is a function
9  in operations that values positions, but that's
10  using data, pricing data, that is either
11  purchased from a third party or is consumed
12  from a front office trading source, so we are
13  not determining a valuation on a security.  We
14  do not determine valuation.
15    **Q.   But you mark the security with this**
16  **information that you receive from a third**
17  **source?**
18    A.   It's a mechanical process.
19  Inventory, mark, it gives you a result.  It's
20  not -- you are not applying any thought to it
21  other than is that actually the security that
22  our mark ties out to.
23    **Q.   Could we go back now to your last**
24  **position you held at Lehman.**
25    **First of all, how long did you work**

TSG Reporting - Worldwide  (877) 702-9580

Page 15

1    **Blackwell - Highly Confidential**
2  **for Lehman?**
3    A.   I worked for Lehman from November
4  27th, 2000 until the 22nd of September, 2008.
5    **Q.   And what was the last position you**
6  **held at Lehman?**
7    A.   I was global head of operations for
8  both capital markets and IMD.  I was in the
9  process of taking responsibility for Aurora
10  loan services, but I hadn't been formally
11  announced, so that was matter of a few weeks'
12  worth of effort, but I didn't have any formal
13  management responsibility at that point, so you
14  will see information in my e-mails associated
15  with Aurora.
16    **Q.   And who did you report directly to**
17  **in that position?**
18    A.   I reported to Ian Lowitt.
19    **Q.   Anyone else?**
20    A.   No.
21    **Q.   And who were your direct reports?**
22    A.   In the United States, Neal Ullman,
23  who is global head of our clearance and custody
24  function.  Monty Forrest, who is global head of
25  prime services operations.  Kirk Butryn who was

TSG Reporting - Worldwide  (877) 702-9580

Page 16

1    Blackwell - Highly Confidential
2  co-head of equity operations.  Alex Crepeau,
3  who was responsible for regulatory operations,
4  tax, operations control, client valuations and
5  margin.  I believe that's all of them from
6  memory.  In the U.K. there is a gentleman
7  called Garth Barker Goldie, who is responsible
8  for European operations, and in Asia,
9  Christopher Flanagan, who was responsible for
10  our Asian operations.  And there was also --
11  actually, there is another gentleman called
12  Stewart Nineham who was my CAO in -- global
13  CAO.
14    **Q.   Can you explain to me in your Lehman**
15  **role whether your group was responsible for**
16  **valuing or marking securities?  Same question**
17  **only I am trying to see if the Lehman role was**
18  **the same.**
19    A.   It was identical.  In terms of
20  consumption of data, any model-driven pricing
21  would be front-end trading, trading
22  responsibility to provide a mark, and finance
23  function at Lehman Brothers, product control,
24  for want of a better term, was responsible for
25  price testing, so they would test the models to

TSG Reporting - Worldwide  (877) 702-9580

Page 17

1    Blackwell - Highly Confidential
2  ensure that those were accurate and produce the
3  result that they were intended to do.
4    **Q.   And who were in charge of those**
5  **functions at Lehman; do you recall?**
6    A.   The front office was various
7  different business heads, so, I mean,
8  ultimately it would have been Bart as president
9  and head of risk effectively, but Gelband was
10  responsible for the fixed income division and
11  Jerry Donini was responsible for equities, and
12  the IMD business theoretically didn't take any
13  risk.
14    **Q.   I don't mean to be intrusive, but I**
15  **have to ask you some questions about your**
16  **compensation.**
17    MR. SHAW:  This is all highly
18  confidential.
19    MR. HINE:  Yes.

**REDACTED**

TSG Reporting - Worldwide  (877) 702-9580

Page 18

1    Blackwell - Highly Confidential

**REDACTED**

8    probably see in my e-mail where I was offered a
9    certain role and I considered it over a period
10   of time and decided to do something slightly
11   different and at that point we agreed that I
12   would have a two-year contract because of
13   uncertainty about where the future would lead

**REDACTED**

22   **Q.    And what position were you**
23   **considered for that -- you alluded to a**
24   **suggestion of a position and you opted for**
25   **something else.  Could you just explain to me**

Page 19

1    **Blackwell - Highly Confidential**
2    **what you meant by that?**
3        A.   I had been global head at Lehman
4    for, I think, three or four months, a
5    relatively a short period of time.  The role
6    that I was offered was running Americas
7    operations and being co-head of the equity
8    operations organization.  In my mind that was
9    taking me back four or five years in my career
10   and I didn't really see the -- it didn't feel
11   appropriate, so I was a little unhappy that
12   that was what I was being offered and I
13   certainly wasn't -- yeah, I was -- it wasn't --
14   it didn't feel like the right thing for me at
15   that point, but I was very keen to help
16   everyone with the integration process.  I felt
17   I had a moral obligation to my team to make
18   sure that happened, and though I was being
19   offered jobs externally for some period of
20   time, I felt I wanted to stay and see this
21   through and put faith in the organization to
22   find me a role in the future, which I am still
23   hoping will happen.
24       **Q.    You said you were head of global for**
25   **only three months.  What was your position**

Page 20

1    **Blackwell - Highly Confidential**
2    **prior to your position as head of global for**
3    **Lehman?**
4        A.   I had global responsibility for
5    prime services operations.  I also had global
6    responsibility for equity operations, and in
7    addition to that I was European head of
8    operations, so I commuted back and forth
9    between London and New York almost on a weekly
10   basis for about a year, little less than a
11   year.

**REDACTED**

Page 21

1    Blackwell - Highly Confidential

**REDACTED**

Page 22

1    Blackwell - Highly Confidential

REDACTED

16         MR. HINE: I want to show you a
17    document here which we are going to mark as
18    Exhibit 55 B.
19         (Exhibit 55 B, letter dated October
20    2, 2008, Bates stamped BCI-EX-00077291
21    through BCI-EX-00077293, marked for
22    identification.)
23    **Q.   Mr. Blackwell, I have just handed**
24    **you a document marked as 55 B.  I just wanted**
25    **to ask you if you have ever seen that document**
TSG Reporting - Worldwide  (877) 702-9580

Page 23

1    **Blackwell - Highly Confidential**
2    **before.**
3    A.   Yes.
4    **Q.   What is that?**
5    A.   That is the contract that Carol
6    Machell handed me, offered me to become an
7    employee of Barclays Capital.
8    **Q.   And is that your signature on the**
9    **last page?**
10    A.   Yes.
11    **Q.   You said you wanted to say something**
12    **in addition to supplement your prior testimony.**

REDACTED

25         MR. SHAW: Objection.  Foundation.
TSG Reporting - Worldwide  (877) 702-9580

Page 24

1    Blackwell - Highly Confidential

REDACTED

TSG Reporting - Worldwide  (877) 702-9580

Page 25

1    Blackwell - Highly Confidential

REDACTED

TSG Reporting - Worldwide  (877) 702-9580

1    **Blackwell - Highly Confidential**

REDACTED

1    Blackwell - Highly Confidential

REDACTED

1    Blackwell - Highly Confidential

REDACTED

1    Blackwell - Highly Confidential

REDACTED

4    **Q.   Can you tell me when you first began**
5    **discussions with Barclays about your employment**
6    **arrangement that you expected to have with**
7    **them?**
8       A.   It was in the week immediately
9    after -- immediately after LBI's filing after
10   the 22nd.  I don't think discussions began
11   until later in that week.  I think around the
12   24th or 25th, but I can't recall precisely.
13      **Q.   Okay.  Can I just clarify some**
14   **dates.  I will represent LBHI filed on the**
15   **15th.**
16      A.   Absolutely.
17      **Q.   Correct?  Okay.  LBI filed on the**
18   **19th; correct?**
19      A.   Yes.
20      **Q.   Okay.  And during that week did you**
21   **have any discussions with Barclays about your**
22   **potential employment there?**
23      A.   No.
24      **Q.   Did you have any discussions with**
25   **anyone else?**

Page 30

**Blackwell - Highly Confidential**

1      A.    I was incredibly busy, incredibly
2  busy.  Friends and family were concerned and
3  it's possible that I made reference to the fact
4  that I would become a Barclays employee at some
5  point, I assumed.  I had an assumption.  I had
6  no knowledge that I would be and I had no
7  discussions that were suggested I would be.
8      Q.    And so did I understand you
9  **correctly to say that you didn't have such**
10 **discussions until after the closing of the sale**
11 **transaction?**
12     A.    Yes.  It wasn't until, I think, the
13 earliest the 24th.  It was certainly into
14 the -- post LBI's bankruptcy after the APA was
15 signed.
16     Q.    **And who did you have those**
17 **discussions with at Barclays?**
18     A.    Carol Machell.  At Barclays, Carol
19 Machell.
20     Q.    **Did you discuss it with Michael**
21 **Evans at all?**
22     A.    Absolutely not.
23     Q.    **And Carol Machell is the person who**
24 **ultimately became your supervisor?**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 31

**Blackwell - Highly Confidential**

1      A.    Absolutely.
2      Q.    **What do you recall about those**
3  **discussions?**
4      A.    The financial component was of
5  little interest to me, frankly.  I was
6  expecting that we would discuss a role and the
7  discussion didn't go very well, because I
8  wasn't very happy in terms of the role.  The
9  focus wasn't on the financial components.  I
10 have no dependents.  I don't -- the money isn't
11 the main motivator in why I go to work.  I was
12 looking for an interesting role in an
13 organization which I thought would be an
14 interesting place to be and the role that I was
15 initially offered I thought was -- didn't meet
16 my expectations and, therefore, I actually
17 considered leaving.  What we had discussed in
18 that first set of conversations was that I
19 would go away and think about it and, again, I
20 wanted to be responsible and work with Carol to
21 ensure there was a smooth integration, so that
22 wouldn't mean I would leave immediately, but
23 work for a period of time, certainly into the
24 new year to help with a smooth transition of my

TSG Reporting - Worldwide  (877) 702-9580

---

Page 32

**Blackwell - Highly Confidential**

1  staff.
2      Q.    **Was there any back-and-forth on the**
3  **numbers?**
4      A.    Yes, because it was -- the original
5  contract I was offered was more money than
6  this.
7      Q.    **So could you just summarize what the**
8  **back-and-forth was?**
9      A.    It was more about the duration, the
10 value of the contract, the cash award or
11 whatever -- I don't recall the numbers exactly,
12 but it was more than this contract.
13     Q.    **When you say "the duration," you**
14 **mean the length of your expected employment?**
15     A.    This contract effectively has
16 several components, but I would look at it as a
17 two-year contract, and the contract that I was
18 offered was a one-year contract with two years
19 of incentive payments.  From memory.  I may not
20 be precise.  But certainly the role was the
21 core part of my focus.
22     Q.    **During the week of the 15th, in**
23 **other words, after LBHI's filing leading up to**
24 **eventually LBI's filing, did you have any**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 33

**Blackwell - Highly Confidential**

1  **understanding of the arrangements that had been**
2  **made as to compensation for former Lehman**
3  **employees?**
4      A.    No.
5      Q.    **Did you have any knowledge of the**
6  **provisions in the APA that related to**
7  **compensation?**
8      A.    No.
9      Q.    **Did you have any role in negotiating**
10 **those types of provisions?**
11     A.    No.  I was asked to make lists of
12 people who were critical to certain things, but
13 that was it.
14     Q.    **Did you hear any rumors about how**
15 **former Lehman employees were going to be**
16 **compensated when they moved to Barclays?**
17     A.    Can you be precise about the time
18 frame you are talking about?
19     Q.    **I am talking about the week of --**
20 **let's talk about the week of September 15th.**
21 **In other words, LBHI has filed, LBI has not yet**
22 **filed, but that five-day period.**
23     A.    All I had heard was speculation in
24 the press, and from my recollection I can't

TSG Reporting - Worldwide  (877) 702-9580

Page 34

1    Blackwell - Highly Confidential
2    determine exactly -- again, that period of time
3    is a strange period, but I'm sure my e-mail
4    would highlight anything that I knew at the
5    time. My understanding, there was press
6    speculation which was rife amongst the staff,
7    so they were talking about it, and my concern
8    was to calm people, because a lot of people at
9    Lehman were just leaving the building, so,
10   again, just trying to hear what they were
11   seeing and reading so I could respond in a way.
12   If I didn't know anything, I would tell them I
13   didn't know anything, it wasn't necessarily
14   true. So it wasn't information I was receiving
15   from people negotiating the deal or from my
16   superiors.
17       Q.   Am I correct to say that you had no
18   specific knowledge of how these folks would be
19   compensated?
20       A.   None whatsoever.
21       Q.   And so you did not communicate to
22   your subordinates the compensation arrangements
23   that they could be expecting?
24       A.   Expecting, no.
25       Q.   No, you did not?

Page 35

1       Blackwell - Highly Confidential
2       A.   I didn't.
3       Q.   All right. So let's -- I'd like to
4    turn to that -- that week is of great interest
5    to us lawyers here, so can we just talk
6    generally about your role during that week and
7    maybe the couple of days prior to that.
8       A.   So just to clarify, this is the 15th
9    through to the 22nd?
10      Q.   Correct. Let's just start prior to
11   the 15th.
12          You are aware that Barclays and
13   Lehman had some discussions prior to the filing
14   of bankruptcy about a possible transaction?
15      A.   Yes.
16      Q.   Were you involved in any of those
17   discussions at all?
18      A.   No. I was asked by Ian to come to a
19   meeting on the -- I don't know what day it was.
20   It was in the week pre -- sorry, it was pre
21   LBHI's bankruptcy, in the week prior to that,
22   and I was in a -- I joined a meeting for about
23   half an hour. It had been going on for a long
24   time. I don't really have any recollection as
25   to what was actually even being discussed,

Page 36

1       Blackwell - Highly Confidential
2    frankly, and Ian actually asked me to come over
3    and talk about some business-related issue, so
4    it was not in terms of any negotiation,
5    understanding what content there was. There
6    were lots of Barclays people, lots of lawyers
7    and lots of bankers on the floor, but I had no
8    documentation, no exposure to anything that was
9    relevant to that.
10      Q.   And where was this meeting?
11      A.   I believe it was on the 32rd floor
12   of 745.
13      Q.   Do you know the date?
14      A.   No, I don't.
15      Q.   Do you have any recollection of what
16   was being discussed?
17      A.   In the room, absolutely none, and I
18   think -- Ian, I think, just wanted to make sure
19   I was okay. That was probably the --
20      Q.   Ian being?
21      A.   Ian Lowitt. Just wanted to make
22   sure I was okay. That's why he had asked me to
23   come over really and talk about some
24   business-related thing.
25      Q.   Did you have any role in the

Page 37

1       Blackwell - Highly Confidential
2    preparation or the filing of bankruptcy by
3    LBHI?
4       A.   Absolutely not.
5       Q.   Did you know about it before it
6    happened?
7       A.   Yes. I think I knew about it before
8    it was going to happen because I was asked to
9    go and see Ian in the board room and,
10   coincidentally, I don't know how many times
11   this happened over the course of that day, but
12   whilst I was in the board room, and that was in
13   the evening of the -- I'm not sure what day it
14   was, but I think it was pre the filing, Dick
15   Fuld walked in and said that we would be
16   filing. At the time I had no understanding
17   what that meant, was that LBI, LBHI, it wasn't
18   clear, but it was clear that some bankruptcy
19   proceeding was going to be -- and there were
20   Weil lawyers in the room at the time, so what I
21   was asked -- Ian asked me to -- I was being
22   asked to carry out a certain set of functions
23   and that's why I was in attendance for a very
24   brief period of time, left and went to carry
25   out that instruction or instructions.

