# A. 3 (B)

Page 138

1   Blackwell - Highly Confidential
2   orders for that weekend, which are 15C3 and the
3   unencumbered securities in the clearance boxes.
4       Q.   Can you tell me what you recall of
5   the 15C3 securities you just mentioned?
6       MR. SHAW:  Is this a logical time to
7   take our lunch break?
8       MR. HINE:  Yes.  Do you want to
9   break for lunch?  Okay.  Sounds good.
10      (Lunch recess was taken at 12:30.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 139

1   Blackwell - Highly Confidential
2       (Time noted:  1:14.)
3   A L A S T A I R   B L A C K W E L L,
4       resumed as a witness, was examined and
5       testified as follows:
6   CONTINUED EXAMINATION BY
7   MR. HINE:
8       Q.   Good afternoon, Mr. Blackwell.
9       A.   Good afternoon.
10      Q.   Hope you had a good lunch.  We have
11  some more talking to do here, unfortunately for
12  you.  I think we had left off with -- we had
13  mentioned 15C3.
14          Could you just explain to me what
15  you were doing over that weekend as far as
16  trying to locate assets in 15C3 accounts?  And
17  I meant the weekend of the 20th, 21st.
18      A.   I wasn't trying to locate assets in
19  15C3.
20      Q.   Okay.  What were you trying to do
21  with respect to 15C3 accounts?
22      A.   It isn't an account.  It's not an
23  account.  It's a calculation that historically
24  was run once a week and is designed for
25  customer protection.  It's a regulatory

Page 140

1   Blackwell - Highly Confidential
2   requirement you run this calculation and what I
3   was doing was trying -- working in conjunction
4   with the people that were responsible for
5   producing that, which is the finance
6   organization, was to rerun a calculation.
7       Q.   And why did it need to be rerun?
8       A.   To come up with -- I was asked to
9   come up with what is the number, what is the
10  sum, basically, run the calculation and come up
11  with a number.  That is the 15C3 calculation.
12      Q.   Okay.  And then what was to be done
13  with that calculation once you did it?
14      A.   Provide it to the -- my supervisors
15  and for them to have an understanding of what
16  that number was.
17      Q.   Did you have any understanding of
18  how that calculation related to the transaction
19  that was going on between Barclays and Lehman?
20      A.   In terms of -- running the
21  calculation was to find out whether -- what the
22  calculation was, come up with a number.
23      Q.   And did you have any understanding
24  of what your superiors were going to do with
25  that number once you gave it to them?

Page 141

1       Blackwell - Highly Confidential
2       A.   Compare that to what was locked up
3   as cash to -- cash and securities to protect
4   customers.
5       Q.   And am I correct if that calculation
6   yielded a number that was lower than what was
7   previously locked up, that would release some
8   assets to Barclays; is that right?
9       MR. SHAW:  Objection.  Foundation.
10      A.   It would mean there is an excess.
11  It would mean there is an excess of cash locked
12  up or securities locked up as part of customer
13  protection.
14      Q.   And why were they trying to find out
15  whether there was an excess?
16      MR. SHAW:  Objection.  Foundation.
17      A.   I was asked to go recalculate the
18  numbers, so I worked with the finance people
19  who own the calculation as a whole, operations
20  are an input to some of the lines in the
21  calculation and we work towards creating that.
22      Q.   And who at finance are charged with
23  doing this calculation?
24      A.   At the time, Tony Stucchio, Anthony
25  Stucchio, who reported to Martin Kelly.

Page 142

```
1            Blackwell - Highly Confidential
2            (Exhibit 74 B, e-mail dated
3         9-20-2008, marked for identification.)
4      Q.   Mr. Blackwell, I am handing you a
5   copy of a document marked as Exhibit 74 B,
6   which is an e-mail stream dated September 20th,
7   2008 involving yourself and several others
8   including Ian Lowitt and some of your people in
9   your group. I think I am mixing two concepts
10  here, so I just want to get some clarification
11  on what we have just been talking about after
12  you have had a chance to look at the e-mail.
13            (Document review.)
14      A.   Okay.
15      Q.   Have you had a chance to look at it?
16      A.   I have.
17      Q.   Could you tell me what you recall
18  about this discussion that's embodied in this
19  e-mail?
20      A.   It's just a -- it's a list of things
21  that we were working on. It's two things that
22  we were working on. Looking for the
23  unencumbered -- trying to define a list of
24  unencumbered assets, and what it's saying here
25  is that 15C3, if there is excess, and that
```

TSG Reporting - Worldwide  (877) 702-9580

Page 143

```
1          Blackwell - Highly Confidential
2   potentially there is money that can be released
3   as an unencumbered asset of the firm.
4      Q.   I think I understand what you said.
5   I just want to make sure.
6            This is during a period of time when
7   your group is trying to locate unencumbered
8   assets which would then presumably be
9   transferred to Barclays for whatever purpose?
10     A.   Right.
11           MR. SHAW: Objection. Foundation.
12     Q.   And I see here mentioned the goal is
13  1.9 billion. Do you see that?
14     A.   Yes.
15     Q.   Who set that goal or where did that
16  goal come from?
17     A.   Ian is saying guys, we need 1.95
18  billion.
19     Q.   Okay. Ian is after the below
20  e-mail; right? The e-mails are from the bottom
21  up in sequence?
22     A.   Yes. It would have come from Ian or
23  Paolo.
24     Q.   Do you recall any discussions about
25  why we need 1.9 billion in unencumbered assets?
```

TSG Reporting - Worldwide  (877) 702-9580

Page 144

```
1       Blackwell - Highly Confidential
2      A.   Again, people closer to the deal
3   were negotiating whatever they were
4   negotiating. I was being asked to carry out an
5   action. I have a goal. Find 1.9 billion of
6   unencumbered assets.
7      Q.   I just want to make sure, you were
8   not involved in the setting of that goal or --
9   am I correct to say you don't have any
10  knowledge of why that number was passed down to
11  you?
12     A.   I haven't -- no, I don't have
13  knowledge.
14     Q.   And now as I read this e-mail, the
15  bottom e-mail is Monty Forrest reporting on
16  some of the efforts to find unencumbered
17  assets; correct?
18     A.   Yes.
19     Q.   Okay. And as we get to the upper
20  e-mail, Ian says he really needs 1.95 billion;
21  is that right?
22     A.   Yes.
23     Q.   But I don't understand what he means
24  by a shortfall in the 15C3 lock-up release.
25  Can you explain that?
```

TSG Reporting - Worldwide  (877) 702-9580

Page 145

```
1       Blackwell - Highly Confidential
2      A.   I don't know exactly -- the way I
3   would interpret this would be if he is looking
4   for -- if the target is to find 1.95 billion of
5   unencumbered securities, then -- if there is no
6   excess in the 15C3 or there is an excess, we
7   don't know at this point, because we haven't
8   rerun the calculation, then potentially finding
9   more unencumbered assets because you wouldn't
10  take -- if it is not an excess, you can't take
11  it, so it's a sum.
12     Q.   Is it correct to say he is asking
13  for a little more in the assets in case there
14  was no excess in 15C3, but actually there was a
15  shortfall --
16           MR. SHAW: Objection. Foundation.
17     Q.   -- in 15C3? Is that right?
18     A.   No, I wouldn't interpret it like
19  that. I think he is saying find -- review --
20  we are not looking for assets that aren't
21  there. We are going through a process in a
22  very methodical way based on a set of -- an
23  understood approach which are under the rules
24  that we would apply to our depos, to the boxes
25  of Lehman Brothers, to find unencumbered
```

TSG Reporting - Worldwide  (877) 702-9580

Page 146

1    Blackwell - Highly Confidential
2  securities based on those rules to come up with
3  a list. The data that we had, because Chase
4  had failed to send files for a period of time,
5  was incredibly difficult to work with.
6  Broker/dealer systems aren't run -- aren't used
7  to running over a weekend, they work on a
8  five-day week normally, so trying to create
9  this data was difficult. So we are combing
10 through the data to create a list of
11 unencumbered assets. We are recalculating the
12 15C3 to see what the segregation -- what the
13 lock-up requirement would be, on a hypothesis
14 that as customer assets had left Lehman
15 Brothers, then the requirement for a lock-up
16 would be reduced, so that would create an
17 unencumbered asset. So we weren't looking for
18 things that weren't there. We were looking for
19 things that were there based on the
20 challenge -- very challenged and uncertain data
21 that we had.
22    Q.   I think I understood what you just
23 said, but did you mean that over the previous
24 week presumably customers had left Lehman and
25 that would reduce the requirement for the 15C3
       TSG Reporting - Worldwide  (877) 702-9580

Page 147

1     **Blackwell - Highly Confidential**
2  **lock-up or reserve?**
3     A.   That was a hypothesis.
4     Q.   And you were doing the calculation
5  to test that hypothesis?
6     A.   Yes.
7     Q.   Did it prove to be correct?
8     A.   I don't know what conclusion we
9  ultimately reached, because the data was so
10 challenging we didn't reach a conclusion that
11 weekend.
12    Q.   So do you know if there was an
13 excess in the end?
14    A.   I don't. I don't recall whether
15 there was an excess or not.
16    Q.   When you say the data was so -- what
17 data are you talking about?
18    A.   Stock record data. Books and
19 records of the firm are dependent on several
20 data feeds; trade data -- new trade data that
21 comes from the front office, external trade
22 data, so repo, for instance, coming from Chase,
23 these are all of the trades -- securities we
24 have pledged, I need that data, that needs to
25 be fed in, and then you carry out third
       TSG Reporting - Worldwide  (877) 702-9580

Page 148

1    Blackwell - Highly Confidential
2  world -- a third-party check of your depos
3  versus the outside world, so your custody
4  information. We had partial information around
5  repo coming back in and we had no visibility
6  over our depo at Chase, because they had
7  removed access to their systems, so we couldn't
8  operate in the normal course of business.
9     Q.   Depo means deposit?
10    A.   Depo means like a clearing box. I
11 would use that term interchangeably.
12    Q.   And why had Chase cut off this data
13 stream?
14    A.   As a result of the funding activity
15 that is taking place. I believe -- and this
16 is -- I didn't have a conversation with Chase,
17 but they rescinded access. I passed that
18 information on to Paolo and asked him to speak
19 to Chase, because -- he in the end called Chase
20 and they still would not give us access to the
21 systems.
22    Q.   Did they ever restore access to the
23 system?
24    A.   Not that I'm aware of.
25    Q.   Were you party to any of those
       TSG Reporting - Worldwide  (877) 702-9580

Page 149

1     **Blackwell - Highly Confidential**
2  **conversations between Lehman and Chase about**
3  **this issue?**
4     A.   No, I was not.
5     Q.   Do you have any understanding of why
6  they were restricting access to the system?
7     A.   I believe it's a dispute that they
8  had with Barclays around the financing trades
9  that were put on at that point.
10    Q.   Do you have any more detail in your
11 understanding than that?
12    A.   Just around -- just that.
13       (Exhibit 75 B, e-mail dated
14 9-20-2008, marked for identification.)
15    Q.   Mr. Blackwell, I am handing you a
16 document marked as Exhibit 75 B, which is a
17 similar e-mail stream to the one you previously
18 just looked at marked as sent on September
19 20th, 2008. It appears to me to be the same
20 e-mail stream, only the last entry is a little
21 different than previously. So my question has
22 to do with the first entry on page 1 after you
23 have had a chance to look at it.
24       (Document review.)
25    A.   Okay.
       TSG Reporting - Worldwide  (877) 702-9580

Page 150

1    Blackwell - Highly Confidential
2    Q.  Have you had a chance to look at it?
3    A.  I have.
4    Q.  In the first paragraph of this
5    e-mail it's mentioning an 8:00 call and it
6    appears to relay certain groups of assets and
7    eventually there is a line that says the total
8    is 2.181 billion.  Do you see that?
9    A.  I do.
10   Q.  Are these the assets that your group
11   identified as unencumbered assets?
12       MR. SHAW:  Objection.  Vague as to
13   time.
14   Q.  Do you have an understanding of what
15   this list of assets is?
16   A.  I understand what is trying to be
17   shown here, yes.
18   Q.  Could you tell me what it is?
19   A.  The team of people, so finance,
20   operations working through the process I
21   described to identify assets on the books and
22   records that were highlighted as inventory,
23   unencumbered inventory, this is the breakdown
24   by clearance boxes.
25   Q.  I think previously you testified

TSG Reporting - Worldwide  (877) 702-9580

Page 151

1    Blackwell - Highly Confidential
2    that there was about $2 billion in assets that
3    you ultimately identified.
4    A.  Which is consistent.
5    Q.  My question for you is do you
6    believe this is pretty close to the end result
7    of your effort to find unencumbered assets?
8    A.  This was a point in time.  That work
9    continued.  I can't emphasize enough how
10   challenging the system environments were.
11   Getting information was happening.  We had
12   technology teams working through the night to
13   extract data from the systems in a non-standard
14   environment.  This is not what we are designed
15   to do and when they were designed to do them,
16   and we weren't getting the third-party feeds we
17   needed to to give us the hundred percent
18   confidence on the data that we had.  So there
19   is uncertainty here.  So at that point in time
20   there was a call -- I'm not sure that I was
21   actually on that call.  I think I was tied up
22   on another issue.  But this was the result of
23   that night's work, the overnight work that was
24   done by the technology and operations and
25   finance to come up with that list.

TSG Reporting - Worldwide  (877) 702-9580

Page 152

1    Blackwell - Highly Confidential
2    Q.  Okay.  Do you know when that process
3    came to a conclusion?
4        MR. SHAW:  Objection.  Assumes facts
5    not in evidence.  Foundation.
6        MR. HINE:  You can answer.
7    A.  It continued.  It continued.  My
8    team continued working on this to try and
9    identify the unencumbered assets into the early
10   part of the following week.
11   Q.  So even after the closing it
12   continued?
13   A.  We didn't have access to data and
14   then we had virtually no access then, so it
15   just stopped.  The work stopped.
16   Q.  When did it stop?
17   A.  I don't know precisely.
18   Q.  If you look at this list, there is
19   four different classes of assets.
20       Do you recall any other classes of
21   assets that were identified as being
22   unencumbered other than the four listed here?
23   A.  No.  These were the main buckets.  I
24   described these earlier as well.
25   Q.  Now, when it says "mortgages," do

TSG Reporting - Worldwide  (877) 702-9580

Page 153

1    Blackwell - Highly Confidential
2    you see that on number 4?  Do you recall any
3    discussions or -- any discussions over that
4    weekend about Barclays getting a greater
5    percentage of the mortgage-based assets than
6    was previously agreed to?
7    A.  No.
8    Q.  Is the term resi's used to describe
9    this type of asset, mortgage-based asset?
10   A.  Possibly.  Without seeing the list
11   of securities, I would be speculating.
12   Q.  Am I correct to say that you were
13   not -- would have no knowledge of discussions
14   between Barclays and Lehman as to the
15   disposition of residential mortgage-based
16   assets?
17   A.  That's correct.  I think there is
18   one point worth mentioning here.  You can see
19   even here that Chase are taking assets, again,
20   so we don't know exactly what's in the real
21   world box.  That's really showing you the
22   uncertainty of the data.
23   Q.  And you are pointing to something.
24   Can you just tell me which line you are
25   pointing to?