Page 38

1      Blackwell - Highly Confidential
2      Q.  Was that instruction related to the
3   bankruptcy?
4      A.  No, it wasn't related to the
5   bankruptcy.  It was related to LBI's
6   functioning, ongoing functioning.
7      Q.  Did you have any discussion -- when
8   you say "LBI's functioning," is that -- are you
9   talking about the fact that LBI did not file
10   for bankruptcy until several days later?
11      A.  Correct.
12      Q.  Okay.  So what were you doing to
13   assure LBI's functioning?
14      A.   Ian asked me to do two things.  Be
15   able to be -- be able to function -- have LBI
16   function as an entity by itself from an
17   operational standpoint, so -- and also work
18   with treasury to create a funding ladder for
19   the week, so based on the settlement activity
20   that would be taking place over the course of
21   that week, lay out a cash flow, and also put a
22   payment protocol in so that no payment, no cash
23   could leave LBI.  So that was done.  Myself and
24   Bridget O'Connor, who was the Lehman head of
25   technology, went away and worked with our
TSG Reporting - Worldwide  (877) 702-9580

Page 39

1      Blackwell - Highly Confidential
2   respective teams and our teams then worked
3   together to execute that.  We worked into, I
4   think, the early hours of the night to
5   determine what we thought the cash flows would
6   be.  I provided that ladder, funding ladder, to
7   the treasury department, which is run by Paolo
8   Tonucci.
9      Q.  So you used a lot of words there.  I
10   just want to see if I understand.
11      Is this the financing that was
12   provided by the Fed to LBI?
13      A.   No.  This is -- the cash flows -- in
14   the securities business, exchange securities
15   for cash.  In the exchange of securities for
16   cash, obviously some security is leaving, some
17   securities are coming into inventory.  Some
18   client securities are coming in and leaving.
19   And the associated cash flows that went with
20   that was to understand what the net cash
21   position each day would be if the firm had
22   perfect settlement.  And when I say "perfect
23   settlement," I mean all transactions, so all
24   securities and consideration settled on the
25   contractual settlement date.
TSG Reporting - Worldwide  (877) 702-9580

Page 40

1      Blackwell - Highly Confidential
2      Q.  So back to your role during that
3   week, now on the 15th you learned that LBHI has
4   filed for bankruptcy; correct?
5      A.  Is that -- what day of the week --
6      Q.  That's Monday.
7      A.  That's the Monday.  I think it was
8   Sunday night.
9      Q.  So you heard about it Sunday night?
10      A.  I think so.  It was the 14th.  Late
11   Sunday night.
12      Q.  What did you hear -- apparently on
13   the 15th Barclays and Lehman start speaking
14   again and they eventually arrive at an APA.
15      Can you describe for me any role you
16   played in that process?
17      A.  I didn't know that Barclays -- I
18   wasn't involved in any of those discussions, so
19   I played no role.
20      Q.  Okay.  So did the APA come as a
21   surprise to you when you heard that?
22      A.  I didn't know -- does the
23   agreement --
24      Q.  That was a bad question.
25      How did you first hear that there
TSG Reporting - Worldwide  (877) 702-9580

Page 41

1      Blackwell - Highly Confidential
2   was going to be a sale transaction between
3   Barclays and Lehman?
4      A.  I think on the Monday what I was
5   asked to do as another set of actions was work
6   towards a conversion and the way I would
7   interpret a conversion is that there is going
8   to be some -- either some asset sale or the
9   whole organization is going to be sold as a
10   going concern ,the LBI organization being
11   sold as a going concern.  So I'm sure you can
12   see it in my e-mail as well, there was a series
13   of meetings to create a project plan, to
14   work -- which involved technology, finance,
15   operations, to have -- create a fully
16   functioning broker/dealer for whenever that was
17   going to be.  So that was an incredibly onerous
18   piece of work.  These things normally take
19   months and years to create and we were given a
20   very compressed time frame to try and do that,
21   so I was trying to get a business up and
22   running again potentially.  That's the way I
23   interpreted that.  Those were my marching
24   orders at that point.  So I had no idea what
25   the content -- what sale meant.
TSG Reporting - Worldwide  (877) 702-9580

Page 42

1     Blackwell - Highly Confidential
2         Q.   Did you have an understanding of the
3     terms of the Asset Purchase Agreement?
4         A.   I didn't know an Asset Purchase
5     Agreement existed at that point.
6         Q.   Have you ever seen an Asset Purchase
7     Agreement?
8         A.   I have, but not -- I have, yes, I
9     have, but much, much, much post bankruptcy.
10    Maybe weeks afterwards.
11        Q.   Okay.  That was a badly phrased
12    question.
13            Have you -- when I meant "Asset
14    Purchase Agreement," I meant the Asset Purchase
15    Agreement that's at issue in this case, which
16    is the one between Barclays and Lehman.
17            So am I correct to understand you to
18    say you didn't see that agreement until after
19    the closing of the sale transaction?
20        A.   I believe so.  It may have hit my
21    e-mail.  I don't ever remember reading it.  I
22    think it's highly unlikely that I saw it until
23    after bankruptcy, and it's certainly the case
24    that I was asking Jonathan Hughes post
25    bankruptcy --
         TSG Reporting - Worldwide  (877) 702-9580

Page 43

1     Blackwell - Highly Confidential
2         MR. SHAW:  Let's not get into any
3     discussions you had with Jonathan.
4         MR. HINE:  Is Jonathan a lawyer?
5         MR. SHAW:  He is the general
6     counsel.
7         MR. HINE:  So you are asserting a
8     privilege over that conversation?
9         MR. SHAW:  Yes.
10        Q.   I just want to be clear.  When we
11    talk here, when you said "bankruptcy," you were
12    talking LBI's bankruptcy?
13        A.   I am talking about LBI's bankruptcy,
14    yes.  I had no knowledge of an APA pre
15    bankruptcy and the content of it.
16        Q.   Did you have any understanding of
17    what the sale transaction was supposed to
18    accomplish?
19        A.   I had a set of actions to perform,
20    which was providing data to my supervisor, to
21    Ian Lowitt, and those components were
22    clearly -- at certain points it became clear
23    they were part of the transaction, but I didn't
24    know what part, and I had very limited
25    understanding.  It was perform this task, get
         TSG Reporting - Worldwide  (877) 702-9580

Page 44

1     Blackwell - Highly Confidential
2     the task done, and that's what I tried to
3     execute as effectively as I could.
4         Q.   And so did you ever -- again, I
5     understand that and we will go through those
6     tasks as we go, but did you ever have any
7     inkling about a $70 billion figure with respect
8     to the assets that were going to be transferred
9     to Barclays?
10        A.   70 billion?
11        Q.   Yes.
12        A.   That's not a number that sticks out
13    in my memory, no.
14        Q.   Did you ever hear anyone talk about
15    a discount that was being awarded to Barclays
16    with respect to Lehman assets?
17        A.   No.  And I think when I was asked
18    what the deal content was by one of my
19    colleagues, I pointed them in someone else's
20    direction to the deal lawyers.  I didn't have
21    details of that.
22        Q.   Did you have any -- I'm not asking
23    about whether you were involved in discussions,
24    but did you hear any rumors or, you know, water
25    cooler talk about a discount being awarded to
         TSG Reporting - Worldwide  (877) 702-9580

Page 45

1     Blackwell - Highly Confidential
2     Barclays as to Lehman assets?
3         A.   I don't think so, no.
4         Q.   Did you ever hear the phrase "block
5     discount" used in connection with the sale
6     transaction?
7         A.   Block discount, no.
8         Q.   Did you ever hear that phrase or a
9     similar phrase used when it came to valuing
10    assets that were supposed to be transferred to
11    Barclays?
12        A.   No.  I wasn't focused on anything
13    related to valuation, so that wasn't really --
14    making lists of securities was different than
15    determining what they should be worth in
16    aggregate.
17        Q.   We will get into that more.  I
18    understand.
19            Did you ever hear anyone refer to
20    the transaction as a wash transaction or words
21    to that effect?
22        A.   No.
23        Q.   Is it fair to say that you really
24    were fairly unfamiliar with the specific
25    contractual terms of that transaction during
         TSG Reporting - Worldwide  (877) 702-9580

Page 46

```
 1        Blackwell - Highly Confidential
 2  that week?
 3        A.   Very unfamiliar.
 4        Q.   I want to show you a document --
 5  some of these documents I am going to show you
 6  just to see if you know about them or what you
 7  know about them.
 8        A.   I'd just like to make a point.  I
 9  was sending or receiving about a thousand
10  e-mails a day at that time, I think,
11  approximately, so documents passed across my
12  e-mail.  It was physically impossible for me to
13  consume all that information.
14        MR. HINE:  I understand.
15        Let's mark this as the next exhibit.
16        (Exhibit 56 B, e-mail dated May 29,
17        2009, Bates stamped 10295594, with attached
18        fax, Bates stamped 10300652, marked for
19        identification.)
20        Q.   Mr. Blackwell, I am handing you a
21  document that's marked as Exhibit 56 B, which
22  appears to be an e-mail in or about Monday,
23  September 15th, 2008, and attached to it is a
24  fax that's addressed to you and it's attaching
25  a document entitled Custodial Undertaking in
```

TSG Reporting - Worldwide  (877) 702-9580

Page 47

```
 1        Blackwell - Highly Confidential
 2  Connection With Master Repurchase Agreement.
 3        A.   The repo agreement.
 4        Q.   Right.  So my question to you is
 5  have you ever seen this agreement or this
 6  document?
 7        MR. SHAW:  Take a chance to look
 8        through it.
 9        (Document review.)
10        A.   I don't recall looking at this.  I
11  think it's a standard repo agreement.
12        Q.   Can I just ask you a question or two
13  about -- this repo agreement relates to an
14  agreement between Lehman, Barclays and JPMC or
15  JPMorgan Chase.
16        In your role as head of operations,
17  did you deal with repurchase agreements of this
18  nature?
19        A.   We processed repurchase agreements.
20  We didn't agree to commercial terms of a
21  repurchase agreement, but we processed it.
22        Q.   What do you mean by process it?
23        A.   So in terms of the technical way
24  that you would manage a tri-party repo
25  agreement is that you have a tri-party agent
```

TSG Reporting - Worldwide  (877) 702-9580

Page 48

```
 1        Blackwell - Highly Confidential
 2  and two counterparties.  A firm's tri-party
 3  agent selects the collateral based on the
 4  agreement terms, what collateral becomes
 5  eligible, and will pledge that.  You book
 6  something called a shell on -- operations book
 7  a shell to the value that the tri-party agent
 8  has pledged based upon their market value, and
 9  so those components are then fed into a system
10  to record the repo transaction.  So that is
11  sort of bread and butter activity for a
12  broker/dealer, how a broker/dealer would fund
13  itself.  So it's a daily event with multiple
14  counterparties.  Chase were Lehman's primary
15  tri-party agent.
16        Q.   So there was a pre-existing Master
17  Repurchase Agreement involving these three
18  parties; is that right?
19        A.   I believe so.  I don't know.
20        Q.   My real question is do you know why
21  this was executed or this was either presented
22  to you or executed on the 15th, which is the
23  date of the LBHI bankruptcy?
24        A.   From looking at this it looks like
25  they were trying to set up a new agreement.  I
```

TSG Reporting - Worldwide  (877) 702-9580

Page 49

```
 1        Blackwell - Highly Confidential
 2  don't think it was used ultimately.
 3        Q.   You don't think --
 4        A.   I don't think so, because I think --
 5  because Bank of New York were Barclays' -- I
 6  think the attempt here was due to a technical
 7  constraint, Lehman Brothers did not have
 8  tri-party structure in place because of the
 9  volume of transactions.  The operational
10  technicalities of doing this were too complex.
11  So the goal was to set up -- I think, I may be
12  wrong, because I'm not the expert, the team
13  that run this are the experts, knew why they
14  are on here.  The finance team and the treasury
15  team and the operations team responsible for
16  processing the repo are the experts.  I believe
17  from memory that there was an attempt to set up
18  a Barclays arrangement with Chase at that
19  point.  I think this was scrapped as a
20  structure.  I think so, but I may be wrong.
21        Q.   Who should I ask -- who would you
22  ask if you really wanted -- I understand you
23  don't have intimate knowledge, but who should I
24  ask that question?
25        A.   Well, the business person that would
```

TSG Reporting - Worldwide  (877) 702-9580

Page 50

1        Blackwell - Highly Confidential
2   have been responsible for this ultimately is
3   John Coghlan, he would be responsible for the
4   commercial terms, and the people that work for
5   him on here would be John Feraca, who is on the
6   e-mail. Others may -- the rest of them are
7   treasury and operations people.
8        MR. HINE: Okay. I am going to hand
9   you another document now.
10       (Exhibit 57 B, Amendment Agreement,
11   marked for identification.)
12      Q.  Mr. Blackwell, I am handing you a
13   document marked as Exhibit 57 B, which is
14   entitled Amendment Agreement as of -- it's
15   dated as of September 15, 2008 and it's between
16   Barclays and Lehman Brothers.
17      A.  September 2008. Okay.
18      Q.  Right. On the front it says "dated
19   as of September 15, 2008." Do you see that?
20      A.  Yes.
21      Q.  My question is have you ever seen
22   this document before?
23       MR. SHAW: Take a minute and look
24   through it.
25       (Document review.)
           TSG Reporting - Worldwide  (877) 702-9580