TSG Reporting - Worldwide  (877) 702-9580

Page 154

1    **Blackwell - Highly Confidential**
2    A.   It's the second to last paragraph or
3    sentence in the "we are also looking" --
4    Q.   "To valuate how much JP Chase put a
5    lien on Friday by CUSIP"?
6    A.   Yes. We couldn't.
7    Q.   Just so I understand, you are trying
8    to figure out what assets Chase is holding in
9    the system and not releasing?
10   A.   What Chase has seized.
11   Q.   And did you ever figure the amount?
12   A.   That work, I believe, is still
13   ongoing in terms of what was being done.
14         (Exhibit 76 B, e-mail dated
15   September 21, 2008, Bates stamped 138124,
16   marked for identification.)
17   Q.   Mr. Blackwell, I am handing you a
18   copy of an exhibit marked as 76 B, which is an
19   e-mail dated September 21st, Sunday, from
20   yourself to Ian Lowitt, a copy to some others.
21   Take a minute to look at it, if you would.
22         (Document review.)
23   Q.   Have you had a chance to look at it?
24   A.   I have, yes.
25   Q.   Do you recall what this e-mail is

TSG Reporting - Worldwide  (877) 702-9580

Page 155

1    **Blackwell - Highly Confidential**
2    about or could you explain to me what it's
3    about?
4    A.   I can. This is in relation to
5    fails. What I had been asked to do was
6    determine what the fails were, and as I
7    previously stated around the quality of data,
8    the Lehman systems at that time hadn't consumed
9    the data from the third parties. The
10   third-party sources, in regular course of
11   business that you would have expected, would
12   give you a completely 100 percent accurate
13   statement of your real world positions. What I
14   was suggesting we could make available to
15   Barclays is give Barclays access to DTC -- give
16   DTC, the Depository Trust Company, authority to
17   allow Barclays to look at the depos so that it
18   could see the fails for themselves, which would
19   be maybe an even more accurate reflection than
20   our books at that time, but that's on Sunday in
21   the night, I think, so I am just trying to help
22   solve the problem around the clearance box.
23   Q.   And was your suggestion acted on?
24   A.   I think it was after the event -- I
25   think -- at some point -- I don't think

TSG Reporting - Worldwide  (877) 702-9580

Page 156

1    Blackwell - Highly Confidential
2    actually as it relates to DTC that happened,
3    actually. I don't think that ever happened.
4    Q.   I think previously you discussed
5    fails, you said you thought it had been put to
6    bed and then it came back for you on Sunday.
7    A.   This is it coming back.
8    Q.   And do you recall your
9    conversations -- or did you have a conversation
10   with Bart McDade about this issue at this time?
11   A.   Not then. It was third party.
12   Q.   So you don't know if, in fact,
13   Barclays was granted access to the DTC so they
14   could look at the fails themselves?
15   A.   I don't know. I don't know. That
16   was only a suggestion.
17   Q.   Would someone else in your
18   department know that?
19   A.   Unlikely.
20   Q.   Would someone else at Lehman know
21   that?
22   A.   If it was granted, it would be in my
23   e-mail, because I probably would have had to
24   grant it.
25         (Exhibit 77 B, e-mail dated

TSG Reporting - Worldwide  (877) 702-9580

Page 157

1    Blackwell - Highly Confidential
2    September 21, 2008, Bates stamped 459680,
3    marked for identification.)
4    Q.   Mr. Blackwell, I am handing you a
5    copy of Exhibit 77 B, which is an e-mail dated
6    September 21st, 2008 on which you are one of
7    the recipients and the subject of the e-mail is
8    17.9 billion, 9:15 p.m. update.
9         (Document review.)
10   Q.   Have you had a chance to look at the
11   document?
12   A.   I have, yes.
13   Q.   My question really has to do with if
14   you see on the first line, it says: "Monty,
15   you and Alastair need to be at that 7 a.m.
16   meeting."
17         My question is do you recall having
18   a meeting 7 a.m. on Monday morning?
19   A.   Is it Monday or Sunday?
20   Q.   That's what I am trying to figure
21   out.
22   A.   No, I don't think it was a Monday
23   morning meeting.
24   Q.   It was a Sunday meeting?
25   A.   What time is that? I can't tell

TSG Reporting - Worldwide  (877) 702-9580

Page 158

1      Blackwell - Highly Confidential
2  from here. Is it a 7 p.m. or 7 a.m. meeting?
3  It's a 7 a.m. meeting. I possibly was, but I
4  don't recall the meeting. Yeah, I don't recall
5  that meeting specifically. It would probably
6  be in my diary if I was there. I don't know.
7      Q.  I think I might have misled you as
8  to the day. If you read this correctly, this
9  is sent at Sunday, 2 a.m., Greenwich meantime,
10 so that would be Saturday night here, correct,
11 so that the suggestion, as I read this, would
12 mean that it's suggesting a Sunday morning
13 meeting; do you recall?
14     A.  That makes more sense, yes.
15     Q.  Does that ring a bell then about a
16 meeting?
17     A.  There was a meeting. I don't think
18 I was in that meeting. Monty took -- was in
19 that meeting, if there was one. I don't know
20 if it actually took place, but effectively this
21 is just a continuation of the process of
22 creating a list, which is -- looking at the
23 list by itself is pretty meaningless. It's a
24 list of CUSIPs with the price next to it.
25     Q.  So you don't recall being at that
TSG Reporting - Worldwide  (877) 702-9580

Page 159

1      Blackwell - Highly Confidential
2  meeting?
3      A.  I don't recall being at that
4  meeting. I certainly was discussing this topic
5  constantly.
6      (Exhibit 78 B, e-mail dated
7      September 21, 2008, Bates stamped 10252597,
8      marked for identification.)
9      Q.  Mr. Blackwell, I am handing you a
10 copy of Exhibit 78 B, which is an e-mail dated
11 Sunday, September 21st, and the title -- the
12 topic is update 15C3-3.
13     My question to you has to do with
14 the first line where you write: "This won't be
15 perfect. Perfect is Tony taking that
16 approach."
17     My question is what were you talking
18 about when you said "this won't be perfect"?
19     A.  The systems and the data were
20 imperfect, so that was my --
21     Q.  So are you referring to the
22 calculation of the 15C3 number that we
23 previously discussed?
24     A.  I'm referring to the inputs. The
25 calculation should be correct, because it's a
TSG Reporting - Worldwide  (877) 702-9580

Page 160

1      Blackwell - Highly Confidential
2  standard calculation. Some of the inputs into
3  that calculation are being produced in a
4  non-standard way to the best of everyone's
5  ability at that point in time. So that is my
6  point. It's not going to be a perfect
7  calculation. I think the last calculation was
8  done on the 17th.
9      Q.  So it's not going to be perfect
10 because the inputs are not perfect?
11     A.  Yes. Not because we were changing
12 the way you do the calculation. The
13 calculation was done the same way as it had
14 been done for twenty-odd years.
15     (Exhibit 79 B, e-mail dated
16     9-21-2008, marked for identification.)
17     Q.  Mr. Blackwell, I am handing you a
18 copy of Exhibit 79 B, which is an e-mail dated
19 September 21st, 2008 from yourself to Ian
20 Lowitt.
21     A.  Yes.
22     Q.  Have you had a chance to look at it?
23 Can you tell me what you are talking about in
24 this e-mail? Because it's entitled "they are
25 talking about tri-party fail," so I just want
TSG Reporting - Worldwide  (877) 702-9580

Page 161

1      Blackwell - Highly Confidential
2  to see if you recall what this e-mail is
3  discussing.
4      A.  Yes. I was in a room at Weil. Ian
5  and Paolo were outside of it and I think from a
6  Lehman perspective Bart, myself, those are the
7  people I remember. There were representatives
8  from the Fed, from Chase, from Barclays, from
9  most of the regulators in the room, and this is
10 where discussions, I think, started around the
11 clearance box. I think Chase made -- this is
12 my recollection, so it may be imperfect. Chase
13 made reference to the fact that there was a
14 repo for 15.8 billion, what was called the HIC
15 loan, so held in custody repo, which was a loan
16 that they wanted to assign to Barclays, which
17 Barclays wouldn't take at that time, because
18 they hadn't authorized the trade, which would
19 appear reasonable. I wasn't the expert on
20 this. And what I was actually doing was trying
21 to get -- and what you will see is an e-mail to
22 Bart from me at this same meeting saying we
23 need Paolo in here and Paolo came into the room
24 and I left, I think, at that point, and so
25 that's what it relates to.
TSG Reporting - Worldwide  (877) 702-9580

Page 162

Blackwell - Highly Confidential

1
2    Q.   So the 15.8 repo that's mentioned in
3    your e-mail is the HIC loan that you just
4    talked about?
5    A.   Yes.
6    Q.   And "Chase want to liquidate," the
7    phrase you use there, that's meant to --
8    A.   I think that meeting is probably
9    documented, because I think Hughes Hubbard were
10   present at the time as well and Weil, so I
11   can -- there is a lot of information around
12   that meeting.
13   Q.   Do you recall anything else about
14   that meeting?
15   A.   It was -- yeah, there was -- it was
16   a discussion around the repo transactions,
17   Barclays' and Chase's position at that point.
18   Q.   Okay.  Do you recall anything other
19   than what you just told us?
20   A.   That was -- I believe that was the
21   main thrust.  Rich Ricci at the time also
22   stated that we weren't taking responsibility
23   for the clearance boxes and that's when I think
24   the meeting broke up, pretty much broke up, or
25   was about to break up, but I think I left the

TSG Reporting - Worldwide  (877) 702-9580

Page 163

Blackwell - Highly Confidential

1
2    room.
3    Q.   Do you have any knowledge of how
4    this issue was resolved ultimately, if at all?
5    A.   No.  Not the 15.8, no.
6    Q.   Did you have any other follow-on
7    interaction with this 15.8 issue?
8    A.   No.  Just one of the repos that were
9    on.
10       (Exhibit 80 B, e-mail dated
11   September 22, 2008, Bates stamped 464767,
12   marked for identification.)
13   Q.   Mr. Blackwell, I am handing you a
14   copy of Exhibit 80 B, which is an e-mail stream
15   dated September 22nd, 2008 in which you are
16   involved, and after you have had a chance to
17   look at it, I have a quick question about it.
18       (Document review.)
19   A.   Okay.
20   Q.   Do you see on the second page where
21   it says -- an e-mail from Mr. Scagnelli where
22   he says "DTC has a free pledge chill on 636,"
23   do you see that?
24   A.   Yes.
25   Q.   Can you explain to me what that

TSG Reporting - Worldwide  (877) 702-9580

Page 164

Blackwell - Highly Confidential

1
2    means, if you know?
3    A.   I would interpret that as meaning
4    that DTC has locked everyone out of the system,
5    that they are controlling the clearance box at
6    this point.  They are not taking direction.
7    Q.   Okay.  And that --
8    A.   That means we couldn't do anything.
9    Q.   Okay.  And later on I see your
10   e-mail which says "we need to get to DTC PDQ."
11   A.   Yes.
12   Q.   Do you recall what -- did you, in
13   fact, get to the DTC?
14   A.   Yes.  They didn't release anything.
15   DTC -- I don't think I actually spoke to them.
16   I don't believe we were in a position to be
17   able to -- we weren't controlling the box.  It
18   was in the hands of the trustee.
19   Q.   Okay.  And so was there a meeting
20   about this or do you have any knowledge of what
21   happened after this?
22   A.   No.  We didn't -- we ceased to have
23   any ability to impact the books and records of
24   LBI.  That's my recollection.  And this was
25   just, again, another part of the data issues

TSG Reporting - Worldwide  (877) 702-9580

Page 165

Blackwell - Highly Confidential

1
2    that we were experiencing and probably close to
3    the end.
4    Q.   Can you describe for me what your
5    role has been with respect to these assets,
6    these unencumbered assets after the closing,
7    since you have gone to Barclays?
8    A.   Most of my -- my focus is obviously
9    trying to get management and structure in
10   place, so some -- I have been in some meetings
11   along the way.  Jim Hraska has worked probably
12   most closely with Martin Kelly, Robert Azerad
13   in the post -- at Barclays to assist.  I'd
14   say -- so it's been limited to the series of
15   meetings as it relates to these two specific
16   issues.
17   Q.   Two issues meaning the unencumbered
18   assets and --
19   A.   The 15C3.
20   Q.   And do you have a recollection of
21   what's gone on since the closing as to these
22   issues or --
23   A.   Again, more on the periphery of what
24   I have done, I have reviewed methodology to
25   ensure that I feel comfortable that the

TSG Reporting - Worldwide  (877) 702-9580

1     Blackwell - Highly Confidential
2  approach that someone like Monty or Jim has
3  taken makes sense to me, which it does, and I
4  feel very comfortable with the methodology
5  under the terms of the agreement, so where it's
6  been necessary to have my input, then I have
7  been involved.  So I think we have created
8  additional schedules since bankruptcy at
9  Barclays which have been made available, so
10 that's been the extent of my involvement.  And
11 the 15C3 calculation is rerun every week by the
12 trustee of LBI.
13     Q.   Previously I mentioned that you have
14 been designated as a 30(b)(6) witness for
15 select issues in this case by Barclays, so I
16 just wanted to take a few minutes to address
17 that issue in this deposition, so for this
18 portion of the deposition it will be a 30(b)(6)
19 deposition.
20     Have you ever -- did you review the
21 30(b)(6) deposition notice that we provided to
22 Barclays?
23     A.   I don't believe I have seen it.
24     MR. SHAW:  If you show it to him, he
25 might know it.

1     Blackwell - Highly Confidential
2     MR. HINE:  Let's mark this as an
3  exhibit.
4     (Exhibit 81 B, Debtors' Second Rule
5  30(b)(6) Deposition Notice to Barclays on
6  Issues Relating to the Transfer of Assets,
7  marked for identification.)
8     Q.   Mr. Blackwell, I am handing you a
9  copy of Exhibit 81 B, which is a copy of the
10 Debtors' Second Rule 30(b)(6) Deposition Notice
11 to Barclays on Issues Relating to the Transfer
12 of Assets.
13     My first question is have you ever
14 seen this document before?
15     A.   In my discussions with Jonathan I
16 think I may have seen some portion --
17     MR. SHAW:  We are not going to get
18 into the substance of those discussions.
19     Q.   I don't want to ask you about a
20 privileged communication you might have had,
21 but can you please turn to Schedule A of that
22 document.
23     As I understand from Barclays, you
24 have been designated as a witness as to the
25 first two topics listed on that schedule, so

1  could you just take a minute and just take a
2  look at those topics.
3     (Document review.)
4     A.   Understood.
5     Q.   Okay.  You will see those topics
6  relate to Schedules A and B that we have talked
7  about previously in the deposition, so I just
8  want to spend a little time talking about those
9  two schedules.
10     Let's look at topic number 1.  Were
11 you involved in the selection of the securities
12 that made their way into Schedule A?
13     MR. SHAW:  Objection to form.
14     Q.   Let me rephrase it.
15     Were you involved in the selection
16 of the securities that are listed in Schedule A
17 to the Clarification Letter?
18     A.   I was involved in the transfer of
19 the Fed assets over to Barclays, so in terms of
20 selecting the assets, the selection was done as
21 I -- was done as I described, which was under
22 the terms of the repo agreement that was in
23 place between Lehman and Barclays at that time,
24 so eligible collateral is a component of that

1     Blackwell - Highly Confidential
2  agreement and had been in place for some time.
3  So selection is done -- was done -- the assets
4  were put into the Fed repo.  We know that there
5  were operational issues that I described in
6  terms of the assets changing because of the
7  settlement that took place at Chase, and then
8  there is also a subset of securities that
9  weren't eligible under the legal terms -- under
10 the commercial terms of the repo agreement
11 Barclays had in place with Lehman, which was
12 standard practice, that's why the Fed had
13 stepped in and provided liquidity to the whole
14 market with the PDCF, so poorer quality
15 collateral was funded by the Fed.
16     So it was clear based on the
17 schedules which securities fell outside of that
18 in terms of their quality.  So yes, my team
19 worked with finance with the treasury team to
20 refine that list based on that requirement, and
21 in addition to that there were obviously some
22 substitutions that had to take place to make up
23 value, so my team worked again with finance and
24 the clearance teams to drive that -- to
25 finalize that list, but the list is a

Page 170

1  Blackwell - Highly Confidential
2  reflection of what moved.
3  MR. HINE: Okay. Let me go at it a
4  different way here. I have, unfortunately,
5  some hefty exhibits to pass to you.
6  (Exhibit 82 B, e-mail dated
7  September 20, 2008, Bates stamped BCI-CG
8  00035134, marked for identification.)
9  Q. Mr. Blackwell, I am handing you a
10  lengthy exhibit marked as 82 B, which is a
11  list -- it's a document Bates stamped BCI-CG
12  00035134 through 35954. I am not going to ask
13  you about the contents of this entire document,
14  but I would like to direct your attention, if
15  you could take a minute and look at the page --
16  first page after the e-mail cover, the covering
17  e-mail, which is marked with the Bates number
18  35138. Do you see that page?
19  A. Yes.
20  Q. Can you tell me whether -- you will
21  see in this page a little summary of different
22  classes of collateral and their market value.
23  Do you see that?
24  A. I do.
25  Q. Could you tell me whether this is

Page 171

1  Blackwell - Highly Confidential
2  the collateral that made its way into
3  Schedule A?
4  A. I would assume that it is, based on
5  the fact I provided the data to Paolo, but it's
6  Paolo's team that would have put this together,
7  so would have interpreted the valuations and
8  the content based on that.
9  Q. Do you know if the value of the
10  securities listed on Schedule A is what's
11  listed here under the column Market Value?
12  A. I don't know. It would be dependent
13  on how -- again, how -- I don't know how Paolo
14  ultimately put this together.
15  Q. And when you say "Paolo," you are
16  talking about Mr. Tonucci?
17  A. Yes.
18  Q. So it's his team that would do the
19  valuation of this schedule?
20  A. It's his team that created the
21  summary. Jim Hraska and my team, Monty
22  Forrest, helped create the data and pushed it
23  up to the treasury team for them to package.
24  Q. Now, did the list of securities that
25  ultimately were listed on Schedule A change

Page 172

1  Blackwell - Highly Confidential
2  over time?
3  A. Not that I understand, no.
4  Q. Okay.
5  A. What was at the Fed and what made it
6  to Barclays was different for a very sensible
7  set of reasons as I described, so -- and
8  perfectly legitimate reasons based on the legal
9  contracts that were in place at the time.
10  Q. I understand that, but then at some
11  point the securities that made it to Barclays
12  were listed in Schedule A; correct?
13  A. Right. So then it would be -- there
14  was a reconciliation carried out to the best of
15  our ability to what BONY had received, so that
16  would be part -- that would be what's in
17  Schedule A.
18  Q. What are you reconciling when you
19  did that reconciliation?
20  A. Lehman books and records to a BONY
21  statement. So effectively Barclays to Lehman,
22  what moved.
23  Q. Barclays to Lehman?
24  A. Yes.
25  Q. Once the September 18th repurchase

Page 173

1  Blackwell - Highly Confidential
2  agreement was put in place and the securities
3  or assets that were collateral for the Fed
4  moved, some of which I understand didn't make
5  it because of the issues you have talked about
6  with respect to BONY, but once that set of
7  securities made it into the Barclays -- to
8  support the Barclays repo, were there any other
9  further changes to that set of collateral
10  between that time and the time that it was
11  listed on Schedule A?
12  A. Not that I'm aware of. I can't --
13  Paolo would be better placed to describe that,
14  if there had been any change.
15  Q. Mr. Tonucci would know specifically
16  about that?
17  A. Yes.
18  (Exhibit 83 B, e-mail dated
19  September 21, 2008, Bates stamped BCI
20  006647 through BCI 006653, marked for
21  identification.)
22  Q. Mr. Blackwell, I am handing you a
23  copy of Exhibit 83 B, which is a document Bates
24  stamped BCI 006647 through 6653. My first
25  question is if you have ever seen this document

Page 174

1      **Blackwell - Highly Confidential**
2  before.
3      A.   I think I saw it in conversations
4  with Jonathan.
5      Q.   **In preparation for this deposition**
6  **you saw it?**
7      A.   In preparation, yes.  That's the
8  first time I saw it.
9      Q.   **Okay.  My question is if you look in**
10 **the center of the first page, it says "we**
11 **should book all positions from the Lehman**
12 **financing facility to BCI, approximately 45**
13 **billion securities, see attached file."  Do you**
14 **see that?**
15     A.   I do.
16     Q.   **And the attached file is a list of**
17 **securities; correct?**
18     A.   It's not a list of securities.  It's
19 types, security types.
20     Q.   **My question is do you know why this**
21 **approximately $45 billion worth of securities**
22 **listed in this file and why that's different**
23 **than the numbers listed on the previous**
24 **exhibit?**
25     A.   I don't.