Page 51

1        Blackwell - Highly Confidential
2       A.  No, I have not seen this agreement.
3   I certainly haven't read it.
4       Q.  Do you have any understanding or
5   guess as to why this document would have been
6   signed during this time period?
7        MR. SHAW: Objection. Calls for
8   speculation.
9       A.  This seems to be determining some
10   set of commercial terms which I wouldn't have
11   been involved in negotiating, so I have no idea
12   what the purpose of this agreement would be.
13      Q.  So should I ask the same folks that
14   you mentioned earlier?
15      A.  I think you would -- I would ask
16   John Coghlan, yes.
17      Q.  Let's get back to our discussion of
18   the week of September 15th.
19        At some point in time -- well, some
20   point in time you learn on Monday, say, that
21   there is going to be a sale transaction of some
22   nature between Barclays and Lehman; correct?
23      A.  There was -- I understood that there
24   was negotiations. I didn't know what that
25   would mean.
           TSG Reporting - Worldwide  (877) 702-9580

Page 52

1        Blackwell - Highly Confidential
2       Q.  Okay. And so what were you asked to
3   do in support of those negotiations or
4   agreement? Let's try to take it day by day.
5   Let's talk about Monday.
6       A.  My recollection of what I was being
7   asked to do was, again, figure out the funding
8   settlement matter, monitor the settlement
9   activity. So there were teams of people.
10   Monitoring settlement activity would be with
11   the various clearing bodies, which as you will
12   see over the course of the week became
13   increasingly challenging. Fielding client
14   questions when they -- or the team were
15   fielding client questions as they were arising.
16   And then the bulk of the effort in the early
17   part of the week was trying to put together a
18   project plan and a set of actions to build
19   towards a conversion, which was yet -- which
20   wasn't fully specified.
21      Q.  When you use the term "conversion,"
22   are you saying -- does that mean moving the
23   broker/dealer business to Barclays?
24      A.  That was my assumption. I don't
25   think I was ever told that. Conversions
           TSG Reporting - Worldwide  (877) 702-9580

Page 53

1        Blackwell - Highly Confidential
2   normally mean that you are converting on to
3   someone else's systems or you are moving your
4   systems. And so we were working towards a set
5   of scenarios where, for instance, I was aware
6   that Barclays had a relatively small equities
7   business and we had a very substantial one at
8   Lehman Brothers. Lehman had a very substantial
9   equity business and so it would be physically
10   impossible to transact the equity business on
11   the Barclays technologies. It's just
12   impractical. A year's worth of volume in a
13   day. So it's just technically not possible.
14   So we were working towards various things of
15   that nature, which, again, is very operational
16   in nature, time-consuming, complex and very,
17   very detailed, so a lot of my team were focused
18   on that.
19      Q.  Was it your expectation that your
20   team and most of the employees of Lehman in the
21   broker/dealer business would move over to
22   Barclays?
23      A.  That was my hope.
24      Q.  No one ever told you that?
25      A.  No.
           TSG Reporting - Worldwide  (877) 702-9580

Page 54

1        Blackwell - Highly Confidential
2        Q.   Okay.  Can we go through some
3    terminology here just so I understand.
4             I see in a lot of e-mails the phrase
5    "BONY tri-party."  Can you just tell me what
6    that is meant to encompass?
7        A.   BONY is Bank of New York.  Tri-party
8    is a type -- is a repo.
9        Q.   Okay.  I didn't mean to interrupt
10   you, but we have been discussing a repurchase
11   transaction on September 18th involving
12   Barclays, Lehman and BONY.
13            Is that what you folks call the BONY
14   tri-party in the e-mail, generally?
15       A.   I think that's very broad.
16       Q.   What would you understand that BONY
17   tri-party to be?
18       A.   Depends on the context.
19       Q.   Okay.  Did there come a point in
20   time -- well, let's step back to the Monday
21   again.
22            Did you learn at some point that the
23   fed was providing some kind of financing to LBI
24   during that week?
25       A.   Yes.  We had been pledging more and
     TSG Reporting - Worldwide  (877) 702-9580

Page 55

1        Blackwell - Highly Confidential
2    more of our -- we had a large repo under
3    various different schemes with the Fed.
4        Q.   When you say various different
5    schemes, is that -- I see acronyms PDFC, OMO
6    and TSLF.  Is that what --
7        A.   Correct.
8        Q.   So those are three different Fed
9    programs?
10       A.   Yes.
11       Q.   Am I correct to say that on Monday
12   night, Tuesday night and Wednesday night of
13   that week the Fed was providing some sort of
14   financing under those programs to Lehman?
15       A.   It was a repo, again, pledging
16   assets through Chase and a tri-party agent to
17   the Fed and the Fed provided cash.
18       Q.   And now were you involved in
19   selecting the assets that were pledged?
20       A.   The mechanism by which assets are
21   selected are driven by the repurchase
22   agreements and the schedules attached to the
23   repurchase agreements that are in place.  So it
24   was eligible collateral.  So that's an
25   automated process in a normal course of
     TSG Reporting - Worldwide  (877) 702-9580

Page 56

1        Blackwell - Highly Confidential
2    business in that your tri-party agent will look
3    at the eligible collateral and pledge that on
4    your behalf to the Fed and then you get a file
5    from in this instance Chase, which is uploaded
6    into your system, into your repo shell to
7    reflect the securities that are being pledged.
8        Q.   Okay.  Is that what took place in
9    this instance?
10       A.   As far as I understand, in the early
11   part of the week, that's absolutely what
12   occurred.
13       Q.   So, again, I'm not trying to put
14   words in your mouth.  I am just trying to
15   translate it into something that a non-finance
16   person can understand.
17            Is it correct to say that JPMC or
18   Chase selected the securities that were pledged
19   to the Fed?
20       A.   That would be my understanding of
21   the mechanism.  The individuals within the
22   business, treasury and operations that
23   transacted or carried out those functions could
24   give you a much more precise answer.
25       Q.   So you are talking about within
     TSG Reporting - Worldwide  (877) 702-9580

Page 57

1        Blackwell - Highly Confidential
2    Lehman's treasury department?
3        A.   Yes, and operations, Jim Hraska.
4        Q.   Jim Hraska?
5        A.   Yes.
6        Q.   And at some point you learned, I
7    take it, that there was going to be some kind
8    of transaction where Barclays would be
9    providing that financing instead of the Fed;
10   correct?
11       A.   Correct.
12       Q.   Tell me what you understood about
13   that.
14       A.   I was initially contacted -- I think
15   conversations had already been taking place
16   between John Coghlan, treasury and Barclays
17   about how a repo process would take place.  A
18   gentleman called David Aranow and John Feraca
19   were -- both of them were asked by John Coghlan
20   to basically run the process of moving the
21   collateral that was currently pledged to the
22   Fed under the various programs, and I am going
23   to caveat that, I will come back to that in a
24   second, under the various programs, and the
25   collateral that was eligible over to Bank of
     TSG Reporting - Worldwide  (877) 702-9580

Page 58

1    Blackwell - Highly Confidential
2 New York. Now, I think the first conversations
3 were had on the 17th -- sorry, I think --
4 that's when I first started to hear about this,
5 I think, around the 17th, and I think it was
6 determined it was technically -- not say
7 impossible, but incredibly difficult to move
8 that amount of collateral on that day, which
9 was, I think, what had been discussed, so it
10 was then determined that that would then happen
11 the following -- I think it was the following
12 day, so there was some setup work that was
13 required and you will see that communication
14 flying around between treasury, operations and
15 business as how to set this -- set the
16 mechanism up to facilitate that. And this is a
17 very large amount of collateral --
18    Q.    Sure.
19    A.    -- so there are a lot of operational
20 complexities to it. So at that point that's
21 when I was aware that we were in the process
22 of -- that Barclays were going to be funding
23 the LBI entity through the repo and taking the
24 Fed's exposure away or relieving Fed's
25 exposure.
    TSG Reporting - Worldwide  (877) 702-9580

Page 59

1    Blackwell - Highly Confidential
2    MR. SHAW: When you reach a logical
3 stopping point, we have been going about an
4 hour.
5    MR. HINE: Do you want to take a
6 break?
7    THE WITNESS: Another five minutes
8 or so.
9    Q.    I think I understood what you just
10 said. Now, do you know if the same collateral
11 that was supporting the Fed financing on
12 Wednesday night was, in fact, transferred to
13 Barclays to support its tri-party?
14    A.    It wasn't. No, it wasn't. It
15 was -- again, there is -- it's an awful lot of
16 operational complexity, it's a huge number of
17 securities and no -- there were differences in
18 the schedule that the Fed held versus what
19 actually then ended up in Bank of New York's --
20 in Bank of New York's tri-party account.
21    Q.    Okay. So this is -- when I see the
22 phrase "Bank of New York tri-party," that's --
23 if it's dated at this time, it's probably
24 talking about the Barclays tri-party with Bank
25 of New York acting as the agent; correct?
    TSG Reporting - Worldwide  (877) 702-9580

Page 60

1    Blackwell - Highly Confidential
2    MR. SHAW: Objection to form.
3    A.    Again, it's a broad term. I'd need
4 specific --
5    Q.    I will withdraw that question. I
6 understand.
7    So what is the difference, if you
8 know, between the collateral that was
9 supporting the Fed financing on Wednesday night
10 and the collateral that was transferred to
11 Barclays on sometime Thursday?
12    MR. SHAW: Objection to form.
13    A.    There were a series of operational
14 issues that occurred at Chase, first of all,
15 and also the repurchase agreement, collateral
16 that's eligible to be transferred to BONY,
17 create a difference, so, you know, those
18 operational processes at Chase which were -- I
19 don't have any visibility over and, frankly,
20 have limited visibility at what's happened at
21 Chase post the event as well, resulted in some
22 of the collateral being delivered from the Fed
23 into the Lehman box and pended settlement took
24 place, so that the securities that were
25 released from the Fed were delivered into the
    TSG Reporting - Worldwide  (877) 702-9580

Page 61

1    Blackwell - Highly Confidential
2 Lehman box and trades that were pended for
3 settlement were settled that were unrelated to
4 the repo, but were trades that had been entered
5 into by Lehman Brothers on a previous date.
6    Q.    So am I correct -- so Chase settled
7 other trades with the money -- with the
8 securities that had been released from the Fed
9 funds?
10    A.    So Barclays had paid $5 billion to
11 Chase and paid that to the Fed, the Fed
12 released $5 billion worth of collateral, what
13 the Fed believed is $5 billion worth of
14 collateral to Chase, and that went into the
15 clearance box and settlement took place.
16    Q.    Okay. And then so then what
17 collateral was ultimately transferred to
18 support the Barclays repo?
19    A.    There are schedules that show that
20 collateral. So again, collateral that was
21 eligible under the repurchase agreement was
22 delivered. The remaining securities that came
23 back from the Fed, some portion of them, again,
24 subject to operational friction and
25 eligibility, were then delivered to Bank of New
    TSG Reporting - Worldwide  (877) 702-9580

Page 62

1    Blackwell - Highly Confidential
2 York.
3    **Q.    And were you involved in that**
4 **process of the delivery to Bank of New York?**
5    A.    My team was actively involved. I
6 was doing very many different things at that
7 time, so Monty Forrest and Jim and the team of
8 people within the repo ops area in conjunction
9 with the treasury department and with the
10 trading desk, the financing trading desk, were
11 all working hard to get that. I was being
12 asked also questions by my management and
13 whether these things were happening. I was
14 also liaising with Barclays when -- certainly
15 when the first 5 billion -- we were trying to
16 do it in 5 billion pieces so there was no
17 daylight exposure to Lehman. That mechanism
18 resulted in the outcome I described before,
19 which was some leakage, because of Chase's
20 method -- Chase's internal operational issues,
21 and so there was some discussion, but it went
22 very quiet for a period of time until the 40
23 billion of cash was paid by Barclays or the 45
24 billion of cash was paid by Barclays, and then
25 settlement took place with the Fed and DTC.

TSG Reporting - Worldwide  (877) 702-9580

Page 63

1    Blackwell - Highly Confidential
2 Settlement processes were kept open until the
3 early hours of the morning, which is
4 unprecedented, to allow this massive volume of
5 collateral to work its way through the system
6 and settle.
7    **Q.    You mentioned someone named Jim. Is**
8 **that Jim Hraska?**
9    A.    Jim Hraska.
10    **Q.    Is it fair to say he was more mired**
11 **in the details of this transfer of collateral**
12 **than you were?**
13    A.    Absolutely. He is an industry
14 expert in the space. The Fed consult with Jim,
15 so he is expert in this process.
16    MR. HINE:  Okay. Why don't we take
17    a break now. I have some documents to show
18    you about this whole topic, so you need to
19    rest up.
20    (Recess was taken from 10:31 to
21    10:42.)
22 BY MR. HINE:
23    **Q.    Mr. Blackwell, we were talking about**
24 **the transition from the Fed repo arrangement on**
25 **Wednesday to the replacement transaction with**

TSG Reporting - Worldwide  (877) 702-9580

Page 64

1    **Blackwell - Highly Confidential**
2 **Barclays and BONY on Thursday.**
3    **Before we get into how that took**
4 **place and any problems that had to do with**
5 **that, could I just run a couple documents by**
6 **you just so I can understand what's being said**
7 **in these e-mails to the extent you remember. I**
8 **know you had several e-mails during that period**
9 **of time, but let's just start with this one.**
10    MR. HINE:  Let's mark that.
11    (Exhibit 58 B, e-mail dated
12    September 17, 2008, Bates stamped 77752,
13    marked for identification.)
14    ( Exhibit 59 B, e-mail dated
15    9-17-2008, marked for identification.)
16    **Q.  Mr. Blackwell, I handed you an**
17 **e-mail which we have marked as Exhibit 58 B**
18 **which is an exchange between you and some other**
19 **folks on Wednesday, September 17th, and some**
20 **earlier e-mails below.**
21    **I just wanted to understand**
22 **what's -- you appear to be congratulating some**
23 **folks here about doing a good job. In one of**
24 **the e-mails Mr. Feraca talks about yielding the**
25 **max from both PDCF and Barclays financing.**

TSG Reporting - Worldwide  (877) 702-9580

Page 65

1    **Blackwell - Highly Confidential**
2    **Could you just give me a sense of --**
3 **was this a difficult effort to get this**
4 **financing in place on Tuesday?**
5    A.    I think it was hard all week. It
6 was a very challenging environment to be
7 operating in, to say the least. I just think
8 John as the person responsible for financing
9 and I think it's just congratulating everyone
10 for -- under the construct of the agreement to
11 delivering an excellent result and just
12 thanking people. I have no more information
13 about this than that.
14    **Q.    My question is this was a Tuesday**
15 **night e-mail, the one in the middle. Now, the**
16 **PDCF, that's referring to the Fed's financing;**
17 **correct?**
18    A.    The Primary Dealer's Credit
19 Facility.
20    **Q.    That's a Fed program?**
21    A.    Fed facility, yes.
22    **Q.    Now, it also refers to Barclays**
23 **financings in the same sentence.**
24    **What financings does Barclays have**
25 **in place on Tuesday?**

TSG Reporting - Worldwide  (877) 702-9580

Blackwell - Highly Confidential

1
2    A.   I don't recall. I'm assuming it's
3    referring to a repo, but I have no idea.
4        MR. SHAW:  Bill, just so it's clear,
5    although the date that appears on the sent
6    line says Wednesday, September 17th, it's
7    Greenwich meantime, so it's also Tuesday.
8        MR. HINE:  You are right.
9    Q.   I guess my main point for that
10   document is you don't really have any knowledge
11   of other of Barclays' financings on the Monday,
12   Tuesday, Wednesday of that week?
13   A.   Correct.
14   Q.   So your role during that week with
15   respect to Barclays' financing was the one that
16   was put in place on Thursday to replace the Fed
17   financings of Wednesday night; is that right?
18   A.   Yes.
19   Q.   Okay.  If you could turn to the next
20   document, which is marked as Exhibit 59 B,
21   again, it's an e-mail stream involving yourself
22   and others.  It talks in the bottom about not
23   doing the Barclays PDCF trade tonight.  Do you
24   see that language?
25   A.   Yes.