TSG Reporting - Worldwide  (877) 702-9580

Page 175

1      Blackwell - Highly Confidential
2      Q.   **Who would have knowledge of that?**
3      A.   Again, Paolo would probably be --
4  Paolo Tonucci would probably be the best person
5  to ask.
6      Q.   **Again, I'm not trying to trip you up**
7  **here.  I just want to know, you are not the**
8  **person with knowledge as to the value of how I**
9  **would compare 45 billion cited here with the 49**
10 **billion on the previous exhibit; correct?**
11     A.   No, I'm not.
12     Q.   **And it's probably someone in**
13 **Mr. Tonucci's shop who would be that person?**
14     A.   Also somebody within Barclays as
15 well, heritage Barclays.
16         (Exhibit 84 B, e-mail dated
17     September 22, 2008, Bates stamped BCI
18     008149 through BCI 008670, marked for
19     identification.)
20     Q.   **Mr. Blackwell, I am handing you a**
21 **copy of Exhibit 84 B, which is a**
22 **document with a Bates ranges BCI 008149 -- I**
23 **can't use the Bates ranges, because they appear**
24 **to have disappeared, but the first page is**
25 **marked BCI 008149, and attached to it is a**

TSG Reporting - Worldwide  (877) 702-9580

Page 176

1      **Blackwell - Highly Confidential**
2  lengthy spread sheet of some sort.
3      My question is if you have ever seen
4  this document before.
5      A.   Again, in preparation for this
6  deposition.
7      Q.   **My question, similar to last time,**
8  **if you see on the front page it mentions a**
9  **total BONY market value of approximately 45**
10 **million.  Do you see that?**
11     A.   Yeah, I think that's a typo.
12     Q.   **Why do you think that's a typo?**
13     A.   This looks like more than
14 $45 million of securities.
15     Q.   **I think I might have misspoke.  I**
16 **believe it says 45 billion.  Is that right?**
17     A.   Like I said, I saw this in
18 preparation.
19     Q.   **Am I correct -- well, let me just**
20 **ask the question.**
21     Could you explain to me the
22 **difference in valuation between the securities**
23 **listed in this exhibit versus the first**
24 **Exhibit 82 that we just discussed?**
25     A.   Is this Schedule A or Schedule B?

TSG Reporting - Worldwide  (877) 702-9580

Page 177

1      Blackwell - Highly Confidential
2      Q.   **That's my question to you.**
3      A.   I don't know.
4      Q.   **Is it fair to say that someone in**
5  **Mr. Tonucci's shop is probably the person I**
6  **should ask as to the difference in values as to**
7  **the different schedules?**
8      A.   Yes.
9      Q.   **If I showed you some more schedules**
10 **like this, would you give me that same answer?**
11     A.   You are probably going to get the
12 same answer, yes.
13         MR. HINE:  I did want to show you
14     one other massive exhibit, though.
15         (Exhibit 85 B, e-mail dated
16     September 30, 2008, Bates stamped
17     BCI-EX-(S)-00004396 through
18     BCI-EX-(S)-00004675, marked for
19     identification.)
20     Q.   **Mr. Blackwell, I am handing you a**
21 **copy of Exhibit 85 B, which is Bates marked**
22 **BCI-EX-(S)-00004396 through 4675.  I am not**
23 **going to ask you to look through this entire**
24 **document, Mr. Blackwell, but I would direct**
25 **your attention to the first three or four**

TSG Reporting - Worldwide  (877) 702-9580

**Blackwell - Highly Confidential**

1  pages, in particular what's entitled APA Lead
2
3  Sheet, page marked number 1.  Do you see that?
4      A.   Yes.
5      Q.   My first question is on the covering
6  page this is an e-mail from Mary Korycki to
7  yourself.  Do you recall getting this e-mail?
8      A.   I don't recall getting the e-mail.
9      Q.   Do you recall receiving this
10  document?
11      A.   No, and I would not have printed it
12  off.
13      Q.   Have you ever seen this document
14  before?
15      A.   Not that I recall, no, I don't,
16  going to an APA schedules meeting.
17      Q.   Can you refer now to that third page
18  I pointed you to which says APA Lead Sheet.
19          Have you ever seen a schedule like
20  that before?
21      A.   Possibly, but I don't really --
22  quite possibly.
23      Q.   Could you tell me if the -- do you
24  see the first part talks about Schedule A?
25      A.   Yes.

Blackwell - Highly Confidential

1
2      Q.   And it comes to a total transferred
3  under repo agreement of $44 billion.  Do you
4  see that?
5      A.   I do.
6      Q.   Can you tell me if that's actually
7  what is the value of the securities on
8  Schedule A?
9      A.   I can't.
10      Q.   Okay.  Do you --
11      A.   It should be equal to what's on
12  Schedule A, but I can't tell you definitively.
13      Q.   Is this it something, again, I
14  should ask folks in Mr. Tonucci's department?
15      A.   Yes, and Jim Hraska.
16      Q.   If you go further down on that list
17  you see two entries entitled Positions Not With
18  No Memo Seg.  Do you see that?
19      A.   I do.
20      Q.   Can you tell me, do you know what
21  that means?
22      A.   I do.
23      Q.   Can you tell me what it means?
24      A.   It's a term that refers to the way
25  that clearing boxes work, so that a clearance

1      Blackwell - Highly Confidential
2  box will put a memo segregation on a position
3  if there is a stock break, if there is a record
4  break, i.e., if your books and records have a
5  difference versus the outside -- the real
6  world, as it were.  And in addition to that
7  memo seg is also put on securities where they
8  are customer assets, so they are not
9  unencumbered.  So this is saying that there
10  are -- Schedule B-1 has $235 million worth of
11  security positions which are unencumbered and
12  in addition to that there isn't a memo seg in
13  the system.
14      Q.   And were you involved in preparing
15  that schedule?
16      A.   I was involved in the methodology
17  and talking through the methodology.  My team
18  worked with finance to produce the schedule, so
19  yes.
20      Q.   And so that would be -- would that
21  be Mr. Hraska as well?
22      A.   Yes.
23      Q.   And am I correct to say that he
24  would supply the lists of securities to
25  Mr. Tonucci's team who then arrives at this

1      **Blackwell - Highly Confidential**
2  valuation?
3      A.   Correct, or the valuations in the
4  system.
5      Q.   Positions with memo seg means?
6      A.   So where there was an excess -- I
7  will try and walk you through a real -- take an
8  example.  There may have been a memo seg in the
9  system for a hundred thousand shares of IBM.
10  The total position of IBM may have been a
11  million shares, so in this instance the
12  methodology would mean that we extract the
13  hundred thousand shares, you would be left with
14  900,000 shares of IBM as unencumbered
15  securities, which were available.  So any
16  customer assets that were segged or any breaks,
17  so, again, it is a conservative approach to --
18  a methodology to identify unencumbered assets.
19      Q.   So can I just to go with your
20  hypothetical, you said if there was a million
21  shares of IBM, 900,000 were unencumbered, they
22  would go into the first entry on this -- they
23  would go into Schedule B-1?
24      A.   No, they would go into B-2.
25      Q.   Did I say that backwards?

Page 182

1    **Blackwell - Highly Confidential**
2        A.    Do you want me to explain it again?
3        **Q.    Yes.**
4        A.    Positions not with -- positions, I
5    think, is a typo anyway.  Positions with no
6    memo seg.  So what no memo seg means, in a
7    scenario where there are a million shares
8    assigned to what would have been probably a 931
9    trading account, i.e., firm inventory, so
10   unencumbered assets, and there is no portion of
11   that position which is being segregated by memo
12   seg applied, then a hundred percent of that
13   position would be applied as available
14   unencumbered security.  So that's B-1.
15       B-2 is saying positions with a memo
16   seg, so in the scenario where there are a
17   million shares of IBM, some of which is
18   customer asset, potentially a hundred thousand
19   shares, there is a segregation, so in order to
20   protect the customers, only 900,000 of those
21   securities would be available as firm
22   inventory, again, comparing that versus the
23   firm inventory account only.  That's important.
24   It's only the firm inventory accounts that are
25   being looked at.  And any excess over and above
TSG Reporting - Worldwide  (877) 702-9580

Page 183

1        Blackwell - Highly Confidential
2    the seg is being applied in B-2.
3        **Q.    Okay.  I understand.**
4            **Now, if we continue down this chart,**
5    **you see 636 on the left-hand side, and can you**
6    **tell me what those securities are?**
7        A.    That's going to be unencumbered
8    corporates, I think.
9        **Q.    And does your department identify**
10   **them?**
11       A.    They would have helped identify
12   those, yes.
13       **Q.    Mr. Tonucci's crew would determine**
14   **the value?**
15       A.    Probably, or it would be system
16   driven, and it's not -- Paolo Tonucci's team
17   would not necessarily be determining value.
18   It's going to be a third-party source of data
19   in most instances or model driven, so it's an
20   application of pricing data, not generation of
21   valuation.
22       **Q.    Okay.  I understand that.  But**
23   **that's done in his department as opposed to**
24   **yours?**
25       A.    It would have been in the systems.
TSG Reporting - Worldwide  (877) 702-9580

Page 184

1        Blackwell - Highly Confidential
2        **Q.    So let's continue down.  You see**
3    **Friday, 9-26, transfers.  What is that entry**
4    **meant to embody?**
5        A.    I think that's additional securities
6    being transferred as part of a repo on Friday
7    morning, securities that hadn't necessarily
8    made it over the previous night.
9        **Q.    That's not your effort to identify**
10   **unencumbered securities that we talked about**
11   **earlier?**
12       A.    I don't know, actually.  I don't
13   want to comment on that.  I don't think so.
14       **Q.    Okay.  So you are not the guy to ask**
15   **on what that entry is about?**
16       A.    No.
17       **Q.    How about the following entries**
18   **where it says "Monday transfer" and then there**
19   **is one that says "Monday transfers par value,"**
20   **do you see that?**
21       A.    Yes, I do.  I think talking to Paolo
22   Tonucci or Jim would be more fruitful.
23       **Q.    You don't have any knowledge of**
24   **what's that meant to embody?**
25       A.    Not exactly, no.
TSG Reporting - Worldwide  (877) 702-9580

Page 185

1        Blackwell - Highly Confidential
2        **Q.    And where it says "footnote 1,**
3    **includes 14 billion in chilled securities not**
4    **delivered," do you understand what that means?**
5        A.    I think that's a reference to the
6    point on the early e-mail where DTC had put a
7    chill on the account, effectively frozen the
8    account -- actually, that's not correct.
9    That's not correct.  Chilled securities are
10   securities that I think are going through some
11   corporate event of some sort that are
12   undeliverable at that point, potentially.
13   Again, I may be misspeaking.
14       **Q.    You are not the person to ask about**
15   **it?**
16       A.    No.
17           (Exhibit 86 B, chart, Bates stamped
18   BCI-EX-00099519 through BCI-EX-00099521,
19   marked for identification.)
20       **Q.    Mr. Blackwell, I am handing you a**
21   **copy of an exhibit marked 86 B, which is Bates**
22   **stamped BCI-EX-00099519 through 521.**
23           **My question is have you ever seen**
24   **that document before?**
25       A.    No, I don't think I have seen it at
TSG Reporting - Worldwide  (877) 702-9580

Page 186

1        Blackwell - Highly Confidential
2  all.
3        Q.   Would you know if the entries in the
4  upper third of the chart relate to Schedule A
5  securities?
6        A.   I couldn't say that definitively.
7        Q.   Do you know if the values listed on
8  line 14 where it shows PCG value of
9  approximately 42.5 billion, do you see that?
10       A.   Yes.
11       Q.   Do you know if that's the value of
12 the Schedule A securities?
13       A.   No.  I don't know.
14       Q.   Could you look at the top, the
15 entries, you see it says "PCG value."  Do you
16 know what that means?
17       A.   I could speculate.  I think maybe
18 that may stand for product control group.
19       Q.   That's a Lehman division?
20       A.   Yes, that's the finance function.
21 If that's the -- if that's what it stands for.
22       Q.   You see the entry to the left of
23 that BONY value, do you see that?
24       A.   Bank of New York.
25       Q.   Right.  Can you tell me why the
TSG Reporting - Worldwide  (877) 702-9580

Page 187

1        Blackwell - Highly Confidential
2  values are different between those two columns?
3        A.   I can't, no.
4        Q.   How about to the right of the PCG,
5  do you see an entry that says "MV 922 with bid
6  offer," do you see that?
7        A.   I do.
8        Q.   Do you know what that column is
9  meant to signify?
10       A.   I don't know how it was created, but
11 the heading seems to suggest it as being
12 updated market data on the Monday.
13       Q.   Were you involved in creating that
14 column?
15       A.   I don't think I was.
16       Q.   Could you explain to me the
17 difference between that column and the prior
18 two?
19       A.   The market value has declined,
20 that's what that is showing, as far as I can
21 tell.
22       Q.   Okay, but can you explain to me how
23 the valuations were arrived at to create
24 column E?
25       A.   No, I can't.
TSG Reporting - Worldwide  (877) 702-9580

Page 188

1        Blackwell - Highly Confidential
2        (Exhibit 87 B, JPM Chase assets,
3  Bates stamped BCI-EX-00108700, marked for
4  identification.)
5        Q.   Mr. Blackwell, I am handing you a
6  copy of Exhibit 87 B, which is a spread sheet
7  with Bates stamps BCI-EX-00108700 through --
8  the second page is marked 109154.
9        THE COURT REPORTER:  There is only
10 one page.
11       Q.   My question is only on the first
12 page, so let me ask you, page 108700, do you
13 see that page?
14       A.   I do.
15       Q.   Are you familiar with how this chart
16 was derived and prepared?
17       A.   No.
18       Q.   Do you know what JPM Chase assets
19 it's referring to?
20       A.   I don't.
21       Q.   Would that be something I should ask
22 someone in Mr. Tonucci's group?
23       A.   Yes.
24       (Exhibit 88 B, chart, Bates stamped
25 BCI-EX-00109154 through BCI-EX-00109161,
TSG Reporting - Worldwide  (877) 702-9580

Page 189

1        Blackwell - Highly Confidential
2  marked for identification.)
3        Q.   Mr. Blackwell, I am handing you a
4  copy of Exhibit 88 B, which is Bates marked
5  BCI-EX-00109154 through 161.  My questions have
6  to do with page 109156.
7        A.   This is a Barclays document.  I have
8  never seen an acquisition balance sheet.
9        Q.   Okay.  That was my question.  Did
10 you ever see this before?
11       A.   No.
12       Q.   Do you know -- could you tell me, if
13 you look down the left-hand column, whether --
14 which of those assets made it to Schedule A
15 versus Schedule B?
16       A.   Absolutely no idea.
17       Q.   Could you tell me what the valuation
18 adjustment entry on number 12 is, on line 12?
19       A.   No.
20       MR. SHAW:  You are ranging a little
21 far afield from the two topics.
22       MR. HINE:  I hear you.
23       Q.   These are topics that you have no
24 knowledge of; right?
25       A.   No, I don't.
TSG Reporting - Worldwide  (877) 702-9580