Blackwell - Highly Confidential

1
2    Q.   Now, this is Wednesday night, and I
3    believe you previously testified, was there a
4    discussion of possibly doing that transition
5    transaction on Wednesday night?
6        MR. SHAW:  Objection to form.  It's
7    not clear to me what the "this is Wednesday
8    night" refers to.
9        MR. HINE:  Let me just rephrase it.
10   Q.   You see the e-mail at the bottom of
11   this document which is sent says it's sent on
12   Wednesday, September 17th.  Do you see that?
13   A.   Yes.
14   Q.   And the first line of that e-mail
15   says "we are not doing the Barclays' PDCF trade
16   tonight."  Do you see that?
17   A.   I do.
18   Q.   And that's Mr. Ullman sending that
19   e-mail to you; correct?
20       MR. SHAW:  Can I just note for the
21   record the witness is underlining the
22   phrases you have pointed out to him on the
23   exhibit.
24       MR. HINE:  Okay.
25       MR. SHAW:  I'm not allowed to do

Blackwell - Highly Confidential

1
2    that, I take it.
3        MR. HINE:  Probably a good idea just
4    to --
5        THE WITNESS:  It's a habit.
6        MR. HINE:  Okay.  Not a problem.
7    Q.   My question was what discussions
8    were there about possibly having the Barclays
9    take over this financing role from the Fed on
10   Wednesday night?
11       MR. SHAW:  Objection.  Foundation.
12   A.   I don't have any -- I wasn't
13   involved in those discussions, so -- you would
14   probably -- yeah, I wasn't involved in those
15   discussions.
16   Q.   Okay.  Continuing on with that
17   e-mail, it says "we will be increasing the
18   tri-party trade we have been doing with
19   Barclays at BONY to 13 billion."  Do you see
20   that?
21   A.   I do.
22   Q.   What is that referring to?
23   A.   It refers to the fact that Barclays
24   would be extending financing for that night of
25   13 million.

Blackwell - Highly Confidential

1
2    Q.   So this is a separate tri-party that
3    Barclays has with Lehman and BONY?
4    A.   The same tri -- they are a
5    tri-party.  A tri-party agreement is one
6    tri-party agreement.  So this is an arrangement
7    where Barclays are providing cash in return for
8    securities.
9    Q.   Okay.  So the 13 billion refers to
10   the amount that's apparently needed to get
11   through that night or to get into the next day;
12   is that right?
13   A.   Or that was the available
14   collateral.  I don't know why 13 billion was 13
15   billion, but that was the transaction that was
16   done.
17   Q.   Could you just -- what is your
18   understanding of why Barclays did not affect
19   this transaction on Wednesday as opposed to
20   Thursday?
21   A.   My understanding was that it wasn't
22   the case of Barclays -- it wasn't the case that
23   Barclays didn't want to.  It was technically
24   un -- it wasn't feasible to actually put a
25   mechanism in place to allow that transaction to

Page 70

1    Blackwell - Highly Confidential
2  happen.
3    **Q.   Okay.**
4    A.   Because of the scale and complexity.
5    **Q.   So why was it possible to do that on**
6  **Thursday?**
7    A.   Because a mechanism was put in
8  place.
9    **Q.   So you folks had been working on**
10  **putting this mechanism in place previously?**
11    A.   No, that day.  So it was -- when --
12  on the Wednesday, then through Wednesday
13  through Thursday there was a mechanism put in
14  place.
15    **Q.   As to the collateral that was**
16  **originally supporting the Fed, and you**
17  **described that some of it made it to Barclays**
18  **but there were issues as to that transfer, did**
19  **you have any role in placing a value on that**
20  **collateral?**
21    A.   Operations are not placing a value
22  on the collateral.  The systems that operations
23  use have a value associated with them, so not
24  figuring out that this equity or this bond is
25  worth -- we are not marking the security in
    TSG Reporting - Worldwide  (877) 702-9580

Page 71

1    Blackwell - Highly Confidential
2  that regard.  Chase, again, would have primary
3  role in terms of collateral selection based on
4  the schedules of the agreement.
5    **Q.   And did you ever hear any**
6  **discussions about a discount or a haircut that**
7  **was applied to that collateral?**
8    MR. SHAW:  Asked and answered.
9    A.   No.  Not that I recall, no.
10    **Q.   Okay.  What do you understand the**
11  **term "haircut" to mean with respect to repos**
12  **generally?**
13    MR. SHAW:  Objection.  Foundation.
14    A.   I would -- I'm not an expert in
15  terms of that process, so, again, commercial
16  components would be agreed by the business.
17    **Q.   Could you describe for me -- well,**
18  **let me just ask about two other documents**
19  **before we go further.**
20    **(Exhibit 60 B, e-mail dated**
21  **9-18-2008, marked for identification.)**
22    **Q.   Mr. Blackwell, I am handing you a**
23  **copy of the document marked as Exhibit 60 B,**
24  **which is an e-mail stream which appears to be**
25  **dated September 18th, 2008, and attached to it**
    TSG Reporting - Worldwide  (877) 702-9580

Page 72

1    Blackwell - Highly Confidential
2  **is a spread sheet of some sort.  I know that --**
3  **I don't see your name on this e-mail, but I**
4  **wanted to ask you about the spread sheet that's**
5  **attached.**
6    **Have you ever seen a spread sheet**
7  **like this?**
8    MR. SHAW:  Objection.  Form.
9    A.   It's possible I have seen one.  I
10  don't recall seeing one, but it's a schedule of
11  collateral values.  It's being provided by -- I
12  assume this is being provided by JPMorgan.
13    **Q.   Why do you say that?**
14    A.   Because of who it's being sent from.
15    **Q.   The title of the spread sheet says**
16  **BONY Transaction Anticipated Pre Funding.  Do**
17  **you have any idea what that could mean?**
18    A.   No.
19    **Q.   Do you have any idea what the column**
20  **to the far right means where it says**
21  **Anticipated Pre Funding Dollar Amount?**
22    A.   Only just the literal interpretation
23  of the title.  It's a valuation.
24    **Q.   Do you have any understanding of the**
25  **value of the different types of collateral that**
    TSG Reporting - Worldwide  (877) 702-9580

Page 73

1    Blackwell - Highly Confidential
2  **were posted to the different Fed programs**
3  **listed here?**
4    A.   At the time?
5    **Q.   Yes.**
6    A.   Possibly.  I mean, I didn't look at
7  the detail.  And, again, the detail is
8  thousands of CUSIPs.  It's meaningless looking
9  at lists.  It does have to be applied based on
10  the rules.
11    **Q.   Do you have any understanding of the**
12  **aggregate amounts of the collateral you were**
13  **trying to transfer?**
14    A.   I knew we were trying to transfer
15  $45 billion.  That was the headline number,
16  approximate number.
17    **Q.   Is it fair to say there were some**
18  **problems in transferring the collateral to or**
19  **unexpected issues arose with respect to**
20  **transferring the collateral from the Fed**
21  **program to the Barclays repo?**
22    MR. SHAW:  Objection to form.
23    A.   There were problems, yes, there
24  were.
25    **Q.   Could you just generally describe**
    TSG Reporting - Worldwide  (877) 702-9580

Page 74

1      **Blackwell - Highly Confidential**
2  **for me what the problems were and how they**
3  **resolved themselves or didn't resolve**
4  **themselves?**
5      A.  The process was designed that Chase
6  would pay -- sorry, Barclays would pay
7  $5 billion, and I explained this earlier,
8  $5 billion to -- Barclays would pay that to
9  Chase, Chase would pay that to the Fed, the Fed
10 would deliver $5 billion in collateral.
11     MR. BYMAN:  Could I ask you to speak
12    a little louder.
13     THE WITNESS:  Okay.  Do you want me
14    to repeat that?
15     MR. BYMAN:  If you would, I'd
16    appreciate it.
17     A.  Barclays paid -- my understanding
18 was Barclays paid Chase -- paid Lehman, their
19 tri-party agent, Chase, $5 billion.  $5 billion
20 was paid to the Fed.  The Fed released
21 $5 billion worth of collateral.  Their
22 valuations, not Lehman's valuations, but their
23 valuations based on what had been pledged the
24 previous night.  That collateral came into
25 Chase's box and was not delivered to BONY, to
       TSG Reporting - Worldwide  (877) 702-9580

Page 75

1      Blackwell - Highly Confidential
2  Bank of New York.
3      **Q.  To satisfy other transactions that**
4  **you mentioned earlier?**
5      A.  Yeah, and I don't have visibility
6  over what those transactions were.
7      **Q.  So was this -- could you just kind**
8  **of relay what you tried to do to resolve this**
9  **issue?**
10     A.  I didn't try and resolve the issue.
11 A team of people that were managing it for me,
12 Monty, the global head of that function, and
13 Jim worked hard with treasury and my
14 settlements team as well to try and resolve
15 that issue, but it was mainly a dialogue with
16 Chase, the Fed, and there was an open line in
17 place that was being managed out of Jim's
18 office.
19     **Q.  Okay.  And were you -- when you say**
20 **"open line," what do you mean by that?**
21     A.  Open conference -- a phone line that
22 every participant could dial into.
23     **Q.  And did you participate in that**
24 **conference call?**
25     A.  I may have been on it briefly, very,
       TSG Reporting - Worldwide  (877) 702-9580

Page 76

1      Blackwell - Highly Confidential
2  very briefly.  I wasn't sitting in that room.
3  I was in and out.
4      **Q.  Is it fair to say that Jim Hraska or**
5  **the other individual you mentioned are the ones**
6  **that have in-depth knowledge of how this**
7  **problem is addressed?**
8      A.  Jim Hraska.
9      **Q.  Okay.  Do you have an understanding**
10 **of whether the full compliment of collateral**
11 **that Barclays was expecting to be posted to**
12 **their repo ever made it to Barclays?**
13     A.  I don't believe the full value made
14 it, no.
15     **Q.  Do you know what amount did not?**
16     A.  Exact numbers, no, but the full
17 amount did not make it.
18     **Q.  Do you have approximate numbers?**
19     A.  Off the top of my head, I don't.  It
20 would be in an e-mail, but it wasn't the
21 complete amount.
22     **Q.  Is there a $7 billion number that --**
23 **does that sound like the approximate amount?**
24     A.  There was a cash repo that I
25 understood that was put on for 7 billion that
       TSG Reporting - Worldwide  (877) 702-9580

Page 77

1      Blackwell - Highly Confidential
2  night as well which was pledged to Barclays to
3  make up some of the shortfall.
4      **Q.  Okay.  Did that money go to**
5  **Barclays?**
6      A.  I understand that it did or should
7  have done, but it was held properly -- I don't
8  know.  Actually, I don't want to misspeak.
9  It's probably in my -- again, it would be in my
10 e-mail.
11     **Q.  And when you said put in place, that**
12 **was Thursday night?**
13     A.  Overnight Thursday, yes, into the
14 early hours of Friday.
15     (Exhibit 61 B, e-mail dated
16     9-17-2008, marked for identification.)
17     **Q.  Mr. Blackwell, I am handing you a**
18 **document that's been marked as 61 B, which is**
19 **an e-mail stream dated September 17th, 2008,**
20 **and the subject line reads "key points from**
21 **today's call with Alastair pertinent to**
22 **equities."**
23     **My question to you is have you ever**
24 **seen this document?**
25     A.  I would have seen it in my -- I was
       TSG Reporting - Worldwide  (877) 702-9580

Page 78

1      Blackwell - Highly Confidential
2   probably on the distribution.
3      **Q. Well, this is one of my questions**
4   **where I am not sure I'm on the same topic we**
5   **were just talking about.**
6      **Can you tell me what this call you**
7   **had had to deal with?**
8      A.  About conversion. John Neave was
9   one of the project managers who worked with
10  Samantha Hoban. He wasn't an employee --
11  direct employee of mine, a resource within the
12  project team looking at conversion. So these
13  meetings were happening periodically. More
14  than probably daily. Talk about what we knew
15  and what we didn't know and where we were in
16  terms of the project, and I would imagine that
17  you will see there are project plans and
18  updated project plans that go with each one of
19  these meetings, so these meetings were intended
20  to facilitate the conversion as we understood
21  it. So as information became available, the
22  project plan would change.
23     **Q. Okay. And so this is, just to**
24  **clarify, so this is not related to the repo**
25  **issue we were just talking about, this was your**

TSG Reporting - Worldwide  (877) 702-9580

Page 79

1      **Blackwell - Highly Confidential**
2   **plan or this is your folks' effort to**
3   **transition the broker business to Barclays in**
4   **some form?**
5      A.  Yes.
6      **Q. I just had a couple of questions**
7   **about some of these lines here.**
8      **In the second sentence it says "the**
9   **074 box will simply roll up to the existing**
10  **Barclays B/D, i.e., a second DTC network."**
11     **Can you just tell me what that's**
12  **referring to?**
13     A.  Okay, so that's as it relates to a
14  broker/dealer, Barclays broker/dealer. 074 was
15  Lehman's DTC clearing box. At that point there
16  had been a discussion or assumptions made that
17  the clearing boxes would move at that point.
18  That subsequently changed.
19     **Q. How did it change?**
20     A.  Over the course of the weekend it
21  was clear that Barclays were not taking
22  responsibility for the clearing boxes or any of
23  their liabilities in the clearing boxes and
24  that became a point of negotiation, I
25  understand, with the regulators. I wasn't