Page 190

1    Blackwell - Highly Confidential
2        MR. HINE: Mr. Blackwell, I have no
3    further questions for you. Thank you for
4    your cooperation. And I think some of my
5    colleagues would like to ask you a few
6    questions.
7        MR. SHAW: Can we take five minutes.
8        (Recess was taken from 2:26 to
9    2:32.)
10   EXAMINATION BY
11   MR. OXFORD:
12   Q.  Mr. Blackwell, we met earlier off
13   the record. As you know, my name is Neil
14   Oxford. I am with Hughes Hubbard & Reed and we
15   represent the SIPA trustee in this case.
16       I would like to follow up on some of
17   Mr. Hine's questions and your answers thereto.
18       You testified about a set of actions
19   that you took to provide Mr. Lowitt with data.
20   Do you remember testifying about that?
21   A.  Yes, I do.
22   Q.  And you said that at some point it
23   became clear to you that certain of these
24   components became part of the transaction with
25   Barclays. Do you remember saying that?
     TSG Reporting - Worldwide  (877) 702-9580

Page 191

1    **Blackwell - Highly Confidential**
2        MR. SHAW: Objection to form.
3    A.  What components were we talking
4    about at the time?
5    Q.  I think you answered the question in
6    very general terms, which is why I am following
7    up.
8    A.  Can we refresh?
9    Q.  Sure. Let's try it this way. At
10   some point you said Mr. Lowitt gave you your
11   marching orders over the weekend of the 21st
12   and 22nd. Do you remember saying that?
13   A.  Yes, I do.
14   Q.  Can you tell me everything you
15   recall about those marching orders.
16   A.  My instructions were to work with
17   the finance team to determine at one point --
18   well, to find out if there was any unencumbered
19   collateral in the boxes and to work with
20   finance to recalculate the 15C3.
21   Q.  Did you understand Mr. Lowitt to be
22   asking you and your team to go and find and
23   identify $1.9 billion of unencumbered
24   collateral in what you called the clearance
25   box?
     TSG Reporting - Worldwide  (877) 702-9580

Page 192

1    **Blackwell - Highly Confidential**
2    A.  I think initially the goal -- there
3    was a target set. Actually, let me correct
4    that. Initially we were working to just
5    determine if there was any unencumbered. Then
6    there was a target set and then it changed
7    again ultimately to be that any of the assets
8    in the clearance box, unencumbered assets in
9    the clearance boxes were -- were potentially
10   included in the deal.
11   Q.  Okay. I'd like to break that down.
12       Do you remember when you first had a
13   conversation with Mr. Lowitt about your role in
14   determining the existence or otherwise of
15   unencumbered assets over the weekend of
16   September 20th and 21st?
17   A.  I don't know when precisely that
18   took place, no, I don't.
19   Q.  Do you know if it was before or
20   after the sale hearing in the bankruptcy court
21   on September 19th?
22   A.  So that was on the Friday?
23   Q.  That was on Friday.
24   A.  No, it would have been -- that would
25   have taken place over the course of the
     TSG Reporting - Worldwide  (877) 702-9580

Page 193

1    Blackwell - Highly Confidential
2    weekend, so actually Saturday, Sunday. My
3    marching orders of 5:00 on that Friday were to
4    be ready for business on Monday. That was my
5    recollection.
6        MR. SHAW: Let me offer a belated
7        clarification, because, of course, the
8        hearing actually carried through into
9        Saturday morning, so you may want to
10       clarify that as well.
11       MR. OXFORD: That's a good
12       clarification.
13   Q.  To the best of your recollection, it
14   is sometime on Saturday morning that Mr. Lowitt
15   had that conversation with you rather than
16   Friday evening?
17   A.  I think it was over the course of
18   Saturday, yes, because I think in -- if you
19   look at my e-mail, which I'm sure you have,
20   there is -- the process starts and as that
21   process starts, we are working through as a
22   team, again, how we are going to review -- what
23   available data there is or how to go and get
24   the data, so it's about the process of
25   gathering data to determine what is
     TSG Reporting - Worldwide  (877) 702-9580

1      Blackwell - Highly Confidential
2  unencumbered.
3      **Q.   Did you have a number of**
4  **conversations with Mr. Lowitt over the weekend**
5  **about the subject of the unencumbered assets?**
6      A.   I would imagine so, yes.
7      **Q.   But is it fair to say they kind of**
8  **blur a little bit into one?**
9      A.   It was -- yes.  It was -- they did.
10  It's hard to know exactly when and where these
11  conversations took place, but clearly we were
12  using e-mail a lot as well to just ask people
13  to create it.
14      **Q.   Were any of your conversations with**
15  **Mr. Lowitt face to face?**
16      A.   Some of them would be, yes.  Ian was
17  not -- some of them might have been.  Fairly
18  infrequently.
19      **Q.   Did Mr. Lowitt prefer to communicate**
20  **by e-mail?**
21      A.   I just had a very narrow set of
22  actions I was focused on, right, so I think it
23  wasn't a question whether he preferred to
24  communicate or not.  I was doing the task that
25  had been sent me and he wanted updates.  He

1      Blackwell - Highly Confidential
2  would send "any update."  I think there are
3  lots of e-mails like that, and there were lots
4  of e-mails from me to the various teams that
5  were working on these things saying "any
6  updates."
7      **Q.   Understood.  Do you remember when**
8  **your first conversation with Mr. Lowitt was**
9  **about this task that he had sent you?**
10      A.   No, and it's possible it was Paolo
11  that initiated the work even.  Paolo Tonucci
12  may have even initiated the work.
13      **Q.   So you may have gotten your marching**
14  **orders indirectly from Mr. Lowitt?**
15      A.   That's quite possible.
16      **Q.   You said that your task changed over**
17  **time and that your first task was to determine**
18  **whether there was, in fact, any unencumbered**
19  **assets; is that correct?**
20      A.   Correct.
21      **Q.   Did you have any understanding of**
22  **why it was you had been sent this task?**
23      MR. SHAW:  Objection.  Asked and
24  answered.
25      A.   As I stated earlier, I had a goal

1      Blackwell - Highly Confidential
2  that was sent me.  It wasn't a period of time
3  when we were asking lots of questions about why
4  we were doing it.
5      **Q.   Did you come to learn at any time**
6  **that the purpose of you and your team**
7  **identifying unencumbered assets was that they**
8  **be transferred to Barclays?**
9      MR. SHAW:  Objection.  Asked and
10  answered.
11      A.   There was a -- my understanding was
12  at some point later on over the course of the
13  weekend, I actually think it may even have been
14  the Monday that we were talking about
15  transferring these assets, talking with I think
16  the trustee of LBI even at that point.
17      **Q.   That was a conversation you had with**
18  **the trustee of LBI?**
19      A.   I didn't, no, but people within my
20  organization or people within the former Lehman
21  organization were having those conversations.
22      **Q.   Okay.  What do you remember about**
23  **that conversation?**
24      A.   I don't -- I didn't have it, so I
25  don't recall it.

1      Blackwell - Highly Confidential
2      **Q.   You just remember that there was a**
3  **conversation with the trustee?**
4      A.   Yes.
5      MR. SHAW:  Objection.
6      **Q.   About the subject of transferring**
7  **assets?**
8      A.   I recall that there were -- there
9  was a dialogue with the trustee.
10      **Q.   When you say "the trustee," do you**
11  **mean the trustee directly or the trustee's**
12  **office and his staff?**
13      A.   I think it's probably something like
14  Anson Frelinghuysen.
15      **Q.   We will put that under staff.**
16      **The second part of your marching**
17  **orders appears to be to ascertain the existence**
18  **or otherwise of any excess in Lehman's 15C3**
19  **account; is that correct?**
20      A.   It was to recalculate the 15C3.  The
21  moneys and securities that were locked up in
22  association with that were managed by the
23  treasury function, I contributed data into the
24  calculation which finance ran and we ran that
25  calculation.

Page 198

1    Blackwell - Highly Confidential
2    Q.  And as I understand it, it is
3  Mr. Tonucci's team I think you said owns that
4  calculation?
5    A.  No, it's not.  It's Tony Stucchio
6  who reported to Martin Kelly.
7    Q.  And Mr. Kelly's position at the time
8  was?
9    A.  Financial controller.
10    Q.  And that's a separate reporting
11  stream from yourself and separate --
12    A.  Reported to Ian.
13    Q.  And separate from Mr. Tonucci?
14    A.  Paolo reported to Ian.
15    Q.  Did anybody tell you at any point,
16  Mr. Blackwell, that a certain amount of the
17  excess, if any, in the 15C3 fund was to be
18  transferred to Barclays?
19    MR. SHAW:  Objection to form.  Asked
20    and answered.
21    A.  There was a discussion about a
22  mechanism potentially, and I think I had that
23  conversation with Gerard LaRocco, to transfer
24  cash if the SEC, Mike Macchiaroli, signed off
25  that there was, indeed, an excess at a point in

Page 199

1    Blackwell - Highly Confidential
2  time.  Now, that changed.  That was a mechanism
3  we looked at and discarded.  So that's the only
4  conversation that I had around moving cash.
5    Q.  When did you have that conversation
6  with Mr. LaRocco?
7    A.  I don't recall, again, exactly the
8  exact time.  It was probably on -- late on
9  Saturday, maybe Sunday, but certainly over that
10  weekend.
11    Q.  Mr. LaRocco was employed by Barclays
12  at that time; correct?
13    A.  Correct, but that was more about how
14  do you technically move money over a weekend.
15    Q.  What was the mechanism you discussed
16  with Mr. LaRocco?
17    A.  This is an operational process.  You
18  can't move money on a weekend, so discussing
19  opening up a bank account at -- I think it was
20  at Wells Fargo.  We didn't pursue that any
21  further.
22    Q.  It sounded like you also discussed
23  with Mr. LaRocco the need for the SEC to sign
24  off on any transfer of 15C3 funds; is that
25  accurate?

Page 200

1    Blackwell - Highly Confidential
2    A.  Well, the SEC would have to give --
3  it is a bankrupt entity -- or the SEC would
4  need to approve any cash movement out of the C3
5  lock-up.
6    Q.  What's the basis of your knowledge
7  about that subject?
8    A.  Just -- what do you mean by the
9  "basis"?
10    Q.  How is it you are able to testify
11  about that fact?
12    A.  What fact?
13    Q.  That the SEC would have to approve
14  any transfer from a bankrupt entity.
15    A.  Because of the experience that I
16  have had.
17    Q.  That's all I was asking.
18    Did you have any conversations with
19  the SEC that weekend about the subject of the
20  15C3 in particular?
21    A.  Not over that weekend, no.  I think
22  I had conversations with -- I had many
23  conversations with the SEC post, but not over
24  that weekend.
25    Q.  The conversations that you have had

Page 201

1    Blackwell - Highly Confidential
2  with the SEC subsequent to that weekend, are
3  they related to the transfer of funds from
4  Lehman's 15C3 account to Barclays?
5    MR. SHAW:  Objection.  Form.
6    A.  I wouldn't characterize them that
7  way.  The -- no, I wouldn't characterize them
8  that way.
9    Q.  How would you characterize them?
10    A.  The conversations I had with the SEC
11  have been around asset transfers, not
12  necessarily related to moneys due from the
13  15C3, although I think I have had one
14  conversation post the LBI bankruptcy with Mike
15  Macchiaroli and some other members of his
16  office where we discussed this and provided --
17  I think we may have -- we had a discussion
18  around the 15C3.  That was probably the only
19  direct conversation we have had specifically
20  around the 15C3.  Then in relation to other
21  asset transfers, the PIM asset transfer, we
22  have had a plethora of conversations of which
23  the 15C3 is a source of customer protection
24  and, therefore, moneys that you would expect
25  would be released as it relates to the PIM

Page 202

1      Blackwell - Highly Confidential
2  transfer, so it's slightly tangential.
3      Q.  When did you have this conversation
4  with Mr. Macchiaroli?
5      A.  I don't know the exact date.  It was
6  probably on the Tuesday -- sometime in the
7  first week.
8      Q.  And when you say "the first week,"
9  just so we have a clear record --
10     A.  My first week at Barclays.
11     Q.  Who else was present for that
12 conversation with Mr. Macchiaroli?
13     A.  Kendall McLaughlin and Alex Crepeau,
14 I think.  I may not be correct.
15     Q.  Who is Kendall McLaughlin?
16     A.  He was responsible for regulatory
17 operations at Lehman Brothers.
18     Q.  Does he work for Barclays now?
19     A.  He does not present.  He did
20 transfer.  He subsequently left.
21     Q.  Do you know where he is employed
22 now?
23     A.  Citibank.
24     Q.  And Mr. Crepeau you mentioned
25 earlier.  Was he --

Page 203

1      **Blackwell - Highly Confidential**
2      A.  Kendall's boss.
3      Q.  Did he transfer to Barclays?
4      A.  He did.
5      Q.  And is he still employed by
6  Barclays?
7      A.  He is.
8      Q.  Do you know what his position is?
9      A.  He is responsible for regulatory
10 operations.  He replaced Kendall.  He had
11 previously post bankruptcy been responsible for
12 the LBI TSA, the services provided by Barclays
13 to LBI for operations only.
14     Q.  Do you recall why it is you met with
15 Mr. Macchiaroli?
16     A.  Yes.  We discussed the potential
17 transfer of -- we wanted to transfer the
18 initial funding of the PIM accounts so -- this
19 is actually -- this meeting is later.  This is
20 a week later, actually.  Sorry.  My
21 recollection is wrong.  This is later on, this
22 meeting.
23     Q.  So if we are talking about the
24 closing of the deal on Monday, the 22nd, of
25 September, you think it's sometime the week

Page 204

1      **Blackwell - Highly Confidential**
2  of --
3      A.  I think it's later.
4      Q.  The week of Monday 29th?
5      A.  Or even possibly later.
6      Q.  Possibly afterwards?
7      A.  Yes.  So we were talking about the
8  transfer of the loan, the cash in the 15C3 that
9  was related to the margin loans, and that was,
10 I think, the first element of the conversation,
11 and I think the second component of the
12 conversation was as it related to the
13 $769 million worth of securities, Ginnie Maes
14 held at Chase that potentially were going to be
15 delivered as part of the -- that was one way to
16 satisfy the component of the APA, it would
17 either be securities or some alternative value.
18     Q.  Can you explain to me a little more
19 about your conversation that related to the
20 first alternative, the first part.  You said it
21 was cash in the 15C3 account or fund that
22 related to the margin.  What do you mean by
23 that?
24     A.  That's related to PIM.  PIM
25 customers take, borrow money against their

Page 205

1      Blackwell - Highly Confidential
2  positions.  They can borrow up to 440 percent
3  of value.
4      Q.  And you said the second subject, I
5  think probably the subject that I am more
6  interested in, is the $769 million of Ginnie
7  Mae securities that you said were potentially
8  to be transferred pursuant to the agreement
9  with Barclays; correct?
10     A.  769 value, so that was either going
11 to be satisfied through Ginnie Maes or other
12 alternative value, if there is an excess in the
13 C3, the 769 value.
14     Q.  It sounds like you have an
15 understanding now of the deal between Barclays
16 and Lehman, is that correct, at least in this
17 respect?
18     A.  Yes.
19     Q.  Can you tell me without waiving any
20 privilege, of course, and any of my questions
21 are not designed to discover information that
22 you discussed with your attorneys, but can you
23 tell me how it is you came to have that
24 understanding of the APA.  I ask because your
25 answers to Mr. Hine's questions suggested you

Page 206

1    **Blackwell - Highly Confidential**
2    **weren't really involved and have no knowledge**
3    **of the deal and now you are telling me you have**
4    **some knowledge of the deal.**
5         A.   This was after the event, after the
6    deal had closed, I believe, and that was where
7    these conversations began, in terms of
8    actioning the content of the deal.
9         **Q.   Right. Okay.**
10        A.   It doesn't mean I had an
11   understanding of the whole deal.
12        **Q.   I understand. I don't think you**
13   **quite answered my question, though, which is**
14   **how is it that you came to have an**
15   **understanding that this was a term of the deal?**
16             MR. SHAW: If you can answer the
17        question without revealing discussions with
18        counsel.
19        A.   That is probably the most likely
20   source.
21        **Q.   Okay. Let's try it this way. What**
22   **did you and Mr. Macchiaroli discuss in this**
23   **meeting that you testified about that took**
24   **place sometime in the week of September 29th or**
25   **perhaps later?**
TSG Reporting - Worldwide  (877) 702-9580

Page 207

1    **Blackwell - Highly Confidential**
2         A.   Asking the SEC to review the
3    calculation and release and authorize --
4    provide their sign-off that the C3 had an
5    excess or otherwise, but have an opinion on the
6    C3 and authorize a sign-off to the trustee of
7    LBI to release the cash related to the margin
8    balances, as I mentioned before, another
9    element of the PIM transfer, and securities
10   from -- securities from JPMorgan Chase.
11        **Q.   Was this a meeting that you had**
12   **requested, Mr. Blackwell?**
13        A.   I don't recall whether I requested
14   it. It's quite possible I did. The SEC set up
15   an office at 745, so were available.
16        **Q.   Where did the meeting take place, at**
17   **the SEC's office at 745?**
18        A.   Correct.
19        **Q.   And this was Mr. Macchiaroli's**
20   **office?**
21        A.   Yes.
22        **Q.   Do you have any notes of the**
23   **conversation you had there?**
24        A.   I don't believe I do. I could go
25   back to my -- I could go back and try and
TSG Reporting - Worldwide  (877) 702-9580