TSG Reporting - Worldwide  (877) 702-9580

Page 80

1      Blackwell - Highly Confidential
2   involved in those discussion, but it became
3   clear that that assumption was, in fact,
4   faulty.
5      **Q. Okay. Could you just tell me, you**
6   **said you were not involved in those**
7   **discussions?**
8      A.  No, I wasn't.
9      **Q. What did you understand about them?**
10     A.  Nothing apart from really what I
11  have just shared with you.
12     **Q. Okay. So how -- were you involved**
13  **in any discussions or did you have any**
14  **understanding relating to a payment of**
15  **$250 million between Barclays and the DTC?**
16     A.  I'm aware of that. Again, I'm not
17  sure how that number was calculated or what
18  consideration it is related to, to be honest.
19     **Q. Are you aware whether that payment**
20  **was ever made or how it all ended up?**
21     A.  No.
22     **Q. The next bullet here talks about an**
23  **inventory of unencumbered LBI assets will be**
24  **identified based on the stock record on**
25  **Thursday night and will be priced at Thursday's**

TSG Reporting - Worldwide  (877) 702-9580

Page 81

1      **Blackwell - Highly Confidential**
2   **close. Then it goes on to refer to the assets**
3   **that underpin the purchase agreement.**
4      **Do you see that paragraph I am**
5   **reading?**
6      A.  I do.
7      **Q. Could you tell me what's at issue in**
8   **that discussion?**
9      A.  At that point I had an understanding
10  that there was a schedule of assets that were
11  going to be purchased and transferred. Again,
12  I believe the model -- and this is a point in
13  time. That was the understanding of what was
14  happening at that point. Post that things may
15  have changed, but that was the understanding.
16  So in terms of thinking about this from an
17  operational perspective, I would be given that
18  list and then I would figure out a way to
19  mechanically transfer it. So this is what the
20  action here is thinking -- is considering. I
21  don't know that I ever saw a list.
22     **Q. Okay. So just not to -- I just want**
23  **to understand what you said. At this time on**
24  **Wednesday you are thinking that you are going**
25  **to be given a list of assets and that you need**

TSG Reporting - Worldwide  (877) 702-9580

Page 82

1      **Blackwell - Highly Confidential**
2  **to somehow figure out how to transfer them to**
3  **Barclays. Okay.**
4          **Were you told at some point that**
5  **that was not going to take place?**
6      A.   After the Friday.
7      **Q.   What were you told?**
8      A.   That there wasn't a conversion, and
9  I think you will see that in my e-mail trails
10 as well, that I was asked to come to a meeting
11 on Friday night, I think it was Friday night,
12 Friday about 5:00, and was told that there
13 wasn't a conversion and I needed to be working
14 towards being ready for business as Barclays on
15 Barclays -- get Barclays Capital ready for
16 business on the Monday.
17     **Q.   I guess I don't understand what you**
18 **mean by there is no conversion in that context.**
19     A.   Again, all the work that we had done
20 over the course of that week, how we
21 collectively, this group of people, thought a
22 transaction -- assumed a transaction might take
23 place, there wasn't going to be a conversion of
24 LBI as a going concern or any of these entities
25 or any of the contents of the entities as a
            TSG Reporting - Worldwide  (877) 702-9580

Page 83

1      Blackwell - Highly Confidential
2  going concern.
3      **Q.   And what was going to take its**
4  **place?**
5      A.   I didn't know at that point.  I
6  didn't know at that point.  And an agreement
7  hadn't been signed, so that wasn't shared with
8  me.  So my marching orders became quite clear
9  that I should go off again, similar to a
10 conversion, be ready to be able to transact as
11 Barclays on the Monday.  To support -- let me
12 correct that.  I don't transact.  Support
13 transactions as Barclays Capital.
14     **Q.   So by that you meant -- you**
15 **understood -- is it correct to say that you**
16 **understood that to mean you were going to be**
17 **moved over to Barclays and somehow some assets**
18 **were going to be transferred, or did you have**
19 **any understanding of what assets were going to**
20 **be transferred to Barclays?**
21     A.   None.  Wasn't making an assumption
22 that any assets were to transfer.  At this
23 point what I was talking about was the
24 ability -- whether I was going to be a Barclays
25 employee or not was unclear and that wasn't a
            TSG Reporting - Worldwide  (877) 702-9580

Page 84

1      Blackwell - Highly Confidential
2  consideration.  What I was being asked to do,
3  to try and facilitate Barclays Capital's
4  ability to transact on the Monday or the
5  Tuesday, whenever we were going to go live,
6  various different asset classes.  So that
7  was the -- my primary driver, again, was get
8  everyone together to start to be able to
9  support business as much as possible as usual.
10     **Q.   And this was as of Friday you were**
11 **told this?**
12     A.   On Friday, I think late on Friday we
13 were told that that was going to happen.  I
14 actually -- it may have actually been -- the
15 marching orders may have been given to me the
16 following morning, actually, because I think at
17 that point it was unclear exactly what was
18 going to happen, but I was told there was no
19 conversion at that point.  That was very clear.
20 So the details that were in here, a lot of
21 these things were becoming obsolete or -- as
22 time passed, so this is a point in time in a
23 process that operations and finance would go
24 through.
25         MR. SHAW:  And just so it's clear,
            TSG Reporting - Worldwide  (877) 702-9580

Page 85

1      Blackwell - Highly Confidential
2  when the witness said "on here," he was
3  pointing to Exhibit 61 B.
4      **Q.   Were you told that the assets that**
5  **had been posted as collateral to the Barclays**
6  **BONY repo were going to be sold to Barclays?**
7      A.   Sold, no.  I didn't -- I wouldn't
8  assume that, no.
9      **Q.   Were you told that they were going**
10 **to be somehow rolled into the Asset Purchase**
11 **Agreement as purchased assets?**
12     A.   I didn't know there was an Asset
13 Purchase Agreement at that point.
14     **Q.   Did you have any involvement in the**
15 **Clarification Letter that was prepared over**
16 **that weekend?**
17     A.   I don't believe so.  I contributed
18 data to my superiors who may -- my supervisors
19 and others that asked, but who may have then
20 used that as part of the clarification letter,
21 but I didn't contribute directly.
22     **Q.   So when I use the term**
23 **"Clarification Letter," is that a new term to**
24 **you?**
25     A.   At that time it was something I was
            TSG Reporting - Worldwide  (877) 702-9580

Page 86

1    Blackwell - Highly Confidential
2  unfamiliar with. Post of the event, yes, it's
3  something I became aware of.
4    Q.  Since you have been at Barclays you
5  have seen it?
6    A.  Yes, I don't know whether I have
7  seen it, but I am aware of its existence.
8    Q.  And what's your understanding of
9  what that Clarification Letter did with respect
10  to the transaction?
11    MR. SHAW:  Foundation.
12    A.  I actually don't know.  I really --
13  I don't know.  I know a Clarification Letter
14  exists and I don't recall reading it.  It's
15  been referred to.  That's all.
16    Q.  Do you have any understanding of the
17  two schedules that are attached to the
18  Clarification Letter, which are called
19  Schedules A and B?
20    A.  I am aware of Schedules A and B,
21  yes.
22    Q.  What are you aware of about them?
23    A.  Schedule A is the original repo
24  transaction, the original Fed repo transaction,
25  the assets are transferred to BONY.  Schedule B

Page 87

1    Blackwell - Highly Confidential
2  was unencumbered assets within the clearing
3  boxes.
4    Q.  Just so I understand that, we have
5  been talking about the Fed repo which was
6  replaced by a Barclays repo and those -- that
7  collateral was to comprise Schedule A; is that
8  right?
9    MR. SHAW:  Objection to form.
10    A.  My understanding is Schedule A was
11  the collateral that made it to Barclays.  Now,
12  in a normal repo process there is substitution
13  and change, so it doesn't always work, it's not
14  always going to be precise, and that's just
15  reality.  Every single repo that would be
16  processed would be different.
17    Q.  So your understanding was that the
18  collateral that was posted to the Barclays repo
19  was to become -- was to be included in
20  Schedule A?
21    MR. SHAW:  Objection to form.
22    MR. HINE:  You can answer.
23    A.  I think that would be my
24  understanding.
25    Q.  And is this an understanding that

Page 88

1    Blackwell - Highly Confidential
2  you had during that weekend or is this
3  something you developed later?
4    A.  Afterwards.  I didn't spend any time
5  in terms of reconciling -- as an operations
6  organization we are reconciling and there was a
7  transfer of information between the parties
8  that would share information and Chase stopped
9  providing us with information on the Friday
10  morning, so we had no visibility over what was
11  going on there, but we did compare what had
12  transferred between Barclays and Lehman to
13  ensure that we were reconciled, and seen there
14  a very small difference of -- what we had
15  recorded on our books was less than
16  $30 million.  So it was an accurate reflection
17  of what transferred.  Or our books are an
18  accurate reflection of what transferred.
19    Q.  How about Schedule B, did you have
20  any role with respect to Schedule B over that
21  weekend?
22    A.  Yes.  I mean, over the course of the
23  weekend my team were working with treasury to
24  refine a list of unencumbered assets sitting
25  within the clearance boxes.

Page 89

1    Blackwell - Highly Confidential
2    Q.  And why were you doing that?
3    A.  Because I was asked to do it.
4    Q.  Did you have any understanding as
5  part of the transaction why that was being
6  done?
7    A.  That was part of -- all I had was
8  there was negotiations going on and I was asked
9  to find -- to identify a set of securities that
10  were unencumbered in the clearance box.
11    Q.  Did you have any understanding about
12  that being used to fill some shortfall in the
13  assets that were supposed to have been
14  transferred to Barclays?
15    A.  I didn't know why precisely, so no.
16  What I was trying to do was mechanically create
17  a list or assist in mechanically creating a
18  list of assets that were unencumbered.
19    Q.  And when you say "unencumbered,"
20  what does that mean in that context?
21    A.  Unencumbered means there was a
22  methodology applied which would be firm --
23  predominantly firm inventory or assets that
24  were available to be re-hypothecated.
25    Q.  And were you only looking in the

Page 90

1      **Blackwell - Highly Confidential**
2  clearance boxes at DTC?
3      A.  We were looking -- we looked at
4  Euroclear.  We looked in several places.
5      **Q.  Could you just tell me the places**
6  **you looked.**
7      A.  From memory, I think it was Canada,
8  the Canadian depo, DTC, and Euroclear.  Two --
9  I think two boxes at DTC and a physical box at
10  Chase, I think.  Again, this is -- I may not be
11  a hundred percent precise, but those depos
12  would be the primary locations.
13      **Q.  When you say "we looked," can you**
14  **describe for me is this -- when did you start**
15  **looking?**
16      A.  I think there was an ongoing process
17  over the course of the weekend.  I don't know
18  when precisely.  Again, I think you will find I
19  was actually in the office all of the night on
20  Thursday, so Thursday, Friday became one day
21  and all that time I don't have an exact
22  recollection of when that happened.
23      **Q.  Okay.  But is it fair to say it was**
24  **sometime at end of the week, it wasn't an**
25  **effort started Monday or Tuesday?**

Page 91

1      **Blackwell - Highly Confidential**
2      A.  Oh, absolutely not.
3      **Q.  And did you look at the OCC as well?**
4      A.  Possibly.  I can't comment on that.
5      **Q.  Just for my own, I see reference to**
6  **an 074 box and then a 636 box.  Could you**
7  **explain to me the difference between the two?**
8      A.  The 074 box is predominantly an
9  equity clearing box, DTC clearing box, and --
10  sorry, 626 box?
11      **Q.  636.**
12      A.  636 is predominantly corporates,
13  corporate bonds.
14      **Q.  I see something else referred to as**
15  **a non-actionable box.  Is that a term you are**
16  **familiar with?**
17      A.  Yeah.  The non-actionable box, I
18  believe, was the list of securities that we
19  thought were -- some securities are actionable,
20  some securities are not.  Securities that are
21  customer assets, for instance, you wouldn't --
22  they are not unencumbered, they are
23  fully-paid-for customer assets, so that's the
24  difference between the two.
25      **Q.  Now, when you did this effort over**

Page 92

1      **Blackwell - Highly Confidential**
2  **the weekend to assemble these assets that were**
3  **to go into Schedule B, did you know there was**
4  **going to be a Schedule B or were you shooting**
5  **towards that goal?**
6      MR. SHAW: Objection to form.
7      **Q.  Bad question, but you can still**
8  **answer it.**
9      A.  I was creating a schedule.  I didn't
10  know what it was going to be called, what it
11  was going to be used for.  Again, I was working
12  with a very large group of people to produce
13  this, so...
14      **Q.  I guess I was asking did you know**
15  **the term "Schedule B" or that it was going to**
16  **be a schedule to a Clarification Letter at that**
17  **time?**
18      A.  I didn't know it was going to be a
19  schedule to a Clarification Letter.  It may
20  have been labeled as Schedule B, but, again, I
21  didn't know its purpose.
22      **Q.  Fair to say you were not involved in**
23  **any of the court proceedings in the bankruptcy?**
24      A.  No.
25      **Q.  Is it fair to say that you didn't**

Page 93

1      **Blackwell - Highly Confidential**
2  **help prepare documents that were filed in any**
3  **of the courts?**
4      A.  Not directly, no.
5      MR. SHAW: I think we had a slight
6  ambiguity.  I believe you asked is it fair
7  to say he was not involved and he said no,
8  but I think the intent was --
9      MR. HINE: Let me just ask it again.
10      **Q.  Were you ever involved in preparing**
11  **documents that were to be filed in the**
12  **bankruptcy proceeding in this case?**
13      A.  I prepared documents for my
14  management which would invariably -- some
15  content of that would have gone into the
16  bankruptcy proceedings.
17      **Q.  Is it fair to say that you were not**
18  **involved in preparing the Clarification Letter**
19  **and its schedules that were ultimately filed**
20  **with the court?**
21      A.  I certainly didn't prepare the
22  letter, but there may have been data that came
23  from -- that I contributed to that were part.
24      **Q.  Let's get back to this effort to**
25  **locate unencumbered assets.**