Page 208

1    Blackwell - Highly Confidential
2    review my papers.
3         **Q.   Where would they be if you had them?**
4         A.   Where would they be? They are most
5    likely going to be in my e-mail and they are
6    also potentially in my boxes of files which I
7    have already reviewed and looked through, so I
8    can do that based on these questions.
9         **Q.   Your counsel and I can talk off the**
10   **record about our document requests.**
11             **What was Mr. Macchiaroli's response**
12   **to your request that the SEC review and sign**
13   **off the 15C3 calculation?**
14        A.   I don't think he was comfortable
15   doing it, doing that at that point. He wanted
16   to get a better understanding of the books and
17   records at that point. So I think we continued
18   to work with members of the SEC and to try and
19   provide them with a better understanding and
20   the finance team probably led that effort in
21   terms of the overall 15C3.
22        **Q.   At the time you asked**
23   **Mr. Macchiaroli to sign off on this**
24   **calculation -- withdrawn. I am going to set**
25   **that up a little better.**
TSG Reporting - Worldwide  (877) 702-9580

Page 209

1    **Blackwell - Highly Confidential**
2         **You testified in response to**
3    **Mr. Hine's questions that you were**
4    **uncomfortable about the accuracy of the C3**
5    **calculation over the weekend of September 20th**
6    **and 21st; correct?**
7         A.   To be precise, what I said, I was
8    uncomfortable about some of the inputs into the
9    calculation, not the calculation itself.
10        **Q.   I didn't mean to mischaracterize**
11   **your testimony. I didn't mean to suggest that**
12   **somehow the formula wasn't properly applied,**
13   **but it seemed to me that as of Sunday night,**
14   **the 21st, you were not comfortable that the**
15   **calculation, because of the reasons you have**
16   **testified to, you are not comfortable that the**
17   **calculation or the result of the calculation**
18   **was a hundred percent accurate; is that**
19   **correct?**
20        A.   That's correct.
21        **Q.   And what happened between Sunday the**
22   **21st of September and this meeting with the SEC**
23   **a week or so hence that allowed you to become**
24   **comfortable that the calculation was correct?**
25        A.   I wasn't talking about the accuracy
TSG Reporting - Worldwide  (877) 702-9580

Page 210

```
1        Blackwell - Highly Confidential
2    of the calculation. I was talking about the
3    components that we would request from the C3.
4    So the request was there are certain components
5    that are owed to Barclays as under the terms of
6    the APA and, therefore, would you be
7    comfortable signing off based on the value of
8    the moneys that are locked up. So the
9    conversation, as far as I recall it, wasn't
10   about how accurate the calculation was. So if
11   Mike had concerns about the accuracy, then,
12   again, we were working with him to try to
13   provide him with some level of comfort as to
14   how the calculation had been constructed and he
15   wanted to carry out that review.
16       Q.   I am going to try that question
17   again, because I'm not sure that you answered
18   it.
19       You were talking with
20   Mr. Macchiaroli about the components you would
21   request from the C3. That's what you just
22   said?
23       A.   Let me --
24       Q.   Can you explain that a little more.
25       A.   The request related to the
```
TSG Reporting - Worldwide  (877) 702-9580

Page 211

```
1        Blackwell - Highly Confidential
2    calculation itself. There is a component
3    that's associated with margin debits and margin
4    credits, so these margin loans related to PIM
5    customers. I was asking that Mike sign off --
6    the SEC sign off the release of that money from
7    within the 15C3, because it was in the
8    calculation, and I think that component we
9    could highlight very accurately as being
10   correct without any question. So we were
11   asking for that money to be released and that
12   was the main driver of my conversation, I
13   believe, that's what I recall anyway, with
14   Mike. In addition to that I think in the same
15   meeting that I had with Mike I asked if he was
16   able to authorize the release of the securities
17   as well.
18       Q.   When you say "the securities,"
19   again, just so we have a clear record, you mean
20   the 769 Ginnie Mae securities that were held at
21   JPMorgan Chase that are referenced in the
22   Clarification Letter?
23       A.   Yes.
24       Q.   Why did you ask him to do that, sir?
25       A.   Because that was part of the
```
TSG Reporting - Worldwide  (877) 702-9580

Page 212

```
1        Blackwell - Highly Confidential
2    agreement.
3        Q.   Had you become comfortable between
4    the night of Sunday the 21st of September and
5    the date of your request to the SEC some week
6    or so later that the C3 calculation you had
7    performed was a hundred percent accurate?
8        A.   I wasn't --
9            MR. SHAW: Objection to form.
10       A.   I was not saying that the
11   calculation was a hundred percent accurate. I
12   wasn't making that assertion.
13       Q.   So why did you ask Mr. Macchiaroli
14   to authorize the release of this money?
15       A.   Because that was part of the
16   agreement.
17       Q.   What was part of the agreement?
18       A.   That if there was an excess in the
19   calculation, and I'm not the person that is
20   going to determine whether there is an excess
21   or not, I think Mike and the finance team would
22   be the people that would determine whether
23   there was, that if there was an excess,
24   $769 million worth of Ginnie Mae securities
25   held at Chase were part of the agreement and
```
TSG Reporting - Worldwide  (877) 702-9580

Page 213

```
1        Blackwell - Highly Confidential
2    that value should be paid to Barclays.
3        Q.   Were you comfortable at the time of
4    your request to Mr. Macchiaroli that there was
5    at least $769 million of excess in the C3
6    account at Lehman?
7        A.   Again, I'm not the expert on the C3
8    calculation, so I'm not making -- I'm making a
9    request based on the components that I'm
10   involved in. So not the whole calculation. I
11   don't have -- I would need to look at the
12   schedules that were shown to Mike at the time.
13   But if the schedules had shown an excess, then
14   that would give me a level of comfort.
15       Q.   I don't wish to belabor the point,
16   but it seems to me that you have two choices.
17   Either you got comfortable that the C3
18   calculation was accurate between Sunday night,
19   the 21st, and whenever you asked
20   Mr. Macchiaroli to release this, or you asked
21   him to release it not knowing whether or not
22   these calculations showing an excess of 769
23   million or more was accurate.
24           MR. SHAW: Objection to form.
25       A.   That's not what I was representing.
```
TSG Reporting - Worldwide  (877) 702-9580

Page 214

```
 1        Blackwell - Highly Confidential
 2   I was discussing with Mike the fact that there
 3   are multiple components for 15C3 calculation,
 4   multiple components, of which I am not expert
 5   at the multiple components.  Over the course of
 6   the weekend leading -- the 21st, 20th, 21st,
 7   the work that was done was to determine the
 8   operational components that go into a 15C3
 9   calculation which is some of the components
10   that we would -- that operations would provide,
11   and there are many other components that make
12   that up.  That calculation then determines how
13   much money is locked up.  I don't know at that
14   point in time when that conversation happened
15   how much money was locked up.  Mike and the
16   trustee of LBI knew how much money was locked
17   up and what the value of that calculation was.
18   But I would need to look at papers from there
19   to determine whether there was an excess.  The
20   request was on the basis that if Mike felt
21   there was an excess, when could we discuss
22   having the $769 million worth of securities.
23   If there isn't an excess, then I'm not
24   expecting him to release the securities.  But
25   then alternative value would need to be found
```
TSG Reporting - Worldwide  (877) 702-9580

Page 215

```
 1        Blackwell - Highly Confidential
 2   away from the C3.
 3        Q.   We will come back to the alternative
 4   value in a little bit.
 5             Have you had any subsequent
 6   conversations with the SEC about the subject of
 7   C3?
 8        A.   Yes.  Again, as it pertained to the
 9   margin debits and the PIM asset transfer,
10   multiple.  Too many to list.
11        Q.   Have you had any conversations with
12   the SEC about the $769 million?
13        A.   I don't think I have had any
14   subsequent conversations.
15        Q.   Do you know if anybody else at
16   Barclays has had conversations with the SEC
17   about the release of 769 from the 15C3 account?
18        A.   I don't know is the -- I don't know.
19        Q.   Were you ever asked over the
20   weekend, sir, the weekend of September 20th and
21   21st, to do any work as it relates to Lehman's
22   margin or deposits at the OCC or any other
23   exchange?
24        A.   I don't recall doing any work on
25   that.
```
TSG Reporting - Worldwide  (877) 702-9580

Page 216

```
 1        Blackwell - Highly Confidential
 2        Q.   Do you recall ever hearing that
 3   Lehman's margin or deposits at the OCC or any
 4   other exchange were ever part of the deal
 5   between Lehman and Barclays?
 6        A.   Over the deal weekend, no.
 7        Q.   That answer suggests to me that
 8   subsequently to the deal weekend you have heard
 9   that.
10        A.   I understand that to be the deal.
11        Q.   And, again, without wishing to
12   invade any privilege that you may have, can you
13   tell me how it is you came to learn that piece
14   of information?
15        A.   I learned that as part of some
16   conversations that I think took place --
17   meetings that took place between the trustee of
18   LBI, a member of my staff, and Barclays'
19   counsel, so I...
20        Q.   That's fine.  It's probably not
21   privileged, but I don't need to go into it.
22             You said in response to one of
23   Mr. Hine's questions that one of your
24   responsibilities over the weekend was to
25   monitor settlement activity between various
```
TSG Reporting - Worldwide  (877) 702-9580

Page 217

```
 1        Blackwell - Highly Confidential
 2   clearing organizations.
 3        A.   Not over the weekend, because there
 4   is no settlement can take place over the
 5   weekend.
 6        Q.   I'm sorry.  I misspoke.
 7             Was monitoring settlement activity
 8   in various clearing organizations part of your
 9   responsibility in the week preceding the LBI
10   bankruptcy on the 19th of September?
11        A.   Correct.
12        Q.   Can you tell me a little more about
13   your role in monitoring the settlement
14   activity, please.
15        A.   My settlement teams were obviously
16   working very closely with these exchanges to
17   try and clear the business and working with the
18   treasury team to fund -- to make sure the boxes
19   were funded as much as they possibly could, and
20   over the course of that week funding obviously
21   started to disappear, so settlement started to
22   wind down.  The most notable event apart from
23   Chase not providing clearance on the Friday
24   before bankruptcy was DTC raising the debit cap
25   to zero, which basically prevented us from
```
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2  being able to settle transactions.
3    **Q.   What does that mean, raising the**
4  **debit cap to zero?**
5    A.   It means that the account is
6  effectively not funded, so the process of
7  settlement can't take place.
8    **Q.   I have heard that over the week**
9  **prior to LBI's bankruptcy that DTC was**
10 **threatening not to clear trades.**
11   **Is that the same thing that you have**
12 **just told me in slightly different language?**
13   A.   Yes.
14   **Q.   Do you have an understanding of why**
15 **DTC was threatening not to clear trades?**
16   A.   Because the account -- because of
17 funding, funding the account, cash being made
18 available to fund the account.  The treasury
19 organization would fund all the clearing
20 systems.  If they had insufficient cash to fund
21 or insufficient cash to fund a clearing
22 mechanism, then the mechanism doesn't work.
23   **Q.   Did you have any conversations with**
24 **anybody at DTC about the funding issues you**
25 **just described?**
TSG Reporting - Worldwide  (877) 702-9580

1    **Blackwell - Highly Confidential**
2    A.   I was informed by Neal Ullman, who
3  had a direct call with DTC, I had a
4  conversation, I think it was an e-mail
5  conversation and then ultimately a conversation
6  directly with Ian when we became aware of the
7  situation.  I asked Paolo as well if he could
8  fund the account.  So that was -- and asked him
9  to -- I think there is an e-mail me asking for
10 $1.2 billion to be put into the clearance box.
11   **Q.   What was Mr. Tonucci's response to**
12 **your request?**
13   A.   I don't remember one.
14   **Q.   You took that as a no?**
15   A.   I, yeah, moved on.
16   **Q.   At any point did you have an**
17 **understanding, Mr. Blackwell, of the terms of**
18 **the deal between Lehman and Barclays as to**
19 **Lehman's DTC box?**
20   A.   I think I have discussed this in
21 some of my earlier answers.  I was under the
22 working assumption that there would be a
23 conversion of, I think, the 074 box, the DTC
24 box.  That was not accurate.  There was
25 definitely dialogue between the regulators,
TSG Reporting - Worldwide  (877) 702-9580

1    Blackwell - Highly Confidential
2  which I wasn't in, but I'm aware of, between
3  the regulators, DTC and Barclays and Lehman as
4  to Barclays taking responsibility.  I think
5  Barclays was very clear that we not take
6  responsibility for the liabilities of the
7  boxes.
8    **Q.   You testified earlier that you had**
9  **made a suggestion that Barclays go and look at**
10 **Lehman's DTC books.  Do you remember that?**
11   A.   I do.
12   **Q.   For what purpose were you making**
13 **that suggestion?**
14   MR. SHAW: Asked and answered.
15   A.   So that it was possible to
16 understand any settlement risk.
17   **Q.   Was that suggestion made at a time**
18 **when Barclays was considering stepping into**
19 **Lehman's shoes at DTC?**
20   MR. SHAW: Objection.  Foundation.
21   A.   I don't know what the -- I don't
22 know.
23   **Q.   Well, let me ask it this way: The**
24 **conversion plan about which you have testified,**
25 **you said that as of, I believe, Friday**
TSG Reporting - Worldwide  (877) 702-9580

1    **Blackwell - Highly Confidential**
2  **afternoon, maybe around 5:00, you said the**
3  **conversion plan was no longer going to be**
4  **affected; is that correct?**
5    A.   Correct.
6    **Q.   Did you understand at any point**
7  **after 5:00 on Friday Barclays was still**
8  **assessing the risk in Lehman's DTC box?**
9    A.   Not at that point.  That issue
10 didn't come up until Sunday.
11   **Q.   Do you have any understanding as to**
12 **why the issue arose on Sunday?**
13   A.   I believe it's because the
14 regulators and other entities that were
15 involved in signing off on the deal were
16 insisting that the box should be -- Barclays
17 should take responsibility for the box, which
18 they did not want to do.
19   **Q.   Where did you get that**
20 **understanding, that the regulators wanted**
21 **Barclays to take over the box?**
22   A.   I would have heard it either from
23 Ian or from -- maybe even from Alex Crepeau.
24   **Q.   Does that answer exhaust your**
25 **recollection of the regulators' interactions**
TSG Reporting - Worldwide  (877) 702-9580

Page 222

1    **Blackwell - Highly Confidential**
2    **with Barclays on this issue?**
3        A.    I was not part of them, so yes, it
4    does.
5        **Q.    Do you understand that Barclays --**
6    **withdrawn.**
7            **Did Barclays decide to take over the**
8    **box in whole or did they decide to just take**
9    **the assets rather than the liabilities?**
10        MR. SHAW: Objection. Foundation.
11       A.    My understanding is that Barclays
12   agreed to take unencumbered assets. This is a
13   post-event recollection. Agreed to take
14   unencumbered assets and not take responsibility
15   for clearance boxes of Lehman Brothers.
16       **Q.    Do you have any understanding as to**
17   **the reasons that decision was made?**
18       A.    No.
19       **Q.    You never talked to anybody about**
20   **it?**
21       A.    It's possible, but, again, we were
22   moving on to a building mode at Barclays.
23           MR. OXFORD: I'd like to show you a
24   few documents, please.
25           (Exhibit 89 B, e-mail dated
        TSG Reporting - Worldwide  (877) 702-9580

Page 223

1        Blackwell - Highly Confidential
2    9-19-2008, marked for identification.)
3        **Q.    Mr. Blackwell, you have in front of**
4    **you a document I have marked as Exhibit 89 B.**
5    **Can you read that and let me know when you have**
6    **had a chance to look over it.**
7            (Document review.)
8        A.    Okay.
9        **Q.    You will see in the e-mail that's**
10   **ultimately forwarded to you, the bottom e-mail**
11   **in the chain is an e-mail from Chris Concannnon**
12   **at NASDAQ to Gerald Donini. Do you see that?**
13       A.    I do.
14       **Q.    Who is Mr. Donini?**
15       A.    Gerry Donini is -- or was head of
16   equities at Lehman Brothers.
17       **Q.    Where is Mr. Donini now?**
18       A.    He is at Barclays Capital. Holds
19   the same position.
20       **Q.    You see the last line of the first**
21   **paragraph, the last sentence of the first**
22   **paragraph says: "DTC is contemplating a cease**
23   **act notice for LEHM tonight." Do you see that?**
24       A.    I do.
25       **Q.    That e-mail chain is ultimately**
        TSG Reporting - Worldwide  (877) 702-9580

Page 224

1        **Blackwell - Highly Confidential**
2    **forwarded to you and to Mr. Joseph Lodato by**
3    **Gerald Donini. Do you see that?**
4        A.    I do.
5        **Q.    Mr. Donini writes to you and**
6    **Mr. Lodato "need an answer and help."**
7        A.    I think Gerry probably answered
8    that. Gerry was responsible for compliance for
9    the equity division. At that point I had no
10   understanding of what Barclays' intent was
11   around the boxes other than to assume they were
12   taking responsibility for them at that point.
13       **Q.    Why was it you assumed they were**
14   **taking responsibility for it? Is that because**
15   **you were still in your conversion mindset, as**
16   **it were?**
17       A.    Yes. So I don't think I confirmed
18   or denied -- I don't think I responded to this.
19       **Q.    You don't recall speaking to**
20   **Mr. Donini or Mr. Lodato about this?**
21       A.    It's possible I did, but, again, in
22   light of the number of things going on, it was
23   possible that I didn't follow through on that
24   particular item.
25           MR. OXFORD: Okay. That's all I
        TSG Reporting - Worldwide  (877) 702-9580