Page 94

1    **Blackwell - Highly Confidential**
2    **How many assets did you locate?**
3    **What's the value of the assets that you**
4    **located, if you recall?**
5    A.   I think it was -- initially it was
6    about -- it was over $2 billion, but there was
7    Lehman paper within there, so it's difficult to
8    put a value on that, so...
9    **Q.   And who places the value on those**
10   **assets?**
11   A.   Normally that would be model driven,
12   so the finance organization would place a value
13   on it or a third-party source.
14   **Q.   And is it fair to say that your**
15   **operations group did not place the value on**
16   **those assets?**
17   A.   That's fair.
18   **Q.   I apologize for jumping back to the**
19   **Schedule A and the repo, but as to the**
20   **valuation of the assets that are posted as**
21   **collateral for the Barclays repo, we see**
22   **reference in some of the documents to BONY**
23   **placing a value on them.  Why is BONY placing a**
24   **value on those assets?**
25   A.   Because they are Barclays' tri-party
TSG Reporting - Worldwide  (877) 702-9580

Page 95

1    Blackwell - Highly Confidential
2    agent.  You would expect them to place a value
3    on the collateral that they received.
4    **Q.   And is that valuation that's**
5    **different or was different than the valuation**
6    **that Lehman had placed on those assets?**
7        MR. SHAW: Objection.  Foundation.
8    A.   I believe it was different by -- I'm
9    not sure the exact amount.
10   **Q.   Do you recall any discussions about**
11   **the difference between those two values?**
12   A.   I didn't have any of those
13   discussions, so no, I don't recall those
14   discussions.
15   **Q.   That would not fall within the**
16   **operation group's purview generally?**
17   A.   Jim may have had conversations with
18   them, with Bank of New York, Chase and the Fed
19   at that time, but he would be the right person
20   to ask.
21   **Q.   So is it fair to say you would not**
22   **have intimate knowledge of BONY's valuation of**
23   **those assets?**
24   A.   No, I wouldn't.
25       MR. HINE:  I want to show you
TSG Reporting - Worldwide  (877) 702-9580

Page 96

1    Blackwell - Highly Confidential
2    another document.
3        (Exhibit 62 B, e-mail dated
4    September 17, 2008, Bates stamped 10293351,
5    marked for identification.)
6    **Q.   Mr. Blackwell, I am handing you a**
7    **copy of a document marked 62 B, which is an**
8    **e-mail between Mr. Ullman and yourself on**
9    **September 17th, 2008.**
10   **Have you ever seen this document**
11   **before?**
12   A.   I would have thought so, yes.
13   **Q.   Can you just take a minute and**
14   **review it and see -- my question to you is**
15   **going to be what is Mr. Ullman being cynical**
16   **about or concerned about?**
17       MR. SHAW: Objection.  Foundation.
18   A.   I don't know exactly what's going
19   through his mind, but I think you can see from
20   the e-mail that he has uncertainty about we
21   don't know the terms of a deal and he is
22   speculating about -- he is speculating about
23   what is going on.  That is all.  I have no idea
24   why he thought this.  You would have to ask
25   him.
TSG Reporting - Worldwide  (877) 702-9580

Page 97

1    Blackwell - Highly Confidential
2    **Q.   Do you have any recollection of**
3    **discussing this issue with him or anyone else?**
4    A.   No.  I didn't have time to discuss
5    conjecture and speculation at that point in
6    time.  I was purely doing my function as much
7    as I possibly could.
8        MR. HINE:  I want to show you
9    another document.
10       (Exhibit 63 B, e-mail dated
11   September 19, 2008, Bates stamped 10294630,
12   marked for identification.)
13   **Q.   Mr. Blackwell, I am handing you a**
14   **document marked as Exhibit 63 B, which is an**
15   **e-mail stream involving yourself from the**
16   **period September 19th, 2008 dating back to the**
17   **prior date, September 18th.  I don't have many**
18   **questions about this document.**
19   **What I really want to ask you about**
20   **is I see a series of documents like this,**
21   **e-mails, discussing fails, so I just want to**
22   **understand what fails are and how they related**
23   **to what you were doing at this point in time.**
24   A.   I think there were a lot of
25   questions being asked about the clearance
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2  boxes, exposure in the clearance boxes, and I
3  think this relates to ultimately the conclusion
4  that the only assets being transferred were the
5  unencumbered assets of the clearance boxes, but
6  not the fails.
7      Q.  Could you just tell me what fails
8  are in this context?
9      A.  Fails are transactions that have
10  been entered into where you are receiving cash
11  or securities --
12      MR. BYMAN: I'm sorry,
13  Mr. Blackwell, I cannot hear you.
14      A.  Definition of a fail is where a
15  security is to be delivered and cash to be paid
16  with either counterparty, and so fails would be
17  a list of failed to receive securities and
18  failed to receive cash where securities were to
19  be delivered.  So that is a fail.  So that --
20  if you are taking responsibility for the fails,
21  you are taking responsibility for the overall
22  clearance box.  If you are not taking
23  responsibility for the clearance box, you are
24  not taking responsibility for the fails.  And
25  that is -- this is where the questions -- where

1    Blackwell - Highly Confidential
2  questions are arising.  There were questions
3  over the weekend as to the amount of fails and,
4  again, the visibility that we had was very,
5  very -- was limited because of the data that we
6  had received.
7      Q.  When you say "visibility," you mean
8  DTC had this data and you guys couldn't tell
9  the percentage of fails?
10      A.  We couldn't see data properly, but
11  that -- we had given -- yes, absolutely.  We
12  had limited -- Chase in particular, that was a
13  major challenge for us, because it hadn't
14  provided us with any activity data that had
15  taken place on the Friday or I think since the
16  Thursday night.
17      Q.  Aren't you entitled to that as their
18  client or customer?
19      A.  Yes.
20      Q.  And did you argue with them about
21  that?
22      A.  Yes.
23      Q.  And what was the result of that?
24      A.  We still didn't get the data and I
25  believe Hughes Hubbard has been fighting to try

1    Blackwell - Highly Confidential
2  and get it from Chase ever since bankruptcy.
3      Q.  Can you tell me the position that
4  Barclays took with respect to fails?
5      MR. SHAW: Objection to form.
6      A.  I was asked by my -- again, my
7  superiors to try and explain what the fails
8  situation was and I think on several occasions
9  over the course of the week we provided data --
10  I provided data to the Barclays, Barclays'
11  lawyers or to my management with a status and I
12  think there was some communication where I said
13  I wasn't going to focus on this, I am going to
14  focus on the conversion now again, so we
15  provided the fails data and moved on and then
16  that sort of died as far as in my thought -- in
17  my recollection the issue died until the -- I
18  think the Sunday, I think it's the 21st, when
19  that was then brought up again in -- I think
20  that was -- I was started -- I was asked
21  another set of questions around that.
22      Q.  And what do you remember about that
23  conversation?
24      A.  Just to explain what fails were.
25      Q.  And who was that with, Barclays

1    Blackwell - Highly Confidential
2  or --
3      A.  No, that was with my own management.
4  And then I think I had some conversations with
5  our trading desks about that as well.
6      Q.  Your management in this regard is
7  who, Mr. Lowitt?
8      A.  It was probably Ian.  It may have
9  been Alex Crepeau as well.
10      Q.  Were you party to any discussions
11  they might have then had with Barclays about
12  this issue?
13      A.  No.
14      Q.  Do you know how this issue was
15  resolved between Barclays and Lehman?
16      A.  I left the Weil offices at that
17  point.  I hadn't been in any of the rooms
18  negotiating anything.  I had just been in an
19  ante-room providing information to my
20  management, as I said.  I returned to the
21  office to continue working on the unencumbered
22  assets.
23      Q.  What date was this?
24      A.  I think that was a Sunday.  Again,
25  the timing may be slightly off, it may be

1        Blackwell - Highly Confidential
2   Saturday or Sunday, but it was over the
3   weekend.
4        **Q.   So in the end did Barclays end up**
5   **getting the fails?**
6        A.   No.  Barclays did not take
7   responsibility for the clearance box, just the
8   unencumbered assets sitting in the clearance
9   box.
10       **Q.   Okay.  I am not trying to put words**
11  **in your mouth.  So you were able or your team**
12  **was able to take certain unencumbered assets**
13  **out of the clearance box and somehow it was**
14  **transferred to Barclays, just those assets?**
15       MR. SHAW:  Objection.
16  Mischaracterizes prior testimony.
17       A.   I made a schedule of unencumbered
18  assets and in the following week there was
19  discussion with the trustee of LBI to move some
20  assets and some assets did move based on that
21  schedule.
22       **Q.   Okay.  And those were unencumbered**
23  **assets?**
24       A.   Unencumbered assets.
25       **Q.   So just so I understand, that would**

1        **Blackwell - Highly Confidential**
2   **not have included the fails?**
3        A.   Does not include the fails.  Now, I
4   want to clarify one point here as it relates to
5   PIM, because PIM was the private investment
6   management business.  That hadn't transferred
7   at that point.  Assets did transfer
8   subsequently and the PIM business doesn't have
9   any fails either, its contractually-settling
10  business, so it's a non-fail environment.  So
11  the full set of customer assets are in the
12  customer accounts.
13       MR. HINE:  Let's mark this.
14       (Exhibit 64 B, e-mail dated
15  9-18-2008, marked for identification.)
16       **Q.   Mr. Blackwell, I am handing you a**
17  **document marked as Exhibit 64 B, which is an**
18  **e-mail between yourself and Mr. Eickbush dated**
19  **September 18th, 2008 and it references in the**
20  **subject line something called a fails call, and**
21  **I believe this is the topic we have just been**
22  **discussing?**
23       A.   I'm sorry, what day is this?
24       **Q.   Upper right-hand corner says**
25  **September 18th.**

1        **Blackwell - Highly Confidential**
2        A.   Okay, yes.
3        **Q.   Do you have any recollection of that**
4   **fails call?**
5        A.   I don't think Greg was on that call.
6   I have a recollection of a call with the
7   Barclays lawyers on that -- I think over that
8   night, so that's the Thursday night.  Again, we
9   were trying to ascertain the value and the
10  number of fails and, again, it's sort of
11  pertaining to taking control of the box or just
12  taking the inventory.
13       **Q.   Okay.  And do you recall anything**
14  **else about that call?**
15       A.   I provided data, which is, again, in
16  my e-mail, which was provided to the Weil
17  lawyers as well, and that was the end of the
18  discussion.  I think we spoke to Bart and just
19  told him what we had done and that was it and
20  that was the end of the issue until the
21  weekend.
22       **Q.   I see the use of a phrase in this**
23  **e-mail "cherrypicking of assets."  Do you see**
24  **that?**
25       A.   Yeah.  I don't -- he wasn't on the

1        Blackwell - Highly Confidential
2   call, so this is conjecture and speculation on
3   his part.  I don't know.  You would have to ask
4   him why.
5        **Q.   Does that phrase have any meaning to**
6   **you in this context?**
7        A.   I think the latter part of that
8   sentence makes more sense.  I think what he is
9   saying is, my interpretation of this, and you
10  should ask Greg for his perspective, would be
11  that the unencumbered securities within the box
12  are part of any transaction potentially, and,
13  again, he wasn't party to any deal details or
14  nor was I, so this is his speculation, so he is
15  speculating that it's unencumbered assets.
16       (Exhibit 65 B, e-mail dated
17  September 19, 2008, Bates stamped 10298087,
18  marked for identification.)
19       **Q.   Mr. Blackwell, I am handing you a**
20  **copy of an exhibit marked 65 B, which is Bates**
21  **stamped 102 -- not Bates stamped, but it's**
22  **marked with numbers at the bottom 10298087**
23  **through -- well, actually, they are all marked**
24  **087, but it appears to be an e-mail stream from**
25  **September 19th in which you are one of the**

Page 106

1      **Blackwell - Highly Confidential**
2    recipients.
3          MR. SHAW: Take your time.
4      A.   It is just going to take a little
5    bit of time for me to read.
6      **Q.   Sure. If it helps you, my question**
7    **is going to be on the first page.**
8      A.   Yeah, but I would still like to read
9    the --
10     **Q.   Sure. Sure.**
11         **(Document review.)**
12     A.   Okay.
13     **Q.   Have you had a chance to review the**
14   **document?**
15     A.   I have. Thank you.
16     **Q.   My question relates to the e-mail**
17   **from Mr. Dolan to several people including**
18   **yourself where he says "let's be very clear**
19   **here, there is no such thing as cherrypicking.**
20   **Per Berkenfeld and Lodato, all positions will**
21   **move."**
22         **Could you just tell me what is the**
23   **issue here? I see the phrase "cherrypicking"**
24   **and I just want to know what's at issue in this**
25   **communication.**
             TSG Reporting - Worldwide  (877) 702-9580

Page 107

1      **Blackwell - Highly Confidential**
2          MR. SHAW: Objection. Foundation.
3      A.   The whole e-mail trail is about a
4    conversion, a conversion position.
5      **Q.   Okay.**
6      A.   And I'm just trying to ascertain
7    exactly when this was, but, again, it looks
8    like this was on the Thursday and there was an
9    assumption, as you can see, by everyone
10   involved here that there is an assumption that
11   a conversion is taking place, therefore, the
12   boxes are moving -- the clearing boxes are
13   moving over. What this, in fact, is then
14   talking about is just firm accounts. I think
15   the title of the e-mail is talking about firm
16   account transitions and is very specific about
17   trading, trading positions, but this is
18   redundant. This is redundant. This is up to a
19   point in time and this is not what then came to
20   pass ultimately, I don't believe, so, again,
21   this is based on a team of people, technology
22   operations, finance and business working on a
23   set of assumptions which were faulty ultimately
24   or became redundant because another set of
25   decisions were made by senior management.
             TSG Reporting - Worldwide  (877) 702-9580

Page 108

1      Blackwell - Highly Confidential
2      **Q.   Okay. Let me just see if I**
3    **understand that.**
4          **Are you saying that this use of the**
5    **term "cherrypicking" does not relate to the**
6    **fails that we just talked about previously;**
7    **correct?**
8      A.   No. As far as I -- the way I am
9    interpreting this document, it's not. I would
10   interpret this by looking at firm accounts and
11   saying we have this position from the firm
12   accounts and I think what he is saying is that
13   isn't happening and it's not relevant to the
14   fails.
15     **Q.   So when you are using the phrase**
16   **"conversion," am I correct to say that in the**
17   **conversion context all the accounts would go**
18   **over including every aspect of the clearance**
19   **boxes?**
20     A.   No. Sorry, carry on. I apologize
21   for interrupting.
22     **Q.   I am trying to understand.**
23         **Previously you had talked about**
24   **finding unencumbered assets in the clearing**
25   **boxes; correct?**
             TSG Reporting - Worldwide  (877) 702-9580