Page 225

1        Blackwell - Highly Confidential
2    have for that document.
3            (Exhibit 90 B, e-mail dated
4    9-19-2008, marked for identification.)
5        **Q.    Mr. Blackwell, you have in front of**
6    **you Exhibit 90 B. I should say, just so we are**
7    **clear, there is a somewhat complicating factor**
8    **when these e-mails were processed in the**
9    **timing, so the first line of the "sent," which**
10   **is up here as 2:53 p.m., is actually in**
11   **Greenwich meantime, so that is an e-mail that**
12   **was sent at 10:53 a.m. on Friday.**
13       A.    10:53 --
14       **Q.    A.M. on Friday, but the e-mails**
15   **below the chain -- sorry, in the chain, are in**
16   **Eastern standard time.**
17       A.    Okay. So this is the morning of
18   Friday.
19       **Q.    Friday morning.**
20       A.    We are still in conversion mode.
21       **Q.    Still in conversion mode.**
22   **Mr. Nicholson writes to you and Mr. Lodato**
23   **again asking for guidelines as to what is going**
24   **presumably to Barclays. Correct? That's how**
25   **you read it?**
        TSG Reporting - Worldwide  (877) 702-9580

Page 226

1        **Blackwell - Highly Confidential**
2        A.    I would read it that way, yes.
3        **Q.    And you reply "currently being**
4    **argued, they are taking all the DTC 074 box."**
5        A.    And, again, that was an assumption
6    at that point in time that the box was going.
7            (Exhibit 91 B, e-mail dated
8        9-21-2008, marked for identification.)
9        **Q.    Mr. Blackwell, you have in front of**
10    **you what I have marked as Exhibit 91 B, which**
11    **at the top is an e-mail that's sent by you on**
12    **Sunday, the 21st of September, at 2:43 a.m.,**
13    **that's what it bears, but it would have been**
14    **sent at Saturday, 10:43 p.m. on the 20th.**
15        A.    Okay.
16        **Q.    I say this as much for your benefit**
17    **as to try to keep myself --**
18        A.    I was definitely --
19        **Q.    Below you write an e-mail at**
20    **10:38 p.m. to Mr. McDade and to Mr. Lowitt**
21    **saying "DTC suggestion."**
22            **Does this reflect a suggestion by**
23    **you that Barclays review the Lehman assets at**
24    **DTC?**
25        A.    Yes, it does.  To give -- it's to
TSG Reporting - Worldwide  (877) 702-9580

Page 227

1        Blackwell - Highly Confidential
2    give -- I think we discussed this earlier.
3    This is to give Barclays access to the DTC
4    clearance boxes either to review unencumbered
5    assets or fails.  I don't know what topic I am
6    referring to.  Probably on the Saturday it's
7    referring to unencumbered.
8        **Q.    Sorry, can you explain that last**
9    **answer.**
10            MR. SHAW:  You are going to need to
11        ask a more precise question.
12        **Q.    You said "either to review**
13    **unencumbered assets or fails."  What do you**
14    **mean by reviewing unencumbered assets?**
15        A.    What do I mean by reviewing
16    unencumbered assets?  That's probably not
17    accurate.  I am just thinking in terms of the
18    timeline of when this was sent and what I was
19    focused on.  So I think the primary purpose of
20    this effort was to allow Barclays to review the
21    failing transactions.  I do think that was the
22    primary purpose, but I can't be a hundred
23    percent sure.  I'm sure there are more e-mails
24    associated with this.
25        **Q.    In the context of Barclays' review**
TSG Reporting - Worldwide  (877) 702-9580

Page 228

1        **Blackwell - Highly Confidential**
2    **of Lehman's DTC box, what did TBAs mean to you?**
3    **They are not on this document.**
4        A.    I wasn't in -- I don't -- I don't
5    know.  It's a type of security.
6        **Q.    Was it a type of security that was**
7    **in Lehman's DTC box?**
8        A.    It's quite possible.
9        **Q.    Was it a type of security that you**
10    **had any understanding Barclays was concerned**
11    **about?**
12        A.    I don't know.
13        **Q.    Is it a type of security that comes**
14    **with any potential liabilities?**
15        A.    I think any security comes with a
16    sort of liability.  They go up and down, so any
17    security has liability.
18            (Exhibit 92 B, e-mail dated
19        9-20-2008, marked for identification.)
20        **Q.    I've marked as Exhibit 92 B what I**
21    **think is a double-sided document.  It's a**
22    **two-page document that is ultimately**
23    **forwarded -- sorry -- that is ultimately sent**
24    **by you on Saturday at 7:14 p.m. Eastern.**
25    **Subject, 1.4 billion update.  If I can direct**
TSG Reporting - Worldwide  (877) 702-9580

Page 229

1        **Blackwell - Highly Confidential**
2    **your attention to the original e-mail in the**
3    **chain, which is on the reverse of your exhibit,**
4    **there is an e-mail that is not sent to you at**
5    **this stage, but it's forwarded up to you.  It's**
6    **from Mr. Lowitt to Mr. McDade and**
7    **Mr. Berkenfeld on Saturday, September 20 at**
8    **5:53 a.m.**
9            **Mr. Lowitt writes:  "Did the court**
10    **accept the 15C3 lock-up and unencumbered box**
11    **make it through to Barcap."**
12            **Do you remember, when you received**
13    **this e-mail, scrolling down and reading this**
14    **part of the chain?**
15        A.    Probably not.  Just the sheer volume
16    of mail I'm getting, my goals are here, the
17    e-mail from Monty, which I think we have
18    actually looked at several times in other
19    exhibits.
20        **Q.    If you go two up the chain, Beth**
21    **Rudofker sends an e-mail to Mr. Berkenfeld and**
22    **copies you amongst others.**
23        A.    Yes.
24        **Q.    Is that the point at which you would**
25    **become focused on this e-mail?**
TSG Reporting - Worldwide  (877) 702-9580

**Blackwell - Highly Confidential**

1    A.    Quite possibly, but again, the focus
2    of this e-mail on this e-mail trail and the
3    focus of what I am doing as the operations
4    manager is trying to identify based on the set
5    of criteria unencumbered securities. I don't
6    know what was discussed in court. I have no
7    idea. And it was, frankly, of little interest
8    to me at that point.
9    **Q.    Miss Rudofker writes: "Alastair" --**
10    **and she spells your name wrong -- "and Neal are**
11    **working on getting it ring-fenced/moved if**
12    **needed."**
13    **Was that your understanding of what**
14    **your marching orders were that weekend, to get**
15    **the 15C3 assets and the unencumbered box**
16    **ring-fenced and moved, if needed?**
17    A.    I couldn't technically do that. I
18    could identify assets. I can't move anything
19    over the weekend. I couldn't move cash at the
20    weekend and I couldn't move securities related
21    to it, so practically that's not possible, so
22    my marching orders, as I said, was to identify
23    the assets and provide that information, what
24    are the assets that are currently unencumbered,

Blackwell - Highly Confidential

1    and recalculate the C3.
2    **Q.    Did anyone ever tell you that cash**
3    **had been removed from the deal between Lehman**
4    **and Barclays?**
5    A.    That was my understanding of why 769
6    cash couldn't move, it had to be securities,
7    but I think that was a post -- that was a
8    post-weekend event. That's my recollection.
9    **Q.    Your recollection -- and the event**
10    **you are talking about is you learning that the**
11    **reason the transfer is 769, not some number in**
12    **cash, is because, as you understood it, the**
13    **terms of the deal was that no cash could go to**
14    **Barclays?**
15    A.    That was after the weekend, as I
16    thought 769 was a strange number.
17    **Q.    Okay. I think you have answered my**
18    **question as to timing, but not actually my**
19    **question.**
20    **Is it correct that your**
21    **understanding was that the reason the deal**
22    **between Barclays and Lehman was the transfer of**
23    **$769 million in Ginnie Mae securities rather**
24    **than that number or some other number in cash**

1    **Blackwell - Highly Confidential**
2    **was because cash had been excluded from the**
3    **deal with Barclays?**
4    A.    I don't think -- I don't think I
5    would have known that. I think I may have
6    learned that subsequently. Around the time my
7    understanding would have been securities needed
8    to move or alternative value.
9    **Q.    From whom did you gain that**
10    **understanding, sir?**
11    A.    It's going to have been from a
12    similar set of people you see in my e-mails.
13    It's going to be Ian, Martin or Paolo who would
14    have informed me of that.
15    **Q.    So one of the three, to the best of**
16    **your recollection, you can't remember which,**
17    **would have told you that the reason the deal**
18    **changed from I think it was a billion**
19    **dollars -- does that sound right to you?**
20    MR. SHAW: Objection. Foundation.
21    **Q.    I think there is probably a number**
22    **of proper objections to that question.**
23    **Did you ever have an understanding**
24    **that some other value different to $769 million**
25    **was to be transferred from Lehman's C3 account**

1    **Blackwell - Highly Confidential**
2    **to Barclays?**
3    A.    Over the course of the weekend I had
4    spent time, that conversation I had with Gerard
5    around the billion dollars of cash at Wells
6    Fargo, so I had a conversation about the
7    mechanism to potentially move that. That's
8    where my involvement was.
9    **Q.    So based on your conversation with**
10    **Mr. LaRocco, you had understood that one**
11    **component of the deal between Barclays and**
12    **Lehman was to move a billion dollars of cash**
13    **which was held in that Wells Fargo account**
14    **which was that 15C3 account?**
15    A.    Correct, dependent, though, on
16    determining there was an excess, and there
17    would be alternative value.
18    **Q.    And when the deal is finally inked**
19    **in the Clarification Letter, that number has**
20    **changed, hasn't it? It's no longer $1 billion;**
21    **correct?**
22    A.    That is my understanding, yes.
23    **Q.    That number has changed from**
24    **$1 billion to $769 million; correct?**
25    A.    Correct.

Page 234

1      Blackwell - Highly Confidential
2      **Q.   And just so we have got a clear**
3   **record, I think we are there, but one more**
4   **question, your understanding of the reason that**
5   **the deal changed from $1 billion in cash from**
6   **Wells Fargo, assuming there is an excess in the**
7   **C3 account, the reason it changed from that**
8   **$1 billion to 769 of Ginnie Mae securities was**
9   **a belief that no cash was to go to Barclays**
10  **under this deal?**
11      MR. SHAW:  Objection to form.
12      A.   I don't have -- over the course of
13  the weekend when the Clarification Letter was
14  being produced, I have no understanding of that
15  at all.
16      **Q.   I understand that, sir.  That wasn't**
17  **my question.**
18      A.   Post the event that is a
19  possibility.  It is not something I spent a
20  huge amount of my time discussing.
21      **Q.   But you believe the basis of your**
22  **knowledge, such as it is, comes from**
23  **conversations with Mr. Lowitt, Mr. Tonucci and**
24  **Mr. Kelly?**
25      A.   Most likely.
        TSG Reporting - Worldwide  (877) 702-9580

Page 235

1      Blackwell - Highly Confidential
2      (Exhibit 93 B, Management of the
3   Unencumbered Asset Gap, marked for
4   identification.)
5      (Recess was taken from 3:33 to
6   3:38.)
7   BY MR. OXFORD:
8      **Q.   Mr. Blackwell, you have in front of**
9   **you what I have marked as Exhibit 93 B, which**
10  **is a document -- a one-page document**
11  **entitled -- two-page document entitled**
12  **Management of the Unencumbered Asset Gap.**
13      **Do you recall seeing this document**
14  **before?**
15      A.   When I was reviewing my e-mail, I
16  think I saw something like this, if not this
17  one.
18      **Q.   And when you say reviewing your**
19  **e-mail, do you mean in preparation for this**
20  **deposition?**
21      A.   Absolutely.
22      **Q.   Did that review refresh your**
23  **recollection about the events that took place**
24  **at the time this document was created?**
25      A.   I think this is the -- to the extent
        TSG Reporting - Worldwide  (877) 702-9580

Page 236

1      Blackwell - Highly Confidential
2   that it is consistent with the attempt to look
3   for 1.95 billion of collateral.  At that point
4   that was a target.  I don't know why that
5   target was set, but that was the target.  That
6   target subsequently became irrelevant or
7   raised.
8      **Q.   When did it become irrelevant or**
9   **raised?**
10      A.   It was -- the target ceased to be --
11  over the course of the weekend it ceased to be
12  about finding a specific number.  It was what
13  is available unencumbered collateral.
14      **Q.   And was that change in emphasis**
15  **something that Mr. Lowitt communicated to you?**
16      A.   I believe so, yes.
17      **Q.   And again, just so we are clear, the**
18  **idea then was to find as much unencumbered**
19  **collateral as possible so that it could be**
20  **transferred to Barclays?**
21      A.   No, that wasn't my understanding.
22  It was to identify unencumbered collateral and
23  determine what value -- determine what was a
24  list of unencumbered securities so that a value
25  could be applied to it.  I don't know that the
        TSG Reporting - Worldwide  (877) 702-9580

Page 237

1      Blackwell - Highly Confidential
2   intent was to transfer all of it to Barclays.
3   I think the terms of the APA state that the
4   contents of the clearance boxes, i.e., the
5   unencumbered securities in the clearance boxes
6   would be transferred, so I think this is an
7   earlier iteration of that.
8      **Q.   When you say the APA, Mr. Blackwell,**
9   **the APA to me means the Asset Purchase**
10  **Agreement that was signed on 16th of September.**
11  **Is that a document you are referring to?**
12      A.   I'm not sure which date.  Whatever
13  legal agreement was in place.  I've seen it
14  subsequently, but my understanding is it was --
15  that was my understanding.
16      **Q.   And is it your understanding that**
17  **whatever legal agreement this may be, the APA**
18  **or something else, transfers in terms of**
19  **unencumbered collateral, it transfers what to**
20  **Barclays?**
21      MR. SHAW:  Asked and answered.
22      A.   The contents of the -- the
23  unencumbered assets in the clearing box.
24      **Q.   Clearance box was broader to your**
25  **mind than DTC; correct?**
        TSG Reporting - Worldwide  (877) 702-9580

Page 238

1    **Blackwell - Highly Confidential**
2    A.   Yes, it would be.
3    **Q.   Was it -- I think you testified that**
4    **it included Euroclear?**
5    A.   Correct.
6    **Q.   It also included Canadian exchanges?**
7    A.   Not exchanges.
8    **Q.   Sorry.   Then I apologize for my**
9    **layman's language.   It included certain**
10   **clearance corporations in Canada?**
11   A.   Correct.
12   **Q.   What else were you -- withdrawn.**
13   **Where else were you looking for**
14   **unencumbered collateral, if anywhere else?**
15   A.   We were looking in the clearance
16   depos of LBI, and I don't know all the numbers
17   off the top of my head, but there are a list of
18   depos that would fall under LBI and we would --
19   the teams would have looked in those depos and
20   discounted some of them as not being depos, so
21   the focus is really on, I think, three or four
22   core pools of unencumbered securities.
23   **Q.   The document that I have marked as**
24   **93 B says:   "The objective is to deliver to BCI**
25   **$195 billion as unencumbered collateral by COB**
     TSG Reporting - Worldwide   (877) 702-9580

Page 239

1    **Blackwell - Highly Confidential**
2    **Friday, September 19th."   Do you see that?**
3    A.   I do.
4    **Q.   I read COB to be short for close of**
5    **business.   Do you read that also?**
6    A.   I do.
7    **Q.   Do you know why this document has as**
8    **its objective the delivery of unencumbered**
9    **collateral by the close of business on Friday,**
10   **September 19th?**
11   A.   I actually don't, and I think
12   somebody like Paolo would be better answering
13   this question.
14   **Q.   Did you ever have an understanding**
15   **that there was any effort to transfer**
16   **unencumbered collateral to Barclays by close of**
17   **business on Friday, September 19th?**
18   A.   Possibly.   I don't recall that as a
19   major part of the fact pattern that we were
20   working towards at that time, but that's
21   possible.
22   **Q.   Do you recall anything else about an**
23   **effort to transfer collateral to Barclays on**
24   **Friday, the 19th?**
25   A.   No.
     TSG Reporting - Worldwide   (877) 702-9580

Page 240

1    Blackwell - Highly Confidential
2    **Q.   Can you explain for me what your**
3    **understanding is of a 15C3 account, just to**
4    **make sure we are not passing each other when we**
5    **are talking about it?**
6    MR. SHAW:   Objection.   Asked and
7    answered, and I think also the problem you
8    are going to run into, again, is the use of
9    15C3 account.
10   MR. OXFORD:   You are right.   He did
11   correct that earlier.
12   **Q.   Do you have an understanding of what**
13   **the requirements are of SEC rule 15C33?**
14   A.   I'm at an expert on that rule.
15   **Q.   Okay.   That's useful.   That was my**
16   **next question.**
17   **Do you have a general understanding**
18   **of what the rule requires?**
19   A.   I have a general understanding what
20   it requires.
21   **Q.   Can you tell me what that general**
22   **understanding is?**
23   A.   The purpose of the calculation is to
24   protect customer assets by calculating a figure
25   and that figure is then -- it then requires you
     TSG Reporting - Worldwide   (877) 702-9580