Page 109

1      **Blackwell - Highly Confidential**
2      A.   Yes.
3      **Q.   Is that not the case in a**
4    **conversion? Does the entire clearing box go**
5    **over?**
6      A.   These are two different things.
7    This is two different exercises completely.
8    This is about a way a deal potentially may have
9    been -- having been conceived up to a point in
10   time and something completely different
11   afterwards, so it's comparing apples with
12   oranges.
13     **Q.   So is it correct to say the**
14   **conversion effort started earlier in the week**
15   **worked its way through different iterations up**
16   **to some point in time and then was abandoned?**
17     A.   And then abandoned on the Friday at
18   5 p.m. I think I called a meeting and told
19   everyone the conversion -- all these people
20   were working feverishly to try and create a --
21   to do certain things and to facilitate whatever
22   we believed the transaction was. It was
23   irrelevant.
24     **Q.   And then you shifted gears and I**
25   **think you testified before that you then were**
             TSG Reporting - Worldwide  (877) 702-9580

Page 110

**Blackwell - Highly Confidential**

1   **Blackwell - Highly Confidential**
2   **tasked with getting yourself set up so you**
3   **could run your operations on behalf of Barclays**
4   **Capital as of Monday; is that right?**
5       A.   Or some form of that still to be
6   determined with conversations with Barclays'
7   operations staff, which I wasn't really able to
8   have.
9       **Q.   Okay.  That was going to be my next**
10  **question.  What did you, in fact, do with**
11  **respect to that task?**
12      A.   A number of the people involved in
13  what was perceived to be the original
14  conversion then started to work on a plan to
15  create our ADP stream, which is the back office
16  clearance system, a new DTC clearance box
17  linking up to Barclays' back office
18  infrastructure, and we built a whole plethora
19  of pieces of technology or replicated
20  technologies.  On -- I think it was on
21  Sunday -- there was clarification over the
22  weekend and at one point I asked a question is
23  prime brokerage going to be live in the first
24  week and it was agreed that that wasn't going
25  to be the case.  That was passed to me from
TSG Reporting - Worldwide  (877) 702-9580

Page 111

1   Blackwell - Highly Confidential
2   Ian.  And we continued to work through that
3   process.  On -- I think it was late on Sunday I
4   was told -- or may have been Monday morning I
5   was told that we wouldn't be trading for a week
6   and so it became moot.  So post bankruptcy we
7   did a -- we had a combined plan, not a plan
8   where Lehman employees try to figure out how
9   they would be working at Barclays, but one
10  where we were coming together as a group of
11  people to determine exactly what we were doing,
12  set goals and then deliver those goals, and
13  that wasn't really done until -- I can't
14  remember the meeting, but it was in the board
15  room at 745.
16      Q.   This was after the closing?
17      A.   I believe so, yes.  I can't -- we
18  could clarify when it was.
19      **Q.   Do you have any recollection of any**
20  **issues arising during this weekend period about**
21  **assets that were, I guess, belonged to LBIE**
22  **versus LBI?**
23      A.   I think there may have been some
24  discussion.  I don't recall it.
25      **Q.   You don't recall any problems with**
TSG Reporting - Worldwide  (877) 702-9580

Page 112

1   **Blackwell - Highly Confidential**
2   **assets that were previously supposed to go to**
3   **Barclays that ended up being from LBIE and they**
4   **couldn't go?**
5       A.   I don't, but it's possible.
6       **Q.   You weren't involved?**
7       A.   I don't recall that.
8           MR. HINE:  Do you want to take a
9   break?
10          MR. SHAW:  Sure.
11          (Recess was taken from 11:43 to
12      11:53.)
13          (Exhibit 66 B, e-mail dated
14      September 19, 2008, Bates stamped 10298186,
15      marked for identification.)
16  BY MR. HINE:
17      **Q.   Mr. Blackwell, I am handing you a**
18  **copy of a document marked as Exhibit 66 B,**
19  **which is an e-mail stream dated Friday, the**
20  **19th of September, and you are listed as a**
21  **recipient on the last of the e-mail stream.**
22          **I wanted to ask you if you have ever**
23  **seen this e-mail before, if you recall seeing**
24  **it.**
25      A.   What time is this?  What time is the
TSG Reporting - Worldwide  (877) 702-9580

Page 113

1   Blackwell - Highly Confidential
2   original flow here?  Is that the accurate time?
3       **Q.   I don't know.**
4       A.   Is that middle of the day, middle of
5   the night?  I can't tell.  Where Paolo says
6   "got it."
7       **Q.   Well, here is my question:  The part**
8   **of the e-mail stream that you were referring to**
9   **is an e-mail from David Aranow to Paolo Tonucci**
10  **which says, and let me just read it:**
11  **"Barclays' operations team has recalculated the**
12  **value of the collateral that they received from**
13  **us last night and they are more than fully**
14  **collateralized including the haircuts applied.**
15  **Senior management at Barclays, I am told, are**
16  **very satisfied with the results of the effort."**
17  **And then it goes on.**
18          **Do you recall any discussions about**
19  **this issue on that Friday?**
20      A.   No.
21          MR. SHAW:  Objection to form.
22      **Q.   Am I understanding your prior**
23  **testimony correctly that not all the collateral**
24  **got transferred to Barclays that they expected**
25  **on Thursday night?**
TSG Reporting - Worldwide  (877) 702-9580

Page 114

1    **Blackwell - Highly Confidential**
2        A.    I don't know what this is referring
3    to precisely.
4        **Q.    Okay.**
5        A.    So I can't comment on this e-mail.
6    I'm on the e-mail trail. There is -- the
7    commercial components are -- you have John
8    Wickham, John Feraca and John Coghlan on here
9    that are the people that would have an opinion,
10   and same with Paolo. I don't know what this is
11   referring to.
12       **Q.    Do you recall any debate or**
13   **discussion on either Thursday night or Friday**
14   **of that week about whether the collateral had,**
15   **in fact, all been transferred to Barclays under**
16   **the repo?**
17       A.    There was a mechanism put in place
18   to move collateral, so there was debate and
19   discussion about what was moving in terms of
20   the mechanism. Had a lot of conversation about
21   the mechanism. So that's where the focus,
22   again, from an operations standpoint had, and
23   what moved was reconciled. So I think that's
24   understood what physically moved. I don't know
25   what this is referring to. I don't know what

Page 115

1        Blackwell - Highly Confidential
2    the value is, so I don't have a -- don't really
3    have any opinion on this.
4        **Q.    Okay. I understand your testimony.**
5    **I just want to make sure I got it all.**
6            **Where it says "fully collateralized**
7    **including the haircuts," do you have any**
8    **understanding what haircuts they are talking**
9    **about here?**
10       A.    I don't know what Barclays would
11   have applied.
12       **Q.    And I take it also you don't**
13   **understand what the phrase "fully**
14   **collateralized" in this context is?**
15       A.    I don't know exactly. I think this
16   is -- yes.
17           MR. HINE: That's fine.
18           Let's mark this.
19           (Exhibit 67 B, e-mail dated
20   9-18-2008, marked for identification.)
21       **Q.    Mr. Blackwell I am handing you a**
22   **document marked as Exhibit 67 B, which is an**
23   **e-mail dated September 18th apparently late in**
24   **the evening between Mr. Hraska and yourself,**
25   **and there is other aspects of the e-mail, but**

Page 116

1    **Blackwell - Highly Confidential**
2    **my question to you relates to the middle e-mail**
3    **in this stream in which Mr. Hraska writes**
4    **"without margin we are 1.5 billion short. With**
5    **margin, we owe them 7 billion." Do you see**
6    **that?**
7        A.    Yes, I do.
8        **Q.    I think I understand your prior**
9    **testimony as to the last document, but do you**
10   **have an understanding what this is talking**
11   **about?**
12       A.    I think this is discussing a
13   shortfall. Most of my conversations with Jim
14   were face to face, because he was down the
15   hallway, but it looks like there was a
16   shortfall in terms of what was actually
17   delivered, as I understood it, and that he was
18   attempting to arrange a loan against the Chase
19   depo positions and pledge cash. Whether that
20   was successful or not, I --
21       **Q.    Just so I understand that, you mean**
22   **he was attempting to affect a loan from Chase**
23   **and then the cash would then be transferred to**
24   **Barclays to make up for the shortfall?**
25       A.    Would fill the repo. I think that's

Page 117

1        Blackwell - Highly Confidential
2    what he was saying here. He would be the
3    person who could describe this precisely, but
4    that would be my interpretation.
5        **Q.    And do you have an understanding**
6    **that there was a $7 billion shortfall in the**
7    **repo or do you --**
8        A.    That -- I have a recollection of
9    that kind of number, but, again, I wouldn't be
10   able to talk as eloquently as Mr. Hraska would.
11       **Q.    I just want to see what you recall.**
12           **Do you recall that that 7 billion --**
13       A.    It sounds familiar.
14       **Q.    -- shortfall was ever satisfied?**
15       A.    I don't.
16       **Q.    Can you explain to me your**
17   **understanding of why there is a $7 billion**
18   **shortfall when there is with margin and then it**
19   **says without margin a smaller shortfall? Do**
20   **you know what that means?**
21       A.    These would be the commercial terms
22   of a repo. So a margin -- you have to deliver
23   a higher value which is margin, so I think you
24   need to -- you would have to ask Jim what
25   exactly this meant or, indeed, the front office

Page 118

1    Blackwell - Highly Confidential
2    as to the terms that were agreed.
3    Q.  Okay.  So you don't have any
4    independent recollection --
5    A.  No.
6    Q.  -- of what that issue is?
7    A.  No, I don't.
8    (Exhibit 68 B, e-mail dated
9    9-20-2008, marked for identification.)
10    Q.  Mr. Blackwell, I am handing you a
11    copy of an exhibit marked 68 B, which is an
12    e-mail stream dated September 20th apparently
13    from a great part of your life and I just
14    wanted to have you take a look at it and see if
15    you recall this e-mail stream.
16    (Document review.)
17    A.  I recall this.
18    Q.  Could you tell me what was making
19    your life a living hell at that time?
20    A.  Just trying to do my job, frankly.
21    That was it.  It was just the volume of
22    information and data I was being asked to
23    provide.  The environment I was working in was
24    very, very difficult.  It wasn't an environment
25    where we had perfect information.  So there was

TSG Reporting - Worldwide  (877) 702-9580

Page 119

1    Blackwell - Highly Confidential
2    a lot of uncertainty in terms of the data that
3    we were trying to gather and we weren't
4    operating in normal course of business, so
5    being put under enormous pressure to generate
6    data from a substandard environment which
7    wasn't designed to create the data.  The way we
8    were having to extract it at that point in time
9    was incredibly, incredibly challenging, and so
10    that was the living hell.
11    Q.  Okay.  But when you say "data," what
12    data are you referring to?
13    A.  All of the work streams that are in
14    my e-mail that I was being asked to work on, so
15    all contribute.
16    Q.  Was it a particular -- was this just
17    venting about the general situation or was it a
18    particular task that you were being asked that
19    you were particularly mad about or stressed
20    about at that point?
21    A.  No, I don't really recall exactly.
22    John Dorogoff used to run the investment
23    management division for me and was off at
24    Neuberger, so he wasn't part of whatever deal
25    was going on, he was dealing with a separate

TSG Reporting - Worldwide  (877) 702-9580

Page 120

1    Blackwell - Highly Confidential
2    set of issues, so I have -- I was being
3    challenged.  I think the reference to being
4    offended was I think Rich Ricci was unhappy
5    that -- I think I showed him something and it
6    wasn't the same as something else that somebody
7    else had shown him which was very similar, or I
8    had been in the room when something was shown
9    to him and that was in 745 and I don't know
10    what data it refers to, frankly, but I know
11    that he wasn't -- he had seen a similar piece
12    of information that was different, so, again,
13    it's around having to try and do a work to the
14    standard that I am used to doing in my daily
15    life under incredibly difficult circumstances,
16    which hopefully not many people have to live
17    through, and trying to perform to the standard
18    I want to as a professional.  And that was the
19    challenge.
20    Q.  Well, can you -- at the bottom of
21    this first page you write something about "if I
22    can't figure out what assets are in and out of
23    the deal, the deal can't close."
24    Is that -- I am just trying to
25    understand what assets you are probably

TSG Reporting - Worldwide  (877) 702-9580

Page 121

1    Blackwell - Highly Confidential
2    referring to there.
3    A.  I don't know.
4    Q.  You don't know?
5    A.  I don't know.  I mean, I could
6    speculate, but it's not meaningful.
7    Q.  Okay.  Is this during the period
8    when you are trying to locate the unencumbered
9    assets that we talked about earlier?
10    A.  What date is this?  This is the
11    20th.  It's possible.  It's possible.  I was
12    doing lots of things at that time.  I was also
13    trying to figure out -- yes, I was doing many,
14    many, many different things, you can see that,
15    so it could be a reference to anything.  It's
16    more of a reference to my state of mind than it
17    is to individual task I am carrying out.
18    Q.  Above that you talk about a
19    conversation with Bob Diamond's number 2.  Who
20    is that?
21    A.  Rich Ricci.
22    Q.  Okay.  So that's what you were
23    talking about before when you said he would
24    have been offended?
25    A.  Yes.