Page 241

1    Blackwell - Highly Confidential
2    to deposit either cash or securities, whichever
3    the security types are eligible, into an
4    account for that customer's protection.
5    **Q.   And do you have an understanding of**
6    **the various elements of the calculation --**
7    A.   No, I don't.
8    **Q.   -- that goes into the 15C3**
9    **calculation?   You don't know?**
10   A.   I don't.
11   **Q.   Do you have any understanding of how**
12   **secured loans are treated under 15C3?**
13   A.   No.
14   **Q.   Do you have any understanding of how**
15   **overdrafts are treated under 15C3?**
16   A.   I don't.
17   **Q.   Do you have any understanding of how**
18   **margin that is posted at the options clearing**
19   **corporation is treated under 15C3?**
20   A.   I don't.
21   (Exhibit 94 B, e-mail dated
22   9-22-2008, marked for identification.)
23   **Q.   Okay, Mr. Blackwell, I have put in**
24   **front of you a document marked Exhibit 94 B,**
25   **which is a one-page e-mail that at the bottom**
     TSG Reporting - Worldwide   (877) 702-9580

Page 242

1     **Blackwell - Highly Confidential**
2  **is sent to you at 5:22 a.m. on Monday, the 22nd**
3  **of September. Do you see that?**
4     A.  I do.
5     Q.  **The re line is 15C3, and do you see**
6  **that Mr. Tonucci writes to Chris O'Meara, Ian**
7  **Lowitt, it looks like a Russian version of**
8  **Martin Kelly, I'm not quite sure why, to Robert**
9  **Azerad and copying you?  Do you see that?**
10    A.  I do.
11    Q.  **He says: "The final agreement was**
12 **limited to 769 million, MM, of treasuries, so**
13 **should be more comfortable to accomplish."  Do**
14 **you recall receiving that?**
15    A.  That is probably when I learned it
16 was a different number.
17    Q.  **Just so we are clear, a different**
18 **number, you are referring to your earlier**
19 **testimony about a change in the business terms**
20 **of the deal between Barclays and Lehman from**
21 **$1 billion of excess to 15C3 -- sorry -- from**
22 **the 15C3 reserve to 769 million of treasuries?**
23    A.  When I became aware that it was 769
24 million of treasuries that was included in the
25 agreement.  I didn't know that the -- I didn't
TSG Reporting - Worldwide  (877) 702-9580

Page 243

1     Blackwell - Highly Confidential
2  know that cash had definitively been included
3  in any agreement.
4     Q.  **Did you know that it had**
5  **definitively been excluded from any agreement?**
6     A.  All I knew at this point was 769 had
7  been included.
8     Q.  **Do you think you had a subsequent**
9  **conversation with Mr. Tonucci, Mr. Lowitt or**
10 **Mr. Kelly about this topic?**
11    A.  Quite probably.  It's probable that
12 I did.  Possible that I did and probably I did.
13        (Exhibit 95, e-mail dated 9-21-2008,
14     marked for identification.)
15    Q.  **Okay, Mr. Blackwell, I have marked**
16 **as Exhibit 95 B what is a five-page e-mail**
17 **with, I believe, two attachments entitled**
18 **Forward Net Long Options - 9/18, which is sent**
19 **from Francis Pearn to a distribution list, and**
20 **you are copied, on Sunday, September 21st at**
21 **4:03 Eastern standard time.**
22        **If you could just take a moment to**
23 **review that e-mail and tell me when you have**
24 **had a chance to read it.**
25    A.  I've read it.
TSG Reporting - Worldwide  (877) 702-9580

Page 244

1     Blackwell - Highly Confidential
2     Q.  **Do you recall receiving this e-mail,**
3  **Mr. Blackwell?**
4     A.  No.  This isn't something I was
5  focusing on at all.
6     Q.  **Can you tell me what you were doing**
7  **at 4:00 on Sunday afternoon of the 21st?**
8     A.  21st is a Sunday?
9     Q.  **21st is a Sunday.  The deal closes**
10 **on Monday, the 22nd.  Where physically were**
11 **you?**
12    A.  I am possibly at Weil's offices at
13 that point.  I am possibly at Weil's offices.
14 I can't remember the timing exactly, but I was
15 there for some of the day, so that's quite
16 possible I was there.
17    Q.  **And your focus at that time was not**
18 **on OCC.  What was it on?**
19    A.  The major topics for me that day
20 were, again, the unencumbered collateral and
21 the 15C3 and the fails topic was raised again
22 in the course of that day, so I was in a room
23 away from where the deal was being discussed,
24 but it was somewhere in Weil's offices with
25 people, and questions were being put to me,
TSG Reporting - Worldwide  (877) 702-9580

Page 245

1     Blackwell - Highly Confidential
2  information was coming back, so I was trying to
3  carry out the task that I had been set from
4  there and be available to Ian and anyone else
5  that needed me.
6     Q.  **You testified earlier that someone**
7  **called Alex Crepeau works for you; is that**
8  **right?**
9     A.  That's correct, yes.
10    Q.  **Forgive me if I am mispronouncing**
11 **his name.  You said that he was responsible for**
12 **client valuation and margin.**
13    A.  Correct.
14    Q.  **Does he have responsibility for**
15 **margin at the OCC or is that a different**
16 **functional area?**
17    A.  Yes, it's a different functional
18 area.
19    Q.  **Do you have responsibility --**
20 **withdrawn.**
21        **Did you in your position at Lehman**
22 **in September of 2008, did you have**
23 **responsibility for the OCC?**
24    A.  Clearance of trades at the OCC, yes.
25 Treasury were responsible for the margin,
TSG Reporting - Worldwide  (877) 702-9580

1          Blackwell - Highly Confidential
2    pledging margin to -- all of the exchange
3    margin, so the names mentioned here, Craig
4    Jones, Dan Fleming. I believe you are speaking
5    to Dan at some point.
6          Q.   Mr. Fleming has operational
7    responsibility for or had, rather, operational
8    responsibility for the margin at OCC during the
9    month of September '08?
10         A.   Correct.
11         Q.   Did he report to Mr. Jones or did
12   Mr. Jones report to him?
13         A.   Mr. Jones reported to Dan Fleming.
14         Q.   Are both of those individuals still
15   at Barclays?
16         A.   They are.
17         Q.   Do you know why the other Lehman
18   individuals would be copied on an e-mail about
19   this subject? Did they also have
20   responsibility for this area?
21         A.   I don't. There seem to be
22   regulatory people, regulatory finance people on
23   here, so I don't know what -- reading through
24   the e-mail trail, I don't know what the
25   ultimate genesis of this trail of work is.

TSG Reporting - Worldwide  (877) 702-9580

1          Blackwell - Highly Confidential
2          Q.   Which are the regulatory finance
3    people?
4          A.   Peter Tennison and Tony Stucchio,
5    and then there are product controllers in Frank
6    Pearn and Gerry Reilly.
7          Q.   Thank you. That's all I have for
8    that document.
9               Can you have in front of you, it's
10   one of the big fat ones that Mr. Hine marked,
11   85 B. Can you open the page to the last
12   document in here which starts at Bates range
13   4607 and it's entitled at the top Exhibit B6
14   Source Schedule B Final, Schedule B. Do you
15   see that?
16         A.   I do.
17         Q.   Do you recognize this document or
18   know what it is?
19         A.   I believe I know what it is.
20         Q.   Can you tell me what it is, please.
21         A.   I believe this is the unencumbered
22   collateral list.
23         Q.   When you say "the unencumbered
24   collateral list," can you be a little more
25   specific, please?

TSG Reporting - Worldwide  (877) 702-9580

1          Blackwell - Highly Confidential
2          A.   List of securities that were
3    unencumbered in the clearance box of Lehman
4    Brothers.
5          Q.   As of which date?
6          A.   I don't know the date. I'm not
7    going to say what date it was, but the schedule
8    being created over that weekend is my
9    understanding.
10         Q.   This might be a slightly vague
11   question. It's not intended to be in any way
12   tricky. I am just trying to get a sense of
13   whether you think this is in some way the
14   product of the work that your team did over the
15   weekend to identify unencumbered assets. Is
16   that a fair reading of the situation?
17         A.   I'm aware of a Schedule B that we
18   contributed to, so I'm assuming based on the
19   title of the document, but without a number to
20   compare it, it's difficult for me to --
21         Q.   It is in alphabetical order, but I
22   take your point.
23         MR. SHAW: I will note that on
24   page 1, Schedule B6, which I think is what
25   you are looking at, has a title by it

TSG Reporting - Worldwide  (877) 702-9580

1          Blackwell - Highly Confidential
2    saying Monday Transfers Par Amount.
3          A.   Right. So it's only one component
4    of Schedule B.
5          MR. OXFORD: Which page?
6          MR. SHAW: Third page of the
7    document after the first blue page. You
8    see there is F/N and exhibit.
9          MR. OXFORD: Yeah, I don't think
10   that's got anything to do with that. Okay.
11         A.   So this document equals that 2.6
12   number?
13         Q.   Is that your understanding?
14         A.   Well, that's -- I don't know how
15   this is laid out, so I think that's a fair
16   point.
17         Q.   In compiling your list of
18   unencumbered assets, which may not be exactly
19   what is at Bates range 4607 and following, did
20   you or your team undertake any effort to take
21   out securities that were owned by Lehman's
22   customers?
23         MR. SHAW: Objection. Vague as to
24   time.
25         Q.   At any point over the weekend when

TSG Reporting - Worldwide  (877) 702-9580

1     **Blackwell - Highly Confidential**
2  **you were combining a list of unencumbered**
3  **assets that informs this Schedule B that we are**
4  **looking at, did you or your team undertake any**
5  **efforts to deduct from that list of CUSIPs any**
6  **CUSIPs that were owned by Lehman customers?**
7       MR. SHAW: Objection to form.
8       You can answer.
9     A.   Of course.  Unencumbered assets by
10 definition are not customer assets, however, we
11 had data within the -- we had data challenges,
12 so some of the accuracy of the data was
13 challenging.  We applied a rationale, as I
14 described before, around memo seg and memo to
15 just take firm inventory, we excluded customer
16 inventory and were -- we applied a methodology
17 absolutely with the intent of protecting
18 customer assets all the way through the
19 process.
20    **Q.   Have you ever done any analysis to**
21 **determine whether or not any customer assets**
22 **ended up on Schedule B?**
23    A.   I think there were some analysis,
24 that's possible.  I can't -- there was
25 definitely analysis on Schedule B and

1     Blackwell - Highly Confidential
2  refinement of it, and it's possible, but I
3  think if that happened, then there was a
4  correction that took place.
5     **Q.   And who did that analysis?**
6     A.   I would imagine it's going to be the
7  finance team and Jim Hraska in conjunction
8  maybe with the regulatory ops team.
9     **Q.   Were you involved in that analysis?**
10    A.   Not doing the analysis.  I think I
11 have seen analysis over the months post
12 bankruptcy.
13    **Q.   Were you involved in reviewing the**
14 **analysis that was done by others?**
15    A.   It's possible.  I can't confirm that
16 a hundred percent, but it's possible I reviewed
17 analysis.  There was no intent to move customer
18 assets.
19    **Q.   When you say there was no intent to**
20 **move customer assets, do you include in your**
21 **definition of customers Lehman affiliates?**
22    A.   I include the way these schedules
23 were created or the way that the unencumbered
24 assets were created was using 931 inventory
25 accounts, which are firm positions, firm being

1     Blackwell - Highly Confidential
2  LBI positions.
3     **Q.   Why do you use the date of 9/31?**
4     A.   I don't use the date.  It's an
5  account identifier.  931 is an account range.
6     **Q.   I understand.**
7     A.   So it's a distinct account range
8  that we analyze, firm inventory accounts.
9     **Q.   Is it possible that Lehman's system**
10 **showed that multiple parties, including**
11 **customers of Lehman and Lehman itself, could**
12 **have entitlement to the same security in the**
13 **clearance box?**
14    A.   Yes, but there was a methodology
15 applied to identify that.
16    **Q.   What was that methodology?**
17    A.   Again, using 931 accounts, taking
18 the difference between the value of the
19 customer -- taking a total value of the
20 position in the box, taking only the component
21 which was a -- taking only the component that
22 was the trading book component, and if that
23 trading book component was bigger than the
24 total position, then there was an adjustment
25 there as well, so absolutely we are taking the

1     Blackwell - Highly Confidential
2  most conservative component and if there was
3  any doubt in terms of total position and if the
4  position in the box was less than the -- was
5  less than the -- less than or equal to the
6  customer position, we left that position there.
7  So we didn't -- there was a methodology for
8  each of the schedules that absolutely was
9  designed to protect the customer assets.
10    **Q.   So I understand this, if, for**
11 **example, there were a million shares of IBM and**
12 **Lehman's books and records showed that there**
13 **was an entitlement to those million shares by a**
14 **customer and by Lehman, those under your**
15 **methodology would have been excluded from your**
16 **list of unencumbered assets?**
17    A.   Yes.  That was the intent.
18    **Q.   Does the same apply to securities**
19 **that Lehman's books and records show an**
20 **entitlement to by not only Lehman, by which I**
21 **mean LBI, the broker/dealer, but also a Lehman**
22 **affiliate?**
23    A.   Jim would be a better person to
24 explain exactly how he applied the methodology,
25 but there was deliberate methodology applied to

Page 254

1    Blackwell - Highly Confidential
2  each one of the schedules.
3    Q.  Do you have any understanding that
4  on Schedule B that's attached to the APA a
5  number of the securities that were included in
6  the repo transaction and also on Schedule A to
7  the -- withdrawn.
8      Do you have any understanding that
9  Schedule B to the Clarification Letter includes
10  repo securities that are also on Schedule A to
11  the Clarification Letter?
12    A.  I didn't.
13    Q.  Do you have any reason to believe
14  that they should be on there?
15    A.  I don't have a view.
16    Q.  Did you follow up with
17  Mr. Macchiaroli after your meeting with him in
18  late September, early October 2008 about the
19  15C3 account?
20      MR. SHAW:  Asked and answered.
21    A.  Yes, many times.
22    Q.  Did you follow up with him on the
23  question of your request that he authorize the
24  release of moneys from -- specifically
25  $769 million of securities from Lehman's 15C3?

TSG Reporting - Worldwide  (877) 702-9580

Page 255

1    Blackwell - Highly Confidential
2    A.  I don't think I did.
3      MR. SHAW:  Asked and answered.
4      MR. OXFORD:  I don't think I have
5    anything further at this time.
6  EXAMINATION BY
7  MR. DAKIS:
8    Q.  I think we met earlier off the
9  record.  My name is Robert Dakis.  I am from
10  the law firm of Quinn Emanuel Urquhart Oliver &
11  Hedges and I represent the Unsecured Creditors
12  Committee of Lehman Brothers Holdings, Inc.
13      I want to go back to the discussion
14  of collateral posted for the Fed and the
15  tri-party repos.  Just a couple of things I
16  want to make sure that I understood from your
17  prior testimony about them.
18      Now, I believe you explained the
19  process was the clearing bank, either JPMorgan
20  Chase or Bank of New York depending on where we
21  were, would value the collateral that's posted
22  under the repurchase agreements.
23    A.  Yes.
24    Q.  Okay.  And the clearance bank then
25  selected the collateral that's pledged under

TSG Reporting - Worldwide  (877) 702-9580

Page 256

1    Blackwell - Highly Confidential
2  the repos?
3    A.  Under normal course of business,
4  that's correct, yes, they did.  There are some
5  exceptions, but yes.
6    Q.  Were there any exceptions in the
7  week of September 15th, 2008?
8    A.  Not in the -- not that I'm aware of,
9  no.
10    Q.  Okay.  Typically, in your
11  experience, when does the clearing bank inform
12  Lehman of the value it's assigning to the
13  collateral?
14    A.  I think that's part of the process
15  of closing the tri-party agreement in any one
16  day, so I don't know exactly what time, but
17  once the tri-party is closed down or tri-party
18  is set, we would understand what the value was.
19  I don't know when that is in the normal course
20  of business.
21    Q.  After the clearing bank assigns the
22  value and sets the securities that are going to
23  be transferred, does the buyer under a repo
24  have the discretion to refuse delivery of any
25  securities?