TSG Reporting - Worldwide  (877) 702-9580

Page 122

```
1        Blackwell - Highly Confidential
2      Q.  Do you recall anything else about
3   that conversation?
4      A.  No, not really apart from -- I
5   really don't -- I don't even know what I was
6   talking about, to be honest.  I don't know what
7   the subject of the conversation was about, but
8   it was some piece of data that I handed over
9   and -- or something of that nature.  I really
10  can't recall.
11     Q.  At the very top you talk about what
12  they bought.  Do you see that phrase?
13     A.  Yes.  I didn't know.
14     Q.  You didn't know what they bought?
15     A.  No.
16     Q.  My question was is there push-back
17  from Barclays during this period of time about
18  the assets they thought they bought but
19  they are not getting?
20        MR. SHAW: Objection to form.
21     A.  I wasn't having conversations with
22  Barclays about what assets.  I was doing my
23  task.  I didn't know what the deal was, so I
24  don't know.  In terms of data that was being
25  shared, I was sharing information with my
```
TSG Reporting - Worldwide  (877) 702-9580

Page 123

```
1        Blackwell - Highly Confidential
2   management and attending in meetings at 745
3   with people and that was happening constantly
4   24 hours a day pretty much, so I don't recall
5   what it's specifically referring to.
6      Q.  Okay.  I understand you weren't in
7   conversations with Barclays, but do you recall
8   any just general scuttlebutt or your general
9   understanding about Barclays pushing back as to
10  the assets they thought they were buying?
11     A.  The only thing I recall was the
12  clearance boxes and there are obviously assets
13  that fall under the Fed repo, but that was
14  before this point, fall under the Fed repo that
15  would not be eligible as collateral to be
16  delivered to -- as part of a regular repo,
17  because the Fed takes lower-quality assets, but
18  that's standard commercial terms.
19     Q.  The Fed takes lower-quality assets
20  than a repo between private parties?
21     A.  Yes.
22     Q.  That's pretty standard?
23     A.  The PDCF was created to create
24  liquidity for that very purpose, to allow
25  poorer quality assets to be lent so that it
```
TSG Reporting - Worldwide  (877) 702-9580

Page 124

```
1        Blackwell - Highly Confidential
2   would create liquidity in the market.
3      Q.  And does the Fed get a bigger
4   haircut or discount as to the collateral that's
5   posted for those?
6      A.  I'm not sure.
7      Q.  You are not sure?
8      A.  I'm not sure.
9         (Exhibit 69 B, e-mail dated
10  September 19, 2008, Bates stamped 93219,
11  marked for identification.)
12     Q.  Mr. Blackwell, I am handing you a
13  document which is marked as 69 B which is an
14  e-mail stream taking place on Friday the 19th.
15  You are involved in this stream.
16        My question has to do with the part
17  of it that's on the second page.  Please take
18  your time to look at it.
19        (Document review.)
20     A.  Okay.
21     Q.  In that e-mail -- have you had a
22  chance to review the document?
23     A.  Yes.
24     Q.  In the e-mail that I am referring
25  to, which is between Mr. John Palchynsky and
```
TSG Reporting - Worldwide  (877) 702-9580

Page 125

```
1        Blackwell - Highly Confidential
2   Mr. Hraska and others, CC'd to you on the 19th
3   at 3:57 p.m., he discusses seven -- "as per
4   Barclays' request, 7 billion cash was allocated
5   to their lock-up last night.  If securities
6   were/can be used instead, that would free up
7   margin collateral by reducing the amount of
8   higher haircut securities allocated to the JP
9   Chase Bank loan."
10        Could you explain to me what that
11  means, if you understand it?
12        MR. SHAW: Objection.  Foundation.
13     A.  The technical experts would be
14  better to explain this to you.  I think that
15  would be -- I can make an attempt to explain it
16  to you, but I think --
17     Q.  Do you have an understanding of what
18  it means?  I understand you are not the
19  technical expert.
20     A.  Just almost literally that 7 billion
21  of cash, collateral, the loan I think was
22  referred to earlier where securities were
23  pledged to Chase as a loan and 7 billion of
24  cash was pledged to Barclays.  That 7 billion.
25  And I think John is referring -- John
```
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2 Palchynsky is referring to different commercial
3 terms dependent on the quality of collateral.
4 What he is referring to in that last sentence
5 in terms of the JPMorgan Chase situation, I
6 don't know what he is referring to precisely
7 there, so I'd rather not speculate, but, again,
8 the middle part of that paragraph he is just
9 referring to substitution or changes based on
10 collateral quality, as far as I understand,
11 which would give you different commercial --
12    Q.    Higher haircut securities are lower
13 quality?
14    A.    I believe so, but you have to ask
15 them for confirmation.
16    Q.    Do you have any recollection of the
17 discussion discussing this with your folks?
18    A.    No. No. This wasn't an environment
19 where we were having lots of discussion.
20    Q.    Are you copied simply because you
21 are in the chain of command?
22    A.    Yes.
23    Q.    You are not the guy on the ground
24 doing this type of deal?
25    A.    No. I had 2 and a half thousand
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2 people working for me. I didn't do this kind
3 of detail.
4        (Exhibit 70 B, e-mail dated May 29,
5    2009, Bates stamped 10296524, marked for
6    identification.)
7    Q.    Mr. Blackwell, I am handing you a
8 copy of a document marked as Exhibit 70. It's
9 an e-mail on Friday, September 19th, from Neal
10 Ullman to several people -- two people
11 including yourself titled "did you hear that
12 this is on hold." Do you recall this e-mail?
13    A.    Yes. It's in relation to the Kathy
14 Bopp Flynn, who is the originator of this
15 e-mail, was referring -- was sending a note to
16 Neal around the conversion work. Again,
17 thinking, this is Friday, that we are all
18 working towards a conversion. That conversion
19 is now stopping. It's on hold. And Neal is
20 speculating again that the assets have gone as
21 part of a repo. I have no idea why he thought
22 that or otherwise. I don't know.
23    Q.    Do you recall any discussion at all
24 about being out-smarted because the assets are
25 now in their possession due to the repo?
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2    A.    I think there was speculation
3 amongst a lot of people as to what was
4 happening. We didn't know at that point. So
5 again, this may be Neal's theory at that time.
6    Q.    Okay. But your recollection of the
7 phrase "did you hear that this is on hold" is a
8 reference to the conversion effort?
9    A.    Absolutely. And that was Kathy's
10 role, as I think she was responsible for -- she
11 was head of audit at the time, so, again, a
12 process role.
13        (Exhibit 71 B, e-mail dated
14    September 19, 2008, Bates stamped 138587,
15    marked for identification.)
16    Q.    Mr. Blackwell, I am handing you an
17 exhibit marked 71 B, which is an e-mail from
18 yourself to Paolo Tonucci on Friday the 19th.
19    A.    Right.
20    Q.    First of all, do you recall this
21 e-mail?
22    A.    I don't recall the e-mail, but I
23 understand it.
24    Q.    Could you explain to me what you are
25 discussing here with Mr. Tonucci?
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2    A.    I am asking him -- again, I thought
3 I was doing a conversion, so I had -- I was
4 asking him the question that as a repo going
5 into default the conversion, have we converted,
6 that's it, because the conversion -- I then
7 actually went to Ian's office and met Paolo and
8 that's when I was told at I think 5 p.m. that
9 day there isn't a conversion. So I am
10 speculating that that's happened. I didn't
11 know. Been working towards a conversion and we
12 had been working hard to process a repo trade
13 and that's the question I am asking. So I went
14 into Ian's office and was told that there
15 wasn't a conversion and all of the things that
16 I have told you previously.
17    Q.    Okay. And when you say "putting the
18 repo into default is my conversion," what does
19 that mean? What does putting the repo into
20 default mean?
21    A.    The financing trade, by Lehman going
22 bankrupt, my understanding would be that repo
23 is going to default.
24    Q.    You mean LBI going bankrupt?
25    A.    Yes.
TSG Reporting - Worldwide  (877) 702-9580

Page 130

1    Blackwell - Highly Confidential
2    Q.  So you are --
3    A.  I'm sorry, go ahead.
4    Q.  I am just trying to understand what
5    you are talking about.
6    Is it your understanding at that
7    time that if LBI goes bankrupt, the repo goes
8    into default?
9    A.  That's standard terms.
10    Q.  Okay.  And --
11    A.  If the counterparty puts you in
12    default, ultimately.
13    Q.  Do you recall any discussions about
14    the repo going into default?
15    A.  Absolutely not at this point.
16    Q.  Did you have any water cooler
17    conversation or any speculation about whether
18    the repo would go into default at the time?
19    A.  Not that I recall, no.  No.
20    Q.  Did anyone ever discuss with you the
21    possibility that if the repo went in default,
22    those assets would be left with Barclays?
23    A.  It's possible.  Again, I don't
24    recall a specific conversation of that nature.
25    Q.  Do you recall any conversations with
TSG Reporting - Worldwide  (877) 702-9580

Page 131

1    Blackwell - Highly Confidential
2    anyone about a possible default under the repo?
3    A.  I don't remember specific
4    conversations, no, on that.
5    Q.  Do you have any general
6    recollections that it was a topic of
7    discussion?
8    A.  I think it was a topic of
9    speculation.
10    Q.  Did you raise that topic when you
11    met with Mr. Tonucci or Mr. Lowitt?
12    A.  I was asked -- I was told -- I went
13    to the room.  There was a conversation already
14    under way.  I can't remember who exactly was in
15    the room, but I was told that there wasn't a
16    conversion, and so I asked what's next, and so
17    that's when I got my -- I started to get the
18    marching orders for the following week, so that
19    was really the bulk of that conversation.  Now,
20    I think I was in a cab potentially on my way
21    back into the office or just got back into the
22    office at this point from being up all night.
23    I had just gone home to shower and come back
24    again, so I was kind of in the process of being
25    in transit to an office.
TSG Reporting - Worldwide  (877) 702-9580

Page 132

1    Blackwell - Highly Confidential
2    Q.  But when you did go in and met with
3    Mr. Tonucci and Mr. Lowitt, was anyone else in
4    the office?
5    A.  Yes, there were.  I can't remember
6    who it was.  It was some combination of Gerry
7    Reilly, Martin Kelly, potentially, and there
8    may have been other people as well, but it
9    wasn't -- there weren't any more than that, I
10    don't think.
11    Q.  Did you hear the notion of a repo
12    default mentioned at all in that meeting?
13    A.  I don't recall that.  I don't think
14    so.
15    Q.  Do you recall anything about a
16    default being discussed in that meeting?
17    A.  No, I don't recall anything being
18    discussed in that meeting in terms of a
19    default.  The conversation had moved on by the
20    time I had got into the room to here, my
21    conversation.
22    (Exhibit 72 B, e-mail dated
23    9-20-2008, marked for identification.)
24    Q.  Mr. Blackwell, I am handing you a
25    copy of an exhibit marked 72 B, which is an
TSG Reporting - Worldwide  (877) 702-9580

Page 133

1    Blackwell - Highly Confidential
2    e-mail stream on September 20th between
3    Mr. Hraska, Mr. Tonucci and you are CC'd.
4    My question is do you recall that
5    e-mail discussion?
6    (Document review.)
7    A.  I have read the mail.
8    Q.  Do you see in the first paragraph on
9    the page it discusses Barclays closing the repo
10    under default.  Do you see that phrase?
11    A.  I do, yes.
12    Q.  Does this ring a bell with you or do
13    you recall any discussions on repo default?
14    A.  In terms of timing, this starts to
15    ring a bell.  It wasn't a Friday conversation I
16    was having.  So I think Jim is saying that in
17    order to protect the pledge positions of the
18    securities that are being pledged, they would
19    need to carry out a certain process, put the
20    repo in default, Barclays would have to put the
21    repo in default.
22    Q.  Can you explain to me what you mean
23    by "in order to protect the pledge positions"?
24    A.  Well, if you have placed cash with a
25    counterparty and you have securities as
TSG Reporting - Worldwide  (877) 702-9580

Page 134

1      Blackwell - Highly Confidential
2   collateral, if you put a repo into default,
3   keep the securities and the cash stays with the
4   counterparty, and that's a standard term of a
5   repo agreement.
6      **Q.   Is it standard to keep excess**
7   **collateral?**
8      A.   I don't know.
9      **Q.   And so what is -- do you recall**
10  **any -- this exchange between Mr. Hraska and**
11  **Mr. Tonucci?**
12     A.   I received a lot of e-mails. I saw
13  it at the time, so I'm sure -- I don't have --
14  it doesn't stick out in my memory as something
15  particularly.
16     **Q.   Do you recall -- I guess ultimately**
17  **the repo was not put into default; correct?**
18        MR. SHAW: Objection.
19     A.   Actually, I'm not a hundred percent
20  sure of the fact pattern what happened around
21  the repo in terms of its legal standing.
22     **Q.   Okay. Do you ever recall hearing**
23  **that it was put in default?**
24     A.   In terms of how it was -- no, not in
25  terms of -- it may have been used as a

TSG Reporting - Worldwide  (877) 702-9580

Page 135

1      Blackwell - Highly Confidential
2   shorthand for recording it. Not in a legal
3   sense. More about how we were recording --
4   trying to capture things on the books and
5   records of Lehman Brothers post bankruptcy.
6      **Q.   Can you explain what you mean by**
7   **that?**
8      A.   Just cleaning up the books to try
9   and reflect real-world activity, which has been
10  something that continues to today.
11     **Q.   So on the books now it's reflected**
12  **as a default?**
13        MR. SHAW: Objection to form.
14     A.   I would need to look at it exactly
15  how it's been recorded, but it's been recorded
16  how Hughes Hubbard and their professionals
17  wanted it recorded.
18     **Q.   You don't recall how it's recorded?**
19     A.   No, not at this point, no.
20     **Q.   Do you recall any discussion about**
21  **the possibility of defaulting the repo as it**
22  **relates to the Clarification Letter?**
23     A.   No, not -- no.
24     **Q.   We talked about the Clarification**
25  **Letter earlier.**

TSG Reporting - Worldwide  (877) 702-9580

Page 136

1      **Blackwell - Highly Confidential**
2      **Do you recall any discussion about**
3   **the modifications to the transaction that were**
4   **embodied in the Clarification Letter being used**
5   **instead of defaulting the repo?**
6      A.   No. I wasn't party to the
7   Clarification Letter.
8        (Exhibit 73 B, e-mail dated
9   September 20, 2008, Bates stamped 10222586,
10  marked for identification.)
11     **Q.   Mr. Blackwell, I am handing you a**
12  **copy of an exhibit marked 73 B, which is an**
13  **e-mail between yourself and Bart McDade on**
14  **Saturday the 20th.**
15     **My question to you is do you recall**
16  **your exchange with Mr. McDade on this day and**
17  **what the topic was?**
18     A.   I recall conversations with Bart. I
19  don't know exactly what Bart is referring to
20  here. The conversations I was having with Bart
21  focused on the fails, those fails conversation
22  previously, so I can't -- I don't actually -- I
23  know there are other e-mails between myself and
24  Bart and that's what I recall. I don't know
25  exactly what we were talking about here. I

TSG Reporting - Worldwide  (877) 702-9580

Page 137

1      Blackwell - Highly Confidential
2   don't know.
3      **Q.   You don't recall?**
4      A.   No.
5      **Q.   Did you ever set up an account to**
6   **capture Barclays' dough and send securities to**
7   **them?**
8      A.   On Saturday?
9      **Q.   At any time.**
10     A.   No. No. I mean, we had a repo
11  agreement and so on and so forth, but not this.
12     **Q.   This is not ringing any bells at**
13  **all?**
14     A.   No, not -- the actions I took
15  immediately after this would probably be
16  helpful.
17     **Q.   What I am trying to figure out, was**
18  **there any discussions of alternative types of**
19  **transactions instead of defaulting the repo or**
20  **any other alternative, were you a party to any**
21  **discussion where alternative transactions were**
22  **discussed?**
23        MR. SHAW: Objection to form.
24     A.   No, I wasn't party to any
25  discussions in terms of -- I had my marching

TSG Reporting - Worldwide  (877) 702-9580