TSG Reporting - Worldwide  (877) 702-9580

Page 257

1    Blackwell - Highly Confidential
2      MR. SHAW:  Objection.  Foundation.
3    A.  I don't know.  On what basis?  If it
4  falls outside of the agreed schedules.
5    Q.  Let me try to make it a little more
6  clear so that we can create some foundation for
7  this.
8      You understand that a repurchase
9  agreement typically has a buyer who buys
10  securities for some short-term subject to an
11  obligation to sell them back to the seller at
12  the maturity date of the repurchase agreement;
13  correct?
14    A.  I understand what a repo is.
15    Q.  Just trying to set it up for the
16  record.
17      The entity who buys under the
18  repurchase agreement typically sets a schedule
19  or at least under these repurchase agreements
20  it's your understanding that the buyer sets a
21  schedule of specific categories of securities
22  that it will accept.
23    A.  There are schedules attached to the
24  repo agreement that says these are the types of
25  collateral that are eligible for this

TSG Reporting - Worldwide  (877) 702-9580

Page 258

```
1        Blackwell - Highly Confidential
2    agreement, yes.
3        Q.   In your experience, does the buyer
4    under these repurchase agreements have
5    discretion to refuse delivery of a security
6    that falls within those schedules?
7        MR. SHAW: Objection to form.
8        A.   I'm not aware.
9        MR. DAKIS: I am going to show you
10   an exhibit.
11        (Exhibit 96 B, e-mail dated
12   September 18, 2008, Bates stamped 77882,
13   marked for identification.)
14        Q.   I believe you have been handed a
15   document that's been marked as Exhibit 96.
16   This is an e-mail chain.  The top e-mail in the
17   chain is an e-mail from you to Ian Lowitt dated
18   Thursday, September 18th at 8:56 p.m. GMT.  In
19   the lower right-hand corner is a Bates number
20   77882.
21        Did I accurately describe that?
22        A.   77882, yes.
23        Q.   I want to focus on in the fourth
24   e-mail in the chain, which is an e-mail from
25   Ian Lowitt to you on Thursday, September 18th,
```
TSG Reporting - Worldwide  (877) 702-9580

Page 259

```
1        Blackwell - Highly Confidential
2    Ian asks you "are we still papering the 18
3    billion repo with Barclays or is that all part
4    of the same transfer."
5        Did you understand at the time what
6    Mr. Lowitt meant by that?
7        A.   Sorry, where are you looking at?
8    Oh, here.  What I understood was that there was
9    a -- away from the Fed repo in the days
10   preceding I guess -- in the week between LBHI
11   and LBI's bankruptcy Barclays were extending
12   some -- were financing the organization through
13   some -- through a repo arrangement and that had
14   been rolled for the previous two nights, so
15   yes, my understanding was at that point it was
16   possible that that would get rolled again for
17   another night.
18        Q.   And just to be sure that I am clear,
19   this is a separate repo from the Fed repo?
20        A.   Absolutely, yes, it's a Barclays --
21   Barclays to Lehman repo directly.
22        Q.   Okay.  And is it your understanding
23   that that repo rolled again on the night of the
24   18th?
25        A.   It didn't.  At the end of the
```
TSG Reporting - Worldwide  (877) 702-9580

Page 260

```
1        Blackwell - Highly Confidential
2    process of settling the Fed repo out to BONY, a
3    discussion was had at I think it was probably
4    about 2 in the morning, I think it was e-mails,
5    where the Barclays repo was not being rolled.
6    We thought it would be.  And a HIC loan, I
7    think, was put on that -- held-in-custody loan
8    for $15 billion, and at that time I -- when Jim
9    informed me of that, I tried to contact a
10   number of people at Barclays, Harry Harrison,
11   Gerard LaRocco, I think I tried to get ahold of
12   Ian and Paolo and I don't think I had any luck
13   in getting contact with anyone to tell them
14   that it happened, so the following day we
15   started the day with a -- I think there was
16   this HIC loan for 15.8 billion.
17        Q.   You said that there was a discussion
18   at about 2 in the morning about the Barclays
19   repo not rolling.
20        A.   Yes.  At that point.
21        Q.   Who was on that discussion?
22        A.   When I say discussion, it was Jim
23   Hraska probably coming down to tell me or vice
24   versa.  I can't recall exactly how.  Or Monty.
25        Q.   And by "Monty" you mean?
```
TSG Reporting - Worldwide  (877) 702-9580

Page 261

```
1        Blackwell - Highly Confidential
2        A.   Forrest.
3        Q.   And do you know who at Barclays made
4    the decision not to roll the repo?
5        A.   No.
6        Q.   Now, could you explain the HIC loan
7    to me.  What was the purpose of the HIC loan?
8        A.   A HIC loan is a held-in-custody
9    loan, so it's a loan against the collateral in
10   the Lehman box.
11        Q.   Who provided the loan?
12        A.   Chase.  JPMorgan Chase.  I don't
13   believe the repo -- that the held in custody
14   was for the full value of what was in the box.
15        Q.   And I believe you testified earlier
16   that you were in a room with a bunch of Weil
17   lawyers at some point before the repo rolled
18   when you learned that the repo wasn't going to
19   roll.  You said that it was reasonable that it
20   didn't roll?
21        MR. SHAW: Objection.
22   Mischaracterizes prior testimony.
23        A.   Yes, the timing is wrong there.
24        MR. DAKIS: Could we take a
25   two-minute break while I find it on
```
TSG Reporting - Worldwide  (877) 702-9580

Page 262

1    Blackwell - Highly Confidential
2    Livenote so I can pull up the right
3    testimony.
4        MR. SHAW:  Sure.
5        (Recess was taken from 4:19 to
6    4:20.)
7    BY MR. DAKIS:
8    Q.  Okay.  Going back to my prior
9    question, you testified earlier in the day that
10   at some point you were in the room with Weil,
11   Ian and Paolo were outside --
12       MR. DAKIS:  Can you read it.
13       (Record read.)
14   Q.  Does that refresh your recollection
15   of your prior testimony?
16   A.  Yes.
17   Q.  Okay.  Why did you think at the time
18   that it was reasonable Barclays wouldn't take
19   the loan?
20   A.  Because repos roll generally and
21   this repo was rolled over a 24-hour period.
22   At 2 in the morning there is no economic
23   outcome either way for any of the organizations
24   involved.  A HIC loan unwinds instantly in the
25   morning.  So if Barclays had taken a trade,

TSG Reporting - Worldwide  (877) 702-9580

Page 263

1    Blackwell - Highly Confidential
2    they would have delivered cash and got cash
3    straight back, so net net, nobody gained or was
4    harmed, so in effect the HIC loan was there to
5    protect Chase and put a back value entry into
6    their books to give their credit department
7    comfort.  That would be my opinion.
8    Q.  Do you know how the Fed valued
9    collateral that was pledged to the Fed wire?
10   A.  I don't know how they did it.  I
11   don't know what mechanism they used.
12   Q.  Can you please put Exhibit 85 B in
13   front of the witness again.  It's one of those
14   large books.
15   A.  I have it.
16   Q.  Just a couple more questions.  We
17   are almost done.
18       I believe when we were talking -- if
19   you could turn to page 4398.  It's, I believe,
20   the third page.
21       We were talking about the values on
22   this first page earlier and I believe your
23   testimony was that the values were either
24   system driven or model driven and you didn't
25   know which.  Is that correct?

TSG Reporting - Worldwide  (877) 702-9580

Page 264

1    Blackwell - Highly Confidential
2    A.  I wouldn't know without looking at
3    the assets.  I wouldn't know even looking at
4    the assets, frankly.
5    Q.  Fair enough.  Could you just explain
6    what you mean by a value is system driven?
7    A.  What I was referring to was that the
8    systems would have had close of business Friday
9    prices in or whatever close of business price
10   had been fed in.  When I say system driven, I
11   mean that's been sourced from a pricing venue,
12   so Bloomberg or Reuters, some other price feed
13   that the firm purchased.
14   Q.  Was there anyone at Lehman that was
15   responsible for ensuring that the systems were
16   updated regularly?
17   A.  Absolutely.  It was a continuous
18   process every day and to manage stale pricing.
19   Q.  Who was the key person responsible
20   for this process?
21   A.  The systemic prices, to make sure
22   there was a price being fed in, that was done
23   by operations, by Alex Crepeau.
24   Q.  And you had said that it's a
25   possibility that these values were model

TSG Reporting - Worldwide  (877) 702-9580

Page 265

1    Blackwell - Highly Confidential
2    driven.  Could you explain what you meant by
3    "model driven"?
4    A.  I'm not sure if they are included in
5    this list, but model-driven prices would be
6    that a trader or a comp team would create a
7    model.  That model then -- or apply a model, an
8    existing model, to a product that prices it
9    based on a series of inputs.
10   Q.  And who at Lehman was responsible
11   for the models?
12   A.  In terms of testing the models, it
13   would be finance that would test the models, or
14   product controllers.
15   Q.  Who would be in charge of the
16   product controllers or finance?
17   A.  At the time I think it was Gerry
18   Reilly.
19   Q.  If you could please turn to the page
20   that starts 4402.  At the top it says
21   Exhibit A-1, Source Barclays Financing
22   Collateral List, Barcops 9-20-2008, Fed
23   Settled.
24   A.  Yes.
25   Q.  Can you tell what this is a schedule

TSG Reporting - Worldwide  (877) 702-9580

1    **Blackwell - Highly Confidential**
2  of based on the document or based on the actual
3  title?
4     A.   Not really, no.
5     Q.   Could you now turn to page 4607. I
6  know of my colleagues spent a fair amount
7  of time on this, so I am not going to belabor
8  the point. I just want to ask one or two more
9  follow-up questions.
10    A.   46- --
11    Q.   -07. It's in front of the last blue
12  sheet. Behind the last blue sheet. Sorry.
13    A.   Schedule B.
14    Q.   Now, this says it's Schedule B
15  Final. Would you be able to -- strike that.
16        Earlier in the day I think you
17  testified that Barclays didn't receive all of
18  the collateral it had bargained for under the
19  APA and the revised APA; correct?
20    A.   Correct.
21    Q.   Would you be able to point where on
22  Schedule B, which securities it didn't receive?
23    A.   Absolutely not.
24    Q.   Okay. Would you be able to tell us
25  which categories it didn't receive?

TSG Reporting - Worldwide   (877) 702-9580

1    **Blackwell - Highly Confidential**
2     A.   I wouldn't without being able to run
3  reports in to produce it.
4     Q.   Let me ask you the same question.
5  If I were to put Schedule A in front of you,
6  would you be able to point out which securities
7  on Schedule A Barclays didn't receive?
8     A.   No, not without a certain comparison
9  document.
10        MR. DAKIS: I have nothing further.
11        (Time noted: 4:27 p.m.)
12
13
14        ---------------------
15        ALASTAIR BLACKWELL
16
17  Subscribed and sworn to before me
18  this      day of          2009.
19
20  ---------------------------------------
21
22
23
24
25

TSG Reporting - Worldwide   (877) 702-9580

1
2        C E R T I F I C A T E
3
4  STATE OF NEW YORK   )
5               ) ss.:
6  COUNTY OF NASSAU   )
7
8        I, KRISTIN KOCH, a Notary Public
9  within and for the State of New York, do
10  hereby certify:
11        That ALASTAIR BLACKWELL, the witness
12  whose deposition is hereinbefore set
13  forth, was duly sworn by me and that such
14  deposition is a true record of the
15  testimony given by such witness.
16        I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage; and that I am
19  in no way interested in the outcome of
20  this matter.
21        IN WITNESS WHEREOF, I have hereunto
22  set my hand this 7th day August, 2009.
23        -------------------------
24        KRISTIN KOCH, RPR, RMR, CRR, CLR
25

TSG Reporting - Worldwide   (877) 702-9580

1
2  -----------I N D E X-----------------
3
4
WITNESS      EXAMINATION BY      PAGE
5  ALASTAIR BLACKWELL   MR. HINE         6
6              MR. OXFORD       190
7              MR. DAKIS        255
8
    -----------------EXHIBITS----------------
9
10  NUMBER              PAGE LINE
11
    Exhibit 55 B
12  Letter dated October 2, 2008, Bates
    stamped BCI-EX-00077291 through
13  BCI-EX-00077293..................... 22  19
14  Exhibit 56 B
    E-mail dated May 29, 2009, Bates
15  stamped 10295594, with attached
    fax, Bates stamped 10300652.......... 46  16
16
    Exhibit 57 B
17  Amendment Agreement................... 50  10
18  Exhibit 58 B
    E-mail dated September 17, 2008,
19  Bates stamped 77752.................. 64  11
20  Exhibit 59 B
    E-mail dated 9-17-2008.............. 64  14
21
    Exhibit 60 B
22  E-mail dated 9-18-2008.............. 71  20
23  Exhibit 61 B
    E-mail dated 9-17-2008.............. 77  15
24
    Exhibit 62 B
25  E-mail dated September 17, 2008,

TSG Reporting - Worldwide   (877) 702-9580

## Page 270

```
1
2    ----------------EXHIBITS----------------
3
     NUMBER              PAGE LINE
4
5    Exhibit 63 B
     E-mail dated September 19, 2008,
6    Bates stamped 10294630.............. 97  10
7    Exhibit 64 B
     E-mail dated 9-18-2008.............. 103  14
8
     Exhibit 65 B
9    E-mail dated September 19, 2008,
     Bates stamped 10298087.............. 105  16
10
11   Exhibit 66 B
     E-mail dated September 19, 2008,
     Bates stamped 10298186.............. 112  13
12
     Exhibit 67 B
13   E-mail dated 9-18-2008.............. 115  19
14   Exhibit 68 B
     E-mail dated 9-20-2008.............. 118  8
15
     Exhibit 69 B
16   E-mail dated September 19, 2008,
     Bates stamped 93219................. 124  9
17
     Exhibit 70 B
18   E-mail dated May 29, 2009, Bates
     stamped 10296524.... ............... 127  4
19
     Exhibit 71 B
20   E-mail dated September 19, 2008,
     Bates stamped 138587............... 128  13
21
     Exhibit 72 B
22   E-mail dated 9-20-2008............. 132  22
23   Exhibit 73 B
     E-mail dated September 20, 2008,
24   Bates stamped 10222586........... 136  8
25   Exhibit 74 B
```

## Page 271

```
1
2    ----------------EXHIBITS----------------
3
     NUMBER              PAGE LINE
4
5    Exhibit 75 B
     E-mail dated 9-20-2008.............. 149  13
6
     Exhibit 76 B
7    E-mail dated September 21, 2008,
     Bates stamped 138124............... 154  14
8
     Exhibit 77 B
9    E-mail dated September 21, 2008,
     Bates stamped 459680............... 156  25
10
     Exhibit 78 B
11   E-mail dated September 21, 2008,
     Bates stamped 10252597............. 159  6
12
     Exhibit 79 B
13   E-mail dated 9-21-2008...... ....... 160  15
14   Exhibit 80 B
     E-mail dated September 22, 2008,
15   Bates stamped 464767............... 163  10
16   Exhibit 81 B
     Debtors' Second Rule 30(b)(6)
17   Deposition Notice to Barclays on
     Issues Relating to the Transfer of
18   Assets.............................. 167  4
19   Exhibit 82 B
     E-mail dated September 20, 2008,
20   Bates stamped BCI-CG 00035134....... 170  6
21   Exhibit 83 B
     E-mail dated September 21, 2008,
22   Bates stamped BCI 006647 through
     BCI 006653......................... 173  18
23
     Exhibit 84 B
24   E-mail dated September 22, 2008,
     Bates stamped BCI 008149 through
25   BCI 008670.. ... .............. ..... 175  16
```

## Page 272

```
1
2    ----------------EXHIBITS----------------
3
     NUMBER              PAGE LINE
4
5    Exhibit 85 B
     E-mail dated September 30, 2008,
6    Bates stamped BCI-EX-(S)-00004396
     through BCI-EX-(S)-00004675......... 177  15
7
     Exhibit 86 B
8    Chart, Bates stamped
     BCI-EX-00099519 through
9    BCI-EX-00099521.................... 185  17
10   Exhibit 87 B
     JPM Chase assets, Bates stamped
11   BCI-EX-00108700.................... 188  2
12   Exhibit 88 B
     Chart, Bates stamped
13   BCI-EX-00109154 through
     BCI-EX-00109161.................... 188  24
14
15   Exhibit 89 B
     E-mail dated 9-19-2008............. 222  25
16   Exhibit 90 B
     E-mail dated 9-19-2008............. 225  3
17
     Exhibit 91 B
18   E-mail dated 9-21-2008............. 226  7
19   Exhibit 92 B
     E-mail dated 9-20-2008. ........... 228  18
20
     Exhibit 93 B
21   Management of the Unencumbered
     Asset Gap............... ... 235  2
22
     Exhibit 94 B
23   E-mail dated 9-22-2008............. 241  21
24   Exhibit 95
     E-mail dated 9-21-2008............. 243  13
25
```

## Page 273

```
1
2    --------------------EXHIBITS-------------------
3
     NUMBER                    PAGE LINE
4
5    Exhibit 96 B
     E-mail dated September 18, 2008,
6    Bates stamped 77882.................. 258  11
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 274

```
 1
 2         ERRATA SHEET FOR THE TRANSCRIPT OF:
 3   Case Name:    In re:  Lehman Brothers
     Dep. Date:       August 7, 2009
 4   Deponent:       Alastair Blackwell
 5         CORRECTIONS:
 6   Pg. Ln. Now Reads    Should Read    Reason
 7   ___ ___ _____ _____ _____
 8   ___ ___ _____ _____ _____
 9   ___ ___ _____ _____ _____
10   ___ ___ _____ _____ _____
11   ___ ___ _____ _____ _____
12   ___ ___ _____ _____ _____
13   ___ ___ _____ _____ _____
14   ___ ___ _____ _____ _____
15   ___ ___ _____ _____ _____
16   ___ ___ _____ _____ _____
17   ___ ___ _____ _____ _____
18
19         _____
20         Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2009.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```

TSG Reporting - Worldwide   (877) 702-9580